AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com: One Happy Dude 1st Birthday Party Decorations-One Happy Dude Banner,Smiley Face Foil Balloons Kits for Hippie First Birthday banner, Groovy One Birthday Decoration Smiley Face Birthday 1st Birthday Party Decorations : Toys & Games

**URL**

https://www.amazon.com/Birthday-Decorations-One-Balloons-Decoration-Decorations/dp/B0BYDJG6VX/ref=sr_1_28

**Collection Date**

Tue, 09 May 2023 10:11:00 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:93::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

GQz/2pFHruv86VR8xEr/x9k4NIKjDfSernutr1hJRFFf+dRS7LqCfdpxTwt7eeVanh+xEVdesC3pN4v1Y+f9FJFIAQPGRkQcTaBXegYhDNkAW7aUi9cq6lwKlsxr07jemXhxyGq0Wsf6/CdV82Oon+c1jHcoxrQMqyqbZdUvq3g=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Birthday-Decorations-One-Balloons-Decoration-Decorations[fs]dp[fs]B0BYDJG6VX[fs]ref=sr_1_28]]_Tue,-09-May-2023-10-11-00-GMT.pdf

**Hash (SHA256)**

927904dd76b9740a7d9388e0fb64f1c3b339e4f6a06f4f410519145f1d62fb91

**Signature (PKCS#1v1.5)**

RXpuT6XDrevAzBSPUasBbKkWmzCKekKPZUaWGQrX/5hyVJ9rCvgSIVASvNaRA+bnv92D6PNI5l7g7IKmDZbCpFlyYARqyPYXNb8/HvEsaP1sFz+YB04Hfq2I7j1+qj+7YAi7SeGNj51e/QO0MNjKEHCPp9pcRyvbACetq30d0gM=







































# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 11 May 2023 17:00:01 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

RemoteUser2

**IP Address**

116.68.105.210

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

oKhZYMEDGEsBgo9oXHOL6M8Um+vaH3pxDCZ1P3ZkwM7k76ipkgdFSiEc7QCMDVJZ+HC02UvU+DVoPPR6VKtkp0DFO1HCNz/s1kc1YYSoG9BgCDr04CQBoVttGBDVyBZjMYJsxn3WyIgZQqZSeLu8zffFlD0tB1D32Mwr8NFgom4K8E5V0mQy/oWfWtCQU4zQpHLvQ
+pMNX9KdSz/16fVDEzF1TG/WfF8gr6DrwEHLNqNfh12vTqxnaaAQ00wwUzXMTlOnUUTMLb4Zdfkg5nZklq3kCockcOgU17nT+Xw99G8Yv7c1f7MxqxGCejIlbQE41oASKISS1hDfVi1+aLMiA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-11-May-2023-17-00-01-GMT.mhtml

**Hash (SHA256)**

78a1c329dcdb38d22e25c74a5335a1ff9eaa54d10150d27ff3f2426dff134b10

**Signature (PKCS#1v1.5)**

Z1mOg4SjCqwevIxj0SEehSCytQJAtI7yBfu3eOfOxfSVGLtwaFR9qgzbdnFcplnlSLvnCEt0cmLnSEd3VIz5A9uphO60BVS86T1xiu9nNWf8a//xPqVATyiNmRAm7yOux6N3zyNeyNNHxDzIN2Sv2SHX40a3VyaYbsDWAJSsVzBrdGyICZt765Is2Lda3Lg96vUEkdjRGZ/
DHwaqlM1FxvL0m7KR6wxz71DH+wD1h+1H5CclYYSFD4/N5GwwnnnI742S0Kz3tIHHu6CqjFrmRZ6QTQdEQXBojfrcsP8RUh/9wybxP79G1QbugG2UzrEMhmZMChtlHUXTfvp8Uq9awQ==



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com : Anley Fly Breeze 3x5 Foot Pink Smiley Face Flag - Vivid Color and Fade Proof - Canvas Header and Double Stitched - Happy Face Flags Polyester with Brass Grommets 3 X 5 Ft : Patio, Lawn & Garden

**URL**

https://www.amazon.com/Anley-Breeze-Foot-Pink-Smiley/dp/B097BKSC2S/ref=sr_1_144

**Collection Date**

Wed, 19 Apr 2023 10:24:36 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

lyNSnjgtOMtsOKIhnSseTLu7O6cly8Oc6AyNZ2dUOu5JqryCo5M+jx9AwRQgvjdcoA5K0sYaelLsm4F2AiogeC0fXz/7eOwFXV1wZkYQ5bkXHUkUfa4rqwSJyMZoc37Owb02GMS4x9Nb4ue8uhZcrnz8eqp+8KsYr1DvH9xbung=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Anley-Breeze-Foot-Pink-Smiley[fs]dp[fs]B097BKSC2S[fs]ref=sr_1_144]]_Wed,-19-Apr-2023-10-24-36-GMT.pdf

**Hash (SHA256)**

aab75f476311e4768efde006885b6a952976b8c10eba39d6e7d9f1180828acc5

**Signature (PKCS#1v1.5)**

RBYYpGSsE1TCH2hgNyLwWbR02n+sAcfoNo6MP3UawlguagD+OeMw+7q8lWSZvQCmQp8sRvvOKKoobQM+7+yxU3olOHhL9SJ9nEoUgcmlem+nyTd24qalaTMM+YmL3bDrAB4KwGqNIwXPGXfNzT1Leqp991+ziF3nNhsrrpBLYfw=

amazon
Deliver to Gregory Kapolei 96707
smiley
Hello, Ozzie Account & Lists
Returns & Orders
Cart
Subtotal $14.99
Go to Cart
All Clinic Amazon Basics Customer Service Pet Supplies Coupons Household, Health & Baby Care Beauty & Personal Care Amazon Home Home Improvement Today's Deals Find a Gift Handmade
Upgrade to ad-free podcasts
Amazon Home Shop by Room Discover Shop by Style Home Décor Furniture Kitchen & Dining Bed & Bath Garden & Outdoor Home Improvement
amazon clinic Healthcare for common conditions, made easier Get started ›
‹ Back to results
Anley Fly Breeze 3x5 Foot Pink Smiley Face Flag - Vivid Color and Fade Proof - Canvas Header and Double Stitched - Happy Face Flags Polyester with Brass Grommets 3 X 5 Ft
Visit the Anley Store
2,906 ratings
$6.95
Save up to 9% with business pricing. Sign up for free Amazon Business account
Color: Pink
$6.95 $7.55 $10.95
Color Pink
Brand Anley
Material Fabric
Special Feature Lightweight
Product Dimensions 60"L x 36"W
Roll over image to zoom in
Add your 30-day FREE trial of Prime and get fast, free delivery
FREE delivery Wednesday, April 26. Order within 2 hrs 19 mins
Or fastest delivery Saturday, April 22
Deliver to Gregory - Kapolei 96707
In Stock
Add to Cart
Buy Now
Secure transaction
Ships from Amazon
Sold by ANLEY
$14.99
Only 8 left in stock - order soon.



