UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 0:23-cv-61203-AHS

THE SMILEY COMPANY SPRL,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/

## NOTICE OF FILING PROPOSED SUMMONS

    Plaintiff, The Smiley Company SPRL ("Plaintiff"), by undersigned counsel, hereby gives notice that the attached proposed summons is being electronically filed.

Date:  July 3, 2023                      Respectfully submitted by,

                                          **Richard Guerra**
                                          Richard Guerra (Fla. Bar No. 689521)
                                          Attorney Email address: rguerra@brickellip.com
                                          THE BRICKELL IP GROUP, PLLC
                                          1101 Brickell Avenue, South Tower, Suite 800
                                          Miami FL, 33131
                                          Telephone: (305) 728-8831
                                          *Attorneys for Plaintiff*