UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:23-cv-61203-AHS

THE SMILEY COMPANY SPRL,

           Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"

           Defendants.

## NOTICE OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

**PLEASE ENTER THE APPEARANCE** of Heitner Legal, P.L.L.C., by Darren A. Heitner, Esq. as lead attorney to be noticed in this action on behalf of Defendants, TopDesign, LoveS, qtxc, and Xke.

July 21, 2023

Respectfully submitted,

**HEITNER LEGAL, P.L.L.C**
*Attorney for Defendants*
215 Hendricks Isle
Fort Lauderdale, FL 33301
Phone: 954-558-6999
Fax: 954-927-3333

By: _/s/ Darren A. Heitner_
DARREN A. HEITNER
Florida Bar No.: 85956
Darren@heitnerlegal.com