UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-cv-61203-AHS

THE SMILEY COMPANY SPRL
        Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS, AND
UNINCORPORATED ASSOCIATIONS,
IDENTIFIED ON SCHEDULE "A"

        Defendants.
_____/

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel of record for Defendants Passionate Adventure(American Trends Sole Agency), Century Star US, American Trends, DurioUS and Azue listed in Schedule "A" to the Complaint [DE 1].

Dated this July 23, 2023.        Respectfully submitted,

                                          Andrew J. Palmer
                                          Jared W. Gasman Attorney, P.A.
                                          5353 N. Federal Highway, Suite 402
                                          Fort Lauderdale, FL 33308
                                          Phone: 954-771-7050
                                          ajpalmer@gasmanlaw.com
                                          dkang@palmerlawgroup.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 23, 20223, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Southern District of Florida, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

*/s/ Andrew J. Palmer*
Andrew J. Palmer