UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:23-cv-61203-AHS

THE SMILEY COMPANY SPRL,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/

## NOTICE OF VOLUNTARY DISMISSAL
## AS TO CERTAIN DEFENDANTS ONLY

PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and by undersigned counsel, Plaintiff hereby voluntarily dismisses *without* prejudice all claims against the following Defendants:

CASETIFY (Defendant No. 83 on Schedule "A" to the Complaint).

ANLEY (Defendant No. 25 on Schedule "A" to the Complaint).

| | |
|---|---|
| Date:   July 26, 2023 | Respectfully submitted by, |
| | **Richard Guerra**<br>Richard Guerra (Fla. Bar No. 689521)<br>Attorney Email address: rguerra@brickellip.com<br>THE BRICKELL IP GROUP, PLLC<br>1101 Brickell Avenue, South Tower, Suite 800<br>Miami, FL 33131<br>Telephone: (305) 728-8831<br>*Attorneys for Plaintiff* |