# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION

### Case No.: 0:23-CV-61203-AHS

THE SMILEY COMPANY SPRL,

      Plaintiff

v.

THE INDIVIDUALS, PARTNERSHIPS
AND UNICORPORATED
ASSOCIATIONS IDENTIFIED ON
SCHEDULE "A",

      Defendants

## <u>NOTICE OF APPEARANCE</u>

Christa C. Turner, Esquire, of the law firm of Baker & Hostetler, LLP, 200 South Orange Avenue, Suite 2300, Orlando, Florida 32801, hereby gives her notice of appearance as counsel for Defendant, Rosenza International Trading LLC d/b/a KatchOn, and requests that all pleadings and other papers filed herein be served upon her.

Date: July 26, 2023                 Respectfully submitted,

                                  *s/ Christa C. Turner*
                                  Christa C. Turner
                                  Florida Bar No. 0076627
                                  BAKER & HOSTETLER LLP
                                  200 South Orange Avenue, Suite 2300
                                  Orlando, FL 32801
                                  Telephone: (407) 649-4000
                                  Facsimile: (407) 841-0168
                                  Primary Email: cturner@bakerlaw.com
                                  Secondary email: fapodaca@bakerlaw.com
                                  orlbakerdocket@bakerlaw.com
                                  *Attorneys for Defendant*
                                  *Rosenza International Trading LLC d/b/a KatchOn*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on July 26, 2023, a true and correct copy of the foregoing has been electronically filed with Clerk of the Court using the Court's CM/ECF system, which will send notification of electronic filing to all counsel of record.

*s/ Christa C. Turner*
Christa C. Turner
