**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

Case No.: 0:23-CV-61203-AHS

THE SMILEY COMPANY SPRL,

    Plaintiff

v.

THE INDIVIDUALS, PARTNERSHIPS AND UNICORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants

**MOTION TO APPEAR *PRO HAC VICE*,**
**CONSENT TO DESIGNATION, AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of John M. Mueller of the law firm of Baker & Hostetler LLP, 312 Walnut Street, Suite 3200, Cincinnati, OH 45202, Telephone No. (513) 929-3400, for purposes of appearance as co-counsel on behalf of Defendant, Rosenza International Trading LLC d/b/a KatchOn, in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit John M. Mueller to receive electronic filings in this case, and in support thereof states as follows:

    1.    John M. Mueller is not admitted to practice in the Southern District of Florida and is a member in good standing of the Supreme Court of Ohio, the United States District Court for

the Southern District of Ohio, the United States Court of Appeals for the Federal and Fourth Circuits, and the United States Patent and Trademark Office.

2. Movant, Christa C. Turner, Esquire, of the law firm of Baker & Hostetler LLP, 200 South Orange Avenue, Suite 2300, Orlando, Florida 32801, Telephone No. (407) 649-4000, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, John M. Mueller has made payment of this Court's $200.00 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. John M. Mueller, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to John M. Mueller at email address: jmueller@bakerlaw.com.

WHEREFORE, Christa C. Turner, moves this Court to enter an Order permitting John M. Mueller to appear before this Court on behalf of Defendant, Rosenza International Trading LLC d/b/a KatchOn, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to John M. Mueller.

Date: July 26, 2023                              Respectfully submitted,

*s/ Christa C. Turner*
Christa C. Turner
Florida Bar No. 0076627
BAKER & HOSTETLER LLP
200 South Orange Avenue, Suite 2300
Orlando, FL 32801
Telephone: (407) 649-4000
Facsimile: (407) 841-0168
Primary Email: cturner@bakerlaw.com
Secondary email: fapodaca@bakerlaw.com
orlbakerdocket@bakerlaw.com

*Attorneys for Defendant*
*Rosenza International Trading LLC d/b/a KatchOn*