UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No.: 0:23-CV-61203-AHS

THE SMILEY COMPANY SPRL,

    Plaintiff

v.

THE INDIVIDUALS, PARTNERSHIPS AND UNICORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants

## CERTIFICATION OF JOHN M. MUELLER

John M. Mueller, Esquire, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the Supreme Court of Ohio, the United States District Court for the Southern District of Ohio, the United States Court of Appeals for the Federal and Fourth Circuits, and the United States Patent and Trademark Office; and (3) I have not filed three or more motions for pro hac vice admission in this District within the last 365 days.

                                                         */s/ John M. Mueller*
                                                         John M. Mueller