**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

Case No.: 0:23-CV-61203-AHS

THE SMILEY COMPANY SPRL,

    Plaintiff

v.

THE INDIVIDUALS, PARTNERSHIPS AND UNICORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants

**ORDER GRANTING MOTION TO APPEAR**
***PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for John M. Mueller, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. John M. Mueller may appear and participate in this action on behalf of Defendant, Rosenza International Trading LLC d/b/a KatchOn. The Clerk shall provide electronic notification of all electronic filings to John M. Mueller at jmueller@bakerlaw.com.

DONE AND ORDERED in Chambers at _____, Florida, this _____ day of _____, 2023.

_____
United States District Judge

Copies furnished to: All Counsel of Record