UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:23-cv-61203-AHS

THE SMILEY COMPANY SPRL,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/

**PROOF OF SERVICE**

I certify and declare that I am over the age of 18 years, employed in the county of Miami-Dade, and I am an attorney for Plaintiff, The Smiley Company SPRL, in the above captioned action.

On July 19, 2023, The Brickell IP Group, PLLC emailed copies of the Complaint, Issued Summons, Sealed Order Granting *Ex Parte* Application for Entry of Temporary Restraining Order,, and Sealed Order Authorizing Alternative Service of Process to each Defendant. The Brickell IP Group, PLLC also effected service of process on those Defendants via publication by posting a true and accurate copy of the Complaint, Issued Summons, and all other filings in this case, on the website https://www.dropbox.com/scl/fo/sefaaeo184kglzl5vndtb/h?dl=0&rlkey=k6ihu9whudejodx2m10ride8d.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 26, 2023, at Miami-Dade County, Florida.

**Richard Guerra**
Richard Guerra (Fla. Bar No. 689521)
Attorney Email address: rguerra@brickellip.com
THE BRICKELL IP GROUP, PLLC
1101 Brickell Avenue, South Tower, Suite 800
Miami FL, 33131
Telephone: (305) 728-8831
*Attorneys for Plaintiff*
