UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:23-cv-61203-AHS

THE SMILEY COMPANY SPRL,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/

## ORDER

**THIS MATTER** comes before the Court on the Plaintiff's Motion to Unseal [ECF No. __] ("Motion"). Having carefully reviewed the record, the Court hereby

**ORDERS AND ADJUDGES** that the Motion is **GRANTED**. The Clerk is directed to unseal all docket entries in this case and return those portions of the file to the public records.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this ___ day of July, 2023.

                        **HONORABLE RAAG SINGHAL**
                        **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record
       Sealed Clerk