UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:23-cv-61203-AHS

THE SMILEY COMPANY SPRL,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/

## NOTICE OF VOLUNTARY DISMISSAL
## AS TO CERTAIN DEFENDANTS ONLY

PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and by undersigned counsel, Plaintiff hereby voluntarily dismisses *with* prejudice all claims against the following Defendants:

AHZEMEPINYO (Defendant No. 7 on Schedule "A" to the Complaint).

QUMAO COMMERCE CO.,LTD (Defendant No. 479 on Schedule "A" to the Complaint).

MOUNTAINEER2023 (Defendant No. 414 on Schedule "A" to the Complaint).

YUNXIAOXIANTUOYIBAIHUODIAN (Defendant No. 711 on Schedule "A" to the Complaint).

ANNODEEL (Defendant No. 26 on Schedule "A" to the Complaint).

Date:   July 27, 2023         Respectfully submitted by,

                                            **Richard Guerra**
                                            Richard Guerra (Fla. Bar No. 689521)
                                            Attorney Email address: rguerra@brickellip.com
                                            THE BRICKELL IP GROUP, PLLC

1101 Brickell Avenue, South Tower, Suite 800
Miami, FL 33131
Telephone: (305) 728-8831
*Attorneys for Plaintiff*