AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: 18pcs Patches Shiny Spark Smiley Patch and Five-Pointed Star Sequin Kid Embroidered Patch Appliques Patches for Clothing Repairing Holes Jackets Hats Jeans Shoes Garment Decorations DIY Accessories

**URL**

https://www.amazon.com/18pcs-Smiley-Five-Pointed-Embroidered-Decorations/dp/B09D3JMC99/ref=sr_1_151

**Collection Date**

Wed, 26 Apr 2023 07:49:33 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

pLaF/JfcsENyr0GDzv58N2w5Oh2yZJOvR4NWAJ2TByknp/jnR1/t7PH3SXcxxlnUw16HLTQlVXCMqPD/B5Oh85dks8JZDZiaAB0k5Sm9EGQHtzHNDbtkHVtvgCbPrtJpyl12SpgmyKI8UGRwvygLS3110HHwZD9vCp8si1Rp1B8=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]18pcs-Smiley-Five-Pointed-Embroidered-Decorations[fs]dp[fs]B09D3JMC99[fs]ref=sr_1_151]]_Wed,-26-Apr-2023-07-49-33-GMT.pdf

**Hash (SHA256)**

9982c42947ce831b01e9c6f55990e7bcc230b62fa84823a26aec628ac875479d

**Signature (PKCS#1v1.5)**

Wx+k+Un/tmPDWhf6izkcvbSgBj+Ao0sVwfCaujGNq06tQdT9wlutbgOMhpjilEMieArll+DWuq8CsTQpXKqWf1aM94/of2e2W+H5DvJhwfbfx7QfelOe5qkE2NoLkkuOgdCgeqyeBitP7v2e86DYwYMtkh/ppFsXacB7imKdWpo=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 01 Jun 2023 15:58:05 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0d:5600:8:93::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

VlY/8mOe6hr0fJVEKVDS77+TS87B1aZrfhXhS3hIJ9PBYnjtuQeYaRGGZdMhf0fpGMNoa7PCHvgwfKJSEjyAG9cHOeQRXYyXWAgKpeGfFZ0AdnNpwFX74BdnSMCB/76OKh0PsN9r0nXDix/xsluAeCSgy8eAGzUR0fD5aDl12OXraJJCpN1HyLgttHmXE1JbQu1RVpR2a/GSmftgN
+3BZoN/6F9O0rCIQY7wH+j901EOARl2PTzASxekIOm751TPywVz4tBe0UnP1HMUyq8/Y6Pwkm9gu+vfeZDg1Y+kLedPJAbw/nQpzTfdz4MWcln+tLXxd6uPzOMJq6jbEe7Kiw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-01-Jun-2023-15-58-05-GMT.mhtml

**Hash (SHA256)**

74dddb2972e434c08482502b5a55a48799f808ff213164dab4256a7c1e15bcd5

**Signature (PKCS#1v1.5)**

lmmMYzRWEOgzA1iDu3q+jEV47figvvdRoMKqCyuaGwQbHQ+pXBLWwi6Rmirt3xzks2LDBPPty+8pJa0VPYsoarnOIHFPdIM59tPeB/SvZVK0Rp9klsys83+aj6j3vkH0pYlTzXfXPcT/keA3bizHHHB75eHJ7Z2xRTw/28+32KJ+fI7qozJFAHX5nAe6Q1Pub4/j7W7JhSQZRHuhs/6lfW3z1PaWSk
+52152gPJ8MGcUjr5UP2nn0xVXhrKmgjXaVxgZqzVkldqkaYWSPjuHmXEm5Fp6uWCk1zYmgabScqdKBGFuqFNQPtocSU1ZvPvKXxLQ7z00TXUkK1uVWy0ZfQ==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

Change

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items with your 30-day FREE trial of Prime

Get FREE Prime Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: June 5, 2023** If you order in the next 23 hours and 46 minutes (Details)

Items shipped from Amazon.com



**18pcs Patches Shiny Spark Smiley Patch and Five-Pointed Star Sequin Kid Embroidered Patch Appliques Patches for Clothing Repairing Holes Jackets Hats Jeans Shoes Garment Decorations DIY Accessories**

$6.98 & FREE Returns

Qty: 1

Sold by: 【Wonesifee】Clothing Accessories

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

FREE Prime Delivery with your free trial of Prime

Fast, FREE Delivery prime

**Monday, June 5**

$5.99 - Standard Shipping

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

**Order total: $13.46**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $6.98 |
| Shipping & handling: | $5.99 |
| Total before tax: | $12.97 |
| Estimated tax to be collected: | $0.49 |
| **Order total:** | **$13.46** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com: Sunflower Flower Plush Pillow Smiling Face Sunflower Pillow Colorful Plush Pillow Reading Cushion Pillow Sofa Decoration Pillows Smiley Face Throw Pillows for Bed Home ( Color : Blue , Size : 16.5in ) : Home & Kitchen

**URL**

https://www.amazon.com/Sunflower-Smiling-Colorful-Reading-Decoration/dp/B0BYD3YB1X/ref=sr_1_201

**Collection Date**

Tue, 09 May 2023 09:38:07 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:93::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

rZPVD9HIbDefwj6vuKgPcFK3OU+ArLVaSWmutVGQwYC73R0ve/UFLdoRpNKTzc9mP4834gs8VW/QpAGUelUCqPFQ+DLJIAmUrYJ0dU1Myk2iEYIUmNBlWer9q9KXd5K5X8esJSJhl9s71OJ3LiAM39z5vMDQYSOv1B5W0n9VhJc=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Sunflower-Smiling-Colorful-Reading-Decoration[fs]dp[fs]B0BYD3YB1X[fs]ref=sr_1_201]]_Tue,-09-May-2023-09-38-07-GMT.pdf

**Hash (SHA256)**

2767a7e2a550b6b1add8b0abd530715fe1516aeddf12b3a493df8d75d4807a91

**Signature (PKCS#1v1.5)**

OkIILooJgNIwI7NzJfHq00RwPRSviOUtGgTOqTvaJBYt6W6Qytsn4qCXIfuTbVAgdsQ8ya/R0/SesdFLwqqM0Y8b0NFz0FIneVrqxhYCFhFIIC6dAfN0omY41tjsOv8Wpza/7JnllQJZCkpuc7N3ZIFWHlplAAr9n5P8bw7PWCs=



AXENCIS

Investigator Name: RemoteUser2

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Mon, 15 May 2023 05:38:42 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

RemoteUser2

**IP Address**

116.68.99.108

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

qfCHsNhFTwnAQsXDu7RT+aWujquzKXlztTuDKIZ/4a3CH8LQ0+a8OtzzSZQ7uuZoxCLp8v+iZ+fnozbFhfIalHKoDmamkEPucjLrHvpC11ZA2z7d/RU0j7381DoSzZ0Va21JnQGYlqdEkrZbb+cTfhFgLAcD48ycaOeT6D5ey5G7QvHtrjGIPUHIDqexW96Z/
TxWoDJQqWWHL6oPCksWmCLjnFv519H6/JnvTCM1vpYJ0AuFgQ+QjGv6eKUd++9+w5zmZ+2L8E9yt4CPdHorjN+sE4WUHoVwGgrgAlAhpGT7j+qNBdTytLNySn3jR9gBP1cxEGYCwUzPjmGtTsCymg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Mon,-15-May-2023-05-38-42-GMT.mhtml

**Hash (SHA256)**

e7827f083bcd608ee3fbe495ef4c73712ae8056a69699f39558965455708b786

**Signature (PKCS#1v1.5)**

DnWmzzQmEzX7wCjywtnfwleC5pvr18CNvP9UoO2DMufasfixZHm1uEQ1v4N+GTf3jfGKjqNR6ihBHv8MNqhXan+whqXtRd5jsTJtzjmcDOepNuhLZIiJ48w0C9idO3P1R2DeyVHa8IQS1OKS9KdXDCWiGZJ0KzVEUwBpPzWDdPYX3XLVF2MFc0Js/
KXREquThw9AaUtDudm7hBhjWXYiLsBOaSS9yQdj/VP1jbdUIH3fMNDouYHHiw1NFV3Wtz+ZdEo+Z/HZTYMEcNrNU0HnuiXntec8bhv9Cd5oV4QuhkERTcelOK8+28fNiQej+Wiv6FUsjoVYr9SJbcHM9Ty9+A==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Change

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you 30 days of Prime benefits for FREE**

Try Prime FREE for 30 days ›

**Estimated delivery: June 5, 2023 - June 27, 2023**

Items shipped from ★★★★★YYQI



**Sunflower Flower Plush Pillow Smiling Face Sunflower Pillow Colorful Plush Pillow Reading Cushion Pillow Sofa Decoration Pillows Smiley Face Throw Pillows for Bed Home ( Color : Blue , Size : 16.5in )**

$14.99

Qty: 1

Sold by: ★★★★★YYQI

Gift options not available

**Choose a delivery option:**

**Monday, June 5 - Tuesday, June 27**

FREE Shipping

Place your order

**Order total: $16.04**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $14.99 |
| Shipping & handling: | $0.00 |
| Total before tax: | $14.99 |
| Estimated tax to be collected:* | $1.05 |
| **Order total:** | **$16.04** |

How are shipping costs calculated?

AXENCIS
Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 26 May 2023 23:43:42 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0d:5600:8:36::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

YeQlyEJgNOGs5Y2YFyp2FLLTwcS3vGe9EWPjVPFMPtZVQrwjyM5YL82aK2XgTjd4SZKkjqtjsxBKLwvsp9TKZ/cBQ5z7lHurkaYlJ5kR7OHmwkDXki1fo8BfiDFaGUo62r2hqWuC3VkDfECjcZZI81zQxmy9QXQ25QrywSiBZnslPN79eCDSMowQV28/aNlSHpNemzrcGyNu
+A5U8mSdpPEdTh3co3KPm1eN0zdMiGnWzxhfKIxSTYxbYsmH0Orr8gYqzZXZCTKomzTFrWKsPd4cMb3wIv+kcHl7rd2EKQz1zTnYKX976rFdxTTLuSGyRqMbcUp+vCB8OJQA93bWTQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Fri,-26-May-2023-23-43-42-GMT.mhtml

**Hash (SHA256)**

49eae46e6469366f669af8ab2c17049050db0b42388a4214e044b1878051d500

**Signature (PKCS#1v1.5)**

KCi98rb4+6nRg/EzFRR3xzdQVpoABQb11p+1k4IVHChvLMK/x7oZxzkrI3o37v4bDtiGvVIOzp5Iykf5DJdxuJSwrJ8+RKTIu59EDgL/JitD70QfKJY5oqQM7QAX2Ew5oO4P9B1mjju9M/wshyWHQ2p4Fcja
+ldZ3n99Af1rmOWywU5dILI4jeObAgwpyK7GRPlRXtsq7YC8kFpOtuxKss1ua5n44xwcq3k6Qcr5//DxVlmdU/86FTnYSnrXET+YE2L/N1bYX9Tqllss3Mx8xfabvx1x56yDNnj/OJBbPMQZPwxUhwFAghJtKzhGMSesuTMeowJv5+lwy3Bx0euyAg==

amazon

## Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

**VISA** Visa ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

**FREE TRIAL**

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items ~~Tuesday, May 30 by 8PM~~
**Sunday, May 28 by 8PM** for ~~$5.99~~ FREE

Get FREE Two-Day Delivery with Prime >

No hassle. No commitments. Cancel anytime.

**Delivery: May 30, 2023** If you order in the next 21 hours and 51 minutes (Details)

Items shipped from Amazon.com



**Cartoon Cute Smiley Face Clear Phone Case Compatible with iPhone 13 Pro Max Chain Case Crystal Pretty Kawaii Smile Bracelet Soft Silicone Girly Shockproof Bumper Case for Iphone13 Pro Max 6.7inch**

$12.99 & FREE Returns

Qty: 1

Sold by: AboutQingyu

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

- **Sunday, May 28**
  FREE Two-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Tuesday, May 30**
  $5.99 - Shipping
- **Sunday, May 28**
  $9.99 - Shipping

Place your order

**Order total: $19.89**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Get FREE Two-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

### Order Summary

| | |
|---|---|
| Items: | $12.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $18.98 |
| Estimated tax to be collected: | $0.91 |
| **Order total:** | **$19.89** |

How are shipping costs calculated?
Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com: Cartoon Cute Smiley Face Clear Phone Case Compatible with iPhone 13 Pro Max Chain Case Crystal Pretty Kawaii Smile Bracelet Soft Silicone Girly Shockproof Bumper Case for Iphone13 Pro Max 6.7inch : Cell Phones & Accessories

**URL**

https://www.amazon.com/dp/B09JGDG5JK

**Collection Date**

Tue, 30 May 2023 06:13:12 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:36::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

BP3+pdBBQzjxDy0nJx72V7qzOO1eWxaBZo0/P6ZHrjrUqlebamd7o9qNdZ07KMoNTBATdt1fC2bMreeJsBHRGwkzHCcClECurmibg4bCqulgqb0fRq+NT4mDu6Y+hHsOs6Z7M7Ko+EuiAihNJ0+9L7Msv5/TB0i3gHT/55WGAnWFw2NjpULCtfq1AKw
+Z6r28fpFtNBcja12ctl9QCtxku3jEJH86QMKCG2q8cHvH4wkNwGgErr+19FovZsSZjS/bh/nt2kh9L+Q9wH4XIA3T6D6mO7TWaR/aP9DrZBa6ZtieBm5djnxeUmc6NgSKQyOkVwLo8tquqwohGaDds/M1g==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B09JGDG5JK]]_Tue,-30-May-2023-06-13-12-GMT.mhtml

