AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

American Trends Beanie Hats for Men Winter Hat Smiley Face Beanie Unisex Knit Winter Beanie Hats Cap Coffee Hat at Amazon Men's Clothing store

**URL**

https://www.amazon.com/American-Trends-Beanie-Winter-Smiley/dp/B0BNH5L5LP/ref=sxin_17_pa_sp_search_thematic_sspa

**Collection Date**

Tue, 25 Apr 2023 09:51:12 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

J/mNrFiD3AiTxOwrEzaxeedaSyiSKC6xUffn3ca8f35FByzf5pO5ahsLxjY4GOzfFH5dVNRBksrUGHV/afXD9RH4H6WmmrRdgdIQaJf4C4s007UQ1fWjKJjBZ2CmVbvn4p37Hmu4fkJbA8jxpsJ/WSntPiBv4oRFhi22fIWSjPI=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]American-Trends-Beanie-Winter-Smiley[fs]dp[fs]B0BNH5L5LP[fs]ref=sxin_17_pa_sp_search_thematic_sspa]]_Tue,-25-Apr-2023-09-51-12-GMT.pdf

**Hash (SHA256)**

62f34c9cf5fbb426c41cc8f4f42bc417897602ed2498d747dba7e83f2754195a

**Signature (PKCS#1v1.5)**

Jiun/Nc1HBt3MLM58mle0uRPuPmMrYIFlSHi+al4Vynn+rUrLq1CHufYc6LBPgqYu3OPcW0KfZCR4EFj8LIrbZS8EDlihhO/bj0DfxF17jaELXIMhWIZbS/BOazB7EiIaiwbop0ZMfIUPa7azrlmDEJJ8E7jVQCOtlWQxAS8Ebs=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Mon, 29 May 2023 16:00:43 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

116.68.102.163

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

HzVSef+wBLVpPC7PN+BASrGG66smVPfFuvlWf7/LEd2yICfmhWkbebZ6tPXQkErbq9W9o3yRLGdi8MIqKdnHgzTQ75JpwykPVCtTYBeiJZCxMHIjAmWnEyDys4tguKNeSzVJ6knye8ErUyrKggT1O7tkvNrKYPmMh80r6FqMOpokPIR74Qwk/
tJqADiTdfbXQH0wrVdC3uemDYZuM9hs4RMQ6zaHAMuYWwMFBC0HYUSpvoMwmlO7fWOJ0FkL5frJ8b9kfVJ3e2Y8Ql7sxyf1uFMz4qjgLm2x17qlb4bIvD/4mjxUMXtKa9jDzfVHi7uOBsNQ5Mq+QEsIA6W4lYtvGA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Mon,-29-May-2023-16-00-43-GMT.mhtml

**Hash (SHA256)**

33ae4f9cd71f9df7468dd08efb7678c04929cc543a6c812bd2738961e3109cf8

**Signature (PKCS#1v1.5)**

QkOOvxmEA/6L6EI6u/chl5CoUt4aNPDIWN9A/Pjmw0LTznDLs6rr7JxgKgkgsWcuGrzLj5HJ6OMrN/au2LsYKr1cWYicv1CBkfKkqyxVcu5zFAeQ56h42TD9P9NuWsyfMn9tLFUDsfCLoOdaFK/bE9h90tZ+JLaQ2PeMFViQPWSZoGfQL+RA6AZxfGAQyfvmBJAnTNs6KMeDyGlG5YpzsfmdQ4LRK
+J4wfVXvGUCStALifKacdcizL4/Ae2rJ1WMCyBGgrbdJtvAWa9MClTHyZOMMaFs+xfke0HSgnBKFai6EkE6PzDxotvRdNOliPyzrKUwM4791p+YUf8xldcZgg==



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: VOHO Y2K Jewelry Aesthetic Necklace for Teen Girls Women, Flower Fruit Heart Yin Yang Polymer Clay Beads Smiley Face Necklaces, Cute Y2K Choker Pearl Jewelry: Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/VOHO-Jewelry-Aesthetic-Necklace-Necklaces/dp/B097TDH11N/ref=sr_1_99

**Collection Date**

Wed, 19 Apr 2023 11:57:57 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

I+zN4zf7T50vMzLDoZdsU+QpWKdH3LeBKemgiYOakuqg0DVmvsNxoTs37re4gwsBG8XMpMPMxBsKAT/1plabOU4TnNplCVGgvHmq0hJmuta+6ywJZax3H/fmh2/4LIHnLNjAukDr72zIKJ5NRsurf1nwbA90hwQO7r5z/KaTZjk=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]VOHO-Jewelry-Aesthetic-Necklace-Necklaces[fs]dp[fs]B097TDH11N[fs]ref=sr_1_99]]_Wed,-19-Apr-2023-11-57-57-GMT.pdf

**Hash (SHA256)**

64f5ae64d8050d6b26aed111529ce22811cd415ace18510c287b7e5d366231f7

**Signature (PKCS#1v1.5)**

J7/LH8t7lAIXghR/6GpdwAZSD2sHRdr86YmnND1j/gGq9XQHoR3CF5rg+742ZWWe99at87ierdFRr8zLetCi7dns1tfrJcGmz4Npw67nTCxlgKmcq184PV67Z88bR9pjdm5/AQSEWDU3I3y2YSNm7BqpUFa/XkZkYM6hdh9GNdw=



AXENCIS
Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Wed, 17 May 2023 09:45:53 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2001:ac8:9a:d::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

BaJZxKnYS3FpZRsS1Ohc5EDyvRUxWlwEkdnrVOVugQ4rJtrlsjgxs6VOsinnDRCDuAy73Wvs/qzsfR+P06JdTQ61iYhhAyFaUQEnOrgw6uo/
jcFrfKvh1inGPotwYmh2TLL9cKWMN0aXifGSiu1tAozJCPCC4HZE5V5qM4Ultzydy0sahzlKBCMfkOxw4u0P1s9oVdtnI962VHbLudTJCxx1mFLCP64KBgrUvXaUBE7MBIMkGojtbWGxI7ziuc45ni3zRjhAbGdeG5BA4K63F7vbgwYPZvPj/k04zMRdRvJ9KMynL94sGl4Lm
+vk0rYTVtTEs9Bx8yKV/6R0gb06cg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Wed,-17-May-2023-09-45-53-GMT.mhtml

**Hash (SHA256)**

1d6f0b62177524d3b9821be9a6bda2a89bdb4d1afc5a917294750be8772be95e

**Signature (PKCS#1v1.5)**

B7WKdqxlgwHF2W84lApUkEK1sq0wirLEgIutqylCBVIUJMlZPnIuHhnQVe9KsMWLAddMu+4I3Q+BVGXqEs9vREgEKiU665OzjnsMweECKI29Bk3uWggDY9ZrH+ltn2VNCItYwuo3j2TBHI/yZbpjaIMxbWyBonPYYGGINS3votsf8dt2gXe3cPKRa3qQVFhp7IeD3U5KV+sm7wQ+f6z1WjjSq/
wW4+vteNqJCQ82N9ofmnENx+gYJE9aBBzb2AOCYUqPRrmPX4WuvZpuayXOJgRlenIxpCLo867zGjQB7p+myEcLeSCnoL+QGkXgu09cN4josVvrsOCeqROMZNb7tg==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**
Get your Prime eligible items with your 30-day FREE trial of Prime

Get FREE Prime Delivery with Prime ›
No hassle. No commitments. Cancel anytime.

**Delivery: May 21, 2023** If you order in the next 18 hours and 14 minutes (Details)
Items shipped from Amazon.com



**VOHO Y2K Jewelry Aesthetic Necklace for Teen Girls Women, Flower Fruit Heart Yin Yang Polymer Clay Beads Smiley Face Necklaces, Cute Y2K Choker Pearl Jewelry**
$9.99 & FREE Returns
Qty: 1
Sold by: Amwo
Amazon Prime eligible Join now
Add gift options

**Choose a delivery option:**
FREE Prime Delivery with your free trial of Prime
Fast, FREE Delivery prime
**Sunday, May 21**
$5.99 - Standard Shipping

Place your order **Order total: $16.68**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $9.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $15.98 |
| Estimated tax to be collected: | $0.70 |
| **Order total:** | **$16.68** |

How are shipping costs calculated?
Why didn't I qualify for free shipping?

AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com: 360 Pcs Fruit Flower Polymer Clay Bead Charms for Bracelets and Jewelry Making, 24 Styles Trendy Cute Smiley Bead Kit for Bracelets Jewelry Necklace Earring Making with Elastic String

**URL**

https://www.amazon.com/Polymer-Bracelets-Jewelry-Necklace-Earring/dp/B0B2P4VY4L/ref=sr_1_69

**Collection Date**

Wed, 14 Jun 2023 11:15:09 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:36::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

SEEF4OTF3hQhPFwKg9b2P/6XiqgtmZE/hbtbSeowHNck5myj0l9jQoHfi5Z7V+MEJXljtpjzHla9rWPdeYX1SM0mCWGzwQx/BzTG7syGc24YpSvVMNzxFH/3TX47hC10khiZP5V6c58GurE7NT5rN0aroVvV8jlGNjyREtr40C4=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Polymer-Bracelets-Jewelry-Necklace-Earring[fs]dp[fs]B0B2P4VY4L[fs]ref=sr_1_69]]_Wed,-14-Jun-2023-11-15-09-GMT.pdf

**Hash (SHA256)**

dd16bb60c77dcfedfe797120860d5ec7a03c5bbf6526e248ae768ff6e84f637e

**Signature (PKCS#1v1.5)**

HT81RHnDCQCu/cON6UZNQI3DomuPsavDbDHG2++Ipzy65mxU0cpZGiDoYYDK8wt0YlgVNpMWLPhJKy7KhJUuYM7LM+eK1MI0TU0PmbH7KMwSYHheotCwRqV8LaaoTwPxoSRqr65sdekVnuRAugCBq0e92ApibJIM7TZ8n+rzjAo=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 15 Jun 2023 09:16:54 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

202.83.41.44

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

am2omJGP3lLxMUDVcszsflttfhvsOiVeL6M1ggp3wlCx1ZRKih/fsCycNE7JFpYDuxCzuz7OFuPbD8+BicNd+ND00oz2VTieUOOrANcABb0mXzPxL15fKEaqbMlLBsmxlU9GHWq31KH9xdFa4MiNKnWDxe/
lOFaZLY5b5jj24RFCyPxiAq8sUQn6o4j8x2Eqh6D0UGpRb64PTS22f0ovE4ZDLrj3MXYv6iVmlNH+dzuevPHpBZxAel0njMW1xoGnDIgKYPy4cCgt8okLqujaXSbNRTyMNcrt2By5/EBhy0znuK+T4rylMiN1shO2aiAL2OwA6DWIwndSDS445LdJQQ==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-15-Jun-2023-09-16-54-GMT.mhtml

**Hash (SHA256)**

b65dba11d6b8fcfd8f8c1e1dc58ad5cf5e57d864f8af90ceaa53f5a78ec8edc6

**Signature (PKCS#1v1.5)**

oXEO4KopkxJ/zlxfxwUXhVKqENF2eg8A0teGzs5ENR7uKtSahJD0VNwUsOJcCayDr5KxtXzJs4YvBEY+EwO+x+1fICqOKgFeFpQ0Xbw0X12AFZa6fnihLLx6vbPog/QA+3CaCvv1riFzc+tdXdh8FIhclSUHiw62X86BBVSuzKyhR/
YKZYV1g7Hp1DoxjKbk2c2U89hHw/4MDX2EuCNNG3YCeNj7McNI3vUeS/pobJi/OAn4SYSMrEbE8k8NwTfxRazIaa/SVw3B6glzDtPVUBup3bwSESVi8HKqkWAQGh6AWoUTuw1rwp/WIkS6YyJwX4xnZy5CFNBcaTfCIMWk0g==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

Change

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items with your 30-day FREE trial of Prime

Get FREE One-Day Delivery with Prime

No hassle. No commitments. Cancel anytime.

**Delivery: June 16, 2023** If you order in the next 43 minutes and 6 seconds (Details)

Items shipped from Amazon.com



**360 Pcs Fruit Flower Polymer Clay Bead Charms for Bracelets and Jewelry Making, 24 Styles Trendy Cute Smiley Bead Kit for Bracelets Jewelry Necklace Earring Making with Elastic String**

$9.99 & FREE Returns

Qty: 1

Sold by: Anezus Direct

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

- **Tomorrow, June 16**
  FREE One-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Tomorrow, June 16**
  $5.99 - Standard Shipping

Place your order

**Order total: $16.68**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $9.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $15.98 |
| Estimated tax to be collected: | $0.70 |
| **Order total:** | **$16.68** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Romantic Angels Smiley Face Tapestry for Bedroom Teen Girl Preppy Party Decorations Pink Cute College Tapestries Hot Pink Stuff Wall Tapestry hanging Dorm (51 L× 59 W) Home & Kitchen

**URL**

https://www.amazon.com/Romantic-Angels-Tapestry-Decorations-Tapestries/dp/B0B6377P8D/ref=sr_1_204

**Collection Date**

Wed, 26 Apr 2023 05:25:14 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

C0Kee/pOQbo0OlnKFy/dDaTVg0TcqnE9666pAJkqGvhJE11lbWsi3uuk5ViFLx+07aMd9VrSdbrSBCqL2eEhmTnbJ6GE9JHzxx6HlYMZ1I0bCzQrUxqY+EUhmXMWhj7PVBelImXIm0Ia7yxxJB4TqLTtEERcw71+Cu9IIZfCWuw=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Romantic-Angels-Tapestry-Decorations-Tapestries[fs]dp[fs]B0B6377P8D[fs]ref=sr_1_204]]_Wed,-26-Apr-2023-05-25-14-GMT.pdf

**Hash (SHA256)**

5463f656f9e8efbaa3217cb2ca6e304d14b12cacbf045e4c681a530e91b9663c

**Signature (PKCS#1v1.5)**

i1ZPgR2BNmvhZOmpLA6z5WLG+DFOl6VgIFjipDEt+UHUBfGmhn87xf16eX81j/sDEwTFihjF9NeagMuAboTUlx5fCcfiORXvhIyZzT1i7YPzrKG8UBQ09MnHwJ3JEWFyp8w/4QXiRMPEyMsfs1ovPh/IjA5SYL8Xgtn+kenPco4=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 30 May 2023 23:20:41 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

111.92.77.63

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

qB7jv51kgthKYCUWHmHs3jubxIAKnJSh+QlGmWpPWLl8yV8T5SF8XGqDV8JIZ1uVG1MKCTirGNbei5lPISbRLNygjvK9u56PF+TJ8GI0jah7vjVJAeValp36tcvxXyA0J0Vh5s4lV7GhuJZqSudhhKbo3H2oA1fjLXCc/4mHqcMjHqltKRehzcsZZXRW0JCnB9exG/
S5XvTQMX5VvALOfVbQIHFNBc0hn2ZlU0ZIhe+sTsX6JWmymFSgi7h+/YEkNB2CI9X4TLsV80zI7GSjJ8UnxVgEojV8pX7vzSuafQBrM9AOpV+AANgBvxxZu/UZeZB9IqmFARNPOKKY8x36KQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Tue,-30-May-2023-23-20-41-GMT.mhtml

**Hash (SHA256)**

37e39e20f6b335cb9c19eeb17c17c59fca20566a893fc358b1408def07c45b47

**Signature (PKCS#1v1.5)**

YgVHrNXr1FFRK5RE+uGt/kRY/vlxQ2xpJo3gueyGgxNAdew0zsVAb/qCQq5Bvlxu0OGy1+onPsSexgP66M+3BoYkoJoWWTzMJoFVkCqZPz/jCxBT7h4dHZxT6y56DExv6dNOcooJ4/ucpxVxrUSybL9jALG4gUzvjEtfmWQZDqlkQ30FH+BA7jE1K9eRfxtxDXtWxoyeU5qpjSQnB7zytK+jY+x9r
+H47Xxubpg9+qbIQTaoKWOiEOsAH3cNXRTtgnkaVremCJ0UT3iNYCQEjMAYZENbSQzBuRESQrxPJETgGEdRQBzCdSHzEPHPZ4aJkon+AFJSi7MUBcsWPByM0g==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

**Or pick up near this address** - See nearby pickup locations

Change

**2 Payment method**

**Visa** ending in 9985

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

Change

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**
Get your Prime eligible items ~~Friday, June 2 by 8PM~~ **Tomorrow, May 31 by 8PM** for ~~$5.99~~ FREE

Get FREE One-Day Delivery with Prime
No hassle. No commitments. Cancel anytime.

**Delivery: June 2, 2023** If you order in the next 4 hours and 39 minutes (Details)
Items shipped from Amazon.com



**Romantic Angels Smiley Face Tapestry for Bedroom Teen Girl Preppy Party Decorations Pink Cute College Tapestries Hot Pink Stuff Wall Tapestry hanging Dorm (51"L × 59"W)**
$11.99 & FREE Returns
Qty: 1
Sold by: angel's aunt store
Amazon Prime eligible Join now
Add gift options

**Choose a delivery option:**
- **Tomorrow, May 31**
  FREE One-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Friday, June 2**
  $5.99 - Shipping
- **Tomorrow, May 31**
  $9.99 - Shipping

Place your order

**Order total: $18.82**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

**Get FREE One-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $11.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $17.98 |
| Estimated tax to be collected: | $0.84 |
| **Order total:** | **$18.82** |

How are shipping costs calculated?
Why didn't I qualify for free shipping?

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: XIROMUN Makeup bag-cosmetic bag for purse corduroy makeup bag，Women's Handbag Purse Smiley Face Makeup Bag (Grey smiling face) : Beauty & Personal Care

**URL**

https://www.amazon.com/XIROMUN-bag-cosmetic-corduroy-bag%EF%BC%8CWomens-Handbag/dp/B0BWH9XV4Q/ref=sr_1_163

**Collection Date**

Fri, 21 Apr 2023 07:39:48 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

oKEYAR9oMKxyJv9YBZJ5c9RrFcKHIwgoIA101zcSEY93jSIgaxYDxNnsqXtBhnvmq3p5gxURuFg+I+O30R+yEpND0veW4X76tZL5vl2M5teF4Xytyaz07jzVIeNuUPqnI2CUZ+y4X+vjz1qYjHfPaxHt3j79kXIpr+s88e3AFZ0=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]XIROMUN-bag-cosmetic-corduroy-bag%EF%BC%8CWomens-Handbag[fs]dp[fs]B0BWH9XV4Q[fs]ref=sr_1_163]]_Fri,-21-Apr-2023-07-39-48-GMT.pdf

