AXENCIS

Investigator Name: Sian Kelly

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Mon, 08 May 2023 11:38:15 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sian Kelly

**IP Address**

2001:ac8:9a:d::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

TjHm4awz0cAkEG28+gGXmEgudEZyHRMxROW1yIUSKuI130MH/EspKDbzZyhRbHV49H+500v9fkgmukBgMlmvvmx6rfwqkx9xRaf6N1EhPliOW3tU3K5v2pwtAMEfvT91gsw1qTAj7bRZQc/vZCDzjRPthUPZ6cn2D7fbIEe59N/U8s0RFbVMA0pE5N/
Un9i3oIWre1Rm8eyv0qFmLqjXPqVJ4lgzbfD2EWd3/0NeP5fHubJtpK2uu0kRahX6LCwiNnse48HY0hsfGb2o6IGEZbpzyLFsNuvl3IXyZphRb1ZY+aoeLXysUtdGT+ceY8OI7MqAdc1HLZ4A/7Pdw4g1+w==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Mon,-08-May-2023-11-38-15-GMT.mhtml

**Hash (SHA256)**

a0493ad4540c737c19132dd5c348e04d7900c3b811fca03faf51f056d1b852c2

**Signature (PKCS#1v1.5)**

CshlPhCmLEZD5qB+RQHwIB12pWlHarPpjsbgG6qkK7loTK3dbc1kX/GKsmvR3Z8UNYQ0SdoCqvnuL+LURh66GcXmGiavPp9yc3vG/FBJ8Imhk+6k1RuZebJmcmcTjQWGvSefHgwxIJAonN9J24TbjQDcA7bl4FnMlNv0LrpIaww+hUKucRlWaZ19f0fnHn
+8abTUdg1sEDJF422HlYpoK59pPeYE2EDZ8dTgjkZnElnqLAM8gRizt4ROpkNHr3pXSnjwS2XSs2wDY/rW9RR+DQxB3AXvgHiowBhiAsIHsGIl6E7G78gBUGFYyXhnMmBiI8tu2a52+8ao5e/svVuvyg==



amazon

Checkout (1 item)

1 Shipping address

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Change

Or pick up near this address - See nearby pickup locations

2 Payment method

[redacted]

Change

Billing address: Same as shipping address.

Add a gift card or promotion code or voucher

Enter code | Apply

3 Offers

Change

4 Review items and shipping

FREE TRIAL

[redacted] we're giving you Prime FREE for 30 days!

Get your Prime eligible items ~~Thursday, May 11 by 8PM~~ Wednesday, May 10 by 8PM for ~~$5.99~~ FREE

Get FREE Two-Day Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

Delivery: May 11, 2023 If you order in the next 16 hours and 21 minutes (Details)

Items shipped from Amazon.com

Ascona Gold Smiley Face Necklace for Women Girls, 18K Gold Plated Coin Pendant Paperclip Chain Preppy Necklace 18"

$12.99 & FREE Returns

Qty: 1

Sold by: Ascona Jewelry

Amazon Prime eligible Join now

Add gift options

Choose a delivery option:

Wednesday, May 10
FREE Two-Day Delivery with your free trial of Prime
Fast, FREE Delivery prime

Thursday, May 11
$5.99 - Shipping

Wednesday, May 10
$9.99 - Shipping

Place Your Order and Pay

You'll be securely redirected to MasterCard to complete this transaction.

Order total: $19.89

By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

Get FREE Two-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.

Try Prime FREE

Place Your Order and Pay

You'll be securely redirected to MasterCard to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $12.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $18.98 |
| Estimated tax to be collected: | $0.91 |
| **Order total:** | **$19.89** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com: Ascona Gold Smiley Face Necklace for Women Girls, 18K Gold Plated Coin Pendant Paperclip Chain Preppy Necklace 18" : Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/dp/B0993DWDL8

**Collection Date**

Wed, 10 May 2023 07:13:46 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:93::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

X7iYX78invyDny+PGnt7SxxYyFovwcx/z2auaAvLWB+iNm/daL/EKXXbMO1hQ1P6AlP+F5ud0o1qtwYiy1/yU/h9oMW7LQolEyzN+BknB3anBpJpeeiScyeQC98tfdSo3VTB60RzSX/mJmY/CwCtoCxgGmBMs5gV05qkSyOnYrcz0r735bDC/
oaUwIsJbHZACeSZ5KYJxOwTHZBbV60dXxtE9i53dvclPrhI6WPTTEZQ5yzFCkl0q9BWxFXuaLMj1yiOLYzTw0lT4n2ZLuRzxjaRu4Mmxoq+OWmLQ1QqO9xP4pzdgGTWLM7QQg4Eg1gNoPEL5ECw67C7YqypeixdKA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B0993DWDL8]]_Wed,-10-May-2023-07-13-46-GMT.mhtml

**Hash (SHA256)**

1186161b10abb361df073f4e24a5d2f55515b952d4c297733a190d72cf25cf74

**Signature (PKCS#1v1.5)**

gxo1zW164I4uY4AqJf3EQ6WIDrgMyzpB1hEoSnPiF3L20qhbRPfJTvVew3DoWkHZfhV1O5hPdVsXNhbO+mnmaHRF4MJCMOvvc6tSFJKzO+vxgqXZJaMu1r3FwCxR9S+2/tNSj0DdZBiNAjmTw8zSvv21s+Svhia1LP2MUEneVit+nXibcG/f7TGQFcjjM9ZeQb1aTdMF8qoXS+kKrspRhrfXg1Dc0v/
jsJ7FemG5li7ybPNjHkmBYeWdz55qjE3G8/FM7VKGkjrelTdTSpFV+pLXmPZZmP/OEjcsEgg0P5l+9mwIRqTkHtzoFCFmWeZNq7HtEWID+XfH47LYRyQHfQ==



AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com: 3800 Pcs Fruit Flower Polymer Clay Bead Charms Kit, Cute Smiley Fruit Clay Beads with Elastic String for Bracelets and Jewelry Making

**URL**

https://www.amazon.com/Flower-Polymer-Elastic-Bracelets-Jewelry/dp/B09Z65JHQQ/ref=sr_1_12_sspa

**Collection Date**

Wed, 14 Jun 2023 10:49:07 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:36::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

VBvXt9uTNuBbh64y4yBYbmIPwi/U0yto3/FYwKdDLdbWuhu37NheogLOT4wkKydRwCGmV63T0tjKpjnBIfgrG312fp8nXhLvRWcNM+gt1KgKxOhPRqEITzr9VWgpsRNBVN1IJ5FC5uilYNDPYTDF9WMDXPvcVpK/q9mse+liLGc=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Flower-Polymer-Elastic-Bracelets-Jewelry[fs]dp[fs]B09Z65JHQQ[fs]ref=sr_1_12_sspa]]_Wed,-14-Jun-2023-10-49-07-GMT.pdf

**Hash (SHA256)**

8218de7efcabc887172489add513d80a88da6b726c3a513921fdf06c85ce6f54

**Signature (PKCS#1v1.5)**

Mk+jHtxqis7d36MFlh7XkazSFhkbQUdpdp9SsDPtiT4fQCP1yVHSjyh0KNOhUQ7vRie4GbpmAewNxcHSJhOhamo22pfhm6wiX7nV4XckvALZcqO6S7Nsnt4fPM9qb3uS+mSWUPgy+trfKpupFIeHDFOyKZGIQQseNCWcbpagUoA=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 15 Jun 2023 03:43:53 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0d:5600:8:36::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

lCjQWdq26CkqMx/xAbCwq0HMPzRlKGFAxCGHjtWT7V2RFS+yFUBGsXQYJaYf8cuy24MiCtjn2Er1Vk0gKLrwqksiSuk/8fnru5yDZ1fcx0UxlMQPvCGfOx3d/RR7AaBBte7eJDd720CiVHe7o6q+ohrX+JlqWtdWBLY//
Sew97RZQoQdCzzYtLky5ZxDIftptLhThNBg0AAdkQCgfyXdNO0H8K1LTf4nzXYCmXlH4nwq19JgLvwK5P2EDgsWG+lz1rODRV8ll3Qb+8Hrj0/IxK0rLzSEeZ+jknHI6hb2A4kOhv0FCssyqz1biAwh1XC0nQNYvQ9A9ZFY0DhH9MUEBg==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-15-Jun-2023-03-43-53-GMT.mhtml

**Hash (SHA256)**

0fda8e9ff1aa466a81b870b863cb48281934d3f18d64f6f18803f02b4e1f22e1

**Signature (PKCS#1v1.5)**

MML0zgj1BfuprfR0UYG1D4Nn8oLYbXQuXVFgOn45MUI0Z52oyn/Oe29aJcdd312NeonA3ig3te/5JsVY3gfK6YKx0R94hcT6y5PdrkOZMFBHjTzuZBv7R4Fs75bJYiW9gM+7m0x2cWAQO7ECZwWS0MM/NK8GigSF/
ttMfU0aWDVYrnKqd5Wt7tj7w0dmirWjjzFNz6i1P3HXnBcOYAnYbdYvrtWymFMK+HGF+WEPEzOLZ5TgCyyGCi76gpSqhnAO+/6p4zbXLTfIHujQFkZSwJ4nTKLOk3feBXM9V3H9R9OYv+GTMGhrE4dHejxTm44fbTqo9EINsLigXTUZHJfmCg==



amazon

Checkout (1 item)

1 Shipping address

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

Or pick up near this address - See nearby pickup locations

2 Payment method

VISA Visa ending in 9985

Change

Billing address: Same as shipping address.

Add a gift card or promotion code or voucher

Enter code Apply

3 Offers

Change

4 Review items and shipping

FREE TRIAL

Jade, we're giving you Prime FREE for 30 days!

Get your Prime eligible items with your 30-day FREE trial of Prime

Get FREE Two-Day Delivery with Prime

No hassle. No commitments. Cancel anytime.

Delivery: June 16, 2023 If you order in the next 17 hours and 46 minutes (Details)

Items shipped from Amazon.com

3800 Pcs Fruit Flower Polymer Clay Bead Charms Kit, Cute Smiley Fruit Clay Beads with Elastic String for Bracelets and Jewelry Making

$10.99 & FREE Returns

Qty: 1

Sold by: Audab Store

Amazon Prime eligible Join now

Add gift options

Choose a delivery option:

FREE Two-Day Delivery with your free trial of Prime

Fast, FREE Delivery prime

Friday, June 16

$5.99 - Standard Shipping

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

Order total: $17.75

By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.

