AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: 5 Pairs Cute Tide Socks Womens Smiley Socks Female Japanese Ladies Cotton Spring Summer Short Tube Sock EUR 35-39 E : Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/Womens-Smiley-Female-Japanese-Ladies/dp/B0BCFBCMP5/ref=sr_1_108

**Collection Date**

Fri, 21 Apr 2023 10:16:47 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

i6Cbn/pJ+ZiisYsnwRqvV+p0hxy0/8zZP1FnFY3Ssty/1txra0XlQvxOA1G9BKSTZIpaEN3h79wHhoSOuP11SYCWlYmPvrvmjjL4QsA4837TT1VHz/isKTocF6qMgMdtUmxyPSaaHObAEX+uIIC99Ayqy/wkiGGH5cVfkSDO2nI=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Womens-Smiley-Female-Japanese-Ladies[fs]dp[fs]B0BCFBCMP5[fs]ref=sr_1_108]]_Fri,-21-Apr-2023-10-16-47-GMT.pdf

**Hash (SHA256)**

9c9fe1065d3a82dda4a18eb34b903916ee7f36be07d8f2d51fa166b224190b30

**Signature (PKCS#1v1.5)**

ZwhRZQa/KhfivwvjZ3s4JClzW//ONTF0WoGLCb0ES+toCi5fV8URHooLFcaLlwkSedn5RLD+WVYeRtjyF+tYMhFK21JrBqVPLJ/or5c0awTYqtbbDl/LIC4x4ffvDXFT7FvZK/NO3hhYMMY+Q7FXVlUZIlyKiZjY88MY8jQJ/hU=











Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Wed, 24 May 2023 07:42:34 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

111.92.80.105

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

ggFZJD+KRHGFY2Uza/pF6w7rP8Cxf/DLiax2bW/3bQTq1z0vidTERmNSmtJhkxkkIDP7Itg2SQrur6RO+HrJ8q9+o/ZJV9HLKTMawzTeYhBpB+rb7Ogynf5r1ZSUTI5hlzY4V5qdlfXNabgmYhHJmpHQ3QLOArXomu8FRiFasA/jyI2MqRV5bwX/PnNOe7csaTWSk/AlTv89cgDJDF5QnSPhlfiRTx
+59OobrYcWx0vYdTB2OowARDObDgvGpRlL0TsM+uLihl7mx+Lcn6sPWW9JxwHmVFvUm5F0Z0rrum9AdYfQsie1GEcuKOQGgdMX2yTurlVjqlHdWU6xycHHYw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Wed,-24-May-2023-07-42-34-GMT.mhtml

**Hash (SHA256)**

d90f5940064a7bf12f6eb917a71b1994f40f25760a23fd8bc6b2b87c60959a9e

**Signature (PKCS#1v1.5)**

k1VETKaeBUZBE718/cvHUqAnJ8ZrKni2Iq8TPqy7wz32ZdKSFanlwJIAaCfFAvl8jqpwMblK/zW03VM0GDF7av6LozVTmgZNonE2+blV2qsgF/
AcAfRV8mjxqaJ2z3v8zNfjW5M2SdC4JM5riVat4HAd66etSslSNis6dmLV0YGfrAmQwtEbgfxj6XHe9oeFgQJWVeYTERxTntRZBT7kSecf33gKLVrXzlOOX95gGVZLixGWOWToaSBoe3thwhfAX2WYqDqd0PReDHJB11VSlsOEAsKFeGzg/
dsc5mTIu2WhdaSDOh1Xn5iV/9Q0PM69jb3b9tPmTmIbDXwyRJFfDA==



AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com: BCLOSE Preppy Room Decor Aesthetic - Hot Pink Cover for Preppy Pillow 18x18 - Cute Howdy Smiley Face Throw Pillow Case for Trendy & Funky Room Decor - Preppy Stuff for College Teen Girls : Home & Kitchen

**URL**

https://www.amazon.com/BClose-Preppy-Room-Decor-Aesthetic/dp/B09X61KBQ7/ref=sr_1_63

**Collection Date**

Tue, 09 May 2023 08:51:27 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:93::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

bkGy/HjVlwVUxSXojeMLyC/Krbuvej5a7Fukkn7oyePR6JhiqqwnFF+nfKd9wAnb+AR/AJvHY6GKPjxtlDbQM0GuvFhnlLVgiAGOF5e3f9aCP/rlhGhEEWJ+3NnwykHUwdgtG2tKrCk7eJgs1JeOf3qiP2HPC5/rSmsjSHQpLHM=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]BClose-Preppy-Room-Decor-Aesthetic[fs]dp[fs]B09X61KBQ7[fs]ref=sr_1_63]]_Tue,-09-May-2023-08-51-27-GMT.pdf

**Hash (SHA256)**

1f249c936e0c4bfd18cf37156a76409adee81d8102932d2baac83b34012f8516

**Signature (PKCS#1v1.5)**

M7URNpprXVQUKzJrEbenpP5bSXkeXMy4MrgclRFRLm+XPu+I1dDwRKzs4tIwAOfatY38omqNNP8ExT3o/Zi+enT42xBk+21muGSHn87HDhti32jf+YZhE/efC9P+Rx1WtP9sdUqAssVV34oSsOENDGH769hnA9Q0QW9IdO+G5bM=











Investigator Name: RemoteUser2

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Sat, 13 May 2023 13:41:58 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

RemoteUser2

**IP Address**

2001:ac8:9a:1e::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

EA1B35mjRd7rrzgX2ZR5fJPXbRcxe29idhlGnrvhL3mBg+EbiuCm64qwtg9PP51vnuF+qs4I+x7bWYDEfKsaNCkjHLjIHr0yTu+IamSOJZfGeyL4uAq0WEdAbGjRDPsokVy6IOxXDG4UzRtR7QATwDuXrQ+IAmke49j45gr2EpGQUAFNh/U8bUbqcpWLwDZbjXKdVJXRa1ZlliS7hsOI/
TuggbzusqdhGe0f7jeVowRf/O1GR0Zi6doN5/CJpedwBgzi1HyDX7OLmsk75z9VvhxWyOOexD+UPUBccbEx5M/HijSzRxhNOtyI+ShFWMddTOH9QYF7JNbWTz6xfTjUcg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Sat,-13-May-2023-13-41-58-GMT.mhtml

**Hash (SHA256)**

b21e0405e589ec3ec28a246317f71ce63fe4e1295a8b1fc6262aacd6d313b22f

**Signature (PKCS#1v1.5)**

dOe2bR7mFNZLxIMr02gjRbNkbYKpsAu1K8ec741jiAYSWXHTyD9ugLnnSGsM1hlx/f1okKJCSvmfpkYei6W6avGcpsR8vsyj2bvaRuthwzSXPyCV1b1AvL06kxzNnXhsPUkj1ukqkBocKzV4dxJuExiB7c7Vqp4Vu6LDfRfE+74GZ3Sa4i+ULTA086RJBXdc3h519q2MB
+eVshDNG82Ln4L4hgAogEt1th9+30paMFA7jNovbBhxy3AeSdUDhW/N3FBkCF+cPTL0sgNVFs+wQvyNHFskKZBxQkslRDfcqt6QX0nPkt6WQSu2XSZvFVHfhq7mhagklHygj84y989E2w==





# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 19 May 2023 05:14:33 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

krqFinEZQG/ZQVdJBIrsSU9x4Ea3iNdjU2b8xJnnDvFaoy9cyav7RZ28jVVey+0VJh+6tasMEYEyl1Ba/GcY7TUxmD8ZSm2ykzB7ClAjSwVZFCIkZ13zwILis0bEqmLBG/dIf08Cx9rU3ewX2PGg6d7KFCjkpRJMZixyXtJ9zhLsWB6Vt/6mFEj/
O11If4ZDuIvl5NjPzuDOnoB1EEHIBywGmdL3pSoozVYgufU2j/+U4xGigYVGRwpdj4bKV5PJ5ABRSnyHOEJKKUixLjAeSQFFDAU3RiYKVvUTNh5EsiPKi7du1NVoHEygpAtynyBEQTXxCokCYrCXrWsEooJVNg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Fri,-19-May-2023-05-14-33-GMT.mhtml

**Hash (SHA256)**

fa5e72b9d36e62263c40a83ba09f6daf6c9ece8e16505d2025736e05f67f83f2

**Signature (PKCS#1v1.5)**

Klb9B+JI/qHSJkrmW93QgtWpAUwc7Jp8+sRAhmzUh+ngqtl51/bIOhs9zTOpUdrR3qV2JNmfR34c+0hlSiEOUwkaAJPm0Fz9vtr0VUmlOMP+q4FJ0gttb3J5NGLIAppyhSmthqYTUhYRWZF+rkxL1McBL0YVTI1BuJ5m4X0pOXOlF/DOBLim5+0/jRbqMP81b7KxRZ
+oySScgNUEPhEbHuguWt7bAHBuHL6ZAJdQ4sfoe25Bthcp106Wq5YdgjCVHLwko5Cz205M5Ub7tf3vGveMhGJdYJTdXMtmnxyR7Tq7r8ioThehy0/QALMypkh7jWCEdwG39Dv6KKcUEyNLrA==



# Evidence Collection Report

Page 1 line
Matter line info text small metadata lines describing the evidence collection report header details.
Collection detail line
Collection ID info
Metadata line

## File Signatures

File info
Signature info lines and metadata describing the file signatures block.
Metadata line
Metadata line

















AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: beautlace Goth Smiley Face Pendant Necklaces Black Gun Plated Cool Happy Face Clown Necklace for Women and Men KP0211K : Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/Beautlace-Pendant-Necklaces-Necklace-KP0211K/dp/B09ZTN8V8H/ref=sr_1_291

**Collection Date**

Thu, 20 Apr 2023 05:38:57 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Mc+sk9jFwzPNm8BnG4yKfGj9J+GTQ70IiTQcSmqLbuAgpuo9AyEZ83xeWIV+9eYIZC7takhThvDsVZ4R3jLFxdKaNZU5AqjlbgdhACH5pz/YgRGpDgoEFdKGuSWX5bi8BvIbHaZkfq2UlfEgdmOkXzesQ67/nouuKkZnujeVOPs=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Beautlace-Pendant-Necklaces-Necklace-KP0211K[fs]dp[fs]B09ZTN8V8H[fs]ref=sr_1_291]]_Thu,-20-Apr-2023-05-38-57-GMT.pdf

**Hash (SHA256)**

1312d18ba04d0ff8599c96826b97fdee38aa66f6090782ffcfe6222d71bc4612

**Signature (PKCS#1v1.5)**

il5eKN+Rltc+tw0UQXMKbee+XuVlsDe/qAnmbM3n7tuxkEvpmrw91R52J3NHAvhci7i2xdYGzJPDCRu9T6P2VBZzhtsTY888xxdxxVLk8WtYjpRsjG9TFGqzdrUvRQsoW+kAa1ty0w9yjGQ+v4pN+PbWfQs/Jx/cBRAAAJvh9HA=













Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 18 May 2023 03:37:12 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

pblFGp1cL5XmrcDkaYHWKV2lTW+fXAP7pEwew8xb+6NjEleLNlJ7SfiuY8Lr6RA78Sfg5mLZWedbsam5FBx4xppwsbCqdKE2OF58Y7lNVnlD+xDr3uivY2ZmuE93RELMGXhxQfzkCIabdgU9DemBvDkJKqr2jL1bIjLrH+NfW6Mh5DpnFNyvnx6FeYLavnx/GWnCgQNRXTuYJjopveZu7/
mzPKgcyQySU/GbHfnF3dM6yYmGBH22VnpYdzEWbrkWSXguXys+cN4mc5ThYxZLfBNn+2CfoyKA7rAWICUp27jXk/mg9SjAyeRGouxIkJdh5jIOsfmmt0Z5OhiA7BTdyw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-18-May-2023-03-37-12-GMT.mhtml

**Hash (SHA256)**

12395bb028bd17a61abc2702567f171e15b3573a367b6154406f5b601c5cf0b8

**Signature (PKCS#1v1.5)**

P+9hpt2VM1L7gHMVQ8J5FVX2JkHwSHICMpYPTBuVl+9c/pKwaeT7F3e/swBopiW01xHiTZsKxmmC1K1AdzQ3Yrk+zN18xXf7Eh7qMlhqYRsSrNVlGud32S7CnC8g9vUP0eeNN/EsZ4Ckp8qrY1jaz76V8PypipperoCZzxaWhgdqq4TYUDlTegVk3+sj5CLVOSRplwTHgJ1wCGOqz/
DWlEmHU3C8M6J133K5omT7CBDtM3qA8NPCGsBWN8j+89my1UtrL6HIfvmSJjs4nL5bYNr4ubipRwX7wCYtLUP2sifvD2W68NxCVVznqFZJ4kMKhK4U1FNEXOqLOySn8bPaUQ==





AXENCIS
Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**
Amazon.com: GESALOP Vintage Corduroy Tote Smiley Face Bag Aesthetic Stuff School Cute Tote Teen Girl Fashion Stuff,garbage Aesthetic (Brown) : Clothing, Shoes & Jewelry

**URL**
https://www.amazon.com/GESALOP-Vintage-Corduroy-Aesthetic-Fashion/dp/B0BJV8BVJY/ref=sr_1_141

**Collection Date**
Thu, 20 Apr 2023 11:41:10 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Chris Stavrou

**IP Address**
185.230.113.27

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
J5OHHOfJ98RsezcN8hSigzCblUBlMj3AqgYBoDcLyARiSczenExguEGU5mosqNVOfRVnsZ1hrZ9NJY49StN8MFCgfK2k6qsppzjN7OhbUpwdAz7IpWMj3QsWJBdyaM7ZlW361lb5qrANe5oBywWa0yEd7Z18AD67bkG3VacnKNU=

# File Signatures

SCREEN CAPTURE
PDF

**File Name**
screencap_[[https[s][fs][fs]www.amazon.com[fs]GESALOP-Vintage-Corduroy-Aesthetic-Fashion[fs]dp[fs]B0BJV8BVJY[fs]ref=sr_1_141]]_Thu,-20-Apr-2023-11-41-10-GMT.pdf

**Hash (SHA256)**
14af50a676426b128716cbd404b04058b3de651343d567cc9499fe635d0a72d8

**Signature (PKCS#1v1.5)**
NdtuPBT3Q2zCc2tKcy2x8I0UNlaWhwBRr4jGDn7eaBXhTF5MMu7bTyujurspgB9cqxRLEFn65K24/8wCSuPyjMiTYuX59nhJdiuXik9wArMf3+hY9+IQppVbT7/7LfUwwAST+WxG9pbl6Wvbly33+2ozSpsQ6/UaFAMSblQRe70=

amazon Deliver to Ozzie Miami 33132 | All | smiley bag | EN | Hello, Ozzie Account & Lists | Returns & Orders | 1 Cart

All | Clinic | Amazon Basics | Customer Service | Pet Supplies | Coupons | Household, Health & Baby Care | Beauty & Personal Care | Amazon Home | Home Improvement | Today's Deals | Find a Gift | Handmade | ONE Fight Night: Tomorrow

Amazon Fashion | Women | Men | Kids | Luggage | Sales & Deals | New Arrivals | Our Brands | prime try before you buy

‹ Back to results

GESALOP Vintage Corduroy Tote Smiley Face Bag Aesthetic Stuff School Cute Tote Teen Girl Fashion Stuff,garbage Aesthetic

Brand: GESALOP
8 ratings

$17.99

Blue

Add your 30-day FREE trial of Prime and get fast, free delivery

$17.99

Subtotal $14.99
Go to Cart
$14.99
Only 8 left in stock - order soon.

