

Investigator Name: RemoteUser2

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 16 May 2023 04:58:19 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

RemoteUser2

**IP Address**

202.83.57.61

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

rVB/IHPTpQDkp1k32YGktFYB+u0tH4t+G4VjvstXl4PPy0NsGfNyCU+wyyf/PROTfbuHz54Nu/nnhpBS7W62T0ZcJrZZNo0Hn8tJdke024MmXpHy1WRyzJcQwNkVAz5VFL2T
+UFAKuHi7rSQsEmiNRCgTxH8Kff1yFmjX75kbLdYbgLb9H7iIpOHOnVGQmq9oaYRWrZTNfd80EIp1WiCULDATwdpPWl1FESPdD0VLytKbRvpRHP77TFKbRkAdkyaRhMBbvF+BETR29PdUEsxX4dWV6BebgPSW4fVQ2XQebU2js7cKnDtIFpNKNf32KuMk2pPaoF14c03Bi+TAXLImA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Tue,-16-May-2023-04-58-19-GMT.mhtml

**Hash (SHA256)**

5333e45c80aeb5ad32c4bcb1cbabf274d6c04353782640baad24e0359bc525d6

**Signature (PKCS#1v1.5)**

keZKlzr+CYQWmKT+0UgJTOf451yE5vhmgqrqUayKK0IaG+TjbhNdwqYhUdcRPFvFw4kcFjziOjfc9Aj8NVT6tRzHxz2Q8POqnxNC10J3iUEcALT/nV+KJJxVgfX7LpyLFbyxtCheuIIs9AsFqscp/g680Be9pXIEamDrWVyc4o/nclMC7sdbO6H+pmzyPZXkHeDXzcU2QSmhO/wvTkhBsAbs2bVs
+T2hrC//mJIT8E0AlPf+GQtPFth+1VPgCmOWIeSFSSIrBhoI2ztUloEUffdXEbzMlM63SvKE6LhLAL5P+RUKFCCureLCVo+Povpj2IkQ8guC1oavnUg5RjLw6Q==



AXENCIS

# Evidence Collection Report

**Page Title**

Amazon.com: Preppy Phone Case,Cute Smiley Face Clear Cases Compatible for iPhone 11 with Kawaii Neon Wrist Strap&Girly Lens Protection Shockproof,Aesthetic Korean Trendy Case for Women/Teen Girls,Preppy Stuff : Cell Phones & Accessories

**URL**

https://www.amazon.com/dp/B0B9GMTZ9X

**Collection Date**

[illegible]

**Collected by**

[illegible]

**IP Address**

[illegible]

**Browser Information**

[illegible]

**Digital Signature (SHA256 / PKCS#7 v1.5)**

[illegible]

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

[illegible]

**Hash (SHA256)**

[illegible]

**Signature (PKCS#7 v1.5)**

[illegible]

amazon

Cell Phones & Accessories

Preppy Phone Case,Cute Smiley Face Clear Cases Compatible for iPhone 11 with Kawaii Neon Wrist Strap&Girly Lens Protection Shockproof,Aesthetic Korean Trendy Case for Women/Teen Girls,Preppy Stuff

Roll over image to zoom in

Brand: Zilyty

4.2 11 ratings

$6.99

[illegible]

Only 3 left in stock - order soon.

About this item

- [illegible]
- [PREMIUM MATERIAL TRENDY PHONE CASE]: High quality Soft TPU for iPhone 11 case, covers all edges of the phone. Protect your iPhone 11 from scratches,dust or dirt.
- [FANTASTIC GIFT TO EXPRESS LOVE]: Perfect as a gift for your family, friends or yourself on birthday or holiday. She'll absolutely love it, cute phone cases for iPhone 11 will be your best choice.

Report incorrect product information.

Have one to sell?

Sell on Amazon

### Consider a similar item

ESR for iPhone 11 Phone Case, iPhone 11 Case Clear, Military-Grade Protection, Shock-Absorbing Corners, Scratch- and Yellowing-Resistant Hard Back, Phone Case for iPhone 11, Air Armor Case, Clear
(29352)
$11.99 prime
Climate Pledge Friendly

### Buy it with

Total price: $20.95

Add all three to Cart

Some of these items ship sooner than the others.
Show details

This item: Preppy Phone Case,Cute Smiley Face Clear Cases Compatible for iPhone 11… $6.99

Ailun Screen Protector Compatible for iPhone SE 2020 2nd/2022 3rd Generation, iPhone 8,7,6s,6, 4.7… $6.98 ($2.33/Count)

NEW'C [3 Pack] Designed for iPhone 11 and iPhone XR (6.1") Screen Protector Tempered Glas… $6.98 ($2.33/Count)

### Customers also search

teen preppy stuff · preppy case · clear preppy phone case · iphone 13 smiley case · iphone 11 baddie case · cute preppy girl stuff · iphone case 11 preppy

### What's in the box

- Lanyard

### Compare with similar items

| | This item Preppy Phone Case,Cute Smiley Face Clear Cases Compatible for iPhone 11 with Kawaii Neon Wrist Strap&Girly Lens Protection Shockproof,Aesthetic Korean Trendy Case for Women/Teen Girls,Preppy Stuff | MGQILING Cute Smile Face Phone Case Compatible with iPhone 11 Lens Protection Shockproof Fashion Soft TPU Clear Smile Flower Cover Case for Women Girl - iPhone 11 6.1 Inch Colorful | Smiley Face Case for iPhone 11, Cute Hippie Aesthetic Peachy Smiley Face Case for Women Girls, Unique Trendy Design TPU Bumper Cover Case for Apple iPhone 11 | JJGoo Compatible with iPhone 11 Case, Clear Glitter Sparkle Bling Anti-Scratch Shockproof Protective Flexible Phone Cases Cute Slim Thin Bumper Cover for Women Girls (6.1 inch) 2019 |
|---|---|---|---|---|
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| Customer Rating | (11) | (620) | (110) | (12350) |
| Price | $6.99 | $9.99 | $16.87 | $6.99 |
| Shipping | FREE Shipping on orders over $25.00 shipped by Amazon. Details | FREE Shipping on orders over $25.00 shipped by Amazon. Details | FREE Shipping on orders over $25.00 shipped by Amazon. Details | FREE Shipping on orders over $25.00 shipped by Amazon. Details |
| Sold By | Burnjump | Triple Tiger | Taoyicom | JJGooDirect |
| Color | Multicolor | Colorful iPhone 11 6.1 Inch | Cute Smiley Face | Clear Glitter |
| Compatible Phone Models | iPhone 11 | iPhone 11 | iPhone 11 | iPhone 11 |

## Videos

Videos for related products

- 0:36 Cute Love Heart Phone Case — FGST
- 0:24 Cute Smiley Face Case for iPhone — Yebowe
- 0:17 Cartoon Smiley Face Clear Phone Case with smile bracelet — AboutQingyu
- Happy smile face clear strap — AboutQingyu

Upload your video

## Looking for specific info?

See questions and answers ›

### Product information

| | |
|---|---|
| Package Dimensions | 4.92 x 3.07 x 0.35 inches |
| Item Weight | 1.02 ounces |
| ASIN | B0B9GMTZ9X |
| Customer Reviews | 4.2 11 ratings<br>4.2 out of 5 stars |
| Best Sellers Rank | #175,392 in Cell Phones & Accessories (See Top 100 in Cell Phones & Accessories)<br>#81,278 in Cell Phone Basic Cases |
| Special features | Shock-Absorbent |
| Other display features | Wireless |
| Form Factor | Basic Case |
| Color | Multicolor |
| Whats in the box | Lanyard |
| Manufacturer | Zlityty |
| Country of Origin | China |
| Date First Available | August 12, 2022 |

Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

Feedback

Would you like to **tell us about a lower price?**

### Product Description

**Want a cute look for your phone?**

With an eye-catching preppy design in bright and cheerful colors with a neon lanyard,

these smileys will bring a smile to your own face every time you take out your phone.

This smiley face phone case is perfect for parties, festivals, or just to brighten up your cell on a daily basis.

The overlapping smileys in this design will make you the envy of your friends. As well as being incredibly fun and on-trend,

this is a highly protective case that will prevent screen cracks and absorb impact if you happen to drop your device.

## Customer reviews

4.2 out of 5

11 global ratings

| | |
|---|---|
| 5 star | 65% |
| 4 star | 0% |
| 3 star | 23% |
| 2 star | 12% |
| 1 star | 0% |

How customer reviews and ratings work

Top reviews

### Top reviews from the United States

Shell monroe

**Good gift**

Reviewed in the United States us on March 5, 2023

Verified Purchase

Got this for my sister, she loved it.

Helpful | Report

Melissa

**Super cute**

Reviewed in the United States us on January 2, 2023

Size: iPhone 11 | Verified Purchase

My daughter loves it!

Helpful | Report

Black Boss

**Love it**

Reviewed in the United States us on December 1, 2022

Verified Purchase

Very very happy love my case

Helpful | Report

See all reviews ›

Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell products on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a package delivery business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Your Recalls and Product Safety Alerts
Help

amazon English United States

Amazon Music Stream millions of songs · Amazon Advertising Find, attract, and engage customers · 6pm Score deals on fashion brands · AbeBooks Books, art & collectibles · ACX Audiobook Publishing Made Easy · Sell on Amazon Start a Selling Account

Amazon Business Everything For Your Business · Amazon Fresh Groceries & More Right To Your Door · AmazonGlobal Ship Orders Internationally · Home Services Experienced Pros Happiness Guarantee · Amazon Ignite Sell your original Digital Educational Resources · Amazon Web Services Scalable Cloud Computing Services

Audible Listen to Books & Original Audio Performances · Book Depository Books With Free Delivery Worldwide · Box Office Mojo Find Movie Box Office Data · ComiXology Thousands of Digital Comics · DPReview Digital Photography · Fabric Sewing, Quilting & Knitting

Goodreads Book reviews & recommendations · IMDb Movies, TV & Celebrities · IMDbPro Get Info Entertainment Professionals Need · Kindle Direct Publishing Indie Digital & Print Publishing Made Easy · Amazon Photos Unlimited Photo Storage Free With Prime · Prime Video Direct Video Distribution Made Easy

Shopbop Designer Fashion Brands · Amazon Warehouse Great Deals on Quality Used Products · Whole Foods Market America's Healthiest Grocery Store · Woot! Deals and Shenanigans · Zappos Shoes & Clothing · Ring Smart Home Security Systems

eero WiFi Stream 4K Video in Every Room · Blink Smart Security for Every Home · Neighbors App Real-Time Crime & Safety Alerts · Amazon Subscription Boxes Top subscription boxes – right to your door · PillPack Pharmacy Simplified · Amazon Renewed Like-new products you can trust

Conditions of Use · Privacy Notice · Your Ads Privacy Choices

© 1996-2023, Amazon.com, Inc. or its affiliates



# Evidence Collection Report

**Page Title**

Amazon.com: Galaxy A54 Wallet Case,Boton Case Smiley Flip Case Leather Cover with Credit Card Slot ID Card Holder Kickstand for Samsung Galaxy A54: Cell Phones & Accessories

**URL**

https://www.amazon.com/Boton-Leather-Kickstand-A54-RED-W/dp/B0CCN3K4SV/ref=sr_1_3/d

**Collection Date**

Tue, 25 July 2023 20:45:35 UTC (SJ Network, AS Capture00000011 SJ- PC Network, GC NY Authenticated timestamp)

**Collected by**

Chris Barnes

**IP Address**

3d2a.14b1.4.11

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/ 111.0.0.0 Safari/537.36

**Digital Signature (SHA256, PKCS#7 2.1)**

cb83be7ceecdeb589c6f9721920c00d439503ecebdf90abc5ec5acd3d1bbcf54a88d9e2f93de9faa6ec19d1c1a0ae64fd45d65cf15f40e6f60a3f19adffeec6b

