AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com: Daisy Balloon Garland,Daisy Flower Balloon,Daisy Party Decorations,Flower Balloon,Smiley Face Balloon, Giant White Flower Foil Balloon for Birthday, Baby Shower, Wedding (10PCS-Smiley White) : Home & Kitchen

**URL**

https://www.amazon.com/Balloon-Garland-Decorations-Birthday-10PCS-Smiley/dp/B0BYHJPWRG/ref=sr_1_26

**Collection Date**

Tue, 09 May 2023 10:10:13 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:93::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

joT3w4G9/4O1WtNguz9pGkf9a84x7SiSeGmyAGDMlXjpSKKDSQJEJAvja/Unqlj5A9bWj/VX+j8caqO+bIHpXXXIle6A2V4DWgKGgzKWKIDRdrQCReWK7o2Hzd8UNrhbxUh2jRW8ipbob84NizUSq6OFGNdeAB/Vm4L1pQoEovo=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Balloon-Garland-Decorations-Birthday-10PCS-Smiley[fs]dp[fs]B0BYHJPWRG[fs]ref=sr_1_26]]_Tue,-09-May-2023-10-10-13-GMT.pdf

**Hash (SHA256)**

060dd6c09a0c5dde31ef3f5e5024330144b44abd0f434915828c2cd0bf15b171

**Signature (PKCS#1v1.5)**

PL/HhRYl93XpQs4fkRDE7OepJlPo+EYw6tjtPwhGJa6m1DfPfHscqkl8/XuX2MMH2ldBYRJtmwAhk3jSkgmm0X+6wS73eJhl9oPkcPTUuAnk7RbtTcsrxdeL2WRRL0hyJUaW+JZoTeT/j0gOFDnBfmzKWNSrKymJB2rtHQeqrtk=

Deliver to Miami 33132 | All | smiley face balloons | EN | Hello, Kenneth Account & Lists | Returns & Orders | 0 Cart

Amazon Basics | Prime Video | Buy Again | Prime | Best Sellers | Customer Service | Today's Deals | New Releases | Music | Books | Amazon Home | Coupons | Pharmacy | Gift Cards | Sign up to apply for $25,000 small business grants

Gift Guide | Shop Toys by Character | Shop Best Selling Toys | Shop Newly Released Toys | Shop Amazon Exclusive Toys | Shop Toy Deals | Create a Birthday Gift List | Create a Holiday Gift List

Level up with gaming gift cards Shop gift cards ›

‹ Back to results

## Daisy Balloon Garland,Daisy Flower Balloon,Daisy Party Decorations,Flower Balloon,Smiley Face Balloon, Giant White Flower Foil Balloon for Birthday, Baby Shower, Wedding (10PCS-Smiley White)

Roll over image to zoom in

Brand: CIXVOEMK

$12.99 ($1.30 / Count)

FREE Returns

Get a $60 Gift Card: Pay $0.00 ~~$12.99~~ upon approval for Amazon Visa. No annual fee.

Color: 10pcs-smiley White

$12.99 ($1.30 / Count) | $12.89 ($1.29 / Count) | $15.99 ($1.07 / Count) | $15.89 ($1.06 / Count)

| | |
|---|---|
| Occasion | Parties, baby birthdays, weddings, photo shoots, outdoor |
| Color | 10pcs-smiley White |
| Included Components | NO |
| Theme | Daisy |
| Material | Aluminum |

See more

### About this item

- 【Perfect combination】You will receive a total of 10 small, medium and large white smiley daisy balloons for all your party decoration needs and photo opportunities. They are: 2 large, 3 medium and 5 small. Balloon sizes: large (44.1 x 36.81 inches), medium (28.5 x 24 inches) and small (17.32 x 13.78 inches).
- 【Beautifully crafted】These daisy balloons are made of aluminium foil, which is safe, environmentally friendly and reusable. It looks full and vivid when inflated and is very beautifully made. It has two holes at the top to be strung up and used.
- 【Easy to operate】Just use a straw or air pump to inflate the daisy balloons. Once inflated, it seals automatically without tying and the gas lasts for several weeks. You can put them together with other latex balloons to add a unique touch and decorate your unique party scene. You can also use them for beautiful photos, each one looking so bright and beautiful.
- 【Multiple applications】These daisy balloons are perfect for daisy parties, birthday parties, baby showers, engagement or wedding parties, photo props and more. Your guests and children will love them and take photos with them, giving you a different kind of beautiful memory.
- 【Caution】Please do not overfill the balloons, avoid excessive heat, sharp objects and excessive friction. Strong winds or excessive flapping may cause the balloons to burst.

Report incorrect product information.

12PCS/13FT FABRIC TRIANGLE FLAGS COTTON TASSEL BANNER, COLORED... 151 $14.99 prime

Sponsored

Add your 30-day FREE trial of Prime and get fast, free delivery

$12.99 ($1.30 / Count)

FREE Returns

FREE delivery Monday, May 15 on orders shipped by Amazon over $25

Or fastest delivery Thursday, May 11. Order within 18 hrs 2 mins

Deliver to Miami 33132

In Stock

Qty: 1

Add to Cart

Buy Now

Payment: Secure transaction
Ships from: Amazon
Sold by: Cheganxuan
Returns: Eligible for Return, Refund or Replacement within 30 days of receipt

Add a gift receipt for easy returns

Add to List

Add to Registry & Gifting

Have one to sell? Sell on Amazon

KIMCOME Balloon Arch Kit Balloon Decoration Strip Kit for Garland, 5... 4,591 $6.99 prime

Sponsored

### Buy it with

Total price: $34.97

Add all three to Cart

Some of these items ship sooner than the others. Show details

- This item: Daisy Balloon Garland,Daisy Flower Balloon,Daisy Party Decorations,Flower Balloon,Smiley Face Balloon, ... $12.99 ($1.30/Count)
- xo, Fetti Groovy 70s Temporary Tattoos - 48 Glitter Styles | Flower Power Birthday Party Supplies, Good Vibes Only ... $9.99 ($9.99/Count)
- Cadeya 10 Pcs Daisy Balloons, Huge White Flower Aluminum Foil Balloons for Birthday, Baby Shower, Wedding, Dais... $11.99 ($1.20/Count)

### 4 stars and above

Page 1 of 58

Sponsored

- Daisy Balloon Garland Arch Kit, JOGAMS 180Pcs Pastel Balloon Garland kit with Groov... 64 $14.99 prime Save 6% with coupon
- GIHOO Daisy Balloons 9 Pieces White Daisy Flower Balloons for Groovy Daisy Theme... 176 $11.89 prime
- Double Stuffed Blush Balloon Garland Kit, 158pcs Dusty Purple Mustard Yellow Smog... 180 $17.99 prime Save 10% with coupon
- Sun Smile Foil Mylar Helium Balloons Yellow Smiling Face Balloons for Birthday Part... 69 Amazon's Choice in Party Balloons $14.99 ($1.25/Count) prime
- 28 inch Summer Sun Smile Foil Mylar Balloons Helium Balloon You Are My Sunshine Bab... 148 $12.39 ($1.03/Count) prime
- 16pcs Festival Aluminum Flower Foil Balloon Mixed Colour Flower Party Decor Balloon... 155 $7.99 ($0.50/Count) prime Save 5% with coupon
- Sunshine Sun Smile Face Shaped Foil Mylar Balloons Helium Balloon Happy Birthday Su... 151 $12.77 ($1.28/Count) prime

### Products related to this item

Page 1 of 35

Sponsored

- 12 Pcs Daisy Balloons,3 Sizes White Flower Balloons for Daisy Birthday Decorations,... 36 $11.99 ($1.00/Count) prime
- Boho Daisy Balloon Garland Arch Kit,JOGAMS 172Pcs Groovy Balloon Arch... $15.99 prime Save 8% with coupon
- Huge Daisy Balloons White Daisy Flower Balloons for Daisy Party Decorations Birthda... 23 $9.98 ($1.00/Item) prime
- 12 PCS Daisy Balloons Daisy Party Decorations Jansburg Foil Mylar Balloons Boho Whi... 17 $9.99 ($0.83/Item) prime
- PartyWoo Daisy Balloons, 8 pcs Foil Flower Balloon Different Sizes Pack, Balloons f... 62 $10.99 ($1.37/Count) prime
- Boho Daisy Balloon Garland Retro Dusty Pink Blush Nude Light Pink Pastel Orange Whi... 166 $17.99 ($0.16/Count) prime Save 5% with coupon
- Daisy Balloon Garland Arch Kit-131Pcs Sunflower Pastel Orange and Yellow Balloons f... 4 $16.99 ($0.13/Item) prime

### Product information

| | |
|---|---|
| Package Dimensions | 7.56 x 5.2 x 1.1 inches |
| Item Weight | 5.1 ounces |
| ASIN | B0BYHJPWRG |
| Department | Unisex-adult |

Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

Feedback

Would you like to tell us about a lower price?

### Product Description

These daisy balloons are made from aluminium foil and are safe, environmentally friendly and reusable. When inflated they look full and vivid and are very beautifully made. It has two holes at the top and can be strung together for use. You simply inflate the daisy balloon with a straw or air pump. Once inflated, it seals automatically without the need to tie knots and the gas lasts for weeks. You can put them together with other latex balloons to add a unique touch and decorate your unique party scene. You can also use them for beautiful photos, each one looking so bright and beautiful. These daisy balloons are perfect for daisy parties, birthday parties, baby showers, engagement or wedding parties, photo props and more. Your guests and children will love them and take photos with them, giving you a different kind of beautiful memory. Note: Please do not overfill the balloons and avoid excessive heat, sharp objects and excessive friction. Strong winds or excessive flapping may cause the balloon to burst.

### More from frequently bought brands

Page 1 of 33

Sponsored

- Daisy Balloon Garland Arch Kit-131Pcs Sunflower Pastel Orange and Yellow Balloons f... 4 $16.99 ($0.13/Item) prime
- GIHOO Daisy Balloons 9 Pieces White Daisy Flower Balloons for Groovy Daisy Theme Gi... 176 $11.89 prime
- BEISHIDA 10 Pcs Daisy Balloons,3Different Sizes Foil Mylar Balloons for Daisy Birth... $14.99 ($1.50/Item) prime
- Double Stuffed Blush Balloon Garland Kit, 158pcs Dusty Purple Mustard Yellow Smog... 180 $17.99 prime Save 10% with coupon
- Flower balloon Mother's Day Party Decorations, Happy Mother's Day Balloons for Happ... 5 $6.99 ($0.44/Ounce) prime
- 50 Pcs Daisy Balloons Flower Balloon Daisy Party Decorations Flower Aluminum Foil B... 18 $17.99 prime
- XtraLarge 3.2 Inch Balloon Clips for Balloon Arch - 32 Pieces, Balloon Flower Clips... 10 $9.97 ($0.31/Count) prime

### What's in the box

- NO

### Products related to this item

Page 1 of 20

Sponsored

- 12 Pcs Daisy Balloons,3 Sizes White Flower Balloons for Daisy Birthday Decorations,... 36 $11.99 ($1.00/Count) prime
- Boho Daisy Balloon Garland Arch Kit,JOGAMS 172Pcs Groovy Balloon Arch... $15.99 prime
- Daisy Balloon Garland Arch Kit-131Pcs Sunflower Pastel Orange and Yellow Balloons f... 4 $16.99 ($0.13/Item) prime
- Boho Daisy Balloon Garland Retro Dusty Pink Blush Nude Light Pink Pastel Orange Whi... 166 $17.99 ($0.16/Count) prime
- 140Pcs Boho Balloon Arch Kit Balloon Garland, Dusty Pink Nude Blush Brown Long Twis... $13.99 ($0.10/Count) prime
- 12 PCS Daisy Balloons Daisy Party Decorations Jansburg Foil Mylar Balloons Boho Whi... 17 $9.99 ($0.83/Item) prime
- MYDECORBL 128 Pcs Daisy Balloon Arch Kit - Daisy Balloon Combination for Daisy... $15.99 prime

### Videos

Videos for related products

- daisy theme party balloon decoration YIXTK 0:20
- Daisy Balloons Huge Flower Balloon How to Inflate YIXTK 0:12

Upload your video

### Similar brands on Amazon

Page 1 of 2

Sponsored

- TUPARKA Shop the Store on Amazon › TUPARKA 12 inches Yellow White Gold Confetti Balloons 60 Pack Pastel Yellow... 176 $8.59
- BEISHIDA Shop the Store on Amazon › BEISHIDA 100 Pack 10 Inch Pastel Balloons Spring Rainbow Colors, Macaro... 6,237 $10.99
- Roaring Good Time Shop the Store on Amazon › Nine is a vibe Birthday Decoration Nine is a vibe Sign Groovy Birthday Decoration... $17.99

Tropical Pink Flamingo Party Decorations, Pom Poms Honeycom... 1,483 $13.99 prime

Sponsored

### Looking for specific info?

Search in reviews, Q&A...

### Customer questions & answers

No answered questions yet

Post your question

### Customer reviews

| | |
|---|---|
| 5 star | 0% |
| 4 star | 0% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 0% |

How customer reviews and ratings work

No customer reviews

#### Review this product

Share your thoughts with other customers

Write a customer review

KIMCOME BALLOON ARCH KIT BALLOON DECORATION STRIP KIT FOR GARLAND, 50... 4,591 $6.99 prime

Sponsored

KIMCOME BALLOON ARCH KIT BALLOON DECORATION STRIP KIT FOR GARLAND, 5... 4,591 $6.99 prime

Sponsored

### Popular products based on this item

Page 1 of 2

- Tinabless Balloon Arch Kit Balloon Decorating Strip Kit for Garland, 32Ft Balloon Tape Strip,1 Tying Tool,100... 1,620 $11.99 Get it as soon as Monday, May 15 FREE Shipping on orders over $25 shipped by Amazon
- RUBFAC 120pcs Pastel Balloons Assorted Colors 12 Inches Multicolor Macaron Balloons for Kid's Birthday Rainbow... 80 $9.99 ($0.08/Count) Get it as soon as Monday, May 15 FREE Shipping on orders over $25 shipped by Amazon
- HOLICOLOR 12ft Table Balloon Arch Holder Kit, Balloon Stand Frame for Different Size Tables Balloon Garland... 286 $11.99 Get it as soon as Monday, May 15 FREE Shipping on orders over $25 shipped by Amazon
- Boho Balloons Pink Blush Balloons, 62Pcs 12Inch Blush Pink Brown White Balloons For Girls Baby Shower Garden T... 89 $9.99 ($0.17/Count) Get it as soon as Monday, May 15 FREE Shipping on orders over $25 shipped by Amazon
- White Purple Confetti Latex Balloons, 50pcs 12 inch Helium Party Balloon with 33 Ft Purple Ribbon for Birthday, Girls Baby... $8.99 Get it as soon as Monday, May 15 FREE Shipping on orders over $25 shipped by Amazon
- Jonhamwelbor Sage green Balloons 70 Pack 12 inches Matte Light Olive Green Helium Balloon Women Birthd... 3,185 $8.99 ($0.13/Count) Get it as soon as Monday, May 15 FREE Shipping on orders over $25 shipped by Amazon
- 152Pcs Pink Balloon Garland Arch Kit, Hot Pink Metallic Rose Gold Confetti Balloons for Women Birthday Princess Theme Bridal... 126 $13.99
- JOYYPOP Baby Boxes with Letters for Baby Shower, 4 Transparent Balloon Boxes with 16 Letters for Boy & Girls... 419 $15.99 Get it as soon as Monday, May 15 FREE Shipping on orders over $25 shipped by Amazon Only 2 left in stock - order
- ZFUNBO 109Pcs Black and Gold Balloons Garland Arch Kit, 5/12/18 Inch Black Metallic Gold Confetti Balloons for Birthday... 134 $10.99-$15.99
- RUBFAC Sage Green Balloons Latex Party Balloons 100pcs 12 Inch Olive Green Balloons for Birthday Baby Shower... 132 $7.99 ($0.08/Count) Get it as soon as Monday, May 15 FREE Shipping on orders over $25 shipped by Amazon

