# Evidence Collection Report

**Page Title**

**Collection URL**

**Collected On**

**IP Address**

**Browser Information**

**Digital Signature (SHA256 - PNG/MHT & :)**

## File Signatures

**DOMAIN CAPTURE**

**PDF**

**File Name**

**Input (SHA256)**









Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Wed, 24 May 2023 13:25:42 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

111.92.80.105

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

OKMPNjyVEmtE10HGoKGClX0CHrfywxEO33VXyQY3dynm4YP0Lm4319gl6fukLWMEUZw6KNF9af27yLacFHu4nHa8y0jGh9kY+jwgdRFwFtWelI83adtSFE4LnM3jh+7tstqxyykH+AEkzd4HsIYT7m9XUH/SrvglnpuvN0a5CZsSJatKrbaaglgZsC0Jl559ZkMpG3jPkbPzKvjLOww7rA7mScxY+d9Ss1GbRIzGfsvTwYHBHk+C213Or5x8YzQAaYKaxuC6W+Gb/s/qvhLEWQ6TriiHpSu6YEApzqZPpreJQ5kb7aN1RLnSLZp6MBeA/4OQ/ggpq7X+brlOCnkpsng==

# File Signatures

## SCREEN CAPTURE

## MHTML

**File Name**

screencap_[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Wed,-24-May-2023-13-25-42-GMT.mhtml

**Hash (SHA256)**

0b5e0a2a8d506af1c0680c2f4283d2ee68b97f3034b09aebc134bf6ae57a054f

**Signature (PKCS#1v1.5)**

czVGVOt9VUw4dhrNRzPyOhTQzXtdClLWVi7anlRp9loqbirKl7w7czP9sp0DP5NLG5uW1xT3djQ1kCQj5ZjFWY+OaEDQFhID750sSw726UGlcvJVwV83mY1mvGBXfQDE4mTuqaH1c7cJMBayvsTc+8JHgX1sAlqiM/+23py4x+mdfdyvr9HZVQAok8E6mvJQRJXegBgTbQ9h0f8ErOlkXYpjpln5qEWdHAGm2Vt1oOBXqwn0dw7OfnSn/3rS4IPwwlUb0rR2fAph6f36slRfRGGxu2uxp4WmvguAZ4X5voP3ExU4ypgoAR5l/M+P6aeKQpzknVMqQdNldFxfiFM2ODQ==



## Evidence Collection Report

Page Title
Amazon.com: AXENTHAK Teddy Bears & Stitch, 2pcs Makeup Zip Travel Cosmetic Bag with Pillow Disney Stich Makeup Bag for Women and Girls

URL
https://www.amazon.com/AXENTHAK-Toiletry-Women-Cosmetic-Aesthetic/dp/...

Captured Date
Evidence ID

Web Browser

Browser Information

User Agent

## File Signatures

SHA256 Hash
MD5 Hash



















































Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 19 May 2023 13:54:20 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0a:1dc0:4:3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

b9am8gEVEZvRJVC+BPAoXFjpE3A4PWjzwxhfyEqL1vhjxlDHMe3Qvz6ttFrrNLlnGqPr3seBf9o4Xz1fmrc679xruF+GMQM17jJ3UUSKDtSMjqT9ykfbueq3JiLsL3EuZ9FX/K2p8MJre7k8Q4pVMEP7q1kcBRoUF0lcOU5JfGu+nr+nsxIGXcQkQS/kTr/NQUTIqgV0xHe9UVSA+t+XqynZy+LtQ9RgXYA4sK9Ok3y2CXdOyO5dsDnufeXnOUPxIo8+5EqtX6Pcw12Vaq3aRv0ictOOujNV3IiieA28dPlmISFS0tt+pt5a2DolSuiNzHuacXyfMF/xnJcfyxHmSZQQ==

# File Signatures

SCREEN CAPTURE

**MHTML**

**File Name**

screencap_[[https[s]][s][fs]buy[fs]spc[fs]handlers[fs]display.html]_Fri-19-May-2023-13-54-20-GMT.mhtml

**Hash (SHA256)**

c3958ea4073be5c657ab7f2d1fd0aaa4a265c3ff52916c823993a989b97a8ca9

**Signature (PKCS#1v1.5)**

Bz9kDkDcSdBKkE9dAI6wkgDWnD6TV2x/LXDtDzS4uMrcoZnROic3UxwrCPz3Aq94bVqHYBsArUfsqA2b/4BWW2bXJkwjRMx5jODh1DeCyByN3q2YpaNUVW0sBbhpjC+ILlLbfKWf761C9vBHJosEaqZF364AxgRAXlAQKHiodNqzJ8wuJtBMFUMT1k+5yZ690PLqL9eBH4eRBoFvVhDScSzK03Nff4+xA0OBQQ4WFSrYz/EQM3oRSdoxx4nCMDI01ngnPGD3NtqDbigsO8ehFlsh+XJA74QVpUIXAOrJbmZ3Z94gp7BL07YTGxmDWUtqsBjAal0BO9gHUpzSDug==





# Evidence Collection Report

**Page Title**
Amazon.com: Fashion Earrings Women's 925 Sterling Silver Cute Enamel Smiley Face Cloud Earrings Girl Exquisite Jewelry Party Banquet Earrings Dainty Earrings (Size : 1 Pair Golden) : Clothing, Shoes & Jewelry

**URL**
https://www.amazon.com/Fashion-Earrings-Earrings-Exquisite-Jewelry/dp/B0C1T7HDGC/ref=sr_1_168

**Collection Date**
Thu, 06 Apr 2023 06:17:42 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Chris Stamou

**IP Address**
2a0a:1dc0:4:3

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#7v1.5)**
KVV1LzJzaXhzTGxppkA9MdvnzYFTnYSpo7xMqaUyhiVlVkrit-48roFX2z1eUnbi/Voki69oztBwDhr4GoK0uEGvb/Y2m8ff4LTO3uggW1KCfG7E5E0+vg9XXK8jx0rm1Y4sdaUySa//dW4jfjaH

## File Signatures

**SCREEN CAPTURE**
PDF

**File Name**
screencap_Ehfpix2rj3CBenw.amazon.com/B0C1T7HDGC/at Fashion-Earrings-Earrings-Exquisite-Jewelry/6/dp/B0C1T7HDGC/2b/ref=sr_1_168§_Thu_06-Apr-2023-06-17-42-GMT.pdf

**Hash (SHA256)**
9cac13d9e07d6ebvi5Y42f0a414c1ac1e800391974bdvb91fbb6bE5af7023811Wc

**Signature (PKCS#1v1.5)**
NwZFacPoG3pkSGZVDbuVtmVnArkaUxY1ELZMdf8Dkieev0jpbtJxq9BU49MFe1Qo0EQzICvnXdr0gEC0uJFRgivGCnm3N+wYtnduFf4nLydbqEA4nVBd2nN4LqahUjOebsr4fZ2drr









Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 18 May 2023 14:18:31 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

TdZK8M29Iru80kf7M9h0dCjpjU3R+QKp/KBD2q1ItVh7E1aJN2VH9ocT5OrHW5pxEwGDfEev39yW3djod2bMx3Dj1t0ZcztJ6nXdcoWnUpVJ8T1/uP3gczsEWoR1n8EaLSKNqmu6BbKinupT2S/VqIjQPnEBKUwo4S8ks4y/zGgwnxc57xWNQ/i/wgr88atXQiYgqIE6pP4cp2urnXDZfB8milkG6zX+3yh9Y5831SHnxU7QzKBQdZBKW6ZdFDj/oGY2IdwB/AGd3e5EYlox+WaFKZ6Wnqzs0Cc+84jRwBUT0vhJeTLUndGFaOalisTfbwMazdWw0sl6MqZE59v8CJA+=

