AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: CUTIE MANGO Women's Daily Fashion Crew Socks, Cute Smile Lovely Colored Line Happy Smiley Face Kawaii Fun Design Soft Cotton Socks 3-Pack Set (Red, Green, Blue) : Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/CUTIE-MANGO-Womens-Fashion-Colored/dp/B09X4ZQRWL/ref=sr_1_52

**Collection Date**

Fri, 21 Apr 2023 08:18:36 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

KdjHuDpJbbMUkca5Xj+wk0rBUiiTH/s80aD66F5TcOSXR98jU/kzW8NlPMEUAR2PSx3cD57K4xFfBK1kBXAgotou/DaN74i7RSEaB8UI+6wcO8HDEmyN6Ivnpu3LRxK/9Z+cGHfPf6Y1vZJNNwlZDpp1Lv/g/FiJpMxKCKNmsRg=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]CUTIE-MANGO-Womens-Fashion-Colored[fs]dp[fs]B09X4ZQRWL[fs]ref=sr_1_52]]_Fri,-21-Apr-2023-08-18-36-GMT.pdf

**Hash (SHA256)**

b8cf615dae4e9f6b29f8efbc66b7ebf3729853d57f35aa6030fe9f288bbef99a

**Signature (PKCS#1v1.5)**

nZXQEs7YFT5269DLHzV7aNj8bql3N1DQdG6FKAsmoaCVnWboub5GMoMh1LIpX96WB591kZqu0e8a8Q08pp3OQnftt5cEQ7Rk1IlwBL54ViVYpNBdWBKR4kMflrvwaOyzdGFuZA83fuVZ5eAfq/NcS3X6PvtXtXk2vS/PS5V5IyU=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 23 May 2023 06:09:55 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

202.83.40.91

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

fw6VAPXxKjiihgvmvA6iMYHwT1LU06x12YJ41HANzP16Z8XRdO868TuPyBykuwk5BVrgS2n9veby6pAzdqa9jQ6p1GLB2bXHzGwSicE4OHsinfA3r4GSQlra/OzOjHTE1Ifdy+SduiS2NyRSW7FHfTrsN8zzSjamLzWjFuJIpX7xTutlj9JJi
+urDwZMXufSTSaSE9+CGjJcd9CYRJ4BdPZwGTX3wnOfrthMmM6uhnpKU64ICRpyXZsXNGRIjeaPLIKOrDIGVHvCkexvogzQDuL/wL21VUPMucs5PDrh6R34KjHB2fhCtH0gVSZbLkd5c4Hp3uM0z/uqskq2UdK64Q==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Tue,-23-May-2023-06-09-55-GMT.mhtml

**Hash (SHA256)**

2628eb2539bda5035f9768da994101faad5261e3f97b39a548bd270883bdb5fc

**Signature (PKCS#1v1.5)**

KbXchFyRuWW+gOqT2hXyJYuXFIKcKyv0kwRqkOGVE+BNmnrWHpTtGg8BdUhZU0y/Gb6XU7j9GGj47aqCFWlSQle6GngIaF0aTBCi0qoQ5sMonXRXI3ss/082/iVZQlF8a/tLMVCGkf1VeWVKj3GHHNGqxtgnzv8M2r6TaKcWGFrIjnjhTAB5DXJ3LpBdZBCM
+BF3gTrpVzbrhoMwLCUPTm0kVcHPEK7jPcEUhvZZaFzYUZGtYEtN+6wbsDdgZv71jWUOub4CwwhJgYQactZQREsl3nNSuG+HB8qMmg1Z4FnMm70ulP1jEaQ8M5Tz1TZpXoU9Zv8nA7/Qj7g9a+12OQ==

amazon

Checkout (1 item)

1 **Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

2 **Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

3 **Offers**

4 **Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**
Get your Prime eligible items with your 30-day FREE trial of Prime

Get FREE Two-Day Delivery with Prime
No hassle. No commitments. Cancel anytime.

**Delivery: May 24, 2023** If you order in the next 11 hours and 5 minutes (Details)
Items shipped from Amazon.com



**CUTIE MANGO Women's Daily Fashion Crew Socks, Cute Smile Lovely Colored Line Happy Smiley Face Kawaii Fun Design Soft Cotton Socks 3-Pack Set (Red, Green, Blue)**
$11.99 & FREE Returns
Qty: 1
Sold by: Cutiemango USA
Amazon Prime eligible Join now
Add gift options

**Choose a delivery option:**
**Wednesday, May 24**
FREE Two-Day Delivery with your free trial of Prime
Fast, FREE Delivery prime
**Wednesday, May 24**
$5.99 - Standard Shipping

Place your order

**Order total: $18.82**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $11.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $17.98 |
| Estimated tax to be collected: | $0.84 |
| **Order total:** | **$18.82** |

How are shipping costs calculated?
Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com | Women's Lightning Bolt Smiley Face Slippers Leopard Happy Smile Retro Slipper Cozy Warm Girls Ladies Fluffy Plush House Home Shoes | Shoes

**URL**

https://www.amazon.com/FUSSHAN-Lightning-Slippers-Leopard-Slipper/dp/B0BF7DHT1S/ref=sr_1_102

**Collection Date**

Wed, 26 Apr 2023 05:02:06 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

LSa0H3UXWfFREIZUXO46ndS6qc+ulzw2NocYibhmQWrentkLvnjvu9VASrGdZrZ3u4TR/PUrBHOADxG98LiGiztImnc/suSJp/XY2AiQ1IjTEulgd6NcI1X9E4AauOoLM8Xm9TNbU/Z5ypqhardTyd50VrC6mahW0KmfxHa8xic=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]FUSSHAN-Lightning-Slippers-Leopard-Slipper[fs]dp[fs]B0BF7DHT1S[fs]ref=sr_1_102]]_Wed,-26-Apr-2023-05-02-06-GMT.pdf

**Hash (SHA256)**

4bda3330e7c3bac89df3d67f580f499ece089a192130afb17265f611811b7d0c

**Signature (PKCS#1v1.5)**

fcKzMI4edcAjvzAdTIrx0622j7eZWbcYQjRttxrHVn1akggqP97J/BYcAPrc7qpT9GFuq+RJkfnUbgsJXchunHfzl70sA/xjYMRZU3Q+7WrLGQIHXfeutZzbNk6c7qTqXYRlU9JPsLUtzmN8yN2pjKRFBbfD4ARqGwxGdRrafbY=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 30 May 2023 12:14:18 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

202.83.40.142

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

YW33Bxnx9BhSyW7SvsNZF0ndYLgVSBkL7F6nMoAyato643f7/Tv5WikkhVjVy9FJIzsRnKVdxP9zMKgJ+fcDkaIJYaFlWCoqPL6sgMxxKctCgdBqS3DXIgQ1eYl0LZdkKombaEIU03cb8nIAFHvvJhaoSQPl5NHwCGZZPUEf2t0AEOm4KUJYXbMeMx35kEqKv348RI+7Gu/gc
+fhrkqRGLACxESG3K7mqM+1C7Z3gZvPKochWHzMNz05ydDxIwGmSv5XEX1W9pZrOmuJItRjLvsMCO73YQg+XTbmaJbJx8FKb0oZveZ3RRxR/NG7/qeyCKz250NyILcltQG0NB6DzQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Tue,-30-May-2023-12-14-18-GMT.mhtml

**Hash (SHA256)**

0c78b84c1c85b3f08720dd80e7d011f85893c26c3263099724ca46cbc582cb3a

**Signature (PKCS#1v1.5)**

J0Geoo/0+lKD2r6FZH59kNWSWI8gs3CqkNFWxmR0OWjDqAXsvQlKG63mDo0oXd+EoWMaQZnnw/nfX6bMDIGydZPfZhwx7hLE0oJtoi1i/1AOIL+WHDAKF/EsAlQvihVowQ0AAotMwtiBjR0Kkmm45wFgTisjlt+JL3s9md9A1+oJdccZqFWQeYWv6ngSOG0jo+Xg3F1jDg9XmTG6leH5/AI
+SC0fyPFZyqzVm5CQLPt7FVbdMYQyT6XZFsD/nvNyIRXtiLTgxSUyU6r2v5EKDxLungfn9cwUESgMXRDfQDgJO5gcBTEvMkKRRTyGEDnLMERbSJDn0cmqyLS77GYdnQ==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items ~~Friday, June 2 by 11PM~~ **Thursday, June 1 by 8PM** for ~~$5.99~~ FREE

Get FREE Two-Day Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Estimated delivery: June 2, 2023**

Items shipped from Amazon.com



**FUSSHAN Women's Lightning Bolt Smiley Face Slippers Leopard Happy Smile Retro Slipper Cozy Warm Girls Ladies Fluffy Plush House Home Shoes Leopard 39-40**

$17.99 & FREE Returns

Qty: 1

Sold by: CXS-USA

Amazon Prime eligible Join now

Add gift options

**Item arrives in packaging that shows what's inside.** To hide it, choose **Ship in Amazon packaging.**

Ship in Amazon packaging

**Choose a delivery option:**

- **Thursday, June 1**
  FREE Two-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Friday, June 2**
  $5.99 - Shipping
- **Thursday, June 1**
  $9.99 - Shipping

Place your order

**Order total: $25.24**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Get FREE Two-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $17.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $23.98 |
| Estimated tax to be collected: | $1.26 |
| **Order total:** | **$25.24** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS
Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**
CYNICISM Smiley Face Hat Women Baseball Cap Trucker Hat Men Dad Hat Cute Preppy Hat Funny Smile Face Embroidered Caps Low Profile Unstructured Sun Baseball Cap Unisex, Orange-2 at Amazon Men's Clothing store

**URL**
https://www.amazon.com/CYNICISM-Baseball-Embroidered-Unstructured-Orange-2/dp/B0BD34WWGM/ref=sr_1_22

**Collection Date**
Tue, 25 Apr 2023 09:31:28 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Chris Stavrou

**IP Address**
2a0a:1dc0:4::3

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
d5kkRc2wRLmIJ5hX9jN4E8Er3CCh+2/ig7QVBaYJRPI/UsR5qkYCvvGlEeT1TD/sNix4J2bCboEfb7RGaZxSl4QnhJrStlHpSgRZlcYSGFVo3aiRUBZ/FUpj5fC28A5SuzhbbCNeI6Stgv+XSK9dsEz9T8PAiYrSlqgF3SLv7ek=

# File Signatures

SCREEN CAPTURE
PDF

**File Name**
screencap_[[https[s][fs][fs]www.amazon.com[fs]CYNICISM-Baseball-Embroidered-Unstructured-Orange-2[fs]dp[fs]B0BD34WWGM[fs]ref=sr_1_22]]_Tue,-25-Apr-2023-09-31-28-GMT.pdf

**Hash (SHA256)**
c5c9d84f333dbd6d9aeb86899da94451968abe88e5044f203de38d4123566833

**Signature (PKCS#1v1.5)**
p2qNW5F0tRlI9owS5b0GzyhphyOD76NVrIlrsu2VnN8Q/STYGWwXRTn2z8mcWuRoP6na0UOGqNkfRF6dWyd5z7iAc6kMtgAlEHeiq9wh7QJD9u3/aH69KVnz4C9B29zgxU3N2A7AaU+VBdPy5kytDoPflqQ0HxxdaX3GZAzpIwM=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Mon, 29 May 2023 15:18:20 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

116.68.102.163

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

pJzbzxHqXSbt22REETBENdBZ5IvlyZmDwG7oQ7uT+ZPVZEGLXfSE+ruZ+fhh+uLLl13oG6XjDysqbKqIJLITXPfxzvv7bLcU3Iuzg3NQaYDWy1MjmJuPUeirJzHYPViQziwIVJxehYnssYmxIPcU5XNwXWTSuCG2NtUENMH+Lju7XY43WNrSLsxcIH6sjbt0OA4TeHZ6QLcFVKYd2kJC9Qn
+jrwqHWSKjiFOQ93/E12WsJswdl7Tu2dvWaIqd+8UOdvkSt+zatA3faVNVZDAcMCjSHZ/Ry+m0ivboV0m0I0PBKQy3dmPpKTNb7xEHIKyTVTCfHcBvZ/7nXNnlzvcPQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Mon,-29-May-2023-15-18-20-GMT.mhtml

**Hash (SHA256)**

9cc1d2744b1ff74f47dd6efb3358e379fd57522be7163743d5623cb2030f7aaf

**Signature (PKCS#1v1.5)**

MjQuTBBgK850aUhNvuCqzPbCblQ6/UJMfnvdhuo4gyURmE4eV4km6TfDbXhkuzg8aH3DB55GEPsXQ8Apr7JDhL2EmM2chAHU08cNze1+o0HXm+Llh/CV52mRDHnC7cRjJjYqT1bMOUHf6V2kqL/FCe4f7n7EnpWArZx+m5TiX9GLkU+uoL1b1nmui+FVlBAMwgTxPy3FnZCWIC
+CxA9U0yvTCNCGEOR818GnBt1NhTe5/Ox/C6TaS5tA+gWmqEXSgEATVqEDz/M4l1HpUuTlGcLLG5yt+pIQueYia3dWaIAFl1DcTth+xugPCFR6RlmPHFaD7lz43KAmOkL6PAVmIA==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items ~~Friday, June 2 by 11PM~~ **Wednesday, May 31 by 8PM** for ~~$5.99~~ FREE

Get FREE Two-Day Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Estimated delivery: June 2, 2023**

Items shipped from Amazon.com



**CYNICISM Smiley Face Hat Women Baseball Cap Trucker Hat Men Dad Hat Cute Preppy Hat Funny Smile Face Embroidered Caps Low Profile Unstructured Sun Baseball Cap Unisex, Orange-2**

$17.99 & FREE Returns

Qty: 1

Sold by: Cynicism Coser

Amazon Prime eligible Join now

Add gift options

**Item arrives in packaging that shows what's inside.** To hide it, choose **Ship in Amazon packaging.**

Ship in Amazon packaging

**Choose a delivery option:**

- **Wednesday, May 31**
  FREE Two-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Friday, June 2**
  $5.99 - Shipping
- **Wednesday, May 31**
  $9.99 - Shipping

Place your order

**Order total: $25.24**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Get FREE Two-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $17.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $23.98 |
| Estimated tax to be collected: | $1.26 |
| **Order total:** | **$25.24** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: DAFAJGY Bad Bunny Slippers | Smiley Face Slippers | Soft Cloud Plush Fluffy Slippers | Slip-on Cozy Indoor Outdoor Slippers : Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/DAFAJGY-Slippers-Smiley-Outdoor-S-Leopard/dp/B0B9YHV5MY/ref=sr_1_23

**Collection Date**

Wed, 19 Apr 2023 07:35:44 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

PghpEDX9gZCw5GS2h5dQydWFx3GVoaT2yAHgc4h29UYnRN6YF/oEuKXfig4K4/cJCJENNkVLzag3nCkw3iLMEy+huJMfKzDaOOvmKdN/vTnbal0m+UlBW+NuSi3+ZuF5vvUYM9yT4y/wFISnoRPmdn37XTnos/DrjAZgzoiTYgg=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]DAFAJGY-Slippers-Smiley-Outdoor-S-Leopard[fs]dp[fs]B0B9YHV5MY[fs]ref=sr_1_23]]_Wed,-19-Apr-2023-07-35-44-GMT.pdf

**Hash (SHA256)**

d81fb64008339ccf63ad33923225e5f2c58ae404af6db0d02897e4b134c72e94

**Signature (PKCS#1v1.5)**

KqI+xaz1TxeNrBEXVFfbEiJx3yYsVZOr5aC+1NIkkPTjzW/WoMAZ8Py2gMwiWeomh47PteH7Hj8zt4twh7LsnI/FlxcqrPVo7SY1LqPv+1yS1mAvBhoUEecB6QQfI9o2wydAUJ2p8Gjsj7J9jQHk5R7tA3xA76I8dAA5nZeckV4=



AXENCIS

Investigator Name: Sian Kelly

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 05 May 2023 08:37:05 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sian Kelly

**IP Address**

**Browser Information**

**Digital Signature (SHA256 / PKCS#1v1.5)**

KRo6H3HqeLBNMHj34/6TWE+wK9Ln0P3adGGCwPUtoUPJ73aArB+bGukVd3XQhXRBI7ON1FRtGn43e8HZ0q5MvlSr+nCp6N962SZ6KV+CmoXiwGegf6iwb8bO4VIlWyW2InW6dIeFk6kAMr0RTwKp7mft2a6tjAjTJarE5Zr7IAu4p/5N1gZsRE/kgJlWlERGpxEEjC/
nbuDAAa4XGJwvDz5VxcMIUtdbiUNBnBady/ScvaFxNGgSCftjNPuiWQHd+LgTd6bm6coO4NJ01Iq+TmvMsACeNJ4mgVFEjOo45JpXySIpmN0Xh1CsjBWjiyXCkZTjjM+dpwLod/BGaux2sw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Fri,-05-May-2023-08-37-05-GMT.mhtml

**Hash (SHA256)**

b480901bdd20f341fd02625e29e64499723d0a41d93717500de235accef48891

**Signature (PKCS#1v1.5)**

YSdeDdHTP/EjLfIXkFGtDxczHwJK94Bcd0IHvdJiJ/ow53aRcvBHCfYxWBcKDdH33MWs6hHmvW7KUZPAPWBlYvCv1uY5TvE3NPLekF7IXw4a5Vxc4c1EFyc04k3QYqaypAjzuYoydShLT2ymJf+VN8jRHaMyIrD1bRuXMUTjXYdw2QLPDEpj3pWiWh/
tagPppM7qbyhAYnmhKnPQ2coVxRtmolfZVjnmgs6O0AF/k+sKgesFsJmYt/MOvIqjn9ifHyNJKyIWcv/ALGKF7oJZ8r1J2Bgb8u4PkV3eRsayWLuSxTevp+O/NrWq3pAiWEwHVcWNtvpefqPK24HKQ0CgBw==



amazon Checkout (1 item)

1 Shipping address

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions
Or pick up near this address - See nearby pickup locations

Change

2 Payment method

[redacted]
Billing address: Same as shipping address.
Add a gift card or promotion code or voucher
Enter code Apply

Change

3 Offers

Change

4 Review items and shipping

FREE TRIAL
**Dolly, we're giving you Prime FREE for 30 days!**
Get your Prime eligible items ~~Thursday, May 11 by 8PM~~
**Sunday, May 7 by 8PM** for ~~$5.99~~ FREE

Get FREE Two-Day Delivery with Prime
No hassle. No commitments. Cancel anytime.

