AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com: Dolleme 200PCS 10mm Smiley Face Beads,Acrylic Round Happy Face Loose Spacer Beads Colorful Smiley Face Charms for DIY Jewelry Bracelet Hair Accessories Earring Necklace Craft Supplies

**URL**

https://www.amazon.com/Dolleme-Colorful-Bracelet-Accessories-Necklace/dp/B097BN4BZG/ref=sr_1_39

**Collection Date**

Wed, 14 Jun 2023 10:59:27 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:36::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

ojsEcLkolbdZIn5zi3RpdNPeQv2N5nASz8uxzGUXq8NayTFUfWwlispS6J1hs6LntU+Idxh1icHEqEeeivJ2/Zvuz4A+xQ0A+sBDV488KZD1+9PN/SHxnDgQFPGR3WQYH7PmFMFdHZ7opcT+IdEmrt3YSJ5z738m8SORXGHV7PA=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Dolleme-Colorful-Bracelet-Accessories-Necklace[fs]dp[fs]B097BN4BZG[fs]ref=sr_1_39]]_Wed,-14-Jun-2023-10-59-27-GMT.pdf

**Hash (SHA256)**

043b0d0be7e1a66ee5f1fe8ebedae838832ff5f73c08de0d54bc6e9268bc6646

**Signature (PKCS#1v1.5)**

IcOE4yLHOVhJGNEqg97dl7bmbKp1ST64JKw7n4dZPMksZXEu9rpDLifiuYXm9mkXQH4erR+YCiyC5AI8UzU+YgfFl1knWjJAGdL66K8xkzDgxqV/xl160Q5AlJikoVyZD35eHLsMApm8M904j+whnBIRjclr51zECMuW7UVWcgw=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 15 Jun 2023 06:45:39 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

202.83.41.44

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Ii53zko4hnFpihdfZO1jAGXm1U6WRluJHFdeL/oQOP3KNmhbhdro3ejr90MjGY7MwqfLiud6koeVQFd+NCixcYwDHMoPBDZv1s9xgeQQFP4wEtRHuUvKQnX2eKdhMm14GHGiCAlE/hyVO+gDx99+ihXUi7OQOGwdSTzbg0DuZXOCOLFXatWDOv7emvAwk8tgZdcWxbBOrOFpLMXZ2NxrlkL
+rTtBMFb6rrWG3aEYLj1N8uN1BOMDx2L7HNzeLv9E/R9MFcUGQTQrZZLp4aiGT/0AsfX8XfzEMuhiJ4SSHUhI8pTgcE+DDkfbjCVQ6YpECJEMEY8fxewsjSs1q7xyVg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-15-Jun-2023-06-45-39-GMT.mhtml

**Hash (SHA256)**

67f245bf4f3038dd940b0501f733a42fd75765bc16b39329eba76dca30084355

**Signature (PKCS#1v1.5)**

PWn0TGZ4HzbGM9WDzF/Xdcr4CtGz+pnBBVQazVqs/b/ZZjXG8NP7SmsiFfwX2YNoHqRobuvrOWFeTnr4YxcdsystNz1SS/gHy19md1JsEeU6IHR4mYPB66wMX1fDgEqDzVL8QFa0k5A6GkVpgZPyFLjPISuSu+WRttMVS8Ryjq2iSaHon3B5QJHro+yljIylIx2Y19CDWN60ttsstveWT/
ms8pBRefMa7U8LFaJmzusX0yeDX/0uH8FNisy9Cx/C2lkqFxdHm2qeFqkqWvlC/9nOo/8JbnPP+4zZzfJoge/aDxP6umt5ueIL6EoudklYQlAg10kI8eZc1bqtSSBmqw==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

Change

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items with your 30-day FREE trial of Prime

Get FREE Prime Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: June 17, 2023** If you order in the next 22 hours and 14 minutes (Details)

Items shipped from Amazon.com



**Dolleme 200PCS 10mm Smiley Face Beads,Acrylic Round Happy Face Loose Spacer Beads Colorful Smiley Face Charms for DIY Jewelry Bracelet Hair Accessories Earring Necklace Craft Supplies**

$7.99 & FREE Returns

Qty: 1

Sold by: Dolleme Direct

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

- **Saturday, June 17**
  FREE Prime Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Saturday, June 17**
  $5.99 - Standard Shipping

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

**Order total: $14.54**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $7.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $13.98 |
| Estimated tax to be collected: | $0.56 |
| **Order total:** | **$14.54** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com : DONGGANGAJI Lanyard with Zip Id Case (Sunflower Smiley) : Office Products

**URL**

https://www.amazon.com/DONGGANGAJI-Lanyard-Case-Sunflower-Smiley/dp/B09W59P3KW/ref=sr_1_153

**Collection Date**

Wed, 26 Apr 2023 09:19:37 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

bpvDJKW6YYqr8a9ScUCIqBU7V5M4pMahcMMIl/frbgEKnkXvvWPbIAxaZputFeK6Nj2MQX0njjdcyEA2fPdCQ3vhHjh2QbIBSdIcaQQfyFFAoZVbetrfGy06DKo0J5eWC4BOa1EI7RX7Yyq9s9/aXnK3VD/BY5H5yy446sqy9oo=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]DONGGANGAJI-Lanyard-Case-Sunflower-Smiley[fs]dp[fs]B09W59P3KW[fs]ref=sr_1_153]]_Wed,-26-Apr-2023-09-19-37-GMT.pdf

**Hash (SHA256)**

fb0096d0aa8426572660db6ab7a199de021bca1adcb2017cfef416768642a356

**Signature (PKCS#1v1.5)**

WSI6p4GVnJXjy6O0Zw7Ykm3SX9ch87JA4t5H9eGm1yh2eRVYMiXyx5S81PyM6gXSJKAdF/VNfoX0c4FLTDB1YeIRsLITmia6eZIHDhXaDL1wBiK/iKyLwZVhDyWPdU/QAfxLVIaET705RfoiaGSXWe7k2FKhNYoFTTwWbcfObK0=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Sat, 03 Jun 2023 00:02:54 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

116.68.102.78

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

GbCDkAI44dwQFVdr4HawmFftvyKYmk+ekmqJIzhgA3xoaCwm0LCGSWZWei0/cxw6447xCw40zYaJbbweEs/N8SlKvdroLowYNOdwJvdVk9Fcdu2xhPiY7YkKM+rS28GK7mhI9P7vXGwzzqXt/MtxpZA2IkPy0V2R0W18kwK3A3gAWJX0tqAb9EOn0uXfmBfjavHjBRmo1NXOgSp0ku
+eFntCOiQvx2LLSoBmt8xxlcaf42xZnVGZCSnPvB2HSgsJmAHzhOHZr3/F9Hh6C1IRSXt+HGArgjHwuATf7VeA/L+1n353ZmXE39U79FQE8Aqj9TfTVwYdFKzKt1s2RYBhvA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Sat,-03-Jun-2023-00-02-54-GMT.mhtml

**Hash (SHA256)**

a0d3c283ed0b085a7670657a23770d83bfdae9771ae22e96875416f50cd7072e

**Signature (PKCS#1v1.5)**

RboYI0deJRfgY7vmDOFem6q7V78dcm9X987JhoGpgCeUx8laISJ0ieobjUlI+Ed8SnS/y80YQClf80GAh7oIoRlEXte+UwJ124i9+rkgn+p8RpyOHA3jaIuHjcNA5PbwDXP5iBQCQ54A6mt/E5ZSb28wAqVTn9ZqCPXXcQvqmALDm/fiADAfwYR2n831ZCBOA5HkVCoLcqdWA3Z
+UVVHyLfRqd7TiEdUOJ9VU5VAnvOgNQfQ8z4IUiu/8HYZGXNvvIUKhHkqAaLFUqQgtrA7y/udfVR3MbkN1afQqBgG2HcoVZtDC1/Z6SvQvaBiFOk6/V8KDUCGxiRRh1rhfairzg==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

Or pick up near this address - See nearby pickup locations

**2 Payment method**

VISA Visa ending in 9985

Change

Billing address: Same as shipping address.

Add a gift card or promotion code or voucher

Enter code | Apply

**3 Offers**

Change

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items ~~Monday, June 5 by 8PM~~ **Tomorrow, June 3 by 8PM** for ~~$5.99~~ FREE

Get FREE One-Day Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: June 5, 2023** If you order in the next 3 hours and 57 minutes (Details)

Items shipped from Amazon.com



**DONGGANGAJI Lanyard with Zip Id Case (Sunflower Smiley)**

$13.66 & FREE Returns

Qty: 1

Sold by: DONGGANGAJI

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

FREE One-Day Delivery with your free trial of Prime

Fast, FREE Delivery prime

**Monday, June 5**

$5.99 - Shipping

**Overnight 7 AM - 11 AM**

$9.99 - Fastest Delivery

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

**Order total: $20.61**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Get FREE One-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.

Try Prime FREE

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $13.66 |
| Shipping & handling: | $5.99 |
| Total before tax: | $19.65 |
| Estimated tax to be collected: | $0.96 |
| **Order total:** | **$20.61** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: zcyxuuw Waterproof Makeup Bag Cosmetic Travel Bag Toiletry Bag for Women Hippie Retro Flower Rainbow Smiley Face Decor Colorful Flowers Hippie Accessories for Women Wedding Birthday Anniversary : Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/Waterproof-Cosmetic-Toiletry-Accessories-Anniversary/dp/B0BG24Q46M/ref=sr_1_140

**Collection Date**

Thu, 20 Apr 2023 11:39:57 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

FvVGDZpJl7aBos9KLGZFRk2hifvhY9eanIDwoNCoR7al1NmGwkGz9ywnSfOo1HnA/i6VLgtmogEi6lheEx5L63PjZQrOvgOvRzu3mzlFb5EB5BA9BKBuwogqyB7EJNSrAeym9ra2XSZdKy+x9XjTtuWi4CPOcGCgK8AgrCC6BLs=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Waterproof-Cosmetic-Toiletry-Accessories-Anniversary[fs]dp[fs]B0BG24Q46M[fs]ref=sr_1_140]]_Thu,-20-Apr-2023-11-39-57-GMT.pdf

**Hash (SHA256)**

46831e45ac469ab1223dcd093ebdb7325ab44b95a7c2656bf8430df42d6ece1c

**Signature (PKCS#1v1.5)**

h6q2XLKgTt3NNm7Zfkefirq/GFgaTxijdk2j/RhdKHCzbqPmGh2WJBF2YNetLsNaqKZfP6nmwKf6EjBtc5218bPCbzXOKhAA8AseG5THFdGz8kXV00ZpZxUe+M5MW2chlzt1KsfTrpqF+OcXffoMIcLOOrprGjfdpIzSkD5H250=



AXENCIS
Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 19 May 2023 23:24:25 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

116.68.96.16

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

RPJpWoPlFZHVZQqLbrtpHdapRcTur/rqo1V+B5rK65X74e/bLX/ieLAPL/v9gBWp3oSpHqLt4PZwwY7SgwNZi5VDtlvFrzyH/kRgPHcNl0ZO4HylGEzlGsn7ynM9xohP89r4vrYx8EonEnLBKovMHmLSMTqdJpJ5BCudVhgcufwCq17PJ3pwMlUXR3E1U/jW8NYZfEi+246NamA16xKnP0Hxar
+BnbNa5jdlOiEQPHn8kw3hI6GiL4L9UZ+W+BjSrMMBCB/aa+qgNkBE3ic0H/xDETWTwKUxFE1m1FeMmXiF2SPqPkmwRjDJotqahJjNh+eZtRxeLPqvVlvCe6sEVg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Fri,-19-May-2023-23-24-25-GMT.mhtml

**Hash (SHA256)**

afb21969d3a277f4636e9570e27792e6456c6c626c7e37fc61303d5ed528e6fe

**Signature (PKCS#1v1.5)**

Z49gZB3aIWsP+MsDPEldHPk2h198YjDKVPCJ89J7f3GmT3j6S3HEAB9loI2rraIqK1+h6Zq8Srp8ex3jpLRGMCnh2KkUqMpbTZCZR4EIZlH5N9Z6lEo4SXqT5kDXDtaTQC/w7N+N3aGJgY1TGzG17XU4npPxDRR
+0IkMDL7keWOfETBLhaVUBBk4yEjQOkq04WUjPS2OyHUhWbg3r65LycZugT12KREzlkaIlSTipiWaE1GT9dG0Eia7PJT84blwJUrMMX1MRSzjzHBNGwOc5PKy09TqjGaEYPYeIbhoo4cAMRRovUAdc267Yh/c6Lf2tRaM39ok166moJkGRwhlFA==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items ~~Monday, May 22 by 8PM~~
**Sunday, May 21 by 8PM** for ~~$5.99~~ FREE

Get FREE Two-Day Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: May 22, 2023** If you order in the next 4 hours and 35 minutes (Details)
Items shipped from Amazon.com



