AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Abitoncc 7Pcs White Preppy Heishi Surfer Bracelets Set for Teen Girls, Preppy Colorful Clay Bead Stackable Stretch Bracelets Necklace Set, Y2K Bracelets Preppy Accessories (White) : Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/Abitoncc-Bracelets-Colorful-Stackable-Accessories/dp/B0BJ1YBJFV/ref=sr_1_216

**Collection Date**

Thu, 20 Apr 2023 05:26:13 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

fpMUaqf46jcfsjXY0CREqB4DmhtF7cr2kTSKKGQ/F3RB4wwTqpbNY40/Z/OLQZH+pRg3RJByRCCEOFF/1Pdm4SFWoXM9pmPBLQBnpzfpU1pOl9bb0ciPjTZmrvheKGFukviFE0uspj+r5r88rL38DLoTEGWfcxPAiK1TK3dTSbA=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Abitoncc-Bracelets-Colorful-Stackable-Accessories[fs]dp[fs]B0BJ1YBJFV[fs]ref=sr_1_216]]_Thu,-20-Apr-2023-05-26-13-GMT.pdf

**Hash (SHA256)**

461fea84ffed7ae470f6aa77836439df80b30b29d4c2a96ac59c11d80654389d

**Signature (PKCS#1v1.5)**

kB4EXxGMMwDowvR6Mvvs7eouF6P81qWN6FMx2sX3iYJWMlwk1nMVPC5tTDDjfHu+udOxc7mSFJNH1C8MicVyxH6R9xm0NNS2XR6Y4W5Ff85ltk6WHarv1A8uxVctqhIAQgEdEqiwmYVhaD5VQgDsOdfCcv0nEic+o+c4D6BL9Oo=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Wed, 17 May 2023 16:17:39 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2001:ac8:9a:d::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

mtY99SRaT4fQv+oZxvelD1k98H+DFAOTBQ0YOL/Og9YcBKd86yhlCXccW+zB51hTNX/dCW/sAca5N/VijSLJnI2soXeeEO7+343cDCHFdEOwTz7D9VtRTgXqLaOvIt8VSsA8trdSlji5Blfwbm1TqQS7GGAw2iP7HNR82fYoQZFvecG02M
+o5Xsz8cUZS4etWK1EyuKI8+8WVcdsZpCxAvz1jTozDbeBjvlVIJYUasV86NBX1yjWcvgiQPVU/BpPfuKAqgqyIEobTVsvQvtfXqqERDccdOtVCmT68Aw3gxeFKItKS+nFqQArA5UZxQgrgs/vVWeA3Iqr5uXZXxUBjQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Wed,-17-May-2023-16-17-39-GMT.mhtml

**Hash (SHA256)**

4cf79dd306d76eab3a5d8a8cf636fc5bf292eac57c913cece45b12645033ecff

**Signature (PKCS#1v1.5)**

GQ2Qz31+Qsk5bxMP0gufox40g0ASFskV4JysypIeEDGCcGdgBYStZqchBm8OvGVI960MAAy4Rr9RM0oFeOK32Bl2ELSfSBnsI1xj9CfhTZjTPKnPZXZ69IoYN4jx3geOsLvq6KgNNCV8eBDvbIA+P2M92Kr8yK7aVtpocxxzuO9/
yZ2RkX68ig7f9EVwH7rwJxzVEHaRsoIx63SQCONTvSu5hzYOFtNxDfQzOq1VdHw9tVWvKTC4X6yhTnURKQDLCvcGkLjLpAyRn5L+muq5yL6fPhaegx2CqzYQhrH0WRGe/DXP8WMlrTZwJypCGnYVmQMbHYKJVs11DaKhXQTqEg==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

Change

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items ~~Sunday, May 21 by 8PM~~ **Friday, May 19 by 8PM** for ~~$5.99~~ FREE

Get FREE Two-Day Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: May 21, 2023** If you order in the next 21 hours and 27 minutes (Details)

Items shipped from Amazon.com



**Abitoncc 7Pcs White Preppy Heishi Surfer Bracelets Set for Teen Girls, Preppy Colorful Clay Bead Stackable Stretch Bracelets Necklace Set, Y2K Bracelets Preppy Accessories (White)**

$9.99 & FREE Returns

Qty: 1

Sold by: Entendy Fashion

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

- **Friday, May 19**
  FREE Two-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Sunday, May 21**
  $5.99 - Shipping
- **Friday, May 19**
  $9.99 - Shipping

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

**Order total: $16.68**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Get FREE Two-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.**

Try Prime FREE

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $9.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $15.98 |
| Estimated tax to be collected: | $0.70 |
| **Order total:** | **$16.68** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Smiley Face Pearl Choker Necklace - Harry Golden Irregular Pearl Necklace for Women Bohemian Colorful Smile Beads Pearl Choker Adjustable Summer Y2K Jewelry Gift for Teens Girls (Golden Smiley Choker): Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/Smiley-Face-Pearl-Choker-Necklace/dp/B09882YL54/ref=sr_1_90

**Collection Date**

Mon, 24 Apr 2023 05:15:19 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

p1ztwM/lqtir6OlKmNYrhBCdLpP5nRzGwPvrrl+vbEYweMVfcXrnl98g0S/4yyKt3rK6RPsp/Ou9MWSalHYWcCLdxRlidt5k7m8v5l3NirvZGCHQuHfWdnc/os79P0JqHWKRewuSYCIP80em9f7Rvjtdd9etYUw5GM3zo9qLtu8=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Smiley-Face-Pearl-Choker-Necklace[fs]dp[fs]B09882YL54[fs]ref=sr_1_90]]_Mon,-24-Apr-2023-05-15-19-GMT.pdf

**Hash (SHA256)**

dd95cb5eb7419cce5334e952062ec9372c16f8cfeb61b98b1c3c8b9ddff65e07

**Signature (PKCS#1v1.5)**

JQPhXl7Y0CL3ZwKKFgKVQnD8KiYKG1j0rrV49DCfM/yn8koqHMWDLc+lDBqc8yu+DHglhNk6craA25Eq3ddJ1amlaU7IFD2bBr7IulfVpMwBn/BhC2H1MxH8PDmK5KOQ9+PB1SU0vDL/A0krQ8Ds1ixEyLsnR3bQzM2xDtiOwgw=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Wed, 24 May 2023 14:29:07 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

111.92.80.105

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

MgmqouFAbb6JqUXMdfFq8LxYKgvSxauEDnyaFtY7dgqENZHhzMZ+8nzQdc9rjkomsISn2oQka6B7P+g/LCCAh109uamSKObS0DkbUiKqAdHW+INIepKRuhwADM4mhhMGp4CTUS+UIvBAr5y9LzFSkcjCDHmDCBeVbw+4cBj4Q7Y0PeymhgHI3E83F247jmEMCI0Tl2W+FeNuhGjANwD+3/
OhT91goJOamKwXBgKouEG6SZz6Jyx3k7pjwO9q3d7Ud+dDY39nWJCq7f69h00e8hDiYnBvFXEYYW+bnATc7r6BsCgOVEIT15sXMbefrdLh/LAWKy5LaZ8922MLByhnaQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Wed,-24-May-2023-14-29-07-GMT.mhtml

**Hash (SHA256)**

504559bbba6db440053778c81a58ff7605ceebe4b127d880041c801a2817c4c4

**Signature (PKCS#1v1.5)**

ObS2tKNsquGHnrNJ4HDBUZqPOYOvkSKMb+ybVjIOqpX9DAwSfFOqjuXezLClFImL2j7eNlD5O+Ng4q2Qud4RxmQhXNBeffwTApJQSIHr2r1wko4P79/Pw435tDJMvdWhleqQDDhiRQ8WtSm3+8t
+fS0ZlefR6DShXogCc1jhWrjC0bkcLDVawdeXAGrQTpaqFosk3vl0DiRUlI2OYbIPjiY6mJekel21QW80EStn5xNW19edCZgFqlUmHmG6CmzKkFcUV3wi0vgmit78d9SP/0gwxfsEFsxWanX/UAUjSqtNGNxCzCWNx+1tpS8Rx4zY4d7CMpDjv+oD712w/GVqEQ==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items ~~Sunday, May 28 by 8PM~~ **Friday, May 26 by 8PM** for ~~$5.99~~ FREE

Get FREE Two-Day Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: May 28, 2023** If you order in the next 20 hours and 45 minutes (Details)

Items shipped from Amazon.com



**Smiley Face Pearl Choker Necklace - Harry Golden Irregular Pearl Necklace for Women Bohemian Colorful Smile Beads Pearl Choker Adjustable Summer Y2K Jewelry Gift for Teens Girls (Golden Smiley Choker)**

$11.99 & FREE Returns

Qty: 1

Sold by: EUW store

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

- **Friday, May 26**
  FREE Two-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Sunday, May 28**
  $5.99 - Shipping
- **Friday, May 26**
  $9.99 - Shipping

Place your order

**Order total: $18.82**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Get FREE Two-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

## Order Summary

| | |
|---|---|
| Items: | $11.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $17.98 |
| Estimated tax to be collected: | $0.84 |
| **Order total:** | **$18.82** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: FABUVIEW for iPhone Smiley Face 13 pro Case,Cute Aesthetic Smiley Face Psychedelic Pattern Ultra Slim & Soft TPU Anti-Slip Scratch Resistant Drop Proof Phone Cover for iPhone 13 pro 6.1 inch White Cell Phones & Accessories

**URL**

https://www.amazon.com/FABUVIEW-Aesthetic-Psychedelic-Anti-Slip-inch%EF%BC%88White%EF%BC%89/dp/B09X9CVNH5/ref=sr_1_152

**Collection Date**

Mon, 24 Apr 2023 11:24:28 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

JnLr1bSd2auF/nE9SCQw2gHt3lXed9PFpJUqJmaXJ8IWMA1zjGS2DZ1Bjl/1fy5JmmSJOhi8FDjfP29gLfz3u/FUSc+jx7kABfBVs498m6ZMwMFtYxIVffxtPADesEss6jq+tALecyooAGWj9g6fbXVNPab1oeCcwPTdRUhNWMw=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]FABUVIEW-Aesthetic-Psychedelic-Anti-Slip-inch%EF%BC%88White%EF%BC%89[fs]dp[fs]B09X9CVNH5[fs]ref=sr_1_152]]_Mon,-24-Apr-2023-11-24-28-GMT.pdf

**Hash (SHA256)**

57c938786da73144c34b0e4387df22d75d15428a4b8fe8e8e006af4a5aa5c627

**Signature (PKCS#1v1.5)**

HksSkI28wmhclJzvBaZ1WYbWRLk4aUQQm+1i/q7BvQ8Vwsx6vGQMTC6Ta7H/kM5nPXTti3DrsU5xXbfQqVfISMziW5T40BeuxcmyWxTD/3gp9KvpS0FQyaTY5vP3n838qhRrJGxCmXV7iMOWD0TZXsG2C/Dmq8+VRpV5AOuOnjY=



AXENCIS

Investigator Name: RemoteUser2

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Mon, 15 May 2023 17:27:54 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

RemoteUser2

**IP Address**

116.68.99.108

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

GRKJV8oSdN6KMusviHeZ4tTGVUbdq4gFfewFxg8pTnR0BkfO6GjgsAs1MtUF3OMHsX3dLh9iX8XlkwvdG0XK18TN5jhKOwVw4bsdiA/QUEHn0Q72j5VLcHkh8eA1/
S5mM4Lgv5raybuX3lQLH5TbT1uDiLBQUIQvSow8MkP6da0SU6i3ySNLgVQjAzgkELL7tkktj1hBPjRsj3jT2F33YeHuvr6QZIhJ0A6etYHUOxKYxFSpWWPPZW1lhU+W4yr8t6IndxRoIElzK6e7U5Csr04gfMrBBZHMFfItB6jg3eNKHizr0JAFiSd7X+kSXR3cLzJki8lq9pJ/jnGx/tg48A==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Mon,-15-May-2023-17-27-54-GMT.mhtml

