AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 30 May 2023 04:10:16 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

202.164.136.95

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

iOU1IqSm/kfuvuviEoKQV26UpKDASSm8d5cvMwbIc/O1KFS2UWa05tqy0dvpigE6bdVS39CjPTRoR269Bg/VKD2YL0FNbZp1BD/EL3Uw7LqZweb2oQU32LlqL4Nm7w9KPyaaPcx3G0/PzbJHKYS7wHSkbLAdH0NL6oN6du+29C/3eYhQjPJgVpvrvbCCCtmz5L4U0QXSHjD
+SjbWDfOeftgSNFKjRH9ZVTehjkOmJjo6jfNSPU66UNq7XnlW8AvrypspxblwvfcyR86jjTxKSmSl29GLpWWkUf7cUDu6E4wHUEpaV+ekcB3isquhLF84p2wImIDo//d9GhlSxywsAQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Tue,-30-May-2023-04-10-16-GMT.mhtml

**Hash (SHA256)**

3898d0fb1b025b80e61ec36c1d3b7097321a02448c498ac2ab24e46107f6e290

**Signature (PKCS#1v1.5)**

J1lspI3rUJwcFHY4BhHvZUDCPyC0l+qhUV+k8M4NO8Da8yZFCqAP/U8BiYs1minZ2AekB34zdbVRztrfY+yi2U0ozJxQcZFZafN1Lz4TjeZ+ncpaz1hCiJNH8FF1ocacHyYcs2JGZCy6WxYPzfsRHXPiuF4bD6XHHUUNKk/BKjQAhCXjbZqn3zQQRGBPMRPdMdmqLVB
+wBbGuttnwvM4bUKOz0AlFVSL7XjvaJaaFSAjrXW4RRNUvYGS8HVvwJc9SqEmrMXQiYtPsGoG7HsS8YOBtbWlaLyLLua2M2NQfnGUrhhZNT24bvVdWWMy87JU4cxvAoX48njLOsEveltRTQ==

amazon

Checkout (1 item)

1 **Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

Or pick up near this address - See nearby pickup locations

2 **Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

3 **Offers**

4 **Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items with your 30-day FREE trial of Prime

Get FREE Prime Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: June 2, 2023** If you order in the next 22 hours and 49 minutes (Details)

Items shipped from Amazon.com



**Smiley face Bucket hat for Women Girl, Cute Packable Sun hat Cotton Funny Cute Embroidered Travel Beach Cap Anti-UV.**

$11.99 & FREE Returns

Qty: 1

Sold by: First Info

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

- FREE Prime Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Friday, June 2**
  $5.99 - Standard Shipping

Place your order

**Order total: $18.82**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $11.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $17.98 |
| Estimated tax to be collected: | $0.84 |
| **Order total:** | **$18.82** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Smiley face hat for Women Men, Cute Sun hat Cotton Funny Embroidered Travel Beach Cap Anti-UV. at Amazon Women's Clothing store

**URL**

https://www.amazon.com/dp/B0BRK9GN23

**Collection Date**

Tue, 30 May 2023 09:42:37 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:93::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

CS43+oyQQ2Bul6WclBlEdytaXec+nHD6NEL9AWr3zjshAxcBQ0dDFkFEw5ScSmlFpLxip2nx55T2SeCuRHoyrzbQJvkP5LpzzjPfQRgXK+jMY5adPX+s1VQCL3fVsyglrxW0ARe6l9V0LkX8L10zRfVTYVA3M9PqG68Yds+YMU8pD+kFGrotC+JDzwcLTLD8vWPZM
+s3+Ljxwd4QPbWsNTdUnZtkC8bQaZXcn3labMpy+eYC0LLr7Irl5IE5dEYHlyhFe09p2Yu/EQ0bBmpz9sBNeslH2MjAvdgWNUQkFQbHbkPAgcdlfBNlg1gn2IfAQZyDaCA02Ah1mrOHXyTLqQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B0BRK9GN23]]_Tue,-30-May-2023-09-42-37-GMT.mhtml

**Hash (SHA256)**

a6150e98caa1a5a16df14be1217870cb4f79e4eb4ee6b785a4741f1cfaa89dc0

**Signature (PKCS#1v1.5)**

IEq20VcfT9oKdkljDrQaRid+efBTCYoKuRaQHvFpVapXaB1rsLUfuukiXxGHjZi0KMzMTrHYpgHMcKongR90CkPUgynIbggxZ4TAY/uYNSt/wg8AvBAYsD0ZRwTSDf/QMkaQrz7XACNL9zvqMh6wIstiimK75QmFI0JUPKV4vlJ3foQbdcFlkb7uYNG6dHIVlH5eeU5AIlLrFt6MSkGB
+ek8KdrHK67Av4cUp7bjxXGZznncqQMd/lkW8QppSdlKeMVOUA+oB6agptKRcmhZCL+93dZkQJVMu/JO5YhIM6WcCT1Rj2xnUWXVbDK+2XaeorYdWo9RUbPlalzKoEiA3A==



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Fishjhan Corduroy Aesthetic Makeup Bag for Women Sherpa Smiley Face Cute Cosmetic Bag Makeup Togo Bag Travel Makeup Pouch (Gray) : Beauty & Personal Care

**URL**

https://www.amazon.com/Fishjhan-Corduroy-Aesthetic-Bag-Cosmetic/dp/B0BVRLWBMZ/ref=sr_1_211

**Collection Date**

Fri, 21 Apr 2023 07:54:37 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

g/yQsIit7G6vH25jDCEEvbznPDgiSb/y3Or6hhUaRS9W9oMIvFJXkEEVuqZCF8e3RERWE4elECbvshxr9PFzhdV0ILIMKRk3uezGQt6hk2P4itf/RH4WKNsmW0Le/vbKaI0+7/xPuhllYiWYuDswaNs/LauIWuSUZ1BcBC/rvw8=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Fishjhan-Corduroy-Aesthetic-Bag-Cosmetic[fs]dp[fs]B0BVRLWBMZ[fs]ref=sr_1_211]]_Fri,-21-Apr-2023-07-54-37-GMT.pdf

**Hash (SHA256)**

17136e834a281861497392b896b72d4ffe914cac99095ede0556ea1fc0394601

**Signature (PKCS#1v1.5)**

r68Jq0U9IqCvwuQRumh8In5IivqpduD3eO+65IA7eChPZeknN4vQ/B5gU5rraMAdwBcfgAi4xMfcv4li8RFQiPhyMn+FCXjoF5xUyBTF+QEJkx/HTeGehL8A3tpusOabxdsKyTNwGPCXjNJmso7FUQPsv/YzT5Ua9VbEPCVBoLo=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Mon, 22 May 2023 09:23:10 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

daX/AhGkuu7+XrEL/j1K7rngCknj3qmXnbc3dAGTYaFGyo+QXruH4hy9Dd6i+jH+ZXE/mjEMK6O79Mq6f6Y0QwxTH3CIwDQQF5yu4vGz2Tf+GGub7pNy9adHekrcWMhCLisJ2CSJrPdwyPyO1ysHstTZvFBrKnYdEIZPF3z/
Bm6JacyLPoRXGQejI9BOzS3Xp0iE4l9Mp2yfa6PY7xXE5ENA4Put5FZAZYhCTD1HvEe9NDGsAZVpAtdKTFc4HBMbw/ZarBpWaCPYUjIHu9DAMuubV32YIEhjm72fjRaaHT35908yvGrgPL8URBa008GyKuCJobFOaTWDuiiL1+OgRA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Mon,-22-May-2023-09-23-10-GMT.mhtml

**Hash (SHA256)**

e75c00297079205974882405efdd89486891be501f0d7658146cde955a528c9b

**Signature (PKCS#1v1.5)**

N0IaD3IK3z7MRa5a7P+0xrb9xwCQ84dhyXyWu6FSe1fnSKjnX1BUhqztYoRBEQlQIb0lgx5thNwCQSLNcN25ICsZmXKl0deoERoTrXx0wvuNDsxelmtiQwnmEYZ0qIAUY46YRGTyO5GwzK/
dQJc92GdXA3PqTorDzFYZtrCvRxKCSZQyRPQeTO9smqg7VFHufuaBui4Rz03CMH76h2WuDX5bYjl0mlPmQwVV6pBTotHLBRQ9R3LhAFmSXiEHv6JufPHUXEqAGlkQJ0b2TPTc4PKm83KypPz9Wdooa/su4PpBR+gO9Y9/feVF+NOjD+tbpebtJAGanoDDYE5sNdR4yQ==

amazon

Checkout (1 item)

1 **Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Change

2 **Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

3 **Offers**

4 **Review items and shipping**

**FREE TRIAL**

**Jade, we're giving you 30 days of Prime benefits for FREE**

Try Prime FREE for 30 days ›

**Estimated delivery: June 7, 2023 - June 20, 2023**

Items shipped from Fishjhan



**Fishjhan Corduroy Aesthetic Makeup Bag for Women Sherpa Smiley Face Cute Cosmetic Bag Makeup Togo Bag Travel Makeup Pouch (Gray)**

**$11.99**

Qty: 1

Sold by: Fishjhan

Gift options not available

**Choose a delivery option:**

- **Wednesday, June 7 - Tuesday, June 20**
  FREE Shipping
- **Thursday, June 1 - Tuesday, June 6**
  $31.98 - Shipping

Place your order

**Order total: $12.83**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $11.99 |
| Shipping & handling: | $0.00 |
| Total before tax: | $11.99 |
| Estimated tax to be collected:* | $0.84 |
| **Order total:** | **$12.83** |

How are shipping costs calculated?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Makeup Bag Self Love Inspirational Gifts for Women Motivational Encouragement Gifts Hippie Boho Rainbow Smiley Face Retro Flower Heart Positive Quotes Toiletry Bag Zipper Pouch for Girls Birthday : Beauty & Personal Care

**URL**

https://www.amazon.com/Inspirational-Motivational-Encouragement-Positive-Toiletry/dp/B0BDLHQW49/ref=sr_1_225

**Collection Date**

Fri, 21 Apr 2023 05:00:16 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

JQEodVsJimuZG09valUTiPR8uXVSyBBH200siOwuD3SX8RC/gNko90F5b3EiaP9CIdkd/hI6cVJYUkqP/hkpOiKbrk4N5zIbIwT99zKYeiONvqlw/nBj4A9uNAczVntgf7EKMawZoJxIgkEIVHeify06SCPWHwb/q94QHBj049A=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Inspirational-Motivational-Encouragement-Positive-Toiletry[fs]dp[fs]B0BDLHQW49[fs]ref=sr_1_225]]_Fri,-21-Apr-2023-05-00-16-GMT.pdf

**Hash (SHA256)**

9b9b072a9ac02b8af2e209b5d4da69149c4fce2e14717333a43005efaca48f82

**Signature (PKCS#1v1.5)**

m04wyNOG4SmDLWrYCGWmngrPXI/ZfBwrpZM+Y0e/msdpJSCt+0dG99h28YMgd8f8mTLK9nmGyZjpi0gmQN99bmuFPBkuhwT8P4rALpEUrwkAhOblTuLxLmmFoT5a8RH5gYkBLjXKDVeQkYyrBQqM3SAc9NXBg7k9tmi4OFtXUX4=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Sat, 20 May 2023 07:16:10 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

116.68.96.16

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

FMZa2hmVcmoUM4wCnNg9lPUzf3V2aroTZhOcOzMfSk35COQFg87KvipK0lLZe+vsxubYKkts/9l6ry+jS4iItol3lnUekQ6Qw59qKQu+3EoOBN9Le00jyfd3ljTeTXY342uHsf13JVz83Y43EBcLPf/HaSpxSB4LlU8SkSXXl0VelnWqkpUnHoXSCNhRW/3tPGY+KQDfrkNt
+2rXucRYLHIJtB1UHJwskzi/Xnqib9wBkIKjp+qQTVZDwy8T/sl7H/DI8k1K9qQubMoN/E0bKOQVKQwOk06FPlgV1sTTyxhMw9UQEQ+3zVzg55dSMO1C0t3HI9sGadRW6g5yP+vNBw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Sat,-20-May-2023-07-16-10-GMT.mhtml

**Hash (SHA256)**

57680f48da7e9f32aa103f11b28473f80dda4d8a8180ac34cae9a74038aec7a1

**Signature (PKCS#1v1.5)**

ch0DIvXDBWEyYTeaoz3xSiO35NvBrzuD3UiI/aFm8gjuLQdpZgDCZtBqv8pQtrSGGor+aZvHPdq6hQzGf1QEYqI7Gl3/RP1BdzDgMwigMkRr2qwioEcr4OG6Vu3tjTNtxCeu+TNBbaI0eq7OZ0NCPowkSc8hjezT6VxrpTeMoCe/C1WkRZ0a+khNgd7p1lkuK16cnInntoZ/Tfp3NWt28Q4mYNV5Z/
NGWZTlPscIhwhCz/V1RkMNBQMXyIhHCsigRSLzSalrtj6msPUpAIjmo9ypAukFA2upcHANowIPzw82AGm1/9vo9CTxOJwf7xOczb+pn2wYRT5FTT0dRhv4YA==

amazon

Checkout (1 item)

1 Shipping address

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Change

Or pick up near this address - See nearby pickup locations

2 Payment method

VISA Visa ending in 9985

Change

Billing address: Same as shipping address.

Add a gift card or promotion code or voucher

Enter code | Apply

3 Offers

4 Review items and shipping

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items ~~Tuesday, May 23 by 8PM~~ **Monday, May 22 by 8PM** for ~~$5.99~~ FREE

Get FREE Two-Day Delivery with Prime

No hassle. No commitments. Cancel anytime.

