AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com: Cute Smile Face Small Stud Earrings Fun Round Happy Face Stud Earrings Trendy Summer Jewelry Gift for Women Girls : Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/Smiley-Earrings-Trendy-Summer-Jewelry/dp/B098RSHMLR/ref=sr_1_75

**Collection Date**

Wed, 10 May 2023 05:23:25 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:93::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

gvknINWeFnG6gFUzsK5jQ+srVUTakNGGLU22n3TBqiOXn0MncUsWFnf/+E2I/pu5h8ix7yvtkLJPzvx5z4lKCJ7pzxr3psTnaj+o7hdNaj/akFZgJNkjiTg4/vt8pNmiXsfjsE2gZG4V4e5d8vqI7GUObly45/qaYK51ZjwanMA=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Smiley-Earrings-Trendy-Summer-Jewelry[fs]dp[fs]B098RSHMLR[fs]ref=sr_1_75]]_Wed,-10-May-2023-05-23-25-GMT.pdf

**Hash (SHA256)**

dbc19ec0d516bae16d6e77d8abf8c04214ee72893aa1f43d0743447bff87b3d4

**Signature (PKCS#1v1.5)**

S/XJlkr14iu13WfYYh3RKK2tPvCCI92zplG6R75Ju1TwPByTDwkzS/jwaEjtmr5ulw5ztVzVcCDqKoleAD5XrKyl4idgvDngB9mWkUaQbyR/pL7u/DgAlBW73RqjbO//A8L7B8ofvEa9bnt6BsReQM1ZYbRlq+6KXs1ILy4r1W4=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Wed, 07 Jun 2023 07:28:56 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

111.92.118.122

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

XIXjGyDAKN6GrpTXcaZwntzdDhcHdZEOPHHaqfk78mTZpzmqMEMUaL0V08Fanwj9SB6pxYXMQoPbRYWY85LFm9W7r5Y+t5uCG4+si2HT2YN8j51kK+HyJddXQIL60lzaJiQ7lFVUa+eGHwUuBV2a21eC9DI5kLLwJiEU4UC84ogMfy0zxRljMqqyZKNZg6RzPIsypvh/
BrymgHWP9EzG97ts2hOkMssNbvAElXhoCPVG6erwLDxyZH6MFhA77xguLyvqNzn+uOzxs/+l/AqdwCUYt4HRL2FX3h1nP9z57sQ2cewOlyagkpXQeMjz0TQt6951wm9cWJJeuT/dQFRMCw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Wed,-07-Jun-2023-07-28-56-GMT.mhtml

**Hash (SHA256)**

2e3c299dd6e78e51bf9e7ef8edfb570a6eb0f119bcc64cbe0689009e4511bdc3

**Signature (PKCS#1v1.5)**

LTdSAoTjK6iKhf8YMNKWER77MHtKL3gZ45eugS5sUV0Nigkf78SG7JqC+8JE81H21t4vjJp2PqmPqfCGv3fJsLEspYO6m9S5bVY8vjRpqfbKCf0m9i4FKeaV6zKx+C3rC7yj/
mkTltB9zcOus2D7hhkpokqsN1yuriQVes2oZnfuspRgKFsqntWfEGWYq35QDL7iDxAow3Xa1zYeVDvY7BAO0cljswRdElV09SlKlnCskQ3Jcj5Y81OF/o3cj9Xp4Aqm0en5bSc+SNDNs/h9ZzL8tGyOrC5irWHuSdW2nc3tk+MQLZxZ7XOysTUmCv1GnSn1gttHC0Iwe3HozvyCTg==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

Or pick up near this address - See nearby pickup locations

**2 Payment method**

VISA Visa ending in 9985

Change

Billing address: Same as shipping address.

Add a gift card or promotion code or voucher

Enter code | Apply

**3 Offers**

Change

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items ~~Saturday, June 10 by 8PM~~ **Friday, June 9 by 8PM** for ~~$5.99~~ FREE

Get FREE Two-Day Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: June 10, 2023** If you order in the next 3 hours and 46 minutes (Details)

Items shipped from Amazon.com



**Cute Smile Face Small Stud Earrings Fun Round Happy Face Stud Earrings Trendy Summer Jewelry Gift for Women Girls**

$12.99 & FREE Returns

Qty: 1

Sold by: GBLW Jewelry

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

- **Friday, June 9**
  FREE Two-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Saturday, June 10**
  $5.99 - Shipping
- **Friday, June 9**
  $9.99 - Shipping

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

**Order total: $19.89**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Get FREE Two-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.**

Try Prime FREE

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $12.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $18.98 |
| Estimated tax to be collected: | $0.91 |
| **Order total:** | **$19.89** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com: Publi Smiley Face Nail Art Stickers Decals Halloween Grimace Graffiti Fun Charm Nail Supplies 3D Self-Adhesive DIY Nail Decoration for Women Girls Men 1.0 Count : Automotive

**URL**

https://www.amazon.com/Publi-Stickers-Halloween-Self-Adhesive-Decoration/dp/B0B8GN6W3K/ref=sr_1_73

**Collection Date**

Wed, 14 Jun 2023 09:22:39 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:36::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

f0aueR5ZPW/aMP6/1vLf5sFMLI9yUQ2SjU1JaK/XEZ0/24xO2ienzMsaXaMcOettQBM7X+6ifPZqKzCH6P9h/hgNiTTg5op/9nnt91sAyLfpAX4PHYJ1GugygGTyKiCUbSnUw/v+1SxsDsUpQzkK5fYml55aFzPrM0aJJlZ4aRE=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Publi-Stickers-Halloween-Self-Adhesive-Decoration[fs]dp[fs]B0B8GN6W3K[fs]ref=sr_1_73]]_Wed,-14-Jun-2023-09-22-39-GMT.pdf

**Hash (SHA256)**

2ac0abc69a43bff62fed4bfebd8ef50cc990e81cc772c72cc9082cd6292fe531

**Signature (PKCS#1v1.5)**

eS37oZpcHXsLIPQr48OHyMwPJThTv3Fm3YHd7/3c507ZZsBoCiq4R/FJVky/fxEfUzkGvFA770q/j+xdq+OQMQbnuqZb6IkuyQ34EuEadmeVhu8PmHTAe87le9ia4N2pVaMGpXSBqVXacKE0FC1cL6YOsBjPz/DvhZWFCvxlJKg=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Wed, 14 Jun 2023 16:36:19 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

202.164.131.66

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

mL50t9DSlIPW69GLAuVaj5IJZlXbJg58X2Rj0IhjZxP6aTnZKKOFxCxSmfOW754tgMEvmOYTENaeeKGVTLZTP9fzDs0M/FZnPQ39MjKOzxSy1z5RDlJdnhufojZ+FQd4wEgzEmnwDHtZI3YfpwtUt2bhuQvjoKMR5CT3AFz1YY4J0UBoH7MDQ1QBAh
+t81prvRpAgSLH11fS7IToYbbtfeYwXFP8TKeT+OIP0idyaEJYELWcMflzTsuu8Wa9ioajOZbHApaEX8ccppEszP7exUt02CkYJ6iQSRpZFoZfPNYahJTLapwrqUYxBaygBOi6j905VtsxR4k3B+9ovf84Fw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Wed,-14-Jun-2023-16-36-19-GMT.mhtml

**Hash (SHA256)**

acaa39960dada386852203979725d6963df8be9af83ba9e4e6a18a90fdbb306f

**Signature (PKCS#1v1.5)**

IiuqyKXfI/KgKOpnl88W4w3ANe3Z0GDoEOcIx770Y9Us7ePNmaTNgahWNfCNY0g5JBgHLGjBcc43COkq0s8kEE3sPOBbFL8p/s4254PmES9oCK63IjhLQAOFEPNIdF1Xw4X7KGHR9IsmSMHUUN3RbFlQihnhUkSOUJ6wLGaBKA9OiSbnyHCSdpCMjNXChKnnt7nJeDZqOHt7RTKxaVn9ToF8s
+YfBxVfsNnZVWPGObtATPHbsJYMZfE6VNCSkaSOQsjJKawye0p4GhFWHLrCosAVKNhzIqN/KpgOzCJrgF1e07ws9/T7cK63K0VlTfDRx4yFsoNyV/E3TA7aDKxHEw==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

**Or pick up near this address** - See nearby pickup locations

Change

**2 Payment method**

VISA **Visa** ending in 9985

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

Change

**3 Offers**

Change

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items with your 30-day FREE trial of Prime

Get FREE One-Day Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: June 15, 2023** If you order in the next 11 hours and 23 minutes (Details)

Items shipped from Amazon.com



**Publi Smiley Face Nail Art Stickers Decals Halloween Grimace Graffiti Fun Charm Nail Supplies 3D Self-Adhesive DIY Nail Decoration for Women Girls Men 1.0 Count**

$5.98 & FREE Returns

Qty: 1

Sold by: GClook

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

- Tomorrow, June 15
  FREE One-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- Tomorrow, June 15
  $5.99 - Standard Shipping

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

**Order total: $12.39**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $5.98 |
| Shipping & handling: | $5.99 |
| Total before tax: | $11.97 |
| Estimated tax to be collected: | $0.42 |
| **Order total:** | **$12.39** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com: Kalolary 90 Pcs Smiley Face Charms Pendants for Jewelry Making, Colorful Alloy Enamel Happy Face Smile Beads Charms for Making Crafts DIY Bracelet Necklace Earring Keychain for Women Girls : Arts, Crafts & Sewing

**URL**

https://www.amazon.com/Pendants-Kalolary-Colorful-Bracelet-Necklace/dp/B09DGHP7BV/ref=sr_1_54

**Collection Date**

Wed, 14 Jun 2023 11:10:29 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:36::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

J54GMJawpVFVtjc9hEX5S0bQg0BsXtNfN+P1iPr45+Bo/RhGSB6Cn2BKVC02Ysy4gbiKVaQA058B6MLqJMObIriZypVHHorIP8CQy/ymAn1D2PouV0kTtsJdgz/wdt8XSDI58lGVvQtMwDWa8c37kiRCWDwbsihXmg4zUt0ujJs=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Pendants-Kalolary-Colorful-Bracelet-Necklace[fs]dp[fs]B09DGHP7BV[fs]ref=sr_1_54]]_Wed,-14-Jun-2023-11-10-29-GMT.pdf

**Hash (SHA256)**

908504549cf061f0efe0729c812dcf078af33bdfb3bf01b9f02135191ee6fa9e

**Signature (PKCS#1v1.5)**

iPX0PXPrhEVItZfAiv87rumUa22CeDdDrOUgrheVTCTGSzE9oeQ6R7u3/rm+0y2pnQW3yu1ljdYXLCO25Vv4sxbWNeG3sjZuZNfDpEra1OAyWyuuhDIAM01q9GdT9XCOgsN1w0nIpHQtfuMTyHbI11xu+TPowHN3jImymTVJtvc=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 15 Jun 2023 08:56:26 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

202.83.41.44

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

mQsGy0PNTLOJCyJl8SLroCW0BzjrEBwttmoUjvS5GAZsJXYd9FQsXnmewwSBbxJvRDjZyMxXLPZvEU/8uBmO09NJrBab7jv0YZeIGYcnteYtz8sO1PW4dgWjqLfVj/oPcKiodIpr9YIOXBXoK/FvOjqIxurm0y5sfXwNSRigGLSgc27IE9vvgnGLAgi8rgO3d+LEH7xmXx/
jPrg4xhDpnaMdKcxWG90jJCDCn9pWb0Sa1x351s/Uu/vITsKuyuYvjTGTteWidWdhADpmUidllqbA11BQIiP8reLg9xNYUM2WixppM9VRjAFdkdZq1SYGrwQjB8Ttr1RlwATalAHIpA==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-15-Jun-2023-08-56-26-GMT.mhtml

