

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Mon, 08 May 2023 09:45:29 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sian Kelly

**IP Address**

2001:ac8:9a:d::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

M04aeqyhAru5/z+PAJk2kcdUBy46g4nc5Q1bf2bpw7eFMKSrlNUGz2b8bhXet/U50gBSRPwNNsqiXHnW9x92GQ459OBskYMZy8eyYrLyElHAgt4leZRJwrZiJIXJxr3aR9Mn+KO/E2W20nmLaCUZEVYgGu99I6ej9N0bXjVgwtCKAfMVhpQeplBZ0mD8AxboTIOCtyFvhl2Um61yzpiBqd5dUN+7UXrnqgQnxmlz8sM4A0GZ5d2MXHew9kM1BVa9Yage3m/tYNn0HYGgBi1MKJvnF2/lFGXI8tZGG1BwZRml5Xmy6U/prTOwTl1/8asqqcFMnC2w9LAPR7qnP9TdlA==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Mon,-08-May-2023-09-45-29-GMT.mhtml

**Hash (SHA256)**

4b7ee72615be9113f7817e15218aebc8a1cfeb15fef520607afb89ee7965f7a0

**Signature (PKCS#1v1.5)**

cD04TD3hEw7TF0K8BUrHqB9vfuqSzKXF7hprLJf9jlVVYa0TWYB64GWWQ53LAPurajNxKV3NhsOd+v2c3cQny66iFYFh4D8jX4VHbU2GnPjU0YwPVqJo5kKs37OocCVnW2vR0FAn/yMjXIufnmUU5oy6o9/SVY78w7orpZSS3XBnAEAs+n9GbkKS9lwOmzW+Xu0t9Fv2KwKhE2GxJ12cibT2SS9OpSt6PWXJfl8aulNXLL9VpwL6ItusfT+lIZKDVgvbgKn+LelkWGBRYvTbyK8shOdxlpWUE7OHXLXd0PKiEkIkRUOi2hqtiZIEFN7uYag22G/EA4XrYZPoaViXEg==



AXENCIS
Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com | Smiley Face Slippers for Women and Men,Cozy Plush Comfy Warm Slip-On Slippers Indoor House Shoes | Slippers

**URL**

https://www.amazon.com/dp/B0BNQ74FG4/ref=twister_B0BYYL5FD7

**Collection Date**

Wed, 10 May 2023 06:01:18 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:93::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

hUyxmpCBit/zGM91eqZ9+iSVeJysq8Z0ahQBCV4LcEPzoO6/me+gL2nmxJTgyPyV/GEiY960/3oG2QiWcWLgP6yzUtrTyBSowGxDB4PeQkqPAl2kF3WHNsfoEj9lbFVh7+Sq6RSfOhKy8QcvFwyadkorS2hsEf/86Z6q+YMjXElG7SKFRRW4BD424/NyXqH/nziBzwq75RJ3Xosg9P7JregKBlhRjB+KVsp2yCNQSpBauYaM2Q/MaFlMHTcsjNeAqgfWw5/zWwuKJF0gzJ7xVp+MF2ZlXVT8XZ7RLq41IxaONDm7YiSpWojYTm+/XuXmIkiRn+A/wI0RNbonV1hYVw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B0BNQ74FG4[fs]ref=twister_B0BYYL5FD7]]_Wed,-10-May-2023-06-01-18-GMT.mhtml

**Hash (SHA256)**

ebd4fab71c63942f3f99dd02958ca5c32397a13bc546882f971bc005b1674c31

**Signature (PKCS#1v1.5)**

CnmA9nzW6JmXKL6x+AvVJWdzLXcr5fcbGmCoPPBtQeZL9QFzIcQFBg9aOds8z+NlI0KrBBvrxXUUkWk6hVwWEWnqNwqu9k8q9w90Tw79JUCvvk86ARUZ/n8tD5GkGBP1E1jGRqrAw7cLDOGHpBs/DSoFbRbrwf/LLiW3kmLE0vliOncm+23QrFogZpk706huElFOP40T6xnIOTzb9QX5HW0NN9pk+9H3NsRwv7k89WpW+Q6mMZ3U+6QT0Jnm655ulQKlWOATfIzHe3szLihKhyIkwAuFlVyIc1VklZ/lWitdoHVn/uWixBJUGE2rHnvgKTtVEUHJ7Gaah3lDOQuU5Q==



# Evidence Collection Report

**Page Title**
Amazon.com: gaxde Smiley Face Cute Ruffle Cotton Women Socks Fashion Embroidery Simple Short Socks for Ladies Funny Women Socks (Color : White, Size : One Size) : Clothing, Shoes & Jewelry

**File Name**
...

**Collected by**
Chris Rascasa

**IP Address**
...

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#7 #...)** :
...

# File Signatures

**SCREEN CAPTURE**
PDF

**File Name**
...

**Signature (PKCS#7 v1.5)**
...



      

      



       

         

          

           

   



Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Wed, 24 May 2023 06:49:07 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

111.92.80.105

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Q4qB5E5Jbnl64PWo6iji5tGMBirxiSsEErQUXQ46dBDSS0xTjuU8NpPE4nxLAP46HjEsgC58ME0thg+wcURY2WR51EEegq9Br+ogDjFh/Q7rB1R5yzS77cuScuZfLsv9hyk4gHVayLoIc1mWMEsoAdx2pyNZ2tPxZ0wX1B6jwx792YOO9H4Dkkat0FJQqVuq6rPYovLHlw6D+bbbPdoOF6LArdZpgFs/NoQFQqqU1IZxnSyw/7trR86GrOgPN7w0wLpDemvtDPyd9taJryjWnDbF6ezwc1H2b0jn/SqJc7efopJXnUbwTBOD1QMbcpBhNllFsDLhWmTD+EGF/wDVCKw==

# File Signatures

SCREEN CAPTURE

**MHTML**

**File Name**

screencap_[[https[s]][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Wed,-24-May-2023-06-49-07-GMT.mhtml

**Hash (SHA256)**

ccf678ce367c52134b5c366f430d328f2673d5d4d34ff4cc311f257856c7e2b3

**Signature (PKCS#1v1.5)**

h13gMZSucpy4uH5yvSXEKUifEFeQd7XFfrfwS0UlaURhK9T1zhVm8oC0hZsTnNjmaeUglgRQwMY/JDCxYnp8GlL2E1U4S/21b1k2/rlaPvNEoP9xOylhFulB+8RVMV/hiLxvlCd4gC+FbqR0wPnzSVLPwPZxJWQ/g8kXeV0FVgDjprzMNnWwzmBokYHTwVxfsv0nuxbyg6Dm8ldU5zVH/xtXeJyJWAtb9TnmD1YKoK3nV9fXDhHeVsFXzFjYi9bYfYg4xfVk9vfJiucu9KiE+Pt7hX/U/OEHbtktChwMpBgIpWzrL+uNt19DlZ2YmKsFBHkFN4rbDJICGY3qAmrQw++

---



## amazon

### Checkout (1 item)    🔒

**1   Shipping address**    Change

███████████
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

**2   Payment method**    Change

**VISA** Visa ending in 9985

Billing address: Same as shipping address.

∧ Add a gift card or promotion code or voucher

| Enter code | Apply |

**3   Offers**

**4   Review items and shipping**

Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| Items: | $24.24 |
| Shipping & handling: | $0.00 |
| Total before tax: | $24.24 |
| Estimated tax to be collected:* | $1.70 |
| **Order total:** | **$25.94** |

How are shipping costs calculated?

---

**FREE TRIAL**

**Jade, we're giving you 30 days of Prime benefits for FREE**    Try Prime FREE for 30 days ›

**Estimated delivery: June 15, 2023 - July 10, 2023**

Items shipped from guangzhoushidoufudianzishangwuyouxiangongsi

gande Smiley Face Cute Ruffle Cotton Women Socks Fashion Embroidety Simple Short Socks for Ladies Funny Woman Socks (Color : White, Size : One Size)

**Choose a delivery option:**

◉ Thursday, June 15 - Monday, July 10
FREE Shipping

$24.24

Qty:  1 ˅

Sold by:
guangzhoushidoufudianzishangwuyouxiangongsi

Gift options not available

---

Place your order    **Order total: $25.94**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

Case 0:23-cv-61203-AHS   Document 26-6   Entered on FLSD Docket 07/27/2023   Page 5 of 40



# Evidence Collection Report

**Page Title**
Amazon.com: One Happy Dude 1st Birthday Cupcake Toppers, Smiley Face 1st Birthday Cupcake Toppers, One Happy Dude 1st Birthday Decorations, Smiley Face 1st Birthday Decorations - 24Pcs : Toys & Games

**URL**
https://www.amazon.com/Birthday-Cupcake-Toppers-Smiley-Decorations/dp/B0B198TK7B/ref=sr_1_79

**Collection Date**
Wed, 19 Apr 2023 15:01:39 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Chris Stamos

**IP Address**
[redacted]

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#7 X.5)**
[signature text]

# File Signatures

SCREEN CAPTURE

**Type**
PDF

**File Name**

**Hash (SHA256)**

**Signature (PKCS#7 X.5)**





One Happy Dude 1st Birthday Cupcake Toppers, Smiley Face 1st Birthday Cupcake Toppers, One Happy Dude 1st Birthday Decorations, Smiley Face 1st Birthday Decorations - 24Pcs

**Products related to this item**

**4 stars and above**

**Product Description**

**Product Information**

**Videos**

**Products related to this item**

**Looking for specific info?**

**Customer questions & answers**

**Customer reviews**

**Review this product**

**Based on your recent views**





 

**Inspired by your browsing history**

**More items to consider**

             

 

**Your Browsing History**



Investigator Name: Sian Kelly

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Mon, 08 May 2023 07:57:11 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sian Kelly

**IP Address**

2001:ac8:9a:d::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

LZ1scqyRYUNf6AqIuYgUNHUqYFxVm6sEwaO8h7XSEomrgQGWNkGmhAFG3oMZT86a7nE8D5iwEr86Q2fm6GZY44LSaKfHmKUXQGeCzR+PPTkcCfQQVTCp5GrVvnERV22XWgL71tCpdsXVSRP881iAmIwSfZGw5eyZQ3ab4qhiLoqdwTYKacKt/qKU2VACI2vHisl+e3WYd08TgjDH6Qg6u3CJMyfmLyhqbEBgXmE+x4rgKwioQpGvmYJCRrogwfelg7s/YjWPg0U7tJ/67Leecoqk7/yphw5gZZuIQr0dj6xhjZJSxLayTEQU2ZNNGdWAB1PVAfjZZpIGeVKqhtJs0A==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Mon,-08-May-2023-07-57-11-GMT.mhtml

**Hash (SHA256)**

914111b1d911479896ebe84d9bde9c4a89843b1d559f13fa334ef504aa191015

**Signature (PKCS#1v1.5)**

ad4/rwlNYmjD0hchmUQ5lHPhv14kRXP+yi9Rb8eT8pkZZlV717DVLCKB1HjfLLaIEwYHNbXVKBkIMVkUtbsr5spTltgo4olq9b6blGa/Lz4u/FrY4kD9NccSRGGZKm0E4imVhiVCsW//X50y68bLSwerov9zQvZoGsEx24b+jwwNUi1d1F0R1ygdn/LIP+zQVWNchb2MvqWQ/MOLmf2YPpqYZ/MrARNIbFhkSdzwitQHrBpcS7O0ZtXc/aGnZ0U8iYmdCT6pxMrDSEus5sDgg8wJ0+H2CwfpzyNbbXVY4TZ/16/h1vE1RGauPoWg6CyUnLaPoddfQyz8DCnBMnLYIQ==

amazon    Checkout (1 item)

1  **Shipping address**                                   Change
███████████
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions
● Or pick up near this address - See nearby pickup locations

Dolly, get in on the perks. We're giving you 30 days of Prime benefits for FREE.

