AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com : Star Stickers for Kids Reward, 1600 Pcs Teacher Stickers for Students Smiley Face Stickers 1 inch, Behavior Chart, Children Planner, School Classroom Teacher Supplies : Office Products

**URL**

https://www.amazon.com/Stickers-Students-Behavior-Children-Classroom/dp/B0BNBQKBCN/ref=sr_1_39

**Collection Date**

Tue, 25 Apr 2023 05:53:15 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

FXvNkPs3waYpgFSZf1yZX9Y20I89EOzP4w5016MD/GX2SBEqvkEL87lI2QFOphG2km/RqzaPEuHmmPJ22HZsemZ1FnXHHMDspqyPwd3sqCRytB0EEnlxM4Mhi3w3qBFGzuEZq4LpYnPqvt5eaLm5x5G/XCdYQQggEKOg6MM1pI8=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Stickers-Students-Behavior-Children-Classroom[fs]dp[fs]B0BNBQKBCN[fs]ref=sr_1_39]]_Tue,-25-Apr-2023-05-53-15-GMT.pdf

**Hash (SHA256)**

c5212e91c356667bfdfd9542f8b4cd778ed63f1137b24f3518de56b01763b3ad

**Signature (PKCS#1v1.5)**

O+r96epMfQIu1o3Lqd923pFoOzdRz8XukCJJg1jryw7EjRxlyQ4ZUhmLJFplOjeZmc1MDtgeiv+oyhMJlE1YofEwZLaAF7+3ZlKhZONvx83rt9YaVKz++qy/87TUuIg5RJVlIEZodbDCN38VLM2lLa7qg6riexCm9qK/nzkULkE=



Investigator Name: RemoteUser2

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 16 May 2023 11:04:36 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

RemoteUser2

**IP Address**

202.83.57.61

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

cdJTGCTacR9wqYZ35xj80o2puTEQ1piN0JpWDHVXip3RCl9d0RBeaQ8BTD3HzArbp07zErgreatLAe/pNe3A2ox2szLn5jEdS/t8VfmnpXTd3W3eFyRa9LclHkcX3t/M8kQYN0wqXHSZpce556tNivNjOVDygaTnb4bSzxGUc6JriQxPq0bUeoTFFR70Lmzc/5RQ+X0tw26H8Qw9bKEQTtIHAXJI/CetqgNFUUkUeccSWJez/yB3BkSj7ewVSUqf5ammZsEowM0Nnj1Yx+13rKFl2dsrPpLK3UTKCJL5ARqjtE7ZicOToul4X/RoQYj98mQ3jA6URi8OtNAiDJlOQ==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_][https[s]fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html][_Tue,-16-May-2023-11-04-36-GMT.mhtml

**Hash (SHA256)**

d4efdb785ab8934f248110775e98df28b04b7f4aeebc328401f0032c82a03838

**Signature (PKCS#1v1.5)**

ncFkhBV78fAZUii0DqyEvce/kD89OzrKZ8Lja+zQ69r7d13FaQtUiXraMd2QteazYc8jPEMahW5Ee676eBLWt98t6iqKFMRHm4T0LQsfxLSeHIRwXD0rPwcsq63gOXOZcYbT0w6DM0Kz/1UdTK4wG2++8ReFGbNRgmuencPCa+lCO0kpkn6JWX4oFDpyl1gmii2BHC9ZB9Ub4EhuDwkkZFLSPwGRgpYM9gZisHeCb6QhNeh7x5reQDTU2X4L4Tq0zgPBMQwt+BaA1BPW286sipeiiH164Tca7kT0Zq3JKObcDeEC4GU3gx9WY3Bc8letWL1CubZz+Y18OntF7RIww==



AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com: HERZWILD 300pcs Smiley Face Beads Happy Face Polymer Clay Beads Smiley Face Beads, Heart, Star Acrylic Beads Smiley Handmade Beads Mixed Colorful Beads for DIY Bracelet Necklaces (Color Smile face) : Arts, Crafts & Sewing

**URL**

https://www.amazon.com/HERZWILD-Colorful-Handmade-Bracelets-Necklace/dp/B09CGVH2LJ/ref=sr_1_16

**Collection Date**

Wed, 14 Jun 2023 10:50:52 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:36::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

rGe0fE1Z8bAsNZxG62wpJfOcdWDBhJWs8FS4M5xuglD9qEo2bdckqCrt7x/uCZsu6yD/wshWs1a5+3LI0Ip7Hbmzg1Pm7LQV5pZQawFTLzFJ4Jh5iS2m9NZ8kFZMo0ENglIgZi55tw/8pOH5Qnc92y9l19E6vfeeqikj5BEd0/8=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]HERZWILD-Colorful-Handmade-Bracelets-Necklace[fs]dp[fs]B09CGVH2LJ[fs]ref=sr_1_16]]_Wed,-14-Jun-2023-10-50-52-GMT.pdf

**Hash (SHA256)**

d1c9bebe14895c2f1406b546ffaad546a3a6a08012bebbc201a15a12b1b208d9

**Signature (PKCS#1v1.5)**

Y9khhs6EqiFMRh11hoGZrzv2qz8bbq7CRz53sI7ogw1gnK1JpyXIPcG+3TV4v8OfL6gETzu4xGwyQb3HAly2uqfm40iMWnTgUPNvnxKAEe92ML33MCY5PMcKMQtUQZHj6H2SeiojDzKKmqlqWmOTGocww82lt68gKV7nNTr8OK0=







# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 15 Jun 2023 04:38:02 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0d:5600:8:36::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

FXnhGCJpc8Ks/YvJ85ZxiA/EDBG2YlYPaMSgUcxbJJ6F5UUZ1n+EverD96PcMgwJONrkZexoOBot0/V0jzDIls4LA8wUAwFtoDDERtV4Brpa3SlfmFCzGwPUHdbbGg6dvoQN5Pcynf1Z7Y/aGn3uAOz8aEpGPS4u6k1J1iiXXPKvLaHghEx5RlrZiCSWe33qx7ssj/Qp7ZlfsEL8qvJCocU3LxXWUO9Uya/axJpdCg1+5mtnxrNrxnlJFElxoV4CCm6RTTL9BvV4IwRs9ohCPlTEjC0NKUCZ99LsL+VdQ+qJV5gStSieKy7Lrlzv.JnIgFeqPMMW46rhSfA9LNnAA==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s]]fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-15-Jun-2023-04-38-02-GMT.mhtml

**Hash (SHA256)**

f10c78e3dd052c087631dfea10dc7aad3b7d01a2d490eb5f4975b3cd318db8b0

**Signature (PKCS#1v1.5)**

jbBA6o6OLL8JVhi8fiMGiyF5cArZ3S3YfMz8cEs3UphKZyo8Pni5d8NxOhyUygz3gMC2+X6gB4pxX67TZInMvbsGSbp0bMtcf2NbjcBuedf+Wo6K9N2XfJe6mH3C2zhnGRQnY2+rWkhKLj8xKlGj0IbC8PFHC/feOYsUpoRgsLmFaQM0DiGGjum3G/j5FqmEjTL5zw2QWqqsGarALFbPsRGWHqVX5pneIQZfpwvOnqeONWvD4Om6BKnCb0rkURlwWNVvUhNqG1FkxpTlkDleRqhsQt53d8J5Hfcn4JUHnFBdhSlSkk14ScsDogR1YFhiJwn97JNa1q1y7M4bgLmw==



Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 19 May 2023 07:36:28 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

VvxhleONHDk1ICPM6wFO6WkrrNeXkKuZLQyCK3Q67JZln3IDex9wniNJyz2HcieNj5F3LwTMgGenicTeqPSuoSEVPLESNxsyrqiYvqq/VyDXcHGPOqLtgso7b68uc3/y/vbfiJ3Q7dZh2+LaHXzx1dAKhXXsBeueQJBeRbvFFGEMkPpPT1pAf4K7mPDQmJZLN7hZ43oGFaV5b5pudhnHXpEM/70sef7ui0pL8uPT4aET5ngVhG2HH9MuP48yS7TGDz6GPIAju5/6TIt0JJxqBH6Fub7YS+mBXYyTkwIEMFrPwrHmjClEzmIOjn7ywSg63DmhK9kTFekEOwUaVasR3A==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Fri,-19-May-2023-07-36-28-GMT.mhtml

**Hash (SHA256)**

d67c2156c08dd4188e48e74a9b02308336b39bbf141ea3936adbe14b565e6d9b

**Signature (PKCS#1v1.5)**

ZuC4vL/cvj2fYPPvTi9foUANjLX62fQTzoZ44yXQoV+Af3+Zr94Bx5Bd5mZO08ZYgcLqaYpqT/6qD18Gpwmcb1Y7NsnkKbNnD0evNgtnOJd5uhZfwMs30tupQVh7EEpsv+DYqok4SVq5nzfaLwS9cvxMk/TCIf/CYQ8r0t4c1thfs5ji
+JArKWNDSDbJyITFw34kz00CW1TnM7ifXHPEjvJlHdA0mtYZUc8FY7Ur1zmNkvPc1BgEnpM3ioCnRgSKjYGdYwbotKa0FhtW7icvw3w9m2XEFdyH5s2DE0duMpWOIcCAmOzXkfcU6KFGyhWFL6Xa+qPyXACmuAqw0LRTJg==



