AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Aesthetic Collage Smiley Face Makeup Bag,Retro Abstract Psychedelic Pattern Cosmetic Bag Best Gift for Sister Teen Girls,Daughter Gift from Mom,Birthday Christmas Valentine's Day Gift Makeup Bag : Beauty & Personal Care

**URL**

https://www.amazon.com/Aesthetic-Abstract-Psychedelic-Christmas-Valentines/dp/B0BXSJYGG1/ref=sr_1_66

**Collection Date**

Thu, 20 Apr 2023 11:30:21 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

PP0Ja2yD2X0vhEeg/a+YtXzmvABe1P9dMhONKvZyE3EQ4F5ebIkVTH6eRmcPJMU/CYI+PgxEito4gi+rpxVJ9/hslCmbYvdIZD+WPcZ0Coa8XTDN6uxkYxSbLm/qvTVEkn3sSLvG93W4W72rIu+bnoAETue86e/avkRYz3BTms4=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Aesthetic-Abstract-Psychedelic-Christmas-Valentines[fs]dp[fs]B0BXSJYGG1[fs]ref=sr_1_66]]_Thu,-20-Apr-2023-11-30-21-GMT.pdf

**Hash (SHA256)**

d7c6b2f0e2df4cb615b52bac851c1163570519ca0bacea7d86e2292f3ac4bb71

**Signature (PKCS#1v1.5)**

OT9EEoCHrMqDB1v+IbnyXtrZur6eoSdpor511r7vbLg3pXizhcS5oLQYgqu4M5B+5Cu9Ts+sbtagyW5BF9l95KoHEINnvXTSTw55vr9d7bjlfliQ+hFD7ZJut/h6LnWPfUh2FvVntwJwRiA22dwUfjI6PlhzY2PDF6m+JjZEbkA=



AXENCIS
Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 19 May 2023 15:09:40 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

F5l453Vq75oHWLd94zrXxk7KVKj42uZqDXeg/pUIhyy6bN4oFImi3hyYuF9uyREhXcLgllU9yZbBMcbtp14NIlXDUwzh6dnI4SNz7Q+8IRKZbMULq1M/FTs/gChIdxd4jYu5Habb+GTw+5eaZPm9hJghuQW7gUJfEi4bvWaiBmOdXn2TmEUWWopA
+nj9StquAvokcHeZb056M9+FN0F123k52ID9kupCsZiauUAC64B0TtyrWBnmn1hyKk3gujzRYraDtPnOxTpSKlrqiyHKoekmt7GfP3qGrPNCL0O0CSrKp5JoIhItGCVdBPYyCc2pD79LDEMzh/2z8ysVdtbpBA==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Fri,-19-May-2023-15-09-40-GMT.mhtml

**Hash (SHA256)**

2840b2674722888d80ba9a3d20f424f802fcdfef7f85bde37b6afd9d1fdec963

**Signature (PKCS#1v1.5)**

UmAfhaHehv7mBkk6Qk2Q5ZftVBEltI47avkUcM2C4gkN2ayMm4/e8YQ6X31F1koELOFthvBJH6WdCGtUkZzLvIkHYa5uVbWhrShteZNUpW3uBhnhI2dwzP+tj6sGqj+Z8rJ0ytoBJYcLhYH4faT7KaoCAwDRrKCf493uWF+
+SjCVoSWE4tywablaCa9+Zsnb4KtH6ONsLtCZCrBmzh6jBSGFPW5J1PNa3iDieOrICbmh0d461w91Yn7h0qvRSUTqaDplfmIsRpFma0bpodsQdaz2eJmSJO8TIy380p1ixEBNt47+bQJ/F/mDstuIJYGtOvigRuvZye3CYIOW/VAHFQ==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

**Or pick up near this address** - See nearby pickup locations

Change

**2 Payment method**

VISA **Visa** ending in 9985

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

Change

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**
Get your Prime eligible items with your 30-day FREE trial of Prime

Get FREE Two-Day Delivery with Prime ›
No hassle. No commitments. Cancel anytime.

**Delivery: May 21, 2023** If you order in the next 9 hours and 50 minutes (Details)
Items shipped from Amazon.com



**Aesthetic Collage Smiley Face Makeup Bag,Retro Abstract Psychedelic Pattern Cosmetic Bag Best Gift for Sister Teen Girls,Daughter Gift from Mom,Birthday Christmas Valentine's Day Gift Makeup Bag**
$11.99
Qty: 1
Sold by: HREOK
Amazon Prime eligible Join now
Add gift options

**Choose a delivery option:**
FREE Two-Day Delivery with your free trial of Prime
Fast, FREE Delivery prime
**Sunday, May 21**
$5.99 - Standard Shipping

Place your order | **Order total: $18.82**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $11.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $17.98 |
| Estimated tax to be collected: | $0.84 |
| **Order total:** | **$18.82** |

How are shipping costs calculated?
Why didn't I qualify for free shipping?

AXENCIS
Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Tanyoyo Smiley Face Ring Signet Asthetic Cool Dainty Statement Rings for Women Girls (GOLD+White, 7): Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/Smiley-Signet-Asthetic-Dainty-Statement/dp/B093KNS3SS/ref=sr_1_50_sspa

**Collection Date**

Wed, 19 Apr 2023 11:46:55 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

QlizDrEaT8UUrnYvjVahiEI3prDBEVbFSDcJ9W8sslU4Hd2C9AW1MbRrM4zjHv6xFABYCPJXnxgJ461ol1WDGEnGSg67xTj8o9mcFe5AuMEkQgal6mk77iPgBp6nZn7t2fLP8axDpDJA7XpKuh6+sAXqYOSWZBF2ixtkfYLKoB8=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Smiley-Signet-Asthetic-Dainty-Statement[fs]dp[fs]B093KNS3SS[fs]ref=sr_1_50_sspa]]_Wed,-19-Apr-2023-11-46-55-GMT.pdf

**Hash (SHA256)**

8e0f797e08a550fcb270588dc2717b6e126ffc3fd0326149ef57875e17869392

**Signature (PKCS#1v1.5)**

VBF+EEWpl2FPSnH2dU+RkdOhmn93WvdYkTLFQt+Tz6MgEb6pxy4hjMGyPtNSgEokbArl8T5xEv/nE3Jq76vqhZzT0hF2GOoCbs04uciZ/JAiEVpEhZ0KI1pmL7gRdWGiGgSA242h1rxTkS/X4T4f2aHVI+Xeambsjc9SrTddVu8=



AXENCIS
Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Wed, 17 May 2023 05:43:36 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

d1PZKLo4ljTpRz1wIRuiw6eVoXroZVrRZFZQrgU+SZeOYAxPuzMgdgbSx9bp5QAW94dBXVa7F3SveMcyFWcE+uuahV2tb09hOX7JoDM8oEhbWdvEh8C6OZjm16PHvzB3EToqQ7Jvjq8ZcF6deu6TQXBLiJr5UWjcbii8V2KX20A3/VqKzHCGREZl8eYHB0s7hQnnRz51YNzXQna/IijCt3bLuMz
+VZriDsqUgMpunKc/WnYbOojYUz8XfRYI9qX7OBsnXaEcqVm57P6JMER1TFeanZV0qqW17kNT/RRvOZQQJUbLpeSJsI6NDhbG1G4ZHrtTMAbNiA2XPwutJaULFQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Wed,-17-May-2023-05-43-36-GMT.mhtml

**Hash (SHA256)**

87617b0a2c87528d03dfbb6faab2cfddf9afe5e3b953e1f3234a36c4216717dc

**Signature (PKCS#1v1.5)**

hrvcpoY+CdkXbBXLBrbKJZ26wTrkL6KSLBReDiMF9Zqeeh4gpzqLdWoa2ErFuSFw3CjWfVB47HIYWT8c7VWbJvhfVBUhPGVARUi3f9snbPUjMINeNIQCVh1siUILpCLaeusuTSeUYK9bvAwXgXmxGk+KEdMRHvIPtzZFecNhHKdLdTfnBvWQJLYh0k3dt8amW9ME6QvbviVEz3YsU3RlFL/
HdWPebayN9rxTYvmSmIVU6UzX+ig4XRA8NY1o+49mFPF3Vn8cKZ5PuHnGAab19b1acSQzuKvmP5W+J2cieE4U+UtL44ogfsd3YUqCMNk3ExL+w62LfjoAUqnm13fxZA==



AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com: 10 Pack 18 Inch Yellow Smiley Face Mylar Aluminum Foil Balloons Use for Happy Birthday Decorations : Home & Kitchen

**URL**

https://www.amazon.com/Yellow-Aluminum-Balloons-Birthday-Decorations/dp/B0B27W42B2/ref=sr_1_24

**Collection Date**

Tue, 09 May 2023 10:09:41 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:93::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

gF9ga2PySX2odMzSgVO1mlOw6yN2CMzmJCl79stL02J+UQ3+vcKEPfQlWe1TzSwqnHwW/zwZmma+NXh7MnRXJLAjINmFS0eBqTFl7CXPcoU8FzXZx3zoP9vcKx9PpaSQn6Et/8OwKelfO6FjqnMRK91N6K9uDQxuwyx6C6dhqLI=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Yellow-Aluminum-Balloons-Birthday-Decorations[fs]dp[fs]B0B27W42B2[fs]ref=sr_1_24]]_Tue,-09-May-2023-10-09-41-GMT.pdf

**Hash (SHA256)**

068f9f86d6fbe18ffb5d0a87fcb119403f4ff137ba4a55b81bda0dbadeac2080

**Signature (PKCS#1v1.5)**

cLBr16odJZzCY70YAKQNLuGu8E5ABGYaOZXBeOBJjAKhqXnGW1+IykwK5wVO8RoTM5/mlI6OQmDlV3MTIODeR/trKrRq7AXDUEt+SoGcFoK11AbxrrpCGFiXNnHBhaVd6dTw5ATnJ4ku/eev4RUHwhnm/7sPvtaJ8MSPumB84OA=



AXENCIS

Investigator Name: RemoteUser2

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Mon, 15 May 2023 08:42:24 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

RemoteUser2

**IP Address**

116.68.99.108

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

aO53b5XnPEJwXeUVFY7K1AJXWaLByneWyiCMPsyCd95KHGJ4W1lokdGYjHn/ngEBr1g5V3ZqHyda5l79N9ffHGyInwqCEvrPles35JMPGBOUdZA9mLoUscyCgzyil1P19qX0fCRIjlfynS3mnZWRE8BqSEVNz/KpBqN/
EfobYx02MpDXESn1H4LIzw5C1EWYGnloU9+ajTlF2mzuDGv25jgPLpF9sxGSbhTE8McFVpfrqB0NRPlcU5vOUKl0CkM/b0o+whzgUjrttgMfIsUrC2BTM2EMdD1nLQ8f0AOgRUe4odMzEUKl32FIZSkDOwNdYyDbyi7xVqir8fRCbcvSZw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Mon,-15-May-2023-08-42-24-GMT.mhtml

**Hash (SHA256)**

c0cb0cf18f042ffed2167d5cd4c58b175c1eae42ae4e2e533202d2c82870c355

**Signature (PKCS#1v1.5)**

L9HGmmg1vwsII4Xu9RdpV5j1k5CXAMSYQfu7Emo8GXyUKCNWXPeS4JlUrQbU0+DguKOtcFbOpkUb3Y/mNoismJ6GqaAfRCaSU1PTwwOH8qb9+tpEdJxznTxJ0H1JPQzriMwJZa8S2en74UTwl6+idtdgVMMJiG0AM
+8M45nDENKwTiaiSGbjYDol7SEv0NQV4LuLXgAjqnvSE7SR8dDX6vw5ZyNrW12fPqSepSVzPZlvpe1Wv2dKxwzCJHec36ni3ZligyOURDSkHu6fdGh/koKJcAxFpZztUYfeFaOFTMbox/kUA7rakUA8bP2L1rvbLXdpXny1+EHDYUaSxW+vEA==

amazon

Checkout (1 item)

