
Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com: Smiley Face Necklaces Preppy Jewelry Cute Necklaces For Women Teen Girls Happy Face Necklace, 14K Gold Plated Dainty Necklace, Stainless Steel Paperclip Necklace Gold Link Chain Necklace (White): Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/dp/B09D9GWRNR

**Collection Date**

Wed, 10 May 2023 07:27:32 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:93::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

V99VxdLTFgDtP4D61Q6/a9/y5WmlZ99DcWPnx+9acG7XO+cmi/c8RjI8Z+tR3FnboBSMtcDQ/ZYpfbnOSRGVJQJrRfBx9mzV9iMYuE0I51xsdlqejL48TRL+a4X9Y145kAWAgKZFZU4yXjzM/8qehKduFPJeNl4GZP7hYfefgpVmUKSTcH/TDfiH3TbWg5Q1ku8YZyPPe/IXxPx+d5XumU6/SIZ7J196aSPcKZzdOIi7I4ule5y9xFJTEcPP3eW1NPoC1czbizOSy8YnpgSRn+q/rsyN2wSN0457CFty5Q3yavRiY8hToPeA2VHV/faM0/mF7gOM2lUGhKcrcjdm+Q==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B09D9GWRNR]]_Wed,-10-May-2023-07-27-32-GMT.mhtml

**Hash (SHA256)**

53756362e1f5c800ff7f897883e8a3a4b35c3c781a2bcec07a4204eaea4cbd86

**Signature (PKCS#1v1.5)**

Ev9aye+tj4Y6/exzBXxWUihTwBBbYOigqBBADgTXEcJr2pX21doXQAG9TDc2CUy3t4TI799hctNCrA9fkTvFZWxQihT6P/95mbP3La9Q5xo4XG03VLc8S9jd56L9Rn0MOVBHZ1m9srx6WT42cZpbauGtUcZ7M0ndOsE6aFs4cyU5SrHnwzppoDYIrb1pt7jJmMkXELVLPiQSErOw6z+8LAbjkb7rkurK6/fPS6QEtweV2WePD9t7Pw6wL9xqUP2RK0QEo2hrT5u1qlNnxPaLBowg1OwcUxCmtYCyLlaEjXPQJYbwcBSkbPb41P7wCPpQwVIlWkeGpZT147rtUrqKUA==

amazon | Deliver to Kenneth Miami 33132 | All | Search Amazon | EN | Hello, Kenneth Account & Lists | Returns & Orders | 0 Cart

All | Clinic | Amazon Basics | Prime Video | Buy Again | Prime | Best Sellers | Customer Service | Today's Deals | New Releases | Music | Books | Amazon Home | Coupons | Pharmacy | Gift Cards | Reinventing wholesale, join Amazon Business

Amazon Fashion | Women | Men | Kids | Luggage | Sales & Deals | New Arrivals | Our Brands | prime try before you buy

Clothing, Shoes & Jewelry › Women › Jewelry › Necklaces › Chains

**AULSIEY Colorful Smiley Face Necklace 14K Gold Plated Paperclip Necklace Preppy Jewelry Y2K Trendy Necklace for Women Teen Girls**

Brand: AULSIEY

4.6 | 493 ratings | 3 answered questions

$8.99

FREE Returns

Color: White

$8.99 | $9.99 | $14.99 | $7.92 | $9.95 | $8.99

$9.98 | $12.98 | $8.99 | $12.98 | $8.43 | $12.98

Add your 30-day FREE trial of Prime and get fast, free delivery

Delivery | Pickup

$8.99

FREE Returns

FREE delivery Tuesday, May 16 on orders shipped by Amazon over $25

Or fastest delivery Tomorrow, May 11. Order within 14 hrs 10 mins

Ships from nearby

Deliver to Kenneth - Miami 33132

In Stock

Qty: 1

Add to Cart

## Buy it with

## Products related to this item

## Product Description















Investigator Name: Sian Kelly

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Mon, 08 May 2023 11:50:45 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sian Kelly

**IP Address**

2001:ac8:9a:d::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Ki6BizfJCtB7Yn9z+EwyYlziJzQ8zESAjgB5Jnth+bD96nHDVk768G+dfaPTJbyPMkkMZM9lkl5CO88SEtYIcl/Xbq6anrr2N7xEzah9gCxMTDhGu4LimCbxMxvU7LD6CBxYMx/LrhbptN9/f28hcyexdK3q5qiNu/qXiRJm+vHe
+IKa7PdLFZiFcz84+gx4SzQK4ChMdSluSeXRiDlWI1m1s3Ns7BvrEGnATC3os+h7F1P0C7ma07+jhl13r9/KPcmwsWFVhRS6WbuaCwEtMqbClgxHb3F+E2SddEw9ZOAW06ltwwH+ofUtxJLU+13JBb8Eo7eN2zSmCAvTyA6F3g==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Mon,-08-May-2023-11-50-45-GMT.mhtml

**Hash (SHA256)**

2d1790efe12b5a92eaead986f23265d274bed0dc62d2aab65ae6c85c3217f52c

**Signature (PKCS#1v1.5)**

v38QX2HC+m431REjf2eXej/d3VBN2M2rkKWYX+xDHmf7WCCSb/znp3PDrXEfoOW2Mrv3AI6Uu2l9uLgNPs6hDQSrMHLEl+yT2lEWxZy0cZgaypen5lvdtc5RG31tou0jjtX8wMgpA/rr3RJPWr2eK2tF05F3pe2tg2uHLL7/EK08zB0n8WmD
+QvSSYoGCaAMsDyhhBuJRZXSh21amZGBK9vO7Ewsrypamarvu1j+3zjyqzcswxsDhnnNy0TmA9uIFwfsMg2geBtc3Y/4q5wZLd/1t+TZ/hFCOH34tDrw7JrMiHqzLdT93RXC+v+Q2hOVNOzS10TO+6fLkSlJlLqQlQ==



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com : 1000Pcs Smiley Stickers.Happy Face Stickers.1 Inch Teacher Supplies for Classroom, Motivational Stickers, Classwork Award Stickers,Gift Stickers(Cookie Cartoon Design) : Office Products

**URL**

https://www.amazon.com/Stickers-Happy-Stickers-1-Classroom-Motivational-Classwork/dp/B0BFN4S6VL/ref=sr_1_173

**Collection Date**

Thu, 20 Apr 2023 10:54:57 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

D+7E+68VIgnSsYIJS8huteGQMtAfGXeGWb6cDFa5d3kfI0nl5Q16j2ewroR+n4xlvzpi2hv7461P92xCnAJiBl5g/ZfqcYicxHHop+tnkkxwTtXdHJVMRfkciGehsAx/9J2ETrWr9ozSeHB+jGXMlmMdc2Re+Jrv0iIqVsFcBTE=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Stickers-Happy-Stickers-1-Classroom-Motivational-Classwork[fs]dp[fs]B0BFN4S6VL[fs]ref=sr_1_173]]_Thu,-20-Apr-2023-10-54-57-GMT.pdf

**Hash (SHA256)**

8ab069297756c5ebf5b9e39d68c9c339b842516e4988ee172b3afd89e73fd915

**Signature (PKCS#1v1.5)**

jSHy7p25tqyDsn9HasMrXlpWpyMrEGA3eTXD4dQPuMxPG50Uc1+b3oEF4BYhpNOfbH98BSmRaCDjr6GxC8I6IU1CAc176OehelpnatiTtZMw/OS0eEzeMneU4I7LfZVqag9khlP1I6Fjbl040ejV5RsZZW3DbQ9gaYb7c90D1SA=

amazon clinic Healthcare for common conditions, made easier Get started ›

Subtotal $14.99 Go to Cart $14.99 Only 8 left in stock - order soon.

‹ Back to results

## 1000Pcs Smiley Stickers.Happy Face Stickers.1 Inch Teacher Supplies for Classroom, Motivational Stickers, Classwork Award Stickers,Gift Stickers(Cookie Cartoon Design)

Roll over image to zoom in

Brand: JALTAGO
1 rating

Lowest price in 30 days

-14% $5.99

Typical price in last 90 days: $6.99

FREE Returns

Get $60 off instantly: Pay $0.00 $5.99 upon approval for the Amazon Prime Store Card. No annual fee.

Style: Smiley Sticker

| Smiley Sticker | Thumbs Up Sticke | Trophy Sticker |
|---|---|---|
| $5.99 | $5.99 | $5.99 |

| Brand | JALTAGO |
|---|---|
| Shape | Round |
| Number of Labels | 1000 |

**About this item**

- Cute Design: Cute Food Smiley Face design, give you a pleasant mood!
- A Variety of Designs: Cookies, Cakes, Ice cream and other cute designs to meet your more choices!
- Product Size: 1 inch diameter, 1 roll of 1000 round smiley face stickers
- Multl-Purpose: Ideal for school or home project behavior sheets, reward charts, envelope seals, scrapbooks, textbooks, chores sheets, and stocking school supplies.
- Strong Adhesive Stickers: Smiley Stickers are easy to peel or stick, and will not fall off easily with high-quality adhesives, it will stay firmly where you need it.

Report incorrect product information.

Add your 30-day FREE trial of Prime and get fast, free delivery

$5.99

FREE Returns

FREE delivery Wednesday, April 26 on orders shipped by Amazon over $25

Or fastest delivery Monday, April 24. Order within 19 hrs 21 mins

Deliver to Ozzie - Miami 33132

Only 11 left in stock - order soon

Qty: 1

Add to Cart

Buy Now

| Payment | Secure transaction |
|---|---|
| Ships from | Amazon |
| Sold by | JALTAGO |
| Returns | Eligible for Return, Re... |

Details

Add a gift receipt for easy returns

Add to List

Have one to sell? Sell on Amazon

1500 Pcs Colored Happy Smiley Face Stickers Roll for Kids, Bulk Happy... $7.99 prime Sponsored

6000Pcs Happy Smiley Face Stickers for Teachers|Yellow, Mini Face Reward Smile Stickers for Kids Classroom, Students Emotion... $9.99 prime Sponsored

### Buy it with

Total price: $23.97

Add all three to Cart

Some of these items ship sooner than the others. Show details

- **This item:** 1000Pcs Smiley Stickers.Happy Face Stickers.1 Inch Teacher Supplies for Classroom, Motivational Stickers... $5.99
- 400 Pieces Punny Rewards Stickers Punny Labels Motivational Stickers Inspiration Positive Accents Words Stickers C... $8.99
- Sweetzer & Orange Reward Stickers for Kids. 1008 Stickers for Teachers in 9 Designs. 1 Inch School Stickers on Shee... $8.99

### Products related to this item

Sponsored — Page 1 of 58

50 Pieces Smile Face Stickers Labels Reward Stickers Teachers... | 1000 Pieces Reward Stickers for Teachers,Fun Motivational Stickers... | 6600pcs Teacher Stickers for Kids, Small Reward Stickers Fun Stickers for... | 1000 Pcs Round Animal Stickers for Kids,Cartoon Animal Reward Sticker... | 1500 Pcs Kids Smiley Face Stickers 1 inch Happy Smile Face... | 200 Fruit and Veggie Stickers | Foodscapes Stickers | Nutrition... | REGELETO Smile Face Stickers for Kids School Reward Behavior Chart...

### Compare with similar items

| | This item 1000Pcs Smiley Stickers.Happy Face Stickers.1 Inch Teacher Supplies for Classroom, Motivational Stickers, Classwork Award Stickers,Gift Stickers(Cookie Cartoon Design) | 1500 Pieces Happy Smile Face Decal Small Happy Face Decal Mini Motivational Stickers Colorful Incentive Stickers Behavior Chart Stickers for Student (Assorted Color, 1 Inch) | Faithful Supply Happy Face Stickers, Great Reward Smiley Stickers for Teachers & Parents, Yellow Happy Face Stickers Work with Teacher Charts for Classroom use, Fun Bulk Pack (1,120 Stickers per Pack) | 3000 PCS Reward Stickers for Teachers Cartoon Animals Stickers Fun Stickers Reward Stickers for Teacher Encourage Student Round Reward Sticker for Kid (1 Inch, 6 Rolls, 500 Labels/Roll) | Smile Face Stickers Happy Encourage Sticker 1 inch, Teacher Reward Stickers Students, Preschool Potty Training Rewards Toddler Incentive Stickers. 500 pcs, STARLIBOO. | 2000 Pieces of Smiley Face Stickers - Happy Face Stickers For Classroom Incentive Behavior Charts Tests Sheets Decoration Crafts - Back To School Events Smiley Stickers Class Treasure Box - 1 Inch (12 Color) |
|---|---|---|---|---|---|---|
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| Customer Rating | (1) | (191) | (198) | (85) | (165) | (3) |
| Price | $5.99 | $12.99 | $11.95 | $10.99 | $6.99 | $12.99 |
| Shipping | FREE Shipping on orders over $25.00 shipped by Amazon. Details | FREE Shipping on orders over $25.00 shipped by Amazon. Details | FREE Shipping on orders over $25.00 shipped by Amazon. Details | FREE Shipping on orders over $25.00 shipped by Amazon. Details | FREE Shipping on orders over $25.00 shipped by Amazon. Details | FREE Shipping on orders over $25.00 shipped by Amazon. Details |
| Sold By | JALTAGO | Chochum | Faithful Supply | RUIICHENG | Carabao | Patscorai |

### Product Description

**Product description**

Cute Food Smiley Face design, give you a pleasant mood! Smiley Face Stickers are the best encouragement for amazing performance on kids chores charts, behavior charts, textbooks and more.
Packing Quantity:**1 Roll (1000PCS)** Color: **Multicolor**

**Applicable Occasions**
Ideal for school or home project behavior sheets, reward charts, envelope seals, scrapbooks, textbooks, chores sheets, and stocking school supplies.
Teacher Reward Stickers are a great way to motivate kids to get things done.

**Product Information**
**Packaging Includes**
1 roll of colorful Smiley Face Stickers

### Looking for specific info?

Search in reviews, Q&A...

### Customer questions & answers

No answered questions yet

Post your question

Typical questions asked about products:
- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

### Product information

**Technical Details**

| Manufacturer | JALTAGO |
|---|---|
| Brand | JALTAGO |
| Item Weight | 3.2 ounces |
| Package Dimensions | 3.15 x 3.11 x 1.38 inches |
| Item model number | 647349475030 |
| Shape | Round |
| Manufacturer Part Number | 647349475030 |

**Additional Information**

| ASIN | B0BFN4S6VL |
|---|---|
| Customer Reviews | 1 rating 5.0 out of 5 stars |
| Best Sellers Rank | #40,117 in Office Products (See Top 100 in Office Products) #285 in Student Awards & Student Incentives |
| Date First Available | September 18, 2022 |

**Warranty & Support**

Amazon.com Return Policy: **Amazon.com.tr Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

**Product Warranty:** For warranty information about this product, please click here

**Feedback**

Would you like to **tell us about a lower price?**

### Videos

Page 1 of 2

**Videos for related products**

0:28 The Cutest Stickers ☆ Desanka ☆ | 1:09 punny stickers - so cute! love them! Jackie Moravek | 0:29 2500 Pieces Reward Stickers for Teachers Stickers Sunyant | 1:50 See How Durable These Motivational Stickers are! Must... Littlemama Reviews

Upload your video

### Similar brands on Amazon

Sponsored — Page 1 of 2

Paper Mate Shop the Store on Amazon › | HEYLACOOLX Shop the Store on Amazon › | iBayam Shop the Store on Amazon ›

### Products related to this item

1800 PCS Reward Sticker Book for Kids, Behavior Chart, Glittery Stickers for Toddle... $6.99 | Gooji Small Reward Stickers for Kids, 1008 Pc. Sticker Pack for Teachers, Classroom... 50 $8.99 ($0.01/Count) | 2000 Pcs Teacher Reward Stickers, 32 Different Unique Animal Design Stickers,Kinder... 10 $9.99 | REGELETO Smile Face Stickers for Kids School Reward Behavior Chart with 6000 Pieces... 137 $8.99 | Star Stickers for Kids Reward, 1600 Pcs Teacher Stickers for Students Smiley Face S... 1 $7.99 | 200 Nutrition Stickers | Celebrate Good Nutrition Stickers | 2" Diameter, 4 Designs... 5 $10.95 | 6000 Reward Stickers for Kids(27 Styles),Kids Stickers and Teacher Stickers, Sticke... 9 $8.99

6000 Pcs Mini Smiley Face Stickers for Teachers, Happy Face Reward Smile Stickers for Kids... $8.99 prime Sponsored

### Customer reviews

5 out of 5

1 global rating

| 5 star | 100% |
|---|---|
| 4 star | 0% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 0% |

How customer reviews and ratings work

**No customer reviews**

There are 0 customer reviews and 1 customer rating.

