AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: KDIZI Smiley Face Necklaces,Pink Necklace Gold Stainless Steel Paperclip Chain Simple Round Smile Necklace Preppy Jewelry for Women: Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/Necklaces-Stainless-Paperclip-Necklace-Jewelry/dp/B08XZ444RL/ref=sr_1_81

**Collection Date**

Wed, 19 Apr 2023 11:53:57 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

EnGdW6UiNv6oxPUDKF9L8Kn73kn5gMLqKxWrdo0LWsR9LErFYUY5XUgG1q/n1OKzM4Id5BB4uysuzZEvGjUL4zIqrp6ktWEIpZ7lPi1X64ooM9dvBhjMRRLfpc5tp8I4Ilyu6RHmfqP6qthjet9iH4RMlay3XqXyY2FplmXl7UE=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Necklaces-Stainless-Paperclip-Necklace-Jewelry[fs]dp[fs]B08XZ444RL[fs]ref=sr_1_81]]_Wed,-19-Apr-2023-11-53-57-GMT.pdf

**Hash (SHA256)**

a3f0145c28bb157b9d5594356b09b07a7778380ccfa62fc96f89a75f46395363

**Signature (PKCS#1v1.5)**

ApLZjtbrfCc2YSQmHcbQnZ+bw97kvWYOdFEpldqZBv5CsUWGP8diR7JEqad3vNUgcVHjiBUeSVb2Cb4mCx/b4qksVRn3HLIBywisZsd6ZAU/aTbSCdvt8KMU9E9IOQyi8OgWDlH4ViAn6M7BxRgD6sOeSg3a5YAVQkeV+QEX/5A=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Wed, 17 May 2023 07:00:06 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2001:ac8:9a:d::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

MutkJKI7JmHrnY5fVsSEdUX4cYdU7Q/TCNa8QcmzkCZFonhNz9ff/BtMLIAIbUZuaOgVZGiRt1nXQeMqmFrbS2Q2MUTcuPcidOp4G0W+EFe6Jp0QcgNsxWr54CFJlchldVbzbrki1I/wMkT96kndabT84MeqloL9rZBxNl
+t7QZdDLb//0aileRc3uPWctBSSxTLAyisj6UG4WBMctk4qnzlvbgT93OsYUihenT5VqMm4tkL8piNEJMloibaQYfZ9pNHcvNfaXPLVzHg3f+nEqrp3kXC5RhqBEGzWqVn5xhMCWRjb0vpSfT9+tDJ4WBM0u/xnd2yM438WfALpDwYZw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Wed,-17-May-2023-07-00-06-GMT.mhtml

**Hash (SHA256)**

43e5d86effdba6a91ac366fb60c9555a875e309b0eaa8479011725cb5a4aec7a

**Signature (PKCS#1v1.5)**

LHHZFcx3YGVBv7shTiTREDR1kkx5d/ts6m8HlC4Sde96HBJq+keVk0+cJHW7SeHBl8NaDysFFHVlDZVCmBODVj/UwUhQ5WG+sqtm3jsrAvaXWJ4YpqZKTrVTfJ+kqXyshZZBTC3CPLsk2KFSFP2UAFf4JHBRx/reqf4ckjXfWON7wd4Xuf6S5kE5HEC9EOBS7vfD7yVI5BMV
+U0Sn3PlXrI67QnRT4AviEtvMUH9Ego6gxMBapgL4gftfYKwP8KZx9c5x4K3t1vxTp/IpzJ3x0qz+lVq80GD1ojsVvlEM1TbptGphLhQdJz9AnMj/dUZ0hPpnoxnpC8sUo41DOulfQ==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items ~~Sunday, May 21 by 8PM~~ **Thursday, May 18 by 8PM** for ~~$5.99~~ FREE

Get FREE Two-Day Delivery with Prime

No hassle. No commitments. Cancel anytime.

**Delivery: May 21, 2023** If you order in the next 22 hours and 34 minutes (Details)

Items shipped from Amazon.com



**KDIZI Smiley Face Necklaces,Pink Necklace Gold Stainless Steel Paperclip Chain Simple Round Smile Necklace Preppy Jewelry for Women**

$8.99 & FREE Returns

Qty: 1

Sold by: JINZU

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

- **Thursday, May 18**
  FREE Two-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Sunday, May 21**
  $5.99 - Shipping
- **Thursday, May 18**
  $9.99 - Shipping

Place your order

**Order total: $15.61**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Get FREE Two-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $8.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $14.98 |
| Estimated tax to be collected: | $0.63 |
| **Order total:** | **$15.61** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Winnfy Widely Compatible with iPhone 13 pro Cartoon Graffiti Smiley Case-Silicone Cute Phone Cases, Ultra Thin Aesthetic Phone Case : Cell Phones & Accessories

**URL**

https://www.amazon.com/Winnfy-Compatible-Graffiti-Case-Silicone-Aesthetic/dp/B0B134ZVXQ/ref=sr_1_196

**Collection Date**

Mon, 24 Apr 2023 11:34:43 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

UxEen9Srb6LOKRcOu1bBpbbMh/6QZ5YnL0ZyMn0AI/rfjZahONn7Y/dsQNWzuN+9gQ5S+/u+IQwHeHSuHvwdTTMFyHX/krtl6BlsuwSmtqs6iik9HoM5a1Rf2UQFVxc7F+ZaD2/zjnFX9D1d4ecBDhC/vi3W1y86GjZMVrS7C4c=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Winnfy-Compatible-Graffiti-Case-Silicone-Aesthetic[fs]dp[fs]B0B134ZVXQ[fs]ref=sr_1_196]]_Mon,-24-Apr-2023-11-34-43-GMT.pdf

**Hash (SHA256)**

90fd3047d1636c3368c98849312fcd70898a1132077bcadb8faa3d7a86b7f9ce

**Signature (PKCS#1v1.5)**

ra5XO9LgoAcISSiWf9e4LAbzgZTw84fGRbmU/gb2dxFhF7ZtUH/8g44BCOzVwnHNb2IFCpYsn39KSnO51I6i2S96Z6etxCkK4ZwY525p93RhPikr39tLmcnWHosyKMUtBF1C0oQNOrWbhCkW0+p7NEd5FdJJxyM6KooQKrnNgIg=



AXENCIS

Investigator Name: RemoteUser2

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 16 May 2023 00:40:24 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

RemoteUser2

**IP Address**

202.83.57.61

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

GDjr9SdIBDnrR9D19c0hE+2IjoNz4PYJkj2QEYtnizCdI0ZFOsb2LvkmlW1AC/KPBmbOSAV6M4a+zt5zJaLDwERs4+0CFi+o+zaf5vUFw/mFDHqpPhKyASYvgr31KoJdfs/JnQAOJgluVMbqDr7NR4ApS91Gl7JTGZDhEZmkeeWjE1Q2PyootWLoLy2Wj2gDbRYnL7nXz/VTa1esQh9el6XFIR8d/
PHTWovyOHg2bKTCV1e4mTdNDm9BC7QhTsNtaf+mpeDNcvW5G+z+iNObw8s1ameHMD+7MWNzXXAa+9780XJOWDarCcFrXbmN8MBOGsCu8skJq3Q6whJHq/pt/Q==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Tue,-16-May-2023-00-40-24-GMT.mhtml

**Hash (SHA256)**

91839f5dac21f860e1ba0c5bbe942488cf06520f5030f23181266c8cd37adb0f

**Signature (PKCS#1v1.5)**

At50utvRsB3X5LcqyNvfhLilS+CXEKwugoqOamIpBi/Uj8KK5TOIg9jhyd1C3yqNuZz49m6prgtcnxYvX/OYvFccPa603YCvNuFublvlR5kQg9woSgHpZI3iutpbfk/GSsa2jwS0D65bGOv04o02nnboUr
+EXN2EDByNHOamrO6ts425ed5QBR7hrXp4GO93586tNp16Uc16CiYLvRjGIGYPzphLPNNMpKqnnPyQeYm2KVV7RyI1mhWIuRMzIYvX8ApQM8I/FixOTGbRqSraJ3q30cF8x0RyDfwZald/ev5Ga92Eg2aD4DLZRaDCWWwvib6fVzs7+0fNUtTwwnd7rQ==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Change

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you 30 days of Prime benefits for FREE**

Try Prime FREE for 30 days ›

**Estimated delivery: June 6, 2023 - June 28, 2023**

Items shipped from BINH DUONG - KS



**Winnfy Widely Compatible with iPhone 13 pro Cartoon Graffiti Smiley Case-Silicone Cute Phone Cases, Ultra Thin Aesthetic Phone Case**

$2.99

Qty: 1

Sold by: BINH DUONG - KS

Gift options not available

**Choose a delivery option:**

**Tuesday, June 6 - Wednesday, June 28**

$7.87 - Shipping

Place your order

**Order total: $11.07**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

## Order Summary

| | |
|---|---|
| Items: | $2.99 |
| Shipping & handling: | $7.87 |
| Total before tax: | $10.86 |
| Estimated tax to be collected:* | $0.21 |
| **Order total:** | **$11.07** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Tote Bag Satchel Bag Handbag Crossbody Bag Stylish Personalized Tote Bag for Women Outer Space Solar Systern Sun Earth Smiley : Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/Satchel-Handbag-Crossbody-Stylish-Personalized/dp/B0C2DD2ND5/ref=sr_1_9

**Collection Date**

Fri, 21 Apr 2023 06:08:54 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

gQ/H6CcE++5s9A7BGi2FFkSjMqrSgxQdDyZcY11B+bsjTK4ixOBKhF5qBwBhke933o5Th8n/WsHSlXQxf7U9n+D6UZ2xtXC4Mgb8/TETbtR3etwgPmInvmAvXz5LnGPtwJvYi7Bm/ksZX+ut+Qz55ZZ4bztP6p9GbXGt4JaTsZk=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Satchel-Handbag-Crossbody-Stylish-Personalized[fs]dp[fs]B0C2DD2ND5[fs]ref=sr_1_9]]_Fri,-21-Apr-2023-06-08-54-GMT.pdf

**Hash (SHA256)**

c1de5feb170ad8ecb0285515eb7a14a8548ce8b7be30a5fb109f9ed372ce3ad1

**Signature (PKCS#1v1.5)**

bL/WIGmf2gUdKGlyG4dpPTzJEnBRHa6hDIYEcTj8crywWCstLKprRh4H+qoYUzsEsGg0rZTp9VrRvIDG9tguIH2kWIZFEytPRQCjr1PvcAukwa2Xf3HNRNkx95l/aUa9mWNbflApzoD1HGschfthwegO5ETO2dbu/nPCOc98Bgg=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Sun, 21 May 2023 23:41:29 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

116.68.111.184

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

h676cZ5IPrxoot5QR1q3gMu3GuTXZWNGlUmxU1jfBjHICJ4iCFaQBStB3rnc6IYAS+o+lv/VlCzQXmjiXInoiB4Y52IaPnitanKLcpNapy2GbuXQTuC9VOi7V9Rfnpb2oTR6Tq19RcbWjF1nsWpn8miMMamt/
TctUKCrUoVuxEQjxgBo21GkftgYkrnzTEy6qvoVmJmRc4J9U8AByp GPB2bNPPFSzZOK5EjIq252eoOInRNJJNOSvxb96CONEwAzz7bfncGhQG3pvYpK6Ev9YwMNkTcWILSDhZ6sWbTKQrP69EFkMb+Qj3pDt4TxRm9sywUx51I8IuQQed96YFG77Q==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Sun,-21-May-2023-23-41-29-GMT.mhtml

