

**AXENCIS**

# Evidence Collection Report

Page Title:

Amazon.com: AELABYS 14K Gold Daisy Choker Chain Necklace for Women | Gold Pendant Dainty Chain Necklace Cute 14K Choker Necklace Set for Women | Dainty Jewelry Gifts ...

URL:

https://www.amazon.com/AELABYS-Necklace-Pendant-Jewelry/dp/XXXXXXXXX

Collection Date:

Mon, XX Xxx 2024 XX:XX:XX +0000

Collection ID:

XXXXXXXX-XXXX-XXXX-XXXX-XXXXXXXXXXXX

IP Address:

XXX.XXX.XX.XX

Browser Information:

Mozilla/5.0 (Xxxxx XX.X; Win64; x64) AppleWebKit/XXX.XX (KHTML, like Gecko) Chrome/XXX.X.XXXX.XXX Safari/XXX.XX

Digital Signature (SHA256 - PNG/MHT v1.0):

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

# File Signatures

PDF

File Name:

evidence_XXXXXXXXXX.pdf

File Size:

XXXXXXXX bytes

SHA256:

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX



























Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 26 May 2023 12:41:05 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

111.92.76.240

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Ey6oqJHPwtN39oM9iXDS0moTfBFdhHDGSSd0Lh4ZDR+JCyV0rce+LW4M1A29md08h/jiu8709QOqM3GeGije2ww931cMMyw6I8Pn8Rc25+0FFN
+tc4RNMeEFibdnIB6ReBKqySrf1xcdF38SNIO6SecjYLHmwzxjhZm7OcNPEEaaqURirCRio6fqoNSubru/fU03EkER6sebG2TuX1qU8wkqHrpKg+J+7f5GbB
+aY9BCdCL8geMnVEdNY3/4j4aU0dD8wDtHeOOqo7EH1X2wbT2EO9d2DZo8cCtLEw7bMcR05/7F6zARqDWgZdd4vaS3RoBNezrXeHOm5nNfAKJdA==

# File Signatures

SCREEN CAPTURE

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Fri,-26-May-2023-12:41-05-GMT.mhtml

**Hash (SHA256)**

538b0814a828ff5ae3a8832905585a7162964b0fa2f0908372df34eb1e82893

**Digital Signature (PKCS#1v1.5)**

Ez+K/SqweyxsoUT/bFZyP7LRr3rY7nBUPb2vqXjaIGjo2GIIE/rhq+gswszzWRczZhp6JpNNK38E0hj2N9cd8JpZd34MMZCTwT5Z3RxMq/9B5bzUv7cSSND5Vfl0UL9Yre3L2doRKmkbw54Szelqe4ihNbprQmndKRFTsiZJWIiy6+QV9o3exJkvcIeYfRoTzdx1aMnX/FIlgTVZ7CAiHkN/KAy/
zCrixx3LoYO6zshf+N2Xxm7C1ZL8JqjZiVLSqaGlu7KN8+tegfvkoxmHaRayPR+mKi0FefWTEN1SNxNJcG5qgb+fI/UsI8uQq1YkWXkzbUhQ+McfDsmk0tfAFw==



# Evidence Collection Report

Case b-b-b-b-b and - November B-t - Artwork b-b-b-b (document B-B-B-B) - Page x of 36

## File Signatures
























































Investigator Name: RemoteUser2

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Sat, 13 May 2023 09:49:17 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

RemoteUser2

**IP Address**

2001:ac8:9a:1e:3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

WTtX/CVtzbTYVazvINmqt+Ei8E0hyWH8FshIMpqf11xLGWWrfJTqztz6AgVoGlh7oEMQHOeRbgGCXBu7aerJXBWxptmqVWR/N1fAIQSOZsTJFkRlZ52ZjuF7tHudNjkSccEImA5v26EgjYa3psipFc59vRi7okfr5GjV+iEBmXrcNKQcd9xMubcDc12g+uDvHmZ1Jn9r+w77TQXZ2ojviIrhQyYdq65mA3tyrfyv9F7S8Q0yXUb8vf9IH6IGQaagY5oNm49I+zrrDE1DIsPsmAUV8qASJcNtk3JXcCNUMYf0sk2c83EinSSFN8bm+ZyjmjSnarac99rDGNjsyaUPA==

# File Signatures

SCREEN CAPTURE

**MHTML**

**File Name**

screencap_[https[s][fs][fs]www.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Sat,-13-May-2023-09-49-17-GMT.mhtml

**Hash (SHA256)**

6da0e96be7703198fc44c4cbb9191f272d2f686e6d9f0ac3b0ab65bcfb129e02

**Signature (PKCS#1v1.5)**

rxEEYl4Q5pqp9LhReUI/ju8dAvQq254ALwjuaFNG7OwOdDb4g8VVzeqCMGCtlCISXQ9BfKEiJ2CSd7UATsDmGIWb64A9N+0J6aVaEhMqRUvQ3kyZAxGNRYCRFMy44ZwhkmZi0pnzmdgewsRh8hDVS88n1/hYGPfEYKeIsWforDTUrtyz27etjCCYb7UxUr/g87ETtDZoVgegPYimR2PHSD1EkNpQ0w8/dlN6wT9vrtm9LvYfQ9l38tM0RFpKVX9UM8CpVmRhddctkbkUNS1XpDr5vP3EJrMrBqk830mdv4z3xmRoXNjdq/gJKopXWgGPh/9waa6b/wZHgsW65qrShw==





# Evidence Collection Report

**Page Title**
Amazon.com : 2400 Pcs Reward Stickers for Kids,2400 Pcs Red Apple Smiley Sticker,Teacher Supplies for Classroom, Motivational Stickers (Red) : Office Products

**URL**
https://www.amazon.com/2400-Pieces-Stickers-Classroom-Motivational/dp/B0B628NKSS/ref=sr_1_87

**Collected Date**
Tue, 01 Apr 2023 08:12:47 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Chris Baxter

**IP Address**
XXX.XXX.X.X

**Browser Information**
Mozilla 5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#7-X.S)**
1293492839f_qwrbqgbr9gbqr9bnrwt349f9843bf9843bf89vb3x9ab

## File Signatures

SCREEN CAPTURE

**File Name**
PDF

**File Name**
https://www.amazon.com/2400-Pieces-Stickers-Classroom-Motivational/dp/B0B628NKSS/ref=sr_1_87  q_Tue, 01 Apr 2023 08:12:47 GMT.pdf

**Hash (SHA256)**
bx97f5f9f8b894nv93x95v4fnbv23nv9893bx934b9x43bnv93845fb934

**Signature (PKCS#7-X.S)**
f3401ipqv23923nv9fvqrlvqrb9843bf73bvn43vn93vn39vbqr9843vb9fnbv93nb4f3fbnv9834bnv934fnb







Investigator Name: RemoteUser2

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 16 May 2023 15:10:10 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

RemoteUser2

**IP Address**

202.83.57.61

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

bF3dTPPbNENpISdqFtoc4VgBFPYHsh61//AchYAZZhxvEtudVSDca+nT9BpcYytFZcyjWyjt84ympNFBdssmY0UIE59W/1yMG2z1uToX3/rClgAL5aBXofWGYaDBN0WxElX2yK/HeZ0Q65b5Uz7b9+kajUQL+g4whqZq8z5OsYBH62WVKyTj7bha1RsT3RvWa7dEnL2e51bUnvvZNW+OrLGWimqXN6GSPa4SPVfikAHDx/gZjb/KzZW8wnn0HqbKvyZU+EuM72RwEc4NtrgSVCYNX7h7JLhLKrVxQMWyoUUjtM6uBrlO7tCBZMI7WIR1f5FCFzZZmFfv3yEuB4KWaA==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_||https[s]fs]fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html||_Tue,-16-May-2023-15-10-10-GMT.mhtml

