AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Coralogo for Moto G Stylus 5G 2022 Case (NOT FIT 4G) Smiley Face for Women Girls Girly Pretty Cute Mint Green Phone Cases Smile Design Aesthetic Cover+Screen+Chain for Motorola G Stylus 5G 2022 6.8" : Cell Phones & Accessories

**URL**

https://www.amazon.com/Coralogo-Moto-Stylus-2022-Motorola/dp/B0BGP4CLLP/ref=sr_1_33

**Collection Date**

Mon, 24 Apr 2023 10:01:31 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

rfbjP66cUFIH8c/Zjvb7x9w5LkC+V+YsTt/pl3mXWq5zP91jwp051jbMBssMs5OGMYcSLnmJ2TSSYWijBB8QcOgcpLoVz1RpTU08nzU6NshCvWU/YFfaryqWIJKXhN9RN/Jfx3S9nfyfDiY3fp8484DWfPRSZOIPvyQ9SojvLDo=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Coralogo-Moto-Stylus-2022-Motorola[fs]dp[fs]B0BGP4CLLP[fs]ref=sr_1_33]]_Mon,-24-Apr-2023-10-01-31-GMT.pdf

**Hash (SHA256)**

efbee1f69273f8f8f69c343f32b0fbeb769904d5c0c3a3b48301b24e39dc7bb8

**Signature (PKCS#1v1.5)**

FUHv51Nh8b42q6Pr9enT7Gj2cJHpTjZSYmfwaNpHy4RtGa5VXiDA+XW527rzQnbMlnZIlSlO+HHyrU6RMEG9hw+CM4FZVVZVC5nGRrOWwB2y774BrQ+QlhPDx5gCOUHCJcCbQKSPxMFw8WqhWSyctBaXJQkmY923QL6XgkV11wg=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Sat, 27 May 2023 08:16:39 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0d:5600:8:36::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

mkv7xnkgnBwgcuuB5B1Br1bCk5ORJjoaaDLat5Y6ot9UCQVVqqZI5wnZAKES9UqixdrXaB685y4q9Lgj8Tkyn1JGUhgXmNemY+VQwtal3M6JvVnjVzn6q2iicp33EI+66U0Lyl4hHb4y8S6JP7S/
G1bxoQjQHbVHq1mEpPUbWAkX4wcI28Wz9rS47SVbIAyxbA6jejQ5ENyoJjOTrJ5cCGnFKwYabDTMUB+zRt/6oMGXbuSMrcLG6MKaW8PbtY+G3muG4WfN37D99g1M4M/TT3dO3RxwviTZbysXJPHdaXs6Fr6OTxFYl00mSZ3z5+Dqm9OTeMIQkc2eBEYecAkEIQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Sat,-27-May-2023-08-16-39-GMT.mhtml

**Hash (SHA256)**

eb7d497110535fbf86d77bac176fdaafcc7f78908eef258718bd98dfa2cd1886

**Signature (PKCS#1v1.5)**

QYAKwIKcAbGZ5tO85fa0ZsLFM4q9Umfb45QqDL/45eAmNxlmHnGxQhtF6+f+4bNcoBP7xRp0DEpaTuyvPiCrLH7FXfetvmizLOJ37X/g17Ow1fV4+6IK0aoyKfF0WFkAXcj9wB7rx6AnHKgxXEcdw2dWtfpQFebu9OrAKheED0xSD8CewSnzDCAOjUfb4ehSEnz28MSmJjMa120rtJO+z9UPX6brT+pG
+esu6j9vHjUijDV2CZiue/ArE0Ra7vyuilfA5oPOmMGX5r0OOVo8xmXogSQmmLZwnuWwHZciT7uRZvQLWiqg6rXJ1haaP44qqiXF4NJvzcWZJaCm9cxEVA==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

**Or pick up near this address** - See nearby pickup locations

Change

**2 Payment method**

VISA **Visa** ending in 9985

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

Change

**3 Offers**

Change

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items ~~Tuesday, May 30 by 8PM~~ **Tomorrow, May 28 by 8PM** for ~~$5.99~~ FREE

Get FREE One-Day Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: May 30, 2023** If you order in the next 19 hours and 43 minutes (Details)

Items shipped from Amazon.com



**Coralogo for Moto G Stylus 5G 2022 Case (NOT FIT 4G) Smiley Face for Women Girls Girly Pretty Cute Mint Green Phone Cases Smile Design Aesthetic Cover+Screen+Chain for Motorola G Stylus 5G 2022 6.8"**

$13.99 & FREE Returns

Qty: 1

Sold by: LaLaKaKa

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

- **Tomorrow, May 28**
  FREE One-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Tuesday, May 30**
  $5.99 - Shipping
- **Tomorrow, May 28**
  $9.99 - Shipping

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

**Order total: $20.96**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Get FREE One-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.**

Try Prime FREE

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $13.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $19.98 |
| Estimated tax to be collected: | $0.98 |
| **Order total:** | **$20.96** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS
Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Surfer Heishi Smiley Face Beaded Bracelets for Women, Stackable Smile Evil Eye Preppy Stretch Bracelet Colorful Clay Bead Bracelets Aesthetic Bohemian Summer Beach Jewelry (E-Yellow Surfer Bracelet 7pcs): Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/Bracelets-Stackable-Bracelet-Colorful-Aesthetic/dp/B09WMC8PZM/ref=sr_1_29_sspa

**Collection Date**

Wed, 19 Apr 2023 07:40:48 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

rdGPdds/cJ6nltg8iJztIvF9F9Nk9CCQyrsWIMcb8HIMDOgr3UfpSignk6GulrJHppT4UZqFGL9s4vTOxBbiz4YOaZi16iQA3BmunTDG064XJFaqXSc4tNmICTWKCBn/wCUMR9IsWSMnMlmvUS6DoGTqy32YRT2qUngQ2P03c6g=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Bracelets-Stackable-Bracelet-Colorful-Aesthetic[fs]dp[fs]B09WMC8PZM[fs]ref=sr_1_29_sspa]]_Wed,-19-Apr-2023-07-40-48-GMT.pdf

**Hash (SHA256)**

181987b33a5ecc60205e62c48cb6d8f68828dbf44499422151dcc76934c0f8d1

**Signature (PKCS#1v1.5)**

hNKaN6eeK2Z0go7SoLaWh0geiqej8TYgLFYTnLg63hCyJNr1zGmIviwdc8POc08k8m+Ik0JP8ckEg0ILKvgBcCSyWsxlc1cxQeuTSg9L4ZsTzQaKltYqVjcsJo4RXWKZmWx8Mw+CD0Pki4++zUaLdz0LfbOx+kBGyuoHqkUK8zE=



AXENCIS

Investigator Name: Sian Kelly

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 05 May 2023 09:07:45 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sian Kelly

**IP Address**

**Browser Information**

**Digital Signature (SHA256 / PKCS#1v1.5)**

u8z2O+S4DYkwF7j+qecYqveYIAd3wcdQEQsyDAgrj5rQtgrF3g9NSk3/NAFi84L4zswwgGAN7+d0BM0Yjo2CVN5w5f1a/0p8qT9kn/waDmglcEdpKl2YSSotrbim8unfr4IJRyAOuxzLhXZiwQllLHNpXmU4TjemLlhv7EO/ZN8kJESveT54tIRzIRPYmoOCryMP5Uy5loNd4spO
+5JkCnH2Re8QqrN7ssr3XCOYnplCGMfrG25srK6uZpa7fWJNUpiYnEhrsVmASdjO6mTbjNH/1xrt0B3+TNayKxB/bBxgYRUOIte2nPl0vMC5bNCxU+ENldJC7d5CZWiHP//yRQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Fri,-05-May-2023-09-07-45-GMT.mhtml

**Hash (SHA256)**

f04fb8b7dea25077acc803c568cb9c95d12d8f93dfa4890b32482072f594ca94

**Signature (PKCS#1v1.5)**

P3LoyR6MG6vK04kPNKKRTQ0jrOFiIkboNLrw7Mpt5rg1+esJRxd0kzuZHTTvBMaqSwePEb7kjLDQe71HdyClgjJ0hDJVwvmgtRda6FLLUVJjAZ8V08+xs11hhBZYmhZeJlI392PKm1Uw0SQNnwsCVzQzorOYakmh4bLPfLDGu0cxLIT1PBhRg94HYp8RGdlsieJjeEyq8H22l5hsDUConPoDco8IYRPC
QqHf6A4R3CFx7fjvA9I7yMg7DWxGq+YqOHP2myGd8qeq7w2d1X0Tsn6Nfb0xbHBJ5uB7wuU8wmnySWqKTz3Yla39WPQsOVzGobLt6Ed6tN8SdOB5zrUr/w==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

[redacted]

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

Change

**4 Review items and shipping**

FREE TRIAL

**Dolly, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items with your 30-day FREE trial of Prime

Get FREE Prime Delivery with Prime

No hassle. No commitments. Cancel anytime.

**Delivery: May 8, 2023** If you order in the next 4 hours and 37 minutes (Details)

Items shipped from Amazon.com



**Surfer Heishi Smiley Face Beaded Bracelets for Women, Stackable Smile Evil Eye Preppy Stretch Bracelet Colorful Clay Bead Bracelets Aesthetic Bohemian Summer Beach Jewelry (E-Yellow Surfer Bracelet 7pcs)**

$9.99 & FREE Returns

Qty: 1

Sold by: Lalapple

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

FREE Prime Delivery with your free trial of Prime

Fast, FREE Delivery prime

**Monday, May 8**

$5.99 - Standard Shipping

Place Your Order and Pay

You'll be securely redirected to MasterCard to complete this transaction.

**Order total: $16.68**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Dolly, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place Your Order and Pay

You'll be securely redirected to MasterCard to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $9.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $15.98 |
| Estimated tax to be collected: | $0.70 |
| **Order total:** | **$16.68** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS
Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**
Amazon.com: HALOU Socks Women Soft Breathable Combed Cotton Socks Striped Flower Smiley Retro Cute Socks Autumn Winter Socks : Clothing, Shoes & Jewelry

**URL**
https://www.amazon.com/Breathable-Combed-Cotton-Striped-Flower/dp/B0BT97QJ27/ref=sr_1_8

**Collection Date**
Fri, 21 Apr 2023 09:53:07 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Chris Stavrou

**IP Address**
[illegible]

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
[illegible]

# File Signatures

**SCREEN CAPTURE**
**PDF**

**File Name**
screencap_[https][s][www.amazon.com][s]Breathable-Combed-Cotton-Striped-Flower[s]dp[s]B0BT97QJ27[s]ref=sr_1_8[]_Fri_21-Apr-2023-09-53-07-GMT.pdf

**Hash (SHA256)**
[illegible]

**Signature (PKCS#1v1.5)**
[illegible]

HALOU Socks Women Soft Breathable Combed Cotton Socks Striped Flower Smiley Retro Cute Socks Autumn Winter Socks



Brand: WEIIN

$18.84

Roll over image to zoom in

- Soft and comfortable.
- Keep feet warm.
- Comfortable:accommodate most size ankle.
- Which is easy to match with your daily wear.
- These socks can be a gift.

Report incorrect product information.

**Based on your recent views** Page 1 of 58
Sponsored

- VFM 5/8 Pairs Women no show Socks Non Slip Cushion Sweat-absorbent Athletic… $11.99 prime
- KAPNRTO Smiley Face Socks 10 Pairs Cute Socks Women Socks Protect From Wear… 194 $16.88 ($1.69/Count) prime
- Cozi Foot 10 Pairs Women Ankle Socks Thin Soft Athletic Low Cut Socks With Tab (Sho… 269 $16.99 ($1.70/Count) prime
- OGUOY 8 Pairs Cute Flower White Socks Women's Mid-tube Spring and Summer… $23.99 ($3.00/Count)
- THATISHE No Show Socks Womens Running Ankle Socks Compression… 188 $18.99 ($3.80/Count) prime
- J-BOX Women's Cotton Crew Socks Above Ankle Socks, Lightweight Socks for Women Sock… 1,213 $24.99 prime Save 5% with coupon (some sizes/colors)
- JSEREN Women Cute Socks 5 Pairs Cotton Kawaii Embroidered Funny Low Cut Socks… $12.99 ($2.60/Count)

**4 stars and above** Page 1 of 58
Sponsored

- Antrop Women Quater Crew Athletic Running Cotton Cushion Socks (6 Pairs) 237 $16.99 ($2.83/Count) prime
- wernies Women No Show Socks Low Socks Women Short Socks No Show Socks for Flats… 65,114 #1 Best Seller $11.89 ($2.97/Count) prime
- LANLEO Fuzzy Socks For Women Slipper Socks Fluffy Winter Warm Soft Cozy Plush Cute … 3,025 $12.99 prime
- Joylife Fruit Embroidered Ankle Socks Funny Low Cut Socks for Women, Lady, Girls, 5… 93 $11.99 ($2.40/Count) prime Save 5% with coupon
- GuaziV Women's Ruffle Socks, 7 Pairs Womens Fun Novelty Crew Colorful Patterns Supe… 383 $15.99 ($2.00/Count) prime
- Joylife Fruit Embroidered Ankle Socks Funny Low Cut Socks for Women, Lady, Girls, 6… 85 $14.99 ($2.50/Count) prime Save 5% with coupon
- SATINIOR 4 Pair Colorful Striped Knee Socks High Witch Knee Socks High Socks for Wo… 740 $15.99 ($4.00/Count) prime

**Product Description**

Soft and comfortable.
Keep feet warm.
Comfortable:accommodate most size ankle.
Which is easy to match with your daily wear.
These socks can be a gift.
Material: Cotton
Color as shown in the picture
Size universal
Mixed packing 5 pairs
Note
1. Due to different lighting, the actual color of the product may be slightly different from the color shown in the picture.
2. Due to manual measurement, the allowable deviation of measurement is 1-3cm.Please understand, thank.
2. Please allow 1-3cm differences due to manual measurement. Thank you for your understanding.

**Product information**

| | |
|---|---|
| Item Weight | 0.035 ounces |
| Department | Unisex-adult |
| Manufacturer | WEIIN |
| ASIN | B0BT97QJ27 |
| Country of Origin | China |
| Import | Country as Labeled |

Warranty & Support
**Product Warranty:** For warranty information about this product, please click here

Feedback
Would you like to **tell us about a lower price?**

## Videos

Help others learn more about this product by uploading a video!

Upload your video

**Products related to this item** Page 1 of 58
Sponsored

- Mrdnckmd 6 Pairs Lovely Cotton ,Cartoon Smiley Face, Smile Socks Women, Winter Autu… 62 $17.97 ($3.00/Count) prime
- KAPNRTO Smiley Face Socks 10 Pairs Cute Socks Women Socks Protect From Wear… 194 $16.88 ($1.69/Count) prime
- JSEREN Women Cute Socks 5 Pairs Cotton Kawaii Embroidered Funny Low Cut Socks… $12.99 ($2.60/Count)
- IIG 3-6 Pairs Womens Cute Animal Patterned Funny Novelty Cotton Crew Socks (Multico… 933 $14.99 ($3.00/Count) prime
- socks n socks-Kids 5pk Fun Cotton Colorful Cute Dogs Socks Gift Box-Medium 665 $24.99 ($5.00/Count) prime
- OIUYT Smiley Face Socks,Cute Cartoon Smiley Socks, Novelty Funny Socks Gifts for… 23 $16.98 ($3.40/Count) prime
- Jefferies Socks Girl's Rainbow Stripes Hearts Smiley Face Crew Socks 6 Pack, Multi,… 84 $16.99 ($2.83/Count) prime

## Looking for specific info?

Search in reviews, Q&A...