Investigator Name: Sian Kelly

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 28 Apr 2023 08:12:38 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sian Kelly

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

F4i2cPZkHtTg1UqwqZxMv3LWqz1c6Eio8yxFBtTyv8VBMJMGoIEIC6cbUvGC5uQ/iUX+msveUW1Uet/qmbILgXCKPZZoY2YVfsQqDFViDalyJa0MX63oO4OGPu53GoxOjDhS+P/PBUjEzau7YA05ZniGurfVy0aTBE6hdP6/
rhGyfyrFUcRTN5i6K0byvXxRyZqZ9Km6DskRC2aSH4FH4yzjEHESWEckJARYpm+MBMbCKODoway7hmT5DKHzjpAxvJJnwVpNE8/L/asiTL5aU/LEhgyuemG8EDnqLrktejD/5uVbFbpjIYUqvzLouEI1DsOdawH3yJtG4FLD948TQQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Fri,-28-Apr-2023-08-12-38-GMT.mhtml

**Hash (SHA256)**

dfbc94052fc3afdd000fc7732f37b36719e3d1a3f87629f8a989bc38c2706359

**Signature (PKCS#1v1.5)**

pOMmUxZgc2Y48sV7j9S9t0A+4ytY+FKQMRnF8zfJug1OUxyQ3HLwoGJVnvfj3jbbniyNZjCoQZdJmzifXQcubDhpq/snrYpbRlZoasAdCz7zuUXkaQVEc7pVp9hKVGn3spHFnN/FO2L476J/
PTCW9mwVN4Pidid9iwZk3jxEPQX8YLxm5lAgeH894RckcgcKhETa0Bjjggoek0KMYvBsCgeLzoGlju16ALd2NZmideAj3ity/8FZIAv39Vcq2YPKi8ahigGsntPUWCU34GamdzvgiG3AifjudTF930NzbSzPnuCd+9qCY++j930yTgpvllpFaFMZ0MU21BdpxBKGYw==



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smile Face Neon Sign Led Neon Light Wall Decor Smiley Face Light Up Signs USB Powered Yellow Neon Signs for Bedroom Kids Room Wedding Party Decoration - - Amazon.com

**URL**

https://www.amazon.com/Smiley-Powered-Bedroom-Wedding-Decoration/dp/B09SZ73S5F/ref=sxbs_sbv_search_btf

**Collection Date**

Wed, 26 Apr 2023 07:16:13 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

WSI+ZLCHI8e5z8VuRAZ3xebLdYHeeD3MU4fi/NT5wAXN/6zK1zgBn+tAimnhar1tlIQTs+KpB7MYa84IebY/usjwNZvsWt7qviL/LRgweZxNS+yVZT9FVCbNy5ohu3DoPEf53y82zYI93HgaQeBFxhLgRVdkfF5QstxOXhIbjIE=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Smiley-Powered-Bedroom-Wedding-Decoration[fs]dp[fs]B09SZ73S5F[fs]ref=sxbs_sbv_search_btf]]_Wed,-26-Apr-2023-07-16-13-GMT.pdf

**Hash (SHA256)**

c8cf6bbaf1546a5d78e12e0e7b5315c095ab173932621f749730d5043c3c432d

**Signature (PKCS#1v1.5)**

gQ5LUSa5xQcisT321KJ1gG5tKUkw7xkRRuQpifv+Je8o/JvrDlal1BJ67ZP8zgGjofm3sXCHyR3brq1L7B8YawQnmQ4E9UKz4RBRQJhWVMbvhobqzRS6B12+AyYIB2SfPDiK/2BWeneCk3w89J46jwmSeCluh/cYIlsljc+DVYA=



# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 16 May 2023 11:42:32 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

RemoteUser2

**IP Address**

202.83.57.61

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

s2WB1vV3zlJnjRrpwZMdzUfWBr4v5kuRiCmeod/e/aAebDJJtjgS5zQqG1upvWoK122rFC1aDlvU0R8pnxEkQTUba1mwQSNkZVtGmNmvrqcfJJfdE3A95nrYHMfqoQHhON2uqbjw3b9maSipv9oj0XlnYKlgXGeKJuDJtI/
mmv5uFyv8dvosOwOVrmLefwxzT49iavdve1VkJgIMQtOtm3tsqsJx3FkQQPIPsu2zIhYuuH9XWYLqwN27rheXi0hpurHUkMEkqecMyT5X76e4+0VwDeGRz0tDT0a4Y6t/zB9J390XWcVVg9QC5uPpwZP5m7opH81nyDoV4AN+haymA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Tue,-16-May-2023-11-42-32-GMT.mhtml

**Hash (SHA256)**

edda034e5a21d0b653932c23459f35806c34bfbf06483b619d2e3b09b6fc9054

**Signature (PKCS#1v1.5)**

UawvutbcAfHksaUXCeUboWk4SB3ly80Xg6sZd716ua+ig+Z3zc/xikVcrdCuaLbX8ehf3kDgBY8EgucJGTrzpdF/A
+o4ciSoE8P6pWI5WZwZ2n6WAEO8Yu6r0wG87wSKLokZ2kupuJi9ykKnuWaEuJkhjdSLbZlgwlVgLpb5yNQzpTHruVLw28BGnL4MlKhls28EnAN65AqED3dnEnRYk2jFWWjqHoLOMDTpAdPAdZTOQJi6oAHg9JIIlU3PxI9zVHp8ZrZcP/
w0vI04i5d705YJ9JPZj4VEqrhcL6s6Cy1eO2BpGZyzN6mywcHO8e49tqUr3mJxsnwEfTtxd2ypfg==





Investigator Name: Sian Kelly

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 04 May 2023 12:00:42 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sian Kelly