**Hash (SHA256)**

8b00cbd0590eed346944eae0cdef6eebc2101aaa1c89535fd8c5489779e49593

**Signature (PKCS#1v1.5)**

e4ij/8+m829Q0ruH5U8ZIlZqJtYtfBI2b5S90+9ClClconfa68REEV5jsuP+AbxFregv3sRjfzHaX9+G2pdFF0yPGj7b7yZ3YcI2MChZDJEHBtZUa6xxGPC/SPrxGHouNoJcP9LlC27GqKfNomSGdVVMq9vEWdAfVnZqXsrDLIN/RNL+m3U0DVNOX5b9zFvbhFbbdDrF2ab0QE/
DXE6x6i95ioHDZs5+WzKptYWeWihQqlSrzt1vn2eXp8zDsNY5YUbUVddPdYwUlgD0MJUpKBQExn3TTvdrqsdQxlZkUOYUTX0D53V7yArtea6zZG8Dzagzi5OcUJq4KHoi4uuBLw==



AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com: Smiley Nail Art Stickers Self-Adhesive 3D Cartoon Cute Happy Smiley Face Nail Decals DIY Nail Design Decoration for Women Girls Kids Embossed and Flat 2 Sheets (Smiley) : Beauty & Personal Care

**URL**

https://www.amazon.com/Stickers-Self-Adhesive-Cartoon-Decoration-Embossed/dp/B0BCG6JCFF/ref=sr_1_102

**Collection Date**

Wed, 14 Jun 2023 09:41:33 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:36::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

oeE3FYclsB+4HbkyDUcO0mA6pVdLqtVqQOVXku/Puo+dxbF8Y7KS+A9ZDOZNIMQaVmLixXnQsGo9ZItkpgx7Q4YjZH5VgtpW3enqMaKQg7ueN8i77XNLqMvpWWbnVhW0R/nkqADS4Zt77amK++il1c7YMo8wDhINNzLQmVbUj4s=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Stickers-Self-Adhesive-Cartoon-Decoration-Embossed[fs]dp[fs]B0BCG6JCFF[fs]ref=sr_1_102]]_Wed,-14-Jun-2023-09-41-33-GMT.pdf

**Hash (SHA256)**

1aa8e6db59315e6e79da5ab5dc949402e5eb856289f484fd7b93d1fd63f6db81

**Signature (PKCS#1v1.5)**

HLc4Se1B1e7XNJG+fZHM5DVsLV4y4LIVVPk8aYVGngq2WMlDoBxIiNX6eGF9XfxJHfSvYcu0cciXYQd9LpHKps4zLkVm51+gv+OP6msLBzoD7tV+7mwgpD320RdcJLG/e4TctHqC+h+j5Wgqvr0HHrwC16L7cdmbXNQPOjiCH84=



AXENCIS
Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 15 Jun 2023 02:11:05 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0d:5600:8:36::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

OLprQPupqumObYzud0Pqwa3VlZ98ZBS50DGlz1RrxOwNqsuuDr7FlLh2JPB3Uax7W/zwjfXKgj8SKTIVy7DjYw890cXtUqxAPj/JE9aG/ddV/bWcKh3J2EfIKITHnadLX477odzqIR09Az6vqu4YUwFCZzKCyof9lzxY1OpmlB8LYeOWvbCcCgPAw9094frW1WULcMtz6K/
DBo3PreKi1J5YYvrdFYiiL3Ryi/dBOJwXE0j0yW2mYNxp5goRgeFSUAb14dhSLNX+dRe7rEOgs35h3ylb/Wy0WtACjLVE3zvaGklOlFBy7YguzZi/sWeTblFwebOGygA3nH4ZChLeFA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-15-Jun-2023-02-11-05-GMT.mhtml

**Hash (SHA256)**

86124441fbe444702bdc78406b1af7ec70398732febf4535835947a88face5a6

**Signature (PKCS#1v1.5)**

NQNe44Zm3+hKQMWiVwWEozOB3Z/OO1IcHYjqVY41oflsnSW2a+h3raUY4ADyWSHguFXmR7bqpqBbGaEOic3TX3DieHq84QevHTrwFBQ152BAwh+7OUN4slNxFqXekuD/n7Nd8paJpcjUhTS8Juc1h1vznjpoHhDY5tfjoyU5joSsivvY+hiH1vJqE82oLtmwcSYf+IDqvasxlm
+PBBBn1YF3C5ShsUakKYo13LGIGbBzte6G60vTwdJD3HbhziVBqto9ndNkde4iNv4E9CzC8DXQX1S1t/DFJK9Hbd6uVBQApHuJmaWTatVI8uoao9NUlraQy9NWIRTD60mH/WClXQ==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

**Or pick up near this address** - See nearby pickup locations

Change

**2 Payment method**

VISA **Visa** ending in 9985

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

Change

**3 Offers**

Change

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items ~~Saturday, June 17 by 8PM~~ **Friday, June 16 by 8PM** for ~~$5.99~~ FREE

Get FREE Two-Day Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: June 17, 2023** If you order in the next 1 hour and 48 minutes (Details)

Items shipped from Amazon.com



**Smiley Nail Art Stickers Self-Adhesive 3D Cartoon Cute Happy Smiley Face Nail Decals DIY Nail Design Decoration for Women Girls Kids Embossed and Flat 2 Sheets (Smiley)**

$7.98 & FREE Returns

Qty: 1

Sold by: Aenjing

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

- FREE Two-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Saturday, June 17**
  $5.99 - Shipping
- **Friday, June 16**
  $9.99 - Shipping

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

**Order total: $14.53**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

**Get FREE Two-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.**

Try Prime FREE

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $7.98 |
| Shipping & handling: | $5.99 |
| Total before tax: | $13.97 |
| Estimated tax to be collected: | $0.56 |
| **Order total:** | **$14.53** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Fotrsta Compatible with iPhone 11 Case Liquid Smiley Sage Green Funny TPU Bumper Soft Cover Shockproof Protective Slim Fit Phone Case : Cell Phones & Accessories

**URL**

https://www.amazon.com/Fotrsta-Compatible-iPhone-Shockproof-Protective/dp/B0B3HY3YHY/ref=sr_1_232

**Collection Date**

Tue, 25 Apr 2023 04:58:52 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

C+/mFssSGtmrYmPE9mS5x7LQuhDDWDN8w/h6SOd3RK2/KmovROYLx3DDfcuV48w3F0ijhhYGGPVYIZ2XATwzLRcqwpyaKgE04Jyf0Wdr5oRG0ps5G65EuQMOz4ujbY344FZ3F9+AwFC1Cq8EO6z5+kZXi4vUxu/5SJuJ68s4NGU=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Fotrsta-Compatible-iPhone-Shockproof-Protective[fs]dp[fs]B0B3HY3YHY[fs]ref=sr_1_232]]_Tue,-25-Apr-2023-04-58-52-GMT.pdf

**Hash (SHA256)**

494b6b3fca9204972f8a15568607929848f1d56d48147bb5051ea38dcd3ad0d9

**Signature (PKCS#1v1.5)**

WYhlWYhp51/+zQQsMzHitCGYqB4Z3ngjz+bBoH6dWyQUwCTs7b7jiZaeSnxevOTm7o/p2VqS9oFpbXlu3KKkXUvsh/auGHavNyTW5EmtLi1iYFZC9St8UAwxG+zCSlSuHD8CRCSVGkvpGg53nOOhlhZWEnx1L4MMufNrtFyaGAc=



AXENCIS

Investigator Name: RemoteUser2

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 16 May 2023 07:16:44 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

RemoteUser2

**IP Address**

202.83.57.61

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

GG06Dmt2HyMkeY0w+s8rwBHM4Gy3DgspAXoebZhc5Bp65vZAOosO6y8Y6WeyAwRt5n9xSww5XXK537P8BUxkRlaSeiW8l+5lz119Cp7gGjr7i0/2DA1oOPcLR8qZgtQPI15gK25p/QMN9PUcbvGMa1j/TC7SdSlCtenpyx6Vs3vFGLkAECDL1D59d/4wmlfjQk3lWxI7sGB0rR5il1x1jt
+VLeZkg6ks+aNoU5CJKrDeUqaMrkO/LGuVEdgyzEo/mgwXjYeJ6yn6NVs5Fvr3zZB3A4IkzKYxVhPcBefy6I/5S65Bqq6yUVrLKm6VW5x/QnaDelovvryf4jVeNB0D9Q==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Tue,-16-May-2023-07-16-44-GMT.mhtml

**Hash (SHA256)**

ccd2e9a29729bf93bc41b297f55f5ffe324acf7388904cb03ae2c9e0cf4fef0d

**Signature (PKCS#1v1.5)**

fhVLoUVvwE+h2oP6Rf0To0/vA15xkmFzpiyVrnPmvaizJu3byWWFiHxYmT+Tnw54xFikiO+bHOm6FNs9TE+R5IKhx9rWK5pf5bn1gnYEdnDaF0OGF6r6ikgm5clCfTFqzk4FJUnt6m+9f7ZxpX0hENLIiFtPK/
gsUQwpPQv4aAOpLGWeN4zvgACrgG5hearvsakErt1jYHp2gax9ktoQpUDrfsjOquaMKXo/1/de8nC95A8JJnJF/8kXSLt5KJ1hiEPXaTTYEfH0UZhvf4KyHespfxDA0tAlvSxYCjVckPV2ijys41p6ow0ZtOc7tAPWUJ8X2VzViVSJnL7Je984Ng==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

Change

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items with your 30-day FREE trial of Prime

Get FREE One-Day Delivery with Prime >

No hassle. No commitments. Cancel anytime.

**Delivery: May 17, 2023** If you order in the next 9 hours and 58 minutes (Details)

Items shipped from Amazon.com



**Fotrsta Compatible with iPhone 11 Case Liquid Smiley Sage Green Funny TPU Bumper Soft Cover Shockproof Protective Slim Fit Phone Case**

$9.99

Qty: 1

Sold by: AgnesBJones

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

- **Tomorrow, May 17**
  FREE One-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Tomorrow, May 17**
  $5.99 - Standard Shipping

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

**Order total: $16.68**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.

Try Prime FREE

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $9.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $15.98 |
| Estimated tax to be collected: | $0.70 |
| **Order total:** | **$16.68** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Coverpower Preppy Phone Case Compatible with iPhone 14 Plus Flexible Custom Gel Cover with Smiley face Design & Slim Phone Protective Cases : Cell Phones & Accessories

**URL**

https://www.amazon.com/Coverpower-Preppy-Compatible-Flexible-Protective/dp/B0BSV9JFVT/ref=sr_1_130

**Collection Date**

Mon, 24 Apr 2023 09:36:26 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

BYzyq8o5Pel+oQc7Alczczl2Nl1llXpByhMrvD62DZQSiRA55+AlvepzsFwXZZHyOw8+PRVcqmo6tCAengFvBUlJfXAcDcVyn/bNXBDB/9z/z/zB12cpirTPMuqhS4Yyr7LBrQ8Yh2k+n519OjvvBtnlPyiAZjha1WYhoTnHN54=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Coverpower-Preppy-Compatible-Flexible-Protective[fs]dp[fs]B0BSV9JFVT[fs]ref=sr_1_130]]_Mon,-24-Apr-2023-09-36-26-GMT.pdf

**Hash (SHA256)**

8ba709542dafda8763e5623cbafe08cf5cbd7761a8307b86064575061547e7bd

**Signature (PKCS#1v1.5)**

gc2KrKq0ZRU5jmelxKfcCLJlvo890LBFAtv1vwc7wgwKbtA3plWxqqDF68YVfV5abSGxhLkdxuGJ6uMOpZXJoJghzKtXLQZiJ8Qlyuniy0+g3Kf3gLYXtu7P0NuNk+DqpflxC9HYGODkNI5YLS7WogOc8DLWrt3sdkcNvCRfxU4=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Sat, 27 May 2023 06:31:35 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0d:5600:8:36::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

URvrf+UbcFPd29Kuc5T0qfgtSrf89Xsk/fZBzlAiZ8HmbZU19Aa+UWjzL7MVfrlwgH8KzOK5PEuuJcJavPO7R3EWcvNIGJQN1kSJ1hCtEyXF4vdWFwZZ7D7C+Fl
+XVDBnw7jY2+NKiQBB5o5dltuJVc1kOqWh5Bysh0R00AxW8Savso4GY2yty8nBjNagCFNRw2uLAESRZ1V2r2ELcC2xpwRz2jNEoz3jb3MeRZLTIjm37Ejh+kzjGDHvce6YqaIIf4J0yoZp8lpaTtqHYoR0DRLJ5K0NGQEIMZ7bCnuDfGK4l4slJ1ssM8kNWUZpZdHkdqlLVg2riNjlxf/VFd4JA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Sat,-27-May-2023-06-31-35-GMT.mhtml