**Hash (SHA256)**

fd37e5e4e21245b23d62ee640c91cf56bd9eb3d29ffc6b0dbd9c8472de8a663e

**Signature (PKCS#1v1.5)**

MqXVvcBy8Mp8+EmfFI+iiHunrDr8DgpK4qJSh71Hgah3JWG4i/w/3iDOqI2UjwPM/qnENR+DNJjl0E9YCP0IlCrq8f0/Jv34tV+H+NY3HGzjdPXTIAZq8YygdMrf0e4yv1U4HWqj5fnzfFPe7ob8ij1xQQClo3vaKrUbf5qQsnw=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Mon, 22 May 2023 08:18:15 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

aqQZZilj/K7/47N7+/+U/Y7MnIGFnutKkK83RKdTtKD+2XxIgQZ6GS04vvkB6u7XtH1XhjyXy3oQd99ATMGkt+byst9Ja9THybz1vCai7jSi4tbh+0DNJSbz6Ia/7Y/YaWrmLu34OlWhIvJ8EjEAQYLcloZHpTeL3yw1Yno1Eg/uVADMRzys2vjvhDM2ntCMSQ/
SwYYj4D2zxO0CXegq7i8wM4SQAjM6O2URPgddtHsFNXKLYBclBXNx9qzBcu139/5hns1qhFVrOj2nGsGVw69Nscy8W/QrIrVNfzdRmWaWO4kXoCFASWyHQuwh+mrnSxg43WINEIiLAljFe52TTw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Mon,-22-May-2023-08-18-15-GMT.mhtml

**Hash (SHA256)**

68c2e4c37563e823d82ff3cc830eaffc97ccbc0918c1c9abe4fa6dab94c08294

**Signature (PKCS#1v1.5)**

YFbGt5TBYm/qNNFmk19P8kTV4VdFnCSHu6DB1QLxQ7ltzHihaGTVCxT7XS5y6cFMulMR22Lj8BOWKUFacDA3g0keyGu0WDby/wXigdpUGq46yA06jfQU/cgTW+dXN59+wFrvKt51NWhmdE3lxA
+r19Rh8caMAl8TTCVYEJQMUSyRG8wf5dwWTVhEOUz9P32t34CzTNnLHeSSbL5f8Fg51pbp1v8imW6WqOw4hji2L3m1brno2d2wNM0Ie5nquyDhaGqt7OaTxAP9uIjxwj0y5VWAQ2AyFUXAPFn2QG1DrRhvv8LeIxvAmHCD/jHpprCTuSh4AqvBW7n/0GL66nh3dQ==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Change

Or pick up near this address - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

Add a gift card or promotion code or voucher

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**
Get your Prime eligible items with your 30-day FREE trial of Prime

Get FREE Two-Day Delivery with Prime

No hassle. No commitments. Cancel anytime.

**Delivery: May 24, 2023** If you order in the next 20 hours and 56 minutes (Details)
Items shipped from Amazon.com



**XIROMUN Makeup bag-cosmetic bag for purse corduroy makeup bag, Women's Handbag Purse Smiley Face Makeup Bag (Grey smiling face)**
$9.99 & FREE Returns
Qty: 1
Sold by: Anghcng
Amazon Prime eligible Join now
Add gift options

**Choose a delivery option:**
FREE Two-Day Delivery with your free trial of Prime
Fast, FREE Delivery prime
Wednesday, May 24
$5.99 - Standard Shipping

Place your order

**Order total: $16.68**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $9.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $15.98 |
| Estimated tax to be collected: | $0.70 |
| **Order total:** | **$16.68** |

How are shipping costs calculated?
Why didn't I qualify for free shipping?

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com : Anley Fly Breeze 3x5 Foot Pink Smiley Face Flag - Vivid Color and Fade Proof - Canvas Header and Double Stitched - Happy Face Flags Polyester with Brass Grommets 3 X 5 Ft : Patio, Lawn & Garden

**URL**

https://www.amazon.com/Anley-Breeze-Foot-Pink-Smiley/dp/B097BKSC2S/ref=sr_1_144

**Collection Date**

Wed, 19 Apr 2023 10:24:36 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

lyNSnjgtOMtsOKlhnSseTLu7O6cly8Oc6AyNZ2dUOu5JqryCo5M+jx9AwRQgvjdcoA5K0sYaelLsm4F2AiogeC0fXz/7eOwFXV1wZkYQ5bkXHUkUfa4rqwSJyMZoc37Owb02GMS4x9Nb4ue8uhZcrnz8eqp+8KsYr1DvH9xbung=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Anley-Breeze-Foot-Pink-Smiley[fs]dp[fs]B097BKSC2S[fs]ref=sr_1_144]]_Wed,-19-Apr-2023-10-24-36-GMT.pdf

**Hash (SHA256)**

aab75f476311e4768efde006885b6a952976b8c10eba39d6e7d9f1180828acc5

**Signature (PKCS#1v1.5)**

RBYYpGSsE1TCH2hgNyLwWbR02n+sAcfoNo6MP3UawlguagD+OeMw+7q8lWSZvQCmQp8sRvvOKKoobQM+7+yxU3olOHhL9SJ9nEoUgcmlem+nyTd24qalaTMM+YmL3bDrAB4KwGqNlwXPGXfNzT1Leqp991+ziF3nNhsrrpBLYfw=



AXENCIS

Investigator Name: Sian Kelly

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 28 Apr 2023 08:12:38 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sian Kelly

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

F4i2cPZkHtTg1UqwqZxMv3LWqz1c6Eio8yxFBtTyv8VBMJMGoIEIC6cbUvGC5uQ/iUX+msveUW1Uet/qmbILgXCKPZZoY2YVfsQqDFViDalyJa0MX63oO4OGPu53GoxOjDhS+P/PBUjEzau7YA05ZniGurfVy0aTBE6hdP6/
rhGyfyrFUcRTN5i6K0byvXxRyZqZ9Km6DskRC2aSH4FH4yzjEHESWEckJARYpm+MBMbCKODoway7hmT5DKHzjpAxvJJnwVpNE8/L/asiTL5aU/LEhgyuemG8EDnqLrktejD/5uVbFbpjIYUqvzLouEI1DsOdawH3yJtG4FLD948TQQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Fri,-28-Apr-2023-08-12-38-GMT.mhtml

**Hash (SHA256)**

dfbc94052fc3afdd000fc7732f37b36719e3d1a3f87629f8a989bc38c2706359

**Signature (PKCS#1v1.5)**

pOMmUxZgc2Y48sV7j9S9t0A+4ytY+FKQMRnF8zfJug1OUxyQ3HLwoGJVnvfj3jbbniyNZjCoQZdJmzifXQcubDhpq/snrYpbRlZoasAdCz7zuUXkaQVEc7pVp9hKVGn3spHFnN/FO2L476J/
PTCW9mwVN4Pidid9iwZk3jxEPQX8YLxm5lAgeH894RckcgcKhETa0Bjjggoek0KMYvBsCgeLzoGlju16ALd2NZmideAj3ity/8FZIAv39Vcq2YPKi8ahigGsntPUWCU34GamdzvgiG3AifjudTF930NzbSzPnuCd+9qCY++j930yTgpvllpFaFMZ0MU21BdpxBKGYw==



AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com: AnnoDeel 8pcs Fruit Vegetable Foil Balloons, 30inch Adorable Smiley Face Fruit Balloons Strawberry Grapes Orange Carrot Broccoli Tomato Banana Corn Balloon for Fruit Theme Party Baby Shower Decoration : Toys & Games

**URL**

https://www.amazon.com/AnnoDeel-Vegetable-Balloons-Strawberry-Decoration/dp/B0972QXWYT/ref=sr_1_65

**Collection Date**

Tue, 09 May 2023 10:21:44 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:93::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

AiQmv7Kv9OLHFwhLEEdnMUWW7laXuKCU+hnDSpXq1/hMhFOCW9AnytLfnrT4QRQ4RqcDlKgBb00UROPDjDOO/SwWMsVnLS8RJ+T6YaXeWtzaOd97g9bio8273xH5p+X5do53LMuRE64VuCeO8HbDIhk8bs9X3N9jB1xL1VMRal0=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]AnnoDeel-Vegetable-Balloons-Strawberry-Decoration[fs]dp[fs]B0972QXWYT[fs]ref=sr_1_65]]_Tue,-09-May-2023-10-21-44-GMT.pdf

**Hash (SHA256)**

6582c567e3f9d2b880157fe028dd4ae8d4d78407b9a53d929e423980fea876e0

**Signature (PKCS#1v1.5)**

AqzV3MtDP99jh9APvUmiJRPDA7iKvRO56iOVG1nBJdXyaif46aCINJLF2+Iv8XwIOe8dpDe4Pru98fZu9CQ6xMq8q7zNcp1dFxzaoy9uYozoZfSDwvNquHAvTu1mJihZiMSSnyABbZnVkcYaY9ECmaa5G0IbSdpw5HrXVJEoq/s=



AXENCIS

Investigator Name: RemoteUser2

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Mon, 15 May 2023 11:21:33 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

RemoteUser2

**IP Address**

116.68.99.108

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

HBDvvm6q5k4evT0lhNQRyldzD86XxDI4KDVWLNti9nHRURYVnWHaXPIHGAn34QR4xL5jU2DJY3axoftrLd7iXUJyMIyIqvjzFzDrZJ/pGVhV7c00AAccQHuIU06aXVCkZ1EGL5SaF52mRz9JtpDzJEgLvqnRY/mBJTj6VhXtV0KfAjaBDHjMBKki54lhCX0AdMSPEPjQHNbPhv+a8fZo8IceM4A
+A01Q3NHBzwzPOoRtG9l1sFnKlmDfZUkpKXDSZDD9WAk15X8KChZFyEljnryuAHFIFx9v80a6GaM7dSqKKFABFPt1XWRYc0X0CNcedXIaMkm4/88zMkuP4t++QA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Mon,-15-May-2023-11-21-33-GMT.mhtml