Try Prime FREE

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Order Summary

| | |
|---|---|
| Items: | $10.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $16.98 |
| Estimated tax to be collected: | $0.77 |
| **Order total:** | **$17.75** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Aunyn Badge Holder Retractable Nurse Badge Holder Badge Reel with Alligator ID Clip (Cute Daisy Smiley Face) : Office Products

**URL**

https://www.amazon.com/Badge-Holder-Retractable-Alligator-Smiley/dp/B09D74PFNN/ref=sr_1_6

**Collection Date**

Wed, 26 Apr 2023 08:10:57 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

C74M2YnMwPkFk3Ks0dYrXD7S5ZoHEtv2H4FE5QhpKC9zPXretDg5DVRUQAMttMShQzpNfTGppTGTzLsKqqzLB05lpZZCnBhHxd30+1hZT108qhrGBeMwkQNpUJhr9xA2DsJMVLIBwCrVELRXa7S6IuZmedl6i9NSmVYFZtZVaJM=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Badge-Holder-Retractable-Alligator-Smiley[fs]dp[fs]B09D74PFNN[fs]ref=sr_1_6]]_Wed,-26-Apr-2023-08-10-57-GMT.pdf

**Hash (SHA256)**

059a41a6ff1c4b1c137d8244fe62fd8fe932ce1850b25aa34e9417f93e930bc2

**Signature (PKCS#1v1.5)**

UWmLTTY1QrHA6sV4VbNtKU1+xrg4EYQaj3NqIivDEG2haDBYOTCVI23P4CX0Cytz7qng8Tn1d9I/JCj5W/Nzt3yQPJI4Qd0Q04UMxfG7+UarQ/7k6wPQYpbF0+BEZlpz4GcM0MED0Ap8oyTjZhkXN+wkg4wXx8IHwNC2Z3dYDns=



AXENCIS
Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 02 Jun 2023 07:27:55 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0d:5600:8:36::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Bxt+9m7JWKKgTPbgSuTMOAhdXE6zOBqIhmhfaRbijC4Qo2hL2AqvOdPp+1NssUj2tzTjDEiECUvoiU4AsP4ohxI3fT2NFRPiF1n81+K3HbTpUrIn6YWvCeeki5oXtJeMWLCBfKGyG8g1hTayKRZdeT++86cJOA26eJ2DpVvYI/eSYxQdM6q81mtUfCgT7zj0oi16+DimrxYu/
wPe0EqvV0w0Zi7NCsBIgXk8GEfYKRkhlATdZIffNYNCj9XFspShGjMVoKvQDXrAxyXXrW40F0kloZKd01QvGJQRfCh3WofII+jZiX02SYl0hHRrSjC/dkSglrKZEW6Payck+WgHVg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Fri,-02-Jun-2023-07-27-55-GMT.mhtml

**Hash (SHA256)**

1d469d148516b4be19b02d4fa04338f08fb24c470ff9ed96a7bc933ae5ddd338

**Signature (PKCS#1v1.5)**

PrVhuZZJ3RjPVN8q3wkU3QwnqQ6qg3RaPRto8qOGpgpVsTG9W//Lm2oYVjgqp
+ZLWGlIAafN/8UV9cOnZP1eJpHKZMgQdHnfTrBEZ070fGVc7lI9+R3hPHNwswaTzBX31IyegyrFfRvUk3WLpvzUNx2DWYyB/1AryrqqN1+7u00v35u6X3yLqNWlQS3DQx6o4ppGxXr2QedPjJJ4hOndzanqgYhyvNtg8c
+OUlhPgLuiFKNqyWwLnukbnmGqWnbec0xHo5zSa2Wc7r9Y379Ew6HNOglSPdpyDJmSiGLkcxOf7sGoXmRMXjb3rmcNRWPrNBXQcFpCuRpbLTfyLkYJhw==

amazon

## Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions
**Or pick up near this address** - See nearby pickup locations

Change

**2 Payment method**

VISA **Visa** ending in 9985
Billing address: Same as shipping address.
**Add a gift card or promotion code or voucher**
Enter code | Apply

Change

**3 Offers**

Change

**4 Review items and shipping**

FREE TRIAL
**Jade, we're giving you Prime FREE for 30 days!**
Get your Prime eligible items with your 30-day FREE trial of Prime

Get FREE One-Day Delivery with Prime ›
No hassle. No commitments. Cancel anytime.

**Delivery: June 3, 2023** If you order in the next 16 hours and 17 minutes (Details)
Items shipped from Amazon.com



**Aunyn Badge Holder Retractable Nurse Badge Holder Badge Reel with Alligator ID Clip (Cute Daisy Smiley Face)**
$7.99 & FREE Returns
Qty: 1
Sold by: Aunyn
Amazon Prime eligible Join now
Add gift options

**Choose a delivery option:**
- **Tomorrow, June 3**
  FREE One-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Tomorrow, June 3**
  $5.99 - Standard Shipping

Place Your Order and Pay
You'll be securely redirected to Visa to complete this transaction.

**Order total: $14.54**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $7.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $13.98 |
| Estimated tax to be collected: | $0.56 |
| **Order total:** | **$14.54** |

How are shipping costs calculated?
Why didn't I qualify for free shipping?

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Lucky Smiley Face Pendant Necklace 18K Gold Plated Stainless Steel PaperClip Yellow Necklace with Luck Smile Choker Happy Preppy Necklace Women Teen Girl Boy for Birthday Graduation Christmas Gift Jewelry By Auxamy : Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/Stainless-PaperClip-Graduation-Christmas-Auxamy/dp/B09GFZLCZS/ref=sr_1_122

**Collection Date**

Mon, 24 Apr 2023 05:44:25 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Q7UC1E+9Lb1s1RKaxJyoIsCCr4xgIWsHDe7WDXuMLUiP08CEbUX90ntThmnEgnN5pSDKjZVI5ktRxYct9iJIRAtENxLhodKFiKmArDTEZF9ctS/4jNPGq9OApWxdtr84wM3qtNpRVxsM9G5VYLIYaCk+vEaloCvylUvGFEyxQKo=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Stainless-PaperClip-Graduation-Christmas-Auxamy[fs]dp[fs]B09GFZLCZS[fs]ref=sr_1_122]]_Mon,-24-Apr-2023-05-44-25-GMT.pdf

**Hash (SHA256)**

99e91ca0ca7f80d3ef9dfe5a57095ed2775e8cfd76b853bc776d6166e483991d

**Signature (PKCS#1v1.5)**

NR8J7fWjXAKzuLOO6vIM+xnA0MIUtQq5FsyfwJM7EWBRXGGx/vJFQ/tIOVC9ivUt7Vg0vm7WNKfYZzEc4h2qvejOb9JmZIyEYO+XReKfqgMvm+YfioZVZFIcr3SFBVfv4UesPwbLsmAdiHca7BNZ7zKY43Pk6NVJyENoVQ3DPO8=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 25 May 2023 02:57:37 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

116.68.105.188

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

SrMv3d65atHxHcET0bRiHWBlX6J7NIFvpK9gj5cb9XNUFAWXa0InwXwCX2h5UbxWMEMEVIb14A/LzWrSN3Uk8EhbLiLGM34f5sf/eLTqeFg71RsOZsaqTLuLaxbZxZZ1Zk448q7BRY1P8yjnglMf/y+/kHUCkQuV/T76Ix7Jsb
+n9FBdgdS0TWPDjcKwM3ql3AoDbOi04NymvVvAeLfCiKtPElJy08FyhDsY1nObgLEb671HXEt3rH3fXxZ5dlmVXOd6+nE4J5A0DUYpvGs56bXp/B0qevf1ZNXcCpvXOyBLL3m2IbhaQQHDNjYJGfBdecs//5opRfQMbw6R3zU5Kw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-25-May-2023-02-57-37-GMT.mhtml

**Hash (SHA256)**

239790fbc5f43cab1e08273e03295e4e674ec27f048a9c76045b79a5492a084c

**Signature (PKCS#1v1.5)**

R17s1nOCRr7bV3Dv06OeBVvxNIIb//AV/ZK72i9GVBHUd1b/xCWFe0QIKhKUdEzbZjYPNzSxb0ZUtmfwuKa+6BdFWHcR/nWnvBCB3mRVpHKeQKeJ753QT8+RRvBOfLxUTqXy1T+ECiIDyUTdkNuKXbUWZmeU2jzTyto0A7JtAj+u/2sZ9oSnvopDleoOOEbg0YysAhTl7rKMZ8vFuUe4pIASDvo/8ns
+hUXjMn3xIS2/yXadBLHTa7SoEQ98TwEwip1GKo5rj5J+M7wCBdtTpjS/fTIPpwEZHqlzw+SeK7NIHE6sYqIvvCsS106X0BpNUJOVwqCvqVtZzvPrCI6iiA==

amazon

## Checkout (1 item)

### 1 Shipping address

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

Or pick up near this address - See nearby pickup locations

### 2 Payment method

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

### 3 Offers

### 4 Review items and shipping

**FREE TRIAL**

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items ~~Tuesday, May 30 by 8PM~~ **Friday, May 26 by 8PM** for ~~$5.99~~ FREE

Get FREE Two-Day Delivery with Prime

No hassle. No commitments. Cancel anytime.

**Delivery: May 30, 2023** If you order in the next 5 hours and 17 minutes (Details)

Items shipped from Amazon.com



**Lucky Smiley Face Pendant Necklace 18K Gold Plated Stainless Steel PaperClip Yellow Necklace with Luck Smile Choker Happy Preppy Necklace Women Teen Girl Boy for Birthday Graduation Christmas Gift Jewelry By Auxamy**

$20.99 & FREE Returns

Qty: 1

Sold by: Auxamy

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

- **Friday, May 26**
  FREE Two-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Tuesday, May 30**
  $5.99 - Shipping
- **Friday, May 26**
  $9.99 - Shipping

Place your order | **Order total: $28.45**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Get FREE Two-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

### Order Summary

| | |
|---|---|
| Items: | $20.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $26.98 |
| Estimated tax to be collected: | $1.47 |
| **Order total:** | **$28.45** |

How are shipping costs calculated?
Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: siduater Strap Case for 6.7" iPhone 14 Pro Max with Wrist Strap Kickstand, Soft Slim Electroplated Case Shockproof Protective, Adjustable Handle Grip Loop for iPhone 14 Pro Max 6.7-inch, Smiley Black : Cell Phones & Accessories

**URL**

https://www.amazon.com/siduater-Electroplated-Shockproof-Protective-Adjustable/dp/B0BNX4TRD9/ref=sr_1_65

**Collection Date**

Mon, 24 Apr 2023 10:31:43 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

fL+w/RVPegig7s08PoJtHPASjzcwZLN7D9iudrcJ33ZznNFRrD7ezitxTLXjF8rfMvTcF6TG0dnidv0c4dxH4qHVf/1426awnmSsjKzwIT0Vc65Uh4GecW3M92C7aWCr/6bfsEpxBBpNSlPSppVQpQp1fTlgQtzF8+2YW25nWRg=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]siduater-Electroplated-Shockproof-Protective-Adjustable[fs]dp[fs]B0BNX4TRD9[fs]ref=sr_1_65]]_Mon,-24-Apr-2023-10-31-43-GMT.pdf

**Hash (SHA256)**

ad8d6ac96759b3d5a75c6550d4ca680c4df842dc0dde40ea153893ea7ba31b9b

**Signature (PKCS#1v1.5)**

WEvaLzm50RfpDx21nfwX4SObK4TUpnfmzC7Vjrl68im/GGYyPBB6NqFAomUgpcxf3G3ke/9Z8jXrBVbhkbwNNkXqO5QUozdq2SNc66b3Xkgeg7i2OGOqZAwINK0kCARsL+h9zUdgP5iECIKVYZPqffkIO4xY/VChGMuc7daIlL8=



AXENCIS
Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Mon, 29 May 2023 10:54:50 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

116.68.102.163

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

FvOY+5Z+7Bli6rWxg9vroXF8y71LuP40889zExws1IS4YdekFYZITmLqlHYDQmyyvQ1kYPmP4noiBMd7+d9eMjySryAi3ySxN7nbik6/K/KQy6MeuwsCdVa0oynXvB7EmhzeZ10IYB73WP8HwZ9HM4YkxXn1xIM6lwZ
+AwUt3A5IpYU5Hw0SE7SScZzUZSTOe5arSFJLNKWaYa9AhvEe2JW0ZwFxSE6bJAfDtJIs0C78Z277ifRNqKCbNxreVQXlNoJVlmwfB/N1rv1MRWf5SjabKOwpdSKz/rIBNT7Wa7jMkKRrjjYWTwZ01w8QDENb9rr96xUne6qrjUdFR3yaMg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Mon,-29-May-2023-10-54-50-GMT.mhtml