Buy it with

Based on your recent shopping trends

Product Description

Product details

Videos

Products related to this item

Similar brands on Amazon

Looking for specific info?

Customer questions & answers

Customer reviews

Reviews with images

Top reviews from the United States

Products related to this item

Popular products based on this item

You might be looking for

Your Browsing History



Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 19 May 2023 23:29:58 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

116.68.96.16

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

SWG2ttUaYok7+XROOoK6GKauvTGlLHjyAdEln1OMKH6jJmOorVEt52YAtBIiQ+pj4TIb8p8E+QtnA8ekAojDITqFbd2s//Hwaze6BNJwpih7ipNKFwZp6+c4yZ8p/VdC2AgSFcq6B2oQu+NbUruAnWxUSq1EabVJ2aYv+yratSLRaxEdnzAdUDnNs70uSeMPIVfKc+m9sSCPCT
+Q6uTwpprkn/9HC5iHKZDJXhI6UYrag8DRDxD/7m4b+siXFzSbvP3KkFVV22Mv6SSdgkkeA2NANmrxsT77bhDCtqIuWx+3uUR0c0UIkuHXgi5jeC0E56eiv2zoNTXIu7Kcb7OXbw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Fri,-19-May-2023-23-29-58-GMT.mhtml

**Hash (SHA256)**

34eb7600b0bc00daa5bf4689b370feb82813ecc4cc0c781a73c1c01723c42f4a

**Signature (PKCS#1v1.5)**

BP4ZKOH7784E4qDqo9sEGVP//f8yUtbptoBGpFByqSptmzEEzTlHGUVJ3On0otl5dU4Uu+ZOdca/SQASFemNol44zetIJTeXuY5yAHAQF4WO2a/DJbkH4rLUaBoz2TdqNobsdZ/bwMDRZNGrCr28G7EeOsI3NlmU4wtHRp/i++FPYeHDr8ZexrOE+Qz+dAZNkHVSRtQYn+kDmxjUN/
KkpzkqBR5G4dVFJf3b+oFgz0PWxOwFjSNTUjgQZTOqDGsDEzZjN9YeFXGfmUROYzbnrUnR1EjQgeP0EfdK0dhsZoZrqBGAHrbmzNaatAALaqu+LgYGdsXKDAtIljYGVrTotw==





AXENCIS
Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**
Amazon.com : Smile Stickers 10 Pcs Smiley Face Stickers Paper Label for Reward Behavior Chart Classroom Teacher Supplies : Office Products

**URL**
https://www.amazon.com/Stickers-Behavior-Classroom-Teacher-Supplies/dp/B0C1V48P8Z/ref=sr_1_6

**Collection Date**
Thu, 20 Apr 2023 11:07:18 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Chris Stavrou

**IP Address**
185.230.113.27

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
qmH7XJuKAi37+pClOmoTHO+HJ7c0bys1Hl6Jc9DX1vqsXuCoSMOsV3MYvYPTvND/9MHfjD05phqYvWpe5KCV1ngpE5/d5Uslgxe6ACSV1bBGBs+26q2daJXrscIakpeYDh6T68Kbsqgg/Q/HjTmUvOYvHHbyw=

# File Signatures

SCREEN CAPTURE
PDF

**File Name**
screencap_[[https]]_[[www.amazon.com]]_Stickers-Behavior-Classroom-Teacher-Supplies_dp_B0C1V48P8Z_ref=sr_1_6_Thu-20-Apr-2023-11-07-18-GMT.pdf

**Hash (SHA256)**
9a661ff1bb0c5d9fe67bb7db55f0f422dadd12d94caf33466f77ea3f45a703

**Signature (PKCS#1v1.5)**
ILrRo0hvdbkA09w/lhKtvkMbPVnOL/DbjTVgWu2KJqdRUZ7gJ5jqwCO9CN34MNNEM28AvBU8CWhMUrPv9qwwvoasG1uyEYMZBuEgB4aXtXZlVgKjEnYg4SCvqNXEMOvE5E=

## Customer reviews

| | |
|---|---|
| 5 star | 0% |
| 4 star | 0% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 0% |

How customer reviews and ratings work

No customer reviews

### Review this product

Share your thoughts with other customers

Write a customer review

6000 Pcs Mini Smiley Face Stickers for Teachers, Happy Face Reward Smile Stickers... $8.99 prime

Sponsored

### 4 stars and above

Sponsored Page 1 of 27

- Hybsk 1000pcs Yellow Smiley Face Stickers 1 inch Happy Face Stickers Teacher Reward... 364 $7.49 ($0.01/Count) prime
- Smile Face Stickers Happy Encourage Sticker 1 inch, Teacher Reward Stickers Student... 165 $6.99 prime
- 1500 Pieces Happy Smile Face Decal Small Happy Face Decal Mini Motivational Sticker... 191 $12.99 prime
- Hcode Smile Face Stickers Roll Happy Face Stickers Circle Dots Paper Labels Reward ... 1,317 $7.99 ($0.02/Count) prime Save 5% with coupon
- REGELETO 6000 Pieces Smiley Face Heart Stickers for Kids School Home Reward Behavio... 137 $7.99 prime
- 500 Pcs Reward Stickers for Kids, 1 Inch (2.5cm) Smile Face Stickers Roll, 8 Color ... 90 $5.48 prime
- SBLABELS Super Hero Reward Stickers / 500 Stickers per roll / 8 Super Hero Designs 85 $14.99 ($0.03/Count) prime

1000 PCS HOLOGRAPHIC GOLD STAR STICKERS FOIL STAR STICKERS ROLL KIDS... 45 $9.99 prime

Sponsored

### You might be looking for

Page 1 of 3

- 24 Packs Mini Pop Fidget Toy Pack Simple Bubble Poping Keychain, Squeeze Stress Relief Sensory Hand Toy, Offi... 491 $10.99 Get it as soon as Wednesday, Apr 26 FREE Shipping on orders over $25 shipped by Amazon
- 72 pcs Mochi Squishy Toys, Kawaii Squishy Animals for Party Favors Classroom Prize Pinata Easter Fillers Fidget Toys Pack Bulk Squishies To... 597 $19.99 FREE Shipping on orders over $25 shipped by Amazon
- SmileMakers Glitter Teeth Stickers - Prizes and Giveaways - 75 per Pack 100 $10.13 ($0.14/Count) Get it as soon as Wednesday, Apr 26 FREE Shipping on orders over $25 shipped by Amazon Only 4 left in stock - order...
- 80 Pcs Mini Pop Its Keychain Fidget Toys Pack Bulk Party Favors for Kids, Push Pop Popit Key Chain Carnival... 104 $11.99 Get it as soon as Wednesday, Apr 26 FREE Shipping on orders over $25 shipped by Amazon
- JTIEO 35Pack Birthday Crowns Party Hats for Kids Classroom School VBS Party Supplies Paper Birthday Crowns... 819 $8.98 Get it as soon as Wednesday, Apr 26 FREE Shipping on orders over $25 shipped by Amazon
- Just My Style 1500+ Stickers, Kawaii Y2K Sticker Book with Positivity Quotes, Sweet Treats, Unicorns, Fun... 1,901 $24.86 Get it as soon as Wednesday, Apr 26 FREE Shipping on orders over $25 shipped by Amazon

### Gift ideas inspired by your shopping history Show more

Page 1 of 2

- Cute Stickers for Kids 350PCS Kawaii Stickers for Water Bottles,Vinyl Waterproof Vsco Skateboard Laptop... 104 $8.99 ($0.03/Count) Get it as soon as Wednesday, Apr 26 FREE Shipping on orders over $25 shipped by Amazon
- HORIECHALY Scratch and Sniff Stickers, 68 Sheets Scented Stickers,17 Different... 1,834 Amazon's Choice in Kids' Stickers $14.99 ($0.22/Count) Get it as soon as Wednesday, Apr 26 FREE Shipping on orders over $25 shipped by Amazon
- UNO Card Game (2 Pack) 1,760 $10.90 Get it as soon as Wednesday, Apr 26 FREE Shipping on orders over $25 shipped by Amazon Only 20 left in stock - orde...
- My Mouth Is A Volcano › Julia Cook 5,322 Paperback $9.89 Get it as soon as Wednesday, Apr 26 FREE Shipping on orders over $25 shipped by Amazon
- Crayola Crayon Classpack, School Supplies, 16 Colors (50 Each), 800 Ct, Standard , Red 1,421 $63.96 ($0.08/Count) Get it Today, Apr 20 $9.99 shipping Only 8 left in stock - order...
- Snap Circuits LIGHT Electronics Exploration Kit | Over 175 Exciting STEM Projects | Full Color Project Manual |... 3,258 $72.62 Get it as soon as Wednesday, Apr 26 FREE Shipping on orders over $25 shipped by Amazon
- Learning Resources Alphabet Soup Sorters - 208 Pieces, Ages 3+, Early Phonics Manipulatives, ABCs,... 1,398 $50.99 Get it as soon as Wednesday, Apr 26 FREE Shipping on orders over $25 shipped by Amazon
- Spanish Bananagrams - Multi-Award-Winning Word and Language Game 647 $14.99 Get it as soon as Wednesday, Apr 26 FREE Shipping on orders over $25 shipped by Amazon
- The Invisible Boy › Trudy Ludwig 3,979 Hardcover $9.99 Get it as soon as Wednesday, Apr 26 FREE Shipping on orders over $25 shipped by Amazon

### Your Browsing History View or edit your browsing history

Page 1 of 4

Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell products on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a package delivery business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Your Recalls and Product Safety Alerts
Help

amazon English United States

Amazon Music Stream millions of songs
Amazon Advertising Find, attract, and engage customers
6pm Score deals on fashion brands
AbeBooks Books, art & collectibles
ACX Audiobook Publishing Made Easy
Sell on Amazon Start a Selling Account
Amazon Business Everything For Your Business
Amazon Fresh Groceries & More Right To Your Door
AmazonGlobal Ship Orders Internationally
Home Services Experienced Pros Happiness Guarantee
Amazon Ignite Sell your original Digital Educational Resources
Amazon Web Services Scalable Cloud Computing Services
Audible Listen to Books & Original Audio Performances
Book Depository Books With Free Delivery Worldwide
Box Office Mojo Find Movie Box Office Data
ComiXology Thousands of Digital Comics
DPReview Digital Photography
Fabric Sewing, Quilting & Knitting
Goodreads Book reviews & recommendations
IMDb Movies, TV & Celebrities
IMDbPro Get Info Entertainment Professionals Need
Kindle Direct Publishing Indie Digital & Print Publishing Made Easy
Amazon Photos Unlimited Photo Storage Free With Prime
Prime Video Direct Video Distribution Made Easy
Shopbop Designer Fashion Brands
Amazon Warehouse Great Deals on Quality Used Products
Whole Foods Market America's Healthiest Grocery Store
Woot! Deals and Shenanigans
Zappos Shoes & Clothing
Ring Smart Home Security Systems
eero WiFi Stream 4K Video in Every Room
Blink Smart Security for Every Home
Neighbors App Real-Time Crime & Safety Alerts
Amazon Subscription Boxes Top subscription boxes – right to your door
PillPack Pharmacy Simplified
Amazon Renewed Like-new products you can trust

Conditions of Use Privacy Notice Your Ads Privacy Choices
© 1996-2023, Amazon.com, Inc. or its affiliates







Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 19 May 2023 11:19:32 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

dACs2fNKnZpWOlC1fnTqh1/sX0Qi6oH++Sy6achdb+Y+wtPZVDNErdiNC7RxV+nR+NlsSEhqEGV5ltZTV93TTipQ3zOKkQOYODCdp/DsPy1X54Zy62dpWPB8fUQFzBsVOoIphP9yZeOFMJzr5FCkajPxFY1PjbTF/
U4DstGYMiFjmitsXETesMkovEWe94BS4fEgjpdpT3CaRpEW6Fg7cj9ZMffbC9JArEx6imZnaJuz+LHjWibpflWszMruKOflBohGb6mdOvqL/RZxkLUzyYS8V+OSFM8u36zJDtHhj7IMpd1QSLyzaKAdkKz9qIaanTUY2kIki/nN57w39gYRkg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Fri,-19-May-2023-11-19-32-GMT.mhtml

**Hash (SHA256)**

1c5848f8290263b89e894c7ae7dd04da08e3d48eb718629a5cabc5aec4afe699

**Signature (PKCS#1v1.5)**

PnRQMukF4hSOa/t2e4/3lQMZHNIaZdZnRhp56Midc62Zp1ljF3xYDW+TUlW/3zZ5JB9gS7xC+EVFGbSHp4HLDAvatGuO2v8/5FMHO+gZjqh5kRrLH/oPr38ESbh
+Jkbef2gyRpgybi4pwyWM6p4gPfA3YhUQ5QkjAbXsL2foR16Y7EPSVQAFfr2Wf9Y6gCh8snTqndNq1NMeE8zguISgjMsjRthzHBJz9oLCg8rO3dqYj9ucU7NwBwBczpfKnMXSBtTfAuYKc/i/ztuNWy7rlAeE9YP70xBWFYnxsZLH6JIMIuT9q3libpUT6+Qtg76Z6b1VW2uknYbd6tk6TBK4jg==





# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 16 May 2023 14:54:00 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