## File Signatures

**SUDDEN CAPTURE**

PDF

**File Name**

53af0e84ed7cdacbd5a3

**SHA256(SHA256)**

c7e6ba93ec3e3e55a80d2d8ecb49aec1cae6ee1ba8adaef36c439f1db7e06f880ba8852801553f1ac73a8bad4e8

**Signature (PKCS#7-2.1)**

8845f97df6f84ed2dc6c92cbf702e35b9f61d3a18d95b31ba8f6f2c5c2d42be9f48f2d2ebd




















Investigator Name: RemoteUser2

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 16 May 2023 07:39:34 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

RemoteUser2

**IP Address**

202.83.57.61

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

d/rBQepqIqsyjW+PHL68ibT19nORTzs+i714Kma+FahC9iJ0m47Vd8g8EqGtmOWpj5WX8nROZ4Ly3Ls1njoMN8HbmxYl/72JE2TzPoR6k6aFUPFAxF7HksrzpZ1D66Ho6ibM7qvK5uKwEK8OANNPwsh7jbVjPYprE
+8b8lVfhgMXQrXa90Laqv5Vy0b3ja3ocCPTsGSyI8+6cCgy966NxfmDuGs4z3e7i4mvNubkroimbpXvUNDP9+o2RPfUYIAGZaNdkHIkxd8a6nn4fQImBxGN1WN3CryN43fgWT9CQDHKncf9g0oossD86vHjGnIoJUoxeGAMwe5AEaMk0DTprw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Tue,-16-May-2023-07-39-34-GMT.mhtml

**Hash (SHA256)**

77bde8cfd28b90189d19b16ad543379c564cb8e39d3b3bb11ca2fd5e8265b10f

**Signature (PKCS#1v1.5)**

UOT3Foo9ic7cWgx//XjlbgCnBdjl16K6WUpLkHN6nlXvYqZXdRwEL6N5oxlCt927uF33zLDgesonbg0o+fwcjai0C8mwPSf9y0zpHGZDpZsxJcx/viDH15EHDcxBIQEhCl69XyV4EF+WWk2vjd0p+qy+dl77l3dZHvOGNWo2aSct25wGfF/+jb0zf2o+3xWW
+7JTVcfKk83YImSwwTzc0ME0gv0dYv2OT9W0tUxYPp4JA071d+jqQ0iWmj93EbmKNAjmtC9gEWX6tFKX8NhdAYBpjkYaQfT3V222utMyTiU24Anu0/w7oNxz7csh5o62b31Ngh3NS0wewcJpnE7gNg==





AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com: Have A Good Day Blue Preppy Smiley Face Lightning Hearts XOXO Throw Pillow Cover Pillowcase 18x18 Inch Set of 4,Preppy Themed Decorations For Home Girls Room Dorm Sofa Bed Couch,Teen Girls Gifts : Home & Kitchen

**URL**

https://www.amazon.com/Preppy-Smiley-Lightning-Pillowcase-Decorations/dp/B0BZ8HL3PC/ref=sr_1_205_sspa

**Collection Date**

Tue, 09 May 2023 09:43:59 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:93::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

C4HlUV7uSiYNk/k1yxnGJPfo9OG1brf9EqatGS3qMr01SF+4sL/z2qKOUMU3mvET12kKIxDL6Nlg5iluwWEtC8ehpe1FJy8TKvYq2M7PxQ7K6tVCsdUqj3oC+66SUkQoUJpxMlZrnqyvpON4P5qBGBBvwinGsMsSmLHAKUb9urU=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Preppy-Smiley-Lightning-Pillowcase-Decorations[fs]dp[fs]B0BZ8HL3PC[fs]ref=sr_1_205_sspa]]_Tue,-09-May-2023-09-43-59-GMT.pdf

**Hash (SHA256)**

341cf5035a6fc651a5fff94fb5f0fe625d41329fa14644c2939131c93afb93a3

**Signature (PKCS#1v1.5)**

jv0Nv5j/jgOw9Z4Ni6eQnh08lUpMldM0gHI0pRDnI8xihSMfLnnphCmBXIHy0v2MOsZqjsi3eN5QDoA7UCk7cB9H5OFbSXxfadBiUoAVinR9dJNhLKi+iLSf8Hwf3zfDW2hdevOfOg4oioYNkw92vA+R/0o4CFMdtAZ+vcY8akY=







Investigator Name: RemoteUser2

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Mon, 15 May 2023 06:22:14 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

RemoteUser2

**IP Address**

116.68.99.108

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

LZTflrHbbBAkfSw0ayyibX3K4NkJJb5l+sPrxWc6WsghundxMBstLDKoRtd894SkvyoQKZTwC74pIozSNzd7K1gzMv5PxmvLUYfAoSWfqgE5XOCgXhyHNUB6WG+cZO7lLA27aQ92jDkXZUBWVbT6a0EDtCJFQiQgufd4oo10WV9Cn1k0r6n/+2kXtmY/51dZmlVx4lKdf+A1ei0zW879wMCZnu/
rmyz9M4yPjInv7nobY281Gm40bzqwwW/YU7l3U3wyMyk7cMFqtKx7lcnG8wSBrq5d/XfoxI/9Un+g+5EQOxvqnTCrCpSYhxtx5VoicV+5mcdhQo4Zk16EWf8NoA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Mon,-15-May-2023-06-22-14-GMT.mhtml

**Hash (SHA256)**

f4a6393ae9c2e8423e097c8809dc8a3de265dc499b32ca380a45ada495989d89

**Signature (PKCS#1v1.5)**

JGQL5mTlnuzJotCWddg30fSpaB+Gc2Rw53q4gv+IkWZ1JoUB7d4rIHbI28NENFyGLgZTchVXI8NBroQ45vK1XIm/vttchhRGzCRSeaL8nVIo6mzvnuY+t0cfst922jWPfuskdpzghSXvGVQ7y5tq/
EvIplC1SFPF3ZyNHoOLWZNpaQMC5FxWt3wQ5fp2/5+9c4ZOk9jLSjrymSk96iZsm15veW4IYFyFIUJDSMsBkHLdFXLjScElY/k5fy9AaXimkFLP2hsgp77IAigRiQQ8EgRwgaERQPCVfx5aXI2rd9RdTvFrqP/aJ3B9WfE4z32OPCNH0ooawPQ6v9sQu6qi9Q==



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Elilier Initial Preppy Makeup Bag, Personalized Portable Smiley Face Makeup Bag with Keychain Bracelet, Cute Makeup Pouch, PU Leather Waterproof Cosmetic Bag, Toiletry Bag, Preppy Stuff Gift for Girl : Beauty & Personal Care

**URL**

https://www.amazon.com/Elilier-Personalized-Portable-Keychain-Waterproof/dp/B0BZNMBHH8/ref=sr_1_107

**Collection Date**

Fri, 21 Apr 2023 07:22:40 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

d5tsUt86FgLM2+a9acQQy+p37WL3YiqKOyWXhxrGOUf00IEwQTs7MEg+27RweW05IE9mchdX6rplKN1K1rDX5VpitoxEpg+EPa9auic1qZ3qsz5gjDGEpk7jxw6gSh8kYIs/Bs8EBu4MvHhigJLG31k3KYU1hbpLrm6sXf/8YmY=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Elilier-Personalized-Portable-Keychain-Waterproof[fs]dp[fs]B0BZNMBHH8[fs]ref=sr_1_107]]_Fri,-21-Apr-2023-07-22-40-GMT.pdf

**Hash (SHA256)**

29f885ccd79fd1dc17c3a2a754f14ca6128274d7d81b13c2d74fe700e055f53c

**Signature (PKCS#1v1.5)**

l/D/vUPigaFxnBV6yKsqlm0vlpwb0AvH9AMWHQclwivf/LFFr4mmNNhYgk9c+q4HCjqPGPZx/iQcnx92zznABSSWoyRvQTgMk1Ymbn3vb94isIXLc4n+PuK0IvzHlYBpFon9kDk+MpIPxw10BhiblrTXKSvTavLZQo/A6zvI4Do=


























































Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Mon, 22 May 2023 02:39:19 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

116.68.111.184

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

VTb6CRpOPckOz+zOaw2yuPUpx8wIPHjB6wyYJkH6/2OFO8UDyqv9cPLecUcrvdvz0H849A0G0oeRQlAfl/ICYYrD6YP6GPm2NajSyZjP0vbJZ/
vdt0rbvL2LXcqTmbk/8qGNwBAZUbaMYgbZAjH1Vt66QvZlKFuTnzkOwutqJXj9ZWOWX6bjBY2LrFDt3Qf6+Dlpr8sTlUX6WXOawG77UoFcJcdCG7JYcW+9KQx5R4WM1vBEE6g9xl2uhqUzcrRN7kNriY4HBSuypy9CToUZ3jwMgplKJ5B3nsKNOiFxBLWC0wcBZTAcrQPoVTZS+O9yQCh
+wOtDKgTxmxSETtIEQQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Mon,-22-May-2023-02-39-19-GMT.mhtml

**Hash (SHA256)**

a499267a4aa262bbdbb471d8d15ef5c387f8f8524dd2d00e5a8a5a076df3f7b7

**Signature (PKCS#1v1.5)**

chkKvNvv974/XwpJt82+hhLl7xUR88C4CuI6+SQdQ2ue2TephFeXLyeADATiZtVRCtWo+T7XmJleDTy00/rcBnYmJpj+n/4sXqkknglVLJrVSN8wNAS4Y7U32bXp8Lssb/9NLPoQQ+wgCx9OdgP3cd6e/Q57Q5ZYFTnohUzKpHD0syueXfbOtibK4ILF/
TpS8mfMMm5gdNJU6HtrxZi5iiHRO7qodlT1AKG1HPgZc0cH1AXeduJ68rkYyosCxPTjDQckpQSOF3kUjCinoTP6N3wJGjz52XkYY0rgPv7ZS2qUytIG7Y+h2mxXHr0F21wMQlOvSsGsqsArVfyvJ+Ve9A==





# Evidence Collection Report

Page Title
Amazon.com: Caff Smiley Faces Makeup Bag Travel Large Cheerful Smile Cosmetic Bag Essentials Jewelry Skincare pencil Case Zipper For Women Girl 10×8 inch : Beauty & Personal Care

URL
https://www.amazon.com/Caff-Cheerful-Cosmetic-Essentials-Girl-10%C3%978/dp/B0827TD3BR/ref=sr_1_136

Collected by
Chris Manicko

IP Address
[redacted]

Browser Information
Mozilla/5.0 (Macintosh; ...) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0 Safari/537.36

Digital Signature (SHA256 - PKCS#1 v1.5)
[long signature string]

# File Signatures

SCREEN CAPTURE
PDF

Filename
[filename string]

Hash (SHA256)
[hash string]

Signature (PKCS#1 v1.5)
[signature string]





       



# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Mon, 22 May 2023 03:44:58 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

116.68.111.184

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

p7sA5Q/uXBrEuAU3FEHhbGLnhxOluCEbhC9Mnauj7429E+Ct9ZurM436bNia6lSKsEVHPwGZwcFfFXYhv/40bKbi3KTGZrespaSWeQIYJjkAz1IGY74Pr0a/BqQ3HotlLZBH8AfDmILUNR1GHHKCknGIMDADxiIPl3MZ3khySqe8IcHws9taCugoD/doe+emiqHkoujpTCIVb8Lu2B+sN/
HN/2XGHdNqH8BTqyrxAXcYBIc0X1vgq+tsaG3ohfpuq685uIoK5kUb+3RJrPaUa9G7TeBRBc7NWmHfcKbRuqAaLndAghxCoyvg4ENPajYbO2QpkKuTK40fgXnspdiNdw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Mon,-22-May-2023-03-44-58-GMT.mhtml