### Best Sellers in Toys & Games

Page 1 of 5

- LEGO Icons Orchid 10311 Artificial Plant Building Set with Flowers, Home Décor... 8,662 #1 Best Seller in Toys & Games $39.99 Get it as soon as Monday, May 15 FREE Shipping on orders over $25 shipped by Amazon
- SOPPYCID Reusable Water Bomb Balloons, Latex-Free Silicone Water Splash Ball with... 1,121 #1 Best Seller in Pre-Kindergarten Toys $40.99 ($2.56/Count) Get it as soon as Monday, May 15 FREE Shipping on orders over $25 shipped by Amazon
- Pokemon TCG: Random Cards from Every Series, 50 Cards in Each Lot 57,353 #1 Best Seller in Collectible Card Game Decks & Sets $5.19 Get it as soon as Monday, May 15 FREE Shipping on orders over $25 shipped by Amazon Only 3 left in stock - order...
- EXPO Low Odor Dry Erase Markers, Chisel Tip, Assorted Colors, 16 Pack & Low Odor Dry Erase Markers, Fine Tip, Blac... 55,589 #1 Best Seller in Kids' Drawing & Writing Boards $27.94 FREE Shipping on orders over $25 shipped by Amazon
- PartySticks Glow Sticks Party Supplies 100pk - 8 Inch Glow in the Dark Light Up Sticks Party... 21,251 #1 Best Seller in Kids' Multi-Item Party Favor Packs $7.95 Get it as soon as Monday, May 15 FREE Shipping on orders over $25 shipped by Amazon
- Fisher-Price Baby Playmat Deluxe Kick & Play Piano Gym with Musical -Toy Lights &... 18,418 #1 Best Seller in Baby Gyms & Playmats $39.88 Get it as soon as Monday, May 15 FREE Shipping on orders over $25 shipped by Amazon

### Your Browsing History View or edit your browsing history

Page 1 of 4

Back to top

**Get to Know Us**: Careers; Amazon Newsletter; About Amazon; Accessibility; Sustainability; Press Center; Investor Relations; Amazon Devices; Amazon Science

**Make Money with Us**: Sell products on Amazon; Sell apps on Amazon; Supply to Amazon; Protect & Build Your Brand; Become an Affiliate; Become a Delivery Driver; Start a package delivery business; Advertise Your Products; Self-Publish with Us; Host an Amazon Hub; › See More Ways to Make Money

**Amazon Payment Products**: Amazon Visa; Amazon Store Card; Amazon Secured Card; Amazon Business Card; Shop with Points; Credit Card Marketplace; Reload Your Balance; Amazon Currency Converter

**Let Us Help You**: Amazon and COVID-19; Your Account; Your Orders; Shipping Rates & Policies; Amazon Prime; Returns & Replacements; Manage Your Content and Devices; Your Recalls and Product Safety Alerts; Help

amazon | English | United States

Amazon Music Stream millions of songs | Amazon Advertising Find, attract, and engage customers | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Sell on Amazon Start a Selling Account

Amazon Business Everything For Your Business | Amazon Fresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Experienced Pros Happiness Guarantee | Amazon Ignite Sell your original Digital Educational Resources | Amazon Web Services Scalable Cloud Computing Services

Audible Listen to Books & Original Audio Performances | Book Depository Books With Free Delivery Worldwide | Box Office Mojo Find Movie Box Office Data | ComiXology Thousands of Digital Comics | DPReview Digital Photography | Fabric Sewing, Quilting & Knitting

Goodreads Book reviews & recommendations | IMDb Movies, TV & Celebrities | IMDbPro Get Info Entertainment Professionals Need | Kindle Direct Publishing Indie Digital & Print Publishing Made Easy | Amazon Photos Unlimited Photo Storage Free With Prime | Prime Video Direct Video Distribution Made Easy

Shopbop Designer Fashion Brands | Amazon Warehouse Great Deals on Quality Used | Whole Foods Market America's Healthiest Grocery Store | Woot! Deals and Shenanigans | Zappos Shoes & Clothing | Ring Smart Home Security Systems

eero WiFi Stream 4K Video in Every Room | Blink Smart Security for Every Home | Neighbors App Real-Time Crime & Safety Alerts | Amazon Subscription Boxes Top subscription boxes – right to your door | PillPack Pharmacy Simplified | Amazon Renewed Like-new products you can trust

Conditions of Use | Privacy Notice | Your Ads Privacy Choices

© 1996-2023, Amazon.com, Inc. or its affiliates











Investigator Name: RemoteUser2

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Mon, 15 May 2023 08:48:52 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

RemoteUser2

**IP Address**

116.68.99.108

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

FYjn+FLI60agH6LU4+HF06hs1gCv+gjtCDLG+mV4kBO14EIboNcMb8H2nno4o4XzrV4547BBISz9wKOShR/zYyF4/O72iXyiBeYg6yr+P5DF2tHJ9s6/g8+WJOpGcLEjdbNmvjsnlHbnVzCme2Z/pLuPY4j5+uI+/tNMomvN9Ao7HF8ZJxmG5tioSiOuIS2xLPr2R74536Is4ZVoQTz4hBRupjNWa/
RYhnnEYQHPwTdxmC5eduaf5zpHM5IafDtpxa/O3byAhgq1QtuRJRDcEzACKLYKN6ZJnY4AaaDQovjjEZ7poibUxktxIXQFM2ptL6/OlDnkCtvkZp3gyB3wKA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Mon,-15-May-2023-08-48-52-GMT.mhtml

**Hash (SHA256)**

a6ad53c6b4f2ac89f3191372a5ef126e99d2b60e23cc50b4ec6b00dd66ab4bea

**Signature (PKCS#1v1.5)**

QnBhqypYm4Hnt8zVgdDXdyBRgVLTR1P6f663DfWCgpIsAlO0eXM4q97KrSV+1ym3vnh3jmF7Dz0bIlDr9DcEyhFOn58pMxz6bFApsm/MDbfw8ziHONAT7rN6iiqAjwtXFlOrL9RGxT2L8nNLWo684brhdN512p/kZ+MBjDOY2Suc38juVYWc8qV2YrqodLu49TOz3Cm2/
BR9PNakYOOfarVQzp5ftVKhE8O6y7vkNBj97zmUC3fVlATXe61pKaOjjzd4ucAMVPH6Gw5O8FnpTydfhvPNHL8huzsPlrSOzJvgoixg2erVxnChgpiJ/Capoqiminrn+OlBEhc8ZC7ByA==



AXENCIS
Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com: 12 Pcs Orange Foil Balloons Cartoon Smile Smiley Face Citrus Fruit Aluminum Mylar Helium Party Balloons for Birthday Wedding Baby Shower Hawaiian Luau Tropical Beach Summer Party Decorations Supplies : Toys & Games

**URL**

https://www.amazon.com/Balloons-Aluminum-Birthday-Hawaiian-Decorations/dp/B0BWDTHSQR/ref=sr_1_63

**Collection Date**

Tue, 09 May 2023 10:21:13 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:93::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

OpSYD/q/Mvk2GYO8KVHjbVciTqqK7CsK8PvfClk7vc/tzXABLVAGiqAB2NXKaDGGFvSzt1ZPWFRLv2U0y//0hP3rXzmrChAd3+22O56e47MaLLR40UPdKBdMmxeNPUNbn7I1ZY2+I4feNuiG8yJ/TsNR4tKuaqthv+uCkfwcxf8=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Balloons-Aluminum-Birthday-Hawaiian-Decorations[fs]dp[fs]B0BWDTHSQR[fs]ref=sr_1_63]]_Tue,-09-May-2023-10-21-13-GMT.pdf

**Hash (SHA256)**

b387803d25d8b44ffb144862879611627102fc585a0548ecb18fc7aaadb698a9

**Signature (PKCS#1v1.5)**

j9eQjcqhcHuUqAg4TEBvRXto+uv7nO6Wce3vHeK03TaTZRPJd7WoWhTWTRpSLOpfDmPBRjluc3teunxs5gGGkHqTP2HFUZyU8dgaQVnpYjjyxuMD8q5OLwrN/RcB+wX0KQAKzJIFQa+OcqHlqWLO5XAOAB49TbjO8EdMMezE6WQ=

amazon Deliver to Miami 33132 | All | smiley face balloons | EN | Hello, Kenneth Account & Lists | Returns & Orders | 0 Cart

All Clinic Amazon Basics Prime Video Buy Again Prime Best Sellers Customer Service Today's Deals New Releases Music Books Amazon Home Coupons Pharmacy Gift Cards | Reinventing wholesale, join Amazon Business

Toys & Games Kids Gift Guide Shop Toys by Character Shop Best Selling Toys Shop Newly Released Toys Shop Amazon Exclusive Toys Shop Toy Deals Create a Birthday Gift List Create a Holiday Gift List

Rose Gold Omg Ur A Teenager Happy 13th Birthday Banner Garland Foil Balloon 13 for 13 Birthday Decorations Official Teenager 13th Birthday Decor for Teen Girls 13 Year Old Birthday Party Supplies 1,297 $13.99 prime

‹ Back to results

Sponsored

## 12 Pcs Orange Foil Balloons Cartoon Smile Smiley Face Citrus Fruit Aluminum Mylar Helium Party Balloons for Birthday Wedding Baby Shower Hawaiian Luau Tropical Beach Summer Party Decorations Supplies

Brand: DALJIAFA

$7.99 ($0.67 / Item)

Add your 30-day FREE trial of Prime and get fast, free delivery

$7.99 ($0.67 / Item)

FREE Returns

FREE delivery Monday, May 15

## Deals on related products

Page 1 of 2

- Sponsored — 24 Stress Balls - Bulk Pack of 2.5" Stress Balls - Treasure Box Classroom Prizes, P... 1,547 — Limited time deal — $19.99 List: $24.99 (20% off)
- Sponsored — JOYIN 36 PCS Make-a-face Sticker Sheets Make Your Own Animal Mix and Match Sticker ... 3,376 — Limited time deal — $11.89 ($0.33/Count) List: $13.99 (15% off)
- 24 pcs Rose Gold Heart Shape Foil Mylar Balloons for birthday party decorations, We... xyhoo 54 — Limited time deal — $9.09 List: $12.99 (30% off)
- AnnoDeel 20 pcs 18inch Rose Gold Round Foil Balloons, Pink Round Shaped Helium Ball... 7 — Limited time deal — $6.99 List: $9.99 (30% off)
- AnnoDeel 100pcs Cow Print Latex Balloons, 12inch White Black Cow Balloons for Farm ... 5 — Limited time deal — $9.09 List: $12.99 (30% off)
- AnnoDeel 100 Pcs 10" Latex Blue Balloons, Pure Pearl Helium Wedding Decorations... 184 — Limited time deal — $6.99 List: $9.99 (30% off)
- PartyWoo Blue and Gold Balloons, 12 Inch Royal Blue Balloons, Baby Blue Balloons, G... 479 — Limited time deal — $9.94 List: $12.99 (23% off)

## Product information

| | |
|---|---|
| Product Dimensions | 0.6 x 0.5 x 0.2 inches |
| Item Weight | 0.5 ounces |
| ASIN | B0BWDTHSQR |
| Manufacturer recommended age | 1 month and up |
| Best Sellers Rank | #195,627 in Toys & Games (See Top 100 in Toys & Games)<br>#10,724 in Kids' Party Balloons<br>#68,590 in Pre-Kindergarten Toys |
| Manufacturer | DALJIAFA |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to **tell us about a lower price?**

## Product Description

**Specification:**
Material: natural foil
Color: as shown in the pics
Package: 12 pcs orange foil balloons

**Feature:**
Completely versatile: You could place it with a balloon arch, balloon column, multiple balloon bouquets or garland banner to hang behind a cake table or a party entrance, they are also look beautiful down on the floor, up in the ceiling or attach on the wall, or hang in any place you want
Fit for most occasions: Like birthday party, wedding, baby shower, bachelorette party, summer theme party, hawaiian party, cosplay party, tribal party, carnival festivals, holiday party, halloween party, event or parade, graduation, anniversary, photo shoots, even for the daily use
Easy to use: This foil balloons can be fill with air and helium, blow it up with pump and seal tightly
Portable: These are reusable and portable with small size and light weight, you could enjoy it at anytime and anywhere
Great gift: The best gift for your friends and family, like mom, wife, girlfriend, lover, fiancee, daughter, your female friends, or even yourself for christmas, hallowen, birthday and so on

**Warm Tips:**
Please do not push them with strong strength, and keep away from fire
Due to the difference between different monitors, the pictures may not reflect the actual color of the item
Compare the detail sizes with yours, please allow slight difference due to manual measurement

**100% SATISFACTION GUARANTEE** - If you don't fall in love with the orange citrus fruit foil balloons the moment you open the packaging, we PROMISE your money back. If you have any questions, please just contact us directly

## Based on your recent views

Page 1 of 58

Sponsored

- 10PCS Sun Smiley Face Foil Mylar Balloons Sunshine Birthday Party Balloons Sunny We... $7.99 ($0.80/Item) prime
- 8Pcs Sun Smiley Face Foil Mylar Balloons Sunshine Birthday Party Balloons Sunny Wed... $8.99 ($1.12/Item) prime
- Garbage Truck Balloon - 2 Large Trash Truck Foil Balloons - Garbage Truck Birthday ... 527 $10.99 ($5.50/Count) prime
- Smile Balloons 12" Smiley Face Birthday Supplies Latex Party Balloons For Children'... 65 $11.99 ($0.24/Count) prime
- KatchOn, Big Smiley Face Balloons - 25 Inch | Graduation Balloons, Graduation Party... 1,837 $6.97 ($3.49/Count) prime
- Vocoliday 6Pcs Graduation Balloons Graduation Foil Balloons 2023 Congrats... $9.99 prime
- Gejoy 12 Pieces Watermelon Foil Balloons Cartoon Fruit Mylar Balloons... 146 $10.69 ($0.89/Count) prime

## Products related to this item

Page 1 of 20

Sponsored

## Videos

## Similar brands on Amazon

## Looking for specific info?

## Customer questions & answers

## Customer reviews

No customer reviews

## Review this product

## Popular products based on this item

## Best Sellers in Toys & Games

## Your Browsing History

Back to top

Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You

amazon | English | United States

Conditions of Use | Privacy Notice | Your Ads Privacy Choices | © 1996-2023, Amazon.com, Inc. or its affiliates






















Investigator Name: RemoteUser2

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Mon, 15 May 2023 11:12:42 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