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s]][fs][fs]www.amazon.[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html][]_Thu,-18-May-2023-14-18-31-GMT.mhtml

**Hash (SHA256)**

87032cb6a560233b99721646 3e2451 cc26f3e87106c0b00071bae6defc1ea744

**Signature (PKCS#1v1.5)**

mQR9Vb57k0Lur0wts0Y3lEAE4swmVFsHqNBQvo3xXG97rVs42/Td+trdQ/j1aCcXiziSme8Zn49Ct2yQTZgyQuaQk7fC/Uwr8LchDxtegWMpCZpZduP/1KSruJNZP2A+KXkPsFOZLVk0+1mppgLrFCwCl3vLE/4+VEDR2TFur+CNHOuaheOhjFQeCwP23ne4KsS5Fp92jJCxkw/BNtkZ1ionI3QSskbbMNuPwMfAYg1Qh7w02IudRkwMKiw+RRjiQdgeMRCqcaZJ42Zg1UbAcQo3a2E1Y13wDJ9sCEEv3OE64KwOTiKZXhswdQqE7okjHL4yoAjGNeMQVGgfPAvTzw==





# Evidence Collection Report

**Page Title**
Its Me Hi Im The Problem Its Me Shirt, Smiley Face Shirt, Graphic Tees, Funny Shirt 2 | Blurst etc at Amazon Womens Clothing store

**URL**
https://www.amazon.com/Problem-Shirt-Smiley-Graphic-Black/dp/B0CDYHFD1J?ref=ss_1_201_sspa

**Collection Date**
Wed, 26 Apr 2023 04:09:32 UTC (US Department of Commerce / NIST (authenticated timestamp))

**Collected by**
Chris Stavrou

**IP Address**

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64; AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#7 v1.5)**
E234a4cf3d150e43e7eecyu3u2bU39KefnSGzkmKPVg4Nx77yqdT1zdFsJRiY3J4yasJVZvkMBRB1B2tdsiutgVkT0nrF1DwL7EQ1E37mWkJdasfds9qdkjsfkqwd

# File Signatures

SCREEN CAPTURE
PDF
**File Name**
screencap_B0tedqbvljDvbmnu.amazon.comB0Problem-Shirt-Smiley-Graphic-Black/dpB0B0CDYHFD1J/ref=ss_1_201_sspa4_Wed_26-Apr-2023-04-09-32-0847.pdf

**Hash (SHA256)**
54c10c0242472442f2dc3943942eb3142bbced40db4c2fy8eoewd4dsf72142772

**Signature (PKCS#7 v1.5)**
1bBdiyEnEEC1qjC23ukbAfr91Wd9JVnfZgnGWnaanbyu231kkwd42ci23ceZdidjaJcdsjdSJKPVnx1734cvfHlkeWuWHWKqdyd234idkdqudfnD1cdGdvHxZdJSJBvidsjDiduySKJKWLDWTsBJ2+





   

  

         

    

         





Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Wed, 31 May 2023 09:45:26 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

111.92.77.63

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

VT1H91zy1HnXk8vPd7MuuKK0LoA5u3pNdiyxjpdqS3OYkKn/q5bWVu5KUo6WBb0yuV5tNivMkocbrRkot9zCZ7BaT1nIAW3bxAAaUIrztXUfSNmCW35o6/u+XTre2JGf2FG+U2NWoxI3NaLsK5Yl1owkSLWhCaUAfnb+aEktgFMOJwRMpMSjFAKJ/SKTzxbfe+Pp4iJstZkfRWHHvSmLECKyB+WoDi8+TWN7z/eQfHE3iFa2GyLmx1Yn3x2RXV1Fpa+tmLhtnFupx0+OopK6dP7Gsf/ptUn0MNVflwRinUi/x8dQEkRDbgbp1Ro2zFEgZvJoPX3yR0T5jsUCuOVAA==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]www.amazon.[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Wed,-31-May-2023-09-45-26-GMT.mhtml

**Hash (SHA256)**

de84f499027bb489c88fe05e00cfa13316e1c52018fe7bda34f572311b4ab29

**Signature (PKCS#1v1.5)**

EyTpa0KxqyCeQA4o3ZbwnmHyXY30GjUksvUzl3ppXjF+7aT4SwHSHRWvghPDSDZbAdvwJaJR8CtAsX9vg7vtfe4/KYgpAD4+qkg4xCl3Kh00mYNc/fjwsnYWzY+SdIh5FqQrMqJuFX+To+f3j2BvU1D32av2eA8AwSRaXxH09SuYieqwmZEMpSieMKkGecKpSYOrchyUit2iazJDShfLJaNGCS8cUbYeGs+FdaVaB4r5obd9PY4LNbYSb0s9twI0pcbr9+ajne+KuV7H4L3cPV6p5PKZmFe9TKBLMz6Qk1zr+V1bV5MsAG2D+EeXdyYmoQERAIAFADITW3JAYAN07Gw==



AXENCIS

# Evidence Collection Report



Page Title
...
URL
...
Collection Date
...
Collection Method
...
Browser Information
...

# File Signatures

...









**Product Description**










































Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 26 May 2023 14:14:58 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

111.92.76.240

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

CfY/jduf/QcLJVKhCG5pylL4hw4qG1oJXcQ7dloKicgiv+r/iHp3IIiZW3qt+1+KTOj8XjTzkAsSm4b/mL6JcY9QCcEyfZwj7gpgdnp9s2Xccv/Xr0JWLh1+1R3aUd9+q2XP4V2+S/ccnVd14VIngcyHTxus9RMfEHYz/EECQf2xZomPrlY8Stzjho0+1i5itbPnXq1DsKn91yVCqVk2nbofooM1gtuUdPyDY1Exo+g8mKG2riWoOnomM9F2qOcHfP0aoV3YZ83lvRvUZ9FrxTCnHynSkrYooIACqy0EiZMIFvQRsi1nzUVLjelB/spXy7tzwgRGh+mAG45I3REt6Q==

# File Signatures

SCREEN CAPTURE

**MHTML**

**File Name**

screencap_||https[s]|fs||fs|www.amazon.com|fs|gp|fs|buy|fs|spc|fs|handlers|fs|display.html|_Fri,-26-May-2023-14-14-58-GMT.mhtml

**Hash (SHA256)**

a3bf723d3dffb33dac6abd67552524489cadd0bfacd2a28aaaeb8c1c65589f19

**Signature (PKCS#1v1.5)**

UerBw4c3z1dP8X3N2fJVA/Pw02q2nlPincYbkg+u6sfm8jR4yT4CBiruxHmNqF8TwAwonsSe0t2DDgy2sguG89W3/4kopMadZhqTsXK+sqI6k8KKq2DENPmNrkAqMYyzzFHehP8FWWFBCKE50GAuo3JkFXmjLSO4XzAS/r8Rzl/ImyUSFWuD0qLWDqukAjV5f7mvv0X3xIltrukKu9dWVFiPbQ0RNIAE2yfceTx8zKP/1UwQshD1C2brS3zUV/uFPLxyfWzzJJ8ose8p4Ey+XSWj2NiYbNs0N5FsehCXYpNrKLGU5jhkWlp7+quixalpyPlYRq+U1Xz2lc6LnBFRA==



amazon

Checkout (1 item)

1  Shipping address                                      Change

111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Or pick up near this address · See nearby pickup locations

2  Payment method                                        Change

VISA  Visa ending in 9985
Billing address: Same as shipping address.