**Delivery: May 11, 2023** If you order in the next 19 hours and 22 minutes (Details)
Items shipped from Amazon.com

**DAFAJGY Bad Bunny Slippers | Smiley Face Slippers | Soft Cloud Plush Fluffy Slippers | Slip-on Cozy Indoor Outdoor Slippers S-Leopard 37/38**
$19.99 & FREE Returns
Qty: 1
Sold by: DASHALOU
Amazon Prime eligible Join now
Add gift options

**Item arrives in packaging that shows what's inside.** To hide it, choose **Ship in Amazon packaging.**
Ship in Amazon packaging

**Choose a delivery option:**
Sunday, May 7
FREE Two-Day Delivery with your free trial of Prime
Fast, FREE Delivery prime
Thursday, May 11
$5.99 - Shipping
Sunday, May 7
$9.99 - Shipping

Place Your Order and Pay
You'll be securely redirected to MasterCard to complete this transaction.

**Order total: $27.38**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Get FREE Two-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.
Try Prime FREE

Place Your Order and Pay
You'll be securely redirected to MasterCard to complete this transaction.
By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $19.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $25.98 |
| Estimated tax to be collected: | $1.40 |
| **Order total:** | **$27.38** |

How are shipping costs calculated?
Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Smiley Face Necklaces for Women - Happy Face Charms Choker for Women Fashion Pendant Necklace Jewelry Y Necklaces for Women Gifts for Women,6 PCS: Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/Smiley-Face-Necklaces-Women-Necklace/dp/B0BNCH7RMQ/ref=sr_1_83

**Collection Date**

Wed, 19 Apr 2023 10:03:04 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

qA7G67hKQNqdRMOE2ZWxXInG1sMpznK9xYX+Vaoqj+VR26KAzy8NfhW839O/BGVtCycWs8JK6WIgduSbP1xREiYF04aLmI9Bd5mQUZprZBkAf1+mNkLZg8xSWNbEvYVZ7lynibQzQdiXBnRj5uuFYbUZlkVB+Lt0ewRUgZ05EdI=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Smiley-Face-Necklaces-Women-Necklace[fs]dp[fs]B0BNCH7RMQ[fs]ref=sr_1_83]]_Wed,-19-Apr-2023-10-03-04-GMT.pdf

**Hash (SHA256)**

c6b7ceb6a347db945cd0e11d0f9fdfa086b3c45cc342ee39008a929d2bb6d450

**Signature (PKCS#1v1.5)**

B7ufn47LzpGjcG9Sehtdrb3ztSQMZWIn+MNtB7122hu9CdoleG0T4iPNmDuX31/WCFnyvmTbu4DaFhpqYwVrnxxU+fqWy9VwAFuoLIVMNIRztXNJ1+r0YFlebK/4G6eay36hHtwF1lF0aSbSCMDfDbvvXSHXTdmP/z8Zxn/kPcU=



AXENCIS

Investigator Name: Sian Kelly

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Mon, 08 May 2023 07:59:54 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sian Kelly

**IP Address**

2001:ac8:9a:d::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

P5bXayJjFXq2g7UVvzZ9qga+hFav2PmLB40nZH2pfkDvhEHi0OMpWFV+Xko+UbQmuM+n0yalRpS5EyMj61D43T8R1ZSjedy53RPPPaj8x5L85g3/ez+WTOo9rydewQ+lNJTjafwtNtI4VMg/61fVYwq0tpMEjMak6EoBGYJI/y68vX55pS9YMv0BVH6E16LUO47rgH+UvGCC3NmNcJ
+K1sZ1FQUWpoIQaIMeLq5/nD49/nPebK+TXsf/PibEg7xLdY5sJhcToNzGenIdu6Ad+IGUDmTXLxmDVYoPrUH+/Vf8bLTdVYijhvZsatAmoAVj/p4v1M97mcLjNnfKZbWBsg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Mon,-08-May-2023-07-59-54-GMT.mhtml

**Hash (SHA256)**

854015710e54738baf2093a074e1d685f42ab49a161032dfc5ef7dd072cf2b8a

**Signature (PKCS#1v1.5)**

ng01WbEilWElKuHCRiHkeoZTBHqWQzCZtUibFowpcYrNvDBGIniqlflHur/sbFlneInqUg5hbC9WkCYVLiVxDuTj4qkdRneKbd8i5K/+q/f0dbwXTi2ZHtnGqjFVAFT/ajZQUie48ARJMp6XaY9cSTvaRKgYlMI1QTlea9qmR0ZoLv6VTt4b1h/
bMKx3lMTUkiaJD2orPJoENlLPoXM2k69pW6XTu21WtWiwX9C4CqM1forrXQlDMOsHJnyy7qRFsC7ySqSu47dZhQRX48weE/cYAY07YHfdsAjpYEap2TnsDspza3/o24gBqyGP92RLXpJ0hD2EM7TKdDfrPSFfLQ==



amazon

Checkout (1 item)

1 Shipping address

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Change

Or pick up near this address - See nearby pickup locations

2 Payment method

[redacted]

Change

Billing address: Same as shipping address.

Add a gift card or promotion code or voucher

Enter code | Apply

3 Offers

Change

4 Review items and shipping

FREE TRIAL

[redacted] we're giving you Prime FREE for 30 days!

Get your Prime eligible items ~~Thursday, May 11 by 8PM~~ **Tomorrow, May 9 by 8PM** for ~~$5.99~~ FREE

Get FREE One-Day Delivery with Prime

No hassle. No commitments. Cancel anytime.

**Delivery: May 11, 2023** If you order in the next 20 hours (Details)

Items shipped from Amazon.com

**Smiley Face Necklaces for Women - Happy Face Charms Choker for Women Fashion Pendant Necklace Jewelry Y Necklaces for Women Gifts for Women,6 PCS**

$9.99 & FREE Returns

Qty: 1

Sold by: dajudaju

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

- **Tomorrow, May 9**
  FREE One-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Thursday, May 11**
  $5.99 - Shipping
- **Tomorrow, May 9**
  $9.99 - Shipping

Place Your Order and Pay

You'll be securely redirected to MasterCard to complete this transaction.

**Order total: $16.68**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

Get FREE One-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.

Try Prime FREE

Place Your Order and Pay

You'll be securely redirected to MasterCard to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $9.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $15.98 |
| Estimated tax to be collected: | $0.70 |
| **Order total:** | **$16.68** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: 3PCs/Set Smile Corduroy Aesthetic Tote Bag with Smiley Face Makeup Bag Cosmetic Bag for Women with School Lunch Bag (Beige) : Home & Kitchen

**URL**

https://www.amazon.com/Corduroy-Aesthetic-Smiley-Makeup-Cosmetic/dp/B0BV6GZGVW/ref=sr_1_150

**Collection Date**

Thu, 20 Apr 2023 11:46:45 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

sS9VIdvH7HgMTHHjPAubUj/BfUIaBR81ZOFVc828N9HYVzSh4OHK0RJiO/0sJ4c2ACSKaIY7dnW1A6JSr1E8BUYUIj0kGFrd5nrtSu8zTeFRnkMSJcYAPKRN+Ix7Q2ID1RBzsituPibevPvqOghNtem9quoSWk2B3V/Dkci21fQ=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Corduroy-Aesthetic-Smiley-Makeup-Cosmetic[fs]dp[fs]B0BV6GZGVW[fs]ref=sr_1_150]]_Thu,-20-Apr-2023-11-46-45-GMT.pdf

**Hash (SHA256)**

5a09f390f1c05f28dc2967b9bea34fd781373b2b89e19485c983dcdaedc91e23

**Signature (PKCS#1v1.5)**

kn/9n0nCH+jUzEMbpidgBzVI+IHhhYVs5JUU5BMYZfxdIU3EPis83IQaA1HLebdZQvC08hUQsvanKbeCfhbSbZWImIgwqIWt6vX9NJm4cw0dQw1MGpIY0bac9JtCk2hDykg73XN9A0i/KhBkgW7nfWrOI+zgPFsiHSOHc52JYbI=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Sat, 20 May 2023 03:54:02 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

116.68.96.16

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

DGzGc+GVgIlmnZ7XKHOg5yPRVDRsVWoXTcBLIFS+D0jq21ebV7ES5QLXQovav2AmlUSmJGQIhoZ9K22ASn0LObsUOllDEBWPbRVJZgiDQNvRCxQjrhzJxe4lGR/vjuBzo22bYLj3KakteOtwHNBcFyn0bWho9DTWmue4cHZyUlX+2tgzJ6kCv+/GiO6ZFwfFax+VB98y2j5dcjd5M8jav/
HbAMYfautVxdrPCmrUnklamxmRO46Li9PbPx6tBoukpVx0xQo0On9NPFM1FtcS+/XE++0TloezGpylIzqH8T7A664jbHz+iNJfLF9a4130jbzLDZtyzMTBqyZgK8dgPw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Sat,-20-May-2023-03-54-02-GMT.mhtml

**Hash (SHA256)**

32c102f05960626c20fc80d9aeb0d5b3f08f353bcb2ab218413b02511b25e33a

**Signature (PKCS#1v1.5)**

Dkme2ZDZ9x7fFNausHjNpYMOy8AXsO2ARNFf6C86j+wZQbntp7OPtarVD+2Tw7jhBZhiggmZ8xtcyT726rV9z/HaxaUqWFZZLuGNMbQgB3vlqR7vMPsdKDIxtrovzCC4E2vsaIVuVS6lohCHgboExmogweyJT/mm+FG8Z9XoIxTOOo2AbjN9tVx7T4Rd/3fmeW5jUCigS4etZZ0+G8OY
+Oxp8zDyFsUebZGT9tcBwR+MMmr8ij6rNeRL8mmjn2QPhGErv6zVShZjtwRzSZX8GBAoowTT0XnOOr93xv7j0ekLJ8BuRsSxILDCmgvPv8wUBsSnaT/ch7ld4PjhMTdP6g==



AXENCIS
Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**
Amazon.com: Danitar Flower Floor Pillow 23.6" Cute Flower Shaped Seating Cushion Soft Sunflower Smiley Cushion Flower Pillows Decorative Throw Pillows for Chair Couch Bedroom Car Shop Restaurant Decor (Yellow) : Home & Kitchen

**URL**
https://www.amazon.com/Danitar-Flower-Pillow-Cute-Smiley/dp/B0BVKFTV2X/ref=sr_1_218

**Collection Date**
Tue, 09 May 2023 09:45:56 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Sarah Christodoulou

**IP Address**
2a0d:5600:8:93::5

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
CgkatryhKxBf9n2JnoV0Q2QKt8iM4k+rUebA4adn4Z9YKOWrZt9GlugzXFA3iBsEvmueJk571vSVTXQ5mW2xuXRdn6hNlCRjhlnRpdE3rQl8q7OexdSSPsjDW/4Qn67facfuFl2wKMkf4FJ+Vx+XhIMna7flnUCL7JC19IRLgFI=

# File Signatures

SCREEN CAPTURE
PDF

**File Name**
screencap_[[https[s][fs][fs]www.amazon.com[fs]Danitar-Flower-Pillow-Cute-Smiley[fs]dp[fs]B0BVKFTV2X[fs]ref=sr_1_218]]_Tue,-09-May-2023-09-45-56-GMT.pdf

**Hash (SHA256)**
0eeae207c169458c870f3a351f60c219e848428a3fd13e30c2e71f3360a3b05c

**Signature (PKCS#1v1.5)**
SDxfSv1vCsU9YqXcKrqkIs94+sahRjqNHFR2aArsX6QaFYZ+GfAzKs582J4CDgOmUmmEygW0V89KXcoegsc0Gqh+cSxEPt2KqSP5fVKitvnkbWAKUNTrZevYwDtESMJkcoLWKZo9R8fp+8fWFPzuPlaLNpvZUGPJY2MknVtlvjU=



Help their budget go farther
Shop gift cards ›

‹ Back to results

## Danitar Flower Floor Pillow 23.6" Cute Flower Shaped Seating Cushion Soft Sunflower Smiley Cushion Flower Pillows Decorative Throw Pillows for Chair Couch Bedroom Car Shop Restaurant Decor (Yellow)



Roll over image to zoom in

Brand: Danitar

$30.98

Get a $60 Gift Card: Pay $0.00 ~~$30.98~~ upon approval for Amazon Visa. No annual fee.

Color: Yellow
$30.98 | $30.98 | $30.98

Size: 23.6"
23.6" | 15.7"

| | |
|---|---|
| Fill Material | Polypropylene |
| Pillow Type | Floor Pillow |
| Color | Yellow |
| Size | 23.6" |
| Brand | Danitar |

### About this item
- 【Cute flower shape】 This super soft sunflower floor cushion is very fresh and lovely. The colors are bright and make people feel very excited and comfortable.
- 【High-quality material】 This flower floor cushion fabric uses high-quality plush fabric, PP cotton filling, soft and comfortable . The real touch makes people love it.
- 【Applicable occasions】 These cute and beautiful flower floor cushion are definitely the first choice for home decoration, making your home more warm. At the same time, it can also be placed in the living room, reading room, bedroom, and balcony for use by family and friends.
- 【Product size】 We select two popular sizes of flower pillow to choose from,S-40x40cm/15.7"x15.7", M-60x60cm/23.6"x23.6"。The size S is suitable for children or decoration, and the size M is very suitable for use as a seat cushion, or a lazy sofa.
- 【Great Gift】 Flower cushion has a soft touch, cute and bright appearance, and is very popular with everyone. If necessary, you can also send it to family, friends, sons, daughters and other holiday gifts, such as birthday, Thanksgiving, Christmas, Halloween, New Year and other holiday gifts. This is the best gift for you and your family and friends.

Report incorrect product information.

$30.98
$9.99 delivery May 23 - June 7. Details
Deliver to Miami 33132
In Stock
Qty: 1
Add to Cart
Buy Now
Payment: Secure transaction
Ships from: Danitar Direct
Sold by: Danitar Direct
Returns: Eligible for Return, Refund or Replacement within 30 days of receipt
Add to List

Have one to sell?
Sell on Amazon

HIGOGOGO Floor Pillow, Square Meditation Pillow for Seating on... 4,744 $36.99 prime
Sponsored

HIGOGOGO FLOOR PILLOW, SQUARE MEDITATION PILLOW FOR SEATING ON FLOOR SOLID THICK TUFTED SEAT CUSHION MEDITATION CUSHION... 4,744 $36.99 prime
Sponsored

### Based on your recent views
Page 1 of 58
Sponsored

- Zaxqunty Smiley face Flower Curtain Buckle The Little Flower Throw Pillow (Yellow) $24.85
- Danitar Cute Flower Pillow Creative Rainbow Smiley Face Throw Pillow Sunflower Shap... $16.98
- WYIKE Flower-Shaped Cute Pillow, Flower Cushion, Reading Pillow and Leisure and Com... 226 Amazon's Choice in Throw Pillows $15.59 prime Save 5% with coupon
- Adorable 15" Minky Flower Pink Throw Pillow 443 $15.19 prime
- dylmzam 16.5 inch / 42 cm Sunflower Pillow, Soft and Comfortable Sunflower Smiley C... 3 $15.22 prime
- lannery Flower Plush Throw Pillows, Flower Floor Pillow Seating Cushion Toy for Rea... 604 $11.99 prime
- TEFU Flower Plush Pillow, Sunflower Pillow Soft & Comfortable Sunflower Smiley Cush... 341 $30.46 prime Save 6% with coupon

### 4 stars and above
Page 1 of 46
Sponsored

- Sioloc Flower Pillow,Flower Shaped Throw Pillow Butt Cushion Flower Floor... 1,603 #1 Best Seller $15.99 prime
- TEFU Flower Plush Pillow, Sunflower Pillow Soft & Comfortable Sunflower Smiley Cush... 341 $30.46 prime Save 6% with coupon
- YILANLAN Cute Flower Cushion Plush Floor Pillow Casual Comfortable Pillow... 227 Amazon's Choice in Floor Pillows & Cushions $14.99 prime
- ANYEI Flower-Shaped Throw Pillow Cushion Floor Cushion Cushion Office Sedentary Tat... 1,005 $13.99
- Smiley Face Sunflower Neon Sign Light LED Smiley Face Gifts Light Up Sign for Bedro... 80 $39.99 prime
- LEVINIS Hot Pink Lip Shape Throw Pillows Girls Valentine's Day Gift Soft Velvet Dec... 705 $22.99 ($1.28/Count) prime Save 10% with coupon
- Adorable 15" Minky Flower Pink Throw Pillow 443 $15.19 prime

### Product Description

Feature:

Cute Design: Adopts lovely sunflower shape, lovely smiling face pattern, lovely and interesting, bright yellow, which can light up your space and bring a beautiful landscape to your home.
Soft material: made of high-quality plush fabric, filled with three-dimensional PP cotton, full and fluffy, with good elasticity, soft skin and comfortable touch.
Widely used: flower pillow, flower floor pillow, chair cushion, home decor throw pillows, car pillows

Specifications:

Material: high-quality teddy velvet fabric+pp cotton (filled)
Color: white (yellow smiling face)/yellow (white smiling face)/yellow (brown smiling face)
Size:
S: 40x40cm/15.7"x15.7"
M:60x60cm/23.6"x23.6"
Applicable scenes:
living room, preparation room, bedroom, sofa, balcony, office, car, shop, restaurant, coffee shop

Package contains:
1 * Flower pillow

Notice:

1) Manual measurement, please allow 1-2cm deviation.
2) Due to the difference between the shooting light and the brightness of the display, there may be slight color difference. Thank you for your understanding.