**zcyxuuw Waterproof Makeup Bag Cosmetic Travel Bag Toiletry Bag for Women Hippie Retro Flower Rainbow Smiley Face Decor Colorful Flowers Hippie Accessories for Women Wedding Birthday Anniversary**
$13.99 & FREE Returns
Qty: 1
Sold by: dongkunying
Amazon Prime eligible Join now
Add gift options

**Choose a delivery option:**
- FREE Two-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Monday, May 22**
  $5.99 - Shipping
- **Sunday, May 21**
  $9.99 - Shipping

Place your order | **Order total: $20.96**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Get FREE Two-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

## Order Summary

| | |
|---|---|
| Items: | $13.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $19.98 |
| Estimated tax to be collected: | $0.98 |
| **Order total:** | **$20.96** |

How are shipping costs calculated?
Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: DORAFO Smiley Necklace Earrings Set, 14K Gold Plated Cute Smiley Face Jewelry Set, White Happy Face Necklace for Women and Girls: Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/DORAFO-Earring-Necklace-Jewelry-Hypoallergenic/dp/B09DK8WX7K/ref=sr_1_92

**Collection Date**

Wed, 19 Apr 2023 11:55:42 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Pw3UVaZ89dOeu6NOFa/suq6VnyMLLClQn/Zd2FEealkUlokL8ViGzipEx0lyxC6HsKrvH8WT4571AEtS7JlcBvteg0GjBezeokOc35nRGUFiWTlGNSJnlgadippe0QHDa/q8003vaqKKNX7/8aaPcYirhtPEybWO/Nx9qG1+Lh0=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]DORAFO-Earring-Necklace-Jewelry-Hypoallergenic[fs]dp[fs]B09DK8WX7K[fs]ref=sr_1_92]]_Wed,-19-Apr-2023-11-55-42-GMT.pdf

**Hash (SHA256)**

94dd808a2b480aef93ee0b1b2d4dc937e8ced0c4176e8f24b351d4a4b0106f62

**Signature (PKCS#1v1.5)**

XOS5gDvl95Yu4IrKjCsiN0l0G6rWDOocC0tdvxlWF0dQeEwdC7GkJPJNmbl+y7FQSH1i1F5vls/WCsKENtQW1ZEAoLP8DC5lfYPZGT42OtQbgk/U5t+vlBpJ+YlmuVhEDBAs2EF33hVSzj0WYzVMWNgtoD8GAn4yGwTRRmo1kQA=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Wed, 17 May 2023 07:20:31 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2001:ac8:9a:d::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

ImsRzVm2DPjCILbjsl9bZZ4m3+35/HQ8AtQgewIebXDEWPOZ+WU/hOUSdrn2T1fHjLo0dNjE3Rtl2DqAEItIeGf7V+k2EWJxPtdqw7Sd1Wdu9H+SyIYOggH3cFjdXkozaI32i5QtzEhsp3g02Avde4Uju85Q8HhGaYI42CgaJdM6X9zSOdh85Qqr4kZ3tYELsKM/
SVpWS5mG8f/53RtkiXudBE2a0wXQIj94fMzw2YOs+5IIeZsSj7sofQbZj4QrcNQbbJ+skDQWseHhvfUxMtHI+PR31iTbrE4FI0yV8oPv4BOYJhjmAvi2or5kNJkh02Vq2t87wReyGrDF9Rp5SQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Wed,-17-May-2023-07-20-31-GMT.mhtml

**Hash (SHA256)**

32282589f9cf534a50c15100e6729f8ceeef3b9d1ae701477f322ad123526941

**Signature (PKCS#1v1.5)**

Wmosm/P0JIn3PomAoKIiLa3Mfjq321n3nai/d5ieB0mhqZlxHCnH/x5j/9cbhHXPSWLh1E0kYmvz85YuiOO5QbAhkaTQLmRsL1El+I0Glmf1GnHZ72MYzt1OFlUjYasbuIQQjhXFT/WKvQHtwJygTeYdY/6wlqWJpaIQxGsREY/RIcHJxU7fx4GXENlFAwhFAA0x+2K+JMtYxldnt3rGyJ5++DHEKGp/
vMHSsSsC4hbo0lVtlRPJusQWiktK4MyBhfrF/2mk0tJL6bPf+SeQae6onpzX/iOnqLIV6j5fyHlYHjr8saHIqVmQA7oAkvldUZnoNaDei2KVWJsd7CIi5A==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items ~~Sunday, May 21 by 8PM~~ **Tomorrow, May 18 by 8PM** for ~~$5.99~~ FREE

Get FREE One-Day Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: May 21, 2023** If you order in the next 20 hours and 39 minutes (Details)

Items shipped from Amazon.com



**DORAFO Smiley Necklace Earrings Set, 14K Gold Plated Cute Smiley Face Jewelry Set, White Happy Face Necklace for Women and Girls**

$12.95 & FREE Returns

Qty: 1

Sold by: Dorafo

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

- **Tomorrow, May 18**
  FREE One-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Sunday, May 21**
  $5.99 - Shipping
- **Tomorrow, May 18**
  $9.99 - Shipping

Place your order

**Order total: $19.85**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Get FREE One-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $12.95 |
| Shipping & handling: | $5.99 |
| Total before tax: | $18.94 |
| Estimated tax to be collected: | $0.91 |
| **Order total:** | **$19.85** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: DREMISI 12pcs Smiley Face Patches Sunflower Smiley Face Patches Colorful Happy Smile Face Embroidered Clothing Applique Iron on Patches for DIY Decoration on T-Shirt Bags Jeans Backpack Hoodies : Arts, Crafts & Sewing

**URL**

https://www.amazon.com/Dremisi-Sunflower-Colorful-Embroidered-Decoration/dp/B09FKYXW92/ref=sr_1_33_sspa

**Collection Date**

Wed, 26 Apr 2023 07:25:31 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

qG7pyf5+Gzd5X+JU/6VH7ovii0gIBCDFpyAblIe2CPaNxqN0g7GMnFB0/NXOPU2e2qfr3Fftd6SvgotAqgkWCqCekYYRm2AeytTtv8Y93zn7LSQQtecpdglPlaKZQQPk48nj8kJ/t2C3lMitrawsM/BCAdBygjjw4nO42At9oS4=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Dremisi-Sunflower-Colorful-Embroidered-Decoration[fs]dp[fs]B09FKYXW92[fs]ref=sr_1_33_sspa]]_Wed,-26-Apr-2023-07-25-31-GMT.pdf

**Hash (SHA256)**

fbad039b8efde3b7c7fac30f377c48fb43aa5237c2408ba81357d8d7987dcc9e

**Signature (PKCS#1v1.5)**

ZdPcjpOW1NP6AmW5CwJSMUMY+IC++3643nLZZKZIybVeplKlo1FUhWW3h6rV1mJGYrDs2YwOM5NRVv0jXEInLS8mxOUnYw1hC8Yon8a+QhbqJsgnYyYbHbRBfukn8HJbQIlgskX+aN7j/2oCFTpdAwoFbSAN+N0o6FLUX4aP9Y8=



# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 01 Jun 2023 05:35:20 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

111.92.76.63

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

OsEjl0jxN7olDGpC1PJRKCDFP/pK50+zNQCI0ZxEiC/dAUehIAin3EDjeoatkZQ98inOcno+Wf6nfAtWxdR1mYP8VN8RVKBGkokGW3oy8IdEsMBYU08STD8e+ADpKamV7AEdNxMImLysS3aQDEH3wzLao5U/
nyIAtsuDVFZq1usREH9R8kIDk984H08RgJylsFoAWTXprA6pfasToQ9ANEgZVcCgJfFZqRtE7XIgdh/MTCSW8yPGBjQZgtwuULxWyheINFOpYPSby/URqGRI2XEIMDjtt70ciN6Psc7DZqPglsiP7ZlNWKVrMYrHpSvX4WbDLzNX6CtfXyPxpHJ8Xw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-01-Jun-2023-05-35-20-GMT.mhtml

**Hash (SHA256)**

e5a4e6d4a602ce9fea7f4cad4ff61f9d1419859518c6297c8885019963534b88

**Signature (PKCS#1v1.5)**

FBhhDRDVyTvxXbGninSh8IXRkFb67Az5TXJVFSON2WkUFUkhUvriKZUGbRxWBq2OuAwknT/xPC9C62zaSN44kcWp4xxOZRfIzdrTxc2QSIbk0bK5ku4Z52z+EGRFdggGz0XwFfkA7RcA9PwP7No5sa+qv1g9pHSMQ9V8EZnbhg+0x2PcZCFgP7E7NJBwBS9YIyM7a5SwBHMr7BbPRc/q
+DYlcVH6PWBUJeRf7IKFa2QSgfTtG9shb9gQ40kaMZlgju5WC5tZP/TKnfa7L2U+ExhhqQ6uD1K8fSx/e8J3REdqODWF+LkhYtAON7SK3H4IsJG3WdDvVH6v49OPe36k3A==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

Change

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items with your 30-day FREE trial of Prime

Get FREE Prime Delivery with Prime

No hassle. No commitments. Cancel anytime.

**Delivery: June 6, 2023** If you order in the next 17 hours and 9 minutes (Details)

Items shipped from Amazon.com

**DREMISI 12pcs Smiley Face Patches Sunflower Smiley Face Patches Colorful Happy Smile Face Embroidered Clothing Applique Iron on Patches for DIY Decoration on T-Shirt Bags Jeans Backpack Hoodies**

$6.99 & FREE Returns

Qty: 1

Sold by: DREMISI

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

FREE Prime Delivery with your free trial of Prime

Fast, FREE Delivery prime

**Tuesday, June 6**

$5.99 - Standard Shipping

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

**Order total: $13.47**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $6.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $12.98 |
| Estimated tax to be collected: | $0.49 |
| **Order total:** | **$13.47** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Dreuyet Boho Smiley Layered Beaded Pearl Strand Necklaces for Women Girls Rainbow Colour Star Fruits Flowers Heart Smile Face Happy Beads Pearl Stackable Collar Necklace Handmade Summer Beach Jewelry Gift (Red Heart): Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/Dreuyet-Necklaces-Stackable-Necklace-Handmade/dp/B0BDK87M9X/ref=sr_1_79

**Collection Date**

Mon, 24 Apr 2023 05:13:07 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Oa0DKRVPecR/4kKRXZYplFzem2vr8B5tS4Rfa9CBRHAjxW9VchOOl9KKBMHeD4uR6dJ7PVYu6J4pyp8bHZDJAHJG0ZEV0QBbVr1ixONxI9wBkeB2RrkRQUVlUvmr57prMdE5FY2yN0LeWjLY7C5G+kXHMdS89g5yaa31kBsyF+I=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Dreuyet-Necklaces-Stackable-Necklace-Handmade[fs]dp[fs]B0BDK87M9X[fs]ref=sr_1_79]]_Mon,-24-Apr-2023-05-13-07-GMT.pdf

**Hash (SHA256)**

f47a780c407fd776f82cd8e30a784fde23c3b538a25c35ed8d93a29378acae90

**Signature (PKCS#1v1.5)**

Br0RGPakH7xP6VsO6QT/Ma6UMyfSZ/L0phpPZpe8jaXX70GIyf12UNx75izrrGpv2Q6jeH13LFISh72AlmV5G4RvtU8Hlh9C8bQn6sIKD/XesvCXNCjxtMBwPd28m/6MhAOOb7DYJ2SLbCjTsMzZdELTamA7KsU6mRXSzF47zxs=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Wed, 24 May 2023 13:39:04 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

111.92.80.105

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

TZFLjzYoozSAysNZ00ykbnVbbG4aRdNzENqTksAVRdwx/2zGr21C1tFd9WZvz9cBhHYjFHcrGmYCa9wfK+3SA93K5283idO2fEZ75Oh7DCi9Ordy7Cm/WrZQYhhnZO+npBZ9QaZd1mvxjhmxdVrzNdfL6XlFeinSWF9vAeT5xv/2EPO8ZldcFp/6b
+xJ77MnL7g8kCBD6lzHE11ko2lj6jYOs3kkBgQRi/DAwqN//KrYlpM0iyUECy5CWMFez+XOPGSiEXC7uadwksuT2qRCC7j48zgpagSH45x+EDBdd3L0cJQ67WQ9DjIYsT4IiDSUOpCZ3aRmBTSnxFTV5o+f6A==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Wed,-24-May-2023-13-39-04-GMT.mhtml

**Hash (SHA256)**

23912d7fadcf086bc0e768f57b2d9615c86610fbf77b9122093584fdc8ad4d2d

**Signature (PKCS#1v1.5)**

IarrkkZzJsdO4TyBTlgeFlLzBhrecoGwJdi8hp3AHGMsS3zdJlywwza5UXAWxID3YNsp62zjwD+Mx460heCqut2x6Mfec8bJT1pGywMfs2I41W+4MfPJaPvvhfc9LwEI2LCtXCDXxF5eWO18sIV7rixY+pqBLDJatPmKweqQR2OpyJYqAd9gUeFrkbCdhInYfXFwlxFK8QuT45mmWQsC/
nV4M0bx8V3cXDYkMj3e+Xu3fOgKPjcMiJ733n6bhhgejgnLVTWqDy7KCR7v9isAmHqKuBifejz75ueXu+tsoXrZ2L9LCC8zaYjeLVgYZsFhQ70a6EfvYNI0uGVtu1M1cA==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