**Hash (SHA256)**

753f35f6e1ea1bccff585c852d04ffbb974e6d360885d1b6fb007f8ce917bcc5

**Signature (PKCS#1v1.5)**

nPdaCn6pz1ICLdTLX/Ca79u/Ym8gowVDzyXs8Q11L0ngo+6TBsr93O0SZ39MuAb5AvsuQI6ggWTAhd6K9ZiNpzp/jvV+wT1R1YSZ7MK6KzXrQQpZkxXlVvpj4rvlTUJK3CzlMc5DhZXyh9LvDc+W5j7bX15SAKcfvDzSXh4G9Y5Jfyxlfx14l4sOkJIcmqcxER1+KS1T8HYWXRWV1Jv+T/
+OIIueuoPpB492XN5ddN9Nhh5WeK4dkCnsLjtgK8clzqIWdI0gkfUlTU1Ew/5fuIdmP1fQogNwyHNdcg3pOs6AcmJ8oQxo1Ab6rrwQF99S3rXZNsG3XDGZsgFDeWWL4Q==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items ~~Thursday, May 18 by 8PM~~ **Tomorrow, May 16 by 8PM** for ~~$5.99~~ FREE

Get FREE One-Day Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: May 18, 2023** If you order in the next 10 hours and 32 minutes (Details)

Items shipped from Amazon.com



**FABUVIEW for iPhone Smiley Face 13 pro Case,Cute Aesthetic Smiley Face Psychedelic Pattern Ultra Slim & Soft TPU Anti-Slip Scratch Resistant Drop Proof Phone Cover for iPhone 13 pro 6.1 inch (White)**

$12.99 & FREE Returns

Qty: 1

Sold by: FABUVIEW

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

- FREE One-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Thursday, May 18**
  $5.99 - Shipping
- **Overnight 7 AM - 11 AM**
  $9.99 - Fastest Delivery

Place your order

**Order total: $19.89**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Get FREE One-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

## Order Summary

| | |
|---|---|
| Items: | $12.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $18.98 |
| Estimated tax to be collected: | $0.91 |
| **Order total:** | **$19.89** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Facweek Compatible with iPhone 13 Pro Max Case for Women Girls, Cute Smiley Electroplate Edge Bumper [Anti-Scratch Shockproof + Full Lenses Protection] Protective Cases and Covers 6.7 Inch - Pink : Cell Phones & Accessories

**URL**

https://www.amazon.com/Facweek-Compatible-Electroplate-Anti-Scratch-Shockproof/dp/B09HCJ1KK5/ref=sr_1_128

**Collection Date**

Wed, 19 Apr 2023 10:19:18 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

NSF4hsS3EVrp3osKyolN8zolJriozEHc4b2MZERU8Ffxj0sq14USJfoEO3ZEBcMOtzHW+rxM24/F32uMcqcfv+elev6E/XSl8ex2bmhRRRBb9ppPTjMs4eWYLsplKHpddhyT304qCQYOBGJEUuuWmGiBr8+0UDwFS0kuMVqDTuM=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Facweek-Compatible-Electroplate-Anti-Scratch-Shockproof[fs]dp[fs]B09HCJ1KK5[fs]ref=sr_1_128]]_Wed,-19-Apr-2023-10-19-18-GMT.pdf

**Hash (SHA256)**

59aa17d76b2a118aebb66e9d115999e95e1b4857bd9f17ae0c3aae979e85e294

**Signature (PKCS#1v1.5)**

IDN7v53ifNmgQ+ASknUpomB8hsxgj73tAJiy8FgvOTpViYV9Ii5tTg7xbZmH8FerRiOXyiRz0GVo6GKEEBTrBBVmMoC74wEIZc+ZShkxMIzys+J/LPTA1tX5ZEZ75dlXlxg5bgfon3Gq3+ulLEMjPPRlW6gApZ5VXqV5Bwo6GtU=



AXENCIS

Investigator Name: Sian Kelly

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Mon, 08 May 2023 08:41:19 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sian Kelly

**IP Address**

2001:ac8:9a:d::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

N+SM2waADYp6n7t3fz0EB9vkLey7gAMvFEBZvSSsHcCDvr5iu0KVB6fx2ZjSR6cH9IFjoYxLYLXxE1YaqCmchn6zKzkjSavvJHbcXotIzcJoHUX6ESrD2ZO8i090v3ou0IUu4tWZKtz2UD/T19AIOhCqfwk1Fyx2ZCkQSnTb3UyQhlCZbIg/OAjTRKjMKqXasgfMhMJMlBC3jAUfGFtltH4E1/
bEZGJQNl1i6JHYTf8UJf0S4bAi0XAvztbmpyultyPE7iUaeG+/mEJGo2LnxkWzTyt6PYdYs6JRTlnPD5ZfNIkpQJ3ozhUb+LPC+0D+dlqd9j1M0f7OnXx344t7Iw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Mon,-08-May-2023-08-41-19-GMT.mhtml

**Hash (SHA256)**

a791239c36dbe9fb1808622638959ebe9c9dcae60823f1387008b2fad7efd322

**Signature (PKCS#1v1.5)**

wNAyooS8w9LIr6L/7pESw0LEXtgr+ZoZ2U2X2S3PcTC6LiFNu52H/acZox064krFds5Ya4rwv0o17d736JfC3PddS8uivf3/wW1WDLnhziiHHwrmH3atj9iVSG/ZYo2Nn3k8CC4Rr1K4QFUj16j+5gPaKcSbD4oitAy+tHCCLd6GlNpCP868QtKrWD3iI
+zz1zrSKWz088v9NgwYXUb/7UenNa6HQ0PS3HIImEkyxFqkUhZaf9zNh8TgN5yKQsDJWwNG2KC2Bru4XzSk39Yfqy0mUrORDL+v9wHXDVT0RJ9jFhgIFi5zHIzwLCna30D6unW5aH/hhntDnCQu/+CkWw==


amazon

Checkout (1 item)

1 Shipping address

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Change

Or pick up near this address - See nearby pickup locations

2 Payment method

[redacted]

Change

Billing address: Same as shipping address.

Add a gift card or promotion code or voucher

Enter code | Apply

3 Offers

Change

4 Review items and shipping

FREE TRIAL

[redacted] we're giving you Prime FREE for 30 days!

Get your Prime eligible items with your 30-day FREE trial of Prime

Get FREE One-Day Delivery with Prime

No hassle. No commitments. Cancel anytime.

Delivery: May 9, 2023 If you order in the next 15 hours and 3 minutes (Details)

Items shipped from Amazon.com

Facweek Compatible with iPhone 13 Pro Max Case for Women Girls, Cute Smiley Electroplate Edge Bumper [Anti-Scratch Shockproof + Full Lenses Protection] Protective Cases and Covers 6.7 Inch - Pink

$9.99 & FREE Returns

Qty: 1

Sold by: Facweek

Amazon Prime eligible Join now

Add gift options

Item arrives in packaging that shows what's inside. To hide it, choose Ship in Amazon packaging.

Ship in Amazon packaging

Choose a delivery option:

Tomorrow, May 9
FREE One-Day Delivery with your free trial of Prime
Fast, FREE Delivery prime

Tomorrow, May 9
$5.99 - Standard Shipping

Place Your Order and Pay

You'll be securely redirected to MasterCard to complete this transaction.

Order total: $16.68

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Dolly, get in on the perks. We're giving you 30 days of Prime benefits for FREE.

Try Prime FREE

Place Your Order and Pay

You'll be securely redirected to MasterCard to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Order Summary

| | |
|---|---|
| Items: | $9.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $15.98 |
| Estimated tax to be collected: | $0.70 |
| **Order total:** | **$16.68** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS
Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Teacher Stickers for Kids Smiley Face Stickers Emoji Reward Stickers 30 Sheets 1116PCS Emotion Reward Stickers Star Teacher Classroom Encouragement : Office Products

**URL**

https://www.amazon.com/Teacher-Stickers-1116PCS-Classroom-Encouragement/dp/B09SZ99DRQ/ref=sr_1_55

**Collection Date**

Thu, 20 Apr 2023 07:44:01 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Qc5RTeE1C+hgXu+PTbEWLkLv6/t+NJtORbXsmWQV9UZ00WUlg2Vy/FMAI7FUKiwoRnHhyQn+hV8mjROHKzGjpO0gnWbAV/g4Sluxa4Ahsl4s+A9IV/e+24qNokaG4goH7wiLX0pnRRJn4CrIt9u2Scp7Zv6TwZH5SKVNMoMWWBk=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Teacher-Stickers-1116PCS-Classroom-Encouragement[fs]dp[fs]B09SZ99DRQ[fs]ref=sr_1_55]]_Thu,-20-Apr-2023-07-44-01-GMT.pdf

**Hash (SHA256)**

6023f370792b9ad7a8a76c1650f1b5e260327a587ef116ad5f90e52b103bdef2

**Signature (PKCS#1v1.5)**

LSyEuSUz45eNDnk+qVxCHPyyNGM8I0HJAxNu1lAX36gLnG66DxCpLLf+4LXjWxEnG5cfTGHPm4KX4dTrb5CsfaGCCXo5FAh88HTz85pxs0v6IJDInWfEE9cE+Ha7RnHTcxgWNXLdSpc/YfCyT8pfNkn2Z3OjuujEaP67PCM6smc=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 19 May 2023 04:27:47 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

baAoBpRWMRdhkMiPPpZ23Nl1abB1yGcDccKCMtMfrN7Sx27tsriodKzK4si1fQbBdLWMrJZlM4Kmi6cf2TkS+162s65Rarp5Inz17T2U0Gd69OuBrO+3vqCQJc+JKPyGFipK1kSK3ZBQq1yRvHYv+zu+TFQtL1wMRbw1fhCB2l9m5TMaIJ1wumQ8xjGWjt7/m5j5WE/
rpNIN9p5dXaxdc22UOJvkITv4CFb0f7xNlH/SZy/eY+i+WycEcW28hxJG1loDPgq5JcYYloRv6Agi8TYkp0RgaC6FYNvqEJzq2ZKjegXVx/5ueRihYkEe5by3FGkC52vUgh8tqmbB82MMtw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Fri,-19-May-2023-04-27-47-GMT.mhtml

**Hash (SHA256)**

4f1f665b2caf807f55e5261fbe2639c2abcea57efe2ff22ab08cd867388a41e0

**Signature (PKCS#1v1.5)**

a7GsvSMjmvA2dNiDwfHIBaFzjaKZuJSFVQDpoRafzqjrrpDiXP4EW2PqspJ0w3UDWwxefxSfW3qoi58baLzsnpxoOoJcA3F9P6vVuAqqU49zPVzyG2jLqpkyHojNcr7cRVh2kaVVlCAZhjonFr++oMtdkJdOAcTiIX8AVZaVnLpBk40Ho5hJMi1hr2URGqcoqd/
IojlFFSybK2rC98mhGips9FKrbdIDdKoEornZteryh2ACKBfF9pqm0NKVKX0dp3+hEFF+wMiZ7DrWK7kq61xDtgZrP4zGDZXP5S/uLIfPx4dtP2ITF7F27/xQUuC+iXT3yEVzf05GLeIqYWBcfA==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items with your 30-day FREE trial of Prime

Get FREE Prime Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: May 21, 2023** If you order in the next 23 hours and 32 minutes (Details)

Items shipped from Amazon.com



**Teacher Stickers for Kids Smiley Face Stickers Emoji Reward Stickers 30 Sheets 1116PCS Emotion Reward Stickers Star Teacher Classroom Encouragement**

$9.99 & FREE Returns

Qty: 1

Sold by: fancy land

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

FREE Prime Delivery with your free trial of Prime

Fast, FREE Delivery prime

**Sunday, May 21**

$5.99 - Standard Shipping

Place your order

**Order total: $16.68**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $9.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $15.98 |
| Estimated tax to be collected: | $0.70 |
| **Order total:** | **$16.68** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Sian Kelly

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Mon, 08 May 2023 11:47:33 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sian Kelly

**IP Address**

2001:ac8:9a:d::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

oPwj6GWYXsCSZarshnB2JSI1aC26mC7ieNKNgn0WUWxjHwG+6ErLnBRG4IwPXrJxTC0qmVm5pZCfW6biWPfQFzH2eh0dIiwektkkJYkNkrMKZVq8M9LJm37aEHY6CpG8jXXj32/SsNDoLiKmRML8kSBlDJrFKkiQfXdLWX2u4DWyfUprhENGi65ZtjfzB7IDadIgaSF
+VaZCV2mHFTug9YLs4DpZhff1LwZmvM57lBCOxCeEPKSACMHXjY6rasoRV3QIafm5S7IspBubYv4s8J622jNiBOnRBPwF2PFTF56lGWGHYLVLMHPVy14wdJprvpn8CL5GWrm2COIDajfbWA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Mon,-08-May-2023-11-47-33-GMT.mhtml