**Delivery: May 23, 2023** If you order in the next 20 hours and 43 minutes (Details)

Items shipped from Amazon.com



**Makeup Bag Self Love Inspirational Gifts for Women Motivational Encouragement Gifts Hippie Boho Rainbow Smiley Face Retro Flower Heart Positive Quotes Toiletry Bag Zipper Pouch for Girls Birthday**

$11.91 & FREE Returns

Qty: 1

Sold by: FKOVCDY

Amazon Prime eligible Join now

Add gift options

**Item arrives in packaging that shows what's inside.** To hide it, choose **Ship in Amazon packaging.**

Ship in Amazon packaging

**Choose a delivery option:**

- FREE Two-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Tuesday, May 23**
  $5.99 - Shipping
- **Monday, May 22**
  $9.99 - Shipping

Place your order | **Order total: $18.73**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Get FREE Two-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $11.91 |
| Shipping & handling: | $5.99 |
| Total before tax: | $17.90 |
| Estimated tax to be collected: | $0.83 |
| **Order total:** | **$18.73** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Made by Nami Design Choker Necklace with Freshwater Pearls - Summer Trend Necklace Women & Men - Smiley Face Necklace with Beads - Beach Festival Jewelry (Smiley Face): Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/Made-Nami-Design-Necklace-Freshwater/dp/B09ZHY8JYH/ref=sr_1_82

**Collection Date**

Mon, 24 Apr 2023 05:13:37 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

RWF7T6o3fSaSCv7WcmYeeugYuUhtfYEeLSPj9hqzsQ9//QqykfCK3tPCT+yrWxjdT2O3ZG58QJg56FOHYdnIwQBR0zYHbktZYiKmC4nyNyq/tISH+wKij7F8xbD0Y61QI2JvVeF0jfxw/48+ThuSU0egbq7IlvFqaxT8bn3d4mc=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Made-Nami-Design-Necklace-Freshwater[fs]dp[fs]B09ZHY8JYH[fs]ref=sr_1_82]]_Mon,-24-Apr-2023-05-13-37-GMT.pdf

**Hash (SHA256)**

48a6906907ad94c73c00b2102b5e379fd4e7454f7cca2350b841c4f792a11be0

**Signature (PKCS#1v1.5)**

awLUqwlI1JEYqlFQeG5TH1VhXQg/f1h0uqQgqTh02fT4Ge1Tmi7Hp/sxvc8s8X4TiXvhbZ35TsOSjUPEz1GXKxwKVbLGg4pqkZrBmaeLIPlcsHfe42qn/o9YeYSzlQGgvvsB3CgITlcc+oDxXUntgj7vy+uj3Ocw6spSck9bJns=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Wed, 24 May 2023 14:16:44 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

111.92.80.105

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

eT4vzekVEM6VRTHunCMX/LMJe0VBm3Y1CKt0S8VSTUChM3HVZ92cEmNS1w5yAmnhlfZSn3iJeO3sMlcVbBv7w7kea59NL70xbVO7/SyamKG1VLrDWfilHWjr/BWCiq8zr8uCIkSyNShYfyd0xtzyLr3AszJScZmcyj8lMcltVqV
+DancVkWcus7azQcE3t2lnOMM1F2HEwQYk6T7VI5ikswju8v797/yCp3YQl6BbA8p7bIayRpubdC+GuAfmH8WHoDlPhrJuOuJVIDrsKFykaGtXRuVCKPTvfFRGT1BJkgvwKyJtZQKmPJmkOAGj46wFIJzvelyiHrVaGMe7W1wpA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Wed,-24-May-2023-14-16-44-GMT.mhtml

**Hash (SHA256)**

88339b6201f678ee862ab0241a3b450332a93b9862d7c79b507c3930d0d37e4a

**Signature (PKCS#1v1.5)**

C1tN+9tzAkiqmio/u+Ih1tPOjPBljhyd0+Ks+1e9GLnETYoE7VKuX69/UniyzLJgx86y6PIofEuhhAB/itVtX94SaWoP+ZWsShOU6bqIS+DkMljJydzMKAETh6x//bQQp7ZuG4gNoQt5Gc934+HvoOy+KC9WEXOm8vL5Od6jCZHcJG/S0nkUvNgH3ROAt/q4DyIKXkSCF5+Ed+jjhEBVRK3ejnx
+e3n3+03AkEIQY5yv2boCT3FV67FiKN+pfVv7Rprjr6GtC1pp2fQJpzfDbkwz1H3rOxVZx5Gb/68fSKWNTWTdew3AGSa5Q0ugZlVtmLBePFq2XVO9NgFLTIISlA==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

**VISA Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items ~~Sunday, May 28 by 8PM~~ **Friday, May 26 by 8PM** for ~~$5.99~~ FREE

Get FREE Two-Day Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: May 28, 2023** If you order in the next 20 hours and 58 minutes (Details)

Items shipped from Amazon.com



**Made by Nami Design Choker Necklace with Freshwater Pearls - Summer Trend Necklace Women & Men - Smiley Face Necklace with Beads - Beach Festival Jewelry (Smiley Face)**

$9.99 & FREE Returns

Qty: 1

Sold by: Flanacom

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

- **Friday, May 26**
  FREE Two-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Sunday, May 28**
  $5.99 - Shipping
- **Friday, May 26**
  $9.99 - Shipping

Place your order

**Order total: $16.68**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Get FREE Two-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $9.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $15.98 |
| Estimated tax to be collected: | $0.70 |
| **Order total:** | **$16.68** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com : Id Badge Holder with Lanyard Cute Smiley Face Lion Head Waterproof Badge Card Holder Vertical Slide Cover Name Tags for Teacher Nurse Doctor School Office Work Metro and Access Card : Office Products

**URL**

https://www.amazon.com/Holder-Lanyard-Waterproof-Vertical-Teacher/dp/B0B7X7JFV9/ref=sr_1_177

**Collection Date**

Wed, 26 Apr 2023 09:21:49 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

o4t8nFqSs44EgUxffzN+BLBM/u3HtAFuSw37Gn/e1AV0ILIG760A48iglf+g5YG1ZkKUr9WwKrwzVvJwgyGVbiw3toKdkngEELS/Fld4rLXvMQlC/fitq+wvzarddB9EZTNfvCTyQLyJcsCEFpxyC8Fs1yx7Ys551a7Na84pQyg=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Holder-Lanyard-Waterproof-Vertical-Teacher[fs]dp[fs]B0B7X7JFV9[fs]ref=sr_1_177]]_Wed,-26-Apr-2023-09-21-49-GMT.pdf

**Hash (SHA256)**

60d02ef02f0c3725597d912e5b67143e4f4b2ef25f0419af7e671a178eb5cfbd

**Signature (PKCS#1v1.5)**

MZqAWIDWqP4c88FxbhpXNuuenbUuhcT11sVoxN+aKECb9SU5lW9MZAckFpB/ytsWQBdNQ5wuCfkryCZw7g038HkJU+GIzXuR7RD3Nq0JyfhZk1OvGcNxGMTOR9+3gniG7lOwjR+yQzWeQopFP5HpHVTJ4Yl/B852iiOANAbHnn8=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Sat, 03 Jun 2023 00:23:13 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

116.68.102.78

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

VDdRJ/hSSQ6q6bpzxHjCRm3RveqF2bP7ByuhnpzOu59PayzhjiNIfHFn0zBEn3oRZuVLpqYFs2BlcdjxViPm4Qlw/24W2WM+KWr90AcSym9W+TiUMDm3TeAjBOPoEAE4heHv/0nR84pXckZSp71DQSaLSmq9WnSy1eYnywg9ZFrgedzGANF+0cFec6EHe9DoXNXRhVVRV4kpPwJuG2gdq
+aSjgHoLpXIfeWgPNknZ2zY52O8bXi0Ji4B9/sg54jUqizIbOp5io7kCECgxhR2Ze5WME7BH1kFmrnDIPZsaWck4GsWkiDcOP/DHKTXcDh4FTbF9RSLcy7xzhUi3yee5Q==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Sat,-03-Jun-2023-00-23-13-GMT.mhtml

**Hash (SHA256)**

69b0ddedf402f31a4d17532e67648fc5a7c4bcd6588c35f2d599481b836a61bf

**Signature (PKCS#1v1.5)**

krMl8SP88Ehyg7vjMTjmiHIWhpS80TkNulHyRezQJkeqoNsRll+Fc3Qc4Dt07WluW5hjcHUuPk9DxapIPhKEA9A09rLtXY7n+RLBDQai1iAjT+glEeWQ7sgyauE1eGlb4VcFKQ9sad4eYMzKOb1kwob11k7IR85Sl6AkvYYgOMm3PJd40k/O2dWWaslxr3mUmSS10S5/
tltzE7Slq5dnNNyPw8SzEpE6FifQam+o3qjYDw5XyLf4Aw9jGEUpyve3pnSYERav5S3mEuTKSoXcFduADAGwZVWMxSG4Igbj14IXd9b0CnM5XJBgkEgm37bFQFTR/czQ250Hd3cx8BblTw==



amazon

Checkout (1 item)

1 Shipping address

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

2 Payment method

VISA Visa ending in 9985

Billing address: Same as shipping address.

Add a gift card or promotion code or voucher

Enter code | Apply

Change

3 Offers

Change

4 Review items and shipping

FREE TRIAL

Jade, we're giving you 30 days of Prime benefits for FREE

Try Prime FREE for 30 days

Estimated delivery: June 16, 2023 - June 23, 2023

Items shipped from FloWood Art

Id Badge Holder with Lanyard Cute Smiley Face Lion Head Waterproof Badge Card Holder Vertical Slide Cover Name Tags for Teacher Nurse Doctor School Office Work Metro and Access Card

$1.99

Qty: 1

Sold by: FloWood Art

Gift options not available

Choose a delivery option:

- Friday, June 16 - Friday, June 23
  $9.99 - Shipping
- Wednesday, June 14 - Tuesday, June 20
  $29.99 - Shipping

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

Order total: $12.12

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.

Try Prime FREE

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $1.99 |
| Shipping & handling: | $9.99 |
| Total before tax: | $11.98 |
| Estimated tax to be collected:* | $0.14 |
| **Order total:** | **$12.12** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: MKCVLKYON Cute Flower Case for iPhone 12/12 Pro Girls Women Smiley Floral Design Soft TPU Hard Back Shockproof Anti-Scratch Protective Cover Case for iPhone 12/12 Pro Blue : Cell Phones & Accessories

**URL**

https://www.amazon.com/MKCVLKYON-Flower-Shockproof-Anti-Scratch-Protective/dp/B0BXWQGFB2/ref=sr_1_113

**Collection Date**

Mon, 24 Apr 2023 09:32:31 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Es1e93d+V3VVFII6U7MJEyxzSntaqrcSDezKMLMERT/QrVVtM8z67Y0Rwbm5qfj9HQAgDCXhrPH2grQ67IwEq4NLHGRwHRE+1bB+KepXJaU/yRUwHobz6d7mtwodNKuDzCBhmvBSisRvCsqyHHPeGs2kYFR3DZJyqoawlO87uBk=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]MKCVLKYON-Flower-Shockproof-Anti-Scratch-Protective[fs]dp[fs]B0BXWQGFB2[fs]ref=sr_1_113]]_Mon,-24-Apr-2023-09-32-31-GMT.pdf

**Hash (SHA256)**

82f3df64ced8774b726ebfa018fd08042281b4443345c64ba76abe51957ecf8d

**Signature (PKCS#1v1.5)**

Wi0oiSK4FWDtterP+Ol15lHWQ+PskeV0/hFqfP8zNVCFRev1L3QvIMJHkvOO/+xTd7sYBT6JXbPX/VwLhbRJYHe8Ph/SZDKwBkaF039qcRurydaxR6ZfZ9HCYyKuIwlDZ+/Faiei2AeIxfUSRbwMU3XyDoYJXSzKM4I/HR8i2uQ=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Sat, 27 May 2023 04:42:04 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0d:5600:8:36::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

HNIhTqvUtFUzFwNOB/Zdw1qqkjAgmpVSE4Lfh6VW369Gbq1ip4Z3biqk820JVJtNq0EvXkVG2qy8M1VTSFI8ZitZbN6L8pfxeVCCmd79Cgnx91bPArvAm8hX6D1dehJYu+HlTS1ctpdE2OCjO8OQaFrezKhna186QXTuWBTLPo39Euw30mjYWXEDACDiGGJG5hSAP0n/B3ZPmM2j+O9z7W3v/
H9XFRFnQFOElbkNIN7qIBOhdAftpwPRQ+lCerAfOPeoiLUSNTaoN0kz83h9qAdx9q7p+D29vbv/Rch0NLuL4oRPJINPwWsRZFSiAZ+Dg3sVCCM78XDg+HOun3EtJA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Sat,-27-May-2023-04-42-04-GMT.mhtml

**Hash (SHA256)**

5813ab1cc75a5b502082d70989092f66431a5f3fd704a0d18b1ae59f013cddb7

**Signature (PKCS#1v1.5)**

TBTy17NtAi8E6UJe1WpFm3aLgI+aopVamhvNo6EkpnDbu6+ZHXRRqWuD+11TYlL+PFc8YhygfzDpcaF4sO5DN8qSQQoqX1f4dHlFr/+cmh0psAmCkL++1o71PTQ9sZ0umyMx4d3UEtdkONmLMriqrhLk5uk4/Z0YDSt/Wj91qFoImqh9n7lppnkBw6bEEBz21YG0gS0Gx6ZrPZjQQKP5vr
+6W9neBet7tgnoyYauArMQH+gi/l1O+NO+/BQK3ccvuL/ESm8d4ZUcJmrLaykEMW5F/77B+myNl7+9+IRfzf3cLcNnkN55DbHXzkiX01sMwFxSks6MbCJ6r5Xm/OQFnw==

amazon

Checkout (1 item)

1 **Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

2 **Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

3 **Offers**

4 **Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**
Get your Prime eligible items ~~Thursday, June 1 by 11PM~~ **Sunday, May 28 by 8PM** for ~~$5.99~~ FREE

Get FREE Two-Day Delivery with Prime

No hassle. No commitments. Cancel anytime.

**Estimated delivery: May 31, 2023 - June 1, 2023**

Items shipped from Amazon.com



**MKCVLKYON Cute Flower Case for iPhone 12/12 Pro Girls Women Smiley Floral Design Soft TPU Hard Back Shockproof Anti-Scratch Protective Cover Case for iPhone 12/12 Pro Blue**
$13.99 & FREE Returns
Qty: 1
Sold by: FMLOVESTY
Amazon Prime eligible Join now
Add gift options

**Choose a delivery option:**

- **Sunday, May 28**
  FREE Two-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Wednesday, May 31 - Thursday, June 1**
  $5.99 - Shipping
- **Sunday, May 28**
  $9.99 - Shipping

Place your order

**Order total: $20.96**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

**Get FREE Two-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $13.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $19.98 |
| Estimated tax to be collected: | $0.98 |
| **Order total:** | **$20.96** |

How are shipping costs calculated?
Why didn't I qualify for free shipping?