**Hash (SHA256)**

5f855ca97af151b6fd18887dbac8eb55cb22d084dd38e7ad1598ac69f63d17b5

**Signature (PKCS#1v1.5)**

SGO7OwHhYYrBIyIw7UfIRTLwRd0jtWkoNLjamLpe++NZQAM2ezIKRxI1fYe/qfI059oymyDOVo0CmOPUH6ezPPoJs6dL6Ao1rZFIrIUwJtvA7ik+Zj4hKECQ/NESn7kIMNvcrNcPX70yXMjXCwwvUbK6qvnDXQGQbB0nAyvELgJ9PglIo0xCfEWcEgVDXDGzcic4bfdaV9GKH0j/
V7a4+goK5d/0vHYN8UkdukHHUv1Kh7Ko0PjTg5pBblEgiBZyitGWA9UAq4fOPB/NYg0DZx8yWIFpiyxjFMw6Mqpxx++Alaw/7i/FkNDhSLmojrpwQNVC/voiufNRZz0QK971dQ==

amazon

Checkout (1 item)

1 **Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

2 **Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

3 **Offers**

Change

4 **Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items ~~Sunday, June 18 by 8PM~~ **Tomorrow, June 16 by 8PM** for ~~$5.99~~ FREE

Get FREE One-Day Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: June 18, 2023** If you order in the next 19 hours and 3 minutes (Details)

Items shipped from Amazon.com



**Kalolary 90 Pcs Smiley Face Charms Pendants for Jewelry Making, Colorful Alloy Enamel Happy Face Smile Beads Charms for Making Crafts DIY Bracelet Necklace Earring Keychain for Women Girls**

$12.99 & FREE Returns

Qty: 1

Sold by: Gedol US

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

- **Tomorrow, June 16**
  FREE One-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Sunday, June 18**
  $5.99 - Shipping
- **Tomorrow, June 16**
  $9.99 - Shipping

Place your order

**Order total: $19.89**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Get FREE One-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $12.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $18.98 |
| Estimated tax to be collected: | $0.91 |
| **Order total:** | **$19.89** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Diamond Smiley Face Rings Cute Happy Face Ring 925 Sterling Silver Plated 18K Gold Preppy Jewelry Gifts for Teen Girls Women Size 5: Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/Diamond-Smiley-Sterling-Silver-Jewelry/dp/B09XHR845M/ref=sr_1_44

**Collection Date**

Thu, 20 Apr 2023 06:50:57 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

r7eGoOS/scLUl7tbUUnyowIh1ZhO1J6Vqi2aKUx/rspZ77asnxbyn9xT5h8C9nj7nl4nMBcaq7VbD6rm4MPfjT4Jc5EqT3DxqfzMbe5Es2eDd4INP6P+2PZeLuRsrN7Ibuw5/lhZX0Q5/vq5LloZAEpJm0dRXxCwr974d9CbWo4=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Diamond-Smiley-Sterling-Silver-Jewelry[fs]dp[fs]B09XHR845M[fs]ref=sr_1_44]]_Thu,-20-Apr-2023-06-50-57-GMT.pdf

**Hash (SHA256)**

803fb2450815cdb66d656d3e5ea968b68f482ef2c1866fbda9cc7922d0d4161b

**Signature (PKCS#1v1.5)**

e7at39YHOTGJpU/ETd4ydEh3QGmnHD4/iQkp6fJVjNkjl/6/Ou5gWFJhgrdKWQJPXTJGfhHHQtz5ie7GcwC2WynRvQzMW7bOt7KZ0cl23+LooOmiaQ3MhPyU05rFTbRfui5HDWoJBozlM4uFTph3Rmx7JtniG0N+Rgky2wVh10Q=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 18 May 2023 23:24:25 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

M4vCXwEL3cVz2QbJ1iTHenvCAg/ZygJNlYmqxX3XRSq7VufQY1cIbAjITp+kggU4E6tYFGNIa5KE/iHBk8RB+HnZM8IHUba5DfKnJxigyHIke2H2drjgIY+iSjwAbe9Z1TliPnAs6T/ZP9f+leLDmssp7wlGqpQ+YIGsJ+VZo9S0fVFRHCrv27tUn2j8V5DCeFA+9/3z3OBxZTAenlF+vFrEoa/
GoqFNw/7MIoVAbin5Poj//vN/YokfTTdZf0syFVitTUD27PUZBAACJBpB4xrUCToXovrgOaYr8CRKvpAkBlL33ZI5LfZeRwaaECXx2cocKBrDyPTsjPkfwyN8lg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-18-May-2023-23-24-25-GMT.mhtml

**Hash (SHA256)**

8bdcc12a941a9a40a2f71a96a3f15e2b32e06cab2f7a821425fdcf31fdb47574

**Signature (PKCS#1v1.5)**

fcUf21LnK5L4A2rGxYXRnA7j8NTJhSyWYoZk1Thw0COwPtCC2ylAAZ5XYtZ0hoj2sDnRcb2oF9POkqvtRgSc+uhBCMSrQZLmIDgQwFbQrepAqP4BvO0jCO8hDbLlhpzYtgHk374Pp0cF1vPJLsymTIJi1L6HxUOlxwur6JY6tLhRQjoQDIGDR9rw+A9KttC/AJmjXJo6DwkMdbHCwKB/RUDktZSj9/
BGqVVfqelDlm73olb+G8LCQSgvwadvAL2FaSH1VCds9Mz9I6VK4nfVrVGlGoSRl+vZtPm0aaSPZSxYYHXGXvmTcFVnN8rro+EFwhPaImFWfJoMXiQ8RMv6dw==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Change

Or pick up near this address - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items ~~Monday, May 22 by 8PM~~ **Sunday, May 21 by 8PM** for ~~$5.99~~ FREE

Get FREE Prime Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: May 22, 2023** If you order in the next 14 hours and 20 minutes (Details)

Items shipped from Amazon.com



**Diamond Smiley Face Rings Cute Happy Face Ring 925 Sterling Silver Plated 18K Gold Preppy Jewelry Gifts for Teen Girls Women Size 5**

$54.99 & FREE Returns

Qty: 1

Sold by: GEM FOREST

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

- **Sunday, May 21**
  FREE Prime Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Wednesday, May 24**
  FREE Shipping
- **Monday, May 22**
  $5.99 - Shipping
- **Sunday, May 21**
  $10.04 - Shipping

Place your order | **Order total: $64.83**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Get FREE Prime Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $54.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $60.98 |
| Estimated tax to be collected: | $3.85 |
| **Order total:** | **$64.83** |

How are shipping costs calculated?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com: Gemyth Smiley Face Layered Choker Necklaces For Women, Dainty Layering Paperclip Chain Necklace Stainless Steel Adjustable Round Smile Necklace (silver-green): Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/dp/B09JSQM1XY

**Collection Date**

Thu, 18 May 2023 11:21:51 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

CmfXDRtYJ3DPuRy9MCAI9SWX3wqrAUOBhkGF560Txgewn9Hid6Lfad4oIcrgNAVfC8+dthv4/Q2E335hDo/pQp1DGgGLgAUbzMlKWBDG7rrwbaYcAXsrAlWqUTaa5LgiviIRjghGx0CpSc6G7a9NDe7meJ6jZjw2RvAZQNJAag8FTXrUXoNNKTPpwMZNhfBTZY2UcxlpQ
+j7CczXg3VZzZbSX4tJp1EFoLdiNGIZb2siVbbk4huMHtI8Ij8cJgXKfmJ5QkLtUoAo+QQ3OJsvlh9JtdpKTNRL3PnXPQNpROVmMI2yv+1+rw8dGzpt8rtJ7B9lSJutwsn/uagZzfhAwA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B09JSQM1XY]]_Thu,-18-May-2023-11-21-51-GMT.mhtml

**Hash (SHA256)**

ea170210b1c103de43bd194a460c672b1256fd20304324fd8dbe2b4570f576a9

**Signature (PKCS#1v1.5)**

eXlx2M9rJB2wY7pm9lLpX3BOXj/Za+SsozXHdKHa8YWz4sbxiJTa6jn6ZnjbS33lO/lExavgLqnWFoAYRd2FeLWg8GAtH7kbBs1rsE2/XNkA1CNdI4BfwxKBTDLqNdxJ53cxFDBFp9AO7ZtYip1/26z70ch9CGtiZB+0KZMfQzPc26VCI5KIuxmugR3oP/me5LI+pt3Vk4X/moTvtR8ZFx6c/9/
JKnSqYelm8+vsJkVNp6OwydNQSV0WIR974iedz6JeCD6yAhGzi6L0cdJiFMErXdHPI1bKgl94ldM0pwBHMF8or9n1wAB0e1rV8wAI3RTu7t+qSJTsWGp5LaRedg==

amazon | Deliver to Jade Miami 33132 | All | Search Amazon | EN | Hello, Jade Account & Lists | Returns & Orders | 2 Cart

All | Amazon Basics | Customer Service | Amazon Home | Pet Supplies | Beauty & Personal Care | Home Improvement | Health & Household | Coupons | Shop By Interest

Subtotal
$31.98
Add $15.01 of eligible items to your order to qualify for FREE Shipping.
See details

Go to Cart


$9.99

1


$21.99

1

**Amazon Fashion** | Women | Men | Kids | Luggage | Sales & Deals | New Arrivals | Our Brands | prime try before you buy

Clothing, Shoes & Jewelry › Women › Jewelry › Necklaces › Chokers

## Gemyth Smiley Face Layered Choker Necklaces For Women, Dainty Layering Paperclip Chain Necklace Stainless Steel Adjustable Round Smile Necklace



Brand: Gemyth
4.6 ★★★★☆ 24 ratings

$11.99

FREE Returns

Color: silver-green

$11.99 | $11.99 | $11.99

- LAYERED NECKLACE: 2Pcs Layered necklace, adjustable paperclip chain choker necklace,suitable for wearing alone or layering with other dainty necklaces.
- Material:Stainless steel / Gold plated stainless steel paperclip chain layered necklaces with stainless steel smiley face pendant ,color will last a long time without tarnish. Hypoallergenic, Nickel-free and Lead-free, will not irritate your skin.
- SIZE:Size of the smile face pentant is 0.63"; size of the smiley face paperclip chain necklaces is 18"+2" extension, and the layering paperclip chain necklace is 16"+2" extension, perfect dainty layered necklaces necklaces for women /girls wear.
- Perfect Gift : the colorful smiley face necklace is a unique motivational gift for your family and friend. It's a great gift for giving daughter, granddaughter, sister, mom or anyone special in your life. Best birthday gifts, Mother's day gifts, Valentine's day gifts, Christmas gifts...
- Great After Sale Service :Committed to Provide High Quality Customer Service, If you have any problem,Contact us Freely and will offer solution to give you a pleasing and worthy purchase.

Report incorrect product information.

Add your 30-day FREE trial of Prime and get **fast, free delivery**

Delivery | Pickup

$11.99

FREE Returns

FREE delivery **Wednesday, May 24** on orders shipped by Amazon over $25

Or fastest delivery **Sunday, May 21**. Order within 2 hrs 25 mins

Deliver to Jade - Miami 33132

In Stock

Qty: 1

Add to Cart

Buy Now

Payment: Secure transaction
Ships from: Amazon
Sold by: Gemyth
Returns: Eligible for Return, Refund or Replacement within 30 days of receipt

Add a gift receipt for easy returns

Add to List

## Styling ideas




**True Religion**
Women's Stella Mid Rise Skinny Jean
★★★★☆ 6
$79.68


**Shein**
Women's Guipure Lace Ruffle Trim Long Sleeve..
★★★★☆ 114
$16.99


**Soda**
Indiana Women's Faux Leather Lace Up High...
★★★★★ 1,257
$30.00

## Product details

**Department** : Boys

**Date First Available** : December 29, 2021

**ASIN** : B09PCY1L4D

**Best Sellers Rank:** #1,584,908 in Clothing, Shoes & Jewelry (See Top 100 in Clothing, Shoes & Jewelry)
#6,484 in Women's Choker Necklaces

**Customer Reviews:** 4.6 ★★★★☆ 24 ratings

## Videos

### Videos for related products




Upload your video

## Looking for specific info?

Search in reviews, Q&A...