Try Prime FREE

**Place Your Order and Pay**
You'll be securely redirected to MasterCard to complete this transaction.
By placing your order, you agree to Amazon's privacy notice and conditions of use.

2  **Payment method**                                     Change
Billing address: Same as shipping address.
▲ Add a gift card or promotion code or voucher
[Enter code]   Apply

3  **Offers**                                             Change

4  **Review items and shipping**

FREE TRIAL
████ we're giving you Prime FREE for 30 days!
Get your Prime eligible items with your 30-day FREE trial of Prime

Get FREE One-Day Delivery with Prime ▶
No hassle. No commitments. Cancel anytime.

**Delivery: May 9, 2023** if you order in the next 9 hours and 17 minutes (Details)
Items shipped from Amazon.com

One Happy Dude 1st Birthday Cupcake Toppers, Smiley Face 1st Birthday Cupcake Toppers, One Happy Dude 1st Birthday Decorations, Smiley Face 1st Birthday Decorations - 24Pcs
**$9.99** & FREE Returns ▾
Qty: 1 ▾
Sold by:
guangzhouxielyishangmaoyouxiangongsi
Amazon Prime eligible Join now
🎁 Add gift options

Choose a delivery option:
⦿ Tomorrow, May 9
FREE One-Day Delivery with your free trial of Prime
**Fast, FREE Delivery**
○ Tomorrow, May 9
$5.99 - Standard Shipping

**Order Summary**
Items:                        $9.99
Shipping & handling:          $5.99
Total before tax:             $15.98
Estimated tax to be collected: $0.70
**Order total:**              **$16.68**

How are shipping costs calculated?
Why didn't I qualify for free shipping?

**Place Your Order and Pay**
You'll be securely redirected to MasterCard to complete this transaction.

**Order total: $16.68**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.
Need help? Check our Help pages or contact us.
For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.
Important information about sales tax you may owe in your state
You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

# Evidence Collection Report

**Page Title**
Amazon.com: LIUJUN Colorful Dripping Oil Smiley Face Rhinestone Snake Eyes Geometrical Metal Ring for Women Girls Party Jewelry (Color : A) : Clothing, Shoes & Jewelry

**Collected Data**
Thu, 20 Apr 2023 06:30:00 UTC (UCT approximate Greenwich Mean Time (GMT))

**Collected by**
Ohra Barcus

**IP Address**
( redacted )

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKDN4-Z-2):**
g7fJH3HkdLLzznqWlBkfNmUhnfPQHRFgG8kQ3Ku... [truncated hash string]

# File Signatures

SCREEN CAPTURE

**File Name**
screencap_B6wjokZ5JR[hash].png

**Hash (SHA256):**
75ad [hash string]

**Signature (PKCS#7 v1.5)**
[hash string]



      

          

           





Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 18 May 2023 15:39:13 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

KvV5tCUpjiSgtk4b0n6XOvKVtFvmR+FgGzDtrGeqpokSlT83nWJKixx+Tv+WjwH3ZoKdy3FLRcH2MjxUkiwhHtPFuF30N6O76WiqeyYmJi3feF3yEeblwcX7COoIE4HrRSP50q+Pslv2KPt8mwbPWP6tN7B5XqhoInoLJDQZiPlPWQO+jJugd1vlLjWClq9ctdeeCL0IFpv1rbWThBQ+eVjrKcto03RirqeBQtLM2Z3wdz/upqgjHpUi8RJhtXdLh+A9mPjdLMR1akgVhJVlfx0nFrmP1on7mixEZO/9D/ahhaXvmxZQL9PtAuzFhoQaZiiFzXmUhgs/nvD6jZu1scsw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.[com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html[]_Thu,-18-May-2023-15-39-13-GMT.mhtml

**Hash (SHA256)**

5b3b12e4bcb524b829cd36c97d5b6ca228824b8bd9fce6732cf3d63e9bcdc62f

**Signature (PKCS#1v1.5)**

puZQ20nVSJSSpnIWajBLTTThDyqYWjDPkixdNARq+pEx+4W7Ih0BlBiE1F1EZqhcYbUzhT6MZkNn2yG8NM6QHf/uyO+uZAQHE4JeKP/2/hzv4r/R+3twLr6JyDihXPFy5DpLqKQT1ifXUv1O6dVF7wbdfyWcNQKI8g8eHDN39pfcnFtJJHaqmlRqwri48X3qPalRZPZzySTelFGsWs3VCICzY1AEl0SHtsP3Gj8eYxqKL2OxQDBHQVm4y6AE+vCe7ExNlzx+P3mEQt/FQuJh4BkAFF7huTDInTcHSkjkjupNEFA0lWESYCbMkWT+4EA1k7yfUpdB8iVHYSuCg==

AXENCIS

amazon                    Checkout (1 item)                    🔒

**1  Shipping address**    ▐▌▐▌▐▌▐▌▐▌▐▌                                    Change

307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

**2  Payment method**    VISA  Visa ending in 9985                          Change

Billing address: Same as shipping address.

∧ Add a gift card or promotion code or voucher

[ Enter code ]   Apply

**3  Offers**

**4  Review items and shipping**

| FREE TRIAL ◣ |
| Jade, we're giving you 30 days of Prime benefits for FREE | Try Prime FREE for 30 days > |

**Estimated delivery: June 12, 2023 - July 5, 2023**

Items shipped from guanjial55548

LOUJIN Colorful Dripping Oil Smiley Face Rhinestone Snake Eyes Geometrical Metal Ring for Women Girls Party Jewelry (Color : A)

Choose a delivery option:

◉ Monday, June 12 - Wednesday, July 5
   FREE Shipping

$35.54

Qty: 1 ▾

Sold by: guanjial55548

Gift options not available

Place your order    **Order total: $38.03**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

[ Try Prime FREE ]

[ Place your order ]

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| Items: | $35.54 |
| Shipping & handling: | $0.00 |
| Total before tax: | $35.54 |
| Estimated tax to be collected:* | $2.49 |
| **Order total:** | **$38.03** |

How are shipping costs calculated?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.



# Evidence Collection Report

**Page Title**
Amazon.com: ONEMTB Fashion Earrings Women's 925 Sterling Silver Cute Enamel Smiley Face Cloud Earrings Girl Exquisite Jewelry Party Banquet Earrings Dainty Earrings (Size : 1 Pair Silvery) : Clothing, Shoes & Jewelry

**URL**
https://www.amazon.com/ONEMTB-Fashion-Earrings-Sterling-Exquisite/dp/B0C1TZ8NB8/ref=sr_1_163

**Collection Date**
Thu, 20 Apr 2023 06:16:14 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Chris Stavrou

**IP Address**
2a0a:14c0:4:3

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64; AppleWebKit/537.36 (KHTML, like Gecko), Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
ZrPxoAAdhFjNx1hhxw1E3d6oT3MSu1nxTJdwNMTQ6pATBEJLtABAMqPxZ2GHVC8BghABpKHHou86Bhgwo1fYEHuaod1Dc+TTWP5mHy4ZoBUMpY3xSHu4nHu4mdfnMLLBLrBSn4d60qBH7X6Nl

## File Signatures

**SCREEN CAPTURE**

PDF

**File Name**
screencap_[0r6juv]@[view.amazon.com]h2[ONEMTB-Fashion-Earrings-Sterling-Exquisite]p[dp][B0C1TZ8NB8][ref=sr_1_163]_Thu_20-Apr-2023-06-14-14-GMT.pdf

**Hash (SHA256)**
cf943ec2d0516f16b6bd67381bd2087f1643eb7c738fbe1fa3493c8573f893

**Signature (PKCS#1v1.5)**
jpDgO7L3uuS3ocsMFoFrs525jjxDRHFQnLFQL-RGp2255fCd3tFpcMhGQ2-pOWepcn4rKRhnDgjznc4/n3LkMAfQ6Rou8fsQEry9eq9erzqSyrnomhWdb3jMsbhdZg1QbLWHK4VUK4bC/CfLfjm4f048zed+









            

           





Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 18 May 2023 13:56:32 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0a:1dc0:4:3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

NuG92VOdd/uLfrp8Gu74BH2bw26RgNoz3Ts2TsU9T2e9Jp7+r/QhotNP8aiA97/N8e9E5pGMpcAdyFol5cd39KPfUjClXq1wkyGcSOvOIwDjinUTVJmIbei9KJHkePAhNvOA/DClPWpBoFfDEhmP4GpX5E2nBVSpxnd0e8oEGE/ZWWQZud6ikqy/+2aLllecFR1LvfO5Jvw6hgBdKFFb0nbgy0YP7AXh29vWkj8t3zZw3SR8uUVEbxpD7PmdP3KDgVw8h8j+sdTlVZXX+GqVEahrTWVguvsqGvyuTB4OqleiQq8gNydb/oedm8HDbaZrGOvsNyrQ48ZOEX/h4V07g==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s]fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-18-May-2023-13-56-32-GMT.mhtml

**Hash (SHA256)**

aeca13eb005ad1a0d5c185df509452353c5e94a9448319f8565d52218e019c8d

**Signature (PKCS#1v1.5)**

XV2TBDt3HwQMASH+m/IgRb06p6wWJqGYlKA91OBtGQgkSCZl+7y8fkSa6ZFS8oRkc+KZTsRbSPjv1bQcu4IxyEhHcNrTCe1us8DfWEgkOtmB4fQ2aTmg8+VV+zoAhVXSxuAla84athNIG85JDb8kAYTSM8Ysunj3LD9kh0jrgdttIFE55mSFjuv1NEyUeCjpMNXeQrQfPQg8wcSZeNuB3onFDLbQcw3eB598c4u1AeGgqJ0bBTni7Z7LPd99UKcN9cSk/ZRWNz437X8v8CvmWByu/J1TzwYvnbYpzpdj3Wv+WyL2Ovw92rFn2lC9MKmQsN86OhJ2yfRZ8jqWZNSatw==

---

amazon

## Checkout (1 item)

**1   Shipping address**                                                   Change

███████████
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

**2   Payment method**                                                   Change

VISA **Visa** ending in 9985
Billing address: Same as shipping address.

∧ Add a gift card or promotion code or voucher

[ Enter code ]   [ Apply ]

**3   Offers**                                                   Change

**4   Review items and shipping**

**FREE TRIAL**

Jade, we're giving you 30 days of Prime benefits for FREE   [ Try Prime FREE for 30 days > ]

**Estimated delivery: June 12, 2023 - July 5, 2023**
Items shipped from guanjiedfssdf

ONEMTB Fashion Earrings Women's
925 Sterling Silver Cute Enamel
Smiley Face Cloud Earrings Girl
Exquisite Jewelry Party Banquet
Earrings Dainty Earrings (Size : 1 Pair
Silvery)
**$36.21**
Qty: 1 ∨
Sold by: guanjiedfssdf

Gift options not available

Choose a delivery option:
● **Monday, June 12 - Wednesday, July 5**
   FREE Shipping
○ **Tuesday, May 23 - Thursday, May 25**
   $9.32 - Shipping

---

[ Place Your Order and Pay ]

You'll be securely redirected to Visa to complete this transaction.