AXENCIS
Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com: 18 Sheets Happy Smiley Face Yellow Dot Stickers Round Smile Encourage Sticker for Teacher Reward Labels for Kids Behavior Chart(363pcs) : Office Products

**URL**

https://www.amazon.com/dp/B0BBQMVHC6

**Collection Date**

Fri, 19 May 2023 09:57:34 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:36::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

a2V4IjLjGgDDZzusNNiPk+9Qp0DHJEwFIIXdoCyGxFFS0nwf5hpBjG65DAe2CbYNsjSFxCVTOrJyrFjDV7/shzNtz/mUx1HU9RvFr1i+IqspBPS22UFmIVdINSLev+fn6EEEoalBFfXii7eNUrs9U8KmXBCFIX1B7IjROtfSLbW0oyutwj0YXh6BPyJN+a/
KBVdMbZDMtv3QP48CUiDZnN1NNhRxrDYBv9N41RFaQN/9fpblaZDO+13CJT9K9lxVE3QBQ3qZDPiBSmzZC1Cxd6MBhSI8KlLj+mdN57AKsYnfGyqS05Ngq2LpGr9Q1zj/toH6d+9FqNE7aMac6ORNIA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B0BBQMVHC6]]_Fri,-19-May-2023-09-57-34-GMT.mhtml

**Hash (SHA256)**

c7ad768bf5548bdd0a6860ee91c95f04eb5bde2015672b813bf8eca065fab9a2

**Signature (PKCS#1v1.5)**

VkRtos87zkO3ThmHp2UT4IhMpMdcIa50mGjQa8dofMKZOsgiNWyg6uC0aztJa+oT2BjH7nBFjqn4Vo7srbR5Lm+0o567+b5jUXsumOEYMlp45W11ux/plu3Niny0JS9SZD1UufXCAey2F43mH4jgc/fjvnLhOpC4x7gHJ+9MKP5RH1cJthCPwNn7joYixzItstfDpt6FcOCxk64xzEEpO/
vTKpwtqcWQ9bsasfvNyUvwJtzUR6aEeM35XGX/MoyKqZeUON84Nt16RMiNIA2CLQ0tHdtw7/KiM1Q3wlgWm16m2d/FhUOgSdmqB1o+MBfQU4wjKOf+n1KaFI7Jv4BeRQ==












Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 30 May 2023 06:53:33 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

202.164.136.95

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

HWXeu9031E0GwMMiaKwSKOrjXQMzlKRA3u36TPbTcfelRv/ZW6h1IAu+U7RtVPQYrUEeh1dJPsZJ8wY04dgLKl/MMackEUifla0LER5qqyu1xULDHW0W/UOSRO7nPH+UMBJE3u4hIy
+h89HbbRfpfLnJNOEhMuH406NkvoGy6BaVBiwxoCMl0e3Klofl2+xeCDJZoOlF9ANhp5UoZKvLSjtVotiaXGEd5yE//iRga3Oq8Hx6ezx2OlaEfl3Wzlnw1wypaNGM2PLg0HWABDeDGaldz1tyN6XhXTsG9EwpegAM35T7DDnQbbjnBGceuJbq7X/khTE/i0RbXzyV1IcaeMw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Tue,-30-May-2023-06-53-33-GMT.mhtml

**Hash (SHA256)**

1c516a01efaf4f90fc141ca619385f1ff207cf6a522d8e7c1a8029918cd11f81

**Signature (PKCS#1v1.5)**

a6GYLR4RPo11S3/8dUz00EGIU1YtTWpb8GPak+tKpo5Sy4u9309TJqvwKET3Q3I2tOJcOLlXDgz5wK0pUfOM65JSuVvLEPszxVRjH6n2h8RYnb8VAg79Ba7znGE50pqra823wMJ0b32SqR8tWcs80LSdNQ2vENEqePXWHxpaPov2wFptQbr6tksYKXi1SNRJdejo10qKUTjwomDqBBn9NQQS2C0W
+lbHHOH5hFl PQR8Nj76syv7Wz4oN68qKWQnrfZRlLaJfcE6WBUHUKQ1nEl7SohU5hCzCetXFRwvFQvjjRtdxa6xqLx9UnLyOdjPWRIYEdJidGwLVlVZMTYWwD8BPw==



AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com: DakinFu Unisex Smiley Face Slippers Comfy Warm Plush House Shoes Winter Indoor Outdoor Slippers : Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/dp/B0B6WHW9CS

**Collection Date**

Tue, 30 May 2023 09:59:43 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:93::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

f6XZT6Kwhdr7XejFGuzIWV522hOQIgUlVVT7fjmjdxgLNTtgdfO84UjDAXtDx1+7Y4nzKetbdrYXrLvxHUJSc+ZKDgAOB+73I/MquKM7A2Yau03vlGq+wSrQ5WSXNwCa8acTu/
IO7N2iaFfkgURDHbitSFrV8uHEMg234xeKT7rN2M0wIjWqrIL1bcM8QH0jAtGhe8WehKDeQaruEKV240cR3k9g8Ms25igfhDAvnGY1MwWJYoXB8yRB7jQ6hPTIDjwCma90s86CbfHF+csjoy8p3mV6BIvP4lDrJ/0EjFXqek2EKeNix9FP8SfRoZ2AMV0QHzIG7iuIcS/YDZxsFw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B0B6WHW9CS]]_Tue,-30-May-2023-09-59-43-GMT.mhtml

**Hash (SHA256)**

6deba3bcf4dfbf9e93204614a84ce8bfdc8350d66c971aba7d3e0eedba354431

**Signature (PKCS#1v1.5)**

Z7Bxly7rczrj469TIWo4+dCwUjEtHaqEV9AWA9YeyhPini+YyCUHCzhmpbFJvs6BBdMpVzQJKep3uy71S//GmoI2pSzUua1Rcay4k1+ymrf8Wz1yvYqw33mODrm8+zJ7E0Nx4tIEPKmOWHJWdVV7T9cerxfNyB6Qg9+7Tb6Yq/IzhL9QxpWTgxpY1LnfMFwPYq4nMBr/
LzD0f08yKtUtuwLwcM4vbOLtPeZyiIS3tJfmeH+rFzRUie+xElMB8x8ZJ2d3XVKWvtAjsu5jQ2Ulm3vL6sQrTNJcCOQ03WuA1ViyTRNXFHy5PpPMdrmii4LhBXPDIl+BivjpJYqdXBPjEg==




































































Case 2:23-cv-XXXXX-XXX    Document 26-12    Entered on FLSD Docket 07/27/2023    Page 9 of 40

# Evidence Collection Report



**Page Title**
Amazon.com: SHARYN 925 Poppy Jewelry Smiley Face Necklaces for Teen Girls Women Aesthetic Silver Paper Clip Necklace, Clothing, Shoes & Jewelry

**URL**
https://www.amazon.com/Poppy-Jewelry-Necklaces-Aesthetic-Necklace/dp/B09QCCJ8H1/ref=sr_1_265

**Collection Date**
Mon, 31 Apr 2019 07:00:00 UTC, Department of Commerce, NIST authenticated timestamp

**Collected By**

**Disclosed By**
**IP Address**
185.220.112.7

**Browser Information**

**Collection ID**

**Digital Signature (SHA256 / RMD167v) (2)**

# File Signatures

**SCREEN CAPTURE**
File

**File Name**

**Hash (SHA256)**

**Signature (PKCS#7 v2)**





Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 26 May 2023 14:24:27 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

111.92.76.240

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

jUug.JS3FlG0u59JlvpX6U+cV0oCyyBXlaKn1uuK0fhMjw23h6M+HnfsHszH5yejJPEfv7bzKKTFA7Qo4XQYrHLAxaIVV8+/XYu/BDIFQ/AC1obKaB9FjxNoT9IaxDFgS9tX25uIuN3agmc2WBPZBIzj2MFUf54cqH6DsK0/Aj8cE8obHPgZiLM365ci7SW/cmtvw7simnJBUqvsO4qudDMT+eVr8m1ELowrOBweQGKpKt8TpHXiSgw+qUwavi6ABeuhKeWKeuV6qo0fhwxwP3kqnbnQwa1Xw26N1vn2DQJaTB/MYCsXRm/G45FRT9K9eJGgqlUpL+rDG+rVshuunnhQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap,[[https[s]][fs][fs]www.amazon.[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html[]_Fri,-26-May-2023-14-24-27-GMT.mhtml