1 **Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Change

2 **Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

3 Offers

4 **Review items and shipping**

FREE TRIAL

**Jade, we're giving you 30 days of Prime benefits for FREE**

Try Prime FREE for 30 days

**Estimated delivery: June 6, 2023 - June 28, 2023**

Items shipped from HuangWeiYuanUS



**10 Pack 18 Inch Yellow Smiley Face Mylar Aluminum Foil Balloons Use for Happy Birthday Decorations**

NYDREAM

$13.78

Qty: 1

Sold by: HuangWeiYuanUS

Gift options not available

**Choose a delivery option:**

**Tuesday, June 6 - Wednesday, June 28**

FREE Shipping

Place your order

**Order total: $14.74**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $13.78 |
| Shipping & handling: | $0.00 |
| Total before tax: | $13.78 |
| Estimated tax to be collected:* | $0.96 |
| **Order total:** | **$14.74** |

How are shipping costs calculated?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Cute Smiling Face Socks Smiley Face Embroidery Ankle Socks Fashion Cotton Women Socks Funny Socks Gifts(light grey) at Amazon Women's Clothing store

**URL**

https://www.amazon.com/Smiling-Smiley-Embroidery-Fashion-Cotton/dp/B0BSMPGSTQ/ref=sr_1_184

**Collection Date**

Fri, 21 Apr 2023 09:22:41 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

opaWXbn0NSHnzhGBt+u1qi9jv9U7dTIwxhB4NnBylrx/qUfJkvqKTsXjKxtm+r+TzFSU2+Y0u2HpuESf3KcQluuTSjl2XjN1/g4PNU6gqeHF9P4xUq2u5d8/rnctxi56IICcgdPYfSVN27pSjYe7V9BmC56pj2bpLIxrAgVJ5Qw=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Smiling-Smiley-Embroidery-Fashion-Cotton[fs]dp[fs]B0BSMPGSTQ[fs]ref=sr_1_184]]_Fri,-21-Apr-2023-09-22-41-GMT.pdf

**Hash (SHA256)**

7e8fb379f5a9ac44e33772d0120525ebc6288d68afa339fb4c0eee071d5bbe65

**Signature (PKCS#1v1.5)**

DkTpwU7QXEDMMC9Do7vTYGbY/lGmmc4yyfEkGKd+gQnAwfkpw94HsR4XqRhfBwGee7n1DRt68SSi2e1YYaL+puxCl+yrzT1Nwm++syDTBRF+zyyR/qlxk6PrX4PdyXHrUAFEVxrkUP8B0M2+iensrHCW2iGrHQePL9KrWdJBLe0=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 23 May 2023 12:02:39 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

202.83.40.91

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Ko7prk4rxEGUMU/39LMScRjc2HmWWX3rqqd9taemtwZkGTFRE0FVw/SEg5dKv5SuM7d7BI040A/FkcTtaox40znmmJ/4a1+5csrJ6BQUuDvNwHwNxXW8c/yMa2luoz3v5+Re1Jc59UH6gZ0pSSbqzEJE6kZFPBPMkEnfeHL92cdapepxDLajG
+GlsvZ5M/2Q3J0MfZYSgSMswGUZkGHy4rQ1wwakIp0rib8oHv7yxmOedwGOVllx3/2DmPFCkRUyRnbcwciCcMmK7sVsb4qMT9p1ap9mjusrR31xP5cDHv+N5Pw6qK/X0qPq4YRXY8hIT1VhzFM+R2rPGvlj/32/zA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Tue,-23-May-2023-12-02-39-GMT.mhtml

**Hash (SHA256)**

92460cab200c29451f84331063511f2e5f9fcf050dafcc8e26e060ca763f16f2

**Signature (PKCS#1v1.5)**

MbFUpco2m5L8bM4OW98xipFUXIX8K1ds5mlKntBM1SmnRuzJ3Lr0JccWRn5ZP/UzyMvnMWkfff29foNVSwDrcYcBO1UZukCS/
HmeTYVWYKShNVCY9lcnSjQ3B3WQu3UQSHWYeanJa6NXTQVyR0di6yxCjrnu8PzhAelZUTmUCRmJiSJkPRamwLZIAeVwBF2FtTjysJElwMudqXl8sataCrqtQY3FkHWTk1KPOuNtlMvLkadgZCDFUQvHnGh2ZO5k2VlZzo87tufCRNvNEWg5SeXn8IQ5O82GXcLlg7iK6ltuMRTyo6Ctctj03139z2tr5i
PX+PyMqTMgFlYboqotpw==



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Gilieyer Gold Smiley Face Bracelet, Gold or Silver Plated Chain Bracelet for Women Durable Link Bracelet Happy Smiley Face Charm Bracelet Fashion Jewelry Unisex (Gold) : Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/Gilieyer-Bracelet-Durable-Fashion-Jewelry/dp/B09GLVFB1L/ref=sr_1_274_mod_primary_new

**Collection Date**

Thu, 20 Apr 2023 05:37:42 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

KVZ+H3ZFF342pXVIAjV7LnyQZKAMQPOMd5/p50QlmrRvxlSO25l6QCZ6TEVyy8uElbZqODgPLbPrbnKczbYTP2J+nezDsrCmnTH75RcHS453dRe33Kss6VMrrBCVXOCJuzkXXUjzVdbe3saJqQFTNG3htHd33culi1hdzYQYPhg=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Gilieyer-Bracelet-Durable-Fashion-Jewelry[fs]dp[fs]B09GLVFB1L[fs]ref=sr_1_274_mod_primary_new]]_Thu,-20-Apr-2023-05-37-42-GMT.pdf

**Hash (SHA256)**

d8f712a920b7b69a349373b7b693c7dc705306a1e4c1fc42ec682920d772d485

**Signature (PKCS#1v1.5)**

ov0HPhd6FE2CSDzObbNslnajOFvY2nQ6FPA6E6VQOC3vAq3ki7dTP5ml4BrUERK602ghA/4wwJ4TppcdTZMznvokp3FNcCaW11VA2u0MAFc/3H8FCYUQ5PpNhLpFs4HY7zg3iHuYLXE8us6SDnlggVDfYCB/BFOC2si4bWtLopg=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 18 May 2023 01:42:26 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

f3xPAfBamwWX7haMTyN6nVw2bdFOi2pJIRupudQCC/sm+b+0UDR7f0XWkuXNsA9gERSHLOq4bz/I+OmUQj8iUFKShG1htxxutc5eD7avRBAtRkPSF8z5ZiWpZ22mYDPXId5v0aS8KawAthlhRKxK3F/hEnMyC0k+FNg79OZTDXGO/6m5nha3LUi/F70mmpUp/dY3Q1/
sK9vV2JXwEQeJlSljcLQnP2mqNzQPzykI5UZi45UP2TrQbtVJNcjhtPz2BjXv/JwXky+z+BAga/8ejYqBnpZ77W8EdGkPJASO4XMTA8H21yGF/xYSZ5yaV1aYIdmhCksm0Px9IeVyKmM1Xg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-18-May-2023-01-42-26-GMT.mhtml

**Hash (SHA256)**

31d9e1870d260276c385aa52fef1c8f9c2bec2365afb0f67e854267410f1a530

**Signature (PKCS#1v1.5)**

XumtH/N7Hum5frlY3RdIt3yB2Xnj7PN8mww/rLoIirI0u0R81oMqWrZcpRF0+v9OTXnnRc+ojI/A69UKx8xxXwFfm1fGxGpoKpBokHXSpBUIJWjsv3jQKXqATJhEhC44sqyU8BU8IWBPGQ+vYjZaAjGHmCbkDkdu/kL0aTqdbRJmKY79VLUyLRG+14evAQFF8z/
QScNRKfjOMgetYNpAhZNBywDe4HgkiJBV6MI/a78F0/QR8vtkQEh7OwmjtbKJfQZi0BuawOg6QVTzoyybJM8IaPL9BaIkHdWyNoCHh7++bTWHXo1jRfaK2N62+ePrFcy0/fLGQ670OF7zBa9wSg==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Change

**2 Payment method**

VISA Visa ending in 9985

Change

Billing address: Same as shipping address.

Add a gift card or promotion code or voucher

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

Jade, we're giving you 30 days of Prime benefits for FREE

Try Prime FREE for 30 days ›

**Estimated delivery: June 9, 2023 - July 3, 2023**

Items shipped from huibiaoll



Gilieyer Gold Smiley Face Bracelet, Gold or Silver Plated Chain Bracelet for Women Durable Link Bracelet Happy Smiley Face Charm Bracelet Fashion Jewelry Unisex (Gold)

$8.70

Qty: 1

Sold by: huibiaoll

Gift options not available

Choose a delivery option:

Friday, June 9 - Monday, July 3

FREE Shipping

Place your order

**Order total: $9.31**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $8.70 |
| Shipping & handling: | $0.00 |
| Total before tax: | $8.70 |
| Estimated tax to be collected:* | $0.61 |
| **Order total:** | **$9.31** |

How are shipping costs calculated?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Kokaaee (3in1 for Motorola Moto G Power 2022 Case Cute Smiley Face Women Girls Girly Pretty Luxury Phone Cases Mint Green Gold Smile Design Aesthetic Cover+Screen+Chain for Moto G Power 2022 6.5" : Cell Phones & Accessories

**URL**

https://www.amazon.com/Kokaaee-Moto-Power-2022-Aesthetic/dp/B0BD5CCMQ3/ref=sr_1_44

**Collection Date**

Mon, 24 Apr 2023 10:03:23 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

OHvsU40Ehavh01NHoTq05hjTFUPVMjBPMyZ1r3Y2XBhNg5izWZUXk6u2L21IUsEFb8zxfECf1Fdgrbjh1B6tNd3JBtXjABleVL78lSgf9xn6H2gdk3+FL0rMil07CnMj/Qilu76R0EYYlC28tnUb75X+GLB7mALCMDNvdWELnds=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Kokaaee-Moto-Power-2022-Aesthetic[fs]dp[fs]B0BD5CCMQ3[fs]ref=sr_1_44]]_Mon,-24-Apr-2023-10-03-23-GMT.pdf

**Hash (SHA256)**

7755da336abc5da41d389a141346c9b0ed3e491b13261cd154ce1ea265d5c23e

**Signature (PKCS#1v1.5)**

AAqYExYg3f3+TZ8SWQbepmFiCRxoqxYLuXNPX+zOkYZ2m+K+1jGm+5rndmCmj2dpLCvnPW4dpS18JDqV7s3VjIs+OIzbVf6ZNWQ/r95ATpZn79g6qPGWPI7ZwHI96+eX7/niBxPOrhV/waGo0FNn+CXRbpf14/6om+dn5U1FVOo=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Mon, 29 May 2023 07:56:28 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

116.68.102.163

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

EHVvb05GDc5VkJGsFvCGFauxjQZCQmNS8wUJIEsZlDzV68vGT5W/Cj68iLDWfxnK0Qt/an8rfmmq1Vz7mVUp8xS3NfsVYGlPdsBgFtGHKAmb+44zmC6Ue
+RPNuRlrR5gEidjt5Hvl564UshfWmTA5+ora9eKE0UOu8VUym/6HiuN1CBbroIqjkd4T48+LcNto7eJL8Hr8FWrkzj61hVN70wKH1mC2Pi2B4Vomt8tf4inQav43Id1t6awfX1Zr1wgrJtWGCYLjmqbkuwuuO0mNNLh96VjkINurXRYrOkefJURa2gG02h1RES4VxnnhHffdbp3DIy6lB3ddzV0ODNUzA
==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Mon,-29-May-2023-07-56-28-GMT.mhtml

**Hash (SHA256)**

856088c112ea42cf87b3e29a8c28e9ae23c71c8b39b0563b993a8cd15f9bebd0

**Signature (PKCS#1v1.5)**

nTQQcTUpLsMvGYMwYbes9m9mULMapqBcmq+SWZJ0w/rP7IzkuY1evjuon8NHRfu+YUZJtNbCRtGg0FiBJFWHT4WE5xQPTuHWsg8YZ6gpADYr7nw4LiTfJfBEI8IPiAyoY12PBFXX/dWLcKrxT5CL9tOqHHIyPI7n4SY5wJWw4+Lay+T4gL+490TTGxMYcBmeHWKCN/
BXjdS5IFsJHzT8rTJiIttYabd/8hfQSeLRZj2IBsQ8YIim7ap6gxq0n9vbAMDY/5iMS5M7nsIv8rztVHio6kydl67r9FTPQc8+0mgip0rdAzKqoDcixuXRHLZp/K2b/q5EtAkOF5ZtUGYOAA==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items with your 30-day FREE trial of Prime

Get FREE One-Day Delivery with Prime >

No hassle. No commitments. Cancel anytime.