**Review this product**

Share your thoughts with other customers

Write a customer review

1500 PCS COLORED HAPPY SMILEY FACE STICKERS ROLL FOR KIDS, BULK HAPPY FACE... $7.99 prime Sponsored

### Based on your recent views

Sponsored — Page 1 of 58

### Gift ideas inspired by your shopping history

### Best Sellers in Office Products

### Your Browsing History











Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 19 May 2023 09:34:21 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

PPzIfDTv/0ZKutfz/R/3nWe16CQy+lhKX4mLQPoTbyjY68tfSDb+TsWLLWn+WPgD9q2d/Ff5P2/ER1VmMLtXY7hMsOoXk6LF0JlDfUNJhkWOXG29upGXSZJBUKnDNUiP+4McD2y/XVFBl2Bjbakabz3Jhc3SH1ha+ZX0gFE1Th+HW3xTIrofFaLAJt7zpsI+uzQbuT0kyTaGLxBoPe0repheHK+
+JwX73xY6dFjYDTvtNSO/iF8I/H+oSq67ehNhP9tRBhYKe8i2qo6wAm1kIFDSnW6OwrCb9CZ32Ffv9DBK6H++xBH3zso2mal8gsX6EHC2PQo45AeIV5hFTdTsqg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Fri,-19-May-2023-09-34-21-GMT.mhtml

**Hash (SHA256)**

977aa533b0438d0ff7d950327ac9451b44480714dd70057d49dc36fd5987359d

**Signature (PKCS#1v1.5)**

EUe0z412yIdWnprmt4zUU2HHEt/1TBqlil6rIn9ORaDf22uKmY0LMrSi+ofhaS6T7NWHgA0TRoH5lWgsC82EOQAfo6YW/o1yqaIKsJOgTNBdJzSnMVTrrsGl7Qak66s+dvATlRnAIAjXQyxcSSHacjTT0+Nhb8/
E9t/0Jqwnj1JtLxxGJ4CJZKR8p3Fr6QWaJf1qS1rT6Ggf85jomxCnWU1GZaXKzEoRJcnw9qQpxCaqcGKcTmP8UBXh7qCjaNJ50whWclt9xyxRMlpP5RbiJ2OcQx6yZGcW71k69GhHnILqr/NN5FmYOQOZQVLo0u6i0fsiFvKGrwjGUi6Mb3MINQ==



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

JAOPINK 6 Pairs Smiley Face Socks Womens, Lovely Smile Face Cotton Socks for Womens, Autumn Winter Thermal Ankle Socks at Amazon Women's Clothing store

**URL**

https://www.amazon.com/JAOPINK-Smiley-Womens-Lovely-Thermal/dp/B0BB73KCG9/ref=sr_1_108

**Collection Date**

Fri, 21 Apr 2023 08:39:20 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

TdlimN/AbFhCR+ds6mNCzFqwvbO1XhAn9ulSYsU6vM0snBNMZFhGmYT+ASkGR5AfYzDCzJcnoiFSegYZ3zZM5pjjabCbPr48kzWxQt9L2OkY8xNYBA1X4HmpA4BnoepriYc+16EBi+lz7QiHkH9tqxfVSu06b7noAaUNC9TLDE0=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]JAOPINK-Smiley-Womens-Lovely-Thermal[fs]dp[fs]B0BB73KCG9[fs]ref=sr_1_108]]_Fri,-21-Apr-2023-08-39-20-GMT.pdf

**Hash (SHA256)**

2de93affad3e955c83e1278cde9dcdd182af5b41a67da9bdd6c50d47d937c16a

**Signature (PKCS#1v1.5)**

Ihxi8nuKmPBBN5SQ4Jdc7GwBsw5SgeW/kGEVvqOphMCZGklcPO3hk7TrUb9Cz2dudSX2SN4FQGBPv6Xt8W/Nduyx0nhTHI5OYi3CpH3LeWH7rXITmYxEv/9saEfUG4jAYbKsLlogfbcx0eiUWG4QJWUDZdB2Hga2+XbtUGwsujQ=

## More items you may like in apparel

6 Pairs Fuzzy Socks for women, Lovely Smile Face Cotton Socks, Autumn Winter Velvet Thermal Ankle Sock — $18.99 ($3.17/Count) — Get it May 12 - Jun 2 — FREE Shipping

FUSCOTO Lovely Smile Face Cotton Socks, 5 Pairs Smile Face Socks Womens, Lovely Smile Face Cotton Socks for... — 1 — $12.99 ($2.60/Count) — Get it May 11 - 19 — FREE Shipping

LONGLUAN 6Pairs Lovely Smile Face Cotton Socks, Autumn Winter Thermal Ankle Sock, Thick Warm Cartoon... — 9 — $18.99 ($3.17/Count) — Get it May 3 - 15 — $2.98 shipping

6 Pairs Cute Smiley Face Socks - Lovely Smile Face Cotton Socks, Autumn Winter Thermal Fun Socks Gifts Crew Socks for Womens Girl... — $19.99 ($3.33/Count) — Get it as soon as Wednesday, Apr 26 — FREE Shipping on orders over $25 shipped by Amazon

Cute Smile Face Socks,5 Pairs Funny Socks Fashion Cartoon Socks, Socks Funny Low Cut Socks For Women, Lady, Girls — $10.98 ($2.20/Count) — Get it May 8 - 18 — $9.98 shipping

2 Pairs Mushroom Crew Sock Wool Mushroom Socks Classic Flower Socks Women Novelty Socks Casual Women's... — 7 — $6.99 ($3.50/Count) — Get it as soon as Wednesday, Apr 26 — FREE Shipping on orders over $25 shipped by Amazon

Aicuiye Womens Wool Cat Cute Calf Novelty Socks Cozy Fun Animal Ankle Socks 5 Pairs — 71 — $13.99 ($2.80/Count) — Get it as soon as Wednesday, Apr 26 — FREE Shipping on orders over $25 shipped by Amazon

## Special offers and product promotions

- Save 5% each on offered by JAOPINK when you purchase 2 or more. Here's how (restrictions apply). Shop items
- The More You Buy, The Greater The Discount! Save 6% Buy 3, Save 8% Buy 4, Save 10% Buy 5, Offered by Dakbint (7-21 Days delivered to you). Offered by JAOPINK Shop items

## Product Description

Features:
1. Thicken and pile looped tube socks are breathable and comfortable.
2. Cute smiling face socks can bring you a good mood.
3. Antistatic, comfortable, smooth, high elastic socks.
4. One size, suitable for most people's feet.
5. The cute women's socks, specially designed for sports and daily wear. They are a combination of function and beauty

Specifications:
Product Name: Smile Floor Socks
Fabric material: cotton 90%, polyester fiber (polyester) 10%
Applicable gender: female
Tube height: Ankle socks
Thickness: thicker
Colors: Black, White, Beige, Dark Coffee, Light Coffee, Milk White
Size: One Size
Suitable seasons: spring, autumn, winter

Package Includes:
6 Pairs * Smiley Face Socks

## Product details

**Item model number :** ankle socks

**Department :** Womens

**Date First Available :** December 7, 2022

**ASIN :** B0BB73KCG9

**Country of Origin :** China

**Best Sellers Rank:** #988,405 in Clothing, Shoes & Jewelry (See Top 100 in Clothing, Shoes & Jewelry) #2,937 in Women's Athletic Socks

**Customer Reviews:** (4.1) 9 ratings

## Videos

### Videos for related products

6Pairs Lovely Smile Face Cotton Socks — QIAXUE Store — 0:16

Comfy, lightweigt, and cozy! — Mackie Noel — 0:30

Smiley Face Socks — TSFJDBXZ — 0:16

Thick Warm Cartoon Smiley Face Socks — QIAXUE Store — 0:26

Upload your video















Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 23 May 2023 10:01:08 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

202.83.40.91

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

iE9YaCfCKPpL/X+KZHidGN8P6ka4MNNQgP5leHBTu7FzsJZSeXL49CNIgx1WAT1wPZymJwelSGM7XT9g8Cp7SbrRqHLLvtYFAS+nAiq9862zY3Qmg1bqXTpRSaXZj8eRbha2xBoReo3eVCbBPNoL8oGfq+HwsMxcPSx1LDLVSZjf5Xn505vb9ywTrF
+hAkjmsLEMmSrkNj5ypCQQCHDzHfXw2pTybB6uQjy7CsUGiW1gUlDHmkfpqBzsfdpdcGS1KLC85H3qlhfgFlZNygzwltDykS4n6N5/AIVqahPxpFFtZfFR06+gGLaocSC5QTFa5iafSH2PXEZfoTvwqzSTfg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Tue,-23-May-2023-10-01-08-GMT.mhtml

**Hash (SHA256)**

a4312c9276e6d4a8bfcb0b82faac64a630fa189e5ece4a17c060e850f2fb2515

**Signature (PKCS#1v1.5)**

Co9EwVNDMoh/J5ox36nOnwd2Mouuf0czH61D4IkBKodaCb2WNVuuo8bf3Ivp/xsbTPS/QVCw3UKINqKUUWVPPye/fgvR5ubxyvzGJarSyPT4+93XKXjeD6aU0tmDBzxN6a829ryxIZ0wAjRoFwshg5FVrO/QiSACWE7l51u3NU
+U8GOpcPWclInXSe6frggNx7IhxZyvkXHXL4dNQpB7VB70HKRUjUDE1Ux5tmIcoEVMASLkTyxTClBWoe0EDDZF691fNLU25TTkrkzwepsWOpHGLn0FPmz8vnbCPXphN5PWcvJegxLMUE783OCdEg0DFYVzbcX0CD//zIgjyG/MVA==



AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com: Jawhock 100 PCS Colorful Smiley Face Stickers for Kids Waterproof Stickers for Water Bottle Laptop Skateboard Computer Helmet Bike Luggage Motivational Decals for Girls Boys Teens Adults : Toys & Games

**URL**

https://www.amazon.com/Jawhock-Colorful-Waterproof-Skateboard-Motivational/dp/B0BXKCKBSZ/ref=sr_1_19

**Collection Date**

Wed, 14 Jun 2023 08:40:34 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:36::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

VeLMYF120eRiToY3iy+wvJNy9UpVMMFyNN1KD3Uny4N9rXT62SqOf0piCaezjIUyvmsUdMcdHTZXOtHNbz4A3VPUHUrIpg24ZRUXjrgUhGFea5/hmxfLTfPljIWZV9p609E8KRc/OLS+PPZnWF1Gj2OP16EiXrde7Rf7sBpDcPg=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Jawhock-Colorful-Waterproof-Skateboard-Motivational[fs]dp[fs]B0BXKCKBSZ[fs]ref=sr_1_19]]_Wed,-14-Jun-2023-08-40-34-GMT.pdf

**Hash (SHA256)**

e8610ea8f3f5f589bfa3ab75ff493eebb67a929e90a6ca9b937ff582dca79f02

**Signature (PKCS#1v1.5)**

PDF4jnGBBigLORxfF0vjxT92/dUYaFG1SvJ2PFXXC6ka5ziQTBzMBPGUW5lnxgCavGnp26tK12Um+clt4hchOOMfheIEbT8dkcO2f5V5e3wLXBLKQBFVC0D8I01BhjUeWKH1fQYnt6ILMjaFgwt36jxK8MbGpNqqgpUNIJZjw/c=

amazon Deliver to Kenneth Miami 33132 | All | smiley face stickers | EN | Hello, Kenneth Account & Lists | Returns & Orders | 0 Cart

All Clinic Same-Day Delivery Amazon Basics Pharmacy Buy Again Amazon Business Livestreams Health & Household Products Beauty & Personal Care Free Shipping Reinventing wholesale, join Amazon Business

Amazon Home Shop by Room Discover Shop by Style Home Décor Furniture Kitchen & Dining Bed & Bath Garden & Outdoor Home Improvement

amazon live FATHER'S DAY FINDS WITH KANDI BURRUSS Watch now amazon.com/live

‹ Back to results

## Jawhock 100 PCS Colorful Smiley Face Stickers for Kids Waterproof Stickers for Water Bottle Laptop Skateboard Computer Helmet Bike Luggage Motivational Decals for Girls Boys Teens Adults

Brand: Jawhock

$6.99 ($0.07 / Count)

FREE Returns

Thank you for being an Amazon customer. Get $60 off: Pay $0.00 $6.99 upon approval for Amazon Visa.

Style: Smile

Easter $6.99 ($0.03 / Count) | Smile $6.99 ($0.07 / Count) | St Patrick's $6.99 ($0.03 / Count)

Material: PVC | Installation Type: Self-Adhesive | Shape: Irregular | Unit Count: 100.0 Count

| | |
|---|---|
| Brand | Jawhock |
| Room Type | Bedroom |
| Theme | Colorful,Teens |
| Special Feature | Waterproof |
| Style | Smile |
| Reusability | Reusable |
| Pattern | Cartoon |

**About this item**

- 【HIGH AND DURABLE QUALITY】 They are made of high quality PVC, the surface is smooth with scratch resistant film protection has waterproof and sunproof, not easy to fade function. The pattern is clearer and more vivid. The sticker can be stuck on repeatedly and the adhesive can be torn off without any residues.
- 【SMILE FACE STICKERS FOR KIDS】 Smile Face stickers are perfect for birthdays, and as rewards for students, great gifts for kids on Easter, Halloween,Thanksgiving, Christmas,and other important holidays.
- 【EASY TO USE】 Select the position you want to paste, wipe the surface clean, and then remove the adhesive to paste. Smile stickers have excellent repeat adhesion, leave no residue after peeling, and are reusable.
- 【GOOD AFTER-SALE SERVICE】 If you have any questions about our stickers when you receive them, please feel free to contact us. We'll do our best to solve your problem within 24 hours.
- 【MULTIPLE DECORATIONS】 Our smile stickers are suitable for dressing up various items such as water bottles, laptops, computer, tablets case, phones case, scrapbooks, journals, folders, pencil boxes, lockers, luggage, guitars, skateboards, helmets, bumpers, bicycles, motorcycles, cars ect. And anything you want to decorate.

Report incorrect product information.

Custom Face Stickers, Pet Stickers, Stickers of Your Face, 0.75" Sticker Sheet - 5 Sheets - Custom Gift $37.99 Sponsored

Add your 30-day FREE trial of Prime and get fast, free delivery

Delivery | Pickup

$6.99 ($0.07 / Count)

FREE Returns

FREE delivery Tuesday, June 20 on orders shipped by Amazon over $25

Or fastest delivery Tomorrow, June 15. Order within 15 hrs 16 mins

Deliver to Kenneth - Miami 33132

In Stock

Qty: 1

Add to Cart

Buy Now

Payment: Secure transaction
Ships from: Amazon
Sold by: Jawhock-Direct
Returns: Eligible for Return, Refund or Replacement within 30 days of receipt

Add a gift receipt for easy returns

Add to List

Custom Face Stickers, Custom Stickers, Stickers of Your Pet, 1.75... $37.99 Sponsored

**Buy it with**

300 PCS Stickers Pack (50-850Pcs/Pack), Colorful VSCO Waterproof Stickers, Cute... $9.99 ($0.03/Count)

Total price: $24.57

Add all three to Cart

These items are shipped from and sold by different sellers. Show details

**Similar items that may ship from close to you** Page 1 of 2

**Products related to this item**

## Compare with similar items

| | This item Jawhock 100 PCS Colorful Smiley Face Stickers for Kids Waterproof Stickers for Water Bottle Laptop Skateboard Computer Helmet Bike Luggage Motivational Decals for Girls Boys Teens Adults | 50 Pcs Happy Smile Stickers for Kids Waterproof Stickers for Water Bottle Laptop Skateboard Computer Helmet Bike Luggage Motivational Decals for Girls Boys Teens Adults | 100 PCS Preppy Stickers Pink Stickers Pack, Aesthetic Stickers Water Bottle,Smile Stickers,Vinyl Waterproof Stickers for Laptop,Bumper,Water Bottles,Computer,Phone,Hard hat,Car Stickers and Decals | 300 PCS Stickers Pack (50-850Pcs/Pack), Colorful VSCO Waterproof Stickers, Cute Aesthetic Stickers. Laptop, Water Bottle, Phone, Skateboard Stickers for Teens Girls Kids, Vinyl Sticker. |
|---|---|---|---|---|
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| Customer Rating | (0) | (138) | (457) | (16320) |
| Price | $6.99 | $5.99 | $7.99 | $9.99 |
| Shipping | FREE Shipping on orders over $25.00 shipped by Amazon. Details | FREE Shipping on orders over $25.00 shipped by Amazon. Details | FREE Shipping on orders over $25.00 shipped by Amazon. Details | FREE Shipping on orders over $25.00 shipped by Amazon. Details |
| Sold By | Jawhock-Direct | moonsole | Pterosauria | Yama.zon |
| Material | PVC | PVC | Vinyl | Vinyl |
| Special Feature | Waterproof | Reusable | Waterproof | Fade Resistant, Waterproof |

**Product Description**

Jawhock 100 PCS Colorful Smile Face Stickers for Kids Waterproof Stickers for Water Bottle Laptop Skateboard Computer Helmet Bike Luggage Motivational Decals for Girls Boys Teens Adults

**Product information**

| | |
|---|---|
| Brand | Jawhock |
| Room Type | Bedroom |
| Theme | Colorful,Teens |
| Special Feature | Waterproof |
| Style | Smile |
| Reusability | Reusable |
| Pattern | Cartoon |
| Package Dimensions | 4.69 x 2.83 x 0.59 inches |
| Item Weight | 1.44 ounces |
| Manufacturer | Jawhock |
| ASIN | B0BXKCKBSZ |
| Best Sellers Rank | #15,086 in Computers & Accessories (See Top 100 in Computers & Accessories) #3,593 in Laptop Decals |
| Date First Available | March 6, 2023 |

Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

Feedback

Would you like to tell us about a lower price?

## Videos

Page 1 of 2

Videos for related products

- 0:55 AIRNOGO Brand Stickers of Various Themes — AIRNOGO
- 0:37 50 Pcs waterproof stickers for kids,teens,adults — moonsole
- 0:58 Watch Before Buying! Huge Waterproof Sticker Pack — 26Magnolia
- 0:44 Preppy Stickers Pink Stickers — Pterosauria
- 200PCS Sticker P... Cool Random Sti... — Yama.zon

Upload your video

**Products related to this item** Page 1 of 58

Sponsored

**Similar brands on Amazon**

**Looking for specific info?**

**Customer reviews**

No customer reviews

**Review this product**

Share your thoughts with other customers

Write a customer review

**Based on your recent views**

**Best Sellers in Kitchen & Dining**

**Customers who viewed items in your browsing history also viewed**

**Your Browsing History**

Back to top

Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You

© 1996-2023, Amazon.com, Inc. or its affiliates



Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Wed, 14 Jun 2023 14:53:32 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

202.164.131.66

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

NL6lP2ZOaq0gEjUvC0rlDGwufLAJp9T+aRt8LID/LClwG1PP2wlBCAjd8DiGijfZHkMLvK+mtZB3l2rcFIAU3Sk8NXKXrImr7U6MHAFIoWClEtSODli461I+/lNSN2XezCHzf501NLCeKRTLi7jgpb1nhz7pmg
+v7Y7FHC4WRHiheoLCeLGncMvNQVsi2ESZy0y1GWZgZEyLu3ZK5lzlsLkKAx9Nw6SORHFkvj6p2e4R4p+Jlw1E+ovwI1RXu2XASe7Sip+cRwiGshNoTc4CsBbyvIwOPBWRLbUeV8tongVfddN1sMOsZrsDxy6+tAZDF6HACuKTvxgT7frXAg5WIg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Wed,-14-Jun-2023-14-53-32-GMT.mhtml

**Hash (SHA256)**

83ee5d84c530e5fe8fc207a771778723297ed60b3a1cf2912c1149dbb80c4672

**Signature (PKCS#1v1.5)**

TwZ9jHr8sSOGGNQR6BcnQcTLdhW/tOhZKqv30ahjqhwyAmtKyqCnhSwMVDJNnhUVM6XpJxOgjWRSMEorEIZyDnqx+cqVLAU1VpMDt97/JNF4D0t/N9wVDGXeLGdFa+GXOj7TtNNLUumsy4IrOKt/xvn1NdYIUca
+WvhZ8s7QPsFatG89TMMG29d68SdPqsfYvz0PxQyFIXoWLe38XcKcgtndTO31p/S6R7hLo4DaemrJOpEoYxEg3yYye6mnHmXIcxu3SI9EFQrxnpogWONfEFNyBbWxn862/cNSjpuf4vywhZT5OMibmogJw1A+LlhJWLDMQggjjezFs9UDkMQFlQ==





Investigator Name: Sian Kelly

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Mon, 08 May 2023 09:39:18 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sian Kelly

**IP Address**

2001:ac8:9a:d::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

HNjzHdOB7/g0dL+w1K3YjrRkMcWuHPslsBxd7AMCATcO80FBLRPHNCaP7VY5QDAk1NDouc/Wwvbkv46OMPvPfazPAvIHwT0FepOeMDwnArDUmPr8O1VC3dPdZsKMFlRFAO+F5eTvZLVEUIt+OTFYe8NDyy+1OuJHWisjIdh3na7pdbl/x4ReIQvSGNhirjgHuBIFip+u2j0hgPk+/Sp
+6x9ic7Y79CzOgxOdrme+q+q2lI4PD+wG1j5TtM6FVhGhUHDYHsN54HJlFmSSZz3r8i5r1tcA/wHXB45sUdwAsZCtZUGizZjwOM6zZC6FlxsVRy55pQICvuEZQ0N2fghfSQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Mon,-08-May-2023-09-39-18-GMT.mhtml