**Hash (SHA256)**

129351802d57bdf59882d31f365501be005e9e685a59c15286805b1d04b9a103

**Signature (PKCS#1v1.5)**

JDVOe0XOB+J+Fc7M3wDvHWqNMQSr6WrnVDFSLOUvcaF7p8cmQgg7DDmvdm1m8WQtl27puS38eTbh/qBS1kBWkMnNBdLhFqjv38bPj1jpx5DBau76/P5lQMeMl1Ye+ob4HY7HKRrnbjk1eqkK1HZF5RqiSpS5+di1fsWRmi8dMoVpXJ4FhI/tdxVPnG1X/mMWCTeqSDYqR/
oEiCkVKXO743vSwGq9BjEt8jAoOAZ7vNwMZLhbyUCKVd7NODRXov1vy5Plzunah/bqXKxTwTedwXumMhOOYqbo0D/Sqn9WsdwZ5DdCQf3diClPlDvNw5ssxT/sFR2i5QTYyE98LsNeeA==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Change

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you 30 days of Prime benefits for FREE**

Try Prime FREE for 30 days ›

**Estimated delivery: June 13, 2023 - July 6, 2023**

Items shipped from jjhhzzp1



**Tote Bag Satchel Bag Handbag Crossbody Bag Stylish Personalized Tote Bag for Women Outer Space Solar System Sun Earth Smiley**

$20.98

Qty: 1

Sold by: jjhhzzp1

Gift options not available

**Choose a delivery option:**

Tuesday, June 13 - Thursday, July 6

$0.99 - Shipping

Place your order

**Order total: $23.44**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $20.98 |
| Shipping & handling: | $0.99 |
| Total before tax: | $21.97 |
| Estimated tax to be collected:* | $1.47 |
| **Order total:** | **$23.44** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: 13Pcs Glitter Smiley Face Embroidered Iron Patches for Kids Teens Adults Sew Patches Shiny Smiley Face Backpack Patches for Jeans, Jacket, Clothing : Arts, Crafts & Sewing

**URL**

https://www.amazon.com/Glitter-Embroidered-Patches-Backpack-Clothing/dp/B09MVW35F4/ref=sr_1_12

**Collection Date**

Wed, 26 Apr 2023 07:22:19 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

M31MaJbTtGIAArBAvaifGWYEcxwbBYiE7yq7GSTDYG6GKVTCxu1iFYDjHeKpvGBe2VnthGA8OGYdx06a+LzLSdHCg1+/sSV9Y/2MBAE+J/XnO36lbjxO8l4bdh/0u+AqItI/HM6qybd2lwVfY8f8eYG5frHqqIxEHMVAXcz+LNg=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Glitter-Embroidered-Patches-Backpack-Clothing[fs]dp[fs]B09MVW35F4[fs]ref=sr_1_12]]_Wed,-26-Apr-2023-07-22-19-GMT.pdf

**Hash (SHA256)**

9e71defcf96aa9674b29ea6f3c1ed9092e698ffffb441235756d374f1427fb61

**Signature (PKCS#1v1.5)**

qRkabjfkOPzAnKwVmEB+Rdv11zEFGPq7Nvp9BF9LSCezSxUVte9YAnrv9S+F+1cobwKcdsiADixcvseMgMkID0hjTpb1heR9IZuyCcdr5afAQDSnbrCdGE3drAXx4REuY/nbJYpV/kg/JXOrgG+jtoNNnyVA42NiQ3lnlG83suA=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 01 Jun 2023 03:52:32 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

111.92.76.63

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

l1OHPMAXRl1KMaDYd2y/8tyGFoegrv7B2ATl6T2VOuytAHyiT6+DB8h2WMU3C457X0utvIgy+xC/WunaYsqOdlb7x4qunBW950+8WzpbkYeLhO8uNU4TneE5E9kCh77kUBn7ufWGe2P3U/tJ
+dqqRMRgAoyZvcVSIX6fjRbmxYpqAdD93i98zOZwIAqVPG0ljf09l4nNT9neJONdIr7oXvcxYqHjO6SJjCm1KIwTzaIhWvwZefHbKDZzYCBc0ydJgDvgBCuSDSMyDGkBQrPRx23kUShYMtDRpHOmXEZK1myFE9OwBgFuA0lJ15bnGY/4O+vgASDgjb7dFCV084zJ1A==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-01-Jun-2023-03-52-32-GMT.mhtml

**Hash (SHA256)**

c092555b1b9c44a7fa04a3726c105b2a9065ff415f9b530dc4ebc592459d4bcb

**Signature (PKCS#1v1.5)**

haTDNBXi/Vsop4FXj6Yw+c0gahsPgdGmsLHaY/QTGvQIWoMrgN7K9SFB4qSHX1IiHjzjYGac/345j7UhgdHs93WXNlZ06SrtFG1q1NOMfJhiiBeqFDSC1Sjbn+1f311S7p0AY8BxSYR6FWJGG0hkgxHWZFWYwNN4FJnMRePJjyIRkBrShdLCBZQL/
NFBcjXRp52AJ/7vTkFOpXvo0eTYL4Sk5soIPLi0rOPNsQswb+KVNCzycmxHh8UiLkv8BDgmBBCfzcIzx5tS1fcxKlsIpbCafZFug7oVT9PWUuQ8Sr54ko10hABHgy8O0t+QlasDjJn7R1pTc2UJqcXKnTHeaQ==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

**Or pick up near this address** - See nearby pickup locations

Change

**2 Payment method**

VISA **Visa** ending in 9985

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

Change

**3 Offers**

Change

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items with your 30-day FREE trial of Prime

Get FREE Two-Day Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: June 2, 2023** If you order in the next 13 hours and 22 minutes (Details)

Items shipped from Amazon.com



**13Pcs Glitter Smiley Face Embroidered Iron Patches for Kids Teens Adults Sew Patches Shiny Smiley Face Backpack Patches for Jeans, Jacket, Clothing**

$8.99 & FREE Returns

Qty: 1

Sold by: JKL Official

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

**Friday, June 2**
FREE Two-Day Delivery with your free trial of Prime
Fast, FREE Delivery prime

**Friday, June 2**
$5.99 - Standard Shipping

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

**Order total: $15.61**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $8.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $14.98 |
| Estimated tax to be collected: | $0.63 |
| **Order total:** | **$15.61** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS
Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com: JOICEE 300PCS Fruit Smiley Handmade Polymer Clay Beads 15 Styles Flower Letter Beads Soft Beads for Women Girls Jewelry Making DIY Bracelet Necklace Earring Accessories with 4m Crystal Elastic String.

**URL**

https://www.amazon.com/JOICEE-Handmade-Bracelet-Necklace-Accessories/dp/B097D4W3SH/ref=sr_1_15

**Collection Date**

Wed, 14 Jun 2023 10:50:12 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:36::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

qXFgfOOzSvr9E4j6NatNTFdIlsYo+5PQqfDcXUnGMR/WrRJzBpHuVfWJ8JifK5L52v6zCGhfNm7wM065jMaepPVqzKVZAD7ev88w3gv5nc9fOUCp3kYg8+H+87SVIiDXKK6PLloFHOJRAgztE859TesYaKfBQ/dKJnKdW6qZoEs=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]JOICEE-Handmade-Bracelet-Necklace-Accessories[fs]dp[fs]B097D4W3SH[fs]ref=sr_1_15]]_Wed,-14-Jun-2023-10-50-12-GMT.pdf

**Hash (SHA256)**

6501022cd8dbcc0a5a310c4b021dadfb88ebf1ca4ed5d3b5f36571ca1d8160fd

**Signature (PKCS#1v1.5)**

lyKHOJ9fflm6yN3ZTUjFcRlnR0ayaa/tLJHHnuN3iFrqnRZ2ayHOWpErL9DcdwX93TCxfDxLuiDCsjolPjn7kVNuZHNYRgKfXCbxDouFJJo6f1dpBvKByOE7rt3LoPf4lBYUez8cusjYB8e8ZmfFrlnnBaLfbttsv5UGkMRCKDU=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 15 Jun 2023 04:33:03 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0d:5600:8:36::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

U9JS6QnRNO3DG6Y4Tg99cAhxTIwqkDKTFmufd916ohDUfFlouHP0z0asxvGkB92s+JzBJIZVrslDTXNTbRob+l3Wev3PwKsavlnwoUp99YEtjAH+vypoH1M4uRjB1SwMZBqHfwvsmFCl5BujlziNUgQJK6skUguefCoGx3o/cyh+8qmWh1tzQ1qJ/vn49rvMA4+gHgQKHo3xR/3vr/M
+3XWSvq23Fik56VlV0jvCJkTWL3OekJgjlL/WHA4FRjdMWxmjqdmICFM/8r4olOTEVHyxpXs3UjxxiL7F9Kq38YbUQ+PHmZwdlPjflCCOCk8h0mhQeK2ZWJdPoXX6GJ9pTQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-15-Jun-2023-04-33-03-GMT.mhtml

**Hash (SHA256)**

37fe407a553b65ac2a1b19556b5bfbc2aeebb4fbc7ccf39eb6304ef6f49020cc

**Signature (PKCS#1v1.5)**

Lgf1cTl/OmoGpmtFLBxS8aqqZMUke666dLFMF5mYTNzI1xXYQdwS5wMFtu7Uz+h3irCIXXV5IgpJDHQrvWjDqP8r3KWRtcxYH7l2WUWmbKXafSV+a9wNw01XV4EJp4C
+5Vq6iuAzkUW1+7ttY3Nqp/8RR4ArD9CjK8uc9xQdy63nK5UGevHWS0WM5UZN3yZOW8iHdRFSdAVlcRbiCZYUVEedXxOQ8G4n+10zLt01rWBt5CfR/IBFrydOycWb9TLSXZrJ7677hwFTyn4VZOvGW4t3eOobHV5ftQaB6EjN7iJ1yznkB7W3VqciOzeSUEFhS2QlEzFbEvVKM74Pk5JFSw==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

**Or pick up near this address** - See nearby pickup locations

Change

**2 Payment method**

**Visa** ending in 9985

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

Change

**3 Offers**

Change

**4 Review items and shipping**

**FREE TRIAL**

**Jade, we're giving you Prime FREE for 30 days!**
Get your Prime eligible items with your 30-day FREE trial of Prime

Get FREE Two-Day Delivery with Prime

No hassle. No commitments. Cancel anytime.