**Hash (SHA256)**

0f361ca396376d397b8de492df39d40209617f8f97f728ee869c0d56f5bb9dd8d

**Signature (PKCS#1v1.5)**

cE27nt6mVWj5v0Sn0RFGLDfl+g1XCubXm0eGMMxZQQQc/ELa4IRzLvcxuZpNaZEyKYycCuKnk4yP8Bn8fyfeZq+xehY7b+pTSoNY9Pom0v1KRGblsU0T6HelzPM7TXRVVnu/OHGlhg4b7ujCnRcAjhKy9aaezICRVmJvWmKwlq9O2OMh4GjqVa08X/Gt9bmIwS909t0mb8uXmoiqx8N19gx6kvuRm8+Zmigpcu1jSl6qTFlTrT/UQ7gtDNKo8MhppXJcVJWvdKPadmG91MAVf/67+sal3fpSvqz64JvN6LB0h6VHbCyt6TuWUfUrz3MJO6DRXRlqXAkicfwz+A==



AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com: Hot Pink Preppy Smiley Face Lightning Star Throw Pillow Inspirational Quote Choose Happy Have A Good Day Reversible Throw Pillow Case 18" X 18" Set Of 2 For Home Girl Room College Dorm,Teen Girls Gift : Home & Kitchen

**URL**

https://www.amazon.com/Preppy-Lightning-Inspirational-Reversible-College/dp/B0B9BYPPTY/ref=sr_1_47

**Collection Date**

Tue, 09 May 2023 08:44:18 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:93::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

sJUaFkt45/EnDyWCUoxMrXByMaEOB2GvTNt2RXSRUm7wz1/gqKKgB431UtVh1ixnQIHvFsmTl/GIZCEDgHeljuvO3hBw+EiZNvi8HS+SAcWOkkOP+07WHyuO+GhYKIoGYdfuZFg5nTdlk34V6lSvAatklOLY26nJ81oWJ+ywXDE=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Preppy-Lightning-Inspirational-Reversible-College[fs]dp[fs]B0B9BYPPTY[fs]ref=sr_1_47]]_Tue,-09-May-2023-08-44-18-GMT.pdf

**Hash (SHA256)**

d37b4bb47585cd8598e036b0aa0693156fc9e1a0017854762db0adc9cbc289b0

**Signature (PKCS#1v1.5)**

RzHo2pjJVim/sNFP/yTYQFVuanzFe0D4taC0wONXIcruS8ndHPNPeDB/bPnOpT7KrtUgVsJBA1a3DprHUg9Pw+POWqYukMBoyLN6TNfQPwokoU1NOpkZa0FJ5jmTiq5JM+gMV5sEFXhKv043QyaENV9DTFdLi+Mac6A88h9jV7k=

amazon
Deliver to Miami 33132
smiley face pillow
Hello, Kenneth Account & Lists
Returns & Orders
Cart
Be ready to say thanks in the moment
Shop multipack gift cards
Back to results
Hot Pink Preppy Smiley Face Lightning Star Throw Pillow Inspirational Quote Choose Happy Have A Good Day Reversible Throw Pillow Case 18" X 18" Set Of 2 For Home Girl Room College Dorm,Teen Girls Gift
Brand: KIITUMG
5.0 1 rating
$16.99 ($8.50 / Count)
FREE Returns
FREE delivery Monday, May 15
Add your 30-day FREE trial of Prime and get fast, free delivery



**AXENCIS**

Investigator Name: RemoteUser2

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Sat, 13 May 2023 11:29:25 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

RemoteUser2

**IP Address**

2001:ac8:9a:1e::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

DYuoxxWSGo57w1QEHyk2MuYuIRYTpLrbNgYFsBxv3FXlP9NbHNqpPw1vx2J/qnqE7nSYthhfcqvTSDls8XqbeiHMTEVekNsHfu3Rfl3Opz9vmcmgMQyxeF2FCZtIUrIa4rBFrHOfb9wwuxpJD7hmcxemgL/G+g2Sj+FHu+Id3XfbX4btF1pgKQlWizahLCi5/8Dpi008H5F0G6q/Llpg4Oad780pZ3eiLpbjSoXnahnixhHs0xjhPM8b2lNd9rtdaZJZ2fVpk+j5Y8rc15szmqfKdbhwE5qSFLydEHzesJg0igavJP+y3Jt5FExezZ/8TLN9GaQTNt3aIHI4OZ7LuA==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s]]fs]fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]_Sat,-13-May-2023-11-29-25-GMT.mhtml

**Hash (SHA256)**

7eae4d04Sae2ccffb4a9af572a953e81f2de7185c808fca3c336bf80ea3a757f

**Signature (PKCS#1v1.5)**

KrqvtfAlLARiJ4Rz8YTIHHAH0a0C2vD9RBKcUGmPLFE73394biekaNLNY9H+xwRKPr4ssrmjn8SM/SELZ0ErRoiemSx/TTYcqtUlC5Nz1e6cd6JRGTlePoTzWR/Yf6YqqxoQs7hn3a9snxcjj1edPEZziXvBn4AEazYDKgI1JyI9GJRPH/mFm0NamTi9170PIl4e+HUDGpDkmujML9f/ap4Gh4y+ii4/3ypjNnjoP20vh55Pg+c5exMXWSEieJg8aM2sngdLxSdnQxPGi2jpulSG5p6pdlyVcJ8ZWS592opJi08FLuMpTS+zzfeqJxpExI5UCjr4hgbIfqSilvt9ag==



# Evidence Collection Report

**Page Title**

Amazon.com: HZH Punk Gold Color Open Adjustable Rings For Women Trendy Carved Smiley Face Metal Finger Rings Hip hop Jewelry 7R1Z7 : Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/Adjustable-Trendy-Carved-Hip-hop-Jewelry-7R1Z7/dp/B0BDW5Y9T/ref=sr_1_239

**Collection Date**

Thu, 25 Apr 2023 03:30:45 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Axencis

**IP Address**

Data redacted

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64; AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#7-S)**

zbd68gahbqa47twr4eh1acb6f7g96677cb0rb03aqn7349jqxa5tnm749r71yyhx33w43zefd86rc20n3nf96dtbd0ce5p9nes33fdvew92hhvo0ot6w18dc28qmodk

# File Signatures

SCREEN CAPTURE

PDF

File Name

evidence_20mdjxq50160zkxe.ecn4h2mjxuckms-Trendy-Carved-Hip-hop-Jewelry-7R1Z7/dp/B0BDW5Y9T_v23dd_Thu_12-Apr-2023-00-29-54-GMT.pdf

Hash (SHA256)

8ecf1dc07a0a2c4f4f6b4963de5f2f1fe4d7de2d3343040ae43930eec1c2

Signature (PKCS#7-S1.3)

f5d7w9fk1zky7tfk1b7hkob9d47b498ra9002eec4191ae2ad8ed0e6be0ea8c2sqb9fg1am3fd29uf9ag5rt8w9rahh72u913s9w4j1710r76pb2pwmm62kro27e0rm






















































# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Wed, 17 May 2023 17:25:06 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0a:1dc0:4:3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

JE7QbrnBhpuyal3zg8X6mo9kCv2Cno320ptdETxcz7L2baynUWInUKC25iSkj0cJBAZGp1N/10zFjwZuNs9AU7GNs4bnlvqKCZM2hj8Kcz8bxXUezorxrJsvMzoo4Kqbi6JmE6JBHDzS2CRlcTcHrObT2G7RLCQUUEpUyi1Rp8wiWqOlaZC2QpOojEajWwcVZIqEWdfYS/XTHq6WQq7wXaqhupR0Oo4nSSG+isTP9LocT0xPYUpXxnNF0p/5YsHtFVVhGUuIS9VZBJLBBmidX0xDRqabz3v8EQNedjKzfJHXMMdOK8VbLYDJ0vEBw5ytSIGGLtQqtYDa+BiP3vwkQ==