## Customer questions & answers

No answered questions yet
Post your question

Typical questions asked about products:
- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

## Customer reviews

| | |
|---|---|
| 5 star | 0% |
| 4 star | 0% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 0% |

How customer reviews and ratings work

No customer reviews

**Review this product**
Share your thoughts with other customers
Write a customer review

**Products related to this item** Page 1 of 58
Sponsored

- KAPNRTO Smiley Face Socks 10 Pairs Cute Socks Women Socks Protect From Wear… 194 $16.88 ($1.69/Count) prime
- JSEREN Women Cute Socks 5 Pairs Cotton Kawaii Embroidered Funny Low Cut Socks… $12.99 ($2.60/Count)
- FUN TOES Women's Cotton Toe Socks-Breathable-6 PAIRS Pack-Size 9-11… 2,583 $19.95 ($3.33/Count) prime
- Mrdnckmd 6 Pairs Lovely Cotton ,Cartoon Smiley Face, Smile Socks Women, Winter Autu… 62 $17.97 ($3.00/Count) prime
- Obacle Skull Face Mask Half for Dust Wind UV Sun Protection Seamless 3D Tube Mask B… 8,406 $9.99 prime
- SIXDAYSOX Low Cut Socks for Women 4 Pack Size 9-11 Non-slip Cotton Moisture… 3,655 $13.99 ($3.50/Count) prime
- Bycikool Cute Cotton Socks Funny Novelty Butterfly Animal Dress Socks Women (Butter… 31 $11.99 ($2.40/Count) prime

**Inspired by your browsing history**

- New Cactus Plant Flea Market CPFM Kapital Smiley Logo Unisex Soft Crew Sport Socks Black Color 9 $19.99 Get it as soon as Wednesday,
- Smiling Face | Cute, Positive, Happy Smile Unisex T-Shirt for Men or Women 1,108 $19.95
- TTD 2 Packs Street Fashion Socks letters CPFM Smile Face tube cotton socks for men and women Hip Hop… 85 $13.99 ($7.00/Count) Get it May 5 - 17
- Jinny's Shoppe Cute Cotton Crew Funny Aesthetic Novelty Colorful Comfortable Warm Heart Ankle Socks for Women Teens Girls 917 $11.99
- 1 X Smiley Happy Face 14 oz Stoneware Coffee Mug/Cup 614 Amazon's Choice in Novelty Coffee Mugs $11.69 Get it as soon as Wednesday,
- Conversation Concepts Shiba Inu Tiny Miniature One Christmas Ornament - Delightful! 215 $11.99 FREE Shipping Only 15 left in stock - orde…

**More items to consider**

**Your Browsing History**

Back to top

Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You

amazon English United States

Conditions of Use Privacy Notice Your Ads Privacy Choices
© 1996-2023, Amazon.com, Inc. or its affiliates

AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Wed, 24 May 2023 03:31:31 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

111.92.80.105

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

MwYqHAPDV7cqKIeyFQrBYM6XzfJT1aCe3FubjP1JMDIiiJfNCvUGO7ACXlcOCtLyloijh0xAcUdPRphUg2d+WpNmVlfMg7FYatBWkW7KenkDSWOlXD3/sbTJIIUdD+mNxyN43AzxNuc/4xPTa9pLgDEaGxkEWQWiQ6hHoqOdY0UkpA003Dl2+488U1cOWhXV
+XelmoK1QtMnM9pfRYSPTPnkf4zrJeETxxhRv/q466gwgxVCi+s4TZrR6VnHNXFxmwcFpDI3dtuyH9D2ImNinl2rTpdjQ0GJePU1ci5WLn7sAkjc8f0Q1l5kpCU7SFFsN/ibBH5QY7uLHNvZFzL6MA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Wed,-24-May-2023-03-31-31-GMT.mhtml

**Hash (SHA256)**

0b7b82b283124f7ecd75f335bc23bdcfc2575f6d5a9322ae497c6766b0825d45

**Signature (PKCS#1v1.5)**

hQxIuzYbjpryPIqon/oximaLK9TbyHYSwuRoLe0F1N7VmqKeMNLCiQH/31AUPDoBuFI9nQi5JuDFUoh7dI2oujocQ7qWEvSUshFP0mAhS92wjhOwltCzzBgCuukMWLXCZO/7qTWFU6/UFsLL3qxlx7E+MwUktJpdXsgEiJxKFWH7Lly9ZawrImUxGuBgnJ9vu6+FtVbYuAqDtLfipGt
+HhLfhYbgwsgGnyg8Xwn4kB/V+sRvERBa8SmBHxfj+uBaxV6yV1dnb54+jNm0baxiLvfkfcrrNnBeXyq+VW6UUMH4b1BzTe92zzkiBnvCzbg/7rfnweWeutZR0d6W3tyiaA==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

**2 Payment method**

VISA **Visa** ending in 9985

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

Change

**3 Offers**

**4 Review items and shipping**

**FREE TRIAL**

**Jade, we're giving you 30 days of Prime benefits for FREE**

Try Prime FREE for 30 days

**Estimated delivery: June 20, 2023 - July 12, 2023**

Items shipped from lanen



**HALOU Socks Women Soft Breathable Combed Cotton Socks Striped Flower Smiley Retro Cute Socks Autumn Winter Socks**

$188.64

Qty: 1

Sold by: lanen

Gift options not available

**Choose a delivery option:**

Tuesday, June 20 - Wednesday, July 12
FREE Shipping

Place your order

**Order total: $201.84**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $188.64 |
| Shipping & handling: | $0.00 |
| Total before tax: | $188.64 |
| Estimated tax to be collected:* | $13.20 |
| **Order total:** | **$201.84** |

How are shipping costs calculated?

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Largentolab Emoticon jewelry Titanium, Winking smiley face earrings, kawaii jewelry colorful, funny emoticon stud earrings, nickel free geek jewelry, girl fun gift, colored studs cute : Handmade Products

**URL**

https://www.amazon.com/Largentolab-Emoticon-Titanium-earrings-colorful/dp/B01C1FMVXK/ref=sr_1_199

**Collection Date**

Thu, 20 Apr 2023 05:22:43 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

qFaPkh+Xo4obo7FTl2fdAnDYayN8OSMd6N2Qf6lhFhXRl5q37bFfrzZW8e3Ipps4MqaOWM7Ei/ejDwkgisZxs2KK/37WMVYCRlbthoRuZf77gbiZkitjfuQhLAOduUMoDXs9bgD9cGf7TjFUGiNlUoRSSQGZUAgDGPOnNHhuH1s=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Largentolab-Emoticon-Titanium-earrings-colorful[fs]dp[fs]B01C1FMVXK[fs]ref=sr_1_199]]_Thu,-20-Apr-2023-05-22-43-GMT.pdf

**Hash (SHA256)**

17fc47fe8ed9a7ed3faafef38a92f39eccc96a3295b9333f90cbec4be32f785a

**Signature (PKCS#1v1.5)**

E8xJuBQaMTNEcoRKDByytFytsOa89nJyh+LCeqbBjyVgzZ9/9uKG4qOKDTSd1v5XwdRRWuxO6DwXzX9zWQxw+B3A3yKKAiuDgdVMtpcJuTmO/Tcev2LHb2NCCC1I+zPGZgL4e1lR8tySP/aU7M9nQ8ykIw+eNiw208QISLwis2g=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Wed, 17 May 2023 15:06:11 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2001:ac8:9a:d::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

MMOTUKspjV47v5OsDVGAK0HrXi7k3XcQsDSoOHsBM4udreEuMCpJw3x5StO9BfP7Rh2+I6wWPM1a/GhdSXjiw7RhWVn+xPcTWM9uR1iL0PzFKPp2zvzZoVr
+5nR3gDScCDRBxSUOpr61hMLFavTZY5fqZOCntErr7QR2lYhVpVEUlxJIIdryeeqzYN5nvVGXh0wPCA65wpHIFs9kxsa0lRt7Ljq9D42RmzsHFUksksO5wDPMRa7rUqkOBFqXApYqYAvg5DgozKto+7zodyHo
+OYnbEyZbJYR23JlUV3Lj45zb0TF6mGeWhM1eRNtNstxVv6EFoarxCl933Z1kqAqBw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Wed,-17-May-2023-15-06-11-GMT.mhtml

**Hash (SHA256)**

d8702a9915645ca65c32ca1b8fd6c112c1b0067abfcce6078744873e5f6be8e1

**Signature (PKCS#1v1.5)**

T8XBaEQKwuny3NqxbzjwUCrg0XNXmbpe80OgcAbScngcYf++W48piq9xtfqLawUJ60iaKCFZo05qK7yUv2FBXpqllmQeLd099KKpjH3tpo6tFvTEZ30uZ8VEhJdH61PgCtqEN9E2CX5nhAnK8KIoR8gt4QXt1XsbLNy8vW1p6vfp9UcexIpqRKX0cWWNUDsLxmmGG4zCuH7KD6gVI/
IgMmun3WhFy2fEZBiGYC8yCWQZjT1Qf2YdBYgyP1D58yE8kyasvgc5hfvtb/Adu5jwGdFRqMIcjzOv1pxJ/tBGcRzbvS5PM2Hfd+RWTrPhrHrnrvNJFyXvpbxXoUOwwc8zBw==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Change

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you 30 days of Prime benefits for FREE**

Try Prime FREE for 30 days

**Estimated delivery: June 14, 2023 - July 7, 2023**

Items shipped from largentolab



**Largentolab Emoticon jewelry Titanium, Winking smiley face earrings, kawaii jewelry colorful, funny emoticon stud earrings, nickel free geek jewelry, girl fun gift, colored studs cute**

~~$75.00~~ $56.25

Qty: 1

Sold by: largentolab

$18.75 discount applied

**Customizations:**

Winking smiley color: Gold

Smiley tongue color: Violet

Add gift options

**Choose a delivery option:**

- **Wednesday, June 14 - Friday, July 7**
  FREE Shipping
- **Tuesday, May 30 - Friday, June 2**
  $25.00 - Shipping

Place your order

**Order total: $60.19**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $75.00 |
| Shipping & handling: | $0.00 |
| Promotion Applied: | -$18.75 |
| Total before tax: | $56.25 |
| Estimated tax to be collected:* | $3.94 |
| **Order total:** | **$60.19** |

Qualifying offers:

- Promotion Applied

How are shipping costs calculated?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: LIZBEL Corduroy Smiley Face Makeup Bag, Smile Aesthetic Makeup Pouch,Cute Smile Face Organizer Bag,Travel Toiletry Bag for Women,Blue,2 Pieces : Beauty & Personal Care

**URL**

https://www.amazon.com/LIZBEL-Corduroy-Aesthetic-Organizer-Toiletry/dp/B0BWRLNFFF/ref=sr_1_192

**Collection Date**

Fri, 21 Apr 2023 07:48:56 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

legrKCqbEOJiopNVJYO+tcBe4TQRO1gBFujoUQlwuLrX/vYbL1cYyQWoVcCjKk/xUzLCdkrwkFURbMjfeSxxTSy7RE+LNELjBxieSnQuRruUPYZRu8MlEVyEQM8haHusekt10kXCicTHa6Blc2XqOx4rp5GkdsuN3tmv2PHgn/M=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]LIZBEL-Corduroy-Aesthetic-Organizer-Toiletry[fs]dp[fs]B0BWRLNFFF[fs]ref=sr_1_192]]_Fri,-21-Apr-2023-07-48-56-GMT.pdf

**Hash (SHA256)**

4348a6446604f37b50565840cdb5d1c6e6b9a49ee828feebd03453c0bfe5ddf6

**Signature (PKCS#1v1.5)**

HwLZUutR+eMnIYFOAfW8Y2LbHe9NbjtAXDRdW59zOgl4q2uizaSN1XG20wouu97JEGNRcRPRTBkJF09nWpFGugWb6opLm9OUJGzds3BRJLyQu9wyfXsYFCEOBSzbLGw/B7qtB9XidOlmFAhMGOEd9tNY8ip0993kSf/e84v2gWE=

amazon Deliver to Ozzie Miami 33132 | All | smiley bag | EN | Hello, Ozzie Account & Lists | Returns & Orders | 1 Cart

All | Clinic | Amazon Basics | Customer Service | Buy Again | Amazon Business | Household, Health & Baby Care | Livestreams | Beauty & Personal Care | Free Shipping | Coupons | Pet Supplies | Smart Home | Live tonight: ONE Fight Night

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

amazon clinic Healthcare for common conditions, made easier Get started ›

Subtotal $14.99 | Go to Cart | $14.99 Only 8 left in stock - order soon. | 1

‹ Back to results

**LIZBEL Corduroy Smiley Face Makeup Bag, Smile Aesthetic Makeup Pouch,Cute Smile Face Organizer Bag,Travel Toiletry Bag for Women,Blue,2 Pieces**




Click image to open expanded view

Brand: LIZBEL

$20.98

Get a **$100 Amazon.com Gift Card** upon approval for the Amazon Business American Express Card. Terms apply.

Color: **Blue.**

$20.98 | $20.98 | $20.98 | $20.98

Size: **2 pieces**

2 pieces | 1 piece

- 1.[Cute Smiley Face Bag]Smiley face patterns of different sizes are printed on the smiley face bag, with soft corduroy material, simple, cute and fashionable,can be easily matched with your various styles of clothes, adding beauty and charm.When you see smiling faces, you may also feel a little confident and optimistic in difficult times
- 2.[Soft Corduroy Fabric]The cute corduroy cosmetic bags are made of high-quality corduroy material, which is soft to the touch and not easy to wear or fade; these cosmetic bags are easy to clean and can be used for a long time.
- 3.[Cute Design] Smiley face pattern design,funny but also a positive symbol,representing beauty and love,inspirational,sunshine.at the same time,large capacity meets all you need for daily use and for travel.
- 4. [Size]25*18cm, which is convenient for you to store your daily make-up, eyebrows, eyeliner, cream, lipstick, perfume, and other beautiful things organized and protected.
- 5.[Wide Range of Uses] The smiley face travel makeup bag can meet the storage of your daily cosmetics, you can also use the cosmetic bag as a storage bag, toiletry bag, handbag or pencil, stationery bag and wallet.

Report incorrect product information.

**Same pharmacist window. Minus the window.** Amazon Pharmacy's licensed pharmacists are available 24/7 to answer questions. And because it's over the phone, your private health conversations can be, well, actually private. Try Amazon Pharmacy >

$20.98

FREE delivery **May 12 - June 2**. Details

Deliver to Ozzie - Miami 33132

In Stock

Qty: 1

Add to Cart

Buy Now

Payment Secure transaction
Ships from lcxmybhd
Sold by lcxmybhd
Returns Eligible for Return, Re...

Details

Add to List

Have one to sell?

Sell on Amazon

## Product Description

Specification:
Material: surface cloth corduroy+polyester cotton plain canvas lining
Internal structure: pocket zipper
Length: about 25cm
Height: about 18cm

## Product information

| | |
|---|---|
| Manufacturer | LIZBEL |
| ASIN | B0BWRLNFFF |
| Country of Origin | China |

Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

Feedback

Would you like to **tell us about a lower price?**

## Videos

Help others learn more about this product by uploading a video!

Upload your video

## Looking for specific info?

Search in reviews, Q&A...