**IP Address**

2001:ac8:9a:1e::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Z8FKFPry5SM9b8IG9NRmAoEeFLUq/lm484vQGVVGuucg63pNmpn5dgZNqqASniACdq5Ns064d48WIFRUj2VfnkB3GDvYYabDHprm9y09NECnrdF6U92cUZvtAuXUY/mNUxTO2HCKKq1r/SpG1+ZwbWMj8iguPde6nVvoHY2kSfRLtN8x5HF6YjmN8E/0eiY8iMYFqthGuGFlUO
+XMqJ1ExRChwwPC3wtwzyuaoaxRJBuQCY0C2ENBEZPhLxHLJE7aRdBrPYx4d4Vt0BI15/bJYexXd/yQtG6xCQjgSQtE0oxIYFBrSY4m/UDvBx9k9LuKVCtOY5NBzgl3uLLy0wgRQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-04-May-2023-12-00-42-GMT.mhtml

**Hash (SHA256)**

9ff8579556316da9b9949553122b527382d7c23b2c7106402556c8947a175444

**Signature (PKCS#1v1.5)**

aeTjQzWR78j2c9Ix/bBHaj0iPvRCX3cUen96fPmvnxDxsJFgclvyBmZmOjuiUQsiQ4FDNHmQ8OkeHObsw07EGOCA4gw46+LYm1PMg7sDywgdHzUDeUsQL5jL0PPw8bG22/
ehjpaAd5xRXZu6hwOW1BsQO2j904lAYt1+smBn8Ir9HKTxq3dPctMHtKmwfMzK6irCB0G979B7piukaBbr2NU8KaxYiZprZHq+cOQOc1oAYWUjTmE39oqwlVha0YYGO/Eo1WogyzE152we1i9ZERD6CKTiCtos12pvEWR8lw8v+1AdRPV0MXt+2J4ZP9htTFCsgS9+S8kw8/w32bNvwQ==



AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com | Ivyhomestar Cute Smiley Cowgirl happy Retro Smiley Face slippers, Cozy plush soft memory foam house shoes for women | Shoes

**URL**

https://www.amazon.com/dp/B0BYZMXWGS

**Collection Date**

Fri, 05 May 2023 10:32:15 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

GXL7M8/W1DojwoLSpUw5ccrXzSvtbSKH2AA9Vd4ngCXxENOcWF6Goh6ODB7aoFSW4pODOFsQobwi/G59iVt/+E9+U0qRSZXQE8mn3wPlEUd5YEKWTkqDnrOfB+G18CBR2ZdQugt236eTphaKbmC5+etenWMWzvYqtMZ8OO/RGEketjbII0vL+7hmi7YirrCcKbw2ct/RCc/WXJFDmjCPeppgld8stWvYlgv7z9w0JyT4bCRHAvaRA/4x+XGHbsscR7DfWWmUMWmjdJ0JRi7D7aSMstqPFP6Tjq+qLVUqpkgEcRVsKKMGqdc8T4kZ4mvIQYr798DoLoRDA2sckgj4jA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B0BYZMXWGS]]_Fri,-05-May-2023-10-32-15-GMT.mhtml

**Hash (SHA256)**

1671f48f9c5192e6b65e8ead99d739b149a7011a55fe6ef0d0523845225f805f

**Signature (PKCS#1v1.5)**

Qg39ymng++gwqmIgTktb5tU26VCESWg8FERjiyAvXWE+aaaNN11lYiME/+5CjYfa0qa3Tqy4e7gthMNVWQOKdJEiUCGvRRjQ4FgpVMJnLaExOG8bdDSeWMKQ6LVakrCvZPGihcm8S4BsUsF1rx0rHi+jdXnyyTYozcGNLLv2Szcu7E+bt5tgnRLHeFpaYc/WEQVbQO/KgBGD9rJm+6YJWPSydlFaFJK3tJ3eQuODOM/6DBqJYwCF3MLGudi5wabsFEDDZ8SaH7ahLWpYBrcDBikEkza8jYm9k5k9viGhT/N8xSZsIvfZ6kNMIx3nx3YiIzV9JvgMx7kcT+y0Y3qizA==

Videos

Help others learn more about this product by uploading a video!

Upload your video

Products related to this item

Looking for specific info?

Customer questions & answers

No answered questions yet

Post your question

Customer reviews

No customer reviews

5 star 0%

4 star 0%

3 star 0%

2 star 0%

1 star 0%

How customer reviews and ratings work

Review this product

Share your thoughts with other customers

Write a customer review

Customers frequently viewed

Recommended based on your shopping trends

Popular products based on this item

Women Men Retro Slippers Warm Comfy Plush Non Slip Slippers Fluffy Memory Foam House Shoes for Winte… 9 $19.99 Get it as soon as Thursday, May 11 FREE Shipping on orders over $25 shipped by Amazon Only 2 left in stock - order…

Women Men Retro Fuzzy Face Slippers Retro Soft Fluffy Warm Home Non-Slip Couple Style Casual Smiley Face Slippers… 61 $26.99 Get it as soon as Thursday, May 11 FREE Shipping on orders over $25 shipped by Amazon

Ivyhomestar Cute happy face checkered happy Retro Smiley Face slippers, Cozy plush soft memory foam house shoes for women $19.99 Get it May 26 - Jun 16 FREE Shipping

NEARR® Women's Fuzzy Flip Flop Slippers | Memory Foam Thong Open Toe Spa Slippers… 18 $24.99 Get it as soon as Thursday, May 11 FREE Shipping on orders over $25 shipped by Amazon

Umidedor Slippers Soft Memory Foam Non-Slip Indoor House Slippers Home Shoes for… 38 Amazon's Choice in Women's Slippers $18.99 Get it as soon as Thursday, May 11 FREE Shipping on orders over $25 shipped by Amazon Only 3 left in stock - order…

DCLTD Smile Face Slipper Warm Slide Women Fuzzy Slides with Soft Memory Foam Comfort Cotton Slip on… 406 $21.99 Get it as soon as Thursday, May 11 FREE Shipping on orders over $25 shipped by Amazon

Women Leopard Open Toe Slippers, Cozy Memory Foam Slip On House Shoes Bedroom Indoor Outdoor Sandals $19.99 Get it May 10 - 12 FREE Shipping

VIOKIN Smiley Face Slippers for Women Men - Retro Soft Plush Lightweight House Slip-on Indoor Outdoor Cozy Trendy Fuzzy Memory… $10.99 Get it May 17 - 30 $6.99 shipping

Dearfoams Woman's Indoor/Outdoor Breathable Memory Foam Clog Slippers in Beige Medium 7-8 4 $24.99 Get it May 11 - 12 FREE Shipping

FANTURE Unisex Men's and Women's House Slippers Indoor Memory Foam Cashmere Cotton-Blend Knitted Autumn… 251 $21.88 Get it as soon as Thursday, May 11 FREE Shipping on orders over $25 shipped by Amazon

See personalized recommendations

Sign in

New customer? Start here.