**Hash (SHA256)**

f5873874453d6faf51136025fcd7157e9c5694d23e886b5c23e498d1ab967abc

**Signature (PKCS#1v1.5)**

bgJkBI9vbHKCswnrYRCdjvnq44tQiE4UwuFXX/RjdjKA1R65wUa223xdyksXEEV0ys8h+1iJ7ze8IDrX2K5fTV+u6tvnPZlA34d6YoNUjBfSg/Q4Na446nldQqsSujlpB4IkyHz+v/z02KLH8+jS6dEZ44dZqJZpz31PyjisdlIQPDLHssKIatkAlbB63NGuwNDTWLTzWgwyzOI1pubo0/jFzys8GUxUPNKBUp/
TmijExwPgIYM+s/19Pco5TjQVoKbOZkLhQAfzL8M7sK5e6zYtSlTYdeqXFI2lun3++GolwMq78dZpJ5yx0AEGYKEFmwEfIFFgB5PxjvPwdkqL4A==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

**2 Payment method**

VISA **Visa** ending in 9985

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

Change

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you 30 days of Prime benefits for FREE**

Try Prime FREE for 30 days >

**Estimated delivery: June 6, 2023 - June 12, 2023**

Items shipped from Agnese Aruma



**Coverpower Preppy Phone Case Compatible with iPhone 14 Plus Flexible Custom Gel Cover with Smiley face Design & Slim Phone Protective Cases**

$19.00

Qty: 1

Sold by: Agnese Aruma

Gift options not available

**Choose a delivery option:**

**Tuesday, June 6 - Monday, June 12**
FREE Shipping

Place your order

**Order total: $20.33**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $19.00 |
| Shipping & handling: | $0.00 |
| Total before tax: | $19.00 |
| Estimated tax to be collected:* | $1.33 |
| **Order total:** | **$20.33** |

How are shipping costs calculated?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS
Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com: One Happy Dude Banner Smiley Face Banner Smiley Face Ballons for One Happy Dude Birthday Decoration Hippie Birthday Decorations Groovy Theme Party 1st Birthday Supplies Baby Shower Party Decor : Toys & Games

**URL**

https://www.amazon.com/Ballons-Birthday-Decoration-Decorations-Supplies/dp/B0BZVJ16L3/ref=sr_1_55

**Collection Date**

Tue, 09 May 2023 10:15:34 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:93::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

KJrSH570Tu9H4ruW8e1MezV3lx2i4hwxLQNnkt1TmM6loDR5V1M66Oq7oMHcxvDDq0dKdI6LDJMdZfyfxLRriAdOsd1rwn0pwXWJ3E8I2O9ujy/glp+iDPqgk5evwyEPim/vt5qrL5J0FM+LfNYJDrhjikrlc7kpqFTDfUwmN6M=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Ballons-Birthday-Decoration-Decorations-Supplies[fs]dp[fs]B0BZVJ16L3[fs]ref=sr_1_55]]_Tue,-09-May-2023-10-15-34-GMT.pdf

**Hash (SHA256)**

b3d46814ee46513dd8cbd779662074398da45e4bd3af796028ecfaeadccdbf6d

**Signature (PKCS#1v1.5)**

Vqi6QjPKIpQT/SvH3AlyCez4TwaxL0H1vk99QRr5V5BcjeUNmHEEXDpLH1o1Ja5HLxzkQgn72qa1f1xUe6W9wZpsM8Xe5Y0aYeFlzS3JfDP3IUrUDLDx4rO9xTd1sFmQlwQoVC8dS6TAgQfOE28dw8jctlJgSMTCKMylj/b43Pk=

amazon | Deliver to Miami 33132 | All | smiley face balloons | EN | Hello, Kenneth Account & Lists | Returns & Orders | 0 Cart

All | Clinic | Amazon Basics | Prime Video | Buy Again | Prime | Best Sellers | Customer Service | Today's Deals | New Releases | Music | Books | Amazon Home | Coupons | Pharmacy | Gift Cards | Sign up to apply for $25,000 small business grants

Toys & Games | Kids Gift Guide | Shop Toys by Character | Shop Best Selling Toys | Shop Newly Released Toys | Shop Amazon Exclusive Toys | Shop Toy Deals | Create a Birthday Gift List | Create a Holiday Gift List

Level up with gaming gift cards
Shop gift cards ›

‹ Back to results

## One Happy Dude Banner Smiley Face Banner Smiley Face Ballons for One Happy Dude Birthday Decoration Hippie Birthday Decorations Groovy Theme Party 1st Birthday Supplies Baby Shower Party Decor




Roll over image to zoom in

Brand: Ahzemepinyo

$18.99

FREE Returns

Coupon: Apply 5% coupon Shop items › | Terms

Get a $60 Gift Card: Pay $0.00 ~~$18.99~~ upon approval for Amazon Visa. No annual fee.

- Package includes: this package include an "ONE HAPPY DUDE" banner and a smiley and star banner, 42 pieces ballons (2 pcs plaid ballons in 18 inches, 8 pcs smiley face ballons in 12 inches, 6 pcs white ballons in 10 inches, 6 pcs black ballons in 10 inches, 6 pcs yellow ballons in 10 inches and 8 pcs yellow ballons in 12 inches, 6 pcs black ballons in 12 inches), enough quantity for you to decorate
- High quality: the smiley themed banner is made of card stock paper, which is designed to withstand indoor and outdoor use, making it a great choice for both indoor and outdoor events and the ballons are made of latex material, which is safe and reliable to use, easy to blow up
- Unique design: featuring the smiley face and the words "One Happy Dude" in fun, this banner and ballons will bring joy and happiness to your child's special day, with its colorful and groovy design, it's sure to catch the attention of your guests and put a smile on everyone's face
- Easy to install: string these banner together by yourself, the spacing between the banners is adjustable. You can move the banners to have a different look as you like
- Wide applications: our Smiley Face Birthday Decoration kit is suitable for Groovy One Birthday, Hippie Birthday, baby shower and so on, you can create a fun and vibrant atmosphere that will make the party truly unforgettable

Report incorrect product information.

Add your 30-day FREE trial of Prime and get fast, free delivery

$18.99
FREE Returns
FREE delivery Monday, May 15 on orders shipped by Amazon over $25
Or fastest delivery Thursday, May 11. Order within 12 hrs 31 mins
Deliver to Miami 33132
Only 7 left in stock - order soon
Qty: 1
Add to Cart
Buy Now
Payment: Secure transaction
Ships from: Amazon
Sold by: Ahzemepinyo
Returns: Eligible for Return, Refund or Replacement within 30 days of receipt
Add a gift receipt for easy returns
Add to List
Add to Registry & Gifting
Have one to sell?
Sell on Amazon

BEACH BALL BIRTHDAY PARTY DECORATION KIT BEACH THEMED PARTY BANNER CAKE TOPPE… 161 $12.99 prime
Sponsored

SINASASSPEL WILDFLOWER BABY SHOWER DECORATIONS SHE IS A… $16.99 prime
Sponsored

### Frequently bought together

Total price: $28.98
Add both to Cart

One of these items ships sooner than the other. Show details

- **This item:** One Happy Dude Banner Smiley Face Banner Smiley Face Ballons for One Happy Dude Birthday Decorati… $18.99
- Dripykiaa 5Pcs One Happy Dude Balloon Set 40" Black One Year Old Balloon Bouquet for First Birthday Smile Face F… $9.99 ($2.00/Count)

### 4 stars and above

Page 1 of 58
Sponsored

### Products related to this item

Page 1 of 35
Sponsored

- One Happy Dude Birthday Banner, 118x4 Inch Happy First Birthday Banner… $10.99 prime
- One Happy Dude for Happy Birthday Banner - Lightning Smiley Face Banner for 1st Bir… $14.99 prime, Save 7% with coupon
- 2 Pcs One Happy Dude 1st Birthday Banner Smiley Face Birthday Decoration, Hippie Fi… 3 $7.99 prime
- One Happy Dude Birthday Decorations, Large 71" X 43" Smiley Face Decorations… $10.98 prime
- 34Pcs One Happy Dude Birthday Decorations - Pre-Strung 1st Birthday Banner, Smiley … $17.99 prime, Save 5% with coupon
- One Happy Dude 1st Birthday Banner - Smiley Face Birthday Decoration, Hippie… 18, Amazon's Choice in Kids' Party Banners, $12.99 prime, Save 6% with coupon
- One Happy Dude 1st Birthday Banner Garland, One Happy Dude 1st Birthday Decorations… $8.99 prime

### Product information

| | |
|---|---|
| Package Dimensions | 7.32 x 6.69 x 2.09 inches |
| Item Weight | 6.7 ounces |
| ASIN | B0BZVJ16L3 |
| Manufacturer recommended age | 14 years and up |
| Best Sellers Rank | #66,268 in Toys & Games (See Top 100 in Toys & Games)<br>#1,833 in Kids' Party Banners |
| Manufacturer | Ahzemepinyo |

Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

Feedback

Would you like to tell us about a lower price?

### Product Description

**Features:**
Celebrate your little one's first birthday with the One Happy Dude Banner and smiley face ballons! This colorful and vibrant banner and ballons are the perfect decoration for any groovy and hippie-inspired celebration.

**Specifications:**
Size: as picture shown
Color: as picture shown

**Package including:**
1 x smiley face star banner
1 x ONE HAPPY DUDE banner
42 x ballons

**Note:**
Manual measurement, please allow slight errors on size.
The colors may exist slight difference due to different screens.

### Based on your recent views

Page 1 of 58
Sponsored

- One Happy Dude Birthday Banner, 118x4 Inch Happy First Birthday Banner… $10.99 prime
- One Happy Dude for Happy Birthday Banner - Lightning Smiley Face Banner for 1st Bir… $14.99 prime, Save 7% with coupon
- 2 Pcs One Happy Dude 1st Birthday Banner Smiley Face Birthday Decoration, Hippie Fi… 3 $7.99 prime
- One Happy Dude Birthday Decorations, Large 71" X 43" Smiley Face Decorations… $10.98 prime
- 34Pcs One Happy Dude Birthday Decorations - Pre-Strung 1st Birthday Banner, Smiley … $17.99 prime, Save 5% with coupon
- One Happy Dude 1st Birthday Banner - Smiley Face Birthday Decoration, Hippie… 18, Amazon's Choice in Kids' Party Banners, $12.99 prime, Save 6% with coupon
- 1st Birthday Decorations One Happy Dude 1st Birthday Banner Smiley Face One Cake To… $12.99 prime

### Products related to this item

Page 1 of 20
Sponsored

- One Happy Dude for Happy Birthday Banner - Lightning Smiley Face Banner for 1st Bir… $14.99 prime
- One Happy Dude 1st Birthday Banner Garland, One Happy Dude 1st Birthday Decorations… $8.99 prime
- One Happy Dude 1st Birthday Cupcake Toppers, One Happy Dude 1st Birthday… $9.99 prime
- One Happy Dude Birthday Decorations, Large 71" X 43" Smiley Face Decorations… $10.98 prime
- One Happy Dude Birthday Banner, 118x4 Inch Happy First Birthday Banner… $10.99 prime
- 1st Birthday Decorations One Happy Dude Happy 1st Birthday Backdrop Banner Smiley F… $11.99 prime
- 1st Birthday Decorations One Happy Dude 1st Birthday Banner Smiley Face One Cake To… $12.99 prime

### Videos

Help others learn more about this product by uploading a video!

Upload your video

BEACH BALL BIRTHDAY PARTY DECORATION KIT BEACH THEMED PARTY BANNER CAKE TOPPER POOL PARTY… 161 $12.99 prime
Sponsored

### Looking for specific info?

Search in reviews, Q&A...

### Customer questions & answers

No answered questions yet

Post your question

### Customer reviews

| | |
|---|---|
| 5 star | 0% |
| 4 star | 0% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 0% |

How customer reviews and ratings work

No customer reviews

**Review this product**

Share your thoughts with other customers

Write a customer review

Beach Ball Birthday Party Decoration Kit Beach Themed Party Banner Cake Topper… 161 $12.99 prime
Sponsored

SINASASSPEL WILDFLOWER BABY SHOWER DECORATIONS SHE IS A WILDFLOWER 1ST BIRTHDAY PARTY BANNER CAKE CUPCAKE TOPPERS SPRING SUMMER FLOWE… $16.99 prime
Sponsored

### Best Sellers in Kids' Party Supplies

Page 1 of 5

- ID IDAODAN Portable Dual Nozzle Rose Red 110V 600W Electric Balloon Blower…
- KatchOn, Pink Backdrop for Pink Party Decorations - XtraLarge 6.4x8 Feet, Pack of 2 |…
- RUBFAC 129pcs Metallic Gold Balloons Latex Balloons Different Sizes 18 12 10 5 Inch Party Balloon Kit for Birthda…
- KIMCOME Balloon Arch Kit Balloon Decorating Strip Kit for Garland, 32.8 Feet Balloon Tape Strip, 200 Dot Glue Poi…
- [3+3 Pack] Galaxy S22 Plus Screen Protector, HD Clear Tempered Glass, Ultrasonic…
- PCFING Electric Air Balloon Pump and Balloon Tying Tool in One, Portable Dual Nozzle Electric Balloon…
- Graduation Party Decorations , Congrats Grad Tablecover for 2023 Graduation Party…
- 21st birthday decorations for her, Including 21st birthda…

### Inspired by your browsing history

Page 1 of 5

### Your Browsing History

Page 1 of 6

Back to top

Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You

amazon | English | United States

AXENCIS

Investigator Name: RemoteUser2

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Mon, 15 May 2023 10:13:35 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

RemoteUser2

**IP Address**

116.68.99.108

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Fw653gchZ8Dc3NMdfmXMZap18kfV9n/6jR/XfegVyOAdEH3Vxl3DAj6ardo5kI4YZh6Wo/8mk81BmzsFQUweGW6Z1N1+x4d1v5R+BEnyW6G6VS9vesnlBIAjzqm/jAae6ppOPC881F3vVr3ANymmpuFeFcfMrGzb/4YA8KeFjNH+jvSmV/IZVbDowMFSiGaSc8EntQpeNie8ex7rB01R9Ntghp/
uvYevQLcLSCbYZ68eiJ4OY4ZJ4wSXXmXyBDeNK+6Pzkpxqw2WgsYJZz+GHWbzBtWNTuDO/D7zm9+8O127pvhI2+VSPoIt+s9GFxfUwzN1BZaINpRWZHyemrD5SQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Mon,-15-May-2023-10-13-35-GMT.mhtml

**Hash (SHA256)**

56cbb273e07e327e27fcb1417ee84468c15e89de096c12a29744ff5503e76da6

**Signature (PKCS#1v1.5)**

jqHpamSrbo3O3kN1B6GN6ejCsfLHcYjjTANZM7UPfiT1J66q6VR3QIPZzhfQke6luvbkKUqCbOZH8OfvJu0UJUfK03ShjXFhSQlEAC7I0FuBNQuPdPVvYs1ScBT0Qtpni1uut9pBgGp5l/dNK7q0vIj3XlRVs2wJNCHQU1FcmE7s5Vfc8df5sd1AuGOgmD58etcptVpgTDCKKRLQjKDh+t0ax6v5zICgYIG/
IN92BNYnx1/HrwdW253AyW15lE67AIA9+ovb+SMOWD6Xtv1XYtDS3ZD1CiVuU/d2zTVllahldnMMZ732SWVGEXaFBh93cNaAxFS/vFWFkas+Dkx8+g==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

**Or pick up near this address** - See nearby pickup locations

Change

**2 Payment method**

VISA **Visa** ending in 9985

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

Change

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items for ~~$5.99~~ FREE.