**Hash (SHA256)**

a2e70a449edf94125486d6276685f922b800c91ee50912b4505ecc5f92bab848

**Signature (PKCS#1v1.5)**

R9ZzbSqSIyqp3kh7hi8GPIh5On7nxyDTEtY6Rn38ckePZ7scNEDQJ4lqIIeB20PdahHYeHaQqWqR5t3XBlzTDne5ivQ5GhDWttiqz+FIcwbJoTcHodHOoFUDDUCBQ6/Stgwr+zJ1DxCejhz1WuxJhPQCrHT/5NeQfJyzA4oEScef2f+cHjdcdVDSiS/
oskcHxGQOXwLn0CJgFDCo6bX01xOBmKFuzPE5SfrUM7sNUFbhAawRKMkldU9JWgEj9QrZktVfYwP1VP6eZ5ibw9jx1OI8B8AwxKi1KH6aZildYK4qq/IL5MFCandmQE5J/CUI6u+eVzWitRDYMCJTnk/lSw==

amazon

## Checkout (1 item)

### 1 Shipping address

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Change

Or pick up near this address - See nearby pickup locations

### 2 Payment method

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

Add a gift card or promotion code or voucher

Enter code | Apply

### 3 Offers

### 4 Review items and shipping

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items ~~Thursday, May 18 by 8PM~~
**Tomorrow, May 16 by 8PM** for ~~$5.99~~ FREE

Get FREE One-Day Delivery with Prime

No hassle. No commitments. Cancel anytime.

**Delivery: May 18, 2023** If you order in the next 16 hours and 38 minutes (Details)

Items shipped from Amazon.com



**AnnoDeel 8pcs Fruit Vegetable Foil Balloons, 30inch Adorable Smiley Face Fruit Balloons Strawberry Grapes Orange Carrot Broccoli Tomato Banana Corn Balloon for Fruit Theme Party Baby Shower Decoration**

AnnoDeel

$10.99 & FREE Returns

Qty: 1

Sold by: AnnoDeel

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

- FREE One-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Thursday, May 18**
  $5.99 - Shipping
- **Today & Overnight**
  $9.99 - Fastest Delivery
  Today 2 PM - 6 PM | Overnight 7 AM - 11 AM

Place your order

**Order total: $17.75**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Get FREE One-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

### Order Summary

| | |
|---|---|
| Items: | $10.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $16.98 |
| Estimated tax to be collected: | $0.77 |
| **Order total:** | **$17.75** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: ZTHOME Smiley Face Cute Ruffle Cotton Women Socks Fashion Embroidety Simple Short Socks for Ladies Funny Woman Socks (Color : Black, Size : One Size) : Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/ZTHOME-Smiley-Ruffle-Fashion-Embroidety/dp/B0BW5LCSG9/ref=sr_1_93

**Collection Date**

Fri, 21 Apr 2023 10:09:19 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

j0qzxsi+7V27JJNjFE7z7kY4nhHBYkbxc5kWW5+V1EyrZKaqSglUPM/NcGk4GcAXKSccClmhiZwGYH/0WLr7gBF9cBQTieeo11T909iuNEsvgr3UCNIqUSzRQ6ErF3wlJIZQL7SlHZwYoK1utHYY+Ov6CEoviUZohbS2gGbW6LQ=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]ZTHOME-Smiley-Ruffle-Fashion-Embroidety[fs]dp[fs]B0BW5LCSG9[fs]ref=sr_1_93]]_Fri,-21-Apr-2023-10-09-19-GMT.pdf

**Hash (SHA256)**

223fc6d15101f87340157ff0c3a3fa207eeb6d2450fb398074b20c753ed24421

**Signature (PKCS#1v1.5)**

qjNB4e/2hiKqTASsrbx3z7Wg51XCaTN9dsp9e9kcmh7Yf1y2mc3xuRUw1cNDvmLIme2NwHOxCyFoH1kWhQMU7kiCw/oyBK65E6RSj3hKsfeTkYVcVA4dgLaW4ExB2b43HLYgJ10Z8FI1Ao+5/8M9qucghceTvbWXzNOpsIViBLM=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Wed, 24 May 2023 07:03:58 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

111.92.80.105

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

fQbMQSAOfFrI1CWo7i8tbTdjybTxNYV7p88/HSXS57TBNCGExkWHBhJyzaek6fNtwAPpuhlI3PTRW+5VChgLFb5zi+shzfHHCaQgJ4/EkCraefGchwY+56F2YtRy2Q2u57FGFWXQa620ir7UVv0WLQuKGpYLdEQwRtfqgRzQ2F3gBz1DuQPVXKBIgEbQ/
vt4JyQH96k11B5p5cJrcHMTVMTC6UjcFPix6LfXCW7EJU6m9yjys0r+WbAuBXtfOMQI8clqRDVdnqfY1lY9bn3dt1aDJnAAXX57Cp6sCBu0s0JWEswIr0kxbQ+JIn7gbvMQ2HttDaBQc51NRamazz0Shw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Wed,-24-May-2023-07-03-58-GMT.mhtml

**Hash (SHA256)**

d59cdfe5c338b5333bb4fff06e43581e9f8e2838aca0d1a97b83bcf44ed6aaa6

**Signature (PKCS#1v1.5)**

cSTmcF8kjj8uTpYO3tVAYxwdpfR/eMuHI9Zth+2M/rhSwJDHOgfy1H2GCXhIkiN1rofM4ezO2YHMoilb9B941KmjH8jVBnpLR+OwmShTNcruP5jhi3QblDl/3yXBDeqn9JURw+/fz69JULn1A26IfE7kgrxrTlmomT2qP5RTQLtvZ64Wjk2r
+QOj62X2z0No0T136jPsQF5ahxtv5I0+vfWpPDHuRyMdd49WVJtqsMEglWrpY1TiKV3J+PlZtWXqNfFmq6HWCGBedma/yS5ORW8DBta6yDBG80yj+rZa5/9bV4hcPxnk2Ot5buOznVNaf4DcdzBuS7Iq734f4uRvaw==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you 30 days of Prime benefits for FREE**

Try Prime FREE for 30 days ›

**Estimated delivery: June 16, 2023 - July 11, 2023**

Items shipped from anqingpaxiudianzishangwuyouxiangongsi



**ZTHOME Smiley Face Cute Ruffle Cotton Women Socks Fashion Embroidety Simple Short Socks for Ladies Funny Woman Socks (Color : Black, Size : One Size)**

$24.24

Qty: 1

Sold by: anqingpaxiudianzishangwuyouxiangongsi

Gift options not available

**Choose a delivery option:**

**Friday, June 16 - Tuesday, July 11**

FREE Shipping

Place your order | **Order total: $25.94**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $24.24 |
| Shipping & handling: | $0.00 |
| Total before tax: | $24.24 |
| Estimated tax to be collected:* | $1.70 |
| **Order total:** | **$25.94** |

How are shipping costs calculated?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com | QIPILON Lightning Smiley Face Slippers Leopard Print Smiley Face Slippers Retro Memory Foam Soft Plush Slippers Warm Non-Slip Home Shoes | Slippers

**URL**

https://www.amazon.com/QIPILON-Lightning-Slippers-Leopard-Non-Slip/dp/B0BDG2XQXX/ref=sr_1_288

**Collection Date**

Wed, 26 Apr 2023 06:04:41 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

khT2Uj8Pq7DtocLeLBjiljWFkCgXxj4KsWCOtWkHUllo/VoAS/mh2ZMmXhb2JuTAUTRC5FpxLUI3lcYm/i72k1o9lmL/6kfUudBcB2ILGW3HlD6Mwkexel6Vxl3XiyxehyE2QnAdf2aNR6h1Ku3klSQvGyLQn2zx4LdkU2yJmH0=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]QIPILON-Lightning-Slippers-Leopard-Non-Slip[fs]dp[fs]B0BDG2XQXX[fs]ref=sr_1_288]]_Wed,-26-Apr-2023-06-04-41-GMT.pdf

**Hash (SHA256)**

b5392e95785f15084cd23c5350cefd8cd862bc9955abc1c176d3022c4ce8a9c6

**Signature (PKCS#1v1.5)**

q3xn2AZJ8HZlbiJkP0vrwvm0Vx/X43WEHzBN4ELr6YbBmbJ0fpYhm0rcKUGPh2U1czldrT5jMF4oSVJPqk0mhu0HujT25L+RWjexgvVhWSlyAtrDvyAiL4alhxW1m//pZcLisjtWFspDHerJd9J8bagYn8nR1jqSB43QM66nQkI=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Wed, 31 May 2023 08:26:05 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

111.92.77.63

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

RbkUx/xxjcMTqcltlRhcelzB1bMtXVrb6Qx1W3TEqFs5cLvu9wud68Na5XosDiuzfNVJMAtwyLS3m57CwpdrbcnPhyIKNCcWRw9dMUIU3Xv5uhUUpFNN1lSc6UbnzN3ZqEvgMTLfIddy77GeBSldYqlwbKN961IfwV/
UI3sORr8wPVj762rxj6kG6T1dyBqN0I3PLFDVtilGPUAq0SuyVWy6tWq7Gd7oDoZpCNZAgDjPsXBDxkBUKQRn5/imJSsKLc0ARPXRFM27/js1gyjD88xCEcbV+TN9IxBzv3gwYXIArJjkJ0PN5isgLyCxzpfkpEJy7JH5UxAS42wkMV9MBA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Wed,-31-May-2023-08-26-05-GMT.mhtml