**Hash (SHA256)**

58f0759454955a6c2ea91c526c4321a1da170c9840fed0e4d5a7a886e3a0c7df

**Signature (PKCS#1v1.5)**

LwkEM/m2FK8AZgN7kPG6Zs4fasfxaZRpQsAYc+Iw6Wrgeie/aeUyBTWafEJY/RZgDIc/B6EBK9nOyoQ3C8HEMo6BceIaqMpKgUM0zEhN8V5fLgid3oN6fjEEriXFIofUkWMVov0rpf/83am6GhH54P6i1dxrIFecAwFxKsfrXLEBg6uZ+DkrEkmFa92I4kwO2Tq5u/
nhhADD0rcouiDaRl4+ANQvQrtufNmqp99Q4nQlrUUeHgseifJO8zUVOSrnXmC8CaS0j7K72tZNYM+YKIEo5bzwK4XN13uQjyIqBzQBGh3MLsJ8wjd0rBIuYFL+4z4PT6VPB78/25pGsfhlWQ==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

Change

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items ~~Thursday, June 1 by 8PM~~ **Tomorrow, May 30 by 8PM** for ~~$5.99~~ FREE

Get FREE One-Day Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: June 1, 2023** If you order in the next 17 hours and 5 minutes (Details)

Items shipped from Amazon.com



**siduater Strap Case for 6.7" iPhone 14 Pro Max with Wrist Strap Kickstand, Soft Slim Electroplated Case Shockproof Protective, Adjustable Handle Grip Loop for iPhone 14 Pro Max 6.7-inch, Smiley Black**

$17.99 & FREE Returns

Qty: 1

Sold by: Avecell

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

- **Tomorrow, May 30**
  FREE One-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Thursday, June 1**
  $5.99 - Shipping
- **Tomorrow, May 30**
  $9.99 - Shipping

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

**Order total: $25.24**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

**Get FREE One-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.**

Try Prime FREE

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

## Order Summary

| | |
|---|---|
| Items: | $17.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $23.98 |
| Estimated tax to be collected: | $1.26 |
| **Order total:** | **$25.24** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smile Face Baseball Cap for Women Men Cotton Running Hats Adjustable Dad Hat Low Profile Unstructured Black Hat Black One Size at Amazon Men's Clothing store

**URL**

https://www.amazon.com/Baseball-Running-Adjustable-Profile-Unstructured/dp/B0BQR94BBY/ref=sr_1_26_sspa

**Collection Date**

Tue, 25 Apr 2023 09:34:00 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Cp2rs4vIw9IWIBylwd3lKtEH0wxB3g8Xlg/6o3DVQ161X9n5uBBUUBrZB/nGPeYJ3fYBPi524xrW6EbHtXxAodTFEqct9NMaY5zrvBayZp5GtQS5eWXE5C/Ol1MEH8coQ+UbLYH/23lGEqR76BeKXjt1o+lrFbjl2NNQYv664MA=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Baseball-Running-Adjustable-Profile-Unstructured[fs]dp[fs]B0BQR94BBY[fs]ref=sr_1_26_sspa]]_Tue,-25-Apr-2023-09-34-00-GMT.pdf

**Hash (SHA256)**

1f800e1a89825a352eb1fb9b6fe063b1ae0633e3f90258db1db064a035f65f61

**Signature (PKCS#1v1.5)**

sVjwk1ghMXv+Vbk9NqBY6q1dyvKtcpYyfjFr/cdOIa4xPKvm+O6WW/Z94BQ3za4CPlDRaZmRmjPQm5WyCWaJCNBo1ZY9AgrZPIrO57Ilc5pLviBv6HcnSW2cAVdjomqdPwmYnoURhYZpE6pfr/YGZqnZ5frahPApYC176yRp7LM=



AXENCIS
Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Mon, 29 May 2023 15:26:26 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

116.68.102.163

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

WE0WGpa9oC8prCFtQCUMQCklAwQFPwn7IrUw+ympvGnZsDAnHn7109T0NN+h4BgR8jNXDx3qImL1gmvZ02qdcXFiLateTiXSCGqqN5aD0xViMv76nZHjlC0nKB36ZV61T5Lf7j6PUMCR1+xXb4fWUoP5TwRBz1OuIXC7Bmmv9wmUQrZ9GdaHu/GxrraA
+ozSVK1iz92yszE3NUvP4WmX31uA11aRmm3SNhU9J+W/GVKBQtsJB0DJ5W40WSdBnuFDfqBgopR3RmvTAVlZto7FEDtVF7n4icrx874qgbnnY7/VMjhMucO7O9rn/lOpPbBncFSB13uOpQrmIYgL6DHiXQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Mon,-29-May-2023-15-26-26-GMT.mhtml

**Hash (SHA256)**

06e02756ac725be99a80fb316636787cc05c8c0ea1be19ac10f47f623e76e961

**Signature (PKCS#1v1.5)**

VXQWhqxwl1v1OGZxGdUGg3JCIxz6C+c9deSj5PL7kReSR+QnUh+2AjWyn3A/2/22tuuPuWJgE/JBkoDG7+YEFdY7CXiBNFejag3wDs+fSLs6OFYRmbmuiWx0wF/uaKak0LfKUeKNJ50QKJBWlLIAUEgdQdg91ScaM4eyAfjKyJUlww57pEM/2iwvjiFFcuU9dvmgx9fjxbPuf/x2aDvL
+bUopIBi3WwweomDlnnkcCpyrRu474q6Umm92EUUijgvGkAPN6ple8IVvyCW3/XBOQoUZXufX1j8EhzaV3b669kmwg2enfersng34qx3JJ2WOi6pOm0LgMLj5/3zG0jmWw==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

**Or pick up near this address** - See nearby pickup locations

Change

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items with your 30-day FREE trial of Prime

Get FREE Prime Delivery with Prime

No hassle. No commitments. Cancel anytime.

**Delivery: June 1, 2023** If you order in the next 11 hours and 33 minutes (Details)

Items shipped from Amazon.com



**Smile Face Baseball Cap for Women Men Cotton Running Hats Adjustable Dad Hat Low Profile Unstructured Black Hat Black One Size**

$11.99 & FREE Returns

Qty: 1

Sold by: Azue

Amazon Prime eligible Join now

Add gift options

**Item arrives in packaging that shows what's inside.** To hide it, choose **Ship in Amazon packaging.**

Ship in Amazon packaging

**Choose a delivery option:**

- **Thursday, June 1**
  FREE Prime Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Thursday, June 1**
  $5.99 - Standard Shipping

Place your order | **Order total: $18.82**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $11.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $17.98 |
| Estimated tax to be collected: | $0.84 |
| **Order total:** | **$18.82** |

How are shipping costs calculated?
Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smile Face Baseball Cap for Women Men Cotton Running Hats Adjustable Dad Hat Low Profile Unstructured Black Hat Black One Size at Amazon Men's Clothing store

**URL**

https://www.amazon.com/Baseball-Running-Adjustable-Profile-Unstructured/dp/B0BQR94BBY/ref=sr_1_26_sspa

**Collection Date**

Tue, 25 Apr 2023 09:34:00 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Cp2rs4vIw9IWIBylwd3lKtEH0wxB3g8Xlg/6o3DVQ161X9n5uBBUUBrZB/nGPeYJ3fYBPi524xrW6EbHtXxAodTFEqct9NMaY5zrvBayZp5GtQS5eWXE5C/Ol1MEH8coQ+UbLYH/23lGEqR76BeKXjt1o+lrFbjl2NNQYv664MA=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Baseball-Running-Adjustable-Profile-Unstructured[fs]dp[fs]B0BQR94BBY[fs]ref=sr_1_26_sspa]]_Tue,-25-Apr-2023-09-34-00-GMT.pdf

**Hash (SHA256)**

1f800e1a89825a352eb1fb9b6fe063b1ae0633e3f90258db1db064a035f65f61

**Signature (PKCS#1v1.5)**

sVjwk1ghMXv+Vbk9NqBY6q1dyvKtcpYyfjFr/cdOIa4xPKvm+O6WW/Z94BQ3za4CPlDRaZmRmjPQm5WyCWaJCNBo1ZY9AgrZPIrO57IIc5pLviBv6HcnSW2cAVdjomqdPwmYnoURhYZpE6pfr/YGZqnZ5frahPApYC176yRp7LM=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Mon, 29 May 2023 15:26:26 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

116.68.102.163

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

WE0WGpa9oC8prCFtQCUMQCklAwQFPwn7IrUw+ympvGnZsDAnHn7109T0NN+h4BgR8jNXDx3qImL1gmvZ02qdcXFiLateTiXSCGqqN5aD0xViMv76nZHjlC0nKB36ZV61T5Lf7j6PUMCR1+xXb4fWUoP5TwRBz1OuIXC7Bmmv9wmUQrZ9GdaHu/GxrraA
+ozSVK1iz92yszE3NUvP4WmX31uA11aRmm3SNhU9J+W/GVKBQtsJB0DJ5W40WSdBnuFDfqBgopR3RmvTAVlZto7FEDtVF7n4icrx874qgbnnY7/VMjhMucO7O9rn/lOpPbBncFSB13uOpQrmIYgL6DHiXQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Mon,-29-May-2023-15-26-26-GMT.mhtml

**Hash (SHA256)**

06e02756ac725be99a80fb316636787cc05c8c0ea1be19ac10f47f623e76e961

**Signature (PKCS#1v1.5)**

VXQWhqxwl1v1OGZxGdUGg3JCIxz6C+c9deSj5PL7kReSR+QnUh+2AjWyn3A/2/22tuuPuWJgE/JBkoDG7+YEFdY7CXiBNFejag3wDs+fSLs6OFYRmbmuiWx0wF/uaKak0LfKUeKNJ50QKJBWlLIAUEgdQdg91ScaM4eyAfjKyJUlww57pEM/2iwvjiFFcuU9dvmgx9fjxbPuf/x2aDvL
+bUoplBi3WwweomDlnnkcCpyrRu474q6Umm92EUUijgvGkAPN6ple8IVvyCW3/XBOQoUZXufX1j8EhzaV3b669kmwg2enfersng34qx3JJ2WOi6pOm0LgMLj5/3zG0jmWw==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items with your 30-day FREE trial of Prime

Get FREE Prime Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: June 1, 2023** If you order in the next 11 hours and 33 minutes (Details)

Items shipped from Amazon.com



**Smile Face Baseball Cap for Women Men Cotton Running Hats Adjustable Dad Hat Low Profile Unstructured Black Hat Black One Size**

$11.99 & FREE Returns

Qty: 1

Sold by: Azue

Amazon Prime eligible Join now

Add gift options

**Item arrives in packaging that shows what's inside.** To hide it, choose **Ship in Amazon packaging.**

Ship in Amazon packaging

**Choose a delivery option:**

- **Thursday, June 1**
  FREE Prime Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Thursday, June 1**
  $5.99 - Standard Shipping

Place your order

**Order total: $18.82**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $11.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $17.98 |
| Estimated tax to be collected: | $0.84 |
| **Order total:** | **$18.82** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Wed, 14 Jun 2023 15:12:21 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

202.164.131.66

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

MkqfHMeaOtVVjBn5n4eoYzCAMqQhK0hMBlCKrmmo+Oyc8hzGgokSkj/RN/MpZDLAtUSSefhfzAZF/xuJo6Jnt+5PbYkVE8Ns8mR3HJ7T2CBsH6X5SMmtrpr2+qdDy4pgfBDedWK3XPzmLiFjSbDqhsxunD
+DcPTZVzBDXxBlJtrHNoht1+YoPDuehVq3nKx0G4zDmULZgjbef18lLKjRNx2PmpMMSsgtt1g2Acu4329OIDu5QmB977mTB7EinNDz+Oik5lY8RVKxw2B3q1o+zSftYLuRxTLbkCoTdmimlSi/xh93PEkogDSaHmg8O6+oDfH3BQ4fSU7652rCWU3FoA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Wed,-14-Jun-2023-15-12-21-GMT.mhtml

**Hash (SHA256)**

be7ca95ab6d9bf5118f8489d3d2bb84f5d2ead04ba8904eab0e6350f30ddb6c3

**Signature (PKCS#1v1.5)**

oMfBqhR+HkJY4LUxGxXIQtHf9gEAmF7x4jxbeoD7/AJGUruPPYz5a4dcP5k60O7TvlwWVfcvBP0XT8P9A76Hq/qjWUwMl2i8hAjqQNxPUaWCvKLIGAYy4GQd3wOwPBWPZINmO91Faakrki7LO0qnP2tYtx0V63l0/wGBTk5i0yAvmAXntLcK6vsNtt/3npDqeQ0q0Kx4/
zX0Z7DloADLCuBVlUV1NnBpJsY/CZU2HHlnm9J7E/GSRXlRnQbtlORuMVdRgbAeJASBLmVrnqc4UGubMwJit7ALDpF+EYLudVcgwusKgpW+4NLvnLd7r2exYijRPzPYw5CeE6O3g5h7qg==



amazon

Checkout (1 item)

1 Shipping address

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

2 Payment method

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

Add a gift card or promotion code or voucher

Enter code | Apply

3 Offers

Change

4 Review items and shipping

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**
Get your Prime eligible items ~~Saturday, June 17 by 8PM~~ **Tomorrow, June 15 by 8PM** for ~~$5.99~~ FREE

Get FREE One-Day Delivery with Prime

No hassle. No commitments. Cancel anytime.