RemoteUser2

**IP Address**

202.83.57.61

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

i6lKAp9dU8if0XMKiTe7XDkZg5M2iXtIZjwtwWQ3UbUS4HeM2W+UwGkyVf/zHnNgVlxSqLW7DvmS2480+N56GspflijMg45aiA/oURzI6WKMU8a1zNpdyi+VIHo8eH0pioPeHFY+KWWgOzx10skp0SiaEe0PTLk8cizkyEYhGjhDAM5GHC5kMV6eouCTu1x6xOI9pDZq
+vo5EnX16x6wynGEZklSH9XHLx5Ps5pkMhVqtAGwwz2kMCEEdc3N/h6fcY/ZH9MtGgsHRADBrWPRN2CNFyle4bctODO1DPK+cG7pIWyBchNlFTZacoAT+dSl6OVXZZav+lVLXHjWNQVgHg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Tue,-16-May-2023-14-54-00-GMT.mhtml

**Hash (SHA256)**

915a5a9554fc24acb3c984d804f35980fb724ab74cd74163fb6e90a2a94a465c

**Signature (PKCS#1v1.5)**

sEBdF4Biwt5R2VM0RCGJqSrKd+mV8wHcJJhxwqMIcdkO1MBK4E8JfATW6vr1IqF8Gr40Kp1xULg/xaaPwZ/T21XDM8TblJbgn1KgHGdxPJVf8wM/VtzPYhSHc7GCSNHewyZaLQne2AAdfczlzd2Bu/IKEiS2i0lDuh1VPqPVB1mgJYyCtKAMZXlelgmKsedOnwo7NneKq5XENm++FEly0mJ8LoAK
+3B8eiu8IaiXjCCfSjDfMDM8akyNVwgOaNF0w8UQ2wZzrA8nWOL4HYS8j3C8OUbhlrCYGDve11cMRW2DldFpyKsnQL4ddNFn+eK5F77zHHBSyn+Glz7WiSxzGw==



AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com : 2 Inch Smiley Gold Metallic Foil Star Shape Sticker,Welcome Back to School Stickers,Happy Face Star Shape Packaging Seals Crafts 250 Labels Per Roll : Office Products

**URL**

https://www.amazon.com/dp/B07FQ9R72D

**Collection Date**

Wed, 17 May 2023 07:08:25 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Xmswt1yQF8F5Xbe5U74GJAKUK4VMUGvXQe5f/bDf3PWdeWZTADsBwJQgFFzFx6p21exgW/IhezJjlC8KInNc1xNkbJmH5KaYDxIvC3a2FlOrDiatMErJSZqlNhbDGmcMPhLEggU4aIxX/
KAISEjMkbrTGzjGzcpofo5krNBhcgkO0zg2V4KPDzIvaMQE2TAGVgdm2FyPD3pvoL9x8m4NUYOb0wqx/aJ+zk8d0SL/22JY9qtSPBHGy2lZOxioI329pC4iilvjtyC3kBzicltPN7srMptxlQPUVEPz0rNdDd+pCJQcFj8CTsfYS5ORZGNJE2q0JPA1mvEZ0Uj2gdjEdw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B07FQ9R72D]]_Wed,-17-May-2023-07-08-25-GMT.mhtml

**Hash (SHA256)**

95182f884e6db7a51e1a365a0324c0e4cf29c1d074dad07ea951e75ebf581ae5

**Signature (PKCS#1v1.5)**

eagOSQPUuIlokC6T3VuJpwOScKKL+xA7I10CZxOVrCPLKzFABTZ83t99aSghKPyzuP7wR9MxgvbNahWleqglD3DgIn8tmC36ymnwuUk6x4MarWYsCEfx7DCqF4q2UaHM6kamoltWhza9/mLtGe3elK+5ZjGJOTsrMIJPU4ASVGzCEZVxW0Lh4BhmGKh30wAE
+zyeotY4+U9ocbfaMfo34aFXFvDVWxfDKxfZfJdTiL/pO87Bk7Ry6iiCLbqSFQLtHJnPIWhlRomqyitP84XNk5HCW4YwnXL5Ea+RlgRCwXqVwF3FFDLuntwJJ4CZBJCFl+Hb0uyCtMlK6EJKkZqj+A==

















AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: 300pcs Smiley Face Beads with Crystal String - 15 Colors Acrylic Smile Beads for Bracelets Making Cute Happy Face Beads Bracelet Earring Necklace DIY Craft Supplies Gift

**URL**

https://www.amazon.com/JOJANEAS-Smiley-Face-Beads-Bracelets/dp/B09J47829N/ref=sr_1_169

**Collection Date**

Wed, 26 Apr 2023 05:18:57 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

ADo+4Uarh5Re9vD+6wz45iWLunetDuFL8FR6eprge/b27ubGEFZHFxUDr0eW8QiOFfFbmdc+1vepxGfj12OIbm1fVtnefGGhcnOXAy/XC47RkeHqFiz4tCntr+zq1pHLrQMYQpDODTuHpPi9cXUZfmGu0DdW/Lw+NwCg0sQPMYI=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]JOJANEAS-Smiley-Face-Beads-Bracelets[fs]dp[fs]B09J47829N[fs]ref=sr_1_169]]_Wed,-26-Apr-2023-05-18-57-GMT.pdf

**Hash (SHA256)**

5f50fc95f7db028a5ee858d0ca25a0acef35ca4c68243278708279f3d89d8bac

**Signature (PKCS#1v1.5)**

DYZQRZCifsLa4pfRHqnOW3s7fpxEw5QIeYAMVb/a1dgEiupKfJachavdaCqieELMNm18ad5j6LT7A3wgZ8B9w7JtoP14Nqj6JhBRglh7KO+qAmP6B23/putYzgC5OKU3lBrCaj1oHotQQaZP3ktCdjTwOSL5aZj6tZEXrKSMteQ=

amazon
smiley face
300pcs Smiley Face Beads with Crystal String - 15 Colors Acrylic Smile Beads for Bracelets Making Cute Happy Face Beads Bracelet Earring Necklace DIY Craft Supplies Gift
Visit the JOJANEAS Store
(4.6) 533 ratings | 23 answered questions
-15% $10.99 ($2.23 / Ounce)
List Price: $12.99
Color: multicolor D
Color multicolor D
Material Plastic
Size D-15 grids
Brand JOJANEAS
Shape Round
Number of Pieces 300
About this item
Sold by BGISI-US
Frequently bought together
Total price: $37.97
Based on your recent views
4 stars and above
Product information
Product description
JOJANEAS
Colorful Smiley Face Beads
A good way to relieve stress



Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 30 May 2023 22:28:32 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

111.92.77.63

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

KMXZWmDYNr09bgwNTOyMx51yEpOOGELLfNnECyo+JjBfXQSHsXg2vV6aO/kSI+OY91OdYPL24irk8A84ZogOzMtOvhdyeuB68y0hZ7C4xlpS2kVxNlpb9M1HIVQHduz
+tqEcKVTJnC2aqt1Me9gnKdL6lfRoDWFLyM9LkvrDaPm1KoX3lLZHRJoCBSF849ZQDmsvhTBJ0ikOTc80vmOIDU2pUzwTVoyuFpQQuFIx5bYIT+vGB3LEt9VuF69GDdNFNUdXP8JHmKbvMtzUdkmrLDcEOW1XHuDQkFh0UKvsrIDIqN/ov765xviYKQvQuyptUHxv3YEEYytdRv0FCImVsA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Tue,-30-May-2023-22-28-32-GMT.mhtml

**Hash (SHA256)**

6769a42ca7f714d223e00eccf315159ea88e17b48cc1f9a4c56dc619ee4cd3f5

**Signature (PKCS#1v1.5)**

GLpeI28ffIsmhlC1Gb4VJqiXB9hpK5YbJ1pTtJZVqi2okPVHEfdz27MlBhNMeIbW+wfAnCtWcHg1nHc+heNsLCSzP/FdoDtyvk8QneTHsmx/pWKIrueISl9OLH3NCSeMnjvasfxzsRsZF7sxhAX515qQwYhGpIfT/YeMWGQ8d1RFEdS8n35mjtXs82/cZCrL0NLeiSniKJ4CHnppzDuoNjLudBy
+HMd3KvXEWNQNml5TH8eMsE1ynBefRmHJ2QMHKtKP663YhfL4oZ5Y0zKweLQaHkjlhnsLUJTnXZ+DjXKwZQT1hPn7afg7/Xfkg39qrbtezM+oe5Q8TrJyuaaSVg==



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: OZAOZ Smiley Lunch Bag - Aesthetic Corduroy Kawaii Lunch Bag for Girls Kawaii Lunch Bags for Women Insulated Lunch Box for Kids (Grey): Home & Kitchen

**URL**

https://www.amazon.com/OZAOZ-Smiley-Lunch-Bag-Aesthetic/dp/B0BQR5PF12/ref=sr_1_124

**Collection Date**

Thu, 20 Apr 2023 11:38:43 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Eb4gvEmd+SGNAHfG9PiAJQqdkgwq6LlZdfbB1DP/QA34NSSA3JLFaeoxJz8lppWCjAorlx/wvwLOGcE/yAtqlmtgUqDlncmmtnhFU8gS4GDo4t1uzU102mcGpNu6/INF0IYSBNXvf0CmAnQNJKcdXfwpaupprofGvNMThtbI0jY=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]OZAOZ-Smiley-Lunch-Bag-Aesthetic[fs]dp[fs]B0BQR5PF12[fs]ref=sr_1_124]]_Thu,-20-Apr-2023-11-38-43-GMT.pdf

**Hash (SHA256)**

e920928e0d1665e47334ed65fec17cf28f50701fa167fa274b84d1513fa5b965

**Signature (PKCS#1v1.5)**

kDqyoxYIX4bdjdQXWDTNdl+bnpWc5kvobdyzZvLxYXkcbzNQn2B7zmOwmhOO69Y7rChNYhsaVCJnvG5BbCKbvGAaVMwIv+H7etZQRaMTnMs3iWazHFkQeVTSSmCgOZjDoQa2AjqUPdSOLzMkUFDpZ16flcx4rmxTWFvphL00HiQ=

















Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 19 May 2023 23:07:34 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

116.68.96.16

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

k4hnw/fjKcmZpsDWa2Fcqq0/CHDjolGxqT02poWQzJeMHksuI2LsvOW8BtvB6J52UIWJh3jn7idUuJBRv8dfnykjE3jLgAyAjngkqemvk4YLrroX+NNX7rnI7nXeiyuxcFehYRSmPeGl5IzdbL9LNVCgOu2TndEvb7SW7FYJ9f20382hjvppfhGPsYzOhvQGJl/
qfegc0VXawTBj0KjrYtwhb2s663Lotpb995cIHB+FkycJSf9qpvHXt9IkI361obdBwrsP8TAyPyRa3FLfPoP/ZxH/gYNlTMtJpnQkVZ6Sn9t6gu3U342B3bGmyPMmGLnRvKp3DKOGdTpr/ATxsw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Fri,-19-May-2023-23-07-34-GMT.mhtml

**Hash (SHA256)**

d611908622ca7f9a563ad1fb6665b28b57c17a3c1a2ecf962e7f530989ff271c

**Signature (PKCS#1v1.5)**

pxA6WYTIi8m80UWMy0vrOuY1HOPL+5UIppkzOU/kc35Van82yYWODSL1+z3w50U3TZQ10H4hpSSIEFjUIO2hXdJXGPPMvNtWrlvH5IC7TcTSUxR4UFS++hHXGjWei2hZskzuY1W+NAZ/qzIWkLskCoWhr/E1lX7altgdvmb+Z87CblBbh8ZWvVnXneoDS
+nouPHBzJK20UGlho15bfaqzIukCUQWLbfrA96AcXCiplMe4asQTN6VVas6n2h7ziRN9tQYZ0FrkHuh8Zt/BQfiDTlEU63M2LmX+44L3MG2j7DEJMsd7vJbe1ELZ1meIDaVeb+LqCajIfDPfvd263awuA==



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Boho Smiley Layered Beaded Necklaces with Strand Bracelet, Smile Face Star Fruits Flowers Heart Shape Beads Pearl Stackable Collar Necklace Anklet for Women Girls Vsco Summer Beach Trip-beads: Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/Necklaces-Bracelet-Stackable-Necklace-Trip-beads/dp/B095SNL4M3/ref=sr_1_23

**Collection Date**

Wed, 19 Apr 2023 11:39:18 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

PM4zXUEHW4WELI/wh2D5nknCUiKRP7giRnx2VyyIxHbKKSkH7KnxxCWL/jTRl01GAr+/nsolnOLDHFiFlvLX2Ev8thQIQzXNTOFaYxlJNFP3m7LM7ojeErxa19xgZ+OFrYDuYHXtU+yjy34Kf9MhdnNi8wpjrWcMjw8G1/UsS+s=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Necklaces-Bracelet-Stackable-Necklace-Trip-beads[fs]dp[fs]B095SNL4M3[fs]ref=sr_1_23]]_Wed,-19-Apr-2023-11-39-18-GMT.pdf

**Hash (SHA256)**

83490378d82b0f66802d9b8163340ea5d89000a40732055f51310f43cfb9d7a7

**Signature (PKCS#1v1.5)**

Z9X4klgYuTVtyXl0zAcOD27ymLiVBKlV/T1E9RSeZ5+3b9Ar2eyMEjoqcwP3/NPNoaSyUR/FjLiEdYedmagj4W7cCaGQ85hA3sKb41bYKCnod2jgXsRF5MW4mS3L/Ku2TFwW4r09m0sU9dfwsfjB7FUW2Q74bI4eqrMvmgGOmIQ=








































Investigator Name: RemoteUser2

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 11 May 2023 10:50:38 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

RemoteUser2

**IP Address**

202.83.40.99

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

J1GNM0nDh87v8iZdtrTz5tJPYltlkwQ6ulQHzvF8f4w+orhLcBjcegn8c2yvOaIWv+5wgp7iW3q4mn+hDLyH5jxABiYXPA7fbN9VKQyrQJ+FQpzQS4pywYy3tWbhG80Yr7flzqaFQvL19yeOCkVWhzcokQf4OCFyeNq0GMAN3yCRl7YbJYqUK+kwwE/oZ/
cf7013Z9jGONnTmXoB9vOA0lxbEeMqpm5sdecKSYDKnDL2KyMzzHQu761LzVBz91iDdIblx4gU6Bgxq1R+Omb1RA7UrWydOkpjNgGk5Cg60DlXICDV7wXSJAMrk68YCY7B/OdvEK/IpNLIiHX6CuD6Bg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-11-May-2023-10-50-38-GMT.mhtml