**Hash (SHA256)**

4a27a9169d71bac35edeaf919c43a2b3c667d636d48e0527f3aeae690f6284b2

**Signature (PKCS#1v1.5)**

PhCqZMw1EYGsfbE1oTwgo4strH+YLPANE0qZqx/b/1+gXTMT2lUVPXuoqE3tT//rpfqoeBLAqdW83V/+xaQMWj/3VncVjXGDL8MkIM3MHKqSl1P9XgUTmdtB7ewA/aE3Dz8O2OLUF6IrJTvu19L05dHioro3+tfytiVaaTnSdeiABNdsH9bKuMEfR6s+C9xenEtBo
+Zrkuu8gbaPZJg0dOtukvoYKraNZY540eumK+IWY1OLWu+ooU3/+OfCS2MJlbIUp+GEqjzO3jMCZLf4Ozr9edbzyJssZ/JaGWqAFy9h5b6Ug8flKamQVBkwLDRS2VURnd0PvdgTUDSs6Fs7EQ==



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Cute Minimalist Smiley Face Round Disc 925 Sterling Silver Tiny Mini Small Cartilage Stud Earrings for Women Teen Girls Sensitive Ear Vintage Piercing Tragus Hypoallergenic Fashion Jewelry Gifts Daughter Bff Birthday Girlfriend Her: Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/Minimalist-Cartilage-Sensitive-Hypoallergenic-Girlfriend/dp/B09NBSK7H3/ref=sr_1_283

**Collection Date**

Wed, 19 Apr 2023 11:13:20 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Nu0YiFlnpCV6TUDBN1uxx/sF0aFCmO7xHWEP8JZog1Zg4ZD/QRr9Mb/zqf6u/3VJLLRnslCCnKr8NgUWi2TJ9sHVFyMG4Etq4knUGpS9+DckrZHhjW7OwY9xedFBRFAOBdLlto5KTMg15GZ3sQ20gstsf3MY5m9HR1hU9Msu/xI=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Minimalist-Cartilage-Sensitive-Hypoallergenic-Girlfriend[fs]dp[fs]B09NBSK7H3[fs]ref=sr_1_283]]_Wed,-19-Apr-2023-11-13-20-GMT.pdf

**Hash (SHA256)**

fdee7cd17dc89c1e039cacd9fb88991a513bf98b83211b4bf61354f1895e18e0

**Signature (PKCS#1v1.5)**

JEKPucaW5NycZVM0Izl75ouqdMyZ76Qymi9jI0e19s4PQ7T8g4CcI7ken6mefNEdcLqMZYD7rmJUZc3jdCCGWmuo60syVwZbMQJV0cS09lNzEhlWAn4AxN1iCM1NmZFjfykARj+DK4zyC0un6LajkA/5Ji2+483we/6ztAzX4ig=











Investigator Name: RemoteUser2

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 12 May 2023 06:49:05 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

RemoteUser2

**IP Address**

2001:ac8:9a:d::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

COvVg2AACacNBk6aBho/TZN8R+1bCTFqW1YNMx0Hy9FTBGbFI3RyCOdT4TJPoMjA93Z5hHauQ6pl+9c4QqQvFapb1HINU7kPwN0TEo6/6hBGEcaRC0UsdwAldadwALlws+kwUQeabKHtbDve7PASDVg+MQTsn95y5KUAhzdCAAmwYuXF25NbcpvfI1ggK1LWEnuP/
ydqB5He9AHaWMheT9aL9yqfCI98fsZ4Mvyl13VbXXXwmkea0YjZjZOIkeg0ipblgXDjwTR/Pw1uLuCuH0DogUTPUTyt/JpXoRJKmdkz/+3vCdHslNXZ2LIKYuI+OpedGeOMGaQH2sYbo0KBdQ==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Fri,-12-May-2023-06-49-05-GMT.mhtml

**Hash (SHA256)**

8b475410d9e6f578d1a10df0ac66a62f3401815e411867d6be5f9e229a42d664

**Signature (PKCS#1v1.5)**

E8iToLlE8mjmtKegvbXTDCR667h4AXVAkfhKx4406pkYmb/Bx+LwU6+L+qd7nCwonn8k8oBxZUmAXOwqro+/1GANISs4vYOH6JnJjYr5bTbl7CvxXS+IXop3OsXTc4DqULkvcED4rUl5/
H68g6UI9z7L14m5KP1YdlYF5MtBcGmPrDsNlhGR39xK9ZkuR9oTxfo81HfoOHl1gMmCDYi7n8kM9tioO87mGbMjie4dBHWeV/BpOOmiojiKhm32PntXzO1iDG/MOv9exgJNixBwF5KEgRK+ZaaUA9ZfaOg0b5Pr5it9G8xJ0klwIecGnyaXuZETM+c9NiRZ6STiiOaDLQ==





AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Compatible for iPhone 13 Pro Max Case, Smiley Face Cute Hippie Aesthetic Peachy Smiley Face iPhone Case Drop Protection Slim Shockproof TPU Case Gift for Men Women : Cell Phones & Accessories

**URL**

https://www.amazon.com/Compatible-iPhone-Aesthetic-Protection-Shockproof/dp/B09VXQF6HB/ref=sr_1_1_sspa

**Collection Date**

Mon, 24 Apr 2023 08:09:11 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

DQZaj5VyznK0Dk+8RD/3HfExeQbyXsF23fVix4AsCmC/YNgLy2BLz54MvSx+rMAQGjd2o1pUjaAtPV90kRW8yAOG1CcHtPNPkYqJF1kvM9chO0kaT6sHjzduveRGemyURlDfqQHtJlrEW/Iqh8AHI05guzQP6HvT30EmVzvPY/M=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Compatible-iPhone-Aesthetic-Protection-Shockproof[fs]dp[fs]B09VXQF6HB[fs]ref=sr_1_1_sspa]]_Mon,-24-Apr-2023-08-09-11-GMT.pdf

**Hash (SHA256)**

e88dda9f6855f517c81e4a2297335fdd7583254baa82d4c2f8a0e5251c103175

**Signature (PKCS#1v1.5)**

iHkKac3e82uOD62xydKxbxOpd9AZvVXlu4BL/spebVoqJj7dn9kreJ2q/QJuZ1Y6+UkVBjchVwIeH7Qb1vgfsA5TsEn33xVrElOLqhUQAYox4RKX0/iSijxI0Z+T1cSuWL1LI45/nryb2wsdXRdrmU+w4ra2DO6xJa9q+9N9G1U=





















Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 26 May 2023 15:29:42 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

111.92.76.240

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

dTio1Bl3x2WHvslyDg57oQbfyndlMocRFZYD0264T1SyBIWmZrTT4Iug1JtJkm3DdhQA4LROSwp21NKg+ikrVVMYC2VzGAG2pYhvGykNIQPXeW/XNxm+fFVOW/FUizrfXGwz/o/F06JvEWbrquIDiBDbV0XLEGfRLUINUscZveavtfx7TGlKyt2JIRVRcDd5+GEJPF9W0ho/
vGJvLXHdLBjWE5j8WpaT3Myml4iDCMpBOP2G2CG/zkJ0w1dAFiXQqoYPMLYEGIQzddzlmrG9MTmFiMbQNdqYIF+MfBgOEjDl2XRhtp0T6mQSWjqT+Ndgfdb854TYLKw2ffx4BNF97Q==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Fri,-26-May-2023-15-29-42-GMT.mhtml

**Hash (SHA256)**

a59fc6776ceb06817f558785aa5fa90d9bce0249dcb775c3370ef26b28e51e24

**Signature (PKCS#1v1.5)**

Ieq+GtVeYl1lfQt2nukZLtifoDINJnCqVUWfnK4gVytQP4Y2iP5K2yQHX6pzHYllOT705o+N7oLBf7suEODdKr3fd8pTe7eapjpoDphOg+PQySnncIGl1OFca6xofl5Yf+oF6wobmZlRUOX9aucwDgCVJel74nhbahuPVC+acDeD5enHXSokDKBdUpBkQCYTmHHoDfXhwtHHJ4IctnwZosL1x6hvOGcA
+tjnlBeIZuL5A7LHstnqGMWRKfG0X4BzqjI7+ay0fFCD8DeLmb54XnzRYPDaLGKq7Zo1UUEZepQc6P6C/adCiIVD8jg3a7fMBXgelOaQiY9x2H9Wg4c2jg==



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com : Happy Smiley Face Stickers, 1200Pcs 1 inch Round Happy Face Labels Encourage Sticker, Teachers Stickers-Multicolored, STARLIBOO. : Office Products

**URL**

https://www.amazon.com/STARLIBOO-Stickers-Encourage-Sticker-Smile-Yellow-1-5/dp/B09C895X5N/ref=sr_1_86

**Collection Date**

Wed, 19 Apr 2023 10:04:16 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

WKObZd13qJzUbke2Q5z/uoKv9m+V/9TBDgO55A1/hY/KbEzMhkUZopEQAWY0Ui9h0alIpzg9VfCKnvstfvhQg0OOmk4tezag6yerDqKdO6GHhju5KM8H2DxyxS4aZJjm6W26Bf+RnZdZdToBbdAjI0O/XYHvN9AcvDBRfxuwiEw=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]STARLIBOO-Stickers-Encourage-Sticker-Smile-Yellow-1-5[fs]dp[fs]B09C895X5N[fs]ref=sr_1_86]]_Wed,-19-Apr-2023-10-04-16-GMT.pdf

**Hash (SHA256)**

144e418ff3d4ca35dd20b11019fc48b12e3a7778f038262e5b180d423a0073c0

**Signature (PKCS#1v1.5)**

slaFieiRakfSBioM3RYZvX7+i49x8dKCTWSg1havydicX9siD7B1oAleXCRWPmPb41fODog8jqp8zfw1tIXXqygEvBbTrO62CfyA2kLBxXoBONDCLTjTL75USX0BXlZOrvyG/8o2zMWZF4Ir/XWL3b72QVPcrChssLboj6Wdv+Q=







Investigator Name: Sian Kelly

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Mon, 08 May 2023 08:05:44 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sian Kelly

**IP Address**

2001:ac8:9a:d::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

AZ1SX8GBKGPYwWokWy1k6E1raHhPT6wXfqK2HhkKVVcaojY636+gO+6VuMiBZ41NCZM1e1RqEVoe7Bc18gEjlK4k5QDCfDy5zkzBR/fZYRruIbyWhuKH+yUNzkpBgW7NPgQzr8z3TostciJrrK7ZVWEChuIjfoRu+ceJ2zDmCGdt7Tzc/79psvFdPm1nf3M7XNeg5MpFd4r8JqyBxdbi67/
SrDLJ3sNMVYxJWWSaRm8P0QhcgDFHliZU1XtqbQjMrjHSPjnZF1j6ek9pNCZhP6102S3v1RA3PhO97SaBBUKn7qm2O94k+wp1MzIRWLd6EASNcpD8PhQPthPdkbSgkQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Mon,-08-May-2023-08-05-44-GMT.mhtml

**Hash (SHA256)**

068c2fccbc5a626c2ed47d8f5b628945cd6bcd317ffabc2d4f7f51bd8709caf0

**Signature (PKCS#1v1.5)**

e2CWY0qI/H7KP5sJ1SbyJgqeG6rHMRgPAftKsegm4IQYbGdjPXAItqduhfiCY3Vt0q38OBkayq3S73bor2e4L7xrxXwi1We1tAypPECZW0zf3P1CmBI06+5Kl8kQf2/DgRybmhkBlkelcmjdTU7hcxef1xJ/
LEVz56ecORtUpSO5lJTIbFmhhENYBYYp8PqUUiWVw8Qhd3x8IfWft9fa1cDaF5f3pn3gAlbOXjdRD1DwupQasR7/YFW8nSK9yu9ZcAO4l7Smw+2ITf8x+/+GE9JEvaFFy6JdZhA7oLCloSmASojaoIjMgN3UFhh48X3fTvfSOBcPtz1wmgUKU2u02g==