RemoteUser2

**IP Address**

116.68.99.108

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

pmzsfowRJRDvrUfmwPZmWkhx7/Wq1urGo2wB7TD68t4D6iizwXgYtow2XzVttcM3qS865VzVcPJi7WOU0JEu5vZZZrsh7641jkX3RceWR5LAfTCT2yNWghOwvazF8TxfJP53M6InQHm1xbJAJUu+Jjyb0feeKCw6+49jmMJxycRev2JmB6PpDQ1nCO1vMx0UysI1Jz/AIdNzVboJEMXP
+EBzJCbX1KQod8aG7lCJBBwqwt0E2ktwWI8F0OZ1+3l4Ql1nd3bVRXlatu3lkEdMsyOKaT2xXOLvSFS3eyymT4s1+1nR/p62BCeHm5ljcSPKwZEoKoClP5EAXyqaSXMbkQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Mon,-15-May-2023-11-12-42-GMT.mhtml

**Hash (SHA256)**

4573a92d8404e962074a2a1177aeaa11bdb6ec6bbb4093d647d2160dfe3d90b6

**Signature (PKCS#1v1.5)**

QNQCyV0mw6FFgw8a2PVVjKnQ+I/IMUTcUIgdolhq4fLrPN8umkgawGnGt8BSoXE1nAOdSziOhap52HEOQmPXf6i5o2F5MpsZnKxlSBeGHugEGzAi25LnbPFYP3J+UBJJ9ggo78RL94M1gpkXgxIeeVumTLk4OhuUgTjT1lJ2JZuhTAMDFN
+chU7A28v7UhwMkq97BTQTJK0YvTfwkniWYHM3g4U9jufy7uQ0kRBGEMFy4IsbDYGgFghu5OkSpu1JENZ2S9HpvTyUi6ja2YYk/7aedKlIZcJKp49tq1KG/3p2yKjnNKWi7EZO9g1nSha8rUbsapD9SrqiI1NftIt6Zw==



AXENCIS

Investigator Name: Chris Stanna

# Evidence Collection Report

**Page Title**

Amazon.com: LUOWAN Smiley Face Designed for iPhone 13 Case,Translucent Matte Hard PC Back with Cute Smile Design for Women Girls Men,Soft Silicone Protective Clear Phone Cover 6.1 Inch Black White : Cell Phones & Accessories

**URL**

https://www.amazon.com/LUOWAN-Designed-Translucent-Silicone-Protective/dp/B0BZDP3TSK/ref=sr_1_116

**Collection Date**

Mon, 24 Apr 2023 09:39:09 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stanna

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

[illegible]

# File Signatures

**SCREEN CAPTURE**

PDF

**File Name**

screencap_[illegible]_LUOWAN-Designed-Translucent-Silicone-Protective[illegible]_Mon-24-Apr-2023-09-39-09-GMT.pdf

**Hash (SHA256)**

[illegible]

**Signature (PKCS#1v1.5)**

[illegible]

Based on your recent views — Page 1 of 58

Sponsored

- AICase Cute Women Tin Foil Pleated Electroplated for iPhone Phone Case (Silver, iPh... 46 — $14.99 prime — Save 5% with coupon
- Diaclara Designed for iPhone 14 Pro Max Phone Case 6.7", [2023 Upgraded] Full Body... 3,189 — $16.96 prime — Save 20% with coupon — Climate Pledge Friendly
- iPhone 14 Pro Max Love Heart Case, Fashion Cute Soft Silicone Purple 3D Heart Water... — $10.99 prime — Save 5% with coupon
- Compatible with Samsung Galaxy A02S Case, Indie Smiley Face Flower Daisy Hippie... 4 — $15.99 prime
- Compatible for Samsung Galaxy S23 Case, Cute Funny Trippy Smiley Face White Liquid ... 1 — $15.99 prime
- JANDM USB Plug Cable Protector Data Line Bite Fast Charging Cable Case for iPhone 1... 7 — $10.99 prime
- FEIZHIRUNAI Compatible with OnePlus Nord N20 5G Case, Smiley Face Cute Hippie Aesth... 1 — $15.99 prime

## Videos

Help others learn more about this product by uploading a video!

Upload your video

### Product Description

Advanced printing technology keeps the printings on the Translucent cover vivid and never fade.

raised lips to protect screen and camera from scratching and dropping

Slim design brings you greater portability and firmer grip without adding bulk.

All perfect cutouts access to all the controls and features to avoid frequent disassembly.

A nice exclusive gift for your best friend, girlfriend, wife.

## Looking for specific info?

Search in reviews, Q&A...

## Customer questions & answers

No answered questions yet

Post your question

Typical questions asked about products:

- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

### Product information

| | |
|---|---|
| Product Dimensions | 6.1 x 4 x 0.4 inches |
| Item Weight | 0.48 ounces |
| ASIN | B0BZDP3TSK |
| OS | IOS |
| Other display features | Wireless |
| Form Factor | Basic Case |
| Color | Black White |
| Manufacturer | LUOWAN |
| Date First Available | March 23, 2023 |

Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

Feedback

Would you like to tell us about a lower price?

### Products related to this item — Page 1 of 58

Sponsored

- HANLINZHIYA Compatible with iPhone 14 Pro Max Trendy Case, Cute Colorful Retro... 3 — $15.99 prime
- SIJGKU210 Fashion Case for Motorola Edge Plus 2022, Cute Colorful Retro Smiley Face... 1 — $15.99 prime
- Compatible with iPhone 14 Plus Case, Colorful Melting Smiley Face Cool Hippie Slim ... 5 — $15.99 prime
- Compatible with Samsung S20 FE Trendy Case, Cute Colorful Retro Smiley Face Protect... 3 — $15.99 prime
- OUYAGAOYUAN Compatible with iPhone 13 Pro Max Case, Cute Colorful Retro Smiley... 2 — $15.99 prime
- XIASAIJBUDA Design for iPhone 13 Pro, Cute Colorful Retro Smiley Face iPhone Case P... 16 — $15.99 prime
- Compatible with Samsung Galaxy S21 Ultra Trendy Case, Cute Colorful Retro Smiley... 9 — $15.99 prime

**ESR Air Armor Case, Compatible with iPhone 13 Case, Military-Grade Drop Protection, Shock-Absorbing...**

$9.99 prime

Sponsored

## Customer reviews

No customer reviews

| | |
|---|---|
| 5 star | 0% |
| 4 star | 0% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 0% |

How customer reviews and ratings work

### Review this product

Share your thoughts with other customers

Write a customer review

Sonix Case for iPhone 14 / iPhone 13 | Compatible with MagSafe |...

$39.99 prime

Sponsored

### 4 stars and above — Page 1 of 13

Sponsored

- Rogsgic Smiley Smile Face Case for iPhone 11 for Women & Girls Cute Phone Case Slim... 113 — Amazon's Choice in Cell Phone Basic Cases — $5.99 prime
- Cute Airpods Pro Smiley Face Case,JANDM Airpod Pro Clear Case Soft Silicone Cartoon... 74 — Amazon's Choice in Headphone Cases — $9.99 prime
- Beaded Phone Charm, Smiley Face Beaded Phone Lanyard Wrist Strap Fruit Letter Pearl... 72 — $9.99 prime
- LUSTEMBER Beaded Phone Lanyard Wrist Strap Smiley Face Beaded Handmade... 538 — $6.99 prime — Save 5% with coupon
- Goocrux [2in1 for Samsung Galaxy S20 FE 5G Case Smiley Face Cute Women Girls... 65 — $15.99 prime
- Facweek Compatible with iPhone 14 Case Cute, [Upgraded No Fading Gold Plating... 64 — $11.99 prime — Save 5% with coupon
- HOLAOCT 2PCS Phone Charm/Chain Strap,Cute Smiley Face Phone Keychain Beaded... 121 — Amazon's Choice in Cell Phone Charms — $7.99 prime

**ESR Air Armor Case, Compatible with iPhone 13 Case, Military-Grade Drop Protection, Shock-Absorbing Corners, Yellowing-Resistant Hard Back, Scratch...**

$9.99 prime

Sponsored

### Best Sellers in Cell Phones & Accessories — Page 1 of 6

- Misxi 2 Pack Hard PC Case with Tempered Glass Screen Protector Compatible with Apple... 156,795 — #1 Best Seller in Cell Phones & Accessories — $10.99 — Get it as soon as Tuesday, May 2 — FREE Shipping on orders over $25 shipped by Amazon
- Apple 20W USB-C Power Adapter - iPhone Charger with Fast Charging Capability,... 179,425 — #1 Best Seller in Cell Phone Wall Chargers — $16.34 — Get it as soon as Tuesday, May 2 — FREE Shipping on orders over $25 shipped by Amazon
- Ailun Glass Screen Protector Compatible for iPhone 11/XR,6.1 Inch 3 Pack Tempered Glass 326,478 — #1 Best Seller in Cell Phone Screen Protectors — $7.70 ($2.57/Count) — Get it as soon as Tuesday, May 2 — FREE Shipping on orders over $25 shipped by Amazon
- Hiearcool Waterproof Phone Pouch, Waterproof Phone Case for iPhone 14 13 12 1... 77,178 — #1 Best Seller in Cell Phone Dry Bags — $9.99 — Get it as soon as Tuesday, May 2 — FREE Shipping on orders over $25 shipped by Amazon — Climate Pledge Friendly
- Ailun 3 Pack Screen Protector for iPhone 14 Pro Max[6.7 inch] + 3 Pack Camera Lens... 12,631 — Amazon's Choice in Cell Phone Screen Protectors — $9.88 ($1.65/Count) — Get it as soon as Tuesday, May 2 — FREE Shipping on orders over $25 shipped by Amazon — Climate Pledge Friendly
- Anker Portable Charger, 313 Power Bank (PowerCore Slim 10K) 10000mAh Battery Pack with USB-C (Input Onl... 82,441 — #1 Best Seller in Cell Phone Portable Power Banks — $21.99
- Protector,Sensor... 8,928 — $9.89 ($1.65/Count) — Get it as soon as Tuesday, May 2 — FREE Shipping on orders over $25 shipped by Amazon — Climate Pledge Friendly
- Camera Lens Protector... 30,463 — $7.99 ($4.00/Count) — Get it as soon as Tuesday, May 2 — FREE Shipping on orders over $25 shipped by Amazon
- Tempered Glass 70,464 — $7.90 ($2.63/Count) — Get it as soon as Tuesday, May 2 — FREE Shipping on orders over $25 shipped by Amazon — Climate Pledge Friendly

### Inspired by your browsing history — Page 1 of 5

- Jusy Cute Smiley Face Funny AirPods 1&2 Case for Women Kids, Aesthetic Trendy Cute Fashion Y2K Skin, Soft... 217 — $9.99 — Get it as soon as Tuesday, May 2 — FREE Shipping on orders over $25 shipped by Amazon
- SYSUII Beaded Mobile Phone Lanyard Wrist Strap, Colorful Smile Beads Chain Phone... 401 — Amazon's Choice in Cell Phone Charms — $7.39 — Get it as soon as Tuesday, May 2 — FREE Shipping on orders over $25 shipped by Amazon
- JETech Privacy Full Coverage Screen Protector for iPhone 14 Pro Max 6.7-Inch, Anti-... 2,199 — Amazon's Choice in Cell Phone Screen Protectors — $7.99 ($4.00/Count) — Get it as soon as Tuesday, May 2 — FREE Shipping on orders over $25 shipped by Amazon
- Smile Face Girl Case for iPhone SE 2020, Cute Pretty Girly Phone Case for iPhone 7/8 Teen Gi... 426 — Amazon's Choice in Cell Phone Basic Cases — $8.99 — Get it as soon as Tuesday, May 2 — FREE Shipping on orders over $25 shipped by Amazon
- caseling Hard CASE for Pioneer DJ DDJ-SB3 / DDJ-SB2 DJ/DDJ-400 Controller or DDJ-RB... 2,520 — #1 Best Seller in DJ Mixer Bags & Cases — $32.99 — Get it as soon as Tuesday, May 2 — FREE Shipping on orders over $25 shipped by Amazon
- Pioneer DJ DM-40 - 21W 4" Two-Way Active Monitor - Black (Pair) 1,086 — 6 offers from $135.40

### Your Browsing History

View or edit your browsing history — Page 1 of 4

Back to top













































# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Sat, 27 May 2023 04:51:02 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0d:5600:8:36::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

i3bNnr/nMOwUMWj+66vBBKW/qaIlnhu2iIc2HE45bQZGxQ964PEvOCMPrB/MW52Lv0YihyblQlQH14ioU2if/WA7WTp+vfl08lMJb40faLRztYldxCr5YdpYcpkXpsAMXM3p1ud2QRuRQS/IGh6EyMOurW93AeUySnDMn/Ej96k9sUVYW+EuH289eDPb+adxZcoSSRjxfqAc/
WWo6TbXby83cYVKStmxPV6PVBKDsPzv3gSR1bANSZWtQHFNmEuffwo9jRDxomW7gigIlSVayu4KBG1PmvTtSAikbrgmszTKDDHRP7VuA14WnnPixNXycelnCQQQWkyX8dnq0Gke6g==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Sat,-27-May-2023-04-51-02-GMT.mhtml

**Hash (SHA256)**

b7c40504f93d30072a757f16a7b60300b8b4c99a358aa790f363ed3093cd9b96

**Signature (PKCS#1v1.5)**

oOMV9utUUn4KVqZfxSzZLc8wEtQQk9xm4by//U0ONNV9qdXf7nWBGqPZQT6y3s+Smv2u0gVUmdmTVCdwT12Tm+fXtvuzL0AvVct1RH6KylfSmKNKTP+JXe6yvoGhg9L0neRmtwcnDz9HP3MA+e3U+mMW6JPk7O7mCz1jf0AuhoxYWxhIRR
+JDvBRKbn3lMEP0wFf0BxvajrDmyfgCf0Z9Jw3X39rlmDYtb9DkncHgu+UXs51rBN3uHaEFQGQkzc9u4IIjgCyt2HAEXJ3jOErZcEDdruT4t5ogRZpE0KnGmSNKKWWZzutPiR+Woe6XUvM+j/pwWiGaKdUQlN58mUzSA==





Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Have A Good Day Sweatshirt, Smiley Face Preppy Sweatshirt, Aesthetic Trendy Clothes Positivity, Sweatshirt Words On Back, Quotes Shirts For Men, Trendy Sweatshirt : Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/Sweatshirt-Smiley-Aesthetic-Clothes-Positivity/dp/B09QKK17TQ/ref=sr_1_29_sspa

**Collection Date**

Wed, 19 Apr 2023 11:32:19 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

jlMZfpM6O2W8R7mSvPRtq/M3Z5vaCZLQnVMO0jGXrJRBAcrD2rqKg7F/QOunUFmHkOgk4r97VxCZtZAR8Er7MUKkV89TtVh+qvCSREqpYqf6hCgBalUP+4YO3y7tAPVCuNl8qPH+fqlpqlcTtOXtQ9rm+b0g2I+YvWamt5QwK/E=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Sweatshirt-Smiley-Aesthetic-Clothes-Positivity[fs]dp[fs]B09QKK17TQ[fs]ref=sr_1_29_sspa]]_Wed,-19-Apr-2023-11-32-19-GMT.pdf

**Hash (SHA256)**

6c9a9ba85bf2572f90bffc2773f89f84c570fab49b0283746ff65383d1c8b10d

**Signature (PKCS#1v1.5)**

K+4QIRfUf7t0IWknmg4uS6wn4TYjERXgIBUX0bMHE/G06Z9y1GDGPUNRPpN6G5MBRx6IA33RrkOdvTAu9Psn0NrjrxY4IwY2DEuQKXjpE2XlKBeguQa+j4Y/CGedoi2fcESyk8iLVuqZOz4PGdxFk+JWQ8or+bbplKpv6nxlUpo=

Technical Details

| Manufacturer | Generic |
|---|---|
| Product Dimensions | 5.91 x 3.94 x 1.97 inches |
| Country of Origin | USA |
| Size | Small |
| Color | Multicolored |
| Material | Cotton |
| Special Features | Button,Wash |

Additional Information

| ASIN | B09QKK17TQ |
|---|---|
| Best Sellers Rank | #849,919 in Tools & Home Improvement (See Top 100 in Tools & Home Improvement)<br>#3,985 in Multitools<br>#35,195 in Men's Novelty Hoodies<br>#1,000,915 in Men's Fashion |
| Date First Available | January 16, 2022 |

Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

Feedback

Would you like to **tell us about a lower price?**

### Videos

Help others learn more about this product by uploading a video!