Add a gift card or promotion code or voucher

[Enter code]  [Apply]

3  Offers

4  Review items and shipping

FREE TRIAL
Jade, we're giving you Prime FREE for              [Get FREE One-Day Delivery with Prime ▶]
30 days!
Get your Prime eligible items Tuesday, May 30 by 8PM    No hassle. No commitments. Cancel
Tomorrow, May 27 by 8PM for $5.99 FREE                  anytime.

Delivery: May 30, 2023 If you order in the next 21 hours (Details)
Items shipped from Amazon.com

Ckysee Smiley Face Necklace,14K        Choose a delivery option:
Gold Plated Layered Paperclip          ○ Tomorrow, May 27
Necklace Cute Simple Round Smile         FREE One-Day Delivery with your free trial of Prime
Pendant Preppy Jewelry for Women
Girls                                  ● Fast, FREE Delivery  prime
$11.99 & FREE Returns                  ○ Tuesday, May 30
Qty: 1                                   $5.99 - Shipping
Sold by: Ckysee Jewelry                ○ Tomorrow, May 27
Amazon Prime eligible Join now          $9.99 - Shipping
Add gift options

Get FREE One-Day Delivery and
save $5.99 on this order when
you start your 30-day FREE trial
of Prime.

[Try Prime FREE]

[Place your order]

By placing your order, you agree to Amazon's
privacy notice and conditions of use.

Order Summary

Items:                  $11.99
Shipping & handling:     $5.99

Total before tax:       $17.98
Estimated tax to be collected:  $0.84

Order total:            $18.82

How are shipping costs calculated?
Why didn't I qualify for free shipping?

[Place your order]  Order total: $18.82
By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

# Evidence Collection Report

**Page Title:**

Amazon.com: 6 Pcs Smiley Iron on Patch Applique Smiley Iron on Patch - Arts, Crafts & Sewing

**URL:**

https://www.amazon.com/Pcs-Smiley-Iron-Patch-Applique/dp/B086HX7TLX/ref=sr_1_38

**Collection Date:**

Wed, 16 Apr 2023 16:24:37 UTC Department of Commerce / NIST authenticated timestamp

**IP Address:**

XXX.XXX.XXX.XXX

**Browser Information:**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256, PKCS#7 #2):**

ac5fea4e63fca2add423c4af6043def4f5adbba5d2a0aedc55f40faf45f20e2c99a3f89b1bb2d4409b963632f1b71a92b8b1f91cb90feccae0e05f4e9fcf4ce

# File Signatures

**SCREEN CAPTURE**

PDF

**File Name:**

screencap_B086HX7TLX.pdf

**Hash (SHA256):**

73b727fcfea4a0eaaed8d4c4f03d7fa7eaad9711b9a64cd4499ca49e19fcbaf8

**Signature (PKCS#7):**

ac5fea4e63fca2add423c4af6043def4f5adbba5d2a0aedc55f40faf45f20e2c99a3f89b1bb2d4409b963632f1b71a92b8b1f91cb90feccae0e05f4e9fcf4ce







Investigator Name: Neha P

# Evidence Collection Report

Page Title

Amazon.com Checkout

URL

https://www.amazon.com/gp/buy/spc/handlers/display.html

Collection Date

Thu, 01 Jun 2023 11:53:41 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by

Neha P

IP Address

2a0d:5600:8:93::5

Browser Information

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#1v1.5)

Bf+fVUF+b56pOyDFyM7RSen63SXleZb+9JlTV5mkAwHtG9Gl3X/1XGABP5xnFF7VxfFKu/Xn025/kvREqhyDLFsq6cDUoAoz6hP27Nw9kJKbGA5Y5LTmNLtelqwBou+o/wD+n+g53PZQ5+UvtXLQZle/ndtjoSYo49Dfu+pq8aWR1bLcLY9GG/jYyjXzx7ik3mKx8zD/QYp0iUD7LU18jmtT/mXgZYw1T7Llvox6rHG89Vo57feFBMZTjHgE5QkWd9Sm8o3mGypEnQSqU1rJiedy/lNck6gyKR4k2UUw/rPvlnoLDVdLdGglKSilkUmDe2Mf5/KQy4UJS9lilfhQ==

# File Signatures

SCREEN CAPTURE

MHTML

File Name

screencap_[[https[s]fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-01-Jun-2023-11-53-41-GMT.mhtml

Hash (SHA256)

a1992389bcfb0e316d8bccb630a4446249b974be5c758444a27f5f7c0ec0a406

Signature (PKCS#1v1.5)

2y1Fc6Ve5mViXXZC4l3L9odqfeNYSaMuggAGaphGmTaq9jdXm1GgkGiYogr9A5/T95Wu2+ZWolApquxNFKVRodwAqxBac4pNAbNiEaqmLRXgzw8V9o76clRFWbamXZJmJo/Ax0wAuR6Fu9edmJTKMZPWvN/9RchhY9A5ay+DWVlSjG/rjeOgL/HA+uTGGXu62cqsLYZQh1Ao+XYwe9oILDU8NGLQrDyvLvC5dtSbhPJB4TnAdMIrphCLp88fvrxeEGb1enTuoTXUXzFmADQmdhBw3VrEjTCi46TUNqxHmM953rAaAH8xV2f1lEdahTgzv8o1Lk0V/smspZr66sKQHpw==





# Evidence Collection Report

**Page Title:**

**Collection URL:**

**Collected by:**

**Collection Date:**

**IP Address:**

**Browser Information:**

# File Signatures







AXENCIS



Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 23 May 2023 07:20:08 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:93::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

GyT3KblsiAF1yfkn2cztpQiwlEvRq9gX6mL3Z2W1ord4gF7lI4usniHm9rcbPG4ieOeVKE/fojmE7uLnNfnuegmi/g4cJBa6jOAKI4n1wL0H+6j2IjwhdENtBF1ZBkAELmIEcHvg66tBj1uj65mmS6bZhR63mvKGeanJQTh8Zkjojts AdbqNItNilcf96QCparrrokOiEAn3mMJ41F/pxlSlRwLpfbVOJ0jGfWObLlXG+1yhcQAfP3XKMYyjxO4kb6MUFFr1zVfcR8QTGQm7QtmEfuvMPFlt7P/6eKvMwXPlYwLU7R0DxzRy7HGs72EsESFG1GAwhe+HglEI12pA==

# File Signatures

**SCREEN CAPTURE**

MHTML

**File Name**

screencap,_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html][,_Tue,-23-May-2023-07-20-08-GMT.mhtml