### Product information

| | |
|---|---|
| Fill Material | Polypropylene |
| Pillow Type | Floor Pillow |
| Color | Yellow |
| Size | 23.6" |
| Brand | Danitar |
| Shape | Flower |
| Special Feature | Washable |
| Cover Material | Teddy fleece |
| Pattern | Smiley Face Sunflower Shaped |
| Age Range (Description) | Adult |
| Number of Items | 1 |
| Product Dimensions | 23.6"L x 23.6"W |
| Product Care Instructions | Machine Wash |
| Style | Art Deco |
| Item Firmness Description | Plush |
| Theme | People |
| Model Name | Sunflower Pillow |
| Seasons | Autumn, Winter, Summer, Spring |
| Unit Count | 1.0 Count |
| Fabric Type | Teddy Fleece |
| Manufacturer | Danitar |
| ASIN | B0BVKFTV2X |
| Country of Origin | China |
| Item model number | Cute Smiley Face Flower Pillow |
| Date First Available | February 12, 2023 |

Warranty & Support
**Product Warranty:** For warranty information about this product, please click here

Feedback
Would you like to **tell us about a lower price?**

### Videos
Help others learn more about this product by uploading a video!
Upload your video

### Products related to this item
Page 1 of 20
Sponsored

- Zaxqunty Smiley face Flower Curtain Buckle The Little Flower Throw Pillow (Pink) $24.85
- TEFU Flower Plush Pillow, Sunflower Pillow Soft & Comfortable Sunflower Smiley Cush... 341 $20.16 prime
- Pillow Fight Knockout Luxury, Adjustable Down Alternative Bed Pillows - Best Coolin... 338 $154.99 ($77.50/Count) prime
- Danitar Cute Cute Rainbow Flower Pillow 19In Sunflower Shaped Pillow Flower Floor T... $18.98
- dylmzam 16.5 inch / 42 cm Sunflower Pillow, Soft and Comfortable Sunflower Smiley C... 3 $15.22 prime
- Adorable 15" Minky Flower Pink Throw Pillow 443 $15.19 prime
- Danitar Cute Flower Pillow Creative Rainbow Smiley Face Throw Pillow Sunflower Shap... $16.98

SEEVO VELVET THROW PILLOW COVERS, SOFT DECORATIVE SQUARE CUSHION PILLOWS COVERS... 139 $16.99 prime
Sponsored

### Looking for specific info?
Search in reviews, Q&A...

### Customer questions & answers
No answered questions yet
Post your question

### Customer reviews
No customer reviews

| | |
|---|---|
| 5 star | 0% |
| 4 star | 0% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 0% |

How customer reviews and ratings work

**Review this product**
Share your thoughts with other customers
Write a customer review

HIGOGOGO FLOOR PILLOW, SQUARE MEDITATION PILLOW FOR SEATING ON FLOO... 4,744 $36.99 prime
Sponsored

### Products related to this item
Page 1 of 35
Sponsored

- Zaxqunty Smiley face Flower Curtain Buckle The Little Flower Throw Pillow (Yellow) $24.85
- Danitar Cute Flower Pillow Creative Rainbow Smiley Face Throw Pillow Sunflower Shap... $16.98
- Retro Smile Smiley Face Good Vibes Only Throw Pillow Case 18"×18",Inspiring... $11.99 prime
- dylmzam 16.5 inch / 42 cm Sunflower Pillow, Soft and Comfortable Sunflower Smiley C... 3 $15.22 prime
- Adorable 15" Minky Flower Pink Throw Pillow 443 Amazon's Choice in Throw Pillows $15.19 prime
- Danitar Cute Cute Rainbow Flower Pillow 19In Sunflower Shaped Pillow Flower Floor T... $18.98 Save 5% with coupon
- Smiley Face Sunflower Neon Sign Light LED Smiley Face Gifts Light Up Sign for Bedro... 80 $39.99 prime

HIGOGOGO FLOOR PILLOW, SQUARE MEDITATION PILLOW FOR SEATING ON FLO... 4,744 $36.99 prime
Sponsored

### Best Sellers in Kitchen & Dining
Page 1 of 5

- Simple Modern 40 oz Tumbler with Handle and Straw Lid | Insulated Reusable Stainless Ste... 4,188 #1 Best Seller in Kitchen & Dining $29.99 Get it as soon as Monday, May 15 FREE Shipping on orders over $25 shipped by Amazon
- Stanley Quencher H2.0 FlowState Stainless Steel Vacuum Insulated Tumbler with Lid and Straw for Water, Iced Tea or Coffee, Smoothie a... 286 $35.00
- Owala FreeSip Insulated Stainless Steel Water Bottle with Straw for Sports and Travel, BPA... 15,230 #1 Best Seller in Insulated Bottles $22.59 Get it as soon as Monday, May 15 FREE Shipping on orders over $25 shipped by Amazon
- Etekcity Food Kitchen Scale, Digital Grams and Ounces for Weight Loss, Baking, Cooking, Keto... 138,885 #1 Best Seller in Digital Kitchen Scales $13.99 Get it as soon as Monday, May 15 FREE Shipping on orders over $25 shipped by Amazon
- Stanley IceFlow Stainless Steel Tumbler with Straw, Vacuum Insulated Water Bottle for Home, Office or Car, Reusable... 9,329 $31.00 Get it as soon as Monday, May 15 FREE Shipping on orders over $25 shipped by Amazon
- DASH Mini Maker for Individual Waffles, Hash Browns, Keto Chaffles with Easy to Clean, No... 229,879 #1 Best Seller in Waffle Irons $9.99 Get it as soon as Monday, May 15 FREE Shipping on orders over $25 shipped by Amazon
- OXO Good Grips Large Salad Spinner - 6.22 Qt., White 27,092 #1 Best Seller in Salad Spinners $29.95 Get it as soon as Monday, May 15 FREE Shipping on orders over $25 shipped by Amazon
- Amazon Basics Stainless Steel Digital Kitchen Scale with LCD Display, Batteries Included 72,388 $11.39 Get it as soon as Monday, May 15 FREE Shipping on orders over $25 shipped by Amazon
- Fullstar Vegetable Chopper - Spiralizer Vegetable Slicer - Onion Chopper with Contain... 59,438 #1 Best Seller in Seasoning & Spice Choppers $29.99 Get it as soon as Monday, May 15 FREE Shipping on orders over $25 shipped by Amazon
- BlenderBottle Classic V2 Shaker Bottle Perfect for Protein Shakes and Pre Workout, 20-Ounce, Clear/Black 90,079 #1 Best Seller in Cocktail Shakers $8.99 FREE Shipping on orders over $25 shipped by Amazon

### Inspired by your browsing history
Page 1 of 5

- FIONOUT Colorful Sunflower Plush Pillow,Flower Pillow,Flower Shaped... 138 Amazon's Choice in Floor Pillows & Cushions $21.96 Get it as soon as Monday, May 15 FREE Shipping on orders over $25 shipped by Amazon
- DOTAIN Retro Preppy Leopard Print Merry and Bright Christmas Throw Pillow Cover Decor,Colorful Merry a... 2 $7.99 Get it as soon as Monday, May 15 FREE Shipping on orders over $25 shipped by Amazon Only 12 left in stock - orde...
- OGILRE Lightning Boho Cute Pink Choose Happy Smiley Face Preppy Canvas Wall Art Decorations Prints, Girl... 1 $16.88 Get it as soon as Monday, May 15 FREE Shipping on orders over $25 shipped by Amazon
- HAUS AND HUES Pink Posters Preppy Posters - Pink Posters for Room Aesthetic Preppy Paintings Dorm Wall Art for College Girls Cute... 124 $32.99 FREE Shipping on orders over $25 shipped by Amazon Only 3 left in stock - order...
- MINI ZOZI Preppy Room Decor Pink Posters 8"X10" UNFRAMED Aesthetic Trendy Stuff... 61 Amazon's Choice in Posters & Prints $9.99 Get it as soon as Monday, May 15 FREE Shipping on orders over $25 shipped by Amazon
- Ever Variety Rainbow Flower Pillow - Bigger Size Soft & Comfortable Flower Plush Pillow wi... 51 Amazon's Choice in Throw Pillows $22.95 Get it as soon as Monday, May 15 FREE Shipping on orders over $25 shipped by Amazon

AXENCIS

Investigator Name: RemoteUser2

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Mon, 15 May 2023 06:31:16 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

RemoteUser2

**IP Address**

116.68.99.108

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

TceQ0J41o/ZPBvVQRhvPR7X9xLdkQtESxRHzMn/1BkwpiwZJ50Er3YoIdoY+pLWM8NG8E0WpRsmdDdk/98zdcjnfF7uc8mNahmcy9EZ5tiShJiQxL7QBn83kos1HboqFZnVw1hwcGicSxnyyBnCR+Sx9uXQFtXWRPSVSvhlOM5ecSY6RkEzpkitI8+rAwwa8vZeL9Vgddc/
K9hILoUbGFOSTxu6hIoRAwwBqTEYli98ZlQ57YWhw1Ko67zkW6xvxDkyZebEHDwoxBUBwavzMI2RMrQuWVru1WXsneNwflbuE3EoBOdaJANiyUk4PMyGhnTyz3fNQeI/yyvWAK0KmUA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Mon,-15-May-2023-06-31-16-GMT.mhtml

**Hash (SHA256)**

54fec187f1b08c36c44cae69fa4afbcf31092899817e06546fd016a75be8875f

**Signature (PKCS#1v1.5)**

jJm1OG05Jpw0jiBDgogSKDDydVlHUIT08sakZ7VOH1WyKH3TYBaE34P3Wi9L6liSFKFs97OmSkkmcfAjBs2kyQykn2geI6mV1J2uAGVqabr2tX6PXZ3EsSsnQJq7MMMS8fxvYkRd/fhoqa/2TrQxUikQFCiMY/
fvcPm7PF3ZpzCVlfzV5fDxGKFhJ99gEp4ZSZ/7cfLEhbNWPjBZPxvSu0TUMgP1MeEGBlwI2VYvvCwp9PaHOZl2hnnAdu4S3Hp2Eki8yW6iEvRMVgMm3PWWGLc6JdD2NLJihcwWWvWG4D9np+mYAdPhIPYUx6Byz7OamCYamK6YzPs9WxzbRfF8Ow==



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Little Daisy Sun flower aluminum film balloon multi-color smiley face net red balloon flower baby photo 28 "balloon (6 PCS) : Home & Kitchen

**URL**

https://www.amazon.com/Little-flower-aluminum-balloon-multi-color/dp/B0BW5TMZ1H/ref=sr_1_392_sspa

**Collection Date**

Mon, 24 Apr 2023 07:05:18 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

V70g/3oRl/DeKlMuR9UPB/bMY/RBIpeXvygwii9tg2AJNF6Y6vAUr6+ArQcibGPLPShyH0Ho2ZK5nYgFPWBizqZIYaN5GTc3o8LgRESJ4Cp3H42q42eBZOk8j7uNQMWoOmS+crlgNfGtCTJAoJkekbuIMP6jkxWCjWM4Ossp+oE=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Little-flower-aluminum-balloon-multi-color[fs]dp[fs]B0BW5TMZ1H[fs]ref=sr_1_392_sspa]]_Mon,-24-Apr-2023-07-05-18-GMT.pdf

**Hash (SHA256)**

ccdb5d244529f4b518b02b7f73b08846a1ef5dfd7cd99f98510e9c37af7d5d00

**Signature (PKCS#1v1.5)**

EOxSLAsy6C1fE38UAbRTTsNv88GSN7+CUHjiALajsSTPA3w6pKeM1ifWby+AsEh2gkSGVOsV+2T0IutDxWQ1pGIkaOCK+bxRyHPKZNrSJ2BCQFx0oV1kKl+HsEPyoO6I9kkkOByqhhTG/gvZnjawqcIlE5PSpkB0TXBM7P5ZAS4=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 26 May 2023 09:52:48 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

111.92.76.240

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

GH/okB7XyvpgJKu5pIe2sslq0AYp0zxbziOOCwe5xmkmVRR2P2unwChLJ/SpJrT5BhevW1g3Wev7XqGZ8O3h7fMAqI34Y2gBerWj5FbZTQffFfeYAAPMq77K1/t5KVDluBrk1rNHA2IF+HzrL8DMyDzt/NqEqvhKuU24tfGWKpr0+LBKQ8yKAYqKokGxPNjRt
+bVEN2gP1xuRo0D9EY2CbGfEdmuZYLplwRUJBE6MsnI1tDgqN0f/mwnWL7/VGV6JuibH1vjEpSHusyrkXiWGKiVjCPydVLy90ujQuchNcevOzQL12uK5Nz3NzuUxgZZE+RPjgcQ5qf8c5U1m2pApA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Fri,-26-May-2023-09-52-48-GMT.mhtml

**Hash (SHA256)**

23313b083c6a7ca9479664d3e9e4f3bf0add0bac4a9047f1ac7f091822b8878f

**Signature (PKCS#1v1.5)**

G6yJ89eQYNwpz7O0+RaabgSPeVFHorp4pyEmUIKNgCzZhzwxiTlMN+rKhb8NqlPFB5tp+BM+tAVW81IQaUJYSdhjZ7aXxSbWOLdz09Hjn0KPBv7SbZGY4/9iqQgeCec6NUZtfqIrpGZurJuKKwu7LME1MYC0atJLeq4/
qdjYg9EW0LXbzCdaoQfiys095lTnZ4vOyP5149JWdLUd4xVGvlLE8dCMkx0fHprRca96MERNqrgzwkyypTDYeEupnNIw+N6PUEGO+b5SH6AVEmkgM5KM+jc6goNYTQOQkb/GQ/anlAcskZBw+zUMlpcgg+3NNJIDcFQ/6j/qROHUFwWq6g==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

**VISA** **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items ~~Tuesday, May 30 by 8PM~~

**Tomorrow, May 27 by 8PM** for ~~$5.99~~ FREE

Get FREE One-Day Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: May 30, 2023** If you order in the next 22 hours and 14 minutes (Details)

Items shipped from Amazon.com



**Little Daisy Sun flower aluminum film balloon multi-color smiley face net red balloon flower baby photo 28 "balloon (6 PCS)**

cha

$12.66 & FREE Returns

Qty: 1

Sold by:

danzhoushihuojieguishangmaoyouxiangongsi

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

- **Tomorrow, May 27**
  FREE One-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Tuesday, May 30**
  $5.99 - Shipping
- **Tomorrow, May 27**
  $9.99 - Shipping

Place your order

**Order total: $19.54**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Get FREE One-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

## Order Summary

| | |
|---|---|
| Items: | $12.66 |
| Shipping & handling: | $5.99 |
| Total before tax: | $18.65 |
| Estimated tax to be collected: | $0.89 |
| **Order total:** | **$19.54** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Socky Sneakerhead CPFM Heat Map Stop Go Ye Must Be Born See Ghosts Emoji Smiley Kapital Unisex Crew Sport Socks Orange CZ2670-001 (LMISG_W) : Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/Socky-Sneakerhead-Kapital-CZ2670-001-LMISG_W/dp/B09J3PZKKY/ref=sr_1_231

**Collection Date**

Fri, 21 Apr 2023 09:29:27 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

QK6oheKWr7LomNO77HVRGMLWOeMB5zgLQ02rwt6Qtf+i6t7uwFtWo9zfgPGohWrwS9ZuBAEZNY1aLQmDHHx9lTziAjYXzFYp+pmFBuGT5cODvq0mViEizudTsIW8OqqR5WblKpamBgQyZ6FH3NqPU9JykikwKA/XZ0TQbqbp65M=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Socky-Sneakerhead-Kapital-CZ2670-001-LMISG_W[fs]dp[fs]B09J3PZKKY[fs]ref=sr_1_231]]_Fri,-21-Apr-2023-09-29-27-GMT.pdf

**Hash (SHA256)**

6c26f595dfc36b6934bd9660049ac1da3640928a6ecaf2396d767220dee4be92

**Signature (PKCS#1v1.5)**

IlvlkN/V277UzvcUGH02z9yphEAiF95kbkdjqO0mXz7abpwkbzG56d2YVOaCnKIgXI6utwRoh8le0AWc4ctMDrf9Rt0R14EeRk4xbLL3daPLNPmW9QLGGJIihIgPLX0w8tjwggtuBG1qusR3X9uk0pyCk9qnpUXQ7WB8UmnQj90=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 23 May 2023 22:20:18 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

116.68.105.240

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

UJH35qqzLiKogGOWZsZo7jgQJnHj4J6jw0HKe0G1ePW0FqZN95DHsrMRgaLf5b0bXpSOALcs04/RIJo/3q54Qc1iCsPBBF6pNnIzQ31ZPx+vLfVMq7P3IiDDRcl7208d72SuqVMDIRH5eisN0t2xcSpow+haXTI2FS1A44Y/
dXAyWBivCKXztvWYpLfnpJfKtH7cJ4IUuOR38ZnpbMRPlv7HgCsE4NIAWq8og33FLh331b23+3hlqXt+23kkKSVo0eEfKj9BQ3K7G/h1CTx8tNYNuscWnUZ/cVJb3pZshPum63IX42m1TPfbBX3LutNLLrIcSc2KxL7pGambJCD6cg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Tue,-23-May-2023-22-20-18-GMT.mhtml

**Hash (SHA256)**

5fdad57981bedf4043063833132c243bb7b93b399bfcf243adf01ccf2f7447b9

**Signature (PKCS#1v1.5)**

SVm3hWZdeIfYa2dGLQ0ZnSG14hZr9rOixMQB3usaWdGBIEc1jq5YprKUu1Fu9ccTFdpqvibBT6b1VKSGFZs0yNb79TVqZmxpbTr/dqvSXlQ/6bax1ENelcOLmnjm/pnjhWHj9+GOGWnL+0jZWCROvj02KQTU6sU3SOxP7ihlaz6vr53obeA0+sEVbTNBkGWvtYBT/
i9YR3w0Wqd3kfLax2kmsnZe1wJSLX0bzkVlhxnRTYf9HEYcsqPBC/dEmuI8UuidvqIZFAT8GmEAAXazPt0vU/SXljKd3/Co6Ig4M/RJpIig2HPaaw0LBsC29UF2HdiyHK9WJxczlufFl3gTEA==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

Change

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items for ~~$5.99~~ FREE.