**Or pick up near this address** - See nearby pickup locations

Change

**2 Payment method**

VISA **Visa** ending in 9985

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

Change

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items ~~Sunday, May 28 by 8PM~~
**Friday, May 26 by 8PM** for ~~$5.99~~ FREE

Get FREE Two-Day Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: May 28, 2023** If you order in the next 21 hours and 35 minutes (Details)

Items shipped from Amazon.com



**Dreuyet Boho Smiley Layered Beaded Pearl Strand Necklaces for Women Girls Rainbow Colour Star Fruits Flowers Heart Smile Face Happy Beads Pearl Stackable Collar Necklace Handmade Summer Beach Jewelry Gift (Red Heart)**

**$8.99** & FREE Returns

Qty: 1

Sold by: Dreuyet

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

- **Friday, May 26**
  FREE Two-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Sunday, May 28**
  $5.99 - Shipping
- **Friday, May 26**
  $9.99 - Shipping

Place your order | **Order total: $15.61**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Get FREE Two-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $8.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $14.98 |
| Estimated tax to be collected: | $0.63 |
| **Order total:** | **$15.61** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: DSDFIDn 2 Pack Cosmetic Bag for Women Girls Travel Toiletry Organzation Bag Birthday Gift Smiley Printed Smile : Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/DSDFIDn-Cosmetic-Toiletry-Organzation-Birthday/dp/B0BX318Z7F/ref=sr_1_197

**Collection Date**

Fri, 21 Apr 2023 04:53:14 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

f9SFSAndYsVuyM9thFGUL+0AUNM/NJ6Y08wOznUeoESs3gj0CWdTIlzxtVOk3q0cCMkCnGO2phKYlpkGH9PGq3ebwqNHSRJJ/UNxxTVjspUhNPiacwC0eraavluHk33/Od6Rc4Xci2kr2eHHAE/c+gWfjPWDPGDJrs5rA/rIlJ8=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]DSDFIDn-Cosmetic-Toiletry-Organzation-Birthday[fs]dp[fs]B0BX318Z7F[fs]ref=sr_1_197]]_Fri,-21-Apr-2023-04-53-14-GMT.pdf

**Hash (SHA256)**

5a74def91cb7516c4d42f90dfbf0f66756fced86df7608487a2c31e693a95873

**Signature (PKCS#1v1.5)**

iHm+tp+m+gicLnk+HfuOzMDE7waF2QBAauss/7G9HpAJj2vVEUGAS20pstJ152USQlv5koudzkGVAu+UeWoXRZt2qnJnxb1hAmaTcDf1VW77Pt9kYy+5KFY0x5er6e09lepHoJgrmY31766jn4smXsnraT5G2Eo3X+9w1HgBdEw=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Sat, 20 May 2023 04:49:22 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

116.68.96.16

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

I0qVj5kv6Og11sj19CMRENaTjX7udTYkPFHFsIYaBJgIHaQsI53lWfMhvWgq40UlazhlE6Gi2zh+1nuJiH17J/BSNLr1xrCXz1MurAY27vA2AW3sOsaFG+jsP1+afqzp5Nt77/rBvWjSLmQ4G9iaOaYUMgw+ndgfIEz3Mja0jtQKpPaSXO6fGsfSyZJqpPCjnEH0Y+E3EGJ/
rmVpYGNAcvSpSIdDPFso15tX8SUA7fdLh1cnsUNtjO59URGNCGZtPeq5FzibcqARUmSNdcTplJvKS4PbWeLDih8o2/vYRl0RB+IWDvXs4Q8d3m42lQESQy8HdfCdQ1jNFFDnbSxSOQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Sat,-20-May-2023-04-49-22-GMT.mhtml

**Hash (SHA256)**

3e8db7a02ffcf2406aadb21955dee7e1554fef5d08aa1ded08f74e6dbfcd9aa2

**Signature (PKCS#1v1.5)**

YvVJAOXwpJh6zIeP5oxwicUXBYyDq4CFO5n0bEr/dlkblOPrQLX7qYSPLuKFd9SCSVUkUci3IBwH3u6SoMfbhXIc7KBGP5wH2bbxOJpbub1VgKl0vGZJDTbXvTt2owT4PGgoSCu+ZocfmPYMZwiHvPBizftgPHAG4yLBH
+QAGg77nLqoGtKm0NzOfS056145snclCwoSa79xko99zgfGJ3d9csa3bfBNWFrokaA3sBW+wKAkz80QTOZi7cYoi4hb79HavcWQwcrORogsp5TAnS8Dko19qvHIMZKe4LZ8ijx38FSXxDljvtAKzxlzPfFAu/jHWUbKFAPjzCvw3fIwSg==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

**VISA** **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**
Get your Prime eligible items with your 30-day FREE trial of Prime

Get FREE Two-Day Delivery with Prime ›
No hassle. No commitments. Cancel anytime.

**Delivery: May 21, 2023** If you order in the next 18 hours and 55 minutes (Details)
Items shipped from Amazon.com



**DSDFIDn 2 Pack Cosmetic Bag for Women Girls Travel Toiletry Organzation Bag Birthday Gift Smiley Printed Smile**
~~$9.90~~ $9.40 & FREE Returns
Qty: 1
Sold by: DSDFIDn
$0.50 discount applied
Amazon Prime eligible Join now
Add gift options

**Choose a delivery option:**
- **Sunday, May 21**
  FREE Two-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Sunday, May 21**
  $5.99 - Standard Shipping

Place your order | **Order total: $16.05**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $9.90 |
| Shipping & handling: | $5.99 |
| SAVE 5%: | -$0.50 |
| Total before tax: | $15.39 |
| Estimated tax to be collected: | $0.66 |
| **Order total:** | **$16.05** |

Qualifying offers:
- SAVE 5%

How are shipping costs calculated?
Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: CZDYUF Socks Women Soft Breathable Combed Cotton Socks Striped Flower Smiley Retro Cute Socks Autumn Winter Socks : Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/CZDYUF-Breathable-Combed-Cotton-Striped/dp/B0BRBGTJW2/ref=sr_1_2

**Collection Date**

Fri, 21 Apr 2023 09:50:31 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

AR5/9pREnkU0WY/XjObMpUyN7IzBzBLbfQgu0JCA2BB37+WwUttxE5iUvuFQB+LVkU9ZsR+UNemYddpJL9a0BKbZ+lBWdsAI2WFlL+c21XMWLLUqikRSpb2v1h4bvQxGJHU7AiUFrXOwLBSdFE/tIVKxJVzULyqj00eWx9rCx5c=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]CZDYUF-Breathable-Combed-Cotton-Striped[fs]dp[fs]B0BRBGTJW2[fs]ref=sr_1_2]]_Fri,-21-Apr-2023-09-50-31-GMT.pdf

**Hash (SHA256)**

57c1ed20c75d308952879c430dc44dd6a61f0fae95e0ea40d65b9a780457fe3a

**Signature (PKCS#1v1.5)**

SZgJnzkvHQNdU/3ZSKvmEIaA1/1+GiNqcYHGKwbYvvjMcvvYq+o2vo0HyRn12fYCaVYB9dudDad6jEAsva7/nACnIykdaP1lB/D3NJbe2h3SMKbu6gXccjzllEZTMc7NCkuM2PBgzf6O2Om3Av6e0obV+XIG/ihW7X1Tp8JcZGo=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Wed, 24 May 2023 01:44:53 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

111.92.80.105

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

ReEYwTU2z41HqpgSSfv1MIpOHi5j5lucX599tUYUyq9K4BSm3+OS06R3nMx9H4bWNDTYO+Hxte1UpObXgrQGb03e3i4lDPWyGusScGtakzghNBeUUBt9oOsZsFOIB8AtHUbBOhfB4yNrkf2Tkada/
TSYJnIpR7WYDfW1z7rhFjkf4qIBGqCAeGWiPXLtrpN5nusIV8yevrPwpEwWn7MLJWSIh2psUGuMc7xL40lC+k8bLWzq9aRIYEyGTh/JsTAvl/Y3QOdYtmqNuZelZy2uQ9dnqF9v0bDtv/QGDoJEyOAOfqu7jzAz5qxK9qSJ8fnuN2IFUKoWEo2zRkujFXPj6Q==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Wed,-24-May-2023-01-44-53-GMT.mhtml

**Hash (SHA256)**

d81f6b92fe5a6166348f6d25bc9dc5d2a2576ce31d96de5e00135741573048ee

**Signature (PKCS#1v1.5)**

EJ4P2or4WTRA9UoJH05ZA82PaHOYgApr4vYNe08OuVfiKtfJuzo3DpmlFgrbzRjb7AlPzEcF2gm341KcLSK8srkvhGGeu8S0Zw3+GbcwD586ER8xsf6RVGGywm84YbLLisu1a5AZgft7y6SZXgWADx4qEUuI2nl2Hlx97o5/CdYTh995u1GJ/f9bB51vW7N26/
PA3dK0rJUZtlVFjwyaZObHsW9+zH5x89Az4sQGkVcSOCP0nhxz62572hWe0iAwfH+ohin1wOcj2lSy/cxSUH2TBXsVK/PvcRZqXfEAJ3uiCM0wUP6EbLIGcAOwivGFUvbdRESzveeI5BDR8GQaKg==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you 30 days of Prime benefits for FREE**

Try Prime FREE for 30 days

**Estimated delivery: June 15, 2023 - July 10, 2023**

Items shipped from Dubianlifeng



**CZDYUF Socks Women Soft Breathable Combed Cotton Socks Striped Flower Smiley Retro Cute Socks Autumn Winter Socks**

$277.72

Qty: 1

Sold by: Dubianlifeng

Gift options not available

**Choose a delivery option:**

**Thursday, June 15 - Monday, July 10**

FREE Shipping

Place your order

**Order total: $297.16**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $277.72 |
| Shipping & handling: | $0.00 |
| Total before tax: | $277.72 |
| Estimated tax to be collected:* | $19.44 |
| **Order total:** | **$297.16** |

How are shipping costs calculated?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS
Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**
Amazon.com: DuDu- Smiley face - Stethoscope Tag,Steth ID Tag,Nurse Badge : Industrial & Scientific

**URL**
https://www.amazon.com/DuDu-Smiley-face-Stethoscope-Steth/dp/B07RJVPMBP/ref=sr_1_155

**Collection Date**
Wed, 26 Apr 2023 08:34:11 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Chris Stavrou

**IP Address**
2a0a:1dc0:5::3

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
hVEp7pQYzlzsiGHAPYOuDIf8yRE7Kj5KMjDp2BrvvcXsBfX0IpJxefRHuTCLpAe3ZBaplQNz5PFIhc7Xjyk7GzoTjZfRX2yUo//wW69nZgjRPip4v3ktaZTIMl7wYtksMzUp1Gc3odGvwTkJFTN2ddUHLeefxuKEnbK90FzNwbQ=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**
screencap_[[https[s][fs][fs]www.amazon.com[fs]DuDu-Smiley-face-Stethoscope-Steth[fs]dp[fs]B07RJVPMBP[fs]ref=sr_1_155]]_Wed,-26-Apr-2023-08-34-11-GMT.pdf

**Hash (SHA256)**
dede994efa22b0146d6ee462a29f3271635c837c636bc67ad160bf0a9d9c98a9

**Signature (PKCS#1v1.5)**
JwvYBD0IYL71h17pp2zKwJ3pD+R1NG8oNa0NIE9Nvh0ZwNJSA9gTn6U8rq0COD6Onhn++vm4Ou8pbSzrhIQhWWhoP8Ub0IwXM4uoQZedIkawRXAikdub8RO4lneOJeYyrsdp46cuU54svAvhNFwuB4bv1co0FyIZA9KoVT3IAKU=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 02 Jun 2023 17:57:34 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0d:5600:8:36::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

K0ztTC+FYJZU5xzGwl655oRYOWyvm2kgVy5ePu430MRvOfYUlC5fy/1JuBmJTc9+4Vm264LDr6TPyfYBxdkUuLK0jRmuk/8afc/64NkNDidwWY49sOTf6km14hl0rTgolW4oKHm73omLKHzIVTYgRf038lu8D8cBV9zzdOE7ZJB0x21QsnDgMZREBpZ/t8Olcd
+VZRzlmqvoICSWiguxYI3tvSol7WW+Q0iupIM6N7ruhCG3170MZe2CT12o+vNmBoIR0922nj52WKl9lAHVsgM6OHwLh3E9NztSRgby90M0O8iEVTMdwg2/00LfYFaPujHuxhuZ69F0lloZzP872Q==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Fri,-02-Jun-2023-17-57-34-GMT.mhtml

**Hash (SHA256)**

a7c06f9dc2b2fc09234f293b437e1925b0a734e2132d9884f709e1a3004c1073

**Signature (PKCS#1v1.5)**

G0pHzB0NT2K742zI2sfmQ3n3X8FIN8DLoXTB4zPNRTVGYozmbBer/YRxfL9ykt2DVJ8axlbEkPHBBHMUI44lPbx1tpDO1y4GzU3Y6cU8wmsXoR6FC/RqBfygfLUCPbWlEsVuR/rRWf5fw0KUS87iK1zxZT7kUG8v9M2e0TwZ5tV1a8dPwwiCGQbKR/+mMUuGRUNT
+Z0gE6qEs6k2WiE2i2edJNgCts98QOl0eC/GhONuBq5H/uoCchz+fXvBHOaZZq5eEuHZbcTC3iDdQpo8/TyAV15/t5sJFijmyhG6NjT+H9wwCQ2in06I6KVxy2HsYm3pcWS8RstQHeG4h+7KHg==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

**Or pick up near this address** - See nearby pickup locations

Change

**2 Payment method**

VISA **Visa** ending in 9985

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

Change

**3 Offers**

Change

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**
Get your Prime eligible items with your 30-day FREE trial of Prime

Get FREE One-Day Delivery with Prime ›
No hassle. No commitments. Cancel anytime.