**Hash (SHA256)**

db7e3f756f8aede2406e6795bb7364acdc36fce326b016d41d0738099cf70a8c

**Signature (PKCS#1v1.5)**

UPRq+1HVOqccm1nhlUnrCwljqCqjcebZ+OQj6361DrssN7sQ1qv3GXnNjD8FSlHOCehT08Ezc4tGoPnEoYTI3dfXMigNrViJgIEklY5rAxcYKxzNTcPQIr012vSBiFEC2CM4Hyupg+7RsqO2ZE0HDfJboWEML+gthIPcB9Q/
ViTMnh4md8NYvCVlojhANhoe3HFXYvAv9Z3c2FIZmWxBZK2LtafvOF79URQi5Az18zchSyCHQZzdY3GtliTotiaSPk/uLxyOvAp/ughCdoyk/Qyx/B9U88P64yu9NaR8Myyu6Nyo048c/ufqi9jtmVzMwxKA2aC1nXO0RjgTKPDBXA==



AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com: yomlry Preppy Heishi Bracelets Colorful Smiley Face Bracelets Evil Eye Bracelets Pack Surfer Clay Bead Bracelet Boho Stacked Stretchy Bracelets for Women Girls Y2k Aesthetic Bracelets Summer Beach Jewelry Gifts-6pcs smiley face: Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/dp/B0B5RDB2Z6

**Collection Date**

Wed, 10 May 2023 07:22:24 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:93::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

DkhxIxT67yNXvAR35Vas7FOStKX7mP27P0ysqfd2JDeRh2esv+cU/RRM2nQJhsMp8OhtFxnsOCYCutEZET8mck+SffwWkMg1pOUZhaLvxPcw5ho7qzyJ6mJJDn5hTEYAERW/nB65iWawPHVAhE/G0aoCHpZeC0VxtcP6HefuSKgu7pHLy4/
vL3NCnkZ71iTHa8zZ6PNRRbIdq8jCrqp7ODMFHPQ2xmz1amFU3FAHp7jYemmnwmjmyZC7jff1rp9+mTVZkVqXuvoi7QMioFvN02Hbx14SixqdZIhW/QFfLY1SPUYqy3Tk+DhASlRd+DqrplyE5OrR7GGOtEpLFJqWEA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B0B5RDB2Z6]]_Wed,-10-May-2023-07-22-24-GMT.mhtml

**Hash (SHA256)**

2b8ce32d6f2da9172938dff06fda3d2b18c6fc34aa20e5df282bfc0c6c37c772

**Signature (PKCS#1v1.5)**

GBYeQb0DW+UF39y9+kB56KpZtZ2jz+KnUBMPK1SeVPjH397BWNIpdDCJn+oDoNOZ3ji0oRuE+5nRsZOgrDK88xNo7N330Z7gF8bYEhrS4VqxCoLXJdYiiLtYZKWwTxh0lesi87EbnG+uLN1+252p88gvxR6DxutgvGTkBxyUnaHil8s1vlwdL+E+wYoUhS
+2HPjuvt8BsYb7DGH0CtflDQkx8WmGHRun5LSnp85sUVGeuY7fU+n3nif7UL+xZfYIlLem7ONHAvTeY4GNGPxzAIvVKrU98Y7BSLNUPUD/LCLc2u+MiXu6MUKkKks89lHvU3zlaIDPKEpxv9xrgNQTbg==



AXENCIS

Investigator Name: Sian Kelly

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 05 May 2023 10:32:41 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sian Kelly

**IP Address**

**Browser Information**

**Digital Signature (SHA256 / PKCS#1v1.5)**

pjUalCqxm3KzlAyXMeIXFwipkg1IcJcwHSQd/NaQm3r+HNjY5LZPeq8ghpiDQGXXdk9wALffZ6M4ZBMvYngO9UUjt84O60rH2ioFB3JOa0D5wKRpEy1UZCoEn5jycwJbdaZvG9XGKEcFCcQbRYsLIbusVHnr+rDW8qcbz06vQuBGO96bC1+
+i617lmTCG76THR7ARMh9qeWRCqsSVMZRE3QdqRguc+pv1CST6ZL3jDZ+lRckpPtj2oeXIQqNopKkDfOyr4TQiLMH84EuL8lCeh46uGVLURXUL1qjcGSxnGq6xHOMbfyXgPXncYxM8lHEyIWJ+x8DiLazlGU1IFR/Mg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Fri,-05-May-2023-10-32-41-GMT.mhtml

**Hash (SHA256)**

25fc03cccb6d37a94ef3a5344dcd0287ec9c564b83a2db121d3600d19154a292

**Signature (PKCS#1v1.5)**

itm1zAmGjNVxM7i38EkMpBBbZ5B1MpUEhiuMjA/MHbzu6//6zfTdEOg30QZdIt4vHieGaXGvVZ/rLCOg4l8yXLOQoh2Hn6gbp+XgcETwt2BJ8m/8ILY/x7BjLQOT+R3f/I8ryp7Tz38+m2NUHhgEoQQ640GIXwdlvo2xWxS3449lG/
b0r3iDd1NqQ9OuD92ywufcrHc95UbFuElNUyKLGi3PQ698Q0DxpfOamAkSUEDyWn+9ZRpfj5Mvl6vEoR11fZCG14uUfFIFCIGrewPGWJ+2c2oe9Ful3n/7zyBmXq5hZMUg0f4bDj/fy4CkPMwRImkN0aqU6Tl31NzXmFddaA==



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

GEGEEN DOMOG Smiley Face Hat Trucker Hats Adjustable Smile Baseball Cap Summer Preppy Y2k Hat for Women Men (Patch-Purple) at Amazon Men's Clothing store

**URL**

https://www.amazon.com/dp/B09V5617KN

**Collection Date**

Mon, 08 May 2023 05:43:05 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

L/4BOxojofO2Ckw5mw7oIWDPKMY01Acx+8R23b6RdpGVqji8pCf8FAwNiD+Ei2T6zqC2JIk1zKzAGKdngKlhomeIMgKuxchMRxXzk1GwkJc54CdHOAjo1B0b1mYwsee9lRG1HxRZvanO+T2I1eWy+SLzJniCE0m694aEKvaX6D4EyHwcc4XteNKABPKAySaS8/l2gLH/
beo5wkSBXbLQHHPC6PxrO31nKxd/t69pRo5jh2spvCLyMamuDj3O/nvlfuqiwYoy1QD3+w5j0/gc43j7QJum28lN/Nqf5tIAkb908fZlrfMbYG7QPPCw7jFKQpdj4qj0QGELJ4Xpz7048A==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B09V5617KN]]_Mon,-08-May-2023-05-43-05-GMT.mhtml

**Hash (SHA256)**

5fa4231a6b55d304f942329ab64edee695c30462d52fbf76d8f10ffe7b003452

**Signature (PKCS#1v1.5)**

Eo99/NUiYKCs6Ua7GepfXLXGh3FAfIvvIl+Ui9rDM4RW8tPOgrqKmPaM+fAkfwDG/NDAQKTPEQych/wp9zR/3yWfkchMxkfl247zJ5krb+hpCqACSlNQKtZ6T6/rv41tsUHL/qts4yHN+2Q6UGirt07RpOSH/OlXleFfQ+TXocIAa2mTWzAnZS/
LfAfDbYbHLB0nVM2gD29AzrOMv2WRSVNiFIOLVUcg4TWddqAqyKM2NH5iJem33yJudXtJMszMVy9IKj6zU1AnwqZw8iJ8TwSCVlrxTwlTU44HbkmeLpGpzuKT+wDI9oGD27vrAPY2TDj4pK2CqTckEZSYgLdw4w==



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Smiley Face Stickers 1800 Teacher Stickers for Kids,9 Colors Kids Reward Incentive Stickers Happy Face Stickers 0.6in/1.5cm Small Stickers for Reward Behavior Chart Classroom Supplies Smile Stickers : Office Products

**URL**

https://www.amazon.com/Stickers-Incentive-Behavior-Classroom-Supplies/dp/B0BMV2QMSH/ref=sr_1_137

**Collection Date**

Thu, 20 Apr 2023 10:46:33 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

IUy4w+L3G1YDP2f4rdQ0Rcfs6neAc9rAYtR4cbiLI7EMt8No7G1Jz+hc4JP1x7xleP61Cus2m5SX9f0/7lJMK7c6MsZo4yc3vMClOc2pwnrbLqJ5VJft21fsE5/1X83GkZbknhvJACV8XBcN9hb57GFzr4fhQ48v3frejrhmVfg=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Stickers-Incentive-Behavior-Classroom-Supplies[fs]dp[fs]B0BMV2QMSH[fs]ref=sr_1_137]]_Thu,-20-Apr-2023-10-46-33-GMT.pdf

**Hash (SHA256)**

a3e204f6c82550d22d053f31d1ac1f2883c9db1dd349861cdaf5c84c66aded43

**Signature (PKCS#1v1.5)**

KS8KMtyrQmJZPCiDA7hx3PPlppG4iV6d4i2jDHO4LDS4IjAb1Gq1rxumB/UeqFkW2kZ14Hk/CcTnz0A8AP4nby/IQ5kwnw9tpfbrF52iMnC2N4bTtEsEzBPBSdsRAtPUprJ05VxvrVQZjDBUHwfNRy85pljyUPeu8fzUxUkBhPE=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 19 May 2023 08:37:30 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

U4ooJXPxu4I1ZwG3lPDFgE10nK+WZkePJVKxgiPM/DSYK/LQFOKpW2lruVWXCKBTtxDcPHbj2DWBRRY9AXr7Szg4647SMdpSq90OMJvV4lqd1X2aU/
ecd8i3Qf4cge1WSps6ZFQmlr5c4uZQ3ez4dcBrAsoGrdpTrWVKrhH6sni7GCVR9A7z5BawhLrkFHUry2S1suPThq06mzbSzKwwfY9l7h80LuFRwnqfPAFfxPludLHzMYpwzsrMQWgI3QRNvWwltH1rVlqgl/PQWShJJkD
+uGMqQAyVJcGZsNCl1ljGOthAnmqKfsvmgbyiqbawvcoLJ1h4OuUdKubI8Vmvyg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Fri,-19-May-2023-08-37-30-GMT.mhtml

**Hash (SHA256)**

a359454948fd31c4034c55689f741b14b48058136f442e68632324e65eaf6fef

**Signature (PKCS#1v1.5)**

K+Yj7QUuNZ78AwAmHtG4oRHq37FwgZKJ3oDFqxR+76l8kUcTuephaDU5ER/jpLir3Nzut+YQnvrWHqZ0zqYeXyuyMQCCJww/Lnv4IXOPg7dzcUjaT5hzwEhC6ozTD3psJ+9Sqy7V5E3l9/12PmZpocKjDwv6Ro1ZA95QsBfPkfGywfkd2Z563Sk/cbmE7iZLoYaA0loahzGVFIsitkwlnzcL2IeO7oDwy
+UeKceb7DhHaDmAstXdqf8/3HXkIeuKVc1G/2bVmTHily44U2OtoPXy/esDDSqgV+mFhYLo5rSSeju6hxLE5xcTo9Y4whwgk1nWFPaFpzKVrITNmEEevw==

amazon

Checkout (1 item)

1 **Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Or pick up near this address - See nearby pickup locations

Change

2 **Payment method**

VISA Visa ending in 9985

Change

Billing address: Same as shipping address.

Add a gift card or promotion code or voucher

Enter code | Apply

3 **Offers**

4 **Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items with your 30-day FREE trial of Prime

Get FREE Two-Day Delivery with Prime

No hassle. No commitments. Cancel anytime.