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: HTAWI Smiley Face Cute Ruffle Cotton Women Socks Fashion Embroidety Simple Short Socks for Ladies Funny Woman Socks (Color : Purple, Size : One Size) : Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/HTAWI-Smiley-Ruffle-Fashion-Embroidety/dp/B0BW63NX8Y/ref=sr_1_91

**Collection Date**

Fri, 21 Apr 2023 10:04:39 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

VLWtsDsJah5oBW9+1KvTvUqslfCcw3XSVPHN3fXn+EcPaK1VTuV7cEKAjTcP2IKQwqHHahaeD99Tjeq31VJZIs/Xd48JVXwheSAGd650Es/12gJZR2QS6OcsJVEp2+2RWYGbhlyhuNsXKBwP+7hz1dVD8+IOtD4XyxyqAueyRic=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]HTAWI-Smiley-Ruffle-Fashion-Embroidety[fs]dp[fs]B0BW63NX8Y[fs]ref=sr_1_91]]_Fri,-21-Apr-2023-10-04-39-GMT.pdf

**Hash (SHA256)**

01ebab8015332ce431cae5f8c0710a49773e5ab3a16a294a8c0ae0f11973c521

**Signature (PKCS#1v1.5)**

QcN6SekUbErN3xgUogTJLs5fL4taMruW5cPu8m8xNoZRVkZSAdkYlQr3ISgcQp3CIz1XkpSgUWC4/DL+C0i0yjHARjPXj4xJP6SDHpOE2sIEwiudRJnWSWcobU1cWqCgImo1i7UdDOObb/sZQxvkTTx+SfLzJjKktkKAkOdhZGo=

amazon Deliver to Ozzie Miami 33132 | All | smiley socks | EN | Hello, Ozzie Account & Lists | Returns & Orders | 1 Cart

All | Clinic | Amazon Basics | Customer Service | Buy Again | Amazon Business | Household, Health & Baby Care | Livestreams | Beauty & Personal Care | Free Shipping | Coupons | Pet Supplies | Smart Home | Upgrade to ad-free podcasts

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

amazon clinic | Healthcare for common conditions, made easier | Get started ›

Subtotal $14.99

Go to Cart



$14.99

Only 8 left in stock - order soon.

1

‹ Back to results

## HTAWI Smiley Face Cute Ruffle Cotton Women Socks Fashion Embroidety Simple Short Socks for Ladies Funny Woman Socks (Color : Purple, Size : One Size)



Roll over image to zoom in

Brand: HTAWI

$24.24

Get a **$100 Amazon.com Gift Card** upon approval for the Amazon Business American Express Card. Terms apply.

Size:
**One Size**

Color: **Purple**



- Socks / Calf Socks

Report incorrect product information.

$24.24

FREE delivery **May 15 - June 6**. Details

Deliver to Ozzie - Miami 33132

In stock

Usually ships within 2 to 3 days.

Qty: 1

Add to Cart

Buy Now

Payment: Secure transaction
Ships from: foshanshishundequdif...
Sold by: foshanshishundequdif...
Returns: Eligible for Return, Re...

Details

Add to List

Have one to sell?

Sell on Amazon

### Product Description

Socks / Calf Socks
Material: cotton
Size: one size (fit eur36-43)
Applicable Gender: women men
Packaging: 1 pairs of Socks
For the season: spring,summer, autumn
Note:
1. Due to the different monitor and light effect, the actual color of the item might be slightly different from the color showed on the pictures. Thank you!
2. Please allow 1-3cm measuring deviation due to manual measurement.

### Product information

| | |
|---|---|
| Item Weight | 0.035 ounces |
| Department | Womens |
| Manufacturer | HTAWI |
| ASIN | B0BW63NX8Y |
| Country of Origin | China |
| Import | Country as Labeled |

Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

Feedback

Would you like to **tell us about a lower price?**

## Videos

Help others learn more about this product by uploading a video!

Upload your video

## Looking for specific info?

Search in reviews, Q&A...

## Customer questions & answers

No answered questions yet

Post your question

Typical questions asked about products:
- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

## Customer reviews

| | |
|---|---|
| 5 star | 0% |
| 4 star | 0% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 0% |

How customer reviews and ratings work

**No customer reviews**

### Review this product

Share your thoughts with other customers

Write a customer review

**Inspired by your browsing history** Page 1 of 5



**More items to consider** See more Page 1 of 2



**Your Browsing History** View or edit your browsing history Page 1 of 4



Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell products on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a package delivery business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Your Recalls and Product Safety Alerts
Help

amazon | English | United States

Amazon Music Stream millions of songs | Amazon Advertising Find, attract, and engage customers | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Sell on Amazon Start a Selling Account
Amazon Business Everything For Your Business | Amazon Fresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Experienced Pros Happiness Guarantee | Amazon Ignite Sell your original Digital Educational Resources | Amazon Web Services Scalable Cloud Computing Services
Audible Listen to Books & Original Audio Performances | Book Depository Books With Free Delivery Worldwide | Box Office Mojo Find Movie Box Office Data | ComiXology Thousands of Digital Comics | DPReview Digital Photography | Fabric Sewing, Quilting & Knitting
Goodreads Book reviews & recommendations | IMDb Movies, TV & Celebrities | IMDbPro Get Info Entertainment Professionals Need | Kindle Direct Publishing Indie Digital & Print Publishing Made Easy | Amazon Photos Unlimited Photo Storage Free With Prime | Prime Video Direct Video Distribution Made Easy
Shopbop Designer Fashion Brands | Amazon Warehouse Great Deals on Quality Used Products | Whole Foods Market America's Healthiest Grocery Store | Woot! Deals and Shenanigans | Zappos Shoes & Clothing | Ring Smart Home Security Systems
eero WiFi Stream 4K Video in Every Room | Blink Smart Security for Every Home | Neighbors App Real-Time Crime & Safety Alerts | Amazon Subscription Boxes Top subscription boxes – right to your door | PillPack Pharmacy Simplified | Amazon Renewed Like-new products you can trust

Conditions of Use | Privacy Notice | Your Ads Privacy Choices
© 1996-2023, Amazon.com, Inc. or its affiliates

AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Wed, 24 May 2023 06:43:15 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

111.92.80.105

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

ds2s8FI+b2MPvMIPHusBdYz5Lq68dzJ0oh5E0k+6fionXupzdMSCEKjPuvwuD0ZxAs+akw9ZYKx1Axk+HG+aS234/K5SWDxGowTyWHB5QaeL
+CJ5JCcdpcbE40uLWCj4KCuz9Of9B6erK5+RUtLxQ6WXyrvFv2EiCXAgKDjpLTdEP5wPF27muVmGrnr5APLoIuI8VObgvC7KfwjZXz5cR/1VECRko/VbjseXGC3+Td+r2ajD2LzbHyP5Hlot7oyxSiirtg0eX/PG1TJN0+wwccr4PfbA9oEtLtptGWTBCrC6zTtFdL8u7jCAn0fgFhXudaqIFVNICudAcckF
+LtsYQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Wed,-24-May-2023-06-43-15-GMT.mhtml

**Hash (SHA256)**

bc546ea5dc1db36cb6810776edf328ad18c4fce25202be6c7582ec0bc04f42f0

**Signature (PKCS#1v1.5)**

jqWdZNkIAVp2a0am+n9NOnD3dDgprNih7KFbGjvUoUKYcm8GLvob3T6yU8DEVdmhbEEhdBkHl+fzUy6XjdUZUpt8lmF9JxxHOQayQ/HqinfBx/bTr64AAIafYf1pEG+QunSQCowT/Q1f9aOJnI5qbL2gw3OlP5/
jIDB41RSe0VdiT2tXwSIFAgftnn7TLHgPCaUm4+tWa0p6w6aDwBOcoRkcE17jKUVDLkopLJ7XrALNVZ+l0EoS4x3Ro8SiDjJ5ycKGzPnfHlTz/L0ViYKtJ0L2KqzgposD1UN+JpyADdtqs5cevcJ0OBetP1lQimCIf0wmHea71KjOGhqcnpoPog==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

**2 Payment method**

VISA **Visa** ending in 9985

Billing address: Same as shipping address.

Change

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

**FREE TRIAL**

**Jade, we're giving you 30 days of Prime benefits for FREE**

Try Prime FREE for 30 days ›

**Estimated delivery: June 15, 2023 - July 10, 2023**

Items shipped from foshanshishundequdifengdianshangyouxiangongsi



**HTAWI Smiley Face Cute Ruffle Cotton Women Socks Fashion Embroidety Simple Short Socks for Ladies Funny Woman Socks (Color : Purple, Size : One Size)**

$24.24

Qty: 1

Sold by: foshanshishundequdifengdianshangyouxiangongsi

Gift options not available

**Choose a delivery option:**

**Thursday, June 15 - Monday, July 10**
FREE Shipping

Place your order

**Order total: $25.94**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $24.24 |
| Shipping & handling: | $0.00 |
| Total before tax: | $24.24 |
| Estimated tax to be collected:* | $1.70 |
| **Order total:** | **$25.94** |

How are shipping costs calculated?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: FRA GRA Vintage Sunflower Necklace For Women Zircon Smiley Choker Pendant Necklace Jewelry Collier Femme - Red-brown : Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/Vintage-Sunflower-Necklace-Pendant-Jewelry/dp/B0C2P7K9SC/ref=sr_1_6

**Collection Date**

Thu, 20 Apr 2023 06:06:48 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

e5hzdrdp61SL8Tgp+Gl7ksyM8xkTquM2RvmWpgicf+s4N3vqo5Y4s6rWucqpVWZesSLrN6ymzXIEGbO18eY2qpfPKA9ooCv8ZGjgrM0Gg9qPXQ962ugRW3JLNEmnXzNm3Fc8mioZnQ+jh69Wnhd55yBT9nF6ZoK0Mtp3XdamMUc=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Vintage-Sunflower-Necklace-Pendant-Jewelry[fs]dp[fs]B0C2P7K9SC[fs]ref=sr_1_6]]_Thu,-20-Apr-2023-06-06-48-GMT.pdf

**Hash (SHA256)**

e5755e3343dcbe07db1d47e96a45a40c46f5fef18e70aaecd5e2b89884712f3d

**Signature (PKCS#1v1.5)**

rmsGqSKZB9ht5MeFtLaNWCLTXrScrStdjYmtLYkZYXJgkmsepZDNRV4gAqAPrCdwroKCDvAr4tBLBzINfgGCQe5Lq7rSb16eKTid+exSHw2do4NVgbFb8usLYE46oHfeYokTLIud1RDKmqo8NNrSaKZPSULt3cEFAars6aysky4=



amazon clinic Healthcare for common conditions, made easier Get started ›

Subtotal $14.99

Go to Cart

$14.99 Only 8 left in stock - order soon.

‹ Back to results

## FRA GRA Vintage Sunflower Necklace For Women Zircon Smiley Choker Pendant Necklace Jewelry Collier Femme - Red-brown

Click image to open expanded view

Brand: Generic

$21.23

Get $60 off instantly: Pay $0.00 ~~$21.23~~ upon approval for the Amazon Prime Store Card. No annual fee.

Color: **Red-brown**

$21.23 $21.23

- 100% Brand New and High Quality
- Gold mini enamel charms are a great choice for DIY jewelry making.
- Occasions: parties, weddings, birthdays, anniversaries, Christmas gifts, daily wear
- Perfect for necklace, bracelet, dangle, scrapbooking project, keychain, keyring, sweater chain, anklet, cellphone decorative accessories, etc. Best choice for jewelry DIY.
- Wide age of use from children to girls women. Perfect gift for children's day, birthday, Christmas, Halloween, thanksgiving day, etc.

› See more product details

Report incorrect product information.

$21.23

FREE delivery **April 27 - May 2**. Details

Deliver to Ozzie - Miami 33132

In Stock

Qty: 1

Add to Cart

Buy Now

Secure transaction

Ships from FRA GRA
Sold by FRA GRA
Returns Eligible for Return, Re...

Details

Add to List

Have one to sell?

Sell on Amazon

### Product Description

Please Note:
1. Due to hand measure, the size may have 0-1cm error;
2.Due to Different Monitor, the color may have difference;

### Product information

Technical Details

| | |
|---|---|
| Manufacturer | FRA GRA |
| Color | Red-brown |
| Material | Other |

Additional Information

| | |
|---|---|
| ASIN | B0C2P7K9SC |
| Date First Available | April 17, 2023 |

Warranty & Support

Amazon.com Return Policy: **Amazon.com.tr Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

**Product Warranty:** For warranty information about this product, please click here

Feedback

Would you like to **tell us about a lower price?**

### Videos

Help others learn more about this product by uploading a video!

Upload your video

### Looking for specific info?

Search in reviews, Q&A...