Typical questions asked about products:
- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

## Customer reviews

★★★★☆ 4.6 out of 5

24 global ratings

| | |
|---|---|
| 5 star | 63% |
| 4 star | 30% |
| 3 star | 7% |
| 2 star | 0% |
| 1 star | 0% |

How customer reviews and ratings work

### Review this product

Share your thoughts with other customers

Write a customer review

Top reviews

### Top review from the United States

Brooke

★★★★★ **AMAZING**

Reviewed in the United States on January 31, 2022

Verified Purchase

cutest necklace ever

Helpful | Report

**See all reviews ›**

Back to top

amazon | English | United States

Amazon Music Stream millions of songs | Amazon Advertising Find, attract, and engage customers | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Sell on Amazon Start a Selling Account

Amazon Business Everything For Your Business | Amazon Fresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Experienced Pros Happiness Guarantee | Amazon Ignite Sell your original Digital Educational Resources | Amazon Web Services Scalable Cloud Computing Services

Audible Listen to Books & Original Audio Performances | Book Depository Books With Free Delivery Worldwide | Box Office Mojo Find Movie Box Office Data | ComiXology Thousands of Digital Comics | DPReview Digital Photography | Fabric Sewing, Quilting & Knitting

Goodreads Book reviews & recommendations | IMDb Movies, TV & Celebrities | IMDbPro Get Info Entertainment Professionals Need | Kindle Direct Publishing Indie Digital & Print Publishing Made Easy | Amazon Photos Unlimited Photo Storage Free With Prime | Prime Video Direct Video Distribution Made Easy

Shopbop Designer Fashion Brands | Amazon Warehouse Great Deals on Quality Used Products | Whole Foods Market America's Healthiest Grocery Store | Woot! Deals and Shenanigans | Zappos Shoes & Clothing | Ring Smart Home Security Systems

eero WiFi Stream 4K Video in Every Room | Blink Smart Security for Every Home | Neighbors App Real-Time Crime & Safety Alerts | Amazon Subscription Boxes Top subscription boxes – right to your door | PillPack Pharmacy Simplified | Amazon Renewed Like-new products you can trust

Conditions of Use | Privacy Notice | Your Ads Privacy Choices

© 1996-2023, Amazon.com, Inc. or its affiliates

Goodreads Book reviews & recommendations | IMDb Movies, TV & Celebrities | IMDbPro Get Info Entertainment Professionals Need | Kindle Direct Publishing Indie Digital & Print Publishing Made Easy | Amazon Photos Unlimited Photo Storage Free With Prime | Prime Video Direct Video Distribution Made Easy

Shopbop Designer Fashion Brands | Amazon Warehouse Great Deals on Quality Used Products | Whole Foods Market America's Healthiest Grocery Store | Woot! Deals and Shenanigans | Zappos Shoes & Clothing | Ring Smart Home Security Systems

eero WiFi Stream 4K Video in Every Room | Blink Smart Security for Every Home | Neighbors App Real-Time Crime & Safety Alerts | Amazon Subscription Boxes Top subscription boxes – right to your door | PillPack Pharmacy Simplified | Amazon Renewed Like-new products you can trust

Conditions of Use | Privacy Notice | Your Ads Privacy Choices

© 1996-2023, Amazon.com, Inc. or its affiliates

© 1996-2023, Amazon.com, Inc. or its affiliates

AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 18 May 2023 11:23:16 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

jnWwi/BbjnEql0/WbagtK7ATHQVOLpO33AeUGaeuAiTwagM/xBBAQCeu18s144Q5crxFLH6ZTvmvxEsdMFdYvlQN3GsIIxRr7IBjgOmaNmBZsG3xYcvQmCH9PTvSCenYDqjUk6Z0D/V806uAzQKtoPHQd4MklfOKqrf06l/NbD/uBfotSekrw4p3c4W67rq5z3s+2tHhlO4uCrI/ye6ooB
+fx8NyjnxyBwTnB93n9hE/Psuk08xor9mSeGXOuMR/t+DG0yjEGeyLgMy/ydwBkcn+GaUVjKgXUw7TRHAts5ctcyVpFiClttzQmO29U17S/GZnELRkdH4z37Ga6ZKigA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-18-May-2023-11-23-16-GMT.mhtml

**Hash (SHA256)**

58f982fceef6d2f63838d960188f67e8003455e609c9395a0b427a8b24c05be8

**Signature (PKCS#1v1.5)**

Ndy13zDYnKOfbASacXOaoKDkm3KuFZMuj8OrVJTWip/oOi77x6Lg5+KYOkAUtTGl7oWkgpqW3NrQdXMO97nKTQFKhgQV+KB/R1ktVqIoWylfIo9ixmxY4PFZJshQcXQsqTtoBW2BQ0SPm2tO
+N6NIyr6PRyErao1APQpAm65A6d8de2r1szJNhvmszWRefwyCkucRpj8idN7njknWz4vlgm8AfnexdMkcL/6GRcynSEX+x282AvTjkli94TCcSv55gRHPzGw871WhqkkX6VX+AF+Xz/Ywmsl+kxFvfK949x7OJf7NpCpUQzhTtGmOd/tvsXOA+dFuEOxxDyKbSkmTg==

amazon

Checkout (1 item)

1 **Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

2 **Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

3 **Offers**

4 **Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items for ~~$5.99~~ FREE.

Get FREE Prime Delivery with Prime

No hassle. No commitments. Cancel anytime.

**Delivery: May 21, 2023** If you order in the next 2 hours and 21 minutes (Details)

Items shipped from Amazon.com



**Gemyth Smiley Face Layered Choker Necklaces For Women, Dainty Layering Paperclip Chain Necklace Stainless Steel Adjustable Round Smile Necklace (silver-green)**

$11.99 & FREE Returns

Qty: 1

Sold by: Gemyth

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

FREE Prime Delivery with your free trial of Prime

Fast, FREE Delivery prime

**Sunday, May 21**

$5.99 - Shipping

Place your order

**Order total: $18.82**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Get FREE Prime Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $11.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $17.98 |
| Estimated tax to be collected: | $0.84 |
| **Order total:** | **$18.82** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com: Smiley Face Sheet Set Queen Size - Plaid Bed Sheets - Black and White Printed Bedding Sheets & Pillowcases - Super Soft & Deep Pocket & Winkle Free - 4 Piece ( Flat, Fitted Sheet & 2 Pillowcases) : Home & Kitchen

**URL**

https://www.amazon.com/Smiley-Face-Sheet-Queen-Size/dp/B0BRHVWV3S/ref=sr_1_252

**Collection Date**

Tue, 09 May 2023 09:51:22 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:93::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

XPLXVAkiPY8LgwLsCO8mwwjt+YFf6MntVHVCQshNgkpXMv+r4f49c/swYK9fHnbieqvBeZ62D4CtY+L7V8bxRVFPt5Hpt7jZBabY8/ddS6FcERGjGft08/HQ/jfrvU1OsMiiOm1b+yFhuQkoxNnmm8AqTQy79MNIXvQO4bXU6G0=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Smiley-Face-Sheet-Queen-Size[fs]dp[fs]B0BRHVWV3S[fs]ref=sr_1_252]]_Tue,-09-May-2023-09-51-22-GMT.pdf

**Hash (SHA256)**

1715c3e0de4d167c1d9dc64a29c2621149a7a8e1f2ce727b974cd2c14a92bd82

**Signature (PKCS#1v1.5)**

MMH5+lhonKKIKYj1dbK+Xh3d/JSDABPjcn56GP/wUDaLLwtx29xyc8i6+2610odZWsb+y/7qoeC7WxR71iBWsRMU6IjaumQz3PYKZxax9QEFIjEQrXNIL+korjRKtDZFVW2KWIZJ9qUZoYKYkHpAyySyrXLwUvDQqtQHBxaMc/E=



AXENCIS

Investigator Name: RemoteUser2

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Mon, 15 May 2023 06:45:13 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

RemoteUser2

**IP Address**

116.68.99.108

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

YtnE0lZVZRniwD0RN2YenfUZvDTltvdf5HLu9n7AblP+sV4yW2df4LE3Z4BL2lqiHjcEQGTBFL0/ltwCgUg0m8YZqWsPQEXHlZeaENrf2toqMJE6uqxFJd1hsrZ0zxwwQ97PRpJZR8beLxKFdQ3AZwnaEcWT3XA4HhNkXHRrs8hFwPEVbGuI5C+U9oFBtMIzYxTOft24bUl5i+aCO
+fSalhgbUq6YPl2m4FVmke5UxI4I9hy55MsGNllZlvcDBb/SrvUWwA/aM8Q4cls9f6Lit369RyQhMFtAilpocnU7YYfVfJB8fSo3w96yltekSL0vxtegiB+i3NIyDlF1dhEaQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Mon,-15-May-2023-06-45-13-GMT.mhtml

**Hash (SHA256)**

e952d5e86b1daa20c7579d13b3c231de447f6cea897c8e3d3785fe8954a42c86

**Signature (PKCS#1v1.5)**

k8yXVHijpdqfQFXfvXldXmpbmGi2PCRKzhYI4E1WfMYc2v1xfl/W8L+pm3xuqSyeqGzDT+J54cExxLYNC8nDs9Iao/uA6/8gx6AYB9BE04povEZNt2RzgyJCerX4gaaMZWSKeGQRmsUChFIR1pb8tj4uw6w5mQSiQxjWgEETPJ6jUhrECjTcZ7ImxU3eA/OljqS+Rpa8uxvEy4AXbazV3LhAnedk1KMdw
+q6dDReqnaIXzUXnoOsgyHIkJbCbwMyQP1LkZYDJ8uRgJ4NufoiNhO1VvxrRPkJsTwIn2yqb6CbpisQQDQtEaN2bl1crhF8+JqA/Z895RYK5QCFIOy03w==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Change

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

**FREE TRIAL**

**Jade, we're giving you 30 days of Prime benefits for FREE**

Try Prime FREE for 30 days ›

**Estimated delivery: June 5, 2023 - June 27, 2023**

Items shipped from GENGJING



**Smiley Face Sheet Set Queen Size - Plaid Bed Sheets - Black and White Printed Bedding Sheets & Pillowcases - Super Soft & Deep Pocket & Winkle Free - 4 Piece ( Flat, Fitted Sheet & 2 Pillowcases)**

**$46.99**

Qty: 1

Sold by: GENGJING

Gift options not available

**Choose a delivery option:**

**Monday, June 5 - Tuesday, June 27**

$10.65 - Shipping

Place your order

**Order total: $60.93**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

## Order Summary

| | |
|---|---|
| Items: | $46.99 |
| Shipping & handling: | $10.65 |
| Total before tax: | $57.64 |
| Estimated tax to be collected:* | $3.29 |
| **Order total:** | **$60.93** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: 18Pcs Chenille Embroidered Patches Iron on Patches Sew on Patches for Clothing, Smiley Face Heart Rainbow Flash Applique Patches for Clothes Jackets Jeans Repair Decor Craft Bag Hat Shoe Backpack : Arts, Crafts & Sewing

**URL**

https://www.amazon.com/Chenille-Embroidered-Clothing-Applique-Backpack/dp/B0B1ZKHXTZ/ref=sr_1_51

**Collection Date**

Wed, 26 Apr 2023 07:31:34 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Kl+VgemuBTd3s9QDUqHiliVwsaKuysnHxKtbipNWSl1yTkMLOIUpwGbt69foOAdMwzTMet5q1LencUaOc2iGa04ZGLSZNg6krhMN0fRlFQ1I8qHQogRLQvRQ+kHguaFXfdnlSu4b2z/ltflXpLdlo4gUWs6fzcKQs/zO7ZiUCPY=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Chenille-Embroidered-Clothing-Applique-Backpack[fs]dp[fs]B0B1ZKHXTZ[fs]ref=sr_1_51]]_Wed,-26-Apr-2023-07-31-34-GMT.pdf

**Hash (SHA256)**

07e0330dfb477af10a579f3611303d3e2e70fd5b4b921cd6cafbf2ee8ce352f6

**Signature (PKCS#1v1.5)**

ZdQf0GaAU7kOcl/qvn28xdXLSGrumj8JUq/aP8y/kCoF6XVmsioZDCNVzUu+eyeTqA30qFZ7+i35vvQj18Rsd12zlrYmmTq0hOtADtRmm0mYuodvq9jPbTeTFpJwHcSX/32w4yCsbxXxXSO6zjRzXJ9J5Fuj3XnSrmhjdlaOdTAs=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 01 Jun 2023 07:26:30 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