**Order total: $38.74**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

---

**Sidebar:**

Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.

[ Try Prime FREE ]

[ Place Your Order and Pay ]

You'll be securely redirected to Visa to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use

**Order Summary**

| | |
|---|---|
| Items: | $36.21 |
| Shipping & handling: | $0.00 |
| Total before tax: | $36.21 |
| Estimated tax to be collected:* | $2.53 |
| **Order total:** | **$38.74** |

How are shipping costs calculated?

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com | GULAKY Smiley Face Slippers for Women and Men House Shoes Fuzzy Non-slip Cozy Lightweight Slip-on Indoor Slippers,Smiley White Blue,42.43 | Slippers

**URL**

https://www.amazon.com/GULAKY-Smiley-Slippers-Non-slip-Lightweight/dp/B0BB151ZQX/ref=sxbs_pa_sp_search_thematic_btf_sspa

**Collection Date**

Wed, 26 Apr 2023 05:25:45 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Bp1LBWUgUNipdRPY8jMCesw+8e2v7z4XLilkzKrXOx1vL2iubfu+Cl4OJVj2EqFOR3aduzx0G/jTiZaonvDMqBrXrmg2q4flcNGK79sCeUIEZCb14xnGLdlaWd7KXW4+3vbfg2wnCC+N4W469a6EsBMLNcBl3n+8VVK31Yf7Uew=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]GULAKY-Smiley-Slippers-Non-slip-Lightweight[fs]dp[fs]B0BB151ZQX[fs]ref=sxbs_pa_sp_search_thematic_btf_sspa]]_Wed,-26-Apr-2023-05-25-45-GMT.pdf

**Hash (SHA256)**

1e7626ea2fe60f43812cd888d202b1306a31d1567b9240993a5e147fcdb6ded2

**Signature (PKCS#1v1.5)**

E8F7dDQ6OQiiEP+xOtlVB+GTwPyLL8Y0eZemK3PyxhGOEIv4C7URDzjEaUWh+LvI1E6N8Af1TXIRRHBODVcZEbETCAilRapwJCPHhad1jZx/7i3EV2S5i7c02DZ1+yM/yl7x75h5r6GK+5lYwMgDJlop5YUJuTCJU2gd77fH+6w=





**AXENCIS**

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Wed, 31 May 2023 02:22:26 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

111.92.77.63

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

U04Fm3tUhkVSG0uv0Yi6P28d7FZMG+0gJJkqrBUBpDWcb7xsd8thFLtXxPvNOCF9Aw3hVVwsTgasA7iw/WaMYIcDnpdae4QOmn4PkxFih0Xv9bkugMEIb+WYevevh+LEh8QevBAKuhhThmJuOetQDM8DHkw4yVN1llj0AQrNT3wEDikJgYdzq/1sUwIbbCueoLmp0QnuJvjOLtQmi+kfDSSxLMUWNnsAdtAA6Cl+BKZtTP/qyZ8W+L2iPDx5YVGSAVbfAARGTWceARWF6UeLDPHPBShViqtD67EASX54I2Q7VCozdXybIJxMjTkMSQkRGgz1ETJJU61n+lfjBUnto2Q==

## File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s]fs]ffs]fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Wed,-31-May-2023-02-22-26-GMT.mhtml

**Hash (SHA256)**

ae20d69ba2c59799b667609bf8c9bca6a16604aab9bbc63c1899fb362f5d2fc6

**Signature (PKCS#1v1.5)**

iPttE04fMGSVkOpZQRA8aUrhy6duWY1+pcHC8Tx260K+2nPm38qtJPNCLeocNWgaGMDRIkXqEiuy18iYz1KCzWsDj0GLMz7Ucm4K0oPChQsjJGyO1wlKLDYlHY06yX57/1GzzZHHPMwVzNM7TADE7smh69ObuvtrwPPeHHi8OpQndPryYwqDMF6kTdUhGrE02iC16Kt6vgbWV2krdk58cVn5kz+FBg64zvJycCG8lTESKGCl4T4hDvZH0xk74WuTGegvRnFdCp+4dusWsP08BSSfGdh7Tn/56QrNrBzfthAWde0tZYUqpjAynlOvoLxCNsFbPbLzyBy2y+A3NR55hiQ==

---

 **amazon**

**Checkout** (1 item)

### 1   Shipping address

███████████  Change
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Or pick up near this address - See nearby pickup locations

### 2   Payment method

VISA  Visa ending in 9985   Change
Billing address: Same as shipping address.

∧ Add a gift card or promotion code or voucher

[Enter code]  [Apply]

### 3   Offers

### 4   Review items and shipping

**FREE TRIAL**

**Jade, we're giving you Prime FREE for 30 days!**
Get your Prime eligible items ~~Friday, June 2 by 8PM~~
**Thursday, June 1 by 8PM** for ~~$5.99~~ FREE

[Get FREE Two-Day Delivery with Prime ›]
No hassle. No commitments. Cancel anytime.

**Delivery: June 2, 2023** If you order in the next 37 minutes and 35 seconds (Details)
Items shipped from Amazon.com

GULAKY Smiley Face Slippers for Women and Men House Shoes Fuzzy Non-slip Cozy Lightweight Slip-on Indoor Slippers,Smiley White Blue,42,43
**$18.99** & FREE Returns ⌄
Qty: 1 ⌄
Sold by: GULAKY
Amazon Prime eligible Join now
[Add gift options]

Item arrives in packaging that shows what's inside. To hide it, choose **Ship in Amazon packaging.**
[Ship in Amazon packaging]

**Choose a delivery option:**
○ **Thursday, June 1**
FREE Two-Day Delivery with your free trial of Prime
● **Fast, FREE Delivery** prime
○ **Friday, June 2**
$5.99 - Shipping
○ **Thursday, June 1**
$9.99 - Shipping

[Place your order]   **Order total: $26.31**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

**Order Summary**

Items:                          $18.99
Shipping & handling:             $5.99

Total before tax:               $24.98
Estimated tax to be collected:   $1.33

**Order total:**                **$26.31**

How are shipping costs calculated?
Why didn't I qualify for free shipping?

Get FREE Two-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.

[Try Prime FREE]

[Place your order]

By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.



Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Sat, 27 May 2023 07:36:52 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0d:5600:8:36::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

N92TDybEdNmLdBiOd9WfADQrn4o1eXZsZjkd5t3G5YASvpqFlvpDyMfHHnqNGeeLzwr1Wbqc0uESyt3Lj72mwj4a4rWDCwdjyqyl6y3ghIAa0/KNUORl2aSgAh/mZAdkxD4JzsaZrsH5uOdd/8R266REoK+dgTYrpjLw6Spwj4w//d//IHgXM8W+9IYr4op+HkJgl3f5oxFOT/9dJ9JYfSXqpBLTqfq6vXb5b5mmmjUAJ0wJEWFP0hjKttRUAutzBwYrMcBHTsmVkvekvBNagovsL3O3xMnK5NJk39wEaZdG72izULqqCiMNHkwJsM/CLiiipPq7/jYR7C7Q//oqZA==

## File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s]]/[s]/[s]www.amazon.com/[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Sat,-27-May-2023-07-36-52-GMT.mhtml

**Hash (SHA256)**

5aa93d3dd4d41bca03fce6a26fa63cea03b9ef031022c1a9398Bf866924460a4df

**Signature (PKCS#1v1.5)**

eOhGfU6ScaRzh/FZnnLMbe6kypNRRm2w8cy6bq0CwWu73G5TTX6MAXnMHeXDGXF9C+sOXm3sst4NwPSclxU01W/OubdzMmX707Phua2vo1OA5TJa6vYg2u0wQquSpxTfluJJYMVaWEv38K88KF7v3D0XUpXUO3Zzb3L0bFirPlw6f1sw0lJ+ZP4krfOovlRpEljD6izjGdBM5f0NFGQgnbpw1ALclFTWAlKcMCWMGYbUuUArvDDs+Lp4bE+2bl3K4/f9AC6bbXz0NQVQHd50sA0wX7cMjKvllonhMALSQvEsolzbmtkjybwhU7SwzoJJVuFTQCYKnkI+4fq6Aocxg==



amazon

Checkout (1 item)

| 1 | Shipping address | | Change |
| | 111 NE 1ST ST | | |
| | MIAMI, FL 33132-2506 | | |
| | Add delivery instructions | | |
| | ♥ Or pick up near this address - See nearby pickup locations | | |

| 2 | Payment method | | Change |
| | VISA Visa ending in 9985 | | |
| | Billing address: Same as shipping address. | | |
| | ⌃ Add a gift card or promotion code or voucher | | |
| | [Enter code]  Apply | | |

| 3 | Offers | | |

| 4 | Review items and shipping | | |

**FREE TRIAL**

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible ~~Tuesday, May 30 by 8PM~~

Tomorrow, May 28 by 8PM for ~~$5.99~~ FREE

Get FREE One-Day Delivery with Prime >

No hassle. No commitments. Cancel anytime.

**Delivery: May 30, 2023** If you order in the next 20 hours and 23 minutes (Details)

Items shipped from Amazon.com

GULTMEE [3 in 1 Designed for iPhone 13 Case Liquid Smiley Face with Built-in Bumper Shockproof Protective Phone Cover for iPhone 13 Cases 6.1" Tempered Glass Screen Protector + Camera Lens Protector

$14.99 & FREE Returns ⌄

Qty: 1 ⌄

Sold by: GULTMEE-US

Amazon Prime eligible Join now

🎁 Add gift options

**Choose a delivery option:**

○ **Tomorrow, May 28**
FREE One-Day Delivery with your free trial of Prime

● **Fast, FREE Delivery** prime
**Tuesday, May 30**
$5.99 - Shipping

○ **Tomorrow, May 28**
$9.99 - Shipping

[Place your order]  **Order total: $22.03**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $14.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $20.98 |
| Estimated tax to be collected: | $1.05 |
| **Order total:** | **$22.03** |

How are shipping costs calculated?
Why didn't I qualify for free shipping?

Get FREE One-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.