**Hash (SHA256)**

d3038801743769edd78283cc3c4a8a3c062422b298f0ec6a98b9b7f8ec8e2ddf

**Signature (PKCS#1v1.5)**

oRZa+EjLmGnCAKT11uT3nkqek0PVuXmt1nBGit/AXGEuFhG0H1imaagCi2Rq5XDpIYLw3WeWZbIB7In99b03ryj/aibe0b5TSXcEd8/WJkmWhRxwDl80kf9zHBu2bfUtFuP7ZPRomUp9o+59zFwYKgZBnkkj9f96gfTqGJ55t99MqxVFDY72PiooKsrnlTR4MH2mWXCpo0DloLbderuXk6MGVYaUwv/O1RPF8PUUlGaVyGseQAXX/Gi5rObQLdq2KQaMUUkuGQFkGXTrgzoVgxcxd1LXWHEl7bnOy59kDi7X4GnUwOJhob2qJDhaGveRLjqS13PbbXl8+8D2yzA==



AXENCIS

# Evidence Collection Report

**Page Title**
Amazon.com: HIWOLE 3 papers Smiley Face Socks, Lovely Smile Face Cotton Socks, Autumn Winter Thermal Ankle Mid Calbo Sock For Womens (Special 6) : Sports & Outdoors

**URL**
https://www.amazon.com/HIWOLE-papers-Thermal-Mid-Calbo-papers-Bright-B0BCX/*/*/ref/cm_*_*/*/*

**Collection Date**
Fri, 01 Apr 2025 00:23:46 UTC (US Department of Commerce / NIST (authenticated timestamp))

**Observed By**
Axencis

**IP Address**
Seller IaIaI0.0.0

**Timestamp**
Saturday 01 Afternoon AT 10:0 World with opportFebR8/7/30 45 HTML, the Various Sherman-7/1-44 5 hot.2.07.30

**Digital Signature (SHA256 • PRF/HEX V1.0)**
xxyxEsx3sSsesx3s2sxsx3sSxxaxsssx3sssxssss2ssxss3xss

## File Signatures

**SCREEN CAPTURE**

**File Type**
PDF

**File Name**
sc.amscap_B0asxQC3R.vVspxbdxprpbxsfprdSshpxxxQC3B*xdhfs7*4DsdssdvtQ....

**Hash (SHA256)**
sxsx3sx3asx3sx35ss3x3FBs3sasdsb5B3sSpxdsfD0s3ssxsxs3bdV9s3x33asf3sxFLs3ssb3fp

**Signature (PRF/HEX V1.0)**
gs3sdsfsgsxdsssFbxxs3sbdsgbSgbSd3xCfEsfsx33s3xss3s3bdVsCsx5s3s3dsxsdssxdfxsfbs2fsdsgbxDBbxsdxsdsdss3sssfsx3bd3xQ0dbyxfdrx8s












































Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 23 May 2023 11:56:28 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

202.83.40.91

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

jVFNrXR8bZfJeH4j3o+9ICAyVJ7uZmtGC+n/F9j72dt4L9eh0uM+D43ySvSUVHZNW5WJ9LZSekjmcFExPxyYzJr3gALCgcSb5/EKSiLNrXcjQxkB9uDWBduCxaVtQnK3823Ks2TpuOkKH9g34TPi6yAqjNI3z+7G1E4BZje6bKXQieFknyVbXjLT+oWS/CMDiUwMm2Co5Duky/6LGS+wVq6gL+jX07rmK8Nt94WrjjAlatbflLpOYvgETh/++mhvUjuBr5t/V1acTtZo2mYtCggzr4ymFim6oI/lNn/WVmzf4Vt/JaHnL7cT9W1rW811q28gkZp7oN9CAi7nDp2LDA==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Tue,-23-May-2023-11-56-28-GMT.mhtml

**Hash (SHA256)**

2aa0b49ec6cb1e89eeb89de6d19ec6d023c0af1bb6ef875285f7204d0509cebf

**Signature (PKCS#1v1.5)**

HprBHhRNdCvvRJ9Hees1PBGuyDRYm0VZOGW0EJ5+x0FWEUDyWUGhUxfE4Vus/bDjmhFkPvghMdrRTNhuIA5EOp8tM8ZxJI9xUBj7KyRIHJrmEikE6I0oyHNMsvX0kvb4jDEItOkc5vCa6biUZB2dtPBC5E8OOH4XdXTdT0GpTu9tYSDba7xSI0b+JyKvB9kIFFWZVYaEnwIzfcbPfkDUCADGTnY1qJGD21tdjs/MJnR+n1HaIHIzyhJ/CX+hroHZMNNhnpyXqd1FDHhrpFd5WMHgr67TrRg076mTEOGsFnIJvL+xyPnpxYUD3/OQDYsCn3xZ1/L15XbHkeL9ZaZuK/kw==





Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 26 May 2023 00:41:58 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

111.92.76.240

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

AxoLuh3odHw+1p0FOkLBxfv75Gd4atocFiz8pufY0Z07r1sqmzWpwGS821KlUz0kIX1J4SJxYb89vzkZY/JgCbrXHJTE9kA58X/6xPaFP1SU0+ootMNtTQ/6qOyyUQ0E5E4AS9j2hu3apQF5HueGJWXFCO3IPnxZXib6nQN391AZZrUF9/jGrleheuWN/HGgNN9uJkdmI9idJLn85GOLTx0rGnVhpeFNFQVmaiNuAPwEjJ9F4R6zeEy/7qCG40N2gKdZWng6O3FjN6SjtEYgknRfIGNHJIHpNCI170ephwpBg1Po5gT/qeTVhpjqv4rfZckBbxtxBdY+GDI9T5XmIA==

# File Signatures

SCREEN CAPTURE
MHTML

**File Name**

screencap_||https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html||_Fri,-26-May-2023-00-41-58-GMT.mhtml

**Hash (SHA256)**

f492f16ef35af85745da780d96ab1020c8ef0dd45c7a05f24e0e6e34c9f7ee70

**Signature (PKCS#1v1.5)**

MBfnyEoGfNAx6PROJwPpvdKGFeE+txrTAisNNibFi8dsQy0Zo8K8jwKDNzk94veqlhziw7Ja6QaWTJclyHCmwH5RwEeA3Mh0TMcj0sHvkQUaLkz0/K9OD+f4to6zixSJE0Qov5ltJ8B7LNXZuNRcLl3IPdiuu9vb/KWhdQJs7S37/6usjZDWQXr8mmo8QAHVpEmGDPkxhhXsKTdBRmKtudSablIYOi80Mb71k7HS/mKT2IAs88kGaNfeosDYy6kQqp1V5ooiphpHBuSYrM2Z1aAM+AnC4ThvTT739Y9rCXs4axJaYec/u2kVxCoX1fL3JQ7dApTGQ7whmuAyYLDK6A==



Case 3:23-cv-61250-AHS   Document 36-14   Entered on FLSD Docket 07/27/2023   Page 14 of



# Evidence Collection Report

Page Title
Amazon.com: 925YVE 925 Sterling Silver Pendant Necklaces Sankiy Happy Face Jewelry with Cubic Zirconia Sterling Silver Cute Poppy Jewelry Gifts for Teen Women : Clothing, Shoes & Jewelry
URL
https://www.amazon.com/dp/B08RWLLY9S
Collection Date
Fri, 09 May 2023 06:28:27 UTC (US Department of Commerce / NIST authenticated timestamp)
Collected by
Xavier Chmielewski
IP Address
xxx.xxx.xxx.xxx
Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36
Digital Signature (SHA256 / PKCS#1 v1.5)
d08a6963cec9fc1ac4e8e049a0cd4543fb96d04acc4716e69dd4de9a63b6fea6f0d8c57fdc5aa79adf79c1bfb8da36e1c6ca37... 

# File Signatures

SCREEN CAPTURE
MD5/SHA
File Name
screencap_B08xxxxx@amazon.com@xx2dfjkd9fj8934hfkl23.png_Fri, 09 May 2023 06:28:27 GMT instant
Hash (SHA256)
00e73493d8bf123dd8c8901be9ed786f890565fd0ac531d0593e5d5566b2c4d29a...
Signature (PKCS#1 v.5)
4c72695e3f872a36ce3a33a1b8da31719f45d1e2b89fe7f10f39adf6e7c...