**Delivery: May 30, 2023** If you order in the next 15 hours and 48 minutes (Details)

Items shipped from Amazon.com



**Kokaaee (3in1 for Motorola Moto G Power 2022 Case Cute Smiley Face Women Girls Girly Pretty Luxury Phone Cases Mint Green Gold Smile Design Aesthetic Cover+Screen+Chain for Moto G Power 2022 6.5"**

$11.99 & FREE Returns

Qty: 1

Sold by: Huilian.HK.CASE

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

- Tomorrow, May 30
  FREE One-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- Tomorrow, May 30
  $5.99 - Standard Shipping

Place your order | **Order total: $18.82**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $11.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $17.98 |
| Estimated tax to be collected: | $0.84 |
| **Order total:** | **$18.82** |

How are shipping costs calculated?
Why didn't I qualify for free shipping?

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Smiley Face Beaded Pearl Necklace Y2k Star Beaded Handmade Charm Choker Necklace For Women Colorful Boho Y2k Necklace(smiley face star choker): Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/Smiley-Beaded-Necklace-Handmade-Colorful/dp/B0952VFWL6/ref=sr_1_199

**Collection Date**

Thu, 20 Apr 2023 05:15:20 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

R19GLkXaEZEhMd4tW+qjgCPn5lX1+yrPyxOVDezBOvzlK72dyQlFdpSbatNe1ZgwE15R2t+5bFEWO5rYUiy//lnK+votCL/l8S47t/uZA1pfgGwYCTdLx12sMiY/opxX25KUCR7xlTmFQg2SrVR79WCVduwrHXxM6GJ1xYlz4kc=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Smiley-Beaded-Necklace-Handmade-Colorful[fs]dp[fs]B0952VFWL6[fs]ref=sr_1_199]]_Thu,-20-Apr-2023-05-15-20-GMT.pdf

**Hash (SHA256)**

78fcf41be7b2076a51de79d3a26663bc75bd10345e3fefb8b8d0569b8900176d

**Signature (PKCS#1v1.5)**

ARZ5AggJYn2aTH+MrsuaBz56IOshWyEq5NZvQLXiGPuAdkFwTvx6UjqJztViima4dnycx64UuyL4t3ycJnUxxANXx5tqpt0B1S03xlNWRbefIGFZ0XwQHgODrVc0zdVCNI0wBYwUJF2/Vs8sfNOXDxNNdbJMyt4Pr1jLMFBHztk=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Wed, 17 May 2023 13:48:38 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2001:ac8:9a:d::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

ASigDElgt+1nidK8dxDeS063pxSNMiN2zkSn200PzQzCElFWbi93lKgeln15rcClFN5jq9cf5p8YWmtUtnNSJ9oFtWI0DqRkvWBHVx2/Sq7CD+CfS0mOlDlgvTj33aq2dHtfp+qJLBWRrS3u8oCgWvyu5mHsuwmNI5xNQIImo5B+sX2DYqRbo/
FTh5pHc5lSnTBSxtKdRtd3SpRTR/9XOQZr7rPAFaxxXl+iYGji0qtkG2SwEL/TXbBHpWjd6qECKtgtpc6RclxpZCv7/F4B0FWE28XPBx/sIfXeyx2a4F1stHE4TWLv3Fz/tDLmGSR/dcUB1V2bHuklXQDCOgQHww==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Wed,-17-May-2023-13-48-38-GMT.mhtml

**Hash (SHA256)**

e7b05002a2eae87e3d225904aad3aa15876e845a89f5cc1c46369975c04f583e

**Signature (PKCS#1v1.5)**

dK0esAQlN7x9JGt7IRTSOmnTJzkagB26LcpKusmCJ1y9MdwyOa0oKuTAg6SJwz/eIlGLFUrNv9d8ReZDFY7ni5daCenUpD6n3C7700jTMJTXGdZvV/ELJL6ejO65Hzxgex8GP0SjUO5eKyJg11TPE6JMRWd9Yn4cpLwkBurgCm2wIokvdBCyY804TUW+Wl/
p1FbMAGlz92NxJtIbaHRFvppW1QOWPyMgMw695yckpOtlzuTrQQA+HpsXkAgmwkqPyfJFh/fqT22wXNpYlJJkNDJgQUVLBprsyQhuBuwFWNFN6Guv9RFbymMNMMrtP3a6ZmDh8He8f60tGZoMRgCtCQ==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Change

Or pick up near this address - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

Add a gift card or promotion code or voucher

Enter code | Apply

**3 Offers**

Change

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items with your 30-day FREE trial of Prime

Get FREE Prime Delivery with Prime

No hassle. No commitments. Cancel anytime.

**Delivery: May 21, 2023** If you order in the next 23 hours and 56 minutes (Details)

Items shipped from Amazon.com



**Smiley Face Beaded Pearl Necklace Y2k Star Beaded Handmade Charm Choker Necklace For Women Colorful Boho Y2k Necklace(smiley face star choker)**

$11.99 & FREE Returns

Qty: 1

Sold by: huiphong

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

FREE Prime Delivery with your free trial of Prime

Fast, FREE Delivery prime

**Sunday, May 21**

$5.99 - Standard Shipping

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

**Order total: $18.82**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $11.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $17.98 |
| Estimated tax to be collected: | $0.84 |
| **Order total:** | **$18.82** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Yellow Smiley Stickers Roll, 1" Round Happy Smiling Face Labels for Teachers Reward Students, 500 Labels Per Roll : Office Products

**URL**

https://www.amazon.com/Yellow-Stickers-Smiling-Teachers-Students/dp/B0BFL7PS13/ref=sr_1_43

**Collection Date**

Thu, 20 Apr 2023 07:35:26 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

U4SQY+852+EHKfm32/SG267TJuQB5nEe0U0CuhBlzCfrQUCJAaCr5+nDmqPA59bcTpop1eCm9OMG1Du7LUyDnM3Z1dy7N9p7N4wnMlFG8H823dC00wnThNCXh8TgDPicw29Cx/SazcXjM/tAgSMDjf0HAsZI4ra82d6yzMlZam4=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Yellow-Stickers-Smiling-Teachers-Students[fs]dp[fs]B0BFL7PS13[fs]ref=sr_1_43]]_Thu,-20-Apr-2023-07-35-26-GMT.pdf

**Hash (SHA256)**

415392abf840af8008238e1f9d21e86d92cc06b269af00d611e58f4daa2b6abc

**Signature (PKCS#1v1.5)**

qhWWsFNIbFPudFYo9xo0/QsprbVo2Cq2Bt6PdV8GdC7iyr4NB90oWCHG1RcEG6aS53sTMkko/Kr5200m2YlkSPNEHsMJQE3QZUoqrJ+aLxAaSYNMccqnUlitixltkLCR3rVqnYO6qR3ROBqsxmlSw1sZvTK4YDrS/JlsY1RCoWE=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 19 May 2023 03:43:09 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Ni+H/abiIQ4+v+tqU5a66fqou9zMM0ff19dAZYN4FItb4QtwcM214mzjp/hwyX5JgXqZCewMjgV0ACbMZbebED/QUJOhkNkSTgV3me0bY858PD4x8UUXx8mKCn4Q
+ZJXxVwHpJ3pabk2Rs22XSc0KwpwUAtYxFwpdhAjvLLlYUQofsTEV8yZ31tKs93O6lJS5A2cS11meN7QAzkbmzUN5+pEnWGdgf3Ml7c4GAiHoiptuQI+Jwbc8c2sAZom2vNGRTLcoXPs/skV4la28UD4Sp6zKs/cBqu4iNky/tCxLWp/SubUMyIi5PgBlyt27EWLWaRfewAmX0bRuKuJAeOcAA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Fri,-19-May-2023-03-43-09-GMT.mhtml

**Hash (SHA256)**

140c2b7dd66e88e7095aa2c1f8c12064ddd5a763c98053e83caf5fdb731ce150

**Signature (PKCS#1v1.5)**

S67+iHVz287FdMkRqw+YMDeqP7kvXXlrYfH1Vg5Tl/Wg6lPjXNhTjf7t7bt9p9hFsXwzKuk54Z1caHr8aIwyT22xp9kFnU7aAApSb6oDzofwHwRVhleFSB249XjpESDAhY4IXQsQ8DjZFtCSOho/JL20G3b6RxhkohwLzfJTn7uFgrDe4ESaP+vhrJK7Vjam2g0t
+q31qni8iKx50eRgTSfF7D7qk2dbYku9GV9DdL6Mwb+jb5N5Ja7ILeZp/l5NDnDqics+EnXyO7uCKibflwdyGmX8I5g6s+gGsuyexKmrVh+xH3qKesiVIlEiYge3OUIp5wvwnE/YzxQVpXyANA==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

Change

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items with your 30-day FREE trial of Prime

Get FREE Prime Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: May 24, 2023** If you order in the next 17 hours and 31 minutes (Details)

Items shipped from Amazon.com



**Yellow Smiley Stickers Roll, 1" Round Happy Smiling Face Labels for Teachers Reward Students, 500 Labels Per Roll**

$5.59 & FREE Returns

Qty: 1

Sold by: Hunpu-US

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

FREE Prime Delivery with your free trial of Prime

Fast, FREE Delivery prime

**Wednesday, May 24**

$5.99 - Standard Shipping

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

**Order total: $11.97**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $5.59 |
| Shipping & handling: | $5.99 |
| Total before tax: | $11.58 |
| Estimated tax to be collected: | $0.39 |
| **Order total:** | **$11.97** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com: HONLUNG Hot Pink Preppy Smiley Face Throw Pillow Covers,Do What Makes You Happy Inspirational Throw Pillow Cases 18"x18" Set of 2 for Home Girls Room Office Sofa Couch Bed Decor,Gifts for Teen Girls : Home & Kitchen

**URL**

https://www.amazon.com/HONLUNG-Preppy-Smiley-Pillow-Inspirational/dp/B0BTMB8KHB/ref=sr_1_79