**Hash (SHA256)**

dcbdd31ee148faec01fd9d7b1d089587626116ec467efddaef047d55f25f859e

**Signature (PKCS#1v1.5)**

H4QAw5dr30Z6StBfffakvfVSWEyYVwZY+ejWnRH1L5Z/sEIlYO4OAdrWfaEnPVdooXaV0K1wv+Gy1bhk4GC9OIjZBE1CQXimE2n6qKeO6AMYHko55Vpv++8JhUUOisiHZiQi6Hu7Dqvzbn4aIixKVpb/FsaBdDrdwjaFTrx+OglCkdVxc7h5CTSGk+412eCN0OWiw8EVjvx3okuBGdyA6+p
+MPsTQseLruTmu1eBAihZQ83NJrcsSKMzTCAo1OIpMd9FtDZL3WC6DPNB9kbDu8RSRm7iotUkPCysQ332E4EN1Hcx5kbMjjAlOdjMdntvbglqCIoTmN4ZZLIoZNdUKQ==



AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com: YQZIYOU 6 PCS Smiley Face Necklaces for Women - Happy Face Charms Choker for Women, Y Necklaces for Women, Fashion Pendant Necklace Jewelry, Gifts for Women: Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/dp/B09L7293WV

**Collection Date**

Wed, 10 May 2023 05:55:03 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:93::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Sdk/G9gTx9HFWor6eNmJNHCOF5tFMlHpxhA9lHNL2FEOqvM4JuNttRAVsIva68IF4CQg/xGW/MNHosBWeevvgWHHV+9IZn/uFvHoRWSeloXD4ibmSpj/
uKiF1wOG8VVdmJXKSdMqdeEhUU1ocQTW3AqAFzGZBuJL5iDI4PEh4El6zfKOEUy66G5Cmxq0OrX3oVoG2sCwP2u3xflSwEteuAytpKFawxcbQzhQSW7rRuJ46k2al6HvkmlGvtYvX9PQURVR2/kpZE0b42e1tML7UmIFa7F8E+AqorjYP943//
vven/30lGtbSPe9V6kCwJ80kC9Qg6aQjnyHHqtzda/Rw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B09L7293WV]]_Wed,-10-May-2023-05-55-03-GMT.mhtml

**Hash (SHA256)**

6c2fbfe2ca4222f30729af797cff9aba2fa2372a1af5fc50c9d6e2ed58fee6bf

**Signature (PKCS#1v1.5)**

aSxDivzpP8BHodh2+PSzDefLzvmmLQGW5UMrM+HmgXGjFnYo8WyHwvYkam4FSr8yBU+6z8YVBLSkkJpvmFAh4NB/38v34y69REaFNieQ3Zud8OJGqWxVIFUBnzVen2OK77Q7p0Ke8hAHZMTffU0W9A4yqEi8QC9V2sX3R1/N52akeH4g2/MmEq6Y4ovFDcfEb9sBo4dctXla
+1x5fWe7Byk9nRxfxYVCeuQ0dljkyDii5sTd3Go3jYb3dOjxFEBS9BwyDW2FLqo3LC0rX+n6p17ktWuX4crYurxlTcy+mhuM/SqHdp/QDtnvOqfKIUkbLN4gZukNtE/LGqLvADsVug==















# Evidence Collection Report

**Page Title**

Smiley Face Shirts for Women Sometimes It Be Like That Shirt Trendy Vintage Casual Loose Short Sleeve Tee Shirts at Amazon Women's Clothing store

**URL**

https://www.amazon.com/Smiley-Shirts-Sometimes-Trendy-Vintage/dp/B0BVZ8BFP2/ref=sr_1_234

**Collection Date**

Wed, 26 Apr 2023 06:33:53 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

QyohW1jgVLXuC01HMzLR7Y2H3gs5mDUkETPYDnAyVEqYQx0ffWbWvQAMg7FsoF1bv+gedI5HSL2gyJoHyCROofEcbaH7vt6GGr7W+kXyk/X4p8zeWgv2erec2DhpoWYr9QRH5+NqqeHYOcQ7NduCAAFQ753hQB6l2g3MNaHVz+M=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Smiley-Shirts-Sometimes-Trendy-Vintage[fs]dp[fs]B0BVZ8BFP2[fs]ref=sr_1_234]]_Wed,-26-Apr-2023-06-33-53-GMT.pdf

**Hash (SHA256)**

3f71549ea5e9fd93259252576c27c4aef3a4a657ab5ad3c75738e0bb05a05a64

**Signature (PKCS#1v1.5)**

p2D7xRJ9afNsWf0j8QgHwLZutjQd92PhX87VgTNih/kIQodUJEeZQO6SmPRzf0Z+mbEJg4348/X1UKU7oCryp57eLq2piDMpnk8vqd01BNI+uPkDZG8j155yChjtY15wX7fQn+pFb8UJ5E/syefMn8MnQC9KCLB8Q2gLnaBlFkQ=

amazon Deliver to ozbaldo Miami 33132 | All | smiley face shirt | EN | Hello, ozbaldo Account & Lists | Returns & Orders | 0 Cart

All | Clinic | Prime Video | Amazon Basics | Buy Again | Prime | Best Sellers | Customer Service | Today's Deals | New Releases | Books | Music | Amazon Home | Gift Cards | Coupons | Pharmacy | Health & Household Products | Registry

Amazon Fashion | Women | Men | Kids | Luggage | Sales & Deals | New Arrivals | Our Brands | prime try before you buy

WE ARE Barbie THE MOST DIVERSE DOLL LINE SHOP NOW

‹ Back to results

Visit the VILOVE Store

## Smiley Face Shirts for Women Sometimes It Be Like That Shirt Trendy Vintage Casual Loose Short Sleeve Tee Shirts

$13.99

FREE Returns

Color: **Blue**

Size: **XX-Large**

| Small | Medium | Large | X-Large | XX-Large |
|---|---|---|---|---|
| $13.99 | $13.99 | $13.99 | $13.99 | $13.99 |

Size Chart

- cotton blend
- Imported
- Pull On closure
- Machine Wash
- High quality: This smile face t-shirt is made of cotton blend. Comfortable with a little bit stretch, light weight, breathable and not see through.

## Based on your recent views

## Product details

## Inspiration from this brand

## Videos

## Products related to this item

## Similar brands on Amazon

## Looking for specific info?

## Customer questions & answers

## Customer reviews

No customer reviews

## Products related to this item

Popular products based on this item

Inspired by your browsing history

## Your Browsing History

Back to top





Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Wed, 31 May 2023 13:23:16 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

111.92.77.63

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

b4TZIHj+qkiuAUkJzskj6g+t6WyBhYV72ijjJD40eFJyTcqE9NBKoCO6crcgfFFhKMA52h/Fp7MtcFCPCJBMdcMeqoWrWlDpZ6wgNXKvtj93JidsVB0/ZyV637d4H1MRZcnTW2TM4VpOE0LAC0pb7cOuMjnykZgn2y2UAG8HyhSEGQabW7lgREUwZWyyd
+3pSOucIZ3RccrNAlbdsCPpzijlHcVTUEOLNChZTfXezaoyAoeZgv65I5hWvSigDE+yGkEp2mSxT07+LuOQiGM+hUjrBtos3hDGdhMx4u0cTB/jLDtTLE7im6TEVoa6AHNd5T+gntD+v+VOj1aUbT3Uiw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Wed,-31-May-2023-13-23-16-GMT.mhtml

**Hash (SHA256)**

f2fb3dbd08ab5239a48b582118ca1de723a62c443186f2e783e7f3d2255b1d8b

**Signature (PKCS#1v1.5)**

qtpyJ7Ryv6//pITiH6rsSNmKEXGJIJSMmhemv7wIy36qQq8oZhVfh3ChTh6LfsF5rsJIvZ/hbimKNIB/5wKdn4sCxFsMQcC/G8Z3xCYowpUB5RW5+6wZ9ECOidRGuO2qH/qFtboMGXxEk3fH
+0yjnTLsHuAfh7sgjDS4ggC0txkMPcLBfMlRAHJivrFA8EA6LnOZtYrp65abHU4r8k1CxvMJ4tTHjfxKYsEcib3FD55rQzhaRu4cvnCbolRnL20lyDnla4ZFHSm9ek1nlW18MyUj/OzXwDvYuszA2u8MuVFxFAxosc8MY3xFR5xp2qB0WgkmK7KiKFXTIPFNi0Z+2w==





AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com: JEBBO 200pcs Yellow Smiley Face Polymer Clay Beads, 10mm Cute Happy Face Heishi Spacer Beads for Jewelry Making DIY Bracelet Necklace Earring Craft with Elastic String

**URL**

https://www.amazon.com/JEBBO-Polymer-Jewelry-Bracelet-Necklace/dp/B0B8YYSPDM/ref=sr_1_154

**Collection Date**

Wed, 14 Jun 2023 11:44:10 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:36::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

ot0EJfCpaDF09WPV0ZUmrCciCQ9caGWb5Qf2D/qheedgKg0ixE2befbIRZPw/JYn5z9mwawuzqqS6CFRf4Szyj3KTPB2pTpNA8luJY2Jue2Pm5iuczzL0ZNIdRXyWHoZ0DqqSHfAp8Kqhl70E0s3+EBNrCNYbWn3JDu7+GAtjGo=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]JEBBO-Polymer-Jewelry-Bracelet-Necklace[fs]dp[fs]B0B8YYSPDM[fs]ref=sr_1_154]]_Wed,-14-Jun-2023-11-44-10-GMT.pdf

**Hash (SHA256)**

177387edf07180bdb3795f99000153864aba396aa934ad4489a91b185d96ac5a

**Signature (PKCS#1v1.5)**

WkiPGciSupx1hrWXHTbKiiwVAAjMo54ab2dEfoCXPCOhfoc7ABeM05zQJN9e2bnoUMrvRqq0mJXwmRt1l+oP8jJzn6OEzwYK0Hg3FeGE6hmInYmmXVZgfIo59TD1etUYH/gwIMPjMqYKtCC+Bke+IbMHi45t7YFmRNwaOYiMEpk=



Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 15 Jun 2023 11:47:50 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

202.83.41.44

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Ne/tqvBNR1Zh2xDmNIgP0mJvIHq9DWg8eaIUQY9DhPYurpGit/b4XwJjk97l09xCf0OLayrb0pmarDG4WxVBIBeiNatummbpS/vFEbvoEtpjmnF6oJ4mYrNSVHSSFvILuM6IyHPkMC17JfNm9uiIkVvjK8rrncDr6WwCEcFJ8+pwplSjW2JrQYTO/9BHYPrxlQ3Z+FGgdUvpNClpcj4YJld
+1ScYd0WwaaVbUI0TuDnWKDQarmydcCfsuTfzo5YiIxbanxAIbM22zTXO8BskGHo4qcNwOVfr60HUVivtsWaBC2geDFLukaIReOcQworRZFRxsHnoQ4lPksqL12lVNQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-15-Jun-2023-11-47-50-GMT.mhtml

**Hash (SHA256)**

0f2ef99b052a4fd7270f1b6d5f64cfa3c4a0c877c7f728fa765fcc756583bb75

**Signature (PKCS#1v1.5)**

ihsCimOxBAoNaJrB/6BAQOMM0HSUTSKPSiPJIC45nDy6mh5OW0GRLiixuSqFLES+89Kkrim3Ra44sNuqiSOIvh85QyDMf473sHYCYV6n9pvcvLbJ/WpIQvlkC34R+zjwIFN4DBh/ny2MJb
+4gmJlI5JozSRhe9wMcUED4wXoV9JsR4m7JM7DOVlftKzrLKWggBdIWATphHzcusU5992VBOqvFUPcM19iUl0Rxmi7A0aW32+Vhosa0MQmlONMpNMw96xCZ4qb2Ay80y4sSFLtgdRTFvFHlcyumYvrNLoDEn/CL+y+4v+/sQfqKUy42/NTx4pwvVzK/emhYj31cWTBFA==




Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Smiley Necklace for Women Gold Silver Stainless Steel Punk Hip Hop Cute Aesthetic Smiley Face Necklace Double Layer for Women Pendant Rhinestone Round Jewelry Birthday Gift for Daughter (Silver) : Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/Necklace-Stainless-Aesthetic-Rhinestone-Birthday/dp/B09P51PYFR/ref=sr_1_305

**Collection Date**

Thu, 20 Apr 2023 05:55:35 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

CMQZHFnx9uJ5nGvY4r+8rEZJb418HqlxVCzCOEliuu2FIwELIk6/FwcJMAJUMBaLJ6LFXpNgymuekRh7oDpAZ4TNN7YbiMmMLlTZ7JBscEEJeoawImnwZ4hoV4sl47yOprTImwuXAT5hvAL441phQbb09GZkQ+yCLH487ZSoMHo=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Necklace-Stainless-Aesthetic-Rhinestone-Birthday[fs]dp[fs]B09P51PYFR[fs]ref=sr_1_305]]_Thu,-20-Apr-2023-05-55-35-GMT.pdf

**Hash (SHA256)**

bd5a92a20a8a8f970675d90da17dd247219aef859e1cd7bc0792816500b3e354

**Signature (PKCS#1v1.5)**

cJWARGnha+cA9rv49zmNLky8bLrILFAuhL3JMNnZ5GNUbkHp2YoS9WPAt0nLERt38xBmR+UhQWJ29JofsGqz8797Wyycm8BVSLhd2qFrhK/qx3GSYMMmYPcNjj4TWk4Q1aoXD35OzFbpvOMzCLmehKJdSrBQmBfxnn5mw//A+BI=















Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 18 May 2023 04:15:00 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

NWEkEA9iRzL6RfTVjC23VE4Qy1tYDVLTYt68wULVZWUn9vBQo0dXJXDZqtVQOjOdOHXkwLcKsbi33JcWWbzB8dmlBWFJBjs8+ZnZs+OIltY1pBQTXBbVypRbs1o
+3fLRQ5pRICsKfwSpLP6eHzAdoJ5JPSxolc5UBKHfIgC0cqBYwkYgYckdf8icy2OTUTNe4ocj0TiRkaTYmHNW2CgMvmw74kncSOGrCsZqEq3Z1mnTf8pUJvrNNS1Gg9L22yCYVgUTase5p3H4aCczso07LGvzo3jg/hzrqcC7ZvIFjdLMXXEqX5LnO5/hFrHbh4F9/cbjCfNPMxdONNrmxZYdfg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-18-May-2023-04-15-00-GMT.mhtml

**Hash (SHA256)**

eb0ea4b5a13e5359b2778c17a983add669b20fcfb086ec942cfb57c8a76fa6af

**Signature (PKCS#1v1.5)**

YgRU8oaq21U7CnK7wiGu/qSlOB79ZmoFw3Z/2QaQZ/QM7dvFK1dG1QxftndHlkLg6hr4I2RiOKqhgvyu5834vFQinzLcKyCCe56n9/itupHmST5C8oRTUHzYVVhEMWxkHI1aXKGYMpFGcnjmcbBZ4pfkQGHbqhcUQIQDMqpFQKmG/8WH0wYTkfJe7XX+ytHq436z0PixXVbC/W/
LRpo4ciBCmZ6uabMZ8HV3cLE/GuZiawukhwXJHobwA/q+yOTruh7TzcIRq34884vXGwXcZp5CDcvFchHr2Q49Eaki8D9yyxJoJxUzxYpRC+iqwGtRN5Efk8Vf2s/nemRwHVzK6Q==





AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: JEMUZEWEL Gold Smiley Necklace in Titanium Steel Gold Chain Layered Pendant Necklace Gift for Women and Girls (Smiley Face) : Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/JEMUZEWEL-Necklace-Titanium-Layered-Pendant/dp/B09LXS26JM/ref=sr_1_127

**Collection Date**

Mon, 24 Apr 2023 05:45:14 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

OuiiiivHMYZgMadGqA/6NNy+N5myh8m/dSHdUlP07Dag9vAe5BpMqlqPns2/uDvDHGvgCRecyHGfA/DTcD0Tr9omsj19oxLUTM80lFrQQRcqJJDMX1SjOs5kuIqIsSkeAs8MsxfMopkOGWpd1QUSW59tMCQ1I7CWlbxFV4kyrkM=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]JEMUZEWEL-Necklace-Titanium-Layered-Pendant[fs]dp[fs]B09LXS26JM[fs]ref=sr_1_127]]_Mon,-24-Apr-2023-05-45-14-GMT.pdf

**Hash (SHA256)**

fa1bfc1b60bcdee7a6dd1409163d75b7db9f60641812c207a20b82fcb97cc6ef

**Signature (PKCS#1v1.5)**

NitDURgYydDZVOuhXW5W2akyMEDTcJtV4cgq+KmOOXc6SyUD0u0oItCBGr+sOI3N4AOIAT6neBJ0IrHzWAYZz6r/YslU8Ncq+n+lpySxJihLPYQV8q6/wGyvGDSz0ja/tAdnYBIBtofmwXY3lbBaZYnX4w1V1BnixTMxz0KutFE=

Buy it now

More from frequently bought brands

Product Description

- MAINTENANCE -

Product details

Videos

Products related to this item

Looking for specific info?

Customer questions & answers

Customer reviews

Products related to this item

Popular products based on this item

Inspired by your browsing history

Your Browsing History





# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 25 May 2023 03:03:23 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

116.68.105.188

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

hy/KL/OY1OdyDHrhxcpDGugSVcTSt6hMZn52Nt0we2AyhPiVjWpsbaqCk7clfFmktZKm3w/rUD7p/f+O2RivNI73DH4DWlbuNW4PFnta4CZt10/EdsDPR29IZqXcypiXMzLdHKkg24v/YMFxp2Si16x+6iVTRKe0K35l65HAMwZvApEbhzMvLv5NKacSlg
+BTsYvkikVavLzYR4o4DY0GzPEeNZFTt9K1iywyvStd0UAkufdnP/38tiSMtSMuuPbQyEpD/pIyUlbuv8Bm+MvKSazbtC3EklWoF0XMuEaJwJEXQhIuLCRI5osrfjdAbmJZ/0DazmRGGQze3ZCFNbBJA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-25-May-2023-03-03-23-GMT.mhtml

**Hash (SHA256)**

b78c5ebb61c243b28b65d160f552bdcff05edb368235d072be63745e997894b0

**Signature (PKCS#1v1.5)**

EUKZcuE8DIQWZlQ07lMMKRBDERYU7ZH6fTkYnvga0JJA8sN2fpQqyBPdGgo0P4dS63yV9bB4AdeSY3yQqn5wN7OhHI6O57jiuehdn43iCKvr6OGPvojED6isQwpo1fEm0ee6A+rMkBVaJqhVOMN3apNeyIQZrtHh9V16jWRUjquw/ibHqoZr9PY/W8hq0o2ZLax8xAwDMhvl36URdTE5LXnS
+sehS2axkADPh7MDzsQN4xU/a5pTKUaC4DpaVbT3tFZxUXV2G6PPYGrFBwt5cXPWAtt1gg0ZOHv8e19Pzc/vn6tjdMK2+LI5cTct0DeqmTdodVJXiAoyI5APYhTc7w==



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com : Smiley Face Badge Holder with Retractable Reel, Id Card Badge Case with Carabiner Clip Heavy Duty, Vertical Card Name Tag Badge Badge Cover for Work Office Preppy Teacher Women Student Gifts : Office Products

**URL**

https://www.amazon.com/Retractable-Carabiner-Vertical-Teacher-Student/dp/B0C1GGWDYP/ref=sr_1_147_sspa

**Collection Date**

Wed, 26 Apr 2023 09:18:51 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

VeSG6XNZQjerbdnsDwJVBs0bpywRJcdFM6FcacAXgh+ybjcgf9l4hp91oU66nsvkaLxm05EM4CtJs7M5QuEUi/Vwl+J4hSiGKZD6KJyryuaJeOYrpJBVfq3YoACVaGyksLMK0NpGVmLGDxbmElRdf57/iGaeGqCZR3IQx0KmqeA=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Retractable-Carabiner-Vertical-Teacher-Student[fs]dp[fs]B0C1GGWDYP[fs]ref=sr_1_147_sspa]]_Wed,-26-Apr-2023-09-18-51-GMT.pdf

**Hash (SHA256)**

5d80ca748f5106e702e0e5a02ae79506cfd24d6a31219db2d5b56af2d801d1d7

**Signature (PKCS#1v1.5)**

AuFQF8cGzcBZ3x9Ob6y6WxDWKXoHryEDMInhvtqLh/gmSePPkHDNpS0RTtpfTiZPEvF0idrAWYhhjR5VAAhhG4Lvy70rvUg1c5VXwbvwwokI5ELkcG82caTe/dejMSgceXKstEysErUSjklsUbfC4dEmtSnPxuiaQRWjlLbpdFM=

amazon | Hello, ozbaldo Account & Lists | Returns & Orders | Cart

Books | Music | Amazon Home | Gift Cards | Coupons | Pharmacy | Health & Household Products | Registry

SHOP NOW

## Smiley Face Badge Holder with Retractable Reel, Id Card Badge Case with Carabiner Clip Heavy Duty, Vertical Card Name Tag Badge Badge Cover for Work Office Preppy Teacher Women Student Gifts

Brand: lebrocoli

(4.1) 8 ratings

$8.99

FREE Returns

Get $50 off instantly: Pay $0.00 upon approval for the Amazon Rewards Visa Card. No annual fee.