**Delivery: June 16, 2023** If you order in the next 23 hours and 26 minutes (Details)

Items shipped from Amazon.com



**JOICEE 300PCS Fruit Smiley Handmade Polymer Clay Beads 15 Styles Flower Letter Beads Soft Beads for Women Girls Jewelry Making DIY Bracelet Necklace Earring Accessories with 4m Crystal Elastic String.**

$8.99 & FREE Returns

Qty: 1

Sold by: JOICEE

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

- **Friday, June 16**
  FREE Two-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Friday, June 16**
  $5.99 - Standard Shipping

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

**Order total: $15.61**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $8.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $14.98 |
| Estimated tax to be collected: | $0.63 |
| **Order total:** | **$15.61** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

AXENCIS

Investigator Name: RemoteUser2

# Evidence Collection Report

**Page Title**

Amazon.com: One Happy Dude Birthday Party Decoration Selections Smiley Face Party Supplies 1st Birthday Celebration Party Decors First Birthday Party Idea for Baby Girls and Boys (Selection-B) : Toys & Games

**URL**

https://www.amazon.com/dp/B0C233GB5C

**Collection Date**

Fri, 12 May 2023 10:14:42 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

RemoteUser2

**IP Address**

2001:ac8:9a:d::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

SOu8QkKtug1q9o/8b4WRSV5jZn+tLzrNZF0Qfo2de5n1+xJRc9f+p8uGVLY1HIq4+fJd79YrJTJNYb8zhzRofoVWv+KjHs7O0lBSStfE43P2av7xNQvKxWbLPv3czJ9mPMyw4RAlbX3oEJuvNVNVQRV27KV2L/jiqzYtTeaXJe7s5rsKG/gGDrn4OoUbCtHG5L
+8pjhPJTJ4xc7xflyKbN7kJaHmhLaB5oDTzUN0cEcvCeF0T5tzYztWZWTJT4G+I/zqSsKLy4oXfdBoZN5x/OQLJ7a5pMEyubls2tWDD0oB8lv1UtUOjuyrvXWjNAwTnMcXeWH4e2tHvGk2a2kNTQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B0C233GB5C]]_Fri,-12-May-2023-10-14-42-GMT.mhtml

**Hash (SHA256)**

114abf50ebe4bad0d3907701e04578f458fdbb5c3d0ce4773da3f6e48bdc523e

**Signature (PKCS#1v1.5)**

ZiNtBPG8djFjEdOju+8X+lUUDxj4HqesOI6DH6XSx4+rrb2DLt29irHyChhUr0+4scPI0Gjal3OPQ5h10iWLw4MtnvXfOL9E2hEYOoXnjP2U96PGVfeX3X8QB+Rx6+PNfufL3jh8DVD2ckEb5bN7Z/HqWemZyKZSOsvPXXKLJ3vSOWTcyoJSuftRAUMniWnin9/2wpaq0ce+xG6cFsfEC/tz4669FL15MBu/
pHxHpOhlqlW6o0hDUsSn++auP/d3XdqPEXWwzUBkqBUuloPglr8IC/O5HRZuV3wpyVx499eDSKrO2zzv2F3ZnriAWIXlyAdBxGnNLX/jIfug9BhHIg==

amazon | Deliver to Jade Miami 33132 | Toys & Games | Search Amazon | EN | Hello, Jade Account & Lists | Returns & Orders | 0 Cart

Subtotal $0.00

Go to Cart

WAINIS 6 Pairs Cute Round Earrings for Women Girl ... was removed from Shopping Cart.

All | Clinic | Amazon Basics | Amazon Home | Pet Supplies | Beauty & Personal Care | Home Improvement | Health & Household Products | Computers | Coupons | Smart Home

Toys & Games | Kids Gift Guide | Shop Toys by Character | Shop Best Selling Toys | Shop Newly Released Toys | Shop Amazon Exclusive Toys | Shop Toy Deals | Create a Birthday Gift List

Toys & Games › Party Supplies › Decorations › Balloons

## One Happy Dude Birthday Party Decoration Selections Smiley Face Party Supplies 1st Birthday Celebration Party Decors First Birthday Party Idea for Baby Girls and Boys (Selection-B)




Roll over image to zoom in

Brand: JOPHMO

$25.99

Get $80 off instantly: Pay $0.00 ~~$25.99~~ upon approval for the Amazon Store Card. No annual fee.

Color: **Selection-b**

$25.99 | $19.99

| | |
|---|---|
| **Color** | Selection-b |
| **Material** | Cardstock, Latex |
| **Brand** | JOPHMO |
| **Theme** | Alphabet |
| **Occasion** | Birthday |

### About this item

- One Happy Dude Birthday Party Pack including 1 x felt happy dude banner, 1 x smile face theme garland, 1x photo banner, 1x milestone poster, 1 x cake topper, 1 x birthday crown, 2 x star shaped foil balloons, 2 x smile face and 2 x 4D checker foil balloons, 1x number 1 foil balloon,1 x high chair banner, 60 x latex balloons, 74 pieces in total.
- Premium Felt Quality: One happy party banner, garland, birthday crown, high chair banner, cake topper are all made of thick felt, eco-friendly and reusable. Could be used over and over again. 1st birthday milestone poster and baby monthly milestone photo banner are made of thick cardstock, with high-definition printing. High-quality natural latex and foil balloons, which is durable and shine.
- Unique Design - The party pack features classic black and yellow color, combined with the smiley face and checker elements, which will add a unique hippie atmosphere for your party. Decorate your party with it and it will must be a big hit of your little baby's first birthday party.
- Perfect 1st Birthday Addition to Baby : perfect for little one's first birthday or baby shower,one happy dude birthday decoration, hippie first birthday party, smiley face birthday decoration, groovy one birthday decoration.
- Customer Service- Any issue with the product, please feel free to contact us. We promise to respond within 24h. Every issue would be solved by Customer Service.

Report incorrect product information.

Add your 30-day FREE trial of Prime and get **fast, free delivery**

$25.99

FREE delivery **Thursday, May 18**

Or fastest Same-Day delivery **Today 2 PM - 6 PM**. Order within 1 hr 34 mins

Deliver to Jade - Miami 33132

In Stock

Qty: 1

Add to Cart

Buy Now

| | |
|---|---|
| Payment | Secure transaction |
| Ships from | Amazon |
| Sold by | JOPHMO US |
| Returns | Eligible for Return, Refund or Replacement within 30 days of receipt |

Add a gift receipt for easy returns

Add to List

Add to Registry & Gifting

Have one to sell?

Sell on Amazon

### Frequently bought together



Total price: $33.98

Add both to Cart

These items are shipped from and sold by different sellers. Show details

**This item:** One Happy Dude Birthday Party Decoration Selections Smiley Face Party… $25.99

Pcs of 2 Premium Plastic Checkered Flag Tablecloths Picnic Table Covers, Tablecovers Party… $7.99 ($4.00/Count)

### Product Description

One Happy Dude Party Pack including 1x felt happy dude banner 1x felt smile face garland 1x "one" birthday crown hat 1x number 1 foil balloon 2 x star shaped foil balloons 2 x smile face foil balloons 2 x 4D checker foil balloons 6 x paper pompoms 1x cake topper 1x high chair banner 12 x cupcake toppers 24x latex balloons

### Product information

| | |
|---|---|
| Item Weight | 8.8 ounces |
| Manufacturer | JOPHMO |
| ASIN | B0C233GB5C |
| Country of Origin | China |
| Item model number | JOUSHD01 |
| Best Sellers Rank | #13,339 in Toys & Games (See Top 100 in Toys & Games)<br>#741 in Kids' Party Balloons |

Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

Feedback

Would you like to **tell us about a lower price?**

## Videos

### Videos for related products



Sponsored 0:35 — 4E's Novelty 108 Pcs Toys - 36Pcs Punch Balloons, 36 Coil Springs, & 36 Stretchy... 4E's Novelty

Sponsored 0:42 — 40 In Cream white Number Balloons Helium Foil Mylar Balloon Birthday Party... CHANGZHONG

Sponsored 0:36 — 48Pcs Light Up Toys Glow Party Favors,Glow In The Dark Party Supplies... Zloveleexr

Upload your video

## Looking for specific info?

Search in reviews, Q&A...

Typical questions asked about products:

- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

## Customer reviews

There are no customer ratings or reviews for this product.

### Review this product

Share your thoughts with other customers

Write a customer review

### Best Sellers in Toys & Games

Page 1 of 8



- LEGO Icons Orchid 10311 Artificial Plant Building Set with Flowers, Home Décor… 8,735 — #1 Best Seller in Toys & Games — $39.99 — Get it as soon as Thursday, May 18 — FREE Shipping on orders over $25 shipped by Amazon
- Pokemon TCG: Random Cards from Every Series, 50 Cards in Each Lot 57,505 — #1 Best Seller in Collectible Card Game Decks & Sets — $5.04 — Get it as soon as Thursday, May 18 — FREE Shipping on orders over $25 shipped by Amazon
- Crayola Crayons, 10 4,108 — #1 Best Seller in Kids' Crayons — $4.83 — Get it as soon as Thursday, May 18 — FREE Shipping on orders over $25 shipped by Amazon — Only 12 left in stock - order…
- Squishmallows Pokemon 14-Inch Pikachu Plush - Add Pikachu to Your Squad, Ultrasoft Stuffe… 28 — #1 Best Seller in Stuffed Animals & Teddy Bears — $40.39 — Get it May 16 - 18 — $9.57 shipping — Only 3 left in stock - order…
- Creative Roots Mosaic Butterfly, Ladybug, & Sun Stepping Stone, Includes 3-Pack 4.5-Inch Ceram… 20,296 — #1 Best Seller in Kids' Mosaic Kits — $14.99 — Get it as soon as Thursday, May 18 — FREE Shipping on orders over $25 shipped by Amazon
- Fisher-Price Baby Playmat Deluxe Kick & Play Piano Gym with Musical -Toy Lights &… 18,451 — #1 Best Seller in Baby Gyms & Playmats — $39.88 — Get it as soon as Thursday, May 18 — FREE Shipping on orders over $25 shipped by Amazon

### Gift ideas inspired by your shopping history Show more



- Santa Barbara Design Studio Table Sugar Hand Carved Paulownia Wood Serving Bowl, Large,… 440 — #1 Best Seller in Decorative Bowls — $18.00 — Get it as soon as Thursday, May 18 — FREE Shipping on orders over $25 shipped by Amazon
- WORHE Candle Holders True Natural Travertine Stone 0.4" Thick, Set o… 157 — Amazon's Choice in Candlestick Holders — 42% off Deal — $36.54 — List: ~~$62.99~~ — Get it as soon as Thursday, May 18 — FREE Shipping on orders over $25 shipped by Amazon
- Bloomingville A14208833 Grey & Cream Cotton Knit Throw with Fringe 63x51 87 — $34.51 — Get it as soon as Thursday, May 18 — FREE Shipping on orders over $25 shipped by Amazon
- Farmhouse Beads 58in Wood Bead Garland with Tassels Rustic Country Decor Prayer Boho… 15,840 — #1 Best Seller in Home Decor Tassels — $7.99 — Get it as soon as Thursday, May 18 — FREE Shipping on orders over $25 shipped by Amazon
- Creative Co-Op Boho Terracotta Footed Planter with Organic Edge, Matte Taupe 976 — $16.95 — Get it as soon as Thursday, May 18 — FREE Shipping on orders over $25 shipped by Amazon
- INGLENIX Grey White Ceramic Vase Nordic Minimalism Style Decoration for… 142 — Amazon's Choice in Vases — $23.80 — Get it as soon as Thursday, May 18 — FREE Shipping on orders over $25 shipped by Amazon