# File Signatures

**SCREEN CAPTURE**

MHTML

**File Name**

screencap,_[[https[s][fs][fs]www.amazon.com[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Wed,-17-May-2023-17-25-06-GMT.mhtml

**Hash (SHA256)**

2ab01ebe37f80f21db26bce7ebc019502a162f83144c0c82dd2c5d11342ac3e9

**Signature (PKCS#1v1.5)**

OeujfQhmeccZghKin0kZrcYLjOeTciua70zgeHzUKk8hc420p0xYE46FoCjpQbrlOp68gdl0gRZYSqs33xt/0kIsyPC4o+pBy8Y1MOz8I6SbSey+gOpLLQtOrmIsV3qrc5ngmz5FmgqVmGfRZ4HRHI88GAS1vjE00dTChdP95wwK8CLTqSSDSKPc6mfoVcl2o1iJ0AqKqVB+k94ahgU6x7fY90QXTgMXMrHeT+fuFSR/ZWHYuUbCRnkjuM6+hOtPxGv+RYTy31go0iNLAtGT0B492Q2mwx3h0qY3j4SNZdWF60zAo3zvXyXLYBrzNqG2dczBOidKat7rMPk1mppVcMw==



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: KISS WIFE Cute Rings Aesthetic Rings for Girls Women Y2K Preppy Jewelry Stackable Joint Finger Rings for Teen Girls Gold White Pink Green Rings Set Smiley Face Butterfly Flower Rings Pack Gift for Her (4 Colors Set): Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/KISS-WIFE-Aesthetic-Stackable-Butterfly/dp/B09XXLZ2Y1/ref=sr_1_195

**Collection Date**

Thu, 20 Apr 2023 05:14:19 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

qYi6GaowBpekV4FkR/jd10mAtZsJHwJbwofZpgVCGYt4S6HScTVj53P8oPWe4tKlHd6RQv3fcnXh82CcFYbiCeKoXakJZWaVABpifZpTJNGghZBeAuZolV47eDWXLZYejHwhbiPyw/muhqRd/tJC87bttkT45nD1IBUo18W4kcQ=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]KISS-WIFE-Aesthetic-Stackable-Butterfly[fs]dp[fs]B09XXLZ2Y1[fs]ref=sr_1_195]]_Thu,-20-Apr-2023-05-14-19-GMT.pdf

**Hash (SHA256)**

2158c5994f0f5c2e758cc52d8a397926616f27c3af05fae48a813b5b3b5acaa8

**Signature (PKCS#1v1.5)**

CuKZ8Ct2eywPO1VtKBzw9zTdjYdUqcJlTR9AYO+xJxbtZ10eaKnsx5IBd8Ll71ii7Prh35KlhoHefWvrWqhUFUkpli1eA6QMw6QZsaAmjJU4wVyxx07iXyyxFQYnAYdi0ynmXSDgVwWlZHqYN45IYZYtl4YoCmsRauh7mlPziOo=

















Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Wed, 17 May 2023 13:36:15 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2001:ac8:9a:d::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

bxmo5WoeZ2z2WZafjZGH0sTzVWS58VK6kJKEJhy2WUau9yvOeKh2S3RawQCtHYx2vhSzfVgU5zxQlTutoeKVjBsuW6a1peVVhZBAazM8TCqCLEbZqlJJE4PPV9ktoMMeMA2DKCGHlCLWK
+OmjB9YKQv4M5pGiFn207BtlYzQt0yq3AmHWcir85XcPBgfam9mZJRdxD4YlZNuVc9PLkh1jw1d+pCBHOE66MDjM2MsUfptPa3RbQwbZughMg4askH7ka6hBXB0FK/y056HmSJ0WiwZZEkOsiSm9j/Zi02brazuPywtc01aAt92Xn0b85/oi0ob7axEmEY63Wy7g==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s]fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Wed,-17-May-2023-13-36-15-GMT.mhtml

**Hash (SHA256)**

57da7fd4a87c0afb9c1c0370ac8826b32a8a1a732e463586ff5ea87fa2ebf487

**Signature (PKCS#1v1.5)**

K/EVr7vgSEWAR1xfqvgXjFlSUAxwt8s38aqxpmp1W2ZZ1rL9tR+qBrwDBH3AsckUyn36vuBxgF4mjGYK0kWM2AccSn7EV1H7zNHQ99bb0mQ8QYbyzv+EHuHh0uVeVtAOvSbglofZlD5hFPDtOKso7DwTehl+8CvDoUisqwICSB4h5iar+Yt6TLB78fGNQCWMei1Jr/sz+E/HtPCZ7u
+XnPBmaJSvJvGmwZHBUFQ1MIAdj7hretkJ64JACgbZvE9qmXN7uiUyvvmoUUKkRM/ai5f+be3hCGxXL/h4+/a7SUWrJ+LVVuhnJbCvQSpr/UF/bRGgYta7VGld5jFoQAAe2PSQ==





AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: KissYan Smiley Face Necklaces for Women, Layered Pearl Smile Choker Necklace 14K Gold Plated Happy Preppy Jewelry for Girls: Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/KissYan-Necklaces-Layered-Necklace-Jewelry/dp/B0BCF928VV/ref=sr_1_91

**Collection Date**

Mon, 24 Apr 2023 05:15:48 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

CnNI9de6PUsWbT3Qoh0h51mqS2u3MOLOFSLGeu9JM/hYJd97g3F0X1y04hKJN3dT5iddhxZmjbg/IHUQmA7bpY7Arw3oT5FyCjsyVswiTWXHZZDreszkx7nWjvZKWC+DdA3QwjCXNMJVYzlCjw8X3Mi9xKtx7QwjopKBtibPCUk=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]KissYan-Necklaces-Layered-Necklace-Jewelry[fs]dp[fs]B0BCF928VV[fs]ref=sr_1_91]]_Mon,-24-Apr-2023-05-15-48-GMT.pdf

**Hash (SHA256)**

56cb6acc05adb68605355128fb5226a2975f1aca0782c6938d637d28c7e3a55d

**Signature (PKCS#1v1.5)**

Qztf6PXvlJV0xPXXjwCYLfuNkduBMZ38L150+ZXrb0GWMaDEvdA+SUQImPmA0RNqPvtoRG6CNv/ToNw72zZ25LGcfn2Z40o+zl3U+Pno8Zar8AJZI3Z+Mkkp953kpkrQklJgkd4dlk0jBoC8H0X5peqzEiTX+t5nOV7d1sFP/VM=



Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Wed, 24 May 2023 14:35:03 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

111.92.80.105

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

CWHZ3VC2o0E/An3T6MCU4x1DpjLlWdv5JD9GkmelS+Z0B7PuQexDszlSSybvK74m1mgoum7kF3dT8m5LhW/SWNO5VXiYShbG0PuS5NoLjEWZuEGrb2W.Je9zolk0le0PMw+OOM4vkb8Ls8tglbsIiYJr0G0scmCLrBbcy/bSr+nsxFitdLCRrWksj0JV1L22dckMkhmo+akP+Dzt5gxW8IO3h62U2gFzICYH/TCUvPHP+GfEr4Y1hY1iIqRycvUbwguUrY3/ihtYTzEVgPRonbX5FL/wjcwJppg3hG8KKu/LLQJCdPm7atlcH2TLBckhkHuRCTSfMJ2lxj8Qz+YD3NQ==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Wed,-24-May-2023-14-35-03-GMT.mhtml