## Customer questions & answers

No answered questions yet

Post your question

Typical questions asked about products:
- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

## Customer reviews

No customer reviews

5 star 0%
4 star 0%
3 star 0%
2 star 0%
1 star 0%

How customer reviews and ratings work

### Review this product

Share your thoughts with other customers

Write a customer review

**You might be looking for** Page 1 of 3

Partywind 56 Sheets (560 Styles) Luminous Easter Kids Tattoos for Party Supplies, Glow Easter Gifts for Boys a... 2 $4.99 ($0.09/Count) Get it as soon as Wednesday, Apr 26 FREE Shipping on orders over $25 shipped by Amazon

Partywind 260 Mixed Styles Glow Temporary Tattoos for Kids, Unicorn/Mermaid/Dinosaur/Pirate Tattoo... 27 $6.99 ($0.35/Count) Get it as soon as Wednesday, Apr 26 FREE Shipping on orders over $25 shipped by Amazon

Partywind 145 Luminous Styles Donut Party Supplies Temporary Tattoos for Kids, Glow Donut Ice Cream... 216 $7.99 ($0.67/Count) Get it as soon as Wednesday, Apr 26 FREE Shipping on orders over $25 shipped by Amazon

Easter Temporary Tattoos for Kids Women, Easter Bunny Egg Chick Baskets Cute Tattoos Stickers Waterproof Fa... 21 $6.99 ($0.70/Count) Get it as soon as Wednesday, Apr 26 FREE Shipping on orders over $25 shipped by Amazon

Partywind 100 Sheets (1150 Styles) Temporary Tattoos for Kids Goodie Bag Stuffers, Fake Tattoo Stickers for Boys and... 186 $8.99 ($0.09/Count) Get it as soon as Wednesday, Apr 26 FREE Shipping on orders over $25 shipped by Amazon

DMSKY 24-Pack Vitamin E Lip Balm in Bulk with Coconut Oil -100% Natural Ingredients- Lip Moisturizer Treatment - Moisturizing, Soothing... 145 $11.99 ($0.50/Count)

**Inspired by your browsing history** Page 1 of 2

LSxia Chenille Letter Clear Travel Zipper Pouch Nylon Makeup Bag, Preppy Makeup Bag Clear Cosmetic Toiletr... 55 $11.99 Get it as soon as Wednesday, Apr 26 FREE Shipping on orders over $25 shipped by Amazon

WALONER 2 Pack Preppy Patch Makeup Bag Leather Cosmetic Bag Makeup Pouch, Portable Waterproof Travel... 516 $16.99 Get it as soon as Wednesday, Apr 26 FREE Shipping on orders over $25 shipped by Amazon

Fablinks Preppy Makeup Pouch, Chenille Varsity Letter Stuff Bag, Pink Nylon Skin Care Patch... 127 Amazon's Choice in Cosmetic Bags $19.95 Get it as soon as Wednesday, Apr 26 FREE Shipping on orders over $25 shipped by Amazon

Preppy Patch Makeup Bag-Nylon Cosmetic Preppy Makeup Stuff Bag with Zipper-Varsity Stoney Clover Chenille... 110 $18.99 Get it as soon as Wednesday, Apr 26 FREE Shipping on orders over $25 shipped by Amazon

LUNA MAGIC Va-Va Pink Lash Primer, Lengthening, Volume, Longer, Thicker Lashes 0.9ml 110 $24.99 ($833.00/Fl Oz) Get it as soon as Wednesday, Apr 26 FREE Shipping on orders over $25 shipped by Amazon

52PCS Preppy Vinyl Sticker Party Supplies Vinyl Waterproof Sticker Aesthetic Stickers Dec... 377 Amazon's Choice in Kids' Stickers $5.99 ($0.08/Count) Get it as soon as Wednesday, Apr 26 FREE Shipping on orders over $25 shipped by Amazon

Hoson 1 Inch Curling Iron Professional Ceramic Tourmaline Coating Barrel Hair Curler, LCD Display with 9 Heat Setting(225°F t... 6,239 $28.99

TopTTanBo Chenille Letter Clear Bag Purse Multi-purpose Transparent Waterproof Snacks Makeup Tote Bag with Wrist Strap 301 $26.99-$59.99

LieToi Preppy Patch Small Toiletry Bag Smile Lightning Heart PU Leather Portable Waterproof Makeup... 728 $9.99 Get it as soon as Wednesday, Apr 26 FREE Shipping on orders over $25 shipped by Amazon

**Your Browsing History** View or edit your browsing history Page 1 of 4

Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell products on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a package delivery business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Your Recalls and Product Safety Alerts
Help

amazon English United States

Amazon Music | Amazon Advertising | 6pm | AbeBooks | ACX | Sell on Amazon
Amazon Business | Amazon Fresh | AmazonGlobal | Home Services | Amazon Ignite | Amazon Web Services
Audible | Book Depository | Box Office Mojo | ComiXology | DPReview | Fabric
Goodreads | IMDb | IMDbPro | Kindle Direct Publishing | Amazon Photos | Prime Video Direct
Shopbop | Amazon Warehouse | Whole Foods Market | Woot! | Zappos | Ring
eero WiFi | Blink | Neighbors App | Amazon Subscription Boxes | PillPack | Amazon Renewed

Conditions of Use | Privacy Notice | Your Ads Privacy Choices
© 1996-2023, Amazon.com, Inc. or its affiliates

AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Mon, 22 May 2023 08:39:09 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

H22n69XK1PZY9luuc7yfLj/C63Dqq/ZOjWLrHzb0N7oP7u26W0xEIx61JwB8GYr6kp0X96BTg1+2GRtQxXMf/beqb9GQUb9+Cii2t9dnK388cJbcBnNCzUyMTMUjVcwvHI+XJsUJy3qiHGZIj89MknRVpsOLGQykgtwI9PUxFRgR3Qno+qsrz56kg7sSiY8IimWuEmNHi
+IqfsSHhFIxpq4qJY/39Miw1XA7cpVDvV+bAqGaKl+3C/fIg/yeWjpJpHhfFIg9zpSUJ6veqe0n8u9pAMefHT+A4caQHgUKMLya6/H+t6B3uJ8GEYmo2ZAAHZ1UTT/OXwo6yUF08Yuo8A==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Mon,-22-May-2023-08-39-09-GMT.mhtml

**Hash (SHA256)**

e3c2cb9cff4b526daf2e1d8c0a139bcfe122971ffa3461b3c00666297189c505

**Signature (PKCS#1v1.5)**

Y+3sGTXW8wHWuzzd84FihO7/A/C0e0uBchySks0VxJH+ZYIHSQ+cmRtuuS4WOlvr1tg5hvy8aKWUVrBmmtcEUAx8f3/3ESLLfdrXziezY4G1IoVBLFe0+F3GA4bIE8V4qQF9gLXwSkD8mn0ymAjNz4aHHXk0Bp78J8PyXuDFwPsN3ttKf9wcPqekBk+Y1OAE+/QznD6etI5R2LCsLvlumsp6XhH46I
+NNFmLvPRr/pbZErLFK8nOjgpkcA0ZZVPjISqGBh2wNZ1ojI7t0GjuQnH2D8McoGU5QmlzEyJznkvB3h74m3U+DVx/P6RcxKvVcde8VhaFiYk1tKL6c78Qvw==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Change

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

**FREE TRIAL**

**Jade, we're giving you 30 days of Prime benefits for FREE**

Try Prime FREE for 30 days ›

**Estimated delivery: June 13, 2023 - July 5, 2023**

Items shipped from lcxmybhd



**LIZBEL Corduroy Smiley Face Makeup Bag, Smile Aesthetic Makeup Pouch,Cute Smile Face Organizer Bag,Travel Toiletry Bag for Women,Blue,2 Pieces**

**$20.98**

Qty: 1

Sold by: lcxmybhd

Gift options not available

**Choose a delivery option:**

**Tuesday, June 13 - Wednesday, July 5**

FREE Shipping

Place your order

**Order total: $22.45**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

## Order Summary

| | |
|---|---|
| Items: | $20.98 |
| Shipping & handling: | $0.00 |
| Total before tax: | $20.98 |
| Estimated tax to be collected:* | $1.47 |
| **Order total:** | **$22.45** |

How are shipping costs calculated?

AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com: Smile Leopard Sweatshirt, Smile Shirt, Smiley Face Hoodie, Smiley T-shirts, Smiley Face Shirt, Smiley Face Shirt Women, Womens Shirts Trendy, Summer Shirt, Oversized Shirt : Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/Leopard-Sweatshirt-Smiley-T-shirts-Oversized/dp/B0BPMLRF6K/ref=sr_1_191

**Collection Date**

Tue, 09 May 2023 07:40:01 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:93::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

chlhlWyyJNvxfLj1Ry7qY6ctfP4Cfzbt6vptwuR4s5HRgZXvQJ9xv4vkyem/CqrnF3vQ/Ro/eZC2cdFTJEuq4wHD8R5zZnj03z/Q+o61xuWR38ZyVDiaFXVhZkLYJBdZ6pwySPKLUxQctXXr77cwY+pdaCSgeP8s7ghKTozbcVQ=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Leopard-Sweatshirt-Smiley-T-shirts-Oversized[fs]dp[fs]B0BPMLRF6K[fs]ref=sr_1_191]]_Tue,-09-May-2023-07-40-01-GMT.pdf

**Hash (SHA256)**

e746641ef0beaa153316efa1537d8f72f3ed483759141b8e00da28f1322fa5bf

**Signature (PKCS#1v1.5)**

MKdHUpcr7SDdf1bVPzquTriqdVY2drzVbp1IkVjGTFACIGVak6G8JmqNwwy8BRb0NWhItSajXfaHhcv2wgOB8uF8yQ1nsLVNU5JK3JJR3rhW/zS1bg6a5hVWSV6O+6jSeFfo3cHUWZGN1M7jYrdAM3vgSn37bcenrt2FtxSzGv0=



AXENCIS

Investigator Name: RemoteUser2

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Sat, 13 May 2023 04:07:26 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

RemoteUser2

**IP Address**

2001:ac8:9a:1e::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

YcRk6WU/sSDuNfvuXm67pPPJjE7VUZj4JeRJJaatJnEgD3xGI9oo/Kz2DcmwGoCUFpkwrI0jKV47NBqUdqRSDgp/MrNfy+hpFKjTQw78Wc2tqPVzBlvwZCWz2FRMaSxMyeaSTdAJmCercuxpT/4hgKita+nvViFWKllmrE/V+k/jQ4eOtzawrZRiUeVGAB+ggyZpGySE/HHh0AoAklAKptpfinaE
+CpeIXmywtNZg7JYoSVT4sFpAAM0XDZQJ5ZpML5VD9uTS6Gdvh6ocUxy0Xs8bfKwiDOjDM6HHbBB/x4vLDGYWNJ++9PASCAS7r/gme5VcfpPvUl3nd1cuXKX6Q==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Sat,-13-May-2023-04-07-26-GMT.mhtml

**Hash (SHA256)**

25e1ecc4d879064ccfd942f04ff1f08184d026317869a8f26454ef3cceff01e6

**Signature (PKCS#1v1.5)**

RodBVYzg5vPEvO/61GZv/lYhrvpmK/YXJnytKToPTBKsqNrmeQhO3GDcMmQ/g8SVvDDlVZ2AZ2woT+LXbegm1BppdeN4KM5esGplq0+3eRB8tsAs7M7kPuuRbimFypLNz2aKvf+Df5r
+NjLumVVBrD2xGuzT5z9jKrG0CF4bCHEMWzwphx27iBiGl233pAUXLbuiKUPQMlQOrcksIsxKBCJCNxcZmfs0z1k7eBAR4mDk3xF6XI7bQQJBq7RKGMGz1xMgG4NqW7u6MYp4pEonPpoqf9Wa4Jkk+y4MLsxTKguFTS6mgij8Q4Lrmmv3YrmnLkLczBaEzCLKwiKzMNaY/g==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Change

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you 30 days of Prime benefits for FREE**

Try Prime FREE for 30 days

**Estimated delivery: May 23, 2023 - May 26, 2023**

Items shipped from Le Quoc Thanh Store



**Smile Leopard Sweatshirt, Smile Shirt, Smiley Face Hoodie, Smiley T-shirts, Smiley Face Shirt, Smiley Face Shirt Women, Womens Shirts Trendy, Summer Shirt, Oversized Shirt**

$17.99

Qty: 1

Sold by: Le Quoc Thanh Store

**Customizations:**

Style: Unisex T shirt

and 3 more

Gift options not available

**Choose a delivery option:**

- **Tuesday, May 23 - Friday, May 26**
  $6.99 - Shipping
- **Monday, May 22 - Wednesday, May 24**
  $26.99 - Shipping

Place your order

**Order total: $26.24**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $17.99 |
| Shipping & handling: | $6.99 |
| Total before tax: | $24.98 |
| Estimated tax to be collected:* | $1.26 |
| **Order total:** | **$26.24** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com: LEHU Flower Pillow Cute Pillow Flower Plush Pillow Smiley Colorful Sun Flower Plush Cushion Home Bedroom Shop Restaurant Car Decor (17 inches) : Home & Kitchen

**URL**

https://www.amazon.com/LEHU-Comfortable-Cushion-Colorful-Restaurant/dp/B09W97XCCB/ref=sr_1_125

**Collection Date**

Tue, 09 May 2023 09:31:38 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:93::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

NI5aVtBedf3lktiCRvj3FbC8JfBqJu0abWLRtQhCB5WBXlMf3fEi1HhAKztuDZ1ep932qlvDRP5XBgEgcjo1dVYa4Mwf9+ryMl/GDYGsvZ17faaAZkQhBtVZtm5/+NEKAvFbbgR1O/Fo/GckfwDH7MozI5/7CvVqsXNgRd7152E=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]LEHU-Comfortable-Cushion-Colorful-Restaurant[fs]dp[fs]B09W97XCCB[fs]ref=sr_1_125]]_Tue,-09-May-2023-09-31-38-GMT.pdf

**Hash (SHA256)**

bf8ec5638b2bbb52527664a79c9b93113528141ad7b43c6a7f6f5dc3820641ea

**Signature (PKCS#1v1.5)**

fEuR/zNPXrszDN3iStCfVfDbeAc6Ndo7kc9ZnGEnjJxNoZq4U8RIPYiV/eAftEmcj1lZ5vf+IVcRZIkpFf+L5FzJGAZ6lYLuXrIOpBhhQVjPu8wPeqHU5myeptLp9ETkSfvb8FCqMJMkwZAQjrnAFrxAz7YT2mS9PqE5RBFh0JM=



AXENCIS

Investigator Name: RemoteUser2

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Sat, 13 May 2023 17:23:07 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

RemoteUser2

**IP Address**

2001:ac8:9a:1e::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

IIdMYqKgm0V5GFg25mqepdPVABGlVF8S+7pTGO5U8WzBMB6RsfPbdoivAbF0jpIEgQTHO7JNiOni1D+6/dNIH25ffcsNAT4fYlzIxX35vmzEGge+4xPBBHPE5N+9pyvw4p8nWdILjyGQLLG0GU6EA447QlgaqMFNZvugltjlU5zQt4yvm9oRN/foh5F7AEuEhqCnbFOSYe/
oaX7Qb5Kxm6q3Pr85Rk+Oh1Q73Uo4akI7s5eQp/A+EAOMM/tJCEPO/UDkmd44H5NQc/fXi1j/EIlPsFPWbJXx/Y65tZbHn6zyqrBR3Khdm/+/qc1bk6DHGV8hHcjPOIY6r5d4jsykrg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Sat,-13-May-2023-17-23-07-GMT.mhtml

**Hash (SHA256)**

535cea130a5263e1df867c76a83ce3b0081a17a9a31d86a4d3a27a576d6d98ed

**Signature (PKCS#1v1.5)**

sFcrGtTJSVcTVMSjA/DKhxa3HQvgp1tGU1f5/1mPzVbC2g4paGgm+zmgnxbl8kX/Ha4CLTxt3382YiK7eMcu+A+MGcXlP4UVz1VYcH8DUH3y/7DeJykwL0n6B74p4kHPMG/gKb8cv6Nqy2pgY9rbnhcaTwHQCG+F9tSLQj0qAXsRPRQ/
XJj4HB9wZpifie9RbXtlA5n2DSWkJ8Fl9Xt9TdUojE3b9aIbugha0R+E8ZZ8frrQe62+n3eP+uQb6WsLP1dFxI/A+U9blgNd56aksgC1EEGSh3mVIPh07RY8zl0ZJgJMev0g3D3XiI7YcaZG3XFm7Gk+gupWo4rx5RZIWQ==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

Change

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items ~~Tuesday, May 16 by 8PM~~ **Tomorrow, May 14 by 8PM** for ~~$5.99~~ FREE