Back to top

**Get to Know Us**

Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**

Sell products on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a package delivery business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

**Amazon Payment Products**

Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**

Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Your Recalls and Product Safety Alerts
Help

amazon English United States

Amazon Music Stream millions of songs
Amazon Advertising Find, attract, and engage customers
6pm Score deals on fashion brands
AbeBooks Books, art & collectibles
ACX Audiobook Publishing Made Easy
Sell on Amazon Start a Selling Account
Amazon Business Everything For Your Business
Amazon Fresh Groceries & More Right To Your Door
AmazonGlobal Ship Orders Internationally
Home Services Experienced Pros Happiness Guarantee
Amazon Ignite Sell your original Digital Educational Resources
Amazon Web Services Scalable Cloud Computing Services
Audible Listen to Books & Original Audio Performances
Book Depository Books With Free Delivery Worldwide
Box Office Mojo Find Movie Box Office Data
ComiXology Thousands of Digital Comics
DPReview Digital Photography
Fabric Sewing, Quilting & Knitting
Goodreads Book reviews & recommendations
IMDb Movies, TV & Celebrities
IMDbPro Get Info Entertainment Professionals Need
Kindle Direct Publishing Indie Digital & Print Publishing Made Easy
Amazon Photos Unlimited Photo Storage Free With Prime
Prime Video Direct Video Distribution Made Easy
Shopbop Designer Fashion Brands
Amazon Warehouse Great Deals on Quality Used Products
Whole Foods Market America's Healthiest Grocery Store
Woot! Deals and Shenanigans
Zappos Shoes & Clothing
Ring Smart Home Security Systems
eero WiFi Stream 4K Video in Every Room
Blink Smart Security for Every Home
Neighbors App Real-Time Crime & Safety Alerts
Amazon Subscription Boxes Top subscription boxes – right to your door
PillPack Pharmacy Simplified
Amazon Renewed Like-new products you can trust

Conditions of Use Privacy Notice Your Ads Privacy Choices

© 1996-2023, Amazon.com, Inc. or its affiliates








































Investigator Name: Sian Kelly

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 04 May 2023 11:32:58 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sian Kelly

**IP Address**

2001:ac8:9a:1e::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

qTmM/+UgYCPPhAxnvQqD3sxzfmq5KN8QN6NGCL7Z7hwr/xPsX0lwgR073rJSoD5/iWZaFmN+Wkxzmcz8VFZsSMBVcWhd4dsuEusw8V6hqaNFwErR8iS8k8rXyT5hNiRxvxlCl/fbw4L9Z7J8NgHkjUgVUNjwb56sgdCUDZlQtpjjC83Kct6Ss
+zZQLq4SHj/7xkUTwYAXP64xXHpRUKbEYLi7AMsOe6zOfdGYS9Z5+35UXAq1HkuUUObYy5K/qp+fQdFKa5CcoRtw1nDVyjatek/WOtZrXwPXlXRrEHGYWKXkAIIlBxlCD961qZNueAiCRitdRkBJc0+LEa60tirBw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-04-May-2023-11-32-58-GMT.mhtml

**Hash (SHA256)**

3e023e9323244bbaabedc66756e8cb08e90a0a5751cae03782e2a782d8fc26d1

**Signature (PKCS#1v1.5)**

ab1yRO3QAuNPIwNvGugzobDBkowcT+UyKEQX8KZHJj+HCnp0jsrWR2eFES7lX91MkItea0/0a6aOyXGd5P34lyQFEqf4hV0t405Wkv4H9MozMDqjTywbcyEQ+Swmbqzlb8H1Z1uLdutedgtk4X7VWomk33GjAblKl5awxdBmPRFAlFHDH9H5nCApHuBPZD85uj6m1xTjkry5VoqwgHkpvWyENlfEY/
mCKKNuB5eJRk832dDQCo5PTf6TWTCeOoW1jkHJ171PlsEdpDg3czomLW5OaS8buQCmcLZQsMdtTK5Y4tyfHGVNMxixDbd3leZYscp3saLYF2w+XrDYVQrn/Q==



AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com : LYDZTION Smiley Face Makeup Bag Cosmetic Bag for Women,Large Capacity Canvas Makeup Bags Travel Toiletry Bag Accessories Organizer : Beauty & Personal Care

**URL**

https://www.amazon.com/dp/B0B6H2NTXG

**Collection Date**

Fri, 05 May 2023 10:16:10 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

dLInSilQMPfUNsa2Mzx27Q9B0fFmBxY9wexyGP5aYo5PCo9rCjc+wNXBbxRGb4FmxYQj4GD6tgdBGazl06/y6D0ji3NgaUY7/k58B8R8ApKY26LTln4po/LrGc6PnIKA4aEA0q0p7y4rsLUOaLj+UkvNPQBZzvZcv/+2qH/
Yrs4EeF2eGx7NFyt9F41eqMhnrLDvgpGS1xOOXhD9lA8e3INA3cIlMJFpSdJPFfizmB6IBKIkUoHt17LHsa0V1qzyRbEbhzSgkP5ltpKDaSxde3LtOzLP8nHdXZgnOTkY99iIGFN3+ErKqtBgaOSYG1KO6iy42RaMxKo7p9odK8p5Kw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B0B6H2NTXG]]_Fri,-05-May-2023-10-16-10-GMT.mhtml

**Hash (SHA256)**

9cbab77c53c195cf21bb3905a46dc42c26b54963c2a17ce02d1021eb25a70851

**Signature (PKCS#1v1.5)**

ftVDP1LabmO16oRzSaEj/AEgfgK5N0RorVxMei3cL30Hci1JV5kP7fGJ6deVnuanc5dHSfd3T24iOhocRuw/W3mEeNSzt1+OTR4DsANTkO22KGtS5e3TWrREHAuGWUxW6QLjQH+vS1cU2YLmapZhkwvh579K
+0NKu1wfTdPLANZsvvkj1NPNbklqPhvP0aY6LPQgIoR02NRCAw8Hmv5tYLJIsqTkBQOt15E7/l5jvBkW4YYzI8FcRPQRFJY3MPOhi5TLstcwOjN49zbK0QL0HM07p7EqOAHuBs/apMqlzIJn8YUAw9fO+L68FcZYOi52KoJjObsVE0J6MlhFbSzLVw==













Investigator Name: Sian Kelly

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 04 May 2023 11:19:50 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sian Kelly