Get FREE Prime Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Estimated delivery: May 25, 2023**

Items shipped from Amazon.com



**One Happy Dude Banner Smiley Face Banner Smiley Face Ballons for One Happy Dude Birthday Decoration Hippie Birthday Decorations Groovy Theme Party 1st Birthday Supplies Baby Shower Party Decor**

Ahzemepinyo

$18.99 & FREE Returns

Qty: 1

Sold by: Ahzemepinyo

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

- **Wednesday, May 24 - Thursday, May 25**
  FREE Prime Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Thursday, May 25**
  $5.99 - Shipping
- **Wednesday, May 24 - Thursday, May 25**
  $9.99 - Shipping

Place your order

**Order total: $26.31**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Get FREE Prime Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

## Order Summary

| | |
|---|---|
| Items: | $18.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $24.98 |
| Estimated tax to be collected: | $1.33 |
| **Order total:** | **$26.31** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: VDONGYUKE Tie-dye Color Embroidery Smiley Crew Socks Funny Cotton Dress Socks for Men Women Couple Pack of 7 : Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/VDONGYUKE-Tie-dye-Embroidery-Smiley-Cotton/dp/B08H4PNPHY/ref=sr_1_30

**Collection Date**

Fri, 21 Apr 2023 09:56:19 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

C4UgQ0PaLqXfP3ZKpYNK7P1D48/7ZH+gxrOKDfYmvUk1jf+hvSmevw+cww/EWG6+2whZzygqUbycCEPLh3l3rQ/NKhmU1+T9WRYj2TcPm1cwIV/r8a+4aqkyhYMEfJAKj9y+foqH/ugimY9+xdFJlvUjlXa35ok8pwqxED65lJo=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]VDONGYUKE-Tie-dye-Embroidery-Smiley-Cotton[fs]dp[fs]B08H4PNPHY[fs]ref=sr_1_30]]_Fri,-21-Apr-2023-09-56-19-GMT.pdf

**Hash (SHA256)**

675438d19cacfd850713372dc0714977e7d83548850b2305c4635aa274d5e0d1

**Signature (PKCS#1v1.5)**

JoSIRFoP6CWRHci+0SHGDx+YH7s66Z08rchD9GsLSThEPWf0cdpTVBO2CN7Dm5qe66WGj8yRp04TBE7du8UYQePFFzUuQjLbY2NQyrddOvxidUKsX+LTj3huUzaHDVJW9cO3YMjvuWZWb/zaszQH2sHNrGCRpHD4ZmjM/EPE1hk=



amazon Deliver to Ozzie Miami 33132 | All | smiley socks | EN | Hello, Ozzie Account & Lists | Returns & Orders | 1 Cart

All | Clinic | Amazon Basics | Customer Service | Buy Again | Amazon Business | Household, Health & Baby Care | Livestreams | Beauty & Personal Care | Free Shipping | Coupons | Pet Supplies | Reinventing wholesale, join Amazon Business

Amazon Fashion | Women | Men | Kids | Luggage | Sales & Deals | New Arrivals | Our Brands | prime try before you buy

amazon clinic Healthcare for common conditions, made easier Get started ›

Subtotal $14.99 Go to Cart $14.99 Only 8 left in stock - order soon.

‹ Back to results

VDONGYUKE Tie-dye Color Embroidery Smiley Crew Socks Funny Cotton Dress Socks for Men Women Couple Pack of 7

Brand: VDONGYUKE

$31.99 ($4.57 / Count)

FREE Returns

- 100% Cotton
- Hand Wash
- STYLISH COTTON CREW SOCKS - One size fits most. Suitable for men and women. Printed socks are breathable sweat absorbent, made of cotton, comfortable skin touch. Thickness: Medium; Suitable for spring, summer, autumn, winter.
- TIE-DYE COLOR & EMBROIDERY SMILEY - Every pair of socks is unique, and the same pair of socks can't have the same color. This is the unique characteristic of tie-dye. VDONGYUKE full of crew socks give you a unique look that is flirty and alluring. First class socks meant to meet your fashionable needs. Stretchy and comfortable on your feet.
- BREATHABLE & GOOD STRETCH - Non-selective socks which blends perfectly with any daily occasion. All-purpose socks which are suitable for all seasons. Sweaty, breathable, not stinky. Durable and easy to clean. Perfectly fits with your entire closet.
- COMFORTABLE TO WEAR & NOVELTY FUNKY GIFT - VDONGYUKE cotton socks come in different colorful cuff patterns favorable for all. Great gift for him or her. And amazing Christmas gift for your family, relatives and friends. Brighten up your day and light up your mood with some fun dressing ideas.
- WELCOME TO CONTACT US - 100% Lifetime Guarantee. We take pride in top quality products & great customer service. So if you are not 100% satisfied, Please feel free to contact with us. We will do our best to solve the problem until reaching your completely satisfaction. Thank you for your supports!

Report incorrect product information.

$31.99 ($4.57 / Count)
FREE Returns
FREE delivery May 11 - 30. Details
Deliver to Ozzie - Miami 33132
In stock
Usually ships within 3 to 4 days.
Qty: 1
Add to Cart
Buy Now
Payment Secure transaction
Ships from AiLike
Sold by AiLike
Returns Eligible for Return, Re...
Details
Add to List

## Products related to this item

Page 1 of 12

Sponsored

Bycikool Women's Funny Novelty Crew Socks Cute Colorful Butterfly & Flower Dress So... 112 $16.66 ($2.78/Count) prime

TOLHYUN Smiley Face Socks, Lovely Smile Face Socks, Cute Socks for Women, Personali... $16.99 ($3.40/Count) prime

Bycikool Cute Cotton Socks Funny Novelty Butterfly Animal Dress Socks Women (Butter... 31 $11.99 ($2.40/Count) prime

IIG 3-6 Pairs Womens Cute Animal Patterned Funny Novelty Cotton Crew Socks (Multico... 933 $14.99 ($3.00/Count) prime

Antrop Women Quater Crew Athletic Running Cotton Cushion Socks (6 Pairs) 237 $16.99 ($2.83/Count) prime

JSEREN Women Cute Socks 5 Pairs Cotton Kawaii Embroidered Funny Low Cut Socks... $12.99 ($2.60/Count)

## Product Description

VDONGYUKE Tie-dye Color Embroidery Smiley Crew Socks Funny Cotton Dress Socks for Men Women Couple Pack of 7.
Every pair of socks is unique, and the same pair of socks can't have the same color. This is the unique characteristic of tie-dye.
Colorful and Fashionable Novelty Socks. Always funky. Never out of fashion.

**Specifications:**
1. Color: As the picture shown;
2. Material: cotton;
3. Size: One size, flexible;
4. Applicable: Men and Women;
5. Thickness: medium; suitable for spring, summer, autumn and winter;
6. Weight: 53g / pair;
7. Note: Due to the difference between different monitors, the picture may not reflect the actual color of the item.

**Package Including:**
7 Pack x VDONGYUKE Funky Novelty Tie-dye Cotton Crew Socks Dress Socks.

## Product details

**Department :** Womens
**Date First Available :** August 31, 2020
**ASIN :** B08H4PNPHY
**Country of Origin :** China

## Videos

Help others learn more about this product by uploading a video!

Upload your video

## Products related to this item

Page 1 of 12

Sponsored

## Looking for specific info?

## Customer questions & answers

No answered questions yet

Post your question

## Customer reviews

No customer reviews

## Review this product

Share your thoughts with other customers

Write a customer review

## 4 stars and above

## Popular products based on this item

## Inspired by your browsing history

## Your Browsing History

Back to top

Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You

amazon | English | United States

Conditions of Use | Privacy Notice | Your Ads Privacy Choices | © 1996-2023, Amazon.com, Inc. or its affiliates

AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Wed, 24 May 2023 05:59:27 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

111.92.80.105

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Czy8fvFactYNZwXRos4/fFwMSidaJBTKBlg2r5okfQg4j3pbSxRIMVyJnqI2PO2xU+0D93NvTsPSeA0wftqfftAodBS3YSZEehTOEnKrjkYczVuHRQD0i7qub0vuqySifLAmOsadz3OZhiLIHv5zjxptEMJ2hBVnst15oaxMRtC1FLwLV3Z1gqLExrfqviXgnznhpYGbdp0Y2XPh0gP1play6kseiE9/
MKWzzAwUpDShYlTpdGACeJ0WbYbPs46da7J1EmYZ+DdRFapmKGMmb7LexosDUldEnanGjAgoU7aNoBSVhFDNKHVytRNdbHH8KDwLDmMkMaaE1aXIHGlOSQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Wed,-24-May-2023-05-59-27-GMT.mhtml

**Hash (SHA256)**

3789d63deaa5607007c8b16f6eba3df87e94a56a83dfb75fc227e1e707f103e3

**Signature (PKCS#1v1.5)**

XeXX7H7EcGFMnwNI4mKdUV5/BJTXKd26WqwS31iCwYy3Fbo9sQUq3PNfzspg0QIWLA3ZOcMrlUyNNOxJcAqw1maughLe4n2vxJZy+miDzEk8FEIUYhmGIjm6HLa4LprQSNb2BJISF2Z4kg0kNhVLmU2MPPKnoN3yJNbob8qKtMuF8U3wECQYfOEOHnmdB46I+F
+NdA9kxxplABDV4z7o09iWjii0gbt+MlnXApr0JZC/WhpCNLOF9MfQwoEDLzyG1Z7IYiM9iVy6PbMRLGtSAjNZB6oieE/0W6ogvGsIO4NpDvXkHT0pJ6Dq/EIYFsxHMILBaxfRt3NADRTZObaryA==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

**FREE TRIAL**

**Jade, we're giving you 30 days of Prime benefits for FREE**

Try Prime FREE for 30 days

**Estimated delivery: June 9, 2023 - June 27, 2023**

Items shipped from AiLike



**VDONGYUKE Tie-dye Color Embroidery Smiley Crew Socks Funny Cotton Dress Socks for Men Women Couple Pack of 7**

$31.99 & FREE Returns

Qty: 1

Sold by: AiLike

Gift options not available

**Choose a delivery option:**

**Friday, June 9 - Tuesday, June 27**

FREE Shipping

Place your order

**Order total: $34.23**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $31.99 |
| Shipping & handling: | $0.00 |
| Total before tax: | $31.99 |
| Estimated tax to be collected:* | $2.24 |
| **Order total:** | **$34.23** |

How are shipping costs calculated?