**Hash (SHA256)**

ac3225e7edaad40437d3afd73e5b4a34aef52d534930a3a1afce894cf87041f0

**Signature (PKCS#1v1.5)**

araOlj+/I4roBHGCxicykMheKUf2tJbmkkDhCZii76oWebp26FrsOFJ34d1hdMp5Gg1L+HNxcJrh7Jpo/5U1M+GrrldBMSZl87sqeEyyzQCRTYQfxg7iOJqNXfphvmj89eToJJqfUL9T9U6gdXAXdTGYDJNJ5rkUyjze9+02hKQxhVu2KnKHk93RQ1pMhmNMTvv4wyE
+rMKTL6LIATdOgya1wpvGjXAl/2Wdh4ZT3MX4KFLlRDvme5hNd6df9Qlc+5TXQ77k7/rvKYBXZGT2FZa9s6yOlVdphmVy9NloLuEZswmOPpqlKTzWL0CVTYCCFG1kUT4gPx0NtvIhrp3Pug==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code Apply

**3 Offers**

Change

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items ~~Saturday, June 3 by 8PM~~ **Friday, June 2 by 8PM** for ~~$5.99~~ FREE

Get FREE Two-Day Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: June 3, 2023** If you order in the next 8 hours and 18 minutes (Details)

Items shipped from Amazon.com



**QIPILON Unisex Lightning Smiley Face Slippers Leopard Print Smiley Face Slippers Retro Memory Foam Soft Plush Slippers Warm Non-Slip Home Shoes Pink 37-38**

$20.99 & FREE Returns

Qty: 1

Sold by: Anruiqi-USA

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

- **Friday, June 2**
  FREE Two-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Saturday, June 3**
  $5.99 - Shipping
- **Friday, June 2**
  $9.99 - Shipping

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

**Order total: $28.45**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Get FREE Two-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.**

Try Prime FREE

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $20.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $26.98 |
| Estimated tax to be collected: | $1.47 |
| **Order total:** | **$28.45** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Anten Pink Gold Smiley Face Necklaces, Shiny Sunflower Gold Plated Necklace with White Enamel Happy Face, Fashion Preppy Jewelry Accessories for Girls, Women: Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/Anten-Pink-Necklaces-Sunflower-Accessories/dp/B0B92DN9H2/ref=sr_1_201

**Collection Date**

Thu, 20 Apr 2023 05:15:50 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

GyU1ZNfwQH0LWvbU6cGTltwp7NhdVcCDMOQ5DKWiQNHwBPavXkqa26PEQIc5TAD6W0yUjEzf5mmWFT8qicvBfc56n9A0nPRVh/K6Nc1654GTF23IXNBPk6+8o6yoYU09e84NlU+aPWy5YtsewsQYSYxdlSLmpGoOfVLCPyXdEoM=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Anten-Pink-Necklaces-Sunflower-Accessories[fs]dp[fs]B0B92DN9H2[fs]ref=sr_1_201]]_Thu,-20-Apr-2023-05-15-50-GMT.pdf

**Hash (SHA256)**

97ef694324ca7d47a4cee246d0d8e5a5ebbd43516c555cbdecde3ce10c466a59

**Signature (PKCS#1v1.5)**

MzPL2aHPHYZZLukolieRA2WKlmRiFR+YLVJY2WLzlRduGMFsCpsMUlg+xi2l0evOqVn7i27MlUyDr3xA0BN7C3ueDHYwkMmTai3RcOyOn3G1CuOPnHoMeSLvKa2w1WSLK1KAskRkghdU6dWBGOS73NlRH91pBFOfa18IA/Byg08=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Wed, 17 May 2023 14:46:38 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2001:ac8:9a:d::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

EdFgqCYCAhixhbSLm3KjgN3v+f1VVh8uE7rjqwECWbHdRNMZpnI4TdlxATbOdYjbdFopTfOrCCf19dHZ4NV3xWAsOfmpE8jGsKfWyo/tGX7FZpUcEkuZvkT7WIr1lDiFjF/nLyOm+6Zh89viplQrqaMito8B63k/gth+zvIDdk9cnyub68W
+0MPINvsBpHfQTTq3dmqh9DILQISTA0tJMdgKZRG2+TsHONI9kH/S8d1kumVqBKk8+7HM2MOafbHjqsKyUCj+jVomgr94u82IqAq4BNOUSrQO77qttNvbdbwFM5jQjevKRxeqmwtsOH0nwm4Ec0ZjgmMpddByZs33TA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Wed,-17-May-2023-14-46-38-GMT.mhtml

**Hash (SHA256)**

4ea59a7a0d2a4f173bc2ce4ff9c93951073e7ca2cccbf287be30d40a4e5a7db1

**Signature (PKCS#1v1.5)**

YzUOS5FzdJzCk4bvqeufwz7v0CozXAQ9rfcaflQ9SlxI3pyZhBeGw3v9gi2OI5A8oCDVYOfADdSB3kL0EZtJ3Zjq2IINcrrSdE5lJlSlPLLNMaG3l/BrmMsf6siAfjU/qpRMK3QgMgL9Y7KJQMiZJ/KDRYlxFdcMDLQkS3gZNx1AQfxBTEtkyQz6RgljAcl/
Hf23StW3Ep3IsY3gUajiShqfttR2I6M41Eh5ePO4Z1mUzYi0u0bW/4zuQshk1EJbXCRQANnvQ/KdOonQOZnN/IPKil/bdKgoqF88Mm7hSCFlBM/MOvfMl/5ENR6mg0sFh3DiwDeIq7/CwE6NWgHmaQ==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

**Or pick up near this address** - See nearby pickup locations

Change

**2 Payment method**

VISA **Visa** ending in 9985

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

Change

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items with your 30-day FREE trial of Prime

Get FREE One-Day Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: May 18, 2023** If you order in the next 6 hours and 43 minutes (Details)

Items shipped from Amazon.com



**Anten Pink Gold Smiley Face Necklaces, Shiny Sunflower Gold Plated Necklace with White Enamel Happy Face, Fashion Preppy Jewelry Accessories for Girls, Women**

$3.99 & FREE Returns

Qty: 1

Sold by: Anten Pink Jewelry

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

- **Tomorrow, May 18**
  FREE One-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Tomorrow, May 18**
  $5.99 - Standard Shipping

Place your order

**Order total: $10.26**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $3.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $9.98 |
| Estimated tax to be collected: | $0.28 |
| **Order total:** | **$10.26** |

How are shipping costs calculated?
Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com: Anvin 35Pcs Smiley Face Charms for Jewelry Making Colorful Happy Face Pendants Assorted Cute Ting Alloy Charms for DIY Necklace Bracelet Earring Keychain Making Supplies Craft for Women Girls (10mm)

**URL**

https://www.amazon.com/Anvin-Colorful-Pendants-Assorted-Necklace/dp/B09D34DMG9/ref=sr_1_10

**Collection Date**

Wed, 14 Jun 2023 10:47:49 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:36::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

lwdPMySDoTmhRKIrWHAHT/49ViAdLlh7pFYVH68+f3TCRmz0wZWZGqgaLfoGbsUhFUKrCJnC8udpXTYlD+3HUVcL7xK13mRl0RsIsY1xFAJiF8Kty8AWE+vIJRZ9GAkkD7+EqT8xslwe4CGeFxaUMX7XTWHyn/4XQaPdMaCr4GY=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Anvin-Colorful-Pendants-Assorted-Necklace[fs]dp[fs]B09D34DMG9[fs]ref=sr_1_10]]_Wed,-14-Jun-2023-10-47-49-GMT.pdf

**Hash (SHA256)**

9033d0266a2c1c7d608e81546f400e0ce3c739efaf170070d7341e44473bda79

**Signature (PKCS#1v1.5)**

c6yyCsDKVEW3RNYm4n/pVa+wzBPXQ/oxs15NTtw1beE3z929khnNPhZu2UeYko5bbDbkos2C8vWVL1GJyQdm5Oen5RJk+CLqw6zObPZvHK/FffZU7gEACCO5fdDMeSB9zyJAQywnLC8rHpvWhR/akvu5B60bU2sVuz0BCsLm1TA=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 15 Jun 2023 03:38:33 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0d:5600:8:36::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

dgiWbnG3zySRaS3NjJSFl5IAwyenbNCoC702iYlOkvNM02zQv1r+8N/5Mi3T8z0DjQuXO9Ep+7ojtjrQyp3jr6qf92QraP51S3XaycVxN/
+pkZFB0xrP5GyMpT4jAkAl1lOyWo1YzyrlRDHMLK2aSCJf334Bn9Ct2UU9pQJjiPnWusAVbSuJQkAhBL7RuKNvxBelKDsT2RR5KdRZZFEYmFzU08MQW5ZccLIhKJHkT+hsU7LaHeUGQXXTlnMQDgJFyLUNIo4XMq7gK00vSGMNAjdXmQeS/
B1e804bNQfVkffphxL2lnyICYQGVAbKcmaqODDka2Xa9w02LevA62zBvg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-15-Jun-2023-03-38-33-GMT.mhtml

**Hash (SHA256)**

82e4c5a538e4e0c2b2a806be0b0925f825075a1f932f957961ea4032c5737cdc

**Signature (PKCS#1v1.5)**

cKmkE8T+7F11SiUwHpLhMi+isVogmqYt6h3MHgvpcuPjFu5jTO/NuH0pBPJs/Or0ek16vn1JyoVUzpo/z1MhltvIeti2b+/D7j3SxjIy+1jicp8sA4qNfiWXB3gLJ9ITAB8qLPXVJRyWVHKKr8BWiQy8L/E51bws3vY/qiaSKhy6vmRNWovidqrbtnkDhDW4/DH0qeJmmcsyvmfDCuiZH6MzR499GK2U/
yOTvZFqoOF0ZSnyPirqQ5AWXxOCanHXuBr73pDZhWbvsUz794zFZvzPQUlTh/LJRtCMx4it1emlfcQJ4kyjHLeM3gHd/90Q7wnP9gT2tYGxyoT4qX+q/g==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