**Delivery: June 17, 2023** If you order in the next 12 hours and 47 minutes (Details)
Items shipped from Amazon.com

**Smiley Face Cosmetic Bag Pink Preppy Bag Varsity Toiletry Bag Aesthetic Waterproof Portable Cosmetic Bag Clutch Purse Zipper Bag Travel Party Makeup Bag for Women Girls**
$10.99 & FREE Returns
Qty: 1
Sold by: B2jkae
Amazon Prime eligible Join now
Add gift options

**Choose a delivery option:**
- **Tomorrow, June 15**
  FREE One-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Saturday, June 17**
  $5.99 - Shipping
- **Tomorrow, June 15**
  $9.99 - Shipping

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

**Order total: $17.75**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

**Get FREE One-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.**

Try Prime FREE

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $10.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $16.98 |
| Estimated tax to be collected: | $0.77 |
| **Order total:** | **$17.75** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com: Smiley Face Cosmetic Bag Pink Preppy Bag Varsity Toiletry Bag Aesthetic Waterproof Portable Cosmetic Bag Clutch Purse Zipper Bag Travel Party Makeup Bag for Women Girls : Beauty & Personal Care

**URL**

https://www.amazon.com/dp/B0BCDTR6M8

**Collection Date**

Thu, 15 Jun 2023 05:12:56 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:93::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

MLp7lLEGElXlK20L0OweZoo/KZlTDz6AgqhQFDK26G9NWqxANbJxwmuk0Vyt3RADNAY0aqvCb5xNq+f5/tPBNbqeDxCNGf6umqc9axO+9IQBs/CrCNDuXPrlCkCZoikFUh+CMGNobHD76w6EJI6VMng8Bf8ROwRIUkIUrZbm6I2LFQkamYtV1S4CceVmER9HzyPQabz7K8Ed0Zi4Zu+SPbhrZioEKPWJ/eED4Fqo7mIYA/89qZnuNIA0J4fZF+/dIWpx7D9ElF7B8wCyn01EFa09NrZVtL3cnL8V6hPSZ49JiThUN8CAl7iooCNqArFt7VJiRIQNxXkZOKHdQFgdpg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B0BCDTR6M8]]_Thu,-15-Jun-2023-05-12-56-GMT.mhtml

**Hash (SHA256)**

78d2553e14abcaf9c58fe8308b1120bff2077bf32287961e1e14d15941815a86

**Signature (PKCS#1v1.5)**

dgWuvwgzZoIwLeTMxWHwxkcQxv5JVk5mh/gfWF27nPoYUwtq8OL0/lQUffnUPDw/Q2m5hpvaadigTAVWmhrrl5ihq2mp+xUc02/akllXTm1Mj6nO6CSxPHZidFk2uIKX+0eGokeYg7cSI8Fp2sPhCic49i7gm+ZYOxMg6Aut62kpQc4dzd5gz5N0rum3Toe9Skre/HpKQc+bRCpQN8iV0eUWUFSVpYTNrG+0FDhPxnfZwLsmXsCUh4TG+xuf6J/R6alJQBkrLqDA6gdldnlElyKEmDj7HcAls3V/ZP4ZGx8cuUOhrJ0R5t700MpJsiCukZZdUNNGuakCTb/4bAHDMQ==



AXENCIS
Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**
Amazon.com: Bee Balloons Colorful Smiley Face Flower Balloon Decorations Huge Floral Balloons Spring Themed Birthday Party Supplies First Bee Day Girl Honey Bee Themed Baby Shower Ballons 42 Inches 2 Pcs : Toys & Games

**URL**
https://www.amazon.com/Balloons-Colorful-Decorations-Birthday-Supplies/dp/B0C1GLSR5D/ref=sr_1_36

**Collection Date**
Tue, 09 May 2023 10:12:14 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Sarah Christodoulou

**IP Address**
2a0d:5600:8:93::5

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
IdNecNJYJs/jZMUCRXQqJLN/EFd+uAvPGNJrTDevYjZUKPi7fq7dy+w80ldNoUCKDl7HfXxXfFL1Rir5rSORvVOqClAVzT/jmFzgsozWaCGkrmLcBqYfZvAeN17jUG2uic1Ac72R60j8JbldZ0bk35ZGWC9D61aF5wN6VGV6DPE=

# File Signatures

SCREEN CAPTURE
PDF

**File Name**
screencap_[[https[s][fs][fs]www.amazon.com[fs]Balloons-Colorful-Decorations-Birthday-Supplies[fs]dp[fs]B0C1GLSR5D[fs]ref=sr_1_36]]_Tue,-09-May-2023-10-12-14-GMT.pdf

**Hash (SHA256)**
fe818a4c75f6c752551f1b8a50df1d1441892e8075ed4bdc5b26cd9b35c725fe

**Signature (PKCS#1v1.5)**
SsoLYGi6e4I56gv/W69CbokPzDd+YfPfVT2a3mWDfk9B37nMfJ3CBokWMfpFU1ksRY6TN4iqVnBe0XsNf33Irdft2RP03nOVvSZ4+yH7AxkR8C3WGoXc8d6uDqwCuJ90pUEvu5q2CvbLSOA5YEeQGcUaCE3FXOSP34SMfPvg174=

amazon Deliver to Miami 33132 | All | smiley face balloons | EN | Hello, Kenneth Account & Lists | Returns & Orders | 0 Cart
All Clinic Amazon Basics Prime Video Buy Again Prime Best Sellers Customer Service Today's Deals New Releases Music Books Amazon Home Coupons Pharmacy Gift Cards Sign up to apply for $25,000 small business grants
Toys & Games Kids Gift Guide Shop Toys by Character Shop Best Selling Toys Shop Newly Released Toys Shop Amazon Exclusive Toys Shop Toy Deals Create a Birthday Gift List Create a Holiday Gift List
Level up with gaming gift cards Shop gift cards ›

‹ Back to results

## Bee Balloons Colorful Smiley Face Flower Balloon Decorations Huge Floral Balloons Spring Themed Birthday Party Supplies First Bee Day Girl Honey Bee Themed Baby Shower Ballons 42 Inches 2 Pcs



Roll over image to zoom in

Visit the Babytree Store

$8.99 ($4.50 / Count)

Size: Large

Color: 2pcs Colorful Flower and Bee ( Helium Balloon )

| | |
|---|---|
| Occasion | Birthday |
| Color | 2pcs Colorful Flower and Bee ( Helium Balloon ) |
| Theme | Spring Birthday Woodland Fairy Theme Bee Festival |
| Material | Nylon |
| Unit Count | 2.0 Count |
| Item Dimensions | 39 x 0.02 x 42 inches |

See more

**About this item**
- COLORFUL FLOWER BALLOON KIT: This set includes 2 pieces, each one measuring a large 42 inches. Plus, you'll receive a convenient straw and string to make inflating and hanging your balloons a breeze.
- LARGE 42 INCHES: These Colorful Flower balloons are a cheerful addition to your party decoration. Measuring 42 inches in size, Shipped uninflated. The picture shows the size after inflation: about 32 inches. They are designed specifically for filling up space and creating a fun atmosphere.
- HELIUM CAN FLOAT: These colorful flower balloons can be filled with either air or helium, and the latter will make them float for an added touch of whimsy.
- SELF-SEAL EASY TO USE: These mylar balloons feature a beautiful floral design and are self-sealing for easy inflation. Plus, each balloon has convenient holes for tying with string to create stunning bouquets or decorations. Perfect for birthdays, weddings, or any special occasion.
- CAUTION:Over-inflation, sharp objects, unclean surfaces, direct

Add your 30-day FREE trial of Prime and get fast, free delivery

$8.99 ($4.50 / Count)
FREE delivery Monday, May 15 on orders shipped by Amazon over $25
Or fastest delivery Thursday, May 11. Order within 18 hrs 1 min
Deliver to Miami 33132
Only 12 left in stock - order soon
Qty: 1
Add to Cart
Buy Now

| | |
|---|---|
| Payment | Secure transaction |
| Ships from | Amazon |
| Sold by | Babytree® |
| Returns | Eligible for Return, Refund or Replacement within 30 days of receipt |

Add a gift receipt for easy returns
Add to List
Add to Registry & Gifting

Buy it on Amazon Business
Save up to 11% on this product with business-only pricing.
Create a free account

Have one to sell? Sell on Amazon

SINASASPEL LITTLE CUTIE BABY SHOWER BALLOON BOXES…

Cadeya 10 Pcs Purple Daisy Balloons, Huge Flower Aluminum Foil Balloons for Birthda... 219 $11.99 ($1.20/Count) prime
Daisy Balloon Pink Roller Skate Balloons Boho Rainbow Balloon Roller Blade Skate Pa... 71 $10.99 ($2.75/Count) prime
KatchOn, 1st Bee Day Party Decorations - Pack of 18 | Big Gold 1 Balloon, Bee Ballo... 105 $15.97 ($0.89/Count) prime
12 Pieces 36 inch Sunflower Balloons Sunflower Aluminum Foil Balloon Sunflower... 290 $11.99 ($1.00/Count) prime
Easter Bunny Balloons Mylar Daisy Balloon Carrot Balloon Animal Farm Themed Baby Sh... 2 $9.99 prime
Tatuo 12 Pieces Spring Day Theme Party Balloon Aluminum Foil Balloon Foil Mylar Bal... 197 $7.99 prime
Huge, Mylar Honey Bee Balloons Set - Pack of 33, Bee Party Decorations | Bumble... 124 $12.97 ($0.39/Count) prime

### 4 stars and above

Page 1 of 58
Sponsored

Daisy Balloons Huge Flower Balloon 30 Inch White Daisy Party Decorations Large Foil... 702 $8.97 ($1.79/Count) prime
Daisy Balloon Pink Roller Skate Balloons Boho Rainbow Balloon Roller Blade Skate Pa... 71 $10.99 ($2.75/Count) prime
21 Set Boho Daisy Flower Balloon DIY Kit for Party Decorations 10Inch Colorful Late... 67 $18.99 prime Save 6% with coupon
Happy Bee Day Balloons, 15 Pcs Latex Balloons Bumblebee Dots Confetti Balloons for ... 443 $6.99 ($0.47/Count) prime
Butterfly Flower Balloons, 9 Pcs Huge Colorful Butterfly Balloons and Flower... 235 $7.95 prime
Big 39 Inch Colorful Butterfly Balloon - Pack of 10 | Butterfly Balloons with Flowe... 573 $9.97 ($1.00/Count) prime
Daisy Balloons, 16 Pcs Groovy Party Decorations Boho Girl White Flower Balloon... 70 $11.99 ($0.75/Count) prime