**Hash (SHA256)**

0cf0d88b119c1a9176d6e46646d95d092e01122f4ba49e86ccc5154b8dd2e75b

**Signature (PKCS#1v1.5)**

hjzsPvwGzCKP47u4t0RpJz5BGpEKU/FsusPXj66CTdyYfceI9t1nowictae6arXEz2Q7YI3d6aOO+/fCFKJ0OATOVpdmnUTDBPV1m6vmU4vvp9Mb6Bb+B6QU3yvmF/7+Eg4YPV541c5Htgcp/aTD6bUDT4QWOC3/XMGRCwOO+anGQSy/DCtXf123jkVMpr6TEP+0b/
aSeWIuQaddqPSDsD0AsAYEkkmi+j0Xw5C9Iwi9upQQtBGyqcMr17eFROJjY4K+L0nIdSHnN9qgpgQIFoV8auBeNRrfxzk3ZrCRCs4VOvq2v4qQNQ3fKlbEU/LYVe4Qow9p7i1pARF7wml4hw==



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: 6000Pcs Happy Smiley Face Stickers for Teachers|Yellow, Mini Face Reward Smile Stickers for Kids Classroom, Students Emotion Incentive Chart Good Job Face Decor, Envelope Sticker Seals : Office Products

**URL**

https://www.amazon.com/Face-Stickers-Teachers-Classroom-Incentive/dp/B0BLVTPKSM/ref=sr_1_72

**Collection Date**

Thu, 20 Apr 2023 08:03:22 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

YalHBMnh5PubhbAURZhQdJSYlYCsYOSTJDLl9uu+HM1vjy/hE+gzSy9eYu0n8GL/NgvYJ+uh+oNLIED0AVm/pOqhdpz+h3kXrhPKuap5Vc3bkazUMt/8ljeBp3ueEGjbOfl1muMZSU74YDa2ZIwChcoE3WyWSB/MY6N6wTDmCKM=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Face-Stickers-Teachers-Classroom-Incentive[fs]dp[fs]B0BLVTPKSM[fs]ref=sr_1_72]]_Thu,-20-Apr-2023-08-03-22-GMT.pdf

**Hash (SHA256)**

f4f0b960936a0d6de0711a553795b33367c62a7a8feb94cfb0ebf7bd7718f3cd

**Signature (PKCS#1v1.5)**

oeaD6i++DS36A+EI1NHlQDxqNMOGrcyJFP4JDKKljkRugClqNWCAoJ/j/qryc7Jkfi5lQPWsgVFn21O4y3bCfrEMKKL7yspFmvXqqyuNoXvfU5+HxV8ZmKaTrK1Os86kZCfTXFVTb1fcr7QGwD4WGitGeiavzK/GtiB1xPY5JAk=

















Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 19 May 2023 05:21:00 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Z20nwUbCFDhfb/lKNsfjHmJNSOE0nkTccIT/RjiqmJu5z7LbMDtF2B3xft+FixFrt5Mzk7DaXA/8bnnlYDFy2VYq5iie/GOPeHUwahDcLSvXH2WSSeMlggK14Ibw+cZzNU3n+qn3PGykb/qeGvV/W4kMQvhkoMojb/XQ53Pe+KAVHjuHVQXhvZQw
+9XBqujqbOd5bgcYRe7POMjjknqkyE41rolCsViRQ3dIukJhTQzz9snfaJ5Y3usvAUuTmHguciTOT13EQp7EDOhotxLkj0FRWGrkEMp1E43eLBxcjIx1EGShxAIJ6+t8v6bhhXY9P9k0quU2K0fmZ02QKmGZJg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Fri,-19-May-2023-05-21-00-GMT.mhtml

**Hash (SHA256)**

a736f6438840fb02f4caf97b4f2df3b6aa9792b50de95eafd467f986e7160bdd

**Signature (PKCS#1v1.5)**

Sq3fZj/1O7/4nuQsKo7WB1T6WNsvIOW1963vtJlBDk5ZoJGW4IeH5snp8If6iQlTNcWtfQtYDcG0CxINOZfbIzt2UossQYoRZIvplfGKKCsuufPAGicd+AsUzcAxJxA780oaGKuCXEcv23JhLxuuRTuDLGu9ixyD8vNtzx/yuBGvyrbWvPwYE02T1EY
+aMkESEFE8qqJXP1X4NVClhdK3bA9UDVQtmt18YGIGrVylYeXZgpD4a/Cu+t8G3GiNmRuqfo9o0QE5zeDSRxbU43DTBxlcNaviPYdgbBZqPdIG6u9KigPynVuyCiTh3atI6USfdB/enECsgkI7zegqg2SzQ==



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: BLMHTWO 20 Sheets 1540 Pieces Smiley Face Stickers Happy Face Stickers for Kids Students in 5 Colors Self Adhesive Reward Stickers Smiley Stickers for Behavior Chart, Scrapbook Teachers Supplies : Toys & Games

**URL**

https://www.amazon.com/BLMHTWO-Stickers-Students-Adhesive-Scrapbook/dp/B0BDQZ43T6/ref=sr_1_36

**Collection Date**

Thu, 20 Apr 2023 07:34:00 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

DgiB5oO5r8wBE+PbvFmhj9akQH5pJewS6kruVkFmHlGOhUxZ0VFpNoErhr+Eioo8z9QPQZ9KnUYMa4vgqMsbOOmyBNZiPKyTXTPho9ZMQrML1Jqts3nB1FWVS9FnLeLcX9FbaoxnBCrJ4/hwsUG9qgzX+KA+9Zeaw3/jVqR6zc0=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]BLMHTWO-Stickers-Students-Adhesive-Scrapbook[fs]dp[fs]B0BDQZ43T6[fs]ref=sr_1_36]]_Thu,-20-Apr-2023-07-34-00-GMT.pdf

**Hash (SHA256)**

e04843e3d0857ee316cc72c417279ebc5289751cd35cf51d75cac1e49739e7a4

**Signature (PKCS#1v1.5)**

V4Xfw9lNf/Hq4YLzMgvQJtbTkr4GiuYuXbkgHMU985VgJUzVCkrRTpQF+Ny3WoQxEn/ERYBwKmS/uKCcvq2Qfia+XvJXiZRXGBKj5kGlmIGngNuTZjMauJYOQBRUNAGZOEdyWHaLdc4ukwlBdwHVqO6nWxLxELCUhJkijHsCIrs=
















# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 19 May 2023 03:03:19 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

pqwokC60DPVynAA/K4bEYg3xyzDuWvjjEwphq5ILmgiiKn3RzC0xDS+bn7GAJSs3kcEGc9sXoTlkdzfIKmFvoF2yPJyj3CYT2loVkG2gUxXIURSrd/j63yQOvezVVQX3yY72hsDzSVx8L9ASdXz4PBYyHiCvsLyNXG+byDndfc5DcvuSsraX4xn
+E0Zd56zusC8U1oQceIsKiNrEy7a3XclgSPFZO2YtHWsxmuwevUFrmEtbuWhAyutsQV64wg4kPYes/oWNUwE6JcUvfHu1hRDtSS5n/6Gu+9VQyURWrhnrfzW1TYkCM+supeyCnbPbrI+fSzZxcZC67sRY5onaUg==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Fri,-19-May-2023-03-03-19-GMT.mhtml

**Hash (SHA256)**

25f2c880ca6fda25c6a1013d361874e16c757ac0ecec4c77f41e1d671cca387d

**Signature (PKCS#1v1.5)**

clzXJyHP8V2M13fQrwxB8xxiGlyfsMqoNAnRLxWgMRqiZeVxzu+tJ4ffG3gFGBwTj1JxO6lwBBhNRStlTUs1FYHmt2p23c6fUJFECgITqM4gCQSE1Q0ZYv1LFC7RIohk/yi+dm3QILKwmt2PL95q11BSujomFT7ZDf033D+/WZQ87LXNBBqd/P9YII2tLd0Nq1JbRuaOhKE/
Msa2IHeMBfEL7kj5I3/8qRNbrTntu+YB346v7skR0mjFMwJI4mE8NK0JKV/IklVof7nuiM1KXGM8mn/tyMBdudtKdwsUDOn9BCTI8YHFlX9ZdmzGPJPuBhJNnqvYCGx1BzTS3DgE2A==



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Smiley Happy Smile Face Yellow Iron on Patches Embroidered 3 X 3 Inches 1 Peice Per Order

**URL**

https://www.amazon.com/Smiley-Yellow-Patches-Embroidered-Inches/dp/B00HG9G3WC/ref=sr_1_17_sspa

**Collection Date**

Wed, 26 Apr 2023 07:22:51 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Y9DAX4hQExh79D2cR/CTgZvAJoUTKYsscVvrGsMPCzl9hA0lohKhexvZ9Swf60cqczcEa4/kMcdG6oB2eXUGnxRyqvWQ/qsbbBqoa18EuUpKRm1LgwtrN5oZoqfkHtCMdwKPldAzIzWrPGGRXRkMDTvAWb9vjiiIo2JLI3C2pGE=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Smiley-Yellow-Patches-Embroidered-Inches[fs]dp[fs]B00HG9G3WC[fs]ref=sr_1_17_sspa]]_Wed,-26-Apr-2023-07-22-51-GMT.pdf

**Hash (SHA256)**

9b9e68bd88d3a55e64757d51a440a51725d411c18d9872b93568e3aa070a26b5

**Signature (PKCS#1v1.5)**

n/7K3KHbrRGmw9w5lnVPMFzQcnbqrX3ntKClhyEyroxrxAn9+GYiPQcM16/ECldCIL7wfNanZA1QIC6LmxgDiO7clJ/OjOKpW+Z9uV1wPQUaISFEqT/Fbcsb+Fu83E06HVleFNC8JBKzEYAbffJVh546Ya/Lk9uoqHtCK++vHK4=

amazon Deliver to ozbaldo Miami 33132 | All | smiley patch | EN | Hello, ozbaldo Account & Lists | Returns & Orders | 0 Cart

All | Clinic | Prime Video | Amazon Basics | Buy Again | Prime | Best Sellers | Customer Service | Today's Deals | New Releases | Books | Music | Amazon Home | Gift Cards | Coupons | Pharmacy | Health & Household Products | Registry

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

WE ARE Barbie
THE MOST DIVERSE DOLL LINE
SHOP NOW

‹ Back to results

## Smiley Happy Smile Face Yellow Iron on Patches Embroidered 3 X 3 Inches 1 Peice Per Order

Brand: H siam

(3.7) 18 ratings

$7.99

FREE Returns

Report incorrect product information.

Roll over image to zoom in

Add your 30-day FREE trial of Prime and get fast, free delivery

$7.99

FREE Returns

FREE delivery Tuesday, May 2 on orders shipped by Amazon over $25

Or fastest delivery Monday, May 1. Order within 20 hrs 39 mins

Deliver to ozbaldo - Miami 33132

Only 14 left in stock - order soon

Qty: 1

Add to Cart

Buy Now

Payment: Secure transaction
Ships from: Amazon
Sold by: BOHAQA
Returns: Eligible for Return, Re...

Details

Add a gift receipt for easy returns

Add to List

Have one to sell? Sell on Amazon

### Buy it with

Total price: $24.27

Add all three to Cart

Some of these items ship sooner than the others. Show details

- This item: Smiley Happy Smile Face Yellow Iron on Patches Embroidered 3 X 3 Inches 1 Peice Per Order $7.99
- Stay Weird Patch Embroidered Funny Badge Biker Applique Iron On Sew On Emblem $6.29
- 24 Pieces Yellow Smile Face Patch Cute Sew on Iron on Patch Decorative Dress Towel $9.99

### 4 stars and above

Page 1 of 40

Sponsored

- 12pcs Light Blue Glitter Smiley Face Iron On Patches Sew On/Iron On Patch Applique ... 178 — $11.98 prime
- Hcode Smile Face Stickers Roll Happy Face Stickers Circle Dots Paper Labels Reward ... 1,321 — Amazon's Choice in Color-Coding Labels — $8.99 ($0.02/Count) prime — Save 5% with coupon
- 24 Pcs Smile Face Patch Cute Iron on Patches 2 Inch Chenille Preppy Happy Face Patc... 121 — $10.99 prime
- 30pcs Daisy Flower Iron On Patches Clothing Embroidered Sew Applique Repair Patch 380 — $6.99 ($0.23/Count) prime
- 12 Pcs Smile Face Patch Iron On Patches Happy Face Chenille Patches for Clothes Dre... 161 — $8.99 ($0.75/Count) prime
- Juinte 24 Pcs Smile Face Heart Patch Cute Iron on Patches Decorative Dress Applique... 50 — $11.99 prime
- MagiDeal Funny Smiley Smile Happy Yellow Face DIY Applique Embroidered Sew Iron... 583 — Amazon's Choice in Embroidered Appliqué Patches — $3.99 prime

### Based on your recent views

Page 1 of 58

Sponsored

- MagiDeal Funny Smiley Smile Happy Yellow Face DIY Applique Embroidered Sew Iron... 583 — Amazon's Choice in Embroidered Appliqué Patches — $3.99 prime
- 12pcs Yellow Glitter Smiley Face Iron On Patches Sew On/Iron On Patch Applique Clot... 178 — $9.98 ($0.83/Count) prime
- EB Store Smiley Face Bumper Sticker Vinyl Decal 5 inch 14 — $4.95
- 24 Pieces Yellow Smile Face Patch Cute Sew on Iron on Patch Decorative Dress Towel ... 172 — Amazon's Choice in Applique Patches — $9.99 prime
- Qingxi Charm Cute Shiny Spark Smile Face Patch Sewing on/Iron on Embroidered Patche... 119 — $9.99 prime
- Cute Love Smiley Face Patch Iron on Patches, Sew/Iron on Decal Repair Patch for Clo... 48 — $8.99 ($1.28/Count) prime — Save 10% with coupon
- Happy Face Bumper Sticker Vinyl Decal 5" 2 — $4.95

### Product Description

Smiley Happy Smile Face Yellow Iron on Patches Embroidered 3 X 3 Inches

### Product information

| | |
|---|---|
| Package Dimensions | 5.98 x 4.13 x 1.3 inches |
| Item Weight | 0.211 ounces |
| ASIN | B00HG9G3WC |
| Item model number | 4337026442 |
| Customer Reviews | (3.7) 18 ratings<br>3.7 out of 5 stars |
| Best Sellers Rank | #305,448 in Arts, Crafts & Sewing (See Top 100 in Arts, Crafts & Sewing)<br>#14,018 in Applique Patches |
| Number of pieces | 1 |
| Batteries required | No |
| Import | Imported |

**Warranty & Support**

**Product Warranty:** For warranty information about this product, please click here

**Feedback**

Would you like to tell us about a lower price?