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Carosoffe Happy Thanksgiving Cosmetic Bags for Women, Smiley Pumpkin Maple Leaf Small Makeup Bag for Purse, Waterproof Travel Toiletry Bag Accessories Organizer, 1PCS : Beauty & Personal Care

**URL**

https://www.amazon.com/Carosoffe-Thanksgiving-Waterproof-Accessories-Organizer/dp/B0BYSWKKTD/ref=sr_1_149

**Collection Date**

Fri, 21 Apr 2023 07:29:54 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

D8eaAPzd7wTWEVT/oKfZmVxZKLIvYntA2scJWgZFFAkWIpIOKMv/WHOh/mPGCmGjF3Vuo6aE1CBJ1ygEl8wCJuB/tt9hymwGNLt3d0KjxEpuCuUDP7bbvqRjfjYfsWlUWRxKZ+BQebnrLJld/lldwk3kc6dqAVyjt8zYSNJR+6g=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Carosoffe-Thanksgiving-Waterproof-Accessories-Organizer[fs]dp[fs]B0BYSWKKTD[fs]ref=sr_1_149]]_Fri,-21-Apr-2023-07-29-54-GMT.pdf

**Hash (SHA256)**

ac9131d4a388dc3bfd5b6c4ff5a9a72f7402db758c07afa8ad76a6bb54448cd4

**Signature (PKCS#1v1.5)**

IEVKDyoQRG8LByVNwDORY5LEmyHyr42gdI3hfrkKZ+KGbnuJhKwS2K2TUBKcDwKYDqIPuHnXNe4DmxMMRkgZoYqG/+Z9Q38M46OQ8yghP9GcjMIHueQGa/UBiuD21gRmYELWJ2lQwVkGAfJhABFatQIFDKF2ozxAMGgGVxRVktQ=

Carosoffe Happy Thanksgiving Cosmetic Bags for Women, Smiley Pumpkin Maple Leaf Small Makeup Bag for Purse, Waterproof Travel Toiletry Bag Accessories Organizer, 1PCS

Brand: Carosoffe

$15.05

Get a $100 Amazon.com Gift Card upon approval for the Amazon Business American Express Card. Terms apply.

Color: HalloweenCAR4117

Size: 1PCS-9.8x7x1.9in

1PCS-9.8x7x1.9in | 2PCS-9.8x7x1.9in

- ✿ High-Quality Material: The cosmetic bag is made of waterproof polyester, smooth surface, soft touch, sturdy and durable, scratch-proof. Strong zippers and stitching, beautiful materials, every detail is exquisitely done. Water-proof fabric protects makeup and other items from moisture and damage. The surface of the cosmetic travel bag is easy to clean, just wipe makeup bag with a damp cloth, and toiletry bag will not fade after many washes.
- ✿ Large Capacity Storage: 9.8" x 7" x 1.9". The travel toiletry bag is small and lightweight, making storage bag perfect for carrying in a handbag or luggage without taking up much space. Simple but large capacity, convenient for storing foundation, face cream, sunscreen, makeup brushes, lipstick, perfume and other cosmetics and makeup tools, or other small items. Easy to carry wherever you go, make up anytime, suitable for teens, girls, women traveling.
- ✿ Portable Cosmetic Pouch: Small cosmetic bag is equipped with a smooth zipper closure, the zipper design protects your items from being scattered, just open the zipper, all items are clear at a glance, and you can quickly pick the cosmetics you need. All cosmetic organizer are handle bags with a small hanging loop that are easy to carry when you are out and about. Great for travel, vacation, dating, parties, gym, camping, bathroom organization and outdoor activities.
- ✿ Stylish Design: Portable makeup bag is printed in high-definition, fashion double-sided printing, with various cute, elegant and interesting patterns. The vibrant print looks great on textured materials and is the perfect piece for every season of the year. This sloppy bolsa de maquillaje is the ultimate travel soulmate, perfect for personal use or as a gift! Ideal gift for birthdays, Mother's Day, Valentine's Day, Thanksgiving, Christmas, and for those who travel a lot.
- ✿ Multifunctional Organizer: Lightweight size bolso de bosméticos is ideal for everyday or travel. Not only a simple zipper bag, but also a cosmetic bag, travel organizer bag for storing all the essentials in daily or travel, store some cosmetics, toiletries, skin care products, art supplies, baby products. Can also be used as a gift bag for wallets, jewelry boxes, medicine bags, digital accessory bags, pencil cases or gift cards, pocket books, and more.

Report incorrect product information.

Same pharmacist window. Minus the window. Amazon Pharmacy's licensed pharmacists are available 24/7 to answer questions. And because it's over the phone, your private health conversations can be, well, actually private. Try Amazon Pharmacy >

## Product information

| Product Dimensions | 9.8 x 7 x 1.9 inches |
|---|---|
| Item Weight | 1.76 ounces |
| Department | Unisex Adult |
| Manufacturer | Carosoffe |
| ASIN | B0BYSWKKTD |
| Country of Origin | China |

Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

Feedback

Would you like to **tell us about a lower price?**

## Product Description

**✿Cosmetic Bag Makeup Pouch for Women and Girls**

Material: Polyester
Size: 9.8x7x1.9 inches

**Do you need a bigger bag for your stuff, but small enough to carry around?**
Our makeup bag is the perfect size, big enough to carry almost all of your daily makeup.

**Practical Material**
The toiletry bag is durable and lightweight. They're made from a soft polyester material with a stylish graphic print and have a special water-proof finish to keep the contents inside from getting wet. Zipper closure to keep your items safe and organized inside.
In addition, there is a small black strap on the side of the cosmetic travel bag, which is convenient for carrying and can be directly hung on the hook. You can also hang stylish ornaments on it.

**Multifunctional Storage**
Holds your toiletries and personal travel items, great helper for storing and organizing personal items. Zipper pouch can be used as cosmetic bags, toiletry bags, travel bags, jewelry bags, pencil bags, storage bags, beach pouches and more. Cosmetic organizer can not only store your cosmetics, but also small daily skin care products, face creams, sunscreen, essential oils, toiletries, hair clips, hair ties, jewelry, pens, chargers, mobile phones, small electronic accessories, medicines, glasses, keys or other small items. All those little bits and pieces finally had a home.

**Cute Gift**
This bolsa de viaje cosmética is the perfect balance between function and style. Basically, overnight bag can meet your daily use and share with family and friends. Cosmetic case is also a beautiful gift for women and girls.

Note: The size is measured by hand, there may be some errors; due to the different monitors used, the product has a little color difference.

## Videos

Help others learn more about this product by uploading a video!

Upload your video

## Looking for specific info?

## Customer questions & answers

No answered questions yet

Post your question

Typical questions asked about products:
- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

## Customer reviews

No customer reviews

| | |
|---|---|
| 5 star | 0% |
| 4 star | 0% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 0% |

How customer reviews and ratings work

Review this product

Share your thoughts with other customers

Write a customer review

Inspired by your browsing history

You might be looking for

Your Browsing History

Back to top






            



Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Mon, 22 May 2023 04:32:56 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

116.68.111.184

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

f1omq+ck+OyBjXX8+L/XtomzwYL1tvPanQbfST+E62jZvuu7v5PEbAwq1Khd1SMPJkyuCoyk2+A9eKB0mnGDLGoEL8Cxcy/7jCGqSUeX5weJUEzgzLpFRlUcXTBLFe6SqZFINWxOnvg87L2H1lKL2WWA
+uVyLXCiIHa8xCp2lC4hv3cgQrtNh9RV9BZJ4mrcfdm2HzPK4wxe0rXuPkORsgipG78FUCDZLz+2NI6Lls+EPR6zsNfQ1q1OQWraUHS28FPw1HzHIqB0Zta4s19XJMdCawKGUsBBPu5m2R7IAjObVdTQxzZa5yH0GS5QR7qI0OIU80A76RaE8XEoDyb1Sg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Mon,-22-May-2023-04-32-56-GMT.mhtml

**Hash (SHA256)**

2a24e36b7547f7353bfc1f981a2a69ab4a7fd3df4d5d0def98ba4b73e21b7926

**Signature (PKCS#1v1.5)**

dslGQO2ANaXUPGgUXRp0246ZvhE8/2Npb/EO8kttbHr/qXyisZeXE1X1ASVl0FVQ3LG0BkdB6IzSM3tzEFCoKBUOybnuj6h/
JTbgc9DNw1926E3B4codlcYs8riLs6PTLfgXwMSZFytqx6ED5JSjHrtMgjygPN4tJAkhVrVpZyZV2q4dL1altexYamyqMBkEU547AQw4sTy6HHlsf3kAhbWgTiLndFruTusc9oYPhLHV/Ek76U81qoLT4WQzl+TQSaEXSvTfN1xlJQJtFSUfLE6IRY65kjKBDTXTS4HMJLsXCE6YDneRjZ/
u33hvLd7nu7lcsi/4c23hHlOrX/y8pA==



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: CASETiFY Impact Case for iPhone 13 Pro - Smiley Phone Case - Keep It Cleaner x CASETiFY - Clear Frost : Cell Phones & Accessories

**URL**

https://www.amazon.com/CASETiFY-Impact-Case-iPhone-Pro/dp/B09VBLXRCF/ref=sr_1_6

**Collection Date**

Mon, 24 Apr 2023 08:11:42 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

qP0LGE9LcQLVNH4upbfo1iyW8x1rd5uM42ai3h91CqUoNtwpn8IGBvjazPfyh7Of3NtNOOdLYLLz+gy/vqIR/fxi5cqnAhOy3f0XBZzA49rusSb/5w0hGo8clhtfij1BLLBmAfHPJByLB6XPmvd1OAScF4V0KG+TOAeLBgUHqTQ=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]CASETiFY-Impact-Case-iPhone-Pro[fs]dp[fs]B09VBLXRCF[fs]ref=sr_1_6]]_Mon,-24-Apr-2023-08-11-42-GMT.pdf

**Hash (SHA256)**

5f7f2a90e4c2fb01674afe61e27fe9973cec5aad6bb76289d222d37063bf375a

**Signature (PKCS#1v1.5)**

cA0/ZkWwSkRRJujp/tckGOYoyLPbQqIH4nmMsUpPNuJmW0wlTRrcF68KjGtf55y59fMKR9Kp+m5Jrojq6b6fXOizU6u3GU6vLaYrLMhiYNbGnnzVjSI647eEbeo9Qcv2ms0Y06K5NmR628VwikWftwxpM8Szyl2OPlcOvUBvYwk=









# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 26 May 2023 16:40:43 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

111.92.76.240

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

iO3ocQYZrhuZLUcFN3k1zesndiAIK6HJ7TTzS+wdj42OmOgTVf+f2v7EBT4tD1pH1l7PeWIXVUaWBZcpa9j9ZWX7FTb3mbR+hiQDX44QcwSDKnet3vGd0QLl6jP25/woLL+E7/wMPopS/ZNyaYNJlF8/s1akOL87CV/CeBwONwyeiYE5YWnf/73dtaStbgyM5LLrd5e
+ZQxfYfgkYLg4KfPk2QIyMGzQjIXeq6siiT4bm5zOygqau1ZwA4x3yIcZKyKo+dzCxZv3LqeNh65O8bOO/IuhU58SjqhkEl3XjY3PNm6jQGnITpHt7jbhuu9yvEicrvoyjtOBA5mh01kZjQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Fri,-26-May-2023-16-40-43-GMT.mhtml