Upload your video

**Related products with free delivery on eligible orders**

Page 1 of 58

Sponsored | Try Prime for unlimited fast, free shipping

- Unisex Mens Tie Dye Shirt Handmade Colorful Crewneck T-Shirts for Womens Novelty Te... 12 $13.99 prime
- Unapologetically Dope for Juneteenth and Black History Month Sweatshirt 16 $34.99 prime
- Have A Good Happy Day Smiling Face Smile Vibes Sweatshirt $33.99 prime
- Boulder My Boss Told Me To Have A Good Day So I Went Rock Sweatshirt $29.99 prime
- Danish Pastel Aesthetic Disco Ball Preppy Sweatshirt $29.99 prime
- Autism Mom Life Messy Bun Sunglasses Bandana Mother's Day Sweatshirt $29.99 prime
- It's a Good Day to Have a Good Day (On Back) Trendy Sweatshirt $29.90 prime

## Brands in this category on Amazon

Sponsored

BLLDFZ

VAMTAC

+ Follow

## Looking for specific info?

Search in reviews, Q&A...

## Customer questions & answers

No answered questions yet

Post your question

Typical questions asked about products:

- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

## Customer reviews

| 5 star | 0% |
|---|---|
| 4 star | 0% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 0% |

How customer reviews and ratings work

No customer reviews

### Review this product

Share your thoughts with other customers

Write a customer review

**Based on your recent shopping trends**

Page 1 of 13

- Happy Smile Face Emoji Retro 80s 90s Plus Size Women Men Youth Sweatshirt Black 20 $36.99 Get it May 9 - 15 $14.95 shipping Usually ships within 9 to 1...
- Smile Face Emoticons Novelty Graphic Sarcastic Happy Face Humor Funny T Shirt 457 $16.99 Get it Apr 24 - 27 $4.99 shipping
- No Bad Vibes Sweatshirt Happy Face Sweatshirt Preppy Sweatshirt Aesthetic Clothes 12 $32.99 Get it May 4 - 16 $13.99 shipping
- Vintage Smile Face 70's Vibe Retro Happy Smiling Face T-Shirt 1 $19.99 Get it as soon as Wednesday, Apr 26 FREE Shipping on orders over $25 shipped by Amazon
- Retro Leopard Happy Face Shirt Funny Smile 70s 80s Vintage T-Shirt 3 $15.95 Get it as soon as Wednesday, Apr 26 FREE Shipping on orders over $25 shipped by Amazon
- 70s Yellow Smile Face Shirt Cute Happy Peace Smiling Face T-Shirt 25 $16.99 Get it as soon as Wednesday, Apr 26 FREE Shipping on orders over $25 shipped by Amazon

**Popular products based on this item**

- Funny Silly Goose Meme Cute Goose Aesthetic Trendy Clothing Sweatshirt 1 $28.99 Get it as soon as Wednesday, Apr 26
- Trendy Y2K Gothic Heart, Grunge Streetwear Aesthetic Graphic Sweatshirt $27.97 Get it as soon as Wednesday, Apr 26 FREE Shipping on orders over $25 shipped by Amazon
- Trendy Y2K Urban Graffiti, Streetwear Aesthetic Graphic Sweatshirt $27.97 Get it as soon as Wednesday, Apr 26 FREE Shipping on orders over $25 shipped by Amazon
- Trendy Y2K Gothic Skull, Grunge Streetwear Aesthetic Graphic Sweatshirt $27.97 FREE Shipping on orders over $25 shipped by Amazon
- Create A Kinder Planet Aesthetic Trendy Costume Earth Day Sweatshirt $25.99 Get it as soon as Wednesday, Apr 26 FREE Shipping on orders over $25 shipped by Amazon
- Trendy Y2K Gothic Skull, Grunge Streetwear Aesthetic Graphic Sweatshirt $27.97 Get it as soon as Wednesday, Apr 26 FREE Shipping on orders over $25 shipped by Amazon
- Trendy Kawaii Ghost, Egirl Streetwear Aesthetic Graphic Sweatshirt $27.97 Get it as soon as Wednesday, Apr 26 FREE Shipping on orders over $25 shipped by Amazon
- Trendy Y2K Gothic Skull, Grunge Streetwear Aesthetic Graphic Sweatshirt $27.97 Get it as soon as Wednesday, Apr 26 FREE Shipping on orders over $25 shipped by Amazon
- Trendy Y2K Gothic Skull, Grunge Streetwear Aesthetic Graphic Sweatshirt $27.97 Get it as soon as Wednesday, Apr 26 FREE Shipping on orders over $25 shipped by Amazon

**Inspired by your browsing history**

**Your Browsing History**

Back to top

Get to Know Us

Make Money with Us

Amazon Payment Products

Let Us Help You

amazon



































Investigator Name: RemoteUser2

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 11 May 2023 09:42:14 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

RemoteUser2

**IP Address**

202.83.40.99

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

TsEtdv9nwn869Wy1RgXF/USGrFzRw86wNNdjp4icqZ0NTQa0I21L+dpb5xOc80w0+JS8rIQPgyBJSBOB8VcuJREau9UFDL9iVKxx2O4UAeyOaUvL5k6x8680zVv9q+C9Lzjp3+Gj7t2XKUpxl8YM621k066qHH5g+uLUrq3RC6Ih6jxR9gsqPE15cneYV1ilwLBHHTiZuTC
+SkJjXNfp9GIVXRI0C7CMuUegC7bh9Q0IwbNivMmug5P/BM3buVVLh03xWS3BmlTCGSdsqSOPiUhsR0d0VHXjhaebbfTiBMjrm6mAZDConsw7KxI2ljNyhlemk81+oHj9mSe9AeowJg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-11-May-2023-09-42-14-GMT.mhtml

**Hash (SHA256)**

84b531381850b56364c42e7ad73edf9fdfd8f935e164ca298a14b6381682677a

**Signature (PKCS#1v1.5)**

k4YiFaoiz7PEcYoiia/+kxkUN2NVti7TjKLZCqfbZvHWuvYYncNpCKm5H8gciKBq4VkVU/5UTpr4KpQnyEIiOgeSplTkGvXK2L2ZoXbch0MjWpSIjEdxBepePIkt2e7lx/Q/
uxVabE19UB6YW15UqQ4dGn45PkowuGIQmbBNZBrNMbtsP8sG2SWjAy8bEOsKJVhD7/1uAiPzkKKXjDGrb3QokDSffSkSydAyVFgp9V2jeR0R8cpmfpMlxFFD/V2Dxrfis6Iz4ihEEgE2e4RVYcLdGMwuN/o9R0pMZuZHrMnb/MbsTFvMhQ2kmzUi2zj4RwniQ6o+Bkj5a/6eJJZRow==



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com : 1300+ Pcs Stickers for Kids, 3D Smiley face Stickers and Star Stickers, Teachers, Children and Parents' Reward Stickers, Children's Handmade Scrapbook Decoration : Office Products

**URL**

https://www.amazon.com/Sinceroduct-Stickers-Scrapbooking-Including-Vegetables/dp/B07MPY4KXX/ref=sr_1_196

**Collection Date**

Tue, 25 Apr 2023 09:10:33 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

FhViioHm7LZZSUXMlvjrGVH71OVnKigDjpruxHGiXgCltO58oQwi4bbg8pJL81Ust96sxTSo124IVBdge3XwX+rz6p7eVehGSa2MsK8iOYq6tktOCEIimRI/XWj2n0AHYomz1stR/ONzVE+PqS/CEVSvpilj6JR+wlXva/sa1IQ=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Sinceroduct-Stickers-Scrapbooking-Including-Vegetables[fs]dp[fs]B07MPY4KXX[fs]ref=sr_1_196]]_Tue,-25-Apr-2023-09-10-33-GMT.pdf

**Hash (SHA256)**

a1838580433ad63d330c70f93f1446333d6f5475fa23c5ed32b61d25cb1cc5b0

**Signature (PKCS#1v1.5)**

pqxhsGSIv2n8Jk1ucUqalILVCcg8noxu6ffeJ1qVL/qUN3fg3Ok5ZYoIq027KL8OB/wLGHalK2SpYCwqBMzeSW2vPCb2EfNyfagkArITgBvjFpHfT+/c0YB4fyNw5ei61LIJMVoBti/HvIC/Hgr+g9E8L3O/L1S9/NroAi5Emvk=

smiley sticker
Shop top categories that ship internationally
1300+ Pcs Stickers for Kids, 3D Smiley face Stickers and Star Stickers, Teachers, Children and Parents' Reward Stickers, Children's Handmade Scrapbook Decoration
Visit the sinceroduct Store
95 ratings
$11.99 ($0.01 / Count)
No Import Fees Deposit & $13.84 Shipping to Israel
Style: Cute Reward Stickers
Material Polyvinyl Chloride
Brand sinceroduct
In Stock



Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Wed, 17 May 2023 05:43:30 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2001:ac8:9a:d::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

AVQ4Tbzr93q1zeSijBrCOT390LBY22Lcp5bk0y8HVaila86Dh08Ze/TSkxu29s+8duH7VKQhF9ZNdB758NOxleV0QS9nLaaCrfSSQdAMjD66xSW9LSt/EQejQSS2s0s/JRGqgt1Gqf3rQzrdK5vxFEFz2MiyTx3bzfKejF9XxWuWwsL1TYcTQdLQkQLJ9IMsxs2hXskda5k8wBgt/zG4EacpZHtLOf9cVv7S2OlOrQt0+oH+0C8oOKjacjChmamyxrQnj7W1v6CzY/fAv5SnCKzJX0Q9uIZ+dgBfwPDvEkSnt4UQj6RQ2s8S8RtGJi3GVKaH4Y8w31mlWx865fFvJQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Wed,-17-May-2023-05-43-30-GMT.mhtml

**Hash (SHA256)**

f7b922882b6f5947ffe45fe59fdbe290918a4acd49c073278c5f24d0ab2cfa7a

**Signature (PKCS#1v1.5)**

Td/n7BovuEEZ1Hs5NAw/MtX1cIFJWi8n8U2ipwyOcOps3KGoa5kwTJFoZgfz0RsDlP0+VOx4W6J4j45dP70uj1P8LEqaq3o/HWIsJKfBOGzdfc6q2yLofZgKaEyVByYZ2mQ3nDG1/Fl146MlKhl4PiwbstAr/3/xaCXGPQYQHIMxxLHX75qsbUP/0yXEvIDjqveYK2n7vhB4Mg2TmfEzgX2pnZ0uGKi/ZuMLMjc3BdfUW0XHXpKa/X4Rjta9Ab5J7wiLbbsu4krKkSfgakn78CPXcTMxAf4bhWeqTSt6hWpoV5GZn8whDOI7aqBiSriv76hiFhxUyr3su4ExS95qUg==





Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Mon, 22 May 2023 01:24:23 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

116.68.111.184

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

NCP+5w95JsKczkYZRJ9H8ymh4vINYsU7ruhmWjcBnWIBbZt2FdCCDmhE/HeR6tkvB7l27dfEXv0HZmu4+7D+g/rt9FU0JHBIu++zR/BG7/ix2sbQE2wNm3r9fN/HPJ+VrNl67SFR4vfUMp4dc+auodQ5raz
+c1qkcpzXyNSOkW4KkwXTYSir8B7oLmRPkAdzy2nonkv1bDAoIeRDDJELirYOHumsC12G4+afUxJ0qXVrRzrW0aw8MgZzRnFO2EjDdlsFDxS+T8gRy1SkOgrR3vGJPgYyCb4tn4kQEPlw86JEeqxrdLdHhtpmZJgjsyJZowsVxd4GiUXuIyuoxcGbrA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Mon,-22-May-2023-01-24-23-GMT.mhtml

**Hash (SHA256)**

47de18eacfef452f99ce60844cbe55c39f82a30fe89b30e4f285ed114acd4c0d

**Signature (PKCS#1v1.5)**

PEr/HvdopSi3KWkpK+HXH9+0ILu1shzbWCpF0AUBjj+74cygehT06RC83GOc5+1D+Gk0qdC2UONGKr7cRcnn5fXD6DCbjX1IYmS6wvopGxnk3C6UN83QXVcZL8bv0gORpWKuAGxB6Q0bAZ96tgxWGX2DcAERh2T64HxvLu4uVTuTTm0H/OmHf
+sWV0DWkrg5334/8xp9yKNrz5Fgrp4QAUGOUDf2M+NPgCYan7xgr8qzdkik7+2CWmZ1iFLCOWFJtdsGk0InroVbZcBkbofWQs/mZ5y7Ukw6POKzRvMpJJFpeLBoIfyV9/9dxUiJwM1eBU9+sblLjy0e/bL0phK1ug==



AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com: Preppy Patch Makeup Bag Leather Makeup Bag Small makeup Bag Waterproof Travel Toiletries storage bag Ladies Girls Gift Toiletry bag Pink L-pink smiley face Preppy cute cartoon aesthetic trend : Beauty & Personal Care

**URL**

https://www.amazon.com/dp/B0C1NZWZQ2

**Collection Date**

Tue, 23 May 2023 06:33:29 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:93::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

WHDljrDz849MrFaWLiy47z5ujKMZWwQTueCHcAmQFB57O8QQ8Bx4ggfZMB5zsfVt5Fd02b5Uc4jgh2qwzK19NGv2c/d4fR8gS8epT9sOSdey63eeEwvCzIg9XFryABaW1gpbWE/5beU/L
+GEqbbxKFEumGjVSXetDQvrymgZ6q6gDjHmhvGz7WUT6lqnRnzN8YcZ1BY0Cj6szGb61HJkyqD2ilUMnGfNVsvJxhMfZkQO7INpRuZuXJFO9+OkXtPpss7wLlZL/sg5dydEj5QK7dgmkLw17osoomd3G9C3V2a5AO1xgnWyEsq+O9RYVd1elUjh7oi8hhqjrmRhWeP7ug==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B0C1NZWZQ2]]_Tue,-23-May-2023-06-33-29-GMT.mhtml

**Hash (SHA256)**

4202b72a6d35fac3310ea7e8adb2d0b0f62746115be081a14fae38e2c03caed1

**Signature (PKCS#1v1.5)**

Fo/gJvVYg1Mj/WgoQXqWr5/HKGqF9Io2vI5h1VVj5tNypqSNpcKvtjgJtvSMbSPeXrtKnpPBBYbkFM7Runmlqmq0J0nK07QLhGTIUGyBmf1Mk8YCcEDKXS61+OP+Lq8dCVNp7P7KfZVesmq27Er
+hIPsbi8H5MdsduvI8837qBltASGNBsuTep32PsDFvpam4PpoWrwl0SSY8ijl0ynIva2goskg0rrorrlt24QvMSsx5NKhmPaQdcCSijQJyi+quKcm1uKFA7fb5l3npl6+9NZWepod+SoCb5tO+LbiWwu8UnsFOoo1zjTwf13XzzCw3/5KqceINQrJYqq/38Ywfg==

**Product information**

| Product Dimensions | 9 x 6 x 4.5 inches |
|---|---|
| Department | Ladies and girls |
| ASIN | B0C1NZWZQ2 |
| Country of Origin | China |
| Item model number | 01752811542209 |

Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

Feedback

Would you like to tell us about a lower price?