**Hash (SHA256)**

c717728de8dab03dac5d6dfd107aa241b71f67a0802c88a8c462dbd70a5763fb

**Signature (PKCS#1v1.5)**

UoJnlk9llOMzZZ714BZE7WGjyM5hiTiVpW/ump9JPlclXWpDKwaMCGlRVvQV2YBTJYw3GhWgVel4ikaLlNC7GNTiWFXidx7SUfG/QzTv95vQhukXLzYU3svbvUv5w0qXCw0YYg29t2FvuxrAogTFc4hdBsNNX+5/oVn4x0VBv8vvgOmt4m790tSEVdp1LjzeGFtuBn+wIo5HiPJBAYGR7DF4KHAYIaYmJrpkzlzrCaQzMlJrYFiy4kqvITTgxZK7mdUET/BqaQ00Qf355a2ae4DN/b4x2Y1bEcXyBZprvC+GqkwEmIwCtWuCZ6TgwgRKwxHByG4BA8/9LMLTxULpbkA==



Case 4:23-cv-04200-AHS   Document 26-4   Entered on FLSD Docket 01/07/2024   Page 15 of 40

# Evidence Collection Report

**AXENCIS**

Page Title
Amazon.com : Cute Lanyard ID Holder Preppy Smiley Face Badge Card Keychain Y2k Aesthetic Lanyard for Teen Girls ID Badges Cell Phone Case Boy Lanyard Holder Set) : Office Products

URL
https://www.amazon.com/Lanyard-Holder-Preppy-Keychain-Aesthetic/dp/B0B1YQ9G2K/ref=sr_1_58

Collection Date

Wed, 25 Apr 2023 00:19:17 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Chris Ranney

IP Address
104.164.73.3

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:109.0) Gecko/20100101 Firefox/112.0 (US version, US English)

Digital Signature (SHA256 / PKCS#7-2.0)
d87c9dad6f2aa4ca7d4cbb60be34e1e13f1ef6f4e26651ec... (truncated)

## File Signatures

SCREEN CAPTURE

PDF
File Name
scrshocap_b0b1yq9g2k.amazon.com/br-Lanyard-Holder-Preppy-Keychain-Aesthetic (truncated)b0B1YQ9G2K

Hash (SHA256)
50d62dbcf7f4a0e40b1d1e4e4dc5aa6e3c8e2f... (truncated)

Digital (PKCS#7-2.0)
693a2c9ff24c1dbde6ff94fd3b7f0e2ab... (truncated)






















































Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 02 Jun 2023 14:59:11 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

116.68.102.22

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

VeHHPJ1OHMl34YpL5g0PV5MjRhJCZTsPvUx0g4apIlyrr18PC77jhqHeTK8ymE/k70ZDu2GyNl49vT4C1k9yVIr/cFotObRDnmJ0hio7FJM+JEY1UZM68y9ALKAQijwG/bbaQEk42wa/dFypSZXms6LzuhX7Cj3axKmna24R8EECp079itbVewgErKVHxma/TwvX88LYrxrZQ0DUbkQ5DeLpUIrV/i9iJuvgpwVGBYAaUgGE9kjsLC6EFOefFdpbp6Y2RzISJJniT4uXXQAitSToYhQYrMDjmCXedFtdvVb0Ha2QKexpegefNdOG+RbmqiW9wx5URjs3PAPsQWOA==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Fri,-02-Jun-2023-14-59-11-GMT.mhtml

**Hash (SHA256)**

fc89393acb74822743cb1baba6f65eaf884598367 1e82e95d8e2bd1991b945f6

**Signature (PKCS#1v1.5)**

UbLXEfXnmY5yIKcxmKhVHpp06cIJ5xcLbysVkVScWnlQ5VhVp+kT6qIS60Tg TC0VWbMJJ/PseSyE9NofdEsTML55uDk5iLP/neE2UXmBZFDVS6fKCF0GxDl8V6LWKA1V4ewLZyW0KC7MdZr39GU89Ukz/LA2QK7l9Z5jt2+pyDAgfDiB1KlvdNK8xnLWyH5yE5JJCWlk4Poz3GDINS3/jyLyWUb2CVgyEL/2rcmTT3r5jdqkzr7RF0TIMmX0SqJ6tE+IhJ8jsvYr0vmKBPwB5gr3CdPEeeDHk7XFtLWD4ZKtokWVN+fxY22E49IOHWyZznq4i/v28f0Ez1/FedMLGg==





# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Sat, 20 May 2023 09:21:04 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

116.68.96.16

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

nkthpjXXIxEdfgJ04qFKMI5OV84k8KfPrDeYyD50HirUsXibM5Zp4WrH+Cx8VmkEJN7TYZCtOowYSb23tbnPy6VI3srDaYFSaoRff1O7Ue/0QXJFG2xnbDlyC7UoVvVjF/+d8aLQELn/Ay9ErL6OeNx3+Sob6R1/b82zdByeszL6A22ZyrVCPhYmuKT+/DMELvVuooFNbpqTE0RO4z+zoblRmJCeuMaevO2QjWX3RInDnydDSyJed6V+3k0IeqyVLiTb34v6EmTcde9T6/49VISVT0YneTW0F9tw6zaYMHngfrYrNioYTR+HBu1wm0JqnFkS0UK7MEHRNq3uKmxFSDv7w=+

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[|https[s]|fs|[fs|www.amazon.com[fs|gp[fs|buy[fs|spc[fs|handlers[fs|display.html||_Sat-20-May-2023-09-21-04-GMT.mhtml

**Hash (SHA256)**

e0d9f8ab3fe878b739ff1fab1b012f1261f30e26d097468898c67f5d3a8b2d25

**Signature (PKCS#1v1.5)**

MV9VA9Y5e2yH88hhCHefituvXO2O3IGU4SdLOR02TeDHw3oUMp6Fb0fC9q5bo59J38C32LmM5oS48SCoXd5JrFHrIcY9kcCaIG9Hq86EFuRLY7g8T/adCWmSDJ/
B1+Z7g9oOlpn1HsgKzdZNZgX1g9gONnkzT7KNU4aNNo9IVhcmTP6aKehSRYA47YFchEoq3dCLkYXw89at12QR9h6HOwhF1vU/Yff7BNmgHfMjVBEAz5nXSym9JsjTFf50N0ORSf6LrM1YvGANUcE9J9P29rVUkrakQ4ivwfYOSRL0TH+mmRzd3/GbO8+bw34l0Sml73EGLswsd+ao9TWzF7GlPg=+



# Evidence Collection Report



**Page Title**

**Collection Date**

**Collected By**

**Browser Information**

**Search Keyword(s)**

**Capture URL**

**SCREEN CAPTURE**

**File Name**

**Signature (SHA256 V1.3)**

## File Signatures

## Evidence Collection Report







































































# AXENCIS

# Evidence Collection Report

Page Title
PDF
File Name
URL
https://www.amazon.com/Zoopority-Smiley-Rose-Flower-Curtain-Buckle-Tie-/dp/B0BXXXXXXX/ref=sr_1_19...jpeg

Collected By
Tue, 05 May 2023 XX:XX:XX UTC (Approximately XX:XX:XX UTC timestamps)

Collected by

Browser Information
...