Get FREE Prime Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: May 27, 2023** If you order in the next 12 hours and 54 minutes (Details)

Items shipped from Amazon.com



**Socky Sneakerhead CPFM Heat Map Stop Go Ye Must Be Born See Ghosts Emoji Smiley Kapital Unisex Crew Sport Socks Orange CZ2670-001 (LMISG_W)**

$19.99 & FREE Returns

Qty: 1

Sold by: Dao_Store

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

FREE Prime Delivery with your free trial of Prime

Fast, FREE Delivery prime

**Saturday, May 27**

$5.99 - Shipping

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

**Order total: $27.38**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Get FREE Prime Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.**

Try Prime FREE

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $19.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $25.98 |
| Estimated tax to be collected: | $1.40 |
| **Order total:** | **$27.38** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com: 100 Pcs Colorful Smiley Face Stickers Happy Face Emoticon Sticker Decals Inspirational Motivational Emoji for Kids Waterproof Stickers for Water Bottle Laptop Skateboard Computer Helmet Bike Luggage Motivational Decals for Girls Boys Teens Adults (smiley) : Electronics

**URL**

https://www.amazon.com/Colorful-Inspirational-Motivational-Waterproof-Skateboard/dp/B0C1MJQ9SZ/ref=sr_1_24

**Collection Date**

Wed, 14 Jun 2023 08:42:08 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:36::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

J0FZ5nMW1g1e690bGuiyOI5U1eOwDryXis9uPUzyKh1CzfPaq2elgtYzkGPYMjc7mh3tEvTpbYAbP3QipYSRDFlm5BEZ8h5/jReSlkbj6wtdLhN0z9ozqa6aIHHTvWsRdKJtgyfKJiu/LDJ5BTXtNumSKEODMvrLyUzXeUq4g38=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Colorful-Inspirational-Motivational-Waterproof-Skateboard[fs]dp[fs]B0C1MJQ9SZ[fs]ref=sr_1_24]]_Wed,-14-Jun-2023-08-42-08-GMT.pdf

**Hash (SHA256)**

afe78ba3859d52677084057b04023b71e427b34c5d484d914d376e3284ccc031

**Signature (PKCS#1v1.5)**

mollAybiFchuoP0XrlzcZGEt9XwiiMJrwa11FciuvxQn7KtmFUn77sOlVa8jYXR7UlErEGfuaYfs4AXbe/ukCvn1pnPv9UFbf6krYC7wjbUcYvXqw++ok8GwWhDmGi2Qd9IlIveGSyzqWYvomDgt8ZbYwJYaDW5ZCLwiPqtpAyQ=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Wed, 14 Jun 2023 15:06:21 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

202.164.131.66

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

STTtThhlpzRiyJ2gsiTilhUUzwWEhnxl/4qXHAudvI7Ez256232ljnErj96jwd4XDc9AV57AiUxOs1Mei
+DYjPTHPjX996+JVVpP9dyKymMnQ8+xMwA3agigqsU91ECVdBniolyBTYuHoLZ5GupQhPkOCAuiBTsWKAVK8+l8XjJjWypjdfVqfSB6U4WgmAsnm6fbEcoUCYLJI4sHYebLHUQgk7DlyfjtHBu5HLndrS7FAZf4gEFIgFVQV7k3mJgiMg0yaR5BCqyy12B2wQSqy09sgiYpwd09I1v9P1r4aNPDzU
26Ku/ZFjNyJuTv+wm69rzwoT8GOy9Zp03phq+3Tg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Wed,-14-Jun-2023-15-06-21-GMT.mhtml

**Hash (SHA256)**

cca6fa233780a05cc90247ec4a08b43e4f2c4fed24f1b15ef6def930270ce78a

**Signature (PKCS#1v1.5)**

oGpm8IaVw7qgzfenKOFJucWX6HnBam4nBRSuEaj8BquUbZKdbS4uZ1Ley8JlEtSs03vm7/tkSQU02WhBJrQM3ItPg5q8xAEug2pud7qnEMmdJixhy7xFYJyJRbXm8WLvOaMkNgLQUuiTu/2kWXqh7Ih1y2Sbu0k/
LBuCVN/8Nh8LZbv5ERUJy9K6ugc6UgnKVpGlmXrEWnZIKaz7PMQFBM64WQDO3ATtg659t18rt3dH9SjfEv0mJq12PB7mra0L1KYoOV0gcthpHG/YUe9Kvhu6GW934hKZwPmv2B+rta9wnG38dZ11hwBvxhwLaeWmSqbRXiIq+Gq2eZazt9aBMA==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

Change

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items with your 30-day FREE trial of Prime

Get FREE One-Day Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: June 15, 2023** If you order in the next 2 hours and 8 minutes (Details)

Items shipped from Amazon.com



**100 Pcs Colorful Smiley Face Stickers Happy Face Emoticon Sticker Decals Inspirational Motivational Emoji for Kids Waterproof Stickers for Water Bottle Laptop Skateboard Computer Helmet Bike Luggage Motivational Decals for Girls Boys Teens Adults (smiley)**

**$8.99**

Qty: 1

Sold by: DaphneUS

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

- **Tomorrow, June 15**
  FREE One-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Tomorrow, June 15**
  $5.99 - Standard Shipping

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

**Order total: $15.61**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $8.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $14.98 |
| Estimated tax to be collected: | $0.63 |
| **Order total:** | **$15.61** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com | DASHALOU Cute Lightning Smiley Face Slippers for Women Men Comfy Fuzzy Soft Cozy Plush Non-slip Slip-on Shoes | Shoes

**URL**

https://www.amazon.com/DASHALOU-Lightning-Smiley-Slippers-Non-slip/dp/B0BJKZW6JM/ref=sr_1_85

**Collection Date**

Wed, 26 Apr 2023 04:49:42 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

E/j7xVzVFJrPlo1c4xO3E90vP+AMs81NJTQFHpKlaooS8FBAP30zQcLAC4DweR8sfuFbDwo0Y6A3EZNwXVrehhhaw8EYBbVnRN3UDSyR1yxBBhGyQWzH0BUy7H37gcxRNKmstzhL+3vC77XAOhY+IOLdLE/4uoJt6COMsAUFXko=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]DASHALOU-Lightning-Smiley-Slippers-Non-slip[fs]dp[fs]B0BJKZW6JM[fs]ref=sr_1_85]]_Wed,-26-Apr-2023-04-49-42-GMT.pdf

**Hash (SHA256)**

220550910b96d105de2c868c14ff9b6d8e0d1e0e00b10bc297fe32986190324a

**Signature (PKCS#1v1.5)**

IryJELXdhOgMxNjpO9IMOz5lmCaHMaBTr9FAs5nT6QWXClvPf26rDLWE0bxqbAjVoRZEszn31uKR+/LwjE3p5PtCZQF4rdK931nEylsB9rcVMWzlWZ2i+tnJYe7yfeDmtKnvvxVI2xGuel4WYhl2+wNKRiq1MKholDBag6YWbXI=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 30 May 2023 10:42:36 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

202.83.40.142

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

qPvfjkxU9L9MdSihbei+j0zj6k9dJE8JlI9u2lrB6FDRdf5SZ2VIF8QabHtlJySrfGhoga56yCcrFeRSeSbtirDjYjpNiUWg4aYQLKgp8sg7h7Q0Ygj1v9gNu+ahnz3bGH2Led+g9vPeDZ3HykGd6oS0tcqHAWFfG8ziGLQFb4/VHFWZ5JU/
zOdctyOTw8QNNEq8w8FaGvsB8gxv67KNgGrQZkp1wPUoXGndqdgIPq+s45/CogyCkwxfIj/Q/K2Fv8SKJmIyN8GQEhT+ndOJM7R6sidCz+xct5qzi/cL8c81sjJ1SnvWABBR+HW5fPsAj7zpdXBZv4Kulba43r7mpg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Tue,-30-May-2023-10-42-36-GMT.mhtml

**Hash (SHA256)**

1338af021080ebdf0fca4d536e28726a54116ebf3b95004108195da3628493b5

**Signature (PKCS#1v1.5)**

p+2HvyYEllgNmjKFsakE4XXZAyenXxaJOvdiJz7150071P8eeYtnlXwwlq1O2DfNAmwIbShNW3rEd97daXebIuxQqOOqTn2AIZ6nUA89kWQ8fAnbzevjeL5kM0QZJC4sN//z1cRAkzqkWGycr3JdZWJcJ5DRuzk2aPf+9WTysncMpo+7Kv6giLm8yveSSlAjUxpQe
+V7q0UukEoCjFflI0NCwxq0aBrksux0DKIGD/e8PZE/8Paq+5vH3+/aTNezv7KV378cePuuk/B3yoCI8wBIGRTa+0BHFqKDEtUXZ5enDmOIVbrBiJo4fIsPkNi6qdq206FeO2GtHk5aqqgGNw==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

**2 Payment method**

VISA Visa ending in 9985

Billing address: Same as shipping address.

Add a gift card or promotion code or voucher

Enter code | Apply

Change

**3 Offers**

Change

**4 Review items and shipping**

FREE TRIAL

Jade, we're giving you 30 days of Prime benefits for FREE

Try Prime FREE for 30 days

**Estimated delivery: June 13, 2023 - June 28, 2023**

Items shipped from DASHALOU



**DASHALOU Cute Lightning Smiley Face Slippers for Women Men Comfy Fuzzy Soft Cozy Plush Non-slip Slip-on Shoes Blue 39/40**

$15.90 & FREE Returns

Qty: 1

Sold by: DASHALOU

Gift options not available

**Choose a delivery option:**

Tuesday, June 13 - Wednesday, June 28
$3.99 - Shipping

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

**Order total: $21.00**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.

Try Prime FREE

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $15.90 |
| Shipping & handling: | $3.99 |
| Total before tax: | $19.89 |
| Estimated tax to be collected:* | $1.11 |
| **Order total:** | **$21.00** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

DASHENRAN Smileysox, Smile Face Socks, Radwish Smiley Socks, 10 Pairs Womens Grils Cute Smile Socks, Smileysox Smiley Face Socks, Loouz Smiley Face Socks at Amazon Women's Clothing store

**URL**

https://www.amazon.com/DASHENRAN-Smileysox-Radwish-Smiley-Womens/dp/B0BQ6YHV55/ref=sr_1_248

**Collection Date**

Fri, 21 Apr 2023 09:32:06 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

cVOip8OwpttSPdDidjoF8+yCs8v2G6Ihn6rALLd396dOZKwYT36l2MVhTwGLJXoLMU7rrhydvgtKAL+T2gDNPWxuObkUCWghQQpOw/huRoyj5Kl+qCmZ0+sGIF6qHF08WoSJ6RqwIRWelnMAJDO0BTfznilQFzTeWCm2FKrxpX4=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]DASHENRAN-Smileysox-Radwish-Smiley-Womens[fs]dp[fs]B0BQ6YHV55[fs]ref=sr_1_248]]_Fri,-21-Apr-2023-09-32-06-GMT.pdf

**Hash (SHA256)**

65e4628944cbf8b45562ed60b961d1feb0a54f2519f509ac3e64b4009c93aae1

**Signature (PKCS#1v1.5)**

IgXwjQRhsiv4c7bY0fn710+KidEaZW2MvIiv4Ewu7/acyWFNsdAKgvnmOVHpsgEfSrzRzMtfIs03hElTbqF52slbdCMTHXi2nzc6gEE3YAekgeAsRiZBoU+le3AbHkQCGpCqdyJdQmF1MpHc+MA1IwRtr46Of2Cq+oQ3EnBHGXQ=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 23 May 2023 22:42:43 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

116.68.105.240

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

PkegW7lPE2Z51X4Xx1N9o9k3nB93IAVHt/MvCZ2G1eVF+D5rUOyw+Ar/TQ2OlaLGYLbB0X+KrjbPbbAyROQet7N1XjGC7RvEuNzLJ0auosqoCer4qMofEBgyAHMEYJGoXkSYBNQXY8cfkkLhmwNB5jSYEPBtV1OnE/WNfROE9DTPfYs9ruTS/
AeXGPRzKYY6nBrHckvkAsW96oox40oL81sXBGSes94WREJvrBRBMYtF19OubzrKWdjGU1s2tlE5oYXXypmqWggtYxjBiv49O0GcQNBJ6pzMlHC1c2XyQDm9XUDp2tfEWeMZQIuKfX/2CXjitBviHXOxx1S8OkvY5Q==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Tue,-23-May-2023-22-42-43-GMT.mhtml

**Hash (SHA256)**

87d9caaec80f51ff96318b8acd75f7350ca7129bfd76f2693e04b74d6748fa77

**Signature (PKCS#1v1.5)**

IWlvuHlbLVU2zeU23H5v6xlWw/oxFB+IyRiviTokuwKNHk7Tf90DRkcyGT0HiQ9qv5rRI162hbYMgfuFW9Ef44CU57mTTzMnPkktFbbT8/UfV0EySK2zg8c1FbMpcXEZC7rt0JfvCNEVE1Ov8A+ANITbi+sc0/bI+q+mtFDhKTPrFm9npByl9V3jQaFtB+n45rOK1yPLqK8ADG/OYH9N0CLojyziHpn4wPIpv
+/A2CP0sakYI/3L7fsTGX4rNGHA+W3Coh+cYbNjN+jql1QW5ITQa2XGmjmmPQbcjC7MNvM3yv2zaBp/7Q474LdN+HmBpgTafFsRgJXdfJya6RoyZA==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

**2 Payment method**

VISA **Visa** ending in 9985

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

Change

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you 30 days of Prime benefits for FREE**

Try Prime FREE for 30 days ›

**Estimated delivery: June 5, 2023 - June 14, 2023**

Items shipped from DASHENRAN Store



**DASHENRAN Smileysox, Smile Face Socks, Radwish Smiley Socks, 10 Pairs Womens Grils Cute Smile Socks, Smileysox Smiley Face Socks, Loouz Smiley Face Socks**

$11.99 & FREE Returns

Qty: 1

Sold by: DASHENRAN Store

Gift options not available

**Choose a delivery option:**

Monday, June 5 - Wednesday, June 14
$4.99 - Shipping

Place your order | **Order total: $17.82**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $11.99 |
| Shipping & handling: | $4.99 |
| Total before tax: | $16.98 |
| Estimated tax to be collected:* | $0.84 |
| **Order total:** | **$17.82** |

How are shipping costs calculated?
Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com : Decorably 10,080 Small Smiley Face Stickers, 70 Sheets Small Stickers for Kids Reward Chart, Tiny Stickers for Kids, Smiley Face Stickers Small, Little Stickers Happy Face, Small Happy Face Stickers : Office Products

**URL**

https://www.amazon.com/Decorably-Stickers-Classroom-Teacher-Students/dp/B09JWMRQV9/ref=sr_1_85