**Delivery: June 3, 2023** If you order in the next 5 hours and 47 minutes (Details)
Items shipped from Amazon.com



**DuDu- Smiley face - Stethoscope Tag,Steth ID Tag,Nurse Badge**
$10.99 & FREE Returns
Qty: 1
Sold by: DuDu
Amazon Prime eligible Join now
Add gift options

**Choose a delivery option:**
**Tomorrow, June 3**
FREE One-Day Delivery with your free trial of Prime
Fast, FREE Delivery prime
**Tomorrow, June 3**
$5.99 - Standard Shipping

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

**Order total: $17.75**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.
By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $10.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $16.98 |
| Estimated tax to be collected: | $0.77 |
| **Order total:** | **$17.75** |

How are shipping costs calculated?
Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS
Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Mon, 29 May 2023 10:38:39 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

116.68.102.163

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

QLR1VVWDEpn3i/L+HihczDG+7ZSpntu9C6hu2FCbbH31bIkXiwNNBX9aqP6BifRmBioYVijDlLB37qlAV1o3CIKZQYcp28e8gikE0pvSvhvSLUhQeu1fLdjAIq1YY8bCtSWi4zdii0foDNs4T9K2Bj5XY+162ZK/hdZYb+3FmBMtgI9e/kGgFieoOtKcGZ6kDFBXM2i/+jGV4F8O/AgQm+x4nyZiXVVW
+2ctvITDFGn9MaaIFwfqnzBNbu/6XXbXT0AiGiS/hUAr6JYMQSGx1cQZ+tTsRY5VpmsukoSrsJvyF99VuaIaZIfxhYAl2Jt2Z7+pUmKRqZDGBeAuToDjSQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Mon,-29-May-2023-10-38-39-GMT.mhtml

**Hash (SHA256)**

656e4af025281108a7d2701c01f449918e2b17046a99ff646d61776004ae0da1

**Signature (PKCS#1v1.5)**

ga5x27kw2CMhNAiHVSdtVwQy/HSM+QRiPDBE/KlRkkDp4oZxCbJDDI0lH+je5n+9hRLEqjhxYExcL4bfKp6nrpBFItJaYOiAVb3CC6gU2MNDU1rUz4f884wL2uuUAIgteWkhiP1rqenF0nzWyjq8l/5mogohi/J1gx+qmhK9AbtlQtDG4VCJr1vaUv8VReKbWK/lRnxgILegbTQRr54+cCpHBvII1g2r/
Ekq7EQiWXyb37maQ8xJ74/S0Q7ukOHZej58nWKCm0ZiVvNZGGl8tcLk/J4OlfCl6Q+hH+MfOnhpJc3Pkp4hjyRqU2NxQqiWRrbU+GRS1dPqSxOLMwb7qw==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**
Get your Prime eligible items with your 30-day FREE trial of Prime

Get FREE Prime Delivery with Prime ›
No hassle. No commitments. Cancel anytime.

**Delivery: June 2, 2023** If you order in the next 8 hours and 6 minutes (Details)
Items shipped from Amazon.com



**Compatible with iPhone 12 Case, iPhone 12 Pro Case, Black and White Smiley Face Print Thin Soft Black TPU +Tempered Mirror Material Protective Case for Apple iPhone 12/12 Pro (Smiley Face)**
$10.99 & FREE Returns
Qty: 1
Sold by: DUOSE PHONE
Amazon Prime eligible Join now
Add gift options

**Choose a delivery option:**
FREE Prime Delivery with your free trial of Prime
Fast, FREE Delivery prime
**Friday, June 2**
$5.99 - Standard Shipping

Place your order | **Order total: $17.75**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $10.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $16.98 |
| Estimated tax to be collected: | $0.77 |
| **Order total:** | **$17.75** |

How are shipping costs calculated?
Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com: Compatible with iPhone 12 Case, iPhone 12 Pro Case, Black and White Smiley Face Print Thin Soft Black TPU +Tempered Mirror Material Protective Case for Apple iPhone 12/12 Pro (Smiley Face) : Cell Phones & Accessories

**URL**

https://www.amazon.com/dp/B0B99Y3PQ8

**Collection Date**

Tue, 30 May 2023 07:44:51 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:93::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Ms+SU5uVmhFRGm6viD3DKrhQN6eOhMraQHCSsmNywS/XpB8BVI0VWmTD9kdnbLStNchMp0sismpaHHl4UwdXhC/6bo3M4TmC1LG61GcYRWElWCS/+3LgQEaTJDKdPX8jG4HarFNqkLoBIbTZvr5XjwBMXljofAl8Qa/NbGJUSNLdR0HkY7foeX2Umt/
IgIlWFDu4DcPYA7gpFzalFjsCrDyJdJHdv6J34/NFv1DSMWitXGgWhDlGB4xjrlyHo0I2TpJ8fjMgl6S8/n/5JxNULghG3zlhCeQnlkrDmkNggfP3OaE3PEdBQcuVtbGoSrE4Z8Nnqr1+h0xceUXXlf4ncQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B0B99Y3PQ8]]_Tue,-30-May-2023-07-44-51-GMT.mhtml

**Hash (SHA256)**

b4b938032c2bb93910ab640bc946f71846e05a06a7372be67976d532cc31d90b

**Signature (PKCS#1v1.5)**

DH6P23YV5ocfLB5ybWCojmWYKJmd0DkllQVd2ZTAHdcN5ZgHDSLtJ8ZhQsJdaQCaIn6gwremg7jaY0vohrpHL9PwDFCjJDV79Gc86+kotpWVxO7hMGn3jiZ00du8rrGSkE5iFMgZBafcTbQxrHKTQyt67WYS9CdLW4ZDHd2eW7MbdjGzCkvg8mJJQE1wle4j5Be8QKQJk53qTP/
PDaWbzZch5JOGeFVaKUV78+Z5Q0k3r2UFO3aOx2D52/ysCfRnPKtnDZCRljyDLzlNuyzHLzapy/wktl62nKqgfB382K1ez2dHluNNxzEe/Gf4z9rsGYi3BI+hNAYp8QlSSobpiQ==



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Durio Smiley Face Bucket Hat for Women Men Unisex Summer Womens Bucket Hats Packable Beach Sun Hat Black & White at Amazon Women's Clothing store

**URL**

https://www.amazon.com/Durio-Smiley-Bucket-Unisex-Packable/dp/B09W9L12LK/ref=sr_1_138

**Collection Date**

Tue, 25 Apr 2023 11:08:09 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

BOdBRp4LR/K0MSr1gNOckPx7tQI1GE6KPOkCM+34wOQZ5imkaBBBwVigVBL0eIAMQhCcAC810iEmrLILI7YptqwSMVaCzzQsfUv/fqcbh8y0nF2pgysMSE+ydAstAKwR60Xa67fCoKbXWuKA7PE7B2wuFhdaj41yUhFL/n3gCOc=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Durio-Smiley-Bucket-Unisex-Packable[fs]dp[fs]B09W9L12LK[fs]ref=sr_1_138]]_Tue,-25-Apr-2023-11-08-09-GMT.pdf

**Hash (SHA256)**

70b535028e524b50b71f20ad486eebfb81b8447348eae9ec12d65b4d9a53aa95

**Signature (PKCS#1v1.5)**

S54sBGjbP0mYME5qGU8jKjxkKSQzKblftcY79/1eXUBK2pMBiMo1MFMpu5Eg+h7CLt/gh3dBTvDqIJO96KZoIUpM9MSK7z9s1+IVlH1M54ysBrUjamWDX26zhO+euRuiyCpgrfhOdJAmc7RoarAYItqXhChvzyHtWytIbOWgonQ=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Mon, 29 May 2023 23:43:38 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

202.164.136.95

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

lOY9QJFOnsJ1MryZkRxs5qWOZc3eP5TvIYZhNopE9xmCCDSn88JzzTysi9BqHa4/szp+rLWpXIyfQeVoADTENyp8obmRtq6vAQ6miqc2I8/XEFHU0gdeIQg9YNboJozvbdBMvfSN3x2j744ew8a8MXymd86AChclqmA5wNgOmvm93gcfl/ij8kiQLFD8bw4ldwHdM/vne135Otd5oFGvKDvf/
MWAK9djz7mwEiOnzSRRgGUdvM1qHK+1lKwxJXiq+1eVPVIL6s9prZsuSvIRyhZq2BDtTkkj2CfEeqgdfVdm+1rQNJj8j24I6f6h5Shx2jMLF8uR754SA6Hdk5hI+Q==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Mon,-29-May-2023-23-43-38-GMT.mhtml

**Hash (SHA256)**

df5bacbaf9875c560238339d79a7b982480c64d48bc378c0b78551efc5b3ff3b

**Signature (PKCS#1v1.5)**

ke1dYImo7G+Wxh8zvTJ5UQp+u8GCqeYwKQAqitRQJFdIVtcbQnJXE8FrxhOj7LY7K4XPVtPvUYCSWm7XG+Zd4B1DaXi/b4gzSCuG3/f6qS9DTAkiVV5IS/L3CuPBMauJwb4yc4ZKEPFB2CGAetPhm/
OLYTrbX1SuXMmuiV03meX3sBqRa5O2qDJxaWXDbpv2SE9XgkVKC4LV9i6XJvSeU2AsxPxq68F3AHkek3WIU0IiUO6LB2awv26sfxhjwpX/z29YDYFvJI2DzHxx9/nm5D1TYK6yxW3BSOdUE07p6+nM+b0EqmfdyFb0vRgimoS/MIiU91O35AzFQTPPNQ9O2Q==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

**Or pick up near this address** - See nearby pickup locations

Change

**2 Payment method**

VISA **Visa** ending in 9985

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

Change

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**
Get your Prime eligible items with your 30-day FREE trial of Prime

Get FREE Prime Delivery with Prime ›
No hassle. No commitments. Cancel anytime.

**Delivery: June 2, 2023** If you order in the next 11 hours and 31 minutes (Details)
Items shipped from Amazon.com



**Durio Bucket Hat for Women UPF50+ Sun Hat Women Summer Bucket Hats for Women Packable Beach Hat Hot Pink**
$9.99 & FREE Returns
Qty: 1
Sold by: DurioUS
Amazon Prime eligible Join now
Add gift options

**Choose a delivery option:**
FREE Prime Delivery with your free trial of Prime
Fast, FREE Delivery prime
**Friday, June 2**
$5.99 - Standard Shipping

Place your order | **Order total: $16.68**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $9.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $15.98 |
| Estimated tax to be collected: | $0.70 |
| **Order total:** | **$16.68** |

How are shipping costs calculated?
Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Durio Smiley Face Bucket Hat for Women Men Unisex Summer Womens Bucket Hats Packable Beach Sun Hat Black & White at Amazon Women's Clothing store

**URL**

https://www.amazon.com/Durio-Smiley-Bucket-Unisex-Packable/dp/B09W9L12LK/ref=sr_1_138

**Collection Date**

Tue, 25 Apr 2023 11:08:09 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

BOdBRp4LR/K0MSr1gNOckPx7tQI1GE6KPOkCM+34wOQZ5imkaBBBwVigVBL0eIAMQhCcAC810iEmrLlLI7YptqwSMVaCzzQsfUv/fqcbh8y0nF2pgysMSE+ydAstAKwR60Xa67fCoKbXWuKA7PE7B2wuFhdaj41yUhFL/n3gCOc=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Durio-Smiley-Bucket-Unisex-Packable[fs]dp[fs]B09W9L12LK[fs]ref=sr_1_138]]_Tue,-25-Apr-2023-11-08-09-GMT.pdf