**Delivery: May 21, 2023** If you order in the next 19 hours and 22 minutes (Details)

Items shipped from Amazon.com



**Smiley Face Stickers 1800 Teacher Stickers for Kids,9 Colors Kids Reward Incentive Stickers Happy Face Stickers 0.6in/1.5cm Small Stickers for Reward Behavior Chart Classroom Supplies Smile Stickers**

$6.88 & FREE Returns

Qty: 1

Sold by: FavuitDirect

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

- Sunday, May 21
  FREE Two-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- Sunday, May 21
  $5.99 - Standard Shipping

Place your order

**Order total: $13.35**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $6.88 |
| Shipping & handling: | $5.99 |
| Total before tax: | $12.87 |
| Estimated tax to be collected: | $0.48 |
| **Order total:** | **$13.35** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: HINSD 5 Pairs Cute Smiling Face Socks, Smiley Face Embroidery Ankle Novelty Funny Socks, Decorative Cute Emoji Socks Pack for Women Girls (brown+black+grey+coffee+white) : Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/HINSD-Pairs-Cute-Smiling-Socks/dp/B0BRZLWLCY/ref=sr_1_71

**Collection Date**

Fri, 21 Apr 2023 08:28:26 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

UAQhGZI+/sMzUqPJhkRFERdwYBJx8ET35kp63eER2XhP6BI215RruPhiOqDr68wXc/bK/MA6t8iYD/ed1vV4qHDI+b2VIk2FLnTsGdWlUHl3lhCX2Uj/rGtFWAzIrTF/xwZosZtO780EvQDxrfHIoCP3SonbUbK0f9u2fKzYDR8=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]HINSD-Pairs-Cute-Smiling-Socks[fs]dp[fs]B0BRZLWLCY[fs]ref=sr_1_71]]_Fri,-21-Apr-2023-08-28-26-GMT.pdf

**Hash (SHA256)**

2bdef461a94f5484b7a90f5cd2d5210139e72424da340beb8a37a0ae87e9be2d

**Signature (PKCS#1v1.5)**

P6v+bQBsSBNU5mCI37x2/gqW8o/MgOuDf4JB7MynnK0rhgVwEuhWq01H4ac2fT1PrNHWU/gouThVgZIM7pLfzYhsBLMgc2fjbdo2spzo6ieZcsol/Y4B7RvpvDMcDIPTjbDnHmDKljl4QpjR6Hy5fNsyv4JEk4hWNH+H79Pq3eM=



AXENCIS
Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 23 May 2023 07:04:14 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

202.83.40.91

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

cZJkz+7kQDFiAMPNUrXmpDIX4K6FbOdEHhncNrEzwk+qUmgjXfT89XlbE9ACkT2JolEqLoKrD5FJTJDfCsBhiU1zaBQkUA+esUIFG8G2YpPoU+X0ZpZ5u0Vz9rdYIXF6yk4DfuA0H4erbvj3rs4oAmpejzM8l0/E7Q8dd7gqmolMR3DzorG27lTST9hhlqSjMBHQImTOjMSqpkDGDAEzViL6DikM8f/
fnZWB66NyBi9FFblZOvtwB7TXMWCNWWmJF5SKvktKlKPUKCQ7ksL6ZsO4H1oGeWTgF34ILLPFpcvO4VLwXljJcKkTWBaF0faBYg+i5z5+Y/FgIKMc+LFAZA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Tue,-23-May-2023-07-04-14-GMT.mhtml

**Hash (SHA256)**

dc3a35b782e461a6c42c8f6ddd1b6de6935c8fc693becdf1a8f5085adc270788

**Signature (PKCS#1v1.5)**

lFd+6pQk3QaGGMoSIT3lHXVtz1fqO8eGSsQDTFpISFFfsIpKW7D2YXodXejlCIUOn+bd183f3eujC7fxR2MJe3Fg/ZVd
+VtrsoPFSuFWz4tfcLWlteVV4myjBEncaVb5vqnbs5eX03lG97psV1SwSkYhndnciOTRQ4TWsgg1tKP0+yafvIeeSjDHN5F91ouL8LNao58hj6M9v6RIC4xestVYgQxIXGCKka7vSXQb1uzjeAP7uNVOZnu7DeSAeQ6ZuTDAxsqGGCJNiTwlkirskLvB4w0G+6RxvydKWPk9w1mrSOHMuE/
AAzGaZ34XqG8KZKfEYMPWXvsYwUeS5ppxsw==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions
Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985
Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items ~~Friday, May 26 by 8PM~~ **Thursday, May 25 by 8PM** for ~~$5.99~~ FREE

Get FREE Two-Day Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: May 26, 2023** If you order in the next 20 hours and 55 minutes (Details)

Items shipped from Amazon.com



**HINSD 5 Pairs Cute Smiling Face Socks, Smiley Face Embroidery Ankle Novelty Funny Socks, Decorative Cute Socks Pack for Women Girls (brown+black+grey+coffee+white)**

$17.99 & FREE Returns

Qty: 1

Sold by: FayLaw-US

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

- **Thursday, May 25**
  FREE Two-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Friday, May 26**
  $5.99 - Shipping
- **Thursday, May 25**
  $9.99 - Shipping

Place your order

**Order total: $25.24**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

**Get FREE Two-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $17.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $23.98 |
| Estimated tax to be collected: | $1.26 |
| **Order total:** | **$25.24** |

How are shipping costs calculated?
Why didn't I qualify for free shipping?

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: AIEVFU Hot Pink Preppy Smiley Face Makeup Bag,Inspirational Quote Choose Happy Cosmetic Makeup Bag for Women Girls,Preppy Travel Makeup Bag,Gift Idea for Birthday Graduation Christmas for Teen Girls : Beauty & Personal Care

**URL**

https://www.amazon.com/AIEVFU-Inspirational-Cosmetic-Graduation-Christmas/dp/B0BYJQBG94/ref=sr_1_213

**Collection Date**

Fri, 21 Apr 2023 04:59:28 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

m8vXUMdg+ZmdRskppHhOKeOWyNb1iu4b3uGdirdB6o0Yk0TJ5XLH3P4PDc9FnExSi1QRJJo4fpsD2AjqDd1KxpBvn+kVl2h1Vh0k5ZtLOHBTEiGv1EoywFlG1kB2xmLL+SRJTkuXYg7rQA6fMhp+Tve+qU9oyMb/Y6nLpdZCmA0=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]AIEVFU-Inspirational-Cosmetic-Graduation-Christmas[fs]dp[fs]B0BYJQBG94[fs]ref=sr_1_213]]_Fri,-21-Apr-2023-04-59-28-GMT.pdf

**Hash (SHA256)**

2c327d5ecd45b4b4358c5037295e4aea87b3e1aea79ea86a7f4a02273fb4cff8

**Signature (PKCS#1v1.5)**

KX+LFT5VwOTVHeo7ooDgrUwSPbUjTWetRimYGlZsP0E7BIPPDO/SM5Qbc23Vgm1mYKsXa/OQhdV9sXaPYzEeW6CfVhfkj5W3x+9QNCg6t+GLEnIf1OM/+c0K2Q+W6p3hsf90TalgaCoqGq8MYmL1/SsfDxj8zRx7ApFTrjLw034=



AXENCIS
Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Sat, 20 May 2023 07:03:14 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

116.68.96.16

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

RRU0Ehm4RNbVJxyeYUHxYmp6RCx4ga+Ie+f6BeURuJ7rBR3xoTtn/Cc394uL6XvcottmgJxGIHinvaf0mzRbEXUIUNVeYHNhuHp5/dLdX3LPxmAtS8gLGRhwtuMIsmuUghMc7yJCroiswo2wto7C0O67qZswUSzZwHQIeiX21DMkW1PNPODbUKo45qVtTXzImac8Me3/WoCkDP8DvC+3lux
+kaPFytKixxp80AS74e5HvFbPPvhVLkDTZNMUes38DDf8X+7UggyciROx9/CGS0skjxGNPOXBVUA+5U/i5QOPQ99Wo10hM/VQ4gOrJ4MWScYzw33sq2zaBqgks5liQQ==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Sat,-20-May-2023-07-03-14-GMT.mhtml

**Hash (SHA256)**

319bf75f312afdef2b036f31969389ba594bb27e00648d5f29625db1ef48284e

**Signature (PKCS#1v1.5)**

iKH49U0UyOdnrRCeSU1MkxzSOVAvGUldXucDU3X+GRCAwDqZ3TlfioytB1msxW3i1+LIIG+350WOcRQizAJ3/gtdd69tkWFr75zc+egzu8xYP+IZwiAbR8zNKGfAgsf5wJ9Wr9DhcNZXz5PIP9GP25KUpdlQkh6gFuMPDI7koiaoGOudc+tjkY3M6g7GRb0ytgFzqINdDTfMQRz/
bPKUcgyBcW2UTaud2R7Bi4csQKA7XUKpUhytT1KGlE801U/FGhVoGYqSjmZihDxMrSRCu0LteNKCsvCvO47MGwZrZpiebKWm+eMMjZwcIOdCP6PUZM15GdcDWS0z/KPqJcMPiw==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items with your 30-day FREE trial of Prime

Get FREE One-Day Delivery with Prime >

No hassle. No commitments. Cancel anytime.

**Delivery: May 21, 2023** If you order in the next 10 hours and 11 minutes (Details)

Items shipped from Amazon.com



**AIEVFU Hot Pink Preppy Smiley Face Makeup Bag,Inspirational Quote Choose Happy Cosmetic Makeup Bag for Women Girls,Preppy Travel Makeup Bag,Gift Idea for Birthday Graduation Christmas for Teen Girls**

$11.99

Qty: 1

Sold by: FDYHTYR

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

Tomorrow, May 21
FREE One-Day Delivery with your free trial of Prime
Fast, FREE Delivery prime

Tomorrow, May 21
$5.99 - Standard Shipping

Place your order

**Order total: $18.82**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $11.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $17.98 |
| Estimated tax to be collected: | $0.84 |
| **Order total:** | **$18.82** |

How are shipping costs calculated?
Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com: FECTAS 16G Lip Labret Studs Medusa Monroe Smiley Piercing Rings Eyebrow Ring Helix Conch Tragus Daith Rook Cartilage Flat Back Earrings Hoop Jewelry : Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/FECTAS-Piercing-Eyebrow-Cartilage-Earrings/dp/B07QR6GFL4/ref=sr_1_298

**Collection Date**

Tue, 09 May 2023 06:33:40 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:93::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

IEkpTRQgsg2ezGXIWQ5vFHFX5vUdFkqMeBKub8Q23KJQ9KVoepETA4VlRqXeKmJGK3eI2Y6Jej/iZBAteKyBsvz4I3GHb3iifJaHXuGZdR9TF53b+c9kG7qzW4kgEF+YJ1BYEMKgePDd0cWYmYm0qoNoZ7+kuMdSwSb8SOzu170=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]FECTAS-Piercing-Eyebrow-Cartilage-Earrings[fs]dp[fs]B07QR6GFL4[fs]ref=sr_1_298]]_Tue,-09-May-2023-06-33-40-GMT.pdf

**Hash (SHA256)**

37426414648cf3ec0ebe3abb6bf6917a77025837105e01f13612cc04b2085868

**Signature (PKCS#1v1.5)**

dPop0tlLYX/C0sqmZrJtSC4kEqTQslvRDUImHQTf82hkDnOCsy7JHKSJmC5RbVAoOn7y0B2z+zbphwYwWQt842SQ/3Y0R5+yXQewnzUSHG4QCJyfm24ARm7uKZsvH4DH1Fd7DX3SZrmpBEzZQ0HQ9KZ+KQXvnNGKMFjjWeJPfcc=



AXENCIS

Investigator Name: RemoteUser2

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 12 May 2023 16:47:38 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

RemoteUser2

**IP Address**

2001:ac8:9a:d::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

TUSWG+ldVnpiMmBJgVMe1/yOK2nTVjvm4wwU1OwvJIAQEu0MGOaISmD5lcxktdPvD9GK+w2P0Vqgm4V9Rz+0ZvqYQbLDJ9CdTONejQIRLPSRikfcaw1jECsNXZQSdwX2FBE4LZ6pCfRqxUZvb6E0vhT/2mxZp02/No/jz8RcKK9bj4BtsxnZvEfgj5Z/
kaErlKckEIfXbZwlDkBOWI9Ud1wqs1u6RL4Ud3FLyxd+KIUDoiHqJul91sU+iP0ZDnHH0NeFQr3JtqlNoZMNRdXQDbOn+bzS/jtOYDRj56QsFG+YvFoauSAOy44e7Hf2btE+YrwwImIJNbv/vz1Dg6NtIA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Fri,-12-May-2023-16-47-38-GMT.mhtml