### Customer questions & answers

No answered questions yet

Post your question

Typical questions asked about products:
- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

### Customer reviews

| | |
|---|---|
| 5 star | 0% |
| 4 star | 0% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 0% |

No customer reviews

How customer reviews and ratings work

**Review this product**

Share your thoughts with other customers

Write a customer review

**Inspired by your browsing history** Page 1 of 5

YeGieonr Women Good Luck Smiley Face Ring Happy Face Stackable Ring with Cute Chain Link Band 1,576 $10.99

KDIZI Smiley Face Necklaces,Gold Stainless Steel Paperclip Chain Simple Round Smile Necklace Preppy Jewelry for Women 829 $8.99-$14.99

SLOONG 5pcs Y2K Style Chunky Retro Resin Acrylic Ring Plastic Rings Kids Ring Cute Colorful Candy Ring Finger Rin... 633 Amazon's Choice in Girls' Rings $15.99

KeyStyle GoldChic Jewelry Gold Bold Initial Letter Open Ring Adjustable, Women Statement Rings... 7,142 Amazon's Choice in Women's Statement Rings $6.45-$13.91

KXIEER 14K Gold Smiley Face Necklace Cute Round Stainless Steel Preppy Necklace Gold Happy Face Necklace For Women Girls 169 $9.99-$10.99

MOROYA 10PCS Gold Dome Chunky Rings for Women 18K Gold Plated Braided Twisted Round Signet Rings Adjustabl... 2,421 Amazon's Choice in Women's Stacking Rings $13.86

luogongzi 2 in 1 Flowy Running Shorts for Women Gym Yoga Athletic Womens Workout Biker Spande... 14,098 #1 Best Seller in Women's Athletic Skorts $13.99-$28.71

SONNYX Women's Alloy Cute Simple Gold Paperclip Chain Pendant Smile Face Choker Necklace Set, 6 PCS 208 $9.99

Smiley Face Necklaces With Smiley Face Pendant, Chain Stainless Steel Gold And Pendant Included Original Qual... 93 $9.99 Get it as soon as Wednesday, Apr 26 FREE Shipping on orders over $25 shipped by Amazon

**Additional items to explore** See more Page 1 of 5

58 Pcs Preppy Makeup Bag Set Pu Leather Aesthetic Waterproof Portable Cosmetic Bag Travel Pouch 7 Pcs Hei... 51 $18.99 Get it as soon as Wednesday, Apr 26 FREE Shipping on orders over $25 shipped by Amazon

LieToi Preppy Patch Small Toiletry Bag Smile Lightning Heart PU Leather Portable... 726 Amazon's Choice in Cosmetic Bags $9.99 Get it as soon as Wednesday, Apr 26 FREE Shipping on orders over $25 shipped by Amazon

64 Pcs Preppy Small Makeup Bag Toiletry Patch Bag PU Leather Heishi Preppy Bracelets and Stickers Set Make... 1 $18.99 Get it as soon as Wednesday, Apr 26 FREE Shipping on orders over $25 shipped by Amazon

L1rabe 2 A5 Preppy Notebooks for Teens Girls Y2K Hardbound Spiral Journal for Student Happy Smile... 47 $11.99 Get it as soon as Wednesday, Apr 26 FREE Shipping on orders over $25 shipped by Amazon

WALONER Preppy Patch Makeup Bag Leather Cosmetic Bag Small Makeup Pouch, Portable Waterproof Travel... 514 $8.99 Get it as soon as Wednesday, Apr 26 FREE Shipping on orders over $25 shipped by Amazon

Junkin 64 Pcs Preppy Makeup Bag Set with 7 Heishi Surfer Bracelets 6 Preppy Earrings 50 Preppy Pink Stickers Preppy Party Favors... $16.99 Get it as soon as Wednesday, Apr 26 FREE Shipping on orders over $25 shipped by Amazon

Apr 26 FREE Shipping on orders over $25 shipped by Amazon

Apr 26 FREE Shipping on orders over $25 shipped by Amazon

Apr 26 FREE Shipping on orders over $25 shipped by Amazon

**Your Browsing History** View or edit your browsing history Page 1 of 4

Back to top



© 1996-2023, Amazon.com, Inc. or its affiliates

AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 18 May 2023 05:55:23 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

d+Cc28KAMOL38xydGFTHfdutXpz0+0TEuMb6vqsF+Ep3Em97uxycP3FWqcRKpYqG6QTnhhMCPUOeF80cJ6WvQI9mmUqirrYWkJRwTDOrjzyRXj4ugX6lIEijBdEqhmHoa5AueiYJfg8T0L+ohLcPj55eO5yeLK9YzPDJvIyU3AE6/XJKl4HfsM3GXtd
+rdXQoGWbMyRR0C3CNxpHoDiUSHtqPLooW2G1Aoski2bWuKFANvWrf0o8PEpioHvSLfcsDRZUvU66rtlWdRLKQTwjdzprE00cMgo4Ov6UHd23xh1tUHKmC+501zkZCWp3qvttnAqUDgLmQYAUpilnqSLHAA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-18-May-2023-05-55-23-GMT.mhtml

**Hash (SHA256)**

c38e61c6e48137a98bfd92dd6ee656af0283e83a2e612c0e758ed652753a4c35

**Signature (PKCS#1v1.5)**

KOFUHAVXTUZVoMhuiP09Z4f+bKbjcVTbmwHoGmEblVHbqPSdILw93iomax4ozFXSE4BzFL1w4fu0qE7ghWXe0BMbKPQnAARFYx1LTa7EaDc3j5uQx+omkPJK15zG11si+7Y3BxeThoe9D36/WHs+8mLqT7b7hWnsE1CShkm/4st3TsgKckDbJnWfrMtvEuS5NYeeKN4LKORqp72WXSM39Y/
+a0lOWVYEQzWc7WhtLpej/Z2Ypb/ze0ReDxb3/V7/duaJm8pY78iyEI1eY5HhsqM5eM6Us9DUL+hq9+vcYLv1qQl0z4Y8ZtVE/oTbSDmCKC7xq7Xk15L6SUQcZN9dWQ==

amazon

## Checkout (1 item)

**1 Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Change

**2 Payment method**

VISA **Visa** ending in 9985

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

Change

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you 30 days of Prime benefits for FREE**

Try Prime FREE for 30 days ›

**Estimated delivery: May 25, 2023 - May 31, 2023**

Items shipped from FRA GRA



**FRA GRA Vintage Sunflower Necklace For Women Zircon Smiley Choker Pendant Necklace Jewelry Collier Femme - Red-brown**

$21.23

Qty: 1

Sold by: FRA GRA

Gift options not available

**Choose a delivery option:**

**Thursday, May 25 - Wednesday, May 31**
FREE Shipping

Place your order | **Order total: $22.72**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $21.23 |
| Shipping & handling: | $0.00 |
| Total before tax: | $21.23 |
| Estimated tax to be collected:* | $1.49 |
| **Order total:** | **$22.72** |

How are shipping costs calculated?

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com | SMAHPEL Women Men Bolt Lightning Smiley Face Slippers Evil Eyes Slippers Fuzzy Memory Foam Plush Winter Slides | Shoes

**URL**

https://www.amazon.com/SMAHPEL-Lightning-Smiley-Slippers-Memory/dp/B0BFF67T9V/ref=sr_1_112

**Collection Date**

Wed, 26 Apr 2023 05:03:11 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

CBb/Uu5RnNUiJmNk7jmsTkJ+nOBt6dgB5eB+REgZZZp9KFvRf8TXVdWqh2qzJS1vbTTJ5ssFobemMJybwOGtHdkF0noxRoN4xsVLVKtXnQ7Nx2NaGM2nUQcRlufKIls/FHo2+NEddrdJbZhZjy5bc6B+7E1A+Yeu6sVnqYrhwJk=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]SMAHPEL-Lightning-Smiley-Slippers-Memory[fs]dp[fs]B0BFF67T9V[fs]ref=sr_1_112]]_Wed,-26-Apr-2023-05-03-11-GMT.pdf

**Hash (SHA256)**

5a6e084bc65d74a7d4110a4f43631487d875ab3e6ca61705e3e0918ce7f0ce66

**Signature (PKCS#1v1.5)**

nSCG0ifYzs9e8grEKt51/J/65UN+9Rs9HRSAJt31Q6D7rIHdDyunPCjF5IplY2miN++wT4YdzEokXVNoiCWWHR327Ombjiy+ehPSjG+Byhdy7Jp/1Sx/WWKz3xBV2zbG88vsXZRfc9+fKGdeaIvupBEzX0lPwF/wq4EZcTSKAWA=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 30 May 2023 12:41:16 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

202.83.40.142

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

ik7jCmyXrBfDJLa+QlaHKgXmaCwjzjyiJ4lKdfXqbk05/KODIkV7t0jCfb80m9vCFgXswb1rXm2X/1eTi4VKJlaaE+2I4Eqq9CfxUsXh9M8XL6XeYicOE3ct/lZ72DWh2YXHqRIydP09y25A01junIM0yw86e5FIac+dRoz8Tew
+e4kosLGcy3YR2lp1dfo1FBvRaP42Es3Gc9SJL924BCjXTiPKPdGoNuzR9xOwhOkH/ceD8yuhlMzTthmbjlJiiTRyCPEk4m+GlXSHF/tZfauhjYB0IKH9qxKlwrIvcA0QuvuHKwNRyZN2zykEuv1gYXsvyF56YfR49KXfhbyu1A==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Tue,-30-May-2023-12-41-16-GMT.mhtml

**Hash (SHA256)**

b6e6d2ff0bb01dfae3d06e6ac0124904d2f606056847398630fe395dd4ce6d95

**Signature (PKCS#1v1.5)**

fbrE+/Jm8ZN5Dqzui2hN6gOvvt/phKLsghwYXtwQo+4DqTKOsE3zEq6ebifKuKXJmK1o+R9jo7REyObuyYLBA15zXez8dxA/fLk3sg7m1LcwcyfdllwsZwXhyp7hcc7ajoYFF2bH4f26AibuqlekTIILTVEWgR4e8Ihv9lPywSrMpwN2Cf2OqrY4FAYGHxmvHQ5RIQnhJuDXn
+Cvc6bZeqlTrTfdp7oFMg2sk/2XwSIhRDBW0PKWT6kBm9D5MxYcy48E3/mz5uvupzWaK0kSqRKu6usDb83GBBfpc9uEEKWDE9LqV9kM5IQEpM7tifq2DKEF+vyh9/IPNH5/0bu/1w==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items ~~Friday, June 2 by 8PM~~ **Thursday, June 1 by 8PM** for ~~$5.99~~ FREE

Get FREE Two-Day Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: June 2, 2023** If you order in the next 15 hours and 18 minutes (Details)

Items shipped from Amazon.com



**SMAHPEL Women Men Bolt Lightning Smiley Face Slippers Evil Eyes Slippers Fuzzy Memory Foam Plush Winter Slides A-Pink 3940**

$20.99 & FREE Returns

Qty: 1

Sold by: FRCYD

Amazon Prime eligible Join now

Add gift options

**Item arrives in packaging that shows what's inside.** To hide it, choose **Ship in Amazon packaging.**

Ship in Amazon packaging

**Choose a delivery option:**

- **Thursday, June 1**
  FREE Two-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Friday, June 2**
  $5.99 - Shipping
- **Thursday, June 1**
  $9.99 - Shipping

**Get FREE Two-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $20.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $26.98 |
| Estimated tax to be collected: | $1.47 |
| **Order total:** | **$28.45** |

How are shipping costs calculated?
Why didn't I qualify for free shipping?

Place your order

**Order total: $28.45**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley Face Purse Cute Wallet Change Purse Cute Coin Purse for Girls Preppy Stuff Kawaii Coin Purse at Amazon Women's Clothing store

**URL**

https://www.amazon.com/Smiley-Wallet-Change-Preppy-Kawaii/dp/B0BVWPC8G1/ref=sr_1_130

**Collection Date**

Wed, 26 Apr 2023 09:52:46 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

plCGGzi4muZFR077V/w4LNhaGX2uUeGjygeBmu52O5eFfMlifRV8flYoJK9xgCEACHzW7yznBXnG2WUstvAkYCbqYlGU09bextRBOEVxKVAc2loADfyYveWIfkf2u26NS0W3mKC+I+vfu9fcCdY7ndj69HIBEmQIUtP7qCQMBOA=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Smiley-Wallet-Change-Preppy-Kawaii[fs]dp[fs]B0BVWPC8G1[fs]ref=sr_1_130]]_Wed,-26-Apr-2023-09-52-46-GMT.pdf

**Hash (SHA256)**

a835d3a63394c61afd073dd98ad7a40553071fbc761778f1e932dd56ab518850

**Signature (PKCS#1v1.5)**

azxN46kXYBhT2wGZ2+Rfyt7KwDHbm0eFUT0h+NSLMQwDX6GIicNw0FuQGQE32yLjP3E4qu3ygXB8uqydk9LVmyuMZos8MoBtsNqZh88vxF3JuU11HJR6O4YhOq2Wf4zjEld/V5JvwOobg4QT56Vv+eZe9Vou+Mdj64ZZlCPSThc=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 06 Jun 2023 01:02:28 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

116.68.103.82

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

ljtW5C63W1HN7WlHVtfhZN8gTCFdZ8Zibaaa3K+sqc8Cr6IHE61KJQqDxOfa9Fz7j/jgpM/sM3eOOF0+B/U3UhUd+3Koqn88IMbtJHrTWVNhm/1PbTtCiGqpGptmdRgcJfGVo9NxS5bNWTbTa3SOKOZ7yBUus39EoB8d3YzAw04voilEBoDmLyqVhpbpqSyljM7/qEq+GpbTI
+n6RrUixOus16o00qlnqN0doCGn8WDn0bW1o+f3PcxwNqb6VSt8q07LVsSvN2mJ3hvADZ3fc97TTFw6EC4XezPG3tSS6GlGAhRXJj3fYRDSlD3kMFFAx6tgItYQPJQOAxt99WZdZw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Tue,-06-Jun-2023-01-02-28-GMT.mhtml

**Hash (SHA256)**

ec933ba6d3ac7b6660a8f209fbf6226e6f0260e57bdd7a78e55ae35442618b51

**Signature (PKCS#1v1.5)**

HFYuKcdSd0onEfMDdgVy4cZjtZ0wJ2yr8vNE9zOkxQGuGZx6OBY4FH68EMHUjTe9Vcqkk7oFMxkJFrEdUAWhUJVp7n+fLBa4XFCPm0AMRIUWgMRF6GH+MSRX6qrla62PLdTRvVq4r4wNMf4GGbNVNAsylJUKP0uiHtYRTTpPN4bbpToW
+ZuolEZXwZiyVumM1Ef3Icqj0+yMk4IJwy1N8BCH4UZ9/4+zJ/6Gh4/qrtEURqJ9T34FNS7h/uQkeXnmx5x0vqjfm4MNGXtNlXFnIxkqrMz21GoLGlz7hM2Tuhoyt+G5KbwgothUZCvPylBExjy3aeEcxHHiAHsSSTG32Q==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

**2 Payment method**

VISA **Visa** ending in 9985

Billing address: Same as shipping address.