111.92.76.63

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

XApMZFer0hOI/h9H8l8L2hBkA81U0kx0pbQFTDmYxyr2jq8Qo/pBniaDPe+MnTieAcvmF9fm8T9mM+fsnuWdo7+zUd7g9Nd/u0iQsW7Hn7ukWCObVst6u12E+Dv/lkI4yWigPIajAETcI5U52+ajmlWwkSI90w7a/TSKNpxpldOXu+qW75SlrzGiJoerMDamOZoWv4B6uPex4UfKjWK3+7Zv1u/nK
+gFOvGuOwizOWm3J7RW/tT+PXMM97sIakItLnXjsXRfLpPN0RjfTKb+gMhQLD03pakMwcKVlpvnfm/AGguMY4yHXWPLVrdP4F6p4PexrRYK28TtWoWDOtxjJQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-01-Jun-2023-07-26-30-GMT.mhtml

**Hash (SHA256)**

f31f60fbd90270aa0e6d97d4a8b934c006956567bd3ccbdfaf728e3982f0d66d

**Signature (PKCS#1v1.5)**

EW6k/o3Aj5voSG41iiBPtL+Het8DsAt2ZdhW3j7u/2EX14+/h4/KGdyN9noHlCiCVntMBq4M0RGoumYQY/4Yx25eN2FyOcNG4bWp+/
sv3yYEOwHcQZU6IalkxOAllB5PdhTwwx9IR2ECAxXZajTKwa3D2aXqiEaGvPggqerwP3MIb9sBKoBwE42m0ptstDfcOmbmFaDbc1VzzuntHtKYl2vlOf7yJ03Dfzu6cHmDwJ7OY6Bh5sD9l+JqSPZ2BkRY6+hgNUGRiGO4QJY7B7qwOkB1SUuLz7f4LWDq0HmBErbIUwHq2uK/
eXDeaH0ryyd2PTOc86mTpxSouxxOqmTSjA==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

**Or pick up near this address** - See nearby pickup locations

Change

**2 Payment method**

VISA **Visa** ending in 9985

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

Change

**3 Offers**

Change

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items with your 30-day FREE trial of Prime

Get FREE One-Day Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: June 2, 2023** If you order in the next 14 hours and 3 minutes (Details)

Items shipped from Amazon.com



**18Pcs Chenille Embroidered Patches Iron on Patches Sew on Patches for Clothing, Smiley Face Heart Rainbow Flash Applique Patches for Clothes Jackets Jeans Repair Decor Craft Bag Hat Shoe Backpack**

$8.99 & FREE Returns

Qty: 1

Sold by: gengqianyanyu

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

- **Tomorrow, June 2**
  FREE One-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Tomorrow, June 2**
  $5.99 - Standard Shipping

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

**Order total: $15.61**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $8.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $14.98 |
| Estimated tax to be collected: | $0.63 |
| **Order total:** | **$15.61** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com: Odhtst Liquid Smiley iPhone 12 Case 6.1 Inch, Shockproof Protective Designer Cute Cool Cover Cartoon Art Aesthetic Phone Case for Women Girls Child Men for Sage Green : Cell Phones & Accessories

**URL**

https://www.amazon.com/dp/B09N6SG96N

**Collection Date**

Fri, 26 May 2023 17:04:52 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

111.92.76.240

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

iy31eJjo4NaumW4vHbwcduWXDiJ2yBwfDRg95O786f2u7Xs8k4qw98NGjw+iZeoO8wk2SQgumSgS7awenvd6Kuz3OM41KXXV2hS7x1ett2sHZFovfxtxsgmDMXv66AmDNFqf4dENd30Ei/Z9asYJVAR+jMe+xcJ+ubZmXSz37L3TmXqO6NUPHS4QvMEdEQo4DW0E70Yk33H/Dd85zIBLpmBdLcH2/pURNnWdd9WDp4j8F6FiVgz5XB8eU1I1ChQxsVZPqYDBJKiw4SL2lRVH9puTWiw/Dr5u0a31NMDOiltabG9m2AIBqNuD4pRSTUkbmY9wjQrBtNw1wsLFJdYVDA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B09N6SG96N]]_Fri,-26-May-2023-17-04-52-GMT.mhtml

**Hash (SHA256)**

1d89b2a155c2b25c4d0162f0c1044756236bf31e5ea47b9013f5a25d3c4ea6df

**Signature (PKCS#1v1.5)**

Zo6NxulFfgly84zkcCeHr3VjpQM24C9V/ZcntTfHnDrBmNIfqmRmKubJDzTOVgdU6KcnAWyYGCr2a7c80rx6RflO7GJfwk30Z6Ae0W//F8YKncCyPqmqDqdxsUzcSj/4MbDraJMxp7m2X0VG0t2B/2Mn6zXSZBUUrX8n62rjuycjaynXStX8Gbt8+snbdP6IByxul8jeYwExkasYVId8vgVCRNNQvko6sdQ9BsDoaOQhMja1JjEP0vZYpGsbEq8Uyt9Ol26FnOJlvTpfBq0pwz+LWqMaBPCOUylSX5U0TII/2cYzFpELpLzgBLIxQJKaOhndfYfCO+tdftDgQ2t5Lg==



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 26 May 2023 17:07:34 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

111.92.76.240

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

ku91jGyS/YfrImP8pyvmAZoKqfF5BN6YNrgX9YBrteDHKzokz1xidrf3auB0f24J8UfR7596xyAjMO9wqJCc+6hlTcls5RtHnL5b2l4D+GTg+4/t4IgY7PqHYGiB2WxnV4o/OXtls1ML4r3ZhGWKcRloGDBYJElPpGhEyFDb1St6EmaO0r2mIggTYRdn9GyhkEvahS9nXraeKd4CxLSk/Yq
+kVcIKo0ZtjMUTFaNUyBkmoUpveT1o7iuGREUxmHB0J8/G/OUWzLpov52gXft4LPDxsrCTtVQF78Ri9WVcZ5yZOP1TWrg0x8vDv+K7GjKjEBD9JL+eMAsc49KD0fg/Q==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Fri,-26-May-2023-17-07-34-GMT.mhtml

**Hash (SHA256)**

3e27ed202a42d0f7ce44bffd9dee6a5b4e472eebfd75f89a6c91d5b25d755f07

**Signature (PKCS#1v1.5)**

ZMKSgZLyrrcYL/UWyzjIUGMFGh6KgD7dxaWmbKCDdq3I2zfpf/Hd+XqmOjC7KQItIAPutRHIMQ7mz9rVIhHWrdWXYMwT73yXowgHLd/qXs2LGBvPBByIZd/abYpLxU8mZm4hGV9N/tGgjRzci1a3L1ZSlN+Vwc4mBgZ5NIthTdAOdJf3q1bO/RAYUPBD+nlevtlxNpW32MTGd8Rx7aZfh3O/
wqitqbhdY4Dy2rUq/0vZ2t1UHqXA49DPliRX/n5JuXBpWB0l4LaKm6oEGKjUIysFCwBdwYmnsR/nrSmQRlRWCnO/43LXaTmu988nNVHfJMYmpXvYIr+DXszLGyGA/g==



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Gilieyer Gold Smiley Face Ring Signet, Asthetic Cool Dainty Statement Rings Colorful Open Enamel Rings Happy Face Rings Cute Y2K Rings Preppy Jewelry For Women Girls (Pink): Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/Gilieyer-Asthetic-Statement-Colorful-Jewelry/dp/B09MH66FM2/ref=sr_1_98_sspa

**Collection Date**

Thu, 20 Apr 2023 06:11:45 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

QY/FWcnZX/uKZQjPlqHOGVrtGV9okkLF4ixFAf54sZqujuCBjambKdKalvEh7HxrKc+Snr0vJTRzSlvGDv483BNBs3+SdsU8nuitwVJZv+yW9pJROGDLVQT4bkrrCsAlB7D4qqts4rlt+ktGOHmyCiYpzR7MPYGU4ntxQ7E4WAw=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Gilieyer-Asthetic-Statement-Colorful-Jewelry[fs]dp[fs]B09MH66FM2[fs]ref=sr_1_98_sspa]]_Thu,-20-Apr-2023-06-11-45-GMT.pdf

**Hash (SHA256)**

88d15b1946f8c60ad0788d474c4b3c5ab1b1282bf1a0926dcd10dd4033a82315

**Signature (PKCS#1v1.5)**

L+Glbu7iSEx8LmlimaYSMHRsF5SJSGYuoBqo8//G0X5s8YrLIFKAgoMdmPszd4TVmXE+t83EWeBmAog5A4IPXI/A1nV7WgRQd3VNK+9MKVotxzZsAjpn6QFgIfkzZ+Asrde2x3Va1GL0V5yODLEWtw+mDEw9YM5tssGLOkM11ds=


amazon Deliver to Ozzie Miami 33132 | All | smiley jewelry | EN | Hello, Ozzie Account & Lists | Returns & Orders | Cart

All | Clinic | Amazon Basics | Customer Service | Pet Supplies | Coupons | Household, Health & Baby Care | Beauty & Personal Care | Amazon Home | Home Improvement | Today's Deals | Find a Gift | Handmade | Save 25% for your business

Amazon Fashion | Women | Men | Kids | Luggage | Sales & Deals | New Arrivals | Our Brands | prime try before you buy

Subtotal $14.99 | Go to Cart

‹ Back to results

**Gilieyer Gold Smiley Face Ring Signet, Asthetic Cool Dainty Statement Rings Colorful Open Enamel Rings Happy Face Rings Cute Y2K Rings Preppy Jewelry For Women Girls**

Brand: Gilieyer
1 rating

$11.99

FREE Returns

Color: Gold

$11.99 | $13.99 | $13.99

- ??Fashion Design: Our smiley ring are fashion and simple style, with smiley face patterns, which can highlight your charm and make you more confident.
- ??Size&Material: Made by high quality alloy, this ring set is simple and elegant, suitable for most girl and women.These happy face open ring are adjustable, fit most people's fingers, comfortable to wear.
- ??Chunky Statement Rings: Offering an instantly happy and relaxed look, these lovely signet rings are perfect to bring a bright touch to your daily outfits. Whether worn alone or stacked together, this delicate happy face ring set brings an ethereal sense of elegance to your look.
- ??Perfect Gift: Share good moods with good friends, the same goes for smiley rings.Great as a special gift for your friends, families, colleagues on all occasions,such as parties, weddings, engagements, promises, Christmas, Valentine's Day, Anniversary.
- ??Service: If you have any questions about this smiley face ring or want more information, please feel free to contact us. We will reply to you within 24 hours and will do our best to ensure a pleasant shopping experience for you.
- Department name: womens

Report incorrect product information.

Add your 30-day FREE trial of Prime and get fast, free delivery

$11.99

FREE Returns

FREE delivery Wednesday, April 26 on orders shipped by Amazon over $25

Or fastest delivery Monday, April 24. Order within 21 hrs 50 mins

Deliver to Ozzie - Miami 33132

Only 1 left in stock - order soon

Add to Cart

Buy Now

Secure transaction

Ships from Amazon
Sold by Gilieyer
Returns Eligible for Return, Re...

Details

Add a gift receipt for easy returns

Add to List

New (2) from $11.99 & FREE Shipping on orders over $25.00 shipped by Amazon.

**Products related to this item** Page 1 of 50

Sponsored

XSILA 14K Gold Smiley Face Necklaces Enamel Happy Face Necklace Pink Necklace Prepp... 447 Amazon's Choice in Girls' Pendants $9.99 prime

YeGieonr Women Good Luck Smiley Face Ring Happy Face Stackable Ring with Cute Chain... 1,576 Amazon's Choice in Women's Stacking Rings $10.99 prime

Kainier 6mm 14k Gold Plated Rings Polished Checkerboard Bands Knuckle Statement Poi... 51 Amazon's Choice in Women's Statement Rings $13.99 prime Save 10% with coupon (some sizes/colors)

BENIQUE Chunky Rings, Gold Signet Ring for Women Men, Dome Ring, Croissant Ring, St... 159 $13.99 prime

TREAVIVLY Unisex Gold Silver Stainless Steel Ring, Fashion Titanium Smiley Face Rin... 54 $16.99 prime

Gilieyer Gold Smiley Face Ring Signet, Asthetic Cool Dainty Statement Rings Colorfu... $11.99 prime

Gilieyer Gold Smiley Face Ring Signet, Asthetic Cool Dainty Statement Rings Colorfu... $13.99

YeGieonr Women Good Luck Smiley Face Ring Happy Face Stackable Ring with Cute Chain... 1,576 $10.99 prime

**Product Description**

Classic Design

♥These trendy good luck rings are a unique minimalist design, will allow you to express freely your happiness without speaking! Bring you good luck and love!