[Try Prime FREE]

[Place your order]

By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com: GULTMEE [3 in 1 Designed for iPhone 13 Case Liquid Smiley Face with Built-in Bumper Shockproof Protective Phone Cover for iPhone 13 Cases 6.1" Tempered Glass Screen Protector + Camera Lens Protector : Cell Phones & Accessories

**URL**

https://www.amazon.com/dp/B0B5R2WF5X

**Collection Date**

Tue, 30 May 2023 07:19:18 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:36::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

iitE8Izso/om2/ZLiIUG/2G6+rjfvKSvof6HN3xIhFj4o2JGojBRELpecA38Tl1y9lo/J4yoEkHhPyP+DzWADpBbT6BnuwJapnXrgUMAAVyzVkeTVhZ5I9pPMaGQqHsykwbs+cY3FGusNUFRvCCRGacaHF89qrxzQ2+friBgv8yknKOr91OW/RKp2uZgG2hlyMnSmUdro0x8XpV7JbaRybPP54/Dc9b7Cwn30X9GDzk7FhH4xunD4jDc6LI3Ws5nPvaNsD+gQUxQaFi+PFM4UjT9Z3vVMGDVP4GZHgTEkSmiRav0yyzulz3agqQAw6J2aAAf/NRYCbMXEgspmzBtjw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B0B5R2WF5X]]_Tue,-30-May-2023-07-19-18-GMT.mhtml

**Hash (SHA256)**

03066090f058355bf38d5efbf6d8da46a5ff9eb79b769086c8c1aa763cc60027

**Signature (PKCS#1v1.5)**

Qzr0d4MXrskIQazaM9bz7GUc9uKdJKhGpRcWZ8cyz8jz7JmXku0vPlvMmx40xQYtmG753Xx5x+6yxnobWEFjLMXkQNNbYtwj0FHm29e8NKLke+cPOiML8JeF+upA9/+1Lg5YdlMTjmcU7czySRWC6Qn4npy9BUHm4i8gQW8GiLfEKB/HOn0x06nzGgNNwvmpKu1xTIR8SJLALF0vcp1ZPKgUlWXn9cD5dWJXv/O+bcJnurhtNj1MVMPOQHmaZKs5njU/AoXr2ccmgy4rd36jZleYuKZ739zdCcbZUgR72j/avvSw4IWQ0NZXi7U9hCKIQy7AZT3xJZ1YnnS5/rrisA==



# Evidence Collection Report

**Page Title**

Amazon.com: Funny Trippy Smiley Face Phone Cases for iPhone 11 12 13 14 Pro Max 6s 7 8 Plus SE2 X XS MAX XR Hard Matte Back Shockproof Cover,Matcha Smiley 3,for iPhone 7_Cell Phones & Accessories

**URL**

https://www.amazon.com/Trippy-Smiley-iPhone-Shockproof-iphone11/dp/B0B6WCR67B/ref=sr_1_294

**Collection Date**

Tue, 25 Apr 2023 05:08:09 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Blanmo

**IP Address**

2afac16a1a1 4.3

**Browser Information**

Mozilla 5.0 (Windows NT 10.0; Win64; x64; AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1 v1.5)**

1u81C3w95vsMVjGSChsJLFiHFHdMhfjHi4M8V4e7MPncTvNP84h4v8hc4PY1v9muZh.F2yT7vyzS1JqIP9Mz3iLM2i83PY.sCm9huZhc8uJqKTbJQ2JiRyz9yY1gNCMWA4SEMTVEdjGH3RqQm7Z47.GSw

# File Signatures

**SCREEN CAPTURE**

PDF

**File Name**

screencap_B0hejy22JFJ@amare.amazon.com[b]Trippy-Smiley-iPhone-Shockproof-iphone11[b]dp[b]B0B6WCR67B[b]ref=sr_1_294][_Tue,18-Apr-2023-05-08-09-GMT.pdf

**Hash (SHA256)**

aee4b53f124fe4kf80E774b67bf4b58a9cad3av1Eb9974ebw55474ef

**Digital Signature (SHA256 / PKCS#1 v1.5)**

zawjuCdPy1Jz45jcAuSCy11jCBdfzBCR745HQw3jbdftf23SKaE6ePzE5G.Vi3U0jH.eYv4A5F496V0PZdEZZp02U81vFmG0DWgGRQ35R1u1ewVHMbpbPorJdssOopQ96Kud







## Videos

Help others learn more about this product by uploading a video



## Looking for specific info?

## Customer questions & answers

## Product information

## Product description

## Customer reviews

## Review this product

Share your thoughts with other customers

## Best Sellers in Cell Phones & Accessories




## Customers who viewed items in your browsing history also viewed



## Your Browsing History





Investigator Name: RemoteUser1

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 16 May 2023 09:49:15 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

RemoteUser2

**IP Address**

202.83.57.61

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

klWEy9Zj4rvy0lHD+s4IL+0h0jPUzz4Ky9imcZRVISX37NM1QlM/5pDecA+UtKbHv06v1qlWRlJuggjW6yrBfhw39IlFGxJNuJx0PgHJAkr0AHSF5l3QADPG4rXvCxM138lXQqb91ZPla0ftaiDAgN92tM5xXmf5t7wlg9Yr+MErV5Tz8rfElf83udprF3GTEj6L6jpiiQbGg+Gr9lpr9mBAjnf0/MQAf6zFryPf4xofzFnViMHciAgqq59B4DMym51l/xtqoKt0O92j2PuCZjK2pJvqDoffSPDZ//7TP6aUdFNMuD+j7dUCKcRd1ua5JL9UdTXBteQqpFNm+VVMLYg==

# File Signatures

**SCREEN CAPTURE**

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Tue,-16-May-2023-09-49-15-GMT.mhtml

**Hash (SHA256)**

2e02b4b3f096567e065da6a7ef32c89138d84209cdb418905ef869dd5e529aa9

**Signature (PKCS#1v1.5)**

sgRrSkWMg+Xgau+4/8zcco2Hrts9NpTjQizP3mniTK2HFgBD3M72SuIbympoRms74B29EQjTAmLgf9Nr1cDXspa+8SvL3MiS6bhd+KQX3/li3owyWxHT4WevYE7ECdY61NISabILXzqGLphuks24cOyNtRiz+6AqI2qjDSp3Fb6F6n2DHCj9ZMJJMLiog42a2fLVzRhNg3tga5yOB4f+YZTA2ugsOG8jkqCr8zWHoBvmk9/T8Qh7WSb5BOe0Gtv7oJ0xqY7O9HWUK/QbWrJ6QpP0AhiJ+owBL9KSISYxgbJdy6W9xkEHeiYyMHSHuPS/RcX4h3EjuQyutGyybaE/Q==

---

## Checkout (1 item)

### 1  Shipping address

307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Change

Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.

[ Try Prime FREE ]

### 2  Payment method

**VISA** Visa ending in 9985

Billing address: Same as shipping address.

Change

[ Place your order ]

By placing your order, you agree to Amazon's privacy notice and conditions of use.

∧ Add a gift card or promotion code or voucher

Enter code    [ Apply ]

### Order Summary

Items:                          $24.28
Shipping & handling:             $5.98

Total before tax:               $30.26
Estimated tax to be collected:*  $1.70

**Order total:**                **$31.96**

How are shipping costs calculated?
Why didn't I qualify for free shipping?

### 3  Offers

### 4  Review items and shipping

**FREE TRIAL**

**Jade, we're giving you 30 days of Prime benefits for FREE**    [ Try Prime FREE for 30 days > ]

**Estimated delivery: June 7, 2023 - June 29, 2023**
Items shipped from GuojieBH

Funny Trippy Smiley Face Phone Cases for iPhone 11 12 13 14 Pro Max 6s 7 8 Plus SE2 X XS MAX XR Hard Matte Back Shockproof Cover,Pink Smiley 3,for iPhone 7 8 SE2
**$24.28**
Qty: 1 ∨
Sold by: GuojieBH

Gift options not available

Choose a delivery option:
◉ **Wednesday, June 7 - Thursday, June 29**
$5.98 - Shipping

---

[ Place your order ]    **Order total: $31.96**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

# Evidence Collection Report

**Page Title**

Amazon.com: Simple Smile Face Open Adjustable Ring 925 Sterling Silver Minimalist Smiley Happy Face Finger Jewel Promise Engagement Rings Fashion Jewelry Gifts for Women: Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/Simple-Adjustable-Sterling-Minimalist-Engagement/dp/B0CWHSKXGS

**Collection Date**

Thu, 24 Apr 2025 00:24:09 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Brenson Workstation

**IP Address**

0000.000.0.0

**Browser Resolution**

Standard 8 (Windows 8) 16.0 Edition with AppleWebKit 537.36 (KHTML, like Gecko) Chrome/1 1.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1 v1.5)**

5368c71c...7d3c5ehhh0f9sehhhhhhhhh9366fb2d9hm79h6cfhhhssmhhsshhhsh7h6c9shhhhahs8ejhhh9666h6d9hhshmhhcmhshhhhhhhhhch6sh6cc6mhhhhhhhcch9h3cahhhs9shhm9oisdhfhpfhfs

## File Signatures

**SHA256 CAPTURE**

FDb

**File Name**

cchfhhhd0hh9s3d2shd7hs9shs9hhhd9hhshhh7hhhsshh7hhshhh7hhhhh9shh9shhhhhhhh09977sh...mhm7h4sfb9hh9hfhshsmmmhh7hmm5nhsmhhhshhhhhbhshhhhsmhhs9hhhhhhhhhhhhhsmhhh9sshs

**Hash (PKCS256)**

0c7sshfhb9shhhh73hcshfhmhcshhhhh9sehhm9hs9mhhhhhshhshh9shshhshhhshshhshhhshshhhshh

**Signature (PKCS#1 1_5)**

00xwmchhhhhhhhhhhhhhhhhhhhhhhhhdpddphmhnhshp4mmmfhwhp9hphhphhhphp8hfphphh0mfshhhphfhhfhhphhphbphphphdphpm4fmpsfpdd9mhddphmdhn9ddhfhshddhh5ppdgdbwdfbdjdfphdf









## Product Description





### Brand Concept:



### Maintenance Tips






### Product details



### Videos



### Products related to this item






### Similar brands on Amazon











### Customer reviews










### Products related to this item














Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 18 May 2023 00:52:50 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0a:1dc0:4:3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

UgXy7GxhmT1Q11cGZUDaVwxBCsbZ3x4/FxwMaKBViPQmKeF19C4+AwBFDyZDB4J48oLNeAOBhbH90ZrIcubmV46JeA+U5oWKSRLzNn8MtQgoZPfrVF6ArLHWCn9Llo/mJXlKWu9U2euH1uoMCimXHMrehqHtamVbhGrg1qhdFKJzBgh2b/MR7HDfpm7VGUxhHiL1KUr8DnZVElBc8r9XC+hLrniFu5br6qX2VZ5sCVcZTTM8Y6DPSnLOXg4NC2K6tAoW/yzPNPboRcWSdT7BPJWuhD3WjCx4vHEem4uER0SsJ+AEbNoFZattTeKm/FcDx2JD8OYXBR+kTuBWjdn/w9kg==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-18-May-2023-00-52-50-GMT.mhtml

**Hash (SHA256)**

77f46b5fb8b6444873c9cdbe4f0b5fff7d3a46c7199c5a168ac354f9bf86c0d

**Signature (PKCS#1v1.5)**

ErshCM2E+yr+Dy+V0BZtNHf9NQC7uvNm85nXrz5lOiUU/g/YuvDFAxbckVEg6/c6dKPJdNdlvcTck61hc+qaCDQG8oa0jp2X8GiarMle2fK514GuYZCSWzCvaVH/tddeYQtDnulFE9T7SLvCAtuI/npoE8S4ETjK/qCu/s4wgVfjYVGTNX6tkFTuLgT3Z7tdyOZDy//TWPj33+jJgmbbzyFF/YRF94F0wMWVtLztiCSPKkse9iGB9ZwcSUW+y/+iiSSFZiPtV0gbL5aIUcKAr9n/50iptFeFO+m82kbCAqPztGFn0E36NDfHt8RzST//+4xgbmBBrJSlKaAX5mowVgQ==

**amazon**

## Checkout (1 item)

1 **Shipping address**

███████
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions                                    Change

⊕ Or pick up near this address - See nearby pickup locations

2 **Payment method**

VISA  Visa ending in 9985                                     Change

Billing address: Same as shipping address.

∧ Add a gift card or promotion code or voucher

[ Enter code ]  [ Apply ]

3 **Offers**

4 **Review items and shipping**

**FREE TRIAL**

**Jade, we're giving you Prime FREE for 30 days!**                 [ Get FREE Prime Delivery with Prime > ]

Get your Prime eligible items for ~~$5.99~~ FREE.        No hassle. No commitments. Cancel anytime.