**Products related to this item**





**Product Description**



**Product details**



**Videos**

Videos for related products

**Products related to this item**





**Looking for specific info?**

**Customer reviews**

**Review this product**

**More from frequently bought brands**



**Popular products based on this item**

**Best Sellers in this category**

**Your Browsing History**





Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Wed, 31 May 2023 06:14:33 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

111.92.77.63

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

g5CvWkDqyPDXgFMb9LGJpL6ngCNXlWV3ASHv38Epy48GaXHbW/ib8Y2v1DRwMDE9oV9jCAM0dxrqUe+o8odgqvpdunrLXWN8vv3f3f+k3hc3ndI/Xi/
vXlNLq7tcK6gqUP51Uxhloj8wMEAcuX0bASAp29Zhoou5u7iO9AjDG9caqTF4T367NI13A7Pfxo9nJXTgQoudb5ZB4U0uP0U8Kfv8LmU7oxRfJYgr2Y0jcASGdSgmWYIjvkTx4jGzPBF1TFQcc8kdNbzKLk7VQiaQA24UK/
ugA6F0FpRyCLc7w4DwLETAQIch0mkOpbFYjKgIATSESwc6AafRMpxaNLq3w==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs]][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]_Wed,-31-May-2023-06-14-33-GMT.mhtml

**Hash (SHA256)**

bc59a8a626caa4735c49fdfbde313cfc3f342c147c88c94b0f9a205b12e5c503

**Signature (PKCS#1v1.5)**

lQXdAx5SkoOEG9R3O3IjdWEt4uO+9Rx5Su2lfvwGz+I72Fgnq4xUR11yN5o0frcbVAu5APGIMnlYQ3V3hOoDDvBBYepJR3Dqa6eO8tgJFy3L3ORKEA82Ml9/92iep+oHMzL3tJmJR23aWh6yV+BKib9MFrLSYAkYpcWM+ZtBMr/TprXQ0bRt1T3+DAk8AYMSC26mR60t348wTjkhOrp/
HsVdTVOd36bXefsQytd1mnYlfi9BPOy7iozzOGCiRa0hNknP6NVPyeeQHAR/WZxZvmQsZpaVebV9twPdiTittP6n1sVhTBnHNJQn8B5t/QY075iWPmE2k0w+NL6715nWTQ++



AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com: Fundiyoug 100pcs White Smiley Face Bead 10mm Acrylic Happy Face Spacer Beads for DIY Choker Bracelet Earring Necklace Craft Making Supplies (White)

**URL**

https://www.amazon.com/dp/B0BX35NDRK

**Collection Date**

Thu, 01 Jun 2023 05:27:02 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

G1KjsDp1b3omx7vUk4MaXminpVZjzq6TzGsG6IcZdBuV8E4LTWMG/iAVVh7LbPaeRZeqdhBwAkibFlKRVZFWj2Fd50hNh+RpoeRYOCVIDJCTPK5GBRNDBjegfsAZk/rYqz4P5/innHMrB67/DIsK+hy5UtizhPae5ZR2VAlm8zdp9KLm+ol1Ospw4ZIE0JMVMSk4EAzeKmzAW
+xw6zg05ud6+SIA0fe0Eq5XWDays1Un7hcspst5/Vf0QkdLonC0L6/eihnTpOkzHNr6fIBQhiDI27RzSurQqr7fprLWMp+EP6MFcZto0IpNCk/NBguVT1gsfgkRZNzJ+45ltgNsSg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B0BX35NDRK]]_Thu,-01-Jun-2023-05-27-02-GMT.mhtml

**Hash (SHA256)**

ea505bfb922c8d3eaa26a8c49e95c4addbf9b04f3fe8bc3da16ba22ec04a4b8d

**Signature (PKCS#1v1.5)**

HN85YH13UJnvLBpxZBSSbcWXmJ+4L2mUpoB5vaEKZgaxcOsXHPajkVh3pcDACLplc7B2vfkAIHnqxwLEEm2/IdKTVLzFVTQabD+kSX8OPA/OKqCEDx+yaFJtCdbvbixV7Y7tbfSkquffHtK0qK58TtMnwUJSp62FbzKUsJyYbs9jdbKKgClyiKuBg88GETx38v6HlxglWipE9+xwl/
uZBErPWzJSJBPlsy5+oJQ5SARCPN+d3zEiOy00dl1rHzNCRKe4By4QMKcm/h9KBew2P36g9d+wDZn8fwMbV8AJvJsJIzRs5CaK9rNfUXubTm19No+WjtEpLAUwAOEThWqwOg==







**AXENCIS**

# Evidence Collection Report

**Page Title**

Amazon.com: Irspand 3 Pairs/Lot Women Summer Thin Invisible Socks Cute Smiley Solid Color Simple Japanese Non-Slip Socks (Color : C, Size : EU 35-39) : Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/Irspand-Summer-Invisible-Japanese-Non-Slip/dp/B0C18ZZLL7/ref=sr_1_121

**Collection Date**

Fri, 21 Apr 2023 18:11:14 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavros

**IP Address**

Delta 540 E St

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#7+1.5)**

b4+5ZDi2vdVbgj51docb62cG8NDocDf84pdatxoerGyxzBfkmvY6sdfopewod4wehfdssdcd2jsfsd0d8ffvjsd3rt4f54PuewSbgjSBwsd4gdd38bi7e8EEch

## File Signatures

**SCREEN CAPTURE**
PDF
File Name
https://www.amazon.com/Irspand-Summer-Invisible-Japanese-Non-Slip/dp/B0C18ZZLL7/ref=sr_1_121.pdf
Hash (SHA256)
33dbfb3a1425e520175a5b3d1b18c5a6bd9e9781f5b8cfbca33a173a7fb1e16d

**Digital Signature (PKCS#7+1.5)**
jybbaQK4EM6iV2nVoe309N8P8AHdhAhdw30bPd6GvMGyahafwSFsd33d809s6aw8K6vn5ywdPOsdf8aC5q3sfd3uKnkj8H3kkK8sb6HsjbXdsdfrt4zw7HP4dd3SNPPmshSm



      

        

          

            

           



Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Wed, 24 May 2023 07:48:44 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

111.92.80.105

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

FTThvCaS2KyFrxDHqVF++hqms+O+ByVNePg7Isofu7AWFXu0MtTPc8JsG7Q682+LhXQLLYqsQGVCFa/d0/qFL+TtXZI7zSVnPPmUxpNLkYkk/IYaBJivA+Nsl8DUlt9IIEBalke9WccICIZKstCxKY9IrjLdD5IZRWE+aKgNcRbySCju2B4uXzIsgO8gdinCSSM3tBJda0Zj5+wLE/wAm9SHXPStG2gGW5GPGfBgNX46jLmzPWkLFd+raJvABsxk96QvGf8j9EWqp+MSsG+Ow7E+c4sZuQ6wFvFnCHx/jyxmqZ7bFbPog33DQTexutLEuBbMIJRqRi+U9WtVcuLTnzA==

# File Signatures

SCREEN CAPTURE

MHTML

File Name

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Wed,-24-May-2023-07-48-44-GMT.mhtml

Hash (SHA256)

15a271045050a7e6a94cc062b40aa99afdeaa17ab02ed515820be558f307d6af

Signature (PKCS#1v1.5)

eim2lRdPOZ2RAvk/VWKsgTMwsXw6ZV0ZHJAAiCsv8SbXouFdx3euKwpfaekIExcghMUCFrn6MuKWTWNAY85d8h1w9iuEEciUSsOOGoJEyImjYoJuhHgISl3cJiPik/e+m9MFScfnZDm51ZxsXwNIdqssFfyzEGf5zuQN2j3FHcn00KEpdaU3icKCzo4IeHozIMY1GAJrtYBh7kwZznWRzjKTcI5Q2BgU3Qp7xpLMPCw2uXi4S38sf48MdxVXruhnSoE0/WN4UqTHsCCmVoOQSt1f8IYnKu1nSJeNzIg9dC/7urhDSTOLQIZjVBSkVBJKk7l8aZEXSpik1pZJoxWJy8Pw==





# Evidence Collection Report

**Page Title:**

Amazon.com: 6 Pair Lovely Smile Face Cotton Socks,Cartoon Smiley Face Socks,Kawaii Winter Fuzzy Thermal Socks for Girls Boy Men & Teen : Clothing, Shoes & Jewelry

**URL:**

https://www.amazon.com/Lovely-Cotton-Cartoon-Smiley-Thermal/dp/B09WF5TK3A/ref=sr_1_384

**Collected At:**

Fri, 27 Apr 2023 05:16:55 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Klenney

**IP Address:**

34651842975

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64; AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0 Safari/537.36

**Digital Signature (SHA256 + TSR v1.2)**

0.c72fa42fd5ae1d4f85a25f684ab5ddd978daaab90f6d0aa4d03a35f42c7bc9e1700a7cf4e27d41e294b97d94a8d29bb6500065167954ceaaf051b54958ac13ca

## File Signatures

SCREEN CAPTURE

PDF

**File Name**

amazonus_05nbss06bsdd6se2ds1.pdf

**Hash (SHA256):**

daf3425e34f51c9591fef73e1d9a3a21d13c4d1d07b4d344f82a3c1d5bd84e6e

**Signature (PKCS#1 v1.5)**

aebca1caf123d9cd6390936ca57a1b1e7ae1c0a6f12a8cf6c7ad66c651a89b6fd5... 2-2VB 2.1.17 via 30159 fd139 04f.pdf





      

### Product Description

 

### Product details

      

### Videos

  

    

        

      

      

        



Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 23 May 2023 22:57:47 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

116.68.105.240

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

BfqqCH5wvAlXYZZZYf66Sjd9JLxLVpFiUBSeFVkI453k9aCcNW97z1w6GN4NR3WbTRSF0LNARA9aAa1IdM30I0A5veZPXeXjEerfYCBo5vjBuB3csSuzaOL00NFwu5dSHuoa1Ki5Dc8BBjbk7LzcfU1JvDDCGStN8URi9OCSHJgJJx1UUbbfZWnTmT3rlSAA2uNUYIyGLeaw37+egHVwC+6ebLsJBDpmmZxwQScyvEjKFViVHckkWhHYX1PH2g4c/wxXTj6P7z6joPwjSoj/s7sPHYDBDYmcnDd4SPloZcizOYefPll/Qj58eh7jfGRK10aK3ubymVJydwZ8eoo0Q==