**Collection Date**

Tue, 09 May 2023 09:18:17 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:93::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

ldl+tEX7nhz4UwsATEkTsivbgpTVI+bh6vPVLAw4i7pHCpvNQJwNefJ6eEGRIxlySYL8l1BmHca2saEFD2vwbTxY+3wUSB1f1j0FmWQMbSUlzbh5yN2fcj1mMwGJe+QiZyPajYBF/UEnqQYq4ImW3dCdua3wUgWdLE2VGfi0rx0=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]HONLUNG-Preppy-Smiley-Pillow-Inspirational[fs]dp[fs]B0BTMB8KHB[fs]ref=sr_1_79]]_Tue,-09-May-2023-09-18-17-GMT.pdf

**Hash (SHA256)**

014e082f3cb29e50cb6be65d8fedb1e668b404dfbd77c15b38e1ac7aa21e4f51

**Signature (PKCS#1v1.5)**

d7NYy1IfPijmzpVKvad0pXvDNSZ6cIJ0Y5TWMqHD8Rmv/xKcbjt2LESbMwJ03ZrT+GclKGj4WE6FLf/VYtkWFy1N1MCJx9ZI84AfRWsJcGBfxsnV4TlpnM9X2B9JezPtl38Q+GOTnvAjOEgoKWqizq2c9ZeOCTU8CKxd73g/2fU=



AXENCIS

Investigator Name: RemoteUser2

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Sat, 13 May 2023 16:09:04 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

RemoteUser2

**IP Address**

2001:ac8:9a:1e::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

FR60r5CEFjAvD5ZZ7B11ke+210JOJMXRNc3Dt7e7JBaAsDCk3A476KXEIYq6R3GK9uBGtkYQOeBQfo0Yzck2Nv3ZO/I3slV8e6rwdPdlS4bCaf2UBRUhog32y6iYeme8ikwXPxhF/OGP3xfqZL8F3F9Xacn3ukRVfG6pgPNY4iZ0vY1jGkuOXtjqkYGjF44/s/0w1OOaT1cqI4b+H
+NdAjwrwww9Ie639vqsDwM7+JdjZGpRgws0UOirQFh/xDF2kRk86tWTtu+TVf9xecvTDR2p+WK7MKj1rzbxuKCgYQzL5A1jX3OL6Z7Kdj+vcwLHh6z6lpBnr7btwBAYdQBShA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Sat,-13-May-2023-16-09-04-GMT.mhtml

**Hash (SHA256)**

8e39f3be1b56a59c79066c25d5172eac9e3312bb014a3348e1a6771418884f1d

**Signature (PKCS#1v1.5)**

NV3OLXCxis9LdlPkB6HnFwvIJTlUUKGr6RpNPG0gJK/xjMaHsYAN92QanEW8+rc4gZY3ntINm8/0Ie350lJvsIKSXqaMJC+DzGkXN1qfEixf4dh1u4TgTDcEcR9uWldu71lNYTZgvgXj6XU50lz/
f3lC9CHFt5w11FgBDmR6u0Pp8sVQHbRLNeI16VS6Pw2eNUNIcuFlY5RuW0VrwOioM4onC9zY6lnWD3NzQrmCZvCh9t4KcTthGmNmMfeOTIONT4DT6oCAQUFRrJvskwOMM2Je2DC/SvlUKJk+yxlSn4gW+sWQhHc1gFzvkAwqv5cdN0AaLIGIiyQPYAzxlzQGUw==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items ~~Tuesday, May 16 by 8PM~~
**Tomorrow, May 14 by 8PM** for ~~$5.99~~ FREE

Get FREE One-Day Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: May 16, 2023** If you order in the next 11 hours and 51 minutes (Details)

Items shipped from Amazon.com



**HONLUNG Hot Pink Preppy Smiley Face Throw Pillow Covers,Do What Makes You Happy Inspirational Throw Pillow Cases 18"x18" Set of 2 for Home Girls Room Office Sofa Couch Bed Decor,Gifts for Teen Girls**

$16.99 & FREE Returns

Qty: 1

Sold by: huodaus

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

- **Tomorrow, May 14**
  FREE One-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Tuesday, May 16**
  $5.99 - Shipping
- **Tomorrow, May 14**
  $9.99 - Shipping

Place your order

**Order total: $24.17**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Get FREE One-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $16.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $22.98 |
| Estimated tax to be collected: | $1.19 |
| **Order total:** | **$24.17** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com | PLMOKN Slippers for women indoor and outdoor men open toe fluffy cute smiley face slippers, 7.5-8.5 Women/7-8 Men, B-white | Slippers

**URL**

https://www.amazon.com/PLMOKN-Slippers-indoor-outdoor-slippers/dp/B0B49LPLJS/ref=sr_1_28_sspa

**Collection Date**

Wed, 19 Apr 2023 07:40:10 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

YcV8U5ts7RfeTtevxitBM+R9Wwy0tO+8S1zV7Ws7bKqPmk3EzZBS0oBqhnreoLsq96onCvYB0W15gQEFm3JlvrwQwCGNzl7DsWV9yFaSoGVIUnIVGO2ZaL8BNWiv7vCZ6BxkeK53DtDbMGlR1SfaZs8DRbdZcOM1970G73IsW7Q=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]PLMOKN-Slippers-indoor-outdoor-slippers[fs]dp[fs]B0B49LPLJS[fs]ref=sr_1_28_sspa]]_Wed,-19-Apr-2023-07-40-10-GMT.pdf

**Hash (SHA256)**

6e29d65e387f6f63c217cefdcbf43728e6bf30f8f1a5431b8dc8049c8f3c849d

**Signature (PKCS#1v1.5)**

RuTmqCr4UPeGDvdGmYVERlDiqZTp6I5hKzvSClGSBka88rg15NiVAvA1/R2bPwVtrvTYo7YijrN1bfRoe14qJVIqkPcNING6aSD05iNzp872Ti0avJGa7FsPTXcnJRd2F2M2M+jD6VlQ+KJB7k9UZ+l1yBInyR3KZcAk9ppbYBk=



AXENCIS

Investigator Name: Sian Kelly

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 05 May 2023 09:03:26 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sian Kelly

**IP Address**

**Browser Information**

**Digital Signature (SHA256 / PKCS#1v1.5)**

h9faUhEX1tPN9v5KOBF65v8kRRGdrvqNEBh87WfRh4K0fM5P5aJhpMnkIP0JZSF1WvhiWoinLkRB0xxzZIY4dyumY0HfOGse5FHDJZhQWJsrWclYd9YqJSUEtbUVQHwuRKJvB9bTuLAFlVpxewJzKuPCU6FKax0uVQYuTJ9QrAfs8r9uwfG0YQAKEOduDhjmvUOmxjcLr9LPY5O5BbHGg9z8TS1
+oznbhpDeIvJzBd/xeY5ZSUTqV/SU4/lm7REBKTiUsHIZHfNJ2ckUOyTu05KwNXmKZ3OPq6u35pDjuyTP45vev9Ydz2bUpb6+LrpqWDcEbgB7Q840XLWbynAK+g==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Fri,-05-May-2023-09-03-26-GMT.mhtml

**Hash (SHA256)**

ab2fc6cea2666ffb7ea6c4814b4e0690d7f428bd5d93c4ebadfc243cf93edea6

**Signature (PKCS#1v1.5)**

cTbGIdoNk9IGxE68EHL+CC4/
NNgO5l7Bn8qhwoLy5ZnqZMTkyp7pj7XhdFRqdN8zdLhqeRSemR8dcUieSsjj1QxFWBUOkx43cfBvQqPgXgVFKoxdSO9xY6VQ6zLHw3HC5sFJMhqwmwlh4w7z5S0AeQCY6dDhsssb2lSdVLnyZezyJR1RNtLxTN6AgK2+H9taXUjuFoOWtxOV/0CYYX9NK4s1DFVx8RDadF7nHyu3uHS7Rwf7hev7Ax
aBp1DETU6Fr2AnO1LSaNGsL7c2wrd4A/7iLH94IRNqent7GTrKgxd+wWDXdrEzDNHnkaElrspJ5/oNURS/PBmuJIxgZrN9mg==



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Seconddog Liquid Smiley Phone Case Compatible with iPhone 13 Mini- Shockproof Protective Designer Cute Cool Cover Cartoon Smiley Face Phone Case for Women Girls Child Man(Blue) : Cell Phones & Accessories

**URL**

https://www.amazon.com/Seconddog-Compatible-Shockproof-Protective-Designer/dp/B0BR56S868/ref=sr_1_132

**Collection Date**

Mon, 24 Apr 2023 11:09:41 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

deRfitONZXhws+N5qMdHuMPBoGi/3hQOdNolf7VF6maZkQQhVE5Ab7H8JOIdjzzfRsrv6ejpCHu9BZWzg2Tv1URslokdclIXUB8uyVm0vDbHm37zyt1JP0BeZR5cjel++/qo6cTmlAm586p69FPbPbY6fawoAukeHYc5/roaXJU=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Seconddog-Compatible-Shockproof-Protective-Designer[fs]dp[fs]B0BR56S868[fs]ref=sr_1_132]]_Mon,-24-Apr-2023-11-09-41-GMT.pdf

**Hash (SHA256)**

92383b00c79fd3fe2e47f6b8ed7df009523f2cf6d0f3ffe00015a29f90028462

**Signature (PKCS#1v1.5)**

SqOib9fb5gwLA9FcxRox+onpnR2tQgt/A+lwW5tC9gDgdBTduOyNShcwcdWqUehwxbjaZxN+ykhqI7yQukAXMsL2AOzAhlLoH2NqT44OtrgdZ4X+Slvsj3kzZkPhUV3c2jGtiHYoBkO7y8uZ+JV/RcWalVWg+yVu3GMuRn2/xBc=



AXENCIS

Investigator Name: RemoteUser2

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Mon, 15 May 2023 15:20:32 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

RemoteUser2

**IP Address**

116.68.99.108

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

sASPpEy1kqE1X1sS3TmlqYr6rngQ+3ezZqS8uhl7ebmoPMGvLgWsTaQYERcS0wN55L6+aV/7KfkeIFyj7EsITEBrqXHR654Smnu8+9m3VFcEob+p5p4Q5DRwD9gINFNCuXqwoiauyBHmncJNNC2LRSURSLRmVqpkUi4fvP/Wrz+wRiUqcNDZXw+sWzJlCtEJnajziD3Pn2Nhre08HVQ1/
tBA4wgCjncdpGnLyTtZfry+Gmu7soQUW/a21nPj73gp74yNdUmFYyvS8wyKJ8iuG91jJ11cMsUuDMU6CLF4SHs9JpL5gtbtjUyQaHV4HPR1hoGVmDLx7OO+T9EveH0+Qg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Mon,-15-May-2023-15-20-32-GMT.mhtml

**Hash (SHA256)**

8c3033fa28f7d72ef873799f7a6c02e2d62a7f110d37c91b8476f2d4a8f452fa

**Signature (PKCS#1v1.5)**

otigCSYGc8riqK7VE/01ymTxsg5w8jgyLjtQHxtAwQMFhr0Z2u7hafPtnkqBadzrW0jCIVHp8fgVAH39mPqQXHJZVbGOf13wQTfO8aoiqW8JqzOtP9AMscyAkMySCNeflxoUPAOWP4b+zfwi31jngZUbicr/0Nv/ezhcUxlzuHVhQjdJhcmEDENGeFzJXdu4zzIJaFweLAodcBxd+QKwou
+UIdoD3A3uUQrVXabfc9FIA0nA128cDtnnqZ/j8c5VNm38MaLr7SzZhhbTnR1PUvSvACzZogdBHX8KlV1XmAYkuVbjJqi6eJCpHv0N1742ioX/CQWgI0NAUbXq/lwCgw==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Change