Color: Smiley Face

$8.99 $8.99 $8.99 $8.99 $8.99 $8.99 $8.99 $8.99 $8.99 $8.99 $8.99 $8.99 $8.99 $8.99 $8.99 $8.99 $8.99 $8.99 $8.99 $8.99

See all 24 options

| Brand | lebrocoli |
| --- | --- |
| Color | Smiley Face |
| Material | Plastic |
| Special Feature | Retractable, Swivel, Heavy Duty |
| Item Dimensions LxWxH | 4.5 x 3 x 0.12 inches |

$8.99

FREE Returns

FREE delivery Tuesday, May 2 on orders shipped by Amazon over $25

Or fastest delivery Friday, April 28. Order within 15 hrs 42 mins

Deliver to ozbaldo - Miami 33132

In Stock

Qty: 1

Add to Cart

Buy Now

Payment Secure transaction

Ships from Amazon

Sold by JHSSM Store

Returns Eligible for Return, Re...

Details

Add a gift receipt for easy returns

Add to List

Have one to sell? Sell on Amazon

### About this item

- 【Personalized Design】The distinctive badge holders are designed with smiley face patterns, transmit a positive attitude towards life and work, bring happiness and fun to yourself and other people.
- 【Perfect Badge Holder Kit】The Cute badge holder kit included fashion card holder and a retractable reel, the retractable reel with metal carabiner belt clip can be easily clipped to shirt pockets, pants pockets, belts, purses, backpacks, bags, etc. The card holders can be put into work cards, credit cards, ID cards, student cards, etc.
- 【Durable ID Badge Holder】The adorable ID badge holder is made of high-quality material, which is durable and not easy to be scratched up. The sturdy card case can keep your cards away from damages. It is very easy to open the ID holder, just press the back of the badge case and slide it up, then you can put your name card into it.
- 【Heavy Duty Badge Reel】Made of high-quality plastic and steel, the badge reel is super wear-resistant, solid and sturdy. The funny retractable keychain can be easily extended up to 24 inches, you can easily scan your id card holder without taking them out, great for daily use for work or home. The 360 degrees swivel metal back clip helps you to stretch the rope freely, perfect as a retractable keychain. Max load weight is 3.52oz, you can hang 7 keys at most.
- 【Amazing Gift】Amazing gifts for yourself, friends or family on birthdays, holidays, anniversaries, Mother's Day, Father's Day, Valentine's Day, Christmas, etc. This badge holder can be perfectly used for nurses, doctors, employees, students, teachers, couriers, volunteers, waiters, etc. This ID badge holder is definitely the best choice for office, school, hospital, factory, convention or special event uses!

Report incorrect product information.

Page 1 of 35

### 4 stars and above

Sponsored

Page 1 of 58

Retractable Badge Holder, with Carabiner Scroll Clip and Keychain, Vertical ID Card... 857 $7.99

HASFINE Retractable Badge Holder Cute Panda ID Card Holder Wallet with... 883 $7.99

Badge Reel Holder, Accurate Stitching, Sunflower Retractable Badge Reels Reinforced... 2,729 $6.99

Selizo 6 Packs Retractable Badge Holder Badge Reel Carabiner ID Keychain... 3,885 Amazon's Choice in Badge Holders $7.99 ($1.33/Count)

Cute Dinosaur Lanyards for Id Badges, Retractable ID Badge Holder with... 607 $9.99

Teskyer 2 Pack Heavy Duty Metal Retractable Badge Holder Reel with Belt Clip Key Ri... 2,386 $6.98 ($3.49/Count)

Selizo Retractable Badge Holder with Keychain Ring Clip Metal Badge Reel with Plast... 1,442 $7.29

### Product Description

Smiley Face Badge Holder with Retractable Reel, Id Card Badge Case with Carabiner Clip Heavy Duty, Vertical Card Name Tag Badge Badge Cover for Work Office Preppy Teacher Women Student Gifts

### Looking for specific info?

Search in reviews, Q&A...

### Customer questions & answers

No answered questions yet

Post your question

### Product information

**Technical Details**

| Manufacturer | lebrocoli |
| --- | --- |
| Brand | lebrocoli |
| Item Weight | 2.08 ounces |
| Product Dimensions | 4.5 x 3 x 0.12 inches |
| Item model number | RELA435 |
| Color | Smiley Face |
| Cover Material | Vinyl |
| Material Type | Plastic |
| Size | Middle |
| Manufacturer Part Number | RELA435 |

**Additional Information**

| ASIN | B0C1GGWDYP |
| --- | --- |
| Customer Reviews | (4.1) 8 ratings 4.1 out of 5 stars |
| Best Sellers Rank | #7,625 in Office Products (See Top 100 in Office Products) #154 in Badge Holders |
| Date First Available | April 4, 2023 |

**Warranty & Support**

Amazon.com Return Policy: **Amazon.com.tr Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

**Product Warranty:** For warranty information about this product, please click here

**Feedback**

Would you like to tell us about a lower price?

### Videos

Page 1 of 2

Videos for related products

Sponsored 0:20 2 Pack Retractable Keychain Heavy Duty, Retractable ID Badge Clip Reel, Badge... VYNCS

Sponsored 0:39 Retractable Badge Holder with Carabiner Reel Clip and Key Ring for ID Card Key... moeverEX

Sponsored 0:39 4 Pack Heavy Duty Retractable Badge Holder Reel, Metal ID Badge Reel with Cli... Vetoo

Sponsored 0:38 ID Badge Holder with Lanyard, Retractable Badge Holders Reels with Lanyards... Hinsly

Sponsored 50 Pieces Retract... with Swivel Allig... Zonon

Upload your video

### Similar brands on Amazon

Page 1 of 2

Sponsored

VYNCS — 2 Pack Retractable Keychain Heavy Duty, Retractable ID Badge Clip Reel, Badge... 215 $15.97

moeverEX — Retractable Badge Holder with Carabiner Reel Clip and Key Ring for ID Card Key... 1,215 $11.99

Vetoo — 4 Pack Heavy Duty Retractable Badge Holder Reel, Metal ID Badge Reel with C... 793 $9.88

### Products related to this item

Sponsored

Page 1 of 20

50 Packs Heave Duty Badge Reels Retractable with Carabiner Belt Clip and Key Ring, ... 4 $41.99 ($0.84/Count)

4pcs Badge Reels Cute Nursing Badge Reel with Swivel Alligator Clip for Decorative ... 2 $9.99 ($2.50/Count)

Hello Kity Lanyard with ID Badge Holder, Kawaii Retractable Reel Holder for Keys Ke... 23 $14.99

3 Pack Waterproof Id Card Badge Holder Case with Lanyard, Clear Waterproof Card Hol... 31 $11.99

ID Badge Holders,5 Pack Retractable Badge Holder with Carabiner Reel Clip and Verti... 21 $6.99

Heavy Duty Metal Retractable Badge Holder Reel with Belt Clip Key Ring,... 7,514 $9.99

2 Pack Retractable Keychain, Heavy Duty Retractable Badge Holder Reel,... 9 $7.59 ($3.80/Count)

### Customer reviews

4.1 out of 5

8 global ratings

| 5 star | 58% |
| --- | --- |
| 4 star | 26% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 16% |

How customer reviews and ratings work

**Review this product**

Share your thoughts with other customers

Write a customer review

Top reviews

**Top review from the United States**

Toni Bailey

**Very cutetrying to put id in was a little tough, but it works good.**

Reviewed in the United States on April 24, 2023

Color: Coffee White | Verified Purchase

Works good, use at work

Helpful | Report

See all reviews

### Based on your recent views

Sponsored

Page 1 of 58

ID Badge Holder with Breakaway Lanyard, High Quality Colour Print Retractable Badge... $10.99

2 Pack Heavy Duty Metal Retractable Badge Holder Reel with Belt Clip Key Ring and W... 7,514 $11.99 ($6.00/Count)

Pink Smiley Face ID Badge Holder with Lanyard, Cute Breakaway Lanyard Retractable B... 107 $9.49

ID Badge Holder with Lanyard Adjustable Badge Reel Clip Be Kind Name Tag Clip Key C... 15 $8.99

Cute Axolotl ID Retractable Badge Holders with Clip,Detachable... 1 $11.99 Save 20% with coupon

ID Badge Holder with Lanyard - Fashionable ID Card Holders with Retractable Lanyard... 3,203 $8.99

Id Badge Holder, Badge Reel Retractable Keychain, Retro Rainbow Positive Card Holde... 6 $8.99

### Best Sellers in Office Products

Page 1 of 5

### Inspired by your browsing history

### Your Browsing History

Back to top

Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You

amazon | English | United States

















































# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 02 Jun 2023 18:08:12 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0d:5600:8:36::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

h26Z3Jx6iBni+YDK8JIMTAR59sbGGcn7sofEXM5VTZ76wLBXZtIQUSLg5jMMxN8V3d+ZSuL4L1fjIUJBIML23PNYc/wzUDR1nmJJPHx/7I8wH2gH3hEYXhRvAhbXWgb8vJp4IAG6KA0C5yAL+ZwJKXvBbme7L7qrbyFHBcN2Vy7mpjzmMv2+ATNrjJIJLMNDV/
ZaYk3GAXyHIUbVPBdNhv6lDZtmrSbVvgNjH8wxiVf7XBdRf+hdEwZ0z5o6vZMDyFOlMAa6nVuL9BdbwhiN/fciRYxt0AZg8RiDEUsR+rqfpj6p4/AS71Ejt9/w71rEzVoh+AAn5cbpIuOzLE3miA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Fri,-02-Jun-2023-18-08-12-GMT.mhtml

**Hash (SHA256)**

c515b8f18e6ad38659849cfe1931103a865b9ed70bb6a534377d6ea82c1b6ed9

**Signature (PKCS#1v1.5)**

YRYup8LnmMKMSITymfNtY6dzRO9nG2IlXDa05EoNBW3lwKUZaAqQiZ+XfaOoDkeOpWBpfdiApFxlqNS7eVPSbzx7nVMeRyX4AgRmpw9tDLUBG4UDbWe13Hxuxe64/6kTBjIa5+9cix6gPSbgj5cN/2jy/eU1KKDxwlFKqiZBG9gCVzWdQBBULMkJN0G0PDIExJnc7ORRJ79vg+BOb4uM5Ze22xjq
+eqTsu+xz7RjAdl2NbruM9THIlUJt+Y5nkhQNdzkQ3Omy604nhMDYoEfXY9GBfHfBljb4a9vdOnFH7k9nW7bS0qwcozDSvbj2r6VWr8TvtvzSw5y1OuzmLz8BQ==



AXENCIS

# Evidence Collection Report

**Page Title**

Amazon.com: Betykuku 2PCS Smiley Face Necklaces, Gold Paperclip Chain Necklaces for Women Trendy, Cute Necklaces Aesthetic for Gold Smiley Jewelry, Simple Round y2k Layered Women's Necklace: Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/Betykuku-Necklaces-Paperclip-Aesthetic-Necklace/dp/B09D6RZ485/ref=sr_1_62

**Collection Date**

Wed, 19 Apr 2023 11:49:19 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Qk0YtROfxX4kPqolYcPOT0XLS/XgNnnQTqcahcbw0Hl4Oi0U41nFukMzmueiJwDyoq1RxgjR6qkF9zWQ/P6stw38DfpnEzov8sPYfBa01Gk3hAn3I1Tr4VS4Ni7PFMkj8w9T9GdjrDH/qHh4qMS5sx2ELBjjjc6aJJociI13QfE=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Betykuku-Necklaces-Paperclip-Aesthetic-Necklace[fs]dp[fs]B09D6RZ485[fs]ref=sr_1_62]]_Wed,-19-Apr-2023-11-49-19-GMT.pdf

**Hash (SHA256)**

1956d465d923195d3742506ed4d3cd2547d83975fdd4d61ba43ed1750cbc4cbc

**Signature (PKCS#1v1.5)**

NkRA4IvJfb42P1alzlWA8c2PMW1mGlzCQNmmCCEEW280r3mI0cq/jKJiqdRF+cHIHdNuE3mUYuAC/gIxo1ILcgNyrPr0rkIGuJhyCC/IQkX+jWUHYI99v1M5HMWDP0nYz9F2gu/PNAyRwCD4na56U1RMk3+HQCJ97VzZcNdrQMQ=

amazon Deliver to Gregory Kapolei 96707 | All | smiley jewelry | EN | Hello, Ozzie Account & Lists

All Clinic Amazon Basics Customer Service Pet Supplies Coupons Household, Health & Baby Care Beauty & Personal Care Amazon Home Home Improvement Today's Deals Find a Gift

Amazon Fashion Women Men Kids Luggage Sales & Deals New Arrivals Our Brands

‹ Back to results

Brand: Betykuku

## Betykuku 2PCS Smiley Face Necklaces, Gold Paperclip Chain Necklaces for Women Trendy, Cute Necklaces Aesthetic for Gold Smiley Jewelry, Simple Round y2k Layered Women's Necklace

$12.99

Add your 30-day FREE trial of Prime and get fast, free delivery

In Stock

Add to Cart

Buy Now

### Buy it with

### Products related to this item

### Product Description

### Product details

### Videos

Videos for related products

### Related products with free delivery on eligible orders

### Brands in this category on Amazon

Sponsored

### Looking for specific info?

Search in reviews, Q&A...

### Customer questions & answers

0 votes
**Question:** Can I take it as a gift for my girl friend?
**Answer:** Of course, your girlfriend will definitely like it very much. This is a very exquisite set of women's smiley face necklace
By Judy D. on September 22, 2021

0 votes
**Question:** Will this golden necklace change color after wearing it for a long time?
**Answer:** No, its color is very beautiful, and I haven't had any fading phenomenon yet.
By latoya on September 20, 2021

0 votes
**Question:** Does it contain two dainty necklaces in it?
**Answer:** Yes, you can choose to wear one of them or stack the two together, which is suitable for multiple types of wear styles
By kim henry on September 21, 2021

### Customer reviews

4.3 out of 5

44 global ratings

| | |
|---|---|
| 5 star | 59% |
| 4 star | 17% |
| 3 star | 17% |
| 2 star | 7% |
| 1 star | 0% |

How customer reviews and ratings work

### Review this product

Share your thoughts with other customers

Write a customer review

### Reviews with images

See all customer images

Top reviews

### Top reviews from the United States

Victoria
**Larger than anticipated**
Reviewed in the United States us on March 24, 2023
Color: White & Golden | Verified Purchase
I purchased this only for the smaller happy face because this seller had the cutest/best priced option.
Appears to be nice quality and has good packaging.
I just thought it would be more dainty and or adjust smaller
Helpful | Report

David
**Good**
Reviewed in the United States us on June 15, 2022
Color: Pink & Golden | Verified Purchase
Our 15 yr old loved these!! For the price can't complain!
Helpful | Report

Seainna
**These necklaces are so pretty and such a good price for two.. I am very satisfied**
Reviewed in the United States us on January 4, 2022
Color: White & Golden | Verified Purchase
One person found this helpful
Helpful | Report

See all reviews ›

### Go-to sweaters

Page 1 of 3

### Popular products based on this item

### Inspired by your browsing history

### Your Browsing History











Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 18 May 2023 11:35:51 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

o7RiGSi+MpetNOJQ0He2ArlJgOrit3ywBgYVpPAdw45+r7xmtXM4gDheqK3umpaovUOQXzXppHlGLgBc03g6hEIppZ3CSoKNN1//Yuia0lgXkGnQ3LB8Ie/XXSYrx76e+rSvpszfEEhuAxJpu+FJh3FmFsAqEoQmV0epmCWmGs1K5e00n3QHe/01hO6ZdBBOnCvUNFqFIo3Y+DfKn0JC+
+40ClgyDUOVPZ1rp54cJ6sZNWP4iTN2/i7/89JMa3sqoytcTJ0lFy2VHYHs+lVZO/CPb1DDodGHG1bXalx9pX22aIkhKjsViz4a3Bs/wjLzM1pf8eJvFMgoWUzNW0R+fg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-18-May-2023-11-35-51-GMT.mhtml

**Hash (SHA256)**

41e9085c55ea22c1ff329769a758033d13a22a371b0d9b1d905d8dc476f04ac7

**Signature (PKCS#1v1.5)**

HNy/NtO3k1rlR2Xy4oREvaWKm4ZI4uPiKC2VnmVZTbbP9wknb1ayrUXGRGuU7qQhhKV5821xax8BpnOsp+ZEchSOrSS9djuLvQzvxo3lRSQPjf1N83M629GHhZSU/uPxbUI9N/9TLmPHCVqYFTofgikgvYiOYXvTYCydiQZwK2rPXJ4HEBr
+zVMVE6bB2Jtc6PsXIE3nMq2TfzX4t1LUg5NMIeUb9uUIJSZvgNm/BYzbb/5LvQQZ8U5e6utxjneDn6O+nHlw5g+QNd/rcdFnMar/7hVooOrU/gUwwZv9MVetQi2WQYLcbovDySYb2xQ9Q06bsdIDbZixVTVB2axdQg==



AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com: Smiley Face Beads Gold Edge Metal Spacer Beads for Jewelry Making DIY Bracelet Necklace Accessories Handmade : Arts, Crafts & Sewing

**URL**

https://www.amazon.com/Jewelry-Bracelet-Necklace-Accessories-Handmade/dp/B0BHF95QKG/ref=sr_1_62

**Collection Date**

Wed, 14 Jun 2023 11:03:58 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:36::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

OWsWVbK9yP1eIQaLmoBr+0GCKR2eiMyeQyTJ22Bv/LRFLVPC3PUgc1Pp4EOGrKFzWY//Y8vwLof4BOeA9iLV/ci/fv3+eR8fO3urlkq88hF4EVVXqrSoEJ5qpegJUy1BgcdkBaP0o+QCATMTJIbYC196UogRptgQnVieF4FaUik=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Jewelry-Bracelet-Necklace-Accessories-Handmade[fs]dp[fs]B0BHF95QKG[fs]ref=sr_1_62]]_Wed,-14-Jun-2023-11-03-58-GMT.pdf

**Hash (SHA256)**

0e5dbeb8a7d92256967bafb097eb577e2a50afbe3383179c59ca50c54cdc374d

**Signature (PKCS#1v1.5)**

sLocWyV7PAp4JOLsHP66BrAcdzQrWXlprBH/pm8gU4Dh45NcVtAep2sZZwBfRDJkHNAxwjyr1drLE6jiMaMJ+PgDkD9HFViVHhWvZ+VNIVNp2FZWJ0yzfLSoorgfV0GMupv8WfpywvX2R+GA0FN6H15Cyoj19RYYfPtacThmQ40=

amazon | Deliver to Kenneth Miami 33132 | All | smiley face beads | EN | Hello, Kenneth Account & Lists | Returns & Orders | 0 Cart

All | Clinic | Same-Day Delivery | Amazon Basics | Pharmacy | Buy Again | Amazon Business | Livestreams | Health & Household Products | Beauty & Personal Care | Free Shipping | Reinventing wholesale, join Amazon Business

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

amazon clinic — Get the care you need—when you need it — Get started now ›

‹ Back to results

## Smiley Face Beads Gold Edge Metal Spacer Beads for Jewelry Making DIY Bracelet Necklace Accessories Handmade

Brand: LANADO

$10.17

Color: 1

$10.17 | $10.17 | $10.17 | $10.17 | $10.17 | $10.17 | $10.17

Size: 30pcs 10mm

| | |
|---|---|
| Color | 1 |
| Material | Gold, Wood, Metal, Zinc |
| Size | 30pcs 10mm |
| Brand | LANADO |
| Shape | Round |

**About this item**

- The beads are made of clay or Aggreko or wood;
- Used for your DIY hobbies such as making jewelry necklace bracelets;
- There are many colors and shapes made into any style you like;
- Can also be used to weave some festivals, party decorations;
- Make them into your favorite style to embellish your daily beauty!