### Your Browsing History View or edit your browsing history



Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell products on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a package delivery business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Your Recalls and Product Safety Alerts
Help

amazon | English | United States

| | | | | | |
|---|---|---|---|---|---|
| **Amazon Music** Stream millions of songs | **Amazon Advertising** Find, attract, and engage customers | **6pm** Score deals on fashion brands | **AbeBooks** Books, art & collectibles | **ACX** Audiobook Publishing Made Easy | **Sell on Amazon** Start a Selling Account |
| **Amazon Business** Everything For Your Business | **Amazon Fresh** Groceries & More Right To Your Door | **AmazonGlobal** Ship Orders Internationally | **Home Services** Experienced Pros Happiness Guarantee | **Amazon Ignite** Sell your original Digital Educational Resources | **Amazon Web Services** Scalable Cloud Computing Services |
| **Audible** Listen to Books & Original Audio Performances | **Book Depository** Books With Free Delivery Worldwide | **Box Office Mojo** Find Movie Box Office Data | **ComiXology** Thousands of Digital Comics | **DPReview** Digital Photography | **Fabric** Sewing, Quilting & Knitting |
| **Goodreads** Book reviews & recommendations | **IMDb** Movies, TV & Celebrities | **IMDbPro** Get Info Entertainment Professionals Need | **Kindle Direct Publishing** Indie Digital & Print Publishing Made Easy | **Amazon Photos** Unlimited Photo Storage Free With Prime | **Prime Video Direct** Video Distribution Made Easy |
| **Shopbop** Designer Fashion Brands | **Amazon Warehouse** Great Deals on Quality Used Products | **Whole Foods Market** America's Healthiest Grocery Store | **Woot!** Deals and Shenanigans | **Zappos** Shoes & Clothing | **Ring** Smart Home Security Systems |
| **eero WiFi** Stream 4K Video in Every Room | **Blink** Smart Security for Every Home | **Neighbors App** Real-Time Crime & Safety Alerts | **Amazon Subscription Boxes** Top subscription boxes – right to your door | **PillPack** Pharmacy Simplified | **Amazon Renewed** Like-new products you can trust |

Conditions of Use | Privacy Notice | Your Ads Privacy Choices

© 1996-2023, Amazon.com, Inc. or its affiliates

AXENCIS

Investigator Name: RemoteUser2

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 12 May 2023 10:20:12 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

RemoteUser2

**IP Address**

2001:ac8:9a:d::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

mkJeaJGQVHLwWG9oQBpiIgp32jgWWFBmi6pCToc9Z0BkRNzKjDFojjIApjKnqKBehg1xMJbCOcjMgU2UKBaTXvNsyy4C0TX59c6zMFVBlQD0jWPyc0HHE1a+b/G1M7N9uwsXzgtHoQCKQ2o6mdWo6vfmYK1mqWSU5Nksm/jTNco9n1Nj/jFhRc/
C7Ags8ZOtFq3ngBPBzmCSZgG5YdwIFnVVGnV+2rej9TRRXYbMI/DcfeLZaZdIJP7AIGVesSuEhpLAkPTSvVo85EH9czkPC5vMJE5etUiJUuBlXRblNc24mdl0OEQANf6Vpado38Vd0QX8gEOyv1XXvwbEBFyrwQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Fri,-12-May-2023-10-20-12-GMT.mhtml

**Hash (SHA256)**

adeef385ac4f6000e55e866db11653fd93d2139f61fefb1c0650318dd43ca7c3

**Signature (PKCS#1v1.5)**

bI96nAH7ieq16uEtqufUB3FzEbiSDLIBZAE7Ccr9IdukyGZYEvicQ9Y4Kel3zzCqI+5rGmt5x2mekRjWGsqHRmnjyGiUXbmJg40uOCldXqB1B9GO7nL4tqt+MRz2WfK2irMCBuj0LNF2Nb/Xx/f8QBOJ6igHmdpMZznVE5BcO3BSwZ11ttHF6JYod1m/
Cvzafrvk73VyaZHaVpqUgepXNDJV5aVBfaYvs/3Xv0XqGH7Lir53YmdZgSARL6RrvpZH+p2APxMNGCDasMEFXv7i6Kfc0A7ZQdbLqyiKQXGTtz8kckchGcTJ89YhrtdpM33pGw1k4646ZNsryCUCyrksiw==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items ~~**Monday, May 15 by 8PM**~~
**Sunday, May 14 by 8PM** for ~~$5.99~~ FREE

Get FREE Two-Day Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: May 15, 2023** If you order in the next 17 hours and 39 minutes (Details)

Items shipped from Amazon.com



**One Happy Dude Birthday Party Decoration Selections Smiley Face Party Supplies 1st Birthday Celebration Party Decors First Birthday Party Idea for Baby Girls and Boys (Selection-B)**

JOPHMO

**$25.99**

Qty: 1

Sold by: JOPHMO US

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

- FREE Two-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Thursday, May 18**
  FREE Shipping
- **Monday, May 15**
  $5.99 - Shipping
- **Today & Overnight**
  $9.99 - Fastest Delivery

Today 2 PM - 6 PM | Overnight 7 AM - 11 AM

Place your order

**Order total: $33.80**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

**Get FREE Two-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $25.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $31.98 |
| Estimated tax to be collected: | $1.82 |
| **Order total:** | **$33.80** |

How are shipping costs calculated?

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Smiley Face Stickers 1800Pieces, Happy Face Stickers 1in/2.5cm, Small Stickers for Kids Reward Chart (8 Colors) : Office Products

**URL**

https://www.amazon.com/Smiley-Stickers-1800Pieces-Reward-Colors/dp/B0BD6VN4X8/ref=sr_1_6

**Collection Date**

Thu, 20 Apr 2023 07:21:01 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Xz989gXV2iIk4M60unTylg7RtlX6+Olo4KG6ft82iuQ3cMl0yfyAERgDfFIVR4EYj9FK1642DJhRPVpABh+qiVKEoP+jM0DwomHmDIadFPTC4EglV1ucUVayoK1HuHp5R2G6EquR7frdEvH+YWLxyyaFB+Ilh5YTM2OSuMYtHBM=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Smiley-Stickers-1800Pieces-Reward-Colors[fs]dp[fs]B0BD6VN4X8[fs]ref=sr_1_6]]_Thu,-20-Apr-2023-07-21-01-GMT.pdf

**Hash (SHA256)**

e2f932641edbf0ade9024e48e9525e3da7c6db124670c47c532286af5da1d74f

**Signature (PKCS#1v1.5)**

Ri8iDdutPr+hwBO3oaA024fReiMDw2efy6RqcW301HZMZ7zlUfSmwEduYlGtHg5pzYI8FnhF5LBdNsiPej/PCLuSlhVg5IFze6iJIVTnc+Q3xDImKAdYGyQSz1ndG6GNWWwXakLJLvq0tqpM4RAvJ0V9gdijm0Oik1WBZhsr3Co=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 19 May 2023 01:17:47 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

hiJvnYAfznJxUL4ptkPVGzCDmc+HloSy/5X7uJh/9xG1mtlz4KF5gvvPRId4M5xSY2IJuY5jekquSxZ+M2ib9QENELs7KwfKwWN0ZTukycq4AXWNpSkA7iHiMdy9vF1lhhtAbgIsGKgca6GhQ61ImyIc8V4pJUI7h6WgUOHRFlLF4dAQ6Q53T7mR71S4wQGXHUOgT
+tjfg0ll2dpLaYs1A/0dDX5oDjgjinA7WiWEh6W2LZ3Aax7cdpPIGFBm6K36CR/OGytzGwruLooJZG7Sgm23HOQ7SQHYq5Bgt1omh44tROD33kanQU1SJgMFMGSOa51aQ3D/7r49F5kptYEaA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Fri,-19-May-2023-01-17-47-GMT.mhtml

**Hash (SHA256)**

ffb5646c34e767ec2006cc298d6261ed80942f399315008075ec89119c91ed8a

**Signature (PKCS#1v1.5)**

Pf45FPTUlt/HcTMV1FMguvxVO4iVzAe9TSfDeZu66ONGAlohvK6/Nm/erwwrm+6C8VgeMG8GigVtlLBXC0AjHXdUa3FGktATD+DBCq839gqrk1MeC2Y6oAL6pSlsIU9fDslfN+TDR0nyuvQhEZp+Afy4iiH4bbE+bhvu8IhJc8wbmYhJkAvIsFFuWp/
uMw9YUr1hML2Y07vIYzeznUEJQWCGStm3VJB8mHB6sRL3hubWbIGQZ57kR2/l0IhAjYuZhqHDCZDvrZ9ud9/qjg2QMfRF4I+Bzvu7/WtwujItO7otIigrZw2TwHAwUu53/6numL6SMLAmyBhMkAhF094JGg==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Change

Or pick up near this address - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

Add a gift card or promotion code or voucher

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items with your 30-day FREE trial of Prime

Get FREE Prime Delivery with Prime

No hassle. No commitments. Cancel anytime.

**Delivery: May 21, 2023** If you order in the next 23 hours and 42 minutes (Details)

Items shipped from Amazon.com



**Smiley Face Stickers 1800Pieces, Happy Face Stickers 1in/2.5cm, Small Stickers for Kids Reward Chart (8 Colors)**

$6.49 & FREE Returns

Qty: 1

Sold by: Joyberg

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

- FREE Prime Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Sunday, May 21**
  $5.99 - Standard Shipping

Place your order

**Order total: $12.93**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $6.49 |
| Shipping & handling: | $5.99 |
| Total before tax: | $12.48 |
| Estimated tax to be collected: | $0.45 |
| **Order total:** | **$12.93** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Sat, 27 May 2023 00:40:22 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0d:5600:8:36::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

goncVrbhDCs0zFKQcGVA1SSNjiOL8bw3CsVuLJdqEnib1Vys3Yi+IzrT/
yOJYP48zlW7LuPfd113IXXeENMF7MaresXPSNs3vFFw3iZER7gPHOlr92vFWF02h5rtrrSjQ62Fu8wsvng5DpC8MZEaqoz4XJJTNEGSEsz118OdD0rlcnvJtRbXsxUQmQxPfrEcgdb3fFxFLOip2h9pA0nwYCBLIeUrwthKapi6w
+D5rGaUWh5kpX36r2T1KnyEw2TgkTmw5WBThiyH3P0iWdbqV4iXy/8FybOA+D9RJDSLkZTDWecF5f3l/CRAWvSYcQWAopKe5d776kxRfAbCl8vzPg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Sat,-27-May-2023-00-40-22-GMT.mhtml

**Hash (SHA256)**

d08b0697b2e23d49da12ead0601e1569322e3055b661e1e01deaacfdf86f9c5a

**Signature (PKCS#1v1.5)**

S/8/I+l5uEAURPl/ZB4SG7pwyTJ0HqZXQts4J/VUFKJaC/FtizRS97ulpuSxZVa3+Y1KwZnQ4Bd9w0tsEs6tyYaHTktRw1MZERmBSpNr7P2mEjWAReYiN5cs7DRdlubdXrve+gbX6RguDHjIRzjKekD1TRe2YHcXELUA7wkv72bF0Qwl
+8CUwYfcAfWR6g7pRi5PtJvTAmPHj6rdruJtvPTT5fJDFtwdsUQzggZTSQapUWDjtjtSG+ZL+TYn1ZDPItgVgAz2bTkzvahKuo+8RllLaQht1fDfsfzi1l0OnFJyQ3ImcXlI+kM6pvptapiI7e+W8BDcOAqLQeS6B00vfA==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items ~~Tuesday, May 30 by 8PM~~ **Sunday, May 28 by 8PM** for ~~$5.99~~ FREE

Get FREE Two-Day Delivery with Prime

No hassle. No commitments. Cancel anytime.