**Hash (SHA256)**

6702ba95d90b5d07166d484fea3a6c14c10b9eaecb3e13e54f081e29fdf19e89

**Signature (PKCS#1v1.5)**

JerkX4KACWHp/6T8Jtz2t5qsd0CoenoN8Jqy1DQsr5l/hgg+9dz9nlp+Q5Anf8ttD9yLbC5a952ua5yv0a9k+LKAd2WsJCC56BYgYHmxKlu3VPxVSQmtpPajpmRMiwjDTtFjok3qgWy2aH0GaTUnUXD//LRlg+5mxsxtvB3uP5iZxinlh12V/JzeSNtw6qzFR4Vy8xccWDtnwfg0asjzhdGjUoKnKQx8VagMMSMBoqMuP1xSSCh4lfKmaRjl95TdqEWUZxC99CUzN9dOLuJJ824zopGgFCgaclD4R3hWPB25l0glTCE0h/zvbyzVJPi7yWSt9Srhvmcumf7fygLd3w==



AXENCIS

# Evidence Collection Report

**Page Title**
Amazon.com: KC Encounter, 1500 Pieces Smiley Face Stickers Colorful Circle Dots Paper Labels Reward Incentive Motivational Stickers Teachers Stickers for Kids Student 1 inch (3 Colors) : Office Products

**URL**
https://www.amazon.com/Encounter-Stickers-Colorful-Incentive-Motivational/dp/B08C12HY5L/ref=sr_1_32

**Collection Date**
Tue, 20 Apr 2023 08:19:37 UTC (UD Department of Commerce / NIST authenticated timestamp)

**Collected by**
Chris Blanchip

**IP Address**
[redacted]

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256c / PKCS#11 / X...)**
c4ecd3d7bb4cfac3345af67ccf1afa2c2a6f10c1c551fafa1f6eae0f3c7e...

# File Signatures

**SCREEN CAPTURE**
PDF

**File Name**
e434ecfa...

**Signature (PKCS#11)**
pgef...



































Investigator Name: RemoteUser2

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 16 May 2023 14:18:01 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

RemoteUser2

**IP Address**

202.83.57.61

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

eNa2BYCAdU21S0zKz0BAqmTLaeRUxCxWlHjSsonfHVUKJNfQTGwBlrh1W7w1213mn7gtFTG7pRLlOusslPNgliLiJPkGWYTkgxseS12vyPn0EjBv/zuCUXxwzLqZq6bJ5AkXe08SUfVMC4IrT9y7oZIULIPx/n3ILJnpNVEQKFRQlKp5x41AjomsluL6HwF6MxckDqqXgCP+fWnqfsUBvl70twba9qkUvG3Cp/nnYDjsw43APrw7aNkx9rKDgzfMgt/zOfPqYhEnddSLHDKGwZijugbvVLE4maQOMxZNeAuRB9huLJKZJW/2kI5y2YZjMSLvvCQmkjYkGnlyX7v1g==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_||https[s]/fs]/fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html||_Tue,-16-May-2023-14-18-01-GMT.mhtml

**Hash (SHA256)**

83f327f9b23d26a5a714fa32accd02e2efd10ad870dcf26717affefed388b611

**Signature (PKCS#1v1.5)**

C/3vl0uJ8Ohw+IbmRc5Te0xP2PVZqXWs7PCm0EqNdgqhc+hTvC7PkUVvXlFqVbgksddpK2ne4PYvpePC2HvQApnM9rkJW036srIBz8UfWil0CNW1eLTFHWQCJsPgilDpqhevO1iElvXnm3Zrg/5dLyn/cJuNDAkMM+fsZ4uZ/X5+TZamv4k2euwRcRbcASz7BNuHoz4v0eCFv+Zyj3H3BZv4FMdui4i+MjqoaxATGTlKClbrcg0U50cd5xn01SSfqEDT0WZjqU2pHlHpYplExU4a9NcbOOiUA2ZKWoevf5Jn38ryxVJlCrL11FGT+IgqnSK/Nq8C48JKh2mGnrivpU+eA==



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: KKLUU 4Pcs Small Makeup Bag for Purse Corduroy Smiley Face Cosmetic Bag Cute Women Makeup Pouch with Zipper Travel Toiletry Bag Organizer Gift (Brown) : Beauty & Personal Care

**URL**

https://www.amazon.com/KKLUU-Corduroy-Cosmetic-Toiletry-Organizer/dp/B0BTYHHTH5/ref=sr_1_59

**Collection Date**

Thu, 20 Apr 2023 11:29:17 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

R4Sruudw359LsHMeC/Yu9oTv53v55mWbs3iXyevw6VvGvKyKMW79KD9jGR50MGNMicU2nLWJ9dBQYRCIpkE7QBkKiM4TEFb9U2vu68N5Ueu1HJvIBz4lQEdpPiaxF1c7F20wScf0kwzBd8y+7BM3psc9jy3mwlAxRwnmrnfv3TE=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]KKLUU-Corduroy-Cosmetic-Toiletry-Organizer[fs]dp[fs]B0BTYHHTH5[fs]ref=sr_1_59]]_Thu,-20-Apr-2023-11-29-17-GMT.pdf

**Hash (SHA256)**

765e8a966c66a1af65160ab4a0f84df48dc9df7ddef80a9fe9bc5a4fefb637af

**Signature (PKCS#1v1.5)**

muLkQdQWoyVS+JGhJPt4Di+nSrbYSp5ZvOnrA90nkEf+TxF8lt7p4I/RC6k6oGBR+HchWMUBKlnwCH+4xtQSozxo5+VzX3YyxOZXP2He8F+btP/JJ4lYz4kt3BcQKciEVNcZFO9z62XWgQFJTybKwmDW+pl1qjoRRz7ND/bvIF0=
























Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 19 May 2023 14:53:42 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0a:1dc0:4:3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

KWeEmNdWstcapPjSeQ7sNHTiFJhmWkv/
eXKNtfkuKZLAkQyfs3lyJ69MG4iWYAqpxLZdS7jbfqe9Fxhsbmxfbtrw2eSLFlVh84Jyft3OvOvcrkOPOcJzTGXwtK8c4Ff2bVWmGUb2D6Fq9q15R7jme3IgLY0wfbBAHi4h3frBenME5gol8YHbCvYtojaiO1TVCT0MmWZ4BiCpZYPou3PzO04Rs0fPo7BrbD62mZ2J9AQJHX4R35Il59jdrssnMxC/
L6afgFS4pJ/7fUWL5lIYJd6RB8FFC2MP5IbpYJW6hi3R2iySG3Ra+XDUFUMN9Xi9YAntYo2p2x7wJchTHr4xA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s]]fs]][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html[]_Fri,-19-May-2023-14:53:42-GMT.mhtml

**Hash (SHA256)**

570af6c75eb44facafb321f8c0d1c02ab62f7251060323660b1e2792e6fdd97e

**Signature (PKCS#1v1.5)**

cNuwcKvIN9kgvnfjru4vppyOHb9hKdbv9JeuSrnkje.joK48GxsJFXM76MfeHWcwa59nkbLJCy5g9Sbt81McKSOXVCC7lRlhNgAFx9G6VRsEv+4Z
+MD4yGgsEV8yl2UuxwQ4qpW4XlQTulLGVgCkY3oybVjPkdn5sqHh5qxyRiMLehcW1NNC3IpesCo9kuANegofhk25c5NPnErI9d0PsQNY9TFvnY2B2nCszvdZZQ9KySQn6ZH8utKEox7FMjFVkMTj3Vco19P0xB7n5M/hDF4Exu5kCNNCuF/
NszV8XAU7Yt72rLaKfL6DfhnxO5a43WEoFqUaoDGSZL30hxgaYA==




AXENCIS

# Evidence Collection Report

Page Title
Amazon.com: Smiley Face Pink Embroidered Patch 7CM Dia (2 3/4" Dia)

URL
https://www.amazon.com/Smiley-Face-Pink-Embroidered-Patch-Dp/B081TWNWQ/ref=sr_1_293

Collection Date
Wed, 26 Apr 2023 00:25:31 UTC (all Eastern 07-27 8am/Eastern = WAT authenticated timestamp)

Collected by
Chris Manny

IP Address
xxxx xxx xxx

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#1 v1.5)
98f44gb82c5c211e6e1213f48417564f4ecab36fcba4a171a8cf41e340453ad1cd43a9a6cdeda66a5c69451417a32dee98a4a3b091f120e7d40f8d6e8fe75...