Get FREE One-Day Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: May 16, 2023** If you order in the next 10 hours and 36 minutes (Details)

Items shipped from Amazon.com



**LEHU Flower Pillow Cute Pillow Flower Plush Pillow Smiley Colorful Sun Flower Plush Cushion Home Bedroom Shop Restaurant Car Decor (17 inches)**

$15.99 & FREE Returns

Qty: 1

Sold by: LEHU Toys US

Amazon Prime eligible Join now

Add gift options

**Item arrives in packaging that shows what's inside.** To hide it, choose **Ship in Amazon packaging.**

Ship in Amazon packaging

**Choose a delivery option:**

FREE One-Day Delivery with your free trial of Prime

Fast, FREE Delivery prime

Tuesday, May 16
$5.99 - Shipping

Overnight 7 AM - 11 AM
$9.99 - Fastest Delivery

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

**Order total: $23.10**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Get FREE One-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.**

Try Prime FREE

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $15.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $21.98 |
| Estimated tax to be collected: | $1.12 |
| **Order total:** | **$23.10** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Evil Smiley Smile Face PVC Military Tactical Morale Patch Badges Emblem Applique Hook Patches for Clothes Backpack Accessories (color1) : Arts, Crafts & Sewing

**URL**

https://www.amazon.com/PVC-Military-Tactical-Patch-Accessories/dp/B0BWWKNS7Y/ref=sr_1_150

**Collection Date**

Wed, 26 Apr 2023 07:48:58 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

ArG26psND3kklvjaZeHBqJCua+lGLjRMivRhFURU6LdIhLwQoCqBCJ902Z5F6pIEFDm9ojxajfQfUMmaWHfGadthNG8Yq+mtQowgMHCybr7wmOywFLcSTp5dVX6pYp/XozqWQUOHFx2iRB6wIYXitA8Nm4fiJQURJ9ayI5oUkUU=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]PVC-Military-Tactical-Patch-Accessories[fs]dp[fs]B0BWWKNS7Y[fs]ref=sr_1_150]]_Wed,-26-Apr-2023-07-48-58-GMT.pdf

**Hash (SHA256)**

edd6116c52258cd69417a338f45636c50910be55302a4cc0e576e63e1a924f28

**Signature (PKCS#1v1.5)**

ZITa0/3bCVVDk85C8JoqpcTIveGRcKqUM1k0r40nQyhOR9QsnTHdsTBXAWORAd/6gpnUAI2PBh5DWNZfHWHdKc6gamyFPgKtZL79YV6HJsCVgpZnamR8BN+LhhjDpKTGy1C2uCIETKUTGCvEvTgPkXgqKMAjq/KYGTWJiHve3i0=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 01 Jun 2023 14:54:32 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0d:5600:8:93::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

co4ZNgB/HGpf55/zjRx04jOprr3r/Aq+AMshxr7tyQCCWEdriMiNlvmfb7hxwrRQhiCdhkyyRKuCd9d1TMJY4QkPYMG7FrhVruuzGuhE3ozn9f9meog6Ebe8s+ibvtpO0BjX0s1w6UYW6WhPnG/2UaROP+
+TPtlbLGaQoiHLDx1qo7OWSc1rHU8JiJ0whs0jsEE3Q6Nz58iBRhEQecrmPOI3g49bfuPpG9vWwMgnMTEXXo8rPoVYFqU2TEZP0M6zCYnxv1vPdH4TcuLO/x4z5BPWK00JDsGOU9MiqKtpeHyMzB8Lkt5ot+qQ0+onv4siQFW4LyPLJ0S7wGBwhOCIuw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-01-Jun-2023-14-54-32-GMT.mhtml

**Hash (SHA256)**

9ce89d5bac63df7e0f34ad1d3719eb2894ec98927f122beb6a38714aecea595d

**Signature (PKCS#1v1.5)**

CDbKdXx5sxZzoGHXxgncJZsDrLbBPIy72oYSaISP7N75+L2LH5ivifIFbgh3C1/QTb0oZN+0K5UXiJNlw61cLDBpeta2a53iPqjZIFbh4Oi/t01+bNMGXU05mUQU6+qb9XewH+b85Gq+Eez3fZivkrADKqlSdZYYwN8bLjNRGsBTU+Zu55gUdEx0ja7r98zb3lTBvNhCZXpIFChGcspMkdq54wlvsD7k/
m8O/+8lKHEQWD67ZsYYTqbfpWTmtR/f5+7q3q9kluZCsjnLtYjf3b3FcvSW/RSptjQZyCs38il5+BF/ELPBGwNz+wbhHOSwEEzzZPO58UIgTY+S++y32w==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

**2 Payment method**

VISA **Visa** ending in 9985

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

Change

**3 Offers**

Change

**4 Review items and shipping**

**FREE TRIAL**

**Jade, we're giving you 30 days of Prime benefits for FREE**

Try Prime FREE for 30 days

**Estimated delivery: June 15, 2023 - July 3, 2023**

Items shipped from lenovo333



**Evil Smiley Smile Face PVC Military Tactical Morale Patch Badges Emblem Applique Hook Patches for Clothes Backpack Accessories (color1)**

$5.50

Qty: 1

Sold by: lenovo333

Gift options not available

**Choose a delivery option:**

**Thursday, June 15 - Monday, July 3**

$3.49 - Shipping

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

**Order total: $9.38**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $5.50 |
| Shipping & handling: | $3.49 |
| Total before tax: | $8.99 |
| Estimated tax to be collected:* | $0.39 |
| **Order total:** | **$9.38** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com: Smiley Face Pearl Choker Necklace Cute Flower Pearl Y2K Necklace for Teen Girls Women (Smiley Face Pearl): Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/dp/B09MHHNYCM

**Collection Date**

Wed, 10 May 2023 06:29:21 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:93::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

is6HIFmP0fYAgCnFwNg4XQTWT2HjDs2bJb2isyYry7vClqRZxltkIN9prgqu2LFCS9EBnnMyhCalXHzLnTGofFZk88A2fqZU/9lKfY3Wayq2eFHNGv24iGUJbO8cQmLzwprZGC6GTkHTaUelhn+ZhF7h4ArY24HAoVYMxq/sAv3mESSdWlhSgxTxi4Ty
+Wfl7Jj3tSRVyujarOMRSf8HmEdbJYBKxPpkM5ojlswtBV6oddGTSCYU/2f644yCswjsGPKynySC7hf24K/Sb57UxtbzrCSrDh41u3JokMxlqSG0Mvw8CabQN8/v2IGTvUExgs2ovieWyUgujj/kRH6BHw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B09MHHNYCM]]_Wed,-10-May-2023-06-29-21-GMT.mhtml

**Hash (SHA256)**

14d6b950e43c9581538165fbadea1cb691604872b9350d05182052bb022a2106

**Signature (PKCS#1v1.5)**

Uh+aNbh+CGqAACMF9j8+oFggxg8EeOJ167r39af1OI48NfamjQZknkGD9r0/XliDYSq4Umz8xIU6nvlXtiFV8mI6F34ltGe/PEmArT2IOeCqNtTwKLl39Ja60FNPWnGe4kS4usqmQh0f0A65yzx9kpcMdhmKN95iMbrdO2nQHQbs3SlWF/Z/xFwPRyQFbf35iBTirQCB1AEzWPNwVXXFFH9wH+32y8e8t
+/mvzKD+lZ2XllqYTxQ1rH5dQd/qYeh+TAC8Piyu3w4/lo+FqVCXiptol00aLHTgsZY1wYdM2NzmXctDJ5knX2Y7wkQA9YidCIoYVPfazmkmeQHFxSK4w==



AXENCIS

Investigator Name: Sian Kelly

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Mon, 08 May 2023 10:29:41 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sian Kelly

**IP Address**

2001:ac8:9a:d::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

KdobtHFLnHokg81Jf79pjTkkx9oCpf+IWlH5AGESUCazilh2PEkCsBSIEK160SMuPR0PQgKpy9bZmv4o3AmehZUtm7rg5V1HB0Jn3TovQ/HWjrpWpX5U3iZ+A4q7YKTuT5bwuQQbgQuGcMGgGuAOn5+wgS6MDZuOWd7LLleO83EOcduxUUoYarii38gY11nC56VTlZe5BWpHFiPV2YoqJ
+tQlIdQfpTrTgs+y4Ka/nqhJh0G11iRF/aZWUH6oz/u1v57U01TiRogizPP9HGk1CZc+5h1n4CGxZkAhXs26EPUTMjaEnvyxtYtF3oDafJpO+/r0VmzrWy5sJKVyWBc6A==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Mon,-08-May-2023-10-29-41-GMT.mhtml

**Hash (SHA256)**

190e01fa3b901f23e85b7e452db9e194f42e8616cf6d4dd1b807444a85e43e31

**Signature (PKCS#1v1.5)**

qLYbx6VMQDZnSk6v4yuwgXOx/zC8b5VCpnsBJEE5cQ5bOjnCVokAd8/n5RX1FxIqXh37M+Sp8o6gC95KcgXAPEvM42Rrv78gkLXU8o9O8GoN/R+zOCSPlOhML6hGu6a78VYdhNPhJHo1mgl6ONKWH4PRfD5BzUkHkT3bbZjXVnhqi6c
+nKtUybxyNhvyEHQVuYbPIA6W6myDPNUO9X6QRcRnmUsnyTd4KUYi70lAfLLVkpZ4O29+6gvzNo+Rba+dKSpzDeMptSMAVY2QaIwZWto8TNeDRl4yw4xbwDU9Dd4CU7UX8NczzlNh0Q/YyLz7yUCkDGkWs/caupZa+BE1fg==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

**Or pick up near this address** - See nearby pickup locations

Change

**2 Payment method**

[redacted]

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

Change

**3 Offers**

Change

**4 Review items and shipping**

FREE TRIAL

[redacted] **we're giving you Prime FREE for 30 days!**

Get your Prime eligible items with your 30-day FREE trial of Prime

Get FREE Prime Delivery with Prime

No hassle. No commitments. Cancel anytime.

**Delivery: May 11, 2023** If you order in the next 3 hours and 15 minutes (Details)

Items shipped from Amazon.com



**Smiley Face Pearl Choker Necklace Cute Flower Pearl Y2K Necklace for Teen Girls Women (Smiley Face Pearl)**

$9.99 & FREE Returns

Qty: 1

Sold by: LeslieJewelry

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

FREE Prime Delivery with your free trial of Prime

Fast, FREE Delivery prime

**Thursday, May 11**

$5.99 - Standard Shipping

Place Your Order and Pay

You'll be securely redirected to MasterCard to complete this transaction.

**Order total: $16.68**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

**Dolly, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place Your Order and Pay

You'll be securely redirected to MasterCard to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $9.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $15.98 |
| Estimated tax to be collected: | $0.70 |
| **Order total:** | **$16.68** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

AXENCIS
Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**
Amazon.com: Smiley Face Nail Art Stickers Flowers Nail Decals 3D Self-Adhesive Nail Art Supplies Designer Nail DIY Decoration for Women Girls Kids-Flower Smile : Beauty & Personal Care

**URL**
https://www.amazon.com/Stickers-Self-Adhesive-Supplies-Decoration-Kids-Flower/dp/B0B69F477T/ref=sr_1_172

**Collection Date**
Wed, 26 Apr 2023 05:19:44 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Chris Stavrou

**IP Address**
2a0a:1dc0:5::3

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
h6AS5PeP8rFfh7JuqFln3Xs9vSnajSzVASsnVIvVycWBFef9QdyLlgXWuD1jybfqSeJGND4kg0OSHZYwg2A5pPl1qcwP6nzn7QwozpqkltQMPzaiHgJjKkP8bfujzSH6TeEwhZL5OplK2++fwEsxjkf/E0msb0bi4x2k/Go2HL4=

# File Signatures

SCREEN CAPTURE
PDF

**File Name**
screencap_[[https[s][fs][fs]www.amazon.com[fs]Stickers-Self-Adhesive-Supplies-Decoration-Kids-Flower[fs]dp[fs]B0B69F477T[fs]ref=sr_1_172]]_Wed,-26-Apr-2023-05-19-44-GMT.pdf

**Hash (SHA256)**
2eb92d550b232e276fb3abd0f79b4b94ff0ddf48ac3b9fb80022e03b4bfc1837

**Signature (PKCS#1v1.5)**
cl9cy9C2EOtH6ue5AujcW52pwkWAhwBVBB7I5Y3Kj3nBelAfGBCZlbyxnFwIFtK7fHBw5SsXzHkEDoy2l4lYsEuZm5sRPqQgWRVmzU9HMqiigauN6XP62z0ruEJ7nTQxEGfFrN27CXS1+aNT3pOZTA1C1q56aE+pzMpEcPNptHw=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 30 May 2023 22:37:37 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

111.92.77.63

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

AbHhw7g8zmKncRV72QNuQTvLiX2RyDTzOnq9nbEsDK+cGGTcWQRgL/F+U+T2oaN073DCBrSV5y01+OYbBX9AmN5ZZ1/TlVq+Eh4B04W72UF+PmbjW0OHuWnshb2yJON0XAFBofdJk1IQPd/h14ZV4GMzIemJ+NGGGj6OnazgBnTI4VUfzxPRSEU9Ts8QrUkZsiKa0oPnBgZo1/LxeBU/
WTIZw6W62FHsDjQ8dx3hhRGXTaAZTzKjSj3k4mt75oY8PxB5m40QAqFrpGSJsd9ib6XpWqonOFZFC8KYk1yFgRSmf0V1lvOR8OdCRcvxPstWRqPgsWD2QPfiJOdMoFsImw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Tue,-30-May-2023-22-37-37-GMT.mhtml

**Hash (SHA256)**

8b1bae74a4050e212ccb813b24d0e51569ef593c360f64485d5a4dee20773487

**Signature (PKCS#1v1.5)**

L0oTYYx4W1h6FzRNG9KEz6D40Wew4e43k2mOT6DTDCSUuKiiujSltwedvx/8XQYgViJQH6xoXcTLnOSa4T20/xKv9ekJJF9g9BDMIZER7oegqshkVhe6jfOcT7HtJhZdZCZkZDiKwEU+RWHgA94WQiUKA5H57I/S2h0UZWAL+H+X9gnkSxROmgakc4kBsMesGgHQQdNAmqC2dsUtHY
+NbrV0oKXeGXXhjMJ5Hl0sweGxG4+Mv0VZj2+ggWYHRnyg06mttb96gYXN6UI+WteI08m7p3zvCWgvu1mBttU9eLFTjHMeIIZAWsO8pA8FAJIu9ofshDRpRWQpYYxyc76MLg==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items with your 30-day FREE trial of Prime

Get FREE Two-Day Delivery with Prime

No hassle. No commitments. Cancel anytime.