**IP Address**

2001:ac8:9a:1e::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

MoEcElcG81f3+kcoUpYZbgiuNaaH6N54fLqdlPo83b3yZKMQsLdQnygTD2L5M7gBgOMU71aiHuqMBF2C2Bsn8ROSR48vK3Dlf3vsDWKUi3MdOnh9dcZFtvpUSRlqsHhWw+gEYHCMyaKwzWO99/u1nCSUReAl/HK8uWb61Z404rg2meNacCzde8sqCj/N72D9j1CZCrD5gvV/
T5a/7Lhb1hpyct2RwyCwhI9Cyqnku4sQB2/RftWWXCAo2YeDGYTnqJn0OYW8E2LGJmGS41WC/UkZ0ar9Optet70nJESmYyvUct6YMv0aOxMPgMPpY2wBL9WEfiwOthqGQ6HOHO4jcw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-04-May-2023-11-19-50-GMT.mhtml

**Hash (SHA256)**

ccc17ba9a0f0f6b45177447ba7512e5c46af7eb96001352c5b5bda40b901f7be

**Signature (PKCS#1v1.5)**

ZnTf5132k02Mg2mofS8MkfpsOLtpL7tGIQRS797uu+kz80wF4FL6cTqkHSWFNVr/8LgkXxUntqSFRJIjyeBvIjRCKL2gFaWxnM9Zd7/0Hcmtu91h+B0hVx2JVZBqGTDamunsnKXvl3vuRHUNXhQrvL1VKPDO/ZO/ILh/l0Gu0+Cm6rlZp1HEqIghGgB
+q2jVnHixUSlQxPu43bf637a0cf6mQMWPO9H8lShnHdS1ppp49gMCfMA7iIARvLcfr1/M3aaVjTw2/zbLYF3ef9sl+WNJUAikcE88KO0TO/2cY4TT4lidGE3RTIXwaonDn5LkkMWgXrRLDu6nURLlOQXJtQ==





AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com: Ohocut Cute Smiley Face Rug, Round Rug for Bathroom, Bathtub, Bedroom, Cute Happy Face Bath Mat, Bathroom Rugs, Machine Washable, Non-Slip, Absorbent, Plush Microfiber, 24 in : Home & Kitchen

**URL**

https://www.amazon.com/dp/B0BGSK6D1M

**Collection Date**

Fri, 05 May 2023 10:14:04 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

aOt0V5EhQZYHhc0xDB3PzJsnpuUiOOMG7pJ2rBD7Mg4xeVDWhx87gohA6xQVn1nW04U4R/
LB2BaMNDZueZ5L3T8n9ZUjDOQJqv7Ak3mRXYJmaurgjkoq1HR5L3yYuNN8xALU7TEFqgGVQXhdtYMKEVtpBwyw8CvCsxoilmfQwwzt81325wqRxh7XqVX07yXsAC6hEKyR0ENEtqAzP0pYw8g8yRcZrY/FgAnlYt8MET3EI4bIYQ1n2aUa976cxoA63tKS2W46X3m3qYSwI6wfcaeYOB9TC/
TcNClruwEsc++2qoVxJw8PdwdE+BjISr8/hZ5cqkh7R6BlgbA8mI7YpQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B0BGSK6D1M]]_Fri,-05-May-2023-10-14-04-GMT.mhtml

**Hash (SHA256)**

82e8c3c0f8552c7859e25a36b13f7e4c4dff6e517e798b778d5eb440035f28c7

**Signature (PKCS#1v1.5)**

JaGu/ElkwpB8qfjeBl5d11a8KIxhe5J+nDdWQc6G9U37r3L6pYEhg3bgQ3qib5CO/mWoBJy29QNe4BISPNwuOnoTHLQ5sTEcOfKPFanzPUZ8JHvkpK9Rknj9sN+3pDoX1lUtXiABD0p0V3dP8RqOzktxVi4arcCRN4OCQMJU+oKdig4PEFixPax8LHLPp1GN+AEuq9iSD56YEMunytRSe9/Ktznc
+Bvoi4yeFoDoWS3M7OjOXxswAPdsX11uCQE0e7QcIrKybUb8K+JMv/nhowunj6cReshH9nt+XBntoVrHRAxVV9ypGwAtWX/TOkZ9BT3Ifm/nlwpoa2b7SKG/Vg==



Investigator Name: Sian Kelly

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 04 May 2023 10:57:35 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sian Kelly

**IP Address**

2001:ac8:9a:1e::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

B+GQjn+CZ120qdh3WFRm/cA7yul29J5wCTIs5bqS1OuTs1pitpkAD1/eXxPGuGu0JVm7s3PUxPV/EAUHRf+evZR
+91G7tULqBD8FgBf6k5zqni4Rdv56L6GRQMCcUKY3hWad36reS8pFA2mndIvWMfpOyEZYbYj3aj25qiBrodAtNVDT1OhF6Fa6dQdGl8KNuwDQI9v5Md6d4ySWWN6ctdFyup9hFnJ8NRhnpJNrX/48KR9h
+1CNDkluodYjP3Xc3U8gc8iTjVtXYCxEM52L3ZTdvsBFYz8aHgKBkTsCfdcUg585PkoPJGEyY2mCD4A9Oc1UX4TkvmTAY4sMOQwVfA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-04-May-2023-10-57-35-GMT.mhtml

**Hash (SHA256)**

1750e9d8f40ef7e9c3191921adc46c93f713c7b74ef798aec502bb727ca6a0ba

**Signature (PKCS#1v1.5)**

AQqS72vOXpjeVgDjpVe3dWsUcX5mQryI/mnu8L9YlRRVLQHIPeHYjlxfJkH7jGi0+P9BRB2WMtUdarHGof0sGPuEELWc5UnVTvZdB9qqKwcmasd4f9fyn6dGLzz+KgFhdTYPf0yBtQnY+nTlV8u4Cp4M9+ehAdAZOV5QxmCj1fv8f+9k098j+xcUpj+b7JCzSasyhxxIOpKuRSJGyi6q47a71Wg05J
+zKmurfkHF7N+HVUwLU++boPe0DfOuNT/1aue8jlARqSKn6QBjSL+IQGND/3JQU4zJA8jYSCCxzdYa5/BM5c+9NNmph2GJNubeBe88wKvQ0nVLYh4VZLNTbA==



AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com | Tofica Smile Face Slippers for Women/Men, Retro Soft Plush House Slippers, Cozy Fuzzy Fluffy Womens Slippers Indoor Outdoor, Anti-skid Sole | Shoes