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Aucuu 2 Pack Corduroy Smiley Face Makeup Bag, Aesthetic Pouch Preppy Bag Travel Toiletry Bag Organizer, Cosmetic Bag for Women Girls Purse(Brown) : Beauty & Personal Care

**URL**

https://www.amazon.com/Aucuu-Corduroy-Aesthetic-Toiletry-Organizer/dp/B0BVQ7TNQL/ref=sr_1_96

**Collection Date**

Thu, 20 Apr 2023 11:32:42 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

oB9EVUHOK5ukNUxdrf37nNdNLkGF0HwrjSTmqDPso1+JUt3iPslKMd4KcFzWpbs2GXOhnb6amildhW96mX4a1HA5vb8yHi0sT6Zv1FQ+4AGCvzpvtggkxwdqxhhvAh5BxsBjhuMjA1KF3U1k2H8dyLzldKt9nPzc/SO7+3Y2k0E=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Aucuu-Corduroy-Aesthetic-Toiletry-Organizer[fs]dp[fs]B0BVQ7TNQL[fs]ref=sr_1_96]]_Thu,-20-Apr-2023-11-32-42-GMT.pdf

**Hash (SHA256)**

dc95e4d694111c10fd82bd35d581773a993e8be7a22e9c13bb8583ecfe71ed87

**Signature (PKCS#1v1.5)**

NtJS9emQvBoTPzsT5hh6TUWz99irPuGy7q9CYwJk5c0Uu9Nx+SG5EFtHNo3uadENXzPAiUuVFJo/9+bLTwCa1hkHj/rFZofC7PVfsqzGqsnW4+2Ftlji3iniALabNmzj4gzNPFb2Pjw8KQKBlt25DRSZ5J4GR9l3kGM29pLAi48=



AXENCIS
Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 19 May 2023 16:39:34 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

N0X9FjD5XM+hQVoZjPUVHbyAsDENfX5dDfnhIePXzlbDbzbnJbVCZ3scGNzGI9AfMEZORoASlenEcdPAkOPdOJKUWEj8sY/fWJulgEk5b3gfCiuBEqJWuM4te
+UfcADxznJR3aqKo1AnIT0prMcEo3+MGwZQyefF6E1dwNwhC4ANKhY1bDHeJGzKF4NsWFHSFF4eCyNa2R9d66dz9NmXYXF1AOH391CnkqCmOpocjW3JhLqWOVJpuQecX6Cke4GrkdVO4HdbOou1n4Io8SdnPxNnPguAxBRCUg8PRzj6JDM8GmhH5iKgRrt8+7MDUvjYR3A0ajQ8cqP4U
lKEvQULNw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Fri,-19-May-2023-16-39-34-GMT.mhtml

**Hash (SHA256)**

b9abcd9cd9de713d354fe3b86e0565cf19aa0f4d10f4c9a3ac8d9bfd493c9fed

**Signature (PKCS#1v1.5)**

O5sy6GILjoP0EqZ0qabCdItoH/Nv1//etgZdE8c+vCZceL/mCAoiG5zxUTkYwU5AMlAe/sjGr1pIuBpxtrQGqDVBYXCGw7olFHtXAJh/JRECDTjkxSU90+FRkmKf6ih2YKvZQspvoPJQyI0Ma5UXKFrWSdOIq+ieFHFPjPlWkktBHztni1v1sHVI4QDOhEs44uesUGOQFB5Pk6lIvcR19mkjFY2Fe+
+RZmF98MS3QYM22H1hKeozwav9w7UNwt0wtcLLCdmu0RI4b2ZzaImqTjGY9xo/c5DYs0cfgXTFTFi/aRrWjm/AHCiUyYCfuNK+QkLilWe8DVAnWTRYjfhSAA==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items with your 30-day FREE trial of Prime

Get FREE Two-Day Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: May 21, 2023** If you order in the next 23 hours and 50 minutes (Details)

Items shipped from Amazon.com



**Aucuu 2 Pack Corduroy Smiley Face Makeup Bag, Aesthetic Pouch Preppy Bag Travel Toiletry Bag Organizer, Cosmetic Bag for Women Girls Purse(Brown)**

$8.99 & FREE Returns

Qty: 1

Sold by: AinivEU

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

- FREE Two-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Sunday, May 21**
  $5.99 - Standard Shipping

Place your order

**Order total: $15.61**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $8.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $14.98 |
| Estimated tax to be collected: | $0.63 |
| **Order total:** | **$15.61** |

How are shipping costs calculated?
Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Benxni Girls Earrings Cute earrings for women Sweet and delicate earrings Smiley earrings 925 Sterling Silver Pin Funny Smiley Face Dangle Earrings Gold Color: Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/Benxni-Earrings-earrings-delicate-Sterling/dp/B09NSLY62H/ref=sr_1_316_sspa

**Collection Date**

Thu, 20 Apr 2023 05:56:54 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

PzXTr1b24ecNDIs4d3BSjb/ChMWN4pcvw+CefaUG7PTm9z9vPxlTxLSjr+gdo2NHGNAgDJDGKZSli4MIW0Y7Ui3++1zAkXz7hDnH9ot1zylW9vQsKGdJmxzsE6Zrhvv/E5R62gIJoKC2SubbfrdwkZo3PsUcA0Ze57ZcqiuOWLw=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Benxni-Earrings-earrings-delicate-Sterling[fs]dp[fs]B09NSLY62H[fs]ref=sr_1_316_sspa]]_Thu,-20-Apr-2023-05-56-54-GMT.pdf

**Hash (SHA256)**

51fd41b2d0d88a72d9547fdd3aa08545bdebc58ca2e542d616849e3e7105952c

**Signature (PKCS#1v1.5)**

NdBF9kTMQg7oL7lOvi2KbjZdOUKDqD+k9Bc8hc6yOpxFT1CoEze0wN7mb9yY6y15wInH1aGlgbGcQ4XrbAvM9uCrjr9KKvpq92N3H+q5zwPfUIhi9QrHw8IAJ17hlAvVbr6eMHiyT/ubd8wQN/cLFq+c/cUUcA4ZxJ9I4AFzWuI=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 18 May 2023 05:29:50 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

LHT7D+jDi1xBVgYqMWeT89K5h4eswb98n8df/5jzZ3ag19kUhR4cxe4Q/22KwfyS1XaNSlYBh18VV44f2WDfJoQbOAvGAOiAyvRnyO6BE/Gb0jYerRc1woWq24eP/1B9ixzGmxsLMMvgXjlqcR8Dq7+K7mWshIIur+YUEV7R9sloJqTLbXqwsi+WB
+YY5jqur3eW7Ljeamy5SB7NQm0L67jSKKoTm/ygi3uVT//lRk4ZqjrHAe7q2oZCkIu1NFOSJT/FhiFUJ/D7flSNxz8U61tUDTkEzXC33ONE5t6RDK7DeT2aEeJAaYVMXWUiZYgXfn0p0TCQX/fJ8YNy46UewA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-18-May-2023-05-29-50-GMT.mhtml

**Hash (SHA256)**

a7fc5633b074f6533d5acdfd666771b833c8b21b6c16b53b162c652ae38b36a0

**Signature (PKCS#1v1.5)**

BPlI0VHZHDMbEHOAnGdKcknfHbw14E/Bex3aQKiw2RG4bhca9VjUR6VABqbuyJ0wbOKPtz5qL53CPkgImam3mrZpuzocpftQcMJ7XThCuJ4CP6+9LuZJOssP1zbJazOyoeTV1k1cd71sdZgo1hc60K1Yrbe8m02TnFWqEk0nOHRGUOU2j6QE7Lh+fOjvFTt9pwPa3U6BJFIRdbh/
nUHZY1UvBT5NglVtKfP/U8Eyn29fhxsCR93rNiyj5irFTWHWxuQos5Ph/o/0XWjIfgoeOTvShq1KpF8eAvFToPVhsLNiiUuwPWZ8FQdE7Ha0ZY6pSyjoLrWw0XdieR1C268m6A==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items for ~~$5.99~~ FREE.

Get FREE Prime Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: May 21, 2023** If you order in the next 8 hours and 15 minutes (Details)

Items shipped from Amazon.com



**Spread Happiness with Adorable Smiley Face Earrings in S925 Silver Pin - Perfect for Any Mood**

$13.99 & FREE Returns

Qty: 1

Sold by: Airbike Store

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

FREE Prime Delivery with your free trial of Prime

Fast, FREE Delivery prime

**Sunday, May 21**

$5.99 - Shipping

Place your order

**Order total: $20.96**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Get FREE Prime Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $13.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $19.98 |
| Estimated tax to be collected: | $0.98 |
| **Order total:** | **$20.96** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Aitipy iPhone 13 Case with Love Heart Loopy Strap Stand, Cute Luxury Bling Glitter Plating Smiley Face & Gold Electroplated Bumper, Camera Lens Protection Shockproof Cover Women Girls (Black) : Cell Phones & Accessories

**URL**

https://www.amazon.com/Aitipy-Glitter-Electroplated-Protection-Shockproof/dp/B0BTV55QSG/ref=sr_1_94

**Collection Date**

Mon, 24 Apr 2023 10:51:26 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

a4PHo5FS5wxe6hEE2gl9MwurZ8UPI8+w7kdj1fUn3qBY4s8FnekF1OfjmMaXjzgMldt+tIMgTTdga+t1Y+f6BjvvQkqiOqvYJ9W8dNhfbfkxJaeABPSJvB8mlaQytkU7ug4c7r5Zw9f4I7XnmIDhIl/eil2y2aC9PmaRNgEp6Kk=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Aitipy-Glitter-Electroplated-Protection-Shockproof[fs]dp[fs]B0BTV55QSG[fs]ref=sr_1_94]]_Mon,-24-Apr-2023-10-51-26-GMT.pdf

**Hash (SHA256)**

eb7f8304627b97ea2da4cce1daa99f19a5511790e08326753bd1f4e5c17763e3

**Signature (PKCS#1v1.5)**

HFkTBRFliwAXB7FdIOfPNkbBSqGEHJU+OGk+opsLUSYRpewfA4sdH1gmL2sWdiRaiNloy4oN9fLtM9q8UGeAJztXCmN4Ae76btLIOk3budMiE7zVVrJNko38y21vbblgQ3r/t5rGqtAmuZO7ZbQSueOEwbI0rKmKisfIdD3AwVU=



AXENCIS

Investigator Name: RemoteUser2

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Mon, 15 May 2023 11:48:45 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

RemoteUser2

**IP Address**

116.68.99.108

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

DdtcBFpUMq/MPDBtWwR1RN4Rz9/P/rRnuM0dPxMJ9b8ORsnN2zX5D3a0gubChUeLK5BVcnWui++GMc3mX7e3SW99E42c9aJcYDYz5bPldi6QMdapNl7nTf0qFwLEtomXGoqY6SjP9yF1jCubHdlDttpXoYxcFEhPJuzii4HqttfqTYpf2j6HQtDJT
+tF0L3S0e1Ivwzaj3JRzNLRHNfqkrEB78x00aU2ZwV60diy3p+dczmv7wcwH6O8oowL/INwrhLbsKoxQYii/Jvb3ARQG5fAMe4o5FdQGZmR96e4bmoYIqSIOEkbEg69QYWzL/Y1CnSDiSA9jrE7nVqRsRnutg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Mon,-15-May-2023-11-48-45-GMT.mhtml

**Hash (SHA256)**

1c6eb703d6f2c85cb227fb51468ae2fadf5c8e30b1e3efac23684076189dfa1d

**Signature (PKCS#1v1.5)**

U/SI41mJw1SyrTb4+wip734+qE1FyEQXlFnBIIH1NpghMi4OhQD1+Y+qqxG6ovuVzWWQiN8Jp2w/aNCXkhAmNIvG02HGn74sHLHLuqFsinq68jS/
r2eJhT5HlDaah5wrF62EgfYGALaGaA9D8GonB47ZEDdaKOz9h6VWoEA5HwnM3a6EmSUwXXZkGNpFyKX8b5J4Wzhn9SPvbfI0LTZEqUZxBedrZGhXvazJ4/wosy9y4o13kWYU7q/kY8qpIVCWKmQJu1dDYDV5k44c7nNAuJ3TwDX7y6dXilnZGwzGceYaxBiuUJIFY7UEUO8/
Q1C2Zu9N01bG92iDoSce7/fvtg==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

Change

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**
Get your Prime eligible items with your 30-day FREE trial of Prime

Get FREE Two-Day Delivery with Prime ›
No hassle. No commitments. Cancel anytime.

**Delivery: May 17, 2023** If you order in the next 13 hours and 11 minutes (Details)
Items shipped from Amazon.com



**Aitipy iPhone 13 Case with Love Heart Loopy Strap Stand, Cute Luxury Bling Glitter Plating Smiley Face & Gold Electroplated Bumper, Camera Lens Protection Shockproof Cover Women Girls (Black)**
$8.99 & FREE Returns
Qty: 1
Sold by: Aitipy
Amazon Prime eligible Join now
Add gift options

**Choose a delivery option:**
- **Wednesday, May 17**
  FREE Two-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Wednesday, May 17**
  $5.99 - Standard Shipping

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

**Order total: $15.61**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.
By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $8.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $14.98 |
| Estimated tax to be collected: | $0.63 |
| **Order total:** | **$15.61** |

How are shipping costs calculated?
Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

AJG Smiley Face Baseball Cap Men Women Cotton Adjustable Dad Hat Classic Casual Outdoor Unisex Trucker Hat (1Pack-Beige) at Amazon Women's Clothing store

**URL**

https://www.amazon.com/AJG-Baseball-Adjustable-Classic-1Pack-Beige/dp/B0B6VY7H3S/ref=sr_1_63

**Collection Date**

Tue, 25 Apr 2023 10:36:17 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

agqjkJhDA6+0NwsYVJd0HIaI2VF4fCkIlOeIlwfid7EGsPr8f6r7iAmrJIHkVOB4Es8O7/fVesmx0yDzN2H1erperq5rZMbPu6YTIf3/zGxY8ZKmengXkHhZqDTugWf36gCh0Q2IjoC67vlREc0GvMLddLILMlOim8y+YdrDCNg=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]AJG-Baseball-Adjustable-Classic-1Pack-Beige[fs]dp[fs]B0B6VY7H3S[fs]ref=sr_1_63]]_Tue,-25-Apr-2023-10-36-17-GMT.pdf