**Or pick up near this address** - See nearby pickup locations

Change

**2 Payment method**

VISA **Visa** ending in 9985

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

Change

**3 Offers**

Change

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items ~~Saturday, June 17 by 8PM~~ **Tomorrow, June 15 by 8PM** for ~~$5.99~~ FREE

Get FREE One-Day Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: June 17, 2023** If you order in the next 21 minutes and 27 seconds (Details)

Items shipped from Amazon.com

**Anvin 35Pcs Smiley Face Charms for Jewelry Making Colorful Happy Face Pendants Assorted Cute Ting Alloy Charms for DIY Necklace Bracelet Earring Keychain Making Supplies Craft for Women Girls (10mm)**

**$6.99** & FREE Returns

Qty: 1

Sold by: Anvin Direct

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

- FREE One-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Saturday, June 17**
  $5.99 - Shipping
- **Friday, June 16**
  $9.99 - Shipping

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

**Order total: $13.47**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

**Get FREE One-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.**

Try Prime FREE

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $6.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $12.98 |
| Estimated tax to be collected: | $0.49 |
| **Order total:** | **$13.47** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: 12pcs Yellow Glitter Smiley Face Iron On Patches Sew On/Iron On Patch Applique Clothes Dress Plant Hat Jeans Jacket Bag Sewing Applique DIY Accessory (12pcs Yellow Glitter Smiley face)

**URL**

https://www.amazon.com/Glitter-Patches-Applique-Clothes-Accessory/dp/B08C5JMFPZ/ref=sr_1_22

**Collection Date**

Wed, 26 Apr 2023 07:23:22 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

FWV9GhKcbey65f7YQ+/Y1STVJQ2T/RZf+F57NGxPJp2dn0YMNPAV9Jpx7Vpvv96iGl8yAqwzEtM8KUBcngF3cdXNqeLwSNEZ3wcFa3YW/9BbKrOTlm3EgK6/5KpNsk0LfByLXoUhEITUr02r2dSzTtrmLmYkRtQSwDW/upVwATA=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Glitter-Patches-Applique-Clothes-Accessory[fs]dp[fs]B08C5JMFPZ[fs]ref=sr_1_22]]_Wed,-26-Apr-2023-07-23-22-GMT.pdf

**Hash (SHA256)**

117fc142f69b3b7f007d42369a493eb92d346d98cd48ab492f32399d554bacc3

**Signature (PKCS#1v1.5)**

DqilQ0r3Bc1AWNBbboPjoUS2UExTsUUGIfP+InGWQsoZa5LS7KGA/1MuaBesjbpcooqyWkcAaXL0iaF9i2YBbrhIWZiFtaU8sMXN/c+ynXyZI+2e02L9tm3Z88LePzl65PI0Nmoz54nqbGORpk+1PWuUE9E3NjdAqcN/HVWnGKg=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 01 Jun 2023 04:22:47 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

111.92.76.63

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Cai+u6dKcx+MVzrVklJwQRxJW3M6Z/tlwHgQ64TXnueI4LzC1zLlONr2iW8KrQa4qjZOghujV77cijBzH8oBW29GVKwE/6YeFBAIy3DXtMPAJ1iyT+JXXvdkJe18uy4mRVF40USz6LpShFFhDgXngU00il6lNSu/e9mkh9x32zGxCdDcr22IWnjP9xcw8zNetmeI/ZC3tl0I
+V8ekM3rwemdCDemm7HvjWioPfvD9ZrPZQthi/aGM4D55mCxK6sBXa+CgPn8/94Mkfwr3Pxtg5Lg/MVV0tjrEIvM2bxcjTawSyeeCCmG2fxY6m6YsUqPgAFORsdjY6x+6hJlF6sdqQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-01-Jun-2023-04-22-47-GMT.mhtml

**Hash (SHA256)**

5fa45c7e4cab3b4e1ac4fcae013b8fe6401abed94779ef106318af66f5c6ace7

**Signature (PKCS#1v1.5)**

o3ZDMGPRsUKDuG7NAd1dTRIGtPoUaHeklFGddw3H5a5ujoY2SXQt9Geido/hHMaNwPom8dgZl14YntdvViFLeiZL/L2BXQJfjo17y6rp6WHANV6nZO6t/bTJGvJpHKa81F2DGnxv8qf0MedjwOmSlCaaoy6ewH1F4lEwU6ecyU+8YNd0CH842whemJsNmAp45FoOTyp1M4x/
VmYjfB43p70XtbLzrSwbWoN2WnUBVoUUZTkPViQc/oKWQmoqTBbirZdz3SDQC0poT66L1JuIHaXddrkhabAHRy+NAO8yv1VXyO2HKqA53xgqoj/Q0aP4YF4Qz3iQZ9lC/s1qA1wBmQ==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

Change

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items ~~Sunday, June 4 by 8PM~~ **Friday, June 2 by 8PM** for ~~$5.99~~ FREE

Get FREE Two-Day Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: June 4, 2023** If you order in the next 23 hours and 37 minutes (Details)

Items shipped from Amazon.com



**12pcs Yellow Glitter Smiley Face Iron On Patches Sew On/Iron On Patch Applique Clothes Dress Plant Hat Jeans Jacket Bag Sewing Applique DIY Accessory (12pcs Yellow Glitter Smiley face)**

$20.99 & FREE Returns

Qty: 1

Sold by: Aomi

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

- **Friday, June 2**
  FREE Two-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Sunday, June 4**
  $5.99 - Shipping
- **Friday, June 2**
  $9.99 - Shipping

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

**Order total: $28.45**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Get FREE Two-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.**

Try Prime FREE

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $20.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $26.98 |
| Estimated tax to be collected: | $1.47 |
| **Order total:** | **$28.45** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

6 Pairs Smiley Face Socks, Cartoon Smiley Face Socks, Smile Socks Women, Christmas Day Socks, A Girl's Christmas Gift at Amazon Women's Clothing store

**URL**

https://www.amazon.com/Pairs-Smiley-Socks-Cartoon-Christmas/dp/B0BGXP46J9/ref=sr_1_46

**Collection Date**

Fri, 21 Apr 2023 08:17:38 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

i2q6BrqiyA5/LyovJtZBkK30wzeKQLuHOrfzlSMgztwJvbcSETySs0f7uGTJ2VGyGoDUq/gw0M/M+8HI8R8dvq96+qpncJnalXis3hc3J5+wMVZo1Aqb8RbF4p48bxnLB9jKwggqUsPZc/k8lxjsy+KCUCSD96FjgLdDbtcRq4g=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Pairs-Smiley-Socks-Cartoon-Christmas[fs]dp[fs]B0BGXP46J9[fs]ref=sr_1_46]]_Fri,-21-Apr-2023-08-17-38-GMT.pdf

**Hash (SHA256)**

6069b4457ab9d7afa4c8b2df195ed913866601ee699ab28d48048e7cd64fe2fd

**Signature (PKCS#1v1.5)**

OvKkEBQN5/fja65bUjVnyAKgMoLZcGxRNlmcVifk9vrWBVpivEw56YyGpSuJqAHEDcqZlMgCVauQcMo/ZZp17iIbUbxM9l3dwmOGpv67FKTHl2QtPZP+3hyqFQ+rx+ey3I6gKFNHx+CjsmZTBSeevXDGCTMw8hkybvZoseYoCdg=



AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 23 May 2023 06:02:37 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:93::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

MGBEZoAT01AvvrPq25p0J+Ca1C2rOG5IhQw9SU+exgahT1+3j8aU2mqgYKIXoFRB+bDY1M9Ht0iYJlNBn3PW12xVZu2oIp61tKVfA6F/ZhE9GPmKuTzryNYkzfXf+9TFD06N5gi63JhADf2cQlmytE9kWIjfGvPENWccY1+xHL87dju9cWf9N7WOBWVBStxPx6l8X2bruI
+AnpZMi3YLsOEAOBoqECaJ9BIrrOcWEHRcacBOFgW1hHi4kzMz8MHxoBvPtPmR39ovnDAow3Rjh70DYdxl/DUYH0b5/Zx8kq00NLEKYGVzTIpM19JCMHN/2C4i/oG1frz99avNB6pYrg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Tue,-23-May-2023-06-02-37-GMT.mhtml

**Hash (SHA256)**

3d4603847277d70973d5056452a94ab152a8576ac121b25e76cc131c2a1da2cf

**Signature (PKCS#1v1.5)**

SZASWyhS9poZ5KdN3FRPFOBbAOMddL+sUt03ZwvsoP1SqwCwiqRL3MGAHnEZJ/yo5Y2Vwj1FIZuuuFKT/xnnvCXEVjaQ4xt54pXW9F8wHW26s2X3R8WKpfvsZAt83EGF4kRBsAmcGXENyDRVvfCFoN+wDBUL7FjqEbB7ukdmebLrazSkPe7Kt9G+gs19kRC2AQHfj3+Hr7oT3g8DczJlCc9EG
+2xAr1iQuZ7zRiy/ekWtxc5iRNNLFvYJXpaYawdQZzPKZIOTpW5ug4TMZ7Si8RpTIJk7flNDXm96ZZusbUSHqLA7PGyXLe3k6zMohchLXWdw9AL+bVqT6G+y4Cpcw==



amazon Checkout (1 item)

1 Shipping address

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Or pick up near this address - See nearby pickup locations

Change

2 Payment method

Debit ending in 7800

Billing address: Kenneth Sheen, 210 W 4...