### Product information

| | |
|---|---|
| Product Dimensions | 39 x 0.02 x 42 inches |
| Item Weight | 4 ounces |
| Country of Origin | China |
| ASIN | B0C1GLSR5D |
| Manufacturer recommended age | 15 years and up |
| Best Sellers Rank | #98,656 in Toys & Games (See Top 100 in Toys & Games) #6,131 in Kids' Party Balloons |
| Manufacturer | Babytree |

**Warranty & Support**
**Product Warranty:** For warranty information about this product, please click here

**Feedback**
Would you like to tell us about a lower price?

### From the brand

Spring Flowers and Butterflies
Foil Balloons
Helium Flower Balloons

AXENCIS

Investigator Name: RemoteUser2

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Mon, 15 May 2023 09:02:02 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

RemoteUser2

**IP Address**

116.68.99.108

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

jfNA/pJQMMjmLZhM8sYPKgoSi38WX/fbC9z8H1uL3LcbGZlOb5GEIejpCuCLJqrEz7nUlpnHC+eMOVUcka/0KeGCFYZ7TSeYR5/9r4BWaKs18rCjWL0clcYHWuTQMQXkrNtzEemBdvrL/hjx5PRE5RMYTs
+mojvSNCsKjXTltyZgrBskSo6CTlMVxd7txQ0SfKkcFrHdzn55TXPzUmBBRtKzM7uJ4jpWcn9Er2VK7YDqUvIumiapuIk4y5mVcejBUWxc83K2OMzsDAZSf20Gu20vilKyUSFy2idQYWmdzA8Mq6yU1O6jy+5h6nXHekpsNydDP7qMmmZKL/vyQN7kwg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Mon,-15-May-2023-09-02-02-GMT.mhtml

**Hash (SHA256)**

956fc287399a2566e0db729f3706168454aef46f52bafb18438662c84371388d

**Signature (PKCS#1v1.5)**

qsbmVfULh6cEDIfI8tyLuPLiGo0Rq+i4NiXMEwGI9QNTuR5zsE9xrwCQgTIdY0IDeSkCdoMFt994H4liaE4s1GgCtl0zPhF4hisng44iMvc0GdYeCD2RGERUv6ZkfZP10XWPsYs20VA8klgiAvI1mgfMqNl92u87dtHh6GvoSLOdliDe4WCO1BVsqKQEnKJvnVhTZqYz83Oznu9pr/
gdpbwVgcWo2hr4fHB9JfODMdUIKDY16XDBQBFMUKDAzw+IKuVsJqX4heEhe5jErFoQGKR/2f8Zy5qEYJLZ856Qs1olN75cSbnZnYBs0cvzlOqBrWKdJU938PcCZOcaqvF6dQ==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

**Or pick up near this address** - See nearby pickup locations

Change

**2 Payment method**

VISA **Visa** ending in 9985

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

Change

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items ~~Thursday, May 18 by 8PM~~ **Tomorrow, May 16 by 8PM** for ~~$5.99~~ FREE

Get FREE One-Day Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: May 18, 2023** If you order in the next 18 hours and 58 minutes (Details)

Items shipped from Amazon.com



**Bee Balloons Colorful Smiley Face Flower Balloon Decorations Huge Floral Balloons Spring Themed Birthday Party Supplies First Bee Day Girl Honey Bee Themed Baby Shower Ballons 42 Inches 2 Pcs**

Babytree

$8.99 & FREE Returns

Qty: 1

Sold by: Babytree®

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

- **Tomorrow, May 16**
  FREE One-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Thursday, May 18**
  $5.99 - Shipping
- **Tomorrow, May 16**
  $9.99 - Shipping

Place your order

**Order total: $15.61**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Get FREE One-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

## Order Summary

| | |
|---|---|
| Items: | $8.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $14.98 |
| Estimated tax to be collected: | $0.63 |
| **Order total:** | **$15.61** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Lightning Smiley Face Banner for 1st Birthday - Highchair banner for First Birthday, One Happy Dude Birthday Decoration, Groovy Theme, Smiley Face Party, Birthday Gifts for Boys. : Toys & Games

**URL**

https://www.amazon.com/Lightning-Smiley-Face-Banner-Birthday/dp/B0BX6FYM4P/ref=sr_1_214_sspa

**Collection Date**

Wed, 26 Apr 2023 05:30:35 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

D2LVs7U+2lf5Kd3ivYp3kzjVRTMpolqk23V0h7bOWlSYZAsMq6jhigB6899tMyZI+AD0qhSJQKUbmRSLCgMPu9CjlhZjmUwU6al6RHLzGJr8LIuLZf6/fs6Ov9pY4FQAAA1iID6v3vzQmMtGCzTu7Q1KqfnX/ltCUGvNHYjiq0U=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Lightning-Smiley-Face-Banner-Birthday[fs]dp[fs]B0BX6FYM4P[fs]ref=sr_1_214_sspa]]_Wed,-26-Apr-2023-05-30-35-GMT.pdf

**Hash (SHA256)**

9f4a203d473895e24f7ac8e4f7429b5875649c142ae37b6aff81555eb53a3461

**Signature (PKCS#1v1.5)**

UamzsvJVle+GLRIWr13aPMGi9vr9XQeUAWInUxNzcl1G5aFul2tSjEqATvY03iO/ACqKTD7pMc2DUSoMvpFxb8KjzUDo5O7AG3y0njOm+4zqfRsEZCoNpkQM9+Iv7AYsEJot5nnDQyPAohB1greVn9Wt7hvn5R8uFkOqT2x81ac=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Wed, 31 May 2023 02:42:06 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

111.92.77.63

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

VvHMnENWCHpOquuMmXz6pSgAUULSNbtnN//+1JPZk76g44woDn4nG6M2pQEfoNP3j/DttivSl8BFFQolMHzsqdfgJlgQylwfZTn4irUIhWl6yAEjZN/EGZfjYIZzEIenDK5x1DO/hL6wZQHHMPFLt8MdJCYRYyx2hkWpv4/ccY4u4jg2/
X7n45K0ypgxj4cf7WgexiI009pJC8Ph5izsUPmc560zmLCPntodTLjfHWJfruFajAV103Jg2rhmaHUWGXnbvmXXLuJ6vkvoGHXQ1Kcg/mpGiUy0IdO1Q23SYAAFnkVk7SgEApgr+/+6VYoZ72bXJixjewn3xW4Dta5o4g==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Wed,-31-May-2023-02-42-06-GMT.mhtml

**Hash (SHA256)**

00fae653fca427c2582b611ac4b7a8338993902902652ec773b644abe03fe814

**Signature (PKCS#1v1.5)**

S1Z13VWUxKE8tC8UmF6ciM9EQ+kTAJtZr6zyCzYntIfzIj+g/iePHfhH/PPWf51rDSvyCSZ57lCHcUsPBcWxp
+o6z6D4wRDXNJ2fnT2HCfwXrgDeXNDkesTxqpKZ9wATI8IDsRTpJSCbok5dzlpjSGaJlDH4fzPjobdQLe1WmhTWjqi1sAtZ1rYRTcyaEcoOHDPCaljf5dofT4mXud0XdtGvLzgWAEUYnuDOWFK0xUAVtWx8cwpHHHIzLJNTNI60wuGEykCh1nJzxsv5Tqh3BMTQbAwcUP2GkQE3q0fZDga2Db2uDm6
qFdP5AhWGnuscf78DqJYQoZoBkgvojp1PTA==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items ~~Thursday, June 8 by 8PM~~ **Thursday, June 1 by 8PM** for ~~$5.99~~ FREE

Get FREE Two-Day Delivery with Prime

No hassle. No commitments. Cancel anytime.

**Delivery: June 8, 2023**

Items shipped from Amazon.com



**Lightning Smiley Face Highchair banner - High chair banner for First/1st Birthday, One Happy Dude Birthday Decoration, Groovy Theme, Smiley Face Party, Birthday Gifts for Boys.**

$16.77 & FREE Returns

Qty: 1

Sold by: BACI PARTY IDEAS

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

- **Thursday, June 1**
  FREE Two-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Thursday, June 8**
  $5.99 - Shipping
- **Thursday, June 1**
  $9.99 - Shipping

Place your order

**Order total: $23.93**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Get FREE Two-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $16.77 |
| Shipping & handling: | $5.99 |
| Total before tax: | $22.76 |
| Estimated tax to be collected: | $1.17 |
| **Order total:** | **$23.93** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: HAPPY GO LUCKY Necklace Y2k Beaded Necklace Smiley face Jewelry Pearl and Bead Yin Yang Chain Necklace Coconut Girl Aesthetic Colorful Y2k Choker for Women Girls Christmas Gift: Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/Necklace-Jewelry-Aesthetic-Colorful-Christmas/dp/B09BR9HLH7/ref=sr_1_246

**Collection Date**

Mon, 24 Apr 2023 06:25:04 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

shfdVgp4H71SaBVc5WVj74kVI3K90IOgvquqoqGweawgRfbcdydq9Iq05WvLoFc1U2RfJwbHxYMqD9Gx/W4zxlmrtGdjoUdMQikoCADMWynoikaegC27RpXas7Id4zsZRWYqH0TLXRwxFvz+fCjvJ4oULrFKRFeVPHcewjL2YrM=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Necklace-Jewelry-Aesthetic-Colorful-Christmas[fs]dp[fs]B09BR9HLH7[fs]ref=sr_1_246]]_Mon,-24-Apr-2023-06-25-04-GMT.pdf

**Hash (SHA256)**

38ff4c04e6d95dd206bce5704439ce4a83fd5539dc2d877066071ed77c33ed45

**Signature (PKCS#1v1.5)**

livLIJg9XEsNYb4VjCYf0X6evINkw6Gf2szpBqWhx/YFXxXxb4mXnjBWzx4ltk6TecGfNSslcj+g+y3VzLoeOOZagpg3Q7C1HAz0yyzXDUK1ca0wygvw8QOrTvCJar3uYl8ZicuERXMtri4fHXiHrcttzkb7js+jvF5jW/W9cB8=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 25 May 2023 14:17:54 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

116.68.105.188

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

KhqqCgOzkYj34kZiE4hCmDyAkh0lJuolPxOM6i3jhJo82MijrpLo3kkdTy7Gip+SDTVoX3y1+aMQi8JTF8VlkSHuTfREUwE7JxwpYqAScDMZr6FTiPrjkUrOEN9yW8aCrMQHsr7QceIer2TRAxu
+Lt5YXOz3Gw06AstInjC3fapsfaWikMx8nfsEbQ80HHvPhYFTqjA1fAEaJM8XfnYJH9vUXFtJzA77jxvfs8ehiHFLSDN6kTZRLMGlBarph4tcPmaBOUHSBEeo4LW+lsGb5lot5aBly/5HkQG/qdmx1nsEsY9h9GRn6r1SZ8eIEleA8H5M6//+2gnJgtgmxsUqRw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-25-May-2023-14-17-54-GMT.mhtml