### Inspiration from this brand

CandyHusky
Visit the Store on Amazon
+ Follow

- Hippie Clothes for Women: Love the Comfort You Need for Any Occasion
- Casual and comfortable pants for relaxing day
- These mens & women's harem pants are made for the sand! They are lig...
- These harem pants women are perfect for the beach! They have a...
- Let your adventure begin with Hippie Clothes for Women
- Parachu... professi...

### Videos

Videos for related products

Page 1 of 3

- 0:43 smiley face iron on patches — You Can Whip It
- 0:14 24 Pieces Smile Face Patch Cute Sew — Kuyoumery
- Sponsored 0:33 Iron On Patches,Augshy 29 Pieces Iron On Patches for Clothing Repair Jeans 4.9 x 3.... — Augshy
- Sponsored 0:45 28 Pcs Iron On Patches Colorful Sew Iron on Patch Cute Chenille Embroidered... — Jutom
- Sponsored Harsgs 60pcs Ra... Embroidered Pat... — Harsgs

Upload your video

### Compare with similar items

| | This item Smiley Happy Smile Face Yellow Iron on Patches Embroidered 3 X 3 Inches 1 Peice Per Order | 24 Pieces Yellow Smile Face Patch Cute Sew on Iron on Patch Decorative Dress Towel Cloth Happy Face Patch Clothes Sewing Decorating DIY Craft Applique Patch for Decoration | Smiley Face Retro Boho Hippie 70s Fun Smile Applique Iron-on Patch New S-716 | Smiley Face Retro Boho Hippie 70s Fun Smile Applique Iron-on Patch New S-716 | 12pcs Yellow Glitter Smiley Face Iron On Patches Sew On/Iron On Patch Applique Clothes Dress Plant Hat Jeans Jacket Bag Sewing Applique DIY Accessory (12pcs Yellow Glitter Smiley face) |
|---|---|---|---|---|---|
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| Customer Rating | (18) | (172) | (32) | (45) | (178) |
| Price | $7.99 | $9.99 | $7.99 | $4.99 | $9.98 |
| Shipping | FREE Shipping on orders over $25.00 shipped by Amazon. Details | FREE Shipping on orders over $25.00 shipped by Amazon. Details | FREE Shipping on orders over $25.00 shipped by Amazon. Details | FREE Shipping on orders over $25.00 shipped by Amazon. Details | FREE Shipping on orders over $25.00 shipped by Amazon. Details |
| Sold By | BOHAQA | Kuyoumery | BOHAQA | PFON | Aomi |
| Brand Name | H siam | Juexica | EasyBuyingShop | THAILANDLOVER | OPQ |
| Color | Yellow | Yellow | Yellow, Black | Yellow, Black | 12pcs yellow glitter smiley face |
| Item Shape | Cartoon | Round | Cartoon | Cartoon | Round |
| Material | Cotton | Plastic | Cotton | Cotton | Plastic, Cotton |
| Mounting Type | Iron-On | Iron-On | Sewing | Iron On | Iron-On, Self-Adhesive |
| Number of Pieces | 1 | 24 | 1 | 1 | 12 |
| Style | Embroidered | Decorative | Retro | Retro | Decorative,Embroidery |

### Products related to this item

Page 1 of 20

Sponsored

- Smile Face Skull Embroidered Iron on Patch 7 — $8.95 prime
- MagiDeal Funny Smiley Smile Happy Yellow Face DIY Applique Embroidered Sew Iron... 583 — $3.99 prime
- 60 Pcs Smile Face Patch Happy Face Sew on Iron on Patch Embroidered DIY Craft Appli... — $15.99 prime
- 1500PCS Yellow Happy Smiley Face Stickers Roll for Kids, Bulk Happy Face Reward Smi... 3 — $8.10 ($0.01/Count) prime
- 24 Pcs Smile Face Patch Cute Iron on Patches 2 Inch Chenille Preppy Happy Face Patc... 121 — $13.99 prime
- 28 Pcs Rismise Iron on Patches Colorful Iron on Patch Chenille Patches Smiley Face ... 48 — $13.98 ($0.93/Count) prime
- DREMISI 12pcs Yellow Glitter Smiley Face Iron On Patches Shiny Happy Smile Face Clo... 13 — $7.59 prime

### Similar brands on Amazon

Page 1 of 2

Sponsored

- Augshy — Shop the Store on Amazon › — Iron On Patches,Augshy 29 Pieces Iron On Patches for Clothing Repair Jeans 4.9 x ... 3,100 — $9.95 List: $12.95
- TACVEL — Shop the Store on Amazon › — TACVEL 72 Pieces Iron on Letters and Numbers Patches, Embroidered Sew On... 206 — $9.99
- GUYi — Shop the Store on Amazon › — GYGYL 72 Pieces Iron on Letters and Numbers Patches, Black Letter Patches... 564 — $9.99 List: $11.99

### Looking for specific info?

Search in reviews, Q&A...

### Customer questions & answers

No answered questions yet

Post your question

### Customer reviews

3.7 out of 5

18 global ratings

| | |
|---|---|
| 5 star | 48% |
| 4 star | 12% |
| 3 star | 22% |
| 2 star | 0% |
| 1 star | 17% |

How customer reviews and ratings work

**Review this product**

Share your thoughts with other customers

Write a customer review

Top reviews

**Top reviews from the United States**

Juan H.
**What is seen.**
Reviewed in the United States on June 14, 2020
Verified Purchase
NOTHING like the picture. Please do not waste money on this! This item does not look anything like this.
Helpful | Report

Anthony
**TERRIBLE!!!!!!!!**
Reviewed in the United States on February 12, 2020
Verified Purchase
It is not 3 inch. It is 2 inch. Quality is not very good either
Helpful | Report

Odette
**and a great deal.**
Reviewed in the United States on September 5, 2014
very crisp vibrant colors, and a great deal.
One person found this helpful
Helpful | Report

JodiO
**2", not 3"**
Reviewed in the United States on June 21, 2019
Verified Purchase
I searched many stickers & patches because I wanted 3". I thought this was the one. But I received a 2", Not 3". Looks nice but wrong size.
Helpful | Report

Tiffany B.
**Cute to add to my collection**
Reviewed in the United States on December 21, 2021
Verified Purchase
This is perfect for what I wanted. Everything I. The description is accurate. Very pleased
Helpful | Report

See all reviews ›

### Products related to this item

Page 1 of 35

Sponsored

- MagiDeal Funny Smiley Smile Happy Yellow Face DIY Applique Embroidered Sew Iron... 583 — Amazon's Choice in Embroidered Appliqué Patches — $3.99 prime
- Smile Face Skull Embroidered Iron on Patch 7 — $8.95 prime
- 12pcs Yellow Glitter Smiley Face Iron On Patches Sew On/Iron On Patch Applique Clot... 178 — $9.98 ($0.83/Count) prime
- 24 Pieces Yellow Smile Face Patch Cute Sew on Iron on Patch Decorative Dress Towel ... 172 — Amazon's Choice in Applique Patches — $9.99 prime
- EB Store Smiley Face Bumper Sticker Vinyl Decal 5 inch 14 — $4.95
- Smiley Face NOK Decal Vinyl Sticker |Cars Trucks Vans Walls Laptop|Pink |5.5 x 5.5 ... 3 — $7.75 prime
- Happy Face Bumper Sticker Vinyl Decal 5" 2 — $4.95

### Best Sellers in Sewing Products

Page 1 of 5

- HTVRONT HTV Vinyl Rolls Heat Transfer Vinyl - 12" x 8ft White HTV... 33,350 — #1 Best Seller in Sewing Heat Transfer Film — 23% off Deal — $8.49 ($1.06/Foot) List: $10.99 — Get it as soon as Tuesday, May 2 — FREE Shipping on orders over $25 shipped by Amazon
- Soft Tape Measure Double Scale Body Sewing Flexible Ruler for Weight Loss... 55,864 — #1 Best Seller in Sewing Tape Measures — $4.49 — Get it as soon as Tuesday, May 2 — FREE Shipping on orders over $25 shipped by Amazon
- Coquimbo Sewing Kit Gifts for Women, Mom... 35,787 — #1 Best Seller in Sewing Project Kits — Save 65% — $5.94 List: $16.99 — Lowest price in 30 days — Get it as soon as Tuesday, May 2 — FREE Shipping on orders over $25 shipped by Amazon
- Berwick Offray 061176 7/8" Wide Single Face Satin Ribbon, White, 6 Yds 10,707 — #1 Best Seller in Fabric Ribbons — $1.97 ($0.11/Foot) — Get it as soon as Tuesday, May 2 — FREE Shipping on orders over $25 shipped by Amazon
- HeatnBond Hem Iron-On Adhesive, Super Weight, 3/4 Inch x 8 Yards, White 20,158 — #1 Best Seller in Sewing Fusible & Hem Tape — $2.17 ($0.09/Foot) — Get it as soon as Tuesday, May 2 — FREE Shipping on orders over $25 shipped by Amazon
- Heat Transfer Vinyl White HTV Rolls - 12" x 20ft White Iron on Vinyl for All Cutter Machine,... 26,605 — #1 Best Seller in Iron-on Transfers — $19.99 ($1.00/Foot) — Get it as soon as Tuesday, May 2 — FREE Shipping on orders over $25 shipped by Amazon
- Heat Transfer Vinyl White HTV Rolls - 12" x 15ft White Iron on Vinyl for Cricut & Silhouette Cameo, White HTV Vin... 4,819 — $14.99 ($1.00/Count) — Get it as soon as Tuesday, May 2 — FREE Shipping on orders over $25 shipped by Amazon
- Melsan 1x4 inch Hook and Loop Strips with Adhesive - 15 Sets, Strong Back Adhesive... 12,255 — #1 Best Seller in Interlocking Tape Sewing Fasteners — $9.99 — Get it as soon as Tuesday, May 2 — FREE Shipping on orders over $25 shipped by Amazon
- GraduationMall Graduation Honor Cord 68" Gold 5,439 — #1 Best Seller in Sewing Tassels — $7.49 — Get it as soon as Tuesday, May 2 — FREE Shipping on orders over $25 shipped by Amazon
- Cricut StandardGrip Machine Mats 12in x 12in, Reusable Cutting Mats for Crafts with... 33,269 — #1 Best Seller in Quilting Cutting Mats — $7.27 — Get it as soon as Tuesday, May 2 — FREE Shipping on orders over $25 shipped by Amazon — Only 1 left in stock - order...

### Inspired by your browsing history

Page 1 of 5

- Graphic Dust Smiley Face Embroidered Iron on Patch Smile Logo Happy Happiness Backpack Jacket Yellow 215 — $4.99 — Get it as soon as Tuesday, May 2 — FREE Shipping on orders over $25 shipped by Amazon
- MagiDeal Funny Smiley Smile Happy Yellow Face DIY Applique Embroidered Sew Iron... 583 — Amazon's Choice in Embroidered Appliqué Patches — $3.99 — Get it as soon as Tuesday, May 2 — FREE Shipping on orders over $25 shipped by Amazon
- U-Sky Sew or Iron on Patches, 3pcs Lightning Iron Patches for Clothing, Black Embroidery Patches fo... 2,064 — $4.35 — Get it as soon as Tuesday, May 2 — FREE Shipping on orders over $25 shipped by Amazon
- 24 Pieces Smile Face Patch Cute Sew on Iron on Patch Decorative Dress Towel Cloth Hap... 172 — Amazon's Choice in Applique Patches — $8.99 — Get it as soon as Tuesday, May 2 — FREE Shipping on orders over $25 shipped by Amazon
- Trucker Hat Mesh Cap Solid Colors Lightweight with Adjustable Strap Small Braid 2,477 — $9.95 — Get it as soon as Tuesday, May 2 — FREE Shipping on orders over $25 shipped by Amazon
- xo, Fetti Smiley Foil Curtain Party Decorations - Set of 2 | Happy Pastel Birthday... 44 — Amazon's Choice in Photographic Studio Photo Backgrounds — $13.99 — Get it as soon as Tuesday, May 2 — FREE Shipping on orders over $25 shipped by Amazon
- May 2 — FREE Shipping on orders over $25 shipped by Amazon
- Get it as soon as Tuesday, May 2 — FREE Shipping on orders over $25 shipped by Amazon
- Get it as soon as Tuesday, May 2 — FREE Shipping on orders over $25 shipped by Amazon
- May 2 — FREE Shipping on orders over $25 shipped by Amazon

### Your Browsing History

View or edit your browsing history

Page 1 of 4

Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Amazon Devices
Amazon Science

**Make Money with Us**
Sell products on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Amazon Currency Converter

**Let Us Help You**
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Manage Your Content and Devices
Your Recalls and Product Safety Alerts
Help

amazon | English | United States

Amazon Music — Stream millions of songs
Amazon Advertising — Find, attract, and engage customers
6pm — Score deals on fashion brands
AbeBooks — Books, art & collectibles
ACX — Audiobook Publishing Made Easy
Sell on Amazon — Start a Selling Account
Amazon Business — Everything For Your Business
Amazon Fresh — Groceries & More Right To Your Door
AmazonGlobal — Ship Orders Internationally
Home Services — Experienced Pros Happiness Guarantee
Amazon Ignite — Sell your original Digital Educational Resources
Amazon Web Services — Scalable Cloud Computing Services
Audible — Listen to Books & Original Audio Performances
Book Depository — Books With Free Delivery Worldwide
Box Office Mojo — Find Movie Box Office Data
ComiXology — Thousands of Digital Comics
DPReview — Digital Photography
Fabric — Sewing, Quilting & Knitting
Goodreads — Book reviews & recommendations
IMDb — Movies, TV & Celebrities
IMDbPro — Get Info Entertainment Professionals Need
Kindle Direct Publishing — Indie Digital & Print Publishing Made Easy
Amazon Photos — Unlimited Photo Storage Free With Prime
Prime Video Direct — Video Distribution Made Easy
Shopbop — Designer Fashion Brands
Amazon Warehouse — Great Deals on Quality Used Products
Whole Foods Market — America's Healthiest Grocery Store
Woot! — Deals and Shenanigans
Zappos — Shoes & Clothing
Ring — Smart Home Security Systems



# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 01 Jun 2023 04:11:49 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