**Hash (SHA256)**

79a764d06c681d4ffe244a1a6a97bcabfe56d548bf0190b000856a42604eb954

**Signature (PKCS#1v1.5)**

JMWbAeFRSN6tfl36KAsjQQwdusc3xiJstNvmusn/BSnPgv83pttTU5CgPl8E+pQZ+RnkteC9+aMlvhUtWKigHoecnsrP7Jpq4KEzsADbdZ37oNkKYlvF3FxrIuWa40YvtdAjTcEWoZ67VBDFXBit1J9D6Lo8zKmo+vLXx08idwEbnvWAVVfENRc9pKpBMxKYvcDQ1iwsvPxlcSR+5LV1Ib3CTWNR8/
GCWLeVegW/ibRFIH5J78MStoMJ2QXUSlzA08pf2Z8XCYFMjTOwxMldXEEQhr5z8S8bU3plcyd1UXNu2T1f/HxLeug+Z3opR5lPPx5qvCH0G34FiwYjOGf7Kw==



AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com: Pumpkin Smiley Sheet Set Kids Orange Gothic Face Bed Sheets Set Girls Halloween Theme Bedding Set for Boys Teens Sheets Soft Room Decor Twin Size(1 Flat Sheet+1 Fitted Sheet+1 Pillowcase) : Home & Kitchen

**URL**

https://www.amazon.com/Pumpkin-Smiley-Halloween-Bedding-Pillowcase/dp/B0B8YYH66F/ref=sr_1_306

**Collection Date**

Tue, 09 May 2023 10:03:58 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:93::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

mJL/5/ubEOOBCM3vMEPr3fqHIrrkHq8W6Ga1f7fmZoz6TACZM2XMz4jqVVMGU05S4oBM5PLZ9Ic2flr3IayrVD+TdJysiGZqwb5nzIuMqeVqPm8V+bLVPEs7w1B1KcJgMdqDv4FpGI5eVjs9PBHtZAAHQhBly1xJ277oaQ+m2No=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Pumpkin-Smiley-Halloween-Bedding-Pillowcase[fs]dp[fs]B0B8YYH66F[fs]ref=sr_1_306]]_Tue,-09-May-2023-10-03-58-GMT.pdf

**Hash (SHA256)**

f790641a12abaf421dde10756015465e77b96ca9b13154c365e0bf83e5963752

**Signature (PKCS#1v1.5)**

V4fwUVM+SwU92gCnOAzNYH/BkptqnYigmpW4YjPJI5TBhKEpfeW16N5cH3soFF/0bqCEZvn8U6ockL2CfbdZah1mFdFPWO8NWWUqX2Cx3GGUPVeUNtXU7YkzHS+9GJaEP/WJ+MkSm/oUmCWgxrOouQr9ZOQ92HNj3Q9DKigjMcE=






































































Investigator Name: RemoteUser2

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Mon, 15 May 2023 08:24:15 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

RemoteUser2

**IP Address**

116.68.99.108

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

XlzXvmtiYO7N1iis4qGe4oZhcDEWnGVCPQCIqh3Cl+pTmEBQ8FBtiPyygcoC9LlXyVuZmhi8u9lbW7pm/xvlk9HX+DytM6Nv8zuzkXjQRkV/kP1eKOiL7Prm+B3R5Y8d0ZDwmpzNMbcVl0tuofdmFjD+nM+B4gPvy9p6QFaBnytfTsweLI3yHY2RKb8MTyucVFEJUYFx
+7twnLSopVZPrweTYa5RkmlJ+/vbVt8x7CFCY34ILFlSP++DOZZ0RSdNhk0WOSuCVAHNA3nS+b/kF0B+u+YLApfrhei/eST7tguQAad/VmXGSF/J1AroDvRy8+zB7LgRn5RunkkULcP8Tw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Mon,-15-May-2023-08-24-15-GMT.mhtml

**Hash (SHA256)**

f2532537e87a90abb97a3c21850ba167d486662cdf51ccc5db6cf1673e302523

**Signature (PKCS#1v1.5)**

o9PfuZ70SyrtVDUDNsEdVnXuL80VNkTqrCqqnGf5Msi5KsXozjrBlPRH96qYUuyT2ovUX0S+0bi2s6Q4QYiGKCatARYuIlgvZhNuriXXVDS+Tag4z2iPeECcmuBy//6EdHwEWSlZ4XLEPCCYQtbFcIeKD7JmkvDGT/GnFbpBiSwwGIrfONtxmj/
pfg85mD4q4F0cc3RT3vXy8ILE2U9Kf30oFVyMsWnO5YVbShx33sYMgSK9hUdGDayisNy5ZOyt2ycyyBQqm198wCDgHAxPDsCMJ9lhZ67ofauPUAUnAvPQy4J5Di++dcJ8ntp1iBNWEJ2b9H4HLaVjOTO5+lBS2A==





AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Happy Face Choker Necklace for Women Girls, Layered Colorful Polymer Clay Beaded Collar Necklaces Bead Mushroom Pendant Necklace Set Y2K Necklace for Summer Beach Parties (3PCS Necklace Multicolored): Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/Necklace-Colorful-Necklaces-Mushroom-Multicolored/dp/B0952PFQMT/ref=sr_1_329

**Collection Date**

Mon, 24 Apr 2023 06:38:59 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

i//Muz2PuxOReyNSVvdyrXouUOhZR3+0J46WaWlq263Q7eWlrtEUdQITJT9Xb9/K9hy695NVinAun81ePAXYIx8wTQI/2DG5V478x3bWrI/NGbDWGOZkBvByhLWaKB/Ly/ITmyG8RPy+ViMPJ/x69g+AFmy+PYkA4UmvR9Dky4g=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Necklace-Colorful-Necklaces-Mushroom-Multicolored[fs]dp[fs]B0952PFQMT[fs]ref=sr_1_329]]_Mon,-24-Apr-2023-06-38-59-GMT.pdf

**Hash (SHA256)**

9052e241891aa42fa4bdc4029a8850b0f8c6fa03e82bb99e2e0214515daba09d

**Signature (PKCS#1v1.5)**

C2nvcPUGj0epu1uqwohIQSEEnFKuDopHgr0K/lXBCcqSFiM2Sb4OQOIbzFPS5Vnjpku2OHu8WFQd04LWZF+XZtgSyQgrNyzsMV0gORle4aOFpwpf6G8RgJHnOMsrskkjBhf11ZpQ2B77FHnO2swpuzQXu2KmnRVKE9/LIpa0aQs=









# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 26 May 2023 00:16:35 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

111.92.76.240

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

N0B1VKwwPBziMhucKKpvfeJd95znEJFSuThnjo11ozoEIi3iocOZK3tjWXPb/FhGAsQIzRVRg5fthrR2NcipoKDI5gMCXMdtNuqFL28ReVNEH09ejVqAz9uS9K1mr/l9bTU+1Wt0VohN1MEqn29W2nuYeSvwUyPKSTO8Mlg6hLroSBHsNl
+2FRh9zdcb3aXiTGjIY0Mp22HnBDRMO4YHmB6dTEvjEAtH8Vlr5dBACFHMTmpSvTl0Ove5c55i6I2/b1nXjXgFFTVTi6Ihcwif3lrB70Y5dLOu/SzV0Ky0EfYN9Ktj0gPk58Y/Hz5xiwKNJ1LGcSfQ8VHie0w6S4jFhA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Fri,-26-May-2023-00-16-35-GMT.mhtml

**Hash (SHA256)**

08cd62140bf39bd163a0c2e709cd812b7b5d9d82e4e48afa86a3a51cbd48a1ea

**Signature (PKCS#1v1.5)**

NfM35rlroFjFCjA5qrTBi/FS3U75/KfbYQ7nlASTboBk4A4FyqIKTrDNftDkgcTUs/yQJAFlzB2HAFTQY3XWLU986L/S9wJIs88/diVOOr3OCgPLm4aJco5GBcZUG5nJLpErsbeV4yIscwmLyw+JSqrVN+1Sqb9QieC1qRlnOckzIOHygeb0IPdRTlpeUTA9HG0ERKFr77GxjzRDXRZVX7/B
+01fLdEbwETVPsD326/xAlyVFeiyk551hMb8pmmB+xXjFWyJX46bxVW92dhNOcpRyS41XxKt7dCnbil1jbCHYUgVJsh9+IZqbh/6q/8F5kckv0IW7yck7J8vygJ/rA==



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Funny Purple Smiley Case for iPhone 11 Pro,Black Deformed Smiley Silicone iPhone Case for Girl Women(Purple Smiley&Black) : Cell Phones & Accessories

**URL**

https://www.amazon.com/Purple-Smiley-iPhone-Deformed-Silicone/dp/B0BB25QCCC/ref=sr_1_149

**Collection Date**

Mon, 24 Apr 2023 11:23:33 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

o8sOMP/jerRq0HKhi5UgoVoPDdwdGouRnJ+wyzbEyfDt6JWAS0ZsQo50m7U293qOTuCHTSFgHX/TgTfqJpHOGWD3V8GTubhd7Dbmb8wtoTtgBKwVU8FKh4rwcER/P3NSvSJAiOUCdjyZaQM490JEU9AoxJ32HxhJxkAenAK5ko0=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Purple-Smiley-iPhone-Deformed-Silicone[fs]dp[fs]B0BB25QCCC[fs]ref=sr_1_149]]_Mon,-24-Apr-2023-11-23-33-GMT.pdf

**Hash (SHA256)**

58b43149bf3a5d2c9c9aa2614fa8baca3489e373e4ab9b424f6882d44ffe241e

**Signature (PKCS#1v1.5)**

RXE7SqybFcYyiz/DUtXQwYBXOKzblniQeDB9lm01x+boxyG5kIK+gmmZCUYJFrx4zKri0f3QSkPYQKG5xI/1k2sxbf+BaUh9pX3qWp6eO7K2TmM2+RTxQHj56+bmr7mnsbwz3xjWesIKP0UXlkII9Lsx17kK+1RJ+gk2QxgA04E=















Investigator Name: RemoteUser2

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Mon, 15 May 2023 17:07:14 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

RemoteUser2

**IP Address**

116.68.99.108

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

TFf8wQZC+Mzz5pIZCZ1s45wgGYj071MNXi8tdNkAVseRZSKndKzr8tMVy6QdAYcyvqJV29o27X1G4cdZLAGdWJqwa1hEFvh6QBSXBjgna/XV7S2DwyyqsQQ7PXFYdlov8B5OgNujeu+jPBebOLDXJFwwOFdW/LVyRyDZEPETUK/
pAwRm8Fd4KLz4ntEZWqzJbd120mU7BoR0sEZnkYzlFJokUlvuT6SOJrVJSstXIjGcdlKXFZurXSN4jB+N9tSxEbdSbbHinCoBa/tQW5gfvIgboRAHsMzmr40clgL3suPy+BVC1Spbp6Cg4hRAZhJyEn1KTEICitKEBHDIJxLsDw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Mon,-15-May-2023-17-07-14-GMT.mhtml

**Hash (SHA256)**

ec1706ed0a2fb6e9f35189158150b215d4b2c6724dfb641ce158f448715a32e5

**Signature (PKCS#1v1.5)**

E6Kcx37lBOuDhhtQxjWYZng/QIC1meZdxukYt5sASt47c/3N7MbmNlA5QRVR38C395Q37Wh/WwprlKTrNV/pFmuzpKLj5hz6WHT7D7zVVeriqY1JuJgc90Mm1p7JltGKw/3EBAA7rJKPGaiXO
+WI7P9kbWXyQEMy6Es/7B4vUn9DvtDzzvzSfZ7fjgg1Wuni4J38IN1sxb4EbBlHnuomNrUP5V4o9JHezzObp0aRkkv0M11h7PONYHc3OEaxAbkoVnbNDYBBxAW7/kxd6FTsUzIt/6ufVPwODJ/SKQLu9yuX46i3/vjoHpApyxGM0JRPWTLq7rwcGnSZiaQuG6Ffuw==