**Product Description**

Cute design: The preppy bag is simple and stylish, with fun patterns that will put you in a good mood. This makeup bag is durable, versatile, waterproof and extremely clean. Large capacity, can meet your daily use and travel needs. The toilette bag is made of high-quality soft leather, waterproof and colorfast, has an incredible zip, and comes with a separate space to store brushes and protect them from dust.

**Products related to this item**

**Videos**

**Looking for specific info?**

**Customer reviews**















AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Chennie Punk Layered Necklaces Smiley Face Necklaces Silver Adjustable Necklaces Beach Long Chain Jewelry for Women and Girls : Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/Chennie-Layered-Necklaces-Adjustable-Jewelry/dp/B0B3DTD6VJ/ref=sr_1_279

**Collection Date**

Mon, 24 Apr 2023 06:32:34 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

PbenUFfl5G1XeyjXWH7dqHwRYzZWgtO3I3seE5DfWpV685ds3vuW5WudZdwXkjXKOaapzJHw40w+3K/X+zDo3NRuBY2HggFMHzf+9cLnLVX5Zqmbx7h0Z5rIhoJN5bUuFcA5jWFUdNhNkm6D8dACdI0Hjh6eHZ3BVgS2DwP4MMo=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Chennie-Layered-Necklaces-Adjustable-Jewelry[fs]dp[fs]B0B3DTD6VJ[fs]ref=sr_1_279]]_Mon,-24-Apr-2023-06-32-34-GMT.pdf

**Hash (SHA256)**

82b567a47265e127f5e4824b5062a279ba698e2097c78426f346dab3805482e6

**Signature (PKCS#1v1.5)**

IWxgkm7A+vd2zG07RF+1SgEQTPv36m3k5J8ArnE+AxpjTFycbK1PKr0vQqQM+nqQIaZ1T5e+8q8duVasHaAoDoMd63gSJw9xU+VDGeR8bd95nesNqHGmC0za2H26r3RflOwEIwIQEIQIs6HoVhcZB703VLQGiMV+LEViVxzUPkI=









# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 25 May 2023 15:30:14 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

116.68.105.188

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

HlmoZSEbYOLrpAHdG8cEAeAQDPRQ9MW9+ZBU6ejBKJTLjIx9/JNnZiEVC7fkzL9FCHjEm7whRtxbeOYci63OwBTfMasuq/N8F2BDWdBbL8smgy4IEZ6MtzPfK51n9iLq7gLCnk6++CEOxid+8pcoMeUZGPTNjjI+naShiDv6S4olRCMUUse65f+
+tZXTbMRqYku5npUj2TXx1HoXeSSC9xc3L9OPafBeVz72ru8fYbC8aAmlfkfrGjAJc1w7inQbts8M8w3+EZ/42BpzpP7Kl0NmjRyeE2VMEYgkSlXChzFHFxqs0VJ/IE/K/5mepji2FN0crM0ov97mnrWJB/EDxw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-25-May-2023-15-30-14-GMT.mhtml

**Hash (SHA256)**

6a12fe8e764de87052fc011f4f767fafbc0d024122ac3de45c9ab87b7b8dc0b0

**Signature (PKCS#1v1.5)**

INmirIs0vUGZA00wwBDvnD2I1KtEB7oVvlFvfMOLn8bqYROcPgQDtNCxf60jhFpqa5LVOSl7rc3KQ8EbfDR9VMyD3tEuNcE45b2MYBJKujL+4fgTsrID9cmm79xLT3z6lqOdsMeiZCCScLtfuKA3dalrAgNL/k+wgNZEfheBLMxsvQzZ14aTx7l
+mcKmDjb06Z6i9FyJOutf8SIUrLASbsC9R09fKoCR1JRevJCN9dCa2Fs0mgDp69on972xI7CG1wbm8rnDIq1ODAEnkWVTDAVdCXFBK0C4dCgD48eACAX8dp15GP64gntWdbvUKND4TYBRZjJLblD48t/DM+zunw==



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: TBOLINE 4Pcs Smiley Face Makeup Bag, Cute Corduroy Cosmetic Bag, Aesthetic Women Makeup Bag for Purses, Smile Dots Makeup Pouch Travel Toiletry Organizer with Zipper for Women : Beauty & Personal Care

**URL**

https://www.amazon.com/dp/B0C33TCW8S/ref=sr_1_1

**Collection Date**

Fri, 21 Apr 2023 06:06:27 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

OoMmSQlqsMOtY8NkbhVxAr0ozt3Vj6aap5ZoMSyH4F9RGsDquQ7QBB1L5Qe0bwp6v38SiTVvUwhxyMKnh+PTqJC3NXnt8GG9+bmGqrfHgl1Of3CLbUdGVo72L5tW3V+Ltq2Wpewu+aHd2PCZtrh0fr858dn6fGXdZa+N/zfLfwg=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B0C33TCW8S[fs]ref=sr_1_1]]_Fri,-21-Apr-2023-06-06-27-GMT.pdf

**Hash (SHA256)**

6b41b58aa66ed6553ee43b2821e4547df6d6c71c6bb2b0e6a96779b02688b667

**Signature (PKCS#1v1.5)**

XukMk/yaPs/8BWEGAmIDyslt/7MNUZJpyKVEGIAne5NKgyRfUfA7CdF4zLRwTJh0QXE8wXYxiSSFSMsEfm+ataYE5SFmsSqlvxv8qTuM29glUkW33QfFWWpUFWPgw8HtRdSwi4ULbsoMcVIYHONgX7Tk13kkvheqLAZCKOzZ6uo=

       

         



Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Sat, 20 May 2023 09:32:26 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

116.68.96.16

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

WnwUVUKWi3epcdddBisZhrV8z0X9MXCXdu0bnewmrl+dbBbpLmKGh1s2eETIwUMuMfCJdSSXqaKkTCiwUnDL6rpMMddYI2bQZ2+Q2jAAtzZegL95JVliJLlkhq+O4hEGDgrSQcFuRw6/xeM6ucZp7FL2pPVKE1xIxuuz0SwGSlvGi+D
+RHDA14ik1tCIkq9R9t2iP7JCiiq3nq4LFksNSLUzjTOCgA5N/p3jl3kaww6FI5r+wa7J+SLHTMdjO7kL25EQP+PD+FCJdXyTykO6aUEVFpRXZ9h2LijT1RpFC583mQMzrCdMTyNaHoapq3orQ7MvwCFXllzHFyJYDjpdcw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Sat,-20-May-2023-09-32-26-GMT.mhtml

**Hash (SHA256)**

c20e98a84993b105d2773c013b09ae7623ececc82d5f7b1751bd5b13e17e43f0

**Signature (PKCS#1v1.5)**

rDFQm+EkrQsywzCZ2NCAbJr2hFE6cFMf/U7pGvv+n+jkedZScmjzwLNuZuAnENewv0hGOrrLNTT40SShWLNKVYKdEgZ1b4NK2yAj04XFigOliTljK//HgBFWghM3K0wQArjATd+IzaVROE3USOZ6Aay6dBNtgMTZtyqZLx7RBjigR+TeijZ8f8HP/dXlQ6/
FyUYthxJJFHhJsrcFFjnc5U2dpbzUXSElitXQlXh+92Wuj8HSyauzHFjIkGAoHLFRMggVXgJ0KH5S34yGCnNnvYkEUYrSxM7o7S2ZKMOaiGQT6IMo03XeM3GUW7N0lGiY09j7BYgzbsJFFvN2L/EYvA==





# Evidence Collection Report

**Page Title**
Amazon.com: CROOYA 12K Bracelet Preppy Heish Surfer Bracelets for Women Preppy Beaded Bracelet Colorful Smiley Face Clay Stackable Bracelet Boho Disc Armcandy Y2k Beaded Preppy Bracelets for Girls : Clothing, Shoes & Jewelry

**URL**
https://www.amazon.com/CROOYA-Bracelet-Stackable-Bracelet-CN-Girls-dp/B0BMYCT8VJ/ref=sr_1_83

**Collection Date**
Wed, 31 May 2023 11:59:52 UTC US Department of Commerce / NIST authenticated timestamp

**Digital Signature (SHA256) of PDF:**
b0e8e81e39c531a0db2478a06d94b6cdb3979476f4432bd1513e08fba2e29f38130e9f22f69ce2ff6cf8836a1e573820eaf9c8c_c

## File Signatures

SCREEN CAPTURE
PDF
**File Name:**
evidence.pdf

**Hash (SHA256):**
9a0acafae778a1aaac74e40abec94da9e6ca61da2c51dd9...

**Signature (PKCS#7-S)**
Dggg990099j0jgg13791jbvhvbbhrbgnhvhbnkg6569ksdhbdfhhhhrbhdhrhvbfrbhhsbjhrhh bbdjhdhhdhhdhhdhhhhhhhh










### Buy it with

 

### Based on your recent views

   

**Product Description**

**Product details**

### Videos

  

### Products related to this item

       

### Brands in this category on Amazon

 

### Looking for specific info?

### Customer questions & answers

### Customer reviews

        

### Products related to this item

      

### Popular products based on this item

      

### Your Browsing History

      



Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Wed, 17 May 2023 07:05:29 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2001:ac8:9a:d::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

gxvMa2ysi7eHbiB+TtNDpmBygfdIBlOTBDtNmE2kDc1Jqo2AgG5Vd6rhZZTwT3qVZQBDdXLwgbGc+IFTL8+LhkwLE7OcNUKewtcdUCt60Vl0HYDpNfSefKuoSC/CovDRe7vZMTRp/YfbIUGqrGYrov9H7jF2qEznvhRygTTI/vZMEGX+2zb/Y2/34LFw1nwfywGCZh4AwCY4Pvc3o0puDxuW+42z/
K/p5b7BJBgmun1cwwySfJtyyLamp90IQTiNYZkyDoXRj3Bcb6lWw4i1o+7BPgk7+hAvCr5S6VPv/Z+2I9fhzYJLzwJnYDiJA+kTaQmHACQ3qktXCS39Ojb/JA==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Wed,-17-May-2023-07-05-29-GMT.mhtml

**Hash (SHA256)**

3e3ac5e4c76bd6347593532f56405a191afe6e5522747f133ebee0142206c5db

**Signature (PKCS#1v1.5)**

gzBZt9v/fc43xhl4g26k0ZVcQqhcsQOWkKD+gONWJJIn57OvJVc7E1Fa8ALIRd996MJ4GdWBuVGlFs3MBXcTI4zbrniNhLDg85q5PaZkewGxWbugUBT29c92IVUKTN3lhE9aH/
zELCd5VCtLHczDN5IjSdMXtgkWjjDxOX3bUEBhZ4sx8bwm9JoE0ZJs1SyegQFIhJ5SWLYYPDWFbTnalavSTtHzMIpjQdynXFynNyCcuREqlAwS1NaO1HrWEqYqcyYUlkMdDjsJ7SJo3l0IU6B04o3jhxhJf1CogpLnAdRTOVI5GiT58dEOZQb+QZkvV/7WyTVbzuLDfeEPvHWMPA==

amazon

Checkout (1 item)

1 Shipping address

307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Change

Or pick up near this address - See nearby pickup locations

2 Payment method

VISA Visa ending in 9985

Change

Billing address: Same as shipping address.

Add a gift card or promotion code or voucher

Enter code Apply

3 Offers

4 Review items and shipping

FREE TRIAL

Jade, we're giving you Prime FREE for 30 days!

Get your Prime eligible items with your 30-day FREE trial of Prime

Get FREE Prime Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

Delivery: May 21, 2023 If you order in the next 20 hours and 54 minutes (Details)

Items shipped from Amazon.com

CHEODIN Y2K Bracelet Preppy Heishi Surfer Bracelets for Women Preppy Beaded Bracelet Colorful Smiley Face Clay Stackable Bracelet Boho Disc Bracelets Y2k Beaded Preppy Bracelets for Girls-smile

$12.33 & FREE Returns

Qty: 1

Sold by: CHEODIN

Amazon Prime eligible Join now

Add gift options

Choose a delivery option:

FREE Prime Delivery with your free trial of Prime

Fast, FREE Delivery prime

Sunday, May 21

$5.99 - Standard Shipping

Place your order

Order total: $19.18

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Order Summary

| | |
|---|---|
| Items: | $12.33 |
| Shipping & handling: | $5.99 |
| Total before tax: | $18.32 |
| Estimated tax to be collected: | $0.86 |
| **Order total:** | **$19.18** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Compatible with Samsung Galaxy S21 Plus Case, Smiley Face Cute Hippie Aesthetic Peachy Smiley Face Samsung Case for Women Girl Men Boy, TPU Shockproof Trendy Cool Case : Cell Phones & Accessories

**URL**

https://www.amazon.com/Compatible-Samsung-Galaxy-Aesthetic-Shockproof/dp/B09YTHCFDS/ref=sr_1_7_sspa

**Collection Date**

Mon, 24 Apr 2023 08:13:01 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

khyNa+5FRoTU4bqf2iqq7taVg/E/9kPkhV1fdeOAgunSu84UzHubfZa/m1siy+WApSzICQt/8WaA1Mo7YoTPpGsA9eVuU+vX0ZQ43zWilFlh+IcxlBRSKNU6Y7oFGmP+M9e42/at7Tll/GZU51+467UKIpu3ImuuYC9Mozg3yVI=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Compatible-Samsung-Galaxy-Aesthetic-Shockproof[fs]dp[fs]B09YTHCFDS[fs]ref=sr_1_7_sspa]]_Mon,-24-Apr-2023-08-13-01-GMT.pdf

**Hash (SHA256)**

7d82b8c9657f792837b6108ff0ece246332fe00c564a697af0699fa8abecdcb4

**Signature (PKCS#1v1.5)**

GLBGh7z6Rm8VwVhEaPeHi6yT+Bj8VCx64HzDSaGHEJbOi2NigqPeEdcIxkUYUHEwWhTx73YoHPQIsxuaffP42UJhLSdEGK1D9RS7sCsGls9ukmUaGtNU5McHUFlZKA5xsp9f4NChVJLBUN2Fh6IhYDNJ6ju0Zq0oYLT4sAY1H3Y=













































































Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 26 May 2023 16:55:18 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

111.92.76.240

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

ei2Xl9o6bpnle8jIGfT8dXVGJfMITQe2hgkBog/gYFs3Ym2O2Plx5Jj5fD+3A3REeDDxuTxFtEyWx0i42ab/Xx+v5Bshzd1iedlbUsbHziLR6bWdZGnjQRPQ40uxk+5+c1Ckiati96ZmzvF4ofqno8+5wVgU7u2qUmXP771T3V7ykFx7uSfI+/xozyjwKKshTiYzwZK
+onG0HExxTNiDOm7DhI2dtiw3H9RyddT2gHDel5O8IIND87dlKm8dtkVY7SYu1+1683nOnYiA0sSZILZfMU5xjnXEaczl6sd+pTwsc0JlpXcMCBxAAdAXdr1Sjz8YFbTgw3bf0idl+Gc0hA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Fri,-26-May-2023-16-55-18-GMT.mhtml