Digital Signature (SHA256)
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

# File Signatures

SCREEN CAPTURE
PDF
File Name
...
Hash (SHA256)
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
Signature (PKCS#7 v1.5)
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX















Investigator Name: RemoteUser2

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Mon, 15 May 2023 05:48:17 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

RemoteUser2

**IP Address**

116.68.99.108

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

TwPJOVr8skebCyOCDJ7I8Z9AtjCusdmqWXYQPhHDvZ74XRjCX8jPx/xLkBiR/AHm1j2eL6vd2yU65SKyrwVAOOdTpVvOHsQQoLB5DNgXKAREWyCb9v1+Cmelh3pyjM8W8I5o5XZCM8Zt2RZnUFSjxNyzZB2w0CN2GcqatAB9sEK7SCQfqwmdt4Gr/S3G8Fmpr+4VbecN6gLmOcLMcgtP6kvqJbFrvN0huY68hx9HnDjE940FZBRZYoCZFo3JWvkQEtJ4ohiWrrhu22uH2OQFiDCT1Vfpku LkbAuD5ImVyTuLHozKkuRdEhbtrQXbxBGA5tTPGCPo7xVzqHYBZzwI3Q==

# File Signatures

**SCREEN CAPTURE**

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Mon,-15-May-2023-05-48-17-GMT.mhtml

**Hash (SHA256)**

de7c9db9f98ef17d7d7efb1c9739fc307bec43d2f668f9122254f70dcbc95412

**Signature (PKCS#1v1.5)**

sXd8XTma8f0I2RyxE+j90WViNKW+KQ6ovqraDZn0J6tkMX7BJLlxzAWMJQK0lfUcb3bDR6RDi0mTYMj4HLVnAz16zY0HiWZJKFvmxNxlpkVbYDN2QCyXqGs+3EBiSUlzgUTohoX5MFeVjJU9OqiAestfKi3+l7JJCfZuKxhDgxvMx/F7gwaCfndy6MZcXNMJorUETk4bt+vQC+qh+R9ALuy+BYUX7zH/sgQwGxadQaeYeoNj9I6jJqL320wigt+oOu+S0Uh+vShViGSIGZ/zVUeQlBeYeH1gKWvWGp8pEoFH1/xBNLJHwqme5/7FrP8k888K74RGKuxglmp8Btpmw==



# Evidence Collection Report

Page Title
Amazon.com: Dan Cute Gold Smiley Face Charms Bracelet, Smiley Bracelet, Smile Happy Chain Jewelry for Women Men Friend Girlfriend Friendship, Cutting, Rose & Jewelry

URL
https://www.amazon.com/Dan-Bracelet-Jewelry-Girlfriend-Friendship/dp/B08WP4112G/ref=sr_1_183

Collection Date
Thu, 02 Jul 2022 02:09:31 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Chris Barton

IP Address
xxx.xxx.xx.xx

Host Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64; AppleWebKit/537.36 (KHTML, like Gecko) Chrome/11.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#11 3)
dce09d837c41362a47842f8980eba8bdb9e2daa3e be3ae67f364abee85... ba9d5d6bdd9629d283be5c43e35f77f520d99c0bd

# File Signatures

SCREEN CAPTURE
PNG
File Name
screencap_20220702022cdce16b541.amba_v/dnf4etcf33cdba0d82cf663f0f2f32j06f5cc_1.1f0fj.7hu.2hv.hujh.2204-03-00-31-GMT.pdf
Hash (SHA256)
0cba0d5632da9ae83ac15834063b0ee25cbf729d6c4d8d50d9...
Signature (PKCS#11 2)
9b7 c1a2b0a41e8fbc1c4ac80ab8f4ff8a4...ba9d5d6bdd9629d283be5c43e35f77f520d99c0bd 2a09c1a2b0b27f8...94320dea2c9ae0ea45640b33e600













AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/buy/spc/handlers/display.html

**Collection Date**

Wed, 17 May 2023 13:07:54 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2001:ac8:9a:d::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Gdz8/6vMQ38GJN9rNbjM/vfcI0qwxKvrCG51cnI5GXgPNj6sdHKsOd0nneIuYI/8EtYV598rA66IBT9IvZInqZ1D59rQD3oRqS6zHTOS30awICevfm6WtzC4Uz1tXb3awONceAMBE/PI6CjC95ajwNf206ZOyekmmSVR0FWsXxLN4ogC585Fu82NDdLecZ48S/AXqT4lG0g/r6/Ug0fD47FCFLxdW7iR/LHZiG0cGEAbnVPQkvzOReoed2QDJgaigECJgbnnmmqT3GM9tXY+pGgwGbA1nkYpz9AVutHF9AOFST51swMu/cZmnMhcrVFJysA0nEa3b2mZ2gVzuPhBw==

# File Signatures

SCREEN CAPTURE

MHTML

File Name

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Wed,-17-May-2023-13-07-54-GMT.mhtml

Hash (SHA256)

f21ae8cff9c099b7384d9df604e3a4941b23104ae3b382ab648936a5c96949de

Signature (PKCS#1v1.5)

PO1tT/WzarJW8C2BaiRs0T+UtR0i6W7y4xQo+QBfv6VxEtxwKHUfTFMV0H39xQyQkdyvoAqLxqDqM/Va3ddq8ep/3n+PT2uzSUDfVNnw/xMtNrm+JylDTBnJELyFoyfX/bOM9kt/NvmoLgolBOwlMGMOUfl+wSwaieFhvsgfmLdb72skzqkLn/1K9xV6aO6XR+fDBdj0e7wIxJuG0qqQCSGC9GW7nbF8uC/gBaVlEnyrdgY7NqrChtLHHFipFubrNjK8+zR9IDuDogv4UB5W9ud7DfqDhByTXHO+2/CtYQhFR19l/5FcCdMEdJmgIouCE2NTVX9k7OWlnokYpVnrJSg==





Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 30 May 2023 06:43:59 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

202.164.136.95

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

W7SaWPPTWxQ684eVb5VRwvOisG4d6Di4mc7VjPJ7bS63sXJ5hnSm6Po49yepnbXT5AqV+z5dKKJXciRKr4nwzBHLMO0nswio3NuGp6qGr6cLRPqS/e/8eVzQQoGKT45pt2Qd3XJH6GDczIKbOqpprYKwh9WOTCrCXwir91h8ev5NQd0lgEltwU1VRZuCckNWrLDsd/I4OPvFhQlby07MUSz6wPYS6HcvdKmmwblZ/IdTuiLmN98y1p/xHt6F1r/cc6ezrH82SB9IEDouXULtdospiCxL4ejByea09YlNV17Rj+GT9mCtU4uSvvUMx2WjY5q7SljMiq80aT2qVO7iAw==

# File Signatures

**SCREEN CAPTURE**

MHTML

**File Name**

screencap_[[https[s]][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Tue,-30-May-2023-06-43-59-GMT.mhtml

**Hash (SHA256)**

2d8feae2c7b91644e51cf147f2e004f5eac0b3911ab80caff2ed01270201de65

**Signature (PKCS#1v1.5)**

e9MIP9xIehrJ17e33iacaToZIDVueYlpQ4GweNXBE5kNfEq+I4rUeEfBJc5UTN3KeWtLdOVKYlD1KQ2NhtmzsIUzUQdYRMPEddyEDHPw2dBjdvG2komIwFiCkhzqSMQTp2q9lm7dBjdzNROjFJ+83aw8H9f2KaMzWPTUFbQz3vRGm8thOkNCllvpdc90S6v+x9Thsz1jdDkABHXZrAy3AwLXlgTs8TubxY4m9ooQfj/oa/2jX+ILoAvgc+8aPCpYKmDxiyYYIeL9Z7q0x5xffuf1eltAseI9r2cZyhAR7oRuAPxih2ab+2t1A6rwVzlC7A9+hCvDRX4sbt3zdsVkdRg==