**Collection Date**

Thu, 20 Apr 2023 08:11:03 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

buApZryz+0rfGFo1zXb8db6gJQBPyUJYxW+/PvZDxJNNYYw46vNi2tWafFpmBRrLbq2CbvzMzigwdUSZlnceSwjZjVY7PJ2ex8xMlBrFkj8z5/Fh45uO/uMPY6uzQ55Mj9phXVKICFWq2kBFTRemPxacSk4aEJzqvdzsQ+QTjXo=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Decorably-Stickers-Classroom-Teacher-Students[fs]dp[fs]B09JWMRQV9[fs]ref=sr_1_85]]_Thu,-20-Apr-2023-08-11-03-GMT.pdf

**Hash (SHA256)**

98e27653a40400e0fdd2ab8bcfce14c2576c5a8437b5245426e9e1c8c5866d5d

**Signature (PKCS#1v1.5)**

QteKGYWh30iT/gEfkwzXwKG+foczZy2MCQExAjafDTNCGUvAjG1Kqv7vJZwDEoZLtr1sZwbgOBJbSAq0WVsV9tOCer8DPQGV6xHiomZDiwhBO6F2eCCaC4X47kbq+LzKv/xVrhcjKlLnaA/qOD/UTMuQJj9LOkS/obQb3JC4rfk=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 19 May 2023 06:11:06 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

SxS1wW3oA+rmeasixtRikes6yUcX6Pqm+71KurF06L/1dsS9sKs9OL3ce1tapFsuWBoXkv79bBO6y23O+PgUoLoGMoJ6InvB2ncmZMUdipLwmyAm/1gc6xjXkHIaQtFjDCHwHjkDhYLVsbxbflYhDDQd84Qo/
QuED2r5KQyTY6FMuDipdyYSfxqZ9Qj5kuguryeAzLPkI7mM53wKK/5L3FxUUC6johZql/raMji45qrNHHMm/LQQngBftS8VwR0D566E1A9aLj7qsplck8PAaRTQxsV2GC4bpwjc2t48IIWlylyPjVVoPDyJ05mhJZ5EVadkDATrW0FDgUSw9N6gUQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Fri,-19-May-2023-06-11-06-GMT.mhtml

**Hash (SHA256)**

49dd8c2add040c28cf080d57fea48bcd5c820d54cf14f3e824aec51be38099ba

**Signature (PKCS#1v1.5)**

ngtUG5BpNupgKg7ccKvDXnj1ZlIhcIBBMpbw8nK/9KqY9p4wvb7cAfbrWTZZb74s7E9RUOBgRSUAzZNc886NLEfaROFYNvZ48p/ojSPGTNgLIZ84D5NzGVm4vFKYwgeOlwcsMCLQ858kwKVvBr7HtSTAosPsd1a0i7oiqub4zjTKNhrE/usOsYEo1TVeJAHvXUD+N2jFDi6T9Wee+wqjJwM/
DhV8NX4ADrVZ5qteqW5rVR/O69kS5CXBw9QTE6och4XLWZfLtrabogwjMok/OUQFhS1HlnzCl0A3wY6/LqzG3wRdMU3oVVoM4YfkVhP+if8jn5SlnHqSBb9iq4dMFw==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

**Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**
Get your Prime eligible items with your 30-day FREE trial of Prime

Get FREE Prime Delivery with Prime

No hassle. No commitments. Cancel anytime.

**Delivery: May 21, 2023** If you order in the next 22 hours and 44 minutes (Details)
Items shipped from Amazon.com

**Decorably 10,080 Small Smiley Face Stickers, 70 Sheets Small Stickers for Kids Reward Chart, Tiny Stickers for Kids, Smiley Face Stickers Small, Little Stickers Happy Face, Small Happy Face Stickers**
$9.99 & FREE Returns
Qty: 1
Sold by: Decorably US
Amazon Prime eligible Join now
Add gift options

**Item arrives in packaging that shows what's inside.** To hide it, choose **Ship in Amazon packaging.**

Ship in Amazon packaging

**Choose a delivery option:**

- **Sunday, May 21**
  FREE Prime Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Sunday, May 21**
  $5.99 - Standard Shipping

Place your order

**Order total: $16.68**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $9.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $15.98 |
| Estimated tax to be collected: | $0.70 |
| **Order total:** | **$16.68** |

How are shipping costs calculated?
Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Men's Socks Smiley Face Pattern Present Gift Keepsake for Him Casual Size 7-12 One Size : Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/Smiley-Pattern-Present-Keepsake-Casual/dp/B0BTTG5RR6/ref=sr_1_232

**Collection Date**

Fri, 21 Apr 2023 09:29:54 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

VLcTDkawB90C8wUxTGyDe7lC5xxn2g9TMBpYHfc48+qrLdA3QpjlTK9EioPD60Mpssu4z90qsqAYxHxA0/9f+obhdEzi7vUN5zRxCoAF6IdMkMUj46Phmelmi616RQke+O1RJM13fdJMPkynnpKasTbcpWoHmTw6cEuSqB51AeQ=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Smiley-Pattern-Present-Keepsake-Casual[fs]dp[fs]B0BTTG5RR6[fs]ref=sr_1_232]]_Fri,-21-Apr-2023-09-29-54-GMT.pdf

**Hash (SHA256)**

65c467389d75811a315962d390dcadca5b15d399e3e1f2dd67ce2600dfb4545b

**Signature (PKCS#1v1.5)**

GxO0Y8WtnNBeytfxK0wJb6uDZrGhpKfJZFnGULQz5e4H5SUmVFOwR/uX0CLJ5zGM2OeXSqPOL/cZTWyFahpYI94NbhCjeB0kK4VHt5yNr6D/9p4Nq2ZcqRTio0hshUhddTU3iPAUEC22FsZZjmrei1N0RlJTjQDnuWLP9T3ZdcE=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 23 May 2023 22:30:26 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

116.68.105.240

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

eJJNZ3lxoRuMCap4qv32Ep0+pCx68rvfb9qC6IdLArdRiyU8HPT6/DJNMvh2BMn8OleYvJkZAsO30JvofgfLyYEomuEJ5aNUB6X8ZLwbCX/Sau/rmA86mecAlje3D8e0Zi81AMLpqrPypX8RzOofbAlGCKyrKh7nhmUbsIFRUDhwAq7SFULUwuIpqULLZyt/AcAopsTYcE
+3lI2OD68UCNFrUnUFq5tb4h+6cqj/ACJ84dlbCspdV83Djc7+uK3CDbV2DJDSEaCI6tSx96Yv4etZgyn0JOTNBh3hWsTmzlnbifogiU0N5kyCsk3qsx2t5mrs5B4W2xqPzV8fGF4ldQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Tue,-23-May-2023-22-30-26-GMT.mhtml

**Hash (SHA256)**

3f2be8a506eeb8cb42b9d7cfdd99b3ad9acfadff2def75f40c7e270c9279d587

**Signature (PKCS#1v1.5)**

aCLkXeCy/P/UyxVQe6In5m63T3JFmfJifbxLgJ/QMJuWC5przeaNXsB1ZGrry6vkkNXGQRLs5HajprNFgTCeZ1JjwvkNqyZHOLgOms1eHLsTgVnXwd3E0xV0k4LDTiqN6e5wvIh2zLrTUFYh7tP/NVeo7dGSAijp+67QoVzWEQGTOfE2PVqeIpuebj/
ByD47y8O18oQV9Az/8I1KxogwWKlm2UqkYEcIAYaF0Ekll8LI0h0lMRUMtbH/J0pgaHof0QQh7M67DHMnwSRcXZKH9NvU64PpehhM9V7UT4nWm/djWAjF+eVlKpG0NtSrmss85NfOSpWZ+S5HxXTRqJUhLQ==

amazon

Checkout (1 item)

1 **Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

2 **Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

3 **Offers**

4 **Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items for ~~$5.99~~ FREE.

Get FREE Prime Delivery with Prime

No hassle. No commitments. Cancel anytime.

**Delivery: May 27, 2023** If you order in the next 19 hours and 53 minutes (Details)

Items shipped from Amazon.com



**Men's Socks Smiley Face Pattern Present Gift Keepsake for Him Casual Size 7-12 One Size**

$10.95 & FREE Returns

Qty: 1

Sold by: Design, Invent, Print

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

FREE Prime Delivery with your free trial of Prime

Fast, FREE Delivery prime

**Saturday, May 27**

$5.99 - Shipping

Place your order

**Order total: $17.71**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Get FREE Prime Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $10.95 |
| Shipping & handling: | $5.99 |
| Total before tax: | $16.94 |
| Estimated tax to be collected: | $0.77 |
| **Order total:** | **$17.71** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: RemoteUser2

# Evidence Collection Report

**Page Title**

Amazon.com: GDERFANEY Preppy Jewelry Necklaces for Teen Girls Cute Smiley Face Necklace for Women Y2K Gold Plated Trendy Necklaces: Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/dp/B0BDDN2MQC

**Collection Date**

Thu, 11 May 2023 10:54:34 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

RemoteUser2

**IP Address**

202.83.40.99

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

KvNOALhn0k+butWPw7PtT06wCAVWHBXix2ELHllvQAkwEzQRoHNJPgvBrkosOMKo39s4sngnQ8mEJBlVm6fkb5FXSq2sI4M3221OxR9yi2+KsJJjGQ8DrpMYBbtGPQVMNbBUNIF2o77Ozr8V0ithtQKvSYLajpjAjz0Y0QydlnTR65qXrQ+jQ+X+okI964SMy9lJVzWEkqNkBlxbRy
+eFQrTmrqqzYrgfa11MGsvRyV0sVNs/F+4K+MrR/uFUauz5zwbsX6wpEHlm/9S4ecDUb9aiz8AiJsKFa10bWVbKjWyE9+GYG5GKnp/ci3/4YSFGgJajIcYOHDZIvO+UvIdWw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B0BDDN2MQC]]_Thu,-11-May-2023-10-54-34-GMT.mhtml

**Hash (SHA256)**

065d91af653d9942242d8b1ace0d2a69e731f70740a736ff2b9e66814aecc043

**Signature (PKCS#1v1.5)**

TaOWa7Yt88zApPk3HMYT2RPGxZ1VAVErxlxkihvNIoEtWishJEYUV7jt3a719OmxvuPe9P5otpiNaUJwYRiwuE5nC+HvzX2jp88/CFwjdOpABaaCSQNwXZCb831zciThBnPlEiAoMNWKIeCCgYHq3gQLvEiQ70mZ9zMO1IU4ygbBGcluL5xEEz3YJMHwVlhTFavudsGxpnVxTBZjn/
lLaDaTHQOv7GzMOEP0HNKjHyElzDx0No8GfQ+pib+AV22gzd53tcywXk9ueAMaJYd6ArtBGiFuE/XLUrAc5yUphT6LO+eAo+2DWn7KHf1X80xU/Urb3vsiwW/jOR7OHiLM+w==

amazon | Deliver to Jade Miami 33132 | All | Search Amazon | EN | Hello, Jade Account & Lists | Returns & Orders | 1 Cart

All | Clinic | Amazon Basics | Amazon Home | Pet Supplies | Beauty & Personal Care | Home Improvement | Health & Household Products | Computers | Coupons | Smart Home

**Amazon Fashion** | Women | Men | Kids | Luggage | Sales & Deals | New Arrivals | Our Brands | prime try before you buy

Clothing, Shoes & Jewelry › Women › Jewelry › Necklaces › Y-Necklaces

Subtotal
$6.89
Add $18.11 of eligible items to your order to qualify for FREE Shipping.
See details
Go to Cart



$6.89

1

## GDERFANEY Preppy Jewelry Necklaces for Teen Girls Cute Smiley Face Necklace for Women Y2K Gold Plated Trendy Necklaces



Brand: GDERFANEY
4.4 ★★★★☆ 17 ratings

$13.99

FREE Returns

Color: 7

$13.99 | $7.99 | $9.99 | $11.99

- Smiley face necklaces made of high quality brass,alloy,and enamel,no nickel,Hypoallergenic.Suitable for different skin types.
- The preppy necklace is the perfect gift. Give this smiley necklace to your wife, daughter and girlfriend for Christmas,birthday, they will be very happy and surprised.
- Preppy stuff,teen jewelry.It is a very fashionable accessory that matches different styles of clothes very well.Suitable for every woman who loves beauty.
- Smiley face jewelry--Friendship necklace.Wear it with your best friend,bring happiness to your friends and enhance your relationship.
- We only provide quality products!24-hour online service, please feel free to contact us if you have any questions.

Report incorrect product information.

Add your 30-day FREE trial of Prime and get fast, free delivery

Delivery | Pickup

$13.99

FREE Returns

FREE delivery **Wednesday, May 17** on orders shipped by Amazon over $25

Or fastest delivery **Sunday, May 14**. Order within 53 mins

Deliver to Jade - Miami 33132

In Stock

Qty: 1

Add to Cart

Buy Now

Payment: Secure transaction
Ships from: Amazon
Sold by: DG on line
Returns: Eligible for Return, Refund or Replacement within 30 days of receipt

Add a gift receipt for easy returns

Add to List

## Buy it with



Total price: $40.97

Add all three to Cart

These items are shipped from and sold by different sellers. Show details

**This item:** GDERFANEY Preppy Jewelry Necklaces for Teen Girls Cute Smiley Face Necklace for... $13.99

LieToi Preppy Heishi Bracelets Set Colorful White Gold Smile Heart Star Evil Eye Beaded Polymer Cl... $13.99

LieToi 9 Pairs Preppy Earrings Pack with Colorful Happy Smile Lightning Bolt Heart Star Charms... $12.99

## Product Description

Good luck！！！
Enjoy your life and enjoy this shopping experience！！！
Hope that each of our carefully selected products can bring happiness to your life！！！

## Product details

**Department** : Womens
**Date First Available** : September 7, 2022
**ASIN** : B0BDDVBBJ5
**Best Sellers Rank:** #274,775 in Clothing, Shoes & Jewelry (See Top 100 in Clothing, Shoes & Jewelry)
#271 in Women's Y-Necklaces
#1,446 in Girls' Necklaces
**Customer Reviews:** 4.4 ★★★★☆ 17 ratings

## Videos

Page 1 of 4

### Videos for related products




Upload your video

## Looking for specific info?

Search in reviews, Q&A...

Typical questions asked about products:
- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

## Customer reviews

★★★★☆ 4.4 out of 5

17 global ratings

| | |
|---|---|
| 5 star | 68% |
| 4 star | 18% |
| 3 star | 0% |
| 2 star | 14% |
| 1 star | 0% |

How customer reviews and ratings work

### Review this product

Share your thoughts with other customers

Write a customer review

Top reviews

### Top reviews from the United States

Courtney C
★★★★★ **Arrived fast**
Reviewed in the United States us on February 7, 2023
Color: 7 | Verified Purchase
Perfect timing for delivery, product was great!
Helpful | Report

Cc VINE VOICE
★★★★★ **TRENDY AND GREAT PRICE**
Reviewed in the United States us on November 30, 2022
Color: 3 | Verified Purchase
THESE ARE THE HOTTEST THINGS OUT NOW MY NIECE LOVED THEM AND FOR THE PRICE YOU GET A FEW OF THEM WHICH I WAS VERY IMPRESSED. CUTE COSTUME JEWELRY FOR THE TWEENS OR TEENS OUT THERE THIS IS BETTER BECAUSE DIFFERENT COLORS COME IN SET SO DONT HAVE TO WORRY ABOUT GETTING THE WRONG COLOR FOR A GIFT
One person found this helpful
Helpful | Report

Kam
★★☆☆☆ **Broke after one day**
Reviewed in the United States us on April 19, 2023
Color: 2 | Verified Purchase
Cheap.dont buy
Helpful | Report

N. Burdick
★★☆☆☆ **Turned after wearing twice.**
Reviewed in the United States us on February 18, 2023
Color: 2 | Verified Purchase
The necklace is so cute. I was highly disappointed when it turned and turned my daughters neck green after the second wear. Never got it wet.
Helpful | Report

See all reviews ›

## Night out styles



Mogor Women's Triangle Bling Glitter Purse Crown Box Clutch Evening Luxury Bags Party Prom ★★★★☆ 5,084 Amazon's Choice in Women's Evening Handbags $13.59 Get it as soon as Wednesday, May 17 FREE Shipping on orders over $25 shipped by Amazon

PAVOI 14K Gold Plated Sterling Silver Post Thick Huggie Earrings - Small Round Hoop Earrings i... ★★★★☆ 2,871 Amazon's Choice in Women's Hoop Earrings $13.45 Get it as soon as Wednesday, May 17 FREE Shipping on orders over $25 shipped by Amazon

Leopard Skirt for Women Midi Length High Waist Silk Satin Elasticized Cheetah Skirts ★★★★☆ 3,118 $25.99 Get it as soon as Wednesday, May 17 FREE Shipping on orders over $25 shipped by Amazon

PAVOI 14K Gold Plated 3mm Cubic Zirconia Classic Tennis Bracelet | Gold Bracelets for... ★★★★☆ 22,711 #1 Best Seller in Women's Tennis Bracelets $17.95 Get it as soon as Wednesday, May 17 FREE Shipping on orders over $25 shipped by Amazon

Bmadge Gold Geometric Earrings Exaggerated Statement Earrings Punk Stylish Sectored Twisted Earring Jewelry for... ★★★★☆ 1,801 $10.19 Get it May 22 - 26 FREE Shipping

LYANER Women's Ruffle Short Sleeve Tie Up Back Crop Top Off Shoulder Bardot Blouse ★★★★☆ 6,004 $23.99 Get it as soon as Wednesday, May 17 FREE Shipping on orders over $25 shipped by Amazon

Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell products on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a package delivery business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Your Recalls and Product Safety Alerts
Help

amazon | English | United States

Amazon Music Stream millions of songs | Amazon Advertising Find, attract, and engage customers | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Sell on Amazon Start a Selling Account
Amazon Business Everything For Your Business | Amazon Fresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Experienced Pros Happiness Guarantee | Amazon Ignite Sell your original Digital Educational Resources | Amazon Web Services Scalable Cloud Computing Services
Audible Listen to Books & Original Audio Performances | Book Depository Books With Free Delivery Worldwide | Box Office Mojo Find Movie Box Office Data | ComiXology Thousands of Digital Comics | DPReview Digital Photography | Fabric Sewing, Quilting & Knitting
Goodreads Book reviews & recommendations | IMDb Movies, TV & Celebrities | IMDbPro Get Info Entertainment Professionals Need | Kindle Direct Publishing Indie Digital & Print Publishing Made Easy | Amazon Photos Unlimited Photo Storage Free With Prime | Prime Video Direct Video Distribution Made Easy
Shopbop Designer Fashion Brands | Amazon Warehouse Great Deals on Quality Used Products | Whole Foods Market America's Healthiest Grocery Store | Woot! Deals and Shenanigans | Zappos Shoes & Clothing | Ring Smart Home Security Systems
eero WiFi Stream 4K Video in Every Room | Blink Smart Security for Every Home | Neighbors App Real-Time Crime & Safety Alerts | Amazon Subscription Boxes Top subscription boxes – right to your door | PillPack Pharmacy Simplified | Amazon Renewed Like-new products you can trust

Conditions of Use | Privacy Notice | Your Ads Privacy Choices

© 1996-2023, Amazon.com, Inc. or its affiliates

AXENCIS

Investigator Name: RemoteUser2

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 11 May 2023 10:58:10 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

RemoteUser2

**IP Address**

202.83.40.99

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

gdcUviR2ND9Iv8zh25hxWVI1p9/dP0DuxPa+8/VjG3LKgmazTsezSlaymfImXDXy3A4mXjHaan4U6Yqx2kyZWtjx/lrXIR5lLXdhlX7u5TFs7+XWMRLaeRmQsC7hFWzuc/zaUQJZXOkHWf1X7OjbNYBlMM7WZxoNIlaSuA85SWJ7cRDsygrLcTy2a/
eimoObIU5xpgEgNXgQkT3pAuCnIRhvfUCGMe1SP52SzYOEfKj5UczHGhPFd883+dOwhurOFgXQYfL6zXdb8d2O4Pz3R2R0DDt8S/dRsVtNkSEaO7+3beka/EBcOo39anT7KEZBAdXv+sSw5vZOqUDxMdfrhg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-11-May-2023-10-58-10-GMT.mhtml

**Hash (SHA256)**

f5c7e05a733dc2d199bfb3c168560d626d83dfd704c643a7ef3e31d13110e59e

**Signature (PKCS#1v1.5)**

hjx/+e+CioUw+z0fk0S56Py5NZZuttwBLaqFmCHrYPHqi5gnmtH2zs7DpXP13hWdmZbK6NUKzw7maCJt2I8IpEqGQQoLeHyq8coPNoyUUeFl6WxaWcQQNiSEAWVwrgzvKbgnrwJfuMx5qO/Vjeb7/+nF90u7TAQSGxooaFyJDw85xtZeRtduDB1EmNoaRkA+Xen
+7sZVzHIrlDXbpTyGz3e0jSThyRysOTcelTOyY7SzbNyp6pvxH0+XvlX1hXxbACT2dXlEJDQ7GL0H8bhUeaEiAdhzgXtKykiILYwCKcRapNl99RaFu3ldVWKaDWN58zJSqF7gqRaSHH48ZFDtOQ==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

Change

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items for ~~$5.99~~ FREE.

Get FREE Prime Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: May 14, 2023** If you order in the next 47 minutes and 10 seconds (Details)

Items shipped from Amazon.com



**GDERFANEY Preppy Jewelry Necklaces for Teen Girls Cute Smiley Face Necklace for Women Y2K Gold Plated Trendy Necklaces**

**$13.99** & FREE Returns

Qty: 1

Sold by: DG on line

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

FREE Prime Delivery with your free trial of Prime

Fast, FREE Delivery prime

**Sunday, May 14**

$5.99 - Shipping

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

**Order total: $20.96**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Get FREE Prime Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.**

Try Prime FREE

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $13.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $19.98 |
| Estimated tax to be collected: | $0.98 |
| **Order total:** | **$20.96** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com: 2.63 x 2.88 inches. Flower Power Smiley face Love Fun Embroidered Iron on Patch.

**URL**

https://www.amazon.com/dp/B075JF7N82

**Collection Date**

Fri, 02 Jun 2023 05:59:21 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0d:5600:8:36::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

U2UDfX+EHjC+Q7iYyk+nYbcmFIwqX9cH/sdb7OZTWUFacNBlTUcNjbIrUAFCwfsgl10uStm9J/e3TnVaVkHdxiKwk/0JqLRaQztNw0D+B79M0CYP0G//eF6Kf3AAcWiWNZmDIN3wY49EwKhuhrNkmaQKD3JvVVhJstOnjm6eZV0InEohs0BiU7vpWzBU/0waPfMh8/uygJ4HnPGTuQbSM/
YRhPnd+79up5HowPhMz6MpmAv11AIkXKGnT0POJxyo/sIDsTP29Wpx4KUeZ+iz0vjhsb3e0+V6jdLTactYi0CctQBrnWUsNEcLOPM+60C6lp7HYgR2KgWM6ymtHNxFyQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B075JF7N82]]_Fri,-02-Jun-2023-05-59-21-GMT.mhtml

**Hash (SHA256)**

c188ddb03a06af80e07693bbea69b302994542aac75b3e245831959abc2d4b37

**Signature (PKCS#1v1.5)**

jVYG911vT/XvJrH+f7npMgE8dRcFssasJCeqvvtmTaqhHNJBt/1ZuLyBzo/sHEt2GK9Pxwb4Qtjr7/JpK4eKuHdHKoCqpZU01QHNIzMu745CIPX+7TLc5UEt9zShMuXFo5ZDsWzpWP5mf8mW8rP
+FCLgiqztFjz8PHyq02MnXUJaZ9ogYZlquZmIydjBxkIl9VHBXvoMkzrQxqoJ1ilW6rSrVL0sALaS1GSUNBC2pcR9Qbkm9CzRA3wRpIIQZJmAj1xOubASJWFr7u/P/wDbe13n6JwTjLfWdE44RlCGER4L+1Fs3W33xPgxYY3RaTvPkbwh87HEsoHBM7JBr3ZJng==

amazon | Deliver to Jade Miami 33132 | Arts, Crafts & Sewing | Search Amazon | EN | Hello, Jade Account & Lists | Returns & Orders | 0 Cart

Subtotal $0.00 | Go to Cart

New Set of 2 Smiley FACE Stars Bright Pink (1 1/2"... was removed from Shopping Cart.

All | Clinic | Today's Deals | Amazon Basics | Customer Service | Pharmacy | Pet Supplies | Home Improvement | Beauty & Personal Care | Coupons | Handmade | Find a Gift

Arts, Crafts & Sewing | Best Sellers | Projects & Inspiration | Fabric | Art Supplies | Sewing | Scrapbooking | Craft Supplies | Knitting & Crochet | Jewelry-Making | Storage & Organization

Arts, Crafts & Sewing › Sewing › Trim & Embellishments › Appliques



Roll over image to zoom in

## 2.63 x 2.88 inches. Flower Power Smiley face Love Fun Embroidered Iron on Patch.

Brand: DGS Floral

$7.99

FREE Returns

| | |
|---|---|
| Brand | DGS Floral |
| Material | Cotton |
| Style | Embroidered |
| Theme | Flower,Love |
| Shape | Flower |
| Number of Pieces | 1 |

See more

**About this item**

- dimension: 2.63 x 2.88 inches.
- Ideal for adorning your jeans, hats, bags, jackets and shirts.
- Our appliques can also be sewn on.
- Free worldwide delivery. NO PURCHASE LIMIT!
- we ship with usps outside USA. it take time about 10-20 working days if you not receive the item, we will resend it immediately or give you a full refund.

Report incorrect product information

Add your 30-day FREE trial of Prime and get fast, free delivery

$7.99

FREE Returns

FREE delivery Thursday, June 8 on orders shipped by Amazon over $25

Or fastest delivery Saturday, June 3. Order within 5 hrs 48 mins

Deliver to Jade - Miami 33132

Only 1 left in stock - order soon.

Add to Cart

Buy Now

Payment: Secure transaction
Ships from: Amazon
Sold by: DGSthom
Returns: Eligible for Return, Refund or Replacement within 30 days of receipt

Add a gift receipt for easy returns

Add to List

Have one to sell? Sell on Amazon

## Overstock deals on Applique Patches

Explore more in Outlet

Page 1 of 17



- Heavy Metal Hand Iron on Patches for Heavy Metal Band Fans, Rock Music Fans, Rockers | ... 85 — 30% off Deal — $6.27 Typical: $8.97 — Get it as soon as Thursday, Jun 8 — FREE Shipping on orders over $25 shipped by Amazon — Only 12 left in stock - order...
- HECOO Simulation Diamond Skeleton Skull Patch Iron On Patch — 7 — 30% off Deal — $7.62 Typical: $10.89 — Get it as soon as Thursday, Jun 8 — FREE Shipping on orders over $25 shipped by Amazon
- Black Pegasus Sew on Patch - Divine Winged Horse Iron on Patches from Greek Mythology ... — 8 — 30% off Deal — $9.07 Typical: $12.96 — Get it as soon as Thursday, Jun 8 — FREE Shipping on orders over $25 shipped by Amazon — Only 18 left in stock - order...
- Cute-Patch Anatomical Intestine Embroidered Iron on Patch Internist Doctors Puck Rock Got... — 2 — 30% off Deal — $5.56 Typical: $7.95 — Get it as soon as Thursday, Jun 8 — FREE Shipping on orders over $25 shipped by Amazon — Only 6 left in stock - order...
- Cute-Patch 3.5" Starry Night Over The Rhone Embroidered Iron on sew on Patch Van Gogh... — 16 — 30% off Deal — $5.56 List: $7.95 — Get it as soon as Thursday, Jun 8 — FREE Shipping on orders over $25 shipped by Amazon — Only 20 left in stock - order...
- Cute-Patch Gothic Anatomical Heart Embroidered Iron On Patch Boho Badge — 11 — 30% off Deal — $5.56 List: $7.95 — Get it as soon as Thursday, Jun 8 — FREE Shipping on orders over $25 shipped by Amazon — Only 18 left in stock - order...

## More items you may like for your home



- 2.25 inches x 4.5 inches Blue Pink Lilies Flowers Pair Bees Embroidered Appliques Iron-on Patches New — 10 — $7.99 — Get it as soon as Thursday, Jun 8 — FREE Shipping on orders over $25 shipped by Amazon — Only 6 left in stock - order...
- 2.75 x 4.75 inches. Lavender Pink Wild Flowers Floral Pair Embroidered Appliques Iron-on Patches New — 54 — $6.99 — Get it as soon as Thursday, Jun 8 — FREE Shipping on orders over $25 shipped by Amazon
- Carnation Spray Thistle Cream Pair Flowers Floral Bouquet Embroidered Appliques Iron-on Patches Pair... — 2 — $6.99 ($3.50/Count) — Get it as soon as Thursday, Jun 8 — FREE Shipping on orders over $25 shipped by Amazon — Only 6 left in stock - order...
- 2.75 x 4.75 inches. Lavender Pink Wild Flowers Floral Pair Embroidered Appliques Iron-on Patches New — 54 — $6.99 — Get it as soon as Thursday, Jun 8 — FREE Shipping on orders over $25 shipped by Amazon
- Lion King of The jugle cat Puma Jaguar Tiger Cheetah Animal Wildlife Predator Embroidered Applique Iron-on Patch... — 74 — $5.99 — Get it as soon as Thursday, Jun 8 — FREE Shipping on orders over $25 shipped by Amazon

## Product information

| | |
|---|---|
| Brand | DGS Floral |
| Material | Cotton |
| Style | Embroidered |
| Theme | Flower,Love |
| Shape | Flower |
| Number of Pieces | 1 |
| Mounting Type | Sewing, Iron-On |
| Age Range (Description) | All Age Groups |
| Package Dimensions | 4 x 3.5 x 0.2 inches |
| Item model number | DGS Floral673 |
| ASIN | B075JF7N82 |
| Is Discontinued By Manufacturer | No |
| Item Weight | 0.176 ounces |
| Manufacturer | DGS |
| Date First Available | July 2, 2017 |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to **tell us about a lower price?**

## Product Description

Iron-On Instructions - Spray water on back of patch; Place patch on garment; Set iron temperature on "cotton"; Cover patch with a piece of damp cloth; Iron for 30 to 40 seconds; Turn garment inside out and iron until dry.We offer commercially made patches which are washable if they have been ironed or sewn on. Gentle cycle or hand washing is best. Do not use hot water. Dry cleaning is okay and is recommended for patches that include vinyl, rhinestones/studs, beads or sequins. This is perfect also for decorating your shirts, jackets, scrap booking, handbags, and a thousand other creative ideas. Brand new embroidered patch. Heat-seal backing allows buyer to iron this patch onto virtually any fabric. We believe that great design and art can make people happy.

## Videos

Help others learn more about this product by uploading a video!

Upload your video

## Looking for specific info?

Search in reviews, Q&A...

Typical questions asked about products:

- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

## Customer reviews

| | |
|---|---|
| 5 star | 0% |
| 4 star | 0% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 0% |

How customer reviews and ratings work

No customer reviews

### Review this product

Share your thoughts with other customers

Write a customer review

Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell products on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Your Recalls and Product Safety Alerts
Help

amazon | English | United States

Amazon Music Stream millions of songs | Amazon Advertising Find, attract, and engage customers | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Sell on Amazon Start a Selling Account
Amazon Business Everything For Your Business | Amazon Fresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Experienced Pros Happiness Guarantee | Amazon Ignite Sell your original Digital Educational Resources | Amazon Web Services Scalable Cloud Computing Services
Audible Listen to Books & Original Audio Performances | Book Depository Books With Free Delivery Worldwide | Box Office Mojo Find Movie Box Office Data | ComiXology Thousands of Digital Comics | DPReview Digital Photography | Fabric Sewing, Quilting & Knitting
Goodreads Book reviews & recommendations | IMDb Movies, TV & Celebrities | IMDbPro Get Info Entertainment Professionals Need | Kindle Direct Publishing Indie Digital & Print Publishing Made Easy | Amazon Photos Unlimited Photo Storage Free With Prime | Prime Video Direct Video Distribution Made Easy
Shopbop | Amazon | Whole Foods | Woot! | Zappos | Ring
Shopbop Designer Fashion Brands | Amazon Warehouse Great Deals on Quality Used Products | Whole Foods Market America's Healthiest Grocery Store | Woot! Deals and Shenanigans | Zappos Shoes & Clothing | Ring Smart Home Security Systems
eero WiFi Stream 4K Video in Every Room | Blink Smart Security for Every Home | Neighbors App Real-Time Crime & Safety Alerts | Amazon Subscription Boxes Top subscription boxes – right to your door | PillPack Pharmacy Simplified | Amazon Renewed Like-new products you can trust

Conditions of Use | Privacy Notice | Your Ads Privacy Choices
© 1996-2023, Amazon.com, Inc. or its affiliates

AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 02 Jun 2023 06:03:04 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0d:5600:8:36::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

mTXrHKOMSzB5DYdUa9t0oWH9dOdZSoDLdJdHBaChBXHJPgScUHl5gwwZXNKkqqzYPcSZzui4QO3eVTZedi58oq8ZfLllyGghnsx4olfAf56nav5NCYLXplYD1TdxyHuX8TrD9GsoTsp0KBqRq4W9mtpn4Jk8e1q7Mj4nwexbeG6QCfyuykC0w1GuUWYCJ4atCMcvV1NmAgOLpGQ/
B13TzZ3Wfm/V2UulukXoVGt0YyEMPr1aS58xty43Nd9inMx9OuqR/VZMk2SeqhsMV7leghJt2tkt3KY13vdTAZOuRW4J9z3Z0mTTzFyxmVeWAoDm3wO778/bNYgMtQRoI5X00w==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Fri,-02-Jun-2023-06-03-04-GMT.mhtml

**Hash (SHA256)**

fa59fb78a8279cdba2ca568d6dd259c16381c32374eb5906d8117513a545498e

**Signature (PKCS#1v1.5)**

lFGlqE0rX9K5wHkRl9q4gRnIFrJuVsZfgwFltnYWcYMcNkUQ65kvwWWTkS1mbWVoM+7a6g1bZKypBvmLwrkDg5WW7ScLII6hHpF2Lo7z8jQn9nAop6cYLYz+ThG65/JMSzELUmvT+YSFun/Rv/tm9eyo4SBNndRL1e7bGWa1wt9Nu/Zf3ifOqspIabnp/uROJlM8CqxN4nH+
+WnlTobdBHv1jXxB2MupupXiWIQPjw0hFOAcM7OAs0fevWpvpcmvoxsPA8GTRcuR0jWBycEogJUtoZmIkYGt7hO0zaBEaRvQS6jes4USUA+RUbCdQQCi1OeJl0GRncS+pPBerpAbWQ==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

Change

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items ~~Tuesday, June 6 by 8PM~~ **Saturday, June 3 by 8PM** for ~~$5.99~~ FREE

Get FREE Two-Day Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: June 6, 2023** If you order in the next 23 hours and 41 minutes (Details)

Items shipped from Amazon.com



**2.63 x 2.88 inches. Flower Power Smiley face Love Fun Embroidered Iron on Patch.**

$7.99 & FREE Returns

Qty: 1

Sold by: DGSthorn

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

- **Saturday, June 3**
  FREE Two-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Tuesday, June 6**
  $5.99 - Shipping
- **Saturday, June 3**
  $9.99 - Shipping

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

**Order total: $14.54**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Get FREE Two-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.