**Hash (SHA256)**

70b535028e524b50b71f20ad486eebfb81b8447348eae9ec12d65b4d9a53aa95

**Signature (PKCS#1v1.5)**

S54sBGjbP0mYME5qGU8jKjxkKSQzKblftcY79/1eXUBK2pMBiMo1MFMpu5Eg+h7CLt/gh3dBTvDqIJO96KZoIUpM9MSK7z9s1+IVlH1M54ysBrUjamWDX26zhO+euRuiyCpgrfhOdJAmc7RoarAYltqXhChvzyHtWytIbOWgonQ=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Mon, 29 May 2023 23:43:38 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

202.164.136.95

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

lOY9QJFOnsJ1MryZkRxs5qWOZc3eP5TvIYZhNopE9xmCCDSn88JzzTysi9BqHa4/szp+rLWpXIyfQeVoADTENyp8obmRtq6vAQ6miqc2I8/XEFHU0gdeIQg9YNboJozvbdBMvfSN3x2j744ew8a8MXymd86AChclqmA5wNgOmvm93gcfl/ij8kiQLFD8bw4ldwHdM/vne135Otd5oFGvKDvf/
MWAK9djz7mwEiOnzSRRgGUdvM1qHK+1lKwxJXiq+1eVPVIL6s9prZsuSvIRyhZq2BDtTkkj2CfEeqgdfVdm+1rQNJj8j24I6f6h5Shx2jMLF8uR754SA6Hdk5hI+Q==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Mon,-29-May-2023-23-43-38-GMT.mhtml

**Hash (SHA256)**

df5bacbaf9875c560238339d79a7b982480c64d48bc378c0b78551efc5b3ff3b

**Signature (PKCS#1v1.5)**

ke1dYImo7G+Wxh8zvTJ5UQp+u8GCqeYwKQAqitRQJFdIVtcbQnJXE8FrxhOj7LY7K4XPVtPvUYCSWm7XG+Zd4B1DaXi/b4gzSCuG3/f6qS9DTAkiVV5IS/L3CuPBMauJwb4yc4ZKEPFB2CGAetPhm/
OLYTrbX1SuXMmuiV03meX3sBqRa5O2qDJxaWXDbpv2SE9XgkVKC4LV9i6XJvSeU2AsxPxq68F3AHkek3WIU0IiUO6LB2awv26sfxhjwpX/z29YDYFvJI2DzHxx9/nm5D1TYK6yxW3BSOdUE07p6+nM+b0EqmfdyFb0vRgimoS/MIiU91O35AzFQTPPNQ9O2Q==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

**Or pick up near this address** - See nearby pickup locations

Change

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items with your 30-day FREE trial of Prime

Get FREE Prime Delivery with Prime

No hassle. No commitments. Cancel anytime.

**Delivery: June 2, 2023** If you order in the next 11 hours and 31 minutes (Details)

Items shipped from Amazon.com



**Durio Bucket Hat for Women UPF50+ Sun Hat Women Summer Bucket Hats for Women Packable Beach Hat Hot Pink**

$9.99 & FREE Returns

Qty: 1

Sold by: DurioUS

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

- FREE Prime Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Friday, June 2**
  $5.99 - Standard Shipping

Place your order | **Order total: $16.68**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $9.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $15.98 |
| Estimated tax to be collected: | $0.70 |
| **Order total:** | **$16.68** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com: DXZNBEST Women Smiley Face Matching Rings Band Open Smiling Face Rings Statement Asthetic Jewelry Adjustable Bands for Women Men 2PCS: Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/Statement-Vintage-Smiling-Jewelry-Adjustable/dp/B08RY32C91/ref=sr_1_58

**Collection Date**

Wed, 10 May 2023 05:21:58 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:93::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

hhGzGFIr26pN6dKf1JRi9QEgKZHlatjBnNpfnNH4QL4fFKyZgKziqtmeL1TmBtI1G9fNDK2ckLYGG+YlocO/Ahs0gwZJ5b4ZhQE2Ze2lbqn81amJEU9gNFoY/DkL5hZmIDJSyAKtA2i63A09ylaFMqo/jc1/1CdWc042kZwVxIQ=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Statement-Vintage-Smiling-Jewelry-Adjustable[fs]dp[fs]B08RY32C91[fs]ref=sr_1_58]]_Wed,-10-May-2023-05-21-58-GMT.pdf

**Hash (SHA256)**

df8c39ae63d47bda679b08958b5437ac88e467ccfc9c28f3ce82231820f1bd44

**Signature (PKCS#1v1.5)**

XqToJJc+s/oxSoJcELoOZqjLYE2lYu+9uC+vHGYzNw+bK85uKenW2KpX4OIjnN8dtC78R1hUAmnMN3PKYjV+tRpYz1/W3qxhwWj30MGpz3UjnLrf03elnFMmiNzhM8s8wz+YzX5Y9tqY1/NfMFqnx+rCJug0HzCK7RVQJqwqnkc=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Wed, 07 Jun 2023 07:22:14 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

111.92.118.122

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

bca1vt7MaPNvqk1cxQ5mCU4WuGiZWrOoZ8vcM09pWmZT3veYH0HzQaplxGt5ECd2/X/vuNzj4wMWTom629IoHXyO4GA2Y6tOn7GKe+bTitnmA9NkuokCWL1ZKuUgEfH/
AtL0WqkckJbwNnRV8IfpVrIm8K7cCEi7+qlsCG11fQ4OvBE1K8qNprlR9RVTyJ7+WKm1ajhrJvdfykQhANhw0kZMEvhP1IzAlLi1i6uirXqRkYxn8iDW5w0dO2ShEIVHYBMaa/cRo88j0/ZbKI6bPjLrgaLsUh26pHXES3XYpVGhilO5CEFyZ4Yc0cBrmtdMBX78AP8acXVjf9fxCBftpw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Wed,-07-Jun-2023-07-22-14-GMT.mhtml

**Hash (SHA256)**

f0c126b35350abefc1ead5eaa5285f1df74dd827e57d313cb3d046d38444c83f

**Signature (PKCS#1v1.5)**

NQDW/fXtxF+ZmCvX0uvyZOfjYGbwoibhHjopy5vH3FyNjuIJ/tawOkN8quZTTzE0RhKFz5UITAVioTUiw5XcCSRCPmTWkOQkUJ8QrAg4urKuFpOwtN5NrjH+xA6EBWu9yOtCJKDEQYFafA8+3GWCZWcpgWp17b+7J73yIuBoiQr+orkSjBj0JEREeJ+RFyQ7sdvsahQIjfdySVN8nhUNSJp135JOXA
+ZW8dBBM3RmG6sMIYR978v64bApQRd/znUernKVZe5eBCcl6hVCgskH5lNGrs+yEaflug1ck+5cCiuUX9r6RP5fwJJEM59xPg9cu7QjtSM9QmCZrjC5McESA==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

Change

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items with your 30-day FREE trial of Prime

Get FREE Prime Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: June 11, 2023** If you order in the next 22 hours and 22 minutes (Details)

Items shipped from Amazon.com



**DXZNBEST Women Smiley Face Ring Band Open Smiling Face Rings Statement Asthetic Jewelry Adjustable Bands for Women Men Kids 2PCS**

$5.99 & FREE Returns

Qty: 1

Sold by: DXZN

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

FREE Prime Delivery with your free trial of Prime

Fast, FREE Delivery prime

**Sunday, June 11**

$5.99 - Standard Shipping

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

**Order total: $12.40**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $5.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $11.98 |
| Estimated tax to be collected: | $0.42 |
| **Order total:** | **$12.40** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS
Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**
Amazon.com: Dzrige 4D Smiley Face Foil Mylar Balloons Smiley Hat Birthday Party Balloons Wedding Anniversary Dessert Theme Party Favors Decorations (Pack of 2) : Toys & Games

**URL**
https://www.amazon.com/Dzrige-Balloons-Birthday-Anniversary-Decorations/dp/B09G9FC6VS/ref=sr_1_187

**Collection Date**
Tue, 09 May 2023 10:44:01 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Sarah Christodoulou

**IP Address**
2a0d:5600:8:93::5

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
Gi9RRcFS/c4iL4RYBjRJqT0xQVlm+iRP5LD40jr0MA/RAT0TWq8XZVwKccnKD74RJGHGLrinpLxpBKSGKLhxPJxZZRiboEb45JaFzerthN+UQ21XfCijiGeygWfyCBuOnQA9uypqIZqJiGSm53sg3PSgNE/FRw4bL4UhnPE4fPg=

# File Signatures

SCREEN CAPTURE
PDF

**File Name**
screencap_[[https[s][fs][fs]www.amazon.com[fs]Dzrige-Balloons-Birthday-Anniversary-Decorations[fs]dp[fs]B09G9FC6VS[fs]ref=sr_1_187]]_Tue,-09-May-2023-10-44-01-GMT.pdf

**Hash (SHA256)**
3432fe2924881c75357a6bc95f7268065f7389dcd29045fb501d1840b464936e

**Signature (PKCS#1v1.5)**
fIFeCuBCxol2qncm6oWinpy65EgWgV9sq+wSAdzWItQn8Oiwz12C9hlakPlXzpVkQppqWGZi/+E/WBSnYC4PyYlgUADW+hkfmJD2iQazlThAm/xQA7Fw5L0I73meMuwOhSVBJRWEMYroicu+XEooEbIzgRJmSznQvB6Hjm3l9yk=



amazon | Deliver to Miami 33132 | smiley face balloons | Hello, Kenneth Account & Lists | Returns & Orders | Cart

All | Clinic | Amazon Basics | Prime Video | Buy Again | Prime | Best Sellers | Customer Service | Today's Deals | New Releases | Music | Books | Amazon Home | Coupons | Pharmacy | Gift Cards | Household, Health & Baby Care | Reinventing wholesale, join Amazon Business

Toys & Games | Kids Gift Guide | Shop Toys by Character | Shop Best Selling Toys | Shop Newly Released Toys | Shop Amazon Exclusive Toys | Shop Toy Deals | Create a Birthday Gift List | Create a Holiday Gift List

Level up with gaming gift cards
Shop gift cards ›

‹ Back to results

**Dzrige 4D Smiley Face Foil Mylar Balloons Smiley Hat Birthday Party Balloons Wedding Anniversary Dessert Theme Party Favors Decorations (Pack of 2)**

Brand: Dzrige
5.0 ★★★★★ 4 ratings

$9.19 ($4.60 / Count)

FREE Returns

Get a $60 Gift Card: Pay $0.00 ~~$9.19~~ upon approval for Amazon Visa. No annual fee.

| | |
|---|---|
| Occasion | Bridal Shower, Wedding, Baby Shower, Anniversary, Birthday |
| Color | Yellow |
| Cartoon Character | Smiley |
| Theme | Bridal Shower, Wedding, Baby Shower, Anniversary, Birthday Party |
| Material | Aluminum Film |

See more

**About this item**
- High Quality Material: made of excellent quality aluminum foils, these balloons for birthday party are durable, thick and have uniform color. You can fill the balloons with air or with hydrogen and helium to make them float
- Package Includes: these happy birthday aluminum foil balloons are available in a pack of 2. Scatter them around to decorate your party space
- Size: the size of the balloon before inflation-33x11 inch (84x28 cm)
- Use Occasion: pretty multi-functional for any event, like Dessert Theme Party, Birthday Party, Wedding Anniversary, Annual Anniversary, Engagement Party, Bachelorette, Graduation Anniversary, Gender Reveal, Nursery Party, Summer Holiday Party
- The Best Gift : great decoration for classroom decor, room Decor, dessert table decor, photo booth backdrops

Report incorrect product information.

GRADUATION INFLATABLE PARTY COOLER, HOLDS UP TO 72 DRINKS - GRAD PARTY SUPPLIES
★★★★☆ 82
$30.04
Sponsored

Add your 30-day FREE trial of Prime and get fast, free delivery

$9.19 ($4.60 / Count)
FREE Returns
FREE delivery June 2 - 23 on orders shipped by Amazon over $25
Or fastest delivery May 31 - June 22
Deliver to Miami 33132
Usually ships within 1 to 2 months
Qty: 1
Add to Cart
Buy Now

| | |
|---|---|
| Payment | Secure transaction |
| Ships from | Amazon |
| Sold by | Dzrige |
| Returns | Eligible for Return, Refund or Replacement within 30 days of receipt |

Add a gift receipt for easy returns
Add to List
Add to Registry & Gifting
Have one to sell?
Sell on Amazon

FUN EXPRESS — When it comes to fun, we're all business!
Get Ready For Your Graduation
FUN EXPRESS DIY CHILD GRADUATION CAP - 12 PIECES -...
$23.78
Sponsored

**4 stars and above**
Sponsored

- KatchOn, Emoji Smiley Face Graduation Balloons - 40 Inch | Jumping Congrats... ★ 51 $8.97 ($1.79/Count) prime
- Daisy Balloons Huge Flower Balloon 30 Inch White Daisy Party Decorations Large Foil... ★ 702 $8.97 ($1.79/Count) prime
- Daisy Balloon Pink Roller Skate Balloons Boho Rainbow Balloon Roller Blade Skate Pa... ★ 71 $10.99 ($2.75/Count) prime
- FUNPRT 40 Inches Latex Spiral Balloons 100 Count Assorted Boys Girls Birthday Party... ★ 873 $14.96 ($0.15/Count) prime
- Gold Letter Balloons 16 inch - Custom Balloon letters | Alphabet Balloons | Rose Go... ★ 4,697 $1.89
- Set of 6 Lightning Bolt Foil Party Balloons 45 Inch Flash Balloons for Party Mylar ... ★ 105 $14.99 prime
- KatchOn, Graduation Cap Balloon Decoration - Big, 22 Inch | Graduation Hat... ★ 1,837 $9.97 ($1.99/Count) prime

**Product information**

| | |
|---|---|
| Package Dimensions | 16.69 x 4.8 x 0.35 inches |
| Item Weight | 1.13 ounces |
| ASIN | B09G9FC6VS |
| Item model number | A331 |
| Manufacturer recommended age | 12 years and up |
| Best Sellers Rank | #535,674 in Toys & Games (See Top 100 in Toys & Games) #24,785 in Kids' Party Balloons |
| Customer Reviews | 5.0 ★★★★★ 4 ratings 5.0 out of 5 stars |
| Manufacturer | Dzrige |

Warranty & Support
**Product Warranty:** For warranty information about this product, please click here
Feedback
Would you like to tell us about a lower price?