**Hash (SHA256)**

edfd9b0a2d77801bd571cda21010f634ea78845a16846c5b76b2294d7495a716

**Signature (PKCS#1v1.5)**

r1EQ7QQZgZpyYiUy9irWQogfgPexr2dKAhUpcIdmA+76Bhf59TBe7JDD9QsYJdmivw0ZAOd+aKJHEhHEw/LerOllfuEz8tynMGTnQoa/Lp3XtnokG0u2hrANiQ7h292LlmMMBCw83Vv3xfgR0u1OEZHTht30PeZueYVJ3MCeLhwv/wBo5n4BCJv5sEMS9+aRpk/6xk+cLtZapSg1p+JqWJE/
qWx9rnYqYwfFnMVP7v+2J5bVjnkK/CTtqvtXTYKQ/bR9i2bsj6jCeHLB1QxDjQ9xKj6LPM1lTsHH3EKK/2JXmkYEHyWTBfwAmjcw/vMEnbqfVAuFAT4vMm+3OMfD9Q==



AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com: 200 Pcs Smiley Face Beads,Round Acrylic 10mm Mixed Happy Face Spacer Beads with Elastic String for DIY Jewelry Bracelet Earring Necklace Craft Making Supplies : Arts, Crafts & Sewing

**URL**

https://www.amazon.com/Acrylic-Elastic-Bracelet-Necklace-Supplies/dp/B09873NMRQ/ref=sr_1_75

**Collection Date**

Wed, 14 Jun 2023 11:17:30 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:36::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

BAqEJGDq7MZNYxgufBZ/GW9mh/KBDPA8WZYGG5RWkpaMGlaVrY+dUVTXRP+/vTzq8lREIW06cFOres6OkvEKcTMqY6uoXngVDR6El0iJOMx7rGhFKXKqk3RrlLIOdSuAZ1eT396DsEmvzs6wJyCNP4tz68CFxAtwpvwhJ3NtLoA=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Acrylic-Elastic-Bracelet-Necklace-Supplies[fs]dp[fs]B09873NMRQ[fs]ref=sr_1_75]]_Wed,-14-Jun-2023-11-17-30-GMT.pdf

**Hash (SHA256)**

2b50aea0ee0644ed2259b2f76d224427127783a883e2405141ef715a43729bb0

**Signature (PKCS#1v1.5)**

WvwrURFMkhQhTvIaB0WcxNxYbnybrziYrLqmaMJmax7Leowge22CkByZdc/OWZWS+XV0ppWbFNe4s1/Zw5MCdDBZImivGPoBK7CeLWQK6xLxrMKzsC6JqdKasF2jpRlSt5yxuy3VgpNC6Fr/Te+7BvzyzjPcbc2FeD4hsMzxEcI=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 15 Jun 2023 09:31:28 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

202.83.41.44

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

ZwwsqCnkIIKt2Y1IANfIK70MOL8cYSFo+XYO5Ba8Dmr0SicrQpQBrPexDbL3JGlmE3gn+zE+BagBpHgNuUGcm9TVyKDFsQ0w
+FaJKUExvA6NtVR2Ymo7DEZRCUQFwwrR6ct2gBlgVaC4z1smZPpEyTm3WLD3c98PiYW9MQLAuLdRlGrR7kvKCBi6+pckGPckx6ewQMjjPEhQQ2vsJyKDHe8XZfwghWanKgsSC2l1DPjjFYSVciY4G3NCBLhL+TYcIHZySS6MBj6lXkI7C6tzOf0YDAU2TGoLYo/IysH86CgFAOdc8/w8rcrHb7iO
+O9xVe3RP43QAMRSrrc0ZLLj5g==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-15-Jun-2023-09-31-28-GMT.mhtml

**Hash (SHA256)**

d4f5792cf9e0800a26c7d849cd4c10cda8d194cfad10cff8c5df401f5cee7e3c

**Signature (PKCS#1v1.5)**

k4tnrEOdGVlH2XzB3B2DLKjewn3pBI8onR5ZUlsHaKDstUhW8JQYXQ8D6cIXRAFbWYam9Il6g6es24Dd32wxgiZNa5x1GeFSVTdk0qyFspfWaM+6iQnHGDci
+6fLTw7HYqdWqEKw3Fzr3A1C83ppxrEYJtMQLw9x6M2DKelyZ4NCfT7iHMLXUPXgVQPSz0jM09Co5Ma9MXAu5bdxZSmMu8kSvTmlCc+kqYasgD1SnYzva+ZyRPuX46O48LktEacpMXqgU9TpyQdO/qVbsl8Z1WIjRXkl9cem/Onk3MPy2Po4wNOSPS39vy4iZ2zZ/
BNeI4gPRLPH9Gc9hCGCd1336Q==

amazon

## Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

Change

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items ~~Sunday, June 18 by 8PM~~
**Tomorrow, June 16 by 8PM** for ~~$5.99~~ FREE

Get FREE One-Day Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: June 18, 2023** If you order in the next 18 hours and 28 minutes (Details)

Items shipped from Amazon.com



**200 Pcs Smiley Face Beads,Round Acrylic 10mm Mixed Happy Face Spacer Beads with Elastic String for DIY Jewelry Bracelet Earring Necklace Craft Making Supplies**

$10.99 & FREE Returns

Qty: 1

Sold by: FeiandengUs

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

- **Tomorrow, June 16**
  FREE One-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Sunday, June 18**
  $5.99 - Shipping
- **Tomorrow, June 16**
  $9.99 - Shipping

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

**Order total: $17.75**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Get FREE One-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.**

Try Prime FREE

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $10.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $16.98 |
| Estimated tax to be collected: | $0.77 |
| **Order total:** | **$17.75** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com | Feionusin Smiley Face Slippers Sandals Women Men EVA Open Toe Quick Drying Bathroom Cloud Slippers Non-Slip Spa Bath Pool Gym House Casual Shower Shoes Indoor & Outdoor | Shoes

**URL**

https://www.amazon.com/Feionusin-Slippers-Sandals-Bathroom-Non-Slip/dp/B0BQRH265T/ref=sr_1_295

**Collection Date**

Wed, 26 Apr 2023 06:10:21 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

D2E4mkX5ja7sRQ1Bj7/tGXob14mE/4l0HR8eE/5n14ULdj0AZ/HyX9DCKOs2HmZLIwej/VJpXXxy/rualjcanxrxZG+wmG6pPgEKZDBqTiUdVI6MX5dH5NGj736egsvmI5MFFTYw2xpO/XKNzpx+s56eab7l5sI3ieXMWysHExc=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Feionusin-Slippers-Sandals-Bathroom-Non-Slip[fs]dp[fs]B0BQRH265T[fs]ref=sr_1_295]]_Wed,-26-Apr-2023-06-10-21-GMT.pdf

**Hash (SHA256)**

ca41f4ac625f82c486959393d4c7ffd732b7dbbbffdbe4e28c8d8d73f8659d04

**Signature (PKCS#1v1.5)**

qQTi07xyCT6wW1VDcfaAbETudMSgBiaNOmB2WvDQGWkLpHzRud2arlqJkcEvgrZs3XprEicTx8xfT+XnBSzLDa/T7PlEqkqbUlj0A7s7LT/rbkkFw6wxV+4kuo3HwbF++5fM2GBmPTEn1fzhMjcn9peY609dUhKfrOEjJYn06cM=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Wed, 31 May 2023 09:55:32 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

111.92.77.63

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

cqk5CcJBiuvhMwJwBaW9eyd2Gu0e16TJKs9A4V6sBaFE71RJVwWZrNv5SzLhkEma8kj5bKo71uksEdNso8d/qM7ovusCnBoXrMKuFf+qllrwxr+/mydi7043AF3LFQ7Nm1WHsSpJAqbqg8TsWT+H7/Ln0vFvFse4+Y4ks42El/CIorTVZAe9tE1L9dgZhxnw8A1lNKs7AQZ4p/
JziOnXPsDJUdoqeFP2QFoWpyrdAMBvK41CG67iBFCJwzjVSQbUR07qLTQFQGR12WrVhMUmjMgQzfY5piESMicBs6JnLPxQivhlPjpVN1vYknITQM46t/5azZbxtZ2ELgtgLpk4CQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Wed,-31-May-2023-09-55-32-GMT.mhtml

**Hash (SHA256)**

54401eff6849ce2940041f1af3829e8117435bc181da6f6ddf9749e5e5f76330

**Signature (PKCS#1v1.5)**

Xqa4gv23kCg22RfmgMIoLE6LU2Mgbc7oMWOs3OngC6ZxyFCQ4pZztoGg/G2tb19Mxp7uu+bUcc/ZsnQKTorHnCr/ZbkUMY5sjssbHE+2pTkAShPl3/Kx9DIXcN0pViMsjKb9bRQxrAKGQ25wJghorwpHe8Wxsr/RQ4esKfmSv6iCbd65emCI6H1nys37Lm2k9Madx+Q8gJmzd8ANTNjfz3LSA
+8oqnrYjIhxVavwzF77RdF+dLy9QAsGXvoEjoTAsHhdanPc79ZTuRzYed6gFOPAnzY0Uvh4wlUeHVrXLTG3ByI21angNMB7j3RJRdmEL49ArIQrNb5Q3N2041W1Rw==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you 30 days of Prime benefits for FREE**

Try Prime FREE for 30 days ›

**Estimated delivery: June 12, 2023 - June 15, 2023**

Items shipped from Feionusin Official



**Feionusin Smiley Face Slippers Sandals Women Men EVA Open Toe Quick Drying Bathroom Cloud Slippers Non-Slip Spa Bath Pool Gym House Casual Shower Shoes Indoor & Outdoor**

$17.99 & FREE Returns

Qty: 1

Sold by: Feionusin Official

Gift options not available

**Choose a delivery option:**

**Monday, June 12 - Thursday, June 15**

$3.99 - Shipping

Place your order

**Order total: $23.24**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $17.99 |
| Shipping & handling: | $3.99 |
| Total before tax: | $21.98 |
| Estimated tax to be collected:* | $1.26 |
| **Order total:** | **$23.24** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley Face Necklaces, Titanium Steel Chain Simple Round Smile Necklace Punk Hip Hop Rock Jewelry for Men Women | Amazon.com

**URL**

https://www.amazon.com/Smiley-Necklaces-Titanium-Necklace-Jewelry/dp/B0BM6JYGV2/ref=sr_1_128

**Collection Date**

Thu, 20 Apr 2023 04:57:24 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

fMK1QsFwLJJ8M2b6p4RBf4ceGxR9kS2uyJo964q6+v1fZ011jC3HJu6VBo1A/c19RIwSWC5gKytTZfnwPfqjv089NPAP8PQh7qCi+zCwZFrComDlRjKoB1JiQ/i5Ozq5Edgyc4v3FvTqEVJWlK2e1EMujlvl8o7abi5G8UB+FG4=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Smiley-Necklaces-Titanium-Necklace-Jewelry[fs]dp[fs]B0BM6JYGV2[fs]ref=sr_1_128]]_Thu,-20-Apr-2023-04-57-24-GMT.pdf

**Hash (SHA256)**

3d24a33547637ed7d948c640c9901e10e378e58cd6f7d5cfc87de933ba2ba44d

**Signature (PKCS#1v1.5)**

lwRuQLMHxm9nLtI9FOYjPwsQnKfipQUWS+APMTAktHyr8lKQ72yq5llR9iqHP5+ARGq1/pyfKhah083U8I7X+JjIgdC+8odFj0C1KmdDFc8i5H87S3zXWnbQrTgQC2QWxIgu0QC7Q6QSJo1yujvU8u3MmJsE2OdNntWXbQD4Vcc=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Wed, 17 May 2023 10:11:42 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2001:ac8:9a:d::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Oqq8Rj5vM6ZZRdJsdSoiL8v8m6NLg/GiQzRlX672YdlJghsjYFCFF71ONscF3U1qAJ1fZorLAcZ/8fDE5OvM1LUEmjKmNf47BD80o+giVK+UxIt/828uKQz+J+i7h9i2UEtHwq/VAkCpuPSSfmhBsws1/UTk+tMo4pFB/HrHLGwZVh9zMG1VfkZioDoFnEuEc
+Ht5KTXDZ1OrYEPoiHr9OCoXO7QNcSqLDcFE0G2L15gNHcR6QP1GlC6LBBILIl5/wMWRVnHz1k1xRsoh0gTYikVoDwKEt3g5rH7AqhGQJqr54AQgI13jRXdRTOExzmGx9Tt6ZI3ctUhy4GByxhjfQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Wed,-17-May-2023-10-11-42-GMT.mhtml