Change

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

Change

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you 30 days of Prime benefits for FREE**

Try Prime FREE for 30 days

**Estimated delivery: June 20, 2023 - June 30, 2023**

Items shipped from Fu Fu



**Smiley Face Purse Cute Wallet Change Purse Cute Coin Purse for Girls Preppy Stuff Kawaii Coin Purse (Yellow,Large)**

$15.99 & FREE Returns

Qty: 1

Sold by: Fu Fu

Gift options not available

**Choose a delivery option:**

- **Tuesday, June 20 - Friday, June 30**
  FREE Shipping
- **Tuesday, June 13 - Friday, June 16**
  $45.98 - Shipping

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

**Order total: $17.11**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $15.99 |
| Shipping & handling: | $0.00 |
| Total before tax: | $15.99 |
| Estimated tax to be collected:* | $1.12 |
| **Order total:** | **$17.11** |

How are shipping costs calculated?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com | smiley Face Slippers With Exquisite packaging bag Keep warm Couples Slides Home Slippers Gift | Slippers

**URL**

https://www.amazon.com/Slippers-Exquisite-packaging-Couples-6-5-7-5/dp/B09P1DCGXF/ref=sr_1_146

**Collection Date**

Thu, 20 Apr 2023 11:42:19 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

qyXvR/BMd4yvONQ2kGyOVZLLbFS2X1tDfmYW7ahWXAqR0UJC3g0Bpltu1lsqYE1jbEyS4TxuvvixznF89zyjcV03gdPVLyWtZ/IwHJp5diRhmsjX1HqtlN4bahwTY/SVUaLYTFerwM9umJQ8U/Q2u+T/HFUaA+iB2kGbmsVo4OU=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Slippers-Exquisite-packaging-Couples-6-5-7-5[fs]dp[fs]B09P1DCGXF[fs]ref=sr_1_146]]_Thu,-20-Apr-2023-11-42-19-GMT.pdf

**Hash (SHA256)**

b2d4cbab57650bc69a2d40ec99c5a8314f001ae951762ec3f1aca7287745314c

**Signature (PKCS#1v1.5)**

TZVpoPrP7GMSfFUsoEM7pc7yKaGqau54EusaM36X8XlhC4n2QlI4AbQWa4naToreaNB5BaUPzDi1Vxwwc2GKR/NU9eAKaacmj+muMjGNp4mUbSGVzflZ5UVa6tTgAYI2aEoaaBCJDpsZ2XgLYWVaTgeoxA4mxwCmWlsjNSGA9gQ=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Sat, 20 May 2023 00:05:55 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

116.68.96.16

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

MMpA5BmAHi6BJzwx4RjCYRLIg5k/btinQ6YYcz3fw2+aFBb5ETpuWaNprTmXOA1yqb31y7MMfiDEmNJEK7kVF4Ws93xSMrgh92TYKLue9vgvVwVNNgqMV3M7TsOc+dNk5A3JQuxuqGZgb2/vb6og/ne96lH
+K65+L6kROBmqQe61+oo15NP3qc8i7sA6ZPpDdn4xOVHBINsDOJ9IucHfDOgLKN49NQdROgs3//0L1ajBWbRY3Qmbhv+TBiEG95p0CHLxWYSUV/gzQMX4BZ7K2L1YlHzZhWknEw4SHMyoZQ4HJ+Wgb+SpYJBdsUHusKGRrx99XQI428I4FF2eHxGNDQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Sat,-20-May-2023-00-05-55-GMT.mhtml

**Hash (SHA256)**

a6026c1ef9f5a1f91601c57a6020dec4fbf19830f15321baabf3eb0fbe138083

**Signature (PKCS#1v1.5)**

RnoAjwcjI4wBiS4I0rYEepRXwBjcFQ1InQwHYpVnnf6tR4ZQLhAiKwTD5QgaI3V1UaZ5aReTVqNwdnzpyQtstJaZ5PADnlQkmFflx8XHkc+Xee2VMJDsj7Vn09eG9Z6uxPYV1Z5+PofCZHlu3VaXLUkjloGVM6ptMfUToH8HqtOf9nk0rDXYUaec9lEagyxY2l+
+GpKnYkWEWVm3mPiGjb0cFXhySzZDmL48ezEsZXtoXwecrW4cD+y5Ib3CyY2QqXEarC7MvMQPH6P7eKtOIiwRq+z1w07X6YV6mwDlg2IomBZcmzU3Po+JXld7MTUFP1gX6jaClyD1pn2sn4g7ww==

amazon

## Checkout (1 item)

**1 Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items ~~Monday, May 22 by 8PM~~ **Sunday, May 21 by 8PM** for ~~$5.99~~ FREE

Get FREE Two-Day Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: May 22, 2023** If you order in the next 2 hours and 54 minutes (Details)

Items shipped from Amazon.com



**smiley Face Slippers With Exquisite packaging bag Keep warm Couples Slides Home Slippers Gift 6-7(women)/5-6(men)**

$20.99 & FREE Returns

Qty: 1

Sold by: fuhjting

Amazon Prime eligible Join now

Add gift options

**Item arrives in packaging that shows what's inside.** To hide it, choose **Ship in Amazon packaging.**

Ship in Amazon packaging

**Choose a delivery option:**

- **Sunday, May 21**
  FREE Two-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Monday, May 22**
  $5.99 - Shipping
- **Sunday, May 21**
  $9.99 - Shipping

Place your order | **Order total: $28.45**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Get FREE Two-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

### Order Summary

| | |
|---|---|
| Items: | $20.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $26.98 |
| Estimated tax to be collected: | $1.47 |
| **Order total:** | **$28.45** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: FEIZHIRUNAI Compatible with Motorola Edge Plus 2022 Case, Smiley Face Cute Hippie Aesthetic Peachy Smiley Face Design Shockproof Soft TPU Slim Case : Cell Phones & Accessories

**URL**

https://www.amazon.com/FEIZHIRUNAI-Compatible-Motorola-Aesthetic-Shockproof/dp/B0BRQ6WGX4/ref=sr_1_12_sspa

**Collection Date**

Mon, 24 Apr 2023 08:15:19 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

NcjJTut8sasCnNZgwo/j3AP86Px+D2HC8nNj2A8fhzT6H5YCnVKfKiBXV0prl7R624smQFaRMJRfGhJFGjC0iNjEtB4o0VGZeE+6iU9ad4G0bgM358jIRcD79wHK58KxAF+BxTS1Bpm8D/pVlskEMR5pmy47exX29R1SbIsIHAc=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]FEIZHIRUNAI-Compatible-Motorola-Aesthetic-Shockproof[fs]dp[fs]B0BRQ6WGX4[fs]ref=sr_1_12_sspa]]_Mon,-24-Apr-2023-08-15-19-GMT.pdf

**Hash (SHA256)**

2bfa29d8b2d609674fc8d152eb31b7cb733db80677a4ca73ec822c2a5a1d7e50

**Signature (PKCS#1v1.5)**

o4bj0qGlLgiAYfSkyDoVbRYQEleJOEvHPr/VNIlkS0O6Ty7dowIYdmfwwKOA9TQVGNMqie7JgNIHPbxVW7XlnrT+1yPMSwO6bbI8tqyysG06X9E8KIn89mrnfFyZMV9cuhNEKoD3GK+mDyOXRO7pYHRvzjdRhSOphKbxfioUJX0=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 26 May 2023 17:13:59 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

111.92.76.240

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

aPD4ZShVeL5jl3SY6QdXrCTzKCuspCOV9RzrlPiKeybkkIzRjtP3v8hTRnuTQueJHoVDime9/AJMOzZdhALhpCHvciJDkVhiLvFeYdwTv9y2xQkSk8ihAQuvs8ISbOAQ6IoRnV6339La/oI3ZvjeoVZlks23ucz5pZZV/gf6SNyW/k7h0EHSZUQ+AwvtkseWgv5Pcst0Fvm6GodB1nxTwlkoCe4YLau
+sEM9/OVeK5BWswpGx8wc4HepU5KHT+N+wsI76P3nQQJcg7uwpUNkDdpNlrTO9qtS1FkC3zyRYUt8xbweAOrZnrXeLAdpfyZTuaLaF64yzzBN1n8vta/zsQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Fri,-26-May-2023-17-13-59-GMT.mhtml

**Hash (SHA256)**

c63e9b9b890501535cbb411d0bf154cc8e3ffeabf8a0fb0cf73d61de57a60fc1

**Signature (PKCS#1v1.5)**

Uayn7xqXz7L0inFPkEdoDFco46aLr7UO/iTQKkGRCA2qMYu6wkRZMpVNbRhFhSDw//SJFK0aACqRtn/YKRIDxXNDWuztZ3KI2Vu6BJaUA9TbXJ505prP3jYaGZmVTf96Rk1G+po+Tle8X2iCBZqmOrKH2EpR6i2ebFiTDZ+O6YoBpGIK6Q6dPDXZeDs3YWHobIsy
+ayXHYRu6CLQYqGZ9cqtrWPrjTGGhwEIX+N/6PyXyJ/lSergWNQk0b8/rXF32wPVY/AM6FSXgIgbTbL4VICyzrdU9bMYIlFyBZV6eAj6fd/9HRIR1z71RVvLbTYwKvaBH+DP0CRF7EsX+eEMlA==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

Or pick up near this address - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

Add a gift card or promotion code or voucher

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**
Get your Prime eligible items ~~Tuesday, May 30 by 8PM~~ **Sunday, May 28 by 8PM** for ~~$5.99~~ FREE

Get FREE Two-Day Delivery with Prime

No hassle. No commitments. Cancel anytime.

**Delivery: May 30, 2023** If you order in the next 13 hours and 31 minutes (Details)

Items shipped from Amazon.com



**FEIZHIRUNAI Compatible with Motorola Edge Plus 2022 Case, Smiley Face Cute Hippie Aesthetic Peachy Smiley Face Design Shockproof Soft TPU Slim Case**

$15.99 & FREE Returns

Qty: 1

Sold by: fuminshunqiyinpindian

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

- **Sunday, May 28**
  FREE Two-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Tuesday, May 30**
  $5.99 - Shipping
- **Sunday, May 28**
  $9.99 - Shipping

Place your order

**Order total: $23.10**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

**Get FREE Two-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

## Order Summary

| | |
|---|---|
| Items: | $15.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $21.98 |
| Estimated tax to be collected: | $1.12 |
| **Order total:** | **$23.10** |

How are shipping costs calculated?
Why didn't I qualify for free shipping?

AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 06 Jun 2023 00:31:31 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

116.68.103.82

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

gLDOld9fNE5JpLOL+jRaeKCZGtrLK0u+s8Ad48hSlFdedOLHJRlu0KI46HiiN0zeoGI3kq8f47myyfi5PJsxoceC9U5op/5zPSrUyDaLaqUzYcJLvy6J9+tx96mM6/v5LVERUTBNpHnjHfvK3Vt9Lf5zREk5+0qxOa1Fe5BApX5an1AF40YnBL7C2b6k5UkHYJNLCg5xE4Fyas9eZvxQv2r0+iTQF
+VNReVwSOoiz5FFftVoKog3HEW7f+1dTq+Zat+5GexrVpKR//17kUWr6Pg6goTrN5qKbINlxIX6USbGNlvn7N0NQjTi4Q7nGr+eIOESLqUEznOC9bqa44HWDw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Tue,-06-Jun-2023-00-31-31-GMT.mhtml

**Hash (SHA256)**

1e09c9e0ad0b9966fa9489cbbf3aca29ebfc354c6b33e79d34d0927ac10942c2

**Signature (PKCS#1v1.5)**

W8K3SMBMjIlPGPW8B8M3bVm47d/e0lTymtoIQV4vqQeLEU6wavFmpSI7QL7KjUUL/1WEwApibd160TnFpDtHCSAUC7ORtUnFyb9oxF11sFZ6MG3Tdgiuk08pdbMTQxyVnjiCpCOPsez+9qdMfksUOqMEiGcEyxzT5c1xT
+4+5LaK893dvOKcLCdnMCZAGk6Lw6JYD5tKxHs2UyaWBgN47Qcqm56TE7BvV+bCQMjhM7wvudHit2etXnxBfnymknc6wcWAQLf82yDYg5TqWxV2NeVE3RQ8oaucfsoQvCKfLFbRKyZSNvh3L/fJ0nFsyWqj1fmS9vSgsYh9u35NqigS/Q==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

**Or pick up near this address** - See nearby pickup locations

Change

**2 Payment method**

**VISA Visa** ending in 9985

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

Change

**3 Offers**

Change

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items ~~**Thursday, June 8 by 8PM**~~ **Tomorrow, June 6 by 8PM** for ~~$5.99~~ FREE

Get FREE One-Day Delivery with Prime

No hassle. No commitments. Cancel anytime.

**Delivery: June 8, 2023** If you order in the next 3 hours and 28 minutes (Details)

Items shipped from Amazon.com



**Funermei Cute Wallet for Teen Girls Women Smiley Face Leather Bifold Wallet Aesthetic Funny Pink Smile Credit Card Holder RFID Id Cash Slim Small Bi-fold Wallets with Coin Pocket for Little Girl**

$14.99 & FREE Returns

Qty: 1

Sold by: Funermei-US

Amazon Prime eligible Join now

Add gift options

**Item arrives in packaging that shows what's inside.** To hide it, choose **Ship in Amazon packaging.**

Ship in Amazon packaging

**Choose a delivery option:**

- FREE One-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Thursday, June 8**
  $5.99 - Shipping
- **Overnight 7 AM - 11 AM**
  $9.99 - Fastest Delivery

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

**Order total: $22.03**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Get FREE One-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.