♥We offered various color choices for these preppy rings: red, white, pink, black, blue. You could change your emo rings to fit to your different dresses everyday!

Fashion & Dainty Ring

♥These stackable smile face rings are a new model, are minimalist design for ladies, lovers, women and girls, will bring you more friends and loves!

♥Not only can you wear it yourself, but you can also share it with your friends or family to share happiness.

Perfect Gift For All

♥Love this Smiley Face ring, you will be happy everyday, and it will bring you more loves and friends!

**·Product Specification:**
Product name: Smiley Face Ring.
Metal type: Gold-plated-brass.
Ring size: 9*21mm/0.35*0.83inch. (Adjustable).
Color: Red, White, Pink, Black, Blue.

**·How to care with your preppy jewelry ?**
Avoid sweat.
Away from chemicals.
Not wearing it while sleeping.
Not wearing it while bathing.
Not collision or Bruising.
Placing it into the box while not wearing it.

**·Notes:**
Due to the light and screen setting difference, the item's color may be slightly different from the pictures.
Please allow slight dimension difference due to different manual measurement.

**Product details**

**Department :** Womens
**Date First Available :** November 24, 2021
**ASIN :** B09MHLGLLZ
**Best Sellers Rank:** #3,580,997 in Clothing, Shoes & Jewelry (See Top 100 in Clothing, Shoes & Jewelry)
#8,197 in Girls' Rings
#19,053 in Women's Statement Rings
**Customer Reviews:** 1 rating

**Videos**

Help others learn more about this product by uploading a video!

Upload your video

**Products related to this item** Page 1 of 50

Sponsored

XSILA 14K Gold Smiley Face Necklaces Enamel Happy Face Necklace Pink Necklace Prepp... 447 $9.99 prime

Gilieyer Gold Smiley Face Ring Signet, Asthetic Cool Dainty Statement Rings Colorfu... $11.99 prime

NW Women's Trendy Dried Flower Color Resin Ring Natural Dried Flower Transparent Ac... $7.99 prime

Gilieyer Gold Smiley Face Ring Signet, Asthetic Cool Dainty Statement Rings Colorfu... $13.99

BENIQUE Chunky Rings, Gold Signet Ring for Women Men, Dome Ring, Croissant Ring, St... 159 $13.99 prime

Colorful Flower Rhinestone Rings for Women - Gothic Enamel Black Copper Rings... 2 $16.99 prime

GDERFANEY Preppy Jewelry Necklaces for Teen Girls Cute Smiley Face Necklace for Wom... 13 $13.99 prime

AFFY 18K Yellow Gold Plated Emerald-Cut Multi Color AAA Created-Gemstone Eternity... 201 $22.99 prime

**Looking for specific info?**

Search in reviews, Q&A...

**Customer questions & answers**

No answered questions yet

Post your question

Typical questions asked about products:
- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

**Customer reviews**

1 out of 5

1 global rating

| | |
|---|---|
| 5 star | 0% |
| 4 star | 0% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 100% |

How customer reviews and ratings work

**Review this product**

Share your thoughts with other customers

Write a customer review

**No customer reviews**

There are 0 customer reviews and 1 customer rating.

**4 stars and above** Page 1 of 13

Sponsored

Kainier 14K Gold Plated Signet Rings Stackable Oval-shaped Slim Signet Rings Thin P... 676 Amazon's Choice

Tanyoyo 7mm Wide Band Cuban Link Chain Statement Rings for Women Girls (Yellow... 304 $9.99 prime

YeGieonr Gold Signet Ring for Women, Stainless Steel Statement Rings with... 310 Amazon's Choice

YeGieonr Shell Gold Signet Rings for Women, Non-Tarnish Stainless Steel Rings with ... 134 $13.99 prime

YeGieonr Women Good Luck Smiley Face Ring Happy Face Stackable Ring with Cute Chain... 1,576 $10.99 prime

PAVOI 21C-R03 Signet Ring (Yellow Gold, 7) 739 Amazon's Choice in Men's Rings

YeGieonr 18K Gold Plated Sterling Silver Rings for Women, Handmade Engraved... 1,039 $16.99 prime

TREAVIVLY Unisex Gold Silver Stainless Steel Ring, Fashion Titanium Smiley Face Ring, Cute... 54 Amazon's Choice

**Popular products based on this item** Page 1 of 6

**Best Sellers in this category** Page 1 of 6

**Your Browsing History** Page 1 of 1

Back to top

Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You

amazon | English | United States

Conditions of Use | Privacy Notice | Your Ads Privacy Choices
© 1996-2023, Amazon.com, Inc. or its affiliates

AXENCIS
Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 18 May 2023 10:29:33 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

PSLPcQY9vV7d2gMtQ/X7zzmO69+3ByIIGQWuyC81qk6kFCqDnbD2bwlvlzN8wgE2rtwkLmUgeIn+eFE0eBshzrFH/4Hb2GkXfBLBMVNBhMsg+egEzIFc6Sl+8QU0K72AHOMjRdzMMuP+0oq0a3T+zdTF+VWtp+t/RTrJfW3cDk91q1rs2ww
+Bb1GrQu1cki45aVKfT5fg7gH2USKsqoaQiBF20RWmSvduQvcXJBy/VRN943f90ZIBy/zbCX49yTpsuvWLfV2SJ3uAGvcUsQ4s+YfljiewALSNaSL+DkbmDG57LcpchcTcktevMVnQYDQTat/vrPHZfhkfb3RxRkezA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-18-May-2023-10-29-33-GMT.mhtml

**Hash (SHA256)**

5e2cd712c3e1d54b207f127a5cc5754b40b9871671aae5edfa73421dfb001695

**Signature (PKCS#1v1.5)**

FkFeoCPVhEOir7Ao2RV/fspb3WuAJ5W3fQ3UL/lpHul/DIIGmDCtOnzWAuYM6Nhx1d55Ly+k28ch3MSpyf5WlHzAELDEXPIPkC3i7ukMtUzdBwmrB2OYf0XvXk/aHpG8ZUxqvX0l/Hfq4EAQmNLUhj2aguo7L+JiQgeRif72lNCNMWkfQAObrjIuq/
bf4yIIrv10Zj1qhggqtb2mQ1S8qhCfaVMgeeGBtPxPEHtwfi5ZDrvzahBt4iOHz1iydoTE1rHAGgdu4i0nLPhTKiBbSv0sCaoWyvAgSUsuEyB1wTlw/de7qd1FOQ/97EZWQZdKvOEqmoBBlfIV3Vs0AR4HmQ==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

**Or pick up near this address** - See nearby pickup locations

Change

**2 Payment method**

VISA **Visa** ending in 9985

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

Change

**3 Offers**

Change

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**
Get your Prime eligible items for ~~$5.99~~ FREE.

Get FREE Prime Delivery with Prime ›
No hassle. No commitments. Cancel anytime.

**Delivery: May 21, 2023** If you order in the next 3 hours and 15 minutes (Details)
Items shipped from Amazon.com



**Gilieyer Gold Smiley Face Ring Signet, Asthetic Cool Dainty Statement Rings Colorful Open Enamel Rings Happy Face Rings Cute Y2K Rings Preppy Jewelry For Women Girls (Pink)**
$11.99 & FREE Returns
Qty: 1
Sold by: Gilieyer
Amazon Prime eligible Join now
Add gift options

**Choose a delivery option:**
- **Sunday, May 21**
  FREE Prime Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Sunday, May 21**
  $5.99 - Shipping

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

**Order total: $18.82**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

**Get FREE Prime Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.**

Try Prime FREE

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $11.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $17.98 |
| Estimated tax to be collected: | $0.84 |
| **Order total:** | **$18.82** |

How are shipping costs calculated?
Why didn't I qualify for free shipping?

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Smiley Face Slippers for Kids Fuzzy Warm Happy Face House Slippers Toddler Soft Plush Retro Smile Slipper Anti-Slip Winter Cute Cartoon Shoes for Boys Girls : Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/Slippers-Toddler-Slipper-Anti-Slip-Cartoon/dp/B0BQ6P19RK/ref=sr_1_210

**Collection Date**

Wed, 26 Apr 2023 05:28:51 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

EaeHD3KF2k6ou8ULa2bWPNtqXPGHjOvSbzAMXtdrHtyBBNyBInmSaeLGzAou3LKHiB9dIMvVMgb7FvfAYxxqPQDf11Mw+n6c72jAEbGeLuhGQIWRKnq5TcbaDo7cltnmWrKqrdyRvKyvbM+DRWiph4n+SLEes835108AvnLTWn8=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Slippers-Toddler-Slipper-Anti-Slip-Cartoon[fs]dp[fs]B0BQ6P19RK[fs]ref=sr_1_210]]_Wed,-26-Apr-2023-05-28-51-GMT.pdf

**Hash (SHA256)**

14e422c026923680196ad723f02fa25204ad38e2dc620236f7131e62d6abac4f

**Signature (PKCS#1v1.5)**

WgJ104IbpWo9g2uopuM3hlruOPJdpg2Z1FdKURcDJcXxKHxD7Yd8fP8sqEbxcqladQOBNDL/heQHlj7bQIJWSfew6mR71q+laFMBWP+0+ZclfnzVMUe5OXceugDZPkQxz3V86F4mrMpWe9QFuxU4PqMMYkhkl1zBV6ZJaf7b2EY=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Wed, 31 May 2023 02:34:56 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

111.92.77.63

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

GZ9gZUk7og9MF23JWzjqi64oI9vDbSxOSSIaXuXuGikBin/A+DM+FCRLnliAI6kxvuOd0g/v5HM6isennJiib6U1fJVtCVMbbEZiBHcPahL5QmIJHl9OJQ+5mP0rZDunYFnNPdIs4/3vm2vONLpR1pTXWreCGKA4XlyA6quTd
+NegMpp1KrXXDThdSweX6/1bK8fs4QRZbkWNoupw6jE5EtDttOc3tbKubJWWqCKgFnfxugetVjb6kj94dV/dB1sBeFBOTmuchgtuuHz1pRtFM7Cyob3dwGL/YyktBo1ow9bixhDSBMZOT9CPd5kh9vkDSyPcZU6cdV/4PVklZ19Ag==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Wed,-31-May-2023-02-34-56-GMT.mhtml

**Hash (SHA256)**

b961fe0f818e733ede7f21068d3c1552871a541c25d3581b682b4980cbe31668

**Signature (PKCS#1v1.5)**

CyF3XT8Yjww9wjnb7zZEvkvRqvwSuoUHFYkdhXF/2dg1k7jUzsg62T37wzW3DkxA83CznTwG/PTE7yDqjfjp+wpeO6oqYMdJIwhq2nXQ6h/mMhErc/vYxurpdnc1gfw9N8g2SPElb7FIdxa/g2m95dZay3AVtW+0yrtNJK7o2jKitw7IQ5sfwdXHqx3Pyt1LOKnwb6KxCUkOci1dUnjr4wJvPbx1bvuTfjW/
WvwKRtdlWJsPdUn2ZsMlvy8pK0/o65r0+6hRHDeLnBvZNfl0rfhugsMLozcpJYPFQBwm1+O5tRR/BbD9DFqToGN6mr0wnRof7p/mqOjAHnEI3cNMNQ==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

**Or pick up near this address** - See nearby pickup locations

Change

**2 Payment method**

VISA **Visa** ending in 9985

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

Change

**3 Offers**

Change

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you 30 days of Prime benefits for FREE**

Try Prime FREE for 30 days ›

**Delivery: June 8, 2023**

Items shipped from Amazon.com



**Smiley Face Slippers for Kids Fuzzy Warm Happy Face House Slippers Toddler Soft Plush Retro Smile Slipper Anti-Slip Winter Cute Cartoon Shoes for Boys Girls**

$19.99 & FREE Returns

Qty: 1

Sold by: GIOM SHOP

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

**Thursday, June 8**
$5.99 - Shipping

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

**Order total: $25.98**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $19.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $25.98 |
| Estimated tax to be collected: | $0.00 |
| **Order total:** | **$25.98** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com: Clay Beads for Bracelet Making Kits, 24 Colors 6000 Pcs Flat Heishi Beads |1200 Pcs jewelry accessory | 14 A-Z Smiley Face Beads,Strings for Jewelry Making Kit for Preppy Girls 6-12 : Arts, Crafts & Sewing