**Delivery: May 21, 2023** If you order in the next 12 hours and 52 minutes (Details)
Items shipped from Amazon.com

Simple Smile Face Open Statement Ring 925 Sterling Silver Minimalist Smiley Happy Face Finger Band Promise Engagemen Rings Fashion Jewelry Gifts for Women Girls Adjustable

**$11.99** & FREE Returns ∨

Qty: 1 ∨

Sold by: GuokeST

Amazon Prime eligible Join now

🎁 Add gift options

**Choose a delivery option:**

○ FREE Prime Delivery with your free trial of Prime

**Fast, FREE Delivery** prime

● **Sunday, May 21**
$5.99 - Shipping

---

[ Place your order ]  **Order total: $18.82**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

Get FREE Prime Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.

[ Try Prime FREE ]

[ Place your order ]

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

Items:                       $11.99
Shipping & handling:          $5.99

Total before tax:            $17.98
Estimated tax to be collected: $0.84

**Order total:**             **$18.82**

How are shipping costs calculated?
Why didn't I qualify for free shipping?

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.





# Evidence Collection Report

**Page Title**
Amazon.com: Pile SPA Smiley Face Socks, Lovely Smile Face Socks, Cute Socks for Women, Personalized Face Socks, Happy Face Socks for Women : Clothing, Shoes & Jewelry

**URL**
https://www.amazon.com/YULIHSM-Smiley-Lovely-Personalized-Rounded/dp/B0B8XX_XXT/ref=xxx_1_XX

**Collected by**
Chris Bance

**IP Address**

**Timestamp**
Wed, 10 Apr 2024 12:15:13 UTC (full logged in UTC at XX:XX) by Chris (Timezone 11:13:13 Select UTC 04

**Digital Signature (SHA256 / PKCS#1 v1_5)**

**File Signatures**

SCREEN CAPTURE
File
File Name
Checksum(SHA256)
Digital Signature (PKCS#1 v1_5)



## Amazon Fashion




Smiley Face Socks, Lovely Smile Face Socks, Cute Socks for Women, Personalized Face Socks, Happy Face Socks for Women








### Buy it with

### Products related to this item






### Product Description








### Product details

### Videos





### Products related to this item







### Similar brands on Amazon






### Looking for specific info?

### Customer questions & answers

### Customer reviews

### Review this product

### More Socks you may like in apparel











### Inspired by your browsing history









### Best Sellers in Girls' Fashion











### Your Browsing History



# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Mon, 08 May 2023 08:29:38 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sian Kelly

**IP Address**

2001:ac8:9a:d::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

FigSkqnVnyV8fJibueefFATKPk5DLo7Qqz3JdribclW4oYR2ek68vWovSqS0oOkARM0MqXWSppNsPWIa8HDItVmp5CReEXDnjnAm4M57j6Mieve+xu19r90c7JyZk3ts9MefiuvuoDcFPW9npwhyOD1pzPdh5KdwaWIa0Lkxfm3Fq8gb3zwABq//QiURpV4581qgIpvNw6fQRo5R/+eB2zPITjYNLM6+eG7lZe3GQl8XgkLvCgjUMIRMc3A+FWQEOOjs+c2oodD1+BBGxwbRpEteTPTYTjbp6RUNRY2yKicZxNT4x5y97lqSS4XA72/AuAbstEYlE7M2TGWw1AW00A==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Mon,-08-May-2023-08-29-38-GMT.mhtml

**Hash (SHA256)**

6546ca928ec2d797fc62aacb08a49aca269a5137b18f174afe248de4a77812c

**Signature (PKCS#1v1.5)**

HlV3jKQs72fOFZ0pIyOgnS8Mb56xcxrHpEfiwE+49WlgnQ6ZCg7taBZsLZQ09R/jTKC2/AEptgFhCJufgEVgTOPsJy3B2ufxD20s5gqoYKGFgv9U0l0O2LuJzKCV8sZElFfU46k4J1Xz/yGmrr9zFo9sGKrDP/J3MYqSjZTpUGhVMZdvnhC5/A+9ydV7TdlURCu1i0zsLYs+YoU0XYkTEFOlqeyEAh1KQDZo02gPvC/HpssULaI0GemxB5M7cQN25X5l42dxzEBNKC59H+wCu/e0mi4yJ00ZHwsHRCJOk6Ml68HjpEazKFFEC7T5GCpMgihSINvwjTuXHVrTBPVWjw==

Case 3:25-cv-XXXXX-XXX · Document 26-X · Enforced on XX/XX/2025 · Page 21 of 40



# Evidence Collection Report

**Page Title**

Axencis.com | Zikou Phone Case Compatible with iPhone 13 Mini Black Case Boys Bloke Skull Melted Face Protective Silicone Shockproof Phone Cover — Cell Phones & Accessories

**URL**

https://www.axencis.com/Zikou-Compatible-Protective-Silicone-Shockproof/dp/B0BDFY3GN4/ref=sr_1_99?...

**Collection Date**

Mon, 24 Jun 2025 11:14:49 UTC GM Department of Commerce or NIST authenticated timestamp

**Collected by**

Evidence Collection

**IP Address**

000.00.0.0.00

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/1.1.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS7):**

MIIHXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXGCSqGSIb3DQEHAoIHXjCCB1oCAQExXXXXXXXXXXXXXXXXX...

# File Signatures

**SCREEN CAPTURE**

Hash

File Name

screencap_B0BDFY3GN4XXXXXX-screencap
Hash (SHA256)

a1eeeaa3e2XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXa1XXe

Signature (PKCS#7 v1.5)

MIIHXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX...











Investigator Name: RemoteUser2

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Mon, 15 May 2023 16:50:47 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

RemoteUser2

**IP Address**

116.68.99.108

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

WchIeIwZ1O1WpvhhTnHAQKY/P0BBpdmeZjabWqP8GjaHvQ0sWuJ9t1XYcC7XNLx7Js7GgKxo/5LKCSvzRd2wEwSTruMZ1sKVhOM01eAIO6fpeaDlQIHypMrZXyLxAzHNH4clTtY9llgeoRtLT/JJ2N19nRVmdxLK6Qf4SbS7VDHVgjnhpw3dCUoI3OgA7VAZAmPMtSYOWhYqXhO1J4/0q/y2wzQmX8gWVSNOyL62AqKcDPx2py4dn4BhXQ+Cwe.I/3KWZR1FptoiqYzzmXQ/ZZ3hFSGZk7FRPaB+qcRZwP8ZCzo9PQCuAPqL1QKgS415RUXcif8O5ABCR7GhkpFwPeQ==

# File Signatures

SCREEN CAPTURE

MHTML

File Name

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Mon,-15-May-2023-16-50-47-GMT.mhtml

Hash (SHA256)

a5bc9f2ef1da7618dac3467585cab73949590b9a5a1c64920eaf3fe3c1a6d1ce

Signature (PKCS#1v1.5)

Fs8yK+hI3C82+MOQrSvCggtaBqqS7RmaiFZojBZI8WTIM7tau/ckuNL2/sQ/ortML5NGHsLqXtmvCdxGuvuGSpyOeUevCkSrrYDv/aHUcB/4d7SoZsUBX+8XTlJJf20iwXm5zXDQvoIM4v1fuOvK90+RQkVlXWoKc4yNn6B2dAuMksHMBLI1pSEZeZCV3C8zbGjyDIxqn+Jf660eo9hfH+KkTP33xOtuIK/rDAFn01rbG1i4n/JtfQ0iAKwns2V+sLvZfCVTPQIRNRS9S1QZLRlwX6uJbG1oAnmeXdu41Hqr+GKw0+M42v8Xqz/S8bNuBbfdPVlXuvcYSFBEYmMXA4==

---

amazon    Checkout (1 item)

**1 Shipping address** — Change

307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions
Or pick up near this address - See nearby pickup locations

**2 Payment method** — Change

VISA Visa ending in 9985
Billing address: Same as shipping address.
Add a gift card or promotion code or voucher
[Enter code] [Apply]

**3 Offers**

**4 Review items and shipping**

FREE TRIAL
Jade, we're giving you Prime FREE for 30 days!
Get your Prime eligible items Thursday, May 18 by 8PM
Wednesday, May 17 by 8PM for $5.99 FREE
Get FREE Two-Day Delivery with Prime

Delivery: May 18, 2023 If you order in the next 11 hours and 9 minutes (Details)
Items shipped from Amazon.com

DiEwu Phone Case Compatible with iPhone 13 Mini Black Case Blue Smiley Shock Melted Face Protective Silicone Shockproof Phone Cover
$12.95
Qty: 1
Sold by: GUTESI
Amazon Prime eligible Join now
Add gift options

Choose a delivery option:
FREE Two-Day Delivery with your free trial of Prime
Fast, FREE Delivery prime
Thursday, May 18 $5.99 - Shipping
Wednesday, May 17 $9.99 - Shipping

Place your order  Order total: $19.85
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Get FREE Two-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.
Try Prime FREE

Place your order
By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**
Items: $12.95
Shipping & handling: $5.99
Total before tax: $18.94
Estimated tax to be collected: $0.91
**Order total: $19.85**

How are shipping costs calculated?
Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.
Need help? Check our Help pages or contact us
For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.
Important information about sales tax you may owe in your state
You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.
Need to add more items to your order? Continue shopping on the Amazon.com homepage.

# Evidence Collection Report

**Page Title**

amazon.com: ZEMOOT Tie Dye Smiley Face Oversized Art Tapestry Wall Hanging Decor Bedroom Dorm Living Room Home Blanket|4060inch Home & Kitchen

**URL**

https://www.amazon.com/ZEMOOT-Oversized-Tapestry-Hanging-Bedroom/dp/B09MTXBKN4?=sr_1_2

**Collection Date**

Wed, 10 Jan 2024 07:03:18 GMT

**Collected by**

**Device**

Mobile/5.0 (Windows NT 10.0; win64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/117.0.0.0

**IP Address**

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; win64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/117.0.0.0

**Digital Signature (SHA256; FRESH V1.0)**

5a3ea0b27a02ad3da76a51a6a35ace05a75adca8a66d677e

## File Signatures

**SCREEN CAPTURE**

**File Name**

**File Hash**

**Signature (PROOF V1.0)**







Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Wed, 31 May 2023 18:48:47 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

111.92.77.63

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

MqnAs168dZfgyHgsYRVxgZ6PNPhnqJys1DxEekqe0hGoQFiUP0j8K02Mu3GQr+dU8nswUwby2GeJGaF0J4QLc/u3aDZX5zbSrVb0mKYNN/U/ZVTQg1dewk8fl8NPb3aCtwLCxMjyfNUf0TFtzsnOEt2rg4WQEC1QalyNtRiX3iXMMajnQ7f/
sHrq/6+OdPkAFLxVbNYpHBAqz43XtbIVvOwIvsF6YMmfgCz81Z1dRt6rdptbxwWuB5HMXD746gqpT4d6vfW80OuEd0jyL1IZtFArWeOR14GRRq9/GIvK+X/vSPVgNohnCWoiBN5TH9fEW1S3CahfJXx9OA7tvdbTzGw==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html[]]_Wed,-31-May-2023-18-48-47-GMT.mhtml

**Hash (SHA256)**

cf5c0da8e10e7a045af34bc9b06676de9e387c7d89a36a730B8d67e51849c56fa

**Signature (PKCS#1v1.5)**

0ekNq8ND8lZ7Rrr0rB8Vvu/i6WeK64fGqZC2J0XQJicj8/amSC04g2JGcNgGD/n0pgqCP0rAXNBwvTzWeuiYDN8JB3uvuaSkFsl5VHP1zZ1XYkI70/d8CpHgbd6cFdMkxh29SSf5oVC+9vzg01hSsziYwm324/2C/IDWVh3LHwV/W9X
+4G0CrEKq04XzJPLOu4WEmdaXfq2CLD5yKpe7Gq1tfEeN1ozY7agx5djNT/9l0le3HC31hkT6DR2I/28Lqt/snSxb2jBrprEPx/M7jSE1vdtVVZ9E8ZaLtSorRKvU09uDQ2w+k9l9N0dY7/mK7DKEZL9ufPo41ZISvM9w==



## amazon

### Checkout (1 item)

| 1 | **Shipping address** | ███████████ | Change |
|---|---|---|---|

111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

| 2 | **Payment method** | VISA **Visa** ending in 9985 | Change |
|---|---|---|---|

Billing address: Same as shipping address.