# File Signatures

**SCREEN CAPTURE**

MHTML

**File Name**

screencap_[]https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html[]_Tue,-23-May-2023-22-57-47-GMT.mhtml

**Hash (SHA256)**

500a9ee9fab34529a4790ae650fd23a89ec2ebebe15889af8d884f7a909ea49a

**Signature (PKCS#1v1.5)**

aKhb3HXNABRFlMhw5m769t9r1O8iiJ+35+KnHikEvTc2X09wsL2B1NwGHfmz/k7VE4JD5mTaDzFjG6AiU1sHTgjN+oi9qfkN2K0pOerL++8Ov2J37bFo4vbl6wPrEldR4AJGFHLlu08tqcP6mQSsfKmV8jB44AU2dErcT7phiN/XGMpV1b6GLtVLayO84q51HaoR1xL16LwSJH9NyGKpJRGj5P5Mj2CTR0GX9nwwYPp1kjCY3kiKJgbGgi2ipMG3hf9m54b8uK8NZXN8Ndg6aIr0SaMQ8oxK/rx/cM+qw9dNBtjzTU3K+x111ZbUXrkcbDgBLe8UHEsjd8+gXouJA==




AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Yowivon Gold Necklaces for Women Teen Girls Trendy Stuff Cute Preppy Jewelry Y2K Trendy Summer Smiley Face Paperclip Chain Friendship Necklace: Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/Yowivon-Necklaces-Paperclip-Friendship-Necklace/dp/B0BYSQ8WVD/ref=sr_1_72_sspa

**Collection Date**

Wed, 19 Apr 2023 11:52:16 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

dvKek0AITEX6YqLRGVl4+l0i8uCfH33rdcQ1oOXrV35Xd+gWoseOCWqZX5qUNsbpDzVa7LrE3eX4lboTtF66IFUKtf7ZapfiJs0aS+rYZfii4pAotixdeXsYKso+q5fdtfgpiN2gb9XtLAOKPuJvhuI2vgvRJqH4/KSqzDZ5+5o=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Yowivon-Necklaces-Paperclip-Friendship-Necklace[fs]dp[fs]B0BYSQ8WVD[fs]ref=sr_1_72_sspa]]_Wed,-19-Apr-2023-11-52-16-GMT.pdf

**Hash (SHA256)**

cdf74a383acc2e7ba4ad7ca492060ee7295d7b0c3c4465fa53b5d71ae1712198

**Signature (PKCS#1v1.5)**

d4UJHiz36AJW2Vn4caFmwtn8G5vz/onnHSSaOAvR9B+bG43CZkJon2oRNSIilbt79Bbeq060X8ROOIzY+K2/wjijP6pWD88A2gkNHyphBR7CBX5rynHcpVaNTuvTgy8rg7YPyrrOJLtWhZ8ZMhp20hshQ86ZGjFhKHyfrhNVLbk=













Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 18 May 2023 12:18:10 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0a:1dc0:4:3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

R+Wjv/evk2c9qxrqdNtnSAljLhgY6Qxbpkj0+v+oJO9qK4q/+ovnzL/KJUxAkpQclrM2og15E2c9t2RKJP6cMDQq02Kai+18m8ctBzCSOKpbGiyo5q9A05qDvQ8TlACMiiCdeFFwf8R3B8y0EmTk/thKPUvGjpLKi79ni0CLvDqjIzNJsiCDu/TChSV3q6PBYw7SNkRisK9gPRHQkOwX4mQWZq3WMIyLibwAbZZeQ99B/H58Ed7TFhNPTGosCKXIzbwYL8ruqqWCWt4+et5Eb8xON8fRi4MJ1ebV428+/IjPft9i4wdg5okhUuiL4fBajocK4+OmeMU+S34AWCoa2Q==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s]][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-18-May-2023-12-18-10-GMT.mhtml

**Hash (SHA256)**

347d2421c4df5f5cf4f174fb2d8ca51e40d4f68b748c01f8ae3c926bc211f931

**Signature (PKCS#1v1.5)**

LayVgxbkhISvHI1ucmFZsqpei8qviUzFyBo5xYtKfLCoxDFbpjnAzul8k/8rPQtRDEY1CKxdWcPwjhbyCGmzVsEi5jPNeXH7lKVDLaRjBMnfyey1L3F4sGotDwgfSAswAv3GQb1wl8Na72XSTo0o2nu3aojnThFHSSCtN775lEcH1a5+lQiXgBxROv4a/8rl/wyQgcKwhXuX+A34tOZqBk13QJ8T9uz+zS+V+5Uoiwr4wZHb1LyCwSvf9MW4O23xU7yTGeUNLvGirjZCqxxciCfJ8MLIMUgyct/pMnysJ79E2YRwOvMpoCS8TbtRaLFkf+lkqG9fCwt3Xjv5x8A==





AXENCIS

# Evidence Collection Report

**Page Title**

Amazon.com Cerlac Colorful Rings for Women Teen Girls, Smiley Face Rings Cute Y2K Rings, Chunky Heart Flower Ring Trendy Ring Set, Jewelry, Trendy Gold Glazed Enamel Rings, Aesthetic Statement Stackable Rings

**URL**

https://www.amazon.com/Smiley-Colorful-Aesthetic-Statement-Stackable/dp/B0B6N8MYC3/ref=sr_1_1...

**Collection Date**

Thu, 05 Apr 2023 00:13:22 UTC (US Department of Commerce, NIST authenticated timestamp)

**Collected by**

Chris Benson

**IP Address**

XX.XXX.XXX.XX

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256) • PNG(SHY1-3)**

dacec6a0e0a63dc97c3a0a34aaba8de3d34...

## File Signatures

SCREEN CAPTURE
PDF
**File Name**
evidence_139b74be3f650e9f...screenshot-full.pdf
**Hash (SHA256)**
53011796736deeddd6ba323b50d844a20e6c71f2e2e53fde4a8f14def...
**Digital Signature (PKCS#7) • S...**
cc7fbbbfbga6344a3c4c3daff51dd5d0fb27b51d5d4a64d8e4864a5ba658e4fd4...



















Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 18 May 2023 10:36:07 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

bpRmDE/VG6GdGUSbws5QfwCAl4EMi1pANkbLtL0vllHv969UprHmM1kXTYEEgpbQthR5Mm+N2IaPjRdtIW4vECd0BC7RT7CJf+dU8kfT0uPQ2IrGaNz20x1o0HHR4PT1Ocf1GB2AjjdB0SYZAtD2SKsg5C3MSrA8GihJORtatA3iuxLir3p98pbZYmF+AdA8IZIYu4Qlu8+3M9ItA5g0hF0Fgm+cjR64WRva9Aanfpnf25QCDES9XdFKu9BLGmkXItDlOL5dEAvssr0ppsiwsM6bZyHyrsSEGZEaU4tiO/xeM7KM4rLWlfXvtEQLWcMMe6SLQT+q+K/yNnOtsPwTytQ==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-18-May-2023-10-36-07-GMT.mhtml

**Hash (SHA256)**

864d78a9eadca476b19d2bf807519fd3430bc6c1248df615e0b7ba8dd78aa9d0

**Signature (PKCS#1v1.5)**

mBI2EIzwY8Go8ZPV/qyxk+8pMWZgI0HvL9nLdN0quGXK+FM8LMFbsu3Wvtz2kIvDdIcJGA+D1nd8Iw8qNS8yfP5p1ev6QSB8e0Lnsv.9a/XQxdR0vSQNndHWq21vxjSaduTUOKxyWUs3b59KvInMM+sfODB4wTJ0Pf0HI0vNGYweHtmL40jPhhIY9JX4NXW6XRiurMHMdfD2YfTRoirEUJGidCE7dcXpo2LpnQOWv6hyqHUR9RRiNJ5BWcuyyFOSvUN8I2nZOuHuNwE+P5IWcvijqIbkSz3d/puRdl0uv9Or2CS99rJbkaa4TkUwcMPoUZebNcabBos9NWFE2qddA==



amazon

Checkout (1 item)

**1  Shipping address**                                                      Change

307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Or pick up near this address - See nearby pickup locations

**2  Payment method**                                                        Change

VISA  Visa ending in 9985

Billing address: Same as shipping address.

Add a gift card or promotion code or voucher

Enter code        Apply

**3  Offers**

**4  Review items and shipping**

FREE TRIAL

Jade, we're giving you Prime FREE for 30 days!

Get your Prime eligible items for 5.99 FREE.

Get FREE Prime Delivery with Prime ›
No hassle. No commitments. Cancel anytime.