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you 30 days of Prime benefits for FREE**

Try Prime FREE for 30 days ›

**Estimated delivery: June 6, 2023 - June 27, 2023**

Items shipped from HXH INC



**Seconddog Liquid Smiley Phone Case Compatible with iPhone 13 Mini-Shockproof Protective Designer Cute Cool Cover Cartoon Smiley Face Phone Case for Women Girls Child Man(Blue)**

**$11.99**

Qty: 1

Sold by: HXH INC

Gift options not available

**Choose a delivery option:**

- **Tuesday, June 6 - Tuesday, June 27**
  $5.37 - Shipping
- **Friday, May 19 - Tuesday, May 23**
  $9.37 - Shipping

Place your order

**Order total: $18.20**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $11.99 |
| Shipping & handling: | $5.37 |
| Total before tax: | $17.36 |
| Estimated tax to be collected:* | $0.84 |
| **Order total:** | **$18.20** |

How are shipping costs calculated?
Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Women Casual Fashion Crew Neck Oversize Smiley Face Graphic Print Sweatshirt Loose Fit Jumper Hoodie Jacket at Amazon Women's Clothing store

**URL**

https://www.amazon.com/Casual-Fashion-Oversize-Graphic-Sweatshirt/dp/B0BJD4YV4C/ref=sr_1_77

**Collection Date**

Wed, 26 Apr 2023 06:42:11 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

bNt4jnoiSTb7ydGNd51c9/QesjAHHnsgftVjBfAlylmTU9sCawwqQvYy2V0dSTcGvKBdDQD99kKyd+WaG3xivyT9J6kg7uCsLtgyoPBkZ/dEz2p73rJNQIKZnRPRF8bUcXAuPi1OGr9t4ekiIR7NjPCBKT0UIItdvOngSgKClbk=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Casual-Fashion-Oversize-Graphic-Sweatshirt[fs]dp[fs]B0BJD4YV4C[fs]ref=sr_1_77]]_Wed,-26-Apr-2023-06-42-11-GMT.pdf

**Hash (SHA256)**

9c19bda3123cb3129a1398bb8e625a75b2fb76fe55c2ae32d7d787c123af8c7e

**Signature (PKCS#1v1.5)**

ZaK1+p0UScEWfMZ2FYVjGit682A9LxLCVuXaOcvAj624LLtW1VbH0UWLjURS9IQmleZMQ+DIMEA8NFoA7YNm/LbB4EEYKsOMaHSMmsFuWV+70K5qjc3fETW9UOltOj6vLSDYwegh+AjO/xoLhclIKqTG1dzuYRPZwWs5aZfBKnc=



# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Wed, 31 May 2023 16:01:22 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

111.92.77.63

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

VGo434iB9M488jhNTZoCqp84MJkotUGUzjDKu6+i+6p/4ElbIvz1WckA93RH0hW8QvUKfW1B66mS2bYtJc7R4pMcCrTpzkOzi6TrmWQc0ubui649lgvuWNucMgUU2Qy76sQMcOakqSS0RR7bm2ABTpGIFg39Q5kTNST/osPWQMu2ZAb4WG5TjRdZA69CCsb3I/
QRM8jehEyapb6KJQ0TSqIwPDBut25XH7psErNQdcD8b0kNFyZbXG4LNcMgyQlbmh0cFCkFDpRciKtq2z4u0qPOUtSRMxhbD2WKITLNIawTebqkPs8T5XCibYLu9vAJNeSeg5bknYy+h+DaRq/p6w==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Wed,-31-May-2023-16-01-22-GMT.mhtml

**Hash (SHA256)**

d04b5b8098ad50565bc1ec4bd3cb0006740cbce82bd2e4a9f01a7a38b823a41a

**Signature (PKCS#1v1.5)**

hM4d1BGe+NmNbsVbKIbrDOVtPQOztfBsnbnKxftkistMTLmrlRa0RRCQ06aEJUMoAhcIoEByrv4AJb39cgmWd142yp9ZMyg4jH8+uIrHFkEM7Q9pX0vop6rqS4292k7LWRA162/z/sMDuGH5orcZ0p+ExAcNY1tU3invc4amW7sA2e7a6PDtHsY
+ctm0seeeaKyorrEdO4lPP53zUNqR093ML1gEa3p6aIpyOf4oo1ZsoRwGOwqcm9FSRy716eqFdpIyrAOHEjTwrY7YBHaQHWiA7lJah1wVtei/qx4vgTJBa8Ws7g+/nDGM0fflAyTXvbjkoPxFuyanKqZ88moCNA==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

Change

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items for ~~$5.99~~ FREE.

Get FREE Prime Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: June 4, 2023** If you order in the next 12 hours and 28 minutes (Details)

Items shipped from Amazon.com



**Women Casual Fashion Crew Neck Oversize Smiley Face Graphic Print Sweatshirt Loose Fit Jumper Hoodie Jacket M Brown**

$22.99 & FREE Returns

Qty: 1

Sold by: HXQ NEW TRADE

Amazon Prime eligible Join now

Add gift options

**Item arrives in packaging that shows what's inside.** To hide it, choose **Ship in Amazon packaging.**

Ship in Amazon packaging

**Choose a delivery option:**

FREE Prime Delivery with your free trial of Prime

Fast, FREE Delivery prime

**Sunday, June 4**
$5.99 - Shipping

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

**Order total: $30.59**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Get FREE Prime Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.**

Try Prime FREE

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $22.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $28.98 |
| Estimated tax to be collected: | $1.61 |
| **Order total:** | **$30.59** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 19 May 2023 02:46:12 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Ggil/TpnXfZel0f0bxSF2ZuZTHZ6HEvbibNpj46NrS00b5iXoBQmREg1VklVHAmJs79y2gmzZbdVlz3piiK/OFytiPBWmOkA/23a8EZk3m95vJNZdW3Q+5ssZFZeE4NDmiimI8on2D7mhQh7rrdx3mI00PtUL3ArFF5wslL+WePEpJB+TocOnNkmzq3D2x4DnWhORoSglPtvuM9lS8YTuxc
+D5WSfO/1rA5jLMyB8bklISoZBI31npk9AzBZA7J6c3ArlQxAzPKtSqFrz+8TnfVngNVAjRk9I9kCBsM0Y4Ut3ZvvqjaRurdv2DJH8j3etixX4nyEDMimM3F9wn4PMw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Fri,-19-May-2023-02-46-12-GMT.mhtml

**Hash (SHA256)**

d4bc1e8c0111d29c578989216db7dd8da6fe5a1db7c74115dd21699ac003a52f

**Signature (PKCS#1v1.5)**

hERYSvE9QjHQA/9FskI3SminypzuQ14hvJQUN7aneYk3cqCIAY94X3DAXHf
+O5WQnhk7IRN1QNukK4zR9lLFxlj00UHdRHe34MwxO2EKZoBPXp6jFb3bJOcWUO0JSIrWlkvTqi3i34Fdon7PQRw33WJQR7OYAEltntJJCww9HGLgp5REgL8c3fRGKmIEsAqqt6WuUmBXvdPN3Vpi5bQcTjOlU4ltpGvS7y2EwD3e1M+0e2ry0JRZLfStOF7k/blIf8eZpnyRhkA/
q6QWl0PL2yg7OwSevPkBYRCVxn5UYhmt7qKz1ydfcEqalFO8C8WkWKEbgBLgpWVFcFkJG+SxwQ==

amazon

## Checkout (1 item)

**1 Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items for ~~$5.99~~ FREE.

Get FREE Prime Delivery with Prime

No hassle. No commitments. Cancel anytime.

**Delivery: May 21, 2023** If you order in the next 1 hour and 13 minutes (Details)

Items shipped from Amazon.com



**Hybsk 500pcs Yellow Smiley Face Stickers 1.5 inch Happy Face Stickers Teacher Reward Kids Encourage Labels**

$7.49 & FREE Returns

Qty: 1

Sold by: Hybsk

**Subscribe & Save:**

Save 10% today; Save up to 15% on future auto-deliveries

Delivery every: 2 months (most common)

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

FREE Prime Delivery with your free trial of Prime

Fast, FREE Delivery prime

**Sunday, May 21**

$5.99 - Shipping

Place your order

**Order total: $14.00**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $7.49 |
| Shipping & handling: | $5.99 |
| Total before tax: | $13.48 |
| Estimated tax to be collected: | $0.52 |
| **Order total:** | **$14.00** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com : Hybsk 500pcs Yellow Smiley Face Stickers 1.5 inch Happy Face Stickers Teacher Reward Kids Encourage Labels : Office Products

**URL**

https://www.amazon.com/dp/B01B5VBULU

**Collection Date**

Fri, 19 May 2023 08:35:06 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:36::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

gWMkO4A+zo/v3RNLTKuFCQQ/093XEGU+yFRsJI1EVf+RFY4BSDjc25kEAyAAgfUqAch2aCe0+1A2LwzGE1lATd/NdDelSJPA+QZLM9u2pvIduLIFozWNQ+cKgylnXvchNR7NZ0Lh8K646kkW98czJJ4TauemiyO0/TeWYXs8gjliHSpIBgNfHwF/2Vi9onocX8Njq+l1OsegAHlkhlY0K8GJiVZRXecociDu9B3BxJnqQaoJhtpWjmhylPVbXcLYrXmaU92gXMiDlasGLL1nWQmubts3pawAYH4z7nbjoVfu5bMdsTSVyWsakXxGsB45g8yqDxffHbsKUI99CgyjFw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B01B5VBULU]]_Fri,-19-May-2023-08-35-06-GMT.mhtml

**Hash (SHA256)**

9ed634656db5dc52e4cfd85111d78a6a32228c9f13d7b31881ed3f4de979bc89

**Signature (PKCS#1v1.5)**

AJtPj7wqtgrMse8gACtbfKM4bU4sRzpK+XDvBYBB3vDQCGTmdp2iR65+hUwAfzUvCssX5ixw420gMWsC3oicPqNAx3lcUeDFm7mdr4Xjs8AjNLIpXMmkOC2RFOHHJNiIWdw+lCKLy0/zwqUlNhF/E/U3481uLPKlPwgxJ2o5AfduA19lCpNBw+cpSe2g3qxIq9Nqi1xhul7sFBZfyZMFRhtT982FlUyoLhuvJw8z5t2US1sPc78TCb1wmrP26GaC8VWVEeD1iRRKbP+lERG2ku7Dbrx5/4XPy+fJ39H/Kk38xm2QX9OeNQlChpCAK6JHnJlnNq7oWhJK1k2/9s12Gw==



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: zongshengshop Fashion Jewelry Hand Painted Crying Smiley Alien Pearl Earrings Unusual Clown Fun Girl Summer Earrings High-end Earrings (Metal Color : Gold) : Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/zongshengshop-Fashion-Jewelry-Earrings-High-end/dp/B09MQGJ2MN/ref=sr_1_72

**Collection Date**

Thu, 20 Apr 2023 07:02:14 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

O/hrENyg1GeWiCr07LIdoC4m959J6mL+E0BboU4WTVQK4mTnj2xZHypb6WkhR9ihJ6S7SOoh7tGsWR6+qKcyUWu/ETb0noF1abGDVM3numdRIec3HF6Lt0h4dQ0ZOu3uHlLmQivcm2Udrclq4h2APAIFzD/5KKn1rWI3WR0N4s0=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]zongshengshop-Fashion-Jewelry-Earrings-High-end[fs]dp[fs]B09MQGJ2MN[fs]ref=sr_1_72]]_Thu,-20-Apr-2023-07-02-14-GMT.pdf