Report incorrect product information.

$10.17

$6.80 delivery June 29 - July 14. Details

Deliver to Kenneth - Miami 33132

In Stock

Qty: 1

Add to Cart

Buy Now

Payment: Secure transaction
Ships from: Jiaxuan grocery store
Sold by: Jiaxuan grocery store
Returns: Eligible for Return, Refund or Replacement within 30 days of receipt

Add to List

Beautiful Handmade Rondelle Beads

5mm 22kt Gold Plated Dotted Cylinder Tube Bead 8 inch 55 Pieces

$17.00

Sponsored

**Consider this Amazon's Choice product that delivers quickly**

Amazon's Choice

Dolleme 200PCS 10mm Smiley Face Beads,Acrylic Round Happy Face Loose Spacer Beads Colorful Smiley Face Charms for DIY Jewelry Bracelet Hair Accessories Earring Necklace Craft Supplies (246) $7.99 ($0.04/Count) prime

UHIBROS 6000 Pcs Clay Beads Bracelet Making Kit, Jewelry Making Kit f... 182 $11.99 prime Save 5% with coupon

Sponsored

Buy it with

Total price: $29.11

Add all three to Cart

These items are shipped from and sold by different sellers.

4 stars and above

Products related to this item

Compare with similar items

Product Description

Product information

Videos

Products related to this item

Similar brands on Amazon

Looking for specific info?

Customer reviews

No customer reviews

Review this product

Similar items that may ship from close to you

Best Sellers in Beading & Jewelry Making

Customers who viewed items in your browsing history also viewed

Your Browsing History

Back to top

Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You

amazon




















# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 15 Jun 2023 07:34:19 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

202.83.41.44

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

LobW607fmwN640Z+pGVUeTsMSbMsVgD2E9Fl1U0XGWdnjSumDsWMrNgMkdCpulMyGEiydwoT9Xo+8TQxCncpec798pdL7RubkZTWT2wOQHamxD4CL62JKxpJvrVRUrpzt
+Wg6hgdBjf8vfFz9ZOmLPi9T3CVajKfxualnhLJjRcHxc5rNqYq0Hh1DPoLawbemu73+tTMcjTtGyjMHmUvExrtBDVKWwwv/5M/rTlBLCrgiJN/W316qKdNbOXXXtAIYEOAC/wsncl060xy56a5xclR2XLujPQbJC5KU+QtXnLlzSno6+WerG/jtKalzrt/gxicKAdzvskkHE66WxvcHg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-15-Jun-2023-07-34-19-GMT.mhtml

**Hash (SHA256)**

eb00bc888bcdc65b3f1321e4e74aa1691fb1d30a4236c152a079da134103cdd2

**Signature (PKCS#1v1.5)**

Ab1e2RccazXxTLEXPtNTpZE3ahhI1W6aURgiysyoZY9MGydaz9bbaW2IEP1SyV4K66h0P7vU3EBQMRvqS8ZBbgBrnaz19iMuyQrWMhlNL1HbphI5DT2myzsT1pwL5xvY2ElbMkRQ4oK7a6zkfI+COpHlnLPFtn5Mi2AmHl86o1Whub843dnrXBKTFzbdhK14LNqdfwMy3wnc0kD8L
+3nKkfFpPUyYLDrIfAnpaPdsAaS6oEoGJy5iVfHJ3jaMFXhMrqBOd8bznusCXnVsicPum1UQk+/RwtEOzoeJM2DXj5BQzRK/EM5aQRCrmRCS+AAqzc+LY+nCVPjxcclQLUVeQ==



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Voisgufley Aesthetic Colorful Melted Face Case Compatible with iPhone 11, Hippie Trippy Psychedelic Smiley Face Case for iPhone 11 for Teens Men and Women, Trendy Cool TPU Bumper Phone Case Cover : Cell Phones & Accessories

**URL**

https://www.amazon.com/Voisgufley-Aesthetic-Colorful-Compatible-Psychedelic/dp/B09TTDDQB5/ref=sr_1_230

**Collection Date**

Tue, 25 Apr 2023 04:39:51 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

FHbNU4oFZVX6s6cOiYBvEbcGR+iycPYVVLfPcy/qXN/OD+7JuWBCiVhrTZWJBUBiDeGvCo95c6jtpNMJPFFL0hgpg83LY5oEIEsrQO+aGhh9xAXy8yy351OQmDiGc9kpPmhP9o7uLKMQyNCZIJM9IWgltBdeq8vCBSU2p05zTYs=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Voisgufley-Aesthetic-Colorful-Compatible-Psychedelic[fs]dp[fs]B09TTDDQB5[fs]ref=sr_1_230]]_Tue,-25-Apr-2023-04-39-51-GMT.pdf

**Hash (SHA256)**

a8eff4962eae1e8e195ef7507f52866d607938dc3fb16b62bf1945d960836202

**Signature (PKCS#1v1.5)**

VSoNG2uqvCyngvraSSVhpVP2BDAQNuc7zy8eXFON/hZLxSxV38h183wLozFL3RfX0alwymuYncePTL3+P9pNvNwAc8VuWqtA0rFcS8V/C+050PlGXDYN0OV J1wU6fZdcf9dVLc4WheeWbrwMK6Oqi4fIK0Y0DqXi9yjQ JO4Hf J0=

| | | | | | | |
|---|---|---|---|---|---|---|
| Color | Colorful Smiley Face | Cute Frog | Angels | Black Smiley Face | Colorful Waves | Female Body Line |
| Compatible Phone Models | iPhone 11 | iPhone 11 | iPhone 11 | iPhone 11 | iPhone 11 | iPhone 11 |

**Product Description**

COMPATIBLE MODEL Only compatible with iPhone 11. ITEM FEATURES √Made of supreme anti yellow anti scratch material, its luster and beauty withstand time. √The pattern is aesthetic, vivid and durable, not easy to crack or peel. √Slim-fit design, not bulky, light weight, easy to turn on and off, support wireless charging. √Full coverage design, precise cutouts, easy access to all phone functions. √Raised edges provides extra protection for cameras lens and screen. √Airbag corners absorb shock and mitigate pressure, provide better protection against falls or drops. PACKAGE CONTENT Includes 1 x phone case for iPhone 11. AFTER-SALES SERVICE Thanks for choosing our cases. If you have any questions, please contact us. We will reply within 1 business day and arrange a replacement or refund.

## Videos

Help others learn more about this product by uploading a video!

Upload your video

## Looking for specific info?

Search in reviews, Q&A...

## Customer questions & answers

No answered questions yet

Post your question

Typical questions asked about products:
- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

**Product information**

| | |
|---|---|
| Product Dimensions | 5.8 x 2.8 x 0.3 inches |
| Item Weight | 1.09 ounces |
| ASIN | B09TTDDQB5 |
| Best Sellers Rank | #828,158 in Cell Phones & Accessories (See Top 100 in Cell Phones & Accessories) #406,127 in Cell Phone Basic Cases |
| Special features | Lightweight |
| Other display features | Wireless |
| Form Factor | Bumper |
| Color | Colorful Smiley Face |
| Manufacturer | Voisgufley |
| Country of Origin | China |
| Date First Available | March 3, 2022 |

Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

Feedback

Would you like to tell us about a lower price?

**Related products with free delivery on eligible orders**

Page 1 of 39

Sponsored | Try Prime for unlimited fast, free shipping

ELECOM 2-Port Wall Charger 30W GaNII USB-C/USB-A Ultra Fast Charging, Smart Power... 11 $27.99 prime

BossKiss Compatible with iPhone 14 Pro Case 6.1 inch, Premium Liquid Silicone Case ... 260 $16.96 prime

Kokaaee (3in1 for Samsung Galaxy A13 5G Case Cute Smiley Face for Women Girls Girly... 37 $11.99 prime

Brooklyn fleece Shockproof Crystal-Clear Designed for iPhone 13 Pro Max case, Anti-... 107 $9.99 prime

Compatible with Moto G Stylus 2021 Case, Smile Trippy Face Aesthetic Colorful Hippi... 1 $15.98 prime

Nsydnbly Aesthetic Sage Green Trippy Smiley Face Case Compatible with iPhone Xs/X, ... 9 $17.99 prime

Aesthetic Smiley Face Pattern Case Compatible with iPhone 14, TPU Shockproof Trendy... 1 $10.58 prime

UMIDIGI F3 (8GB+128GB) Unlocked Cell Phone, NFC, Android11, 6.7inc... 949 $189.99 prime Save $10 with coupon

## Customer reviews

No customer reviews

**Review this product**

Share your thoughts with other customers

Write a customer review

AquaTech AxisGO iPhone 11 Pro Max/iPho... $179.00 prime Shop now

Sponsored

**Based on your recent views**

Page 1 of 58

Sponsored

Phone Case Compatible with iPhone 14 Samsung Galaxy 15 Black 12 and Pro Max Yellow ... $9.95

Phone Case Cover Compatiable with iPhone 14 Samsung 15 Lt 13 Smiley Pro Max Face 11... $9.95

Phone Case Cover Compatible with iPhone Samsung Liquid 12 Smiley 13 Faces 8... $9.95

Aesthetic Smiley Face Pattern Case Compatible with iPhone 14, TPU Shockproof Trendy... 1 $10.58 prime

LOQUPE Compatible with iPhone 14 Case with Screen Protector + Camera Lens Protector... 11 $15.99 prime

TEXXY Designed for iPhone 14 Pro Max Smile Face Case, Orange Liquid Smile Face Trip... 7 $15.98 prime

Lobtseyrem Purple Melting Smile Face Case Compatible with iPhone 12 and iPhone 12 P... $18.99 prime

Phone Case Compatible with iPhone 14 Samsung Galaxy 15 Black 12 and Pro Max Yellow Se 2020... $9.95 Shop now

Sponsored

**Best Sellers in Cell Phones & Accessories**

Page 1 of 6

Misxi 2 Pack Hard PC Case with Tempered Glass Screen Protector Compatible with Apple... 156,895 #1 Best Seller in Cell Phones & Accessories $10.99 Get it as soon as Tuesday, May 2 FREE Shipping on orders over $25 shipped by Amazon

Apple 20W USB-C Power Adapter - iPhone Charger with Fast Charging Capability,... 179,516 #1 Best Seller in Cell Phone Wall Chargers $16.34 Get it as soon as Tuesday, May 2 FREE Shipping on orders over $25 shipped by Amazon

Ailun Glass Screen Protector Compatible for iPhone 11/XR,6.1 Inch ... 326,537 #1 Best Seller in Cell Phone Screen Protectors 30% off Deal $7.70 ($2.57/Count) List: $10.99 Get it as soon as Tuesday, May 2 FREE Shipping on orders over $25 shipped by Amazon

Ailun 3 Pack Screen Protector for iPhone 14 Pro Max[6.7 inch] + 3... 12,684 Amazon's Choice in Cell Phone Screen Protectors 24% off Deal $9.88 ($1.65/Count) List: $12.99 Get it as soon as Tuesday, May 2 FREE Shipping on orders over $25 shipped by Amazon Climate Pledge Friendly

Hiearcool Waterproof Phone Pouch, Waterproof Phone Case for iPhone 14 13 12 1... 77,230 #1 Best Seller in Cell Phone Dry Bags $9.99 Get it as soon as Tuesday, May 2 FREE Shipping on orders over $25 shipped by Amazon Climate Pledge Friendly

Anker Portable Charger, 313 Power Bank (PowerCore Slim 10K) 10000mAh Battery Pack with USB-C (Input Onl... 82,487 #1 Best Seller in Cell Phone Portable Power Banks $21.99

[6.1 inch Display] with 2 Pack Tempered Glass... 30,513 39% off Deal $7.98 ($3.99/Count) List: $12.99 Get it as soon as Tuesday, May 2 FREE Shipping on orders over $25 shipped by Amazon

Pro[6.1 inch] + 3 Pack Camera Lens Protector,Sensor... 8,963 $9.89 ($1.65/Count) Get it as soon as Tuesday, May 2 FREE Shipping on orders over $25 shipped by Amazon Climate Pledge Friendly

12/12 Pro 2020 6.1 Inch 3 Pack Case Friendly Tempered Glass 70,501 $7.90 ($2.63/Count) Get it as soon as Tuesday, May 2 FREE Shipping on orders over $25 shipped by Amazon Climate Pledge Friendly

**Popular products based on this item**

Page 1 of 2

Vusbvelnot Cute Colorful Smile Face Case Compatible with iPhone 11, Happy Face Case for iPhone 11 for Teens M... 4 $11.99 Get it as soon as Wednesday, May 3 FREE Shipping on orders over $25 shipped by Amazon

Voisgufley Frogs Dancing Case Compatible with iPhone 11, Hippie Trippy Frogs Party Case for iPhone 11 for Teens M... 12 $12.99 Get it as soon as Wednesday, May 3 FREE Shipping on orders over $25 shipped by Amazon

Trippy Drippy Blue Smile Face Case Compatible with iPhone Xs Max, Hippie Melting Smile Face Case for iPhone X... 2 $9.98 Get it as soon as Wednesday, May 3 FREE Shipping on orders over $25 shipped by Amazon Only 7 left in stock - order...

Voisgufley Melted Black Smiley Face Case Compatible with iPhone 13, Hippie Trippy Aesthetic Smiley Face... 1 $12.99 Get it as soon as Wednesday, May 3 FREE Shipping on orders over $25 shipped by Amazon

Voisgufley Melted Black Smiley Face Case Compatible with iPhone 11, Hippie Trippy Aesthetic Smiley Face... 1 $12.99 Get it as soon as Wednesday, May 3 FREE Shipping on orders over $25 shipped by Amazon

Aesthetic Pink Trippy Smile Face Case Compatible with iPhone 11 Pro, Retro Vintage Hippie Melting Smile Face Case for iPhone 1... $9.98 Get it as soon as Wednesday, May 3 FREE Shipping on orders over $25 shipped by Amazon Only 9 left in stock - order...

**Your Browsing History** View or edit your browsing history

Page 1 of 4

Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell products on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a package delivery business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Your Recalls and Product Safety Alerts
Help

amazon English United States

Amazon Music Stream millions of songs
Amazon Advertising Find, attract, and engage customers
6pm Score deals on fashion brands
AbeBooks Books, art & collectibles
ACX Audiobook Publishing Made Easy
Sell on Amazon Start a Selling Account
Amazon Business Everything For Your Business
Amazon Fresh Groceries & More Right To Your Door
AmazonGlobal Ship Orders Internationally
Home Services Experienced Pros Happiness Guarantee
Amazon Ignite Sell your original Digital Educational Resources
Amazon Web Services Scalable Cloud Computing Services
Audible Listen to Books & Original Audio Performances
Book Depository Books With Free Delivery Worldwide
Box Office Mojo Find Movie Box Office Data
ComiXology Thousands of Digital Comics
DPReview Digital Photography
Fabric Sewing, Quilting & Knitting
Goodreads Book reviews & recommendations
IMDb Movies, TV & Celebrities
IMDbPro Get Info Entertainment Professionals Need
Kindle Direct Publishing Indie Digital & Print Publishing Made Easy
Amazon Photos Unlimited Photo Storage Free With Prime
Prime Video Direct Video Distribution Made Easy
Shopbop Designer Fashion Brands
Amazon Warehouse Great Deals on Quality Used Products
Whole Foods Market America's Healthiest Grocery Store
Woot! Deals and Shenanigans
Zappos Shoes & Clothing
Ring Smart Home Security Systems
eero WiFi Stream 4K Video in Every Room
Blink Smart Security for Every Home
Neighbors App Real-Time Crime & Safety Alerts
Amazon Subscription Boxes Top subscription boxes – right to your door
PillPack Pharmacy Simplified
Amazon Renewed Like-new products you can trust

Conditions of Use Privacy Notice Your Ads Privacy Choices
© 1996-2023, Amazon.com, Inc. or its affiliates























# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 16 May 2023 04:51:20 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

RemoteUser2

**IP Address**

202.83.57.61

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

AU8pnXUSwZjobG7JKSy9aFUevc0CS5AzPsJ2NQmmIxBax0RSEEXyimVXuT+HxHmjMhwrPJPrHPm/SZEFJSqPOqOp1fdekGW3OGL6FMOs3cjSVV3TbIn0GAIPaUGeWgiaNSMui5J0N0cOo2lNRLYno72z3ZZ
+0g09HTks9dLSyke4SrLeNzKJmhlfuMDnMysnCQ8GxGuWLWSzpxVFqfhsmGxd73MpaAhZz/0TzahYqZUGu7txlAP02T9dyPOFaZDML0YzBGlcTvbP6u2pmY3Z5t39ypk+YfcX1brKy+CFi1Hw/6m3OPmJm/Zrk7t+empzJ69VGMjFCsag85VV64TMPA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Tue,-16-May-2023-04-51-20-GMT.mhtml