**Delivery: May 30, 2023** If you order in the next 21 hours and 4 minutes (Details)

Items shipped from Amazon.com



**Jusy [4 in 1] Compatible with iPhone 11 Case Clear, Cute Smiley Face Phone Case for Women Girls with Screen Protector + Camera Cover + Phone Charm, White Aesthetic Happy Smile Cartoon Case for Girls**

$12.99 & FREE Returns

Qty: 1

Sold by: Jusy

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

- **Sunday, May 28**
  FREE Two-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Tuesday, May 30**
  $5.99 - Shipping
- **Sunday, May 28**
  $9.99 - Shipping

Place your order

**Order total: $19.89**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

**Get FREE Two-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $12.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $18.98 |
| Estimated tax to be collected: | $0.91 |
| **Order total:** | **$19.89** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

AXENCIS
Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com: Jusy [4 in 1] Compatible with iPhone 11 Case Clear, Cute Smiley Face Phone Case for Women Girls with Screen Protector + Camera Cover + Phone Charm, White Aesthetic Happy Smile Cartoon Case for Girls : Cell Phones & Accessories

**URL**

https://www.amazon.com/dp/B09TVXPQH6

**Collection Date**

Tue, 30 May 2023 06:26:05 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:36::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

M2iYftgyxvZRuegX0t5YRKzilQTHjaB9YYpCvGxg1aL4w37yj8o9yDrGpzjtFppXa0XiOeFCEvmJal++erKwq/P52HBoW6o/Q8Xpck36tXl9FWGlnupNrGigqlBvC0pJyRkPKnKkSu3A5NiKFgyzhHYUucCXookyhr5JEWIKy0wLrYbL1WdCY4VjWIuM9GCrAE7XSaVO2OlY8+83/
Fqyu/96rC09RI1f3gd5t1btvNQRiXaFIxB+/9VRGxEzpG+TkkLdWM43cxXozTZxeuUmZNX98TkOzU/KLX47XrbrGmKktm0Sbd+bok2rxwMy+KJkHmTz3LamCtWUa9vpiq2Osw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B09TVXPQH6]]_Tue,-30-May-2023-06-26-05-GMT.mhtml

**Hash (SHA256)**

b4f458aed03fc5b5b7d0e07334bd808510eeecbae04655de0393a2538979b32d

**Signature (PKCS#1v1.5)**

Pvw5Dz7tCLA6PPA2qZVQZA6O8Z06Ns42mQA8cy+Cy6kxgxnAZtGAFpMGF/d/gPY
+FmgTUoxnlNipcljjWoW2v5ydh6ywhlYBldQetHr70BJQ5xpGsJURV2B6aKOqSdecCTFVTysAeqXjGlFBoFkfwJxakYYTU7k4qG46uLWDAwRcqkM8Uk7WH8869R5bJMhKJchow5S20eQxcB13JAG5THuA3iZ7dS67OH+p/liJP5YNHePHKQJrCLj+1ZGSANnfnpxVlcFlgnvsLnr18mb7FrYfZ/
Xa7efmXgHZ0PKwppkRZ8Dggd6XfhzwwMZfIee5gyePNjogTfpxHzlbSIXylQ==



AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com: 300 Pieces Smiley Face Beads for Jewelry Making,10mm Colorful Crystal Happy Face Beads,Acrylic Smiley Face Charms,Face Beads Spacer Beads with Elastic String,for DIY Bracelets Necklace etc : Arts, Crafts & Sewing

**URL**

https://www.amazon.com/Jewelry-Colorful-Crystal-Bracelets-Necklace/dp/B098QM2SH7/ref=sr_1_77

**Collection Date**

Wed, 14 Jun 2023 11:18:13 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:36::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

b74BFBEo5b/y8AmvqrsFnBo1Lnd+7ALjWzH8T0no6CaNOL3bM/MyjuV+FnGL4+fRbiOzrLSjN+8kGsMUHTrUwOrK6UVjbYi+GlxAeQw9xEXZjyq/vpPikZj9B6lxAsWELw9i2yNgpX/AbM467HNExbwvRtYIHqBm1a75svrd478=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Jewelry-Colorful-Crystal-Bracelets-Necklace[fs]dp[fs]B098QM2SH7[fs]ref=sr_1_77]]_Wed,-14-Jun-2023-11-18-13-GMT.pdf

**Hash (SHA256)**

964e452dc58b3220293df17b7881456c0ca3d62a2966e596332b401431f4fd38

**Signature (PKCS#1v1.5)**

iIYqWmPYZS9w1QIp5PvGQR0DCPzH/X1zTnrhnID6PnqI3MEoXH0MD8oLBBqrz1sDJazVt1IBQCfVewFxfrZ9uCd/+ITPJVECFwjcPMVzG/4widtd7A8Xvub8/99rLUhreLZHxL6DkqWr3OHG9YiSvhCbJ+w6xHwv7XgJhu3L/Yk=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 15 Jun 2023 09:59:01 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

202.83.41.44

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

iWduu8qCmerc1KQ3G/O/hJxOigpBHkT2b6ov036nkzUkZEkMJXZIuU78cxCLsILh2keIQAVhJA2xJCDnhFgDEK/Zhl+Wi8k2HZzK1S3YivGRjKG82klVxcOUGIEKOOGFe5D8RGSE4s6dpX1LankIMYytisEKwpByS6fhQvm
+q90ZhhGW522eMwDZzjcOQbh74vVwtkeB2EFfd9mYpR1LlHgXrWKq9L91ZBT4e9LFEMWr8wkspspRf3AOMl3Qoiz54ZqfMlr88A6aPFHtjlswCC3sRTZz9SCzW0ps9LcLTKeOeQoWBKuMelWJl17vs7pf39fAtGgMQUrHY2fwY8J+SA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-15-Jun-2023-09-59-01-GMT.mhtml

**Hash (SHA256)**

4c67363ee36073a04ddcabbcfc8fae55cb8af32e0edf1abcc8484cae83352fa9

**Signature (PKCS#1v1.5)**

Ih5+dSD54s+/0FIoHhD5GivVNsJaD5m5lCMsBT4leM5y8czbK79u/vCYHdRNVujjVQ9cHOWdlcAePtx3k/7fPw3MVbdo9AqDAhZIKuC/64YqYHjdYuuE8mhFNwCitrBEIZ91JPJzUcU36N8kDTVtjbbYY8qfmpjca9l2emQHgchGt2Ag4lMjqA
+FNDhLkrwkjlYmrd00iGQ2JSPkXTJ9NQ3hrF1jzc1OWzC5U5UM0moN9gG0KYRiNYRDn7ld/DKSuWZWZ5A3RRWlMCjLfaUMWBp/GAdb3MXrMsDk5mYcXiIf+0rM19V/BwdSlzWUiyNE5hPNBjPYnL5B8U+OgFiVZg==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

Or pick up near this address - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

Add a gift card or promotion code or voucher

Enter code | Apply

**3 Offers**

Change

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items with your 30-day FREE trial of Prime

Get FREE Prime Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: June 19, 2023** If you order in the next 1 hour and 45 minutes (Details)

Items shipped from Amazon.com



**300 Pieces Smiley Face Beads for Jewelry Making,10mm Colorful Crystal Happy Face Beads,Acrylic Smiley Face Charms,Face Beads Spacer Beads with Elastic String,for DIY Bracelets Necklace etc**

$7.99 & FREE Returns

Qty: 1

Sold by: JYfeel

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

FREE Prime Delivery with your free trial of Prime

Fast, FREE Delivery prime

**Monday, June 19**

$5.99 - Standard Shipping

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

**Order total: $14.54**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $7.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $13.98 |
| Estimated tax to be collected: | $0.56 |
| **Order total:** | **$14.54** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: 6 Pcs Glitter Smiley Face Embroidered Patches Self-Adhesive Sew On Applique Patch for Clothes Hat Backpack Bottle 2.2" (Gold)

**URL**

https://www.amazon.com/Glitter-Embroidered-Self-Adhesive-Applique-Backpack/dp/B09DKXZCPF/ref=sr_1_78

**Collection Date**

Wed, 26 Apr 2023 07:35:18 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

V+lrO6cTmdeKTudqdqYDDVU19JwhG8ue3kosHgPBC2vVGCPixMHYwJOul1Ds3QVpGmBSYAR2mZY3Ae9yNTqiZ9rmVVCsurnTBkWwjOarXX2D/w5n1dWbvXVh1Vcvv8O3cJvuU5fetTV7CwBig3c/rdD6tT36kaFX//mcog7kn+o=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Glitter-Embroidered-Self-Adhesive-Applique-Backpack[fs]dp[fs]B09DKXZCPF[fs]ref=sr_1_78]]_Wed,-26-Apr-2023-07-35-18-GMT.pdf

**Hash (SHA256)**

d1925a408df05ebfd3f0f15e90573578f50b631ff4fbf6bafea0c01bd7a12759

**Signature (PKCS#1v1.5)**

XWRFn6o9w8fQ+H70AcyHyRjs/7q1XH96B3LIrfIWaLQtGwE7tKwdSJF5CaA29SoOt2nVaxm0oqQlU8hsAvlSv/G3GeqijZ/gl8BuZJmPcb/eGKpV7fQSG9q7F1TYalsf3vW0Rl/iv0l1rY2GLv6qrEhZjATv+HOBbSDtgij+iyE=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 01 Jun 2023 09:51:56 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0d:5600:8:93::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

W/rZAZqpKBhiiEEE9mbyTqjf5ibQ4oWKpDNfbMxUHlpdASDOahUybqI61dxcHkCbA8KWL1fo8DPPBA0OWE63NiWpSYZwcREuWeOeZUnB8o5P//7in54+AB5o2jiZ1I1pXN6eblvuWOJDFy863Hvww0X4ftV3WN+M/0J6hAMW8WwfJSv+HIuLDJaZ1Ol/fmXudRXhk7fpUJgbCh5eu/
vCQOVRWAlkqo9nUA43X5LsJABQsxDqlLUS/icL+DKquvXOAzOHuy5ie2RM1m+NjcNRcD4nDlDJku0fmpsMU4HlHCWwKLSZMmLjV3hYSMgZy3Dp8PO0Nc0v8ti0LMpJGd3QTQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-01-Jun-2023-09-51-56-GMT.mhtml

**Hash (SHA256)**

85f98c06ab728477975cb6d57695a94282ab2dc18157645b37d47e17c2feb8b7

**Signature (PKCS#1v1.5)**

KsPb3zdMZBdwH/7ei0WLc/K9KlrxE3gAXNAVM2GQF6RUkyum7pe9SIChcsz272Ep7AA6APTbajK1xGq75M3hAZdZ48aPbvbg4HwXb8wiqywaogJzbHWr62weFNixqmK1zewax25pBBG7yxmd+c/2AQlLZ+k/
XAspSSoJ3NTWSkBcuN6COAJ7fau7jKoSBYZbwPUFv0ug2RyVcj7sIID1+19tQ4GbFG6FFjVq4Ysr4BieAa3bNHG2JtL2nfJBhOFmUvjw4hcWu0324r071EBPQMpoXxwa+OYDhtK0GT9+YM6PhXchY0+whNmPvJ5+wQ+l5/YcwqbRR860cwfB97oJWQ==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