## File Signatures

SCREEN CAPTURE
PDF
File Name
evidence_234ed63fb@xxxx.amazon.con/Smiley-Face-Pink-Embroidered-Patch/dp/B081TWNWQ/ref=sr_1_293]_Wed_26 Apr 2023 00:25:31 WAT.pdf

Hash (SHA256)
d8f662c8ee2a3dda57cbe73d27dd1b2daa3b6c1e6d72d46e89712f130a1c90011091100a

Signature (PKCS#1 v1.5)
ad4bbb4cga352c62117d913c0c9g9fcdb91e9d9a94e99cab22fbd0d79b0ed80d81cd40c5ebfb1ce8dfc8e68d5d89a48b9c94e0dd80dd9ff34d8c05e9a81f1b6810d...



      

      



    

    

  

   

          

          

           





Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 02 Jun 2023 04:24:02 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0d:5600:8:36::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

h01o84ZY0p7uSL9aYyCZX5MQZ2J7c2S2VdC+To/y36rXALkZbnnpk1t1d1G4iZmUzYh+3tGRGiZcMNrMzEVByoGnNX2ubbsxTju7b/vPv/Kcy5/ZHKjHrbLE8tLjEllNlGvfjgxSMNSv5M0LG1V +ye1sW8t09e1iEJ8eF01G8c2jiUks9qEy2eBnvtPKBZaBbuCLieUKKfS7gK2Ji73z9xDBVNVk4nRoU833phL3xxddZSZ2PbuT08q9NqSLooyqGZRyZ9zfdog4Stsu1gDHel1NCspDtdGf2iVkoM1GAJqjBsYcQd96iaaqDaI0rfKTGqmA/IS0Ea8HlQedp6pQ==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s]fs][fs]buy[fs]spc[fs]handlers[fs]display.html[]_Fri-02-Jun-2023-04-24-02-GMT.mhtml

**Hash (SHA256)**

684c005fc902214ef8b3d3427649e653f9b947602b1b122e42a1ba4e45eadead

**Signature (PKCS#1v1.5)**

K8A94M0qOoswAltqR7bGjmTfIdVoUHNR6jySeiTyXnxSazn09Pyq/g69PHANADSD34fqpcfKviPs99SD9G7QLHObGxcnSoYwnfko8/ktfWipiWHu0olxO2lQls/iG5opyjRlNntblCoS/459WDyOt4CMi2WjqfZdlvLvoV+UojkHSeHflv9Plj4vWM4MZJp/ gYIKgJKaD5aMQY47BbndP19UJhzYPYiyVHvmtgNX1o5FdlmnPlnb3Ux7BRFZhiy0eVGi7G/DxNKAeZHbBuzeDoJ3IxasV1Mahr4D5+eBTEZwT5WCpb9PQDXENjeK/EAXMe6u4k7UjMnDKtHWVMOw==





# Evidence Collection Report

**Page Title**
Amazon.com: Katasa Fashion Enamel Smiley Face Stud Earrings for Women Pink Blue White Bead Color Round Smile Piercing Earring Birthday Jewelry BFF: Clothing, Shoes & Jewelry

**URL**
https://www.amazon.com/Fashion-Earrings-Piercing-Birthday-Jewelry/dp/B09H8VHL8/ref=sr_1_229

**Collection Date**
Thu, 20 Jul 2023 16:29:15 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Chloe Barnes

**IP Address**
(redacted)

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0 Safari/537.36

**Digital Signature (RSA256 v.1)**
(redacted)

## File Signatures

SCREEN CAPTURE

File Name
screenshot.png

Hash (SHA256)
(redacted hash value)

Signature (PKCS#1 v1.5)
(redacted signature value)










































































Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Wed, 17 May 2023 17:10:50 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0a:1dc0:4:3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Vh4Mip6v9OjJG2WMt9Eh0fjtAY2WzvbdUsiHoTA0AGz49eBYH3A3TG3Z0Pm1MLnaeR7+t+vG0dPiPqBjjyWGGrl6r/D45VS3Z59T7kJsn4gyqQn7R5ngrKkUySEvwbrHjq
+fnDmEV6hZpvSmCm8/8Fh0pSy7CQLYkNXEijZLhnGWv8Y0qWnAtvVEbaYbI8dUc1aOlR1PAnFvX6UzxM22DrcbefyCOjfu6wswVtEUH3syqdmuyxj8GBruNdriJaS5HfOmY4gOuqQjgM0pJbelWVwx15dWNL9P1FH7vSvb7Kg+MNvdR8N4laurJierbOg5VrKnWuk8sm5RML9lkCLQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s]]fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Wed,-17-May-2023-17-10-50-GMT.mhtml

**Hash (SHA256)**

bc5b66b587407a86541bc2c1c8720b4c6aae0c8a3bfeb3fdd80452c358651014

**Signature (PKCS#1v1.5)**

NX0J/avBJ4kp+cSYvm6lszNqW51D80OTfptx39u4JXhF6/ASTyTfI3Ie2HmfC+wttmOcswiHGgw0yjL8Dv76PfKSPE10HI2m98Zl4h14GV6fMa4J1/Q87Mph8FvBAdT4WFvG9S5AU3PQwJuEHa1OEYd/BgId9hTmQ02VvrU5PSHJ9uH1gGSPYY+DDDjiaKY24FutvxzOSk5HGxoKgFj+Ll/
vr569iQh5NmHBND340a/B6CbYXfXjQeyBJmVoLxJz4abC0IqyQ23l2iteg4yjZWyJCw3u9xwGf8egtgb0/d+IJZEc1sbGDb0LZa9lf7/atGppzHP0d3NBL7CqrVixE27g==



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: 560 Pcs 36 Colors Smiley Face Beads, Acrylic Smile Beads Colorful Clear Beads Bracelets Making Beads for Jewelry Making Bracelet Earring Necklace DIY Craft Supplies Gift

**URL**

https://www.amazon.com/Colorful-Bracelets-Bracelet-Necklace-Supplies/dp/B0BGBYT577/ref=sr_1_131

**Collection Date**

Wed, 26 Apr 2023 05:03:59 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

myxrZeHJRQvZwQgtNYUyBUBkq7NWfCvmuoZifyJdnVpDZXFSDzNPEKIA4hP0tTgXu/qmwlSp0knP0xU8ayU0os2bx8eQKhL22LMc84VdIsrAeb/pXJ+RpM9WWXGcikkyDpx+qPmVJ6XDDh7xM3WG3qo0qxcbBvqa0S2rz2oen4c=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Colorful-Bracelets-Bracelet-Necklace-Supplies[fs]dp[fs]B0BGBYT577[fs]ref=sr_1_131]]_Wed,-26-Apr-2023-05-03-59-GMT.pdf

**Hash (SHA256)**

7216b17c0d49fccbc61c8756d036f1af0245f3dcbeb186cab16f5fdadedffe46

**Signature (PKCS#1v1.5)**

L2yKB4ojszBuFi5Wvb71wMckswxZUT7HkWRU7qfJ5DOb9DIet3ay3LPt5TjWz2YlydkVv58lYQBUvt0spN0QdLsd16gA9wr559Z1lV7e/tyc08CD7dMJBFTO3VaOVT6wr70b+MFmPDYABemRwy/U1JT+xxtokCiyfaQfGmdjgQ0=






Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 30 May 2023 14:06:21 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