**Delivery: June 1, 2023** If you order in the next 3 hours and 7 minutes (Details)

Items shipped from Amazon.com



**Smiley Face Nail Art Stickers Flowers Nail Decals 3D Self-Adhesive Nail Art Supplies Designer Nail DIY Decoration for Women Girls Kids-Flower Smile**

**$5.98** & FREE Returns

Qty: 1

Sold by: Igort

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

- **Thursday, June 1**
  FREE Two-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Thursday, June 1**
  $5.99 - Standard Shipping

Place your order | **Order total: $12.39**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $5.98 |
| Shipping & handling: | $5.99 |
| Total before tax: | $11.97 |
| Estimated tax to be collected: | $0.42 |
| **Order total:** | **$12.39** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: NEGIGA Blue Preppy Smiley Face Makeup Bag Travel Cosmetic Bags for Women Girls,Inspirational Have a Nice Day Cosmetic Bags with Zipper Pouch Travel Toiletry Case,Gift for Teen Girls : Beauty & Personal Care

**URL**

https://www.amazon.com/NEGIGA-Preppy-Cosmetic-Inspirational-Toiletry/dp/B0BYJ9RGFX/ref=sr_1_97

**Collection Date**

Fri, 21 Apr 2023 07:21:29 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

b39Ig+p3kPfP36AqlXfchOnKJ7WRUmovE+N1cw7ZX12G0jiwP+cbrEo0+MkTvanM9vWQFA1EB5Bjj9vosf+YyBzPNaibXDMt9DF9IeuZIQn/MRS+mOuw8/UKU/Z9iwaNuSfY9kLfUecMuZzzGq3GCNERwJqRUfXa56cEt/96n30=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]NEGIGA-Preppy-Cosmetic-Inspirational-Toiletry[fs]dp[fs]B0BYJ9RGFX[fs]ref=sr_1_97]]_Fri,-21-Apr-2023-07-21-29-GMT.pdf

**Hash (SHA256)**

2810393827acfdf7045f15c7b42118af18995767026e2eb227ee93db921ac660

**Signature (PKCS#1v1.5)**

kpx1+E0RS8dqjngfMxF5Zf4u9Xjxxu/eg41YIgl0TKramBCMKRJP7cISwSxNFNyc40qGtrVKAmvS896i8X1CJlbF8NI6S0RHFeX6jGLrF2dWjKt3V4qm8xPW1gvn6SvQoyjUTYtNiua6okhU/769OsSCCN4PeGm8PddgWudQYso=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Mon, 22 May 2023 02:27:50 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

116.68.111.184

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

gUfYUUN3Rg039MKslZijKrRqxe1hpcGNRAMy6+m7usrj1Y1zz8EKFIYeq1vw7M5wC42mYYIe9CKBM2P4YLt3zYYY+zNX9bKHK4B8hJvWvBTxCH8+O1ICOPMhoya9puHzl5jSuNTOSy6QPn0iekCnnjzqHFgh7fRVPYvvPf8uXyMuESPptvVpacoNkn5PWeV2nJUuQUoYCfFZAbnqz95d/
l0oqN7Xjxc4Ep2aeCqoT59IwmDLn7Lz0yi7yNg1RaHSopaQgtKExXKWI9qZ5OP9F3Dd2VkBmcl2Gmgbzf+AINw1qSzE28uhw0AxsQNM79/6h1TH3H4zhnWzmiWIdBiT9Q==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Mon,-22-May-2023-02-27-50-GMT.mhtml

**Hash (SHA256)**

108003758d02a802f2ccdf41a9ac3add08ff7a000c12783416140e9e8b49f22d

**Signature (PKCS#1v1.5)**

pddKpN4G0uayUE6Pa45/CoJM4Y+I9c322BCdj7FRo+jw9SYkLR0ie2VpBUzpDBhiwruktIgEj9R3IY6h6p7ZmZkmn9My9iuzJ8s5L2ejsGPbzWbNN/qwg0eujuqwSLlPiUYeF2W8dV1UVVO4kJiR9ii/BKqMmdyJrxWt3251iRb8meTC86CuQ+1HFHWIi9iMWncCmrXkht1konV8xLmG7a0cii2ZdUM
+gzIIk8BQFFPAgTJUHX87/+XNIOdMLe8EsxQeUHSEekvhiS/BRS36E3ZtnPq5+j9pJ5G1da7kRkybtcOf7dRGjnS2oEU0tRmz3wKdHwtHz0HeE36Cif6hJw==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**
Get your Prime eligible items with your 30-day FREE trial of Prime

Get FREE One-Day Delivery with Prime ›
No hassle. No commitments. Cancel anytime.

**Delivery: May 22, 2023** If you order in the next 1 hour and 32 minutes (Details)
Items shipped from Amazon.com



**NEGIGA Blue Preppy Smiley Face Makeup Bag Travel Cosmetic Bags for Women Girls,Inspirational Have a Nice Day Cosmetic Bags with Zipper Pouch Travel Toiletry Case,Gift for Teen Girls**
$11.99
Qty: 1
Sold by: libaoshengg
Amazon Prime eligible Join now
Add gift options

**Choose a delivery option:**
- Tomorrow, May 22
  FREE One-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- Tomorrow, May 22
  $5.99 - Standard Shipping

Place your order
**Order total: $18.82**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $11.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $17.98 |
| Estimated tax to be collected: | $0.84 |
| **Order total:** | **$18.82** |

How are shipping costs calculated?
Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Compatible with iPhone 13 Pro Max Case, Smiley Face Cute Hippie Aesthetic Peachy Smiley Face Clear Case Soft TPU Full Body Protection Cover Case Gift for Women Men : Cell Phones & Accessories

**URL**

https://www.amazon.com/Compatible-iPhone-Smiley-Aesthetic-Protection/dp/B09VXTFTLP/ref=sr_1_38_sspa

**Collection Date**

Mon, 24 Apr 2023 08:30:06 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

aYduYSP96Z5P6qCkekCtd011e7uvgvWbK/BYgX1gEJ73j9B55rpswH1yA7iJkkA1sEaIZ8Zbq77viU72BnKKrHb1c7aFN6p9Ewaws3AC4ajK1cUfeUnhNkhOxQzRpvxna9waj4uY8Ei3xRefmvRs0fA2hevSBPK1wx4Vev6yE+I=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Compatible-iPhone-Smiley-Aesthetic-Protection[fs]dp[fs]B09VXTFTLP[fs]ref=sr_1_38_sspa]]_Mon,-24-Apr-2023-08-30-06-GMT.pdf

**Hash (SHA256)**

8365b4164ed77d3d0b208486704766befe26a9deb15815629fda2065282f464f

**Signature (PKCS#1v1.5)**

QcLPQUTzJvHCicHiTZ0x0mkG/Tg/0OOjqGYJAhl0oYX7OLasszNz7n/ADX+BkonRc0Y0e9uVQuvCo3KVuSdbIQyfZHuF8dg0qymOg9PSAU8EC+0YXaJqDxGzBxah2PIKiXuk4MKqTKtE5ydlAPh8UdNtaMhmcfe622ooZgu116k=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 26 May 2023 23:12:31 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0d:5600:8:36::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

jr4hnxst/bns2Yf11zHGois6OUc1IEeusCO4hGef5FFfV+hvXJ0QJ2vEPLdBj2971wxEfQ6CfemjGFZpIS/RVkO7HcuYu2Sh1t6c2dcShNwN/jWsCVx+t5OYXfRbUf52NCnuk9cll1Uzx1gTPohAHCxa2EI8TFOIAEGeWLdVShw/DhXxoV0uEjBElmfSbA2XOwTuvNQ610x+0bzqqtaiRY+JD32/+
+S9wHk0vTMH4nJ5OJxZeHJl0eM4ge/fw9pmOxv0SRO6ZFVus0WeU6JpuLLMwP3IAGLR8bS1Lfbh82OH3rT4b0kpybOYtiwUAstPEW/aKQUpG+P0dAyxWjB40Q==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Fri,-26-May-2023-23-12-31-GMT.mhtml

**Hash (SHA256)**

0207c4974269710e2c417da6e8335f3ab5951029005961dfb2c4e9254945a414

**Signature (PKCS#1v1.5)**

GHH3kmCvBFVolc2F7mxF3yLbtihNa+g+VFxeA4Rj2HAUq3CC9lqYEby8e+rHE34laz2zQSvvJ3IqV9ebBWHk7D16xRZgxnhq9MGwza5/TK3S6LMn5OruNFG/g1mmsDoDTwWSN0psqbxx1UFqQU/lcguQbJhuF2zySzt/88cqvQ9VaN9lICxznN/KRlSu2J/aOB/
OToIBLrm87VP5jGuPfTGLEzma4DWwfRBvEIqanivAVb/3nV2iS+NvbJxS/Ki+HR6oNS1nVuOfEfm6HFoLj1xpcIkRy95Cv6uY08IdqfAtTKQZqEeN9HMmg3pz6LNoXA2NDGqnD9vFQYs8SkIrjg==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items ~~Tuesday, May 30 by 8PM~~ **Sunday, May 28 by 8PM** for ~~$5.99~~ FREE

Get FREE Two-Day Delivery with Prime

No hassle. No commitments. Cancel anytime.

**Delivery: May 30, 2023** If you order in the next 21 hours and 2 minutes (Details)

Items shipped from Amazon.com



**Compatible with iPhone 13 Pro Max Case, Smiley Face Cute Hippie Aesthetic Peachy Smiley Face Clear Case Soft TPU Full Body Protection Cover Case Gift for Women Men**

$15.99 & FREE Returns

Qty: 1

Sold by: licuiyung

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

- **Sunday, May 28**
  FREE Two-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Tuesday, May 30**
  $5.99 - Shipping
- **Sunday, May 28**
  $9.99 - Shipping

Place your order

**Order total: $23.10**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Get FREE Two-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $15.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $21.98 |
| Estimated tax to be collected: | $1.12 |
| **Order total:** | **$23.10** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

COWOKA Women's Casual Smiley Face Knitted Sweater Cardigan Button Down Long Sleeve Loose Jacket Coat at Amazon Women's Clothing store

**URL**

https://www.amazon.com/COWOKA-Womens-Knitted-Sweater-Cardigan/dp/B0BG7XKDWM/ref=sr_1_241

**Collection Date**

Wed, 26 Apr 2023 05:33:27 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

IXKvu36tGVIASgMfEA1ZcxC9CbrzXRE8cNK4sUiyXaMxcisahNpFPeQIfPQRMI6FUoy1ZeYZ4f0Cnc7lKeqE8HD7aRlKmUGSXmQjoyopS4ihymhsbXfWf2xALnnf1KHZC0RVD3rLBQNRWUXF1bF1Yi2eFsgzhkITbPzn28F3aMY=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]COWOKA-Womens-Knitted-Sweater-Cardigan[fs]dp[fs]B0BG7XKDWM[fs]ref=sr_1_241]]_Wed,-26-Apr-2023-05-33-27-GMT.pdf

**Hash (SHA256)**

d0bc86660987dfdb3a29f584ad98ee8147185b74232623b4b31c29a6739221ea

**Signature (PKCS#1v1.5)**

okY1mi1xqEHZ+KMITkoo0S5x2qKm+BAvCfoZgco1DdTcGAUmPayejt2+bIcDEbdC9+F7Z6ss7Y7IsIfEYI0EgmstDGgmuBEUqxCNV90SFHosCkZyBiyZhG0Fzvcv5Oeqpund2nNS+JrS8a2X7Ke5lgm5yIOBgJpzW9sJrVPnQXk=



AXENCIS
Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Wed, 31 May 2023 05:02:58 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

111.92.77.63

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

f0WPCtpGBxFIrSaFH7VpM+wLIlD7cNno9PlJNEyZI1O2hz3aFPoJlcFLFnBa1UdQVBy5bJd0XYcrG/mo7MWNL/HHoPj0S6jO1d6XGLT/aZ4Cli6BSZQsVHqxSr+QdoH8Cozl72oSMZb/90Z0pIbnNJ/EYYYfpVktDcXXS7Nl0FD/
u6GHcJMxEXIPR0dnRNOeaWA0ng74hiOHfVphQgpfXHGwfecPmEVVUedDvODhsGaKq131G0aQY+buQMzz5Ty9qjWmfamE71OnzxL1PwmzPGxAiLGrEPH60XrqnwxYGZG6WXDIoqXHTWxVU65ecEDXb093Ov/jaFRtrwbkfu+G9w==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Wed,-31-May-2023-05-02-58-GMT.mhtml

**Hash (SHA256)**

ea5f101d92a10897cd487ad0a06139e06a7d2252a2e9b1033f53b9dba9b25509

**Signature (PKCS#1v1.5)**

nURZb4zHvC3FjvsT1xqtzVhM8dDdGmc7e26/hlr7kvq/PLEgkeLXO/
T9tFDJeEMaZg18s0Q5qdNbgHGEOdB0dXa8GsFPdkHYHpeezb9wUMDcWjvLsuctjdBOgyI91JCSZbGuUHomyuSME9fzOVv9QWaotWuI6ejVlfLLf2YZMIygt5kMGdbPlUlY13NbSyuS6lZWwH0vzWYGJT9RzghFpm5rBPeXW3ON7fw9uJUGaL8mqXNCDNRxlR6/
LxqeXUm242BonnNU30XFPBHR6GlL68/LZj9PRcW30gwex1MrM5BmX6kUYDenw8boBie/lrXolEECJGUIHAvYGX+glYgfig==

amazon

## Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions
**Or pick up near this address** - See nearby pickup locations

Change

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**
Get your Prime eligible items ~~Saturday, June 3 by 8PM~~ **Thursday, June 1 by 8PM** for ~~$5.99~~ FREE

Get FREE Two-Day Delivery with Prime
No hassle. No commitments. Cancel anytime.

**Delivery: June 3, 2023** If you order in the next 22 hours and 57 minutes (Details)
Items shipped from Amazon.com



**COWOKA Women's Casual Smiley Face Knitted Sweater Cardigan Button Down Long Sleeve Loose Jacket Coat Army Green S**
$28.99 & FREE Returns
Qty: 1
Sold by: Lieang
Amazon Prime eligible Join now
Add gift options

**Choose a delivery option:**
- **Thursday, June 1**
  FREE Two-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Tuesday, June 6**
  FREE Shipping
- **Saturday, June 3**
  $5.99 - Shipping
- **Thursday, June 1**
  $10.36 - Shipping

Place your order | **Order total: $37.01**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Get FREE Two-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

### Order Summary

| | |
|---|---|
| Items: | $28.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $34.98 |
| Estimated tax to be collected: | $2.03 |
| **Order total:** | **$37.01** |

How are shipping costs calculated?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com | RDHOSUPY Women Smiley Face Slippers, Kid Smiley Face Women, Preppy Slippers, Plush Slippers for Women, Retro Cozy Comfy Warm House Shoes Indoor and Outdoor, Soft Fuzzy Memory Foam for Men Pink 9-10 | Shoes

**URL**

https://www.amazon.com/Smiley-Slippers-Preppy-Indoor-Outdoor/dp/B0BWMMK5W2/ref=sr_1_59_sspa

**Collection Date**

Wed, 19 Apr 2023 09:13:59 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

MRG/N/r5DAkoKZHS9hZqgwCr6sBsk8wWwtyFuUZg3TCHGoYOs4/alltm/IWV2t5DP9Oa7rRaTLng499ZUWvD0j0oSCQgcQzVX6AeoMAuwbzluAqYpyr8XYOQiux1H/Ewica/imcsva0GZKkt+tG8+ijfg0D94puewDYYmUhJqps=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Smiley-Slippers-Preppy-Indoor-Outdoor[fs]dp[fs]B0BWMMK5W2[fs]ref=sr_1_59_sspa]]_Wed,-19-Apr-2023-09-13-59-GMT.pdf

**Hash (SHA256)**

17cd79a17798ad470ac1d2a08a7b06c4f665c6f942d08c39b9568275b7abababaa

**Signature (PKCS#1v1.5)**

CQFPQp8qnxF8nXPOm5J11qrb8Hl0QQdyxcxh3c1lv6L5A2zEcumxtU0ubb1yDqNuy3xPr1BUFGVYrUWBD+fSCqaZZeekSQr5Sy7wXJHurKFG1taTQCIQTpbchXW6ILI/8jMlE096RLc+8ZclAIxcbIRI0JTHLMKNSTOIwJIkEaY=



AXENCIS

Investigator Name: Sian Kelly

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 05 May 2023 10:27:57 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sian Kelly

**IP Address**

**Browser Information**

**Digital Signature (SHA256 / PKCS#1v1.5)**

mAzlJ2HzYdZdrw1UFwTY5hRlwEdEfDxcgGp79751oomW0KQKHV6QocYxomm9gNPtALUQ/ylz6GweYfm4hrj7QVS4Aq1Mo4WkL7jklRx2yvl1AwKHpfeUGu/bBGALzjTbGEYpt2IhULh+vj0ve1D2BXQgLDmyMp1dI8DzlEF0hucW8F1iISWeIqfsU7/2415luAAi0z7c/dZvKu57b/
C87BFg5XtZq52HfMjwiJq5C1ZhMzbBTXUYtjhrfMBHJlnc5DCpi5qWm+NWR1MVDM24k5Or+dXtpoRXUw8Lv37JWHExu/+qhTzxHRhDtXErJ3wdP0kHl2jkeRSaQ824H4pGNg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Fri,-05-May-2023-10-27-57-GMT.mhtml

**Hash (SHA256)**

a4508f845424c261bb8599d2d360f0aca956a3022b49609d035613eb42fe2c83

**Signature (PKCS#1v1.5)**

PP0w3zM/UPEnYr+43E7Kw9wqEKHFRBbyOfII8TDEvdB9EubFcvGW68Ol6B0magGvGU2FsWXCSeBOPYiHs0BfKNOR1eCNKcyJ77hM/1434NBTHY0RmmsvCvsfzzavmm4p5AXhlRUo8Vlat8bfWdfi6CNS+ZRW7+gxpjM2uFeZEkjP2/
aRhw4DsvUgP22tya1l8xTiCOW8wOuAemWJTd1hj6VYuhzWOIm7GZFBJRsbgRHmlsYirai28O+ZhftrXc+w8mzd1uNLEHrZxoFVR64QYnNJQ6/MqzKv0cK7wcpTb/+GhtKj0q5IYadyvw43JWcR5zsnAH7YURrJHVi/b2ol9w==



amazon

Checkout (1 item)

1 Shipping address

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Change

Or pick up near this address - See nearby pickup locations

2 Payment method

[redacted]

Change

Billing address: Same as shipping address.