**URL**

https://www.amazon.com/dp/B0BVFKNYKX

**Collection Date**

Fri, 05 May 2023 10:09:31 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Fp1oUs4TiTF9pl++t3a3BLfy3sP8VXiukEh18oa+7jq9kNm/UV23OTR7BtdPnr263OdQSvx8aH5ZGvv2fpMFAVkGcgIW3Z6E/S8Y0eWAmoImBI5AoVgaJryVCUInQp1lZdR6vHkdiJPcQYvk1OY+pg1xTdhfa+txzosrVXpyrbeXmKgrHt6RDML8VWWeyMXD5MntHnqzjlY9nBI7GFW
+flT8CwGQYcjvyC3CK6QXvP+7oEJLcyQxG/UPOYZQaqhdccpdOn7xA3qEybSzvvZDJhYbLcnQQr7ithwMXnIm0+/fA5gEQ9yh/9d59kkrkr33Wvq9S/NRKAmXrKdKMmhszQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B0BVFKNYKX]]_Fri,-05-May-2023-10-09-31-GMT.mhtml

**Hash (SHA256)**

4a08a7f1c6221e6ad29903851526a66368b073460fa4fcb1490af7b1282bb7f1

**Signature (PKCS#1v1.5)**

AV1BtfM0NcLekuY2LEmxdquDADL7wiid6puj0g4aZsjGOpHf5BgbMKcspLajyT6CNuHoawX6TftRgVP6leQZemus9u+y9Y6CUmHi00odDWO9UGdOpbkLxSftXNXuIn1he7NQz3tYAQ4C/SbDqtMOFnb5mMKRZyLPsvZ79zfdg8lqosi05B7zoZEYS/rJT8Qsz5arQxQT0dGRiy3cLWDXYyCzOmZlk2/
QqIJCx9ufLmR0PydwsdKabiNgHl6gzu6kt+gykBYnj5m9ELiByUP2lXlH4gHIwMTyaVwNbQ2beH9cITYUCqvp6UJxhMmiXTceQyLR5/IvS5rqju7MQSBUyQ==

amazon Hello Select your address | All | Search Amazon | EN | Hello, sign in Account & Lists | Returns & Orders | 0 Cart

All Clinic Customer Service Best Sellers Amazon Basics New Releases Prime Today's Deals Music Books Registry Fashion Amazon Home Gift Cards Pharmacy One Medical Toys & Games Sell Coupons Shop Mother's Day

Amazon Fashion Women Men Kids Luggage Sales & Deals New Arrivals Our Brands prime try before you buy

Clothing, Shoes & Jewelry › Women › Shoes

## Tofica Smile Face Slippers for Women/Men, Retro Soft Plush House Slippers, Cozy Fuzzy Fluffy Womens Slippers Indoor Outdoor, Anti-skid Sole

Brand: Tofica

19 ratings

Price: $19.99

Free Returns on some sizes and colors

Fit: True to size. Order usual size.

Color: White

Size: Select Size

5.5-6.5 Women/5… | 6.5-7.5 Women/6… | 7.5-8.5 Women/7… | 8.5-9.5 Women/8… | 9.5-10.5 Women/9…

To buy, select Size

Add to Cart

Add to List

Have one to sell? Sell on Amazon

- Rubber sole
- Heel measures approximately 1.18"
- 【SMILE FACE DECORATION】Fashionable and Interesting Smile Face Pattern, Cool Street Fashion, Walking on the Street is Very Eye-catching. Light Up Your Daily Good Mood and Wish the Smile Always Be with You.
- 【WEARING EXPERIENCE】These Smile House Slippers Are Extremely Cozy & Comfy! Ultra-soft Wool-like Plush Fleece Lining, Internal Breathable, Not Easy to Sweat, and Provides Soothing Comfort. Low Back Design Makes It Easy to Put on and Take Off.
- 【COMFORTABLE & LIGHTWEIGHT】Cushioned and Anti-slip Sole, Which Are Made with High-density Memory Foam Cushions That Add Support and Comfort and Reduce Muscle Fatigue. The Sole Not Only Lightweight, but Also Protects the Floor from Scratches.
- 【EASY CARE - MACHINE WASHABLE】Suitable for Indoor and Outdoor Use. You Can Wear Them Freely at Home, and You Can Also Step Outside Without Switching Shoes, Perfectly Fit for Walking, Shopping, Walking the Dog, Drinking Tea, and Cozily Lounging on Cane Chairs.
- 【PERFECT GIFT CHOICE】Smile Slippers to Be a Good Home Slipper Choice for Women and Kids, and Also Could Be Matched in Two for Lovers and Couples. Adult Unisex Size for Both Men and Women. Check Size Charts for Details. Even if Your Feet Are Relatively Small, They Are Used for Larger Slippers.

ROCKDOVE The slipper you'll never take off. RockDove Men's Removable Insole… 1,985 $25.99 prime

Sponsored

## 4 stars and above

Sponsored

ALEENLA Smile Face Slippers For Women Bride Indoor And Outdoor Cute Pillow… 70 $14.99 prime

Smiley Face Slippers for Women and Men,Cozy Plush Comfy Warm Slip-On Slippers Indoo… 72 $10.99 prime

HEMOHILLS Smiley Face Slippers For Women And Men Retro Soft Comfy Home Non-Slip Ind… 63

YJJY Smile Face Slippers,Retro Soft Plush Lightweight House Slippers Slip-on Cozy I… 2,356 $19.99 prime

Guyarns House Slippers for Women,Fuzzy Mens Slippers,Casual House Shoes Memory Foam… 149 $21.99 prime

Smiley Face Slippers,Retro Soft Plush Lightweight House Slippers Slip-on Cozy… 514 $19.99 prime

## Product Description

## Product details

**Package Dimensions** : 10.08 x 9.41 x 2.56 inches; 9.14 Ounces

**Department** : Unisex-adult

**Date First Available** : February 10, 2023

**ASIN** : B0BVFMWXR6

**Best Sellers Rank:** #156,151 in Clothing, Shoes & Jewelry (See Top 100 in Clothing, Shoes & Jewelry)
#518 in Men's Slippers
#934 in Women's Slippers