**Hash (SHA256)**

03ddfdbe25584fd9304f4a52761d9ccf240e81c01466fcab9cf5299879e5330c

**Signature (PKCS#1v1.5)**

U+FOt6TXpqp20qx56TYO6H6j1jIm+VTF8IGPhX32prVzF3igzEKgWmsRLGdUp5lWzPsLZyz9NLq9V+vZ5LG8lr0lydtUYALQWj4kvkLcccRHsqRpf7oIHe9ywvXhXmDrGvuBaL3yJ3Uy4ricTzQAfftoKPfheljA4L6P513rdzI=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Mon, 29 May 2023 16:59:58 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

116.68.102.163

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

ny8HYRlPZmKisDP1wDaxMfPFEjc6WtaVAiG+2B/aVuGy+xw09TU9SOEmtvo+12nWC8bo891Dujf5h1SBRG3MYfm++y13/hdxlXnf8/arK4bH2rk/b3VvWTac7rSw616P2+QF160HfbpvGQT6AwQ0J+sD0tVf0JbAYOQqz2jsKxEsmvq8sd9grt2Bnl8MCUJjxjnTGCyt5d1kb+Sq
+k5I2Hr6oco7/4D6ejEokBq1grmdPUAx5xjdxeVEKVPaJ5u+hYxEbxRhmDzntofatPUbA3es8HL5sI4TaF9tvvdeI09ZyDmR0LMAwm/FcWDtNcqXIQnwoVgCA5BocrUnGvxfkw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Mon,-29-May-2023-16-59-58-GMT.mhtml

**Hash (SHA256)**

4025bc4048a7dc33fcfe3809833b688934756e8e7b11bf2a524a53f00f4d0895

**Signature (PKCS#1v1.5)**

VQd9YxC6Oq2x1ZrhrlaiemE3LBP2Bh+zeevipg+bZ90MFCtpmRaSrj93rk534EYWtt484xY7B1DpvK7P4C/iqoQ1NnNc7OpQTwDXDsueXAVMNatFqqSLqx5GfltDl04lhE9EPc7Tcdt7WSsM5eCpcvxVmedoOagqMKH61s1SlFY8IFZpZHU81lQQHyFfAq+zDq6clP39vhyZe8kcs1/eWRoj7UVi6/
bA5nsJajzSFpXn1r6275WOc78lXZUiWjHY+1AvrtuqL2vrA9WIGM/4PLZ6a2yGep109m6X4bLtX06RWq0kM11XutSn5qvKpdTOWgqZV+4MlSw3N7maYe0svw==

amazon

## Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items with your 30-day FREE trial of Prime

Get FREE Two-Day Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: May 31, 2023** If you order in the next 12 hours (Details)

Items shipped from Amazon.com



**AJG Smiley Face Baseball Cap Men Women Cotton Adjustable Dad Hat Classic Casual Outdoor Unisex Trucker Hat (1Pack-Beige)**

$9.98 & FREE Returns

Qty: 1

Sold by: AJG Global Shop

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

**Wednesday, May 31**
FREE Two-Day Delivery with your free trial of Prime
Fast, FREE Delivery prime

**Wednesday, May 31**
$5.99 - Standard Shipping

Place your order

**Order total: $16.67**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

### Order Summary

| | |
|---|---|
| Items: | $9.98 |
| Shipping & handling: | $5.99 |
| Total before tax: | $15.97 |
| Estimated tax to be collected: | $0.70 |
| **Order total:** | **$16.67** |

How are shipping costs calculated?
Why didn't I qualify for free shipping?

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Akeoqi 8 Pieces Choker Necklace Y2K Colorful Cute Boho Glass Bead Handmade Necklace Mushroom Smiley Face Flower Fruit Shape Necklace Size Adjustable Choker Jewelry for Women: Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/dp/B09HZDJ41Q

**Collection Date**

Wed, 19 Apr 2023 11:51:02 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

R67We6+FYyowylfo7IVV28TbFDRUmxulTvAUeseLr8wIEaXSGF3lECj4VrzqhKa8hdFOlE1imoCDtkCiAkVgSubhWPzknxRH74yQInrVaLnS9xc0MxVt35KQfJiD0OgXxUE+L9+uCXmICw7e+oIUsqKvKMw9DiE6CxkC4SnJlfMrwYvSwHBX
+1PMELaCsCwICAgKfx5gsXRpefcGtS8LRGtO2nKjhU9NhTg7fyPb1ve+kgq+Uff4z3xaUG3Iob1AiEiW5hbBfAndG8Gy165R7DX+7wPLWIQUfOG45IvIKsJYH4N40i3ft6PzA/AOW4RnVXrD3ecrcbhfAwQWw5LkOA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B09HZDJ41Q]]_Wed,-19-Apr-2023-11-51-02-GMT.mhtml

**Hash (SHA256)**

3669ad63855fdc78e6add3f5ced54b5c3ffaa48bb4703e56ac257f353ef2ddfa

**Signature (PKCS#1v1.5)**

ANIEiGIJbVpXDtJKVOXlarhJumipxHmRudYJpFbxVHi0fmFs2d39lCdECokTmLNG+yyTLh+4pLHcLR7bkLSMmhaTv3CASuNPFwwjAr/kHL0Z1wn2zeHzW0VdRClMoWyiVdqa3FZaLWtwt1jZfIxv67izpbeiJD3xQG1nrMpo0KDzhJ0Fcmh2tddjvd7r10zFluT
+jnpNfhjMO7FME29f0SQkdnL4Y7acD7RvwBAeLEWr5O+5ruGyL+Fg2Met0+ckGra2GoYvBWh5Z9arldLO//ZEqX55H6cPxM3FJ/j+knXfvaTRwhT0DVEyejn5dAy4C/ptU7H5zEybhz1flpV6OA==



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 18 May 2023 12:09:47 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

nzKnWrP0d883LI+7seAAAfi0eva7lwOavDnrfPLsY3krETQjp5hp4nLQjfx5boKGYerVoEANOaaX9S2gQVoDYfHxAeA5n2UNSY7kp2H6NTlxFLaAKonROUTXTy7QYcOA2nEI+hOCDp6KzHKeJ0/uYwr1McefEXYrD9mfRMEDW34l1KfLdOiwSV4/fN0brEtUgOnVY6RknRkvq6N+c/
EZK9tXsBbhezpY5hDNh2F2CYv85XzgGbHwZr4WIIdwSHn4k66OOwFe2abHxU6qFmrjfvTBdmh0OAvUUp+Rr6oYSJs0HI35R6mcQ+Hm0h29XNAjotHVZmYrtWdQalD91ZHdhg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-18-May-2023-12-09-47-GMT.mhtml

**Hash (SHA256)**

4e91d433b108eaeb188dc82646aeb2e33d71822676b2e1f1d12081a7321b9edb

**Signature (PKCS#1v1.5)**

CXPYanSSAnDc9kD84TJmClPdtDc6Jrt5Ubm26Tffp3Xvy+Yz8PT2ug6yfwWL3Sb4WzH787/+nPlMBcYZ7oUmKN+M6KweD4MbEqZbqv9YRBVc6cxydw3hrbmgQWNc03dbacNncQ/BPpzR7r8DqBsunfIQw/uLPHOI
+NBxEU4mRcSaHm5AGK7pvejgnFcHqnlMaLh5ZLzLwMF4B8nWQ6WTsR6rzf3acPyCe3ROJLZ9oWDnpR4cxDY5sKavV0+N18CPBESq337+yUTY4MciclI/97zwmer5QLnYcnz6Tn5sww7vGv0hWJPcdLvrWW09ZrdnupYJTyPP1g34UYKzVraaxwg==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**
Get your Prime eligible items ~~Sunday, May 21 by 8PM~~ **Tomorrow, May 19 by 8PM** for ~~$5.99~~ FREE

Get FREE One-Day Delivery with Prime ›
No hassle. No commitments. Cancel anytime.

**Delivery: May 21, 2023** If you order in the next 15 hours and 50 minutes (Details)
Items shipped from Amazon.com



**Akeoqi 8 Pieces Choker Necklace Y2K Colorful Cute Boho Glass Bead Handmade Necklace Mushroom Smiley Face Flower Fruit Shape Necklace Size Adjustable Choker Jewelry for Women**
$12.99 & FREE Returns
Qty: 1
Sold by: Akeoqi
Amazon Prime eligible Join now
Add gift options

**Choose a delivery option:**
- **Tomorrow, May 19**
  FREE One-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Sunday, May 21**
  $5.99 - Shipping
- **Tomorrow, May 19**
  $9.99 - Shipping

Place your order | **Order total: $19.89**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Get FREE One-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $12.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $18.98 |
| Estimated tax to be collected: | $0.91 |
| **Order total:** | **$19.89** |

How are shipping costs calculated?
Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: FORUBUS 3Pcs Acrylic Smiley Ring Funny Smiling Face Transparent Resin Chunky Rings Band for Women Girls Cool Jewelry (A black+white+yellow): Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/FORUBUS-Acrylic-Smiling-Transparent-Jewelry/dp/B0B4B2MS16/ref=sr_1_35

**Collection Date**

Wed, 19 Apr 2023 11:43:15 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

TQmCePbVO8UsFU35sydxe7XuEp3QjZVrEjhPy8DJJKX7C3tgiTJEJIQrahjPWtXBgejQiDSPOWhyLihpLp6AWuum327Ab7O/YVdTbG/GvcejWwz5WqOLPX1dYSpl0vbtp5QVZCiMsYJLnmBHcNwUxRvRTVoTXpjIEc4ng17lI78=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]FORUBUS-Acrylic-Smiling-Transparent-Jewelry[fs]dp[fs]B0B4B2MS16[fs]ref=sr_1_35]]_Wed,-19-Apr-2023-11-43-15-GMT.pdf

**Hash (SHA256)**

9219396ca5086809bbd5405f8c611ca7960c5f34017b1c40c9e5cee56bcfd2a5

**Signature (PKCS#1v1.5)**

We8n/Hlyy+SrJenKnGzsJt+JKcfrdvrNeIQfEah7i6ZdjVpMnJt6Ih+IlB9SetlLOlDHAi8sh0s8bOEon+McqLGZ0WLvRuxu0hu2+saKVqm59TSsPIJoympGOOLjREMpg6zm/LBW7Mg/F+huWXd/5sEUEXXO+9mcFwZWemDcIOs=



AXENCIS

Investigator Name: RemoteUser2

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 11 May 2023 11:17:44 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

RemoteUser2

**IP Address**

202.83.40.99

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

mLq/k+KCdwHt7cZRZU6zdsfPRoGCjaPcYAsvlXYd68VWfPywq57ddoNel8Ew7HGnMRdfydlvv+JHzwPSQzL/CFIokxxdbczMIo3+ZM7Jg5yOKVM5YJfitRqWgWBkimlNzBlVmg1QXQ9FvAJ0Mvmgg5dQ/HDaca0v68XlEN/Z2mpa9YR+Vxc3eo3PT/
ksxrQDDVCyrlP0JPEXPRuia9VaiZwc1uhPYy2GiPA5mYAwDq8HU+wWdWFskRhtMNo+QAMB1jMYhEeA1SMw10VJ64vuH09P+C/xLilhNu7e8vGxHIW2X7ASPC76/+fDzHjT6ifVGumPmXHMgiUeLaJvEzicgA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-11-May-2023-11-17-44-GMT.mhtml

**Hash (SHA256)**

187876436240fe1743b4deea7b6470e55ab5b53828b4bd5470c0dae8cbe452d5

**Signature (PKCS#1v1.5)**

fsGxSwG8Ko5V9YIs0a7hBc/1wVgRzFCMWbW3CVgKsac5RmAtLVWouIFgXslHDoPXm+UfP5Tz74MiPdEbA2FnCDRBUueTbKwp41GCv+3F8diGz1DUXuTHNTucUDh+o3eBFGa73/6lrv6JcLxNNPTuIanwQXcZbiaoa7twwQS61Rk3sWP0+/EiM3LU6ARi+c6/LnJig/aH8utvV/F
+gPXafPF7HfN758qsqdK3T2JSHZ4vxsxHGwoKEW4CdnQAJ05n5zI3ShUIhP3KDrPHCxZ22C9ejN7a/bu9kHwVNzoA6aAQNtQK1VB4ZBuF1xS1+TXECxcO5d9/u1KgqzmDrBoZ4A==



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Necklace 925 Silver Golden Thin Chain Cute Smiley Face Pendant Necklace Ladies Fashion Elegant Party Necklace Elegant Jewelry (Gem Color : Gold White) (B Silver Turquoise) : Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/Necklace-Pendant-Fashion-Elegant-Jewelry/dp/B0BXPH2Q7J/ref=sr_1_303

**Collection Date**

Mon, 24 Apr 2023 06:36:09 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

oCLqTa8AtKRZYp84CGid3/ITfU59S7YFWcyOWISH65tROTVwXuklRs5VLsvywQ7p7piBhvvLohhxX27grYvKMOJMuw00dES+iOAEvs/vxLD1rrCp9L67H9yMYDAGtw+Ux2ekZQrrmkdaHF4zvpuw5nRPLx1KnhfTeapZ6lI8KIk=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Necklace-Pendant-Fashion-Elegant-Jewelry[fs]dp[fs]B0BXPH2Q7J[fs]ref=sr_1_303]]_Mon,-24-Apr-2023-06-36-09-GMT.pdf