Add a gift card or promotion code or voucher

Enter code Apply

Change

3 Offers

Change

4 Review items and shipping

FREE TRIAL

[redacted] we're giving you Prime FREE for 30 days!

Get your Prime eligible items ~~Friday, May 26 by 8PM~~ **Wednesday, May 24 by 8PM** for ~~$5.99~~ FREE

Get FREE Two-Day Delivery with Prime

No hassle. No commitments. Cancel anytime.

**Delivery: May 26, 2023** If you order in the next 22 hours and 5 minutes (Details)

Items shipped from Amazon.com

**6 Pairs Smiley Face Socks, Cartoon Smiley Face Socks, Smile Socks Women, Christmas Day Socks, A Girl's Christmas Gift**

$17.99 & FREE Returns

Qty: 1

Sold by: aowangde

Amazon Prime eligible Join now

Add gift options

**Item arrives in packaging that shows what's inside.** To hide it, choose **Ship in Amazon packaging.**

Ship in Amazon packaging

**Choose a delivery option:**

- FREE Two-Day Delivery with your free trial of Prime — Fast, FREE Delivery prime
- **Friday, May 26** — $5.99 - Shipping
- **Today & Overnight** — $9.99 - Fastest Delivery

Today 2 PM - 6 PM | Overnight 7 AM - 11 AM

Place Your Order and Pay

You'll be securely redirected to MasterCard to complete this transaction.

**Order total: $25.24**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Get FREE Two-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.**

Try Prime FREE

Place Your Order and Pay

You'll be securely redirected to MasterCard to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $17.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $23.98 |
| Estimated tax to be collected: | $1.26 |
| **Order total:** | **$25.24** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: 5 Pcs Smiley Face Birthday Candles, Smile Expression Candles, Birthday Cake Decorations : Everything Else

**URL**

https://www.amazon.com/Smiley-Birthday-Candles-Expression-Decorations/dp/B08YF4QRP2/ref=sr_1_160

**Collection Date**

Wed, 26 Apr 2023 05:12:44 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

ZUkPFFYHgDkT0h7Cr8YFY+ZGD52U/A63IgUKtA4IQuzFOIfgmKogcT+fSsYbZukFPUd1nuT8Xlc3nGHteVp9x3uFo+fK2fC+CHV+3OMyQP/RH8Ji8Gb0/mW5yFS5m0pkQEY3ToERMr8gJRuWLq54IsY4DmQZStng1mTeWRKk5V4=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Smiley-Birthday-Candles-Expression-Decorations[fs]dp[fs]B08YF4QRP2[fs]ref=sr_1_160]]_Wed,-26-Apr-2023-05-12-44-GMT.pdf

**Hash (SHA256)**

8a52d97ca69f3ab4c2c85cd3d6b59e5a9f13736967c9c58432425b24acd9a1c1

**Signature (PKCS#1v1.5)**

DK763zgsYM6pTBFbPC//rSMVKg91BKPZPcfOEp9fOqlQ4SpFLI56gkaZE+a6BRPaJNi4c8dFVlUkDPVfgzaT5Ev5mCQlM3zx4ZmCVfTCF83koz4p3LKx+zxLsmH2ZjR7k01z4bwt09sW9jeJfUajcYzx9lJfdoy6AlhOFtnxVJc=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 30 May 2023 15:18:44 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

202.83.40.142

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

QWDZBzj2zU8k8sXlE7/wUdZkCepXMS7Ef2KY8Ri4cbTwPmCpMsUo8EybDycNLP4VAEgblX7tP7JQQxJGTqoyqAYYsjIbpzantCL6YofR94lQ1H6w/WpJJbq++iv9yYONY9r/VFjDGQ2m9DB/d6EB2DcqBNCB4+EYssrMm5ONOt/
BvJ6vDuQaZNa6ugZe35+iuIRPPy5DYgvYgeKImB8Nh1EsZZG99CkA1DnKi28NmpQmGm5CXyMzbefBzZ24bj9RWekPnoBTF3MUzw1+QR/ARKTgeLy5seUZPa8FNc85rU7adLaGYCfIrkBjyq+DYPZhf1cflEfK0OIBn6x/9xfpdw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Tue,-30-May-2023-15-18-44-GMT.mhtml

**Hash (SHA256)**

3e2e70b018b9f4b38ee37d1e15601f589ea392043c4501b931f9b2d64928108f

**Signature (PKCS#1v1.5)**

WNxCFSblFc5jr1VgmCgrG8YVmUWy0YM3kqlxRfwnFiAnPkjcRZKGrvVKic4f86lM50kz33n7aNbxyi+9jLqeXTKqHPqkRo1OMUfXJjrSkPqE7bjAkf4GJdAEyU4heWSbFNPgUS5Te80AASNjf+kWvo
+cCCgWIHpCDPZ82ODHjqkH1z42dnoqLc4T309ZY3WUaZSSpa5LhAIJMHadSqwUWvsPhid8h0qm4GU8y167HjqMZUxR++z39bqvJMeiRCuMw9tUsnGWhV8tZ9RaeVJBWEdALIUs6dKmI/dGYfAacX6zMNvj391KCxDwjCRbt2RRnNg8ybj/laH97+48L9ZP9g==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items ~~Friday, June 2 by 8PM~~ **Tomorrow, May 31 by 8PM** for ~~$5.99~~ FREE

Get FREE One-Day Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: June 2, 2023** If you order in the next 12 hours and 41 minutes (Details)

Items shipped from Amazon.com



**5 Pcs Smiley Face Birthday Candles, Smile Expression Candles, Birthday Cake Decorations**

$7.49 & FREE Returns

Qty: 1

Sold by: Aprildecember

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

- **Tomorrow, May 31**
  FREE One-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Friday, June 2**
  $5.99 - Shipping
- **Tomorrow, May 31**
  $9.99 - Shipping

Place your order | **Order total: $13.48**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

**Get FREE One-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $7.49 |
| Shipping & handling: | $5.99 |
| Total before tax: | $13.48 |
| Estimated tax to be collected: | $0.00 |
| **Order total:** | **$13.48** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: ARETIS "Fun Flirty" Beaded Choker Necklace Smiley Face Pearl Necklace Baroque Pearl Choker Necklace Colorful Boho Cute Jewelry Gifts for Women Teen (Smile Charm-NE-Bead): Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/Necklace-Baroque-Colorful-Jewelry-Charm-NE-Bead/dp/B09KRP53YM/ref=sr_1_104

**Collection Date**

Mon, 24 Apr 2023 05:28:44 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

d9iVDLc1K/n0n8V41FMVXNndECwmTCtHzUwEriNNzitoMFgxkFUavni4UFIaXPg28im3XQ2lSdXmMwm2TlQQuLEwlSSR/dAZLfy7DexoBesMeegOZSLyz5shVJzS+/9Otc0y78vk5xr91iW1UiNcHhBF1aG1MqCtur/bauYpuz4=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Necklace-Baroque-Colorful-Jewelry-Charm-NE-Bead[fs]dp[fs]B09KRP53YM[fs]ref=sr_1_104]]_Mon,-24-Apr-2023-05-28-44-GMT.pdf

**Hash (SHA256)**

a1b495e4c13cf3fdc8bd592b7231864609e8f6a31ba4e722ab513e4726cee0ca

**Signature (PKCS#1v1.5)**

YMjx8NWk9yZEKtvMAmmD+2tKuO7daX8s15k45J9NBDTE7c79diws7XnEgXiHrXPE4V0F0DqBE/AOWQTPYWBuVyF0ue/NxK9yJsr+Yf/hMRfFbLQc2Xub+F5Bpk6PZuthItU1rp0e+UN5maTOg1CPC3gH+sg/XljPJtBerIaz6fE=



AXENCIS
Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 25 May 2023 00:22:11 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

116.68.105.188

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Dn3D0UrcwCVcsGpm8vnwgKod8Ypuc/07x34ffg6w768TJL3FNoAzjckSIePxQmyMh6iyMAUqdi1Ci0N2DFpfL/30xKu48QR0zgG/2wb+8LzPpUL0lOc0oY0IcPz+Wy7RQMv+b+xASwvalbvxCk3mjJlcVymtTratmFrzT18bbcX/
z06nXxb6hCmysvy1okl1WaHVj1U3w2etQJEAJL4saHKOjlDsZbwe3cbSxY4FtvbJntdbg6lyxSmOFbpBWLS6dkDFDELOI4DE5B99JIM6utRyC/xUKOXWyKJcuvNdO/ABRzyYlvTjPkyKN5EnvfOf5T/VyXtoWG0PSBdPJYuOFg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-25-May-2023-00-22-11-GMT.mhtml

**Hash (SHA256)**

94e88856cc7080eba4f496a64cfd89d48dc778b8e035c66898bf0ee1f5ffea61

**Signature (PKCS#1v1.5)**

m4UV1kLnkCb25MlrO/v8PhN4VBRQlVLz1QPluPN40RDs1bkIyouFm8dMXjeSWrLMvcQpH0Lmk8s5O+I9hx6padoTVxI4g0iuDx59jjSmtfW786Iv9oelsrBGHkhjAD2wdPHlH6LTixCr8trwwhBpgQztfFwY1sCA/pVC2oIuV8ofCXGPbrCSFd+Aj4CDalHHai3UsPvrTU3LKrEu3bqTTM
+shhrT1PEU4F1viTn4AvOJS+vY0hIqCzOYYoUH+v/WEdaqAxXXjlz/QAS2Zwp+zBhA6/SlBcgx13uVukIOCLpTn7QUGmX7t3kPkJyBng+2FhZJtxloUGzoJTP+7K2usA==

amazon

Checkout (1 item)

1 Shipping address

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

Or pick up near this address - See nearby pickup locations

2 Payment method

VISA Visa ending in 9985

Change

Billing address: Same as shipping address.