**Hash (SHA256)**

1715d2ceab7de8ed6fed53eb79366222514eb4286d099c396198e19adb04bc72

**Signature (PKCS#1v1.5)**

p4V2SqKakjwVUKgDIdk0v6ZoE7IeqZ/1m8nN2V8yJNnKVhkhLAVODYXWq04dLrE1qZRzh3yo3RNTjOlH7RkMVwkBSUw8YKx1ZWm6JsGgJxlfEQ1RkFl1SbbG8M/tsLE5uOFR31t6e5YZvypOeC6omxKLDjNBu4aZ3r/
Ladwouk27Xp/04DoM2wT7fHVAoo7Q36rYFNdciPm6IS4jCFuW2ZnB1oaZt5PaN2Lp0p2LJ3/BBlazuQbmJ2WHxCmXqgijCxABkRLHRiHXxP2WKna0/eGbt0Co+1TsqsGClyri9G2Z8ftOnuVrP6KJyx0gtjI8g8Fs71lggL2RaSNzedBg2Q==

amazon

## Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

**Or pick up near this address** - See nearby pickup locations

Change

**2 Payment method**

VISA **Visa** ending in 9985

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

Change

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items ~~Tuesday, May 30 by 8PM~~
**Saturday, May 27 by 8PM** for ~~$5.99~~ FREE

Get FREE Two-Day Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: May 30, 2023** If you order in the next 13 hours and 42 minutes (Details)

Items shipped from Amazon.com



**HAPPY GO LUCKY Necklace Y2k Beaded Necklace Smiley face Jewelry Pearl and Bead Yin Yang Chain Necklace Coconut Girl Aesthetic Colorful Y2k Choker for Women Girls Christmas Gift**

$16.99 & FREE Returns

Qty: 1

Sold by: Baibang

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

- **Saturday, May 27**
  FREE Two-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Tuesday, May 30**
  $5.99 - Shipping
- **Saturday, May 27**
  $9.99 - Shipping

Place your order

**Order total: $24.17**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Get FREE Two-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

### Order Summary

| | |
|---|---|
| Items: | $16.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $22.98 |
| Estimated tax to be collected: | $1.19 |
| **Order total:** | **$24.17** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Cioatin Women's Y2K Oversized Smiley Face Graphic Sweatshirt Fleece Crewneck Drop Shoulder Baggy Pullover Jumper at Amazon Women's Clothing store

**URL**

https://www.amazon.com/Cioatin-Oversized-Sweatshirt-Crewneck-Shoulder/dp/B0BH3WGVWP/ref=sr_1_80

**Collection Date**

Wed, 26 Apr 2023 06:15:27 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Gf0bk9/iOi3uYpL8j+JndAMvQpIRi5ePCeHtkLWD3iRcX6MnpTnUV3lJeeOcDDT4jRRP/2lDLjiO/KVkOTZGIKMwrFza7K/x+60ZUNHbcl/UYvq/rlfuHx1fdABOD0U6yY9ceSGdfEHRuuZla9SQYluwyDH4Huur/hzRzLPU4zI=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Cioatin-Oversized-Sweatshirt-Crewneck-Shoulder[fs]dp[fs]B0BH3WGVWP[fs]ref=sr_1_80]]_Wed,-26-Apr-2023-06-15-27-GMT.pdf

**Hash (SHA256)**

4083004f2d19b684ec18cd79a28707c7984d0ba4ad3b84b092ad8fc05d749a80

**Signature (PKCS#1v1.5)**

qy5gLqQnGdJa4pPpdhwoCaHdNLOdl7F7zuF+dl/38WVyNvH69HNvfqNRWDMEmrWw+RF9e2nXNF3SL1MCUzyqFyVUj4LeDrzs1WUB0IOvUPBoERBVhzHHjfh7LA/3o9HRrL8vR4vcLp6LQDWNZxYpLscw48+v1ubaOtBAkFKIFIc=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Wed, 31 May 2023 11:30:06 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

111.92.77.63

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

mXdN8fLUocrYyytCFdl9y9HJPmgQ0XRBamHPJc5ifPMgON7k/fC86TEiqUozYmWd4JAaDteBnSmv6CeZqlIwdGl8A1t1wJUoGvEVkSSLWVUh89RiuXjDirMu+GL6jrwzu/gJXFFOH9KNVJEYwR9BlMuBizIFtJ8PMklkHUMXVCfot544w+WjaiEGRIKueaHL4neG/
yoIJVGSNsO22Y8h0zECParg7hlQ22weEywUyYwffrszpCVILhhNOXOo0/iR2ahp8neOOSJW+nljYNTXy4XAaFN2cUemNxIlcROFYxYarmT8wVMyIze/qEDilrdap/NHyqZr9csaoM3NE7tjuA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Wed,-31-May-2023-11-30-06-GMT.mhtml

**Hash (SHA256)**

4a45426800039c2efd4a08fd95a49451292e09e67f502aa669dbc784d323c280

**Signature (PKCS#1v1.5)**

dHqo3QDR176hTDBdc14d9iR7zp3dE6PhZwu5sKmzgjTNzAR7MbviTgTfdjM5+JBjMJYM0gbn9SovX1Af7xEPWmvFtrkdeObnsPOgJ7kDEE+wwfV3g6fudXX6iRGXsF1ViVgwXiZ1//t1wY0HXfnfAskUqsbSxYlPwABo7sPvpcnKzQB/
f357oWTjTeit664jFXrsPMYilW0l9gnUsGsNzkFZoLYP2q9gOkecprwNRmJjNhAM/gkER+Bwc6Qasx7HWNyE4fDq64KV7hH6ex9p/AUSOoVmvf5VAPxs1nYt5mKi+5jNWBptTuS+pCM8WZ8BSA6Wz+Hb7p0qcSCQSg3IIQ==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

Or pick up near this address - See nearby pickup locations

**2 Payment method**

VISA Visa ending in 9985

Change

Billing address: Same as shipping address.

Add a gift card or promotion code or voucher

Enter code | Apply

**3 Offers**

Change

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items ~~Sunday, June 4 by 8PM~~ **Friday, June 2 by 8PM** for ~~$5.99~~ FREE

Get FREE Two-Day Delivery with Prime

No hassle. No commitments. Cancel anytime.

**Delivery: June 4, 2023** If you order in the next 7 hours and 14 minutes (Details)

Items shipped from Amazon.com



**Cioatin Women's Basic Oversized Smile Graphic Sweatshirt Fleece Crewneck Drop Shoulder Baggy Pullover Jumper, Pink, Medium**

$25.99 & FREE Returns

Qty: 1

Sold by: BAIGRAM

Amazon Prime eligible Join now

Add gift options

**Item arrives in packaging that shows what's inside.** To hide it, choose **Ship in Amazon packaging.**

Ship in Amazon packaging

**Choose a delivery option:**

- FREE Two-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Tuesday, June 6**
  FREE Shipping
- **Sunday, June 4**
  $5.99 - Shipping
- **Friday, June 2**
  $10.41 - Shipping

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

**Order total: $33.80**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Get FREE Two-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.**

Try Prime FREE

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $25.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $31.98 |
| Estimated tax to be collected: | $1.82 |
| **Order total:** | **$33.80** |

How are shipping costs calculated?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

EVGLOW Smiley Face Beanie Hat for Men Women, Fashion Winter Warm Knit Beanie Hat, Comfortable Embroidery Cuffed Hat(Green) at Amazon Men's Clothing store

**URL**

https://www.amazon.com/EVGLOW-Smiley-Fashion-Comfortable-Embroidery/dp/B09SFQDSBW/ref=sr_1_161

**Collection Date**

Tue, 25 Apr 2023 11:11:23 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

PgMDaYXUHDMn9QHGbCaGpPD/WvEVWghIwPqBq2a85lET683y3UkcU5Ecci2shU8b+3vr8iJckjxvqiksNkcQ+l2QarQzAUVLQZ0GlcBzmanrSSqbHroV/kBwYrtMv8LnMfldb1U/KpYVK0f67UZHJ0O5sLJELOzHe/3NICSUF84=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]EVGLOW-Smiley-Fashion-Comfortable-Embroidery[fs]dp[fs]B09SFQDSBW[fs]ref=sr_1_161]]_Tue,-25-Apr-2023-11-11-23-GMT.pdf

**Hash (SHA256)**

9d3ec716089bf9c952db14ec01dc0f418ba90a1679e9d6679e689f409dc6df47

**Signature (PKCS#1v1.5)**

nnSZM0rQI5pbqAcS80T+beR+K8EMDzzhAfBHyRJn8n8JHP0dVwGEy1VIB2Wgsg6KyR1Lv/TwBP2IP2DXPVu/CNSod7nlmipJ5yUpvFq/gsnVz6Wd/clSu9ILkNBlZSovyd46i1kps5antl4PgDGGoAeEy4a4s/7hJgr0B5t4aYY=



AXENCIS
Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 30 May 2023 00:06:09 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

202.164.136.95

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

RdCohe6le/csfH7c/ml4hN7olaj7V0PH0Z7uw7oiG9C8EmxTHBxLMqlOtaedDUjF9IURpht3DQjCj1RtRskUdwgNi0kEaH8+FVXc8TazRASGgYUJKGBSgJzh44yLiKA36oyEK48RO9lCQeqKLIJC+zgvKZllkNdVSwH2uafWgTmZa4jQ72PD6GVX
+jtOFkaER5WnL8TncE05PjVbtbWIx5+ZX4kdKZXkDLEkKffvIKygVwckoeubBMnhlH4fPPH4y67JDQH0fgtvOandOhg76R0OuZpwtR7zuYaud7wUnanHk3FgeTnW7JZAhDBqbAhhJZxCdTox3rlu6MSMP7we6A==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Tue,-30-May-2023-00-06-09-GMT.mhtml

**Hash (SHA256)**

eea799909c1084c739e2d574d2f520f07314d04bedd2e31102962977e588307a

**Signature (PKCS#1v1.5)**

QqjOLCjI/Ak73+O4Q0x/s4jR9kBysiMQ5i+TONf9G41dDVBQDBMKSq7ORpwUenlJGPytHeRac8ZmfUUdie6Seu0FFkWM0O8xkoIFjTZwn/oVo/loO6i2cYn3Syyvo8V5DAk1qHkWKQKs4TTISmMu0nrRdYUgXOubdjLIGxTeKcH7V8G36bUgOHZ9sXmACMRzGoUmOhI61xJvcwz/
JqwdpSVrgOg1SqNR61x/pX4pSD8dGC1WYThSbzWLMLNgiDC9l6nGlyP079Bv4m2VybASdKrAa2VqxXIQR8CtGEOOMP1Us+cB2XErPDKRaxu/TVWwOKA6X8N3+1u1YLIebWjYPQ==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

Or pick up near this address - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

Add a gift card or promotion code or voucher

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items ~~Thursday, June 1 by 8PM~~ **Wednesday, May 31 by 8PM** for ~~$5.99~~ FREE

Get FREE Two-Day Delivery with Prime >

No hassle. No commitments. Cancel anytime.