111.92.76.63

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

q2peKaRuKEPZmhUoMutB4MObc3c15+9bL6QSOBkNVhXg83vf68lWbjSUECvwH+xGHZsiwMOKNmfSg9TFHSjv4MFA1OLzLL9ApZzbdAJASriQSrTLSnJTDcvPorVKQ2VT8RbiUWFZ9AlxhVn9p7EILuxOpsiOO51qEITpgmRhHMIdCurgdj3Jsioaljzd0xP4/
VHt6k5HbNlpQv4gWBke1mKf1uLzVoCzY3l8i4tmGE8RlVmmbrvTbYpja3fwkvFIQaTKBtSwdWg7lVtaGgLSL6yvwvh9DDpHwkMbJnLn4JSCRk7GJXGIxknLvfATHuCpQQsLVxyM1aCSA6Jhz80rTw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-01-Jun-2023-04-11-49-GMT.mhtml

**Hash (SHA256)**

e7d4b9c54a2b9f5942063d621633c8bec302c13a62c3e23f424d30f1dc98fc2e

**Signature (PKCS#1v1.5)**

p/qUanmyAFyLVLpCgZHtvBtbVhuqIqBhBwVajmvD0JV68l/T1d2JREf5mX3E4cpV++/KPmkJG2cC3u7qHF3uZIVowy2VvpoQcpdlhJ5nRdGZZmxVXKXEXX9ls6vxxp1+NjGkvO57lTtTZYmTgSGk87YNt3pJXT7s9yaJUm2IGLioTvuR4WQykdXKC0AXsQ73FydGxHFkH6MScb+G
+x8ChpDW9qUBtiTyy8hZI96k6m/8Kk/mcUdsG05Kw+K7BWMryQtbD+hutQUEWZIt9iJQa/kB1Qc7ebyV/za8OKQu4k0Mh3jY38eSX8VDPNGCC2NvWQ+CPMNgvQvj6ue6dgLsXA==



AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com: 1100 pcs Acrylic Smiley Face Bead, Letter Bead and Polymer Clay Bead, with 32.8ft/10m Elastic String, DIY Happy Face Spacer Beads Mixed Resin Charms Bulk Beads for Jewelry Making Bracelets Necklace : Arts, Crafts & Sewing

**URL**

https://www.amazon.com/Acrylic-Letter-Polymer-Bracelets-Necklace/dp/B09FT3YVVD/ref=sr_1_101

**Collection Date**

Wed, 14 Jun 2023 11:33:01 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:36::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

RKxGCUM9S0SmPuMLYymfhDEU7Ifwcu5HCVtaMAmpC8UrHWCb3uYQAabn2rIgpQBlMxgyScevJMdzb2MYrGipZ9NHXUubsJQmKrX5K/KLSDM1Xi1/VL589kyr7+r4DOe9KHOqQ7ybEljuiF4mr45XvcYMafipmoKjkHSMwx5iK5k=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Acrylic-Letter-Polymer-Bracelets-Necklace[fs]dp[fs]B09FT3YVVD[fs]ref=sr_1_101]]_Wed,-14-Jun-2023-11-33-01-GMT.pdf

**Hash (SHA256)**

a34831dc4bc3d694409f4c867a4a69c77200580ac5e8d74f6c8b1b044cf01e70

**Signature (PKCS#1v1.5)**

rGVIkdd8TR7NFKpxwxnji5SUr0zdgpgP7TnPPI22uSwhZVpJvnut81/nS2hI4iIGo0le2d6Pc5vXI0FdO/KvJ2HLbxsGp7VMiS2fkGKUUxFaPWYdBJQqRRG//At874CsxhInjIYWZuJ1ithqdpZptNjAoUXkrV2MiIKL7sexnOg=





AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 15 Jun 2023 10:53:05 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

202.83.41.44

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

TOzb0+Sjo3LdMzwQbFWx4JX7akXyi7HyaXMojy15mGuKAArK5/X4/X7E8tA0wJQRWKZLWhyOYXucxsV+k5fSvQW7c96mtqbWeYSLuq2os9Nc2ZDAuWEAbHgbQhDJ6IIKBlIvjSpgrgZskwAEX0E3dAM
+KyM1zojotu6ouUZ4NpP80QbXOgKW1X6OxHSC9X2gjjTDZeWyA6XGlth2m82rOuVi5mTwhoDxXvoygZC8N08NkL9RVH+gM/Y5o3ZlfZf4LRlh7+FpkpXIpq69TEsG7G2X+KTcK4ZUy9z67ktNlAa66lE5tKgoV7fGlmKUL2BdauYqfZn7jOS7Il3iaOi3gw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-15-Jun-2023-10-53-05-GMT.mhtml

**Hash (SHA256)**

8a542dfe3a409a3f77190753eab4b26548c3fb8ae1795162f0fe4f381d517f81

**Signature (PKCS#1v1.5)**

k5POOW/5HV4irWX+iw8szIB9MfxH7QvjfaKj4T4h8bQRf2i1BRHEJmNYzlpnGJ+SpisnhuMHEcSwXEcTDEWzm8SyS8W4028G4xoIqmMCJNaEsMmy9rixr4vun5XRtHixgzNKIjW1sKfn+JtMMguwjgNvgd+XNA83y5CZoOUsG9B9RdEipiXUfdyopl+6UGU1JCSFQRFvsZBmLrAmjrzGy0TO6HnUJ
+lV98nb7zUi8h+9RFKk/6TOtX6qDbRE+02jhALlfBrtagXV4FT+jrVEv/M2aWyzhzpV+8LuH49cTvOapOUh+u99sr7hNIjk1YG0s9vDXQMaQsvCOTIVSFpwVg==

amazon
Checkout (1 item)
1 Shipping address
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions
Or pick up near this address - See nearby pickup locations
Change
2 Payment method
Visa ending in 9985
Billing address: Same as shipping address.
Add a gift card or promotion code or voucher
Enter code
Apply
Change
3 Offers
Change
4 Review items and shipping
FREE TRIAL
Jade, we're giving you Prime FREE for 30 days!
Get your Prime eligible items with your 30-day FREE trial of Prime
Get FREE One-Day Delivery with Prime
No hassle. No commitments. Cancel anytime.
Delivery: June 16, 2023 If you order in the next 17 hours and 6 minutes (Details)
Items shipped from Amazon.com
1100 pcs Acrylic Smiley Face Bead, Letter Bead and Polymer Clay Bead, with 32.8ft/10m Elastic String, DIY Happy Face Spacer Beads Mixed Resin Charms Bulk Beads for Jewelry Making Bracelets Necklace
$11.98 & FREE Returns
Qty: 1
Sold by: BOSOIRSOU
Amazon Prime eligible Join now
Add gift options
Choose a delivery option:
Tomorrow, June 16
FREE One-Day Delivery with your free trial of Prime
Fast, FREE Delivery
Tomorrow, June 16
$5.99 - Standard Shipping
Place Your Order and Pay
You'll be securely redirected to Visa to complete this transaction.
Order total: $18.81
By placing your order, you agree to Amazon's privacy notice and conditions of use.
Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.
Try Prime FREE
Place Your Order and Pay
You'll be securely redirected to Visa to complete this transaction.
By placing your order, you agree to Amazon's privacy notice and conditions of use.
Order Summary
Items: $11.98
Shipping & handling: $5.99
Total before tax: $17.97
Estimated tax to be collected: $0.84
Order total: $18.81
How are shipping costs calculated?
Why didn't I qualify for free shipping?
*Why has sales tax been applied? See tax and seller information.
Need help? Check our Help pages or contact us
For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.
Important information about sales tax you may owe in your state
You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.
Need to add more items to your order? Continue shopping on the Amazon.com homepage.



Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Evil Smiley Smile Face Hook Loop Tactics Morale PVC Patch (color4)

**URL**

https://www.amazon.com/Smiley-Tactics-Morale-PVC-color4/dp/B07WJBCG79/ref=sr_1_136

**Collection Date**

Wed, 26 Apr 2023 07:47:12 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

QzWJJOnJO6BK9SxGJd5xrngvfWc0c2TKpmCITPhJf6rOpajC9x7DFF2PXljHilbnI91TCoQqhUv0tei/fH6jFTJJS1eA+t9gGbQAKg1vqEcId5sjRW5Y+ZqWyCL673cWYHEj3/yBqU+MLmaiCG90KbO6TS7EDXg42Nj5Kl3jaXE=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Smiley-Tactics-Morale-PVC-color4[fs]dp[fs]B07WJBCG79[fs]ref=sr_1_136]]_Wed,-26-Apr-2023-07-47-12-GMT.pdf

**Hash (SHA256)**

aa6dcfce1d680af55435174ec2dfafd87674c8cbcf7fea89080a404a72e4f8ce

**Signature (PKCS#1v1.5)**

AP7yq5KQkNDIHcMg7n0lYxaSA1dEb7nzN5KVKYexPClITIlmqb7dmFMbO6WmNKOjz4NOxXuIerXzr2y3PvcPlwBUgFYbeGjBh22xUcVzsAqOXMqNZrxX9F6LEGymZLs7S4cO8+gBXiEazTF1EcaqSt1JNpMZeAAHeO/vt+fVNog=

## Evil Smiley Smile Face Hook Loop Tactics Morale PVC Patch (color4)

Brand: PVC PATCH

(5.0) 1 rating

$6.90

Color: color4

$6.90 $6.90 $6.90 $6.90 $19.90

| | |
|---|---|
| Color | color4 |
| Brand | PVC PATCH |
| Material | Rubber, Polyvinyl Chloride |
| Style | Compact |
| Theme | Military |
| Shape | Smiley |
| Number of | 1 |

See more

**About this item**

- Size:8*5cm PVC Morale Patch
- Military Apparel Accessories
- This Quality Patch is Really Great for military Kit and Apparel and Jacket,Cap,Backpack,etc.Hook backing to secure onto loop patch on uniforms, helmets,outwear or fleece jacket sleeves, tactical vests,bags, backpacks, etc
- Great Quality PVC
- 100% Superb Quality Detailed PVC

Report incorrect product information.

$6.90

$2.99 delivery May 11 - 26. Details

Deliver to ozbaldo - Miami 33132

In Stock

Qty: 1

Add to Cart

Buy Now

Payment Secure transaction
Ships from bright2019
Sold by bright2019
Returns Eligible for Return, Re...

Details

Add to List

Have one to sell? Sell on Amazon

Click image to open expanded view

## Buy it with

## Based on your recent views

Page 1 of 58

## Products related to this item

Sponsored

Page 1 of 35

Smiling Face Emoji Embroidered Iron-On Applique Patch, Embroidery Patch by 2... 2 $3.95

EmbTao Glow in Dark Evil Smiley Smile Face ISAF US Army Milspec Swat Embroidered Ir... 86 Amazon's Choice in Applique Patches $8.45 prime

MagiDeal Funny Smiley Smile Happy Yellow Face DIY Applique Embroidered Sew Iron... 583 Amazon's Choice in Embroidered Appliqué Patches $3.99 prime

Angry Balls Billiard Sports Patch Iron on Patches - Smiley Sew on Patch for Billiar... 3 $8.97 prime

12pcs Light Blue Glitter Smiley Face Iron On Patches Sew On/Iron On Patch Applique ... 178 $11.98 prime

Crying Sad Face Emoji Patch Smiley Iron On Embroidered 3 $13.99

ewkft Evil Smile Smiley Face Military Patch Rubber Tactical Patches Hook Patch for ... 10 $6.10 ($0.00/Count) prime

## Product information

| | |
|---|---|
| ASIN | B07WJBCG79 |
| Customer Reviews | (5.0) 1 rating<br>5.0 out of 5 stars |
| Best Sellers Rank | #654,062 in Arts, Crafts & Sewing (See Top 100 in Arts, Crafts & Sewing)<br>#35,396 in Applique Patches |
| Is Discontinued By Manufacturer | No |
| Manufacturer | PVC Patch |
| Date First Available | August 17, 2019 |

**Warranty & Support**

**Product Warranty:** For warranty information about this product, please click here

**Feedback**

Would you like to tell us about a lower price?

## Product Description

MATERIAL: 100% high grade Rubber PVC
Backing:Military Hook
Color: As the picture
Shipping method :China Post/ Epacket
It is estimated to arrive around USA/Canada 9-16 working days, Provide transport tracking number.
Hook sewn on back so can be applied to any loop surface. Not glued! Patch is extremely durable and cleans easily with warm water and soap.
- There might be a little color difference due to the monitor, camera or other factors, please refer to the physical.
International Buyers – Please Note:
1. Import duties, taxes and charges are not included in the item price or shipping charges. These charges are the buyer's responsibility.
2. Please check with your country's customs office to determine what these additional costs will be prior to bidding/buying.
3.Please note your Telephone when your payment.Telephone are must for international express shipping.
4.Buyers' Information: We strive our best to provide you the most reliable, affordable way of logistics service. But sometimes international delivery is highly depended on the courier company and local customs/duties. If you do not receive your item on time, please sent us message immediately for further assistance. Thank you for your understanding.

## Based on your recent shopping trends

Page 1 of 11

TactIcons #37 Skull Smiley Emoji Punisher Patch 10 $10.95 Get it May 17 - Jun 8 $5.00 shipping

ZOOX Gold Glitters & Pink Chenille Varsity Initial Patches, Adhesive Sticker Iron On, 2.75' Height (Smiley) 183 $7.99 Get it May 3 - 10 FREE Shipping Only 10 left in stock - orde...

ewkft Happy Yellow Face Funny Smiley Smile DIY Applique Embroidered Patch (Iron on) 10 $5.99 ($0.00/Count) Get it as soon as Tuesday, May 2 FREE Shipping on orders over $25 shipped by Amazon

MagiDeal Funny Smiley Smile Happy Yellow Face DIY Applique Embroidered Sew Iron... 583 Amazon's Choice in Embroidered Appliqué Patches $3.99

Pack of 3 Funny Smiley Smile Happy Yellow Face DIY Applique Embroidered Sew Iron on Patch SM-007 65 $6.82 ($2.27/Count) Get it as soon as Tuesday, May 2

EB Store Smiley Face Bumper Sticker Vinyl Decal 5 inch 14 $4.95 Get it May 4 - 10 FREE Shipping

TrendyLuz Happy Face Yellow Smiley Face Embroidered Hook & Loop Patch 39 $6.99 Get it May 3 - 5 FREE Shipping Only 20 left in stock - orde...

## Products related to this item

Page 1 of 20

## Videos

Page 1 of 2

Videos for related products

Upload your video

## Brands in this category on Amazon

## Looking for specific info?

## Customer questions & answers

## Customer reviews

5 out of 5

1 global rating

5 star 100%
4 star 0%
3 star 0%
2 star 0%
1 star 0%

How customer reviews and ratings work

**Review this product**

Share your thoughts with other customers

Write a customer review

No customer reviews

There are 0 customer reviews and 1 customer rating.