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Century Star Unisex Smiley Face Baseball Hat for Men Womens Baseball Cap Vintage Washed Dad Hat Athletic Cotton Running Cap Black One Size : Sports & Outdoors

**URL**

https://www.amazon.com/Century-Star-Baseball-Vintage-Athletic/dp/B0BTYQ3498/ref=sr_1_39

**Collection Date**

Tue, 25 Apr 2023 09:37:23 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

hHp/ZervUDEulQcfOk/KrFVltl+aDEunPiXy+4Iqf6s+jybXu/EVyGDslJ5QKieTWZDli0egXQ1b8UT7ZZJaeBsymliPrwQ1oJRTR1soZ5pm5T1wX4gmTLTZkqsAAVC0tMR6YTLnVTbap1vQuGiTQBeKWY6C5hDJgei2aykncTg=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Century-Star-Baseball-Vintage-Athletic[fs]dp[fs]B0BTYQ3498[fs]ref=sr_1_39]]_Tue,-25-Apr-2023-09-37-23-GMT.pdf

**Hash (SHA256)**

e75977005182d64210ec66112e66252a6702c091db264073252a01d9a7e5bbd5

**Signature (PKCS#1v1.5)**

MS2zJVi3ErHVGCOstvoSkkgu1BR4Xy8/ewsPz5HzEafplGCPwBx4+0Jc1LuFgan7g+0vvcYVmQ2AErtMQzV0XiZ4derWKsbAFBcIXkvV7QNuMn7NYGIbjV2/07ApPUyUAJ2ndKzLEcrY/kntE8RibJvwtUqrTlwLYEHlAEk2cc8=













Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Mon, 29 May 2023 15:39:28 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

116.68.102.163

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

gvyv8OUtsR7//mnldxBTjufA7dSTgPSLsMY+HL4qx7VyoIsCzccTsfpGfk/C9g/lH+Jt/
r3pqENCXieVvRKoDaTLKpW8sOb1+r1OIWTZRQkCvbt52M0rZNru31e84SJnOjQfKXmjPti4kyneN6TBUAedrLN9ifL7e7mQjxgEIwozMz8O9QbfnWdzQX3aDKbTNcZ7bmwaBbF8nQLW1fdJM3kCwV1z7hpKiehnQMVfCGnBcnNZrPDDbcx2D1UnfCDqMbpe4NXWE68+Ic8DMR+/DTqOfP7Kk/
ivZhZbkbGzv/VMKp8+H4Bb7yL1Lbt56npZ5vdFFRJ2jAaMoMmboRJi3Q==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Mon,-29-May-2023-15-39-28-GMT.mhtml

**Hash (SHA256)**

218d90a12a0dbb1e22140f3ca3c3874fa26d63d48765b646ec64525a87fb72ee

**Signature (PKCS#1v1.5)**

QSk42FZpabUoJiU5LTus4MR8vwqFd6BvqHGZE6qyGzBlMp1D9qygtdEiiHTzR8tcQNKTn6/
nRwObPgrWv3ZmbJS1Niq8PQ9zzrV3VIHhVgthZto1NB8Yjqavomqn78HScbsY4ShQy3kYkmn162TIUUsXD95isQqv6lOfqJu4VOrktf7jHibzAyZH1zLHVryq3zETq9YtHQaVqu27s12EuveDss5wRU9kAeaTUeUdW/6FD7wVxeV8CgxuKdeiGtXxnNV+pAeqq4Lh/uGC6tU37/
MrSc9WmuRD5i5Q3OqQntIYhSoJ0/Cbt37UeU0rF5s/41gP6fS5+ZX79OoVqYyCOw==



# Evidence Collection Report

**Page Title:**

**URL:**

**Collection Date:**

**Browser Information:**

**File Signatures**

# File Signatures



### More items you may like to report

### From the brand

## Product Description



## Century Star Washed Athletic Smile Face Baseball Cap

## Unique Design



## Sun Protection Sun Hat



## Occasion



## Product Details

### Videos

### Products related to this item

### Similar brands on Amazon

### Looking for specific info?

### Customer questions & answers

### Review this product

### 4 stars and above

### Recommended based on your shopping trends

### See More in this category


# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Mon, 29 May 2023 15:39:28 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

116.68.102.163

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

gvyv8OUtsR7//mnldxBTjufA7dSTgPSLsMY+HL4qx7VyoIsCzccTsfpGfk/C9g/lH+Jt/
r3pqENCXieVvRKoDaTLKpW8sOb1+r1OIWTZRQkCvbt52M0rZNru31e84SJnOjQfKXmjPti4kyneN6TBUAedrLN9ifL7e7mQjxgEIwozMz8O9QbfnWdzQX3aDKbTNcZ7bmwaBbF8nQLW1fdJM3kCwV1z7hpKiehnQMVfCGnBcnNZrPDDbcx2D1UnfCDqMbpe4NXWE68+Ic8DMR+/DTqOfP7Kk/
ivZhZbkbGzv/VMKp8+H4Bb7yL1Lbt56npZ5vdFFRJ2jAaMoMmboRJi3Q==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Mon,-29-May-2023-15-39-28-GMT.mhtml

**Hash (SHA256)**

218d90a12a0dbb1e22140f3ca3c3874fa26d63d48765b646ec64525a87fb72ee

**Signature (PKCS#1v1.5)**

QSk42FZpabUoJiU5LTus4MR8vwqFd6BvqHGZE6qyGzBlMp1D9qygtdEiiHTzR8tcQNKTn6/
nRwObPgrWv3ZmbJS1Niq8PQ9zzrV3VIHhVgthZto1NB8Yjqavomqn78HScbsY4ShQy3kYkmn162TIUUsXD95isQqv6lOfqJu4VOrktf7jHibzAyZH1zLHVryq3zETq9YtHQaVqu27s12EuveDss5wRU9kAeaTUeUdW/6FD7wVxeV8CgxuKdeiGtXxnNV+pAeqq4Lh/uGC6tU37/
MrSc9WmuRD5i5Q3OqQntIYhSoJ0/Cbt37UeU0rF5s/41gP6fS5+ZX79OoVqYyCOw==



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Palotay 8PCS Preppy Heishi Bracelets Colorful Smiley Face Evil Eye Beaded Stackable Bracelets Set Surfer Clay Bead Pearl Stretch Bracelets Y2K Summer Beach Jewelry for Women Girls Red: Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/Palotay-Bracelets-Colorful-Stackable-Stretch/dp/B09YYHL16M/ref=sr_1_13

**Collection Date**

Wed, 19 Apr 2023 11:35:44 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

mQP+V2JrLa7WVJN2nHcnWObJQGIHu52JulvrywqZxDYLRoR9Qajxg72JFPvQyLBShLE+UQXpti5S92HsGGdP2QwWClnkhC0gmzOTToP/phMLPC5MmIleSqWUfIVzL9CSAgiwbFYUHjEoXIdLdGUgAvjjjlCYPzOMuefS1QkiJBM=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Palotay-Bracelets-Colorful-Stackable-Stretch[fs]dp[fs]B09YYHL16M[fs]ref=sr_1_13]]_Wed,-19-Apr-2023-11-35-44-GMT.pdf

**Hash (SHA256)**

223979995be8a1cf6964c7b0901548c23d354cbe84f32eb5d17bd71150c90583

**Signature (PKCS#1v1.5)**

ezH+D205VWF7BdkfwlzvkqCTES1euCl8Mc7Al3DqE95dPzVyVujOoUyNJWdwc/LyvAwv+RFKK6YXXgKxduk+n4vDgV+lt2WIuRX8/Al1Sj7Pcr50ottxcHzy2U1V7xHsy4MBVbiyMzV+YQ+cSAoQZtz4SUP5/T9k/mwhZ+Zw2TU=










Investigator Name: RemoteUser2

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 11 May 2023 09:59:10 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

RemoteUser2

**IP Address**

202.83.40.99

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

AQVmgv1d3gTHcvf0aG+hNCyYRk3mpwPZB1i532UoBmv2dDy/NkNF6bkdFFdDLg/wr3Rgvm8FVa9lJdKm7lnX3QIwHt1MrctPK5qMz0F3ivQtsVKuEIXkvd8v6Gfl6OZ0b0JjGQyThUdLZEqBxpW319kTLECa7GGGOWV8+gNjI5tm/FGGVsAOyLS4s+ZzCao1OJfKXJCEWi32Y/yN0/
Na4mXukmDYGYxSs+MNbdvRd/XPpjGqdXKkp591o779L61AulA5RsvvEbXGRMeZnOu+JqU7mpn9rABH/urdkhZHwlZZ927dE7wpeI4U/Gu2u+3NrO4lEnaNCCwg+tcJgL1EdA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-11-May-2023-09-59-10-GMT.mhtml

**Hash (SHA256)**

a05bfdff1907a46369de84f480c32874e7af6c9930fce7b51bbe39d70d01f2d8

**Signature (PKCS#1v1.5)**

fwZpOsOOadvCRg6dbfb/7Kb/FGESbmmqRpQc8FHevSC7bN1xOLl5F0KvFp4dAdppnUnHTGxgKJyb554CYHtlTO4/oP4L8Nrhxd5XZIx2Xg8ZifKWdY931d4mn3fPBx8eaBq2pQzhlFx8XNpT/6H53EfCqRNGCxjtdgvNGJ4PPH8/eL4zGK18EvumuhlFP3BEU4cSnVJZez91koW5WdVUc/
BgpvzjfN527NCZCyNgpvqc85HIJw0y85vkcz3eS1u7auxhplL5Im73uA0gAnC0yfdycqshaJh2uhGYLhtz+UVE2FxHhL1lfBULPgRyNun5dgeEO4H1mj4RMwAjdeWstA==



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Beauty Smiley Pearl Necklaces for Women Girls Handmade Colorful Seed Beaded Choker Bohemian Christmas Decorations Gifts: Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/Necklaces-Handmade-Colorful-Bohemian-Necklace/dp/B0999QTZ34/ref=sr_1_308

**Collection Date**

Mon, 24 Apr 2023 06:36:46 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

oIBeI4pz9i+tPPZpvlobvJDtUT3MugMV8uisqyaqhNlraspnjucbvDrF2jKfIRTThsLygp2hf7fIeMiMynyqr2ACLx6gF78Tj0MJmlVTVFpztF1hsWR6CdzimntWeQO7AZvPOptNA4fcG586ccxB4VqMwi3ABAbuaPEjC3TE+tM=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Necklaces-Handmade-Colorful-Bohemian-Necklace[fs]dp[fs]B0999QTZ34[fs]ref=sr_1_308]]_Mon,-24-Apr-2023-06-36-46-GMT.pdf

**Hash (SHA256)**

f4a7bea37096188518b24a02e94823dcbc5676f46a1d6811348072424be0147a

**Signature (PKCS#1v1.5)**

i5a3hy0DuMWUEe5zbJ+eASQAH01x5Ap14Et/t/mpqSuXvJzIMcRm+5KkqJHgFVYqOebk8WeDar+vr9WcFxV3GcniJgiQCug80gC9AdWRvoDI99C27udXbssecus6ynNwzwAw8VV84VAgh7BEKzUm8Idly04xRQXF75b501BHRUY=

$28.99 prime
Save 10% with coupon

Sponsored

Returns Eligible for Return, Re...