**Hash (SHA256)**

6b2f3c45f8449f4d3530b21efeea687f96b5bc745b0aa59e058a1c1dfbbf5200

**Signature (PKCS#1v1.5)**

ASrzOma81kzy6r203g31GdQjn89DTYemVSfD0F4LumDLtz56gQ1tgnCHVWsNe1YMBnacuXzKXJhS63Z1hnL+caIR9MaXotHK+tSKeZuLTNYlNB1tjtsrbVA3S5V+7CRxLPxqoie9dy4Id5jHv+1JhP7gQKpvPhWbfiULk+4XsMK8876vdHvc8ivLbOCdgNAQKdDqCY15ugSGBtUX6j/
PiZ1g3GzbVIn5wc0gz7wmf20G/IdMLZDA1g1OQYaBs4mpOplZBiDLT/cI5y3XJkf8cUG3KBDbzybgNqSPljHuySu3+G0omS8E8GG1VIc2Dshewj0oXKWzqcCnjK/RDA+m0g==



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: AONUOWE Preppy Smiley Face Tote Bag, Aesthetic Corduroy Tote Shoulder Bags for Women Teen Girls Cute Stuff for School Work Travel (Beige,One Size) : Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/AONUOWE-Preppy-Aesthetic-Corduroy-Shoulder/dp/B0BNYKB9FD/ref=sr_1_8

**Collection Date**

Thu, 20 Apr 2023 11:16:02 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

rzoODixxll7gHViCsPjOXt5Rgt4Cw13T/+4KeA3vjwbyfoDrSmienXwhoDGwZgLeIzU4jEUrxFhAhrMx9uRa3tXR3/Zqgeo4TWf4iTg0RXDpq48czD4Ex1EKZGH5Tkxl67GeIYha0KCNYaMQwadhwT8/NOJfPwcU/A5A/JHJsW0=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]AONUOWE-Preppy-Aesthetic-Corduroy-Shoulder[fs]dp[fs]B0BNYKB9FD[fs]ref=sr_1_8]]_Thu,-20-Apr-2023-11-16-02-GMT.pdf

**Hash (SHA256)**

d8b71bd87e90a7173eb3522a148ecbcb42e0ef2dc8db3f9590533edab0ed1866

**Signature (PKCS#1v1.5)**

mAvhs30YYfP14VeOaGVgbrScNr7ftK42rGDQyZBaH/MwVSV0WAqo0MSRvZrBpiaBKUCjbUssceGxdhqdKScPpQ5kqx1w+D0H2UpdfBvYUushVwxpwPG+eHR+H5r2p2ZleUQ3F+MUNZXTLePg0K4KZnjZJrf4JxOdbf0U9FsjJLY=







Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 19 May 2023 13:47:25 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

pymK1BWZwCmBicgITfo+w0nLevdUYPizmVj8lVlWSg+dWtljphMGWm2nFtLDuvCK58wYOaWjAyHlAIRoJLxsRNYfpyCgzS24bXs+pzH2sRXxdwXQVGoL9O3ofXKC73dtHH+NIEWqKJOq0q68QbKgALfEolVotxz6UeYJzIO1JTfzaa9pzSVsDFaTxh8ejl+FOiLZ+dbsIkr9DyeR
+rbqoLCjnfBpfVTnI9EdtTCQP5wYp5KykNzfCalXR9K/9Nl+XYuZACFiZbdcXM8GDv3Z5n7A70rMvoFETAcGinUJ34zllf7sEUuwknJaRKVT2U7Ly+9sZCsU2wFSOMthrjAGlg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Fri,-19-May-2023-13-47-25-GMT.mhtml

**Hash (SHA256)**

c49670736b0f7e8bf6b0d7dcf66b4e5b5417b9a59a071ad082dd4145214b82b2

**Signature (PKCS#1v1.5)**

JBJe8GAJBRCoLzJIEOkWDACwa+u3PV+4chrJPmHqjeFtABhRQ0BVsswAg95/8Uzm3OkTmUb0Bn8j3xyIWa+mlKeBBeQu/u1i6G5Zn2rk5JaM9R6d9gtBRHjFXEF6z6clNVXZOciT+PVC+1JhiLXgcj2AaTCO19SVv0YEZiQpi3SFEvg2QaPV15pHrKAi2zlt8RfjnWRAZoSPJ0k/
Yt6Zm96Dbgc8aM6njjudkyfvzl2XAbLVmDhXhvxdm1zL6oQhntxYVmjFHV0KsOFmAUFTt73lzQyqFa3V6tK72v8jIB23p27tm/E+L4hiKLyR3Zl6sDYe8QMXaUn0PrlD3MmwfA==



AXENCIS
Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**
Amazon.com: Preppy Pink Smiley Face Throw Pillow Covers Set of 2 Flower and Hot Pink Leopard Couch Cushion Covers Modern Decoration Pillowcase for Trendy Funky Room Decor for College Teen Girls, 18x18 Inch : Home & Kitchen

**URL**
https://www.amazon.com/Leopard-Cushion-Decoration-Pillowcase-College/dp/B0BFH343SK/ref=sr_1_102

**Collection Date**
Tue, 09 May 2023 09:28:03 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Sarah Christodoulou

**IP Address**
2a0d:5600:8:93::5

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
pZ0K3Z5iSTiuW1oECtuHcyrl7x06QlaDQI5YhbAOrKkjcFlomYuYgBwNmClTtUpp3kALwno8v5W6tcPXMD5rHai1dyWuL8IzaOoffChdStNMuSj9Ir7tXSfHsHVfEKM79c/sLqknCKqsEQnbHUpod4w3nGeY9rovJtwTwhzl2fs=

# File Signatures

SCREEN CAPTURE
PDF

**File Name**
screencap_[[https[s][fs][fs]www.amazon.com[fs]Leopard-Cushion-Decoration-Pillowcase-College[fs]dp[fs]B0BFH343SK[fs]ref=sr_1_102]]_Tue,-09-May-2023-09-28-03-GMT.pdf

**Hash (SHA256)**
bf2801c6b2ef89e9e4ea2fe757a2765d228ac42814f5fd986c39f9955400542b

**Signature (PKCS#1v1.5)**
My/UmBA7aj75mGITix/upBKBB9f90375AWcpWpMe2eoc03sSaZsJP0Cpb2v+NOphJNnIdNIsVcAwhKc9lykDhoRPFm4znYHLZfT2UyLYoakFOiwVf2QydPuNbKvaU3fKyKkE6uA7itYXTW6PnkjOnRz/mIi9RrMJEAMhVTy5Ixc=























Investigator Name: RemoteUser2

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Sat, 13 May 2023 16:20:16 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

RemoteUser2

**IP Address**

2001:ac8:9a:1e::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

GN5Cz5gVzRAlQkfN770VTdshwcPRpHaSZ4fTWQrFBd6vCb4+zjoKol+rzmANZuHYj1v8hOsiSv4DJs+5/oj6NlQ/nTLjdc5g+pHhstSiO0WH/CGGyTUqJ58v8JjK/zFqjm0kBSLjEy9/NywyZYCBze9EnHR3EtxmcJnck2tcjKrfw0nq4axTEaI+GR8kpjkMPq7Qy7jOoHQDF3Gj/
EveE68nbysKT9wQjXZ2jnnR8T7oThOCVDOlmcP+DJTwmUgv9gce9u5lBrhc06GHM9Wbe9lwp07Ukyh8Ly+/Fh2nQSYUkFhwZj6Dspsf2xytQh5PhIetXm1smdxHwqDxXVMgTg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Sat,-13-May-2023-16-20-16-GMT.mhtml

**Hash (SHA256)**

79290670287ce7da1d6f12564ebf942a17cfb9226615b8b58c377a0477a9a59f

**Signature (PKCS#1v1.5)**

PxRN8W3EjyG4iV+gfvxpE4Tp3z5SWAxc0TkEwyes4ThbL/IVtWdO89MezSj+qAl//GXrhOJslU/G+2U/OziM1N2zeC4KiD9h
+WnOnGBo5gnq5C5TEpF64cupYPTR3bhHVCJ5z6691jdENti9+xdo59Xb5ci45BNys7CuEBLTzduSpAaqeUiMZhczlMkrswb8ntSxja4EgSRPMpC2pvwRVwSHvrjCfS5jn208LPAY86YJaa8yH04d9hLdxtctHeODEiGXHzF7aL0VHGAL/OZGZeU7IqBXF10E2z/+5N7JtzoZc60LwD8Vut/
MsHFW5YUMLDsTyMYMGsYOm1Ot6BDV5Q==



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Chirest Tote Bag for Women Smiley Face Casual Aesthetic Cute Tote Teen Girls Trendy Stuff shoulder bag Handbag Bag : Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/Chirest-Smiley-Aesthetic-shoulder-Handbag/dp/B0BKK9V1Z6/ref=sr_1_40

**Collection Date**

Wed, 19 Apr 2023 08:02:45 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

UikLe80cIOomwHNI1XXWS3Fu1kcUGFQbR/omLDnDtvZfqeK32XuNWJlroN29bQOhcp13xRQn822UqONobGnGrJXXjNTwyIXtdvorVN+ccFYhPuC3ah6JGOUbeh65i8a5YRXVswzxZxYReKOeXIt9y5PSYVEpWG/evcHd8Ku7uKI=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Chirest-Smiley-Aesthetic-shoulder-Handbag[fs]dp[fs]B0BKK9V1Z6[fs]ref=sr_1_40]]_Wed,-19-Apr-2023-08-02-45-GMT.pdf

**Hash (SHA256)**

204f0d3d608592d710d9f528d7387401d957ce747fbf19105e4c6cec46386504

**Signature (PKCS#1v1.5)**

nh5HSv+DBUBcaiVf6WgG13pB02ihZ+0OY+hyc76ldkBmVExm63mdgu8MxmCLa3BKSk5/5J3ivCOd25XlOKAfUw2AI5tM+ViyzlI37DTEPcUXjgKR6SRtZEzeWAAXCahAiskM4xhUpPtNtSZaSEwHAznPeaie6e0GfbYuPj6SjHA=


















Investigator Name: Sian Kelly

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 05 May 2023 09:52:16 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sian Kelly

**IP Address**

**Browser Information**

**Digital Signature (SHA256 / PKCS#1v1.5)**

eB+KxLMsyKvWZtjBdgln4exyJ2V9gZ6O/PxsBMlhwSa2KvU22Pa7a/VO4t41p+toCiy8ondNn6ZDx3XW18f7/IGoP8lTRJOlvDxIsn3Komecyap3t4UfVpgVFrMjWSHnCgYo6nuOmad9HVqcxpDTez5vhSf9a57DIZ3oJN/
Hsta699dHF08gSXrooVxf343MA2S8GvCTO03vizMII4DS7M9RCrMmWT9hpQtJef01xksNCqdFoUD+LdRP1fbP6GMG70ArLRAtYj9LHfSZBKwuRhXUuvpD3tZjkhwCbvHOJcgday4dqXR6Xi7eYOIEy4kX25ZITBM72zBKuH57fPUwKA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Fri,-05-May-2023-09-52-16-GMT.mhtml

**Hash (SHA256)**

bf52fb9f6976facc5e47fb747982711ffbba820b8c920a2500a6bc5f73763597

**Signature (PKCS#1v1.5)**

vpBI3gtSQlCT8pBO8SHfv6UW5Dw7MIfZfX9YlLEbNa2Z+OAil6fH1Vs1j6tfG8YkTV51RKeDRX/vk/H9sMkMVzni+x58Ts2S4WchQaivQf6ub5N1Gxsh6na43JO9KV4Ek0165aSILFQXqNOBoxGgeKRzzoVYbEGE6lbZh747b31VqwyYpCCUUY8j/
CdUlThxJGxyzkoFMutN98a9HMa5O/40N0vbNe5uyJThxIQu+VCV6UuhDv8sSP83Z4qcFClkwMwwwn/aD20yCv4QFV//RDI8dDR6JxbxYkdwzpunUGSNQ8p2py/+MNo6JHFKc5UPXFa5UAPr7iv+wwU+e1DXZA==



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com | Choismin Smiley Face Slippers, Retro Soft Plush Warm Slip-on Slippers, Cozy Indoor Outdoor Slippers with Memory Foam for Men Women, | Slippers

**URL**

https://www.amazon.com/Choismin-Smiley-Slippers-Indoor-Outdoor/dp/B0BRMXSM4S/ref=sr_1_103_sspa

**Collection Date**

Wed, 19 Apr 2023 10:13:52 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

iLTOXbnKkX0DNVvtqx31sFA1EMFwJ3dUkZ1i1RDWNJfSpBXYzTopgmnbeN5NBBKi6Adtm6P5M4C35Km+k0cS7yETxZkeoQgaCK7iaEjn5wqRNPXQGui+QCRBZxbuODSYvqqUb+G8QV0TAUCzUT/8t9sSPb2U0AD8mGtsSXi/5tI=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Choismin-Smiley-Slippers-Indoor-Outdoor[fs]dp[fs]B0BRMXSM4S[fs]ref=sr_1_103_sspa]]_Wed,-19-Apr-2023-10-13-52-GMT.pdf

**Hash (SHA256)**

1266d0e668fb68796c2e300c3c7862f5a95edae6399b226be13de03402d6feb6

**Signature (PKCS#1v1.5)**

Z23Ux25x3yvgernPfqgoG8R5qWok5TwHQ252XtJY5IzeOLtb8LEczTtbz5qeDRugzOlmdZs37xtJgWEQT9EkYYma+/tS4jmyrN0HY6Im1Cvk+1H6kJXPXjAfhAsvlxvl/x8XWsZe7JrE57TFu1NQ6I7YDcQsCGtbojZpbTYPWMU=

4 stars and above

From the brand

Product Description

Product details

Videos

Products related to this item

Similar brands on Amazon

Looking for specific info?