# Evidence Collection Report

**Page Title**
Amazon.com: ERHEITI Boy and Girl Peaked Cap Smiley Face Baseball Cap Adjustable Cute Cap : Clothing, Shoes & Jewelry

**URL**
https://www.amazon.com/dp/B0B4GQX7Lc/

**Collection Date**
Tue, 30 May 2023 05:07:32 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Sarah Christodoulou

**IP Address**
[redacted]

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0 Safari/537.36

**Digital Signature (DSHA256 / PKCS#1v1.5)**
h5nxG3u6MrAn8rTfn4EpCjF1D3WBgqwz4R2omc3P8GwaQ4r82ZcDvxDJd9Rnxf6j9KzwPLGbEJdES5W2a2Gk2GjGOXtk23hn1bdWnmmm5xsb1k3JnzbX5xe7ixLw8y0i1x

## File Signatures

**File Name**
screencap_B0b4gQX7jpknnnn.amazon.com/dp/B0B4GQX7Lc/[Tue, 30 May 2023 05:07:32 GMT xhtml]

**Hash (SHA256)**
b6c7f95f26fd706756774f26cef6abff3bc1a6be4c849ef2e29a8dd07

**Signature (PKCS#1v1.5)**
dkhsxsmbgzbl2b3lxy34hl20Qe1EEXRWsxga56mcnVw3VPBdpbyBDqmzZ5Vf24HrDdhstw8za6bk8wUkKw2AxCp3TvF64Ry0dbmb4sObF23o4yq8Ez6xY27dG9nnk3VcWmmPqY2zNwzo6gC25kzm







# Evidence Collection Report

**Page Title**

Amazon.com: One Happy Smile 1st Birthday Cake Topper - Smiley Face One Cake Topper, Happy First Birthday Decoration, Smiley First Birthday Decor, Groovy One Birthday Cake Topper : Grocery & Gourmet Food

**URL**

https://www.amazon.com/Happy-Smile-Birthday-Cake-Topper-dp/B0PW6PWCHD/ref=sr_1_103

**Collection Date**

Mon, 05 Jan 2026 06:11:03 GMT (September 21 Commission - NIST authenticated timestamp)

**Collected by**

Marat Biktiev

**IP Address**

Jake hdmO.3.4

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/131.0.0.0 Safari/537.36

**Digital Signature (SHA256): PROOF-V1.2**

847c6d5bqadd565c6cb7c6565ddb87ad5eb68d9ccd4d95a85e8dd5c6f56fa5d5dce6f66ac5b6d6f4a6a5d6fa5c5c

---

# File Signatures

**SCREEN CAPTURE**

**PDF**

**File Name**

screen_cap_B0PW6PWCHD.pdf

**SHA256**

5bce5b7d2a5d9d6d6565ca6cb6565ce5c5b5c6ad5c565c5ad5d6f5c5c5d65cc5d6

**Signature (PROOF-V1.2)**

7fbcd52dfdce5b57c6f2a5d9d6d6565ca6cb6565ce5c5b5c6ad5c565c5ad5d6fc5c5d65cc5d6ad5c565c5ad5















Investigator Name: Neha P

# Evidence Collection Report

**Page Title**
Place Your Order - Amazon.com Checkout

**URL**
https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**
Wed, 31 May 2023 11:16:53 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Neha P

**IP Address**
111.92.77.63

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
NOkj0rAZwsVQ0hrtb5f0dxtrOUIQqKb9COneemfsA0r5xrdenMn+amq9V2/oI73J/
rolENfow6FkA7X7ct3NzZzBHZA23cosyjFyyAfWmu94gA8vmUqbxgajjDO4DgGi8udwA7AryLTQapumSYxHV0NSBbUEq6KsWPaQrzku6b5kWMX0XhTrbTEgmqKI0FAT1zumoAGtMckq9DDqcV6deT8eN7DpjcdITd9Ai5x7d3n+8OaoPsyoAWCsWf32JSevyRZeZJJ0pqRxP9kNqqynf/
gakc7PnUSacSf9PncHDBKvP0C7IsdsDbJk7L1YXZgj0RUVGnngBxIL0Sf96KI++9Q==

# File Signatures

SCREEN CAPTURE

**MHTML**

**File Name**
screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html][_Wed,-31-May-2023-11-16-53-GMT.mhtml

**Hash (SHA256)**
d726b0b8cf75b5d3f28deb757f0b9c9b5c54541e8166d70d0476cde3742afa1f

**Signature (PKCS#1v1.5)**
Q5s6Gxd2TuQb6cpwOTHzmXWcIAkmMUzgPvnS0AuBzAEV4ZiBKHUPnnSXn+2n/g8QRVKN79IpR2Z27bT4ftb8iCC4NRrR2N4s8w/5WWycggnx7BUAsM76xL5sumjJNZ0TYgDCWX/DPmGtAKQBeb4Ta1XT7Wct1aocvYyCReEXvlRup4xU18NYJx6xpKmfQw8gKFifPMXUHMKfgX
+8GZQBGx3xUcZpdzdVlybGi/x0atHJk9GXAxo02YCt9D+ZhY4rC6mZ8VI4RndPfrnAi47NHwK0cF089ejyxvVKgeacoUi2Y/zzjvA2kgc0fnxm9w4a8Tz8TFtAFi3DJzCftTq3g==



AXENCIS

# Evidence Collection Report

Case Title:
Case Type:
Date:

# File Signatures















Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Wed, 17 May 2023 10:25:27 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2001:ac8:9a:d::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

CLVf/YcGkgb0LZbv9ZklC9ZlpSVgy2Azaq+I1CktW1jX6icbbp70CK6nQ8daUmWiYutF4BDEN7txFfxGxSsvmwMPnBNWAOgS/4YxiQZ2xeYstlwc0LQj/xBus20zNGi/XPamnnvXK7YMUFhvlUV4eYIjNqSbROCAfZAsUauGhCYhDs9T8oYnph/WXmg3F8vwZVNNEy303VPEqzO5J/sUc3gn/l5l5F8wlFz6Uwvxfle6oA3KfjFkVwmfXtSHpa2PD8v1Upxst5OeLKZFcJahuN571VsPYowrUAnMrEz+/abEBm8Ere1/GJkTRu27d0lRPD/dYieZRLhOoLoS4uKWYw==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[|https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html[|_Wed,-17-May-2023-10-25-27-GMT.mhtml

**Hash (SHA256)**

665e49a540205edaf8c1623fc63c5ccc67144ed88bdf28f9fa511c8d980d78fb

**Signature (PKCS#1v1.5)**

JGdWA+osyDuaCPGH3e1J/czCJRj8r8hR/iePHhNmf33KB3LD0G+wKQJ8HXwT2ERBzKUqn/de9zKRGigTT18kBln+yOYJ6+lYKfWat9aJFttfyzEvm0Jd9VHvOqPKK79WyU6VjF3njI5G9+g8Gi5TZ081+P8ACAQqqN2m5Y4Vm5FSJoHmGvS6Rp5o8phoouu3mpRDBb05heRou88tMc/nYEZR4pIF5wZpHCE2R/EfRFBFcO9EBQSsgGi16gbs8it61ybOvw5sYvi2h+rvHVPv2HnfG0XEmSq+tPjvXuyoN5z+bEzCJXt3V7t1zNWGQA87Q3+0xywuoL0bp44hJi5XGg==