Try Prime FREE

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $7.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $13.98 |
| Estimated tax to be collected: | $0.56 |
| **Order total:** | **$14.54** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com: DIBOR Inspirational Smiley Face Have A Good Day Choose Happy Hot Pink Preppy Reversible Throw Pillow Covers 18x18 in- Pink Trendy Girls Room College Dorm Decorative Cushion Covers ,Teen Girls Gifts : Home & Kitchen

**URL**

https://www.amazon.com/Inspirational-Reversible-College-Decorative-Cushion/dp/B0B99HCH4P/ref=sr_1_184

**Collection Date**

Tue, 09 May 2023 09:37:06 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:93::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

jmtmC0gbYQQdaF+r6d+9KbrbvgLqcV8AQ2SkqHcQO55RuTWAgvQ8xstJf0xWcUAFN7U3+OF7dLjuYLmRz5mQfUpA4ijuzmH1d8riRq5VEUYtlTQ8JCPJw7k60SphjwApM1l7D6c/oa16q/4m48PPPd2+WOr4R80H6MYEwRPHTcU=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Inspirational-Reversible-College-Decorative-Cushion[fs]dp[fs]B0B99HCH4P[fs]ref=sr_1_184]]_Tue,-09-May-2023-09-37-06-GMT.pdf

**Hash (SHA256)**

566f244086f97bc54c399966c84d983e85bbd6b7dcf412b4850e99012f707c21

**Signature (PKCS#1v1.5)**

fiQvsA579ykIYjYRizHY7RZNWTbVXZH7NQTLdL33xYfXmAeS2h9H3YprH6FAep+f2rcR3CqKURD41IXKgBXFSBAhov6tw/ajBbfoF131wYcTLnN+y2Q8WXN7gVeeVISm/+vJCD+mfKoK9mhsY68RW/ruksHmsb5HGvb1mKKbRkM=



AXENCIS

Investigator Name: RemoteUser2

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Sat, 13 May 2023 18:21:00 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

RemoteUser2

**IP Address**

2001:ac8:9a:1e::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

c53Cpc0f3GLuTVxc0nZzrzDkct4AwhD4uhKnLi9iz31x5tMuUsnkLtLIvnZBu6+C1X5YY52M9w7iZ3jqtrIR618koLo8trNUfrDE/dSsoSsznmiIoK3w/bLcOCjYLC84lQdwc8VZ2YX5Klx+4Md8G1pSsuMl37FsoX+XZ0U4vk0j1domNTtOAujmcgk60D0o3Mb5sU/
rXCJJKvSrNuWfjSRsF0qV53GK9PHIzs217pcE8tK3yivWykYY7cJmFQmG+UVheqeL2PHUmKXp0yu6ZGKLAy87J1zz481YyATNT0s4tt5NwCTeDjJkgvCcgBOzVn4ao/BlwQvUJXbb1zDXxg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Sat,-13-May-2023-18-21-00-GMT.mhtml

**Hash (SHA256)**

8cfc8ceb4036a719a3458abafa69d042f17a97b34b285d27b0a1bd1e53e8f4f6

**Signature (PKCS#1v1.5)**

F0KSRoP08MLwlh0HURBNhPztY7WqZZgsf4WcIWS3rRgLGqPCK/6NIru+r2aQPHOjUpc7xCYY04FzUsIar/YoYVgwOccuWjwTSoe7j/0/RRi7lIq5S80+QJGaKwDCNkcTEwDQ57Pd86D9Be2g9uwfxStS8q46cnP/moqfhuqEbm9VjtKxBRc8i9syBOfVUGEq9OEOt74p3pBIaevAGga5AJ/
tO6ttlUTwytBDow10kSFN2+SC6OZTs2K0S4pPmdGeZKZZWYGfWlHIzuGFjaf6Sp5oOHQGF9GnuajStPtZ8CbiB9V3DqKD9wO9uIhO2t0iHMYmdvlHrNWB+gHylSU47Q==

amazon

## Checkout (1 item)

**1 Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items with your 30-day FREE trial of Prime

Get FREE One-Day Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: May 14, 2023** If you order in the next 9 hours and 39 minutes (Details)

Items shipped from Amazon.com



**DIBOR Inspirational Smiley Face Have A Good Day Choose Happy Hot Pink Preppy Reversible Throw Pillow Covers 18x18 in- Pink Trendy Girls Room College Dorm Decorative Cushion Covers ,Teen Girls Gifts**

$11.99 & FREE Returns

Qty: 1

Sold by: DIBOR shops

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

- **Tomorrow, May 14**
  FREE One-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Tomorrow, May 14**
  $5.99 - Standard Shipping

Place your order

**Order total: $18.82**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $11.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $17.98 |
| Estimated tax to be collected: | $0.84 |
| **Order total:** | **$18.82** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Guanshan Ash Smileysox Smiley Face Socks, Women Cute Socks, 2023 New Embroidery Funny Smiling Socks, 10 Pairs Unisex Happy-face Socken (A) at Amazon Women's Clothing store

**URL**

https://www.amazon.com/Guanshan-Ash-Smileysox-Embroidery-Happy-face/dp/B0BPS123NV/ref=sr_1_162

**Collection Date**

Fri, 21 Apr 2023 09:20:45 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

U3tfCkgrlzSlypStY8xurj3UBCBPNACV2DlUyR/qcJ9o4o8drxTre5BuXfTIMZ9zl/mhxqSu7jwjrvkaf+k3bRV1ObmGQqdzGTmdzaRKkxzCeInVgBlEUc94JCZ47MGK891vzSZZ0al5umDEJ660CfdQBXWio+Sg6geohbdYpUs=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Guanshan-Ash-Smileysox-Embroidery-Happy-face[fs]dp[fs]B0BPS123NV[fs]ref=sr_1_162]]_Fri,-21-Apr-2023-09-20-45-GMT.pdf

**Hash (SHA256)**

67060cd2d3915e5d78e494b7ccc80ec8daa8f0eb4dc2eef00b0dda5b6e1af9fa

**Signature (PKCS#1v1.5)**

przNIOlBiyMjjOX/m36LF+T/EXcC3Kn3Gqx65lsA4ezicyCRKJmdzxSkAxgM1CH7AJvMdp0wPOiJ7Yz5ab3kp+1zyTVv4P2SDoOt2TEKzoDZ+46ZnXAFi89CilMdz5o1ujhd5d/PwhNID9iiQR036iFNUHA5HVFcvH3UxpMoFvQ=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 23 May 2023 11:46:36 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

202.83.40.91

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

IJTYlr8vLKO8MpSvQ1Xn5Mgmy5vYUC/trkYXotCvqmQaUXTrPBYj36XY9th8SwdVBkSZsEm0Q4aplz3TqYWZHgsRRlOeU2ls3sUgPYdLgvXf2PRHMjWXLk7qf9/W3ncFtj5TicXKKH+Wavb+xlaIGQBxWXqMXuEIAGIOXuWrIDukll7v0ddpHtevu1dq68OdPZdMf1n4f9VZQU5Y7/
u6Zdok2vi9ZKVesPCEySakf3iKTxZ1V4h02yBKgQNlzZ/1KV70/vO24+lUSvQJHiEV/8SR7gYraBIKrFJQAR2PmiolLSzwkXQsYYDTdhrys+tFu0FEyDA/koUOPiHtw4tKug==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Tue,-23-May-2023-11-46-36-GMT.mhtml

**Hash (SHA256)**

15a748e5102d273ea621729b5283b298e10cf244588cf29a785e54149212e683

**Signature (PKCS#1v1.5)**

gFu0xedh9OkaZC0prE1hVSnRV3Z71I4S27WnSz6DKOhQJTAnE3HOaWSEnPYDUuey957H8NUOj16V9Tt3qlnwrzwck7Jmm9aXA14m1+rWUlFvbPF1cXdSKLDebIo5xQcNOd9B2InZBSO1+QGMK7Qjb428biS5LnO/
ZOf2VUJL1IRk8SErlgOpIwUYW5jSVBQxJ98XTZ50GRufRX2Ia5NnxLUWnY7qTomFM9E/EqVU1F2bilfoQ4t+uLeYE7lDsDxfsEXOnInwSqCenp4JSOV9nYQO6F7POxGx2wWPJoT+BrFGMoC0Di4XHGUX1WOlO7zC3zOruyuyxn6gQSH8Oumv+Q==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you 30 days of Prime benefits for FREE**

Try Prime FREE for 30 days

**Estimated delivery: June 7, 2023 - June 23, 2023**

Items shipped from DIMPLES



**Guanshan Ash Smileysox Smiley Face Socks, Women Cute Socks, 2023 New Embroidery Funny Smiling Socks, 10 Pairs Unisex Happy-face Socken (A)**

$13.99 & FREE Returns

Qty: 1

Sold by: DIMPLES

Gift options not available

**Choose a delivery option:**

Wednesday, June 7 - Friday, June 23

$4.99 - Shipping

Place your order

**Order total: $19.96**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $13.99 |
| Shipping & handling: | $4.99 |
| Total before tax: | $18.98 |
| Estimated tax to be collected:* | $0.98 |
| **Order total:** | **$19.96** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

AXENCIS

Investigator Name: RemoteUser2

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 16 May 2023 09:32:04 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

RemoteUser2

**IP Address**

202.83.57.61

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

MSG4+h6K5z8FYT556x9xWs8RxAOFrsJ5EAAw1BFAIbLXgk5tcbzm1pKCTl9waEPWxF0ubgUm0S48i5SGwFy0hCLwgIuLhCaSv5eKJIBroj+zzP4wsdpuhgjc6peT/9PxOdy0HfrqsjKnS8w1rs8xLQKK+XXn340jydVuGc6aqKszmwTbZUSyoOhjoMAgZ20YegBl06MAmRsoEVeE1ao/M7Poo+K
+LWSbn6ndgWrOZyperl7Mk1aZiDRFynG/THJFBLDIN+qLe2AUIa5E+ud4eALxIY8Nsvn8UN3Njg2InEtAp7o9EkHjJ3NvHJOoBgP00CU/x+d5u1E7LfCXT2kiKA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Tue,-16-May-2023-09-32-04-GMT.mhtml

**Hash (SHA256)**

6fbe85f21ae5c6c7008cbfa26ef8ccb855d44f8fe8db61ccb3b3da4adf97b3e4

**Signature (PKCS#1v1.5)**

ZaC8SOoCCrRpDLly+PCbfo4ayQqWGFU56yrlmGB98qb3VpkCa1CQCsNp7ypDKnPiiSXyhCv6KbES4KyI8k4A44vUtxcoXTn3ABozYzHnyl1oaUpIMYO75rlDlvnk8fRAD99stn3rcSvzdyxTGW0lF1a/nqVs1PR0hwtTihxPA2Wx1hthqk+hv7dVKjSVAsn6eB5oC3vPkvEtZysNwq
+3t0Y9E5rlKulTW6Qk/9VSNPDRwfZCdtsFPlWXK4kPUCmGc13Zb0EvQJyaIiNNIQGejxHH/t+DKyXKf487RXYyYEIS/IbKZB2Ps/i/w5K9iYt78bAoAZWvX5LeKZtrhb2Tog==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

**Or pick up near this address** - See nearby pickup locations

Change

**2 Payment method**

VISA **Visa** ending in 9985

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

Change

**3 Offers**

Change

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items ~~Friday, May 19 by 8PM~~ **Tomorrow, May 17 by 8PM** for ~~$5.99~~ FREE

Get FREE One-Day Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: May 19, 2023** If you order in the next 18 hours and 27 minutes (Details)

Items shipped from Amazon.com



**Cute Lovely Smiley Pattern Phone Case for Samsung Galaxy Z Fold 4, Z fold4 5G Kawaii Translucence Back Cover,Trendy Silicone Protective Shell Compatible with z fold 4 White**

$15.90 & FREE Returns

Qty: 1

Sold by: dinganjianluqianshangmaoyouxiangongsi4121

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

- FREE One-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Friday, May 19**
  $5.99 - Shipping
- **Today & Overnight**
  $9.99 - Fastest Delivery

Today 2 PM - 6 PM | Overnight 7 AM - 11 AM

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

**Order total: $23.00**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Get FREE One-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.

Try Prime FREE

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $15.90 |
| Shipping & handling: | $5.99 |
| Total before tax: | $21.89 |
| Estimated tax to be collected: | $1.11 |
| **Order total:** | **$23.00** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS
Investigator Name: RemoteUser2

# Evidence Collection Report

**Page Title**
Amazon.com: Cute Lovely Smiley Pattern Phone Case for Samsung Galaxy Z Fold 4, Z fold4 5G Kawaii Translucence Back Cover,Trendy Silicone Protective Shell Compatible with z fold 4 White : Cell Phones & Accessories

**URL**
https://www.amazon.com/dp/B0BZLDK7PN

**Collection Date**
Tue, 16 May 2023 09:39:07 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
RemoteUser2

**IP Address**
202.83.57.61

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
NG+3oqTQ19+sS6CANnPEmIHQfgLRUFWzkirqzjpTYDBWIa9Dtx89MiotSlDPk72lLG5V15aV4FxEuqYYtvPXD+9xveezapnBL0NMfObB1QEkrxlQe7qevflV8OMfDYxBI/4i2pJ2B/KqrO2DmfsshUOHykOPyT1GFHF1jNJDr/iBLemFUrQCFc9RFwJVtO8e1sJ5pI6n4Z5T5xY/O7CTrtmAKTRkVf/HRBE6sefZn5lllltnaQVZPPKb1Sy2HY765W5gPK0idkkuai4SSv764P1u5bOcpyMpBqBrKmfPWhTLJJeUN0v0QRR6HH1UlR0aOetNnHONL+/ktnkkZ6vITQ==

# File Signatures

SCREEN CAPTURE
MHTML

**File Name**
screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B0BZLDK7PN]]_Tue,-16-May-2023-09-39-07-GMT.mhtml

**Hash (SHA256)**
1a4985735dec8b190da74aa1474f50e9367ca54058a0d9ea99d57c9c032137fd

**Signature (PKCS#1v1.5)**
f1fbXXjG9wt5D786Rq6UrG3JdxelwoxIGmhtkCXRH3u2qnpcClEmuuJT+twSa8Gq6NfXJFcVu/7fVPxlNgGwxnuiJ4drbcgvng2jMXYQ2dJcw8FSxXN7zsVe+tPf/CJQ6HDQjUKuuMxFbwM5LamuEMsd7TgMSnz2loVfsUeSecjirXtb2b2ilcRz3bApWMI4ta2oaLbS3rswjp4ksh25LaMpXYHstT061fp/hVXWXMs6vZqG/EPrH7IgCwB3iDSyJlIlw4K3KNEWh/em3Q/nUdWnE94rKAV4C5AGk4kH5FsSEfTRmNo7gVURp9MKttxajuntLd422+f00iHmXGwpUg==

amazon Deliver to Jade Miami 33132 | All | Search Amazon | EN | Hello, Jade Account & Lists | Returns & Orders | 1 Cart

All Clinic Amazon Basics Amazon Home Pet Supplies Beauty & Personal Care Coupons Shop By Interest Health & Household Products Home Improvement Find a Gift

Cell Phones & Accessories Cell Phones Alexa Built-in Phones Accessories Cases Wearable Technology Best Sellers Deals Trade-In All Electronics

Subtotal
$15.90
Add $9.10 of eligible items to your order to qualify for FREE Shipping. See details
Go to Cart
$15.90
Only 7 left in stock - order soon.

Cell Phones & Accessories › Cases, Holsters & Sleeves › Basic Cases

## Cute Lovely Smiley Pattern Phone Case for Samsung Galaxy Z Fold 4, Z fold4 5G Kawaii Translucence Back Cover,Trendy Silicone Protective Shell Compatible with z fold 4 White




VIDEO

Roll over image to zoom in

Brand: Foceliy

$15.90

FREE Returns

Get $80 off instantly: Pay $0.00 upon approval for the Amazon Store Card.

| | |
|---|---|
| Brand | Foceliy |
| Color | White |
| Form Factor | Basic Case |
| Compatible Phone Models | Samsung Galaxy Z Fold4 |
| Material | Thermoplastic Elastomer |

### About this item

- 【COMPATIBLE WITH】For Samsung Galaxy Z fold 4,Not for any other models.Please confirm your model carefully before buying.
- 【Material】The Case is made from high quality silicone that provides and has a more comfortable grip. Anti-slip matte finish guarantees a firm hold on your phone.Provides good shock, drop protection and scratch resistance.
- 【Features】Cute Smiley Pattern and the exquisite pattern makes your phone unique and eye-catching. Vibrant colors that won't fade over time.
- 【Easy to install】 The bottom material is made of silicone, making it easy to install. You can easily insert the case from below.
- 【AFTER-SALE SERVICE】 Purchase with confidence! If you do not know the size of your mobile phone, please contact us to answer for you.
- 【Fantastic Gift to Express Love】 Perfect as a gift for your family, friends and lover on her birthday or holiday. She will love it. iPhone Galaxy Z fold 3 cloud case will be your best choice.