**Product Description**

Specifications:
Material: Aluminum Film
Color: As The Picture Shows
Size: The size of the balloon before inflation - 33x11 inch (84x28 cm)

Package includes:
2 x 4D smiley Face Foil Mylar Balloons

**Products related to this item**
Sponsored

- 10PCS Sun Smiley Face Foil Mylar Balloons Sunshine Birthday Party Balloons Sunny We... $7.99 ($0.80/Item) prime
- Sun Smiley Face Foil Mylar Balloons Sunshine Birthday Party Balloons Sunny Wedding ... ★ 350 Amazon's Choice in Kids' Party Balloons $9.77 ($1.95/Count) prime
- 8Pcs Sun Smiley Face Foil Mylar Balloons Sunshine Birthday Party Balloons Sunny Wed... $8.99 ($1.12/Item) prime
- Smile Balloons 12" Smiley Face Birthday Supplies Latex Party Balloons For Children'... ★ 65 $11.99 ($0.24/Count) prime
- KatchOn, Big Smiley Face Balloons - 25 Inch | Graduation Balloons, Graduation Party... ★ 1,837 $6.97 ($3.49/Count) prime
- Morndew 2 PCS Rainbow Smiling Face Foil Balloons for Kids Birthday Party Gender... ★ 1 $6.99 ($3.50/Item) prime
- Saptuba 25Pcs Daisy Balloons with Smile Face, Hair Hoop Balloons, Smiley Daisy... $18.99 prime

**Products related to this item**
Sponsored

AXENCIS
Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Wed, 07 Jun 2023 01:24:59 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

111.92.118.122

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

nq08AYVYuG1q8IemSjJl/6U1LVXBt/z0o3DCgBYO0jilj56cEHbMHDZ7spn80NwO1hkXE7b2YKeoZh7FgeCh9OrxRbaP2WHM2N8rotKnUpp30zoV8gP1tCCP70XOY7y4B7yxLdn1RHjf4UV9ELUAGt8v66XHPrqNf8RYYmfLCN7XNGBIZpXZ2e841OF3IzvOYVGTQZg2KVSGDmEARKw0meks+
+nGusGVznr6d14CslS3bgSwpoAd/+mJzQwAYrX89kkMQLyk1vbIv2EzKO8z381GrV+vTkzuML4lneN1IX9N3NXUgPyFRGUSwDrbcfK0T+xjUGKGLfJO3kZeAEj0Sg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Wed,-07-Jun-2023-01-24-59-GMT.mhtml

**Hash (SHA256)**

c076dcc36a4f3005aac93c8dbc776c80ca442b781bd36ee9a8fe2128f855cc86

**Signature (PKCS#1v1.5)**

D0CnPVLFekOSUCJvpnYnu/u6KscrqkHOuxBi3T656IYz44FMLCbz1XXlKHbCwG1IGBmRXG3QcF52k1LSkgeL1YuLXIqLYJCyQClT5SLOhKOM0kBmcvZdzi/yn1eRkllzoP1+t/GQSZsOZJNyRJT46DQDMdIhQn84pEX29v+vCQwrFUd7T7QVzpqPhGEvvkYa+Hf6RtzCBXhCupoCgw0pryU65ALZ
+3k0lCEINv3hNmgwWBiWuTg3zGqs318xTdGOJmV1Y8ZIfcf3MhlOJM613onZhLwBU/o3XHXQ+YwMiCeCCc2i03dm5q3kubnBkcXPEdBFg6QvbKhVirejSdpg9A==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

**2 Payment method**

VISA **Visa** ending in 9985

Billing address: Same as shipping address.

Add a gift card or promotion code or voucher

Enter code | Apply

Change

**3 Offers**

Change

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items ~~Friday, June 9 by 8PM~~ **Thursday, June 8 by 8PM** for ~~$5.99~~ FREE

Get FREE Two-Day Delivery with Prime

No hassle. No commitments. Cancel anytime.

**Delivery: June 9, 2023** If you order in the next 2 hours and 35 minutes (Details)

Items shipped from Amazon.com



**Dzrige 4D Smiley Face Foil Mylar Balloons Smiley Hat Birthday Party Balloons Wedding Anniversary Dessert Theme Party Favors Decorations (Pack of 2)**

Dzrige

$9.19 & FREE Returns

Qty: 1

Sold by: Dzrige

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

FREE Two-Day Delivery with your free trial of Prime

Fast, FREE Delivery prime

**Friday, June 9**
$5.99 - Shipping

**Thursday, June 8**
$9.99 - Shipping

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

**Order total: $15.82**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

**Get FREE Two-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.**

Try Prime FREE

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $9.19 |
| Shipping & handling: | $5.99 |
| Total before tax: | $15.18 |
| Estimated tax to be collected: | $0.64 |
| **Order total:** | **$15.82** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: LOQUPE Case Compatible with iPhone 13 pro 6.1 Inch 2021, Clear Sunflower Smiley Pattern Soft & Flexible TPU Shockproof Women Girls Phone Cover Sunflower Smiley Pattern Bumper Protective Case : Cell Phones & Accessories

**URL**

https://www.amazon.com/LOQUPE-Compatible-Sunflower-Shockproof-Protective/dp/B0B4JBWZDW/ref=sr_1_203

**Collection Date**

Mon, 24 Apr 2023 11:35:18 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

KbJh7can1fbsfqH8JCa5gGAMWkGxMi+7sv+G13HtuNsHOqK1AKNzVODdRJrfVtyNgcLz4t5cCaAldd2uEl5ndz2zKBKBSYfCSzL0Xx7XuErtrZRYu2JTPmLoa/Cy0xyFKUYWuGiEOIRwNAX3OtYrQeS4X7iatuBxEW20rzfu2Ec=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]LOQUPE-Compatible-Sunflower-Shockproof-Protective[fs]dp[fs]B0B4JBWZDW[fs]ref=sr_1_203]]_Mon,-24-Apr-2023-11-35-18-GMT.pdf

**Hash (SHA256)**

784f900e925cf318e4b3b4e8a981ebc46705191152b2bb63c7a1382c7d1a6375

**Signature (PKCS#1v1.5)**

XSHaiXmOy78Ns1en+ewAB+YuYbZO4EGtkVFn0EVf3gcjUy2FS9T1q/gr7f02Sut47asw6AkCKfi3WTxm+uM26elhfvzPQo9GnHpD64wQiupK20wvzPoXwq7NMPoiN0ukoSVq5JlYc8Sky0XdY8p3e8A0+7D3yP/pdkGmW2Hi8bA=



Investigator Name: RemoteUser2

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 16 May 2023 00:47:18 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

RemoteUser2

**IP Address**

202.83.57.61

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

i6GMhoppc9yaeavNwxlIqkPewB91OSx2Y1j2/apNaSTsGD7e4wH0XmjDR5KBlFHwWrTNhs+oa5HCvBGDFsWLMS46tjqCZlN38OGyDmKGcAps8qITAgLugSGmPxn4apQRacxdSZ/KGiQ9bOcUXgMK+S7xUXQEkD+mbW9L1CoQ9VmAft9rU5BeD7+8XBNKwx/2CMJo0/
CmRtkWsuMBZyGOZnDXhbUaPsywfmJKXNBVT9iJ6D8aKIwpD5ZQzVHiNVGB3+hYFMAg15p+iLs57yRJkWxGHnBONqepaDoIgMT7T3hZnTCEihvW78B6O03NNFriEw9HqG2G04xvJkJ+dvPGKw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Tue,-16-May-2023-00-47-18-GMT.mhtml

**Hash (SHA256)**

16f2875c4f1672ffa0d993518719647497afc223cadfcbf4409f0ae56efc962b

**Signature (PKCS#1v1.5)**

PVeZHqyIdsUYsjesFhPTiurvuvjd69tUm/jebX+qpYo9xamq21R1++vwoNqlTBdK2aS1dtd5zceAzx3GvEhb8w5uscCMwaK/FLy5XxtHqRcF05H2B2YMXeQbF6zrWOCJEoQKCJScudWeFUvU29u/
HOEAxKYxvPXxoN1+70099dtUTP0regrDVsYrVOQXk7NUA6UWg2JVdof744+dSYwohfxJznYEns3OywBn7Jmgs9s46ib0i2LLV1qgLtg4BY3vHLAeKCbMwXZZqcjHR6ezv2ttjcRvAs4RyaXVSWPy2g3aVyxHcGWaNSLDMGogT8p7bbC7EsTLvui4idbFnr9DQw==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Change

Or pick up near this address - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

Add a gift card or promotion code or voucher

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**
Get your Prime eligible items for ~~$5.99~~ FREE.

Get FREE Prime Delivery with Prime ›
No hassle. No commitments. Cancel anytime.

**Delivery: May 21, 2023** If you order in the next 3 hours and 12 minutes (Details)
Items shipped from Amazon.com



**LOQUPE Case Compatible with iPhone 13 pro 6.1 Inch 2021, Clear Sunflower Smiley Pattern Soft & Flexible TPU Shockproof Women Girls Phone Cover Sunflower Smiley Pattern Bumper Protective Case**
$13.99
Qty: 1
Sold by: E T H A I C O
Amazon Prime eligible Join now
Add gift options

**Choose a delivery option:**
FREE Prime Delivery with your free trial of Prime
Fast, FREE Delivery prime
Sunday, May 21
$5.99 - Shipping

Place your order | **Order total: $20.96**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Get FREE Prime Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $13.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $19.98 |
| Estimated tax to be collected: | $0.98 |
| **Order total:** | **$20.96** |

How are shipping costs calculated?
Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com - Pink Lightning Bolt Smiley Face Car Bumper Vinyl Sticker Decal -

**URL**

https://www.amazon.com/Lightning-Smiley-Bumper-Vinyl-Sticker/dp/B09ZL4915X/ref=sr_1_71

**Collection Date**

Wed, 14 Jun 2023 09:22:01 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:36::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

fMR7WFOqj5BDJRNaRyGVknHfaZf90aMvSSi12htVpnFYE/x/dLXKKLwzBa8cnE/LIPaoCFQZa5ySTu1CkxWw4GFfGmTcgJ0QDsjcF/IzU+ZFVTdmDRkdTricwHm8Di5g6FKpHCpYZSm3UzxFEMGWdiDik0BujTSq+MZIvmS87bE=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Lightning-Smiley-Bumper-Vinyl-Sticker[fs]dp[fs]B09ZL4915X[fs]ref=sr_1_71]]_Wed,-14-Jun-2023-09-22-01-GMT.pdf

**Hash (SHA256)**

00e8d8f8e99693342769e68d52f009a547bb5257175a7237b1ea571a1d813d2d

**Signature (PKCS#1v1.5)**

a3l7wehkACIv6fVMimUDBdMNkgrcl+XSKCV2RJYm9tWn2wJapOH25UOeigwdzu58UKPu9QzIbIL8CkwqMyiAeO9WHLrRM+nAyV19D+7runbUSwYdgTjd3YdCOs0EUvzh/s1aVGtakrdUIT9Ucn5/dWoTghcDddlbejrr8Nm58TM=



AXENCIS
Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Wed, 14 Jun 2023 15:53:03 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

202.164.131.66

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

AHWhi7u2n4syXS0mUmLCRi0P6ZuvZw8yACY4C/WU7qCzTgJJpYNbeuvocca+fGW7Lypjxv5S5L+ySuTPRqCCaqlg7qOsU+mdY4+UFM/FhFTiI1RVXsj1K4N97kMoNecbSVvU6NXO7fFTVxDnhE1gTuWsWdX4jEYfWSRC0UUTBQAJxbPf5jmu
+t4ivwrBWxGDHCq3h1wPCKJmhAgUVMVh27j6ZJ0O8JgCRjoyHEh/K4GkF15xsbYhqQKANFg20OBHI/5koptZaJ9se7qjBFqoj5gbLDUFRVgOv2R90vnuqizku2PkXwPF256HZvycQYN3lkgWLimteaDUm3qP9YsvRA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Wed,-14-Jun-2023-15-53-03-GMT.mhtml

**Hash (SHA256)**

b33beb1b607c75c5d959c31ca25558148d2d4625da6093f9c77c1c7af395d3c4

**Signature (PKCS#1v1.5)**

mDH7hMSNLhdnscAdG6vvWy6xEcmk+aT1qqh00mv31fRoeWKN1z/pObNnFv+ueHDy225YixdPiDAc+HGsRo+nNUUkXX0CjUFJZzDXL/
OuxZcQ0+xvAzlP8X5W9jmrwGmK3nX70uGCFKEddyhUQrDopjgl9ran4apmmmjW4m7Uymq18zmHHyc4BVK2MDlXXeiTgN6dsh5Wvi8GyNXCqHMIyrhdWmUQnmx27BXZP7ZdfH6/RoC6zsicJvgbtuwj34VljwPjuE8NSsk1J18G9k0PTtjBi3iotL05saTtUWO7ujIk8it/
vI3AAD8Y5LWS8nZkBalfuJomArrPtUN6NMsz2Q==

amazon

Checkout (1 item)

1 **Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

Or pick up near this address - See nearby pickup locations

2 **Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

Add a gift card or promotion code or voucher

Enter code | Apply

3 **Offers**

Change

4 **Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**
Get your Prime eligible items with your 30-day FREE trial of Prime

Get FREE One-Day Delivery with Prime
No hassle. No commitments. Cancel anytime.