**Hash (SHA256)**

e38a5a290ded4149594aa98c633a0666a5ca93bfc6a8303371e922c79ba3abbc

**Signature (PKCS#1v1.5)**

oKa/mUVMcN3AVsV/8k3GTzxI6UeAgyQyCE7R7KpSBSX/Nd77sJzSPrNSFTNw5sf/n0Kp2RyxPPl/RZJ1nuHahAL2PGcq1Xd2P6q9xGoTRJkR9uGCxkOfoSVz8l3HR6MGeY1APdq5+QxGb7a8x7R7IaczGFRftl9guCxNNSnX+g66JTTWb9gEPyH9ZvcGyIxHfk/SRC/o4sW6iRci8XNc/F+FkLfqQ
+Xn6b20heLRQALBWt8HiZPaK1c0g1Q2uL8nFyMnfnsDpzdCFd7FJDZG8dH2b8rooVb1sDOpene7Z2dtSaihKaAubPjtGR7RxZI1cCmmlV1FmBh3apfzrcdl+A==



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Smiley Phone Case, Full Camera Coverage, Smiley Cute Painted Design Soft Liquid Silicone Case for iPhone 11 Pro max : Cell Phones & Accessories

**URL**

https://www.amazon.com/Smiley-Camera-Coverage-Painted-Silicone/dp/B0B9GSWBG5/ref=sr_1_280

**Collection Date**

Tue, 25 Apr 2023 05:06:40 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

qM15P8f4kkrmjaNszqbIDy+cjlJKKpPHK0Nhtr49gJzIb1t0JG6W+5xBKQjS6l4RdAycuATDtZHCvD9hupLc6D5ZQGSF3IOmzy9c5fbK/Ss9uvPYsO6u6Z52Ad+MCMIiocr+yrCGCyeXsj8CyeM3AroQ70pFXSx/8HIV/UEBj20=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Smiley-Camera-Coverage-Painted-Silicone[fs]dp[fs]B0B9GSWBG5[fs]ref=sr_1_280]]_Tue,-25-Apr-2023-05-06-40-GMT.pdf

**Hash (SHA256)**

4aede4c14b247c64e1a15aed113b4d3bffe6ba2242343ca988a06b06e8057cdc

**Signature (PKCS#1v1.5)**

h8ln2ljkrOGr7eyhNBF3tAuQt5ouT35Sie7UhM4suHZzwNEvcF/PbOn9Llmmjw4Nnu+jn1IRUT8FXnQXYiMkpNaT/BGnhWolVgeSLqF16ItJ0RiTNFtKb67ghfdl1qKyDVXSUYIXYIq4f5fEcQ4MK59H3CML9HFIj5LodAQgnKw=

amazon | Deliver to Gregory Kapolei 96707 | All | smiley phone | EN | Hello, Ozzie Account & Lists | Returns & Orders | 1 Cart

All | Clinic | Amazon Basics | Customer Service | Buy Again | Amazon Business | Household, Health & Baby Care | Livestreams | Beauty & Personal Care | Free Shipping | Coupons | Pet Supplies | Smart Home | Upgrade to ad-free podcasts

Cell Phones & Accessories | Cell Phones | Alexa Built-in Phones | Accessories | Cases | Wearable Technology | Best Sellers | Deals | Trade-In | All Electronics

Subtotal $14.99 Go to Cart

$14.99 Only 8 left in stock - order soon.

Help their budget go farther
Shop gift cards ›

‹ Back to results

## Smiley Phone Case, Full Camera Coverage, Smiley Cute Painted Design Soft Liquid Silicone Case for iPhone 11 Pro max



Roll over image to zoom in

Brand: KAITOK

$6.19

Get $60 off instantly: Pay $0.00 upon approval for the Amazon Rewards Visa Card.

| | |
|---|---|
| Brand | KAITOK |
| Color | White |
| Form Factor | Bumper |
| Compatible Phone Models | IPhone 11 Pro Max |
| Material | Thermoplastic Polyurethane |

**About this item**

- PERFECT FIT: Compatible with iPhone phones, this silicone case fits your phone perfectly, making the buttons easy to operate and won't interfere with the microphone. It also protects against dust and scratches.
- Screen and Camera Protection: This case protects your camera with raised edges and raised bezels to protect your phone screen from drops, cracks and surface scratches for maximum protection of your phone.
- Shockproof Protection: The phone case can avoid scratches and protect your phone, this phone case is shockproof and better protect your phone.
- Comfortable Grip: Made of high-quality liquid silicone, this case is smooth to the touch, anti-fingerprint, and comfortable to hold.
- WIRELESS CHARGING: Our cases don't sacrifice compatibility with wireless charging compatible accessories or protection. Even wearing the phone case will not affect the function of the phone.

Report incorrect product information.

$6.19

FREE delivery May 10 - 23. Details

Deliver to Gregory - Kapolei 96707

In stock

Usually ships within 4 to 5 days.

Qty: 1

Add to Cart

Buy Now

| | |
|---|---|
| Payment | Secure transaction |
| Ships from | fengniaomaoyi123 |
| Sold by | fengniaomaoyi123 |
| Returns | Eligible for Return, Re... |

Details

Add to List

Have one to sell? Sell on Amazon

### Videos

Help others learn more about this product by uploading a video!

Upload your video

**Product Description**

PERFECT FIT: Compatible with iPhone phones, this silicone case fits your phone perfectly, making the buttons easy to operate and won't interfere with the microphone. It also protects against dust and scratches. Screen and Camera Protection: This case protects your camera with raised edges and raised bezels to protect your phone screen from drops, cracks and surface scratches for maximum protection of your phone. Shockproof Protection: The phone case avoids scratches and protects your phone. This phone case is shockproof and better protect your phone. Comfortable Grip: Made of high-quality liquid silicone, this case is smooth to the touch, anti-fingerprint, and comfortable to hold. WIRELESS CHARGING: Our cases don't sacrifice compatibility with wireless charging compatible accessories or protection. Even wearing the phone case will not affect the function of the phone.

### Looking for specific info?

Search in reviews, Q&A...

### Customer questions & answers

No answered questions yet

Post your question

Typical questions asked about products:
- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

**Product information**

| | |
|---|---|
| ASIN | B0B9GSWBG5 |
| Special features | Shock-Absorbent, Wireless Charging Compatible |
| Other display features | Wireless |
| Form Factor | Bumper |
| Color | White |
| Manufacturer | KAITOK |
| Date First Available | August 12, 2022 |

Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

Feedback

Would you like to tell us about a lower price?

### Customer reviews

| | |
|---|---|
| 5 star | 0% |
| 4 star | 0% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 0% |

No customer reviews

How customer reviews and ratings work

**Review this product**

Share your thoughts with other customers

Write a customer review

**Related to items you've viewed** See more — Page 1 of 5

- Flower Smiley Case Compatible with Galaxy S21 Plus, Retro 70s Smile Flower Case for Men Women,Transparent Soft TPU Bumper Case... $16.98 Get it as soon as Wednesday, May 3 FREE Shipping on orders over $25 shipped by Amazon Only 4 left in stock - order...
- Flower Smiley Case Compatible with Galaxy S22 Plus, Retro 70s Smile Flower Case for Men Women,Transparent Soft TPU Bumper Case... $16.98 Get it as soon as Wednesday, May 3 FREE Shipping on orders over $25 shipped by Amazon Only 5 left in stock - order...
- TEXXY for iPhone 12 Pro/12 Smile Face Case,Sage Green Liquid Smile Face Trippy Hippie Psychedelic Aesthetic Stylish Graphic for... $15.98 Get it as soon as Wednesday, May 3 FREE Shipping on orders over $25 shipped by Amazon Only 6 left in stock - order...
- Flower Smiley Case Compatible with Galaxy S22, Retro 70s Smile Flower Case for Men Women,Transparent Soft TPU Bumper Case for... $16.98 Get it as soon as Wednesday, May 3 FREE Shipping on orders over $25 shipped by Amazon Only 5 left in stock - order...
- Cute Lovely Smiley Pattern Phone Case for Samsung Galaxy Z Fold 4, Z fold4 5G Kawaii Translucence Back Cover,Trendy Silicone... $15.90 Get it as soon as Wednesday, May 3 FREE Shipping on orders over $25 shipped by Amazon
- Case for Samsung Galaxy S20 FE Official Smiley Pattern Stickers Faces Transparent to Protect Your Mobile Phone. Flexible Silicone Case... $21.99 Get it May 15 - Jun 5 $4.99 shipping
- Flower Smiley Case Compatible with Galaxy S23 Ultra, Retro 70s Smile Flower Case for Men Women,Transparent Soft TPU Bumper Case... $16.98 Get it as soon as Wednesday, May 3 FREE Shipping on orders over $25 shipped by Amazon Only 5 left in stock - order...
- Plaid Smile Phone Case Smiley iPhone 14 Pro - Shockproof Protective Designer Cute Cool Cover Cartoon Stylish... 1 $11.99 Get it as soon as Wednesday, May 3 FREE Shipping on orders over $25 shipped by Amazon Only 4 left in stock - order...
- Galaxy S9+ Emoticon Smiley Face Psychedelic Trippy Paint Drip Case $17.99 Get it as soon as Thursday, May 4 FREE Shipping on orders over $25 shipped by Amazon

**Customers who viewed items in your browsing history also viewed** — Page 1 of 6

- Case-Mate - Tough Prints - Case for iPhone 13 Pro Max - Gold Foil Elements - 10 ft. Drop Protection - 6.7 Inch - Retro Flowers 4,271 $39.99
- Vusbvelnot Cute Colorful Smiley Face Case Compatible with iPhone 12 and Pro, Happy for Pro Teens Men Women... 15 $11.99
- Sunflower Smile Cute Flower Phone Case for Apple iPhone 14 Pro Max Smooth Silicone Soft Cover for iPhone... 21 $14.99
- NITITOP Compatible for iPhone 11 Case Clear Floral Bear Camera Lens Case with Lovely Flow... 129 Amazon's Choice $11.99
- KWOLYKIM Colorful Smile Face Sunflower Floral Flower Pattern for iPhone 11 Case Cute Rainbow Sunflowers f... 302 $10.99
- Kukukecase for iPhone 11 Pro Max Soft Case, Fashion Cartoon Cute Shark Face/Shark Teeth Shockproof Flexible TP... 112 $9.89
- Mint Green Melted Smiley Face Case for iPhone 13 Mini, Cute Hippie Trippy Aesthetic Smiley Face Case for... 35 $17.99
- JJGoo Compatible with iPhone 11 Case, Clear Glitter Sparkle Bling Anti-Scratch Shockproof Protective Flexible... 12,178 $6.99
- Ownest Compatible for iPhone 12 Case [Not fit iPhone 12 Pro 6.1''] for Clear Frosted PC Back 3D Floral Girls Woman an... 3,276 $10.99

**Your Browsing History** View or edit your browsing history — Page 1 of 4

Back to top

Get to Know Us: Careers | Amazon Newsletter | About Amazon | Accessibility | Sustainability | Press Center | Investor Relations | Amazon Devices | Amazon Science

Make Money with Us: Sell products on Amazon | Sell apps on Amazon | Supply to Amazon | Protect & Build Your Brand | Become an Affiliate | Become a Delivery Driver | Start a package delivery business | Advertise Your Products | Self-Publish with Us | Host an Amazon Hub | See More Ways to Make Money

Amazon Payment Products: Amazon Rewards Visa Signature Cards | Amazon Store Card | Amazon Secured Card | Amazon Business Card | Shop with Points | Credit Card Marketplace | Reload Your Balance | Amazon Currency Converter

Let Us Help You: Amazon and COVID-19 | Your Account | Your Orders | Shipping Rates & Policies | Amazon Prime | Returns & Replacements | Manage Your Content and Devices | Your Recalls and Product Safety Alerts | Help

amazon | English | United States

Conditions of Use | Privacy Notice | Your Ads Privacy Choices

© 1996-2023, Amazon.com, Inc. or its affiliates

AXENCIS

Investigator Name: RemoteUser2

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 16 May 2023 09:00:56 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