Try Prime FREE

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $14.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $20.98 |
| Estimated tax to be collected: | $1.05 |
| **Order total:** | **$22.03** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com: Funermei Cute Wallet for Teen Girls Women Smiley Face Leather Bifold Wallet Aesthetic Funny Pink Smile Credit Card Holder RFID Id Cash Slim Small Bi-fold Wallets with Coin Pocket for Little Girl : Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/dp/B0BPH2FB7B

**Collection Date**

Tue, 06 Jun 2023 07:28:03 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:36::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

OJxCAr1P4znfM1lcN6mgqevjljQBUoJ/pT+WRlWnBU662OkAdEJiTMf7CojEuqrrV6/43VKmMYkpNrkpZpUBTwFx4JqAHRJBKqJe11YYGGBrcmv797i4xpx9yXR6i1Hg11g/yk9dcMMLZohSMYyOttyRuMC5bMhdy0NWvFNh3EyawmBKMJtVnZrVPLaQEv9OJOnyjjOcx/
Hf5XxEmdn1WylwEUcYnXqKL3R08VVJePTagURBVdlWJrK07LRcafhvtD2ZsLTYRLSCM7jrEnZlQsZ4XcZUUlUKc+MandGJ0Pho3Uo4BcHfsZFZbSwHV5TCGYBosmyoL6K0imaRL/DTwA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B0BPH2FB7B]]_Tue,-06-Jun-2023-07-28-03-GMT.mhtml

**Hash (SHA256)**

fb3152743fd8d632171c0bf70e686e1b46d38544a7a74ad5e079d603bad4be46

**Signature (PKCS#1v1.5)**

DvqO8BB5ZltSbdAj6lY7IMDROJnNMRf929YCDzx5qa5Bj6KUdzpGsTXujn3rSC9+Eu2Wnx9MmVy1yRE3MltggK0wsZBUc7VyNTbifFBJzbd2SPTarkdUJl0Ro7+mHEGTce10W5CJFEQUXcezYom3fnFAdqE5FiJPe2Ozy4s76G69tzKS7JjuyAbmfUreE/
VTTAUfKYvVXH3hD9Tk8wfvKh4LEI6EqmwCKzwUC1CXfOsgf5gleni5Kv9DXp2NgozORJEqy7W/A89Mmz8xtCe29q9/2tCjoBwhaYCQVmUjBdDxosa2NMkzHdzhblsrwtD5b+Yrgjs8mi6RlgMF/6UtQw==



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: FUYIHGL Smiley Face Makeup Bag Corduroy Smiley Face Cosmetic Bag Smile Face Makeup Pouch Small Happy Face Make up Bag Cute Corduroy Smiley Travel Makeup Bag for Women Teens Girls(2Pcs, Off-white) : Beauty & Personal Care

**URL**

https://www.amazon.com/FUYIHGL-Smiley-Corduroy-Cosmetic-Off-white/dp/B0BNHCYMV4/ref=sr_1_74

**Collection Date**

Thu, 20 Apr 2023 11:31:21 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

dgxjvTuxV7Vyq3HAtler28Pq8hlm8beqo/OmAI+HoQxak3mMgpvokoNBRvnsVGE5XP0HnX0+nIRpmSjVzZg1R/3G4JvVMBYR2nmxxkc+YeeySLokzWAt/CsxMMQ9+xOs4Xj4oiU329QySwmle9UnIcTVGTx/1Gp9wmqCZeyLaQ8=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]FUYIHGL-Smiley-Corduroy-Cosmetic-Off-white[fs]dp[fs]B0BNHCYMV4[fs]ref=sr_1_74]]_Thu,-20-Apr-2023-11-31-21-GMT.pdf

**Hash (SHA256)**

7f043296a7df4365a2f293f56a96a31ba6703578c347ee9494815d517dd8f5df

**Signature (PKCS#1v1.5)**

HvaHY/CpigaY+8ifFHb5UD8GlVQzOtReg/YRwDOfinv/zjXn0VRf9GOQn2gENRC+1XLsYXScdk001J8mY6csjx6yLsHjNPKAz6jYDdHHeay3MDS2O7tuevWBtoaEjzUdWMk4QklVfcw5kSV7iSSUszRAoYeTJLwMVjW7dZccM7s=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 19 May 2023 15:16:27 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

HZeahQpF16kGK0rhAzoF8CzZUeqdtKrZYOXyuclxOz11TulYoD+TkWUbGZeXlO3XN+NvH/hgk9IlT2l8WiSmrdhcJEHM67a3qiznwsjtX11YvOjoJmDChaZeqDfUFKcxI9GBNAuqZ11BxXe+SSZu4bK/mymdud5jP1BgqKQy0F1aueEXsaJTE
+jXnHaeovAVclf3EcRwZ4sXyX0ipUcDyt70IMoPYZ98YZViPwdX7c6qismYtXb4ewJxfIuSABCVoxsE7Db704252mAWk4dXPcwkeLaCfy9dN36akaumcMOKPo/hsOtUEZw9tZ5sR256U/B4juzwPOrtcvwFoIQazw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Fri,-19-May-2023-15-16-27-GMT.mhtml

**Hash (SHA256)**

07f1cdac08f9a2345f0d5d2684a4cfc5b3f32528f978eeefd3d472e5829d7083

**Signature (PKCS#1v1.5)**

dV6/ehnV/gjD1XZe1xi4hUbBeMVpreXxfVewOZwEaQeI4HM0kG18LwZTeq3gYQE9oxZOYTBhnG2o/mKLt6b7xVu1LlrJDDYVpA3aMFQE59kc6A/d7QIeKA0ViO23WptanRjwKV5IXcSSdWBNPAvyqsE0WAS4AejLDJtzHhPSPJ5IuUuAtUzj6Et+zSkLDFwsVuJ1VDNLbqjD8U3cbftrs670Kcs/
bjXAWCIjOawLsw/blZFTde/0q9I0V3oEzioJQoS4t9knAEBKbrRl8nDNhxtVcu2AMQ0AYa8ca5M1XfU4zAmCbYiXiBpIcfPDpjbErprGYmaXGAvOTgUIPSONtA==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

**VISA Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items ~~Monday, May 22 by 8PM~~ **Sunday, May 21 by 8PM** for ~~$5.99~~ FREE

Get FREE Two-Day Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: May 22, 2023** If you order in the next 12 hours and 43 minutes (Details)

Items shipped from Amazon.com



**FUYIHGL Smiley Face Makeup Bag Corduroy Smiley Face Cosmetic Bag Smile Face Makeup Pouch Small Happy Face Make up Bag Cute Corduroy Smiley Travel Makeup Bag for Women Teens Girls(2Pcs, Off-white)**

**$16.99** & FREE Returns

Qty: 1

Sold by: FUYIHGL-US

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

- FREE Two-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Monday, May 22**
  $5.99 - Shipping
- **Overnight 7 AM - 11 AM**
  $9.99 - Fastest Delivery

Place your order

**Order total: $24.17**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Get FREE Two-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $16.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $22.98 |
| Estimated tax to be collected: | $1.19 |
| **Order total:** | **$24.17** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com: FZIIVQU 720pcs Colored Acrylic Smiley Face Beads for Jewelry Making Kit with 60pcs Glowing Luminous Mixed Beads for Bracelet Necklace Earring Making Christmas Gift : Arts, Crafts & Sewing

**URL**

https://www.amazon.com/FZIIVQU-Jewelry-Lnclude-Colored-Luminous/dp/B09N1SGQ74/ref=sr_1_37

**Collection Date**

Wed, 14 Jun 2023 10:56:59 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:36::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

WCJ7rljnjcvilYOPi8byGkaMD3KalLdTPiaihobPX0+TlveyEOnhaRFGjeeb7oyNmNSKibXNpPqs1XzPj5NPW0Hrqnpw3Km/nlIBIBhCPA3mjK9M3FQOI/nWXfzOoyDMN3+vAe4F6rTWW8bVuKJR+bPQbL9RR9XDCeQrCqTuLSI=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]FZIIVQU-Jewelry-Lnclude-Colored-Luminous[fs]dp[fs]B09N1SGQ74[fs]ref=sr_1_37]]_Wed,-14-Jun-2023-10-56-59-GMT.pdf

**Hash (SHA256)**

d8e8b174238176cd5ed4c17aa5ec467b639ee9e0e837509f257f80ea3fbf2177

**Signature (PKCS#1v1.5)**

C9gKI1znCZ30PAOJGS7tN9b7KqEgUk11y0jUNH0L3wfAIqzQmyNg0gwNRfwTyJc6Pc2sjHf9aNnt1abCXvxN6HAFYGyKTmlZBIDYjiGi4jXWg1XUnwqqTrKHlzyZURP27SQIAU+5G/uPQIqn8AntlU+fr6MToHMbCwd0k3sySlw=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 15 Jun 2023 05:08:07 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0d:5600:8:36::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

eKWl6Ih98w0MTs2BJb+kz+FZlyACeIYze5V10LCsK/XYNLwjH67ip2lVN+x+pbENh3B2XbPeZyyjXBIq+kIU+E7Fbf6N5r12LbvYvxs1xzhNZQ4HbtpW/
oxQh2NtagEfIBxhGEyAWBVz8UyxKlVJZPl25n1C3YDKwAJXY4TlLKYvfjPM9k9cdGM7IPjJSda3uK47+FFp5ldlGWLDG12uBKSXWs7EyvfPvOX9ELT2506Yz8/CbNQrBi2/j81LTqV0GxYYTRHngeXS6BMC7IPdClbp+wgSO2u7JzqI/
cIsQg5gBbcbVOogmpwHENmoz0hiFpIrL9uNCjo6vh63Nb3jJw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-15-Jun-2023-05-08-07-GMT.mhtml

**Hash (SHA256)**

262dbfaf64abc7df6e383c3147b749471029e45f500e9398bf4b51d1964acab3

**Signature (PKCS#1v1.5)**

L7Klc0IDnBSxPEr0QfEVCbTLqIUgh8nCWtZSnI0Qb/FXmUmD4Q/FRHdDAu2dF0SehBn6GJpZt6NxSdg1Op8/08BReEO1LluFlHXSqvETI9nh2PLIB14OQVy6n+owGyuQEdi/
v16fBPUQlG6V7iQi6BKiAzSeQGAT7hX9ev0M4stTOuvrUqg5ub3nCHHm2NvoPTISHdWONWKiEFZgbNWTp9BBdnp72GoZEFnoj2nPo6tBMyBD2sZzqgOeAAIiWcK+pMK3lZAkV8nplnjCQC5OQ8ADUIe/HV1YJnzeEskqJ+6s8TuzmdiOUQx+wLik4L2xcKYgoD1umxCBJ/ofUG6f4w==



AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com: 480 Pcs Fruit Flower Polymer Clay Beads, 24 Styles Trendy Cute Smiley Bead Charms for Bracelets Jewelry Necklace Earring Making with Elastic String

**URL**

https://www.amazon.com/Polymer-Bracelets-Jewelry-Necklace-Earring/dp/B09R1TNR9L/ref=sr_1_83

**Collection Date**

Wed, 14 Jun 2023 11:19:23 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:36::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

CbRr/8LecHFoSwRxGvC7fvnkkOpiEg5/wbtte+JRtQRQ5a6cY5LJYOcygu6oNBxN+Jt1gkusITugUNg6oYRullZrgWGxbadO/yZo21SbXilJmjC9OctnPGSdx+KsRi9ILORWdYJUS6FuscUEh+KY5VbFegdUse2hpNcnulMfg7Q=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Polymer-Bracelets-Jewelry-Necklace-Earring[fs]dp[fs]B09R1TNR9L[fs]ref=sr_1_83]]_Wed,-14-Jun-2023-11-19-23-GMT.pdf

**Hash (SHA256)**

f991f18e380201d6885bba891cdf0e7aba4a649730d449d4d3f49cdf466d9e22

**Signature (PKCS#1v1.5)**

ibHXNoiebeaumqprR0vry82a+YQ/d60Bpc+4wApfHDxJ1gZ51WEt+59ejcCEPXdBj3G675Mru29f2252NuH4ZwhpPLahui5tIuNE1uTJ46C3bS3pVM1G+rPpHTQIH+t2hS/ACfpRVDQ/pjabUVxNW+f96NVhX9RGQODJL1r8qRI=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 15 Jun 2023 10:06:37 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

202.83.41.44

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

qRe4UCHdcop2g6nw2TvA0chuPlRjhSBe9oPG4xOA+VpFSqAEoFUbUBAw/w/Hi8Yn4r6O941LOXuDvdmnvobnEqHQXyf6jVp/QS08+cGvPC6QwkCQBXd/wbZUCKKMJjFu/WYA/WHCqVmBGKYGyBHYhIFx90Xdq57CbMsCANFSZ
+KbMZzPvn5nDieawAnKzCAeH0caVqp6OlbbqQSGDKwHrH0QEf4+00EXBCtoT1fVDShhzt7kjI0u4BYCJeZwdx8qOODdI7xEy0yzJfKYZdEEljJtVz3YTiDNec2XL5ZxLHHn8ZnvyDVD25YXuB12wAvbSI5eCMnHro6Hl40/pDAxuw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-15-Jun-2023-10-06-37-GMT.mhtml

**Hash (SHA256)**

ff2b7ceb1a8e38c1fbb3c66d38658174641c2458b628ccd1840181e48c8e48bd

**Signature (PKCS#1v1.5)**

NWtKCuiT9wfz9Q4tc+hzJM2pKdOqnkFIHcxI88KoRdm2Bu1N3vsYtcOmbk27CRu0R2yOVpBECOojMiqZ9kUWwggyd9Yhr9cu9fpohCdof4fOl0OtyJGIpQ5q80ELIb5RcJNXU5uSXSf80iMZrhxaV/m3NHeuGo7kT2FN4BxpFvgfMQajLVACq1pxL0tn04rcBVuCCD5YS0ia1IYbcjsUg0bcd
+fEQcWJKBBEZcCo5v2XWG/adfK5DOVFLIliPG29qgvlWOct8+Wc/B9rZwfXLPjtKqt3NyBP6cETridvNRGL7Htfg7BmahXJfZlDWNLL0sTEVRu7cVl6D4gE2to7+g==



amazon

Checkout (1 item)

1 Shipping address

[redacted]

111 NE 1ST ST

MIAMI, FL 33132-2506

Add delivery instructions

Or pick up near this address - See nearby pickup locations

Change

2 Payment method

VISA Visa ending in 9985

Billing address: Same as shipping address.

Add a gift card or promotion code or voucher

Enter code | Apply

Change

3 Offers

Change

4 Review items and shipping

FREE TRIAL

Jade, we're giving you Prime FREE for 30 days!

Get your Prime eligible items with your 30-day FREE trial of Prime

Get FREE Two-Day Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

Delivery: June 17, 2023 If you order in the next 20 hours and 8 minutes (Details)

Items shipped from Amazon.com

480 Pcs Fruit Flower Polymer Clay Beads, 24 Styles Trendy Cute Smiley Bead Charms for Bracelets Jewelry Necklace Earring Making with Elastic String

$9.99 & FREE Returns

Qty: 1

Sold by: GA Online US

Amazon Prime eligible Join now

Add gift options

Choose a delivery option:

Saturday, June 17

FREE Two-Day Delivery with your free trial of Prime

Fast, FREE Delivery prime

Saturday, June 17

$5.99 - Standard Shipping

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

Order total: $16.68

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.