**URL**

https://www.amazon.com/Bracelet-Strings-Jewelry-Bracelets-Necklace/dp/B09CFMKL1K/ref=sr_1_24

**Collection Date**

Wed, 14 Jun 2023 10:54:41 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:36::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

k19HSN29EfAXIKA9pfHdiis7BxA34u9yrdiKdO3NsPJjqHlhyL6w7UokqhIm6Aa7hfCsennnQuBS5fPLsyiAUpFLRFpiNJCgbzTnc0fL/VzMhiu3COnfORZFb7V0ueKNFPjHBfii8dptHYzl7qW+ODHiW3uG87p6zPzRgihmsNM=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Bracelet-Strings-Jewelry-Bracelets-Necklace[fs]dp[fs]B09CFMKL1K[fs]ref=sr_1_24]]_Wed,-14-Jun-2023-10-54-41-GMT.pdf

**Hash (SHA256)**

837a9ba3e336a30789476b459ef3e072a110432a3d5576d59100bd603c893136

**Signature (PKCS#1v1.5)**

hOd9cmM++VS7c/sSn5PZ9Hdda5z0Z1swaU5j0eX9MfxmdAKKxuV8IfRuebI2nM1a1ar+wHtThmSXkBuxetMfvY735itKy2zSIZMFiRhxUa0c5bfVLhuzPCp+ArrTDHPKzE/EIlUdrojxyTUXF7Az+GBbDBCBZGV2CTHIjVoLaYI=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 15 Jun 2023 04:49:38 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0d:5600:8:36::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

K5ePITQvDmx9goSmQ8HWuhd9K+Rh6ceJU50NS8Xo/6Bwh6l0gJQ/MxhK9G5mY1Y+XXqDfN/z1Xbljm5qvjKAPX1Iacq5OVukciBvN1F6EgDSlXj1W0VQse77orygXmYMR1j3yEjuTAPmhb+2rNZKWTm2aOUl7HZVX/63EGbwV899QwVpMA8nMcyOtlol6RgUgHN2D
+JeacnV1tc8XlJYcKU2WwLfP4hSUvGM1mks31CJ7wk0PM6HfudaZNxkWSVgAwNrhE0xxnNbeig+oWMSujgiK7CrXi/NgNyIcHeqw87jhB6jFYnHABg5ZxtCG7dp9IIWDfOtI20PfgatsOOkJQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-15-Jun-2023-04-49-38-GMT.mhtml

**Hash (SHA256)**

a7ca2b11b92f8ad45e2b5edb83a899610aaefee99ff308af1f0fbb455c307c32

**Signature (PKCS#1v1.5)**

h8QulHEngvnrDmNoxNR3VYz3YTeB5pL5y2B9lMc34el15rH8VKlJi6OLW+KErL7geqtQBmjgsLXTUxtiVxL25VDX332z42ehopylFIZvuSFAja2+H5esWZ3rb6tcJv+wwQ35q8JjPTf07ON/ZQOfGrIKBL9DM2JVQxaBm4mzss82lZiomp1afRVXiQjQjK8lVhm1bjYrWLRrupY2KzLRdSxMBC5Vlmdp
+w83VnXh2sjDRGaapfuFXgJL0Jr3ZjTWSqlY9OIlY5P8RVu+je4uTLSPI2k7UBTeB6LAFR3xo8IkRWYnp4B4tAHRC3Zk1D6HMopIlJJFKaQ/w2ZWTZ6XnA==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items ~~Sunday, June 18 by 8PM~~ **Saturday, June 17 by 8PM** for ~~$5.99~~ FREE

Get FREE Prime Delivery with Prime

No hassle. No commitments. Cancel anytime.

**Delivery: June 18, 2023** If you order in the next 23 hours and 10 minutes (Details)

Items shipped from Amazon.com



**Clay Beads for Bracelet Making Kits, 24 Colors 6000 Pcs Flat Heishi Beads |1200 Pcs jewelry accessory | 14 A-Z Smiley Face Beads,Strings for Jewelry Making Kit for Preppy Girls 6-12**

$16.99 & FREE Returns

Qty: 1

Sold by: Globe Reuse

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

- **Saturday, June 17**
  FREE Prime Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Sunday, June 18**
  $5.99 - Shipping
- **Saturday, June 17**
  $9.99 - Shipping

Place your order

**Order total: $24.17**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

**Get FREE Prime Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $16.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $22.98 |
| Estimated tax to be collected: | $1.19 |
| **Order total:** | **$24.17** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: GLORYMOND Smiley Face Necklaces for Women Girls 18K Gold Plated Mother Daughter Necklace for Women Cute Pink Preppy Necklace Jewelry Gift: Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/GLORYMOND-Necklaces-Daughter-Necklace-Jewelry/dp/B0B3RWBQ2F/ref=sr_1_188

**Collection Date**

Mon, 24 Apr 2023 06:08:56 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

KGGba8JAaKSxZ5NUeW7BSOrbQoLykjgZnj4OYDTSZ1wZD0jO0EUqHoSe9athDqBVTHx+qslXalVXMdi/keWG6J3Vv/gPuSILLdQ+ul1ObDbkG6i2nO5a6hDUxrkIqNRLH0gdnkOdIs4cEBQ1fVzFOdPwwvPeogz7AVWrIPXj+Vg=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]GLORYMOND-Necklaces-Daughter-Necklace-Jewelry[fs]dp[fs]B0B3RWBQ2F[fs]ref=sr_1_188]]_Mon,-24-Apr-2023-06-08-56-GMT.pdf

**Hash (SHA256)**

d898bc28236f691bcf515983af51ef254a1db2c25a264a33e0ec87df75fdfdb5

**Signature (PKCS#1v1.5)**

JfVVRtaPru8Do2PijX/KlFU5djzk7BpVsgdDkQy5s87xBzTHubRjis8rFUMsJb8SA5yMUoxgBj3lAHdRluZo1r51H20MERFQyjg4nOKlAoO5c/E8ZJEvAr01iBemvM5a/kOVMkRhMxymY2MP+9DRmNArspi9wr7jL5S47Hp1NSM=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 25 May 2023 09:48:55 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

116.68.105.188

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

fYk1uHIgwQQjLwcHaQYAYnAXKw0JHmaLrI3E10EoqbjdXG/BicuzJ4ivK6b+TaSFfxb8SoR0dnrDpyMstFGCDZT4ULF21XVL484vFAXRYR9sAPGTzTEYZSTBsc9Sake/gwEZRnmSvzPzdiGLDIVjtuquYdVmVgdgf814S9u49nU3fls7CTGfJzXW9XnvUpx
+ao9Bp3IRVxqoDtUJ4XtvIccuCUlkEhplc5UIo3QyEHXnFTTLXsdvxzc3bhBrjnPAbKtHHnoVWov+n2z8keTJx6VB8HM8yr4rr8oty6rETTx0lHnZJXTkIOy7vN8PkeHaul06Y8k270GHK95jCuaI2w==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-25-May-2023-09-48-55-GMT.mhtml

**Hash (SHA256)**

686a874e112ebfbcb06a21811a7a82bf6fbd052c936ae00e6a09828af1c2cc70

**Signature (PKCS#1v1.5)**

ieGwVrAeDFie7Y74s1QxN2zMTnYG/YH8QlfehTJGzktoAsuhtwNHJ4js+VWIIce2kSWrHhzVmYC66W/eic9kkICWS9fkwzF8r/77WerBA89IZKrq3OrLyw7XciKTorqFlHExbvnzqOpmUxWkShPmk3Ey+zn7ffnbuXZRAIswEwVITK7UmH5qBoDZ9Fr8CaRB9KCMxnnoyItFgll7b/F/
As1DvLC0au1izJ2VT0hIRsUnRP9EsUW+HEoCOseZ55otnM+8zJodwG0ldP8OsncLYX4Ed90kmyfA9M4oQuOmyGgwuEqXpYgLeyQsGYxNwbt9QSRH9RAk+Hmo29BqLXSQ2Q==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**
Get your Prime eligible items with your 30-day FREE trial of Prime

Get FREE Prime Delivery with Prime ›
No hassle. No commitments. Cancel anytime.

**Delivery: May 28, 2023** If you order in the next 1 hour and 26 minutes (Details)
Items shipped from Amazon.com



**GLORYMOND Smiley Face Necklaces for Women Girls 18K Gold Plated Mother Daughter Necklace for Women Cute Pink Preppy Necklace Jewelry Gift**
$3.49 & FREE Returns
Qty: 1
Sold by: GLORYMOND Official
Amazon Prime eligible Join now
Add gift options

**Choose a delivery option:**
FREE Prime Delivery with your free trial of Prime
Fast, FREE Delivery prime
**Sunday, May 28**
$5.99 - Standard Shipping

Place your order

**Order total: $9.72**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $3.49 |
| Shipping & handling: | $5.99 |
| Total before tax: | $9.48 |
| Estimated tax to be collected: | $0.24 |
| **Order total:** | **$9.72** |

How are shipping costs calculated?
Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Smiley Face Necklaces 14K Gold Happy Face Necklace Created Opal Necklace Preppy Necklace for Women Girls (Gold, Stainless Steel): Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/Smiley-Necklaces-Necklace-Created-Stainless/dp/B0B3WKVCS1/ref=sr_1_344

**Collection Date**

Mon, 24 Apr 2023 06:48:22 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

c/xLlsaSqQiOW5+5p8M9SiK4QJzyfTfir0N76z5D0DUJVbvrSsHpBMyC9OTRvgSJ/iGIvP+cNUkfRSS8uL1pdPsPXMmx1zIR1WHaL78Vm+ZUUJKnj2+uoUwFwBYvrDPSHXtCQlYGVu3QHPEs4lOY/Zut35/4xf7Rp+emFZJPJGI=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Smiley-Necklaces-Necklace-Created-Stainless[fs]dp[fs]B0B3WKVCS1[fs]ref=sr_1_344]]_Mon,-24-Apr-2023-06-48-22-GMT.pdf

**Hash (SHA256)**

11fc7ec734e2ed71720bb645fbae0cf47094a93feadab5b33ea1bba14ea08890

**Signature (PKCS#1v1.5)**

noDmJACdSidWFneRuvTtLBhIsuQROrEviPvG1PSlITARJUgzxtwPOc8NwWxBGnvJcGDIXVoahR67rDxz7DvDjypFD7n/JKLQrHHk0lPnKjLpmhDsvY+RDUBGoIl8V/Id4jxek8ARZvBedhlsxbbTVRHjSIfRzzb6lFvfOh4tQZs=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 26 May 2023 01:05:44 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

111.92.76.240

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

QGF9jD2pGVeQsAzlLXgfBPeAYd1wsxwsIHRzFhi2MeNNCCxXZuht+sHkpBliGDtwDnMv6HhSDPrIEj2LlL8QTAWPtUGvqtIe7nYMH/nHqTDa5U7CABn3qqHLgv5rsk4IBZ10ej4usFQhbtWpujjMFJ0ec/Mq0CFc92kKJQx3X0Iso/
DIhnl5A31xTRNwov6NZbJcAZC7XaBftRwGLaHdOAwqlxXfEm54PKgqqApKlYPaVAF8v1gB6dWIz9LkLSoeIIYkxhWNKwx4dmp0je1ibVWOFM3R5mIdNBmE4JiI9rMt+oDwO7hqw+poMIH2OjfdrWT3+EeO8KAQkrkEf6JB+w==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Fri,-26-May-2023-01-05-44-GMT.mhtml

**Hash (SHA256)**

aa21f29a45f81f1f79dc6b463aff3f3fa2a9c605db560eaa79d049836a3861e9

**Signature (PKCS#1v1.5)**

mo53+mxIqSV+2HyUVb00Qd7Gx682a4kXU49B+wAe8cpkYVK0MSiQizWW7PRmqafAWiC/Kq85eTlS/J8N4zT7hwQCWzrEXUvdjqysr+G+pJjilyN8ehlGvKHGJ2xiuFMXJa8hxrfE/YjoplGcOP512XuayOAIwKp8JHkFQ+7DAKXt5kfahTpKEu68h+iBO6rJ
+z1tANvEak16J578m5kj7nl3YdTcIF06gn1k3GrMklrLrcZUiU14H1WJGUKTADnjuc8+9NF8E0v4UaLfrurj3HfVmnQ3qWEUp/pzxtLmgXym6t101aG8Gx6OttTw1Apo/du6+cBI5pYnaNTOn6ZBIA==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items with your 30-day FREE trial of Prime

Get FREE Prime Delivery with Prime

No hassle. No commitments. Cancel anytime.