∧ Add a gift card or promotion code or voucher

[ Enter code ]  **Apply**

| 3 | **Offers** | | Change |
|---|---|---|---|

| 4 | **Review items and shipping** | | |
|---|---|---|---|

**FREE TRIAL**

**Jade, we're giving you 30 days of Prime benefits for FREE**   [ Try Prime FREE for 30 days > ]

**Estimated delivery: June 13, 2023 - June 26, 2023**
Items shipped from haikouyutingshangmaoyouxiangongsi

ZENGCY Tie Dye Smiley Face Oversized Art Tapestry Wall Hanging Decor Bedroom Dorm Living Room Home Blanket， 4060inches
**$19.99**
Qty: 1 ∨
Sold by: haikouyutingshangmaoyouxiangongsi

Gift options not available

**Choose a delivery option:**
○ Tuesday, June 13 - Monday, June 26
  $6.99 - Shipping
○ Wednesday, June 7 - Monday, June 12
  $48.99 - Shipping

---

**Place Your Order and Pay**
You'll be securely redirected to Visa to complete this transaction.

**Order total: $28.38**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**
[ Try Prime FREE ]

**Place Your Order and Pay**

You'll be securely redirected to Visa to complete this transaction.
By placing your order, you agree to Amazon's privacy notice and conditions of use.

### Order Summary

| | |
|---|---|
| Items: | $19.99 |
| Shipping & handling: | $6.99 |
| Total before tax: | $26.98 |
| Estimated tax to be collected:* | $1.40 |
| **Order total:** | **$28.38** |

How are shipping costs calculated?
Why didn't I qualify for free shipping?

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com: Kenond Large Smiley Face Bath Rug, 32" Cute Sunflower Bath Mat Non Slip, Microfiber Water Super Absorbent Floor Mats, Fluffy Shower Mat Machine Washable Bathtub Mats for Doormat, Bedroom Bathroom : Home & Kitchen

**URL**

https://www.amazon.com/Kenond-Sunflower-Microfiber-Absorbent-Washable/dp/B0BRPXZG7Q/ref=sr_1_299

**Collection Date**

Tue, 09 May 2023 06:36:29 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:93::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

B94YOLIR3VA8hfO32yZ6A8HtaYndpVkt4SrYSG4OPEmlOmI9nABzzNTFLj+LQ0zzBjmjRD6MepxdEBOmFQnCTyZfpyx2nPNT3NbbsKDrQEQbF6Sgs5VAmlLrLsFb8zJfy7UlIAXeCNYFVs34oWsGwzgyNNEDfsrgLblVhXnf6to=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Kenond-Sunflower-Microfiber-Absorbent-Washable[fs]dp[fs]B0BRPXZG7Q[fs]ref=sr_1_299]]_Tue,-09-May-2023-06-36-29-GMT.pdf

**Hash (SHA256)**

065f1f956c4901c1ad9c30dcc78accc64869017d1a96c275e574f219fb5d53a0

**Signature (PKCS#1v1.5)**

Ur6UI6rAGVSHRp4xMVglf9AMtlPTnernGS1yq1VPOinFbrtgmQLxr73Ny/jj6GvGTqTEMxectEQuRVaRxUnL6nwMdCAxjw5mYJ4godTubX8awkEEOTnZZdQY+e4tmqWBuvujx99CRriSIQXVNsd3XhEZqvJvXssN6fiEDpEUTSs=










Investigator Name: RemoteUser2

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 12 May 2023 16:59:01 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

RemoteUser2

**IP Address**

2001:ac8:9a:d::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

QrK8ZtNbcR8p+JHYKl8wY7Ld4cCwwAzuRKkFLQMKgNTegKbuiPmDlnuYc2271U2i1+j4nTPUsNfQHN/Kiz3nYOaaJLjRdzW7vRsPWpW0OGUyP+v96mw0Jvt7lLZ+1KyW5vQXpbvi+0LVag6a6OWKjFWzay+jcAr++SmkdfU8cMdfRT3RaimLgcIpOpe+SWQUEvaquj7vcbPFnWlj7ckrF/
YDYEut80DprlaiWDss2tMSmrBcnXjLX2/I1mI3qC628/jiHzqDCSi6qq5xDn95qERv9wU77nC/iHMFnAyfRw+mPbfcFcmD5kayo5hRwfHFprxzHgfiTMJOOmK43lzRhgQ==

## File Signatures

**SCREEN CAPTURE**

MHTML

**File Name**

screencap_[[https[s]][fs][fs]www.amazon.com{fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]_Fri-12-May-2023-16-59-01-GMT.mhtml

**Hash (SHA256)**

77a4433e6a1e15b43c26e54b376d20b00d35b1cb34e1d8b2b670c543f94e7a32

**Signature (PKCS#1v1.5)**

plXr1HoWwXcbVE9XGK2mgP0DuFIwKHpcGV82UmALZ81VY7anelNAcL4Vbj0pe07X8E/RoxzWs3r31VvWmRdFb06d0RvZdZY+cTKkQ1rF1hyrh0q8sf+v/kVWugTFTZ5TPC0zDfmE8ofkyW8XgouxL2vusmmy6X7Qvft0iG0u8XSH0zSh7mpNjPvsvUzD79s4QvsvvamGAa3Hn/
kYZq2FZ0baL9gzcUjqm5VxfvS0zS9Rj7oxoMFXzkTUwp5h5gLC05voef9B8aqMPB1hS9/OuN3Y0s8oN3LS55kNdpVdAH+XZhuZ25QCriPETJnlougP0jmhQkmsJsO4wVv6C+Nw==

---



# Evidence Collection Report

Page Title
Amazon.com: Womens Smiley Face Trending T-Shirt : Clothing, Shoes & Jewelry

URL
https://www.amazon.com/Womens-Smiley-Face-Trending-T-Shirt/dp/B0BQ1SBM5R/ref=sr_1_273

Collection Date
Tue, 10 Sep 2023 06:11:15 (captured at 00:00:00.000000 verification timestamp) / NIST authenticated timestamp

Collected by
Daniel Schreibstone

IP Address
180.85.0.1

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36

Digital Signature (SHA256 PKCS#7)
A1c8e4d71a3bf4f7a0b3c8d7e6f5a4b3c2d1e0f9a8b7c6d5e4f3a2b1c0d9e8f7a6b5c4d3e2f1a0b9c8d7e6f5a4b3c2d1e0f9

Signature (PKCS#7 X)
ZGVtb25zdHJhdGVkIHNpZ25hdHVyZQ==

# File Signatures

SCREEN CAPTURE
File Type
PDF

File Name
evidence_B0bq1SBM5R2ehms-amazon-com30e8e8.evidence-form-Smiley-Face.pdf

Hash (SHA256)
8a1f0e9d8c7b6a5f4e3d2c1b0a9f8e7d6c5b4a3f2e1d0c9b8a7f6e5d4c3b2a1f0

Signature (PKCS#7 X)
MIIGXQYJKoZIhvcNAQcCoIIGTjCCBkoCAQExDzANBglghkgBZQMEAgEFADCB...





















Investigator Name: RemoteUser2

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Sat, 13 May 2023 09:58:46 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

RemoteUser2

**IP Address**

2001:ac8:9a:1e::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

HMDTCOCRLE9gbfM/ULtvz4yPZkqf/swNSINYQlOdTDIWD5EtLJYqNfRhEcyx9RIcL9hTPxFDx0KMEVyiNYdskTqWgVlP1kzkCBQ1XlRTEM0y6nA0Vw9Nt6BsyH0nDffwFBADwLOCmJ1YTJY2TNrkAf+Wkt1OK1Rpf7zSVE
+wjaQDVYri8K3S4lKWKHYeThqjU0cFQRxLbj51EwGpOGjhj8zxzTXWK3gwTnvBlaPwGdO1oA0NHpbNi7jLP3YJ28z4l0aNnb3TthPUcqW7L9WwG9fTnZR£b/VxWsbnfmREQSnOw3RaTCJaAcJPwHDY2cdTAWrZitLAPSE38C6V/z4tQ==

# File Signatures

SCREEN CAPTURE

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html[]]_Sat-13-May-2023-09-58-46-GMT.mhtml

**Hash (SHA256)**

11629659db9ae2957fdc2e5fffebda2abc9fa7ad435961554d28a26ae054c49b

**Signature (PKCS#1v1.5)**

h2KkrBFG2LJzQACQlp4ssorTEiyfwsUy7ov15MCJUa3uTsf+DwTduH4PhGeZCUhvY+ZzTaJVf93NhGt5Odrngh6TerkojKzmjxQbrSfgV0ifr40gMJmQYkNooVn3kXUxR9pIZZaTfp9TkSPyqIhy/QCk1W2f0aC23E82mZ6nSaokypuCEafhCT1py4f4jhF6aHAdU8fohtai6kWbFL/mxmMMeVpXbej352l/
F6t0UeKENV5js1UlVM3uR1qluN5zYzseAPuED7y47EQxtP9iLT0eQd0JyPZFF078LJln8ve145FFWKGb9wsTGAOk6TbBV+a0j5cR/64qyU/Q//Qnw==



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: ewkft Happy Yellow Face Funny Smiley Smile DIY Applique Embroidered Patch (Iron on) : Arts, Crafts & Sewing

**URL**

https://www.amazon.com/Happy-Yellow-Smiley-Applique-Embroidered/dp/B09J8GLKWL/ref=sr_1_51

**Collection Date**

Wed, 26 Apr 2023 07:27:13 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

aA7LY/Sbu5F72Bi2226JIrPRVF/NpvZFpYHuivoVtWT6UGZVBLUDEhhvDf6QT85fkCYWULiksvVvaK4ZdnEckjZXsPJeeiLi6dsCw3Tax9YcXe0BJeXpOlwS2Ea3f8/L61bllzT2k9Mg+nATjc0nJcqyjRB7PzOSfjlhQujcyZM=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Happy-Yellow-Smiley-Applique-Embroidered[fs]dp[fs]B09J8GLKWL[fs]ref=sr_1_51]]_Wed,-26-Apr-2023-07-27-13-GMT.pdf

**Hash (SHA256)**

e48b3df64460e8d1e569a39b361481df50def603d52051bcad84c1549f584a3a

**Signature (PKCS#1v1.5)**

MqA5/sMfk7J+MSAe64raX7awz3My8dvuUK+6aAEgi0Tn6C+gfT16CBnNkSSqpOmUdNc+OKICjcy766hdZVPheXxzh8ISR8gWvPChQJSEPfA55n/OLtYewP+X0/VHkpcdGHQ2lKBCSI+tQk7+p+9I2ouDkP5q78/vTnJEAw+owMQ=

























# Evidence Collection Report

**Page Title**
Place Your Order - Amazon.com Checkout

**URL**
https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**
Thu, 01 Jun 2023 05:46:48 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Neha P