Delivery: May 21, 2023 If you order in the next 3 hours and 8 minutes (Details)

Items shipped from Amazon.com

Hodea Colorful Rings for Women Teen Girls, Smiley Face Cute Y2K, Chunky Heart Flower Ying Yang, Jewelry, Trendy Gold Signet Enamel, Aesthetic Statement Stackable (10pcs preppy)

$9.99 & FREE Returns ›

Qty: 1 ▾

Sold by: HODEA & JILIPA Jewelry - US

Amazon Prime eligible Join now

Add gift options

Choose a delivery option:

○ FREE Prime Delivery with your free trial of Prime

● Fast, FREE Delivery prime
$5.99 - Shipping

○ Sunday, May 21
$5.99 - Shipping

Place your order  **Order total: $16.68**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Get FREE Prime Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.

Try Prime FREE

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $9.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $15.98 |
| Estimated tax to be collected: | $0.70 |
| **Order total:** | **$16.68** |

How are shipping costs calculated?
Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

# Evidence Collection Report

**Page Title**
Amazon.com: Ha[es]t Happy Face Fun Design Phone Holder Cute Sling Bag Positive Smile Crossbody Backpack for Kids Hiking Daypack Multipurpose Cross Body Chest Bag - Yellow : Casual Daypacks

**URL**
https://www.amazon.com/Haiest-Positive-Crossbody-Backpack-Multipurpose/dp/B0B7XTT92F/ref=...

**Collection Date**
Wed, 14 Jun 2023 XX:XX:XX UTC

**Collected by**
Chris Blackney

**IP Address**
XXX.XXX.XXX.XXX

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/1 11.0.0.0 Safari/537.36

**Digital Signature (SHA256):** PBCB9F[...]-5
xx8bbcxxxxxxxxxxxxxxxxxxx0ffdxxxxxxxxxxxxxxx

# File Signatures

**SCREEN CAPTURE**
PDF

**File Name**
screenshot_B0B7XTT92F_xxxxxxxxxxxxxxxxxx
Haiest-Positive-Crossbody-Backpack-Multipurpose.pdf

**Hash (SHA256)**
XXXX-xxxxxxxxxxxxxxxxxxxxxxxxxxxx

**Signature (PBCB9F[...]-5)**
9F[...]xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx


















































Investigator Name: Sian Kelly

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 05 May 2023 10:13:01 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sian Kelly

**IP Address**

**Browser Information**

**Digital Signature (SHA256 / PKCS#1v1.5)**

tLYb8Izxw6jTVMvxJ0+uHEvIEwqSY13WbD4cjbkyuukWoVFK7PPMnQ4Wxbqt49F3x98+vythiiKYX+WH/ap5kRRFms8wuT+8N4m20sNx3JNfwziqfCqiUAei1racfOVWeyMO6D1j+/fRXLP1fcPll6+SW9BUvwl+SUfqivtL/WDDcCtkpHpdMZl7QbIt9EeZmiiCM0/8u+xVVOcVon2DglM7L2J6QgXgiRCxSfqk9uXZ5vL6tt0fYmS7t3nNwGKy2JhA7Pkwrz NO8odxPh+F7hyDQkE/YHLNYz2i3tR5UXm/bpA6JlQ3Zd5NL+39f+CfW9ozrB6kocPQ16COw2nmzQ==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[]https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html[]_Fri,-05-May-2023-10-13-01-GMT.mhtml

**Hash (SHA256)**

149789de640dc2fa20f4ba196682ce29485f0152e222804cab28124b12bdc434

**Signature (PKCS#1v1.5)**

DHt6k5b3+Hu8GdySaNtVh8gEdmmm/KxZhoDh/ydDq/vxt/RhsRMFNQSBikNA/lm8C/kxfpgNqVJPOSRtwP9MRyakIFN14161n4+qBLgyNju2RE8VFIdoyQ55cqGGTJOL7mALkDaB4upvE9wA12xO09VmNxxIJSm4Fqm0tQD/98Zsxr456iqpRhxq8buRIfWPI+0Uh6lXoie7wU6Dr49TalAq+SqjY/RMB2QCiRYNvZXvN0uZOQmUnw6bovyLOoNLAxdohv6aSrft/8RpI7LThqDgboD6UclME4AOvXrTfm/d3H7zTTPkwj/SD+nmX/8KoPoaSr9T1HvqwRODPjpeQw==



# Evidence Collection Report

## File Signatures



## Product Description

### FACAXEDRE SMILEY FACE SLIPPERS



Textured non-slip sole

Plush upper, comfy and warm

Soft and folding resistant
High elasticity No deformation
4cm

Good breathability
to keep feet dry



### Product details

### Videos

### Products related to this item

### Similar brands on Amazon

### Looking for specific info?

### Customer questions & answers

### Products related to this item





Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 30 May 2023 14:28:12 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

202.83.40.142

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

iIJ1zn6AMiybBAuIKMMFY1cIx9fmzNenu2UsjMlcwCnvhPWavjL/uNIkiJkJ80YwQkkA0jpYe/Psxt7ETCK82ttEVzxKS9PPrY7m2wCC9vY61EmQzjX2bvLWRdypELbzBoJ2RNsl8erkH015y4JX12gU2nFfdWxHOxjgdmF8jlx82QAfEccTdH8UHFX9qduDSvd37sLAQk0u+skIrSpG+bShSCZ7WIFEnoAWqm21NIUnJHA8iK8bVThU5aIKHCn7lfTae22AKBiVgNeKmzeGnysrHs3+eb/2nGzaYrM1yXZFwG7IoiFud6vfMbM/qmiiJYsHEcbypA8cSHf3wg==

# File Signatures

**SCREEN CAPTURE**

MHTML

**File Name**

screencap_[[https[s]]fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Tue,-30-May-2023-14:28-12-GMT.mhtml

**Hash (SHA256)**

f061c388a82304b61dc7f49f8ff0ac354fe5f1f8fbbe3dda285b42ab07d5715

**Signature (PKCS#1v1.5)**

kxfJTFn5Ljd4A7EuoWCiFigQaZbFA2NUTdRl0Vd0E2Y4pG7fFC0UpcTvQaSVq6sXX17zOeBxfwHTdoUMkM0TGPI+KBBmPIAApEQTXX+wxt1+2RTP20E4wLuUJeAXPdwjcc3iLQP8XMcASZ46GWo8Jep+6a9Au5TsHQ8e524zPrKkj8jiCve75gKe1deyX+dyUOze4e+vK4Oq5ejccWI8H25TYzMI+4+wbmfhxhRHLBWvf3nKttpHbfpDvIkchTjkbO9Vq8pYbFJo+4mwZf2PRtrrV2oCdpz/yw9TBOsiQgLdTExNica4l2ENtCzxT8dNvMGpmhOG6s9EW+++4MT7Cw==



*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.





AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com | BUNYISCN Smiley Face Slippers for Women, Smiley Slippers Soft Plush Slippers for Women Retro Happy Face Slippers Cozy Indoor Outdoor Slippers Lightweight Anti-Slip | Shoes

**URL**

https://www.amazon.com/BUNYISCN-Slippers-Outdoor-Lightweight-Anti-Slip/dp/B0BYSR3GXH/ref=sr_1_25

**Collection Date**

Wed, 14 Jun 2023 09:55:35 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:36::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

h5E3Qmxtt2G3XW3oUnbdlbR9ADb4sSyn47VEokTLobLDg7brG3YMYizFzWDKRZRdbC+2Cuwsb9bwqTVMR0V8YGxCTJyjNBN/IjEuRCiLuBOlSUQz9O0kID+VA0J3X/869k5Wq3jtfXErNiSPNK1FTs+NdXyb07pnyN+urWme+28=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]BUNYISCN-Slippers-Outdoor-Lightweight-Anti-Slip[fs]dp[fs]B0BYSR3GXH[fs]ref=sr_1_25]]_Wed,-14-Jun-2023-09-55-35-GMT.pdf

**Hash (SHA256)**

e2ce6bd967fe20958ad5b5e2c9e823f3b9d9e1bf40034c40265f345622e98dad

**Signature (PKCS#1v1.5)**

SOQGgUBtooVjTpTqCN46iRygOPiO9ttqAO6y9TNC9BMQyd6N63QK1UczJm2ehGZ/55GYwuCnrPzHWTmbtwrq0NgONnYtthF43ERIZLPUBW44Suj/6dw6ZfqNETfBuSud92l8hdXT0SLaCZEbSS/jCsNSRn5T1jyZT/wpKdzBoD8=

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 15 Jun 2023 02:37:08 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0d:5600:8:36::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

guSXJEAXGusnP3hzrsJ+Kt0Qn1JAqJXPxNctZ0zEaN7F9H7CsmxwkV0K3exsz3pZy21AlE4Lv6Ngo8Au4wDVX6Eegkuumo0EEZq1F6oUfpRzweCmb1G1x4NlE5jwykLFzSmtTO5ksFfVBIJv5/k46zQmmDo2ZrVHUfl9FB9KdE7Zv/xXcroOum+F8+RWCpbZzMfFgfnrLaoppa62xpj/2pdAx4OREppn9uKShRoS2fquGKs/gkePca4Mm/sGm2sJ9QpdEC2byS5ZfuIdcdnzNahstFS2sMM7X7rAqxg3kJlCvfxJnTOx9yZIW9h/mfWR7CAKHilieWAX4pPsr5QytA==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s]]fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]_Thu,-15-Jun-2023-02-37-08-GMT.mhtml