**Hash (SHA256)**

defa4f898311879a5c7ef3917ac2af56dfacb4f99056af62f8a1ce910a5bc509

**Signature (PKCS#1v1.5)**

LpDAQfHO+Kk8uGAKLKwOGhwApagIlR7DMZHV6LqPKwquQfx2E4LumEKmKOnmnro+dNDA7zWqp7UX8/f4GjKLXiHsZx8MENp1gryb01VXTy3TO4HE3aq0dKLWGrexH8BEeUCSqjHEF+jqyMLP5Uy66cWX8JFo0TRDfGrix5u0Cb4=

amazon | Deliver to Ozzie Miami 33132 | All | smiley jewelry | EN | Hello, Ozzie Account & Lists | Returns & Orders | Cart

All | Clinic | Amazon Basics | Customer Service | Pet Supplies | Coupons | Household, Health & Baby Care | Beauty & Personal Care | Amazon Home | Home Improvement | Today's Deals | Find a Gift | Handmade | Save 25% for your business

Subtotal $14.99 | Go to Cart

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

amazon clinic | Healthcare for common conditions, made easier | Get started ›

‹ Back to results

**zongshengshop Fashion Jewelry Hand Painted Crying Smiley Alien Pearl Earrings Unusual Clown Fun Girl Summer Earrings High-end Earrings (Metal Color : Gold)**



Roll over image to zoom in

Brand: zongshengshop

$46.30

Get $60 off instantly: Pay $0.00 ~~$46.30~~ upon approval for the Amazon Prime Store Card. No annual fee.

Size:
Gold

- The ideal gift choice, mom, wish you a happy birthday/wedding/graduation/mother's day/thanksgiving/christmas/new year/valentine's day gift. Aunt, wife, sister, Nees, daughter-girlfriend, female friend
- The weight of these earrings is very light and will not add a heavy burden to the ears after wearing.
- Applicable occasions: This earring is very suitable for anniversaries, birthday parties, Christmas, weddings, graduation ceremonies, and Halloween.
- The perfect gift: earrings are for girlfriends, wives, mothers, daughters, grandmothers, children, lovers.
- They are not only the best gifts of happiness, but also the most special surprise gifts.

Report incorrect product information.

$46.30

FREE delivery May 11 - June 2. Details

Deliver to Ozzie - Miami 33132

In Stock

Qty: 1

Add to Cart

Buy Now

Secure transaction

Ships from hzsmeiguo
Sold by hzsmeiguo
Returns Eligible for Return, Re...

Details

Add to List

Have one to sell?

Sell on Amazon

**Products related to this item** — Page 1 of 58

Sponsored

- NYC Jewelers Pot Eyelid Smiley Face Metal 0.75" Lapel Hat Pin Tie Tack Pinback — 1
- NYC Jewelers Classic Smiley Metal 0.75" Lapel Hat Pin Tie Tack Pinback — 2 — $6.95
- 4 Pairs Cowgirl Boot Hat Western Earrings for Women Cowboy Hat Boho Dangle Earrings... — 22
- Dodostar Mobius Ring Twist Promise Cute Sterling Silver Rings for Teen Girls Thumb ... — $19.99
- Smiling Laughing Buddha Green Jade Pendant Necklace Rope Chain Genuine... — 87
- BaviPower Viking Odin Valknut Earrings Stainless Steel Accessory Three Interlocked ... — 3
- Again Jewel Laughing Buddha Necklace Green Jade Smiling Buddha Pendant Good Luck Bu... — 56

**Based on your recent views** — Page 1 of 58

Sponsored

- 4 Pairs Cowgirl Boot Hat Western Earrings for Women Cowboy Hat Boho Dangle Earrings... — 22 — $9.19 prime
- NYC Jewelers Pot Eyelid Smiley Face Metal 0.75" Lapel Hat Pin Tie Tack Pinback — 1 — $6.95
- NYC Jewelers Classic Smiley Metal 0.75" Lapel Hat Pin Tie Tack Pinback — 2 — $6.95
- Fashion Asymmetrical Love Stud Earrings for Women Girls Korean Gold Color Zircon Ac... — $9.99
- NYC Jewelers Smiley Cool Dude Emoji Metal 0.75" Lapel Hat Pin Tie Tack Pinback — 1 — $6.95
- Dodostar Mobius Ring Twist Promise Cute Sterling Silver Rings for Teen Girls Thumb ... — $19.99
- UniLogue Sweet Cool Style Tassel Love Heart Pink Zircon Stud Earrings Minimalist As... — 2 — $21.99 prime — Save 20% with coupon

**Product Description**

Any questions or questions, please feel free to contact us! We will be happy to solve the problem for you.
Product name: Earrings
hint:
1. Please check the size before buying. Due to manual measurement, an error of 0-5cm will occur.
2. Excluding items other than the product shown in the product photo.
3. Please note that due to different monitors, there may be slight color difference, please understand.
4. The above data is for reference only, the size is manually measured, each variable may be different, please refer to the actual product, thank you.
5. If you find any problems with our products, please feel free to contact us via email, we will solve the problem as soon as possible.
6. Welcome your sharing and feedback so that we can provide you with better products and services.
7. Thank you for visiting our shop, click to enter this shop, there will be many products for your reference.

**Product information**

| | |
|---|---|
| Item Weight | 0.035 ounces |
| Department | Unisex-adult |
| Manufacturer | zongshengshop |
| ASIN | B09MQGJ2MN |
| Country of Origin | China |

Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

Feedback

Would you like to **tell us about a lower price?**

## Videos

Help others learn more about this product by uploading a video!

Upload your video

**Products related to this item** — Page 1 of 58

Sponsored

- Gold Grillz Teeth Set Best Gift for Son-New Custom Fit 14k Plated Gold Grillz - Exc... — 221 — $12.89 prime
- June Birthstone 9mm Freshwater Cultured Pearl Pendant Necklace with Diamonds in Ste... — 49 — $169.00 prime
- PAVOI 14K White Gold Plated Station Necklace | Simulated Diamond By The Yard Neckla... — 1,868 — $13.95 prime
- ThunderFit Women Breathable Air Grooves Silicone Wedding Ring Wedding Bands... — 10,004 — $11.99 prime — Climate Pledge Friendly
- FreshTrends I1-1.5mm (0.015 ct. tw) Diamond 14K White Gold Nose Ring Twist Screw - 18G — 103 — $100.00 prime
- Plain Real 925 Sterling Silver Ball Beads Link Bracelet with Smiley Face Bell Charm... — $37.90
- XSILA 14K Gold Smiley Face Necklaces Enamel Happy Face Necklace Pink Necklace Prepp... — 447 — $9.99 prime

## Looking for specific info?

Search in reviews, Q&A...

## Customer questions & answers

No answered questions yet

Post your question

Typical questions asked about products:
- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

## Customer reviews

| | |
|---|---|
| 5 star | 0% |
| 4 star | 0% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 0% |

How customer reviews and ratings work

No customer reviews

**Review this product**

Share your thoughts with other customers

Write a customer review

**4 stars and above** — Page 1 of 43

Sponsored

**Inspired by your browsing history** — Page 1 of 5

**More items to consider** See more — Page 1 of 5

**Your Browsing History** View or edit your browsing history — Page 1 of 4

Back to top

**Get to Know Us** | **Make Money with Us** | **Amazon Payment Products** | **Let Us Help You**

amazon | English | United States

Conditions of Use | Privacy Notice | Your Ads Privacy Choices
© 1996-2023, Amazon.com, Inc. or its affiliates

AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 18 May 2023 23:53:46 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

WrL1e2QfkEiNtAmfOPwM0mZAdZFrHy8BGg5Zn/0U6hC7yd0Dzc8usP6E8GBWZGxtMg5tgu6WymYTadgv0teMi4nwrlH1OT/4d2IF28jDqkzw1Kg2l7M/a29Nlrgw6CoxeFPC6JNtxncB/WrKiUDNMPWwyoKhxIJJbYaVqJn2uGVzIRAgR1U7C1fsQRu+YeqjugiZ30UxtFJMPuyO5SoSTFq
+2PyW4QxK33XiRqaLXMHmWItmWXhojUFn0OtllN85yLHX14ywxYOuG/eauH6Ega9S2dhEL7K7XjN+HhF3Y4SwNLrI7DipVuJYxtjh+Vb4qo0qGKyvVcXNrj7UH07Cdg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-18-May-2023-23-53-46-GMT.mhtml

**Hash (SHA256)**

5b676a9a3d4cba47f842186c688f8b9de687e1cec4101992635f5b187b41df91

**Signature (PKCS#1v1.5)**

GDkW46tLY7/56j5u6sVjHL2xeuEfS6f9x8tacMusr0tV4TwLYoHK5T0zhTMyXV0/46+VMGmeScUiJNujR9Ea/OPllGRBM+kCi5thEe3Zmri9OEtxIX9jinzPiPx6ZEYcO8qwS4Dv+Vfz5iNKtQK+MyqDhCOa0PhmXugCFMbqGGj3UnXz1Ztt83NE9rN//uVoiN586ZaIpVC81nvq5iLjrDz0ux9F+jfG9rV5/
PycnJaBVs6oWgycDXLMjNkdf1w7q3OwggeROzXVfVK/r8CtB9SAJOxRdgY0GvbsqE+U/xzV9WGEWQiIxZnJcFQxJBm2VGxCHsYAnXt098A7jBL9GA==

amazon

Checkout (1 item)

1 **Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Change

2 **Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

3 **Offers**

4 **Review items and shipping**

**FREE TRIAL**

**Jade, we're giving you 30 days of Prime benefits for FREE**

Try Prime FREE for 30 days ›

**Estimated delivery: June 2, 2023 - June 20, 2023**

Items shipped from hzsmeiguo



**zongshengshop Fashion Jewelry Hand Painted Crying Smiley Alien Pearl Earrings Unusual Clown Fun Girl Summer Earrings High-end Earrings (Metal Color : Gold)**

**$46.30**

Qty: 1

Sold by: hzsmeiguo

Gift options not available

**Choose a delivery option:**

**Friday, June 2 - Tuesday, June 20**

FREE Shipping

Place your order

**Order total: $49.54**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $46.30 |
| Shipping & handling: | $0.00 |
| Total before tax: | $46.30 |
| Estimated tax to be collected:* | $3.24 |
| **Order total:** | **$49.54** |

How are shipping costs calculated?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley Face Knit Beanie Hats for Men Women, Embroidered Cute Happy Smile Soft Warm Skull Cap, Slouchy Daily Unisex Beanie Cap for Winter Cold Weather Black at Amazon Men's Clothing store

**URL**

https://www.amazon.com/Smiley-Beanie-Embroidered-Slouchy-Weather/dp/B0B8WZMVNJ/ref=sr_1_179

**Collection Date**

Tue, 25 Apr 2023 11:24:17 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

oUv/RZAfZb6Nw515TwEbmh7TJxyKsK1pszTH8GjWjUmrHb3cu3zK68Shz65o1YcavKcv3Zhd2bP4KJkkUzZmoWwAFAScyubfI4bS7HpLxqCcYbddvbw3lBl8ZqgC0diswCES9egdz235Aj7yEJ9S/DwVNAh20oWudvZ4qA5SiZY=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Smiley-Beanie-Embroidered-Slouchy-Weather[fs]dp[fs]B0B8WZMVNJ[fs]ref=sr_1_179]]_Tue,-25-Apr-2023-11-24-17-GMT.pdf