**Hash (SHA256)**

ae5d14ef2b70839827055249dfd9ac3005a8428ced6f0e646360fa499c1a14db

**Signature (PKCS#1v1.5)**

IF5wqLameZyyMPujoMJL2oI3ffqs5Qt7+MkZnLVoN+SezZG5XF1R8h2VYjLDiXeJAV+TM+E4+nowceeztH+OporS3nI7IrNsf+FNZNfiJLg6Yd9YtUVbaTNK3Nt8HsKjDHWbuidXn0RaarAHj6oVKB/aeTckt/TKUqzTsev6O04S1TkqSRLe99P6TjYKlBMWNPf/
omgOiMLAjNLmp2egsOkdqgzn/3dG8Y4eAHPg8zheNuWqiSwKp+Ji3c8+O6exA0cFNt0h3CEdSVZiW0H2eFJDG8ssfWgYSygplynIFvsLEVutYCwVB8ISBj2YcwIbdn35xDkpC/SO6hC0cEc/gg==



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: OEMOO 4PCS Beaded Choker Necklace for Women - Y2k Jewelry, Smiley Cute Flower Necklace Colorful Boho Y2k Necklace Set for Teen Girls: Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/4PCS-Beaded-Choker-Necklace-Women/dp/B099RMKPRC/ref=sr_1_627

**Collection Date**

Mon, 24 Apr 2023 08:04:15 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

GOw+C/oUxmuwyYmxdveaSQ+v1ZGNgPzOArXKoNnAh/OxBlouoZdPA+lvzmbJ8xTLvJQN8FbbYLrgMz6OhwszqgUC9jiqmFhDFg1xK3JVlZ644/RiLTIe/Eos6HzSi+Q9HNTjs8uBvOe/UXUL1FDQKmEqSm8okI6tHvN+fWBCjEk=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]4PCS-Beaded-Choker-Necklace-Women[fs]dp[fs]B099RMKPRC[fs]ref=sr_1_627]]_Mon,-24-Apr-2023-08-04-15-GMT.pdf

**Hash (SHA256)**

f8a05fa65eb0a5ff4a089b22d9e5c1d0d48c8230bb2003bd2871f9f99bcd76c3

**Signature (PKCS#1v1.5)**

jpgwI8lqi6JA/UKzQCDYeP5BZZgN1tQv+axe9pvlQUjDPyouUtedVqoGutg8dxLdpMUUApbelaAjfnPW+xtRbgMq88nHBcMqVU8EUnBfinHEzceTyl9mKsRWzz2Hsibj7GvDYpGjnVi0JOvK08h+pvlgeL9Xy8q8gQy76d167n0=















Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 26 May 2023 15:08:10 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

111.92.76.240

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

JPr5jPvo/zVQCnQc12tlZnyUE3BMsimiCQ+9i7ZOZQ7IIllBBqDYeODJd4wCvV1QNByirsLkfcahED23hRMSgCTwZ7rcAVZOFkz1SR14KuiX5ervwESUc4lkOzl9Et5rI4nMDiBuI2zeRmYMbuAx2EVZPeDhAiBXvMVxunbt6skFwvym86AsQ2/
tNp0Bt3WGiFIhUTEb1wgSCwKhhDnWPPjPU5DIPOaDPZsK2bra8b1Lh5KrAqKf/ZX20S8zpocqAbF2r/1xcdHwkO59UggVrbvChCshqbnIkuSthqNk/0qCwhUTEBnTQtA4AUr5tbWqtGcKgiG7of13nCLeESevWQ==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Fri,-26-May-2023-15-08-10-GMT.mhtml

**Hash (SHA256)**

8de41a939665959650a96c36de45202c0f9944865e34ec0638c16a41f1f5c967

**Signature (PKCS#1v1.5)**

nOnaOXqn0aym9fA+BQbMtp3g5diTKaKxOdlkR/eFWairnsOoqx6JBt3Ip1aR70k7hEWvUnhXP1e46pYSZcAFFShRa2BgSuyYrdjkbdz6vYmNKobroIml0kXdr3vec0KafDnoz3g4FimvsWvY49DVx7QZ
+r4VHEZa2DgCMO9J8auV818SDwzrRHW40x3x0axA0Qna27OLRFDnSa5GCYCp9+Fdn8RSHUWSi7FfRSGl4hpoCsnn6AYDP/1EjARab8SkCzGP2QeEyismVRUbY/kNuqzc9h+S4uyeGE9LObYmHvLdvyYZCPTtRRx+IIItWVeTjsN0Ln4u/iCmJhPI0X8o5A==



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Roemary Flower Case for iPhone 14 Pro Max with Smiley Flower Design,Smiley Pattern [Buffertech 6.6 ft Drop Impact] [Anti Peel Off Tech] Soft TPU Protective Case Cover for iPhone 14 Pro Max 6.7 inch : Cell Phones & Accessories

**URL**

https://www.amazon.com/Roemary-Sunflower-Rainbow-Absorbing-Protective/dp/B0BDK2WX8D/ref=sr_1_46

**Collection Date**

Mon, 24 Apr 2023 08:34:28 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

p9bWwLLy00hRtKBtV63kWF5YVDBw3XNQT0+Rbz6MHSaFGM2RePqout1sI4QJnBI82/fJPJLi2fSOPr9T3tfxazRyOPTrhETNMcizOpH/PGeMfKAsjTBPQUhJ0Suz5wmHNYbsom15ljfDkw+WLLwNkMqrYmxHOPvrx1zZWDgP/rA=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Roemary-Sunflower-Rainbow-Absorbing-Protective[fs]dp[fs]B0BDK2WX8D[fs]ref=sr_1_46]]_Mon,-24-Apr-2023-08-34-28-GMT.pdf

**Hash (SHA256)**

c926420abe87472858c716d8cbc822f4d0ab472db4cb7a46a2dcca4d40b4ebbe

**Signature (PKCS#1v1.5)**

I4EgroYD9okteDRgVxKkbmifdO+0IA+rrkMPuYy9zXzmmTlV/cHmM3kXF4N0RgHD2fQhHDMpfLQGRXqTUwcYQ/X9GiiVnAQzeJcfPyt7NZ9dzlyLfujsIzWf4McST2rvEWR+sMVGTRHjO5K0wdntxOU09K0ufPonvPV7eHMsqpY=

amazon Deliver to Gregory Kapolei 96707 | All | smiley phone | EN | Hello, Ozzie Account & Lists | Returns & Orders | 1 Cart

All | Clinic | Amazon Basics | Customer Service | Buy Again | Amazon Business | Household, Health & Baby Care | Livestreams | Beauty & Personal Care | Free Shipping | Coupons | Pet Supplies | Smart Home | Save 25% for your business

Cell Phones & Accessories | Cell Phones | Alexa Built-in Phones | Accessories | Cases | Wearable Technology | Best Sellers | Deals | Trade-In | All Electronics

Casetify Ultra Impact Case for iPhone 13 Pro Max - Spring Botanicals 2 - Clear Black 138 $72.00 prime

Subtotal $14.99 Go to Cart | $14.99 Only 8 left in stock - order soon.

‹ Back to results | Sponsored

## Roemary Flower Case for iPhone 14 Pro Max with Smiley Flower Design,Smiley Pattern [Buffertech 6.6 ft Drop Impact] [Anti Peel Off Tech] Soft TPU Protective Case Cover for iPhone 14 Pro Max 6.7 inch

Click image to open expanded view

Brand: Roemary
(4.5) 119 ratings | 3 answered questions
Amazon's Choice for "takashi murakami phone case iphone 14 pro max"

$16.99

Join Prime to buy this item at $13.59

Get $60 off instantly: Pay $0.00 upon approval for the Amazon Rewards Visa Card.

Available at a lower price from other sellers that may not offer free Prime shipping.

Color: Multi-Smile Flower

$16.99 $16.99 $16.99 $16.99 $16.99 $16.99 $16.99
$16.99 $16.99 $16.99 $16.99 $16.99 $16.99 $16.99
$16.99

See all 35 options

Size: iPhone 14 Pro Max

iPhone 14 Pro Max | iPhone 7 Plus/8 Plus | iPhone 7/8/SE… | iPhone 11 | iPhone 11 Pro Max
iPhone 12 | iPhone 12 Mini | iPhone 12 Pro | iPhone 12 Pro Max | iPhone 13
iPhone 13 Mini | iPhone 13 Pro | iPhone 13 Pro Max | iPhone 14 | iPhone 14 Plus

See all 17 options

| | |
|---|---|
| Brand | Roemary |
| Color | Multi-Smile Flower |
| Form Factor | Bumper |
| Compatible Phone Models | iPhone 14 Pro Max |
| Material | Silicone |

### About this item

- iPhone 14 Pro Max Case Compatible with Apple iPhone 14 Pro max 6.7 Inch, Package include a Phone Case Cover with Soft TPU screen protector.Please carfully select the color.
- The [Slim-Fit] case keeps your iPhone 14 Pro Max thin and lightweight for great portability. [Smiley Face Pattern Design] of your iPhone 14 Pro Max Case to preserve the natural and naked look without losing fashion.
- Smiley Face iPhone 14 Pro Max Case Match perfectly for iPhone 14 Pro Max in White, Black, Green, Yellow, Purple and Red. Every of our artworks are printed with odorless, certified, scratch, resistant ink
- For iPhone 14 Pro Max Case with Design：Smiley Face design elements makes you and your phone Cuteable and chic, and perfectly match any occasions.Pic Only Shows The Design,This Case is for iPhone 14 Pro Max.
- WHAT YOU GET - Our products come with 180 days warranty. If you have any questions or anything you feel unsatisfied, please feel free to contact us by E-mail. We will happy to assist you within 12 hours.

Report incorrect product information.

Add your 30-day FREE trial of Prime and get fast, free delivery

$16.99

FREE delivery Tuesday, May 2

Or fastest delivery Thursday, April 27

Deliver to Gregory - Kapolei 96707

In Stock

Qty: 1

Add to Cart

Buy Now

| | |
|---|---|
| Payment | Secure transaction |
| Ships from | Amazon |
| Sold by | JingYu Case |
| Returns | Eligible for Return, Re… |
| Packaging | Shows what's inside |

Details

Add a gift receipt for easy returns

Add to List

New & Used (2) from $16.31 & FREE Shipping on orders over $25.00 shipped by Amazon.

Have one to sell? Sell on Amazon

CASETIFY IMPACT CASE FOR IPHONE 13 PRO MAX - PINK SHARKS - CLEA… 275 $68.00 prime Sponsored

CASETIFY ULTRA IMPACT CASE FOR IPHONE 13 PRO MAX - WHITE BUTTERFLY - CLEAR FROST 185 $46.20 prime Sponsored

### Consider a similar item

Amazon's Choice

GVIEWIN Case Compatible with iPhone 14 Pro Max 6.7 Inch, with Screen Protector + Camera Lens Protector Flower Shockproof Clear Floral Design Protective Women Phone Cover, 2022 (Cherry Blossoms/Purple) (2286) $12.79 prime Climate Pledge Friendly

### Frequently bought together

Total price: $35.85

Add all three to Cart

These items are shipped from and sold by different sellers. Show details

- This item: Roemary Flower Case for iPhone 14 Pro Max with Smiley Flower Design,Smiley Pattern [Buffertech 6.6 ft … $16.99
- Ailun 3 Pack Screen Protector for iPhone 14 Pro Max[6.7 inch] + 3 Pack Camera Lens Protector,Sensor Protection,Dy… $9.88 ($1.65/Count)
- Ailun 2Pack Privacy Screen Protector for iPhone 14 Pro Max[6.7 inch] + 2 Pack Camera Lens Protector, Sensor Prote… $8.98 ($2.25/Count)

### Products related to this item

Sponsored | Page 1 of 58

SIJGKU210 Clear Case for iPhone 13 Pro, Indie Smiley Face Flower Daisy Hippie Retro… 9 | Embroidered Sunflower Smiley Flower Phone Case for Apple iPhone 14 Pro Max Womens G… 1 | UNNKINE Cute Happy Flower Case for iPhone 14 Pro Girls Women Smiley Floral Design S… 67 | Casely iPhone 14 Pro Max Case | All Smiles | Smiley Face Sticker Case (Bold + Compa… 235 | HANLINZHIYA Compatible with iPhone 14 Pro Max Trendy Case, Cute Funny Trippy… 3 | Nail Apparel Cute Funny iPhone 14 Pro Max Shockproof Protective Case Soft Silicone … 18 | ZHEPAITAO Compatible with iPhone 13 Case, Indie Smiley Face Flower Daisy Hippie Ret… $15.99

[illegible]

# Roemary

[illegible]

| | |
|---|---|
| Whats in the box | Screen Protector |
| Manufacturer | Roemary |
| Country of Origin | China |
| Date First Available | September 8, 2022 |

### Similar brands on Amazon

Sponsored | Page 1 of 2

Case-Mate Shop the Store on Amazon › Case-Mate BLOX iPhone 14 Pro Max Case - Rainbow Frosting [10FT Drop Protection… 3,131 $24.99 List: $29.99

ESR Shop the Store on Amazon › ESR for iPhone 14 Pro Max Phone Case, Compatible with MagSafe, Shockproof… 6,436 $20.99 Typical: $22.99

Miracase Shop the Store on Amazon › Miracase Designed for iPhone 14 Pro Max Case, with 1 Pack Screen Protector,… 1,588 $15.99 Typical: $16.99

### Related products with free delivery on eligible orders

Sponsored | Try Prime for unlimited fast, free shipping | Page 1 of 58

STERKER Magnetic Case for iPhone 14 Pro Max Case [Compatible with MagSafe] [Glass S… 2 $21.99 prime | BERFY Glitter Case for iPhone 14 Pro Max, with 2Pcs Screen Protector+2Pcs… 738 $14.99 prime Climate Pledge Friendly | FEIZHIRUNAI Compatible with Motorola Edge Plus 2022 Case, Smiley Face Cute Hippie A… 1 $15.99 prime | ESR for iPhone 14 Pro Case, Compatible with MagSafe, Built-in Camera Ring Stand, Mi… 1,526 Limited time deal $18.69 prime List: $25.99 (28% off) Climate Pledge Friendly | Compatible for iPhone 12 Pro Max Case, Smiley Face Cute Hippie Aesthetic Peachy Smi… 29 $15.99 prime | SIJGKU210 Clear Case for iPhone 13 Pro, Indie Smiley Face Flower Daisy Hippie Retro… 9 $15.99 prime | AICase for iPhone 14 Pro Max Case with Glass Screen Protector+Camera… 816 $16.99 prime

Casetify Ultra Impact Case for iPhone 13 Pro Max - Spring Botanicals 2 - Clear Black 138 $72.00 prime Sponsored

### Customer reviews

4.5 out of 5

119 global ratings

| | |
|---|---|
| 5 star | 78% |
| 4 star | 8% |
| 3 star | 5% |
| 2 star | 4% |
| 1 star | 5% |

How customer reviews and ratings work

#### Review this product

Share your thoughts with other customers

Write a customer review

Casetify Impact Crush Case for iPhone 13 Pro Max - Clear Frost Re 40 $43.40 prime Sponsored

#### Reviews with images

See all customer images

Top reviews

#### Top reviews from the United States

K. Thomas
**Durable**
Reviewed in the United States us on February 22, 2023
Size: iPhone 13 | Color: Multi-Smile Flower | Verified Purchase
Cute case and durable. No complaints
Helpful | Report

S
**Appearance!**
Reviewed in the United States us on March 4, 2023
Size: iPhone 11 | Color: Multi-Smile Flower | Verified Purchase
This phone case is by far my favorite, it looks better than in the picture!! So happy with it. And it came so fast!
Helpful | Report

Thandi Brathwaite
**Doesn't cover around the camera as shown in the picture**
Reviewed in the United States us on October 21, 2022
Size: iPhone 14 Pro Max | Color: Multi-Smile Flower | Verified Purchase
Cute case but it doesn't cover around the camera like it's shown in the photo. Still a nice case, though.
One person found this helpful
Helpful | Report

Tiffany
**it's like you don't even know you have a phone case on.**
Reviewed in the United States us on January 9, 2023
Size: iPhone 11 | Color: Multi-Smile Flower | Verified Purchase
I love it it's sturdy on your phone and it has gems popping out and has glitter around the flowers. it's thin but still sturdy.
One person found this helpful
Helpful | Report

JP
**Good value**
Reviewed in the United States us on December 31, 2022
Size: iPhone 12 | Color: Multi-Smile Flower | Verified Purchase
It does the job, and is cute!
Helpful | Report

AppleFall12
**Came in Broken**
Reviewed in the United States us on March 15, 2023
Size: iPhone 12 | Color: Multi-3D Peach | Verified Purchase
Ordered as a gift and the squish peach was broken off the case.
One person found this helpful
Helpful | Report

Amazon Customer
**Love this case and get so many compliments**
Reviewed in the United States us on March 14, 2023
Size: iPhone 14 Plus | Color: Multi-Cartoon Bear | Verified Purchase
I love the quality of the case.and it looks exactly like the picture I absolutely love it
Helpful | Report

Cordero Campbell
**I LOVE THIS CASE!!**
Reviewed in the United States us on August 31, 2022
Size: iPhone 11 | Color: Multi-Smile Flower | Verified Purchase
i absolutely love this case!! if you love Murakami like i do then get this case. i had trouble with other sellers on this app with a case like this but never with this seller. my came fast and it's gorgeous!! i would 10/10 recommended. the colors are so vivid, it's durable, and the gloss is amazing, i honestly love everything about it. thank you rosemary.
One person found this helpful
Helpful | Report

See all reviews ›

### Featured items you may like

Page 1 of 4

[illegible]



Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 26 May 2023 23:32:46 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0d:5600:8:36::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

l4F3Q96QA4GxXGk108/uuumRKorb+rCloAvD6sMhtSVbrByGZm4bEYptL1fQnFQ1Sialsl7AMBeMyRrgK5c2X8SVvexLFmbL6my1ZFLUrOP0Qcnk62dO+LW4MGeomZYqG8da6kBSyGu6I/erU3Z9ZZMpZ4OMmFkqkaPebjG6Lw9AKnG4uBCR1WY06sbdg+Nl3ivQAD+T5auIL3UAq/
t5KGTHbth1sfBPQKb2+zDaiSJEGg9GGXd91MlW23KtPRzUxvOCrIYLXX1EZZykp3QeEkWD1VzxG6/etww9gesNbt1x1cRD1kbeXgB1P/fsT2tebn8YC5w0VTWzNdvoXUJIMg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Fri,-26-May-2023-23-32-46-GMT.mhtml

**Hash (SHA256)**

526d8738c00292f12d32c80db4a6be97fedeebd1179cc2e42e2c5f3fcde2952e

**Signature (PKCS#1v1.5)**

Xn2EOoWfjvpUgQJkA26AajBqi1tTFMgRImqeO1wWO1FxqRy3bmAQNcdNjeHmS9dw+KwUnG05q3T83e04+JLVChq4sKj8j7B78pFS7W5qqXrlJz4A2x4BLECIgf132WITDb0x4gXjA0OYqxS4trY0d1RjdZsQHQKJ+uHORongRfmcb4hE6mBpErlmitle0RxlRE6vc+Nyk6Ryd9x3X0ua/
JCLL4rzC1ibzPJyIUxn5Vtu8YBOy65GAtcWg4mHAFiN+2pluj5zCsaloZax6sQfapxL0IT6R8sQSHlJypiuz0zRk24CbitNPbCzD3zhmS+U2cfAd92Z526Lvzvn7yk+lQ==