Change

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items with your 30-day FREE trial of Prime

Get FREE One-Day Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: June 2, 2023** If you order in the next 18 hours and 8 minutes (Details)

Items shipped from Amazon.com



**6 Pcs Glitter Smiley Face Embroidered Patches Self-Adhesive Sew On Applique Patch for Clothes Hat Backpack Bottle 2.2" (Gold)**

$6.99 & FREE Returns

Qty: 1

Sold by: JZTang

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

- **Tomorrow, June 2**
  FREE One-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Tomorrow, June 2**
  $5.99 - Standard Shipping

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

**Order total: $13.47**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $6.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $12.98 |
| Estimated tax to be collected: | $0.49 |
| **Order total:** | **$13.47** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: 12PCS Smiley Face Patch Flower Embroidered Patches for Backpacks Rainbow Sunflower Smiley Face Patches Supplies Clothing Cap Jacket T-Shirt for Bag Decor DIY Arts Crafts Sew Decoration

**URL**

https://www.amazon.com/Embroidered-Backpacks-Sunflower-Supplies-Decoration/dp/B09LHD6RL1/ref=sr_1_59

**Collection Date**

Wed, 26 Apr 2023 07:28:35 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

dh3fdxwLuCkJcQUh1b/bu1hA+08OFryS/iIJ/DPVGFV//6Lyml/1umoSicPx4j2Jg8jnkxBDcqHUJpXiz+7+m9djBi3VyNnwpk/ozxoGO7xbLuByV5KLn82A75mcVyWGNiN9fghIA0m281yXav9QEuB+NiibCA9RxSIFFbJlwqI=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Embroidered-Backpacks-Sunflower-Supplies-Decoration[fs]dp[fs]B09LHD6RL1[fs]ref=sr_1_59]]_Wed,-26-Apr-2023-07-28-35-GMT.pdf

**Hash (SHA256)**

aa42b06180bc72930c37094c9b68af7e0bb645f2b65686ead42146b33bd5f9af

**Signature (PKCS#1v1.5)**

lwMke75C0wnuav/ilpPfQXt4NaLqonXIkufH4glr7WMstVZ36xukt3bqcnynUGmXcqdEW8GpfH9pmsorAVdZwCgtkI9IFvkEGtEAmo3bpRHUzbnfsbJNsX4uZwJpNEy+5QTspWYCFsRjxV1+ciggA223JCMe8V58yZsvr2x6qMI=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 01 Jun 2023 06:53:24 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

111.92.76.63

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

kskDAmclHKn/JPflIvKqmiQY70Zm+c3uDzX4sRy4Vwc0ZaY/LQfH8NEfzVfQSkk7zoCQjckJKJMfsXrUKWqAUCWxXr1kqacvv77JGRX2V76lxZJXo/7qcRAsi//H1mTfXcTcvPglD2EYrhZXoQQw99k3CxHqKA7f8N9svMmPTVI+Wk6oPNBzR6x+2A9wabLsdYjvKNwEylyyIxJ31zOZS6xH
+hymIRDk1Yn0SRIUIaxMy2gqndZFqGOeHjdZm0YPfQRgtnx5tlrA8Y/8tYXJtoyFbNrosrpBB7eKQnqKllC5GdFu+xAlGsDqxMv0NOcAKmBBzFSYyW5zIKLPtwzWEA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-01-Jun-2023-06-53-24-GMT.mhtml

**Hash (SHA256)**

64ca22cac1cf440ed2313c68ac3ea24c5b2fee6615babeaca12978d9031ae699

**Signature (PKCS#1v1.5)**

qsnWJMHCCsWHhYwNfGMxztyB00nJJjY+84k34nWV3XPK5esixP81iX0HbSk9/USdOSS7FEfsosK4/Vql6RE3nBvHht40lvnX2mEXZFS2nr5kQIBi/LzgwGLDNTyoTGQEF1B4OdhC0vLQHby3wAqn30QfbA/+GICTqXGT
+RcSPGHJJKiAjjBLuYWV0vhF1zyS8tLg1giSEzPQNrAdgy5kaTMFzoI4Quwk0EXRB7jpUVVpt/ODkf84VHw2TkBQls7Ahfwf7ti24gw7KzhRqPUAbZK5TWfRcHNdgGu5IsUyIEk/0t7XW26NKmuTZpi+Zwn7qL52vdq/chwkYmgvaT1bQw==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Or pick up near this address - See nearby pickup locations

Change

**2 Payment method**

VISA **Visa** ending in 9985

Billing address: Same as shipping address.

Add a gift card or promotion code or voucher

Enter code | Apply

Change

**3 Offers**

Change

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**
Get your Prime eligible items with your 30-day FREE trial of Prime

Get FREE Two-Day Delivery with Prime ›
No hassle. No commitments. Cancel anytime.

**Delivery: June 2, 2023** If you order in the next 16 hours and 51 minutes (Details)
Items shipped from Amazon.com



**12PCS Smiley Face Patch Flower Embroidered Patches for Backpacks Rainbow Sunflower Smiley Face Patches Supplies Clothing Cap Jacket T-Shirt for Bag Decor DIY Arts Crafts Sew Decoration**
$7.99 & FREE Returns
Qty: 1
Sold by: JZZ trade
Amazon Prime eligible Join now
Add gift options

**Choose a delivery option:**
- **Friday, June 2**
  FREE Two-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Friday, June 2**
  $5.99 - Standard Shipping

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

**Order total: $14.54**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.

Try Prime FREE

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $7.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $13.98 |
| Estimated tax to be collected: | $0.56 |
| **Order total:** | **$14.54** |

How are shipping costs calculated?
Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: KaFu Cute Flower Smiley Face Dangling Earrings Lightweight Acrylic sunflower Drop Dangle Earrings for Women Girls Jewelry Gifts (purple): Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/KaFu-Dangling-Earrings-Lightweight-sunflower/dp/B0B3VMLKKP/ref=sr_1_160

**Collection Date**

Thu, 20 Apr 2023 05:06:41 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

iDV1tPqQOisLldAUKeHUM2SqDPyHvK10T1SXBqTpE3mrSB6fLKexQ5c7Tb/jG7Y3rl1LZsA01OPwi4aO87MNUt0uV1B1AhHTEEQNCG3LphsYzpCd+enBWhobes2cO7vOmt9VW+9hxgulkvKO9nTQe8K8z++o25MiRXX/iJFE64Y=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]KaFu-Dangling-Earrings-Lightweight-sunflower[fs]dp[fs]B0B3VMLKKP[fs]ref=sr_1_160]]_Thu,-20-Apr-2023-05-06-41-GMT.pdf

**Hash (SHA256)**

750de105abf892d2fa8cc18261e474919d708450c82e390abc09272bf3feef1d

**Signature (PKCS#1v1.5)**

UkQWbGSTQo5cGgzDgBN19wNUCLXaiBYg7h0vgDKniRFfQ0iKk9j6HenbEA6xCRGmQmZc4iaDDdCep7iKPo2OaAH8DLziFw4wd85BjLZhna582oAu+ryx2F02ytI7g1AH5dWNyrlvHKAQAOMDQac0mSBZ91LvuPxnZ+F7TFp7ZOI=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Wed, 17 May 2023 11:06:58 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2001:ac8:9a:d::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

m/uOV9guRkLe5TU4OCgE19usYupopOvMCHt1dKb67yQz7MDK62X54sQJPEicgn6TcHTL28rFqlcn4j7ClxzTSDN/tp7PzzcYpynv75uiW0BLq1q/oG/O/EzBdM8Bw2ZACh2P+PFb/hSEtx1EWl1wNUY4qt5DMQL6xE6r1PGw5l/AYNTVzfxd/jgS0cZSC20W4eHxiyVIi7x0W2Ydkv/aWjgg
+zFjwzLpocnTklevoBh9gKd8A4hByb6bFtJ2t29/tp6iNyvDeaZRvdIhQ2J2c5YRxadUl2L5H8VBQJXu4m3uCBuC4PRj3vJzAcGEvGz2c8a4cGxrCz/JKisJC21AQQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Wed,-17-May-2023-11-06-58-GMT.mhtml

**Hash (SHA256)**

8a05efa0d20a4b529dab3f7e20fe26b6ae1e9c66dbffe12c47fb0f0b5aa813c1

**Signature (PKCS#1v1.5)**

WKxjXlOuGGqI0PmyWbrcVJ2ZNvK5w/qiTfXw1BoRAzX8+9DCbxxALzDjy9FXBurfw7NX7pN9MILNGreIhiKCTmq8pClPI29dcEr/1gZ682hNTMQN+M0aickLdKEaNVvo1P3P1c5IH66E+t4jdm3NyAlAclEaizcugxYAQ
+fF6zrDyDDRTwZ65JFukNj2aHQAYhAJRfKjcHYACcpqdrUGb2AwCy3+Mbd0kXUXAVTPEZgWawsHGMknCS5gU64HWe+Y19tjUsF2YaoXG0LgVRLwWaIsHmQNnOXPH15GhA09VTRKup+ahxdPtkA3/4ryWWIlAWk24twTVbPXMuWvnAhgSQ==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items ~~Sunday, May 21 by 8PM~~ **Friday, May 19 by 8PM** for ~~$5.99~~ FREE

Get FREE Two-Day Delivery with Prime

No hassle. No commitments. Cancel anytime.