202.83.40.142

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

AnDaw2Mk5OTvEtiKja0hu9oZGJqPjZMnWikZ97Ffu9nUQYHf9CvrXlyttk1aE7GvJbGxCd5e33Onu8bCbBal75nQnEO1AycJA1RiXRckufrKxUsHdliZsiuE5nn6h0uQtzwyEMv3+QsR+o1ae5iqCjNe2DLZbPsLJP2DN2t+dmkiURWOf5LZUx+wtfyyLTsv13xbAO6bwldxHqMwiXi8pEO2LNeI4li24f22SGitnUw8NKXJ+B4O1T4O/xh6WzbDryQu0eZirNtryqtLfLSN6r/ztPlTsYVRaM5jqkBwoiVAyHJ7kDnxU0bWITw8lDpUU50FSEgTbFYch03qdLk2sdQ==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_||[https[s]|fs]|fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html||_Tue,-30-May-2023-14-06-21-GMT.mhtml

**Hash (SHA256)**

067e4c838f7d0cf833a78236eb49b055f675a4855783bf41fe08ec208dec4e22

**Signature (PKCS#1v1.5)**

Laxmh39g+VVI3AEG1qw0OaV7Tg9qquaiK6ebtQqDqJtiAldCHXKYizayKbKA2eCcibyDgYamMBL9zYRwZ4mC8cN8Oh.J9aPOCIgDRiLeJ7SqItT0pWZQIRK8u+2945t5C09XnDzX2t4nsJf348rOW8a6kyi9+1gbdmFMGbu1Sh7bwn2PD/J+6dhBOs71YiTeAALsKY04bvdyjf1DxjUDtkM028VS4w1zeCpLw6svAnF7PmqGhQSYfVrBuFgsujHW8khMfsQZ/WHAZ+CBmowcOjZfTkfpJsAkTXclH/KcKDny7SGJMXxccEotNg8jSYXOaobJiMDCKDthBCUkfmXq1WA==





# Evidence Collection Report

**Page Title**
Amazon.com: SUPER BINGO Elegant Jewelry gift 925 Sterling Silver Plate Autism Smiley Face Handprint Necklace Pendant Charm 77H8-145-DV-16912: Clothing, Shoes & Jewelry

**URL**
https://www.amazon.com/SUPER-BINGO-Sterling-Handprint-77H8-145-DV-16912/dp/B0CC514VCJ/ref=sr_1_140

**Collection Date**
Thu, 20 Apr 2023 06:14:22 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Chris Stevens

**IP Address**
2a0a:1660:9:3

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#7-S)**
rkS8GmYRaMPV7d567hoqS/ibs86b5MUAQ51MKk1MoAd1jbk+hcXzgklcvmcPNwDn6DsNmwLK0D9mwM1yESpUKbMhmhO7dxN27pqBnKEk1rgHzZ/ZgHkMNocrya4GkMbdqlafyl1l6eb

## File Signatures

SCREEN CAPTURE

PDF

**File Name**
Zonomax_Qcloxdjf@opens.amazon.com/Dfvhj3PE0-6kb63-Sterling-Handprint-77H8-145-DV-16912/Dj6Hjk6KKWC41LEHU/CjjPvk/j-3jQ/z-1%6HQ_Thu,20-Apr-2023%06-14-22-GMT.pdf

**Hash (SHA256)**
5cfa6cdd9a5d72gd875a98349a1a8h64m0x8h29hE4C44a6fDd97

**Digital Signature (SHA256 / PKCS#7-S)**
6hRu17Z0dYq1J1HihDYkNjM65ZRMRj18SGJO9tDMxJhhy53O22xTkk/T7OsNd3F5YmNHzkkpQg0d48JkMv5hPFZG2Z1e/nShWBw2A8jCP7K8sQe2hkTkhMCw4OdKgd2hGHk8KCv55bA4KLk4mM4Wk/Omn8C56vvQT/75Rdc2IwoN




















Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 18 May 2023 10:44:52 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0a:1dc0:4:3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

QL2FHKKutuDaj/6/zLQ5EbHRb9mcJXOMdfsB8FXzk9W0SeuZFd/R2nAAkrgWMxRAZrAr6J710UE0QoWTxc5MZFsb8n7HllwfAHub1kNj
+RxrbJVuhMevN2l1ThMlrXidAhPpbVS2xJEd070181gnciChfAxoSnscutUFymlXcxJhwN7W4aTewWNFg4HnfEpVMH8ho0ArlaKMU4Vdd!Uf9k43pUTRWxYGa+PFNzLBaz36l44mVvAnzln8LxoHxCvtl/9lNcp0RLFAYuowK5X5Ax2FtNUxZe/PxodY7StDkETBesR
+9ySya0EXUKD4vTHpwSbcyvjTA6z1M3UxWQlZqg==

# File Signatures

SCREEN CAPTURE

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-18-May-2023-10-44-52-GMT.mhtml

**Hash (SHA256)**

633614cff2672baefaeaa5ae477a8f04c0d8a09c4a28450383b3a594e3ca19c

**Signature (PKCS#1v1.5)**

QI5wmGiA+UaDjJyOQNhTyOaP6xmEtFLjXansDdMe5qXcqOAl/YELhN3Dm90kp1N7+emTodTPEaBZl3InQ51Om816KMY6t7GWJ+0aJxxONCg3JcxEHnaOrnctlM9IXSM0P5513NBc26M1mAqANHxRcJs15XTMxFM1XhJ9c3PhBcQbMLRjlSwed/
fvzjn3M3v6V1tgMSnDUWUAmvdiR2sjNWy8rJ3itF09ezJZwtqlRxFfYpkxd/wKX2N0uBOb+H560qSEDIVzawS33kUK1DKClE+luMBHiljEnVwEqU5KBonMmNOITUWm/btRbdUn7XUNJCSJeNFpaaeHwAjGJEUFDw==



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: "SPITFIRES Skateboard Wheels FIRE RED Devil" Applique Embroidered Iron on Patches with Yellow Tiny Smiley Patches by Patch Cube

**URL**

https://www.amazon.com/SPITFIRES-SKATEBOARD-Applique-embroidered-PATCHES/dp/B012FS2UWA/ref=sr_1_92

**Collection Date**

Wed, 26 Apr 2023 07:39:08 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

h1E4vq6htunNUfsTvEMbMTxxzUvIsCjB4FpgmRrz4zNjDHVKaHO3RzwZHmtHeD7lXvc2/KDuOmqqaEGK8J5JEZHHO5gCyvPVY16TMivvf851gm1cZJv7dAZROC5LeXLqxhL0wzSVqNVaP6nshXo8hsxiHBCH7b/12hRu7Kxaj90=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]SPITFIRES-SKATEBOARD-Applique-embroidered-PATCHES[fs]dp[fs]B012FS2UWA[fs]ref=sr_1_92]]_Wed,-26-Apr-2023-07-39-08-GMT.pdf

**Hash (SHA256)**

e7d75fd94e3e7fd90013743011ab8caa9b89a251969d6639a130c06fa1926283

**Signature (PKCS#1v1.5)**

jDOUpzcg6v4Zscz9VS3vGvMxNYlCWRjtDiSJJMZqpIEfTyjxyFR5Rg9WHkA09YBZayYn92De0mg102zdTlLi4KTjy0/K8KEQmqal9jc0KGF0QX2PJuXJfESGHvYCTdJMAD5FaijcPlbNJM2nd1cZwFkNY/1tZ4hpL71qg0GVBHI=



















# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 01 Jun 2023 11:20:49 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0d:5600:8:93::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