Add a gift card or promotion code or voucher

Enter code | Apply

3 Offers

Change

4 Review items and shipping

FREE TRIAL

**Dolly, we're giving you Prime FREE for 30 days!**
Get your Prime eligible items ~~Monday, May 8 by 8PM~~ **Sunday, May 7 by 8PM** for ~~$5.99~~ FREE

Get FREE Two-Day Delivery with Prime ›
No hassle. No commitments. Cancel anytime.

**Delivery: May 8, 2023** If you order in the next 7 hours and 47 minutes (Details)
Items shipped from Amazon.com

**RDHOSUPY Women Smiley Face Slippers, Kid Smiley Face Women, Preppy Slippers, Plush Slippers for Women, Retro Cozy Comfy Warm House Shoes Indoor and Outdoor, Soft Fuzzy Memory Foam for Men Pink 5-6**
$16.99 & FREE Returns
Qty: 1
Sold by: LIFE BETTER
Amazon Prime eligible Join now
Add gift options

**Choose a delivery option:**
- Sunday, May 7
  FREE Two-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- Monday, May 8
  $5.99 - Shipping
- Sunday, May 7
  $9.99 - Shipping

Place Your Order and Pay

You'll be securely redirected to MasterCard to complete this transaction.

**Order total: $24.17**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

Get FREE Two-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.

Try Prime FREE

Place Your Order and Pay

You'll be securely redirected to MasterCard to complete this transaction.
By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $16.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $22.98 |
| Estimated tax to be collected: | $1.19 |
| **Order total:** | **$24.17** |

How are shipping costs calculated?
Why didn't I qualify for free shipping?

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: NANHAN Colorful Plush Bean Bag, Colorful Plush Toy, Sunflower Stuffed Doll Bean Bag, Smiley Sunflower Filled Plush Bean Bag, Suitable for Home Decor, Small Sofa for Kids (G) : Toys & Games

**URL**

https://www.amazon.com/NANHAN-Colorful-Sunflower-Stuffed-Suitable/dp/B0B7G8WD92/ref=sr_1_220

**Collection Date**

Fri, 21 Apr 2023 04:59:55 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

rFqCmlXJbwTj3QXMD0/K+HBOLjIk/K7CQF813A2xqbw8/ZRu4ST9+BQdzlr8UO3hD7MadnEhWJ0Ta3U2mVoegFiIR152nceSIkJeoVUssc5wE+JYm70aEETAm9PHzFVAmKHoVxMx2VrUN1auSsALZkIL6Y+Mw/s4z9NOuiNVUAc=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]NANHAN-Colorful-Sunflower-Stuffed-Suitable[fs]dp[fs]B0B7G8WD92[fs]ref=sr_1_220]]_Fri,-21-Apr-2023-04-59-55-GMT.pdf

**Hash (SHA256)**

756833dc5d21a273c30fae2d2d86f585014d3bb0620cc7bbdf2b1b63af5deb9f

**Signature (PKCS#1v1.5)**

hO6oNEeX8HdYzNpsmT7AUnN2shubgdg1BmP/tTGPHpJDrOvLuRwvzbNP7pWJGL/cbflnj09khqGNel9NCt7WbM/P44H/x88Foq5cWMrHqs2m2KTc1/mcpg3eSpd8QvBY2MZYC2Y2i8bve9Pr3NFYXEMiFcod7d+GIa77fXeoJjo=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Sat, 20 May 2023 07:10:49 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

116.68.96.16

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

fiI0eMJrwWmglwlmajLH4WskHykdHYfq1U5LI3JX7WGlWWEYebZw0CgfOmnTDqTJgHRWuAGD3jEvRGTpjiyTYuW3xstPSvfOV+TljdpmpGC2/F02lw3beEyx5JKMKVODXqsCuXkLyLge7uoDeUm3bU8KmDJRm/LVjq461LKqPgVE7X12nXKraTa/
hgEI8rTMpNnIEsSXV7mikKTpOzVZuR4DMifbajfUd8yMaRWmaGH+FocDuMvGnOSxainabXb9rX/oP8cYM+aN3O1AH96nLqm/JaQ6CNMR7jZdsjBkkMECDLebo3HJwmAol4guppXNDQ6ibcQ1dcJpQH3SjJ5J5Q==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Sat,-20-May-2023-07-10-49-GMT.mhtml

**Hash (SHA256)**

c5a4a57a5d00566d531d63d30873a26999cbacb8636e4a2df5467efe88f1a2cf

**Signature (PKCS#1v1.5)**

VGaWKuOjMMXir1Jr3R5lmjFcpdRYCQr71od4yBTd5sKxjeCZDD/Natp7EuflMv54lPbd0sNKAG+bxkA4p5ErTqOM6LmKcxW6axs++e2d8tuINxccIM5ldF+9GJ10xNMBsZCRjloOVEnKNxqLFSCotFPXJvepV647+2TZnM9/yySm3I0mEfL3F61xBauXGQdUeEVu08X
+1nNnhV2YCxTrzZUhffag188ir5sPBOc12JlAFfAEwIaj63KExqwCxQ1IZWP6mAZUKbOCysBq+3zUn3XtSdGhO7ye8HVrdsBwpZCFuyiyc72a9ZmMx3tddCj447THSYmX5ag5mHBw8IuYRQ==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Change

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you 30 days of Prime benefits for FREE**

Try Prime FREE for 30 days ›

**Estimated delivery: June 12, 2023 - July 3, 2023**

Items shipped from LiJiaXinDeDian



**NANHAN Colorful Plush Bean Bag, Colorful Plush Toy, Sunflower Stuffed Doll Bean Bag, Smiley Sunflower Filled Plush Bean Bag, Suitable for Home Decor, Small Sofa for Kids (G)**

NANHAN

$498.88

Qty: 1

Sold by: LiJiaXinDeDian

Gift options not available

**Choose a delivery option:**

**Monday, June 12 - Monday, July 3**

$5.99 - Shipping

Place your order

**Order total: $539.79**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

## Order Summary

| | |
|---|---|
| Items: | $498.88 |
| Shipping & handling: | $5.99 |
| Total before tax: | $504.87 |
| Estimated tax to be collected:* | $34.92 |
| **Order total:** | **$539.79** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Inspirational Birthday Gifts for Daughter Smiley Girls Makeup Bag Cheer up Gift for Women Sister Encouragement Gift Cosmetic Bag Christmas Graduation Gifts to Make Your Friend Smile Bff Cosmetic Pouch : Beauty & Personal Care

**URL**

https://www.amazon.com/Inspirational-Birthday-Encouragement-Christmas-Graduation/dp/B0BZ81TH59/ref=sr_1_118

**Collection Date**

Fri, 21 Apr 2023 07:23:58 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

gnzuSSUhjeVNFZaQ9Zg5j4Vs3tLI4tpedhSANNmBAK3tez4HcYQ/LqH8GOzrRHC5s/BJVoyEF5955W0TNTUH03ZSdUTqFEoLvWOpq2k6oq5T+29tgS3Of5q1p0PIQNH7VHOELgje26X5BTzCdOK1FjPbUwPWa+w5gGLa6sfx8zU=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Inspirational-Birthday-Encouragement-Christmas-Graduation[fs]dp[fs]B0BZ81TH59[fs]ref=sr_1_118]]_Fri,-21-Apr-2023-07-23-58-GMT.pdf

**Hash (SHA256)**

f52a225e2bcc0806421d4a39f113ac267307fb365abf0411be31d970ddc4135d

**Signature (PKCS#1v1.5)**

rxNYo4nHPKQIHvPZDBJVlth09Lt07Fv0Ba8XuHJ0J2KwljhiObPCnsG/MCuB+7+fphj4ki/UKoanZrETZwwflN50vwQk9i50Pbwbb1L0cXS3KoSz4WTKUFo76yQx8pwI1XwDRLyUlJh1fwhYuEFHk/3ivXEfjIFMr1igp39XzBI=



amazon clinic — Healthcare for common conditions, made easier — Get started ›

Subtotal $14.99

Go to Cart

$14.99 Only 8 left in stock - order soon.

‹ Back to results

## Inspirational Birthday Gifts for Daughter Smiley Girls Makeup Bag Cheer up Gift for Women Sister Encouragement Gift Cosmetic Bag Christmas Graduation Gifts to Make Your Friend Smile Bff Cosmetic Pouch




Roll over image to zoom in

Visit the Gevody Store

$10.89

Coupon: Apply 10% coupon Shop items › | Terms

Get a $100 Amazon.com Gift Card upon approval for the Amazon Business American Express Card. Terms apply.

- Inspirational Gift for Niece:The funny birthday gift for women printed with meaningful words,"Smile is the Best Makeup to Wear", motivational and inspirational, which is a nice gift choice for you to send on birthday party, and more important occasions.
- Soul Sister Birthday Gift:The printed cosmetic bag with meaningful message.It is suitable for Christmas, Graduation,16/18/21 Birthday, Family gathering, Christmas,Retirement,Thanksgiving day,Dinner party, Wedding, Mother's Day, Valentine's Day and any other special day.
- Best Encouragement Gift:Meaningful makeup bag gift for any adults and teenagers gift.Such as teens, girlfriend, sister,friend soul sister,bff,niece,cousin,classmate, daughter,wife, sister,best friends,bestie,college students and so on.
- Motivational Graduation Gifts:Motivational bff cosmetic bag . Making it more than just a gift but something always moving encouragement forward.An unexpected present is a moment of pure joy for the recipient and it needn't be anything expensive but impressing. Most memorable moments!
- Thank You Gift Cosmetic Bag:The makeup bags measure approx 10 x 6.7 inches/ 25 x 17 cm.Double-sided printed, image print is bright and clear.This Cosmetic Bag is made of Cotton and linen,and the sliver zipper is with anti-slip function.A good size for a travel cosmetic bag is easily fits into your woman's handbag, or carry-on so that girls can makeup anytime, anywhere.It's a fantastic gift idea anyone would love!THIS ITEM IS NOT INTENDED FOR USE BY CHILDREN 12 AND UNDER.

Report incorrect product information.

**Same pharmacist window. Minus the window.** Amazon Pharmacy's licensed pharmacists are available 24/7 to answer questions. And because it's over the phone, your private health conversations can be, well, actually private. Try Amazon Pharmacy ›

Add your 30-day FREE trial of Prime and get fast, free delivery

$10.89

FREE delivery Wednesday, April 26 on orders shipped by Amazon over $25

Or fastest Same-Day delivery Today 2 PM - 6 PM. Order within 4 hrs 9 mins

Ships from nearby

Deliver to Ozzie - Miami 33132

Only 14 left in stock - order soon

Qty: 1

Add to Cart

Buy Now

| | |
|---|---|
| Payment | Secure transaction |
| Ships from | Amazon |
| Sold by | Lijudn |
| Returns | Eligible for Return, Re... |

Details

Add a gift receipt for easy returns

Add to List

Have one to sell? Sell on Amazon

### Products related to this item

Page 1 of 12

Sponsored

- Be Happy Makeup Bag,Retro Smiley Face Butterfly Inspirational Quotes Cosmetic Bag B... $11.99 prime
- Inspiring gifts for Women, Rainbow Bags for Girls Women, Rainbow Makeup Bag... 71 $12.99 prime
- Makeup Bag Self Love Inspirational Gifts for Women Motivational Encouragement Gifts... 1 $11.99 prime
- Makeup Bag Good Vibes Inspirational Gifts for Women Motivational Encouragement Gift... $11.99 prime
- Cosmetic Bags for Women - Corduroy Cosmetic Bag Aesthetic Women Handbags... 1,176 Amazon's Choice in Cosmetic Bags $11.98 prime
- WALONER Makeup Bag For Women Preppy Makeup Bag Pu Leather Waterproof Cosmetic... $9.99 prime Save 20% with coupon

### Based on your recent views

Page 1 of 58

Sponsored

- Birthday Gift for Girl Daughter,Cosmetic Bag Canvas Makeup Pouch Accessories Organi... 12 $11.59 prime
- Vavabox A-Z Personalized Makeup Bag,Birthday Gifts for Women Mom,Gifts for... 19 $11.98 prime Save 20% with coupon
- Be Happy Makeup Bag,Retro Smiley Face Butterfly Inspirational Quotes Cosmetic Bag B... $11.99 prime
- Inspiring gifts for Women, Rainbow Bags for Girls Women, Rainbow Makeup Bag... 71 Amazon's Choice in Cosmetic Bags $12.99 prime
- Bag Gift for Daughter - Graduation Birthday Christmas Gift for Daughter - Canvas Co... 4 $12.99 prime
- Allinbag Travel Makeup Bag Cosmetic Bag Toiletry bag Makeup bags for women and... $13.59 prime Save 6% with coupon
- Makeup Bag Self Love Inspirational Gifts for Women Motivational Encouragement Gifts... 1 $11.99 prime

### Product information

| | |
|---|---|
| Product Dimensions | 10 x 0.4 x 6.99 inches |
| Item Weight | 1.41 ounces |
| Department | Women |
| ASIN | B0BZ81TH59 |
| Country of Origin | China |

Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

Feedback

Would you like to tell us about a lower price?

### Product Description

Bff Inspirational Gifts:
You will receive 1 piece of inspirational gift makeup bag, printed with some meaningful words. Prefect motivational gifts for your friend who need some encouragement.

This cosmetic case can be applied as makeup bag,toiletry bag, travel case, pouch, organizer, coin purse, cellphone case and so on; this travel cases are light in weight and portable to carry, good for using when going out, travel, vacation without occupying too much spaces.A special creative small gift and surprise gift ideas for friend in any age.