**Customer Reviews:** 19 ratings

## Videos

### Videos for this product

0:00 1:20

0:00 1:32

Upload your video

## Related products with free delivery on eligible orders

Sponsored | Try Prime for unlimited fast, free shipping

## Looking for specific info?

## Customer questions & answers

## Customer reviews

4.5 out of 5

### Reviews with images

### Top reviews from the United States

## Customers frequently viewed

## Recommended based on your shopping trends

## Best Sellers in Women's Fashion






























AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

SONMONY Smiley Face Trucker Hat Washed Dad Hat for Men Women Cute Baseball Caps Unstructured Smile Embroidered Hat White at Amazon Men’s Clothing store

**URL**

https://www.amazon.com/dp/B09ZPHCQ3H

**Collection Date**

Fri, 05 May 2023 10:08:24 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

QW8kiVDOhn7gYYO/SsXin2BvHU1KYSOoiowgRCnWudDxBnGV4O0lYTNsST+4y6SD4DfpyNw5ZeRTvenpdnLzIyogiP13Suqqmh3v7hjg21X8qpd6scqigPX9Ijem5aUVhPsEgsOZDlwpXtGvxev3zVOoOFJRzaVzJit4fE9a
+DT5ZjhSGG5lpiywncvSeEquMWeCEa5vdkmCAo26TZdW7K4YYzw1HQSh3hLLQoSJczdsCtVhzVcab3DbLnD+n+V2XFlV9micDN5R2VLbCkK4oaxg9yksmEQW1LT9Dnaw7pn69PC/bXuJ+ELm4nHiflNN5RJC7Qo/leGUUbt8nBTP9w==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B09ZPHCQ3H]]_Fri,-05-May-2023-10-08-24-GMT.mhtml

**Hash (SHA256)**

5f02ea00e31b6a8aceb593f018c715b0ea36eeee2d67fd4f7681b85bb75ce36e

**Signature (PKCS#1v1.5)**

afQYQyZcS3CBj21iVI8DIeOcqLEaXSHKNXhtdrjaLwlWTEv1J93/bAFogXJjfhgfEqNpW5Ou+LAnH+ykqXSxk524/GubG7uEiF9IhCnD8whKH6vUlOgsfzZFHxCAUD8tPiDTOCJULjXx4sRQUHyu0HIvwW1CwmQDSz4l0oJkILwiB49dxWgc0Oy+uu0z/TCnn+myuPDTbnGLdEhfluqAxUuE7OlS27w
+lMvPQzNtRFpZlAGIK+eWN3LI4Lzb8o6SQfSwB9+K/t59yKBa/sw93Mu1obJrVYD9lGuHFbRAVrYofHBillshPIjnINWq6ujMzurS8VdY4BHO+auanc00xg==







Investigator Name: Sian Kelly

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 04 May 2023 11:04:43 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sian Kelly

**IP Address**

2001:ac8:9a:1e::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

SY+FGqa2fGxRynFWIh37Z1of5kWYf6inHRCcBn25htSz10s8QHR7gcs2gCPtzj+LGKzYdqqvpMD+6dOCQ2YfeXlqVgE3fNOaoWaxOsRcT33I8ds7P9mpi79CF4FDNYqVyfoEoEaREK45T8AtaBYIBlTFkswGLL
+VNUlTCSsYX3D22lbm58mYBHk0ua75+ijqyjwHgdqlgtED3S5G30PlkCDwICbvOo2V004YEc5nvNMiVwgtcFX26O6xaeg27HZohH0a1syuYuJ7OUZ1/OkufUcF622VJjU4bvW+D+WnXZ3dByD5ERyyh/7oeNzjIvxvI3W/AeLRRMlYEb6nqCa67A==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-04-May-2023-11-04-43-GMT.mhtml

**Hash (SHA256)**

08449b41c99a7b99207746a8e9d17040f18e8395e42145910bde2cfe094453af

**Signature (PKCS#1v1.5)**

uzPbpxIT3KNFv94d/2ENJKnzlJqkAbMOKBCgkrroCWlezzfgizCvDFCq6D2Sdcj8uvwSgwwLLd0A6X6mjkSXZaXPqNxP+WL5NdfrUPU/UHSc7VnVClOcwQYjlapSU4vdMEYro7eQREG/bWGXmzXWwGqQkPuBprEeDKOW028/tov2sJMHb6cxoVH6RYV
+pX7iQgLYVFVPO9pQAgzrjtLfRT0Jul9OdCquBZVqMKG4KdwUQUoIsxmO9HQuY9+KckCTJUV2flDf2u9JMxixGA4mNxejBtY92v0h+LrB/uSPj1oJtmsvYZ4/R4pC2EcXkIV/DlKvlV0+vyLgvuZbJvf0ug==













AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com: TOPDesign Cute Smiley Face Tote for Women, Aesthetic Canvas Bag for Beach Vacation Travel Weekend Getaway Holiday Short Trip, Personalized Gifts for Friend Her, Ideal Birthday Present : Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/dp/B09PYTMZJC

**Collection Date**

Fri, 05 May 2023 09:59:56 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

cqapX2bQcfqJD/4VCyvTN8dd/gE0RhylQZsuT/ELzw4CLWHnh+AtRg0yf1Y0QtYSrRAPPZGutYNrbxB9cp02Sh3wdMFkU4c7Moh96DjSDa575hCo/A5el7uRnAEICZLwoy7a1GfNt
+QQd8nE3NIedlrnvhTPESFPtswLmUcWbxoDhizod0XD8mtPqgsf8ioveLDqsvPlS3jCAKRyQQxqhlloKs7ydM6sJ5dmZRQt5yxxep5PD8RI8KcoP2M/1xfCF1rPTjr5OJ5+O/MLit9EYPAFriLmk5AYhvtkQI0xjUriGksmIEaj8nluyOH7ZldX2TnRslAmdMCscQQOwHKA0g==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B09PYTMZJC]]_Fri,-05-May-2023-09-59-56-GMT.mhtml

**Hash (SHA256)**

77c35eb8094f917c744d35f6748a68e0b3b767d2f14eb2451e10b174d6f16d41

**Signature (PKCS#1v1.5)**

I5YfJCf6S4Ien2QOV5Uss0Ynnff2pwdBiVpx5yw3Q8VFdPfjwoxGZMv2uWNXXxfodtZif9C4O4tZ3pTu1HoahFdZMwsNbW6bDQvhQ3NOiPjogGwXVoPxWZdftrT3SWokU4w06+9vNBZpJPrw5jNirazdT1s4WqtA+swGP34kqt2M5eLS+szYNl0TuQA2yHvfjtAnhxDLkavU5ypwFphepqlDEBT/
sFV1PPJOJdg3ljGOlnvht+95dBFLsl7nyamzpT3HINeTjOTJjhPplsknTIIiFilDlSRC6yBB28expu5HAwU6vYDVAEupSFLgBGRWz6Wx6sBHwQTbleICHGngbA==