**Hash (SHA256)**

d0bde2bb4aeb26aed4fd0cc61dcb2c93d0d4643d31a058e5aeb16a67c71e9386

**Signature (PKCS#1v1.5)**

XeZdKbopiHOv0yixN7T636eqaeGf89D0x1+8ReCXT90aMmGcsu2gtCoXrgdP5PllakcRAqY2z2cyAHrB+mgniUDVV4lF2r3qS3ud02URbpHtcptNS27pKs4Lg6bfqoKxWJETu+HtM2+xGlrMDW4Bssql2jzTuxe/lA+JvlyHjAs=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 25 May 2023 16:20:37 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

116.68.105.188

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

W0K/JNoeAwIkGosRaUTq65xFoAc8LEv44tuHqx743N2N2WwmYvBqu0MBle/REEEQE8/IAddwboCOGAlhBF57hIS5zo1qcZ0uG73dfmdxHk3eFSrXI4Zz/Eu+OzXvtJ8Axx4s9FW8QAP0DAOD2IHLPJ9q+RQMyVG9nt2Cn+x5kaO5kWroeJYQm1o18nGGI6kYbU/FeobZFGcdmlkVEeYI
+zwc0VZ/dGY7Virwr1zAx1EHer7Y1gnemkrvPSsMKDdcZDxYS2eKXRq2cZOd2OztZWXexWdRxt2cwGrLVq2if9cE1DKiVtajYgJrxBenVvfaqQd+2UMr6L0WuWvQB3w5QA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-25-May-2023-16-20-37-GMT.mhtml

**Hash (SHA256)**

26c344553dc3a5f43d3b04b2d74b696b8436bdf7a555fab6ec3070ff88b1f0ce

**Signature (PKCS#1v1.5)**

Tb0Jjgyvu4/s3E8Y5SpW1oqNOjQmVXR0ad4Rsde/XTf/68d9gcvQQwyQiLBUEc0Op1W7739FXhoAmVklaBJ9BRFHmGz8Xy2+5Op/VXXnT0O5HjGh4atADTAbIMGytR1UZJkJIoD1i6n4zGsod/ltMG9qQv5JQNDQ2ZSvxVMD9IjgUij3ZWTxwQP+INurQslNRiJvGB57rNiriwt
+9KlSLjA5gGOeeaCYDCHBgnuRTuNBmk8Dx/9xPmuvZr297YwY1UewzqEmAqA86RSgvUiyciXKmSQklzxqUMq5PbX+9jP++4qEqWm9JymcnyzAFU+w8Irvg0uLkASYOa6OGpw8ww==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you 30 days of Prime benefits for FREE**

Try Prime FREE for 30 days ›

**Estimated delivery: June 9, 2023 - June 26, 2023**

Items shipped from Aldridge Gugu



**Necklace 925 Silver Golden Thin Chain Cute Smiley Face Pendant Necklace Ladies Fashion Elegant Party Necklace Elegant Jewelry (Gem Color : Gold White) (B Silver Turquoise)**

$40.99

Qty: 1

Sold by: Aldridge Gugu

Gift options not available

**Choose a delivery option:**

**Friday, June 9 - Monday, June 26**
$4.00 - Shipping

Place your order | **Order total: $47.86**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $40.99 |
| Shipping & handling: | $4.00 |
| Total before tax: | $44.99 |
| Estimated tax to be collected:* | $2.87 |
| **Order total:** | **$47.86** |

How are shipping costs calculated?
Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com: One Happy Dude 1st Birthday Party Decorations-One Happy Dude Banner,Smiley Face Foil Balloons Kits for Hippie First Birthday banner, Groovy One Birthday Decoration Smiley Face Birthday 1st Birthday Party Decorations : Toys & Games

**URL**

https://www.amazon.com/Birthday-Decorations-One-Balloons-Decoration-Decorations/dp/B0BYDJG6VX/ref=sr_1_28

**Collection Date**

Tue, 09 May 2023 10:11:00 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:93::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

GQz/2pFHruv86VR8xEr/x9k4NIKjDfSernutr1hJRFFf+dRS7LqCfdpxTwt7eeVanh+xEVdesC3pN4v1Y+f9FJFIAQPGRkQcTaBXegYhDNkAW7aUi9cq6lwKlsxr07jemXhxyGq0Wsf6/CdV82Oon+c1jHcoxrQMqyqbZdUvq3g=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Birthday-Decorations-One-Balloons-Decoration-Decorations[fs]dp[fs]B0BYDJG6VX[fs]ref=sr_1_28]]_Tue,-09-May-2023-10-11-00-GMT.pdf

**Hash (SHA256)**

927904dd76b9740a7d9388e0fb64f1c3b339e4f6a06f4f410519145f1d62fb91

**Signature (PKCS#1v1.5)**

RXpuT6XDrevAzBSPUasBbKkWmzCKekKPZUaWGQrX/5hyVJ9rCvgSIVASvNaRA+bnv92D6PNI5l7g7IKmDZbCpFlyYARqyPYXNb8/HvEsaP1sFz+YB04Hfq2I7j1+qj+7YAi7SeGNj51e/QO0MNjKEHCPp9pcRyvbACetq30d0gM=



AXENCIS

Investigator Name: RemoteUser2

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 11 May 2023 17:00:01 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

RemoteUser2

**IP Address**

116.68.105.210

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

oKhZYMEDGEsBgo9oXHOL6M8Um+vaH3pxDCZ1P3ZkwM7k76ipkgdFSiEc7QCMDVJZ+HC02UvU+DVoPPR6VKtkp0DFO1HCNz/s1kc1YYSoG9BgCDr04CQBoVttGBDVyBZjMYJsxn3WyIgZQqZSeLu8zffFlD0tB1D32Mwr8NFgom4K8E5V0mQy/oWfWtCQU4zQpHLvQ
+pMNX9KdSz/16fVDEzF1TG/WfF8gr6DrwEHLNqNfh12vTqxnaaAQ00wwUzXMTlOnUUTMLb4Zdfkg5nZklq3kCockcOgU17nT+Xw99G8Yv7c1f7MxqxGCejIlbQE41oASKISS1hDfVi1+aLMiA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-11-May-2023-17-00-01-GMT.mhtml

**Hash (SHA256)**

78a1c329dcdb38d22e25c74a5335a1ff9eaa54d10150d27ff3f2426dff134b10

**Signature (PKCS#1v1.5)**

Z1mOg4SjCqwevIxj0SEehSCytQJAtI7yBfu3eOfOxfSVGLtwaFR9qgzbdnFcplnlSLvnCEt0cmLnSEd3VIz5A9uphO60BVS86T1xiu9nNWf8a//xPqVATyiNmRAm7yOux6N3zyNeyNNHxDzIN2Sv2SHX40a3VyaYbsDWAJSsVzBrdGyICZt765Is2Lda3Lg96vUEkdjRGZ/
DHwaqlM1FxvL0m7KR6wxz71DH+wD1h+1H5CclYYSFD4/N5GwwnnnI742S0Kz3tIHHu6CqjFrmRZ6QTQdEQXBojfrcsP8RUh/9wybxP79G1QbugG2UzrEMhmZMChtlHUXTfvp8Uq9awQ==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

Change

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items ~~Sunday, May 14 by 8PM~~ **Tomorrow, May 12 by 8PM** for ~~$5.99~~ FREE

Get FREE One-Day Delivery with Prime

No hassle. No commitments. Cancel anytime.

**Delivery: May 14, 2023** If you order in the next 10 hours and 59 minutes (Details)

Items shipped from Amazon.com



**One Happy Dude 1st Birthday Party Decorations-One Happy Dude Banner,Smiley Face Foil Balloons Kits for Hippie First Birthday banner, Groovy One Birthday Decoration Smiley Face Birthday 1st Birthday Party Decorations**

Akide

**$12.99** & FREE Returns

Qty: 1

Sold by: Alikikids

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

- **Tomorrow, May 12**
  FREE One-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Sunday, May 14**
  $5.99 - Shipping
- **Tomorrow, May 12**
  $9.99 - Shipping

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

**Order total: $19.89**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Get FREE One-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.**

Try Prime FREE

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $12.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $18.98 |
| Estimated tax to be collected: | $0.91 |
| **Order total:** | **$19.89** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 25 May 2023 14:53:38 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

116.68.105.188

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

ib/nvRqwhYHO7hHwqusAB1Ig1N+hDedl2Cn/goTXwYPpqk574h49iFonG4jcrz8CRABfn/4AGnQ5eMSkOU7TDBcTeWe1wXMJX/46MW4TXYP5egnWR04J8jNocppBLkoDEruiJtg7FcUU9eVIVsw1drYLz2B3sx9nqR0dhqvsxKbf6ns2jt0z9MlvwrqtjRd707CbkD4b
+BUF7167A7JxCQ34Lgn0qUsBiCp1Gj/lxAEPcBim2RgfX8/bV/DREahKlTgLfXkl6OMyxJ62dlufg8+dC1tqkqYXU8OJWc/yyiVWI6SikonjG8RFsQHifuJR9uEhxTJxWLuGF4KDeVomyw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-25-May-2023-14-53-38-GMT.mhtml

**Hash (SHA256)**

2165d1499479b0db6c80ccc544286b3c3cd67bd5d49abce0254f8dbffe4faf66

**Signature (PKCS#1v1.5)**

RFq50/9ittGYp4XGA19ELAndOycXZpCHJwmVtGc7QUnmxxTskiDMEteTquRJz3NcQNvrLsPZeGoGb9CQWOmiSlOVz3Jy/g+5aO2mgk2Q1nHmK28MTe+YZ0t4YNV86P/DT0AxoVLaDODgy1wmt/3YjOf9YZmLW2B824ClHqCq931fRpv3uvu2VTYg5aYZa75y
+zwG2U8E6mOPpHIFb5iqN5Bre7qKquINCJNpWHOmbx1hhmOwczPEsM2zz1Ox3fVLg/FjtwRVni0CbatUihM7FPCodJpHLbCiiSGAhvBKGIra1AHo2Ahazt3JRBs3ZfP7Z56fLB62eVxuP2wAhdP5zg==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

**Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**
Get your Prime eligible items ~~Sunday, May 28 by 8PM~~ **Tomorrow, May 26 by 8PM** for ~~$5.99~~ FREE

Get FREE One-Day Delivery with Prime

No hassle. No commitments. Cancel anytime.

**Delivery: May 28, 2023** If you order in the next 13 hours and 6 minutes (Details)
Items shipped from Amazon.com



**Allereyae Vintage Seed Bead Choker Necklace Smiley Face Necklace Colorful Bead Necklace Cute Rainbow Necklace Chain Jewelry for Women and Girls (Colorful)**
$7.50
Qty: 1
Sold by: Allereyae
Amazon Prime eligible Join now
Add gift options

**Choose a delivery option:**
FREE One-Day Delivery with your free trial of Prime
Fast, FREE Delivery prime
**Sunday, May 28**
$5.99 - Shipping
**Overnight 7 AM - 11 AM**
$9.99 - Fastest Delivery

Place your order

**Order total: $14.02**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Get FREE One-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $7.50 |
| Shipping & handling: | $5.99 |
| Total before tax: | $13.49 |
| Estimated tax to be collected: | $0.53 |
| **Order total:** | **$14.02** |

How are shipping costs calculated?
Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com: Allereyae Vintage Seed Bead Choker Necklace Smiley Face Necklace Colorful Bead Necklace Cute Rainbow Necklace Chain Jewelry for Women and Girls (Colorful) : Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/dp/B0BYVPSVCF

**Collection Date**

Fri, 26 May 2023 08:10:57 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:36::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

BcZOqLm/3WKbRT7QEPlI+YRsoE1ES4fXk5HD0cTjmZgBTqwKeZw6CQUyWSyzv8MVdCt+MCoENl04tVdUGsyGhgSr+wNqyg+05/D/BiTEs/dlcNlK05B/5mJ/
Dkgt8fqiuhSXhyVFeUXX4As/4SDdXsMsVs9O274nVXUsHSmL4Z7OW1RijqpHYrZ4ihoqQmnBnBCZuCPDMJxfcU0CqbtFP60B2OnMrTEIH9Pfe9mUZE0LiDEm4p2Wo1ysdwbhlb2jDhD+wdHNbe2cK1yRxQorrWLYDxqhlyw7PUyv3E9EDA2C6srrmPE0s29J4mhfY40ip5KubX3LhWE+
+mjVmpCUZw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B0BYVPSVCF]]_Fri,-26-May-2023-08-10-57-GMT.mhtml

**Hash (SHA256)**

5f033b4f36f67389918df1e52169fe265c4863979a654762ae2d9be3ee057626

**Signature (PKCS#1v1.5)**

XMNubSHRqOmnMazGykU0hsEvwzvRsapIRTEBjkK9dm2JZGuw5/VU2rLykcpW6nyVNMSGV6nZ0wgeiYBZhsPauDN9KAiQKstygO/P7HUcA4je3TGB3FYYcu8JX+eLvNQFe4k/8wBw0abBLG3+FOKw7cedaCs7iGQBhWdJgXgFOdHFKlOMc5r28wkKEbCqlnMcrJKYm9K+Jz4pyxN4bh
+W0rRL262QGA+Y1hbnh9KixGltYG37sXRO0mwktETxebPqvEM3R0d/qlWqjv+qjAz6A8Tj760OkW6gVqQcRo10Wn7F06zZb2iovP3myBIrC9fr71RvEckF7bV4D2XTS3ugmQ==



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Cowboy Bebop Radical Ed Smiley Face Patch - Funny Tactical Military Morale Embroidered Patch Hook Fastener Backing

**URL**

https://www.amazon.com/Cowboy-Bebop-Radical-Smiley-Patch/dp/B08NZ7C7MP/ref=sr_1_201