Add a gift card or promotion code or voucher

Enter code | Apply

3 Offers

4 Review items and shipping

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items ~~Saturday, May 27 by 8PM~~ **Friday, May 26 by 8PM** for ~~$5.99~~ FREE

Get FREE Two-Day Delivery with Prime

No hassle. No commitments. Cancel anytime.

**Delivery: May 27, 2023** If you order in the next 3 hours and 37 minutes (Details)

Items shipped from Amazon.com



**ARETIS "Fun Flirty" Beaded Choker Necklace Smiley Face Pearl Necklace Baroque Pearl Choker Necklace Colorful Boho Cute Jewelry Gifts for Women Teen (Smile Charm-NE-Bead)**

$13.89 & FREE Returns

Qty: 1

Sold by: ARETIS

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

- FREE Two-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Saturday, May 27**
  $5.99 - Shipping
- **Friday, May 26**
  $9.99 - Shipping

Place your order

**Order total: $20.85**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Get FREE Two-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $13.89 |
| Shipping & handling: | $5.99 |
| Total before tax: | $19.88 |
| Estimated tax to be collected: | $0.97 |
| **Order total:** | **$20.85** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com: JOJANEAS Cute Beads 12 Colors Acrylic Smiley Face Beads Bracelet Making Kit 240Pcs Fruit Flower Polymer Kit for Jewelry Making Beads for Bracelets Making

**URL**

https://www.amazon.com/JOJANEAS-Acrylic-Bracelet-Polymer-Jewelry/dp/B0B8RV96BX/ref=sr_1_55

**Collection Date**

Wed, 14 Jun 2023 11:11:17 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:36::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Q0+rfZN8iRpzikuIqMrU++VytNhHSXJuMDqK0H3z5/nu6FR6x9sTY3gWlyo01AsKE4a3c5Xrdk07VY8EFQj+ZE+pUTdGZbaU1Ohl3VBCUKVuAdL7ugAk/QcCxXJRl8hllm7UyC+MKXWp+ps4l19mOMtD6pNn55WYPXCdY4LDTzQ=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]JOJANEAS-Acrylic-Bracelet-Polymer-Jewelry[fs]dp[fs]B0B8RV96BX[fs]ref=sr_1_55]]_Wed,-14-Jun-2023-11-11-17-GMT.pdf

**Hash (SHA256)**

2ae3cf3015ad99c0e2242887ac059a50ab9303ea2f72b8e219584c79c8f09a0f

**Signature (PKCS#1v1.5)**

IoCU3ewbEHgFgSQ0h2/YCxZJKODSv2Hq2YOgVrocNjwlz+ugMZS+L0pgHWyZYQZ74GxwK34nvs1fPEUhSGZittuhOgqnaESktG9lwaN8N6AR3yrlBELGsboZ6/n3CwU8cTm+eYU8Rwagoih5TXe30WjzAnJ1gyxHWiyptuQ+gRk=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 15 Jun 2023 09:02:19 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

202.83.41.44

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

A+1JOJTAlgzb88kZG1ZKidg/vPC1cNrHJd/2sedRy7tb5oey3ZbDwkosYbH7gx4TTws648GkcUn4eoAXZqjTVxl7rRBiQknnJ/hmOJOck9v6RSSO4Qid2GGJa7hBrKmx3Uvi4siJhfbU4cmouf6ybBqDFjrswS2FcDu8esvJGQB/SUsD8qlUq/
rmlISXsfIXPfHMXHs77npQu6qVxMP4rbpFEXqzmJIHAXF0mQzSoJeRrBSyjrSghvqGwHujDA/r7aDViJfur2+Kw8OPHg4m1SRnN82ztUcYq1GX6ahbSjMgOX/l6gakL+jJDBvHn8w5Q2mvxG2sv5mWnPiSnyjiPg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-15-Jun-2023-09-02-19-GMT.mhtml

**Hash (SHA256)**

a96d37261b3f2efbb903707c86a0237da58be6c5f8f0367e6274e1d1ffe3830b

**Signature (PKCS#1v1.5)**

I5+zcCEAWJPnnv9uNdpO3u/uOyghbYpuP1Ct3zaWwgWZBfTf4e+QAtKT8n48fXkWBJ6J/9a9HRL+ECqjAA+s2JROWBIJddeMmCS2QAYPim6i6JUkXtuI27ql9GWZra+uP+3NOidTsMQKSx2I/Lgwm3mSy03jTjhEKwvj18bspJoHkCNETuRR6Bq9oXMjM7OEPIzZOVH7FyIqpt02JHCcCwcDMvTb/
EDerL2qJkYe+mmI6SoJJ5CUOC63MBi5fsR+d1yugsOanIAjTQEW+0lzd7zbsV+1GfsKpY/jjL+5+PtOLUeg21A/CoE98NUl4KkzI/hfBqJxNV3V7PZDOVOyhw==



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Aruiliya 2Pcs Smiley Face Pearl Choker Necklace, Layered Paperclip Chain Smiley Face Pendant Necklace, Paperclip Chain Toggle Clasp Necklace for Women: Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/Aruiliya-Necklace-Layered-Paperclip-Pendant/dp/B09G2CYDQV/ref=sr_1_194

**Collection Date**

Mon, 24 Apr 2023 06:12:30 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

ZzpwMZUDz2jiGuIlUUpi21CTlOIwJ3FYg7Z1IVMhv/Gmo1U3/666UPGNAEJtOaIULZ1G5jhyVEO1L3iEVTzLezpma7+czpn3jy8WocKLTMheDFnJ2yCL2ldk4FngUjsT6kb4zfZU2rFKRkr7BnilKyayQhwBCuYIB3/DUdXw4H4=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Aruiliya-Necklace-Layered-Paperclip-Pendant[fs]dp[fs]B09G2CYDQV[fs]ref=sr_1_194]]_Mon,-24-Apr-2023-06-12-30-GMT.pdf

**Hash (SHA256)**

159b4eab165c0663d0e72ce649840398e511111060c88ed7bf3db68918bae52b

**Signature (PKCS#1v1.5)**

W1wbBiHoT4Ff6hQfSk18JEzseOyRUTlKS0lHLz/YJpacLmE1tlDuT/5NmtT1npGTZwfRfrdriZI/FlTjA28B1eZHPk6qQKDjNrHHUm95csyG8SatEUXuLdGPb0Lh4D7v6moeZOPI3UqYTG0AyaHwLY5nJ6dg5cAXCzicwn9DjX4=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 25 May 2023 10:33:01 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

116.68.105.188

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

o7QY5ubIKS7r/fA6mHK/XksbCJMvs82WYot/EuZjCi2tJGoIWVDcm3v+RtNGwOtQEAyJfFRbqMCweyoCpwx57V9tSX7zXfuPiJnHPMgRMxYvYY7WfY3o3nqTeOw3ptkIJt04ZzOvLjgIkn+I2XNPVxG1QZLRyaI5bLPr9CEIBZOr7oqQJ0mZMs/
uBRka8podQsj4zM0RVjImVLhiliRZwhd1aBd3mkZfbOivFHqnpQsSvFVb6AL4GHx8OHxcqkqQxO+WxbwriOk3v9RDXYYrr2Qgx0SYeEa+e+ty4/CXlvPxognuMQ2jfr7BZBT51OLhCNadwciPbEa8YcbjCOubTQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-25-May-2023-10-33-01-GMT.mhtml

**Hash (SHA256)**

b4bdef4cbcb7595dad8856ab946d55ebbe0b109e2633883405957543c3a2a8cb

**Signature (PKCS#1v1.5)**

S6YEwbVopQ/XEVNQRI8RWZ4Q7xt496A7vRNq+tPiJPklX2EXk2VJz4G1Neg+yzDV6ptQSUDq3hJVOuPxLZPiY2WfHJFmfNEq4g70cVBr3wboPWjrPDjuwLm0gKeKXMCzjCo1E8x53ROPNLK0Xdb+pUUjLaaDOk7NMJzxx6xpBkTUAKwzzgVJRMep1iCmUL/zXCZXFRY0BGhWQH/
cWAUkOTrnvij2Jel5KBbYc7Eit9byTnLWUWqlAPSKscJFZVDIQBM4VLCtgvQZkqj3Js73VQ7flEH6yZwwQhgBZnwM0WfPYxeeuoQ6UZsVouqBbHX9I64FfIKczBGRc0h7QmEM0Q==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

**Or pick up near this address** - See nearby pickup locations

Change

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**
Get your Prime eligible items with your 30-day FREE trial of Prime

Get FREE Prime Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: May 28, 2023** If you order in the next 41 minutes and 59 seconds (Details)

Items shipped from Amazon.com



**Aruiliya 2Pcs Smiley Face Pearl Choker Necklace, Layered Paperclip Chain Smiley Face Pendant Necklace, Paperclip Chain Toggle Clasp Necklace for Women**

$5.99 & FREE Returns

Qty: 1

Sold by: Aruiliya

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

FREE Prime Delivery with your free trial of Prime

Fast, FREE Delivery prime

**Sunday, May 28**

$5.99 - Standard Shipping

Place your order

**Order total: $12.40**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $5.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $11.98 |
| Estimated tax to be collected: | $0.42 |
| **Order total:** | **$12.40** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.