**Delivery: June 1, 2023** If you order in the next 3 hours and 53 minutes (Details)

Items shipped from Amazon.com



**EVGLOW Smiley Face Beanie Hat for Men Women, Fashion Winter Warm Knit Beanie Hat, Comfortable Embroidery Cuffed Hat(Green)**

$13.99 & FREE Returns

Qty: 1

Sold by: Bailv Fashion Sports

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

- **Wednesday, May 31**
  FREE Two-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Thursday, June 1**
  $5.99 - Shipping
- **Wednesday, May 31**
  $9.99 - Shipping

Place your order | **Order total: $20.96**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $13.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $19.98 |
| Estimated tax to be collected: | $0.98 |
| **Order total:** | **$20.96** |

How are shipping costs calculated?
Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: TBOLINE Smiley Face Makeup Bag,2pcs Corduroy Cosmetic Bag Smile Aesthetic Makeup Pouch,Cute Smile Face Makeup Organizer Bag Travel Toiletry Bag for Women… : Beauty & Personal Care

**URL**

https://www.amazon.com/TBOLINE-Corduroy-Cosmetic-Aesthetic-Organizer/dp/B0BTNZXQRG/ref=sr_1_101

**Collection Date**

Thu, 20 Apr 2023 11:36:08 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

ipsuvHFVBxSk/REdt2MxE22GQ23uWM1EqoXdBPC9ydHb2K0T3HhwjSn8RRJ/6PIr6wCrAgJ7x+eUDH8RoC6hqcOonVEmy3gmWmKuZI0/jGI+91/crVopO4lYjOzU36wQcn8hEO0FPB0SEq5T/clp+6Tc/ClUwFXUobFQxodYSNc=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]TBOLINE-Corduroy-Cosmetic-Aesthetic-Organizer[fs]dp[fs]B0BTNZXQRG[fs]ref=sr_1_101]]_Thu,-20-Apr-2023-11-36-08-GMT.pdf

**Hash (SHA256)**

94029bb1718d8380bbc4e14c1b03a08207f91103d3434929314cc7bbca3ced7e

**Signature (PKCS#1v1.5)**

I4sCKN5L1npSlf2Ez0uWVukekNqIh5kyreJ3uoYmYoMfepxImGG8sFMjB2jusn4VAAbRF8Df+da+mA+u4k42GK9wyRjhbOfw5r5df3jNx8CMbghY7mPewetq4VWpNqFUf2Ynfvi3AI59xbxXhzvZtJsfveo3mOBEmkKg4bm8m1Y=



AXENCIS
Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 19 May 2023 16:47:20 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

R/zokVyRkeW+6Ag71FU6Za12rMvDWNIrbZWXWnfqrsPF/ANK8bv+qYKVPKuTJPmQXZNP4v+l51Bnzb0LHSkPdJc1f4khvkBh6MVpthdOUIWq8y+lNUE8Ecp5bT7uHOVW8t7kA3S3Y5LXeLLeTU5ypfMuuWKcVp3hGYLxaIlHoT4P
+zRQxMJd3gAwu4ecCtdOwPXo2yolkrAIwVtviJELFPNeCWsAqDOETWs3pPE+NaWPaJ6P/1hOaW+dI0M6TvZC1s5jFuk+GfmLyTLBMAVBlm7aUJIWjqprdZa3KAD4EeYhkwE27A8HaAjidsEyJyM1ZPVnh+Z2LTjrnrfWrF0kNQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Fri,-19-May-2023-16-47-20-GMT.mhtml

**Hash (SHA256)**

8f65a3ccf7adf84e105090a481908b786ff9b0df375a7bfa055aba36ec5bd9a8

**Signature (PKCS#1v1.5)**

hmHBHqryBU2DWsfUnOCmCPu1k6hhP8MKMl0av2+QUorAcOSe65tnpcm2XH6pt5wMnpMq+t+D8xfDqXu0baiUc7fCh2BVILWXWbijlmzL4tOk78j4K+mm0L862OPLHddDbDsD4LavaHZZzAijPgye40oif0IWEdOWPQzqH6/jpCTF08UCa2kDUh1D/KL3rEzVEq+SSN/Ug
+IB2ukzFET81zqSsKegZkNHzKW+sVyokv6RVIMDBPlw02wOy95NypRIAjSagQ6oifDV/sAZ5eLzfZK/I9UGnXwv4MDPzKBkQQkUO7sJ+5PcyfRlpqS6c75X59OgaOg2JMYzqElPj6piyQ==


amazon

Checkout (1 item)

1 Shipping address

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Change

Or pick up near this address - See nearby pickup locations

2 Payment method

VISA Visa ending in 9985

Change

Billing address: Same as shipping address.

Add a gift card or promotion code or voucher

Enter code | Apply

3 Offers

4 Review items and shipping

FREE TRIAL

Jade, we're giving you Prime FREE for 30 days!

Get your Prime eligible items with your 30-day FREE trial of Prime

Get FREE Two-Day Delivery with Prime

No hassle. No commitments. Cancel anytime.

Delivery: May 21, 2023 If you order in the next 23 hours and 57 minutes (Details)

Items shipped from Amazon.com

TBOLINE Smiley Face Makeup Bag,2pcs Corduroy Cosmetic Bag Smile Aesthetic Makeup Pouch,Cute Smile Face Makeup Organizer Bag Travel Toiletry Bag for Women...

$11.99 & FREE Returns

Qty: 1

Sold by: BaiYiGou Store

Amazon Prime eligible Join now

Add gift options

Choose a delivery option:

FREE Two-Day Delivery with your free trial of Prime

Fast, FREE Delivery prime

Sunday, May 21

$5.99 - Standard Shipping

Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Order Summary

| | |
|---|---|
| Items: | $11.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $17.98 |
| Estimated tax to be collected: | $0.84 |
| **Order total:** | **$18.82** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

Place your order

Order total: $18.82

By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com: Myrnaist Smiley Face Necklaces, Boho Choker Necklace Cute Summer Handmade Rainbow Seed Bead Happy Smile Face Necklace Jewelry for Women Girls: Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/Myrnaist-Necklaces-Necklace-Handmade-Rainbow/dp/B0B4KG2V7K/ref=sr_1_86

**Collection Date**

Wed, 10 May 2023 05:27:31 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:93::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

K9eSTqm9ef7fLXyF/uffuAZWwEz2oTtDo8uHh+5UBOXePNoWUMFVFVcH0Zu13nq1bFs0MJD9GeE/v7rKDa0T2xHmPIp8z87JceY/64WVJvCvDtzzDTz5D8gdKVxpXleK20iyTFT17LUPQeoDScVKXPtYrItlxTAAKiz267/5T20=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Myrnaist-Necklaces-Necklace-Handmade-Rainbow[fs]dp[fs]B0B4KG2V7K[fs]ref=sr_1_86]]_Wed,-10-May-2023-05-27-31-GMT.pdf

**Hash (SHA256)**

b64d66fc883580abebc192cb530f8a9cf1995e0cc2ab2c4903e5b56ecd560007

**Signature (PKCS#1v1.5)**

aBz0affYKSaeN5Wf6JTf2wH7+2DBDQz1TWDYePAJALnqBmNiKN/jDkVusH9PhkG50b9QRwUKY4+bNvolbXc//p0xBTBmFHbY9TytU3UHgQ6sZ3kUU91PILzgdDhLpaZ9ajj5aMOPLtmpj94Q4EKXZ4d3Fo+3gVrCbuczFSF0yvo=



AXENCIS
Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Wed, 07 Jun 2023 07:35:15 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

111.92.118.122

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

lYcsLEgiCM2Ahqm/NQXYkvwjEUIFmhxttx52IqBKR7YyMhWfSyzScY6U7zwPD/dhhZdRaz8zCHMNeEl+noIdH1O+1XooTGVe6u2d9gbYnjGttMj109KSLMNwhwECWpfuULBVaUmM5WaenQsw5Zz8k31AErkIOUxFSmzxnvvLK4wMoN
+0r02wcCdgThVzYyT2NNc1gPmqFCrf7QAP7dnFnLsvhlG7/Ed5y7GfilWEDt+mC1yk+E63SmiGhuwyE85R9Wi4CLfLm8uYq/hxBfGpwfd32LibKxEaxAr0JJXQH352n+wwvM+TZIuahcqJ9M2Fi8jEBGYS9JN4572eFwoL3Q==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Wed,-07-Jun-2023-07-35-15-GMT.mhtml

**Hash (SHA256)**

864dbdecb3ea4a03c6760c121537266e304ba560260bd1f0d2ab9f0189447f22

**Signature (PKCS#1v1.5)**

fErDzcBETXVNtsWrMOtccSg2Uwst6+2b32ZZJwKF50RibqFo85LEsJGxzTU0IGVmty72EhtxnWmTqS/Vi3Ja2sm+OWOpQzxMEmHUEtLGxIaa839MrnbjYD2h3EeDTDc6nJ+7vgWoHF+ck+pyqFU6mbxOZga3Ad/S/Gypg1nzNadIeeZYGlvD1Fma5VdnJrjmeHbCNVeypLfhmOdEUcQ/aqlXtMYP
+nYm/rvAuKbabmZFX8z4L5c0kRiJRE1x3hAwOuH//CzNj/ccK7qWg67+sP1b4gEs3SFTMEUr01vs++da6jo8RULaxYKLEYj2K49u4I1mkZoe7w7Ebv+2dSlNnA==

amazon

Checkout (1 item)

1 **Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

2 **Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

3 **Offers**

Change

4 **Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items ~~Saturday, June 10 by 8PM~~ **Friday, June 9 by 8PM** for ~~$5.99~~ FREE

Get FREE Two-Day Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: June 10, 2023** If you order in the next 3 hours and 39 minutes (Details)

Items shipped from Amazon.com



**Myrnaist Smiley Face Necklaces, Boho Choker Necklace Cute Summer Handmade Rainbow Seed Bead Happy Smile Face Necklace Jewelry for Women Girls**

$18.99 & FREE Returns

Qty: 1

Sold by: BalaBala Jewelry

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

- **Friday, June 9**
  FREE Two-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Saturday, June 10**
  $5.99 - Shipping
- **Friday, June 9**
  $9.99 - Shipping

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

**Order total: $26.31**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Get FREE Two-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.**

Try Prime FREE

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $18.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $24.98 |
| Estimated tax to be collected: | $1.33 |
| **Order total:** | **$26.31** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Balirek 6Pcs Smiley Face Necklace Heart Paperclip Chain for Women and Girls : Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/Balirek-Smiley-Necklace-Heart-Paperclip/dp/B0B1WW5S9C/ref=sr_1_177

**Collection Date**

Mon, 24 Apr 2023 06:07:37 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

W1nzi5BSDwLMAGLirajG2tnstLpDAj9c5xTnoBHpg4e1tnTmDO19rvGnXnhOZfQWo82YCoH0F94qGPAvSwZ+AvTYrCDU1nMOsLP3uTJe3GYvXB+ZNlh/zzY1md0QB1SvZwqa7nZ2h7pNmC+t5iIyA8mGaWQnQ3cltNIlIzvQCHY=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Balirek-Smiley-Necklace-Heart-Paperclip[fs]dp[fs]B0B1WW5S9C[fs]ref=sr_1_177]]_Mon,-24-Apr-2023-06-07-37-GMT.pdf

**Hash (SHA256)**

3353dd99d3fb937c0dd3fb3c0f1c83d6a524e2504278e4d015e7cb0ad3c93d19

**Signature (PKCS#1v1.5)**

o+w9C/bTouPiXhQftm7RLH08McEvWeltxBD7CDSk7+KJolSUMsOtTt/+pQkxVeMTXdOvdmQy22chprO5d7KhgZfsiXUretZ71D1Oe3OVJ9PtNnk7hRwp0zJPVIxuHAozYgpRQkGnIT3nfhH2fybUWJw0vutfWYlpO1/mzKjfMH4=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 25 May 2023 05:50:18 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

116.68.105.188

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

QJS3aoKKRiRnHDOT52lGRiy+ncZp5Qo7EouZWilrXfTCli6fRIZT78bmvFBxev8hP4VR2o/A1+pJwRT/5L0bWNQkdXAurYmAoPoXw2dO8ilLeZ/YK29s8B0Gb+YGFlLZ1cfX9FuY/SgIlzOUHIkkWuIBHSPvmoCoOR4Vt16dkkRY6gILrfr6vr5MAcUBgJRwTnKy4qq
+LrBcNxqRqsHDPDCZf1fLpg1aK1Ppjb1gMX3Avbrif4MfqNM7RtqhQZo+L5JbWxVKHQkvbv/MF6suzYXxHk2EBxKsqIBO+ZtbUQwR9yoFvyEqitd/8ZOyY7Ck3QMSRZM+JaTu4osRwaZ0ZQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-25-May-2023-05-50-18-GMT.mhtml

**Hash (SHA256)**

6b7eb013eff87f2a1c61854736f83c3deeb32209f6bc1e42bfcbd204e7f78822

**Signature (PKCS#1v1.5)**

d3V39bG+wz1rmUY7uvKxgfgsQT2wTTRqDaH7fAnAuiuP9kwf74c89Eb1h/C1GMsabTkNdDPqgG/2z8TBVKs6pypv29s7YZNTh82uLoENSK8yL8S2szj5PZ16exyT9J3hTG0t70h6UyMCxF1u5BkHNEJ
+7vLAfJ3ze4U5LpbI76oKvuZlg7JIWfxUWNrHJoMudA5K2ZgJsQMp1aO3T0j7+iHA1JmOHs0xacZapgji+QJK3qOZ1foi52WYoxbCAw1u3HI41zmXQRQAEe4YmZyl44/Xok7CKbzmoxjDAThF1nGZJHaTEtJx+qJHtbj0cKHaaot8zie3g6ulEGgoqak0wg==

amazon

Checkout (1 item)

1 Shipping address

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

Or pick up near this address - See nearby pickup locations

2 Payment method

VISA Visa ending in 9985

Change

Billing address: Same as shipping address.