## Popular products based on this item

Page 1 of 5

## Best Sellers in Arts, Crafts & Sewing

Page 1 of 5

## Your Browsing History

amazon
















Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 01 Jun 2023 14:32:48 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0d:5600:8:93::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

QR/qroz2BHDEFSz9j4dms1VIieq4tm8cIeY3a9Qw0097l/pJp4sUfwLhqgQn+SYYAtYtWODr1H9to+tZ3nxJi6gKchKWa/pfOkBQtjZY3ilKkKSy/1vxRzdMNJ8yp/jlAD06+7VaOs6AAHL8XN5GD0kTH/kkOM1qdiFcjcjuVWnz
+4+xdH2nJ64uFB0a2nUsnuoKY8zrKZAryQiK3HPSCPqqCO26Maejp0TSSSn6cEoUupgwYnzNhdmjkHYgF2pSvX+RQpugZfZIVSgSyONphQayUU8jBbXv9Y/p/GqKR27uFHNQ413Ju8wXvckTCEI3e5mWhhj3RWVP+anPzOabdw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-01-Jun-2023-14-32-48-GMT.mhtml

**Hash (SHA256)**

932da7b0e4eafcd6a6617886b871576f4f50b488a38e75f3f1ea2c7c507892fe

**Signature (PKCS#1v1.5)**

nX5dVWA/exPhlrOjHN17yB9bljz7zPyMc9AkHevl9Sx+Pj+funeRhCVreO6YYclDp+VbyEXoB7Kk+nWM7F+Jf5OO7qESRetDPrCvhrPqr3T0AnIEHofCSYfCtKqBAXdKgsyhCvom+yEq1FueUz4567aBaYCMYBr+KugENWhvC8834kQlvQOUdENUrEOfUS8J6w6lP+OWVxK9HS1NdvqyYKSsf/
k4s79Jg6AypUzTLe3En5OKrAXOfY0/mnJ58gZBweNl/Uiq90aji5jA3bsJsv0vf4xbmqRAaUJcBWGOkoA0N/ujkda95H4jJMV7BcTwYlOnOdEDvQGlM1fzgB94YA==





Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Sat, 20 May 2023 07:58:46 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

116.68.96.16

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

X/XkYJ9NhDKMsz6vdiSQxpN2Fkp5su1QYMAuU/fFj9tb0dq5CLcI6aTjNy/lyyR3SNuEkwoZ5liV
+8SzRpSJle5uaheoMaV4OylnM4qp5kKtkJySYeEmhzgUFJn9SgdPg7xe1S5TGm9CT5HkXsY7lCwHUhY7rsQ98NsVQuByNHQI33Uu6ELKIwCQFFjeYpqLOwmQkf2s1rVuuOvFvRBznCjJfY7CsnjZLouJ83R3Af4oPjPP7qxWQhwKdKNcgh3BpNEOu1tcjrZHUyvyC1CpchXPXvk9FMsnHZ95RaJv
bq4yRgjuspoyDw/hc9T4YsTjfIv2Lh0Vh1KHMhuxubCE6A==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Sat,-20-May-2023-07-58-46-GMT.mhtml

**Hash (SHA256)**

16bbc0803b4ec6e7ecd5ac268c40d6ca10e1824a07093848699a81cd5e00e849

**Signature (PKCS#1v1.5)**

Zle/8SinjL7mNHy29RyXnEroQlTIVaQF2TAJ7nJh1v3u9uONRKS66Y2zweUyk0KMhzevgYBxUSBpWq5SZALV+U4/ccl3lM8+9ByOZu+x17bN4wAdljC4HyQgcD2c0qS4Owd9NCZIyiexQrKrINPhceJM9rl9JqUzcgkxcKKpOii78JgeokdAEp
+cXlwvw9Zc0YnTGTR3UcaXdwnhD0STt02eNU30oYaOz6SNpX7USTcmRoNncJWlZ0901dJFk0gDL0/zPAqOQEnberh9DE9b8jC+FYPA2BTD7lrWEv269CG67GYcmJ4FuHaYoonjau9F5lMt2AdYQyOGn7WwlD6IjQ==





AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com: Bluelans Slow Rising Squishies Squeeze Toys,Squishy Cartoon Smiley Teeth Slow Rising Soft Toy Charm Pendant with Ball Chain Xmas Gifts Christmas Party Favor Party Bag Stocking Fillers : Toys & Games

**URL**

https://www.amazon.com/dp/B07K773CZN

**Collection Date**

Tue, 23 May 2023 06:16:56 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:93::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

AvzotzWyMv+9dwZDU83C/+eTrfCV8d0LpZbaYF2Jjj7xtSTQNqyTSxu+gcQS3Iw82qAC5vO4b/A3RbwGCfxi7FIIRNraXcu5Qoh3Tm0tGbwPLQdPAplSD99FW0+0siSbkf17iSN8baQi5cnplSvkbkGkLbIM+MHxAJawMRAqUH4Z
+RiiuNP8keURYwpulcwQWvQsz83EVtWgutViKpnUdLSCc1oX3zVCpgTU6QoVAoMYKPyiO1WX8zPuZsV+Ls8wZTeLNzWwMqHlkKDwvZy2acLsekOr1OHHNDeiOgHtgql/yWov3Hs1LeNJrpvrWbkpltcvkuE59A2mKb0dr4Kqyg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B07K773CZN]]_Tue,-23-May-2023-06-16-56-GMT.mhtml

**Hash (SHA256)**

90af76f99f29b64499922a60b8e6bbc226adce46a1a507de2748da2438a5821f

**Signature (PKCS#1v1.5)**

HOdQkU1g1BxQ99StTzUzEoDuGw+RjyTLM4j54w+6sH4z+fHZ7HrFEKf4UJMXmBFv4E9Xs8PqIiKiuyPl0xO4XHopU0KjguvADT2uA8HFmz0wQB8UNfXYhF9MwN1gt5tU0xupCLIW8l5wVU/eRhmoIWgD6+8dtMiQ2DyUMooP469xfblEQWUvM+xbGf0wKwcHLr8hqP2gpmBl55yiFWOtClKuo2/
lI40XphUHx/t2uvbuTIWnc4YM2WBRZ29JiMMRr+UAkDmUSWVbGyXugPWRh+/PFTKSQbQ8AjgekVCSyQT0nrT2rbnNR5zzrin8XXh+/NaF3AKhlAyYB6NxaC7/EQ==























AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com : BKBKAAK Cute Green Avocado Lanyard with ID Holder Kids Cartoon Funny Smile Smiley Face Silky Neck Lanyard Friut Lanyard Keychain Preppy Lanyards for Keys Phone : Office Products

**URL**

https://www.amazon.com/BKBKAAK-Avocado-Lanyard-Keychain-Lanyards/dp/B0BTBJB664/ref=sr_1_118

**Collection Date**

Wed, 26 Apr 2023 08:25:18 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

fAn3ooB7aS9nB3AkqU0W7DEve6/mFoDZV1EL2i+ZR9BnHODqjc7E2NPg9lfnKQ44ylEmXzDqJT/97Skukmnn13KzJlCOqrfutNk0rBWAZVkHSFOGdkRAdFTn0FUKoyeyGpD+4jRmMMJm+w2h5PbLAv8r37qu6cblXoZ37n46xVE=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]BKBKAAK-Avocado-Lanyard-Keychain-Lanyards[fs]dp[fs]B0BTBJB664[fs]ref=sr_1_118]]_Wed,-26-Apr-2023-08-25-18-GMT.pdf

**Hash (SHA256)**

e8bcc4abbc1001095daf8a5d2be223c5bb01d0c010a7819cd0a98336931403fe

**Signature (PKCS#1v1.5)**

Falv/g1o5lUsImbR3yv0vYCHNpFNpwWtFI9xJQiuKltUbWpKroouRdfVwNoac1BJxkpTN7ZEAw282nbdXox1At7nrQhE9mE6VUOUBOouCE234ZvU6WKgOksB6Cm9o2jUsX+ccjNZT7kyXtUnk6UIrbcEcKT9umjTAswb9DGi/y4=
















Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 02 Jun 2023 16:01:27 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

116.68.102.22

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

lsCvVT9SfpxDRr5Ijk/3Jp8MQ4cwC+6qnxElva7WVPtBnUKuPuf6JJZ2bgTKV9T6nZOdbNiat/JtSBmKfIqFOMaAEQOf6raplcx3uPFnB6TW2r67ODgWWiCaKIHyss1QX5Og5jl+DO/
CftdOyJWC15325lCfZs1uLcXwLOAhaHLWANE3MLXO9+G5jBAIQx/3LPPfIedzKCXNBNO38fz625IifsRwhb0jR+JTusingO92tk7Vfqjv04h3ZV9ePZfESfc7RZ+v8cpObZJgPHBA/Qw6WNTOxAD7KlEYpkKXCiu9HOoVQpvxOQq9liyuI30Z6+ySkGt0ZK8vMAONgSYKHQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Fri,-02-Jun-2023-16-01-27-GMT.mhtml

**Hash (SHA256)**

111ef4857b836a9a142d09841c7d64527ac637b48261784df4c7bd1dc3ac1315

**Signature (PKCS#1v1.5)**

aKcNW7GK7TfVVXaHo+FhRD6HydR2k1NNTFCNRhIMRwb+BrovJ/gjJRdmKPhu33UqQyjGfI0TO5zknIsS+5s5t8HOCpFY6u+As5kfzK7FDvlgT04FUrspAcLHmFoVWJaa9bfna1jCwF2uyGlRHG6NIiJaOLDlVwgAwn2wY2sah7PyIy3BZaDmEX00RDcQ0upt/z+qqvEM+cE9ykFfzbsgHomY
+tcXxZSjk6BfIOYp4c+RPqOlnne2A/aaqRrx6CbmHeXaQRrfK/IYepWGE67fKdqcs56jP+YMxF5L8YW60uivRejs2mC+FUG8cQrFKFeFe48aQIiO7jMPRGPoDyqVcQ==



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com: Buerhomie Smiley Daisy Window Cling, Flower Window Anti-Collision Decal : Home & Kitchen

**URL**

https://www.amazon.com/dp/B0C1RKG7BC

**Collection Date**

Thu, 15 Jun 2023 02:14:17 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0d:5600:8:36::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

WFDxXYgpiT26nICoUN4Z0rJIbJ0uVw4vYHu6FUjc40uLZCms084OHUMVZuvAAWqYxz1IRRbHkRw1EIo217cBLDYpJ9E/n8L4rXhh6WZWo0+lrVVIIN3o8tTejsx6mpQF7gKmt3O+h2HQGgpStTjLx5GtQIUH8Gt
+AEzpoyb4+ZusSaG59c7W1SMBCJOGvV3COSJ0e0rBbZsoADYLTj9HWMiB50tvDhe667bQzYAPrbjZyoWVS2/mp6cFVz7whze9BPIDD5qvTbfOu56NRCqn40r4uP7i4vwO+Hcnl5FOOnqYU6E7xFLMpYNfvKFjD1JrN3iAEUDHm9Rxy5aH+blHrA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B0C1RKG7BC]]_Thu,-15-Jun-2023-02-14-17-GMT.mhtml

**Hash (SHA256)**

2de856b867fdb8793410f65942c024825ad8c79b8acb67de2beafd76814374ae

**Signature (PKCS#1v1.5)**

aeLhP1d48QK1wSCfwMPRcuc6iYLK+QStcze7AV5YYFRpSTS3AG93+W2jLaKODiZ9jvacnw9FSoFneL/ve4xnW2uALs58t42e7u6M1//
gABzwHchBckpuhhhUQEOQTmKrKUpLSLEF3vQzgeSPgTVaOnjls1AZ0115+MpI3GaOkWaUfLMobmLXNgvN9QCwihoYpqOWpfsecGIw3ubCzHpw1hoUVdkqiMFjo0XkC7O6k1KRd9jcpCibVFZa23roARnzeRBh0j8AXRw0oQeDFoufF7BXwB5BiNj2PCi3wSADvL4n2U/
NRPhBriQecVHFfYoNpNmMTt8LGCQMQu9A2daxpA==

amazon Deliver to Jade Miami 33132 | Home & Kitchen | Search Amazon | EN | Hello, Jade Account & Lists | Returns & Orders | 1 Cart

All | Clinic | Same-Day Delivery | Customer Service | Today's Deals | Amazon Basics | Pet Supplies | Pharmacy | Home Improvement | Beauty & Personal Care | Handmade

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

Subtotal $7.98

Add $17.02 of eligible items to your order to qualify for FREE Shipping. See details

Go to Cart

$7.98 Only 5 left in stock - order soon.

Home & Kitchen › Home Décor Products › Window Treatments › Window Stickers & Films › Window Stickers

Roll over image to zoom in

## Buerhomie Smiley Daisy Window Cling, Flower Window Anti-Collision Decal

Visit the Buer Homie Store

$9.99

FREE Returns

Thank you for being an Amazon customer. Get $60 off: Pay $0.00 ~~$9.99~~ upon approval for Amazon Visa.

| | |
|---|---|
| Brand | Buer Homie |
| Color | Yellow |
| Theme | Botanical |
| Cartoon Character | Birds |
| Special Feature | Reusable |
| Reusability | Reusable |

See more

Surface Recommendation: Glass
Material: PVC
Installation Type: Self-Adhesive
Shape: Rectangular

### About this item

- 【Package and Dimensions】You will get 3 pieces of 27cm x27cm(10.6in*10.6in), finished picture size would be 77cm*99cm(30.3in*38.9in)
- 【Adorable Design】The fresh flowers and smiley faces of this window clings brings bright and cheery flair to any room. Use these on your windows or glass to prevent the birds or human from bumping into them.
- 【Double-Side Prints】Anti-collision window decals are brightly colored on both sides, which are great visible from outside and inside beautiful and generous. They are made with advanced UV spraying printing technology, will could keep color bright for a long time under the sun.
- 【No Adhesive Home Decor】These DIY supply window decors are made of premium PVC material durable, reusable and removable. You don't need glue or tape, just sprinkle some water on the window before you apply it, which are perfect to decorate internal mirrors and glass splashbacks. It can be used in home decor but also in stores, offices, salons.
- 【Remove without Residue】 Whenever you want to remove them, you just need to gently tear off along the edges, because the window sticker not contain glue, which can be easily teared off and leave no traces on the windows.

Report incorrect product information.