Details

Add a gift receipt for easy returns

Add to List

IDEAJOY Bohemian Layered Beaded Statement Necklace Boho Multi...
50
$15.99 prime

Sponsored

## Buy it with

Total price: $22.87
Add both to Cart

These items are shipped from and sold by different sellers. Show details

**This item:** Beauty Smiley Pearl Necklaces for Women Girls Handmade Colorful Seed Beaded Choker Bohemian Chris... $9.88

LieToi 9 Pairs Preppy Earrings Pack with Colorful Happy Smile Lightning Bolt Heart Star Charms Pendants Gold Sma... $12.99

## Customers' most-loved styles

Hicarer 6 Pieces Women Bohemian Necklaces Seed Bead Necklaces Glass Beaded Choker... 4,472 Amazon's Choice in Women's Choker Necklaces $7.49 Get it as soon as Tuesday, May 2 FREE Shipping on orders over $25 shipped by Amazon

Miss Pink Natural Freshwater Pearl Fun Flirty Beaded Choker Necklace Handmade Summer Boho Jewelry Gi... 1,547 $12.99 Get it as soon as Tuesday, May 2 FREE Shipping on orders over $25 shipped by Amazon

GYSONG Beaded Choker Necklaces For Women Vsco Boho Handmade Flower Necklace Cherry Cute Necklace For Tee... 1,421 $11.98 Get it as soon as Tuesday, May 2 FREE Shipping on orders over $25 shipped by Amazon

Hicarer 16 Pieces Boho Beaded Choker Necklace Women Bohemian Seed Beads Choker Colorful Bead Necklace for... 1,336 $15.99 Get it as soon as Tuesday, May 2 FREE Shipping on orders over $25 shipped by Amazon

## Product Description

Name: 1 Orange Mushroom Bear Gossip Beaded Necklace, Material: resin soft ceramic, Specification: 37+8cm, Weight: 15.5g

## Product details

**Package Dimensions :** 3.9 x 1.1 x 0.19 inches; 0.55 Ounces

**Department :** Womens

**Date First Available :** July 13, 2021

**ASIN :** B0999QTZ34

**Best Sellers Rank:** #561,415 in Clothing, Shoes & Jewelry (See Top 100 in Clothing, Shoes & Jewelry)
#2,515 in Women's Choker Necklaces

**Customer Reviews:** (4.5) 6 ratings

## Videos

Help others learn more about this product by uploading a video!

Upload your video

## Related products with free delivery on eligible orders

Page 1 of 50

Sponsored | Try Prime for unlimited fast, free shipping

SLOONG Y2K Necklace Smiley Face Pearl Choker Necklace Summer Rainbow Polymer Clay... 308 $12.69 prime

12 Pcs Women Beaded Choker Necklaces Handmade Y2K Bohemian Bead... 226 $12.99 prime

MJartoria Initial Necklaces for Women Girls, Colorful Beaded Necklace, Y2K Shell Be... 8 $9.99 prime

Flower Choker Necklace Multilayer Layered 316 Titanium Steel Handmade Simple... $14.99 prime

GBAHFY Colorful Beaded Mushroom Shape Pendant Necklace Handmade Seed Beads... 3 $7.99 prime

Taylena Forever BFF Necklace for 2 Taylor and Selena Friendship Necklace Music Love... $8.98 prime

Tgirls Boho Seed Beaded Necklace Shell Starfish Choker Necklaces Cute Summer Pendan... $8.66 ($8.66/Count) prime

FUTIMELY Bohemia Green Beaded Beads Choker Necklace for Women Girls,Simple... 144 $9.99 prime

SinglinArt Teardrop Collar Necklaces for Women Girls Fashion Chunky Choker Jewelry
$12.99 prime

Sponsored

## Brands in this category on Amazon

Sponsored

+ Follow

KDZI

Zeffy

## Looking for specific info?

Search in reviews, Q&A...

## Customer questions & answers

No answered questions yet

Post your question

Typical questions asked about products:

- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

## Customer reviews

4.5 out of 5

6 global ratings

| | |
|---|---|
| 5 star | 52% |
| 4 star | 48% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 0% |

How customer reviews and ratings work

**No customer reviews**

There are 0 customer reviews and 6 customer ratings.

### Review this product

Share your thoughts with other customers

Write a customer review

IDEAJOY Bohemian Layered Beaded Statement Necklace Boho Multi Brown...
50
$15.99 prime

Sponsored

## Products related to this item

Page 1 of 50

Sponsored

SLOONG Y2K Necklace Smiley Face Pearl Choker Necklace Summer Rainbow Polymer Clay... 308 $12.69 prime

MJartoria Initial Necklaces for Women Girls, Colorful Beaded Necklace, Y2K Shell Be... 8 $9.99 prime Save 15% with coupon (some sizes/colors)

FUTIMELY Bohemia Green Beaded Beads Choker Necklace for Women Girls,Simple... 144 $9.99 prime

Beaded Choker Necklace Set, 9 Pcs Boho Cute Colorful Seed Beads Necklace, Gold Pear... 758 $15.99 prime

12 Pcs Women Beaded Choker Necklaces Handmade Y2K Bohemian Bead... 226 Amazon's Choice in Women's Choker Necklaces $12.99 prime

Colorful Beaded Layered Necklace for Women Freshwater Pearl Choker Evil Eye Pearl N... $11.99 prime

ARETIS "Fun Flirty" Beaded Choker Necklace Smiley Face Pearl Necklace Baroque Pearl... 6 $13.89 prime





















Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 25 May 2023 16:25:17 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

116.68.105.188

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

hJIy+uUq1eLkoN5FMa0hXtagqRLiuSZXs35NeBx9XBzog2Lrqn6w1AWELqQdvOqer/7ReVqCIaoSymMpcCcuB+4sJxKT2wc9iqV8KbRcT+JMj2lqcRnJXHq6rv8ewgXWWP8P/BV1lLCaq2pMY9ClhUJM+7PZzRAo7SQIiCcXRtZWxmbOxYPaeATrEdSaKVwg/jlbdUiR48XDK1JxFo1xeV/GuyLQAGU60k5mgLjmL0lPLIvhlwWL8ro9DWXWjK84rtjduZJN0fMNTZu9LhIjwhiNlLEFK5eGS8r2+M4SLZ9NxrFR65HpqZ3kZ85Mthgk4Gww/poiS0t7BCI6Y/rKOQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-25-May-2023-16-25-17-GMT.mhtml

**Hash (SHA256)**

a1f3a950a036cf22cb187e5fced3ce28ddf8672bc1af90f8cd15b0b03eb3d5b7

**Signature (PKCS#1v1.5)**

WUD045DgfTy5ngNxHQ4A7ICM2z85sGTC+Gj5uX/QHAboPSFUxYfyYmgPJF/426C7So/ppDoiVN/uYrCqarWauCYynx2SDzPToFTBuLDPPdNQn9xrfupLqDi/8AudcNv9/t8xO4bHW6QVHLkRW1Zo/eCoKGt1L2obxjR1iJ+btt4jQIFxMaAjWZBHVKrYkq1PiK8P1lqebE+w9jBJh8eBkI7Bmmx/rpXfvzoVFg11MuE0EYhI7lXH+wd5L6VXtkAPk7YaMFWUIJrk2D3DaPaMSxHEjl21eopjazeS+t5k4yAEpfMehDJD+4PWq3KxP6ZITa58o2vOnbcRj2JbK1FCXQ==





Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: ZAAHH Smiley Face Cute Ruffle Cotton Women Socks Fashion Embroidety Simple Short Socks for Ladies Funny Woman Socks (Color : Beige, Size : One Size) : Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/ZAAHH-Smiley-Ruffle-Fashion-Embroidety/dp/B0BW63R4ZX/ref=sr_1_90

**Collection Date**

Fri, 21 Apr 2023 10:03:35 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

ok1uNQ1tY9OpVgq+McetlJKnwKccDOQCuTpjcE2Gk9Gq0hrB3jjnwF3I2iPIojlMZ8Mq8Q1ps+ENHEuK2rJD8ZWNvqO9NgXB1cMl0Pri9T5muu2vftupQ68Jv1vspYKcg1DZ7ZWcUrtMAT5rhJrAG9Kz5lPbirsv6GTCT/x992k=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]ZAAHH-Smiley-Ruffle-Fashion-Embroidety[fs]dp[fs]B0BW63R4ZX[fs]ref=sr_1_90]]_Fri,-21-Apr-2023-10-03-35-GMT.pdf

**Hash (SHA256)**

5ea0252c14df3c465325742a3dcc4f1d2d48fb5a48f959c2de4b1e799f444ea9

**Signature (PKCS#1v1.5)**

ZECD3BfW7CHjiBXkOEK+vvAHtKnCu3C+/OmXXz4GVjQ4RelxBP7QgA9M8MUMymZMhlx+0waVmxE2mE4XtibPdkvHbRJtoywaoURyWqyojW8P19lJTg1wCAur6479xXDjja1vmZXaQUP+crU6q8yRWtNwYoccbcEp1HkvyvYco18=

ZAAHH Smiley Face Cute Ruffle Cotton Women Socks Fashion Embroidety Simple Short Socks for Ladies Funny Woman Socks (Color : Beige, Size : One Size)

Brand: ZAAHH

$24.24

Size: One Size

Color: Beige

- Cotton
- Country as Labeled
- Socks & Hosiery / Socks

FREE delivery May 15 - June 6.

In stock. Usually ships within 2 to 3 days.

Payment: Secure transaction
Ships from: chaoteweifangmao
Sold by: chaoteweifangmao
Returns: Eligible for Return, Re...

## Products related to this item

KAPNRTO Smiley Face Socks 10 Pairs Cute Socks Women Socks Protect From Wear... $16.88 · JSEREN Women Cute Socks 5 Pairs Cotton Kawaii Embroidered Funny Low Cut Socks... $12.99 · Jimmy Lion Safari Pack of socks for men and women Size 7.5-11.5. Socks made in Europe. $27.97 · FUN TOES Women's Cotton Toe Socks-Breathable-6 PAIRS Pack-Size 9-11... $19.95 · SIXDAYSOX Low Cut Socks for Women 4 Pack Size 9-11 Non-slip Cotton Moisture... $13.99 · TOLHYUN Smiley Face Socks, Lovely Smile Face Socks, Cute Socks for Women, Personali... $16.99 · 3Pairs (Best Shoe size 6.0~8.5) Smiley Red Heart Girls' Socks for Casual, Daily and... $22.45

## Based on your recent views

## Product Description

Socks & Hosiery / Socks
Material: cotton
Size: one size (fit eur36-43)
Applicable Gender: women men
Packaging: 1 pairs of Socks
For the season: spring summer, autumn
Note:
1. Due to the different monitor and light effect, the actual color of the item might be slightly different from the color showed on the pictures. Thank you!
2. Please allow 1-3cm measuring deviation due to manual measurement.