Customer questions & answers

Customer reviews

Reviews with images

Top reviews from the United States

Based on your recent views

Popular products based on this item

Inspired by your browsing history

Your Browsing History




























Investigator Name: Sian Kelly

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Mon, 08 May 2023 08:26:38 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sian Kelly

**IP Address**

2001:ac8:9a:d::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Yxf3PN2/yDoS9F9wK6TMmLAbe1VWxJ4CsZtCHWLPuWLlWX3jst0GyIgwvg0TAXXwlrERMW6eIgwJ8PziQ6G7E7HNVoMvJkv1KzmShynehmf567We4Ac5oIh8VzUY8t5XQ7QoW4hk/2zFPpIOCunfz+bNiU0uX10F
+KkB7r81DtAlO4anSz7bXxFk5eCWTehtzMwdHzHGb56IDbP8Z8FXbvxmH/0dWjd3Hw4coRHYCXrl+EuuNIW+bSnbOWCleISjK9kQhxbr3UCydJio/YN9/qSHyculsZw/LYLjuG9bTmj0iZH8mbeKsDGsoKahTUNz2c8m48pZWiUa9YfwXvqC7g==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Mon,-08-May-2023-08-26-38-GMT.mhtml

**Hash (SHA256)**

39c9851a318e8c682ea7bd69acf34014035e8d82ac630946482d5188e4ce3511

**Signature (PKCS#1v1.5)**

hdnW0PRLcbz32ADN6g4dclejJ7L34laUE6lvdUvmB3tYIzpJS4UkRHLCcvr9gIx3DRveqoe0JbzZW1Y8+zN05imSMrZwnDKByJELx7Kjpxf5Q20r3RH/WejWhE7kvy55O36LxzJ4jsRXU1W9W6iJ4aVCC4jj+5TR025xRinBfSg8b3sJ+Dcs4qEUp3hLxudVdla2gNyoAaE23bB5zNd7GGZ7qeCM2tPa
+3AUcY7zZsMMGZWRQLIGPvQ77blQSGqZCiDh3ugXPeamZWQEPW3O6M2o+v0EBmyQcTnvaGvsO+ptfsgmoyZj23vQFB3FjViGYW4e/mOK+ZrB/EAOfQjt5g==



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com : Pink Happy Smiley Face Flag Banner 3X5ft Dorm Bedroom Outdoor Happy Face Flags : Patio, Lawn & Garden

**URL**

https://www.amazon.com/Happy-Smiley-Banner-Bedroom-Outdoor/dp/B09K3FVFM3/ref=sr_1_276

**Collection Date**

Wed, 26 Apr 2023 06:03:40 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

M2IclhSYr99AxlhinEJfgPNMR3kPgb3ipCYCfW0FzKNUP70mUDXvvdZMP/tZvfep1XzTttNViBgNZtglIDghZqKXZTYp0pDjqXSI18ZjvX2v8PpcqiZdyYKqHKW5iaTfB8HWhBsWDXi4HaBruDckkNF56jiGflD2ii0saLcBVfU=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Happy-Smiley-Banner-Bedroom-Outdoor[fs]dp[fs]B09K3FVFM3[fs]ref=sr_1_276]]_Wed,-26-Apr-2023-06-03-40-GMT.pdf

**Hash (SHA256)**

1b0281fc47fa980dd77c1c5a9de40f16f939b3380a763f1eda49d81bc11bc632

**Signature (PKCS#1v1.5)**

n8ziJDFz7oGSHeOJ79+GLlpyn2D9MECbxAWjCAQK56OjgKf1XAAW6TgCb8S0eqfrq5Qan/gK/RpIX7ugXXhTPAxK3GLvGNAmFYTHWMXPCXcQOvnr1m/Z9MwEB0o8yEwVrAJyCHQjKtuKSjDgjJUivRZZJTd9MH5RXqxN3g7a1tY=













Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Wed, 31 May 2023 06:27:01 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

111.92.77.63

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

GRV5OJn94QNMv9kvOMOq77zX8cfJ4zvqjYdoW2v1c07bUxpKVMDu3N1FvkF6fVBCw2wK8q/f4uk6YMwA+DHoyBafhChBdImzaJnluxpAxsQtFEv+QGdwV4q2qwTh3kXlYv7m1Ns4ELCx0MxbWX2++HkIYHtATf+KWw3EeGsadbs3IQMkILRx6tHjKjY1i++Rl4e9h07/
VrcNtmK1Kk4OQIZUrqbVSlIkkYyYDNJJeXzU05NpZ/8VZMV2npezOafJd5PSDAXQBm2mvukJVGiKBtSC4q8gOOnNbNUsNN+H+P/7yxqSKSgtKDgGn1VcdS3+Yk3kpb9T6xJosJnHO2U7Xw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Wed,-31-May-2023-06-27-01-GMT.mhtml

**Hash (SHA256)**

0036148cb6608dbd030514c67cf1224213f4f2e3f80c28b641e311fba067b097

**Signature (PKCS#1v1.5)**

MvOl/BQUnZCa4p67ktKygAVOdPKNLekbGlFO3vZlc9STxavm0oguAUiaVIU2XTwu7g1iaaxgwClJhhp9ueRZU9GC1ESFy7BlatD8+3s98voy4nuZfBHsjrB49BdBCfx/RRzsZ3MtvgjgNj/4jBiBI3tFvP4S2X9FE7FlVSIRcOhahiarqmuazpyQTK52tP2/M5/
MDoRHsU5dYulrIptCJOQ4MCal77RzKVWPi6UWBD892lJUru/McoPWY585NYjEvPjuuNQCwjKujGBtWLAhzzCab0/N3PXrIr0956zIs0wcD4cuBr/YTmu4yihVjP2bmOa6/zFLnjcEAe3kXp2/xw==






AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: MagiDeal Funny Smiley Smile Happy Yellow Face DIY Applique Embroidered Sew Iron on Patch SM-005 : Arts, Crafts & Sewing

**URL**

https://www.amazon.com/Smiley-Smile-Yellow-Applique-Embroidered/dp/B00KM5KWQK/ref=sr_1_57

**Collection Date**

Tue, 25 Apr 2023 05:55:18 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

AqxDYNvqmQBW0DJ8X4HMdoGaoagZwna58gvnjGaQKdhSpee60bCjr+XnRFB5kXdKm/5kTlDiYPJM61MOfEyWdcUkcbcLf3vKvVi7n9fFYxs1hYnbtqHYoPjqzl3aF220ajna9cbyGTXPyM7kZRt+DEzt1wOYFmdOpqzHD6CUQKQ=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Smiley-Smile-Yellow-Applique-Embroidered[fs]dp[fs]B00KM5KWQK[fs]ref=sr_1_57]]_Tue,-25-Apr-2023-05-55-18-GMT.pdf

**Hash (SHA256)**

ce26cea9214a72dca4d021f8b90d69062a553c71f2c4467bd1d298ee714a34be

**Signature (PKCS#1v1.5)**

XiXLeVUGNkCwNw2X/iHxI6NBWawgfAXr4adR/t1lZmQxKrTsvTL4gfnh7M71bDC3zbOIEFHQpED6tuLWIjm4M3BsauTFPOfQCpO3PbYzWK+CQ7TEJpVRmQJDAm+ow8j/VwHaCBN8Nkf7o4Q7BUnk02DYSUIOW5HuDwgbkm7X344=



Investigator Name: RemoteUser2

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 16 May 2023 13:28:32 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

RemoteUser2

**IP Address**

202.83.57.61

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

m16Tyt47OFc+lT716rGF9Ka4P9+6lz3cz+dpcgY8os4eEtLSFxUlqwGNp2cYLPBl4QKjd7++s28VCHlS82uMizk52AI4zIpK3RMjZqcWpxO91Evnz4WYT/
C0954ihe1lwpaXVZVidlDStjXniNg5Tr2XFt7YYobuy8ZeBC0RPNwyMC1tjua9g3ikbksI2Q36DAo37LvAN9eIw0MA96POfiJ2lR6uynznxPyr2vgwAFJATvOJ/tFzwF6MRhxll+S+S6n+WUPuuKdlgPO4WDjWGe+rRvMvC/v9e7kRyUiSddKgeJnGrb9TlRxPlp7V6CtVN/BXbMu5H2bVCr9YUEo2Hg==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Tue,-16-May-2023-13-28-32-GMT.mhtml

**Hash (SHA256)**

d99688044d7eb45769495644adb94df2dac1ef89a1fc1f0f74db5bc43459e760

**Signature (PKCS#1v1.5)**

ew/ZZZB2tzymwaVgbWbhDdelw6fltBHu2wen2z7LYgPLE/nYzFbfx5dOTxgnhKqRHBKymi2hqjPaE6k8Xon2WqBFSaukjK7XEyoW5BvN/lyZ8NOoQYhvWIKwT7o4LuPGXg9cGAWQMgbysWIRxtbkAi1nwlP6CBdcJOjP30eBQMnz+HUzigI3KHzu7TQiM3zLlE9jN9qLZ8SEmEc83Yc57QyFnqxh3nx
+6Sbmv3gubPx7L71nrNhUEoFlWWj5kO89zTDbhCJLVBMxm8Lzk3bLSlxPWTieSGRZm7tlVCN1rihUHzMKpYymYC97h5fE1Ws8hNb9keVcJ6Pz0q4/Sfc7kw==



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: YSONG Travel Makeup Bag Cosmetic Bag for Women,Corduroy Makeup Organizer Bag,Smiley Face Toiletry Bag Large Capacity Purse,Brushes Organizer for Girls Gifts : Beauty & Personal Care

**URL**

https://www.amazon.com/YSONG-Cosmetic-Corduroy-Organizer-Toiletry/dp/B0BWTCB429/ref=sr_1_85

**Collection Date**

Thu, 20 Apr 2023 11:32:18 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

qUCA5ijMGu+kCVn2y4HhF1h5/9FrstoYzohwLijw5kWbM7l7Qnp0jfMQr7OdtMpX3kOeMpfzDc7HRavcmFdUuvo1lJd4Ee0mSp9fsoYsiiaO023GS0I2ak4ZlleHk8GniFGQvP7LSeMoLjySQQYIRgniZNBbBStXBAhnvfCwhm0=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]YSONG-Cosmetic-Corduroy-Organizer-Toiletry[fs]dp[fs]B0BWTCB429[fs]ref=sr_1_85]]_Thu,-20-Apr-2023-11-32-18-GMT.pdf

**Hash (SHA256)**

05f460d06be66f85716bb60cfac116c88dce29f3fcf2e8d5f6840221700f4a88

**Signature (PKCS#1v1.5)**

ZipPgExFqEn3mXwJStyotEHED3rqKOfhHSL2eoU+ddWqckxx7EcnECFa8cxW6Q08BaJ5CS3A2dNTBoetI8nuAJQuWMnwPOBM5vJIZFcBLkOnjc5KujvBPM897HJXItV6BZVPZYP6dTbeduKPE2NyBcipDLnitN/5ro/V5q+YnXw=

amazon | Deliver to Ozzie Miami 33132 | All | smiley bag | EN | Hello, Ozzie Account & Lists | Returns & Orders | 1 Cart

All | Clinic | Amazon Basics | Customer Service | Pet Supplies | Coupons | Household, Health & Baby Care | Beauty & Personal Care | Amazon Home | Home Improvement | Today's Deals | Find a Gift | Handmade | ONE Fight Night: Tomorrow

Subtotal $14.99 | Go to Cart | $14.99 Only 8 left in stock - order soon. | 1

amazon clinic | Healthcare for common conditions, made easier | Get started ›

‹ Back to results

## YSONG Travel Makeup Bag Cosmetic Bag for Women,Corduroy Makeup Organizer Bag,Smiley Face Toiletry Bag Large Capacity Purse,Brushes Organizer for Girls Gifts

Roll over image to zoom in

Brand: YSONG

$5.99

FREE Returns

Get $60 off instantly: Pay $0.00 ~~$5.99~~ upon approval for the Amazon Prime Store Card. No annual fee.

Color: **Grey**

- 【Fashion Design】 The smiley face cosmetic bag, lovely distinctive pattern design and color matching, original and always popular, ideal for carrying and using during your travels
- 【Sturdy Material】Made of high quality corduroy,durable,dirt resistant and easy to clean.The metal zipper pull keep your items secure and organized inside.
- 【Perfect Size and Large Capacity】 It measures 10× 8.2 inches. Portable and large capacity.It is easy to store small items, makeup brush, etc, to make your daily make-up, eyebrows, eyeliner, cream, lipstick, perfume and other beauty things organized and protected.
- 【Portable】 Makeup bag is Portable and Lightweight,perfect for daily use or travel.And they can also be easily stored in any backpack,tote bag or suitcase.It is also a ideal gift for your friends, families, etc.
- 【Perfect Gift】 It is also a ideal gift for your friends, families, etc. If you are unsatisfied for any reason contact us,we will handle it for you within 24 hours.

Report incorrect product information.

MAANGE Cosmetic Bags for Women Small Makeup Bag for Purse Corduro… 32 $9.99 prime

Sponsored

Add your 30-day FREE trial of Prime and get fast, free delivery

$5.99

FREE Returns

FREE delivery Wednesday, April 26 on orders shipped by Amazon over $25

Or fastest delivery Tomorrow, April 21. Order within 5 hrs 47 mins

Deliver to Ozzie - Miami 33132

In Stock

Qty: 1

Add to Cart

Buy Now

Payment: Secure transaction
Ships from: Amazon
Sold by: ChuanRong
Returns: Eligible for Return, Re…

Details

Add a gift receipt for easy returns

Add to List

Have one to sell? Sell on Amazon

### Buy it with

Total price: $47.99

Add both to Cart

These items are shipped from and sold by different sellers. Show details

This item: YSONG Travel Makeup Bag Cosmetic Bag for Women,Corduroy Makeup Organizer Bag,Smiley Face Toiletr… $5.99

Charlotte Tilbury Hollywood Contour Wand Light-Medium $42.00

BAGSMART Travel Makeup Bag, Cosmetic Bag Make Up Organizer… 172 $14.99 prime

Sponsored

### Products related to this item

Sponsored | Page 1 of 58

LYDZTION Smiley Face Makeup Bag Cosmetic Bag for Women,Large Capacity Canvas… 3,207 $7.65 ($7.65/Count) prime

Cosmetic Bags for Women - Corduroy Cosmetic Bag Aesthetic Women Handbags… 1,168 Amazon's Choice in Cosmetic Bags $11.98 prime

HOYDATE Corduroy Cosmetic Bag with Zipper Smile Cosmetic Bags Large Capacity… 16 $6.89 prime

Cosmetic Bags for Women,Corduroy Makeup Bags Aesthetic Preppy Makeup Bag… $7.99 prime

FRIUSATE 2 Pcs Makeup Bags for Women Girl, Corduroy Cosmetic Bag Aesthetic Women Ha… $11.99 prime

Zelaco Smiley Face Makeup Bag, Travel Cosmetic Bags for Women, Corduroy… 30 $16.89 prime

Smiley Face Makeup Bag, Aesthetic Preppy Makeup Bag, Corduroy Cosmetic Bag for Purs… 114 $9.55 prime Save 5% with coupon

### 4 stars and above

Sponsored | Page 1 of 46

### Product information

### Product description

### Videos

### Looking for specific info?

### Customer questions & answers

### Customer reviews

### Best Sellers in Beauty Tools & Accessories

Page 1 of 5

Schick Hydro Silk Touch-Up Dermaplaning Tool, 3 Count | Eyebrow Razor, Face Razors for Wome… 178,431 #1 Best Seller in Women's Disposable Shaving Razors $5.94 ($1.98/Count) Get it as soon as Wednesday, Apr 26 FREE Shipping on orders over $25 shipped by Amazon

Amazon Basics Cotton Swabs, 500 ct, 1-Pack (Previously Solimo) 22,109 #1 Best Seller in Cotton Swabs $3.19 ($0.01/Count) Get it as soon as Wednesday, Apr 26 FREE Shipping on orders over $25 shipped by Amazon

Hula Home Continuous Spray Bottle (10.1oz/300ml) Empty Ultra Fine Plastic Wate… 25,480 #1 Best Seller in Refillable Cosmetic Spray Bottles $9.99 ($0.99/Ounce) Get it as soon as Wednesday, Apr 26 FREE Shipping on orders over $25 shipped by Amazon

Lash Clusters DIY Eyelash Extensions 72 Clusters Lashes C D Curl B&Q LASH Mega Volu… 4,321 #1 Best Seller in False Eyelashes $9.99 ($9.99/Count) Get it as soon as Wednesday, Apr 26 FREE Shipping on orders over $25 shipped by Amazon

Amazon Basics Cotton Rounds, 100ct, 1-Pack (Previously Solimo) 15,915 #1 Best Seller in Cotton Pads & Rounds $2.54 ($0.03/Count) Get it as soon as Wednesday, Apr 26 FREE Shipping on orders over $25 shipped by Amazon

Ear and Nose Hair Trimmer Clipper - 2022 Professional Painless Eyebrow & Facial Hair… 44,449 #1 Best Seller in Nose & Ear Hair Trimmers $12.99 ($12.99/Count) Get it as soon as Wednesday, Apr 26 FREE Shipping on orders over $25 shipped by Amazon