# Evidence Collection Report

Page Title
URL
Collected on
Submitted
User's ID
Display Signature (SHA256 / PDF/A-3)

# File Signatures








Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 30 May 2023 11:55:58 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

202.83.40.142

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

WowyNGZvXX4pgfKRN3/bTT0jfjc/W1Mvx85OiQy7B7cGGzkjWnf/ThKgotOGaEbIdMhh4803/A75jEdeRyU+d2tcWFFIxdqolGRbqEGosc3e0Z8Jy3VYAvuyyTkrtaYYvAK/p2dO33366Tt0HQt+tCkzgJ/WHQjFsHV
+8uEJu0NYA7iaMHwXX7XQdGqTHHfFbRrGhstT4WNp7GyPk8O7ZAnFXR1n24nmtJQWqOaIddYTbrGm3xG1TCE6V4bvvzMOxWMCGVL8w8LH4nAXgj4bEoyKO9orK33JWSLoa2B7Ypz1f71pChVeB2280KebIRiX9kL1bS2xjnQeI24HBMtnhwjw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s]]fs][fs]www.amazon.com{fs}gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Tue,-30-May-2023-11-55-58-GMT.mhtml

**Hash (SHA256)**

57d62bd22424511e42a8d59075a9551e9c59b7e384af24255fe058a95e5fcc34

**Signature (PKCS#1v1.5)**

HaMGIrEtJvt2uc6meIHW6y4i+hmJu6LqL0s+ucVffXnWaW/Pmu4qy2zgNQvgrwxtjbwIJM12t092PtL4okzgAm8OACPDu8L5tFVkWQuOv9hMpsNDuID1FyciMDM/ETaQL7Le9cVMvo4ijFZPt6PZiodewbZwi/YGMpkcjiDLJPtABRVSrgQ5oIjKFJeYGwutG1b
+UemuknA8q9iPDSr3HV3Dw8IFGMvbrdrnaTyQXZS889GZ2nIUL+fcR/UmG08100tw7NcmJOpD2mtfKxxXpUeqU2uY7Uh0gflAJs6hQ38EXVa8RtJn5YFrV2GIQJttarPZIMTMqxAV/xJB9DK+a1w==



# AXENCIS

## Evidence Collection Report

Page Title:
Original URL:
Collection Date:
...

## File Signatures


















Investigator Name: RemoteUser2

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 16 May 2023 10:46:14 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

RemoteUser2

**IP Address**

202.83.57.61

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

QSxKIb5rlrrGgwvoPbFfCqWLz0neW5oGD341ug/9vvrDTwKL57yTuk3HMWdJr3jDA3Zv2D6VH+tTlSRXRNMug7XXSzijgljXpzsp8sQxlxwB+n3Z8eVA362waeUDFD978hzCWWmhqYDyPHNCiz7Kc3vvPj0VRLE9Li6pa3EEps/uDaC6yddOek5ntrKKBCgpaxRNcsxoofz8L4fj84A7e2/Gt/YAYXCpeoZakcDzcW35e66TSUCX5rNH7xbGOIGDwWCiUF2uXAnTnXhmsD0wj/Ej1aqVbhciJ688ZxH+UXnZcyhqak34WN3H7gNMOLmhw1/qiUTzvFAvOkBDI1dZCw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_||https[s]fs]fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]_Tue,-16-May-2023-10-46-14-GMT.mhtml

**Hash (SHA256)**

da21774985a2ea9facfc2d3fd8d65317aa7dbccd51ddfa6ca68b26542cfc55451

**Signature (PKCS#1v1.5)**

gcMNnYnUbBM8UnAhakgzXnhtE32JjJ/4K0vmboi8wf8SiUNY20ud2xwnhe2LWh3ErjVUzfLEhyBHccezy9txoEANMCVWea5DEBQMV+iRzKeTUZxNOY57szOcQE9tqfsrzQesf1VMeTctZTWySmH5ZZ8u/be0R1Mkewunj0Cb5Vh79j3YFebAFc8LFds/cR9mjJUr+oKw71P5DSWr+cVtas0+LyAK5W6G/wrld6eO24/8L7cJWdDJBrkUyeH9xV0LfGTB+NcRQHnreoltNeDqyLLqDehpjSoeSJEEw8Dq6AXAtG+XuPcClH+D4ioLyXW+ovkdA2efYMFPFMr+fKS82RQ==



Case 3:25-cv-XXXXX-XXX   Document 33-X   Filed on XX-XX-XXXX XX/XX/XXXX   Page 33 of 40

# Evidence Collection Report

**Page Title**
X Pairs Cute Smiley Face Socks – Lovely Smile Face Cotton Socks, Autumn Winter Thermal Fun Socks Gifts Crew Socks for Womens Girls Buy on Amazon Women's Clothing store

**URL**
https://www.amazon.com/Pairs-Cute-Smiley-Face-Socks/dp/B0BWM41YNK/ref=sr_1_130

**Collection Date**
Fri, 21 Jun 2023 00:19:46 UTC (US Department of Commerce / NIST authenticated timestamp)

**IP Address**
xxxx.xxxx.xxxx

**Digital Signature (SHA256 / PKCS#1 v1.5)**
8c20c02e0922ca6f4a5fa8e89f1c42a1ce3a5ec2...

# File Signatures

**SCREEN CAPTURE**
PNG
**File Name**
screencap_B0BWM41YNK.png
**Hash (SHA256)**
8e2f52d6ca5a...

**Signature (PKCS#1 v1.5)**
g27fa2bf2341207c5b2da3c6f2b7d07f0a62e4c...





























































Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 23 May 2023 10:53:18 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

202.83.40.91

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

nMlSa2xiMEERkimSiAnGOZny5DuZcGyP9Rp5mgeuZa0RqSzC7H0PcxZ8/WMnkZSgyT9ZYcYo0gU3WAeQDFqQ1o8IF1ZAd8nXE6p3KZZSVR0DWHzsfSv4Ibfm4qpbvHBj1hhx3iyKxrsyKvSRudmQbru3nWXKfbl7/siXCcmiFSD2924aAYj6aaa53U0ST77XoIyUxtZnaGuYbOeGao
+VbWk/1e1YYA62OCL1Lfq/cZcYIA7ybAAbUxCd8U74T4cvsIGl9SvScXt0paCOf7vaywJ5aUnVqnPHumdbrEekaV0yTwBZbjcvJjTvKrKc73Ft4MyvvPCoAycTpFjyzTN0w==

# File Signatures

SCREEN CAPTURE
MHTML

**File Name**

screencap_[[https[s]/fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Tue,-23-May-2023-10-53-18-GMT.mhtml

**Hash (SHA256)**

597e8fb28e30c466fdcb030ddce7c357bef379e37c922ba8f624460435aa33b0

**Signature (PKCS#1v1.5)**

Rp/gveJWhIgAx0ho69M3OvC6GkLcAFEU6+1oJKI8b0LHXi8DE6tVfWZyrM4EVh6WS0Ys8392ujnwx7oLME3PaXQb1gfL01SMOMemm/UJ0EDbO2R2fATRoA0NoI4JaPc8a0w2nrVO41+GAw64HKHjjF93/2VX9SVeDukQ/qYENjSlvrWBsq9WSnRY5jWbMKD/uIarNR68e9E6w7SqwLaRxu
+GRi0ULEMG/fUKzT1D7HmISe0E6QXiRQo7V9uRlSfpxeWswyRWoVrjD5mb5HhMEVxWaNSk2aWphlYCve+LNtiIkaknCgHJO3wIBIDzGE8I4rAUUmTTAiQ73Vjk8OGpQ==



Page Title

Amazon.com: 5 Pairs Cute Socks Cute Socks for Women Cute Socks Funny Novelty Socks Happy Cute Embroidery Aesthetic Socks Saturday Funny Funny Socks 8-9.8

URL

https://www.amazon.com/5-Pairs-Funny-Novelty-Aesthetic-Saturday/dp/B0BW2LW8N3/ref=sr_1_...