Report incorrect product information.

Add your 30-day FREE trial of Prime and get fast, free delivery

Delivery | Pickup

$15.90
FREE Returns
FREE delivery Monday, May 22 on orders shipped by Amazon over $25
Or fastest Same-Day delivery Today 2 PM - 6 PM. Order within 2 hrs 11 mins
Deliver to Jade - Miami 33132
Only 7 left in stock - order soon
Qty: 1
Add to Cart
Buy Now

| | |
|---|---|
| Payment | Secure transaction |
| Ships from | Amazon |
| Sold by | dinganjianluqianshangmao |
| Returns | Eligible for Return, Refund or Replacement within 30 days of receipt |

Add a gift receipt for easy returns
Add to List
Have one to sell?
Sell on Amazon

### Buy it with

Total price: $90.88
Add all three to Cart
Some of these items ship sooner than the others.
Show details

This item: Cute Lovely Smiley Pattern Phone Case for Samsung Galaxy Z Fold 4, Z fold4 5G Kaw… $15.90
+ Milomdoi [9-in-1] for Samsung Galaxy Z Fold 4 5G Screen Protector [3 Pack Inside and 3… $24.99
+ SAMSUNG Galaxy S Pen Fold Edition, Slim 1.5mm Pen Tip, 4,096 Pressure Levels, Included Carry… $49.99

### Compare with similar items

| | This item Cute Lovely Smiley Pattern Phone Case for Samsung Galaxy Z Fold 4, Z fold4 5G Kawaii Translucence Back Cover,Trendy Silicone Protective Shell Compatible with z fold 4 White | Likiyami for Samsung Galaxy Z Fold 4 Case Heart for Women Girls Girly Cute Pretty Phone Cases Luxury Black and Gold Plating Love Hearts Design Aesthetic Trendy Cover for Galaxy Z Fold 4 5G 2022 7.6" | Coralogo for Samsung Galaxy Z Fold 4 Case Astronaut Cute for Women Girls Girly Unique Black Phone Cases with Astronaut Hidden Stand Kickstand 6D Design Cover for Samsung Galaxy Z Fold4 5G 7.6 inch | Coralogo for Galaxy Z Fold 4 Case Butterfly for Women Girls Girly Pretty Phone Cases Cute Black and Gold Plating Butterflies Design Aesthetic Luxury Cover for Samsung Galaxy Z Fold 4 5G 2022 7.6" |
|---|---|---|---|---|
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| Customer Rating | (0) | (36) | (15) | (5) |
| Price | $15.90 | $15.99 | $15.99 | $15.99 |
| Shipping | FREE Shipping on orders over $25.00 shipped by Amazon. Details | FREE Shipping on orders over $25.00 shipped by Amazon. Details | FREE Shipping on orders over $25.00 shipped by Amazon. Details | FREE Shipping on orders over $25.00 shipped by Amazon. Details |
| Sold By | dinganjianluqianshangmaoyouxiangongsi4121 | Likiyami | LaLaKaKa | LaLaKaKa |
| Color | White | 1-for Samsung Galaxy Z Fold 4-Black | for Samsung Galaxy Z Fold 4-Black | for Samsung Galaxy Z Fold 4 -Black |
| Compatible Phone Models | Samsung Galaxy Z Fold4 | for Samsung Galaxy Z Fold 4 | For Samsung Galaxy Z Fold 4 | for Samsung Galaxy Z Fold 4 |

### Videos

Videos for this product

0:00 0:19
Smiley case for Samsung Galaxy Z Fold 4
dinganjianluqianshangmaoyouxiangongsi4121

Upload your video

### Product Description

Cute Smiley Pattern Phone Case For Samsung Galaxy Z Fold 4, Z fold4 5G Translucence Back Cover,Trendy Silicone Protective Shell Compatible With z fold 4

### Looking for specific info?

Search in reviews, Q&A...

Typical questions asked about products:
- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

### Product information

| | |
|---|---|
| Product Dimensions | 6 x 3 x 0.03 inches |
| Item Weight | 0.634 ounces |
| ASIN | B0BZLDK7PN |
| Item model number | Samsung Galaxy Z Fold 4 |
| Best Sellers Rank | #60,281 in Cell Phones & Accessories (See Top 100 in Cell Phones & Accessories) #26,474 in Cell Phone Basic Cases |
| Special features | Shockproof |
| Other display features | Wireless |
| Form Factor | Basic Case |
| Color | White |
| Manufacturer | Foceliy |
| Country of Origin | China |
| Date First Available | March 25, 2023 |

Warranty & Support
**Product Warranty:** For warranty information about this product, please click here

Feedback
Would you like to **tell us about a lower price?**

### Customer reviews

There are no customer ratings or reviews for this product.

Review this product
Share your thoughts with other customers
Write a customer review

### Best Sellers in Cell Phone Cases & Covers

### Popular products based on this item

### Your Browsing History
View or edit your browsing history

Back to top

Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You

amazon English United States

Conditions of Use Privacy Notice Your Ads Privacy Choices
© 1996-2023, Amazon.com, Inc. or its affiliates

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: DIYSOPRJOOM Smiley Face Corduroy Makeup Bag Cosmetic Bag for Women and Girls,Large Capacity Zipper Makeup Bags Travel Toiletry Bag Accessories Organizer (Blue) : Beauty & Personal Care

**URL**

https://www.amazon.com/DIYSOPRJOOM-Corduroy-Cosmetic-Accessories-Organizer/dp/B0BXKR57G2/ref=sr_1_150

**Collection Date**

Thu, 20 Apr 2023 11:43:17 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

BFx8r1heHCemJtvGblO1hKutvGG6puGwXxLqyb6JOp2Mp9XhOzNEM4dY2K7jqBt3nqJ95mhnS1afPx/f0D9ufI9qHLqIHn1oOypLYUy21C4YD8UQmO71LIgE8J0O92HIn6DJy55ZMhFPaPjj3epEJHNxbZPHRS227mxY7i/kGt0=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]DIYSOPRJOOM-Corduroy-Cosmetic-Accessories-Organizer[fs]dp[fs]B0BXKR57G2[fs]ref=sr_1_150]]_Thu,-20-Apr-2023-11-43-17-GMT.pdf

**Hash (SHA256)**

05450b4f4d44d10d33afa71a33e25ae055cc3f810fbb20d0ce572bcea8d32792

**Signature (PKCS#1v1.5)**

C5JUG0zw6GpglQv/uAS5120bNpF3H4S1pJzV2A2KAZrTRf7zldTPyb/MxGAWo4yvtgGDUpmuQr6amXD9sgeLKMUK1R+5aKsDr+jxXaMOA32gDxVqVqo56DwbYCqNsB7Me9litXkf9qxuN0/AXBlprVSAGgslbluHRZvXeoqtWvc=

amazon Deliver to Ozzie Miami 33132 | All | smiley bag | EN | Hello, Ozzie Account & Lists | Returns & Orders | 1 Cart

All | Clinic | Amazon Basics | Customer Service | Pet Supplies | Coupons | Household, Health & Baby Care | Beauty & Personal Care | Amazon Home | Home Improvement | Today's Deals | Find a Gift | Handmade | ONE Fight Night: Tomorrow

amazon pharmacy The pharmacy that really delivers Learn more ›

Subtotal $14.99 Go to Cart

$14.99 Only 8 left in stock - order soon.

‹ Back to results

DIYSOPRJOOM Smiley Face Corduroy Makeup Bag Cosmetic Bag for Women and Girls,Large Capacity Zipper Makeup Bags Travel Toiletry Bag Accessories Organizer (Blue)



Roll over image to zoom in

Brand: DIYSOPRJOOM

$9.99

FREE Returns

Get $60 off instantly: Pay $0.00 ~~$9.99~~ upon approval for the Amazon Prime Store Card. No annual fee.

Color: Blue

$9.99 | $9.99 | $9.99 | $9.99

- 【Fashion Design】Smiley faces of different sizes are scattered on the surface of the makeup bag, and the overall elegance and simplicity makes it very easy for you to match various styles of clothes. The vivid and cute small makeup bag is designed to enhance your makeup and travel experience.
- 【Premium Material】Made from our premium blend of fabrics with smooth zipper closures and made from super soft corduroy that is easy to clean. The overall texture of the bag is thick, comfortable and durable.
- 【Portable Dimension】The size of cosmetic travel bag is 9.84" x 1.96" x 7.00"(L*W*H). Easy to carry, large capacity, can easily store small items, jewelry, makeup brushes, cell phones, skin care and makeup products, etc.
- 【Multi-Purpose】Suitable for teenagers, girls, women, for travel, business, family items organization or other outings. They are very practical as handbag, toiletry bag, makeup bag, travel and home supplies.
- 【Surprise Gift】Our makeup bags are classic and stylish, and can be a perfect gift for girls, female friends, sisters, families, and co-workers. Also suitable for birthday, Valentine's Day, graduation, Christmas, and other holiday occasions.

Report incorrect product information.

Add your 30-day FREE trial of Prime and get fast, free delivery

$9.99

FREE Returns

FREE delivery Wednesday, April 26 on orders shipped by Amazon over $25

Or fastest delivery Tomorrow, April 21. Order within 12 hrs 9 mins

Deliver to Ozzie - Miami 33132

Only 8 left in stock - order soon

Qty: 1

Add to Cart

Buy Now

Payment Secure transaction

Ships from Amazon

Sold by DIYSOPRJOOM

Returns Eligible for Return, Re...

Details

Add a gift receipt for easy returns

Add to List

Have one to sell? Sell on Amazon

MOSSTYUS Travel Multi-function Underwear Organize Storage Bag Portable Bra Socks Lingerie Accessories Pack Cube Toiletry Bag 217 $15.22 prime

Sponsored

MOSSTYUS Travel Multi-function Underwear Organize Storage Bag... 217 $15.22 prime

Sponsored

**4 stars and above** Page 1 of 5

Sponsored

Cosmetic Bags for Women - Corduroy Cosmetic Bag Aesthetic Women Handbags... 1,168 Amazon's Choice in Cosmetic Bags $11.98 prime

LieToi Preppy Patch Small Toiletry Bag, Smile Lightning Heart PU Leather Portable W... 727 $11.99 prime

Inspiring gifts for Women, Rainbow Bags for Girls Women, Rainbow Makeup Bag... 71 $12.99 prime

Cosmetic Bags for Women Makeup Bag Large Capacity Purse Travel Toiletry Zipper... 466 $9.99 prime

WestonBasics Holographic Iridescent Makeup Pouch | Portable Waterproof Cosmetic... 650 $10.99 ($5.50/Count) prime

WALONER Preppy Patch Makeup Bag Leather Cosmetic Bag Large Makeup Pouch,... 514 $11.99 prime

**Based on your recent views** Page 1 of 58

Sponsored

SANHECUN Toiletry bag waterproof cosmetic organizer with hanging hook for travellin... 49 $21.90 prime Save 5% with coupon

WSICSE 6 Pcs Pocket Cosmetic Bag Squeeze Top, 3 Size Portable Pocket Cosmetic Bag M... 20 Amazon's Choice in Cosmetic Bags $9.99 prime

SAVITA 4pcs Mini Makeup Bag, Cute Pocket Cosmetic Bag Portable Cosmetic... $9.99 prime

Silkfly 50 Pcs Thank You Gift Canvas Makeup Bags May You Be Proud Cosmetic Bags for... $43.99 ($43.99/Count) prime

BUSOHA 4 PCS Small Makeup Bag for Purse, Mini Portable Cosmetic Bags for Women, Coi... 74 $9.99 prime

Zelaco Smiley Face Makeup Bag, Travel Cosmetic Bags for Women, Corduroy... 30 $16.89 prime

Inspirational Birthday Gifts for Daughter Smiley Girls Makeup Bag Cheer up Gift for... $10.89 prime Save 10% with coupon

**Product information**

| | |
|---|---|
| Product Dimensions | 9.8 x 1.9 x 7 inches |
| Item Weight | 3.1 ounces |
| Department | Womens |
| ASIN | B0BXKR57G2 |
| Country of Origin | China |
| Item model number | HZB-1 |

Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

Feedback

Would you like to **tell us about a lower price?**

**Product Description**

**Notes:**
**Avoid prolonged sun exposure**
**Fading at the beginning of the wash is a normal phenomenon**

**Products related to this item** Page 1 of 14

Sponsored

Zelaco Smiley Face Makeup Bag, Travel Cosmetic Bags for Women, Corduroy... 30 $16.89 prime

Inspirational Birthday Gifts for Daughter Smiley Girls Makeup Bag Cheer up Gift for... $10.89 prime Save 10% with coupon

Aesthetic Collage Smiley Face Makeup Bag,Retro Abstract Psychedelic Pattern Cosmeti... $11.99 prime

LYDZTION Smiley Face Makeup Bag Cosmetic Bag for Women,Large Capacity Canvas... 3,207 $7.65 ($7.65/Count) prime

Cosmetic Bags for Women - Corduroy Cosmetic Bag Aesthetic Women Handbags... 1,168 Amazon's Choice in Cosmetic Bags $11.98 prime

3PCS Smiley Face Makeup Bag, Aesthetic Preppy Makeup Bag, Corduroy Cosmetic... $12.99 Save 5% with coupon

Inspiring gifts for Women, Rainbow Bags for Girls Women, Rainbow Makeup Bag... 71 $12.99 prime

**Products related to this item** Page 1 of 14

Sponsored

**Videos**

**Looking for specific info?**

**Customer questions & answers**

**Customer reviews**

**Review this product**

**You might be looking for**

**Inspired by your browsing history**

**Your Browsing History**

Back to top

Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You

amazon

AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Sat, 20 May 2023 03:12:18 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

116.68.96.16

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

allPz24TpmYQM++adXAtbMw0kBK+s78lSIb6KS9Qozv8p8VHny+RTMQEBKrfxMJmOKDsCtIHC1mxbxZWP6KCpY6je33BekOTrPkts1NwHuHzIOXx8Ul5H+pCNb9sjpilvtRMhsitcq49bajhtziseek/1zLhgXgyEyNl7pHW4e0X4coMQ+Shwses9lIXNi65wm69obHBdoP
+r0mmAzUzZQMecG5hNtyk758+9Q36HfGjnzMNJYTu3ljmRM1lUQjHTTdgkFgG/WeoJec2ZPvVjlrMZpV3JON42rKYlXDAviL8mHfbLPqsaluw75W8Etpks+CROoWOlvoR9IHry9erwA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Sat,-20-May-2023-03-12-18-GMT.mhtml

**Hash (SHA256)**

153408f2466523150e6bfa9b3138f066b55727c1407a223f00c55f02e1e1a5c7

**Signature (PKCS#1v1.5)**

NP30sBk4VgtMoscIeZk4a2rb0LGuob1K/TG7pcS5pxFFRC+j4STFq/CI1O7OEprSm16B+1Nupdxt2bbOgG5u8RPvKQl/FAvJcsg7ByxIEXZzZG5606/50d02opq01fLfOBuFSXtsd+46A5clBblfkfNQ01l
+2GBvtezZ7wrphWRltYWchcUtFRB4ZtoELVG2TWJ9VPLJMH2nYYTBzpF4uwKWJ0W37DvkgTqkH/K0S+pT1IXeXBXx9EFYe1bABhhzESaMCVeiQDa3yNga7oglVFcobI4ZC0rr2f89O0mj0xdpr4GLkUogrHx+IOCMBsWuD7Yq6duOTE7WXi83ACvL9A==



amazon

Checkout (1 item)

1 Shipping address

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Change

Or pick up near this address - See nearby pickup locations

2 Payment method

VISA Visa ending in 9985

Change

Billing address: Same as shipping address.

Add a gift card or promotion code or voucher

Enter code | Apply

3 Offers

4 Review items and shipping

FREE TRIAL

Jade, we're giving you Prime FREE for 30 days!

Get your Prime eligible items ~~Monday, May 22 by 8PM~~ Sunday, May 21 by 8PM for ~~$5.99~~ FREE

Get FREE Two-Day Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

Delivery: May 22, 2023 If you order in the next 47 minutes and 42 seconds (Details)

Items shipped from Amazon.com

DIYSOPRJOOM Smiley Face Corduroy Makeup Bag Cosmetic Bag for Women and Girls,Large Capacity Zipper Makeup Bags Travel Toiletry Bag Accessories Organizer (Blue)

$9.99 & FREE Returns

Qty: 1

Sold by: DIYSOPRJOOM

Amazon Prime eligible Join now

Add gift options

Choose a delivery option:

Sunday, May 21
FREE Two-Day Delivery with your free trial of Prime
Fast, FREE Delivery prime

Monday, May 22
$5.99 - Shipping

Sunday, May 21
$9.99 - Shipping

Place your order

Order total: $16.68

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Get FREE Two-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

## Order Summary

| | |
|---|---|
| Items: | $9.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $15.98 |
| Estimated tax to be collected: | $0.70 |
| **Order total:** | **$16.68** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.