**Delivery: June 15, 2023** If you order in the next 1 hour and 21 minutes (Details)
Items shipped from Amazon.com



**Pink Lightning Bolt Smiley Face Car Bumper Vinyl Sticker Decal**
$4.35 & FREE Returns
Qty: 1
Sold by: EFT Shop
Amazon Prime eligible Join now
Add gift options

**Choose a delivery option:**
- **Tomorrow, June 15**
  FREE One-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Tomorrow, June 15**
  $5.99 - Standard Shipping

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

**Order total: $10.64**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $4.35 |
| Shipping & handling: | $5.99 |
| Total before tax: | $10.34 |
| Estimated tax to be collected: | $0.30 |
| **Order total:** | **$10.64** |

How are shipping costs calculated?
Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Winter Slouchy Beanie Hats Women Men Knit Smiley Face Hat Warm Cool Stocking Cap for Ski, Hiking,Fishing,Daily (White), 7 1/2 at Amazon Men's Clothing store

**URL**

https://www.amazon.com/Winter-Slouchy-Beanie-Stocking-Fishing/dp/B09LRD2391/ref=sr_1_296

**Collection Date**

Wed, 26 Apr 2023 04:15:30 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

isbX4V5WYzeCm5JtQwFrPnUCFMEgXiompB9QTJQPHyGOwXKQ5uBoTXB3QpaLS04pfrS0s4zRbTV3GpbZiqz68axCL4DlRBSo5JcJ9pB3CgwT9M9QbCJ2aFHhMBYngPOwe7lzcOlKdwjVFV1z0I/WGkjyuMy/r9bTMsnwfi7OF6s=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Winter-Slouchy-Beanie-Stocking-Fishing[fs]dp[fs]B09LRD2391[fs]ref=sr_1_296]]_Wed,-26-Apr-2023-04-15-30-GMT.pdf

**Hash (SHA256)**

949628b123313cca5ba752ffc562af434edcb6ba4be78b53cd3cf0bf4ebcd81d

**Signature (PKCS#1v1.5)**

XjQOyfr9IKz4R5TSbMHVpJc/SnAPFWJCdo+iO2Lgo5lJoDs43fG9/hlGcWFuAaj9AkP7HuNyA+LdsGgfajv7TFlk8mWrxbyviVsBiSEmvxGZ4wJv0Ac8L+pfSmOC7MQN1t8UXWs9iAPWAYUbxFRcs9BINql9BMJMlz+uoMiGES0=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 30 May 2023 06:35:24 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

202.164.136.95

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

DIPeNY/z7XZN5HsS7bqbF8/MWROQnJzAz/8dvT+YLsHHl5ptQ0hA7qn1wNOHap/jpLlg8AYyWmV1/t1nVQaBFPoFq/JEEJE47wZP1Fk57lOHKrkZ2h5oqcc0W0gEKOAUz/Th7uj6mEPJ3BPGivVdDykHOJiwQlg/SrDpcsTKMCfm06i+d+3F9bTrGbrt4R97/VHmmn1my5Tovp2zAIy/
RYtunmyjcuYKIXPDrbdglrz2HxD5HIJ3rR6nxUhGX/QnW+gqb8GGnoSpUV1S2xwNGkabQk57fPRH8YsIenqSs9zeHZCVvMxvH1fIHuTlq2qbS/yRKK5rufO6nSrAiRvyjw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Tue,-30-May-2023-06-35-24-GMT.mhtml

**Hash (SHA256)**

2ee0db5a5f1c866e4d2ca87314e61efc29ea4dc88024c9181636ec7f9222831b

**Signature (PKCS#1v1.5)**

dBetbZAg6xM5TlmUlmF2lMoQNBRtTfloj0xeQspfYqXyO5qvUk2uG/h+BWtkub3RSCl71IXJ0UZDbiRecP2XhvgbeOkdODoirSQQ7Edtu7fe38oyeqiftZ
+E9lIV8gnqL1BgiXhesGkkkrCpkYnLleHQTGIWemR4qLlRhuTuVfIm2QZ1c2+TOCAPXHj5hrOyomxt2vdWOdAH2LGbRXKFAoE46WIgfrddc7oRCxZ8gA3NHIonLMCyWmD7ilCI77C1I7abYCG9e9Ys6gtxM8SNEEOERU70x18RQJalTWRWQ56w2+uKIfQ9T7+L+wiB2JAwkdmfk46WskZASC/
nxwvNAQ==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

**2 Payment method**

VISA **Visa** ending in 9985

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

Change

**3 Offers**

**4 Review items and shipping**

**FREE TRIAL**

**Jade, we're giving you 30 days of Prime benefits for FREE**

Try Prime FREE for 30 days

**Estimated delivery: June 20, 2023 - July 12, 2023**

Items shipped from Ellequeen



**Winter Slouchy Beanie Hats Women Men Knit Smiley Face Hat Warm Cool Stocking Cap for Ski, Hiking,Fishing,Daily (White), 7 1/2**

$18.99 & FREE Returns

Qty: 1

Sold by: Ellequeen

Gift options not available

**Choose a delivery option:**

Tuesday, June 20 - Wednesday, July 12

FREE Shipping

Place your order

**Order total: $20.32**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $18.99 |
| Shipping & handling: | $0.00 |
| Total before tax: | $18.99 |
| Estimated tax to be collected:* | $1.33 |
| **Order total:** | **$20.32** |

How are shipping costs calculated?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: EmbTao Glow in Dark Evil Smiley Smile Face ISAF US Army Milspec Swat Embroidered Iron On Sew On Patch

**URL**

https://www.amazon.com/EmbTao-Smiley-Smile-Milspec-Embroidered/dp/B01IT2DGSS/ref=sr_1_95

**Collection Date**

Wed, 26 Apr 2023 07:39:43 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

HJElYt3hzqGurxo/pZ2n05om1vBXmj4dcVEy8Fz0pQ0AtM+vbTZI9nZ10Z3G9QqCWJ1yH7awULCaawIm0/WXGigKjmIolF6AdbI92BPOtiP7D7sdw4INmrEzvS4L33ijvh/XQSusx4tnaoIq6RYTQmBzCRFB+WmJk8Rbpt6F5p8=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]EmbTao-Smiley-Smile-Milspec-Embroidered[fs]dp[fs]B01IT2DGSS[fs]ref=sr_1_95]]_Wed,-26-Apr-2023-07-39-43-GMT.pdf

**Hash (SHA256)**

54f5ea2d504e8f2dbe6a1f137dbeafe52143012db9cbe112be192f15cc1216b8

**Signature (PKCS#1v1.5)**

oXHu8ioQLPOXvULueARXzkm/bzduC1+n//PR7wSI01YwJgeZgNyMu3V49LoI5LC8OI14hCcNFU5EIGvGzxvIHqesdru0VPtccLkOIBH9cxHwYCKDoGz5lWIegH4+wt9zc7be2l4Ei3EdjorUUuNsnsst4pVk1/Da0zxoikcCGm8=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 01 Jun 2023 11:40:01 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0d:5600:8:93::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

fYovTZDzzSkTsLLLuHC+3eSI9UXSg4VJz+sqcafDlvPXlE+aEqq8xPBk1McxdJxfQt/51XyBhuhst18AASVixh7Wg5NTWSKvOhNbZDB6KV5Oo5EDwAPHwtU9rHUw6J6WMKwrbSz74B9mJ69ydDP+D6SnRiYdVPs5IiMZBTSdQgIuuoOTsVK7zAWzYZo6KwMAWpikVog6W635/
lHlFiG4ZVbcRenShHZLBW/tesCG0Egnx9APmVmF/n6ZVW1UqSj9ZkFrsqnoVFe49VuZCC0Ug5RXA3FxgWnbtFpJ6kefKrWgGzvr5BOrYeOkZpeTQBH54fif2WyeZA8KVmdsqxjsQQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-01-Jun-2023-11-40-01-GMT.mhtml

**Hash (SHA256)**

40165a851dc1e7b381035e0c3a6f8f877c44e890c10e656d38b16571762df333

**Signature (PKCS#1v1.5)**

Xr7udC+SCYVcOKvYq0BvjqiAcYXBFn8oOkhxj/VIbYJZwUXVHI+iqNBNpGAOfnGhfKZImuIyCak2ajHzdFuL+z217Ymrnv3iI5/VDKy4M75bZlaWeki7oE2zrY5x9daH4MlbMGuyHxN98GNbvebSus+CfIV3jbqgJ7oqvz7B8YzSeSbiNttMkyhmqNpluztotRkhyP2I+rAeKl3CwsRRBQa2i5iXN
+Xlp8fcKzFjpSFNAAJaVMx2ECgv07RRGtDdYuM9Q4XKciyqI1iWqC78xe+hi/+jfgmxRJXAKWaX1hG5H9I1SdzFpeLFuX8Hay5tneTLT2/VP5n63gn7epIsQg==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

**Or pick up near this address** - See nearby pickup locations

Change

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

Change

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items ~~Sunday, June 4 by 8PM~~ **Tomorrow, June 2 by 8PM** for ~~$5.99~~ FREE

Get FREE One-Day Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: June 4, 2023** If you order in the next 16 hours and 20 minutes (Details)

Items shipped from Amazon.com



**EmbTao Glow in Dark Evil Smiley Smile Face ISAF US Army Milspec Swat Embroidered Iron On Sew On Patch**

$8.45 & FREE Returns

Qty: 1

Sold by: EmbTao

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

- **Tomorrow, June 2**
  FREE One-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Sunday, June 4**
  $5.99 - Shipping
- **Tomorrow, June 2**
  $9.99 - Shipping

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

**Order total: $15.03**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Get FREE One-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.**

Try Prime FREE

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $8.45 |
| Shipping & handling: | $5.99 |
| Total before tax: | $14.44 |
| Estimated tax to be collected: | $0.59 |
| **Order total:** | **$15.03** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: CHIARA CONTI11 Love Like Jesus Hoodie, Smiley Face Sweatshirt, Custom Hoodie, Happy Hoodie, Jesus Shirt, Aesthetic Hoodies 2 : Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/CHIARA-CONTI11-Sweatshirt-Aesthetic-Hoodies/dp/B0BY2JKDGK/ref=sr_1_98_sspa

**Collection Date**

Wed, 26 Apr 2023 06:18:37 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

kvK7StgAahLr7AJTd9kgGogDRubH32sHlhzBjFFYdFeeWLgkkuwK7j9vUQj9C4J9CawUYYj9sPYCoycX45fGaSTQBJ/gCjwr5gI7/ivtfZbTBjRHa0yQF3QgPni3Jj0ghr7qTxaN5Tp9XvRwrayy4NrG7QlmdKdfKjN/SLW6I4s=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]CHIARA-CONTI11-Sweatshirt-Aesthetic-Hoodies[fs]dp[fs]B0BY2JKDGK[fs]ref=sr_1_98_sspa]]_Wed,-26-Apr-2023-06-18-37-GMT.pdf

**Hash (SHA256)**

2612523e23bc61d338c8cece1ebad245a6afc84a786d9197de11483e66bf924d

**Signature (PKCS#1v1.5)**

NG4tMEWkRPUxOlg3Eawd/NMzUuKSDFNMKaLacZj4ESe/NTgSgj6ZjccEul/Cg4oOGuGH+d/hF9UHnT+dDHFR606vMwqHINCP2fPIRzNiMkVXJ2robCS/gAA6/F5cKWwI9lctFizGbMiGfkaPJp34RCM8912mF+4qBbkGQL+5TRc=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Wed, 31 May 2023 12:00:49 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