RemoteUser2

**IP Address**

202.83.57.61

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

DmAzcBEgyv+zlDnI9js7n3VvxK5+aw1Y5dbyP3Q2q7e6rFVLepcrCC0bBn/4UeppR/UfwxTM72nhL8cR+qUX1/4l32HyDGW84TrhgicSl+zjYx4Az60cUno2dwKCbgKIsEvLvEHL/ljOY1x1mpqGchLgN0G7zxGRJnrG9cE+BNrfqJGQ0SHR4Bz3tLZrf4a01Z9y+W011/sN
+sswBIzUYYj69hSRLJRLUV37/yBHnMRzufrr+FBHxXjPE/FiBcQURiPX0C9rdPM3gzyQGdyYVwyY/nY1z+eIcKpuSyMGv5NjJnWnnYwzlGzNfJAAmg/pz0hoWnlwKpR9iAAVjz0v1w==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Tue,-16-May-2023-09-00-56-GMT.mhtml

**Hash (SHA256)**

b2c6a213e86a7dcb3231c1a9faec90f1370460b7fb042f0883d4f64c3a96d972

**Signature (PKCS#1v1.5)**

qFOYj5rVEa7Ojh7nOsLvkcX5BJCGv9rFE3bRWdTsuo35Vv/umnMvZqPQQ2ArJdsHkKmVKqbkAKJBlZnOR/YB+U1hfDuaLlZt23UokNcG5CwTsSE976sz2sEPt8KjbTLo88ozETqJwQKVJS2Z+zKNBhxbB2ulHoJlGSfU5ZaPXQeVo0x7UsImFer2N/
dU6RfRpwmlOXQWtDepJ3KEL11CcMGsQMOmXxXi+P7sl0+mlj7VStZrsyzuqpZ0NOA+a9fpFqTXqn+RWqafBPdY2NGrMQwJcOnWHFNwreguK44XdE8bvtc4Sm9BrRAGuAhza2VMRNf0kai5LcACaCtbTTmb6Q==

amazon

## Checkout (1 item)

**1 Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Change

**2 Payment method**

VISA **Visa** ending in 9985

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

Change

**3 Offers**

**4 Review items and shipping**

**FREE TRIAL**

**Jade, we're giving you 30 days of Prime benefits for FREE**

Try Prime FREE for 30 days ›

**Estimated delivery: June 2, 2023 - June 15, 2023**

Items shipped from fengniaomaoyi123



**Smiley Phone Case, Full Camera Coverage, Smiley Cute Painted Design Soft Liquid Silicone Case for iPhone 11 Pro max**

**$6.19**

Qty: 1

Sold by: fengniaomaoyi123

Gift options not available

**Choose a delivery option:**

**Friday, June 2 - Thursday, June 15**

FREE Shipping

Place your order

**Order total: $6.62**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $6.19 |
| Shipping & handling: | $0.00 |
| Total before tax: | $6.19 |
| Estimated tax to be collected:* | $0.43 |
| **Order total:** | **$6.62** |

How are shipping costs calculated?

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Ajdnfvnh Autumn and Winter hat Men and Women New Teddy Plush Smiley face Bucket hat Literary Retro Warm Winter Bucket hat : Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/Ajdnfvnh-Autumn-Winter-Smiley-Literary/dp/B09PBKTZN8/ref=sr_1_282

**Collection Date**

Wed, 26 Apr 2023 04:14:37 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

W+W8bNqGM4/XpKG8wpi+1wC3z1Z3KYz37ND8InRwCgTopBurz6Q8cCinC6yQly45yViRMrvtbL30VrTNzJy16tO+SiP0QRXJRS1HoN6QM63pESqt14cKbq35W/1GfiY0isJUPH6id2dVGgXfU6q85VR7v13sVKOTrLdA3h/XPmo=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Ajdnfvnh-Autumn-Winter-Smiley-Literary[fs]dp[fs]B09PBKTZN8[fs]ref=sr_1_282]]_Wed,-26-Apr-2023-04-14-37-GMT.pdf

**Hash (SHA256)**

b1b595cc66854eb6282969331c577f7bdb749cb8a9cefa875d5835ddedb61eb9

**Signature (PKCS#1v1.5)**

Ug1lmtBojjRtuWcrU5XzetFP4Is2ZBvRgKeQ3QHRwvUETyoF+v+3dQ/Bxi1P5mrAXlFXEXsOQzb9OSMXvSqsPTQ92/AeeAE4In1+CUUQm+VJDwpOM8zjizDB/FewHC+YK93OurrNcguLaalT24y4zr91x+tNj3bX5qwdOo4rHJE=

amazon Deliver to ozbaldo Miami 33132 | All | smiley face hat | EN | Hello, ozbaldo Account & Lists | Returns & Orders | 0 Cart

All Clinic Prime Video Amazon Basics Buy Again Prime Best Sellers Customer Service Today's Deals New Releases Books Music Amazon Home Gift Cards Coupons Pharmacy Health & Household Products Registry

Amazon Home Shop by Room Discover Shop by Style Home Décor Furniture Kitchen & Dining Bed & Bath Garden & Outdoor Home Improvement

‹ Back to results



Roll over image to zoom in

## Ajdnfvnh Autumn and Winter hat Men and Women New Teddy Plush Smiley face Bucket hat Literary Retro Warm Winter Bucket hat

Brand: Ajdnfvnh

$17.11

Get a $50 Gift Card: Pay $0.00 ~~$17.11~~ upon approval for the Amazon Rewards Visa Card. No annual fee.

Size:
Medium

Color: Black

$17.11 $17.11 $17.11 $17.11 $17.11 $17.11 $17.11

- Fur,Plush
- Cute hat made of artificial fur, super soft, comfortable and animal friendly
- This cute hat is easy to store and get involved in your bag and pocket when not in use
- Perfect for girly bucket hat for all casual or formal occasions, such as party, wedding, Derby, church, etc. Suitable for spring/autumn/winter
- Free size, head circumference: 56-58cm/22.1-22.8 inches. This winter hat has an adjustable drawstring inside the sweatband of the hat, allowing you to customize the fit
- If you have any questions, please contact us first. We will do our best to meet your requirements and solve your problems quickly and efficiently!

Report incorrect product information.

$17.11

$15 delivery **May 16 - June 6**. Details

Deliver to ozbaldo - Miami 33132

In Stock

Qty: 1

Add to Cart

Buy Now

| | |
|---|---|
| Payment | Secure transaction |
| Ships from | fengweinuo |
| Sold by | fengweinuo |
| Returns | Eligible for Return, Re... |

Details

Add to List

Have one to sell?

Sell on Amazon

### 4 stars and above

Page 1 of 52

Sponsored

- American Trends Men Women Beanie Hat Smiley Face Knit Cuffed Winter Hats Warm... 185 $9.49 prime
- Bucket Hat Unisex 100% Cotton Smile Face Embroidery Reversible Hat Travel Bucket Be... 1,569 $13.99 prime
- Bucket Hat,Unisex 100% Cotton Summer Travel Beach Sun Cap 1,919 $12.99 prime
- Smile Face Bucket Hat for Men Summer Travel Bucket Beach Sun Hat Embroidery Outdoor... 3,476 $17.99 prime
- Smiley Face Slippers for Women, Retro Soft Plush Warm Slip-on Slippers, Cozy Indoor... 193 Amazon's Choice in Women's Slippers $15.99 prime
- Taidor Cotton Bucket Hat Solid Color Beach Hat Summer Travel Sun Hats Fisherman Cap... 65 $14.99 prime
- Anroll Unisex Smiling Face Embroidered Bucket Hats Sun Hat for Womens Men (White) 59 $12.89 prime

### Based on your recent views

Page 1 of 58

Sponsored

- American Trends Men Women Beanie Hat Smiley Face Knit Cuffed Winter Hats Warm... 185 $9.49 prime
- Smiley face Bucket hat for Women Girl, Cute Packable Sun hat Cotton Funny Cute Embr... 2 $11.99 prime
- Smiley Face Slippers for Women, Retro Soft Plush Warm Slip-on Slippers, Cozy Indoor... 193 Amazon's Choice in Women's Slippers $14.99 prime
- XYIYI Reversible Smiley Face Black White Bucket Hats Summer Travel Beach Sun Hat fo... 6 $11.92 prime
- Bucket Hat Unisex 100% Cotton Smile Face Embroidery Reversible Hat Travel Bucket Be... 1,569 $13.99 prime
- Funny Smiley Faces Tie Dye Bucket Hat for Men Women, Funny Summer Beach Fishing Hat... $7.99 Save 5% with coupon
- Bucket Hat,Unisex 100% Cotton Summer Travel Beach Sun Cap 1,919 $12.99 prime

### Product Description

Product Category: bucket hat
Applicable gender: neutral/both men and women
Material: Teddy wool
Style: All-matching
Weaving method: Warp knitting
Processing Method: Embroidery
Popular elements: Patch
Pattern: smiling face
Style of Crown: Flat Top
Hat brim design: wide brim
Brim shape: Flat Brim

### Product information

| | |
|---|---|
| Item Weight | 4.2 ounces |
| Department | womens |
| Manufacturer | Ajdnfvnh |
| ASIN | B09PBKTZN8 |
| Best Sellers Rank | #9,074,266 in Clothing, Shoes & Jewelry (See Top 100 in Clothing, Shoes & Jewelry) #9,293 in Women's Bucket Hats #183,472 in Men's Hats & Caps |
| Fabric Type | Fur,Plush |
| Tick-repellent material | Fur,Plush |
| Care instructions | Hand Wash Only |

Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

Feedback

Would you like to **tell us about a lower price?**

## Videos

Help others learn more about this product by uploading a video!

Upload your video

### Products related to this item

Page 1 of 20

Sponsored

- Smiley Face Slippers for Women, Retro Soft Plush Warm Slip-on Slippers, Cozy Indoor... 193 $15.99 prime
- Smiley Face Trucker Hat Women Snap Back Caps for Men Adjustable with Embroidery Seq... $15.99 prime
- Trucker Hat - 2 Pack | Foam Embroidered Cap | Smiley Face Hat | Preppy Trendy Vinta... 35 $32.99 prime
- American Trends Men Women Beanie Hat Smiley Face Knit Cuffed Winter Hats Warm... 185 $9.49 prime
- Zando Beanies Womens Smiley Face Beanie Hats for Women Men Fashion Unisex Warm Wint... 126 $8.99 prime
- Newborn Winter Beanie Hat,Baby Knit Beanie with Smiley Face for Infant Toddler Boy ... 43 $9.99 prime
- Retro Fuzzy Face Slippers for Women Men, Retro Soft Fluffy Warm Home Non-Slip... 236 $26.99 prime

### Similar brands on Amazon

Page 1 of 2

Sponsored

Citrusy Boutique
Shop the Store on Amazon ›
Citrusy Boutique Trucker Hat - 2 Pack | Foam Embroidered Cap | Unisex Men... 35 $32.99

Allntrends
Shop the Store on Amazon ›
ALLNTRENDS Adult Trucker Hat Smiley Face Embroidered Baseball Cap Adjusta... 591 $15.44

SONMONY
Shop the Store on Amazon ›
SONMONY Smiley Face Toddler Baseball Cap Boy Baseball Hats Kids Washed Fun... 155 $16.99

### Looking for specific info?

Search in reviews, Q&A...