Try Prime FREE

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Order Summary

| | |
|---|---|
| Items: | $9.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $15.98 |
| Estimated tax to be collected: | $0.70 |
| Order total: | $16.68 |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Funny Smiley Smile Happy Gold Star Cartoon Children Patch Embroidery Patch Iron On Patches for Clothing Embroidered Ironing Stickers Decorate Repair Uniform Costume

**URL**

https://www.amazon.com/Children-Embroidery-Clothing-Embroidered-Stickers/dp/B0BVFZ8Q67/ref=sr_1_37

**Collection Date**

Wed, 26 Apr 2023 09:33:10 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

hjEAqQ4iTmKKCX9+rMWToZdBSnPCsL775HHqYHWTf8KduFmuio3+waBmw1WwMkVIYC+PV5jMcria1Znhdle58WfiHhav+/S11/wzTp3vK20p1GfKPc8U4R0Ua7DflYGHhVX8i9tJ9ditGSW3sLUN8vTj1019jMhDLo71Z/fhI30=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Children-Embroidery-Clothing-Embroidered-Stickers[fs]dp[fs]B0BVFZ8Q67[fs]ref=sr_1_37]]_Wed,-26-Apr-2023-09-33-10-GMT.pdf

**Hash (SHA256)**

b8ddec742b4cd4951dda123ace263f4511acd326e366e27b8fb916c2414e5293

**Signature (PKCS#1v1.5)**

HRhd636L+wd/skBV1NBEkB3QDd9W490zmW5D3zHd6KB6cskr4Hb0oir1nIH4VL3WQ2ZMJZwcZFU3skbpAc/L52pHIkzd5grEcAvzCBwMMTb+xtqg4pqg/l495ia2yvgj+wJTcKnG/ummyBJtBuT7TdGY332goiU9WwXKNC07aG0=



WE ARE Barbie THE MOST DIVERSE DOLL LINE SHOP NOW

‹ Back to results



Roll over image to zoom in



## Funny Smiley Smile Happy Gold Star Cartoon Children Patch Embroidery Patch Iron On Patches for Clothing Embroidered Ironing Stickers Decorate Repair Uniform Costume

Brand: Generic

$6.99

| | |
|---|---|
| Color | Mix Color |
| Size | 3.6/8X3.6/8 INCHES |
| Brand | Generic |
| Number of Pieces | 1 |

**About this item**

- Size is approximately: 3.6/8X3.6/8 INCHES
- The Patch Looks Great Super Cute And High Quality.
- Can be iron on or sewn on polyester/cotton fabrics. on this patch do not place hot iron directly on patch, iron from inside out.
- SHIPPING WORLDWIDE From Thailand. Normally The item Will Get To USA 11-21 days.
- Feedback is very important. you are unhappy with a product for whatever reason, please let us know and contact us first before leaving Negative OR Neutral Feedback. We will try to resolve any problem you may have.

Report incorrect product information.

$6.99

$3.99 delivery **May 18 - June 9**. Details

Or fastest delivery **May 3 - 8**. Details

Deliver to ozbaldo - Miami 33132

In stock

Usually ships within 2 to 3 days.

Qty: 1

Add to Cart

Buy Now

| | |
|---|---|
| Payment | Secure transaction |
| Ships from | Galaxy Stick |
| Sold by | Galaxy Stick |
| Returns | Eligible for Return, Re... |

Details

Add to List

Have one to sell?

Sell on Amazon

### Product Description

Appliques and embroidered patches can be used to decorate purses, jeans, aprons, library bags, all kind of things for kids, like sweat shirts. just too many ideals to name. With an iron on you can create a new look instantly. It's easy!

### Product information

| | |
|---|---|
| Product Dimensions | 3.6 x 3.6 x 0.2 inches |
| Item Weight | 0.176 ounces |
| Manufacturer | Galaxy Stick Cartoon |
| ASIN | B0BVFZ8Q67 |
| Country of Origin | Thailand |
| Item model number | G1L2X3 |
| Date First Available | July 16, 2022 |

Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

Feedback

Would you like to **tell us about a lower price?**

### Videos

Help others learn more about this product by uploading a video!

Upload your video

### Looking for specific info?

Search in reviews, Q&A...

### Customer questions & answers

No answered questions yet

Post your question

### Customer reviews

| | |
|---|---|
| 5 star | 0% |
| 4 star | 0% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 0% |

How customer reviews and ratings work

**No customer reviews**

**Review this product**

Share your thoughts with other customers

Write a customer review

### Inspired by your browsing history

Page 1 of 5



- 12 Pcs Smile Face Patch Iron On Patches Happy... 161. Amazon's Choice in Applique Patches. Save 17%. $7.99. Typical: $9.59. Lowest price in 30 days. Get it as soon as Tuesday, May 2. FREE Shipping on orders over $25 shipped by Amazon
- Trucker Hat Mesh Cap Solid Colors Lightweight with Adjustable Strap Small Braid. 2,477. $9.95. Get it as soon as Tuesday, May 2. FREE Shipping on orders over $25 shipped by Amazon
- 24 Pieces Smile Face Patch Cute Sew on Iron on Patch Decorative Dress Towel Cloth Happy Face Patch Clothes... 172. $8.99. Get it as soon as Tuesday, May 2. FREE Shipping on orders over $25 shipped by Amazon
- Letter Patch Iron On, Varsity Chenille English Letter A-Z Iron Repair Patches Alphabet Sewing Appliques... 384. $12.99. Get it as soon as Tuesday, May 2. FREE Shipping on orders over $25 shipped by Amazon. Only 19 left in stock - orde...
- 104 Pieces Self Adhesive Chenille Letter Patches Dupes Glitter Chenille Letter Patches Initial Patches for Clothing D... 111. $38.99. Get it as soon as Tuesday, May 2. FREE Shipping on orders over $25 shipped by Amazon
- Juinte 24 Pcs Smile Face Heart Patch Cute Iron on Patches Decorative Dress Applique Multicolor DIY Adhesive Embroidery... 50. $11.99. Get it as soon as Tuesday, May 2. FREE Shipping on orders over $25 shipped by Amazon
- Spark Smile Face Patch Sewing on/Iron on... 119. Save 9%. $9.99. Typical: $10.99. Lowest price in 30 days. Get it as soon as Tuesday, May 2. FREE Shipping on orders over $25 shipped by Amazon
- Patches, 3pcs Lightning Iron Patches for Clothing, Black Embroidery Patches fo... 2,064. $4.35. Get it as soon as Tuesday, May 2. FREE Shipping on orders over $25 shipped by Amazon
- Magnetic Black Grill Badge Holder/Universal FIT/No Tools Required/Weather-Pro... 271. $22.99. Get it as soon as Tuesday, May 2. FREE Shipping on orders over $25 shipped by Amazon
- Patch, Assorted Colors 1" (25mm) Cute Mini Heart Patches for Clothing Jackets Backpack... 197. $9.95 ($0.17/Count). Get it as soon as Tuesday, May 2. FREE Shipping on orders over $25 shipped by Amazon

### Additional items to explore See more

Page 1 of 3



- Personalized Stethoscope Name Tag Custom Stethoscope ID Charm Accessories for Nurse Doctor Vet. 549. $16.98. Get it May 5 - 11. $4.99 shipping
- ROFLYER Stethoscope Tag,Steth ID Tag,Nurse Doctor Stethoscope ID Tag and Retractable Badge Reels Set,... 131. $8.47 ($4.24/Count). Get it as soon as Tuesday, May 2. FREE Shipping on orders over $25 shipped by Amazon
- The Little Stethoscope Tag,Steth ID Tag,Nurse Badge. 1. $10.99. Get it as soon as Tuesday, May 2. FREE Shipping on orders over $25 shipped by Amazon
- Stethoscope Tag,Steth ID Tag,Nurse Badge (Watercolor Heart). 27. Amazon's Choice in Stethoscopes. $10.99. Get it as soon as Tuesday, May 2. FREE Shipping on orders over $25 shipped by Amazon
- in A World Stethoscope Tag,Steth ID Tag,Nurse Badge. 4. $10.99. Get it as soon as Tuesday, May 2. FREE Shipping on orders over $25 shipped by Amazon
- BellBlow Stethoscope ID Tag - Personalized Name Tag- Handmade Nursing ID Charm-Graduation Gift For Nurse (Custom... 141. $14.99. Get it May 11 - 23. $4.99 shipping

### Your Browsing History View or edit your browsing history

Page 1 of 4





© 1996-2023, Amazon.com, Inc. or its affiliates

AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Mon, 05 Jun 2023 09:09:52 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

202.164.138.143

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

WBmKE4DFNVxIeGUXcmhIV9tboKJQvY0v93KPPPeYezvTA9QxpL/PblaMaEU45ssozstq3Fye3amPcMfWFavolvYV/wLoYYAy38HyAYbstzm/dnpa3nbn0NID37YthQ0rZDdZq8E9fYIZ2jZc0taOGC4Bt8YaeVvjBtEu6c8/fwCluR+QuUxpsUvWBDuBJJk0Gl/T/CQ4UP/
qDohe1B5ortRi7wflebexLot3H65tXABoHcE5Zjl5NZ9QhPL6wFGrEt9y34Ih/1CMSJcpJZ4V23zMMutMdO4a6J7EenqGDd50aGsQwWAW8LINdqGQTMNQasjUD57ga/u9rp8wD8WgkA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Mon,-05-Jun-2023-09-09-52-GMT.mhtml

**Hash (SHA256)**

60d3bd893044d290b54577c54b70935451c5cc03c673cc5c659d791ad2a612cc

**Signature (PKCS#1v1.5)**

mXj8hiVYbFix2xdL8r3UGvFgr7CKmOkNGFFPs+zNx9QXs4B1pHlDsx7wQuW1+9tDaEW+PLNi/W2DeOm8XtO/voaI2UrnxPbTlgzORFGRucsY2Gs8tAjsyKTmOyGNZkGERCcGwXzyLeRqrf6p+sqUBXbHLh705pmzUCnHmYjgXV544ujQ+rcsXXLDplHlfnP7JW1FKdvPHITwhq8B0icoaN1x/
lu9laTjesbZV7Bbd+fm8bxNPFgwV+PSAo8etKEyr1GMAgWlorvL/p9vK1tw6Usc53fNPKv4lTDzouvzFsHxhZrzZIm6I6g4EV7np3y9E4P0fWmalWB1KS1vm0tZ+A==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

**2 Payment method**

VISA **Visa** ending in 9985

Billing address: Same as shipping address.

Add a gift card or promotion code or voucher

Enter code | Apply

Change

**3 Offers**

Change

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you 30 days of Prime benefits for FREE**

Try Prime FREE for 30 days

**Estimated delivery: June 28, 2023 - July 20, 2023**

Items shipped from Galaxy Stick



**Funny Smiley Smile Happy Gold Star Cartoon Children Patch Embroidery Patch Iron On Patches for Clothing Embroidered Ironing Stickers Decorate Repair Uniform Costume**

$6.99

Qty: 1

Sold by: Galaxy Stick

Gift options not available

**Choose a delivery option:**

- **Wednesday, June 28 - Thursday, July 20**
  $3.99 - Shipping
- **Monday, June 12 - Thursday, June 15**
  $39.99 - Shipping

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

**Order total: $11.47**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $6.99 |
| Shipping & handling: | $3.99 |
| Total before tax: | $10.98 |
| Estimated tax to be collected:* | $0.49 |
| **Order total:** | **$11.47** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Cool Face Silly Funky Socks for Men Women Teen Kids Cute Fun Funny Emoji Smiley Graphic Cotton Crew Socks Gifts : Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/Silly-Funky-Smiley-Graphic-Cotton/dp/B0BL3V1KQB/ref=sr_1_52_sspa

**Collection Date**

Fri, 21 Apr 2023 08:04:13 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

mboNA3B58nmPS4E13qIl/Yi3OMeQrv6xxlYTVgtxTmPr4W+vKrtINWdNEOztGjBCXGBVw2DkhEKAfH8Y6qKTAP/dgKUf3wwS+KxuFprEaJKp8sYDEqTwxezxULa89hSArd/kgHK4O01jppxh/hmqmds19G3O7k7QUX4tbNmRZX4=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Silly-Funky-Smiley-Graphic-Cotton[fs]dp[fs]B0BL3V1KQB[fs]ref=sr_1_52_sspa]]_Fri,-21-Apr-2023-08-04-13-GMT.pdf

**Hash (SHA256)**

fd3b056f0b9730b1e2d1839fb2d92b96aa8a8a32bfbbc9e59a9902955de8fee0

**Signature (PKCS#1v1.5)**

hcuY8nU9UKTYgeQe66FXmKbZT4yhtTS9JEN2j6Z3NwomzSSodhOFyOBUMs+2hDMQRVzsVUV00niJUF1dPwtJV8kFj2F8GCC7MwHMcFfc5L3DsSdY/8F1sIYZpcQ39NGEMl3zL8M7nnPhpxVpp+IUHPJleLjWFO//C7KI3yQcIps=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Mon, 22 May 2023 11:46:43 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

j2jfgJ0ecs31ZWPys2jx5xWIg2bAL87EH0+fxIrcH8fv3CzEent86pP8+8zGxaqMhkSA+YYakv3EuaJKtzs60XgaHR0p2rscvXDgdPagVKJ9ntd42FBg2V+0IDDsJAhRfLEl+INFCidZil3YKryDrESGq4kwha5r2auESkT8j5862s6g9ZCAvAbpRStYNYF3ucnRY97OzZjC6/DgLjgcZmuh
+vMcT5WNdPHDLKEdxHjcq/L93TWGGaCgT8CBNkvT6z4p2dl2kytVBUVxkDnz2A07UT7JFdOgMQnPlJZ2igpoEom4kOkUTrZlX5L4bveY326O7ZqMBZ1yX+PlnYIi8w==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Mon,-22-May-2023-11-46-43-GMT.mhtml

**Hash (SHA256)**

c3e96f5b1ebcd5bb5db730d3f36330394f8797ce3e8969ace48e0a2fc98ea6df

**Signature (PKCS#1v1.5)**

go2tB0eu1PL1EoAIigmZq0J/geCJ16vNshvc7Y/AJfOETf5gpe8d4MEYQnRRJckq21rMzQ/pagpTHs/ktid4GxFMdy3bHMPMg7+kviNDGSS0/gVrRB04kMOGLpbNYlRnpykj1rdtVOprtI/3i4HB6xutjaRnv3K02L14cLPEOeJpEcZ53FxO/QYLnxJpe6uk3ewI5M8AQW/
JZvheCBFpr4dX65YqiqsdWvawlSWYw04wIaABS0FDR9hrGcilfE2W8iUa+U+IqqOIw96s5EkLsqsM5r7/I/eKgh5hClTHH2OGypeLWJkH0uG8fwvyDs2ww62q4U+c2CVBoR0ggjE3Lw==

amazon

## Checkout (1 item)

**1 Shipping address**

[redacted]

307 NE 1ST ST

MIAMI, FL 33132-2505

Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items ~~Thursday, May 25 by 8PM~~ **Tomorrow, May 23 by 8PM** for ~~$5.99~~ FREE

Get FREE One-Day Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: May 25, 2023** If you order in the next 16 hours and 13 minutes (Details)