**Delivery: May 30, 2023** If you order in the next 2 hours and 54 minutes (Details)

Items shipped from Amazon.com



**Smiley Face Necklaces 14K Gold Happy Face Necklace Created Opal Necklace Preppy Necklace for Women Girls (Gold, Stainless Steel)**

$6.99 & FREE Returns

Qty: 1

Sold by: Godyc

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

FREE Prime Delivery with your free trial of Prime

Fast, FREE Delivery prime

**Tuesday, May 30**

$5.99 - Standard Shipping

Place your order

**Order total: $13.47**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $6.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $12.98 |
| Estimated tax to be collected: | $0.49 |
| **Order total:** | **$13.47** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Thy Thou Knitted Beanie for Winter Slouch Smiley Face Embroidered Mens Cable Beanie for Womens Skull Cap : Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/Thy-Thou-Knitted-Beanie-Embroidered/dp/B0BD8FTJWH/ref=sr_1_98

**Collection Date**

Wed, 19 Apr 2023 10:06:16 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

D4uZgPWdUL3K5Pa2Eo4aKlz/2H1RjgYall44ws3fwj5Qiw0+zm45u35vA/i55FYML3g1mmwG7xWDfxL49g+MLXC5QA4NN8we/tIBt9ofemwCMbJpJC4n+HFDVyjjW+f627f04t7PWbO66rBuC8LCw0YZgKZeO1R+6FxLw9A1Hqg=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Thy-Thou-Knitted-Beanie-Embroidered[fs]dp[fs]B0BD8FTJWH[fs]ref=sr_1_98]]_Wed,-19-Apr-2023-10-06-16-GMT.pdf

**Hash (SHA256)**

363084bac89a3e292b37a0c1e90b6643d6c697d82616363bad605601a5ba3f0f

**Signature (PKCS#1v1.5)**

A2Ob6eFt52v8jjRefeKCD8VpOtSFB8RxkpKdSTeJigqXo6J3EP+OaA+xRnmXmzqPkMu3tSYHZAei99IygpuyubC0vwBbkEkmB09M/3l2+hazHlPGcT+jqxT3Qr/l8sI6+jx+uAnwxwJEd9rH6lTplHsd5GUx2OIwkjs9gJHdLWA=



AXENCIS

Investigator Name: Sian Kelly

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Mon, 08 May 2023 08:14:36 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sian Kelly

**IP Address**

2001:ac8:9a:d::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

g+R1VdAEjO+q6aE+03nOYecWkPI93xLpOe1cReztF+U8rwK4iv+FvG6UrZZQLAyPaXZlzgFBcNPozASK54b9aau6n3IuEx0ok1HHBZNGG9ZVt/Eq8A1HrATHD9S/3OuSweXVBu1Zy/7zblWwPxMa3mbeq/LJFycORiveTu7kLOZZDXYWkckm7oUOdVqDJi+r3Wy3TIK9RJCJT11scIi6AB4VtbYtkYOVITZF9xiZYNYU4ddOJQAYevqWDDAfO49aWexbzoY2HD3gq8dpVEFXt084OAy16M7cZFe/kyYvWTPYHc/5n/NPbbNFzkgZkQauJICG5dVgalGpkz2DjmHwWw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Mon,-08-May-2023-08-14-36-GMT.mhtml

**Hash (SHA256)**

b8cdd91938ffaf22f3316275ec58aab1e3152b011f2782e8c54d0ae2e8d2e052

**Signature (PKCS#1v1.5)**

jSwZdhs3r4i1vGlSnwCSDjEazgS3V/lFhuRirfsQyP9L4zmRU57yt6k0dELJzRBBx+R9NMi6woBJC5ncLhcbMW2XvJrliTgIqzdsEyLRFv9mNB0X72Fa8zyCGkd+D2DG4MBHsdfy35NBEF30//LKbmqqdsMwDNhWKGEMMCVDAVYEwpUVOZ5kbqkL9YzhKCQV+qSv0iF+0HgF0BxDr/MRuTi6giltaYK27lKOgckrVKP6pVF45KsV2LmATGlb3u7WCBW66jQaP9+VTmaehAqQSfGZ9IQSwePRlOQw+/MRAW932iFwI8Bp/ru/uEUIOB7vEY8TYFCH1ILEvZeNKPKNEA==



amazon

Checkout (1 item)

1 Shipping address

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Change

Or pick up near this address - See nearby pickup locations

2 Payment method

[redacted]

Change

Billing address: Same as shipping address.

Add a gift card or promotion code or voucher

Enter code | Apply

3 Offers

Change

4 Review items and shipping

FREE TRIAL

[redacted] we're giving you Prime FREE for 30 days!

Get your Prime eligible items with your 30-day FREE trial of Prime

Get FREE Two-Day Delivery with Prime

No hassle. No commitments. Cancel anytime.

Delivery: May 10, 2023 If you order in the next 16 hours (Details)

Items shipped from Amazon.com

Thy Thou Knitted Beanie for Winter Slouch Smiley Face Embroidered Mens Cable Beanie for Womens Skull Cap

$9.88 & FREE Returns

Qty: 1

Sold by: gongjiahuinghjf

Amazon Prime eligible Join now

Add gift options

Choose a delivery option:

Wednesday, May 10
FREE Two-Day Delivery with your free trial of Prime
Fast, FREE Delivery prime

Wednesday, May 10
$5.99 - Standard Shipping

Place Your Order and Pay

You'll be securely redirected to MasterCard to complete this transaction.

Order total: $16.56

By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

Dolly, get in on the perks. We're giving you 30 days of Prime benefits for FREE.

Try Prime FREE

Place Your Order and Pay

You'll be securely redirected to MasterCard to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $9.88 |
| Shipping & handling: | $5.99 |
| Total before tax: | $15.87 |
| Estimated tax to be collected: | $0.69 |
| **Order total:** | **$16.56** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Goocrux (2in1 for iPhone 11 Case Smiley Face Cute Women Girls Phone Cover Distorted Smile Design with Slide Camera Cover+Ring Holder Unique Pink Teen Cases for iPhone 11 6.1" : Cell Phones & Accessories

**URL**

https://www.amazon.com/Goocrux-iPhone-11-Smiley-Distorted/dp/B0BD7S3RW2/ref=sr_1_86

**Collection Date**

Mon, 24 Apr 2023 09:21:34 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

JS90hlVFyfa0o8A8xVslh8eKvhPKc8AssuL6+fHjb7IMdbzfJy55U7UVKDxD8lPZV73nbpJlxjcYBFgnuphWMIMJ6j5pExpvgGHwN8TBP9DI1X/1jwrFChZcFNCUBpvffI8ULpVxyI8PMpRINxbA/+WTX7i8zs0Yc1cEEDNN9wQ=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Goocrux-iPhone-11-Smiley-Distorted[fs]dp[fs]B0BD7S3RW2[fs]ref=sr_1_86]]_Mon,-24-Apr-2023-09-21-34-GMT.pdf

**Hash (SHA256)**

fefa6da19532701f6eac936b65f3294b92ede9e4ca0f0e04dcac2d556fa82565

**Signature (PKCS#1v1.5)**

ju7p9Nc5jXeG7azpsVHxxU16NIly35K65IkR3UXoSi+8M9hVIpT0DxCsQaSnIZreyOlUu7c4etLmtj5NY9sa9uK7ncG80Ca0wM3YP8QT9sfq5iaSdDwmVS+ps15NmnzUsy3dEVqquvYx8xfWux/DcZfyphmnwDOUZ2EiEMfUwPY=



AXENCIS
Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Sat, 27 May 2023 00:46:58 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0d:5600:8:36::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

cFGQZaTZ3xCg+qHidVol6LRHOsufR7sagDT5WgKv/D3MnXVA4THMp6lPhkRi0eeZ/VmGvbe49lj5PGPl0oJxp00Fv2zxDP9G6UCWRDbnRtbC0t3EGfKijkRsPuMNDpKgGA9QEQYm8t6HAt5D2jQGwhSV4P0DfsavQK4dNfAvrC82opXTpem/UXnC7x+//
IOb3pTdYF8KzT6WAfNlZSwxbNJqR6yu2MvF4iqLH19CRCPi6QdyzDaQg2MxJlZ+jExRkwoSPSZTWDG3zkE2+RtNeLFnGWk4oua3DX2Slipi3IcfMeTbQUBeyImVpYU+niJxnwP2A61giF2Wczzf1cRdmA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Sat,-27-May-2023-00-46-58-GMT.mhtml

**Hash (SHA256)**

ecca01a62b5721e7cf7179935202e9b3480855c4af8d2bcdaeb1fb8261a32730

**Signature (PKCS#1v1.5)**

NC36DlV60lqqEfTzSp2oGughqzHWHhao5RouFBHJaBUUcCgabaDlJneRYQ+OfLIezAizgbGag+7Yg8S7OS+pFOrCqifbyJ/SuF60MnzR/r6Xp/Y/fC46D4cF0NRSqksA4+aFW3zuYrTRoU5U8gCplGzKqIu6ysrrjf4eWEh0sjSk/3tnrzuPPeM6AR70itsZsHVkRTIT7mw8furTM0prWL7DDqAj/
UWJJwTaJ2PfkwRfpcoC5AKhcpUbKYMJfYzJ+xdODCK/leSkGoJ7/Ml88GzQFYRaE/ElAJIFMB5NUpZOLzy0rpxY9ofj1C4PsS4YXxhP3jNlIOYzGtQeOFe2Ww==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items ~~Tuesday, May 30 by 8PM~~

**Tomorrow, May 27 by 8PM** for ~~$5.99~~ FREE

Get FREE One-Day Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: May 30, 2023** If you order in the next 23 hours and 40 minutes (Details)

Items shipped from Amazon.com



**Goocrux (2in1 for iPhone 11 Case Smiley Face Cute Women Girls Phone Cover Distorted Smile Design with Slide Camera Cover+Ring Holder Unique Pink Teen Cases for iPhone 11 6.1"**

$15.99 & FREE Returns

Qty: 1

Sold by: Goocrux.Inc

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

FREE One-Day Delivery with your free trial of Prime

Fast, FREE Delivery prime

**Tuesday, May 30**
$5.99 - Shipping

**Overnight 7 AM - 11 AM**
$9.99 - Fastest Delivery

Place your order

**Order total: $23.10**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Get FREE One-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $15.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $21.98 |
| Estimated tax to be collected: | $1.12 |
| **Order total:** | **$23.10** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com : Smiley Lanyard with Wallet, Zip ID Case with Lanyard, Lanyard with id Holder for Cash, Cards, Coin, Durable Card Holder Keychain with Zippers (New Prints 2022) (Smiley) : Office Products

**URL**

https://www.amazon.com/Smiley-Lanyard-Durable-Keychain-Zippers/dp/B09PKT36WS/ref=sr_1_93

**Collection Date**

Wed, 26 Apr 2023 08:20:15 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

aXBY1tbkjlYLk6oE9AXp9BIzIKAZf24IkYDA3UuOFBYbNMnhtLVODGO72qiszrYvFA6SWfetmgRlVA7wwPOzDKjWoi+IBEskL68Ovu7pJnSvoJDVz4I6d/cXF0PKdbjo0ikpgRqCrbd8LW5/sOZBe9GQj+brh5iwcy67H8Pv9b4=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Smiley-Lanyard-Durable-Keychain-Zippers[fs]dp[fs]B09PKT36WS[fs]ref=sr_1_93]]_Wed,-26-Apr-2023-08-20-15-GMT.pdf