**IP Address**
111.92.76.63

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
bG+e9bVs0rWOxxlw3S7Odb4/l2YFruutv+cjMjaDFrf28WlpMxdHqBz2myoggQnSc2IdRgSSKEMOntmHhPsXWG9VXqudfMH+qHPJaIiu9lVDsLTC0RLFsDynK6UrBAFDOrln5pEtDoFZGyjUTSbnsqYyJaaOP04cJNUn9WmmwqftPEICPD4fIPH/ Db8rKpyMaoGlp9PwJEgG8ZrxUnuLhh8kg1xRKrh+TZSRjCG4GWZ/8U9d+yCYRuNhkjvipPstZet6L8SdlAsaBkaliwluAs3Ap0yK8HlGfT9iLuG0AY62Y9pgy/nkoBJf9f5eI37shnJB4x7V8dy5YkEz7rKvQ==

# File Signatures

**SCREEN CAPTURE**
MHTML

**File Name**
screencap_[[https[s]]fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-01-Jun-2023-05-46-48-GMT.mhtml

**Hash (SHA256)**
a3f6b56b9b6002179226ede506d51d93cb98fe146ad8870794bd71627d1a60e4

**Signature (PKCS#1v1.5)**
DP2H90xZz0td0pUym/Ctc3Zp523cG/jNcw1vbgSE+S+TEuZmoTO4vQxW32ZPRNVkit4V7aQEVs9iU+ExhyXDf4R+q6CMcmHhwH+jSHN8OK47lUmUq6P688B92/fwX3gqFxtdD4TZM5lQVQWi8gin/AbzH8mfyLSsgk/hb4LdfStStUcgY/hUsvR1PtGBYULk9mM0hWRkkCNy75dVmScnEL/ WEeYqzHDegk8fbRl/1LL0VrvN3 kbVdk/McE9m2RpB/M3zzPOjzFTe+LXWH+zHyKZvPy3bTrC7l4jfopm4RJo6fc5s7Pn+5M4O4tlRPXRLHQN+=iAjlmUQLQYhxA==



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com : 1800 PCS Smiley Face Stickers, 30 Designs Cute Happy Smile Face Teacher Reward Stickers for Kids, Colorful Round Incentive Stickers for School Classroom Home with Perforation Line(1" Each, 3 Rolls) : Office Products

**URL**

https://www.amazon.com/Stickers-Colorful-Incentive-Classroom-Perforation/dp/B0B4S2M3CG/ref=sr_1_50

**Collection Date**

Thu, 20 Apr 2023 07:42:09 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

CnhBXMNc2wa3AHwt/ajbNhAGfL2WVTkgcix9QqKLsPee3nSca4nz7YTONcqa3cTHbnqqGIqp6vmWv8pomhYKBXORUOC1mglbai6uTRc9/FjjwfNTaH1lToCPqcSApvgQBopqT8djoKAr+tkZCOiIr9HfNRDYLQz3t7dMnSgmT/c=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Stickers-Colorful-Incentive-Classroom-Perforation[fs]dp[fs]B0B4S2M3CG[fs]ref=sr_1_50]]_Thu,-20-Apr-2023-07-42-09-GMT.pdf

**Hash (SHA256)**

aba7a74205bfbaa3bb32f100bf8db07c0ec4a0943a40877f676df8767388934c

**Signature (PKCS#1v1.5)**

LiGYkNu3B0mGS7nlBLkuUrs0YXQyrOJQNiyZOU90bRTisYdVbZGUYklukteH4obj51pGZu8Vfmas/fn63VA62bk/PswWUuPsTKYM3bEp51s0Db+ausOwDhNFVOclAj4uw0Tihqn5Vc8cjqTgAUyvhith4BlAHYHfxU1odo+aCqE=





Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 19 May 2023 04:09:08 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0a:1dc0:4:3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

cYSSBnAQWvZjj71GSHrVGckelTrHFEcBWrepafqUMgir/K1+E8jyzO5xa8+n1ie6eBjTU9C0pk1XEd50uTVIbQgFROt8FemNGJXx33xEWd9UZubeTgFtWJqW1aLWJyKbhIogc3/8801qQAmt8JrYeKMvU0OSAJV8nZ2mt1agWimtxWq9i1uePqcFK6IkUp8xM/wbudUsscXq5Y5lYudNYTvOjDfbM1+G4dYH7vbos7EK3GAyx2x3DK4mUcdiQjDArLC7t7A9TO+/+5fyKZzsoTK+WlDuJqYdOFH2fcZQ5jQAirdNGseeA2M7c7Pia0ZTQPfXZHoJSvvJt8x2EVQjQ==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s]fs]fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Fri,-19-May-2023-04-09-08-GMT.mhtml

**Hash (SHA256)**

66b9ea16c108869663f9c9a821470518a50fafaaa8b79309b84349f201601d56

**Signature (PKCS#1v1.5)**

Nat+Bc/
sqvf6bVoM6C4xEMjxVHGwckTde1ego08H4roet6f3FT11jwMpO9nWHNGmJfDGUQYSafeSNq07uPrDtGb73gfS0d2PjMqTU73188RFZA8Yxfj6kXJs9Z2oa8T8xUsVv55Y8lyKUDlrnvTyBNn5R8pGyoih8of2QzM5tEWniMHLqm/6CyXnGHiAp/2MNQdaKPJAyVSWnQSFvXuVZhj2yHCF20rVX/G5+gNfOSt4fGU+4TKbGKkLXYIUKvQlbZ9Z3neoqcN3gFmPHXH7RNSyP4Hq1iGcvMbNwQtBK1dCCq4Rbk2npah1q1xCREusvyp8+nmC7NOvClsgEJcl4SGg==

---

amazon

## Checkout (1 item)

**1** **Shipping address**                                             Change

307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Or pick up near this address - See nearby pickup locations

**2** **Payment method**    *VISA* Visa ending in 9985          Change

Billing address: Same as shipping address.

∧ Add a gift card or promotion code or voucher

Enter code    [Apply]

**3** Offers

**4** **Review items and shipping**

FREE TRIAL

Jade, we're giving you 30 days of Prime benefits for FREE        Try Prime FREE for 30 days ›

**Estimated delivery: May 21, 2023**
Items shipped from Amazon.com

1800 PCS Smile Face Stickers, 30 Designs Cute Happy Smile Face Teacher Reward Stickers for Kids, Colorful Round Incentive Stickers for School Classroom Home with Perforation Line(1" Each, 3 Rolls)
**$8.99** & FREE Returns ⌄
Qty: 1 ⌄
Sold by: Hebayy
Amazon Prime eligible Join now
🎁 Add gift options

Choose a delivery option:
● 1-21 business days once shipped
  $5.99 - Standard Shipping

[Place your order]  **Order total: $15.61**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.

[Try Prime FREE]

[Place your order]

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $8.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $14.98 |
| Estimated tax to be collected: | $0.63 |
| **Order total:** | **$15.61** |

How are shipping costs calculated?
Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: kaixinguo INS Cute Cartoon Kawaii Smiley Korean Phone Case for iPhone 7 8 Plus 11 12 13 Pro Max X XR XS MAX(iPhone XR) : Cell Phones & Accessories

**URL**

https://www.amazon.com/Cartoon-Kawaii-Smiley-Korean-iPhone/dp/B09MJ2F6GZ/ref=sr_1_162

**Collection Date**

Mon, 24 Apr 2023 11:28:42 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

JiGgeEGkk2H2tWqE0Bj4SL+r/ZYSl1oXkcUfVEtHn1Ls/FW+JNzP7GMVQRbCIDsmzj+5ngHHlBMyfaW7lKHCT+dWbHVBoy8bUn9yDQBXmxswC583WaBdZnspYV/S1OcKS97qjB/2pbxyxmsY689nTtNYJdBCRfHwOy4XPitCivE=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Cartoon-Kawaii-Smiley-Korean-iPhone[fs]dp[fs]B09MJ2F6GZ[fs]ref=sr_1_162]]_Mon,-24-Apr-2023-11-28-42-GMT.pdf

**Hash (SHA256)**

78803f393e45aa73b6e70af46db6f40f3c9768ac28ca6ae0d3086975f6b8a33b

**Signature (PKCS#1v1.5)**

eSqgWK0+fwW9065PbscXQr+oIOfynYHceaM78NrjMAjBtBalusN+dA6ThXhI5+scL4/dlfZMpTJuKi6Ui+TRNEtWoninDfFsKHMoxR0oEjZmcHAyfa97dYmYGI3S63eRWm+MElpiz5t+4ySDV3nAxqsV0vOOGV3GI1HVCS7oEYg=

















        



         

                



Investigator Name: RemoteUser2

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Mon, 15 May 2023 23:38:32 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

RemoteUser2

**IP Address**

202.83.57.61

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

P/7l8HcH9UHLVNpfRJDD4O1i+MMgKTGHwcEEhwuZhyvw9pqAZ+LgODCA2CwmHtl0XYUDYYdJEpQcxNq4bmibw7XwzfYP6nYsztNN0yC54K6iw2Xvo0vyxbN254cdx5Sp8fKUyycQSpw/bHe6TBRw5Svs7+lSe7Tj0am1PkpPlXkQ54jZKlG/7qq69o1M4eCw8xLv4bY4BFqjoTk5vPtsLlZKN/RBXWqkdneaQeMO7Rgop9+/S3jKjKC8GhT0q+HAZRWaUmK7JQSbsxGtzu0q8p0KN6JuZhOeBYKLMNQ+V8R67yUSycyqRnwsQA/CDZjorqPMQ6Nusr7+/hgU+JrwGQ==

# File Signatures

**SCREEN CAPTURE**

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Mon,-15-May-2023-23-38-32-GMT.mhtml

**Hash (SHA256)**

623f94c5915972d5477d860d0b58b36de0d4c063ceaa79bb1a13cb753e2e5ad7

**Signature (PKCS#1v1.5)**

f+8c+Fex1BB2GfCEKUxqqQzHvQpP2jQPWibK4QLzIzDZNWPfKW808X9ZTStRfnbyMvMe7Gj+ntnxCobmhvjuMoQouAlAXcKdCE0lKg8vHLKzcf282DGX3HJDxu5m3VimZOJOiEK3mFsMUzRF0TUwnHCMdMmPSOEOepk8stV/5XZkoJP1wtAOOxXHunq5NONzcbi8l/lMX0//zwR0u2l9t5rIcFMaoJi2XNn9TZ2Z22zEguKrFBo3GccU340thgvXcVjndYTMWU/Uwl4TUSaBO4Q9t4W7We9dJaCgf69eDr83uhMfv+mFjB4FFd46/IK+AUA06OSmcDK4ziRVn6Uj9w==

---





AXENCIS
Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**
Amazon.com: 1200 Colorful Acrylic Beads, DIY Bracelet Necklace Jewelry, Smiley face, Peach Heart, Letter Beads, a roll of Elastic Thread, and a Pair of Safety Scissors. : Arts, Crafts & Sewing

**URL**
https://www.amazon.com/Colorful-Acrylic-Bracelet-Necklace-Scissors/dp/B097D1DQ2C/ref=sr_1_59

**Collection Date**
Wed, 14 Jun 2023 11:03:22 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Sarah Christodoulou

**IP Address**
2a0d:5600:8:36::5

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
P0C++OPEzYJxniVXtK/LGkijLpDPlob5cXbz8OcKOuLan+Gk1pjIKScS/lJ1adS1xphF7csBCKXSD18PG5K7YqGSaL16AZmUlK++cqsvF5Rg54hFpVnv9Tc/33kHC5vXOrkMLayftsu/fTdFyZcvq1+YcHe9nn4oTZd877cOaGs=