**Hash (SHA256)**

4e17bb931032a3ed53e50efff5ded1f4c9e1550e21f400e3d1c8b29776228a7e

**Signature (PKCS#1v1.5)**

MvZTeZaEkUq3vBAv8wvUWgK22hoBUejV0iUaZiFrO+M0GRLCVPeSRm9Vwadrhj GNLCy93QaM56t+5F6wcZ1DM89QRKxZC8GId8KGglTq6lKxqBCDO78JQNWT2QPYG1VM2lJioldX0/okbHDrRuNPCZGjUwKL2JiXpqY4z7wi+UFrJrdoX0LO9vR0JuI/+bbd9Hf+b667+9zqDBkEOR0PRkgV5RQJG2W3k2sxmi2N2kV2reOjEDEW+WpK88TZEVEF6kb3FeOkxzyNv/RU5pC8i1n8gyNQK2N0htnudwX4xG1Os3aV9VPu+fL9gp8agSaON3/4ybQxBYouOHtOivcF4A==





# Evidence Collection Report

**Page Title**

Axencis.com: Sigtoe Y2K Smiley Face Idized Flower Pearl Choker Necklace Bohemian Handmade Necklaces for Girls Women Wedding Birthday Anniversary: Clothing, Shoes & Jewelry

**URL**

https://www.axencis.com/Sigtoe-Necklace-Bohemian-Handmade-necklaces/dp/B09VY9H6B9/ref=sr_1_352

**Collected On**

Mon, 01 Jan 2010 00:05:09 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Axencis

**Browser Details**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.5735.199 Safari/537.36

**Digital Signature (SHA256 / PKCS#7-2)**

MIIGQ0111Y9qw2qZ5iBFD9WVsSnQFHRWIQEahCHINHQC3KYGZVCsOaUSNhfOjBNS...dB7cKfHPK7k9sV9P

## File Signatures







   

### Product details

### Videos

### Products related to this item

         

### Looking for specific info?

### Customer questions & answers

### Customer reviews

      

### Popular products based on this item

### Best Sellers in this category

         

### Your Browsing History





Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 26 May 2023 00:54:33 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

111.92.76.240

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

nsdZCJWvvRb7KZcjCquvsEEZSsALaGXJjc7HEfK7w5tCNkfJNwDj+3R/WVbxjEui69s+PdsnU/
Cx4OKs22BsNlFZLTN8kmkV36zWZlkWygaT8O75PtgMSMgq4YM7Kao9Ik9Yrzf6HnqCqeqVoUHTOymfhQuZg95JGx2B9D4IK0ZdA0AdAtBagbgdsn3+AeKcTZ1NxCynuM9JHx2WPqVR6+yZDMiMTOHixLtvHy4KBo1cODdi
+ZRf8Obpx7g1LOof9CZ,J9WYIoNKM1YLGyKGeburb8f4sTqMpenJHU3EuEzcOciFiywuMJstVukKzsSPL4KGrQJbIUuhuSJrInw1pjPQ==

# File Signatures

**MHTML**

**File Name**

screencap_[[https[s]]fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html][_Fri,-26-May-2023-00-54-33-GMT.mhtml

**Hash (SHA256)**

1d6c15e9b3143290adfb3dc90bdda35348a0fbd97a01625b81f40296d6eb669a

**Signature (PKCS#1v1.5)**

BKWjfHuh9mfDJIcSOq30fv5MwE6bWWhkjfHxgbSUxrhyZaERD4sKdHLGmx6sR92ofckXX8spBmFeA8Ln6uUbOOloNnM7qAvTMwN0YL8K2EMK
+vJd6FQSraN8GVFoWxPRzz7IdOJKawYhtmRBFd31RjI70R8wpshmwqJdQrKE6RWSTDKqIeerzJ6FYy2oB0nhD4cpRvkHLsINDb8R4HI1oNtkGBQ9Kz54TsAiGu1//iWcNgWtKXU8eoOn7L4CcC/NXC7vGTKjdOtwWYXBXq/r5DAhWm8VzSrUb+YhFebES9VRH49XVdbpPJ1I1wVF/
dKirT/57Msu4aNxhnRqgShA0A==



# Evidence Collection Report



**Page Title**

Axencis.com: TPU Rainbow Smile Face iPhone Case Compatible with iPhone 14, Unique Smiley Face Trendy Cool Teen Girl Boy Case for iPhone 14, Silicone Shockproof TPU Bumper Protective Cover Case : Cell Phones & Accessories

https://www.axencis.com/Rainbow-Compatible-Silicone-Shockproof-Protective/dp/B0B4RV12H2/ref=sr_1_5...

Collection Date
Mon, 24 Jan 2022 11:36:15 UTC (US Department of Commerce in 1901 authenticated timestamp)

Collected by
Chris Kepenis

IP Address
73.111.0.0

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/...7.3.3.0 Safari/537.36

Digital Signature (SHA256) / SHA512 / CRC 32...
a1f3a4b8f5f2...

## File Signatures

SHA256 CAPTURE
...
File Name
...
Signature (SHA256)...




















# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 16 May 2023 05:51:49 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

AIfNIM7cKBPDTPIl700oDLBOezqEFvNTVYHaaKHVwkiAA/FaKyYKpBW1d6h5GcHh38jnsQwwdSsqW8XUpR1jQIAKV4aPVDxhf4Qig+szzO4cQLX34V0svebCfxnWXOMOIRgE0K6nUNwi7G6QZLvMBYSh/FFP7z3RT4F/25iedphrjl/oe+1rONGolOMiUdbpgP8I1DfITK+x1Te4im7NfbryXfm7qEMJwgc0bOR04xnAgxVWY0t6o1dVDsFzHAes8jcOWbsE5iCtiHgrlxOcmBJwv8/6EHIEVeTFqxmGW6VWdLc4uhSD+6AlT7y4A/x+arGgsR+UUDw4qK1sxO48gg==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Tue,-16-May-2023-05-51-49-GMT.mhtml

**Hash (SHA256)**

59c636abd73cbc4de9740b515e1ce0071ea43418acc2e890ea237cbebaa13067

**Signature (PKCS#1v1.5)**

YcnFbyy4LobVscfXQ2XB41CusTolRiDZCgyxSBKl14L5SAFaVPMWk9vg4DxmF/EX1kCPaVl80qMwX4lUgUTym2b2N1ed6dEqbRBMbI20kHbPbyrC4jf4fKQgpeuyyYvac2wGt2t6FAA7ey4XGyw2lQWCv7HZO86F5PLwbqVYzvXO+VNzbM3SgjKrNShdMJkncceL7sy7Wq3HxcW9mvdon15AEs89j0kM0f7YYVl7ucL7XNfU0OKS7GoKahdLGnzyRr8S5gwO1/80gJkQOWsXr3/ovMHb3UlVbwoiFoBmZpfovXNv5nJDbJyygdfEZa0a9+H0C5/slTb8PfSNX0zJ75Q==



# Evidence Collection Report



**Page Title**

Amazon.com: Happy Smiley Face Case for iPhone 12 Pro Max 6.7, Green Antik Fshakge Shet 7PCS Protective Anti-Scratch iPhone 12 Screen Cover [Unique] : Cell Phones & Accessories

**URL**

https://www.amazon.com/Smiley-Phone-Design-Protective-Anti-Scratch/dp/XXXXXXXXXXX

**Collection Date**

Mon, 6 Jan 2025 12:16:34 GMT (UTC) ref Department of Commerce - NIST authoritative timestamp

**Collected By**

Vince Axencis

**IP Address**

192.168.1.XX

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/1.1.1.0.0 Safari/537.36

**Digital Signature (Sha256) - PRODUCT #1**

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

# File Signatures

**SCREEN CAPTURE**
File Type:
PDF

File Name:
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

Signature (PNGdate)
Mon, 6 Jan 2025 12:16:34 GMT


































# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 16 May 2023 00:10:05 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

RemoteUser2

**IP Address**

202.83.57.61

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

rfNIGLxu1jMd8myQmNnr1wP8ECQjGlw/732e+fpvJum9cHacB5MPA7kP5WWtZhEwL2vTbrctePE9qhoRmvC6N4tz2wMshygUfJgzTYYo24YuqwtJUVBxx5NoY2BgPpa3tU3W6kCm
+m9MiJgAyKKZJzOqEan5zosYfEqzWwiq0MfHgGtCN29tYBreobVz6Gam5P92OqxLHzfl4yRzyYktsS3OfeFPFEc81Rp9vjneC6fYBoMqtJ6Agu7tWvUcWsjBAkgLw2/dH5kX0kkYc1AYv/3ezUf7jXRl7xiEl0iCGQtRZ0apMf0dd0cmxjuxctYErq+FfpEL+dfW39Vpljkdig==