**Hash (SHA256)**

e85549aeb25b3ead19f0eea3beb9854ca24264f2bd50a855fbf0349bf6cab389

**Signature (PKCS#1v1.5)**

g+XGw74d4caon/eGGBgN29wt+voJRrPA/yMGl4Cavs6OipUamHNXSCOhGNzDFVJbEjhX/s0saU9IzZNF6+JNCNd1jXa8nhkatUhskemJuwjaGvylzgwbLlXQxDWrsvxc5QHKZteWSdonF0nleEbRH9qK8GsryGluBHnMgQopGTc=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 30 May 2023 00:41:29 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

202.164.136.95

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Qh0m1L19F2sisrR2ariye2PkF51mg3BZgZFI/BMnlPwWR1JocTWvI7AW5ljnZ3lm75ay8hadAZmeMkztxl9dY6ERcL7cFBpDC2n79yx04yhoUU9bSTTdwNDBb/a4/piq7yRl78KzQCzJkMOu0ZPmClyyPZ1vnCGOGUDkWDUUliTMboXHKiP5cRal0sH05razhKsa/2XL/NXXxnph/q2wye
+e9o8R0RmTE8OoOj+vC49bBddgwDo2CUx6m0ohv9pBG7aNufnYlFQVUwUK2En+kuk1RolhAxGk1sOzxm9gFFP/+c741PdJQmzifQTplSMaeVy4BaOWd6WJirybq+Jv8A==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Tue,-30-May-2023-00-41-29-GMT.mhtml

**Hash (SHA256)**

cbc842dd73054410cfa640760dab1a7b3e43a54862f03764ab836ee8147f7c56

**Signature (PKCS#1v1.5)**

T8HGs5jEEQw68/Aeq8r5sCDeeEHopI5cuDEJofUmpnlvuItuWfYpAr9pqvy8Ko8e4wzzHon+DIbeWFiMlTiGWiHe16aMm6uszReor6TaBZ7t386EYRviG6x5eNxCRXsTK7OIVJM+wU9ZbuXNMLyF0lDj8z2gG1cOEj59rREqHaS3F9ho/hrHJShNOICI9Ub4LI/iK/y9lN8G9qGJ0PDHx
+ZB4jsjnlWdhBOkNTL5u+K3tH7YNQ8vQNQbTbU9O1SKyc9KWov0/fUEYprKMURqk0K0HQpg5MhG41pouv+fwamKXCRNH3QUVHE4vYZK9bnI9AOj9ilxVCl5gTf9li5w5w==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

**FREE TRIAL**

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items ~~Thursday, June 1 by 8PM~~ **Wednesday, May 31 by 8PM** for ~~$5.99~~ FREE

Get FREE Two-Day Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: June 1, 2023** If you order in the next 3 hours and 18 minutes (Details)

Items shipped from Amazon.com



**Smiley Face Knit Beanie Hats for Men Women Embroidered Happy Smile Skull Beanie Cap Winter Perfect Cute Presents Gifts Black (Smile-1)**

**$12.99** & FREE Returns

Qty: 1

Sold by: ikenacy

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

- **Wednesday, May 31**
  FREE Two-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Thursday, June 1**
  $5.99 - Shipping
- **Wednesday, May 31**
  $9.99 - Shipping

Place your order

**Order total: $19.89**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Get FREE Two-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $12.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $18.98 |
| Estimated tax to be collected: | $0.91 |
| **Order total:** | **$19.89** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Smiley Face Small Hoop Earrings for Women Girls Link Chain Huggie Hoops Cartilage Clip Earring Happy Face Circle Statement Stud Vintage Jewelry Gifts Sensitive Ears (Gold): Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/Earrings-Cartilage-Earring-Statement-Sensitive/dp/B09FPBZ363/ref=sr_1_182

**Collection Date**

Thu, 20 Apr 2023 05:09:06 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

CXiCUNfSq2edcLY6so2ue4zS/c1N7HhyO2MoyE8/sZFdInFdvixwI49MmWP13uWHmpTQnXEBOYPzejAyjJNXULknpFUumva0y0CDrUouLtdcQKr3cGHhtD2WgauyINJ4fAeYLNPql5dtdAcembhVbXaaieVMrDT/gFk7PWauZEw=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Earrings-Cartilage-Earring-Statement-Sensitive[fs]dp[fs]B09FPBZ363[fs]ref=sr_1_182]]_Thu,-20-Apr-2023-05-09-06-GMT.pdf

**Hash (SHA256)**

7b8f80782ef3c0a5ad8f31c81173192a73632fae96d395872c2b47ee6d0f78c6

**Signature (PKCS#1v1.5)**

YDQSXLxcVn/En1g7koHZVGFGMTUol9G+xAvRthxervcVNDG7HIH7fblPBI5XwCaR1UyRJem0fNJ8Yumw3feATa6RyhZcuWpQOc9a8gGaQqTahbTt/5YEOhh8nKo1so1UGgFMvtU99LMtrC2ccB/wbpCEbwiPAgk+cap9GUS/Amg=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Wed, 17 May 2023 13:02:02 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2001:ac8:9a:d::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

gmyoTjU9yHyvWIcyr0KyE8/tKjwjTHKCd6EhlgvekO68Teg0zOO8y+NxsOdsjm4B/zWuZQxI2QBMB1ltF7Ahch67pUJoTTv/0vIZcsegD+N4bmJvqyJ3F+FSaUfIvmvSCPrw73hDfjoCW7UOWNngyaGV0NRCo3cEx8ETr0JFo2gLbA27Zc4xe0/yetYWUmw4wz
+vip8fykO4H4fN4wLyXEllnDbSU3oEK6PO6o31DExk9eYtlt5mdeeU+mei2Dwf4IvKG7QAe8fAKNYNEa/rLrMNDIqpJhdWHJqp7GvqI5G+APj0uYl+XnFPERPNjvRjJKYM6uHWLfXoYCYTWDZKmw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Wed,-17-May-2023-13-02-02-GMT.mhtml

**Hash (SHA256)**

180dd087f3b8b5a7609aa42cb2949a388847163228590b57dd7ec3b41bd6c171

**Signature (PKCS#1v1.5)**

MRIrDDlp9ORGYoe0WSinVZn79FReLo5f0VmJlpYJUZ8zT64YFkYlGbHotwKnSyFK/Rsdu1ZB5ai6LGq9EG4MN/IasbEaAjxRrdLneBYSt8jtTVAd6n3uUI77EuXd621suyXiZogisTcXpds/4CQjC2VbgNjd/2TP5ScQV1223DgTqfMj/El0ftD6rZil2qEi9AboOgbya7D9k09cFNLer0pYr
+us3y6UWLlMuOR7buNawVuuRZxaTXsQCHeYKZMnXLt7I1dzH44fpAO2zycm804deQ/KcXkf3gsUPB2XsAU1RQ5teeQADHTD9U4xx5w/tmIuN28yJne7u1L7WmpmTQ==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items ~~Sunday, May 21 by 8PM~~ **Friday, May 19 by 8PM** for ~~$5.99~~ FREE

Get FREE Two-Day Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: May 21, 2023** If you order in the next 14 hours and 57 minutes (Details)

Items shipped from Amazon.com



**Smiley Face Small Hoop Earrings for Women Girls Link Chain Huggie Hoops Cartilage Clip Earring Happy Face Circle Statement Stud Vintage Jewelry Gifts Sensitive Ears (Gold)**

$8.99 & FREE Returns

Qty: 1

Sold by: IMINI Jewelry

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

- **Friday, May 19**
  FREE Two-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Sunday, May 21**
  $5.99 - Shipping
- **Friday, May 19**
  $9.99 - Shipping

Place your order

**Order total: $15.61**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Get FREE Two-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $8.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $14.98 |
| Estimated tax to be collected: | $0.63 |
| **Order total:** | **$15.61** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smile Face Neon Sign Led Neon Light Wall Decor Smiley Face Light Up Signs USB Powered Yellow Neon Signs for Bedroom Kids Room Wedding Party Decoration - - Amazon.com

**URL**

https://www.amazon.com/Smiley-Powered-Bedroom-Wedding-Decoration/dp/B09SZ73S5F/ref=sxbs_sbv_search_btf

**Collection Date**

Wed, 26 Apr 2023 07:16:13 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

WSI+ZLCHI8e5z8VuRAZ3xebLdYHeeD3MU4fi/NT5wAXN/6zK1zgBn+tAimnhar1tllQTs+KpB7MYa84lebY/usjwNZvsWt7qviL/LRgweZxNS+yVZT9FVCbNy5ohu3DoPEf53y82zYl93HgaQeBFxhLgRVdkfF5QstxOXhlbjIE=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Smiley-Powered-Bedroom-Wedding-Decoration[fs]dp[fs]B09SZ73S5F[fs]ref=sxbs_sbv_search_btf]]_Wed,-26-Apr-2023-07-16-13-GMT.pdf

**Hash (SHA256)**

c8cf6bbaf1546a5d78e12e0e7b5315c095ab173932621f749730d5043c3c432d

**Signature (PKCS#1v1.5)**

gQ5LUSa5xQcisT321KJ1gG5tKUkw7xkRRuQpifv+Je8o/JvrDlal1BJ67ZP8zgGjofm3sXCHyR3brq1L7B8YawQnmQ4E9UKz4RBRQ.JhWVMbvhobqzRS6B12+AyYIB2SfPDiK/2BWeneCk3w89J46jwmSeCluh/cYIlsljc+DVYA=



AXENCIS

Investigator Name: RemoteUser2

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 16 May 2023 11:42:32 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

RemoteUser2

**IP Address**

202.83.57.61

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

s2WB1vV3zlJnjRrpwZMdzUfWBr4v5kuRiCmeod/e/aAebDJJtjgS5zQqG1upvWoK122rFC1aDlvU0R8pnxEkQTUba1mwQSNkZVtGmNmvrqcfJJfdE3A95nrYHMfqoQHhON2uqbjw3b9maSipv9oj0XlnYKlgXGeKJuDJtI/
mmv5uFyv8dvosOwOVrmLefwxzT49iavdvde1VkJgIMQtOtm3tsqsJx3FkQQPIPsu2zIhYuuH9XWYLqwN27rheXi0hpurHUkMEkqecMyT5X76e4+0VwDeGRz0tDT0a4Y6t/zB9J390XWcVVg9QC5uPpwZP5m7opH81nyDoV4AN+haymA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Tue,-16-May-2023-11-42-32-GMT.mhtml

**Hash (SHA256)**

edda034e5a21d0b653932c23459f35806c34bfbf06483b619d2e3b09b6fc9054

**Signature (PKCS#1v1.5)**

UawvutbcAfHksaUXCeUboWk4SB3ly80Xg6sZd716ua+ig+Z3zc/xikVcrdCuaLbX8ehf3kDgBY8EgucJGTrzpdF/A
+o4ciSoE8P6pWI5WZwZ2n6WAEO8Yu6r0wG87wSKLokZ2kupuJi9ykKnuWaEuJkhjdSLbZlgwlVgLpb5yNQzpTHruVLw28BGnL4MlKhls28EnAN65AqED3dnEnRYk2jFWWjqHoLOMDTpAdPAdZTOQJi6oAHg9JlIlU3PxI9zVHp8ZrZcP/
w0vI04i5d705YJ9JPZj4VEqrhcL6s6Cy1eO2BpGZyzN6mywcHO8e49tqUr3mJxsnwEfTtxd2ypfg==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

Change

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**
Get your Prime eligible items ~~Friday, May 19 by 8PM~~ **Thursday, May 18 by 8PM** for ~~$5.99~~ FREE

Get FREE Two-Day Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: May 19, 2023** If you order in the next 16 hours and 17 minutes (Details)

Items shipped from Amazon.com



**Smile Face Neon Sign Led Neon Light Wall Decor Smiley Face Light Up Signs USB Powered Yellow Neon Signs for Bedroom Kids Room Wedding Party Decoration**

$29.99 & FREE Returns

Qty: 1

Sold by: ineonlife

Amazon Prime eligible Join now

Add gift options

**Item arrives in packaging that shows what's inside.** To hide it, choose **Ship in Amazon packaging.**

Ship in Amazon packaging

**Choose a delivery option:**

- **Thursday, May 18**
  FREE Two-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Monday, May 22**
  FREE Shipping
- **Friday, May 19**
  $5.99 - Shipping
- **Thursday, May 18**
  $10.71 - Shipping

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

**Order total: $38.08**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

**Get FREE Two-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.**

Try Prime FREE

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $29.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $35.98 |
| Estimated tax to be collected: | $2.10 |
| **Order total:** | **$38.08** |

How are shipping costs calculated?