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com | JINLONYU Smiley Face Happy Lightning Bolt Evil Eyes Slippers Cozy Warm Plush Slip-On House Shoes for Women Men | Shoes

**URL**

https://www.amazon.com/JINLONYU-Smiley-Lightning-Slippers-Lighting/dp/B09ZK942YY/ref=sr_1_180

**Collection Date**

Wed, 26 Apr 2023 05:20:57 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

AKtsWFAbxszahoCXloxgVYnt30Ww7ta+RZPcRE5Sh2SOATG9kxlvQPUbPN/+Y1eFze2U16QAT8KMxrootGJT16fjYRGjnVLTEFkYWX7EUs8zvn1CkmaXSP7NN/aUmBKhCRBTquGxGCfFuN4dyo6xm1wZsQFkG4EZY+liOydGprU=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]JINLONYU-Smiley-Lightning-Slippers-Lighting[fs]dp[fs]B09ZK942YY[fs]ref=sr_1_180]]_Wed,-26-Apr-2023-05-20-57-GMT.pdf

**Hash (SHA256)**

b60efbedcd05ae4f2706819b70f28a2234f19040bad6c5283f4501fdc53eeca9

**Signature (PKCS#1v1.5)**

R97AwQqH5vp2/HTBLvhl4KwoGf4RMojeMMF0sBvaliqf1bXcJmxwHuXci9RbwchEJdnA4KcUslJMcV0VkoHF2Hz2xIC+nxzgJkHpcnU8ZRalV0KWsqNcDH2cTCjoFVtjJZuAgWvrEj8bpLDqMrPv6emlrAoLktUXzupVqmd/4lk=

amazon Deliver to ozbaldo Miami 33132 All smiley face EN Hello, ozbaldo Account & Lists Returns & Orders 0 Cart

All Clinic Prime Video Amazon Basics Buy Again Prime Best Sellers Customer Service Today's Deals New Releases Books Music Amazon Home Gift Cards Coupons Pharmacy Health & Household Products Registry

Amazon Fashion Women Men Kids Luggage Sales & Deals New Arrivals Our Brands prime try before you buy

‹ Back to results

Visit the JINLONYU Store

## JINLONYU Smiley Face Happy Lightning Bolt Evil Eyes Slippers Cozy Warm Plush Slip-On House Shoes for Women Men

(4.7) 373 ratings

Lowest price in 30 days

Add your 30-day FREE trial of Prime and get fast, free delivery

$15.99

FREE Returns

FREE delivery Tuesday, May 2

## Product details

**Package Dimensions :** 11.42 x 4.41 x 2.13 inches; 3.53 Ounces

**Department :** unisex-adult

**Date First Available :** May 5, 2022

**ASIN :** B09ZJXY4XM

**Best Sellers Rank:** #73,153 in Clothing, Shoes & Jewelry (See Top 100 in Clothing, Shoes & Jewelry)
#432 in Women's Slippers

**Customer Reviews:** (4.7) 373 ratings

## Videos

Page 1 of 2

Videos for related products

Sponsored 0:26 Joomra Pillow Slippers for Women and Men Non Slip Quick Drying Shower Slide... Joomra

Sponsored 0:30 NineCiFun Women's Slip on Fuzzy House Slippers Memory Foam Slippers Scuff... NineCiFun

Sponsored 0:43 Womens Cozy Memory Foam Slippers Soft Warm Slip On Faux Fur House... MAXTOP

Sponsored 0:30 Women's Fuzzy Cross Band House Slippers Soft Plush Furry Fur Open Toe Cozy... Crazy Lady

Sponsored SMXKUME Smile... Men, Retro Warm... SMXKUME

Upload your video

## Products related to this item

Page 1 of 20

Sponsored























Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 30 May 2023 22:49:08 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

111.92.77.63

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

eUMm062mJ1F48yoLdvJPQjOFTxUgelGD3YDWH9axzrQHsmFGgdn58YxY1DYl4QBRhDdZvHQC6HHNppBf4+vZ+XDbnaCIKtYrTuuSzJfCGY+Q2ZQgcEaTJu2LA0F2QO6HYdgQd9aqHRPM08Dd25HpDZvIGADMQ1hFTA37Es8LZZaZD+42U6/
poCUtovame6GdM2aiHJ0uijn3X9o6dkCAH6yD7+QhLqghiO8nSBQzpctAddktnF9XIaR4F8n2KubtAgOkglvIYN5EesxJKKDORj6oAxILWaI8fcwxBLW4Z3LRKczu2djjxsXkt5dQMR7KXXLKciNr3n8ooImRJx5hTA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Tue,-30-May-2023-22-49-08-GMT.mhtml

**Hash (SHA256)**

de32f986525f944834df128e58a5eb346cee2ee9479f396faefd88b4c8de67e3

**Signature (PKCS#1v1.5)**

pjvzC/0NAu20IDkAgpiWZa4qCcW0D0qW9n4abEfNG94b00fMlGsnvlFWqUNUNHzds8IrwqNKMCkJs5DBAXFSd+0ZiXSPvDX9psGwWCOA7mb1fU6gEMsU3TusYBx6sX+eBcOfxfyerRFs55pq+memYYRqAANS4Mfqu/TpH08Nu5qC5LbzmgykmgQPtTOD3FRQgzgwA/QIW54MITNw/
hXWFTXUNpLGgKRf/wTwlGB12atScLKtalKeoKTO/q2emLyuf6hyPO9jQWDeQfE1mF4+dQ6yzAtC+HYbBWkK+6qD6g94wYefh8LBHOtd3DFxIGxo5A+G7W9vRcRO9t5h64kC0g==



AXENCIS
Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Hannah fit High Reflective Nylon Fabric Black Evil Smiley Face Tactical Patches?2x3.5 inch? (Red)

**URL**

https://www.amazon.com/Hannah-fit-Reflective-Tactical-Patches%EF%BC%882x3-5/dp/B0832Q3N3B/ref=sr_1_81

**Collection Date**

Wed, 26 Apr 2023 04:48:18 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

bqyZclJMJqdgZSACSl+k+7oCaawjpLz4pKWFOYPLGZkfPbGza+jjDkwX/PgsQ0CdCcd8Cp6xOqPdeZM+SfsK8RF6xybplc/Q5e4txAnY4Mx9yH9eYbUBrwzPedzWS8vrH2VLeF6qnhsvdepWK2p4vVKlzhq87amOzzFuv0EgSfs=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Hannah-fit-Reflective-Tactical-Patches%EF%BC%882x3-5[fs]dp[fs]B0832Q3N3B[fs]ref=sr_1_81]]_Wed,-26-Apr-2023-04-48-18-GMT.pdf

**Hash (SHA256)**

deecdb8d3fac76cf286ce6195bab3f16602def5965f77960502b3bc41f768dff

**Signature (PKCS#1v1.5)**

C4A1xix3hFNgLSMIey5UcPWmkVfFZBRHKqPQ7TB+MIyXw1cUne6B5K+W/jB4AQ6CbIes430dONyrGTsgelRezTWF4GLU4qH3e6m3WpobRRWQh5R5ImEK72aPq9tPo10DPGMo99Upm7CK6Pb00ib6MO74HSwaO73FDDHfv4AMXe0=

amazon Deliver to ozbaldo Miami 33132 | All | smiley face | EN | Hello, ozbaldo Account & Lists | Returns & Orders | 0 Cart

All | Clinic | Prime Video | Amazon Basics | Buy Again | Prime | Best Sellers | Customer Service | Today's Deals | New Releases | Books | Music | Amazon Home | Gift Cards | Coupons | Pharmacy | Health & Household Products | Registry

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

WE ARE Barbie THE MOST DIVERSE DOLL LINE SHOP NOW

‹ Back to results

## Hannah fit High Reflective Nylon Fabric Black Evil Smiley Face Tactical Patches?2x3.5 inch? (Red)

Brand: JOYUETLAN

(4.8) 158 ratings

$6.99

FREE Returns

Color: Red

$6.99 | $6.99

| | |
|---|---|
| Color | Red |
| Brand | JOYUETLAN |
| Material | Nylon |
| Style | Compact |
| Theme | Military |
| Shape | Rectangular |
| Number of | 1 |

See more

**About this item**

- Size: 2x3.5 inch!
- Military Grade durablity, Ultra High Quality
- High Reflective Material
- Nylon Fabric Laser Cut
- Hook-Fastener Backing

Report incorrect product information.

Add your 30-day FREE trial of Prime and get fast, free delivery

$6.99

FREE Returns

FREE delivery Tuesday, May 2 on orders shipped by Amazon over $25

Or fastest Same-Day delivery Today 2 PM - 6 PM. Order within 6 hrs 47 mins

Ships from nearby

Deliver to ozbaldo - Miami 33132

In Stock

Qty: 1

Add to Cart

Buy Now

Payment Secure transaction
Ships from Amazon
Sold by Jingzhou
Returns Eligible for Return, Re...

Details

Add a gift receipt for easy returns

Add to List

New (2) from $6.99 & FREE Shipping on orders over $25.00 shipped by Amazon.

**Other Sellers on Amazon**

$8.99 Add to Cart

& FREE Shipping on orders over $25.00 shipped by Amazon. Details

Sold by: ZhiJiangShiYuPingShangMaoYouXianGongSi

Have one to sell? Sell on Amazon

### Frequently bought together

### Products related to this item

Page 1 of 67

GYGYL 2 Pieces Reflective Safety Patch, Hook and Loop Fastener

6 Pcs Glitter Smiley Face Embroidered Patches Self-Adhesive Sew On

JFFCESTORE IR Infrared Reflective Patch Evil Smile Tactical Military

$10.99 ($1.83/Count)

### What do customers buy after viewing this item?

Page 1 of 2

| Most purchased in this set of products | Highest rated \| Lowest Price in this set of products | This item: | | | |
|---|---|---|---|---|---|
| Condor Tactical Cap 9,280 $13.91 FREE Shipping | But Did You Die Morale Tactical Patch Embroidered Applique Fastener Hook & Loop Emblem 2,822 $6.49 | Hannah fit High Reflective Nylon Fabric Black Evil Smiley Face Tactical Patches?2x3.5... 158 $6.99 | M-Tac Cat Eyes Morale Patches Tactical Patch Military Combat Hook Fasteners (Black - GITD) 402 $6.95 | Reflective Predator Auto Destruction Display Alien Movie Arnold Patches with... 227 $10.99 | Samurai Tactical Wakizashi Tactical Backpack (Black), One Size, (ZPB001EC-008) 8,584 $29.23 |

Get it as soon as Tuesday, May 2 FREE Shipping on orders over $25 shipped by Amazon

### Product information

| | |
|---|---|
| Package Dimensions | 4.5 x 2.9 x 0.15 inches |
| Item model number | Smiley face-1234 |
| ASIN | B0832Q3N3B |
| Customer Reviews | (4.8) 158 ratings 4.8 out of 5 stars |
| Best Sellers Rank | #19,060 in Arts, Crafts & Sewing (See Top 100 in Arts, Crafts & Sewing) #238 in Applique Patches |
| Is Discontinued By Manufacturer | No |
| Item Weight | 0.317 ounces |
| Manufacturer | Yongkang JINGZHOU Machinery Hardware Factory |
| Date First Available | June 1, 2018 |

**Warranty & Support**

**Product Warranty:** For warranty information about this product, please click here

**Feedback**

Would you like to tell us about a lower price?

### Product Description

Size: 2x3.5 inch Material: Nylon Fabric Laser Cut Availability: In Stock For Immediate Delivery Style: Evil Smiley Face Patch Backing: Velcro - Hook and Loop Backing We offer extra discounts for higher quantities. High Reflective Material. Velcro backing makes them easy to take off before washes, increasing its durability. Great for uniforms and the military.

### 4 stars and above

Page 1 of 49

Sponsored

| | | | | | | |
|---|---|---|---|---|---|---|
| Gadsden and Culpeper Blood of Tyrants - Tactical Patch Square 3"x3" 1,510 $5.95 | Gadsden and Culpeper Instructor Tactical Patches - Silver/Black - 2"x3" 86 $5.55 | Reflective Medic Patches, EMT EMS Paramedic Medical Star of Life Embroidered Fabric... 164 $9.99 ($5.00/Count) prime Save 5% with coupon | MULTICAM BLACK Tactical Patch - 2x3 Calico Jack 154 $5.95 | EmbTao Glow in Dark Evil Smiley Smile Face ISAF US Army Milspec Swat Embroidered Ir... 86 $8.45 prime | Graphic Dust Smiley Face Embroidered Iron on Patch Smile Logo Happy Happiness Backp... 215 $4.99 prime | Skull SI VIS Pacem Tactical Patch Sew on Patch - Iron on Patches for Navy Seals, Po... 136 $8.97 prime |

### Related products with free delivery on eligible orders

Page 1 of 58

Sponsored | Try Prime for unlimited fast, free shipping

### Videos

Videos for related products

### Brands in this category on Amazon

### Looking for specific info?

### Customer questions & answers

### Customer reviews

4.8 out of 5

### Top reviews from the United States

### Review this product

Share your thoughts with other customers

Write a customer review

### Best Sellers in Sewing Products

### Inspired by your browsing history

### Your Browsing History

Back to top

Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You

Conditions of Use | Privacy Notice | Your Ads Privacy Choices
© 1996-2023, Amazon.com, Inc. or its affiliates




















Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 30 May 2023 10:27:35 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

202.83.40.142

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

iSmNRNWizHI1logmdLf2FdR8dUFgUG5qr+nbTe9x4ENmGgYUIsv18JN9FgFMWn8jbobZd3PXSpfqovJiiZyMN3Xi3rnACSIqGmk2Nh6I7ldN2NPJXaDMagzcb2FN9wEQ0YlQxPP5NBK79K0wAqiOvcjhUQZOQUdeF//
g3hon8RtJ7NQZREn8KUk1Ywn13bNNsECwnZd7sSkAjqSOIvHH9ppiA9QrcJwmoXY2SCN5dD+QA4mAuosYE8jmBWAgjw2lNJ2ek2QNFjlscm6AhjBYg1qO4EIeRafo3W6WkNmgiNzLcbqEC5A+JUKBCVsmukJ5w/el2WIUH2IrnAS4IBJ4Rg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Tue,-30-May-2023-10-27-35-GMT.mhtml

**Hash (SHA256)**

5ea5f424ff8aa8c3f3c7b3217de36398fa9cd1bbc85c3b0e466128701b946580

**Signature (PKCS#1v1.5)**

iQH++wCbHh3OWTSa/hTH5hh7w3nTvEQu4LAWseOWR8FqBO1tT17V3W1YE4L90S2xts9xwbKUOqs9eDaCEegadxMad7s6Qu0D22IPzwwWip1dFrnsjNZ2kifBzhPZfdNVvtYcJiwLvuXJ/
uywzDQhp8frdo1kHoF0BCGF3riKvT32s9+qZ0AONHdXM2/6jRBn5H3cmYe/6gkeOKLY29H0McqcZ58IflNyYaFhxQAxIr26bnmfIj+QtpTHJrNbtnajdLC0sT7DRyDjfyEvxUa94IIMikiDIEdoAvywJimSsbMfwd2/B3wFyrSYInhTaeouJWdYFkZnt0DHQTvM7TFn1Q==



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: MIFYNN Smiley Face Necklaces Gold Stainless Steel Paperclip Chain Cute Simple Round Love Smile Necklace Trendy Jewelry for Women (2PC Gold Red): Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/Necklaces-Stainless-Paperclip-Necklace-Jewelry/dp/B09H6NZG59/ref=sr_1_167

**Collection Date**

Mon, 24 Apr 2023 06:05:40 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

gBPFX4+pxjmcXpgos8MFhvilcBQYxKf8RiLczivYwwH56fGR2p3VXmH4f79pVgsIudvDm17uNlzhcn3K2McZsj0kpoAFzXF75Z8XePkq1MwVdjcvdoz72FXtPY+9tXKt/U+UWlY5KXv6gcpCz3GOB/Vcdx6isq4d2rO2nDjhu/8=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Necklaces-Stainless-Paperclip-Necklace-Jewelry[fs]dp[fs]B09H6NZG59[fs]ref=sr_1_167]]_Mon,-24-Apr-2023-06-05-40-GMT.pdf

**Hash (SHA256)**

8b200c10566a05bb83d3dd33ede48b8fe1921dc5c15f3f390392218e35354143

**Signature (PKCS#1v1.5)**

eYpfc70WlWSEaiOuhj/UClV612ANCvXUOfNm18mii1+2xPJYydjLEMFXbVSXztCZWSC4S9Evlx9PLKnqGW34242pTcar6dc3x8iZMSahndfCVpb8RO/DyYltkn2B/xlxh8t8mqB0z72LbEju5lHfOn7vmmzdWtSUfaaoi4X1R4g=







Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 25 May 2023 05:39:33 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

116.68.105.188

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

O88PqDep3Zw0yVWOi2hX+xCwD0W5nYqSPWKb/vGsRRjgC0m5xVc1/gmg11hZ/otNCN8yMye48FnzQ9GsSIe8ZXLcs6LLphhd7AdTlFhkV3xnrHX6SMsU1LecZmVXSfIVvhBYRfb21pYFlMgyFu6DlmbDrECxXpl9CaTU048evzytV5WE4hf
+HlRS71URxHT0b62YFPLWws7VKB2QUBVwZQB4Aa8d0CcxPmYhO/0lM+pmPRyLAjvrdg4Mnbp+OdhAV3FtKZtZDo0O4AX8dbS4ijH2ac9LwIK6rKD5hq+mEei2HRrEfbwkNCwbkaqz+3krNWtCBDDAyylKHdOFHHJerg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-25-May-2023-05-39-33-GMT.mhtml

**Hash (SHA256)**

1ab2a2a274187785af03cc36933b0c7e7f8bc43522c44ced8efb6c53e4e39d16

**Signature (PKCS#1v1.5)**

L2QzwMf9PB4/JFmequuw7ahuM2aT9m9hzvVhNwzKi9myowPUfTluzKwZVFBdnJscVtGajfsvmDaPZClgt7oMpwjCr/0Lg8e/KVXZjbJXvwZQ03pDz054Kk2Ovh3oHX5fYXF+/Geb9Jx3gLNYZ8OppfFYevZ93AAJXz7w1NzlEpuA91uNnEAqHMOVJ4D37wzBWyOu43S
+0mEvAoaFDVh1nAb5mLjzoqZbKxhI4TARspGBSbqrFtoHO4d+05Mfn4jgSz5aCZ1tT8mXDIAkRhk3Wojjy9U3T6NcMFs4347osZxLmlcT/ROnY4rNH7ovoP0mmwih/zD2FY2+Ru+Ihnhgbw==





AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: JINMOMOMO Iron On Patches Embroidery Gold Border Smiley Face Heart Eyes Lightning Love Rainbow Applique Chenille Patch Sew Clothing Jackets Jeans Hats Backpacks DIY Craft Decor (Style 2 （12pcs） )Arts, Crafts & Sewing