**Delivery: May 21, 2023** If you order in the next 23 hours and 53 minutes (Details)

Items shipped from Amazon.com



**KaFu Cute Flower Smiley Face Dangling Earrings Lightweight Acrylic sunflower Drop Dangle Earrings for Women Girls Jewelry Gifts (purple)**

$7.99 & FREE Returns

Qty: 1

Sold by: KaFu

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

- FREE Two-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Sunday, May 21**
  $5.99 - Shipping
- **Friday, May 19**
  $9.99 - Shipping

Place your order

**Order total: $14.54**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Get FREE Two-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $7.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $13.98 |
| Estimated tax to be collected: | $0.56 |
| **Order total:** | **$14.54** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: RALEAVO Compatible with Samsung Galaxy A52 5G Case,Liquid Silicone Phone Case,Cute Funny Smiley Face Case Cover,Soft Gel Rubber Slim Cover Anti-Scratch Shock Protection Case-Black : Cell Phones & Accessories

**URL**

https://www.amazon.com/RALEAVO-Samsung-Galaxy-A52-Anti-Scratch/dp/B0BLNNYHL9/ref=sr_1_92

**Collection Date**

Mon, 24 Apr 2023 10:51:00 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Q8SEK0H6T14XQHueHPXGa5WyhPBrQelqqE7Go8n2bodkUBuNitoNfmMlFPJA5oLGhE+32SLMsfWx+q2/v+kc+CnSEPZH2iLhGXZRKEiIBYQYKk7xUleRW1DUWGUDUq6PKffupl4hplcYvn9dFMRcGbBm+2FI41cNKqvr+0vG3BQ=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]RALEAVO-Samsung-Galaxy-A52-Anti-Scratch[fs]dp[fs]B0BLNNYHL9[fs]ref=sr_1_92]]_Mon,-24-Apr-2023-10-51-00-GMT.pdf

**Hash (SHA256)**

872d38e994f1cbda5705bc24901fffb57608ae6e60941b79abf02ef3f6cea932

**Signature (PKCS#1v1.5)**

eM/UM1Sr1aFdeUiMUottH8h6jVu5qY+V8rppExanLSxf+us5kXVJxO0DT49qRn1cS0dzpFOmEHt/kENu7q2SBypGNGckd78Td0ZgkGNWTve2xRU1pyyiqpnvbDBe+NRLTNCcfFclRc7/D3ztMGov/tWkIE1dRdmS9O9E7bG0/YI=



AXENCIS

Investigator Name: RemoteUser2

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Mon, 15 May 2023 11:41:37 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

RemoteUser2

**IP Address**

116.68.99.108

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

a+4KQxDd42QaqYeMo+VwaDxwlycMQOk7OZUv0TIK6/Rm/BhtK2NTCKwy7dPWOcspIOD4oQy4+zSB2CzzZ4NPF8AQNLp5ird5d+SCjg5W4ZpDixZoPF/1jBjaA93QFhzn5xHiW07LmjpQp2fIE3hgp+XEYFDkh6EKxDIEq49aCDBYfaAIJh8nP/qoufdz2Pdc
+/7TYkAmFkokMaSm9uG8XBPDGJVgo5VGP+f5LKuIwcPg+4qn7pisBc0sPggP4QatDgQjNdKpUoiF4TdpfCS+AJh6kKplJBXlj+DSLtLtGirR1vJxdIntGElhts1X4/wIiQkrdIb1uC/WAx+VM4il/w==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Mon,-15-May-2023-11-41-37-GMT.mhtml

**Hash (SHA256)**

3f9f22b9c2b8f02233aad8f2facaa32e34d54304520891cd6f23da8504685fa9

**Signature (PKCS#1v1.5)**

GGlGZlw9EwIsTtXZT9fdw5XYzGUZCy1wBCyJ/yr/h7ADPAHkTlDDXRfOVeZySk4jKKBuai00iR4RBoHIFknUHgEQUn61PxM3Tw4k1U9eTgUyQtq+IGuYVkqSBJHTeNUV8O5LCsbM+fM9az1PiCRVdxjyMf9WnappLlh72GUpJfGkNXiOx1Yw7HdFXeSeYtIzobmeZqSaIRv3/
TT5SbCaaqLWsTXrdupJhZrw97OEO1g4XdBg60zEDdauoMmpB81hR/hB5zHDiwkqquRGPdx+dQkycMiVRbvRmNU7FBMKkqO9rKqBK7TOPtofeAI40hZYSa8yI8iMaQG8Ygk2W5X8UQ==

amazon

## Checkout (1 item)

**1 Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items ~~Friday, May 19 by 11PM~~ **Wednesday, May 17 by 8PM** for ~~$5.99~~ FREE

Get FREE Two-Day Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Estimated delivery: May 19, 2023**

Items shipped from Amazon.com



**RALEAVO Compatible with Samsung Galaxy A52 5G Case,Liquid Silicone Phone Case,Cute Funny Smiley Face Case Cover,Soft Gel Rubber Slim Cover Anti-Scratch Shock Protection Case-Black**

$10.99 & FREE Returns

Qty: 1

Sold by: Kaile Direct

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

- **Wednesday, May 17**
  FREE Two-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Friday, May 19**
  $5.99 - Shipping
- **Wednesday, May 17**
  $9.99 - Shipping

Place your order

**Order total: $17.75**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Get FREE Two-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

## Order Summary

| | |
|---|---|
| Items: | $10.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $16.98 |
| Estimated tax to be collected: | $0.77 |
| **Order total:** | **$17.75** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Flowers Smiley Case Compatible with iPhone 12 Pro, Retro 70s Smile Flower Case for Men Women,Transparent Soft TPU Bumper Case for iPhone 12 Pro : Cell Phones & Accessories

**URL**

https://www.amazon.com/Flowers-Smiley-Compatible-iPhone-Transparent/dp/B0BBD8D6Q3/ref=sr_1_186

**Collection Date**

Mon, 24 Apr 2023 11:32:09 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

E5crjBCC7E6T0NP3JlzV8yi/kUwqPi3Yrj3j5rZ2NttZB93ZSuGRvTmlh1g5aDAGPyyRQLTPrtI7WM0RH27j8tA2pWI9l14IdRYSB39s751GA9NnOdr8HstcNO52BbcVG4VEIA5/bdzPQYdk3qHzuJUQq/0vLVdZ6ZzP7d1LMno=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Flowers-Smiley-Compatible-iPhone-Transparent[fs]dp[fs]B0BBD8D6Q3[fs]ref=sr_1_186]]_Mon,-24-Apr-2023-11-32-09-GMT.pdf

**Hash (SHA256)**

5d50bca4b419b5ccda1c48271c3898330417c082ed5923835d00417f934b7a19

**Signature (PKCS#1v1.5)**

Q6mGFFlhDfm7L0GqWknXVHKtdHLr4ec02Cb57hcxYW1+mwvWFjmTVu/MmgF80+UlhNcsOgTZYzZmRI98PKUEG28R5+Ef4BOxqd2USMJHmFmtNQo0wqGGrKyLEDnSRXL6QYeNBKf2fpZvnrAStlelGJ1mfA/Uxy41GGcz9ymhx2k=



AXENCIS

Investigator Name: RemoteUser2

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 16 May 2023 00:28:06 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

RemoteUser2

**IP Address**

202.83.57.61

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

s4EroJso34ltEp2gYaLGeMeABn5niPdHlkLyZqMGeSTREQYG54JsOaUSyo3YGB3mJd5yYdDvektheY9wPKfz/eFEWmqZXWwJl4Pa7ighrT1MsQUvBX2DtGvRKL4uljVgoOIYdMe5m36kj
+6fiCwDC6Dx4wH7oh2rKhRSXp9fQHFlHzg0kI1YipPu4aW1DUOkLrWQ3mGoxKL4Yvmr58A0hepoKHCGgg3HRLCON5Js8wG0xgEcnnDXHuCealugAsaXLRkxRuRAaZNe1b0OZ0mYpyKif6OxiXL8YZsP4Zbkpa7z5a6DtHwAeONNIfwHcMAZiDjltYYeU7ey6vWT/Iu9tw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Tue,-16-May-2023-00-28-06-GMT.mhtml

**Hash (SHA256)**

7314f365e6bb24d57d1578e2d3b2d50f7a9ce239d9c23baf54cd47b2ceb592cd

**Signature (PKCS#1v1.5)**

invEfcAi8RwHFR3G3shTjWjGSLbDeDoxteTDEuDTaQ29W67YSGbWI5DVClDQj1DFXBfzKHE1yUUuptTLmS8FMFkV1YKCpB844ecFF8aBRVynwviVwMuPBEq4xNFfe71o6RRNtb5Eeb
+IVq3Vd3ua3CrnFzpm3uvvQvQFHilqwWU8NoCIpEh4tINJn4TH0+vWO1SIGVF3jLv9oP2HOF6MHCMYEnwceSAQEryGbiL6+WFNlUtU5/x6IotR796DKwAHN8dRJ8/JG7IrSVeW9z9iSxa3mJFVjOs3ygg5YaqVgRKDQCQ93Y/HdUpR6Imn7JPHM9nG4+z2NoyQwOub3Vozzg==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

Change

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items ~~Thursday, May 18 by 8PM~~ **Wednesday, May 17 by 8PM** for ~~$5.99~~ FREE

Get FREE Two-Day Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: May 18, 2023** If you order in the next 3 hours and 31 minutes (Details)

Items shipped from Amazon.com



**Flowers Smiley Case Compatible with iPhone 12 Pro, Retro 70s Smile Flower Case for Men Women,Transparent Soft TPU Bumper Case for iPhone 12 Pro**

$16.98 & FREE Returns

Qty: 1

Sold by: KAIMEILIFE

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

FREE Two-Day Delivery with your free trial of Prime

Fast, FREE Delivery prime

**Thursday, May 18**
$5.99 - Shipping

**Wednesday, May 17**
$9.99 - Shipping

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

**Order total: $24.16**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

**Get FREE Two-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.**

Try Prime FREE

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $16.98 |
| Shipping & handling: | $5.99 |
| Total before tax: | $22.97 |
| Estimated tax to be collected: | $1.19 |
| **Order total:** | **$24.16** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Smiley Flower Shirt, Cute Smiley Shirt, Vintage Retro Happy Shirt, Retro Smile Face Shirt, Happy Face Shirt - Navy/XX-Large : Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/Smiley-Flower-Shirt-Vintage-Retro/dp/B09WDKFQBL/ref=sr_1_28_sspa

**Collection Date**

Wed, 19 Apr 2023 11:31:52 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

goamw2tBmTkPXzFq++MmJhHqm7OYidJ3p3lMv2at5ZTJX2bp8L5HX8REWFlRFFqRViliqTz4Po9oRxhigWs6wLuD1fQao92i5tb0K7S0Yiofl4Bjd5iTdlfNlPvZv0CuVkxbKsf+NKwTgL8/CebelM7c5AlQxoqnBkzkiWLIqMc=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Smiley-Flower-Shirt-Vintage-Retro[fs]dp[fs]B09WDKFQBL[fs]ref=sr_1_28_sspa]]_Wed,-19-Apr-2023-11-31-52-GMT.pdf

**Hash (SHA256)**

7ba37599526694c83fbd287eefd8d32e6d4f473eff5f88f2d6dc2abea7a1f58f

**Signature (PKCS#1v1.5)**

MTamZ4K4HNF3JIKUiHWWus/ZJPArbBtIgfSix7QFbNe0VT6ZmCBT3157ugALbYw0gRtTGN0uWI2CvbxZAkGFXXxGObgqxqzhOz1YE3sdbDx+beVetkcEe1b5yIQwsaYInOQmOkIpjNC6rDhuad1WrkX3kxpQRL3SlrBg52C3eGc=



AXENCIS

Investigator Name: RemoteUser2

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 11 May 2023 09:31:40 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

RemoteUser2

**IP Address**

202.83.40.99

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

fVQck3+tspiww0UcRJBWwPiXmirCowZDI9VAuAlB5OIefxAo8gWx+Rsc0lo+qh+YA7sQZFJV31VbC2XXSIOX3WWJxBzX70k6Yj38IbFd0XcNsKte/rYL7QLEbYX0+Hc8sSS/OsB14B4sCprqdF+jWmIb3qWKG9wx2z/j/C9TS0y7DMve61w1/60KKJBAVtyDQqLwyoU3QYcyBWkcOwO4ue6b
+aZmt4hCQRuz7zUwXA7B1smskbs9NFOPuQQVUG9f94xL9HUn6uNAPn8lBGhIs/VxZoImXecyua3yBoMnmWrhR034SDZrs5ebcfsAs1XpeDCD34PCxakursyh1vYz+w==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-11-May-2023-09-31-40-GMT.mhtml