VSx/fRmLP+5zKrBNiLiX+R6QRXl4Jpbv3Lv1aXTUVcPM0TFrlV0ebPl1OEESlFodAM6MHAqfYHEN/Wwqx6ogwWRMQ3spkDmKPV/26WjCyxZ7EBXc9b+CEuTck/PR/RvY7d2zMbeH11SB6lfCePhgbQF23uwC5l3NFciw1XHMhP9yb8tXBK4D8/NDYlAWVef1WYuTTnz+bTclKRlUjg2UwPiSlygBJA9UYZZ1clREXQd2x+BD1D9Ex7mbCuVPRdxOVPlP9OGSNPwppvplScSE4YdR28RLG/Ed+8o9lclPnfX2VRB5Uo9vpblEsdbf1dw7CEMmH0Wpty06IzmHqRtpTYyw==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s]][fs][fs[buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-01-Jun-2023-11-20-49-GMT.mhtml

**Hash (SHA256)**

51fa52a8542344d30b4be04398e9fc2e376822f03bc48bc697a97b3b468a449b

**Signature (PKCS#1v1.5)**

ohQQDVNyFJQ0jvFv16LeuBlvvGf/eSUWgdtpX/hGUXp0cSGE00834UK/k6YyXiq/TAs695vKRpFytTDvRf2+1fS4nzfG8x9otXF7XXdiCl78Da49ueenUgZd6oq43n8jXADYKX4RWPQ+UllKDgNtKsZ0b4hUgyt2QHCWr/Jf4K/dcAm3Cs8QcM580+45J0L0usmJQeKlMM+fkBaENCHHyM6srygdpRxYl7aASndTumQUCFC/lUHAG4kuWc2jT70UlLuK1bMD1RB3yQQqYOVQHwnK931c07PstWWdSysm4yWOkweMmXQeH/h+ecb6vEeEYda4LTBAwW5oeo1Z+fHg==

---



AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com : Mdikawe Heart Shaped Stickers, Pentagram Label Stickers, Smiley Face Flower Decorative Labels, Washi Paper Stickers, Round Expression Closure Stickers : Office Products

**URL**

https://www.amazon.com/Mdikawe-Stickers-Pentagram-Decorative-Expression/dp/B09SYPHQDW/ref=sr_1_100

**Collection Date**

Wed, 14 Jun 2023 09:33:43 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:36::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

mfJ527n7CKvi5CQlV/foZyQDx4ljhaEA9d0zprIuMJxoZUa++P2ZFLL3uc1PtdKUYdQmQhGrTsfN2Q0oM1A3/CNoP8LOH4lO3WQXUM8ogiM5m5vA1RH/YRaAmh10q4tNh8vpSLM/ZXR5VzaeMpfk2s6nxGsWC0DcT3DxEHOqPPs=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Mdikawe-Stickers-Pentagram-Decorative-Expression[fs]dp[fs]B09SYPHQDW[fs]ref=sr_1_100]]_Wed,-14-Jun-2023-09-33-43-GMT.pdf

**Hash (SHA256)**

7685f7b6226df6feb45f896d9c39aa3da9e87bcaa7ba44f30a70a081ac12a425

**Signature (PKCS#1v1.5)**

AGNUv/3i7X2XkNDn1Q+OdPNYYv98RXjbpvHBF74gnMUBEMQq7Cnc+uBIrYTRvnDDOO/stga6OJuZgtYHNR2FaQqj/Rw/+UIty6YAKE2BoLbkS851eovKJels+banrNyM/OJds9bEz8zizIx7ybWtMxnrWka7keVKq1nb5+43jxo=










Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Wed, 14 Jun 2023 16:49:32 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

202.164.131.66

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

VE0E8SMJrtJmfP/D2HysffIKSFEZUaQcIjdtChaXnEtnE8ksPPE5GfHDS2f0frLYa1VU9nhK6WKRhggmXkeDGU2Opt73aVZDKnjERLK7mwnWi/2e2JfvcCtWxxwy4xcN3VCoSpfLjKVB+r2KM+ZwzVqCd+g/j1h1NYjtZiCi9uNEPjRUDriOdDLvff/5rmf/3lWUlF05mpWuT+7VOZHSghyGgVvzzqvGL0ucwA1jtY26N/8mVAVaiOogPT8brQDgGCZRq0yLjm9uDONsQ18TwylI5QE0tM5QVGlphNsts1qI5kfgaLWbSi/D0Uny0ELhDAR51lVx3pWZAdgShuJg++

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s]]fs][fs]www.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Wed,-14-Jun-2023-16-49-32-GMT.mhtml

**Hash (SHA256)**

e1a8d50fe4e0a26a1962894c5506be110a228f055898a4aca6bf9fdb9dffac00

**Signature (PKCS#1v1.5)**

DxbBJE04YFhzzcIgD5yVC3innf2qPTsN5/NlCw1JyeLRi8xMBCNy+zA6Uxpw+qxDa0QdLFbtMr8Fw2Y6Mv00koi0bLlykDGj2oj/TXvcQG10zZ3DvnupSzSu8klI4k/p5e4XJhln1hS53Cr26wz7eYt/k0bMikqmAacl4fp08qh7N1MbTy17aUprzdoJGVLyvYANhefQ0A9fzUayYNM0uELEdrMNk3SZZFDLRapELgt9MvXwaYINmykfX+oiIAxC1qVfnI3XJRSsybTM1WNC69psdN547DfSCHFHjLKFp1Ktl3MBnAcpD0Cm7gGqz6Oz2ALnLf10SCs6anHjzrkNuA++





AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Smiley Face Necklaces Paper Clip Necklace Pearl Link Chain 18K Gold Stainless Steel Girlfriend Friendship Sister Gifts Jewelry for Women: Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/Necklaces-Necklace-Stainless-Girlfriend-Friendship/dp/B09G9YVKNW/ref=sr_1_89

**Collection Date**

Mon, 24 Apr 2023 05:14:52 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

EfflR2mSvgrrwMRaaDThjfKMU2yZOwVHDXWtk4JtP4sfYUu7YA3H+KbTOrvzFuMdXisn0jkpzc/6OTrKilV3hZo3/Ji6dKw4CymPw1AVCSX8k2yeGeZfXhsH8DCQ0Dhj4v+AJBCuo4xWgYN0ilP0cpkC4xCgOQH6WXAC8HoKilQ=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Necklaces-Necklace-Stainless-Girlfriend-Friendship[fs]dp[fs]B09G9YVKNW[fs]ref=sr_1_89]]_Mon,-24-Apr-2023-05-14-52-GMT.pdf

**Hash (SHA256)**

68b0f99780def308564fb8a35269a9ae3a7f948b915de93fa19629074e6ff6fb

**Signature (PKCS#1v1.5)**

lBfRTlWU34SYNZ4lvmV2t+3GTm7tI24cZiGfwiAbmiHhhW3UD/kUNCrxpEFohvUPsxYXcr++vpyM/JdXRNOGjAZ9Y4ohwdQJjz3QLMag4i18lxqKy2svAMenqo0kyBZEP20bzC72EKXWGMtg9HF0LzSVXqE4lHPqtZEGBr6eiQ0=



















Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Wed, 24 May 2023 14:23:03 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

111.92.80.105

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Ea2QBXOp/sYBPZtLOTUhO7M/BFZkBFrmfslq76PsYVjqJswL3clQSpHosXtI1kFEigbeFkXBtoHvol4zF0hIa8994XbSxQ+kSYH5GiYZyRPks2MMyFrXYU1w4lqB3TN2S+FmFXigzMDC0Y7OEjvdPBX3gEcg/7xTVaJBfgGouwWXW7odJZklQkbpCsDGyuafZ8DGi6R1aB8tSyVZwb+BQoVTzwpQ9d7FkBkADn/WvwGt5Y0XiNqPnNda146PvWHwhtWXm7CpbWHtGvb2ZZRsxb0X2CaCZnQ3/sGi9DTcPR5ZIFCqBNAj4VnL46sRMDuH6jvV6krccymZqTbyd6Q==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Wed,-24-May-2023-14-23-03-GMT.mhtml