Product Description:
1.Condition: New
2. Material: Cotton and linen
3.Color:Show as the picture
4.Size: 25*17cm

Package Include:
1 x New Nurse Gifts Makeup Pouch

### 4 stars and above

Page 1 of 4

Sponsored

- Cosmetic Bags for Women - Corduroy Cosmetic Bag Aesthetic Women Handbags... 1,176 Amazon's Choice in Cosmetic Bags $11.98 prime
- Yowivon Preppy Stuff Cute Makeup Bag Small Pink Cosmetic Bag Travel Toiletry Bag fo... 86 $10.99 prime Save 7% with coupon
- Reginary 2 Pcs Preppy Patch Toiletry Bag Preppy Small Makeup Bag Smile Heart... 66 $14.99 ($7.50/Count) prime
- Cosmetic Bags for Women Makeup Bag Large Capacity Purse Travel Toiletry Zipper... 469 $9.99 prime
- Inspiring gifts for Women, Rainbow Bags for Girls Women, Rainbow Makeup Bag... 71 $12.99 prime
- WestonBasics Holographic Iridescent Makeup Pouch | Portable Waterproof Cosmetic... 650 $10.99 ($5.50/Count) prime
- 4 Pcs Smile Face Cosmetic Bags Cute Makeup Bag Canvas Makeup Pouch for... 62 $10.29 ($2.57/Count) prime

### Products related to this item

Page 1 of 10

Sponsored

- Be Happy Makeup Bag,Retro Smiley Face Butterfly Inspirational Quotes Cosmetic Bag B... $11.99 prime
- Cosmetic Bags for Women - Corduroy Cosmetic Bag Aesthetic Women Handbags... 1,176 $11.98 prime
- Ovfhus Retro Smiley Flowers Make Up Bag Cosmetic Travel Bag Hippie Gifts Cute Boho ... $12.99 prime
- WALONER Makeup Bag For Women Preppy Makeup Bag Pu Leather Waterproof Cosmetic... $9.99 prime
- Retro Smiley Flowers Make Up Bag Cosmetic Travel Bag Hippie Gifts Cute Boho Daisy F... $12.99 prime
- CUBETASTIC Small Makeup Bag, Makeup Pouch, Travel Cosmetic Organizer for Women... 1,967 $9.99 ($9.99/Count) prime
- PAZIMIIK Makeup Bags for Purse Zipper Cosmetic Pouch Large Travel Canvas Make Up... 576 $7.99 prime

## Videos

Help others learn more about this product by uploading a video!

Upload your video

## Looking for specific info?

Search in reviews, Q&A...

## Customer questions & answers

No answered questions yet

Post your question

Typical questions asked about products:
- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

## Customer reviews

No customer reviews

| | |
|---|---|
| 5 star | 0% |
| 4 star | 0% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 0% |

How customer reviews and ratings work

**Review this product**

Share your thoughts with other customers

Write a customer review

### Inspired by your browsing history

Page 1 of 4

### Related to items you've viewed See more

Page 1 of 6

### Your Browsing History View or edit your browsing history

Page 1 of 4



© 1996-2023, Amazon.com, Inc. or its affiliates

AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Mon, 22 May 2023 03:39:34 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

116.68.111.184

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

qIREKdTvajRvW624WdCGpUFNrN16ZKlPMeqd+yDjuE8aw82pkd5JHjfKvI/41p2e6YpxxwiKerjB45pUw5mWRioljJJvlsCQRcpvuHv14IeaB5c4MG42K7X6mUMAMr4k52paTRSYFasDmFCSrEEgO2sqiIPD3BRZ/W1tamsJgYzAZ7ju81PrYLDEGsTfI83ZoO+Ze7rON9AA9D5sQ26jwWH
+4rifOMCpNFGNSX8jmS27XSPOJ/U7Ej/lMlV5lDFBnHSggbky9fBHnoklRvXTUzuoKAwkqmrnTvJFRKxVD/dK5uFTd8udZVqhq/o3oR7OCvlrMQnIVrB9rwrp3xA+ag==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Mon,-22-May-2023-03-39-34-GMT.mhtml

**Hash (SHA256)**

d8cb29181b04bbd76f6f4472df97eed784d274e49e6a933f386b75af251a2fc0

**Signature (PKCS#1v1.5)**

HiUT6eUy5qridTrlu8KcdhFembjfEnNVkQwi87BrAcherU9vKL2VQj2CnosRWPSpirRlqEe7jhBo6KaSfC9CLmAHDgkaPVcX6Z2TYi9JZlbGSieEWdBlXs7MtxWo94h6srKRQ/PmOaUWE+DcPxsV7HLpkCyFK/uWXnniUh6wAvV37dYairCNEmT54y4iCasjnBDHEcH/
OB64BdP0BOqitBX5C1qfWjIVyRpOsgeeqILOYgG3JMDrgczGdW8PMgyJQ6IJCebxMj3XhydzlydTQLjz8LgQ6sNRlu0wYdQ7JgDMnumRrDaKhMThS3wb7PQsh55/UcvfKb3/h0rKvPLDQQ==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items ~~Wednesday, May 24 by 8PM~~ **Tomorrow, May 22 by 8PM** for ~~$5.99~~ FREE

Get FREE One-Day Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: May 24, 2023** If you order in the next 20 minutes and 28 seconds (Details)

Items shipped from Amazon.com



**Smiley Gifts for Girls Makeup Bag Inspirational Gifts for Daughter Encouragement Gift for Sister Smiley Girl Cosmetic Pouch Cheer up Gift for Friend Friendship Gifts Birthday Christmas Graduation Gift**

$10.80

Qty: 1

Sold by: Lijudn

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

- **Tomorrow, May 22**
  FREE One-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Wednesday, May 24**
  $5.99 - Shipping
- **Tomorrow, May 22**
  $9.99 - Shipping

Place your order

**Order total: $17.55**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

**Get FREE One-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $10.80 |
| Shipping & handling: | $5.99 |
| Total before tax: | $16.79 |
| Estimated tax to be collected: | $0.76 |
| **Order total:** | **$17.55** |

How are shipping costs calculated?
Why didn't I qualify for free shipping?

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

UTOWO Embroidery Smiley-face Baseball-Cap for Women Men, Cute Smiling Smile-face Denim Trucker-Dad-Hat Unisex-Teens at Amazon Women's Clothing store

**URL**

https://www.amazon.com/UTOWO-Smiley-face-Baseball-Cap-Trucker-Dad-Hat-Unisex-Teens/dp/B097HL6ZD4/ref=sr_1_76

**Collection Date**

Tue, 25 Apr 2023 10:41:18 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

h3xiwbSUa1ddod56IxLZu5my/5/9eZVQ0Ssxt+OVE/nNwR7flfK336mBsRcMyl+L82SFHAt/I2NoAYoO2NUKvwRo2LGgLTWNe4B/+WjhIRpUVg3Bcvttg0cMvgPw4LXbwpRYLbg7cPLqN+ckB6UO1v2ocW+KHRZR9tWFdeCeNbI=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]UTOWO-Smiley-face-Baseball-Cap-Trucker-Dad-Hat-Unisex-Teens[fs]dp[fs]B097HL6ZD4[fs]ref=sr_1_76]]_Tue,-25-Apr-2023-10-41-18-GMT.pdf

**Hash (SHA256)**

8d18ec14b6a4685c890fda1f5a8fea48c499a15599bd5765d3bc8f1d1f840002

**Signature (PKCS#1v1.5)**

knkvbG6lPhYAtGzqCbs+nJpjPkxLXbe0EAzMKtU3h0IBX8gea+WgnviWqDVqqzpgN1ubRoYjqV0QgtTV6YRpTsF+2KWl9TzMT5mHgNIQU8MCl1nCrHmZb9bpbSoz0Rc1x6xu4MQNQHjWyPMGLRwJQKJjpoYr3yWCNuNbzVFJHA0=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Mon, 29 May 2023 17:13:55 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

116.68.102.163

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Gurd3P5WJx1dHYY5lxZoRRATpw3+lzEX9SCpPmCFa8SOsAzq9WMOdQn5eMJb/4Jkv7zYgmgsNIMdY0JQ2SdGUQ9t479lFwtubROkA7pWzoaFw+fkTypHh2U41ENcbq93Zdx/
JNPHl/6wNA1rJPs7i92gXrmcEgwltiWKUZzn7zqdi6UmUwklenabJpx5tcseDj9Evvr93odZBuflnJRCS8XwHyco8Z6gquJhDkss3bVPwVpRXsnLGIgjQsq9KLL8jL4YWnu69JHdZuu6JBCuttXTLziAgadgTBGMlTvensbwSwjUDfH2JcHlgC/MUBITs9pw6ruwYcZpZanHuupMLA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Mon,-29-May-2023-17-13-55-GMT.mhtml

**Hash (SHA256)**

187cdedbfe638b042129e1a2d4afa5eaa7b67308c8217894703461e130f4cf49

**Signature (PKCS#1v1.5)**

hWvO7bP99+hORCvUU+EOdrItIKIbx9YiD+RPPXqbQ9IFsFWPd36RzbbBUcW4N3Tlw3TDGtcgZQafI9DNfb697X1VduETUq4RFEnwEP0bbkSOCIoxXHQqEP2qBr7o9vH91f1QAb0REQ8QjmmCugWEjf/oeEK2jYrwUJq
+S5TJbx8ZLCCYnUh1aM2hYy81vPbaCap6pw7GzYylkFWGVCK8nNj0MKCSdtZnk00t4SV+i0i4yLSDzdJWx1VWErnrMABw6TO/N658NmbLs/WKs+5p3+lGrsO/VmzHfSdo+zDJHaBtYqIfTdkleOJ4E2YM6rWMd0rVjlKHwtVe+nzyzLGVBA==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items with your 30-day FREE trial of Prime

Get FREE One-Day Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: May 30, 2023** If you order in the next 6 hours and 31 minutes (Details)

Items shipped from Amazon.com



**UTOWO Embroidery Smiley-face Baseball-Cap for Women Men, Cute Smiling Smile-face Denim Trucker-Dad-Hat Unisex-Teens**

$9.88 & FREE Returns

Qty: 1

Sold by: Likorh

Amazon Prime eligible Join now

Add gift options

**Item arrives in packaging that shows what's inside.** To hide it, choose **Ship in Amazon packaging.**

Ship in Amazon packaging

**Choose a delivery option:**

- **Tomorrow, May 30**
  FREE One-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Tomorrow, May 30**
  $5.99 - Standard Shipping

Place your order

**Order total: $16.56**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $9.88 |
| Shipping & handling: | $5.99 |
| Total before tax: | $15.87 |
| Estimated tax to be collected: | $0.69 |
| **Order total:** | **$16.56** |

How are shipping costs calculated?
Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: SISMIURRA Smiley Face Necklaces for Women Gold Stainless Steel Clavicle Chain Cute Cubic Zirconia Smile Pendant Necklace Y3K Preppy Jewelry for Women Girls: Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/SISMIURRA-Necklaces-Stainless-Clavicle-Zirconia/dp/B09HX713V6/ref=sr_1_241

**Collection Date**

Thu, 20 Apr 2023 05:31:22 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Z5AgJ/gfcoU4x8v0WMRtVBzcGV90MVj7AA1EAsHyH9pkKsGpQoSydaNy/gdwddA5wPxLP1qHs21G5Q7k2/MKLkEXRWcW0kha0JJ1jpF6jZqLbdX33hxSKm8ErjGOG3WaqhXgCUr0CfXFcdV/CwDOnIXLbDXhfDOq9WVQ7bC1sul=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]SISMIURRA-Necklaces-Stainless-Clavicle-Zirconia[fs]dp[fs]B09HX713V6[fs]ref=sr_1_241]]_Thu,-20-Apr-2023-05-31-22-GMT.pdf

**Hash (SHA256)**

8c4195f5770a9fd6f78baf4e3e9fb390761507967e77b0414cdce9ced66e8c6c

**Signature (PKCS#1v1.5)**

RAeGv4LfmP2+5Gk4jhi9fvTzpeV5epqtwTMwzCl3Houag6lMIsttYvUVTnJ+gkz2pPr4o2fDDza5/KU1b6PbrBWdveWh+edQ4lt0bBM5GrpIfCdL9lHGsjB3eTMJh7gbUK+1HzoQ2aPnp02IM+qSJeEm2yWKIs56CAsjFHDhkSs=

amazon | Deliver to Gregory Kapolei 96707 | All | smiley jewelry | EN | Hello, Ozzie Account & Lists | Returns & Orders | 1 Cart

All | Clinic | Amazon Basics | Customer Service | Pet Supplies | Coupons | Household, Health & Baby Care | Beauty & Personal Care | Amazon Home | Home Improvement | Today's Deals | Find a Gift | Handmade | Upgrade to ad-free podcasts

Subtotal $14.99 | Go to Cart | $14.99 Only 8 left in stock - order soon.

Amazon Fashion | Women | Men | Kids | Luggage | Sales & Deals | New Arrivals | Our Brands | prime try before you buy

‹ Back to results

## SISMIURRA Smiley Face Necklaces for Women Gold Stainless Steel Clavicle Chain Cute Cubic Zirconia Smile Pendant Necklace Y2K Preppy Jewelry for Women Girls



Visit the SISMIURRA Store

6 ratings

$16.98

FREE Returns

Color: green

$16.98 | $16.98

- 【UNIQUE DESIGN】 Cute smiley face pendant necklace,simple and good match. It is suitable for all kinds of outfits and can be matched with any occasion, add infinity personal charm for you.
- 【QUALITY MATERIAL】 Made with high quality alloy, gold plated, lead and nickel free, won't make you allergic. And you can wear it daily and not have to worry about the color changing.
- 【SIZE & WEIGHT】 The chain is about17.7inches with extra chain 2inches.The weight of this necklace is about 0.18oz.
- 【GREAT GIFT】 These smile necklace come with a beautiful gift box. It would make a great gift to your sisters, girlfriend, wife, daughter or mother as a present on Valentine's Day, Christmas or their birthday.
- 【SERVICE】 We value the shopping experience of every customer deeply. If you have any questions, please do not hesitate to contact us at any time and we will provide solutions in no time.

Report incorrect product information.

Add your 30-day FREE trial of Prime and get fast, free delivery

$16.98

FREE Returns

FREE delivery Thursday, April 27 on orders shipped by Amazon over $25. Order within 11 hrs 52 mins

Or fastest delivery Sunday, April 23

Deliver to Gregory - Kapolei 96707

In Stock

Qty: 1

Add to Cart

Buy Now

Secure transaction

Ships from Amazon

Sold by LINGSHANGKEJI

Returns Eligible for Return, Re...