Investigator Name: Sian Kelly

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 05 May 2023 07:45:05 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sian Kelly

**IP Address**

**Browser Information**

**Digital Signature (SHA256 / PKCS#1v1.5)**

njfnwLNIkVyDa3tXlSg8o92QLLHLWLkDmzvUbL1lts4E44guLa51PwXvxTcLFKoRCcy4U61wbwVcxtSpCQCeXAUeSjF3SEAgF8MQG0NXb90ouWBm7Yr9Elics7vMwGYnBKDMgPe6vfbx21pX8FtLYaTGIyljrKBt6cVTYyYo+lgRZEY4I1P9rHAlMoL9yQmyeTq4DUb7V
+pbtrUsToRqHBXdu5EaojwLcGn1eL6agy+lzzP0VH0iIQY/YQFlQVWwfOTJHF2ivj1A9GrWyX+3K4ChEtYg4bgAz0tRqRTkYgzG4v1it27ih/v1klSLalv+4Lx5DHUzUOM+uX3Zm42f3A==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Fri,-05-May-2023-07-45-05-GMT.mhtml

**Hash (SHA256)**

153849f575251a2ec704bf366011f142e59b59b28d546036c072b2113ce4db73

**Signature (PKCS#1v1.5)**

qT0UsNMSU0pylnEfYfcqcZviq9PsxgUmddQCTDrcfBnZ0+4SLmVHyY5X5w88lpjriAfvmselH29EwhHNpsUwqDMoHgS0flKyu3ZnwJOYHqYP/HTiHz0D5fcPppgNzbQhjfqmezw3MI1YC4KcIcGkJTG7NqJBSP2P/4pTDFEFHUV7NYql6qBvDZrwc/26QIxZ9poYqVrjVIbEPdzDf6F1Uj0tG/L
+tnVOPEfkVxerzurdB5teKo51r5COdY18kHtECtWso72/ge5LdwmKm31k8wQrG1cFwbrFSDK1aB7kl+ABhqOinT5sfSnMc0C2LUiIMin9X5IyJTcoV5kUOAoWgw==





Investigator Name: Sian Kelly

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 20 Apr 2023 11:06:27 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sian Kelly

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

WyeMt0H+rI94oDpIYIwP7zeyZxANjaHYiFGqij9y3SjEcIiZpk8zjNO8/PRueJ9xvM+vqh32rEgY3DykX1z8tK/IlC6qrsi6KWmhCsuY9fEKQlCQAA5xoBektsse591ljX+Xx3p1AAMGKhTrO8o6ngMR3jGVtucx/
Sp58diMob3AmwWahlpExjkdP3rXXuGjWD7f41vBFKKy9R1nzmUHy4b07lbYocUmvdJKRKNF1CspPzbCRLllf+t3mlOLsjXiV3ImmPd52m4n5ejig03N0iJqbLCwdxXXA/O99HZAbIZd7L90edgHt6oqiWuDT47ryHbPLQDXMJBMHnLV06J60A==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-20-Apr-2023-11-06-27-GMT.mhtml

**Hash (SHA256)**

ccbefad341d069b249b07533c198957016c40a87eabb1c17e344d79b8c761b59

**Signature (PKCS#1v1.5)**

Xvm8vOKLU7ImUWxgZXXa2XAunO4DUJZ9UqxqhBjeczVVkw+a4q5KjBizkqte7B8DEnPYIduqfV0ZQPGlujpKXbqCUN2uUhbHlnguc45VQxRs/XOUpLVXvibqVqn2fyL7FbQ/vIt1rIDKV6b4UC/JKkPO/
RnzxtJ4s1oL7ysE7aF8+u5896HkF6+bsaak6x14CDVF5RLJnjcR6IElc0qW39dzVUfThqvL7ZK1ZhFMX+xCFKMVBFG/q0wJH1V1cez2HxQhyGtKdxWoKbF6rX4iZHwwwoLn33I2Trhw6RqlqUYMyGkGurUVeRd/d+T5P5Xap5ErIpS2KSIXeIoJS5BVxA==

AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com: 50Pcs Smiley Stickers for Kids Water Bottle Laptop Skateboard Car Bicycle Luggage Guitar Cup Notebook Art Decoration Patches Gifts Waterproof Vinyl Cartoon Awards Sticker Gifts Colorful Smile Face : Electronics

**URL**

https://www.amazon.com/dp/B0BMPDY9WP

**Collection Date**

Fri, 28 Apr 2023 08:03:26 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:93::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

iyP/k+nbnXFx88tveU/nv9jj0zItJMfW8TT4b3YZt9y5wnbhLaPMCXEjTubZT2Rfjj434aPRbPLFWffzUADbTiL3SFMqFulBqQUF4se3Mnx32OB3ceYuLjEyG85cyHivKlAdcpna5Am9mZ03yZFtylb8ZJ7YLC4t7kyWr+smNal2w+oSTJ66qOZZ/
hKVQgFmBOa5PAdNUfxQsIwUB48Bscuyp6ObYuKaV/u67Z0e/+Qt0qiaJks/2iodUPU/pohyfPa5wMw1D9QDsT/8PDyGPJtUAOHKaf4P6jsjdrXkdH2uJk4ZGgTLg0p7i8/wfnoGxU1M/LJjMEEmGVV3VVzZDw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B0BMPDY9WP]]_Fri,-28-Apr-2023-08-03-26-GMT.mhtml

**Hash (SHA256)**

0bfe926bc7f4cd92eb0d8954f152e3e5f6553e117d5a19a1e66045ca0a6d6dfc

**Signature (PKCS#1v1.5)**

HUDu2HyL4+kPG+F+O2OP5XH0jOEg7jJ76OUIpCLgr2OVmMzJCHKMNJG7luBhZ1ZBp253CH0qGhS+fajn8RJjOH3QIr0P9OFcJgsYs+13tw+EIP5BDEpeXJSZ2ftINRmIkpB0v+kkPbd
+ln056Zt33idU4ccrFANIFNUAWatXHSnrE6gAQ7Mn7mxEYHyr0XGIl8WlkcyKD5M5g85CYf2M3oYRz7nFLryNn5G1Q20juSDJGKzUgGwKXAcsGWjl65KujnVRCmx7iZsGJwdT8G7+kq59L9yI8GHTrXARnI3Gi/ Ay3jUvHkI5Jj3e0CQbfDZQsW6Czf13xoekc4kWfmWlMw==