**Collection Date**

Wed, 26 Apr 2023 07:52:09 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

VJcen9pKquMgQiDbWpnK+QUl2+M6biZQk9tm+ONaXQAAyDx3b0m2igCmvkCZzIeunu5iHYhWdzAVIvaxxkLtsFeJjEVbysWuWldCzFJGVbqVZwXSigNEA1YWJZB9izuBJbUoZ0JUzU3Zwswjl/R1gsOUZ+SpHsIgmkDOIrL6Xz0=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Cowboy-Bebop-Radical-Smiley-Patch[fs]dp[fs]B08NZ7C7MP[fs]ref=sr_1_201]]_Wed,-26-Apr-2023-07-52-09-GMT.pdf

**Hash (SHA256)**

b69a5003144f6b527d2daaf1721be08dbf66311e8cad232ea53f0aa3ac3b7340

**Signature (PKCS#1v1.5)**

l4Ggy/ACE2JYd7l6x+3GYqbd61Qr9BOfXthX2LMrnqs1Ma1ukejk2zhgXOWpC8i7fwDu9nCMlB50wncOvVWX85F934+hjpNFzKC2r8fG7+RThkvRs0R64rCUhjGCtSAtrlLLirCEQ0I7LAzgX97wUa6m8+GkjYwDgX5wRx4l3KQ=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 01 Jun 2023 16:14:37 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0d:5600:8:93::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

OGbsbxcSh39GsCDxRI65Lt0wcz36dEQjGifZjHfKT9kVaMLFnugbtAmu/1Ux4O8QHbCtS8Jgq8VmPePIZpuLifRG3MHaWzIX0zHINlrtnIePKwRhmNli6T/pEc7j0bpESSH9LW/5C3FcwtG+4Re9tmhgAvicMSiTcZ/YfrSEgnlFZiip5qcSJPT63dR/1aI4kGTVnX5zzT1J+MoDvuPZrb7u4iMa
+9rTBTnMlZKpCZHhCE2Xr7oPN/i77GuaTotf9ODMoF8ptn9GADw/3gAmnzvGjpAeZSQs9NmiXklFAU87TVOyyGYdbXRdn9cLNP/vi8CdfCgwyCKSH5ayVPXAJA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-01-Jun-2023-16-14-37-GMT.mhtml

**Hash (SHA256)**

ba44be7f7c396ae3affca6776cb6d3991d59bf7ddc7617130cdc03ffbbd2089a

**Signature (PKCS#1v1.5)**

GwfrLcdsj0lGiHvzGWhyUSpQqhJgoqFPKGxcCw2uebIzaZKZbju4K3dTElJOkDFPpwfD9HDkgFBZI90KHL+DGxi3BbN+dLSgnhtjOiD7LeYWMZWbLvLFGV0dEcL++Ss+UrN+ZdAqWmKig2CxskJaA5E6hrrWqjdYVRs8I4O5uM9jxAlWacAl+bIolUkiPEpeg2ZGqJWiRRGFOOCSU+SJAQvJv8R3p
+hT6EiyGU/qXpI1B1NdJ1AATS/5aRVbaQIYANW2SfcVHuuFKQJc0HLw4/Ait306lI7UNdTGx93aorLXb4/fXco0/4YrebP/bva8pY6Vr9+YQEPV5cefRkGqTg==



amazon

Checkout (1 item)

1 Shipping address

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

Or pick up near this address - See nearby pickup locations

2 Payment method

VISA Visa ending in 9985

Change

Billing address: Same as shipping address.

Add a gift card or promotion code or voucher

Enter code | Apply

3 Offers

Change

4 Review items and shipping

FREE TRIAL

Jade, we're giving you Prime FREE for 30 days!

Get your Prime eligible items ~~Sunday, June 4 by 8PM~~ Saturday, June 3 by 8PM for ~~$5.99~~ FREE

Get FREE Two-Day Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

Delivery: June 4, 2023 If you order in the next 11 hours and 45 minutes (Details)

Items shipped from Amazon.com

Cowboy Bebop Radical Ed Smiley Face Patch - Funny Tactical Military Morale Embroidered Patch Hook Fastener Backing

$12.95 & FREE Returns

Qty: 1

Sold by: almost sgt

Amazon Prime eligible Join now

Add gift options

Choose a delivery option:

FREE Two-Day Delivery with your free trial of Prime
Fast, FREE Delivery prime

Sunday, June 4
$5.99 - Shipping

Saturday, June 3
$9.99 - Shipping

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

Order total: $19.85

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Get FREE Two-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.

Try Prime FREE

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $12.95 |
| Shipping & handling: | $5.99 |
| Total before tax: | $18.94 |
| Estimated tax to be collected: | $0.91 |
| **Order total:** | **$19.85** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 26 May 2023 08:53:36 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

111.92.76.240

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

hbQjb3bfFlCDG2ZA95rocnbzYSrwvgMzZcal1cEDoM/Jll76xphNHP0a3DS/GQhBU8vq27O4O/mZcZSLwPrqFVpaKxOxsjuEnzvBh7uw3ZvvikKh8v4qfoQEfl
+tbGkDtulOadcx80RXMPdXmxa2DA1fgoqV7ztk60BYVEbiqyafnKPcOVLYhH5SlAaWVTeS99LPfly0lVLKbZlumiXRre0cz3LRjoPg1cZFzVwGANZ8V8QPCF465iUCmvvXvg2wSZWK9eBYR5+Yd62Uze44Hr/rxKBUsf0gHo2RfXmurVpjmdMIL9GJEh/QvjR+ldl2Jc4/CeIjHNC9ub/k7lYb1g==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Fri,-26-May-2023-08-53-36-GMT.mhtml

**Hash (SHA256)**

5fc3a9c1e3005cfb7dd7d0b87214214ec8357eec73c7b6e6ebe26a4f2d2919af

**Signature (PKCS#1v1.5)**

U7IkHVULqM6aJo1PJ+owmYKYAyqSXKbZaoEHLZTG4/XpFmqgsdVgjqKmp4Quh6WbyPa4uUc+ODBiQHBHIZk1vQUGkmPGXZ1Kn3aArnGxFfeDC6txQ0B0gy2Nv0upjKR0SKcRLTf85QoxaFAuKcPqdQWrJQmmrIDgvuBuYdJb6APd0HCG
+MJ0sarzHM/2yosn0f7HK61WCmkDb4+s1EZHomzLLvlBwdJnMN3GhnEoOjS0+u1XCR9iVUB37gphPZSaa5g9ldlXH0msaVJd45aIA23fB3fZMBaGKr1PkuAx1in8nOF7R49KHGcXsafzGuWDRZfCsoNsXHRtPYKJtu49yA==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items ~~Tuesday, May 30 by 8PM~~

**Tomorrow, May 27 by 8PM** for ~~$5.99~~ FREE

Get FREE One-Day Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: May 30, 2023** If you order in the next 21 hours and 6 minutes (Details)

Items shipped from Amazon.com



**Natural Pearl Choker Necklace With Handmade jewelry Smiley Face Star Fruit Unicorn Yin Yang Rainbow Polymer Clay Beads Handmade Necklace For Women Girls (punk Pearl Choker)**

$8.99 & FREE Returns

Qty: 1

Sold by: Amazjy

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

- **Tomorrow, May 27**
  FREE One-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Tuesday, May 30**
  $5.99 - Shipping
- **Tomorrow, May 27**
  $9.99 - Shipping

Place your order | **Order total: $15.61**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Get FREE One-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $8.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $14.98 |
| Estimated tax to be collected: | $0.63 |
| **Order total:** | **$15.61** |

How are shipping costs calculated?
Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com: Natural Pearl Choker Necklace With Handmade jewelry Smiley Face Star Fruit Unicorn Yin Yang Rainbow Polymer Clay Beads Handmake Necklace For Women Girls (punk Pearl Choker): Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/dp/B0998DBJVY

**Collection Date**

Fri, 26 May 2023 09:50:12 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:36::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

dwSLBA5U3n4NaimsWjCp2zF0BMJgh3RVC5frvl9gLWezpzRq4UwF0S4CH5Ft1jT4unSYsGrn0zfJpMVeEWHQTJVqvmTiPxCDOUb8GAPpEt5hqsUIuKKXlhv12HJ4A6ave5rFq3Asnho0N8ixdaXDKPWyc7SV2ip46gm65T6XxOTkaAORrmxDGfe+KLfcSeKiCnuKU1/RI9JBazbgQrBnUvxv
+rH9JUTPQKRYoGV17cMAIX5jNw7WUvK0r8C2Z7QzqhWimk2WntiN+rxG2/IlQuXEpOgE059BlwBjm7UK6XfMRugtRfRzVBv3lBd+JPNg8HSI5qZZ1QZfiFf6uacYmA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B0998DBJVY]]_Fri,-26-May-2023-09-50-12-GMT.mhtml

**Hash (SHA256)**

d66ff3a3736b8e6913bd7dfcb7b251e1f4eb05adc77d8740cba4814e7723ac3a

**Signature (PKCS#1v1.5)**

F8islVyCe+Y7U5nPjz5BPwZYlSC6wD+pzi5Ee7V9CXUR7+gy60YSDahYE6003GXoLy7yuVrLfS9NLK7srUbtW8A3kxARfi5+Imh5+hUlVTJ0bS/VQHlFSPICkmwKCWI0PWOPly/B/lxTpY+5LgeM1FvmZmgcexsnGB/VVCFGiucfCGy7uQqeBClsd09R/
nsGCStvKhpfnb7b2TejcqdKN4g4XoHEnBQ7PfzQTG36sJWkiFyikQxWySiB0XOUmsZoMOuDbWsQpgfEt1lVCk0Lvy+8/vFRYeJil+W2IAibes9AAdMuiL/gp1m58pM7CqgxcnqcjOYlp87R6mR2223EAw==



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

American Trends Beanie Hats for Men Winter Hat Smiley Face Beanie Unisex Knit Winter Beanie Hats Cap Coffee Hat at Amazon Men's Clothing store

**URL**

https://www.amazon.com/American-Trends-Beanie-Winter-Smiley/dp/B0BNH5L5LP/ref=sxin_17_pa_sp_search_thematic_sspa

**Collection Date**

Tue, 25 Apr 2023 09:51:12 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

J/mNrFiD3AiTxOwrEzaxeedaSyiSKC6xUffn3ca8f35FByzf5pO5ahsLxjY4GOzfFH5dVNRBksrUGHV/afXD9RH4H6WmmrRdgdIQaJf4C4s007UQ1fWjKJjBZ2CmVbvn4p37Hmu4fkJbA8jxpsJ/WSntPiBv4oRFhi22fIWSjPI=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]American-Trends-Beanie-Winter-Smiley[fs]dp[fs]B0BNH5L5LP[fs]ref=sxin_17_pa_sp_search_thematic_sspa]]_Tue,-25-Apr-2023-09-51-12-GMT.pdf

**Hash (SHA256)**

62f34c9cf5fbb426c41cc8f4f42bc417897602ed2498d747dba7e83f2754195a

**Signature (PKCS#1v1.5)**

Jiun/Nc1HBt3MLM58mle0uRPuPmMrYIFlSHi+al4Vynn+rUrLq1CHufYc6LBPgqYu3OPcW0KfZCR4EFj8LIrbZS8EDlihhO/bj0DfxF17jaELXIMhWIZbS/BOazB7EiIaiwbop0ZMfIUPa7azrlmDEJJ8E7jVQCOtlWQxAS8Ebs=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Mon, 29 May 2023 16:00:43 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

116.68.102.163

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

HzVSef+wBLVpPC7PN+BASrGG66smVPfFuvlWf7/LEd2yICfmhWkbebZ6tPXQkErbq9W9o3yRLGdi8MIqKdnHgzTQ75JpwykPVCtTYBeiJZCxMHIjAmWnEyDys4tguKNeSzVJ6knye8ErUyrKggT1O7tkvNrKYPmMh80r6FqMOpokPIR74Qwk/
tJqADiTdfbXQH0wrVdC3uemDYZuM9hs4RMQ6zaHAMuYWwMFBC0HYUSpvoMwmlO7fWOJ0FkL5frJ8b9kfVJ3e2Y8Ql7sxyf1uFMz4qjgLm2x17qlb4bIvD/4mjxUMXtKa9jDzfVHi7uOBsNQ5Mq+QEsIA6W4lYtvGA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Mon,-29-May-2023-16-00-43-GMT.mhtml

**Hash (SHA256)**

33ae4f9cd71f9df7468dd08efb7678c04929cc543a6c812bd2738961e3109cf8

**Signature (PKCS#1v1.5)**

QkOOvxmEA/6L6EI6u/chl5CoUt4aNPDIWN9A/Pjmw0LTznDLs6rr7JxgKgkgsWcuGrzLj5HJ6OMrN/au2LsYKr1cWYicv1CBkfKkqyxVcu5zFAeQ56h42TD9P9NuWsyfMn9tLFUDsfCLoOdaFK/bE9h90tZ+JLaQ2PeMFViQPWSZoGfQL+RA6AZxfGAQyfvmBJAnTNs6KMeDyGlG5YpzsfmdQ4LRK
+J4wfVXvGUCStALifKacdcizL4/Ae2rJ1WMCyBGgrbdJtvAWa9MClTHyZOMMaFs+xfke0HSgnBKFai6EkE6PzDxotvRdNOliPyzrKUwM4791p+YUf8xldcZgg==