Add a gift card or promotion code or voucher

Enter code | Apply

3 Offers

4 Review items and shipping

FREE TRIAL

Jade, we're giving you Prime FREE for 30 days!

Get your Prime eligible items with your 30-day FREE trial of Prime

Get FREE Prime Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

Delivery: May 28, 2023 If you order in the next 5 hours and 24 minutes (Details)

Items shipped from Amazon.com



Balirek 6Pcs Smiley Face Necklace Heart Paperclip Chain for Women and Girls

$9.99 & FREE Returns

Qty: 1

Sold by: Balirek Jewelry

Amazon Prime eligible Join now

Add gift options

Choose a delivery option:

- Sunday, May 28
  FREE Prime Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- Sunday, May 28
  $5.99 - Standard Shipping

Place your order | Order total: $16.68

By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $9.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $15.98 |
| Estimated tax to be collected: | $0.70 |
| **Order total:** | **$16.68** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Wed, 31 May 2023 13:29:08 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

111.92.77.63

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

oLdbD+ewhKh6XkBmDAlSTXADhGLG/xuwjpYSxccjTQYPGzKOQ+UtxW/iBQiMW49As7Re7E0xs1MutRKXwE8CXsc0oFs3cRlqDsiaIyjBPMZ+BaE9+/ctYKEB4/hJeKN1n8i0IByn0yeWTaTo7FXTqz+40ysYhH/
SSIvsUtFnvdv0mKc4hfPDLJYG8XQB9jERx59CqCWUm7fXVVeEWEC3SMMtJNIN9Ow1deZSOkP2DsFHaENM9EjR4wt8Y0ixxJXeUmIJ94rvVq3/3Rw5mEq7LiozQOYQ6Usi5bjOh1qB8nEURxmZqOxMI+h4lDUuuKYSQJQRXHcMRc774GXhjtSaw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Wed,-31-May-2023-13-29-08-GMT.mhtml

**Hash (SHA256)**

2b46664da2ec6975fb51adc3dec336d1488ce6e850396d7b7e9777b076c4e673

**Signature (PKCS#1v1.5)**

Dz0WkEgNkbZJ9w4hXSjQqyE+Zp5Z0pKt+73PXrYPuXew/bcyhIkWho8okO2ZFse0J+c+iH/rSFztGPbcn54FtKblxjUDyOlCVVEQYk6uQKaG/T3bf0efh1rjgwAa8mB2BNC6h2iAd56ahMxCD
+Kry0vEpGxMhwfBIZtNuSmZkNpwbBuAD5se4aMwr3dD1FfqxdL6Saomhl4yiGFW9hlUevRt1KPIBB29oRehzwR8u1t6s1Vu3DF+qP10rX/HUgLU2SsMBu103vwPHVYOEMEgWeyiQEpB3eqrtogACQu00xRVhqotP6a1qLGqHjazseH5VoUfGU4195XeZ0KCbB2z/A==



AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com: Drippy Smiley Graphic Print Aesthethic Trendy Drop Shoulder Oversized Hoodie Sweatshirts Gift : Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/dp/B0BVZFKSBV

**Collection Date**

Thu, 01 Jun 2023 06:15:41 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

hKtppovBG2bFN0LoN0jthH/8A1+lllm4FA/oi1o6xLdj5ZMBjZcCYhOgsWFeW5/eAogWVng/YBR8YH6JSGUgikp68XiFP4C7adVzjOQIKnptklimxkN8jv7pjWq9NG8GJYRq5UCIIDzChDUxst6I44gqhxQgHmdDsql2aHrU0MqD9V/J+qH+xUg7ZcMyoI788o7J/16arvcN/
C6u6xb1rnMoqW8LcybLfwTZstbAUggV+8UmnXNvh++0uLINY6SK/pnQgzQiMWzW+ru0raDbbJl1ixe6BIbcKhrLDG6UFnEcx11uyJYCnQ6a9+I6hDn/+Fva1Gvfd0gUBQ8lK3jzeQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B0BVZFKSBV]]_Thu,-01-Jun-2023-06-15-41-GMT.mhtml

**Hash (SHA256)**

2eaebd0ec96d7c5e02db4fcd702e69f05c3cce994d90b7e23749a9caeeeb4d04

**Signature (PKCS#1v1.5)**

LhAoVmsnLGFhXL74GsU+QstD5zUUeIHvoVvxS+xzYLASDd05STBXu7FAhsKcawYeqguZ5SpPt3KiPt9vlMRavvt7IAcJy6MT4GMFEnB3rq1dzcu6ncjbDByX2k+UrsECk9xxpoFTEuxLMY3slboAOtxymKHWUy/51tPAgoI678G5yjjfkvEOcxCUzAPA//
QPupOz6ZSFDP4KHoRufkCw7dTJcSqXQgKFTN5hZoY0kR4uOYp79VPDaBDbLrZNr/oHTnMCJUYK5HEl7sLbknyblyzWJwTjpKbLnh1VNmZAhY/lX2eqtOKgpPFw1No8AjgOA5PXwzzJjcBCSsWjiEB5UA==



AXENCIS
Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Mon, 05 Jun 2023 05:27:02 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

202.164.138.143

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

noFw53orGXwOG+wlZaF+Rg51OPhwij56+Jw4x/p2RGdNyuQ2PPVpOlSFflL6Lc02TQPmRsJmdRIG9nnxZLH9yjHi9m4C4H8S1GAm/U0YAV0w9tYRTkNFoxkDYMxyAZe054kwyNv0Cg5NX/TbuMMIKd9Lfe7u9Q4D72XOkzk54eQThUiPLT//FW6AsRSMq5E1i2+vr/
frY20GsFVCAskK2QGPPZ945MjB4qH2QIDGfsvZaHrXVw9+S9dIYdYo+vbYmJ5j96Hacu39ZJlPQ0aUFg00JDflXnqAPpk1pdFeV0Ypd4OcfhShPGBv0XWTSzTfb87taVv/JJI38gRKCTrd4g==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Mon,-05-Jun-2023-05-27-02-GMT.mhtml

**Hash (SHA256)**

7ef54cda87b9a0200c14e1a01c81f8fa426bf5a5eb0674ae7810da54d5cd48a5

**Signature (PKCS#1v1.5)**

A7utLF2W1SquTwl4rPsfoJ5YTwzcbulfaUV0s2xN1j8kmUoAGYgwxOs18CFrU2o781xfhaKddFNBGrmyd1QJTY7vf03cDnfYL+KBYQqoFwJGbpMqdM59R97ysQWe46RLjh3Zafm/3j57HzvLYdq/BWpwK122eoXR6xQ57lKlgh9oKDUQaqQibjanGwSiEVLKhtqWjpVU1u/ish3Da8yx/
LH9FnUqtTc8inwLMKr0SE6CqUHyNVAy2jwM3UThXTeqv8BA87ajUOnHUhH1ugR4JApfLGRin+NHa7dYsUCZVY5uIEsXyLmXjh4CfRrZxVHRAsVNZvSzjrmE5bSNR0nzQA==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

Change

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**
Get your Prime eligible items with your 30-day FREE trial of Prime

Get FREE Prime Delivery with Prime ›
No hassle. No commitments. Cancel anytime.

**Delivery: June 8, 2023** If you order in the next 12 hours and 47 minutes (Details)
Items shipped from Amazon.com



**Iron On Patches for Clothing Smiley Face Heart and Star Decorative Repair Chenille Embroidered Patch Personalized Sew for Clothing Repairing Hats Shirts Shoes Jeans Bags Craft**
$8.99 & FREE Returns
Qty: 1
Sold by: Baobeily
Amazon Prime eligible Join now
Add gift options

**Choose a delivery option:**
FREE Prime Delivery with your free trial of Prime
Fast, FREE Delivery prime
**Thursday, June 8**
$5.99 - Standard Shipping

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

**Order total: $15.61**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.
By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $8.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $14.98 |
| Estimated tax to be collected: | $0.63 |
| **Order total:** | **$15.61** |

How are shipping costs calculated?
Why didn't I qualify for free shipping?

AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com: Iron On Patches for Clothing Smiley Face Heart and Star Decorative Repair Chenille Embroidered Patch Personalized Sew for Clothing Repairing Hats Shirts Shoes Jeans Bags Craft : Arts, Crafts & Sewing

**URL**

https://www.amazon.com/dp/B0B14YF3YJ

**Collection Date**

Tue, 06 Jun 2023 07:11:29 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:36::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

EiBbt+iG1xFPCasSBDGclE+SO0sNvVY0KvhNsw9XNQ8an42vJ6apOpAw3EK2XFlWBAKJjlKjYgupBybfqtMiO8fLlgjx+Rt0+lSvePYQOb7j2rW0PPKFbB0yHL8c2ZM/rg14jQZ8bDk3FRQZ4R0GEK1GPf4NeZKaFXHwh7XZba9hXi0mzX
+ehbazxaP0lwrYiCFh4p5aVGOop6NaneEE1cAbx7488816lFAdJBOKzTPlT5K3As14oc6MdndfvDCADGChYS+Yrq9aHUEV8NfEt3oZlm5XdJOYqhscWAvg0kuW0bpb4B1JKGcytCDFbCPBGUkfbxpHUI3KUPLIQXv1pQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B0B14YF3YJ]]_Tue,-06-Jun-2023-07-11-29-GMT.mhtml

**Hash (SHA256)**

f1087389effef90aae8fa15a8cdd9d27c7dc3f7e9a51930a413e7c09d8f51057

**Signature (PKCS#1v1.5)**

Wh8uQZs+irde69o1y8Jpn6WVJbaeNU9xnL8vtgXKJ2ODuThKmoqMcxvtLYOIWUXKrsf4PiVSC6+IEn8+9FFA3zpP9u/nr02KLpaIBJ49xWgZFMpAelroRtNCkECueuKup3cUk92Nf19f7IpXktkkkccCDh4sL2yUBx7Mx0exy618AkACIzkOhtPz4FrlGDSz0EtWrhlM4Ler9bFPZhIC46MIV6zyuL7foxosq/
YagMi88Ylgp+o37HFpykFfoUKPLGi87XM3SQNmHObwDyQl+K2cLS6IcTk5ZssPRZMQPOh+R81nRE+Ph0jPk66VqbOOOgLbj3WZ+DB3/k9kCkWFMw==