Add your 30-day FREE trial of Prime and get fast, free delivery

$9.99

FREE Returns

FREE delivery Tuesday, June 20 on orders shipped by Amazon over $25

Or fastest delivery Friday, June 16. Order within 15 hrs 2 mins

Deliver to Jade - Miami 33132

In Stock

Qty: 1

Add to Cart

Buy Now

| | |
|---|---|
| Payment | Secure transaction |
| Ships from | Amazon |
| Sold by | Buerhomie |
| Returns | Eligible for Return, Refund or Replacement within 30 days of receipt |

Add a gift receipt for easy returns

Add to List

Have one to sell? Sell on Amazon

Buy With | Also Viewed

## Buy it with

**This item:** Buerhomie Smiley Daisy Window Cling, Flower Window Anti-Collision Decal $9.99

6 Pieces Large Size Hummingbird Window Clings Anti-Collision Window Clings Decals to Preven... $6.59 ($1.10/Count)

Yovkky Spring Summer Hummingbirds Tree Branches Window Clings 9 Sheets, Preven... $10.99

Total price: $27.57

Add all three to Cart

These items are shipped from and sold by different sellers. Show details

## Compare with similar items

| | This item Buerhomie Smiley Daisy Window Cling, Flower Window Anti-Collision Decal | Buerhomie Daisy Window Cling, Quotes Enjoy The Little Things Re-appliable | Horaldaily 55 PCS Spring Summer Window Cling Sticker, Easter Daisy Vase Flower Window Decal for Home Party Supplies Shop Window Glass Display Decoration | Happy Face Vinyl Window Stickers (Yellow 6") (12 per Pack) |
|---|---|---|---|---|
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| Customer Rating | (0) | (3) | (61) | (57) |
| Price | $9.99 | $9.99 | $5.99 | $12.46 |
| Shipping | FREE Shipping on orders over $25.00 shipped by Amazon. Details | FREE Shipping on orders over $25.00 shipped by Amazon. Details | FREE Shipping on orders over $25.00 shipped by Amazon. Details | FREE Shipping on orders over $25.00 shipped by Amazon. Details |
| Sold By | Buerhomie | Buerhomie | HoralDaily | Cheap Dealer Supplies |
| Color | Yellow | Yellow | Little Daisy | No Sunglasses |
| Material | PVC | PVC | — | — |

## Product Description

Wide Application:Those decors are suitable for glass window,mirror,water bottle,refrigerator,bathtub and marble wall.Perfect decoration for Autumn themed party,Thanksgiving party and other big events.

## Product information

| | |
|---|---|
| Brand | Buer Homie |
| Color | Yellow |
| Theme | Botanical |
| Cartoon Character | Birds |
| Special Feature | Reusable |
| Reusability | Reusable |
| Pattern | Floral |
| Unit Count | 1.0 Count |
| Number of Items | 1 |
| Package Dimensions | 12.01 x 10.98 x 0.02 inches |
| Item Weight | 2.39 ounces |
| Manufacturer | Longyan Buerwanjia Trading Co.,Ltd |
| ASIN | B0C1RKG7BC |
| Country of Origin | China |
| Item model number | 20230407MN002 |
| Best Sellers Rank | #450,094 in Home & Kitchen (See Top 100 in Home & Kitchen) #481 in Window Stickers |
| Date First Available | April 7, 2023 |

Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

Feedback

Would you like to **tell us about a lower price?**

## Videos

Help others learn more about this product by uploading a video!

Upload your video

## Looking for specific info?

Search in reviews, Q&A...

Typical questions asked about products:
- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

## Customer reviews

No customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

How customer reviews and ratings work

### Review this product

Share your thoughts with other customers

Write a customer review

Back to top

Get to Know Us: Careers, Amazon Newsletter, About Amazon, Accessibility, Sustainability, Press Center, Investor Relations, Amazon Devices, Amazon Science

Make Money with Us: Sell products on Amazon, Sell apps on Amazon, Supply to Amazon, Protect & Build Your Brand, Become an Affiliate, Become a Delivery Driver, Start a Package Delivery Business, Advertise Your Products, Self-Publish with Us, Host an Amazon Hub, See More Ways to Make Money

Amazon Payment Products: Amazon Visa, Amazon Store Card, Amazon Secured Card, Amazon Business Card, Shop with Points, Credit Card Marketplace, Reload Your Balance, Amazon Currency Converter

Let Us Help You: Amazon and COVID-19, Your Account, Your Orders, Shipping Rates & Policies, Amazon Prime, Returns & Replacements, Manage Your Content and Devices, Your Recalls and Product Safety Alerts, Help

amazon | English | United States

Amazon Music, AmazonGlobal, Home Services, Amazon Ignite, Amazon Web Services, Audible, Book Depository, Box Office Mojo, ComiXology, DPReview, Fabric, Goodreads, IMDb, IMDbPro, Kindle Direct Publishing, Amazon Photos, Prime Video Direct, Shopbop, Amazon Warehouse, Whole Foods Market, Woot!, Zappos, Ring, eero WiFi, Blink, Neighbors App, Amazon Subscription Boxes, PillPack, Amazon Renewed

Conditions of Use | Privacy Notice | Your Ads Privacy Choices

© 1996-2023, Amazon.com, Inc. or its affiliates









# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 15 Jun 2023 02:17:10 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0d:5600:8:36::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

AL8sLv/BBEfeMFWBKzf7DPdcgKUwzNhB330TveG+SjzsGPvIPM2xxS5Q05vEvfBfp0VZYgQsSJNC+w1+UiVLsVN6yTcuZmMxI8HiB9MbQZg/CzHaOJaKzzmIuMFjWJRt4CrIUKL/
taZCaeT4MAtBsGZRrN3UaHGcf9YYpaJuZiTh1+5rGxA5mhVJsMZ/4B7ec3xXUR8qHgyeludlh6vvw/0ZuKpWG3tDpsOFZhIAw5Wcp0KoVkmX2i/R7uHldqe6Hdv29wKZpoEtXsOSkpzxSHEzkpZr210A81Ywtqnu+HfXyWuToyqnNRPOCrauFLLRyinrKUrq4prHyDONHhBlbg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-15-Jun-2023-02-17-10-GMT.mhtml

**Hash (SHA256)**

adfc3469db4ff041441cefc61654e62e48656442a9a2bf1810781e447cd2e816

**Signature (PKCS#1v1.5)**

hyyVnip3RxeCjd+P2KjyDTqsSVzQbsEC6qBssRHh9HFsnpZCxEpBCDOAbW3gnT59dWKPqPfhtOQ5RqTVSbTGeiy60u7S4V2azOCSBjw4XKydOhYPK
+pAOSZkLfudMgTjPBxko1pX3zF8X95xwTO5b/0gk2BqmLCJ8nheQMrGMyyZic0o0hhtDgs6jHYy4JLfJZ2mzMuiupfAMvJNUKaW35FIX5PZgIOqFu8HCDply2MRdjpE+sEpp65OHJSCAy2p7ulz++bpC1rCKsC/7/Qmm1MBQlzRKwBtvNwzlu1FU9D18Ne2HpySNMMsQj3kT
+8vEuPGF1L86ckQvKGukjJF/w==





# Evidence Collection Report

**Page Title**

Amazon.com: BULA THI Rhinestone Vintage Sunflower Necklace For Women Smiley Choker Necklaces Zircon Crystal Gold Chain Jewelry Collier - 1 : Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/Rhinestone-Vintage-Sunflower-Necklace-Necklaces/dp/B0C2P65V7N/ref=sr_1_4

**Collection Date**

Thu, 20 Apr 2023 06:05:59 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

RoPLENV/oNGgPPicANsyH0UKVfXyGlun7dBwbX2bJSTaPx09XBBkSHRttyn0SNixvogPXU9vhCqXF68Pk/LdfZm2KpW9YLcLa7CGwtCYjS18+Z9KgTS2k4TfgAuyW+eb9NahGtZ1fFNHbdtoUKKU7n2ZupzXsXDA0T9ofEME=

# File Signatures

**SCREEN CAPTURE**

**PDF**

**File Name**

screencap_[[https[s][fs]www.amazon.com[fs]Rhinestone-Vintage-Sunflower-Necklace-Necklaces[fs]dp[fs]B0C2P65V7N[fs]ref=sr_1_4]]_Thu,-20-Apr-2023-06-05-59-GMT.pdf

**Hash (SHA256)**

dcbd28db507476e3b4a1f042c6656722c5182d1d92a1c52ce9392ca459696c0c

**Signature (PKCS#1v1.5)**

YzrvG+N3g/unlMLKiCZyqGnz0psQNm1T+h0sKV/G6JA4vOiDICWDMFXKrpmjSiGL1etMkL3jQsmM8RA8uFABfHxpm4Qku+PzrUX2USdBWMjxl960tn9S9NMXfP6qt4wFYUeZZSLReooCDnwhHXdUKRNqHjrXhkgHLEWqQvOAs=









# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 18 May 2023 05:45:26 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

pGbBKo7OWoNZX+rBiX5qX+LT2Ne+keIXa+Zy6kvpWina4QvB3tQd/pPynEU5EDq0H2bjn8nIqWIIqzaFqXT7EoCYmjq3nWkd2UN/qXbG8A9CaBcsS9wGTafZDjepanXLY+MVjU2cTfxGcXZ51in3kOlB/uY8M1QD3hQ4znoELqB1enzb8KeQW3YYeklyozIGd7DRtrn47+tR/
btG9ydJ8ME00GZ9Kh2K29IzqyTVeVwK41asFgZfNpR24VoXQFVOPdiQS0YGdCUp/1qVqoSQm/oxCufYTcaYUSr8xHgXN0yxRYxxkI7/tcvdUQ7d7X+9cqomeIXrt9VM+XE7b3LOaQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-18-May-2023-05-45-26-GMT.mhtml

**Hash (SHA256)**

cb34046e5422a018040cf270d1b1d2dac1e8edc87ddad1ff67eb62d758fc62c2

**Signature (PKCS#1v1.5)**

q60bMQE89lLgsMI0QOulttsQE/2H/DaGy34k8L+52/CJF2981KwLpSFOeBszqPcEm2ABVDpAObB8Pawc4v5KAwRFKtYWy+Wmc0gVZEBdjCjVj0pwaIP+5JaPnLpn9uQr5ucEP5iy9EvVAzrcp79CBRCHudiVs07hMsrRoW1gAHtpbfk4SE+Mj5V6zAl1eosNu/plEjNnwGmHlDmXyKES/
m5vmofFAwQHbE/rH+JeXbXIGfIHnGpb0hAq1Yl2Az7kAncPvEXOFNOlZV/dDEsV6AG3a7WcNfrjZIDRRp0xMDNMBmqpIw1FRSI+it2DNTfrDra29yhTGUVcT60C3wYaCw==



AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com: 50PCS Smiley face Stickers for Kids Teens Adult Kawaii Aesthetic Vinyl Waterproof Stickers Happy Face Stickers for Laptop Guitar Water Bottle Luggage Computer Phone : Electronics

**URL**

https://www.amazon.com/Stickers-Aesthetic-Waterproof-Luggage-Computer/dp/B0C53GSPF6/ref=sr_1_7

**Collection Date**

Wed, 14 Jun 2023 08:38:09 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:36::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

FMC5wVmgAzVAtkhWvedDZfVDMtJNdjVy1axQiXV8k/wNlM7SIK8Li5hwyElpyjPomNBGCX3W1jb5zVYoUrxnrvUllO/xgwZSHINvYgyHv+mGPQ4pawcO0Aj6jGTd/z4X9MlyrSlcQzKZSul9o8Y2wPDuYB6rIcgODN2NJGeMtaM=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Stickers-Aesthetic-Waterproof-Luggage-Computer[fs]dp[fs]B0C53GSPF6[fs]ref=sr_1_7]]_Wed,-14-Jun-2023-08-38-09-GMT.pdf

**Hash (SHA256)**

4451181be24114d56b85f85ba1610c4110b89e1f15b57bffb0bb02d690b6522f

**Signature (PKCS#1v1.5)**

jfivTXqUGcGaw61LaoNFV84jrAVYYujf09Z/XiKJ+AyVX3nT5Z9bk0ONAYhrC8wF9bOXLFXsRFcvGKmjqg15dzvE5vF+SDN2s5+AdUCR/2qwMPala+Y0A44pemXt0wcUAlRHDF3Gs5FxEyQWvW1ahvZtlTtxDDwEl8CL0Tma0Wo=

smiley face stickers
FATHER'S DAY FINDS WITH KANDI BURRUSS
50PCS Smiley face Stickers for Kids Teens Adult Kawaii Aesthetic Vinyl Waterproof Stickers Happy Face Stickers for Laptop Guitar Water Bottle Luggage Computer Phone
Brand: Generic



Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Wed, 14 Jun 2023 13:19:26 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

202.164.131.66

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

P++j+P9dAdOFr5noaG1K+9e0ic25zEKYKt0gN1RUvVgXCZdO72eOBs3BHMDBURwuNMKj6qpmN8s3aCcSRmEI5f/L7Bc9k5/EPo7VbGDrFi+c78Kk2zc6HTByhfncjqu46YhEe2BYcDVi1ne/vQ06pnDKJv28dmTZGeuVrf39I4dgtXiUx6hm/ckWA6cKdQL7vAB83+bq8Wll3UJu2i
+imKoCzPBfu2Hnzq4Uzl9NIaj8agTLy1KhMqg8K/U4giMsAYajf+az7DMgcXH6fz6JuS81BjB91altGy+dZa4zSmy7OfZ0yBm9ekB/Xixb9s/1/0UsaueLVY7yBmHTKeqedA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Wed,-14-Jun-2023-13-19-26-GMT.mhtml

**Hash (SHA256)**

3e948506acb12435932b92278558f364e04b7f8988c8fd5368bfced1f7fa312f

**Signature (PKCS#1v1.5)**

UbfKFTr3+lLbKDK4tZ6ynckQMVpNgkqh+YGe/smKWtQi4UKUoGMBt6YKL7XYBDIaVmcHuiKvsXLAj8dwbf0KloHD0eZAnGhlTg8YASvq74xf66bWhiPaabk0OPxtx9NKX8Jm/
MzvS8mqGy0WM6ZJT22SbbXFCWtaXyKuHV0khmn1QsoWbNsEdvaJA4dFeKuCFfzMbFwM2rZ5N9dv9IbfbmN60ThkfjHSmcfi3HjqUxBOJgWCEDrS+9mwcH9RPnMPwKc4QVMzHilWszWTYpNABi7RCymNXXnOapuXj35WmrZphbAozL2r5fbAV15+DlAXf4UwVQlGQLD488frc1RGWw==