## Product information

| | |
|---|---|
| Item Weight | 0.155 ounces |
| Department | Womens |
| Manufacturer | ZAAHH |
| ASIN | B0BW63R4ZX |
| Country of Origin | China |
| Fabric Type | Cotton |
| Tick-repellent material | Cotton |
| Import | Country as Labeled |

Warranty & Support

Feedback

## Videos

## Products related to this item

## Looking for specific info?

## Customer questions & answers

## Customer reviews

No customer reviews

## 4 stars and above

## Inspired by your browsing history

## More items to consider

## Your Browsing History

Back to top

Get to Know Us · Make Money with Us · Amazon Payment Products · Let Us Help You

© 1996-2023, Amazon.com, Inc. or its affiliates

















AXENCIS
Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Wed, 24 May 2023 06:38:10 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

111.92.80.105

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

VSSJgxGFZNzrmOJPcDJyHkCPc5q735yvGPivpsnSw5QC+BeiWrH/s3wzUUQTNQMew+b8M42TH0RTzePAcwgXEwFcx3yuUz/3dAaX8v5kIJ5y8UrQToJd3g+RU6CdySZht2RxbIayeT1vYGVzYoRhjEMKu6ZXx/N6042nqDIdLI9RdMNJ/pUwNPSMCvEa4IJa4NFqWyNPzsmrA10y2zNCdRxlCBIv9+XczjCOfF0bBj0UavRtOZx7+WRUaN2Wyib/yanczam0n22YjJy5z7AR4NVibkUHUhXlh+6l87jdAzdQ6vU5LoxUyyLkSo4oY2pEOUNrtG6YE9ko8KEEf9S31g==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Wed,-24-May-2023-06-38-10-GMT.mhtml

**Hash (SHA256)**

fc6f51b4e65df150af5e20d33ab9cb56677d48568165c26474674e796fcde896

**Signature (PKCS#1v1.5)**

eHc/44WJGa08fWeQ3tkKxMO0zYXU8umKQhEF6fHdS5gw+id5BOGln34ajNTcYhZtfU2jbXvbrUroDlQL99lrcA5RamjIxwRwUxzM9AepVTYGx2dZSpMvcWhAjAzt9g11oJ6qb1uaWJwDO+EGVLK1sn8hyrZSxPh/rIeWG/N35JHgLG/ymyCtPl3YylkIP5Ucnw8MhgE3nGYoVSkLUiq748P6SXEmNjV4i51lhl4ccdc5B+8pHYmD0htes7Cbo0yDXUYA0Hz0GvB/5eLXWRC2qPElCXvizQbEpbV4o6GExQB9uplZuIa4g3i9J1ajxCyQhdpGKuorASjxSj43yt4suw==

amazon
Checkout (1 item)
1 Shipping address
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions
Change
2 Payment method
VISA Visa ending in 9985
Change
Billing address: Same as shipping address.
Add a gift card or promotion code or voucher
Enter code
Apply
3 Offers
4 Review items and shipping
FREE TRIAL
Jade, we're giving you 30 days of Prime benefits for FREE
Try Prime FREE for 30 days
Estimated delivery: June 8, 2023 - June 26, 2023
Items shipped from chaoteweifangmao
ZAAHH Smiley Face Cute Ruffle Cotton Women Socks Fashion Embroidety Simple Short Socks for Ladies Funny Woman Socks (Color : Beige, Size : One Size)
$24.24
Qty: 1
Sold by: chaoteweifangmao
Gift options not available
Choose a delivery option:
Thursday, June 8 - Monday, June 26
FREE Shipping
Place your order
Order total: $25.94
By placing your order, you agree to Amazon's privacy notice and conditions of use.
*Why has sales tax been applied? See tax and seller information.
Need help? Check our Help pages or contact us
For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.
Important information about sales tax you may owe in your state
You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.
Need to add more items to your order? Continue shopping on the Amazon.com homepage.
Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.
Try Prime FREE
Place your order
By placing your order, you agree to Amazon's privacy notice and conditions of use.
Order Summary
Items: $24.24
Shipping & handling: $0.00
Total before tax: $24.24
Estimated tax to be collected:* $1.70
Order total: $25.94
How are shipping costs calculated?

# Evidence Collection Report

**Page Title**
Amazon.com: Balloon,3rd Birthday Daisy Balloons Garland 18" White Yellow Smiley Face Latex Balloon for Boy or Girl Baby Shower Birthday Party Wedding Decoration,Balloon 3 Decoration for Birthday : Toys & Games

**URL**
https://www.amazon.com/Balloon-Birthday-Balloons-Garland-Decoration/dp/B0BD11VSSW/ref=sr_1_193

**Collection Date**
Tue, 09 May 2023 10:44:25 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Sarah Christodoulou

**IP Address**
2a0d:5600:8:93::5

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
g/dXQO2UrPtrSXdE4Nb49rONXtzKct9PSZfC24jenymp2Fd0dZRHhBUkbMPoxakwWFcHgUWQG8+M28pOgVFwMRp3BSL6ckUR2npPvnJlQbjKoAeUllSb/IOAHs8Lym5joZsPCVAK4361xHar9vs7oGxuUFRyrQMA57zbMXIKz78=

# File Signatures

**SCREEN CAPTURE**

**PDF**

**File Name**
screencap_[https][s][ft][h]www.amazon.com[fs]Balloon-Birthday-Balloons-Garland-Decoration[fs]dp[fs]B0BD11VSSW[fs]ref=sr_1_193[]_Tue,-09-May-2023-10-44-25-GMT.pdf

**Hash (SHA256)**
a6a3323d6b8dcce3fb327f401704bbca1a0a56e2dbcc1279f2d3d493038c8257

**Signature (PKCS#1v1.5)**
PHghG5jeveZCYKZjHyco8L5BLdF/r7FSv+FIRtYH6UKp24gY0fFNmAKpYyz3nAje2K1rNsgfY/bcDiXHkqzuXrf83gR4SVmV8pjlTMSALb0qSlghw4z9VnLwVUwV6qfe5uaiiMtTRRzHmhQMsqZwoUocMPWqvE9JWBRm6VQ=

**Buy it with**

Total price: $25.97
Add all three to Cart

Some of these items ship sooner than the others. Show details

- **This item:** Balloon,3rd Birthday Daisy Balloons Garland 18" White Yellow Smiley Face Latex Balloon for Boy or Girl B... $6.99 ($6.99/Count)
- JOHOUSE Artificial Daisy, 200PCS Silk Daisy Artificial Gerber Daisy Artificial Chrysanthemum Daisy Flowers Heads fo... $9.99 ($0.05/Count)
- Keaziu 250PCS Daisy Confetti Flower Table Confetti Bridal Baby Shower Decorations Engagement Party Decorations $8.99

**Products related to this item** Page 1 of 35
Sponsored

- Saptuba 25Pcs Daisy Balloons with Smile Face, Hair Hoop Balloons, Smiley Daisy... $18.99 prime
- Smile Balloons 12" Smiley Face Birthday Supplies Latex Party Balloons For Children'... 65 $11.99 ($0.24/Count) prime
- Bee Balloons Colorful Smiley Face Flower Balloon Decorations Huge Floral Balloons S... $12.99 ($3.25/Count) prime
- 10PCS Sun Smiley Face Foil Mylar Balloons Sunshine Birthday Party Balloons Sunny We... $7.99 ($0.80/Item) prime
- Sun Smiley Face Foil Mylar Balloons Sunshine Birthday Party Balloons Sunny Wedding ... 350 Amazon's Choice in Kids' Party Balloons $9.77 ($1.95/Count) prime
- 8Pcs Sun Smiley Face Foil Mylar Balloons Sunshine Birthday Party Balloons Sunny Wed... $8.99 ($1.12/Item) prime
- 21 Set Boho Daisy Flower Balloon DIY Kit for Party Decorations 10Inch Colorful Late... 67 $18.99 prime Save 6% with coupon

**WARNING:**
CHOKING HAZARD -- Children under 8 yrs. can choke or suffocate on uninflated or broken balloons. Adult supervision required. Keep uninflated balloons from children. Discard broken balloons at once.

**Product Description**

Daisy-themed birthdays and colorful decorations make cute balloons are suitable for different occasions to decorate the atmosphere and create a warm and romantic party for you. These balloons are enough to make your party more fun, elegant and beautiful. can also be used as background props for photos. Package Includes: 1x white number 3 foil balloons 32 inch 1x daisy foil balloons 18 inch 2x Light Yellow Pentagram Balloon 18 inch 2x yellow latex balloons 12 inches 2x purple balloon 12 inch 1x light blue balloon 12 inches 1 roll of ribbon

**Product details**

**Package Dimensions :** 7.48 x 6.3 x 0.51 inches; 2.12 Ounces
**Date First Available :** September 4, 2022
**Manufacturer :** ORMEE
**ASIN :** B0BD11VSSW
**Best Sellers Rank:** #1,011,213 in Toys & Games (See Top 100 in Toys & Games)
#45,239 in Kids' Party Balloons

## Videos

Help others learn more about this product by uploading a video!
Upload your video

**Important information**

**Legal Disclaimer**
Statements regarding dietary supplements have not been evaluated by the FDA and are not intended to diagnose, treat, cure, or prevent any disease or health condition.

**Products related to this item** Page 1 of 20
Sponsored

Sponsored

## Looking for specific info?

Search in reviews, Q&A...

## Customer questions & answers

No answered questions yet
Post your question

## Customer reviews

No customer reviews

| | |
|---|---|
| 5 star | 0% |
| 4 star | 0% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 0% |

How customer reviews and ratings work

**Review this product**
Share your thoughts with other customers
Write a customer review

SINASASSPEL WILDFLOWER BABY SHOWER DECORATIONS SHE IS A WILDFLOWER 1ST...
$16.99 prime
Sponsored

**4 stars and above** Page 1 of 32
Sponsored

122PCS BABY SHOWER DECORATIONS FOR GIRL ROSE GOLD PINK BALLOONS ARC...
464
$10.99 prime
Sponsored

**Disclaimer**: While we work to ensure that product information is correct, on occasion manufacturers may alter their ingredient lists. Actual product packaging and materials may contain more and/or different information than that shown on our Web site. We recommend that you do not solely rely on the information presented and that you always read labels, warnings, and directions before using or consuming a product. For additional information about a product, please contact the manufacturer. Content on this site is for reference purposes and is not intended to substitute for advice given by a physician, pharmacist, or other licensed health-care professional. You should not use this information as self-diagnosis or for treating a health problem or disease. Contact your health-care provider immediately if you suspect that you have a medical problem. Information and statements regarding dietary supplements have not been evaluated by the Food and Drug Administration and are not intended to diagnose, treat, cure, or prevent any disease or health condition. Amazon.com assumes no liability for inaccuracies or misstatements about products.

**Popular products based on this item** Page 1 of 4

**Best Sellers in Health & Household** Page 1 of 4

**Your Browsing History** View or edit your browsing history Page 1 of 2

amazon
English
United States


































Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Wed, 07 Jun 2023 02:12:47 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

111.92.118.122

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

ITNb08gPi7nrtldmVf1d5Dx6ob6fUq9OL3Sl7sJPgIcxx3bsW4xabkoEcEl945jd9yTSVv9xSqcKtiD0/OYfRFYRHCQw3F2nBHwu/2+KDtr5r9F374uEvl0x+aJVOpQw7QBRXrcM+8ex/1JALA/S8649yK4y9aa5NtfUYHO9KlUYsfyz/ATtZm2pU+w80/qHp2C2aNdGN/MYB0wzbPyOOS9Sr3IzYW
+6drld7C0UVo1gIz2/5OxVvUaUz1zuzaO1T47KjO28faFE7qVypr0D0cknepgLZIMVLdOnYz85Iv9P1TF1wKCBlHvoh5gY/b8o076tkW/U5Md77HVUNjDKxQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Wed,-07-Jun-2023-02-12-47-GMT.mhtml

**Hash (SHA256)**

4d4d374bee18da7dba3146df036d1b95233743b0efc4a62075000a4a9d99d66e

**Signature (PKCS#1v1.5)**

rAlt/DAvktoXqDgYXqxrxC+F17WRGe3A+0viWb4CKFjWQ1zQz1ZCZgOLptn/0Bl+NQkf7c/V/exs/2btjVO37lh/m9IMKHRND/O96Dw3H3pK5VuJUt/+f9Ei9vMvBTj6AwIzI/wWA1ZVaWelX0Ga0n524o33vZwbPd4SqsuIK7/TWLs2+YQxC99VqQ30ngF6YSXjTe7r9sXeHbaJXHsGl
+wXfdqweDdCiRzdGaJyUdMtqtgoP3uzvdsjBS/6bh1vOd/IAH8MoP5eIt9FbD6smRKB+87N275T9MB6JHyj0fstkD+0pZKJ3+HAgucZmB3qEF5u1vQCToYwrl+rSfDjew==