Apr 26 FREE Shipping on orders over

FREE Shipping on orders over $25 shipped by Amazon

### Inspired by your browsing history

Page 1 of 6

Carson Dellosa Inspirational Stickers—6 Sheets of Colorful… Carson-Dellosa Publishing 960 Cards $2.29 ($0.02/Count) Get it as soon as Wednesday, Apr 26 FREE Shipping on orders over $25 shipped by Amazon

Teacher Created Resources Mini Happy Face Stickers Valu-Pak, Multi Color (6633), 0.38 Inch 926 $8.29 ($0.01/Count) Get it as soon as Wednesday, Apr 26 FREE Shipping on orders over $25 shipped by Amazon

Carson Dellosa Kind Vibes Motivational Stickers—6 Sheets of Heart Stickers with Inspirational Messages… 24 $2.99 Get it as soon as Wednesday, Apr 26 FREE Shipping on orders over $25 shipped by Amazon

Carson Dellosa Kind Vibes 36-Piece Smiley Face Emoji Bulletin Board Cutouts, Colorful Emoji Cutouts for… 40 $6.99 ($0.19/Count) Get it as soon as Wednesday, Apr 26 FREE Shipping on orders over $25 shipped by Amazon

Carson Dellosa Kind Vibes 4 In. Colorful Bulletin Board Letters for Classroom, Alphabet Letters, Numbers &… 4,025 $10.13 Get it as soon as Wednesday, Apr 26 FREE Shipping on orders over $25 shipped by Amazon

1500 Pieces Happy Smile Face Decal Small Happy Face Decal Mini Motivational Stickers Colorful Incentive… 191 $12.99 Get it as soon as Wednesday, Apr 26 FREE Shipping on orders over $25 shipped by Amazon

Carson Dellosa Kind Vibes 36-Piece Heart Bulletin Board Cutouts, Bright and Neon Colored and Black and White… 1,954 $6.99 Get it as soon as Wednesday, Apr 26 FREE Shipping on orders over $25 shipped by Amazon

Carson Dellosa Kind Vibes 36 Ft Straight Emoji Bulletin Board Borders, Classroom Borders for Bulletin… 95 $4.99 Get it as soon as Wednesday, Apr 26 FREE Shipping on orders over $25 shipped by Amazon

Carson Dellosa Kind Vibes 36 Ft Scalloped Doodle Heart Bulletin Board Borders, Classroom Borders for… 176 $4.99 Get it as soon as Wednesday, Apr 26 FREE Shipping on orders over $25 shipped by Amazon

### Your Browsing History

View or edit your browsing history | Page 1 of 4

Back to top

**Get to Know Us**: Careers | Amazon Newsletter | About Amazon | Accessibility | Sustainability | Press Center | Investor Relations | Amazon Devices | Amazon Science

**Make Money with Us**: Sell products on Amazon | Sell apps on Amazon | Supply to Amazon | Protect & Build Your Brand | Become an Affiliate | Become a Delivery Driver | Start a package delivery business | Advertise Your Products | Self-Publish with Us | Host an Amazon Hub | › See More Ways to Make Money

**Amazon Payment Products**: Amazon Rewards Visa Signature Cards | Amazon Store Card | Amazon Secured Card | Amazon Business Card | Shop with Points | Credit Card Marketplace | Reload Your Balance | Amazon Currency Converter

**Let Us Help You**: Amazon and COVID-19 | Your Account | Your Orders | Shipping Rates & Policies | Amazon Prime | Returns & Replacements | Manage Your Content and Devices | Your Recalls and Product Safety Alerts | Help

amazon | English | United States

Amazon Music Stream millions of songs | Amazon Advertising Find, attract, and engage customers | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Sell on Amazon Start a Selling Account

Amazon Business | Amazon Fresh | AmazonGlobal | Home Services | Amazon Ignite | Amazon Web Services

Audible Listen to Books & Original Audio Performances | Book Depository Books With Free Delivery Worldwide | Box Office Mojo Find Movie Box Office Data | ComiXology Thousands of Digital Comics | DPReview Digital Photography | Fabric Sewing, Quilting & Knitting

Goodreads Book reviews & recommendations | IMDb Movies, TV & Celebrities | IMDbPro Get Info Entertainment Professionals Need | Kindle Direct Publishing Indie Digital & Print Publishing Made Easy | Amazon Photos Unlimited Photo Storage Free With Prime | Prime Video Direct Video Distribution Made Easy

Shopbop Designer Fashion Brands | Amazon Warehouse Great Deals on Quality Used Products | Whole Foods Market America's Healthiest Grocery Store | Woot! Deals and Shenanigans | Zappos Shoes & Clothing | Ring Smart Home Security Systems

eero WiFi Stream 4K Video in Every Room | Blink Smart Security for Every Home | Neighbors App Real-Time Crime & Safety Alerts | Amazon Subscription Boxes Top subscription boxes – right to your door | PillPack Pharmacy Simplified | Amazon Renewed Like-new products you can trust

Conditions of Use | Privacy Notice | Your Ads Privacy Choices

© 1996-2023, Amazon.com, Inc. or its affiliates



       





    

     



 

    

              

  



Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 19 May 2023 15:48:53 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

GM/64rjE7ZTvBcMDCJVD/pH9dSXhEQ2qaJ/cDRAuFtOZcfKL0a+YkCiyGqH8LC/Pj4kxv3uCoIWMOM7ATVWyvG2/IN4uX1e/VqEvkZ1FgRfvvVE4nORQ40Vn9lmys8wNPDiFC/2jyZD1bgfrMxbHLx2w1WL3AqYQ88aykGeBCJ1pMXQY1/deNv9DM4RxO/
i0IGcJuaoVGwJ9urlXbOhQQOlHAMV9TEDx5Vnd+lj1opxmY1qOxlAivDL2WmOc+/ZeuBCXq0HMCH3xb+6OwfFQhAU9H/lxQMh7wkVgyL0DI2i6LuPtWn+w5PmhYlGLPnzs7+cH4iGXsLC+Xgqu0p90AA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Fri,-19-May-2023-15-48-53-GMT.mhtml

**Hash (SHA256)**

fe21235f95432698bbe8c1cee423d8db7d70f5cac2334e2ee7fe20e3ad16f572

**Signature (PKCS#1v1.5)**

SrZ3JX6rW2RmjBSY0RnrrR8iO0u4QFu2OwAUj5xUELZqJTfTfqUAVo+/8+8CqujtG/U2VxON8/kjx+WgovsHW+k9LAZRe8dMeURPk/
a0IdJDTBCawUi5unqJBpGFXZ2b6RDmnUA8Krrh2d1G7coTR9OmKfAXPCt4StWr82nYq/4qNBtVU7GQpKiPuE5l/92wVUzEcS2UWAxnoNgMI1os35AIbQpUOJ3qlCi5r18O61UZgUrFdohS60+t5bYE40wr2O4YSy3decJn4N3QeXs2UTzAaj2gbkFQguuldsOb2Ks1MMcT5JGD9Ho06liG41bbq1vHy2
zQ/W1VnFxEwhbzZg==





Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Sat, 27 May 2023 01:23:11 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0d:5600:8:36::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

ZLPkYSSOlzqKFBVvJ2dRYd4BZKCPMyG94Aj14f3wV9xX7D8DtXLJVFh/NipFe0BrWqt9dP/jC7UWw0ui/Iu9KOyWj6pnTVGqw4OJO5gQlxtUPyde3pnDKQ0XKhXiZjOYcj9JxY/NwnMmhC4NGGBs9Ew+A9DGNvi25ErEGKtOeJhMqVSGxIEKG/
hM8qrglCr8kCyln660ZewyRLiIUB4lwZbV1HXOQbek472G31GPHpAbxPutaOFbokYMn3+5+tGLgdLwGIeNB9ObDMMeeU/5YLi4g3C3G42jUmecHQSD6QzplezGzJB79oNn3wjfARJBsbJk4bqAS3/GpAR5uglPkg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Sat,-27-May-2023-01-23-11-GMT.mhtml

**Hash (SHA256)**

f1b911295eeefbf44aed13de738681e2fd57e3ca80cff035010a52a0fa8f90be

**Signature (PKCS#1v1.5)**

E50N6IYw2vWgstN0uEhNCxztTl0erOAfzz4DEfngp/WUJo1dlt7qz3qdsIL9xK61uiE85x2Bc/
EHdo7Kmtj09Pyl6lvR2pZsJCDHXUs4xFFqF15jltN6Kq0BygPiIln4VOpYOe437yKrfTQKUnn9WBp5DEogEc2JzfVPDaYy79ClP61OANSmo3eD09CL4v2jFWgczAwkXWePaz0BjWGVwpFXLa9kjGq8sdCXCpwQWGHIOd3bEpkZr+iPQaA3ZjcJy9u8gEihPkecFWCKWD/qU/
HcR2LrAuXgRNO9ydeLS13PncFtNfVMlB1xf82sQ72xw49e6u7PX4N2+JFxwcw3TA==





AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com: Dohakemuny Pink Melting Smile Face Case Compatible with iPhone 11 Pro Max, Aesthetic Trippy Smiling for Max Teens Men and Women, Cool Trendy TPU Bumper Cover, Smiley : Cell Phones & Accessories

**URL**

https://www.amazon.com/dp/B09T6GD38F

**Collection Date**

Tue, 30 May 2023 06:38:15 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:36::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

aO1fmzELlUsvlDH3V4lyjLm5xqeiCJnu2iDbz8jTexutzSfJGCh4Q7iCEjYhabT8W4kep1KTddp6b/Adt3tjtw4X8j6Wd+UKaM+8TnAJ0TnUDAGseYB0/YBLfwbKBLR1h9wtLw4g6lfYYTrwS1ESFZmZFKthPxIWEoxKcy21OdeK/RRg8/HvoFcQn7JlTU1WJpCPxfar/
NA2BJJjBiu4X7XHVW690G0ADJGPEn7QNUt9FQsHxkWRcxQ9Xs3GonhGzqf7Qbwa6mZvo2WMDI0/NN+PXtmVvZCVEtzWNdKry5iwwGltHQn3LszzUh7QgS1hErxYSwAnN6xWRFh0DMauIA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B09T6GD38F]]_Tue,-30-May-2023-06-38-15-GMT.mhtml

**Hash (SHA256)**

35a097055774142c5decbcf2c4d4984753b3912450f06d78a26c6c8d3981e7d6

**Signature (PKCS#1v1.5)**

SGVIZX84Ly+JvnSu+QiX+GNo9VaqLnAPHw2Cx2WotnK978locsm5by+5cCZk8jYVhB7BszqPafJ6bZSt9f8ltFksTBqJwmjZFc7H3RjOK2t1eXoXjMTxZF/80QfPadc2BPCZDZX7EgFb/cehIPx+wvu7MYLR3o/IenTMXC+0deWcmjj6TYqHD2jSQBIKEz23uDqR+fd5AdHm3/
jCipWCCdxh4FMYsJFqw4rLrhA8YnKmIozTSlfBai06kVRKdqYvw95K6Cer47L8tbIVDz/EZ2I5niGy/LNIKA3EywfxLTu9A3oPr73XWZMO8egRF/lmvD/cGCqxnbAb7g86kC5JZw==

amazon | Deliver to Kenneth Miami 33132 | All | Search Amazon | EN | Hello, Kenneth Account & Lists | Returns & Orders | 0 Cart

All | Clinic | Amazon Basics | Pet Supplies | Beauty & Personal Care | Coupons | Shop By Interest | Amazon Home | Health & Household | Find a Gift | Home Improvement | Handmade | Amazon Business | Reinventing wholesale, join Amazon Business

Cell Phones & Accessories | Cell Phones | Alexa Built-in Phones | Accessories | Cases | Wearable Technology | Best Sellers | Deals | Trade-In | All Electronics

Be ready to say thanks in the moment
Shop multipack gift cards ›

Cell Phones & Accessories › Cases, Holsters & Sleeves › Basic Cases

## Dohakemuny Pink Melting Smile Face Case Compatible with iPhone 11 Pro Max, Aesthetic Trippy Smiling for Max Teens Men and Women, Cool Trendy TPU Bumper Cover, Smiley

Brand: Dohakemuny

3.7 5 ratings

$18.99

FREE Returns

Get $60 off instantly: Pay $0.00 upon approval for Amazon Visa. No annual fee.

| | |
|---|---|
| Brand | Dohakemuny |
| Color | Pink Smiley Face |
| Form Factor | Bumper |
| Compatible Phone Models | IPhone 11 Pro Max |
| Material | Thermoplastic Polyurethane |

### About this item

- [Compatible Model] Specially designed for iPhone 11 Pro Max (6.5 inch). Thin and lightweight, this case offers a comfortable grip.
- [Full Coverage Protection] Raised screen and camera edges protect your phone from unwanted scratches, dusts or dirts. Thickended air corners better protect phones from falls or drops. Precise cutouts fits all buttons, camera, speakers, and ports perfectly.
- [Durable and Sturdy] We use the most advanced printing technology, the print is vivid and vibrant. The colors are true to picture. You get what you see. With certified scratch resistant ink, the print will not crack or fade easily. Made of supreme TPU material, this case is not easy to turn yellow. Slim but rather sturdy, it is designed for long-term use.
- [Stylish, Unique Design] Unique design, clear print and smooth touch feel, add luxury and modern taste to your phone. The design is aesthetic, stylish and special, fully exhibits your personality, and makes your phone stylish, elegant and special. Perfect Birthday, Anniversary, Graduation, Christmas, New Year, Thanksgiving, dating gifts, etc.
- [100% Satisfaction Guarantee] We pursue 100% customer satisfaction. If you are unsatisfied with our case, please feel free to contact us, we will respond within 24 hours and arrange a full refund or replacement as soon as possible.

Report incorrect product information.

Add your 30-day FREE trial of Prime and get fast, free delivery

Delivery | Pickup

$18.99

FREE Returns

FREE delivery **Monday, June 5** on orders shipped by Amazon over $25

Or fastest delivery **Wednesday, May 31**. Order within 17 hrs 14 mins

Deliver to Kenneth - Miami 33132

In Stock

Qty: 1

Add to Cart

Buy Now

| | |
|---|---|
| Payment | Secure transaction |
| Ships from | Amazon |
| Sold by | CHUYINGECO |
| Returns | Eligible for Return, Refund or Replacement within 30 days of receipt |

Add a gift receipt for easy returns

Add to List

Yonds Queen for iPhone 11 Pro Max Cute Case, Cartoon Cool Astrona... 1,406 $10.28 prime

Sponsored

### Consider a similar item

Amazon's Choice

MOSNOVO for iPhone 13 Pro Max Case, Pink Dripping Smiles Positivity Radiate Face [ Buffertech™ Shockproof ] Transparent TPU Bumper Clear Phone Case Cover Designed for iPhone 13 Pro Max 6.7" (1503) $19.99 prime Climate Pledge Friendly

### Frequently bought together

Total price: $34.60

Add all three to Cart

These items are shipped from and sold by different sellers. Show details

### Products related to this item

### 4 stars and above

### Compare with similar items

### Videos

### Looking for specific info?

### Product Description

### Product information

### Similar brands on Amazon

### Related products with free delivery on eligible orders

### Customer reviews

### Overstock deals on Cell Phone Cases & Covers

### Best Sellers in Cell Phone Cases & Covers

### Popular products based on this item

### Your Browsing History

Back to top

amazon