Collection Date

2025-09-24

Collected By

[redacted]

IP Address

[redacted]

Browser Information

[redacted]

Digital Signature (SHA-256)

[redacted]

File Signatures





























**AXENCIS**

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**
Amazon.com Checkout

**URL**
https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**
Tue, 23 May 2023 07:09:40 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Neha P

**IP Address**
202.83.40.91

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
bdqMnWm7FCCDqw2eiUKiGDXdMxIjaHxmFV02y7k/4os2J4E60ncH365ue8bnSfQS8MLlONtXuXYRvMWdQV80Gjd59S9zVeAqsH8EfkPONyibYiINI0SiOGDJlxwIdIVvdhR+X9CupRsgQZiEPtZeQ14S6Fd0rhs4SWkEDeMhE5+FR0SAPqjin6L+v8ilGPBWvAQ
+Lwyicl0IMODlULCJyEVeBYlxlw14Hivgp8ScfeuYp+lX88NqTbl6D+MC+Cde.JfaWaucMs+x7l3XS1YZRttZMw1HSRTAuUgIjpwZW9vwpJEuA72tl9ykqocE4fIXng/NltLh1tl8ygGzqrqgeQAQ==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**
screencap_[[https[s]//www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]_Tue,-23-May-2023-07-09-40-GMT.mhtml

**Hash (SHA256)**
1ba7ca086307069ee266b8eb83690cdbc82d8ca9768f19053b1543d000820779

**Signature (PKCS#1v1.5)**
FO/0dU1bxHspz6DMDajw4uYU8/lqwqx0T7R109rUnsa4/H9LvEMyNBnwJgERLqVtqALvCHA86LcuvPi91p7K8Zx
+afPfAPuT6UhLiMwZax5qhCJ8Nb6q9j4dpIMmYzIY7cJdD1+RCNUVxSyXhNSamXY0PsgiZjbXK3K3PiGnvgyMyGkNmZMRfAGc3R19deal59HUbiwbhcRa57rl5DIxRCEFsxazk/7GCatEdKalhxwZozt2ZXurlREVzI7IJBT0rkA/5HEGtTzoq7KgYJ6D5ZmsI3QMyFWABGNYakW684tUhQLZ0zGTh5n
uUBTg6zDbEPeNiUJ2rmZrM3V+zC8YxAw==



AXENCIS

# Evidence Collection Report

## File Signatures



Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 19 May 2023 22:53:18 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

116.68.96.16

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

kfr9G7Y0dhnejra3qhb8HpL24cWx8oQ51bxIKR3Ri4uC28IBVAYkk5h6b1Hn07ykS/SpyDu7yOup87baI8xqw45JXNaot+3kDN8pHHiu1NPYAedmKHuYmjR3PBBCLoHDLta/65/t/AbdKBC5O/sRnDZGpN2rZ+n2LlI8nc9aIBYVMajTmg5kmnwJzq6Lv7rf6jkk/azILYY9fD+8YX3rEfnyb7U7vPDXM1sso T9QKxSmE25OR6v97k15J/uUehCYN7XvwfQb4zcsiyHSWftIpe6GwPI9ir9U/J3IpS1E9tPbVszci0ZLGgWQqfzP4T4YMR5NiYa5p4pgyNWu37t0A++

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Fri-19-May-2023-22-53-18-GMT.mhtml

**Hash (SHA256)**

77c2bf8be7a7ba94e517f9c2b2606a34fda40aa351fe4320cd65e96085bbb5e6

**Signature (PKCS#1v1.5)**

RFfwE/sEcrdku2rC6jcQLRuvt3wxDr0g1hVnpPne2owX5Fgp.J81AaETU+wopGR+SPr9rwZwP+a4anJoTFD/pR8i+E12qyUsQoulcKQwC9ijxokm6C2rTdCD9StgfiZupMeTirBmaE5Jaorzeqr2/um/vXf2XIPgf885d3iPM058q/sSFrkn+OIFMfnWCRWcMIrAIq4p5n7M2BK5OmfE9y+HoqKKyRSKWFmoc7l4vwgs8ExCNTfZG15+hBkejL+/ARc3I2ArpCklzFxnuUuaz7z0UY8kxOib/hkAzDpM2YJV3tCS/2KJaPi2s4xwIqhbFgvgbvkR03jI/BKRw6d6g==



# Evidence Collection Report

**Page Title:**
...

**File Hash:**
...

**URL:**
http://www.amazon.com/dp/product-details/mobile/dp/B0...

**Collected Date:**
...

**Referrer:**
...

**IP Address:**
...

**User Agent:**
Mozilla/5.0 (Macintosh) ...

**Digital Signature (SHA256 / RSA 2048):**
...

# File Signatures

SIGNED CAPTURE
...

**Signature (SHA256):**
...



       

      





   







    

          

        



Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 19 May 2023 10:38:44 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

FqGvaxk8HOh9wXPdvdd0ivHogg4pJCqz6xn61QJ/5oZreq5SSePQCuLjyotsvyfQ7ThvNCXdhYZ5An/aDRoBl7tr5A1dw0KtNSg3Zhd8hQx17xXbfifFe/70MUkJhLCEWdtpgXf8vlvX9OZnQfpis70KkUxu1HQGVUtdGLfw9Y+3APGumFgMR4+6wY5fDq/a4xSsLyRSlzQqEvT6lmR8d4DA5fev7ZjdJyAVTeYtq7dAst5a7YGSxVQfKLmuNbmbHMla7d5nx7ZBiyMNKBmz5mXXusFuJwKJQeQleMWmRtayywgo/Krv/MaWKnGChQBNJ9UftFsXFEEdGYJM2Wm+KQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html][]_Fri,-19-May-2023-10-38-44-GMT.mhtml

**Hash (SHA256)**

e8d6bee26e99e8c23adb9d7d7704725cbbfad96c9eeb614ce9be1d45eb168695

**Signature (PKCS#1v1.5)**

n0OTe6gpOUFeQVrYMjwD8EQbdhGT7RSk/uWPAYTZhKbXg3Ad0BUz530IURk50MdRzsd3uUAgIvcLDb39jTJqoqA/bzpQsnU4eDsGeuHNngQXyNzIp5I7gV+7hp/3DnRk/r9vt8CsNEP2FAoWSCh659JRySaL7Ynyb+YhfvyGg91Zf5SYOzwbMQwcCO0pP4VeYT+EyKUDXWmGL90mzjbc29T8zkte5VxBznHWqvR7i2VQQv1gAIoDUJ87vGbFyvf8isQpUJbHeXJbhFxNDB35gAEUa2Zv1mXhNSrWr/o5nH+DgKVu8vLJgAsONCj1OeeuHBqf4U16NGtAneh/1KeAqQ==