111.92.77.63

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

HpKalKOh+o/bqo7cCI8hTa/79bQp5hSdl/BWE7MIgSKpu1mSSttNWqPxY1gDYQDHGWOdVoXv+vQI0fnHnTPL+vmMsVmb0MinI+jGhSMZfQxDNGQr07ldLVpJtD1cfqozLtZax1eM8nXsPhfo1KrBcAEfn77QOWTkqEVV+dhWFEtCb4ikMWcm//KX0G35sDx3LSCPEjJZEpYSGSTgLs
+Llb4L5YAG7NW67thaOTTyP/XheAAezk2LaiMiRxi+VUgnqpK8pr/46p2LOgsBmXZBtevfCsiBhXYUXFFCSdO1GCm+KJc9mod4GjUmAl+4Ao86AIbhsqmyBNhw7ecRdzeBEQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Wed,-31-May-2023-12-00-49-GMT.mhtml

**Hash (SHA256)**

d04b6184fd8dbdbb52400ddd54c8aacd13b7179b5a137c6b958a1f128a61107c

**Signature (PKCS#1v1.5)**

TWCCleracHvRADY+2HH9uFL2lW4biFGLvlZB594MyM7iu64acVat5jip36mCbmy3oBO4ZcYfP3baL8AbyBAM38reTanL5/d0E4/PM97cPZ/Z8VStsX0phYtnbOEQ1etFo/yiEDDv3l/5kW3ui9NSsZ+wNMwvWpqzK+lkDXiT9B6PXiihxsFf47GGXBUtNY5Rq6WZ/WqeJoYV/
Cp7kMR4vtXcTYEmmtm7KyS45i2G6zaJ17yRyt4pyFynPTz4+oTMZvnC7nki97VxzbsZmaV0fTB836Z1hZFwJkke08iljQ4ZwjL+sOWvUJhVKoxlV7xKnUpEQx0TY1nwOS70Bxk6xg==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

**2 Payment method**

VISA **Visa** ending in 9985

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

Change

**3 Offers**

Change

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you 30 days of Prime benefits for FREE**

Try Prime FREE for 30 days ›

**Estimated delivery: June 12, 2023 - June 15, 2023**

Items shipped from EmmWowy



**CHIARA CONTI11 Love Like Jesus Hoodie, Smiley Face Sweatshirt, Custom Hoodie, Happy Hoodie, Jesus Shirt, Aesthetic Hoodies 2**

**$34.99**

Qty: 1

Sold by: EmmWowy

**Customizations:**

Choose Icon For Front Side: None - Only Print Back Side

and 3 more

Gift options not available

**Choose a delivery option:**

- **Monday, June 12 - Thursday, June 15**
  $7.99 - Shipping
- **Friday, June 9 - Wednesday, June 14**
  $13.99 - Shipping

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

**Order total: $45.43**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $34.99 |
| Shipping & handling: | $7.99 |
| Total before tax: | $42.98 |
| Estimated tax to be collected:* | $2.45 |
| **Order total:** | **$45.43** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: 12 Thousand Pieces Smiley Face Stickers, BetterJonny Happy Face Stickers Smile Face Stickers for Kids, 10 Colors, 3/8 Inch in Diameter Kids Student Planner for Kindergarten or Early Learning : Office Products

**URL**

https://www.amazon.com/Thousand-Stickers-BetterJonny-Diameter-Kindergarten/dp/B0BX2CKHSK/ref=sr_1_53

**Collection Date**

Tue, 25 Apr 2023 08:12:39 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

QQ3AQRj0nJtAw5GxSuYUTJ2c1pHRk8OOr9uney4mOqNpc5j/wHW039XbkUiq6e5aUzKk1TbFklanNAMG2B0FvEbGly6H9Z1kAewSvmrlbfE6RyWAuZ9wn2lYhMXUTOgwZKBWoiUuhZgl3vzwzZfs8daukBfSrk++EfNhyPSHmh0=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Thousand-Stickers-BetterJonny-Diameter-Kindergarten[fs]dp[fs]B0BX2CKHSK[fs]ref=sr_1_53]]_Tue,-25-Apr-2023-08-12-39-GMT.pdf

**Hash (SHA256)**

d1d0d41883d0699b98eba062127484109e05a398e994e5a21389385f50aafef6

**Signature (PKCS#1v1.5)**

rwADM2BilQXoT3bonCOVW+Wcl24H1y0V/cWDn8E5MKZxB2T1gFmeXlbpHIQrtGTLBrjRRIEFbo6x8gMM5vxmhyMH7pb6t/rChoF2oL2oU6ylP0goNFTQE1ztoJkColQRx8D0PIRuEA9mcpf5hyVngtWxaTkcYIF4Xax/bLcw4sc=



Shop top categories that ship internationally

‹ Back to results



Roll over image to zoom in

## 12 Thousand Pieces Smiley Face Stickers, BetterJonny Happy Face Stickers Smile Face Stickers for Kids, 10 Colors, 3/8 Inch in Diameter Kids Student Planner for Kindergarten or Early Learning

Visit the BetterJonny Store

-7% $12.99

Typical price in last 90 days: ~~$13.99~~

No Import Fees Deposit & $14.01 Shipping to Israel Details

| | |
|---|---|
| Brand | BetterJonny |
| Surface Recommendation | Wall |
| Room Type | Classroom |
| Material | Paper |
| Theme | Number |
| Age Range (Description) | Kid |

See more

### About this item

- [Package Quantity] 120P per sheet, a total of 100 sheets with 12000 P. The number of small stickers is enough to meet the daily use and replacement needs.
- [Premium Safety Material] These smiley face sticker are made of high quality coated photo grade paper, printed with safety ink to keep the colors vibrant and durable.
- [10 Colors] A variety of brightly colored happy smile face stickers that easily attract children's attention. The small size (for reward / behavior chart, each diameter about 3/8") and colorful design are loved by children.
- [Easy to Use] Self-adhesive mini smile stickers are easy to peel and stick on the wood panel with good adhesion. It is perfect for walls, paper, cards and almost any flat surface (Note: Please stick them on smooth, clean and dry surfaces)
- [Wide Use] Smiley stickers can be used for rewarding children, but also for classrooms, offices, stationery, artwork, crafts, home decor, parties, daily plans, calendars, etc. Add some surprise and fun to life.

**Note**: Products with electrical plugs are designed for use in the US. Outlets and voltage differ internationally and this product may require an adapter or converter for use in your destination. Please check compatibility before purchasing.

$12.99

No Import Fees Deposit & $14.01 Shipping to Israel Details

Delivery **Sunday, May 14** to Israel. Order within 23 hrs 30 mins

Or fastest delivery **Monday, May 8**

Deliver to Israel

Only 18 left in stock - order soon

Qty: 1

Add to Cart

Buy Now

Payment Secure transaction
Ships from Amazon
Sold by EM-US
Returns Eligible for Return, Re...

Details

Add a gift receipt for easy returns

Add to List

Have one to sell?

Sell on Amazon

### Buy it with

### Products related to this item

### 4 stars and above

Sponsored

- 1500 Pieces Happy Smile Face Decal Small Happy Face Decal Mini Motivational Sticker... 195 $12.99 prime
- Happy Smile Face Stickers Mega Bundle 5280 PCS in 8 Colors for Reward Behavior Char... 1,348 $6.99 prime
- 1000 pcs Happy Smile Face Stickers for Kids 1.5 Inch 1 Inch Smiley Face Stickers Ro... 218 $9.99 prime
- 600 Pack, 1" Yellow Smiling Happy Face Stickers 766 $5.99 ($0.01/Count) prime
- 2000 Pack, 3/4" Round Colored Dot Stickers Labels - 10 Assorted Colors 2,735 $9.90 ($0.00/Count) prime
- PMCDS2G Smile Face Stickers for Kids 1inch 500pcs Per Roll 4 Color Design Easy Carr... 440 $5.96 ($0.01/Count) prime
- 500 Pcs Reward Stickers for Kids, 1 Inch (2... Smile Face Stickers 8 Color ... 90 $5.68 prime

### Product Description

**12000 Pieces happy smile face stickers for kids reward behavior in 10 colors which can attract the attention of kids easily**

**Specification:**

Color: 10 color

Material: high-quality coated photo class paper

Weight: 160g / 5 oz

Smile Face Stickers Size:diameter 3/8"

**Package Details:**

12000Pieces (100 Sheets) happy face stickers

**Notes:**

Manual measurement, the size and weight may have a certain error.

Difference between different monitors, there may be a slight color difference existed.

### Product information

| | |
|---|---|
| Brand | BetterJonny |
| Surface Recommendation | Wall |
| Room Type | Classroom |
| Material | Paper |
| Theme | Number |
| Age Range (Description) | Kid |
| Installation Type | Self-Adhesive |
| Reusability | Single Use |
| Pattern | Cartoon |
| Shape | Round |
| Finish Type | Powder Coated |
| Package Dimensions | 7.87 x 5.51 x 0.59 inches |
| Item Weight | 7.2 ounces |
| Manufacturer | BetterJonny |
| ASIN | B0BX2CKHSK |
| Country of Origin | China |
| Best Sellers Rank | #642,354 in Office Products (See Top 100 in Office Products)<br>#3,478 in Color-Coding Labels |
| Date First Available | February 28, 2023 |

Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

Feedback

Would you like to **tell us about a lower price?**

### Videos

Help others learn more about this product by uploading a video!

Upload your video

### Products related to this item

Sponsored

### Similar brands on Amazon

### Looking for specific info?

### Customer questions & answers

No answered questions yet

Post your question

### Customer reviews

No customer reviews

| | |
|---|---|
| 5 star | 0% |
| 4 star | 0% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 0% |

How customer reviews and ratings work

### Review this product

Share your thoughts with other customers

Write a customer review

### More from frequently bought brands

### Best Sellers in Kitchen & Dining

### Popular products based on this item

See personalized recommendations

Sign in

New customer? Start here.

AXENCIS
Investigator Name: RemoteUser2

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 16 May 2023 15:02:53 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

RemoteUser2

**IP Address**

202.83.57.61

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

lqvFns/GRI2NIznnuG1thuXq6sW88VQWXYllaxQD/amSG4aFkXL1pysuxDy4J6N8fYHH3MdsBwaOGujo0cA6hgYmr7wCzSynnM5EEMXxBtkl5dJ6LakH5wMrQqqIR8zuA20IpaWzUv9TQFaVReDlwOTIeznhCQ7/RLywxFrscm+ksAa
+7J0JLgD6WlfNKsI4FHL1sW1QXyccK4a7WaGsftT2giXSz8WuWkSzKI8CIh7Xe/3/aAhFE8akEsJrECVQqgWjYSyc2CKIgib1UHK6HTVoKG80HJLuHqqvy8Qm0VeQfyIdCPxlwwvIhL3ulQI/n1vcvIE+03ocYVQoaa1WfQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Tue,-16-May-2023-15-02-53-GMT.mhtml

**Hash (SHA256)**

c7b76a6bac135f6d3111f4490b0c71bc181c9896253dc9b7b91f4426f87d01fe

**Signature (PKCS#1v1.5)**

BWXoqx+oIM818sYlXUhWkj74mbWgw9l8EVMPdU7nJudBNV7CvR1sJbBDwPCuF65sPr09f3rFm96jxw2l7m4ZLHORD37noKRNykhlrov/r5g+eJI+OUqhqWrnmjqSlijuJ6HKz/jAAWYmdkynQfje9/
ICHftQHJMxTk4xf9VvicR019sUNlCaAPKEkVLUAkHRDfMO//70EXyF1DpYS6N50PUVqwEpdWRkMQnDleRb73AOAYTNRmg5Z0HTAdbPpxwIYHwb+E+7yYk15inBJGYK1BWj2fipYsmg2zzKRXjc9BFzgmiaKaDIgedIE94HwNpBxhzKn5hBQwNVfGfPO7rvlw==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**
Get your Prime eligible items with your 30-day FREE trial of Prime

Get FREE One-Day Delivery with Prime ›
No hassle. No commitments. Cancel anytime.

**Delivery: May 17, 2023** If you order in the next 2 hours and 12 minutes (Details)
Items shipped from Amazon.com



**12 Thousand Pieces Smiley Face Stickers, BetterJonny Happy Face Stickers Smile Face Stickers for Kids, 10 Colors, 3/8 Inch in Diameter Kids Student Planner for Kindergarten or Early Learning**
$8.99
Qty: 1
Sold by: EM-US
Amazon Prime eligible Join now
Add gift options

**Choose a delivery option:**
**Tomorrow, May 17**
FREE One-Day Delivery with your free trial of Prime
Fast, FREE Delivery prime
**Tomorrow, May 17**
$5.99 - Standard Shipping

Place your order | **Order total: $15.61**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $8.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $14.98 |
| Estimated tax to be collected: | $0.63 |
| **Order total:** | **$15.61** |

How are shipping costs calculated?
Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.