### Customer questions & answers

No answered questions yet

Post your question

### Customer reviews

| | |
|---|---|
| 5 star | 0% |
| 4 star | 0% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 0% |

How customer reviews and ratings work

No customer reviews

### Review this product

Share your thoughts with other customers

Write a customer review

### Products related to this item

Page 1 of 35

Sponsored

- American Trends Men Women Beanie Hat Smiley Face Knit Cuffed Winter Hats Warm... 185 $9.49 prime
- Happy Smiley Face Bucket Hat for Men Women, Funny Summer Beach Fishing Hat,... $7.99 Save 5% with coupon
- Anroll Unisex Smiling Face Embroidered Bucket Hats Sun Hat for Womens Men (Orange) 59 $12.89 prime
- Smiley Face Slippers for Women, Retro Soft Plush Warm Slip-on Slippers, Cozy Indoor... 193 Amazon's Choice in Women's Slippers $14.99 prime
- Smiley face Bucket hat for Women Girl, Cute Packable Sun hat Cotton Funny Cute Embr... 2 $11.99 prime
- Bucket Hat Unisex 100% Cotton Smile Face Embroidery Reversible Hat Travel Bucket Be... 1,569 $13.99 prime
- Bucket Hat,Unisex 100% Cotton Summer Travel Beach Sun Cap 1,919 $12.99 prime

### Best Sellers in this category

Page 1 of 5

…

### Inspired by your browsing history

Page 1 of 4

…

Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell products on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a package delivery business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Your Recalls and Product Safety Alerts
Help

AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 30 May 2023 06:25:21 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

202.164.136.95

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

oB3b59DfTqRM3sN+eJSrwipHooVkrgxOBHlhAvjp2QjkMxFtMnhUVGXE5B6ibHsw34dLpAFeeFamorWSfZAscSvSTxP/O8a/lPxgDojlW1e/KQpx/n7mzCKbBEDlPGFNyKDZi9noPMckbOK1WdaSxPaI7hRjPykvbEnQC7hYB8nzLO+01eTYfwmh4PHJGgoJvmyLufhcV5K64yDQ5E1TwTv/
BJVCs8Ui/JQEj+Mzv6QwbLuJeib6clBLS0gfS/UB5edA9DhbJAHHmJQZpxtq4InyWcBUeG8oxWD4ls7bqdyJDdkzo0Q2sKuLZJqcu5VyxoHCyioqdgitheo7YR/oqA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Tue,-30-May-2023-06-25-21-GMT.mhtml

**Hash (SHA256)**

d26d3e1f26cf4f921594c522319c949871ca9a4ac87fae03c70d531e65ca2f03

**Signature (PKCS#1v1.5)**

pgrSRBcD4wsXo6cC6zjrUKE44Ie857aQhNA0gbonponI05bTVy+AYgh9Wf91EXgp9T/Vf1D+2ZxIcS/FS9MUxylMkLwuO1X6daNGk6luTiKicFJZ1tGG25bY+Y4OhMARcokcr741j19Ud3mEPI0mmBQE8RBqrLj0Ug8/
LgeleYqyNZYyLsYBH9hUlltlRla8VQXRpkWkOrFI0qMDYYeRVNUTXsqWbJAfisVO/1a+EJNFIii4a5XbKZFeJWimhmo7HiB7lldvEtbQxVtcx0fLcsgEEBfIBEodtNnRlAoz7kTX+4+XcJTOq++0Gs7KdKLNz8so4WsTR3Yf3Ppx5E4QmQ==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

**2 Payment method**

VISA Visa ending in 9985

Change

Billing address: Same as shipping address.

Add a gift card or promotion code or voucher

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

Jade, we're giving you 30 days of Prime benefits for FREE

Try Prime FREE for 30 days

**Estimated delivery: June 20, 2023 - July 11, 2023**

Items shipped from fengweinuo



**Ajdnfvnh Autumn and Winter hat Men and Women New Teddy Plush Smiley face Bucket hat Literary Retro Warm Winter Bucket hat**

$17.11

Qty: 1

Sold by: fengweinuo

Gift options not available

**Choose a delivery option:**

Tuesday, June 20 - Tuesday, July 11
$15.00 - Shipping

Place your order

**Order total: $33.31**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $17.11 |
| Shipping & handling: | $15.00 |
| Total before tax: | $32.11 |
| Estimated tax to be collected:* | $1.20 |
| **Order total:** | **$33.31** |

How are shipping costs calculated?
Why didn't I qualify for free shipping?

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: FFJGO Smiley Face Love Life Titanium Steel Silver Necklace Pendant on Adjustable Round Bead Chain Necklace,28 Inches: Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/FFJGO-Titanium-Necklace-Pendant-Adjustable/dp/B08LC6YYHG/ref=sr_1_280

**Collection Date**

Mon, 24 Apr 2023 06:32:07 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

CqfbhXJGhYwU72wXrGcn3rR/WtaoYXrGiEQm5ranBF2Dq12AHhvhiqsAeH5XqjbTFUtfAd3Fzz5GHRpPzNyC0qx5v0LCkEmEKa6ZfKcclUohV7Nm/39lbY1ZMmxmL+YPOuOaQQ752EMmYNF8PdjifhqrIQ2/i3KqeMvNMwt+KzI=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]FFJGO-Titanium-Necklace-Pendant-Adjustable[fs]dp[fs]B08LC6YYHG[fs]ref=sr_1_280]]_Mon,-24-Apr-2023-06-32-07-GMT.pdf

**Hash (SHA256)**

bcb5bab52c3ca9c51b7bbdbf5e9869859b489139e97e6ef16084f06b1aa782b3

**Signature (PKCS#1v1.5)**

IDLp0ke5MP/LaWx/C02/S68kZCi5YCu/J1QOT5KSVeVXxWD1CLe7nWrLHH0/Os74lxaCbCzED7KIntTnbYei/QsI0BNCAqs9Xkx9zzMiEl9YCnBuavnBdMJLCIjZJuxrnA04aLk6qDoTrRFwX0hCABlFjAbsaHjBwryR6OoeW/Y=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 25 May 2023 15:24:27 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

116.68.105.188

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

X61FfbTVTtDIpNqZaRBMip5JilyGVx1LIIK5HXxJFDnG69a517P3bwsV6WhyDPT20Bp5RWykcFSgJg3WJXNYTS1DZmyxsnM1Y8BfBcO0xjoOYbVt7yy1WxQDoVvgCIod0Btk6yHEgk2IWnqFzOTO05h/pHUEmW21uCtX+I9/Tls/TNMfspbTebfUMyG9rNmRemUQvt2eKzpSNw3/fbrh/
v9dbGPoHZLa2fTjNwKRQTzoMwybShEezsj0qWVOLMnm4grYO9cKD8NtJs7jdWbYZsdKZbvYSek8KqjyRPfKq9F2ratsCPFpp930VMBX3ttFfUsbtRUMcxcsyNMItMt1eA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-25-May-2023-15-24-27-GMT.mhtml

**Hash (SHA256)**

17e54a89c6c08cf645b503ffbbff6a9b1977d1bcabe6e462b0ac7ca140bc45d6

**Signature (PKCS#1v1.5)**

lCkGKTdY4hZgzyPyyMcX+UcNRejzYXIMpPl0HT/K4jrz/pT6cqFV1kkirxd8xKGzNBjttp2az4kSM0/hj58ivjJF+G2RiLynZJf7VQ7ESJ6e6p5L8dNmpFYM1gpQF7PLRFg7CEwSIlcNjlEB1dYRggd2oT/KqbN7vE+it+t6aw2IzgDx2HpOREfQnA/
gG9kMOc0hHipVAAQQYMSPdf1mAD81yGYUtEbIFDKqgPJmEPSzNIBhjSCIAk26v+tDf3x5D/tUrF2qv8pvT+mTyE607cl+EcKaTeUCkCQLUBKE7aNXpMnHAgKvzgVFvt5G68yw7ZaWhu5VkRQbwcSAeDCtDQ==

amazon

Checkout (1 item)

1 Shipping address

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

Or pick up near this address - See nearby pickup locations

2 Payment method

VISA Visa ending in 9985

Change

Billing address: Same as shipping address.

Add a gift card or promotion code or voucher

Enter code | Apply

3 Offers

4 Review items and shipping

FREE TRIAL

Jade, we're giving you Prime FREE for 30 days!

Get your Prime eligible items ~~Tuesday, May 30 by 8PM~~ Saturday, May 27 by 8PM for ~~$5.99~~ FREE

Get FREE Two-Day Delivery with Prime

No hassle. No commitments. Cancel anytime.

Delivery: May 30, 2023 If you order in the next 12 hours and 35 minutes (Details)

Items shipped from Amazon.com



FFJGO Smiley Face Love Life Titanium Steel Silver Necklace Pendant on Adjustable Round Bead Chain Necklace,28 Inches

$9.99 & FREE Returns

Qty: 1

Sold by: FFJGO

Amazon Prime eligible Join now

Add gift options

Choose a delivery option:

- Saturday, May 27
  FREE Two-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- Tuesday, May 30
  $5.99 - Shipping
- Saturday, May 27
  $9.99 - Shipping

Place your order

Order total: $16.68

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Get FREE Two-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $9.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $15.98 |
| Estimated tax to be collected: | $0.70 |
| **Order total:** | **$16.68** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

FGSS Smiley-Face Snapback-Trucker-Hat for Men Women - Adjustable Mesh Baseball Caps Black at Amazon Men's Clothing store

**URL**

https://www.amazon.com/FGSS-Smiley-Face-Snapback-Trucker-Hat-Men-Women/dp/B0B8ZLV7RR/ref=sr_1_6

**Collection Date**

Tue, 25 Apr 2023 09:25:56 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

fbMmWHW80AJlUjEXuzUl3gsBft8DhfWt6HzXLyaDaUy39QKuTpM27HEtMG9oloCTWFyzt/5qA2dhxUOyDNu/KGFP5p3iMKfMqmKSLnPN1OL5ONIaA2mSVZZYdMz7WD3WHUANRjvWxMQ4o70BrRBSju0c0ZrmaNHpd3yfHtVAPwA=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]FGSS-Smiley-Face-Snapback-Trucker-Hat-Men-Women[fs]dp[fs]B0B8ZLV7RR[fs]ref=sr_1_6]]_Tue,-25-Apr-2023-09-25-56-GMT.pdf

**Hash (SHA256)**

3b1ff8219e72249feb8b96e38d72ae88f225abc5d12db48d3570d4e84e797511

**Signature (PKCS#1v1.5)**

cszmKxlzxp6R4HFDpDLc8KJlJug8PiWu0oyJUUxyCN5dizcUpyzKpJmzXmP+fJx375sY8R0ukzvod8NxhvrL8Z0g902r23jbvnDxB4W4bhJe9SF7Fq1iXX4xXdV9YqOTfADZXhNpmEr/KETERjJsWRaP+OjBhO78jlDcT1LkqM4=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Mon, 29 May 2023 14:58:48 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

116.68.102.163

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

bW+0tSC3RN8qlRPsMRshoPawU0bYf5/SaFzInMUQW2U0BMx5r9saNtllJiw//
yYVlYGCSRFtahgsjbaSndw5wrxZLtKuREQY07iBJXf4GYuqTDvecKethyD2sjCf1ILqeEEQqKw4aPThxHS98QfPA7LnCVaT7vrh6up9NK75QgaQhSt3PFh0yHjeEBBYz0ihswtOlGroyostQNSiWfAZYFrOTw3E7yyB1Gm89e01M+CpvjUBkt0LsIRP3FAwLdywIF71TJU94AK/
U7ETMeDFQiodOySS3So3hjfgA51wg68AlpGY849iF0qTpNE1/eOnMYEX4afeavg1933T536sBA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Mon,-29-May-2023-14-58-48-GMT.mhtml

**Hash (SHA256)**

4f18250b28aeb6f69e821430b4296754a24bc409f0c516cdf9434e673d8cfef6

**Signature (PKCS#1v1.5)**

nAbW7eNlYc5JY2GI3J9bOtpZZbSkXJqwhxgd0Mi7pTGmpwWuHnKa
+VBdbBhltpfEFYm2fsbCKYMJQm2LuqjbeMw0Nvlourh9j2+NDiR4oKKz7EVwQTpw8+2AbYUfi6bDHf0+BIuPcaT3BXYfVCFbimL2WkhxloWO1Zdy9YZcS3rI6QTBQlGN0rwRgFo1d377h2SbLCIMJkjBk4lLyCJc7HwtF0XuPNli6E7WA9rx5re89F/QURGuB9vCs0b7qF2Auf5x6R8JD5tvW
+xCodiJ319+9FHXbRtOqEWzDLp/fJjAOa3H3RPxG3LUTmGjDGOZoWIxrU13kTJ0Vc+/I3KTAA==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items with your 30-day FREE trial of Prime

Get FREE Two-Day Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: May 31, 2023** If you order in the next 14 hours and 1 minute (Details)

Items shipped from Amazon.com



**FGSS Smiley-Face Snapback-Trucker-Hat for Men Women - Adjustable Mesh Baseball Caps Black**

$9.98 & FREE Returns

Qty: 1

Sold by: FGSS

Amazon Prime eligible Join now

Add gift options

**Item arrives in packaging that shows what's inside.** To hide it, choose **Ship in Amazon packaging.**

Ship in Amazon packaging

**Choose a delivery option:**

FREE Two-Day Delivery with your free trial of Prime

Fast, FREE Delivery prime

**Wednesday, May 31**

$5.99 - Standard Shipping

Place your order

**Order total: $16.67**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $9.98 |
| Shipping & handling: | $5.99 |
| Total before tax: | $15.97 |
| Estimated tax to be collected: | $0.70 |
| **Order total:** | **$16.67** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.