Items shipped from Amazon.com



**Cool Funny Silly Funky Socks for Men Women Cute Fun Emoji Graphic Smiley Face Cotton Crew Socks Gifts**

$11.99 & FREE Returns

Qty: 1

Sold by: Ganegg

Amazon Prime eligible Join now

Add gift options

**Item arrives in packaging that shows what's inside.** To hide it, choose **Ship in Amazon packaging.**

Ship in Amazon packaging

**Choose a delivery option:**

- **Tomorrow, May 23**
  FREE One-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Thursday, May 25**
  $5.99 - Shipping
- **Tomorrow, May 23**
  $9.99 - Shipping

Place your order | **Order total: $18.82**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Get FREE One-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

### Order Summary

| | |
|---|---|
| Items: | $11.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $17.98 |
| Estimated tax to be collected: | $0.84 |
| **Order total:** | **$18.82** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Stainless Steel Gold Color Smiley Tassel Pendant Necklace for Women Choker Trendy Gift Fashion Party Gift Jewelry : Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/Stainless-Pendant-Necklace-Fashion-Jewelry/dp/B0C2L84PD3/ref=sr_1_10

**Collection Date**

Thu, 20 Apr 2023 06:07:10 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

nk6AcBYZsJmr2XO5Uqw6qFl00RVPrlRMkACU5h7/kViM1j6M3gz5oG3wjBzqf3vihVYhla1xOaG5z00CrJIzlmce1yJaxDauSuWuQtzP0sYvwk8wn4rBMj4GO9Rp8vMF8L7i9I570XiSNmQvEk+1D1zhQ1jMVXWcORAcnpQowI8=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Stainless-Pendant-Necklace-Fashion-Jewelry[fs]dp[fs]B0C2L84PD3[fs]ref=sr_1_10]]_Thu,-20-Apr-2023-06-07-10-GMT.pdf

**Hash (SHA256)**

4b043e1b91e985a625779f6f68f6f1b6f0cdef4538a47cffc36bf7584a11d009

**Signature (PKCS#1v1.5)**

YH02i9Jg5UJs0JQX5PHAa0GXvo/ufqF8Jz8SEHFuNzbem9maqRPbe6y/qUe5e/xcsvKPZ50eqqRr58X1myRQkN1tqMJIrqJJSQvHVWjRNuGDXig006OTUVSUxtWg+vTtHFBSRxe2rqs79griEsuY82MmY0FcuiTPigfZMmP3AJg=

amazon Deliver to Ozzie Miami 33132 | All | smiley jewelry | EN | Hello, Ozzie Account & Lists | Returns & Orders | 1 Cart

All | Clinic | Amazon Basics | Customer Service | Pet Supplies | Coupons | Household, Health & Baby Care | Beauty & Personal Care | Amazon Home | Home Improvement | Today's Deals | Find a Gift | Handmade | Upgrade to ad-free podcasts

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

amazon clinic Healthcare for common conditions, made easier Get started ›

Subtotal $14.99 Go to Cart

$14.99 Only 8 left in stock - order soon.

‹ Back to results

## Stainless Steel Gold Color Smiley Tassel Pendant Necklace for Women Choker Trendy Gift Fashion Party Gift Jewelry



Roll over image to zoom in

Brand: Generic

$20.99

Get $60 off instantly: Pay $0.00 ~~$20.99~~ upon approval for the Amazon Prime Store Card. No annual fee.

- Normally, You will receive the goods in about 7 to 15 days. Please contact me if you have any problem with your order
- STYLE: Fashion Trendy Jewelry, Ring, Bracelets, Pendant, Necklaces, Earrings, Geometric, Punk, Masonic, Biker, Viking, Nordic, Punk, Signet, Lighthous
- METAL: Making by High Quality material does not tarnish and oxidize. Keep glossy for lifetime
- PERFECT GIFT - Ideal gifts for Anniversary Day and Birthday, Christmas, Halloween, Dating, Graduation, Wedding, Engagement, Valentine's day
- MONEY-BACK GUARANTEE: Committed to providing good quality products. Confidence comes from high quality and our continuous pursuit for perfectness

Report incorrect product information.

$20.99

FREE delivery **May 15 - June 6**. Details

Or fastest delivery **Monday, April 24**. Order within 14 hrs. Details

Deliver to Ozzie - Miami 33132

In stock

Usually ships within 4 to 5 days.

Qty: 1

Add to Cart

Buy Now

Secure transaction

Ships from GAOCOI

Sold by GAOCOI

Returns Eligible for Return, Re...

Details

Add to List

Have one to sell?

Sell on Amazon

### Product Description

- Occasion: **Anniversary**
- Shape\pattern: **Geometric**
- Material: **Metal**
- Style: **TRENDY**
- Gender: **Women**
- Fine or Fashion: **Fashion**
- Color: **Gold**
- Style: **Fashion Trendy Vintage Punk Romantic Bohemain Elegant**
- Style 1: **Tempe ent Contracted joker Simple Minimalist**
- Item:
- Item 1: **Clavicle Necklace**
- Item 2: **Long Pendant Necklace**
- Item 3: **Sweater Necklace**
- Item 4: **Skirt Necklace**
- Item 5: **Shirt Necklace**
- Occasion: **Gift Wedding Anniversary Birthday Party Banquet**

### Product information

| | |
|---|---|
| Department | Womens |
| Manufacturer | GAOCOI |
| ASIN | B0C2L84PD3 |

Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

Feedback

Would you like to **tell us about a lower price?**

## Videos

Help others learn more about this product by uploading a video!

Upload your video

## Looking for specific info?

Search in reviews, Q&A...

## Customer questions & answers

No answered questions yet

Post your question

Typical questions asked about products:

- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

## Customer reviews

| | |
|---|---|
| 5 star | 0% |
| 4 star | 0% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 0% |

How customer reviews and ratings work

No customer reviews

### Review this product

Share your thoughts with other customers

Write a customer review

### Inspired by your browsing history

Page 1 of 5

### Additional items to explore See more

Page 1 of 5

### Your Browsing History View or edit your browsing history

Page 1 of 4

Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell products on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a package delivery business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Your Recalls and Product Safety Alerts
Help

amazon English United States

Amazon Music Stream millions of songs | Amazon Advertising Find, attract, and engage customers | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Sell on Amazon Start a Selling Account
Amazon Business Everything For Your Business | Amazon Fresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Experienced Pros Happiness Guarantee | Amazon Ignite Sell your original Digital Educational Resources | Amazon Web Services Scalable Cloud Computing Services
Audible Listen to Books & Original Audio Performances | Book Depository Books With Free Delivery Worldwide | Box Office Mojo Find Movie Box Office Data | ComiXology Thousands of Digital Comics | DPReview Digital Photography | Fabric Sewing, Quilting & Knitting
Goodreads Book reviews & recommendations | IMDb Movies, TV & Celebrities | IMDbPro Get Info Entertainment Professionals Need | Kindle Direct Publishing Indie Digital & Print Publishing Made Easy | Amazon Photos Unlimited Photo Storage Free With Prime | Prime Video Direct Video Distribution Made Easy
Shopbop Designer Fashion Brands | Amazon Warehouse Great Deals on Quality Used Products | Whole Foods Market America's Healthiest Grocery Store | Woot! Deals and Shenanigans | Zappos Shoes & Clothing | Ring Smart Home Security Systems
eero WiFi | Blink | Neighbors App | Amazon Subscription Boxes | PillPack | Amazon Renewed

Conditions of Use Privacy Notice Your Ads Privacy Choices
© 1996-2023, Amazon.com, Inc. or its affiliates

AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 18 May 2023 08:16:19 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

CQPheMLfGAwcWMaIcfoKGp5qaHrDNEG4YfrQ5RElwd9yOkWJX2aPpG0gP5Wl4vna3mERrLi46fmmdhrSNziT6Vj5fhDmSeQmAFWr2mRBjNiGzMdQ2FF4BDqpBnz29kgggGs5iXJBYSYAYSseg1HXxyx4oDj5MEwruWl2FRXVSeUgd4E13dRXRxdFbS4i9YMwD6SGVypy3es4h1ExiyVShAVT
qTRkKuQ6hzJezgwgv1R1QvdNt4SKPvMwFyuXB00EH2JDP6KV4wSlf+arq2Nx2oriD1ETHZbqY7lN7HqX//+wmcelo4fgaHE4X70ZcjEsV/aMCjB2x8UHTNk+ekQW+g==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-18-May-2023-08-16-19-GMT.mhtml

**Hash (SHA256)**

d835a208d1061351e288bed68cfbb1dd79f61d69e1f5cc4f6fa647ecb91fd1a7

**Signature (PKCS#1v1.5)**

b86c3tCJ9riT47xD5C/V3/S9VcjYG+gyzTxKodZDZ+AwkRbswVjQZwFdMZsY9d4cZjjDY+OEaS+G+wxdcj4kDPkL6beu43r/FyhBazV3G/zCw5Jptd8prc1jm7k3CEG27qkMj9Ao0PD7qI5PQaC/XKhu8XQaZPB5bYrg+kVOqGSPpRM9XB1AYOfXdC1JWHyeqNf5GOqGZmJ/
PtbrXjp0D1k2Ep3xAisZpxoHN3fjSaOiGQMK8iB4CS+OqGRfoDkTGsVQNcOCL3Ub5iKpA+Ek2FdDNoa0nx4J3WYsDLBxmFJFqrt9R4yTk3c3fKjnkV9V1t0inWyYV4h0YUcN4h333Q==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Change

**2 Payment method**

VISA **Visa** ending in 9985

Billing address: Same as shipping address.

Change

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you 30 days of Prime benefits for FREE**

Try Prime FREE for 30 days ›

**Estimated delivery: June 14, 2023 - July 7, 2023**

Items shipped from GAOCOI



**Stainless Steel Gold Color Smiley Tassel Pendant Necklace for Women Choker Trendy Gift Fashion Party Gift Jewelry**

$20.99

Qty: 1

Sold by: GAOCOI

Gift options not available

**Choose a delivery option:**

Wednesday, June 14 - Friday, July 7
FREE Shipping

Place your order

**Order total: $22.46**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $20.99 |
| Shipping & handling: | $0.00 |
| Total before tax: | $20.99 |
| Estimated tax to be collected:* | $1.47 |
| **Order total:** | **$22.46** |

How are shipping costs calculated?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com: Smiley Face Beads 100Pcs Spaced Beads for Bracelet Necklace Charm Jewelry Make : Arts, Crafts & Sewing

**URL**

https://www.amazon.com/Smiley-100Pcs-Bracelet-Necklace-Jewelry/dp/B0C2K8GBVN/ref=sr_1_106

**Collection Date**

Wed, 14 Jun 2023 11:38:36 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:36::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

ifRWb2f87KjzJpYu1JcLaeTbY+fGUg+t8cq/pjKcPngFzjTb8zZZsS8koD0misvxQU4z+2MUic1xB3XuG+guFt57QAIWJbbne5oLfAb6Wkqhb0CHitkn6OJTf2b20t6jWco3S8gZ183FWjm85eeaQ9Az6JXkHUGhHnfJK9Wq4Ks=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Smiley-100Pcs-Bracelet-Necklace-Jewelry[fs]dp[fs]B0C2K8GBVN[fs]ref=sr_1_106]]_Wed,-14-Jun-2023-11-38-36-GMT.pdf

**Hash (SHA256)**

ad982420457fc811eb260db1e801d35243e3544fce3b4c6e1a20c8f1a70a2701

**Signature (PKCS#1v1.5)**

SKRArp12i+aVU5MbouFktREzs/54aw7VHKhCUdYv6VPvJsf9lh/s6dtMRJt4tYRRQf9ESjP9QHRcCZGXCkiG1V3ZfrhJrwQdK4U2HN/oaQXxj9ZZ0MMGCUpUgRKq/jVGWKXMPtK7+zOBC+rCwoaahkzK+QZWjGAeMB6gG3cCqpg=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 15 Jun 2023 11:12:34 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

202.83.41.44

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

lMQkFWB2QVOkBOYvUJK8pzoa3K1HXJtr/0GmGgvxjEtNIrHpZEvA7lvtvA5t1RruMIPCR5U0ryxiQ50D3U+Lh06IsC96u6csKXbDGB3OWhKYlGYf4h+7qQWry48TOfYyNoaGJkk8N5ZlPYGPZypThUi5yeX6MUtAd+rRNImTybC3ua6CY2IRtKaXuWQZtpDESEw
+R35G0MYp5hnuXL6H74jbew6Y4ooFzd1eL5IwKBw+POCXcmLxgJX7ui6b2lQ4wnqyXCy+RuiofTGHsQURdlasKtJBClDvcQPDB46xm5wmQmnwdSG+c3lv8v4UtfW0Q6VFwSZlWXuC8e4w4xSPaA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-15-Jun-2023-11-12-34-GMT.mhtml

**Hash (SHA256)**

99cd1c413fa700b18410920fb4e98e68844aa82c1d9bad3c2da146b15dad0c5f

**Signature (PKCS#1v1.5)**

fomP5bK6rfTnvsgq1NmdIAmjFKcCYOeS56beFCgXqm
+47asi1P9wAKugNa6tDD6RmuNTxW4DHbXjK6py5rkUsITiWuOubxCGUhzmCaXkLH6EMJOkOEGhWiHtXnNN0dYUGwqwbaiAPMy69vlwXOFb7mFWZxLQAEd8+OJRZDlRTZn3TJIAowcofxWLkTovnb59UygQSkYFGx1oxZ6Qj9UnGpNgnqDVmFB/
NoMff96gYYYj7EC67TG986Ym5pwzkMGhBMf7sfvQPrzM4m+rUbz6qscwz299kUXAgbaS3DNgqutLWNdhUPzwFWYvIugjMoAqE9rJpckyG/uoqJ6AjpR34g==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code Apply

**3 Offers**

Change

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you 30 days of Prime benefits for FREE**

Try Prime FREE for 30 days ›

**Estimated delivery: July 13, 2023 - Aug. 3, 2023**

Items shipped from Garden-YCT



**Smiley Face Beads 100Pcs Spaced Beads for Bracelet Necklace Charm Jewelry Make**

$2.58

Qty: 1

Sold by: Garden-YCT

Gift options not available

**Choose a delivery option:**

- **Thursday, July 13 - Thursday, Aug. 3**
  FREE Shipping
- **Tuesday, June 27 - Friday, June 30**
  $25.00 - Shipping

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

**Order total: $2.76**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $2.58 |
| Shipping & handling: | $0.00 |
| Total before tax: | $2.58 |
| Estimated tax to be collected:* | $0.18 |
| **Order total:** | **$2.76** |

How are shipping costs calculated?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.