**Hash (SHA256)**

f2f425e71a683b1976b1689841ead48ddb2c9e276759edbab2c1be752f3fa574

**Signature (PKCS#1v1.5)**

pWzW7/oAktEHq5FSb1HixaUSfexFnAiHiJwKFRhfE97yAIuCBe+5aVBvl10YrIKLPYb+LF+Q6ezoJ1KYDeaeLZyMDxUlZ+4YXMceKoezij6ZawaV2dCfWAiq005kbTr+inLOOHg8LdXcB4B0dwDnJgjjADE5dw45rSlex/VUup4=



AXENCIS
Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 02 Jun 2023 15:27:20 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

116.68.102.22

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Izc+Vul6Cxnito5UKmJsyyPJOgK4V1wL5OYUU16NAbsrUSeqp1r/wtlzJbDmaBuHyOqOsj/X+eEUvjHuaHOVRLGnMJJ6Mc2K6gEYs5NjNs45TZMNi/BSPjEL2/URUA/HbOYK74xtyz4MtnboimKPwQCDGa8uCDu7KkKQnfur5IWEBpnMETr8WJkhTkM8vrEEjE0NNtEk8hZcW3FQA/
kc3dpID1PUMtq/+g/xSgUbZfw54wGbzDDCs+ZnHWjRW4HhUK3T2kURtVsduWgrtWZ1dpv+LmJG1/QoJboz26sc4IudMmFuvM9zwmLwulYOrzubfC1zF5CtaGiN2XNQVV6pfA==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Fri,-02-Jun-2023-15-27-20-GMT.mhtml

**Hash (SHA256)**

874cf12b07429d07878b977e22ce84a3daf6f4cb133e5469697b1ef0eb97b0df

**Signature (PKCS#1v1.5)**

n1Yzl/BHaFPF8/Wdltsdb1HyLchQ4TsEpx2Cxm1sDv18+3m5epswKi+6NM/fllc6EoKxjx9eK2nD1UOn76vgdEk0xLew1VxZotCbigl+DEz/oAGC5avS5T8qD+UOKBE+k572LPHFZm8fNA1KSsJXas4Ua+rnZ9e1KqP
+QI2Heu2rHXnOBWc0Qiy3cORdbv4KKC4CWlpgXjBP7HhWVekBfBdSbUF2LG6x0TUUjszqk2naFLL80nAwH/iSReOZVYmGVpiai02rAXg1I7i6B6WD7KF39jPpasPoHGMyChvaGHM3Eu0R9v31W1qk8gliUzFFcuRjZP43e93UftnCpguIiw==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

Change

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**
Get your Prime eligible items ~~Monday, June 5 by 8PM~~
**Sunday, June 4 by 8PM** for ~~$5.99~~ FREE

Get FREE Two-Day Delivery with Prime ›
No hassle. No commitments. Cancel anytime.

**Delivery: June 5, 2023** If you order in the next 12 hours and 32 minutes (Details)
Items shipped from Amazon.com



**Smiley Lanyard with Wallet, Zip ID Case with Lanyard, Lanyard with id Holder for Cash, Cards, Coin, Durable Card Holder Keychain with Zippers (New Prints 2022) (Smiley)**
**$8.88** & FREE Returns
Qty: 1
Sold by: Goon-US
Amazon Prime eligible Join now
Add gift options

**Choose a delivery option:**
- **Sunday, June 4**
  FREE Two-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Monday, June 5**
  $5.99 - Shipping
- **Sunday, June 4**
  $9.99 - Shipping

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

**Order total: $15.49**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Get FREE Two-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.

Try Prime FREE

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.
By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $8.88 |
| Shipping & handling: | $5.99 |
| Total before tax: | $14.87 |
| Estimated tax to be collected: | $0.62 |
| **Order total:** | **$15.49** |

How are shipping costs calculated?
Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Graphic Dust Smiley Face Embroidered Iron on Patch Smile Logo Happy Happiness Backpack Jacket Yellow : Arts, Crafts & Sewing

**URL**

https://www.amazon.com/Graphic-Dust-Embroidered-Happiness-Backpack/dp/B00CGLG19A/ref=sr_1_174

**Collection Date**

Wed, 26 Apr 2023 05:20:24 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

VJ0cV9egWX6TI3YO30JJKTYBPCQ8+xQ+E/BF2fREwW4FkaX4oCfDW0YhCvUcvaype2gCpU6WnvUELv6BCbX6nz1G4LUxzzcMtmTEictrrZSscC3+dxX9UbxXGh1pt8WvW8ZEQYHz+CYwqnrke3FEb4JruJeF6RC6vei5JMBganM=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Graphic-Dust-Embroidered-Happiness-Backpack[fs]dp[fs]B00CGLG19A[fs]ref=sr_1_174]]_Wed,-26-Apr-2023-05-20-24-GMT.pdf

**Hash (SHA256)**

b892c7865f0bfe31e602bc9f3e632190ff6dd16bb8f4f0713a36adb686e8b538

**Signature (PKCS#1v1.5)**

M7FZ0XYeZ4WWJY9eFtg/XVDLXLqChWJBkxVfyNGTWW+rOOR65rh5U0wlmbxGidvyLJg0fdcDmGvU7kJuonZtIJpcqafFAWnvvvbYBSv+4Of3UlWeKqK5mS+u2uQb2/To0hf7p83BO7cXYTxcos4HDTVgikfx/hrZBIak0NqsFNc=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 30 May 2023 22:43:11 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

111.92.77.63

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Sdf+2GhoRMyPEd/3qaVGnWmlRxce1pMwCw0x0eK9v0QjxlgVpbmfif5dp+NhapBfj0SzKt6DHSgiau3dUG5Dp3XuWW/vLUIXEvTfGy8fQPVxbCrE2BwcvN8tq1Y3ig4gdFl4Lki5QkbD+16xqwi1EYCpDk/AEkpkAbSDHse95goUzeHYIjLY1JEk5ru28iYVnQcNDxg7wtJSCZN3rgjuPQi+M/
pgx7ORXeDr/xpztb0jufrYmR4gfRE4RHeLv2pS9DD7pOhd57GJZH6Udwzy73h+pGIHR9vNCwliSG46LPP6AKVY3sZd8Maqpvl5RCZjC3QZWNwzota+jIVMaqQh9A==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Tue,-30-May-2023-22-43-11-GMT.mhtml

**Hash (SHA256)**

c6a22c721aba87f06f5ab6a0a16bfe7c5cc30d3bb03072158aaf76960d17bc94

**Signature (PKCS#1v1.5)**

c9w1IUPCdIzwuCKMksx1BmmqbIKT4l0XRZ9O4xqDtLl8GRLnUw3BcrJ/9bhBPG6iCVsD6iv6kcCDF2lyBVHrayrvmjLchgb3sPXCelMUytGx6BydyP/YdYNTJHrY1VzpSJNWH0Tipuq+oi+dy7WJXDt5J2kc3pMTCu2QWhGd5yQRCVB+gTqx3cLyngvcnvRwb925NobQswPFt9NbQF3+jw3xNR
+4FTFAupZ8YmXgDRyJD9NmoRfYVbUDvQ7JR0ERjF6k/61CPfMDEdX6zDLF8dNhg3E8+U5mrm51mWiyFcu9cV2/DaHeoYVXup6/KTkbwfZK1krxhEf/sTVDYvC3aA==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items with your 30-day FREE trial of Prime

Get FREE One-Day Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: May 31, 2023** If you order in the next 1 hour and 1 minute (Details)

Items shipped from Amazon.com



**Graphic Dust Smiley Face Embroidered Iron on Patch Smile Logo Happy Happiness Backpack Jacket Yellow**

**$4.99** & FREE Returns

Qty: 1

Sold by: Graphic Dust

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

- **Tomorrow, May 31**
  FREE One-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Tomorrow, May 31**
  $5.99 - Standard Shipping

Place your order

**Order total: $11.33**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $4.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $10.98 |
| Estimated tax to be collected: | $0.35 |
| **Order total:** | **$11.33** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: OUYAGAOYUAN Compatible with iPhone 13 Case, Cute Colorful Retro Smiley Face Phone Case Shockproof Cover Case : Cell Phones & Accessories

**URL**

https://www.amazon.com/OUYAGAOYUAN-Compatible-iPhone-Colorful-Shockproof/dp/B0BP29BZB4/ref=sr_1_17_sspa

**Collection Date**

Mon, 24 Apr 2023 08:15:58 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

k5WJaJIqNjkJ9ayfNdFO5bKvv82UcVhj6mr+E42rQY//Ylk+klv14KEWbxUlbza9MpB5jcALJhBAIYB3j0k8GdyDVbbm091sNHdkQo49BShiS0WBl1MyG+3hpkrQ1mVuSAd3kIO2OUUSS6Nqk6/iCX8+CTCGMFfpwzSTIzC46Yw=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]OUYAGAOYUAN-Compatible-iPhone-Colorful-Shockproof[fs]dp[fs]B0BP29BZB4[fs]ref=sr_1_17_sspa]]_Mon,-24-Apr-2023-08-15-58-GMT.pdf

**Hash (SHA256)**

a047a5c46894a40a8d914c1d5714bf85639bfd8ee60757619a757583df31cb80

**Signature (PKCS#1v1.5)**

fIZbkz88+Pva2nSL5nQ0X2AaH5ArqQVM7j8GNPO1iB/YeZElKJM26nTTHLeXQ8WjOKAwVIDjVLWy2oZNa/DFy/aFErVLQccKkbVh/AXbHsWLQCks6WeMNtiGRzlku960RAGgrg29TFYGLpTaAIukr+mDlDrd128y9ZqCW1KcbPY=



Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 26 May 2023 17:18:41 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

111.92.76.240

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

TbNlF0Kj8WNXY9QMyf5Lna3I8GE2nQUvdwu1LmMfxr0sVIAnM9WC3kb7cPycQy6iNvmMOq86yM10g2j7WuHN3Lu0+2aqYtfNFxBLlM7IrABGMrjL8nJuU2PXjVNbhm6/
WIc1Qp25ODhsZllm13x77aWqmR7wygLxda28V6HtnqfVZCBAoxoc8yYXCr96O7vBrGAerlignTFSvz8+2MgS9f7riFE9gUm50rS6H6nBiVQ1tCmfJKN2k1zXATgEJ/2aiEXrsHWJ5VPH3rSdFdB7Spec6pb3P6Buu+4vVq5tNmaraT98OKFmc+HkpkJarX82DZK8e6Au7iO1cr4ZNMHT9Q==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Fri,-26-May-2023-17-18-41-GMT.mhtml

**Hash (SHA256)**

5602e3e5b10e3a308d996431da05876d1e7b80651421439cebe0eff5a6619010

**Signature (PKCS#1v1.5)**

LTSrQ9KFq4ih/WGS0VyAHKHB4LtcEDUNWITprCnCLTKST7op1mZF0BEdHpaxvy1dI7lfGFIWLphlhFthVMsYXbJKjMcCpyehWZ0Jbld9ZBLtCF/6qpJUkfQ8goXKxwOgeD8sYRM5RqfN2/mHTwBe8IJsPUyjJfuC
+LOX9DpbcBJmhtafkq080umNRiHs98tt6aAJ9RVnejeNGA7ursxGGWIUFdccTUFKYxmsGnNK+UB9ZdTEtdqSyjyptZaffDbYMucgpJ0K5PKM0ztlmJ3W/tZu01Jc4q0fksTTwMLbqoH1v6WpCRufLAmdbaR2uiH76sOUPl7TYr36qr8NTwm2Dg==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

**Or pick up near this address** - See nearby pickup locations

Change

**2 Payment method**

VISA **Visa** ending in 9985

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

Change

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items ~~Tuesday, May 30 by 8PM~~ **Tomorrow, May 27 by 8PM** for ~~$5.99~~ FREE

Get FREE One-Day Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: May 30, 2023** If you order in the next 23 hours and 41 minutes (Details)

Items shipped from Amazon.com



**OUYAGAOYUAN Compatible with iPhone 13 Case, Cute Colorful Retro Smiley Face Phone Case Shockproof Cover Case**

$15.99

Qty: 1

Sold by: Gruntai209

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

- **Tomorrow, May 27**
  FREE One-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Tuesday, May 30**
  $5.99 - Shipping
- **Tomorrow, May 27**
  $9.99 - Shipping

Place your order | **Order total: $23.10**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

**Get FREE One-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $15.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $21.98 |
| Estimated tax to be collected: | $1.12 |
| **Order total:** | **$23.10** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?