# File Signatures

SCREEN CAPTURE
PDF

**File Name**
screencap_[[https[s][fs][fs]www.amazon.com[fs]Colorful-Acrylic-Bracelet-Necklace-Scissors[fs]dp[fs]B097D1DQ2C[fs]ref=sr_1_59]]_Wed,-14-Jun-2023-11-03-22-GMT.pdf

**Hash (SHA256)**
84ca778de70a4b854b3d9f3218235b48574f541d3f377cc11e58eb94d92177a6

**Signature (PKCS#1v1.5)**
Jf6oA1YWLij32QfTazB+2QfG0ydN3g3PRxxkN14B08lMy9lKlo+cZ6eP5ufhn7AEBTlk6UunSJWFYAfEGs3uAkYI3Ejhk0rpWVU/v+5jWSvTALSdDZ5Mr7tCkA0NhLLIBt8VT+6YBZn6lYvat8+h7fMtrBiCioWaHucGxa2HDyg=

                        



Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 15 Jun 2023 07:29:12 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

202.83.41.44

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

BP/LBTuisrY9Jasu18zZjBnlDUQDv98ak8dqMkHHqIg0Rl9S8Er2OEOR9v7rND0Ak66RJuUCYRWYH0FbxOYHX0QNW/vZd4/
JfUDaoF43zHpwvn4Lwb62SRhKliTRsb1xoFYlYEki1VWL7biQCzTXOWtPtxKHiTyFC3mnKAmroCBMCyufSEQogecKqWXwjiSTlt8vfMHVL08bcrBVF4KFjXrTq8qRl9FsYj6VndThgc6ju2K5/B5N89HH0p5l471G6pF8KtxpYxy1QDlpbXG4QR1xuHf4Hlk8Ae0FlzCHP3F/
xG18sZlwz5dgMysKD4aL7tNLAoueEPman+oqQAN+ew+=

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-15-Jun-2023-07-29-12-GMT.mhtml

**Hash (SHA256)**

2e714feedbcb1f6af93572557c44c2db3a161e064fe33266f08d77bb6b136032

**Signature (PKCS#1v1.5)**

VmcAhfkbXaNxdUNfP8F9UQuXpbKqH/nkqJjeR0YYxrw6EuTbXv5bxxWiEcgAzglx4qJh2uli7Carn0kJv42ozevEHlps1YDciiCPQjSLuFs8WlknIR/lxk4bZY3B6BvfsxrdlgIEEk1qxQs96p6z37KGL/
UKY5spDUing3q5WHjjUZlzDg0zVLxZTg1c0tzi8WStEWazLZnDHOPCxj4UTMlFTsBDK2wHhxetBVxo8Rlq5ZtxIQM6+GfQ6HGxfz0hNUXNpTORQ/l9UL/R0/s4hdPePGRo/0vjJFM/U2ss/W7d9m8bZsW6W8GX4kM3kcJMSD+2DjDlfUpVZZ/c8stL7Q+=



# Evidence Collection Report

AXENCIS

**Page Title**

Amazon.com: NIINEYHOO Compatible with iPhone 7 Case iPhone 8 Case iPhone SE Case, Little Daffodil Sun Flower Daisy Floral Skin Shock Anti Slip Design Aesthetic iPhone Case Soft TPU Shockproof Protective Cover Case : Cell Phones & Accessories

**URL**

https://www.amazon.com/NIINEYHOO-Compatible-Aesthetic-Shockproof-Protective/dp/B0BMDDSG2F/ref=sr_1_1?crid=...

**Collection Date**

Mon, 03 Apr 2023 16:45:07 GMT (Coordinated Universal Time) / Collection Timestamp = GMT (Coordinated Universal)

**Collected by**

Oliver Boucher

**IP Address**

185.230.127.67

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 - PKCS#7)**

aadf7f37eed00531e5b6e76cb345ae16a...

## File Signatures

Signature (PKCS#7) :
aadf7f37eed00531e5b6e76cb345ae16a...























































**AXENCIS**

Investigator Name: RemoteUser2

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Mon, 15 May 2023 14:07:52 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

RemoteUser2

**IP Address**

116.68.99.108

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

RBxVL61Gb/Xo/qBbjMCNLkADzrRSWFhbHRp8Yg7ybxpREIJaeE0/yVOep0ub5zhika75gDmLp0lQXPEZAnYwi8qQZjPNmijXNjKYkMNrqlBCxAERJSkiV63UURenVXOGfiYAVKN546UqvAXXhvZywNcT/5DxEJCuH4mjPch5BFlskLwu6d6gLS6mAk9P+wXGKe2MIRW9WSNsZ7D8Lzbq7/nHrIYnWqytyOlBA6umXqDiHUSQ0kmJe5nOhh4Zuv8IobyatskSlcWjWb+6JRCE6XlKny4R5T2kEmvQk6Gek/TEWypRDHN/yxHDzY6RGC41xJnAqeodxyMYBfAb3IJwxw==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s]]fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Mon,-15-May-2023-14-07-52-GMT.mhtml

**Hash (SHA256)**

9ba31111c9c67b9febz64de3551f48de2226e4809859e981abb6c6a00f692580

**Signature (PKCS#1v1.5)**

rYnCeaBhZCm5qFPDYh//NB9XIJqSGj61xR1GeiGTnULUUH0zNAM0V0RFItGUEh5OXTUjYfzIxTP/lydodsRZDqjvsizCkTQwazVHcLghPNHFbMmnU+doPIdoYfguBH2q2JdirWQsb/b0EqMeiIbTofd0zePK6ACFA4w06HeTS7+0QDcVeWkC72oMOQFTVbK277ALOrgwx0LZeRYeoGg3S684eIhh/XIcD7c6s8hylQdux39Ck9wkVkivTvUck/olmyeXxJOfeMbr0hK95IaM2f08qoWW9wmBNxexZHq8tt9l+cMwPKE09Ue4MeS1UVL0DY42B9vaIzR4Mx29uL/5g==

---

**amazon**

Checkout (1 item)

🔒

**1**  **Shipping address**

███████

307 NE 1ST ST
MIAMI, FL 33132-2505

Add delivery instructions

📍 Or pick up near this address - See nearby pickup locations

Change

Get FREE One-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.

**Try Prime FREE**

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**2**  **Payment method**

VISA  Visa ending in 9985

Billing address: Same as shipping address.

∧ Add a gift card or promotion code or voucher

Enter code    Apply

Change

**Order Summary**

| | |
|---|---|
| Items: | $15.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $21.98 |
| Estimated tax to be collected: | $1.12 |

**Order total:** **$23.10**

How are shipping costs calculated?

Why didn't I qualify for free shipping?

**3**  **Offers**

**4**  **Review items and shipping**

**FREE TRIAL**

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items ~~Thursday, May 18 by 8PM~~
**Tomorrow, May 16 by 8PM** for ~~$5.99~~ FREE

Get FREE One-Day Delivery with Prime >

No hassle. No commitments. Cancel anytime.

**Delivery: May 18, 2023** If you order in the next 13 hours and 52 minutes (Details)

Items shipped from Amazon.com

NINGPIYAYA Compatible with iPhone 7 Case iPhone 8 Case iPhone SE Case, Indie Smiley Face Flower Daisy Hippie Retro 90s Orange Aesthetic iPhone Case Soft TPU Shockproof Protective Cover Case

$15.99 ✓ FREE Returns ⌄

Qty: 1 ⌄

Sold by: henggutingbaihuo

Amazon Prime eligible Join now

🎁 Add gift options

**Choose a delivery option:**

○ Tomorrow, May 16
FREE One-Day Delivery with your free trial of Prime

● Thursday, May 18  **Fast, FREE Delivery** prime
$5.99 - Shipping

○ Tomorrow, May 16
$9.99 - Shipping

**Place your order**  **Order total: $23.10**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: DENGWANG SmileySox Smiley Face Socks, 10 Pairs Womens Grils Cute Smiley Socks, Funny Ankle Socks Novelty Sox Women Gift (10 PCS) : Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/DENGWANG-SmileySox-Smiley-Womens-Novelty/dp/B0BPSP3SW1/ref=sr_1_138

**Collection Date**

Fri, 21 Apr 2023 09:12:39 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

mt/nJkAVQ2vSTaB5PzSkqrYqxZ8WkeLJ1HzS5r2J0cdquf5YYrRQRAp/htxWR7f4MV2V8Zy44Fv75jTdAeOYUQbUppsV8iyn0LEfxY413tmj2vhYXfhLMgBtRGlpKFoEK2Ghyodvt5xEflOOdmgOOuKLoBhRz1+8QLoY4mHvQlg=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]DENGWANG-SmileySox-Smiley-Womens-Novelty[fs]dp[fs]B0BPSP3SW1[fs]ref=sr_1_138]]_Fri,-21-Apr-2023-09-12-39-GMT.pdf

**Hash (SHA256)**

e1fe5fa882f4aaea8cac12408a09173fbdc4abdfdc48a2add62e7021b126d391

**Signature (PKCS#1v1.5)**

nMDCb2nbMtH4NXMvTcBtrJ7xuZkZgFH9hBZ3DDTeghrXkGcSTt25HS7iT6iC8FtjhMRB1zfAus5k+jxh5rF5VPj6Uhx4QT/tdnCS9JZyQBOngry8b78QPBF11NGX0TH8f5qJHKeORele1QIBJ/WOqPKQYHinSwv/9tbq/1QLabU=



























Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 23 May 2023 10:27:08 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

202.83.40.91

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

lWgiF63lKmyDtHLV/bw8wT3h3/zF+bGVjWzxzchfC2Sa7QMGxx2XKUbzPI54hPTXMt9E8TZf83w0uD5fCMv2gEvIaau2Y5bS19+PiF3J21ACiXl18n/hvNaKVzOYrl+UhS0uu+IneZlxQv9fHRq54+SLy+6pDyDM5CZC6KY3Nd5yJOW1LxuANgjjKWX0OnxmW3JbHdz10g5VUg3z36CP8Z4Tx2AKqglyGwgXdWx65TMvBX1z3sWgkHCtVZi4hv9m2aoRrJtFzAByf076k6KlleDMbyIFw8ROFCY9obTbdTr1avRTCEQkbug8RFo+B5kNAcMMbUhe3OTvnomu9N1khEw==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Tue,-23-May-2023-10-27-08-GMT.mhtml

**Hash (SHA256)**

eef347602173b41adfab482e0c7b528c1b1e3bb116ed5ff1643612482db5a5918

**Signature (PKCS#1v1.5)**

F7qtazsS9I1SWZr73kDvox2gPErBr/239RCBJRWLuk8eCZfus7U9In19blndpz0lA34+TzSgmnnjhYqOPBygtiZLM/ISw4Hakf+CsxkQGD42hpCs0dhKCZQnyiwZlcmb9D64SjmCs1gcNU4UsdcszP2GkewgQ8squNL/qyFUDnD+WDa5bsFQC0jAacfs/qxHr+IbBMu4q4KC1HQMcrsCcit324JEUgJcSgydW7jIMExrOUkTkz6VFDLZ2oi91/Nlofa9s+ryY/okrz2mrk1yAfbNg8qR7uRMnZ7zRDTW7q5WVlR83DWvmxNqG4UtqXZQapuY0O/hugHc49BrMwlww==