**Signature (PKCS#1v1.5)**

HwShb+WLEQuEiLprW46Zhv6Fyo9Y3GF2pafZwQPr2ztW/5bKwKfE2fVcB+H8ceEJ916xV2epRiUwr/PZWeYTMbdqckcCiPJPEGw0kmqLBtgN6x0e3BRBVylo7GHi2pf7tbxF8rBbmnk9gY18pL4E87TDMNpdlI4iR4le6J+0+8YJPnYVbq0l6bUW8Sb9DTvHQuGzee4U3g9Eid201+F2DWV
+WrbERvXBEFjRrZl6Tg8/fwEhABdJ95JGhEowJlV+Hg01pS+9lR0pWW0Zh3PPFATVQRA47K5/HWlygIgdyPnsc28ntqoJ9AWmDc+6Vxt2drk2xZx/7Y/y1J88mNlwBQ==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s]]fs]]fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Tue,-16-May-2023-00-10-05-GMT.mhtml

**Hash (SHA256)**

0169665ba9c4db4ab1644201b63a4fc18b5e8dbf27ea74a46aed9e113148bf18

**Signature (PKCS#1v1.5)**

HwShb+WLEQuEiLprW46Zhv6Fyo9Y3GF2pafZwQPr2ztW/5bKwKfE2fVcB+H8ceEJ916xV2epRiUwr/PZWeYTMbdqckcCiPJPEGw0kmqLBtgN6x0e3BRBVylo7GHi2pf7tbxF8rBbmnk9gY18pL4E87TDMNpdlI4iR4le6J+0+8YJPnYVbq0l6bUW8Sb9DTvHQuGzee4U3g9Eid201+F2DWV
+WrbERvXBEFjRrZl6Tg8/fwEhABdJ95JGhEowJlV+Hg01pS+9lR0pWW0Zh3PPFATVQRA47K5/HWlygIgdyPnsc28ntqoJ9AWmDc+6Vxt2drk2xZx/7Y/y1J88mNlwBQ==





# Evidence Collection Report

**Page Title**
Amazon.com YMIKAWI Sun Balloons White Cloud Balloon You Are the Sunshine Balloons Garland White Cloud Foil Mylar Balloon Birthday Party Decorations Supplies 6 PCS : Toys & Games

**URL**
https://www.amazon.com/YMIKAWI-Balloons-Sunshine-Decorations-Birthday/dp/B09RF9HK9C/ref=sr_1_21

**Collection Date**
Tue, 06 May 2023 17:55:16 UTC (registered at Commons) · AFP submitted and included by

**Collected by**
Suzel Chesnokova

**IP Address**

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Version/15.0 Chrome/537.36

**Digital Signature (SHA256) / PKCS#1 v1.5**

# File Signatures

SCREEN CAPTURE

**File Name**

**File Size**

**Signature (SHA256) of ...**





**AXENCIS**

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Wed, 07 Jun 2023 03:52:33 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

111.92.118.122

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

aW56Mx8SFytNwGtg1lWfrDC3JSf4zh5HlehelJokwcRB2aEQ3ZUVIWQOfdTFFy+WKJXbhqV0p48d244eB7pNcjBMF7Zs/Jui3SOHbrFSS+auFheSEwj3L/Ahu/S859b/H35ohxyzSw5ADGS6EwMS/iWRLVQmkfgtaZ5bv150tZK+TGUYgckLzvVT03HVGyVf+x7TTM+tVCsFCNftz93/ygiqmlt0gg0Pl3NHvYs2YLG9bohM+R7PU+dqyscQt56r9mBpXi2wNWzCWwSrGEJkBZTZdkcSg86g282g9HQuxbrAqflpTy2D7+6/ER0GnA6ScNJVyKzWXX/UddY3W9k2w+=

# File Signatures

SCREEN CAPTURE

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]buy[fs]spc[fs]handlers[fs]display.html]]_Wed,-07-Jun-2023-03-52-33-GMT.mhtml

**Hash (SHA256)**

914b605878fd2ca0a19c17c2bb0c04e3f8a69845c9445f344bb05f91f4f713cbc

**Signature (PKCS#1v1.5)**

fpBH6sFE+i2vaKC0+raMSRBlZQNMrMWN6Yxw7SLSyaZhDMx5Q8UdYhXc1499opc1IIM/MVKelGK5W6jMDQxaShHSUp1ioz3RZQvr1MyzSAsGGe6eZamvHSqLRVy3IuAsy5VDxqS+XKV3lV9aG1g6TPc4xkQwp1Mos7YgfQrAhk10g6XU4ntEN2CrlF2Fn6736/+l6l/ix8kYYGJseCXnpWn1yfxQlDW89cR5wSuNOLcj5dq4ugb6WJ8IsUJAzB7uz1vB23UhPHCJvQDnu9ar0d9q8vfeXjL2VthrL5ubwQBPWYk5j2lL1zdrgsAjy8SiLXVktT0QfexLNGLzlyqMg==





# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Mon, 08 May 2023 10:35:15 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sian Kelly

**IP Address**

2001:ac8:9a:d::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Qk9YPpx6amgwoWYOcz+5eS1r5dAZxAjlaRxkrTvOMZxLc6Rl53d/xZXeopbL/L2E0vrOr3bRRd8KGPHpyWevmEj+hDl8T2W/HFvYC/fOTkco3zVpJFN0nPEHWlITb+oDYDKQ3kLW8mACefIQZn7KVzxKEfKWQ55vbkvKQq+NDPKxY2w0EF6ZKgtxtxLS+olRNufZQ7oQwzcTlUmnOJ1pVZBHavfes8FCc0BHpaKzWEA1WaiKFMNNVXda8vFL+uFDoQEbOMN+SlEZCuCTxG5Ofe1KgpBWV8eh7i+4sL2eLuFKapLi8N3CyXNGBTiYt6EGncpwigYaAbtiL/sy6Ru/yg==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[l]https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]_Mon,-08-May-2023-10-35-15-GMT.mhtml

**Hash (SHA256)**

fa4d6ceae6c69ac2ca813bb04a2c1f7f12086cbd951ae98fcbe53a0c961d68a3

**Signature (PKCS#1v1.5)**

WKVyk0nMOyYl7gyiv1BlHS3iVO2r30uCz3cjMpX0aTzfub/DJPmxTg9da8uA7pPFred2M1RW1WmxRsiYgKuOS0h0GZsss70M6+qT5ZUEVNYTz/NBJUWluE/oWAl8i21Bds1MVV4fbE0ADrKn4fjmDCjrtxOxyD8LR3Qhjv.JQSVadRp0Z+k3Sc4PuuKKtC/cscWLoKcBr4q4rqvt3AjX5mVo9tL3c5YNlh1AoPnWuM6TscAbY8LLaGjTqRHaHFU6E6gkyxBsPyU7lpcVxXCaVp5OByYgEP2PTrbiu6RDDIDB5SobZudSLuEk5cl81/mbNLXrfBxTsUqPMnvbcpsLHAA==



AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com: DIB Stainless Steel Round Pendant Smiley Face Necklace Gold Simple Love With Extension Chain Female: Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/dp/B08XBPB9LZ

**Collection Date**

Wed, 10 May 2023 06:39:44 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:93::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

aZImm4MchTlGtK/l6vAW2+YNjuTBEWoVp6U8OF7QfIsVdBZ8mH3usyodT9lZLkVIHpgOVpRCPVmdNGUY1mTKQQ9ZuFWQueJwaZPrSdOlAxLp3i6Ygyfv0l3rLAa6eAEvyuGzzIM48bgO5jBfmA+bmhkd+kmd5VY3c0R31tf6t4X/rmDWmNjq+Q6F70/JDFQrY+IYJAH
+QPlL1D2wH5jnxQJDZYujBon9+xkF6PpxerukovOEe8YWZBPLVYZwwZGYQ1EvWTiR0ZjJTjdHntQ+jHBf/YCiD+AKX5Zv9sT8dkM1x1qpBX3RBk8K5wvZDcokxOXIOQfvzjUQWAYrP85+wA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B08XBPB9LZ]]_Wed,-10-May-2023-06-39-44-GMT.mhtml

**Hash (SHA256)**

5c78955f4d6f10fe861dab9ec4dc97b04a2fcbee36f00831233f8b729b4dd115

**Signature (PKCS#1v1.5)**

MMASdWcvTKczOn8YAt986KUW4u6HR5uYna1YfShLW8XNPAyhFwICEjaXnALlSWgIDwDOYlTBBBhhOTzGFfyjMZxQ0/IYyq/
kooR1tVEqUXMYR8w3QL54DCB1+ZfEYWLEd1clgCbpdBaMJ6lbeV9EyAXYPSu94TkE2HivhaHLwfWQHA2KvCaY8lvSwy2TrrVzcdMOsk0bJD4KAWQBH5xslBAXE3acoPLU5iyCGWxl22amYRn5Fx7fut/GZu78WKrfosE+29e0QZ5b70b9nRm563b5eNw0DjHRfNFD/
wkpljHmWXuSFxADt1HC51vnwFfka+NclfAlu8DSdhoKgTLd/g==