AXENCIS

Investigator Name: Sian Kelly

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 04 May 2023 12:00:42 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sian Kelly

**IP Address**

2001:ac8:9a:1e::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Z8FKFPry5SM9b8IG9NRmAoEeFLUq/lm484vQGVVGuucg63pNmpn5dgZNqqASniACdq5Ns064d48WIFRUj2VfnkB3GDvYYabDHprm9y09NECnrdF6U92cUZvtAuXUY/mNUxTO2HCKKq1r/SpG1+ZwbWMj8iguPde6nVvoHY2kSfRLtN8x5HF6YjmN8E/0eiY8iMYFqthGuGFlUO
+XMqJ1ExRChwwPC3wtwzyuaoaxRJBuQCY0C2ENBEZPhLxHLJE7aRdBrPYx4d4Vt0BI15/bJYexXd/yQtG6xCQjgSQtE0oxIYFBrSY4m/UDvBx9k9LuKVCtOY5NBzgl3uLLy0wgRQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-04-May-2023-12-00-42-GMT.mhtml

**Hash (SHA256)**

9ff8579556316da9b9949553122b527382d7c23b2c7106402556c8947a175444

**Signature (PKCS#1v1.5)**

aeTjQzWR78j2c9Ix/bBHaj0iPvRCX3cUen96fPmvnxDxsJFgclvyBmZmOjuiUQsiQ4FDNHmQ8OkeHObsw07EGOCA4gw46+LYm1PMg7sDywgdHzUDeUsQL5jL0PPw8bG22/
ehjpaAd5xRXZu6hwOW1BsQO2j904lAYt1+smBn8Ir9HKTxq3dPctMHtKmwfMzK6irCB0G979B7piukaBbr2NU8KaxYiZprZHq+cOQOc1oAYWUjTmE39oqwlVha0YYGO/Eo1WogyzE152we1i9ZERD6CKTiCtos12pvEWR8lw8v+1AdRPV0MXt+2J4ZP9htTFCsgS9+S8kw8/w32bNvwQ==



amazon

Checkout (1 item)

1 Shipping address

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Change

2 Payment method

[redacted]

Billing address: Same as shipping address.

Add a gift card or promotion code or voucher

Enter code | Apply

Change

3 Offers

Change

4 Review items and shipping

FREE TRIAL

Dolly, we're giving you 30 days of Prime benefits for FREE

Try Prime FREE for 30 days

Estimated delivery: May 25, 2023 - June 15, 2023

Items shipped from Ivyhomestar

Ivyhomestar Cute Smiley Cowgirl happy Retro Smiley Face slippers , Cozy plush soft memory foam house shoes for women (us_footwear_size_system, adult, women, numeric_range, wide, numeric_5_point_5, numeric_6)

$19.99 & FREE Returns

Qty: 1

Sold by: Ivyhomestar

Gift options not available

Choose a delivery option:

Thursday, May 25 - Thursday, June 15
FREE Shipping

Monday, May 8 - Tuesday, May 9
$8.99 - Shipping

Place Your Order and Pay

You'll be securely redirected to MasterCard to complete this transaction.

Order total: $21.39

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Dolly, get in on the perks. We're giving you 30 days of Prime benefits for FREE.

Try Prime FREE

Place Your Order and Pay

You'll be securely redirected to MasterCard to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Order Summary

| | |
|---|---|
| Items: | $19.99 |
| Shipping & handling: | $0.00 |
| Total before tax: | $19.99 |
| Estimated tax to be collected:* | $1.40 |
| Order total: | $21.39 |

How are shipping costs calculated?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com | Ivyhomestar Cute Smiley Cowgirl happy Retro Smiley Face slippers, Cozy plush soft memory foam house shoes for women | Shoes

**URL**

https://www.amazon.com/dp/B0BYZMXWGS

**Collection Date**

Fri, 05 May 2023 10:32:15 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

GXL7M8/W1DojwoLSpUw5ccrXzSvtbSKH2AA9Vd4ngCXxENOcWF6Goh6ODB7aoFSW4pODOFsQobwi/G59iVt/+E9+U0qRSZXQE8mn3wPlEUd5YEKWTkqDnrOfB+G18CBR2ZdQugt236eTphaKbmC5+etenWMWzvYqtMZ8OO/RGEketjbIl0vL+7hmi7YirrCcKbw2ct/RCc/
WXJFDmjCPeppgld8stWvYlgv7z9w0JyT4bCRHAvaRA/4x+XGHbsscR7DfWWmUMWmjdJ0JRi7D7aSMstqPFP6Tjq+qLVUqpkgEcRVsKKMGqdc8T4kZ4mvIQYr798DoLoRDA2sckgj4jA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B0BYZMXWGS]]_Fri,-05-May-2023-10-32-15-GMT.mhtml

**Hash (SHA256)**

1671f48f9c5192e6b65e8ead99d739b149a7011a55fe6ef0d0523845225f805f

**Signature (PKCS#1v1.5)**

Qg39ymng++gwqmlgTktb5tU26VCESWg8FERjiyAvXWE+aaaNN11lYiME/+5CjYfa0qa3Tqy4e7gthMNVWQOKdJEiUCGvRRjQ4FgpVMJnLaExOG8bdDSeWMKQ6LVakrCvZPGihcm8S4BsUsF1rx0rHi+jdXnyyTYozcGNLLv2Szcu7E+bt5tgnRLHeFpaYc/WEQVbQO/KgBGD9rJm
+6YJWPSydlFaFJK3tJ3eQuODOM/6DBqJYwCF3MLGudi5wabsFEDDZ8SaH7ahLWpYBrcDBikEkza8jYm9k5k9viGhT/N8xSZsIvfZ6kNMIx3nx3YiIzV9JvgMx7kcT+y0Y3qizA==



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Chenille Letter Makeup Bag Smiley Face Pouch, Nylon Preppy Patch Makeup Bag Small Travel Makeup Zipper Pouch Purse with Handle, Waterproof Portable Glitter Travel Toiletry Bag for Women Girls(Pink) : Beauty & Personal Care

**URL**

https://www.amazon.com/Chenille-Waterproof-Portable-Glitter-Toiletry/dp/B0B9G2XM5B/ref=sr_1_60

**Collection Date**

Thu, 20 Apr 2023 11:29:50 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Ogr97kfyak3qtEq7hfSRdyj3R0yQ+7ChCe1dSutIs6aoCQK2PfU6kdSWAryN/uRxy+pOJ8sI5EkkOUXegQfM55kzTjR46kYnCfcTckflBIk44GN6LDPxopGbL2Aa5YoCVEbWio9952qbi5UQt5X0Wme9gIuYYgk4QmcxjEe3Zf8=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Chenille-Waterproof-Portable-Glitter-Toiletry[fs]dp[fs]B0B9G2XM5B[fs]ref=sr_1_60]]_Thu,-20-Apr-2023-11-29-50-GMT.pdf

**Hash (SHA256)**

14eedafe8a9c1782c3c4dc538ee2fc509ae4073c117b6faf7abddd0c58c660b3

**Signature (PKCS#1v1.5)**

ORYllLshfQwewTM6GrzBqb+x0Hu7K3Z15yF8Er+4MGmVwohWrY8T0XGEfYgZWoByeRC7S1NCgtk3FimB/kU8jzkkbSQdm26PvERVmntmxzq1MWERs8ApkgpvDXZK2NwYnB6hvFXa23+LxdyJOo7tlUErDOTQZV1KxVshux0gr80=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 19 May 2023 14:59:17 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

CWmuBshiol3sgEyjQg6QVqCtk1RCsrq3UCJotoxG3wOjp5tuL/BtVibfy+0mUIkUySPD9BzNxGlqaYVeToy4KqBIGmJAx7PWL6jPO4bdsqeY/j0LAl0k/0tbG7LT25W9BLKpbmEz2ci1bikg1g5ZtxBJXtd0uCQ/Mpit
+qIcJeqMKsYrcuKPF650dJSwuuEibOnoeCDfgiodyLVG3Fdctzz5f8XblJMaTaCvrgvjzv9bGE7fWVdKQWtIaQnC35UGE1Dn54Il/q30+/IfIaaJy/BYeb4scZzqRa1Pchli88rV0/5bRYFjxUH7NUyQ2FexuS+yXkxNn6qvB1G233vpKQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Fri,-19-May-2023-14-59-17-GMT.mhtml

**Hash (SHA256)**

31273dbc57be5d4c36bc442a193052567a4061d4c50bd3510cf6765097d15094

**Signature (PKCS#1v1.5)**

OCOR07J0Lgc5z29BEp49Wv6Ms1PyV/bK3YCMxV3yutYNVAGENTiujUVV5fM8nXFv/
sTHOrMiG29SPqaJbUkvq0eMvLHXOAvcqIAiFMQ1vopZ0qT6OEFb9ML8PA1x3kWlizkH7aQYCvRmutu54VwRu5eGXN8gYSxlrZQQRiOEHLOtNXRuPx711tMTyGo8ISYYfEAjSlSHKDIJGkMRkjG2INdXM3LI8ZRkZQUD9TvuKQsx/d8q0mQ2XSXaOmZUTwfc22mQ0UDdw/rNS3UNTYro
+QumWUhhKBp13Vp2RnzrU79obQCxcpG+oGm5IOXDBwwNzsWvkuWHU+oehFPNe5vsEg==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items ~~Monday, May 22 by 8PM~~ **Sunday, May 21 by 8PM** for ~~$5.99~~ FREE

Get FREE Two-Day Delivery with Prime

No hassle. No commitments. Cancel anytime.

**Delivery: May 22, 2023** If you order in the next 13 hours (Details)

Items shipped from Amazon.com



**Chenille Letter Makeup Bag Smiley Face Pouch, Nylon Preppy Patch Makeup Bag Small Travel Makeup Zipper Pouch Purse with Handle, Waterproof Portable Glitter Travel Toiletry Bag for Women Girls(Pink)**

$19.99 & FREE Returns

Qty: 1

Sold by: izuzta Flagship Store

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

- FREE Two-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Monday, May 22**
  $5.99 - Shipping
- **Sunday, May 21**
  $9.99 - Shipping

Place your order

**Order total: $27.38**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Get FREE Two-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $19.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $25.98 |
| Estimated tax to be collected: | $1.40 |
| **Order total:** | **$27.38** |

How are shipping costs calculated?
Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.