**URL**

https://www.amazon.com/JINMOMOMO-Embroidery-Lightning-Applique-Backpacks/dp/B09VZBSSVC/ref=sr_1_82

**Collection Date**

Wed, 26 Apr 2023 07:36:22 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

hjJpdAZq6CnrNs0fM/Rx3IPvS6OEn/ZiVqQkRB2fLzvywmTnuLoo4NToFQgGt2Ex6kDetFeOkJ/YdHQ6BerrjLBOQLjyRO0Gch0QuTYxUuvegAfaryguppwXUXKHdcq4gWkb4keckx1dAXHgMeVGMP3FQnAHQ9MxEKEZx4DAfB8=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]JINMOMOMO-Embroidery-Lightning-Applique-Backpacks[fs]dp[fs]B09VZBSSVC[fs]ref=sr_1_82]]_Wed,-26-Apr-2023-07-36-22-GMT.pdf

**Hash (SHA256)**

14e56098235b61847666f3cec0549a46bbceda40df754606fd84c8c2e8ad3ab7

**Signature (PKCS#1v1.5)**

CH3nkzmanlwXlzYw/yIAKG3UP9QYTNvynWydPpR1bUcTmQj37MBckiE6ul4fhspsTtJ2cuLFOkkRhUJZBAze8NWPuv5DakMHmocl6Wb8ZkuHLb4FmuEuvdgK3lMRovlbDU1RjUdpz3bIje/fYgU4Iy4IQHQE9t23cgTSN/i35WM=

JINMOMOMO Iron On Patches Embroidery Gold Border Smiley Face Heart Eyes Lightning Love Rainbow Applique Chenille Patch Sew Clothing Jackets Jeans Hats Backpacks DIY Craft Decor (Style 2 （12pcs） )

Brand: JINMOMOMO

$9.99

FREE Returns

| | |
|---|---|
| Color | Gold,Rainbow |
| Brand | JINMOMOMO |
| Material | Chenille |
| Style | Embroidery |
| Theme | Heart,Love,Rainbow |
| Shape | Heart |
| Number of Pieces | 12 |

See more

**About this item**

- <b>Exquisite craft:</b> these iron on patches are made of quality chenille and embroidered material, with hot melt adhesive on the back, it is easy to iron on or sew on.
- <b>Wide application:</b> these letter appliques can be applied to decorate or repair jeans, shirts, coats, skirts, dresses, bags, shoes, hats, apron, mask, etc., and can also be applied for art, craft or or other DIY projects like scrapbooks; Besides, these heat transfer patches are ideal gifts for your family or friends.
- <b>Wide application:</b>Cloth stickers can be ironed and sewed on favorite clothes, trousers, bags, shoes, hats, cushions, curtains, bedspreads, tablecloths, scarves and other cloth arts. They can not only cover defects, but also decorate decoration, so as to find the beauty of life.
- <b>Easy to use:</b> these chenille iron on patches are adhesive on the back, you can directly use an iron to fix the patches where you want or sew them on.
- <b>Quantity included:</b> these are12 pcs smiling face,Guarantees great quality and you like it. <b>

Report incorrect product information.

Add your 30-day FREE trial of Prime and get fast, free delivery

$9.99

FREE Returns

FREE delivery Tuesday, May 2 on orders shipped by Amazon over $25

Or fastest delivery Friday, April 28. Order within 17 hrs 30 mins

Deliver to ozbaldo - Miami 33132

In Stock

Qty: 1

Add to Cart

Buy Now

Payment Secure transaction

Ships from Amazon

Sold by JINMOMOMO

Returns Eligible for Return, Re...

Details

Add a gift receipt for easy returns

Add to List

New (2) from $9.99 & FREE Shipping on orders over $25.00 shipped by Amazon.

Other Sellers on Amazon

$10.99 & FREE Shipping Sold by: JINMOMOMO

Have one to sell? Sell on Amazon

Buy it with

Total price: $31.97

Add all three to Cart

Based on your recent views

Page 1 of 58

What do customers buy after viewing this item?

Compare with similar items

Product Description

Product information

Warranty & Support

Feedback

Videos

Products related to this item

Similar brands on Amazon

Looking for specific info?

Customer questions & answers

Customer reviews

No customer reviews

Review this product

Products related to this item

Best Sellers in Sewing Products

Inspired by your browsing history

Your Browsing History

Back to top

Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You








































































Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 01 Jun 2023 09:59:11 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0d:5600:8:93::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

hN45r0ZWTRtTtIDuE+C3dK4pk8KVDZi+Mz8t6mWCpoScSBgDsurjQZbj4yD9+Y+rPNGoEBq11+s2uog6dWxXP91dbJF6JgxEi9mWTDABblueG2jntE1bbUYgAA+eV4RDzT1bV+aDZM+9hBFc1X/
HOxOSDKfPHBAbU8Xsw8ytipiDD8xvKdp8waLqVHTWHCxzRsWarQT32FnL78Yp455wWCIAEkBanZ8WGtMm1YPcL0wCf5d0MOLC8HNyfUyDuczaigBuQ/11mAdnjdC5GNyo4T2d87KvZXEXuEvYKyE1O7Rc3mWX3Z08JdE/icgiPgvPszI0eBpMoTtJfPUFsGVfkw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-01-Jun-2023-09-59-11-GMT.mhtml

**Hash (SHA256)**

05daaaa3f5e50248ab886c15b8e824e44b1f7bb28698bdd3763873aca8e1ab56

**Signature (PKCS#1v1.5)**

iwISVWqx28PaqlS9mfNuGuoowdPUT1A1JYrwzMRUSazSy/8ygtsnZJJPUcwYJI/k2D1HToQD9YDfDut1/orqfvErRSvN73rSOhpHf0JoZyM2k0x2ftnkHKjL1VH+TyG4wJpgnepAWHWVl6K5agJRsv1A0JWmzwkgfZupr6qIbt457AYbSSx8kNuQ7Ps2vT2guPyXE10yk86CMOQ/sRJ5MjJnh03uS
+9fTA6MtkhxfVM5DgeZ495E4LmvKp/ejIoowAer9Y22RX5uaWsEgi3Ym30DLnsqQz+pafjEE+j+G75pjl5F4UmM/gFecQ8QK49dHptNdi7VMSlna0xr4wDM3g==





Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: ARTMC Nylon Hook Cosmetic Bag Women Makeup Bag High Capacity Toiletries Storage Pouch Travel Make Up Organizer Waterproof Beauty Bags (Color : Pink Smiley) : Beauty & Personal Care

**URL**

https://www.amazon.com/ARTMC-Cosmetic-Toiletries-Organizer-Waterproof/dp/B0BG3VKNCZ/ref=sr_1_110

**Collection Date**

Fri, 21 Apr 2023 07:23:14 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Kht0BMt9F0YIjMhExyH7A0lguZbIWQsakKkYwTsyuEBt+hqKtcBTd9X7RUIkoXk+z8+/0IuNadrkMb5qQTXWs7d1YBl5rWhZgJFe9npx3Zw66+iKrbWpnQ2fvP/Kyt1fKSlmYtfE6O70GaRhi5t6Jarm8SqH7gwR/aDGUS6ONcY=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]ARTMC-Cosmetic-Toiletries-Organizer-Waterproof[fs]dp[fs]B0BG3VKNCZ[fs]ref=sr_1_110]]_Fri,-21-Apr-2023-07-23-14-GMT.pdf

**Hash (SHA256)**

661add854d129a2bc5c96a2994d85ef4a5d5c7bb0d697f5fffd864a302ff2abf

**Signature (PKCS#1v1.5)**

gRsSkjimqzl5MoxmXpeJArcKThb9EtJuHHAY7vEjLr2h3SkKk1UkpFL43LLWiw6yfaK8gIaPRFYGQTmlE+TnEVTktRDTOqKz8z8IeZJ0ujLOeTuHGmEEbEiPbBAjqzVmlyTXhRqkRi4FMc6UWHJDP4QUZKilVXkXnLg7/4misVQ=

amazon | Deliver to Ozzie Miami 33132 | All | smiley bag | EN | Hello, Ozzie Account & Lists | Returns & Orders | 1 Cart | Subtotal $14.99 | Go to Cart

All | Clinic | Amazon Basics | Customer Service | Buy Again | Amazon Business | Household, Health & Baby Care | Livestreams | Beauty & Personal Care | Free Shipping | Coupons | Pet Supplies | Smart Home | Shop Spring Outdoor Event

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

amazon clinic | Healthcare for common conditions, made easier | Get started ›

‹ Back to results

**ARTMC Nylon Hook Cosmetic Bag Women Makeup Bag High Capacity Toiletries Storage Pouch Travel Make Up Organizer Waterproof Beauty Bags (Color : Pink Smiley)**

Click image to open expanded view

Brand: ARTMC

$19.89

Save up to 2% with business pricing. Sign up for free Amazon Business account

Get $50 off instantly: Pay $0.00 upon approval for the Amazon Rewards Visa Card. No annual fee.

Color: **Pink Smiley**

$19.89 $19.89 $19.89 $19.89 $19.89
$19.89 $19.89 $19.89 $19.89 $19.89
$19.89 $19.89 $19.89 $19.89 $19.89
$19.89 $19.89 $19.89 $19.89 $19.89

See all 27 options ›

Report incorrect product information.

**Same pharmacist window. Minus the window.** Amazon Pharmacy's licensed pharmacists are available 24/7 to answer questions. And because it's over the phone, your private health conversations can be, well, actually private. Try Amazon Pharmacy ›

$19.89

FREE delivery **May 9 - 25**. Details

Deliver to Ozzie - Miami 33132

In Stock

Qty: 1

Add to Cart

Buy Now

| | |
|---|---|
| Payment | Secure transaction |
| Ships from | JINQIU |
| Sold by | JINQIU |
| Returns | Eligible for Return, Re... |

Details

Add to List

Have one to sell? Sell on Amazon

## Product Description

Product information:
Product name: cosmetic bag
Product Function: Used to solve sorting and finishing of daily necessities while traveling.
Product Material: Nylon waterproof and breathable material
Product packaging: bag * 1
Size: 24 * 18.5 * 9 cm
Note:
1. Due to the light and screen difference, the item's color may be slightly different from the pictures.
2. Please allow 0.5-1 cm differences due to manual measurement.

## Product information

| | |
|---|---|
| Item Weight | 0.035 ounces |
| Department | Unisex-adult |
| Manufacturer | ARTMC |
| ASIN | B0BG3VKNCZ |
| Country of Origin | China |
| Import | Country as Labeled |

Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

Feedback

Would you like to **tell us about a lower price?**

## Videos

Help others learn more about this product by uploading a video!

Upload your video

## Looking for specific info?

Search in reviews, Q&A...

## Customer questions & answers

No answered questions yet

Post your question

Typical questions asked about products:
- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

## Customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

How customer reviews and ratings work

No customer reviews

### Review this product

Share your thoughts with other customers

Write a customer review

**Inspired by your browsing history** Page 1 of 4

- Bluelans Slow Rising Squishies Squeeze Toys,Squeeze Stress Relief Cartoon Cute Toothpaste Simulation… 13 — $0.99 Get it May 9 - 25 $2.99 shipping
- 26 Piece Chenille Letter Iron on Patches Sew On Chenille Varsity A-Z Patches Alphabet Patches Letter Patches… 550 — $10.99 ($0.42/Count) Get it as soon as Wednesday, Apr 26 FREE Shipping on orders over $25 shipped by Amazon
- TOYMIS 26pcs Chenille Letter Patches Iron on & Sew On, A-Z Decorativ… 3 — Save 17% $12.99 ($0.50/Count) Typical: $15.59 Lowest price in 30 days Get it as soon as Wednesday, Apr 26 FREE Shipping on orders over $25 shipped by Amazon Only 16 left in stock - orde…
- LSxia Chenille Letter Clear Travel Zipper Pouch Nylon Makeup Bag, Preppy Makeup B… 55 — Amazon's Choice in Cosmetic Bags $11.99 Get it as soon as Wednesday, Apr 26 FREE Shipping on orders over $25 shipped by Amazon
- Bluelans Slow Rising Squishies Squeeze Toys,Cute Cartoon Round Duck Squeeze Toy Stress Relive Handbag… 80 — $2.99 Get it May 15 - Jun 6 FREE Shipping
- N++A Fashion Smile Face Baseball Cap Adjustable Mesh Rear Cap Summer Foam Mesh Cap Men's Women's Trucker Caps 87 — $11.88-$13.99

**Related to items you've viewed** See more

- Bluelans Slow Rising Squishies Squeeze Toys,Squishy Cartoon Smiley Teeth Slow Rising Soft Toy Charm Penda… 4 — $1.99 Get it May 9 - 25 $2.99 shipping
- 2 Pieces Jumbo Squishy Tooth Slow Rising Tooth Fake Tooth Anxiety Relieve Tooth Toy Dental Tooth Toys Dental… 16 — $11.99 Get it as soon as Wednesday, Apr 26 FREE Shipping on orders over $25 shipped by Amazon
- Nutty Toys Super Slow Rising Jumbo Squishy Tooth - Soft & Scented Stress Relief for Boys, Girls, Adults, Top Easte… 590 — $9.97 Get it as soon as Wednesday, Apr 26 FREE Shipping on orders over $25 shipped by Amazon
- 2pcs Cute Cartoon Tooth Pendant Squishy Toys Slow Rebound Stress Reliever Toys Slow Rising Jumbo Cute 127 — $9.79 Get it as soon as Thursday, Apr 27 FREE Shipping on orders over $25 shipped by Amazon
- Bluelans Slow Rising Squishies Squeeze Toys,Cute Lemon Shape Anti Xmas Gifts Christmas Party Favor… 19 — $1.99 Get it May 9 - 25 $2.99 shipping
- CoKate Slow Rising Squishies Tooth + Toothpaste Squishy Cream Scented Charms Kawaii Squishy Toys fo… 7 — $9.99 Get it May 9 - 25 $3.00 shipping
- Areedy Squishy Gold Mango Colossal Slow Rising Scented Fruit Squishies 1,889 — $8.69 Get it as soon as Thursday, Apr 27 FREE Shipping on orders over $25 shipped by Amazon
- Ganjiang Jumbo Squishy Toys, Giant Animals Squishy Slow Rising Squeeze Toy, Fidget Toys, Stress Reliever,… 87 — $23.88 Get it as soon as Wednesday, Apr 26 FREE Shipping on orders over $25 shipped by Amazon
- Bluelans Slow Rising Squishies Squeeze Toys,Cute Squishy Puppy Style Slow Rising Squeeze Decompressio… 5 — $0.99 Get it May 9 - 25 $3.99 shipping

**Your Browsing History** View or edit your browsing history Page 1 of 4

Back to top

**Get to Know Us**: Careers · Amazon Newsletter · About Amazon · Accessibility · Sustainability · Press Center · Investor Relations · Amazon Devices · Amazon Science

**Make Money with Us**: Sell products on Amazon · Sell apps on Amazon · Supply to Amazon · Protect & Build Your Brand · Become an Affiliate · Become a Delivery Driver · Start a package delivery business · Advertise Your Products · Self-Publish with Us · Host an Amazon Hub · › See More Ways to Make Money

**Amazon Payment Products**: Amazon Rewards Visa Signature Cards · Amazon Store Card · Amazon Secured Card · Amazon Business Card · Shop with Points · Credit Card Marketplace · Reload Your Balance · Amazon Currency Converter

**Let Us Help You**: Amazon and COVID-19 · Your Account · Your Orders · Shipping Rates & Policies · Amazon Prime · Returns & Replacements · Manage Your Content and Devices · Your Recalls and Product Safety Alerts · Help

amazon | English | United States

Amazon Music Stream millions of songs · Amazon Advertising Find, attract, and engage customers · 6pm Score deals on fashion brands · AbeBooks Books, art & collectibles · ACX Audiobook Publishing Made Easy · Sell on Amazon Start a Selling Account

Amazon Business Everything For Your Business · Amazon Fresh Groceries & More Right To Your Door · AmazonGlobal Ship Orders Internationally · Home Services Experienced Pros Happiness Guarantee · Amazon Ignite Sell your original Digital Educational Resources · Amazon Web Services Scalable Cloud Computing Services

Audible Listen to Books & Original Audio Performances · Book Depository Books With Free Delivery Worldwide · Box Office Mojo Find Movie Box Office Data · ComiXology Thousands of Digital Comics · DPReview Digital Photography · Fabric Sewing, Quilting & Knitting

Goodreads Book reviews & recommendations · IMDb Movies, TV & Celebrities · IMDbPro Get Info Entertainment Professionals Need · Kindle Direct Publishing Indie Digital & Print Publishing Made Easy · Amazon Photos Unlimited Photo Storage Free With Prime · Prime Video Direct Video Distribution Made Easy

Shopbop Designer Fashion Brands · Amazon Warehouse Great Deals on Quality Used Products · Whole Foods Market America's Healthiest Grocery Store · Woot! Deals and Shenanigans · Zappos Shoes & Clothing · Ring Smart Home Security Systems

eero WiFi Stream 4K Video in Every Room · Blink Smart Security for Every Home · Neighbors App Real-Time Crime & Safety Alerts · Amazon Subscription Boxes Top subscription boxes – right to your door · PillPack Pharmacy Simplified · Amazon Renewed Like-new products you can trust

Conditions of Use · Privacy Notice · Your Ads Privacy Choices

© 1996-2023, Amazon.com, Inc. or its affiliates
















Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Mon, 22 May 2023 02:45:24 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

116.68.111.184

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

KcX2lcn0H7Inzoe5fi2ouv3MVlcvd0OsKQzolGWFTsaA4rrQnCfwzYC5uZeexPObrn9AnhzQXrMUWHWdKVAyN1ukpr65U99atIIXA8Eycm9tDo4a94dUzfJk++/6KWVSRIXhvIKJ6friY/Dy5iQ8OHuy1I1MTZ42hdNXkRv3BSf2C+Q0n5ZOQKm4+
+7RSwUipAhmDsGdbDdJE2yYl6VbJmjFbDj4ISoo8clk37MTzirxXm+lFkGfgEPm3zFxxOSPI26zUI+P8ZfkTQ/PqP0mYFVPxbx4ellYWfinSM42X3XLqI34bkoRwiwbbs1G6Q8IE1tPeI7uM5qgQlhgVjdAsg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Mon,-22-May-2023-02-45-24-GMT.mhtml

**Hash (SHA256)**

23282c89a02b5e1884cc656faa73fc4327f05ab2e81aff6c6073935ae22c4a15

**Signature (PKCS#1v1.5)**

X7PJ2E6zZLCXK47xnSsf1mz1QW9j6Xl1ya95BwqjM9EsRZXptlIQ4RVXnM0g+rmuHRLRlnvLZbG1i+24bVadiwJRrYUv7STChWKegde+Y9a8QQ3T0PRdSM2erLJ2LKf579Ip1bk70F/4XYQcA+CrK9W1lE5Mr40Wa41klNicw1O8ceSAe9U0LCMrrU7yE1gqe
+bNu16zlLhehjCe9EEDAOvvqR3+CeNvIdOpEB0vhr16eO0j6Zphouhj84FCsUG0HjP1Vz4y4uxmy7g9NAwnQBRoAQliGPzbhUX6bxf2YLn4Bf8Sbp9XezHD4B92j+384SvLHYlT/qK+88N5PBFaRA==