**Hash (SHA256)**

89e76dede1779d8cad535955fd929effbfcc187c673af03cc1cf4fbc53c94bfc

**Signature (PKCS#1v1.5)**

GvqgKmqhRtqWOUThlhC0KDZLQPCzoKXHbbXk94mc8AwTQI4ik06zT8J/SOyHfSrTIO59Y0zwF2+JH8iamYts4ROy7HinFXnA00n+QVA3yWDzga41alkH7dVAH0VmpoVO0l2Ojd1gbd7682cgN6JUetoIQX9e6Ro6RAW2Omja5KEMRXUgXXJCaP8+JXwK9wN7Hxtxatj2YHGt/
clysUtxxANYuqB53UUWfcDZUu12TExzLbvkMiGQCEoNrHd1q/ca8/1fmIB9fJYLwI0nsfZgd3doAeXOhBTRMZOxextF1Oo6zxvxrd2t1MZrSBcxcNQd/Z6n4o9ilcyAPVF+q/WhQQ==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Change

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

**FREE TRIAL**

**Jade, we're giving you 30 days of Prime benefits for FREE**

Try Prime FREE for 30 days

**Estimated delivery: May 19, 2023 - May 24, 2023**

Items shipped from Kapzon



**Smiley Flower Shirt, Cute Smiley Shirt, Vintage Retro Happy Shirt, Retro Smile Face Shirt, Happy Face Shirt - Navy/XX-Large**

$17.99 & FREE Returns

Qty: 1

Sold by: Kapzon

Gift options not available

**Choose a delivery option:**

**Friday, May 19 - Wednesday, May 24**

$4.99 - Shipping

Place your order

**Order total: $24.24**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

## Order Summary

| | |
|---|---|
| Items: | $17.99 |
| Shipping & handling: | $4.99 |
| Total before tax: | $22.98 |
| Estimated tax to be collected:* | $1.26 |
| **Order total:** | **$24.24** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com: KatchOn, Large Smiley Face Graduation Balloons - 28 Inch, Pack Of 3 | Black and Gold Grad Balloons for Graduation Decorations Class of 2023 | Preschool Graduation Balloons for Graduation Party Decor : Toys & Games

**URL**

https://www.amazon.com/Graduation-Emoji-Balloons-Decorations-Gradution/dp/B07PC3FVQQ/ref=sr_1_37

**Collection Date**

Tue, 09 May 2023 10:12:54 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:93::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

MkjzaaxD9GMMOolw7MzAtOyEXbCvqZCDD92bnXjxaqC38lT/Xr/4sGziVurz4WyMjW6UpzzCqGGk4L6T+8vltvUUYBCdnnZ74irGeiP/E2WJvbJUq1aPPU9smYjQlkL+fSDDdsPk6ye9hJhOhS5XCBBrJYL8/xdlfoKFoo4yQz8=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Graduation-Emoji-Balloons-Decorations-Gradution[fs]dp[fs]B07PC3FVQQ[fs]ref=sr_1_37]]_Tue,-09-May-2023-10-12-54-GMT.pdf

**Hash (SHA256)**

3a3488449021ee62f2848b2b55dd50f614b70ea86eaf6e1faef18239967e7987

**Signature (PKCS#1v1.5)**

d1dlY0SET/JAXLeVb/8JcyFWuS5xfy9tAO23cgcWBQDGlpeTOpPjpZSNt/YlJ2/kT/HnRVV64L2PU3ZaoeCuKMrMOQlfXFelepJg0rcZYskMNJCX8FkwPHF1UK++goKrSSwb6jZlBDj/OAdZ8S3jA4PW/1tyZbVmaKsBrPyFcpA=



AXENCIS

Investigator Name: RemoteUser2

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Mon, 15 May 2023 09:09:02 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

RemoteUser2

**IP Address**

116.68.99.108

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

lW2O+fAPp1HSCa44wxqmT7ffVVfBlBvPuhf0oK/onxoxW9EqyTbsa+uE8PPblz/H9zGy2nl5C8FCJ0Y2VJlQ+/JwXTYR2w9q62CAtQXZmwfyumUtMeXTIAnEe2sIRhFLq9Y2Er5DiJljoxWgmHHiu8B4ywB25eUnR7iCSk/QVUYgEpQwblDwFrXdRMB6vR6hBX4mvqRitM/mkjHKLULEM9SutRE
+d4uazrrfi13T2gPvNxBf/jARms9m03B9fZ2FUXi+VFc6aWlDCC8bX3CBbQd450l7Ns5KwSfLQolV90AChcdqJsHtZzBvIQROVElUDQ3Ibo2BZW6imdNzqEnbGA==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Mon,-15-May-2023-09-09-02-GMT.mhtml

**Hash (SHA256)**

bda7aad8cabfd424e844528d8c034146c25a2cd1eb99724490f4e511c8989962

**Signature (PKCS#1v1.5)**

LW2BdB3rqGMhaGMNgkopCEcsnyWzydjWDOPUqNg0f48XdZgCSLIvxnikOq1l4pLtGMGCXm8qGD4kdPkOP/n2F4IUL3vkwejn/RsdvSlR1zZ3PENlY9/ZvDY367kEIa5GCxTugv4vT5M+u0pxQ/koB1TjWzMml9TExIqiacRuvNkgULiU/Koq9CrQ+lOtttUoPraxT8mshyNbvKo0uT8vBEjO2PNt/
gPeOpVeliyRWT6sRV1+6N0janAXhwzvo/vnPg6LnraxmWNmhhkNO69/GYNNWQW24+6n+TahZq49VI2xs0B+gs8faSlhHFamMhxu7c+NOfUcXhZFKC/6p//5yg==

amazon

## Checkout (1 item)

**1 Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items with your 30-day FREE trial of Prime

Get FREE One-Day Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: May 16, 2023** If you order in the next 14 hours and 36 minutes (Details)

Items shipped from Amazon.com



**KatchOn, Large Smiley Face Graduation Balloons - 28 Inch, Pack Of 3 | Black and Gold Grad Balloons for Graduation Decorations Class of 2023 | Preschool Graduation Balloons for Graduation Party Decor**

KatchOn

$8.97 & FREE Returns

Qty: 1

Sold by: KatchOn™ Store

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

- **Tomorrow, May 16**
  FREE One-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Tomorrow, May 16**
  $5.99 - Standard Shipping

Place your order

**Order total: $15.59**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $8.97 |
| Shipping & handling: | $5.99 |
| Total before tax: | $14.96 |
| Estimated tax to be collected: | $0.63 |
| **Order total:** | **$15.59** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Aufona Smiley Face Makeup Bag for Women, Large Capacity Canvas Smiley Face Bag Aesthetic Makeup Bag Makeup Cosmetic Organizer for Travel Cosmetic Pouch Clutch Storage, Corduroy (4 Color) : Beauty & Personal Care

**URL**

https://www.amazon.com/Aufona-Capacity-Aesthetic-Cosmetic-Organizer/dp/B0BS1HZKW2/ref=sr_1_155

**Collection Date**

Thu, 20 Apr 2023 11:43:55 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

k0/3odiMk1+LKgN010cPySYabNrj1+KRJ8eIxjw3vCF4MUks/UPW+ApNUlN/BMC99dqHWcs9TgTL8olrs/RtqTIVjTL97SeAw1fZmOoxQneO/kNBpkvAee8Uw1ehpn6wJzCG+fySeVoFw2H09ZMhpYVF4YPDxVkZ3UbKc4FXyj4=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Aufona-Capacity-Aesthetic-Cosmetic-Organizer[fs]dp[fs]B0BS1HZKW2[fs]ref=sr_1_155]]_Thu,-20-Apr-2023-11-43-55-GMT.pdf

**Hash (SHA256)**

25729c570547aff62e0bad00b832d21c93494aaa17b90086c7d64764e668a4d8

**Signature (PKCS#1v1.5)**

aWmmw4EdqWLFn1xt4wU6sefZt+l8Dn1lBO8ZOY2lw8hfkifSVwRdsCR6txqTvXRDWMi+Mvu2ObqF8P8fKkFkaB/Y7K9OvmzSVG8aVZYR6ZxcucpxIPdO/ndUDS3HGqhvxjtb9oxKNO2Gn/My8xIREy/MKWkRPRnmnocvQV5Tfmo=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Sat, 20 May 2023 03:15:40 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

116.68.96.16

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

jtt0nWTFDI9r8xPKx4IJV4dtFLyNp7Pvd9zliibw9D5ULYXfh2mDhuBsYAam2zO8ZBxBIDr8y5hQViP27c47cDJDM8cuyb4IOiq1x0FfK9g2vPdJ38lLMtjZK5a8KfRgksd9LAnennTOzo9/heSknLED12wYz2h3crtuIy/i4rkoYzXMiqbcl/SPrUH5CN2W7hs7nhcMpJ0EUqa/
CTL6XwCj4kgwB0thV0E1hDqRUUpMs8nr6f51geZrK0iE/gjL3YwtmY72h1j4v815yva6OQUQMCiL4OLVfz5BlAXVhNPmvwb1k37mYKovX2sSZ8RImW6yCDL2D0YjNvFFdg1lbQ==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Sat,-20-May-2023-03-15-40-GMT.mhtml

**Hash (SHA256)**

629d9b0462d308223d7c06c3ea04d3d740ea6cea723a7bb255934e78ead9395b

**Signature (PKCS#1v1.5)**

aRTp2s3lqFGq0aDUEGS1S1Npv3obeNW2+ZjZVxXflBDd60s662xKPvgGX+LkeN1OjW9whtwVgXDHeTjylDnG0CkZIzGytpA9wvmFICcTMdtqnZdb9viPb4KM8j4edvikpIzGVr+BZ9vv7F24nBRKt7vB83QJlyrhIHGaRVpAbD5PRErE98yToKQcAph/
ypqrUUIwVbNN30lA07QbkCN3QL7TVtdFWTljMrM2j5TwObKpNiMxdZRpfJbNFTJ3evfFMm64LCT85FbStxeBg6o7D341RiFZWRBNIbQnJXduuZabEG5WGfd1W1fYXGYolTv5RIHK7EdWEuoK40Ddy0X8YQ==

amazon

## Checkout (1 item)

**1 Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

**Or pick up near this address** - See nearby pickup locations

Change

**2 Payment method**

VISA **Visa** ending in 9985

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

Change

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items with your 30-day FREE trial of Prime

Get FREE Two-Day Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: May 21, 2023** If you order in the next 13 hours and 59 minutes (Details)

Items shipped from Amazon.com



**Aufona Smiley Face Makeup Bag for Women, Large Capacity Canvas Makeup Bag Smiley Face Bag Aesthetic Makeup Bag Makeup Cosmetic Organizer for Travel Cosmetic Pouch Clutch Storage, Corduroy (Grey)**

$10.99 & FREE Returns

Qty: 1

Sold by: keewiii

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

- **Sunday, May 21**
  FREE Two-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Sunday, May 21**
  $5.99 - Standard Shipping

Place your order | **Order total: $17.75**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

### Order Summary

| | |
|---|---|
| Items: | $10.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $16.98 |
| Estimated tax to be collected: | $0.77 |
| **Order total:** | **$17.75** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?