**Hash (SHA256)**

f85e2e21c2b41238ceee03f8c80b874e01c58c8383fb79471690da0ab0675be7

**Signature (PKCS#1v1.5)**

qxEb4AKf9rSK5fPgQxbNp8k+zK/NvjFQz2wMPf9XiMBkq/y8OiSHFEiXPo1tz+J91YDEbacvL956qgMfi9tQFTh5VupnXLLdp1jhlDvPO2+opUOrXUzbAoaaruKdJNPHvUVggbCbBQeVif0bHM8h6L8GBsNcULHi0i2phfCR9rUXRVDJhzIP4bM8XxX/Hm0pDJwvSt8EbEdGgzPHqHmH+VB42aRlt3+UcMCprpfBlDZWg3GsVuzbkkh5Jo9m8+lUgMzsfVwb0jEWidSlSSpSa6Lqrl9BUPBo4FBVOmTFBwnRN2wy28gPWRg/GskuGoa/VfYLl+y7gOV/grMw8T9Twug==



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: La Feng Long Smiley Face Necklaces 14k Gold Plated Cute Happy Face Extension Chain Simple Round Smile Pendant Necklace Preppy Jewelry for Women and Girls : Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/Necklaces-Extension-Pendant-Necklace-Jewelry/dp/B09P35T22L/ref=sr_1_111

**Collection Date**

Mon, 24 Apr 2023 05:42:28 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

sFNNjcEnkqGKNfeXqv7kSv47j87sz/jOhIhpv+JE0p8Q0+m94sJkenTR2fWbq3GjkUiRQpzDvt7nTO4d0gavyMNZza+ytfTgyGXc96Uw+9J02Ox+yEDYc2qLEys0o5oyz8l8N1MTk3hXZdXT/vjxl4FjQJV/dkALmzEuZrWSR24=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Necklaces-Extension-Pendant-Necklace-Jewelry[fs]dp[fs]B09P35T22L[fs]ref=sr_1_111]]_Mon,-24-Apr-2023-05-42-28-GMT.pdf

**Hash (SHA256)**

52a3057906ece632e7859ba13aec4539872d00f4879ca04800a2a094d7265e02

**Signature (PKCS#1v1.5)**

T/BXMcbARXrt6QPlvE8uY42o9lTmoMBNFH0ZtRgQKY6O4j/4yr1sl+ovyDD4QJpSdxa32FQrCBiT+ROdgzWJYLYVuQSxbI6STHA/EfhyLb6XJL0iwMusTUhS4Z1zFnpI21AhcWpidBfy982v3UVji6IkOn99MkdVArca4S377UU=















AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 25 May 2023 01:30:46 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

116.68.105.188

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

lrrqvzpRlNl/rHjwCt8cyHPPIxqFWpLO1CD7fzNt7Lfy5imya5Gdebk6fJkhQQX60dl0p5vu7cX40/iMOpMpi3wRcE7tmcfLvgm0tGLiynf+Vr6ktGulznOxHvDiQVuezSySatPlzMMWcy3vNs3VSR4fo74QWql5opZbSn1mLNwVMgGKPAPgpmL5Hq2RVUl5pG33uMdYNVy8EXR1+zk3mwwBd+VJUQAcJ7HTPDv8FLk4j8zDSHX/DUPCLxUy2sLrXqFza0dPxQFv7KWnKuKMLLut5ZnVRIhOM/JieiwSNYLkXv0eyjcgYsFMrcwE0lsBefDdxNjs3XETIXxY5ETZg==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]_Thu,-25-May-2023-01-30-46-GMT.mhtml

**Hash (SHA256)**

30a00115c43f783f87e0f5eb297817a9086e87d3c1cb01ad383f9cea3a29a3bb

**Signature (PKCS#1v1.5)**

L2iAoMV4p2TORi4vywSOSMwn4MgXcliqPoGuBvHQolWqQLECeEhBzXEcsRGUfauSGxFXPXaPRy+uJpeUcVh0Lu+8wOVAjFciq/4RoKmJyZUQylI/o9YhgWxVxW69tSFeLdTj9yBEBsdxMP8n888IjKdC9MorYAAA798t91HV8DkTqno+ap5fEMajsMEayNGNcE4SzETP1afSYJK7vdBfLO4mIWRMCF6UJFla5Jpyw2 viiRZZTJ8v7QaG5iUqdkWpogvZ3kmTk9w55tHqvw9gAM44OiXm43NxgA8tsgzMKf5qPr7QYtTrl/ZtJovL8w/clX+vJPzcXpmw3qSlwbMutBz+pg==



amazon



# Evidence Collection Report

**Page Title**
Amazon.com: 9 Pcs Smiley Face Patch Cute Glitter Smiley Face Patches, Smiley Face Sew-on/Iron on Patch for Clothes, Jackets,Hats,Cute Embroidery Patch DIY Craft Applique : Arts, Crafts & Sewing

**URL**
https://www.amazon.com/Glitter-Patches-Clothes-Embroidery-Applique/dp/B09WWVK1AT/ref=sr_1_67

**Collection Date**
Wed, 21 Apr 2025 07:34:27:417 UTC (Apprehend US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Chris Martinez

**IP Address**
Safa 140.0.3

**Root Hash(sha)**
file0cb8c7c3800deec047...

**Digital Signature (PKCS#7-2)**

b:6+f42kcjsmidhdg5g5kj16gj129888cdf3f4588a9d59d894f4kjgdf8cgjsf8d7a92c4j4g5h4jg2gbdf...

## File Signatures

SCREEN CAPTURE

PDF

File Name
evidence_B09WVK1AT_screen-screenshot.pdf

SHA256 (HEX)
8dc84d2ea4117787e08d76688758772dec957552137140556028def

SHA512 (HEX)
 bc6djksd8cd8fd9a0cdf4fkj2dgdf8cg9d8f72d8c47a89d0df8dg5kjdf03f35fd88a0cdf4fkj2d...



















































Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 01 Jun 2023 11:14:35 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0d:5600:8:93::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

nQhq8F05oG1haRyxybO9W63c1DVyzJaR+IcnhPo4luNuXvz2zIU0m08/OFnnefGeZTBFh0dZTvTrqqqKc8x6VrOC/rBZDeRbBKlqAjghwVXqyYphRm28?9zk57ptj2Cejvml9p7EEMFpqIfImPOf9ncBLuiTDg+5FTwymTl5OufZooyK4JnOQJLF62S06lI+XU7x0pPibh1wJA0FRcDz0QRUky0J1t6J62s44ZwOQfhm/xcXPZKpGbcbQ483slVdnw5pj6r8p0YzwfvjvCFzYwQWz4CnomI8rAWq+58eVfyjybzjWGdOJIIX5QBpS4WBaKYGOGxeAzGLmqXULIN4w==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s]fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]_Thu,-01-Jun-2023-11-14-35-GMT.mhtml

**Hash (SHA256)**

21a05bdb79554cba4bd4ba9cbde67c9b85860dbc0bebfd790acac2e9b7c75881

**Signature (PKCS#1v1.5)**

flUiAjwapk3R4WhFqf9kEi9ZXmLZteMHZLeqzYmEz22tAjWCtuc83S7+zK0VYpxFumUV5j1RMiBtJvlMxt0/d9FvEANn7QVNkt+fhtmqi48r49ll7l/CR5clRGfJss2YyYP9AInCNnD1B6rfiuCMREMcgG/6+4N1+MUH75eNJpIP+fyGZrbDxpass8IMpTwYL9eK1RmYSNYkuTFnP9Zuu5BPfQ6yvttHSwJCFhI4YkULzLF1apRBpTjtC5MvYPF8AaiIIFFtdZPIWkHnI46UsLbuJDF34vvZnUPEXh01ReptEL8wIMIIsMFtIri37MN7sFe1QbGz4xwKdiC0v3ieM5hA==