Details

Add a gift receipt for easy returns

Add to List

## Products related to this item

Page 1 of 50

Sponsored

- XSILA 14K Gold Smiley Face Necklaces Enamel Happy Face Necklace Pink Necklace Prepp... 447 — Amazon's Choice in Girls' Pendants — $9.99 prime
- Gold Plated Necklace with Pearl Diamond Pendant Dainty Necklaces Jewelry for... 1 — $29.99 prime
- WEERSHUN Silver Cubic Zirconia Necklace for Women — $39.99 prime
- GDERFANEY Preppy Jewelry Necklaces for Teen Girls Cute Smiley Face Necklace for Wom... 13 — $9.99 prime
- Tewiky Heart Necklace, Cute Necklaces for Teen Girls 14k Gold Plated Trendy Open He... 1,771 — Amazon's Choice in Women's Choker Necklaces — $13.99 prime — Save 5% with coupon (some sizes/colors)
- Godyce Smile Pendant Necklace Smile Face Chain Necklace Paperclip Necklace Cute Rou... 126 — $9.96 prime
- Hey Harper Maravilla Necklace For Women - Gold Waterproof Stainless Steel 14k... 14 — $73.00 prime — Prime Try Before You Buy
- GDERFANEY Preppy Jewelry Necklaces for Teen Girls Cute Smiley Face Necklace for... 13 — $13.99 prime — Save 5% with coupon (some sizes/colors)

## Product details

**Department** : Womens

**Date First Available** : October 7, 2021

**Manufacturer** : SISMIURRA

**ASIN** : B09HX1RG29

**Best Sellers Rank:** #1,076,926 in Clothing, Shoes & Jewelry (See Top 100 in Clothing, Shoes & Jewelry)

#896 in Women's Y-Necklaces

#5,970 in Girls' Necklaces

#384,428 in Men's Fashion

**Customer Reviews:** 6 ratings

## Videos

### Videos for related products

0:21 The Cutest smiley face necklace for gifts or for daily wear! arget

Upload your video

## Products related to this item

Page 1 of 50

Sponsored

- Gold Plated Necklace with Pearl Diamond Pendant Dainty Necklaces Jewelry for... 1 — $29.99 prime
- Clear Ant Lucky Clover Necklace for Women Girls 18K Gold Plated Fashion Cute Adjust... 5 — #1 New Release — $12.99 prime
- Anboly Cat Necklace Jewelry for Teen Girls, Sparkling Dance Diamond Cute... 21 — $11.99 prime
- Tewiky Cute Necklaces for Teen Girls, Faith CZ Rose Gold Cross Necklace Small Cute ... 6,010 — $13.99 prime
- XSILA 14K Gold Smiley Face Necklaces Enamel Happy Face Necklace Pink Necklace Prepp... 447 — $9.99 prime
- Tewiky Heart Necklace, Cute Necklaces for Teen Girls 14k Gold Plated Trendy Open He... 1,771 — $13.99 prime
- SISGEM 18k Yellow Gold Heart Necklaces for Women, Real Gold Box Chain Love Pendant,... 7 — $359.00 prime — Prime Try Before You Buy
- YeGieonr Women Good Luck Smiley Face Ring Happy Face Stackable Ring with Cute Chain... 1,576 — $10.99 prime

## Similar brands on Amazon

Page 1 of 2

Sponsored

- JENDEAR — Shop the Store on Amazon › — JENDEAR Layered Initial Necklaces for Women, 14K Gold Plated Dainty Layerin... 130 — $8.99
- Humble Chic — Shop the Store on Amazon › — Humble Chic Heart Pendant Necklace for Women with Sparkly Simulated Druzy... 91 — $19.89
- Altinbas — Shop the Store on Amazon › — Altinbas 14k Gold Heart Necklace - Dainty Gold Necklace for Women, Heart Jewelr... — $82.99

## Looking for specific info?

Search in reviews, Q&A...

## Customer questions & answers

No answered questions yet

Post your question

Typical questions asked about products:
- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

## Customer reviews

4.6 out of 5

6 global ratings

| | |
|---|---|
| 5 star | 78% |
| 4 star | 0% |
| 3 star | 22% |
| 2 star | 0% |
| 1 star | 0% |

How customer reviews and ratings work

Top reviews

### Top review from the United States

Sarah Lunsford

**Little diamonds keep falling out of smiley face.**

Reviewed in the United States us on January 6, 2022

Color: green | Verified Purchase

Very cute minus having it only a week and the little diamonds keep falling out around the smiley face.

Helpful | Report

See all reviews ›

### Review this product

Share your thoughts with other customers

Write a customer review

## Based on your recent views

Page 1 of 42

Sponsored

- GDERFANEY Preppy Jewelry Necklaces for Teen Girls Cute Smiley Face Necklace for Wom... 13 — $9.99 prime
- Tewiky Heart Necklace, Cute Necklaces for Teen Girls 14k Gold Plated Trendy Open He... 1,771 — Amazon's Choice in Women's Choker Necklaces — $13.99 prime — Save 5% with coupon (some sizes/colors)
- Godyce Smile Pendant Necklace Smile Face Chain Necklace Paperclip Necklace Cute Rou... 126 — $9.96 prime
- Anboly Cat Necklace Jewelry for Teen Girls, Sparkling Dance Diamond Cute... 21 — Amazon's Choice in Women's Pendant Necklaces — $11.99 prime — Save 10% with coupon
- Pink Heart Necklace for Women Girls Trendy Preppy Jewelry Gold Plated Pink Love Hea... 155 — Amazon's Choice in Girls' Pendants — $13.98 prime
- YQZIYOU 6 PCS Smiley Face Necklaces for Women - Preppy Necklace Jewelry, Y... — $8.99 prime
- DIB Stainless Steel Round Pendant Smiley Face Necklace Gold Simple Love With... 81 — Amazon's Choice in Women's Necklaces — $18.99 prime

## Popular products based on this item

Page 1 of 5

## Inspired by your browsing history

Page 1 of 5

## Your Browsing History

View or edit your browsing history

Page 1 of 5

Back to top

Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You

amazon | English | United States

Conditions of Use | Privacy Notice | Your Ads Privacy Choices

© 1996-2023, Amazon.com, Inc. or its affiliates

AXENCIS
Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Wed, 17 May 2023 17:38:41 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

BQRbWPXGz1s0l8bAcAJhGay5vNaWNvaJhaPtonU+uzAH4YfrxIx5ExQVgzZGmW548vT9VJfdCsrYmEAbxXacViYWwQVsFeX458XDb4/4jbeWDcTmhCjxe7Fzlec4zFoqrHJnJ7u8ay6k1TuJdToUv3pZW9s9WGl2rWkU8dVhyvUe670RJPlvbHzSj0LX9+p0GK2NcvrbnJOnLgc/
exLNFXLkl6LPqb+R97iJlMjYYKWIl+7hjpJjEXIvw2JGaLSvCf4IDYeslRqUuJvUdxoXyfUeLkklybuK0K4+xANa23dLOK2eZk3ah1esAGPmOB1frXJI5niyW0rAmLt+OW+qXQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Wed,-17-May-2023-17-38-41-GMT.mhtml

**Hash (SHA256)**

0960f0776fee0213074f85d680288c21fbc8a92af4c3154c2eca4d40e621a08e

**Signature (PKCS#1v1.5)**

frl1gZtupTG1TTbo8YtdYd9/LRaQYWtoG6gP2zSWp/nzXLHtGHEZh28V7YrtSh13r68z6g8b4Um8yNWFxKmkIAKqXCCZ3pOj+Wd068wx8ORR1AKc5KM8/CqH/FU9bykoLliWoyUj68QrqzlihRowcl1opFktl/dtTCogsEQJB/IRRbinCiTgyo3QL0pfC5nMxE/tWGuG9XMhSFDtUWDxr0I5xYAQBu3Z
+K7eYVC99imAeYR/s8YHlOCm8f15JFr3EGe63g5RNPHHwJKlxHLSqx3wTo6BF1glzMpICWVlCmKwuDTkbA2asX3WpLAWJ5+1qq43z4igEpS7MiGnWSgZRA==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items ~~Sunday, May 21 by 8PM~~ **Friday, May 19 by 8PM** for ~~$5.99~~ FREE

Get FREE Two-Day Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: May 21, 2023** If you order in the next 20 hours and 6 minutes (Details)

Items shipped from Amazon.com



**SISMIURRA Smiley Face Necklaces for Women Gold Stainless Steel Clavicle Chain Cute Cubic Zirconia Smile Pendant Necklace Y3K Preppy Jewelry for Women Girls**

$16.98 & FREE Returns

Qty: 1

Sold by: LINGSHANGKEJI

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

- **Friday, May 19**
  FREE Two-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Sunday, May 21**
  $5.99 - Shipping
- **Friday, May 19**
  $9.99 - Shipping

Place your order

**Order total: $24.16**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $16.98 |
| Shipping & handling: | $5.99 |
| Total before tax: | $22.97 |
| Estimated tax to be collected: | $1.19 |
| **Order total:** | **$24.16** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS
Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: The Frowny. Sad Emoticon or Opposite of The Acid House Smiley Sticker : Toys & Games

**URL**

https://www.amazon.com/Frowny-Emoticon-Opposite-Smiley-Sticker/dp/B0BJDMV3N5/ref=sr_1_183

**Collection Date**

Thu, 20 Apr 2023 10:56:14 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

FasQOi3tn294TLEoNpQ2j07+eQixbk9IVFRapLvrKqtmtiJrmolzihK/fGwNwOslqywt1Df+zvAnalJ5cOwFzJ/N8RjcKQWmID5fgY36Xc7dON0tpgTqLlcyUB/ePtQcEjYeX6TliJ26wlFHDk1Bsp91wgOAa/Hf3V9XIwmvWP8=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Frowny-Emoticon-Opposite-Smiley-Sticker[fs]dp[fs]B0BJDMV3N5[fs]ref=sr_1_183]]_Thu,-20-Apr-2023-10-56-14-GMT.pdf

**Hash (SHA256)**

f471c6bb8321725585f8fada6085828bc6da7c60ac3c9eac89879fa704c418de

**Signature (PKCS#1v1.5)**

DGVOfVnZyH5DPcM3z2dH2jludcEfQZhJovKPf5RGn+pR1qLFzCHiF7/mPy/FEJwVVl0gT0mFctWI/0UAbP0tgXqxjGvyfucmN+Y/+jA9/f1amXBSnDnnIr7zqf1NiiPYvx7go4UkRMajEwnM9e18rXOdNBtW/fDlebAjh8mgXBQ=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 19 May 2023 09:41:48 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

FKw4q5fAy0qrPmOjuq5leEdvQCPr41IZ1lz9KNqN8OfYOLUBCsH6t2u12qd2jZ+oamM78+yt4IZaLrTieoyUtub0Qlatfq5K1U0vkc0z5I7mTi/L5ht+12Ih9RJw51r4pYpl3mG3X6pTKYizG5qiGy5pdrCMyUR8LfSc/
l17VfRtXMbplbl5zm9BKh5YWC8pPxc4OHLzf4GQxs3aI8OX08ik7FDZXfantQgjMZv0THChyOzULyC2SgDFYERDY1iZo0TXrGyGdZzk8AF/3dskJJKbXgJdUONKYNsfjfmT/XcWhAgvQa/khxe4LZ7c1timnXRgsEURhVliZTPWgEe4kg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Fri,-19-May-2023-09-41-48-GMT.mhtml

**Hash (SHA256)**

24e1f90be7eb21a9823e6fb7ac76e46aa16333d8a585d28f2d2d548806eb7c77

**Signature (PKCS#1v1.5)**

oVY6AfxQZRVxwMyNIaYvzNhlYQkSiTMa/mtp4B1rbtaaCk82GJDANtksuudYHjJS/eVqZ67e9Es2zOf5AXOfWjX3qVL66Bro51OAzPmBe9h+xRHaDAOX1gycrhs77ZW0adpwZ/S2Nv+ITlx5foojuB2TPFfnS1FH1KparyA7dLpnYMDc7EvtXedn9R9obdFL+rl0RiZ/ye8yXDfQRrizWRTbXRP+l/
IE37YLMepDQWCC3OiRsulVGjJ1M2tXJGv23yA/fZnWbF/xKwPojn3tlWfOsUfjkiJvfTlPy6pE3SZ3lFe36b5xLnJ4ld5DtgYIui8eixTtheb6vHSUQI4wog==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Change

**2 Payment method**

VISA **Visa** ending in 9985

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

Change

**3 Offers**

**4 Review items and shipping**

**FREE TRIAL**

**Jade, we're giving you 30 days of Prime benefits for FREE**

Try Prime FREE for 30 days

**Estimated delivery: May 26, 2023 - June 1, 2023**

Items shipped from Linh appwatch



**The Frowny. Sad Emoticon or Opposite of The Acid House Smiley Sticker**

**$6.98**

Qty: 1

Sold by: Linh appwatch

Gift options not available

**Choose a delivery option:**

**Friday, May 26 - Thursday, June 1**
FREE Shipping

Place your order | **Order total: $7.47**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

## Order Summary

| | |
|---|---|
| Items: | $6.98 |
| Shipping & handling: | $0.00 |
| Total before tax: | $6.98 |
| Estimated tax to be collected:* | $0.49 |
| **Order total:** | **$7.47** |

How are shipping costs calculated?

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Smiley Face Pendant Necklace Silver Layered Necklace Titanium Steel Chain Choker Love You Pendant Necklace, Women's Pendant Necklace Choker Necklaces for Women Girls (Color : Silver) : Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/Pendant-Necklace-Layered-Titanium-Necklaces/dp/B09ZT4RGYY/ref=sr_1_121

**Collection Date**

Mon, 24 Apr 2023 05:43:30 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

RSWzyU0eWy7i41U79ObOHv2QAn5Cg02KTdJ2ICJ/1aoLHdVKYXAH7+5TCoFE5+z9Vd7enPwWhAvm4bVX9Z4Us7RglGbee1L//OBSMvRtASyKed3ZdasQB1j13b0HRQKm1iqgfFEJHfO4fwwI8jgIzYbJu+16UQeeUBu/B4FaNxA=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Pendant-Necklace-Layered-Titanium-Necklaces[fs]dp[fs]B09ZT4RGYY[fs]ref=sr_1_121]]_Mon,-24-Apr-2023-05-43-30-GMT.pdf

**Hash (SHA256)**

4218c48af854217a31be4f5ab334392bda0f7125026c950678c968e7e4f421c3

**Signature (PKCS#1v1.5)**

kkK9lEFejP2fu8BugX9nKHh2lkHlbIH8WAcoxfoRiSM3hXilwKrGMSxgpzeeVZFlxY4dB6UfDAvJ0zBGmzy2ueqZ2xi85BW1xmjnk7TTjwSvjullgbZLgTDdXVT+kzpj2fJwKOXwR0zUSKZwJ8B0lJYz8ugrkQrNYD/EG3twZQc=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 25 May 2023 01:41:42 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

116.68.105.188

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

dUfB3NP1akFoHF3Pg9+sewREGZlizK8Ia/ol5j2I5K5r+IU7e0+zEfu5Dy2mOd8igR8SP73TKXGF+YGtODKm40fgmizNoHpmZvRQLiyIX8ouy1cwlC2oyrlUVrZ6CfCck6Z/3QkVMWDZsX/ei2grWQFgPpYwckyeMPCLdRJ4qf/pEtm6MfVCN5Yc5Fa+Ctovvt9efmoYLqtxhHh6tbzBwHbD/
X0Q1qRW1X8rA6A3KZpVzFH+7geSaH3Fucrpc/olw1KH1/8N8kIVduKb+EGKxPvDuLBxAl1MVAV+/M+9d+DVOvUgOTpDoojY2wwTygtkFxGOsjXXfzY76ZLH3doW8w==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-25-May-2023-01-41-42-GMT.mhtml

**Hash (SHA256)**

6bed21e68dc522f0769bb906c102e282777b3aa9ab6b694685b675751c95d088

**Signature (PKCS#1v1.5)**

XHew3CMMNWrcdtRU0o8kGFl892q5enx5hFCOy2y16CRCMHWIP0zXsOgCrWlJSdrmicyObuSoq1rEFIs8FC0atjaZRGXZx2xM8dEi7nzWCtbzDnxtXLu2iz3UOg0HVlR43UcJrPFUBywi8CBXp6ILNOEqnn4WfAqOiTBl4DB/
MVQYUz0eWQ2p64Zb7RXgH0syEI2c3DUBAW8ux36cR1hDPz9q7iqrNCcFzjDIrU+y3MLx8D5FK2KbtZ6O2G0b3my99VgTxvcNOQgx93FUAp+4wv+Ju6ckJhb1ajXlF3x+92TphUu0ifwug8hnxbOKbyebHRGY9yyLsZQvOtR25EIFgQ==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

**2 Payment method**

VISA Visa ending in 9985

Billing address: Same as shipping address.

Add a gift card or promotion code or voucher

Enter code | Apply

Change

**3 Offers**

**4 Review items and shipping**

**Estimated delivery: June 8, 2023 - June 21, 2023**

Items shipped from Linh Tra



**Smiley Face Pendant Necklace Silver Layered Necklace Titanium Steel Chain Choker Love You Pendant Necklace, Women's Pendant Necklace Choker Necklaces for Women Girls (Color : Silver)**

$21.34

Qty: 1

Sold by: Linh Tra

Gift options not available

**Choose a delivery option:**

Thursday, June 8 - Wednesday, June 21
FREE Shipping

Place your order

**Order total: $22.83**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $21.34 |
| Shipping & handling: | $0.00 |
| Total before tax: | $21.34 |
| Estimated tax to be collected:* | $1.49 |
| **Order total:** | **$22.83** |

How are shipping costs calculated?