AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com: AVMBC Sunglasses Foil Balloons Sun Balloons Sun Smiley Face Balloons Large Sun Shaped Foil Mylar Balloons for Birthday Wedding Summer Theme Party Favors Decorations(4 Pcs) : Toys & Games

**URL**

https://www.amazon.com/AVMBC-Sunglasses-Balloons-Birthday-Decorations/dp/B0BBHBG96N/ref=sr_1_217

**Collection Date**

Tue, 09 May 2023 10:49:25 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:93::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

CeRPXo38pcgRKBlVVvlYLle5QYzaB0plhn7ENDI17Jiw+orvG7Ml2IIEf8ONZS6VXT5c4cy8cot3OjwZtF5Ba32Z91goS/ABCVy0bxx/coN3il2pSluuVuL1oRHc6+bU5Ng11WuoTbu5rkVMc4QIM9xQtDnkto/j6J1ZEqdFT7I=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]AVMBC-Sunglasses-Balloons-Birthday-Decorations[fs]dp[fs]B0BBHBG96N[fs]ref=sr_1_217]]_Tue,-09-May-2023-10-49-25-GMT.pdf

**Hash (SHA256)**

f247d7e12029dbe25394ab3aac5188ca35e3d8a818aeaf362bc2b03dbcd58236

**Signature (PKCS#1v1.5)**

evkjlxiezi6KLSySZmtBsPZCOi6o8Aaa5RxER7anddg5Ddy1xfuD7nlBf0amwc+rXwJmewGErMT83hd0xi1EfALsdrkUakrbKfjumhn8NvKvsJqV5lj2jwgvP7lgZnJXYvcFONU9WJW1/gGsymJYnYxPoHTEeAQxrawe6EkrcvM=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Wed, 07 Jun 2023 03:45:49 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

111.92.118.122

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

E50GNZfdiqqhFJRmIvMZ6P44g39DrdND39fqK10zNAgXoqjljpKJgZQy2MyiISXGlObhSRdNfcQSCCTwmO182lCD0vesm2esrGJvv1xfVgCAOHbS6rAhP5qIeIMyoSaKY/Rx6JqE+SeE9T7xTARERhbhVZ13cMbN1XaUlWZ+6yk/xAk/XYx
+HulqgpZPwCSdMl21+6ukxeqWxUlSzUxSlvWTouqBeFoOGR14+vaUZwxGg9GSVyK2HHXOIXGN/QqNNlX2cPTa/gnGI0u7RZyee9voFHdWXUv6HJeEqceRytMbXXXD8JbBczdH7KgQg1Yt1Kk3YCc+eyHPJL6xDx/1rg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Wed,-07-Jun-2023-03-45-49-GMT.mhtml

**Hash (SHA256)**

1efa902ef3fa00f0a1ce592447d009e65380de2f5fc6e225f295d0a5d745196c

**Signature (PKCS#1v1.5)**

DghwNdlKga6eLl+w9fLqm6CY3mQfXAU+5AV84rw6Tg7/UG1DdP800sKe3ggq/nnCDExqawNayUhQQ6ko3FzmdGl3kZAfEP2KLO3OLmdA3qmPWDS2qGa6ZGYtEX0LLg16djqJYE5QYM0DdwwgwAmf+euU65pAsy4yZVMpg
+lgG2+Q38jbL0Rs6ExK8RwFCSEcFFGy3TiAphBg87aMCiHak8sCXxvlSmUh7MVWd5qUxwubi9p1NjnihyahI7UoL7u8BWuk6OY1JSeHn9/Wl1njAKc4dlQVvrTJko1juSvS1BSNziayI2ax1ADwFOKjwaxlBRs95D4e8Ud73eDkQ6FeXg==



amazon

Checkout (1 item)

1 Shipping address

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

Or pick up near this address - See nearby pickup locations

2 Payment method

VISA Visa ending in 9985

Change

Billing address: Same as shipping address.

Add a gift card or promotion code or voucher

Enter code | Apply

3 Offers

Change

4 Review items and shipping

FREE TRIAL

Jade, we're giving you Prime FREE for 30 days!

Get your Prime eligible items ~~Friday, June 9 by 8PM~~ Thursday, June 8 by 8PM for ~~$5.99~~ FREE

Get FREE Two-Day Delivery with Prime

No hassle. No commitments. Cancel anytime.

Delivery: June 9, 2023 If you order in the next 14 minutes and 12 seconds (Details)

Items shipped from Amazon.com

AVMBC Sunglasses Foil Balloons Sun Balloons Sun Smiley Face Balloons Large Sun Shaped Foil Mylar Balloons for Birthday Wedding Summer Theme Party Favors Decorations(4 Pcs)

AVMBC

$8.99 & FREE Returns

Qty: 1

Sold by: linwanli

Amazon Prime eligible Join now

Add gift options

Choose a delivery option:

FREE Two-Day Delivery with your free trial of Prime

Fast, FREE Delivery prime

Friday, June 9
$5.99 - Shipping

Thursday, June 8
$9.99 - Shipping

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

Order total: $15.61

By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

Get FREE Two-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.

Try Prime FREE

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Order Summary

| | |
|---|---|
| Items: | $8.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $14.98 |
| Estimated tax to be collected: | $0.63 |
| **Order total:** | **$15.61** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com | Women's Men's Smiley Face Slippers Retro Fuzzy Smile Slippers Winter Indoor Flat | Shoes

**URL**

https://www.amazon.com/VEZOG-Smiley-Slippers-Winter-Cushion/dp/B0B7KY882B/ref=sr_1_266

**Collection Date**

Tue, 09 May 2023 09:56:48 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:93::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

oAFBj/4pcOez3lKXAsoTJRaR9uoLzTmVkuWOTr3gna/F98LSxInYPkiJPBkfsTn6wbP5QFDcZjPmHicgt2LrrnDFk5s+/B/iaMou2m5asuoTKJ0q5PyxEMOTp5XWJDJvMejxW9slEEH0yevSvRQvovsM+eamjMynqAAg4wuca9M=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]VEZOG-Smiley-Slippers-Winter-Cushion[fs]dp[fs]B0B7KY882B[fs]ref=sr_1_266]]_Tue,-09-May-2023-09-56-48-GMT.pdf

**Hash (SHA256)**

5cccd4dd29ec16390ad3be86c1cad869e9117194720c74466a06eafb23c3b8ec

**Signature (PKCS#1v1.5)**

sGi2Uacw1lpsLSWtpet1b84QUh9dKw7N0UgUGRjak2dX55838zNujgtsVAxa2y4Tl+Dzdi9vGGlyow8mQVffwqhHJ5vTuv/dr7xS8KeBKZqks0Pd5Yyqd4ZE9Scyw9NAAnkEv9ygn+QSpuW0gLtU1Qu21S/lUT0XExdOzUVssVY=



AXENCIS

Investigator Name: RemoteUser2

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Mon, 15 May 2023 06:51:41 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

RemoteUser2

**IP Address**

116.68.99.108

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

MN6Io2QrNZWOKXt7AD+ljrsCQ1i/kHZmfkSos5tUlBKli7eY7d3LiMjt116KJ/sdwaYPB2zPg2TWxRXpd3H8/k6NT47DMcvAi6NvWaMIt7qXFCBUL2TW6ChGyWK7OWysbnuDLtIVbXg/mRrQNQTFFFKf2M/H0mTRZ5+f+lcoaiwezsp+yKYMr6rf77kL4bV0/eGF38Dn7LO0LypS8n/
aDtfeD0gVDbgI7Hz3r8au6y6KkEAdH9pHMwx8TuDZ0ErsGIXR+0iELaM4FvPLAyLoR9/fhEG/Q/kQC9ja7oAbhPFIZpIJk6gFnMbRDHxdBIvHWKYPz3rybCXGMdc3zuzEPw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Mon,-15-May-2023-06-51-41-GMT.mhtml

**Hash (SHA256)**

d21d6b8cf36b0b43457c8e55f6eb38859e8482dff56a8c2a74472591b139a4f8

**Signature (PKCS#1v1.5)**

iDNGq+Emk1QG0SsYpATskkq5dmv8QlpbdDNAarkXM+BbEqBA3WWHJX5KZOcUUVsEfcEoS4kIZea36NsrGaahXCJhLV2zjAHUUh9oT6bf3g75WCMcDSkWDR1NNWAiWxbYSJsgQHYm/TKPI04OWbmbcG5XiFuNkkkOVwfWG5oxo2cLx/2CASzcEa84bFmqKE6qHwuM17Wjli15/
gW30hG8XSLXvWowo/bvDh01Zb+alS93lPTHR6o0+/9fkjDYGdlS9FbYh/I5KgXasVwoeSpIPTj6lFo5rmruGXh1F4jElBGJNRjF8nS/Fc2TLtdzsWa7sEP7TcOSxPmUTi98AQ7qOQ==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Change

**2 Payment method**

VISA **Visa** ending in 9985

Billing address: Same as shipping address.

Add a gift card or promotion code or voucher

Enter code | Apply

Change

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

Jade, we're giving you 30 days of Prime benefits for FREE

Try Prime FREE for 30 days ›

**Estimated delivery: June 5, 2023 - June 26, 2023**

Items shipped from LIQ-USA



**VEZOG Face Slippers For Women Men Retro Fuzzy Smile Slippers Winter Indoor Soft Cushion Flat Fluffy Happy Face House Shoes Yellow 37-38 5.5-6 Women/4.5-5 Men**

$15.99 & FREE Returns

Qty: 1

Sold by: LIQ-USA

Gift options not available

**Choose a delivery option:**

Monday, June 5 - Monday, June 26
$4.99 - Shipping

Place your order

**Order total: $22.10**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $15.99 |
| Shipping & handling: | $4.99 |
| Total before tax: | $20.98 |
| Estimated tax to be collected:* | $1.12 |
| **Order total:** | **$22.10** |

How are shipping costs calculated?
Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: RemoteUser2

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Mon, 15 May 2023 13:15:58 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

RemoteUser2

**IP Address**

116.68.99.108

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

lF9HSg4S1JL3LSV5a2jOlhjz9VtOOjZKuBWgEZKVKEMF5bNla4NomYOXh1yYeSuSLhAwfpnVc9kEl0PrCJLLltuPvScB1zt0X6T2ELXM5DW2Oj4pRFc7N9NzjlYVKr49Ty4wjCypjR4ZwpYY8CSbe86a4mpWecXEvaDpf4ybNYvXhGUw0LAMukAeDveTmDYOZZXLmP9Xkt2mjjd8W2QyPtOAz5ma
KHf/4QfaN9cR6BjOUDeFCxpA9FLTkiWpBvdX9bZOcoBItn4EvN9KFza8D6faUjM+v9iw0T+10EsPl43Xtiy++oKWzDpGbaisa2yWli3Mv4K8qPUFEO9uSapBLQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Mon,-15-May-2023-13-15-58-GMT.mhtml

**Hash (SHA256)**

f492853de8ab772b7b4f8f2fd4b84e8aa7a6dcacdc6e74339aebd55f2d1288ac

**Signature (PKCS#1v1.5)**

CxOcoPZpUHDAjDZ4W+O9rrTgjzb7Og+Ak+fOH8gCkzHrRhdVofKQ606b9xCaCkR0Ys0d6pOfGBAxBAzIsxkJXlwo7z2X5MxjfIMwaSRR2/tm+71OAU2uHAh6CPZhww/
ram6CRVs6IS3VTR6VVnz0hB7pGrQBkmiDiaIyWBcfj9GnltDU7+c9iNbZt7wZsTwP890uQlWyRvO49n0EFR3b3hTSHvGO8dINK9X2MKEq6paGUZsqUqT7jacaleH3zxHZdUaZ4E1OfeioYsg83zjRJo/XSGxGIiqRkMBhR/h9+q5MPsfJGsGuMs1+7GEcxDcFtJhc7g9WgykbVx/vO7fcrQ==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items ~~Thursday, May 18 by 8PM~~
**Tomorrow, May 16 by 8PM** for ~~$5.99~~ FREE

Get FREE One-Day Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: May 18, 2023** If you order in the next 14 hours and 44 minutes (Details)

Items shipped from Amazon.com



**LISEVO (2in1 Smiley Face Case with Strap for iPhone 14 Pro 6.1 Inch Cute Aesthetic Smile Design Loopy Girly Women Cases Smiley Hand Strap Girls Handle Phone Case+Lanyard for iPhone 14 Pro**

$10.99 & FREE Returns

Qty: 1

Sold by: LISEVO.INC

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

- **Tomorrow, May 16**
  FREE One-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Thursday, May 18**
  $5.99 - Shipping
- **Tomorrow, May 16**
  $9.99 - Shipping

Place your order

**Order total: $17.75**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

**Get FREE One-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

## Order Summary

| | |
|---|---|
| Items: | $10.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $16.98 |
| Estimated tax to be collected: | $0.77 |
| **Order total:** | **$17.75** |

How are shipping costs calculated?
Why didn't I qualify for free shipping?

AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com: LISEVO (2in1 Smiley Face Case with Strap for iPhone 14 Pro 6.1 Inch Cute Aesthetic Smile Design Loopy Girly Women Cases Smiley Hand Strap Girls Handle Phone Case+Lanyard for iPhone 14 Pro : Cell Phones & Accessories

**URL**

https://www.amazon.com/dp/B0BGHXB7WR

**Collection Date**

Tue, 16 May 2023 05:24:26 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

LOPXBEla2RiEYSSHp8gBb6UIKj9Y0N8CFzHZq2HiJj8tvzeYvh9oT8uDNJDRGVPoxLj/GJ/Gk90lvkU6YGKyIIFFc2RK1iiicJ4dzaK5BUmRdiLA6nkTnN9wsrXFVHlVg5ggy7b+6mpBbWMCBrLPI7mFR7vKylgMVE+XXi6ehpmKZxFaPlCpQdTRJ26pBovRUudqvJFnrmvgpYeV/cg/qvC/
+qAFVRs5nc1pYg+QYqCjZ+smv3owcr3FI0cliSDYgs/GZJTss0OY7QSjoKWeqZeEjrJFkgTafDJlfQLEjYqiWUnhtZDA8E5n6tsIgJ91QbBFBeWJ1R92CP1KgLqVBA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B0BGHXB7WR]]_Tue,-16-May-2023-05-24-26-GMT.mhtml

**Hash (SHA256)**

f45c025b08fabdfd0f4e617466fe916e98f5a31ab7eb77c67f54b319416afeab

**Signature (PKCS#1v1.5)**

Zlwsqx8+H9Fm+djCIUUZuEwy+Au41oG2dVRGesCX3wMmx0SV91wjVoS+nSOXRyx6G2D6ZplPSTWin3HnLMmNUy80xYPTsvAOEDlYs8vX70xst7NcdrBG+c0YdQC32CNg+hrM9KlK9rsbMaWs+ch6G0QPkBCFttHjlQKB6dMumH+b/EfkTG3gf0NxBm/ZIz/
QhSqQWUKkA1YZtw0WFf2bY3c64KFKL1B7T+gfeQm3/sY7cWbzfbkwoJpRqeEJasAiHVSuj1KutU3j3difMxjW8nufc7aCPpTpsVssdudwf27oCOszqKdVk0ek3RNjVmV7PhDo80Pinw4hx1wciDvnwQ==



AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com: LiTiu Inspirational Qutes Smiley Face Sunflower Flower Good Vibes Choose Happy Retro Groovy 70s Wall Art Poster Prints Decor,8"x10"Set Of 4, Preppy Artwork Teen Girls Gifts for Women, Decor For Girls Dorm Room: Posters & Prints

**URL**

https://www.amazon.com/LiTiu-Inspirational-Smiley-Sunflower-Artwork/dp/B0B8GSZXD6/ref=sr_1_116_sspa

**Collection Date**

Tue, 09 May 2023 09:29:59 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:93::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

LO+3D8SDBiP3bx68TWKovoaMnsB5AarIp4/d83sRa00TY4WXYEwNBRYnQEAPXxNdHlD/STVWlTPrFovVzSCkoekDZRUp/yO8H4ikvTCdTxo/aOfvrmsOw+hPNya5j7RwqLvypqU3l6P5jNchXzgJnn/dXrY/+SXdToLEIb3Xalo=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]LiTiu-Inspirational-Smiley-Sunflower-Artwork[fs]dp[fs]B0B8GSZXD6[fs]ref=sr_1_116_sspa]]_Tue,-09-May-2023-09-29-59-GMT.pdf

**Hash (SHA256)**

721c8d9e195ec93324f2d8c329c4b43cd29284c88cb8eabf650b1209f5adfacd

**Signature (PKCS#1v1.5)**

f5f5SckYqnakZjLH4xr+SDnDOycvVuexhe7i1pkv5PzzvI7d26R3nBXFqXfL2kVr0d0f4Jnj9+AzogbGuXuqIu2pgAOzjKDrWwp/RGA98RyrqoH/x75f6Phx8e15HNn3htfDSxWb8s3hwhXj/PXL49F26gr0euCqG7bKQMK72qw=



AXENCIS

Investigator Name: RemoteUser2

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Sat, 13 May 2023 17:06:11 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

RemoteUser2

**IP Address**

2001:ac8:9a:1e::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

GA1svroQCIRlqw1ZNBIfoXFVR3q+TV/cAO1pKZWJKGgHcnp/gykOdCuPnIyZ5woFdqnjeYcux7hRuL3/ViNZ4cpY6beKlkvwCwOVEY4KqaaT1cuFA5OzCq67hFxLgqIgRru2auIq+QvxzD41NyrJIHyfHmzcbgWZNfMcPyi7q5rODb/
NLMUhkryMfThQPW7M99gAjGNMV625Ie1iiMijILNJTG5N2L4sIJSOREclA+jj/SY2pXI1W4WoOmBgLRK1vtSiMsiGFGLZIfa1CGZiGyG4mnqekK6s8n8EXmMgOfoDgRcrcqm5x7uP2qQAG2OUoheEokV4n2CyxJEjjamI7g==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Sat,-13-May-2023-17-06-11-GMT.mhtml

**Hash (SHA256)**

bca82b6ca502be8839f1b312a45832f348e67e524d3fcc580959797327c700c8

**Signature (PKCS#1v1.5)**

L5n5sZNvHEul6sXo9WpHledfmhDpD1oFDWlpYNrPXOyXO79mnJKHC+un+1dVgPVLDthUu15Fi1Tp4HrDSLekFHBg9NdtEW2auor+/VxsytMhpvkuc7FQAlZl3FmfNZHTmXuwTFvedPDo3MW9d+1FYvQ9g+hF21QPCCuq2B6jTnNngbgAaZTRUSiDQUaEL5KGK2rwZeCmdHgnQt5Y3/
U1J0mVQoDPQqfxOrgBLXVSzPzqgsvEwS5VJH4bUT+6yl9Crga+3skimsXCCM4KRV1BNI0dLpgjyfgK75zGjm72xMx5OF+x6FjsAq+mmF3KYfEOrf3dynN4HEwX1zDdFd0YQQ==

amazon

## Checkout (1 item)

**1 Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items ~~Tuesday, May 16 by 8PM~~

**Tomorrow, May 14 by 8PM** for ~~$5.99~~ FREE

Get FREE One-Day Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: May 16, 2023** If you order in the next 10 hours and 53 minutes (Details)

Items shipped from Amazon.com



**LiTiu Inspirational Qutes Smiley Face Sunflower Flower Good Vibes Choose Happy Retro Groovy 70s Wall Art Poster Prints Decor,8"x10"Set Of 4, Preppy Artwork Teen Girls Gifts for Women, Decor For Girls Dorm Room**

$11.99 & FREE Returns

Qty: 1

Sold by: LiTiu

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

- **Tomorrow, May 14**
  FREE One-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Tuesday, May 16**
  $5.99 - Shipping
- **Tomorrow, May 14**
  $9.99 - Shipping

Place your order | **Order total: $18.82**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Get FREE One-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

### Order Summary

| | |
|---|---|
| Items: | $11.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $17.98 |
| Estimated tax to be collected: | $0.84 |
| **Order total:** | **$18.82** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: for iPhone 13 Pro Max Case Funny Cute Smiley Bracelet Phone Cases for Apple 13promax Cover Women Thick Border Plating Buttons Soft Shell Wrist Strap Clear : Cell Phones & Accessories

**URL**

https://www.amazon.com/iPhone-13-Pro-Max-Bracelet/dp/B0BRZHMRZB/ref=sr_1_123

**Collection Date**

Mon, 24 Apr 2023 11:01:00 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

OS4+r1G4HkIO7aofQkGYprWAp495kftm5w3bloCmxpN5OPXnw0SCUdGs70KNnEdrWa0P6on4Up4xzy3EoT5JdJsLOkDLEf0z7eje/WLY1dvsA69GtrXwKasQV8yExbG1tt3DIy16GuFFsjc0UGyGMDz7c9DaLAxr8cJhyPG+3pU=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]iPhone-13-Pro-Max-Bracelet[fs]dp[fs]B0BRZHMRZB[fs]ref=sr_1_123]]_Mon,-24-Apr-2023-11-01-00-GMT.pdf

**Hash (SHA256)**

cc6e897f13216a93377138626367ad4d81550df21e05e39fce130eb2d26ce3ae

**Signature (PKCS#1v1.5)**

RGTEW9LHm9z5PnRlw90K6HWJDbJrgv7WbM8mtCyph2/5jF+t/PAySU6M+oCn0aVhBiUweOt2dSgaqdmrYdT8NjRS33u0JLPNa2OjCuCI4+fzXTKN4S1Am5iV2S/miQOB9RGYvoSlYu2ON3SGvAdJgismCLkEcDL8g/ak44Z4nDE=



AXENCIS
Investigator Name: RemoteUser2

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Mon, 15 May 2023 14:24:28 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

RemoteUser2

**IP Address**

116.68.99.108

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

P13aplrHc7afMyNClT+tTI0EHJ431lIVXXui6zyWuGFx0BxJMqi+D9kU77SNSE0G0qShxtG0gkmpuNh9ZA7+MPW68c3UE868EVQlM94VMxiYcf0ykGU68E2QGk
+8sKYzNGI0ggd5LmiXoKj6BUkOyCI8rr/2mxhoGB1m8LAqVReIUJGmJ0f16sQ7IPlg5xHYzotMT3mP0pxPmMt3jzNZGeBLtZqSERpnmPKIQmo7MC33mbRXPdwO3RkoQwxqEje6NeoADlUvquD/m24uVWH8+jbjarFIDhahwjlG+ASBONgl9caOcUCcxY+ehlwm2Wz3QPaUYcqgZfzWAbGG/
A4LWw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Mon,-15-May-2023-14-24-28-GMT.mhtml

**Hash (SHA256)**

58cb9cb99e31a65917d78d8accd0dab86b069f082c9b10f0cb50e7e035de203f

**Signature (PKCS#1v1.5)**

OWjFVoz88pt09iT/QkSC+0IGcZ+JZXjnfp8hAq2V0hpKPhragPhnddSiZ+YWvcFt5OsuXfPHcyqf8/ipsImsteBH3hZIFUE61B7uTlahTATSFGGQNwSNqwpKU3745EEELAwpG6Nf8Bby+0rKiizRvd2y4SHW9r0kTkqnNiEVle4rPQyMRVCaGQIPElVZJTNHvcBYnQjPnwJEip1zC
+a0CexXLwSo7v4Mew21ipskfxId0p6aThsCuuU98oxRX+u+2jrYu4XJSj6/dn1mKHRKA10z0QxIaczwW69sxvghalyELu3SWZQqGhBB9480gE17vMcvrrKtb79jJUvZKliHTQ==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions
**Or pick up near this address** - See nearby pickup locations

Change

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

**FREE TRIAL**

**Jade, we're giving you Prime FREE for 30 days!**
Get your Prime eligible items ~~Thursday, May 18 by 8PM~~ **Wednesday, May 17 by 8PM** for ~~$5.99~~ FREE

Get FREE Two-Day Delivery with Prime ›
No hassle. No commitments. Cancel anytime.

**Delivery: May 18, 2023** If you order in the next 13 hours and 35 minutes (Details)
Items shipped from Amazon.com



**for iPhone 13 Pro Max Case Funny Cute Smiley Bracelet Phone Cases for Apple 13promax Cover Women Thick Border Plating Buttons Soft Shell Wrist Strap Clear**
**$7.99** & FREE Returns
Qty: 1
Sold by: liubogongsi
Amazon Prime eligible Join now
Add gift options

**Choose a delivery option:**
FREE Two-Day Delivery with your free trial of Prime
Fast, FREE Delivery prime
**Thursday, May 18**
$5.99 - Shipping
**Wednesday, May 17**
$9.99 - Shipping

Place your order **Order total: $14.54**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Get FREE Two-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $7.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $13.98 |
| Estimated tax to be collected: | $0.56 |
| **Order total:** | **$14.54** |

How are shipping costs calculated?
Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Girls Womens Casual Socks Womens Grils 10 Pairs Cute Smiley Socks Funny Ankle Socks Novelty Sox Good Looking (Color : E, Size : One Size) : Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/Womens-Casual-Smiley-Novelty-Looking/dp/B0BPQPT9FK/ref=sr_1_201

**Collection Date**

Fri, 21 Apr 2023 09:27:09 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

DdliWnLBuHJ67HsvVSpjvmoWOn7o/OkewKx6vx1uQASCaJkAlF5dFurHcS7aee3cH56fBhqbFyAnr32eX/iBsuqQPpp7uXwIsFFctXNZzRaqkX/QJtaWbqos1cNTx7GLTWeOWQYBRPK/xxMyvs/yx3vZTYnLYjHkvXUHZw051n8=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Womens-Casual-Smiley-Novelty-Looking[fs]dp[fs]B0BPQPT9FK[fs]ref=sr_1_201]]_Fri,-21-Apr-2023-09-27-09-GMT.pdf

**Hash (SHA256)**

4c87f8dec9c922f18b4e9cc4b3a5a77ea4b0739398a246daa632297a6ce67cac

**Signature (PKCS#1v1.5)**

pp537cBPzQcsfLgKpPymCy7BDqx5jK7WT0/SECjutrItFwqfbb33lhdo2ZypM42HUVspwS5Ph4yDCHp+Udh+cHutoWKMB29/u2fjhzUKtdnqn/SlyzrvZsobcnHAWuWcRcI6Aub3Rk+Hs3IZtwnCW8JEqmmo8N2CUnhh3NzLGbA=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 23 May 2023 14:36:08 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

202.83.40.91

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

fpvrybU98uTAaHJ4KGoH/IhwL4s2ih3nHxAgJCX4WuGgD+18bfJMAwf653BbqmyZo0P8ya6hxFQqUql7nqSExhxUsFGngjbT/
a8fe2Y0c7vXrtRCiRnpncDIAtTj9pbn4DY0yifQ5uAtTBZqxWyg9ROd4AiZef9zlgwTOHT3rc5UEMHG1cGflLD/1YTdXU6uWdaVSV3D7K3W1a38jHR573LkHjXaH8OO1N2pfneBl68v5E0xjrjQmMpaGZ0WRW8bnhEGDVUMDGT7E0zxhHQvVvg7NBYOMlft46iAy6rDSLvCPRR2ELp8ss30YsUwpB
Bs3sHQrKygzHjcIykunnOnOQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Tue,-23-May-2023-14-36-08-GMT.mhtml

**Hash (SHA256)**

4c765a60dabf7e56fd8bd66566f171a03a8eeb21fd8eb2de55c60780fe8e3b8c

**Signature (PKCS#1v1.5)**

HWv2PtRRZ7rW7kDN8EU/NLbu/RYNSbhYXX/riat2C+S3I1SzKsN5F2fnAA0reRF5tFdrr8KZ7gpaB09ntKqCJkc9abL1O00z8ywiFrCenfgYGmNSbTDidW+xOBzo/SxMgNQ6ZofWXxIlHenwKRR3RGo3BObDgZAs
+LYEg5mHtoa9XfiD2HO/1ozHFkE9RxVCPT8Zk4Ba9131DC1oNKUYTczBVpfnvCSxMeETokod+nyJCDcK3TAy+9tl1bs50/J1lWl5vSTAumKeCoF5VAj2Nnd8itV7RZq8jdYD05PHJj3YwWDnBAJXhAMhms6MN1XRheTA63VYyKizoKo5OMZoDg==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

**2 Payment method**

VISA **Visa** ending in 9985

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

Change

**3 Offers**

**4 Review items and shipping**

**FREE TRIAL**

**Jade, we're giving you 30 days of Prime benefits for FREE**

Try Prime FREE for 30 days

**Estimated delivery: June 6, 2023 - June 16, 2023**

Items shipped from liuc1994



**Girls Womens Casual Socks Womens Grils 10 Pairs Cute Smiley Socks Funny Ankle Socks Novelty Sox Good Looking (Color : E, Size : One Size)**

$15.84

Qty: 1

Sold by: liuc1994

Gift options not available

**Choose a delivery option:**

**Tuesday, June 6 - Friday, June 16**

FREE Shipping

Place your order

**Order total: $16.95**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $15.84 |
| Shipping & handling: | $0.00 |
| Total before tax: | $15.84 |
| Estimated tax to be collected:* | $1.11 |
| **Order total:** | **$16.95** |

How are shipping costs calculated?

AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com: dark swan Pink Smiley Face Tapestry Cute Aesthetic Preppy Room Decor Teen Girls College Dorm Decor (60" x 50", Pink Smiley Face) : Home & Kitchen

**URL**

https://www.amazon.com/Smiley-Tapestry-Aesthetic-Preppy-College/dp/B09QPVCWSF/ref=sr_1_75

**Collection Date**

Tue, 09 May 2023 08:53:41 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:93::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Kcbphhw7UCgNzg8Q/x+11xy+4qhEpX1zito+IDYoAKo2hIP5fQv4MTal9NAW+KtPqdRndNQVd+vA1VkpR+OEi/gaaP4PmxnrDXmmv1EPrsyyNjKJnTbMOFQnCNI9GwJSuIlluX74it+2hwBSd31uu9a8y6m7Q5Nz0fnve80EYTE=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Smiley-Tapestry-Aesthetic-Preppy-College[fs]dp[fs]B09QPVCWSF[fs]ref=sr_1_75]]_Tue,-09-May-2023-08-53-41-GMT.pdf

**Hash (SHA256)**

ca9d3127d432d9284c2737b6df51fe259ba6611c5ca8b16874fc54e6a5cf6a6a

**Signature (PKCS#1v1.5)**

ELVzoC/mRr50acCRZi2MwMedar295WhM9arqaNhRl5Wtf4EDG09TupcXT/faZ2tkZux2K+q/65DdGQCeNyyThE5hhHedRCNjX1gK3V1xbmrUwyptf4Up2y+dTINZuycHcHPjN3y+H1yVl8W1vA8qZ+oyJWoS9hS2UzoMy9IvWcQ=



AXENCIS

Investigator Name: RemoteUser2

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Sat, 13 May 2023 13:59:29 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

RemoteUser2

**IP Address**

2001:ac8:9a:1e::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

m77vLHoluhBxfGjU2OmHg8QroY0hWdfOCiI19tHkB4eZNlOcHDIoLg6tt5FIhWTPEdk1tQd13yaaJqgopBcLZr+znhacc381DeO7fctaVBnGPS9/qqe88dl/Or4Kx+Vwlt3gi2rdCSlKPUznMZQajrFQ+XmubtPtHIgQATos+x6Ir8/5Ufhz8WSS3/
Cd2MhOvUnweD2hYx4fmqmKfOeIRxknxRdjY0cg65hZzh+vjbzxFJhgsKE9g+okhKmpbzqG24M3HFiZyw2A/hSmDYfqrI3QyACOYJpoJARL8nFa/hBtfEzmlqUS6XvulIEj3fSY+LmM7y6Md7sAuoLMAP1ogA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Sat,-13-May-2023-13-59-29-GMT.mhtml

**Hash (SHA256)**

bcb927cf51728da357e74f30f0df9b53ad0077e45cc21731f216293f44d5a333

**Signature (PKCS#1v1.5)**

DIGfqlAWx+CkncnFKu747rm2jo4hQGvHs52QMeeRyx1FbOg+/nbFjesuaU2BKsjcMEQ9m71QywQfXYPks/pWa/pCDfThgMl31k2+TX9pdi6TQW77iQ7rkoBXfkiOdVlMZRqFBBrbqnrVcWNXp1kdOygTa33ONcjFpG9GU2tvrZQb4195Hi5A
+IeCrrbOXOZaggSuvSAB7wv0fuu7QbbDqlJXEBwIJssRDscw+8P/0oRcqGb/HQ9Ag+Egc0o3leKrbn/1umaYtd4G3FFvbkBBGrJRAyV/F/TxJwSn7zuyaHFJfhpYnvepIrfwpS7Jb8n1uHN3RPGgsqiJzK91kHZZsA==

amazon

## Checkout (1 item)

**1 Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items with your 30-day FREE trial of Prime

Get FREE One-Day Delivery with Prime

No hassle. No commitments. Cancel anytime.

**Delivery: May 14, 2023** If you order in the next 7 hours and 30 minutes (Details)

Items shipped from Amazon.com



**dark swan Pink Smiley Face Tapestry Cute Aesthetic Preppy Room Decor Teen Girls College Dorm Decor (60" x 50", Pink Smiley Face)**

$11.99 & FREE Returns

Qty: 1

Sold by: liudaohang

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

- **Tomorrow, May 14**
  FREE One-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Tomorrow, May 14**
  $5.99 - Standard Shipping

Place your order

**Order total: $18.82**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $11.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $17.98 |
| Estimated tax to be collected: | $0.84 |
| **Order total:** | **$18.82** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com: Sunflower Flower Plush Pillow Smiling Face Sunflower Pillow Colorful Plush Pillow Reading Cushion Pillow Sofa Decoration Pillows Smiley Face Throw Pillows for Bed Home (16.5in, Blue) : Home & Kitchen

**URL**

https://www.amazon.com/Sunflower-Smiling-Colorful-Reading-Decoration/dp/B0BVMBVBB2/ref=sr_1_167

**Collection Date**

Tue, 09 May 2023 09:36:29 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:93::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

f1qqgUm20D4JeoLu0Fg3cPnjT5n2ovuRC1eXKMoAWK7TOdzbxL0RyQ/ohEWX+CynGt237DLriUnCsjksBSju+PJNWghHi0bKiNisodxw+IlWE92ItaNr1IbywYLHuC7nk04SVTChpak4u20hm5sgb09APxoQiurobkFR8zDHpCg=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Sunflower-Smiling-Colorful-Reading-Decoration[fs]dp[fs]B0BVMBVBB2[fs]ref=sr_1_167]]_Tue,-09-May-2023-09-36-29-GMT.pdf

**Hash (SHA256)**

14cb8e8f369fd21af49958ddd0ab8c73546206cd5f73830cc12e38bd7b3f0a9e

**Signature (PKCS#1v1.5)**

iY/6K3QGfmc6dB1MEG9JO69KR+ACG2ueB/R28pWGkyzAWKwAbG7heqxZeDHIT+mrUsspNdPBnYMTJghkukZK49QIChNf81WuHy07YdKCrN6d0fSaRJeAdIdrHurqiMvrryLIk94YvVzCetYKrZKDFMkGx0n7ZQKOx4lLzl3s0J8=



AXENCIS

Investigator Name: RemoteUser2

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Sat, 13 May 2023 18:13:37 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

RemoteUser2

**IP Address**

2001:ac8:9a:1e::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

pXVQJTlp1hMcSjSGBNUtXHDVjR9Zm8i1mklvZUsJUMmM4f9rj5dVPBn2LcbGlbhwOx8b3P3WDVzPo7tzyZXLspFMjG06bTfdhRfnFEHK0diR2wrvIJbbltAJzGlPqghAL9Yq2TaZ8nuhLCIyEsyX84UcpRnlnQjFtNjzAjZ0Z16x1aQKgZ0d7MDzAQYz4YiabYbRWRmfEGfWXwoX/ qFUlYevUYsV9/
FTCJ3TLz+uIoYvu1uokbUjGeXAu0C05hTSWN/WoDElh34t2Vg92tmRFBm5WFnBXkCUbT9lGpmly1CRmz/Mg3X1XGqLHG28UbOKoZnWNMQp0rkbRH1Teps8Uw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Sat,-13-May-2023-18-13-37-GMT.mhtml

**Hash (SHA256)**

2e44b8b4bc98b1e12d92c0fb12f61e091b0f9c3c7a8f4e56bbe182bc58443ccd

**Signature (PKCS#1v1.5)**

joTDlU3f9m3j0wueGOYf9+THtb/4WVh+nS79w/uIpftyfKGIa+ObbGmWpFKOa1M/KbkcM0PN/gQGX9U0KuKFGzPvuXksPS2gwx5TZM1nXlSZkBQv8y9D5CdGc2dTbexhimjyOQECYfP6ihbTVGHnwjMv6/
xpZbwfYqyhKZATp43CdzdItQNaPFlI9j9SQllnsCDtKdxch0UoVPQXw4Y9pUF9z7n0Czy3CGh3rVlo9xlgTv0W+a/JtWVl2c0vsQrFDKNM7Yuq8XuHlKfVhpl8x6vnzgVTscY8AuCxBxB5LaITbQIUoQnXdkgU3Mo44zj1maCOwYxcrV6g4nAlA7Z9lQ==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Change

**2 Payment method**

VISA **Visa** ending in 9985

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code Apply

Change

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you 30 days of Prime benefits for FREE**

Try Prime FREE for 30 days ›

**Estimated delivery: May 24, 2023 - June 7, 2023**

Items shipped from LiuRongPing520



**Sunflower Flower Plush Pillow Smiling Face Sunflower Pillow Colorful Plush Pillow Reading Cushion Pillow Sofa Decoration Pillows Smiley Face Throw Pillows for Bed Home (16.5in, Blue)**

**$14.99**

Qty: 1

Sold by: LiuRongPing520

Gift options not available

**Choose a delivery option:**

**Wednesday, May 24 - Wednesday, June 7**
$5.99 - Shipping

Place your order

**Order total: $22.03**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $14.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $20.98 |
| Estimated tax to be collected:* | $1.05 |
| **Order total:** | **$22.03** |

How are shipping costs calculated?
Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: AAOTE Makeup Bag Makeup Bag Corduroy Polka Dot Makeup Bag Smiley Face Storage Washroom Wallet Makeup Pouch : Beauty & Personal Care

**URL**

https://www.amazon.com/AAOTE-Makeup-Corduroy-Storage-Washroom/dp/B0BXKW7NDV/ref=sr_1_175

**Collection Date**

Fri, 21 Apr 2023 07:42:48 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

rD4TtLgqsWAPmrTPduapaHaJM/G4NXpcorfb6h0Yqj7MA+31LZjuBbbTyclq2dKGtpmuU6/4SgQmTdcBh6kSuz5DFSyaCkjmDZ7Hv/tN5z8If4nyuRmUAFj11OvTJeUe/BKP3m+gqSo+LdWeZl5OmVAucnLetD4WBufQCaJILdI=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]AAOTE-Makeup-Corduroy-Storage-Washroom[fs]dp[fs]B0BXKW7NDV[fs]ref=sr_1_175]]_Fri,-21-Apr-2023-07-42-48-GMT.pdf

**Hash (SHA256)**

30dfbd63ee93192c4ce817ff3431ccc2ad563578530710ccc0e8782788c2d4bf

**Signature (PKCS#1v1.5)**

eaqd8aPrkhA3YvDBMxb5GaMXMbwYwIbHCuTld66gG+4XROLujBDd3DmC0rEJkgpiYLRXeJ6Xo7TmPRgd8mM1fqOGQDytOxxIp2pHl3XGNjo1Q4rB5qsTS2fCznny/prgP5aP6P7/wrmjK4e0l7v9dGkMajscqhh87afgIaADYN0=

amazon Deliver to Ozzie Miami 33132 | All | smiley bag | EN | Hello, Ozzie Account & Lists | Returns & Orders | Cart

All | Clinic | Amazon Basics | Customer Service | Buy Again | Amazon Business | Household, Health & Baby Care | Livestreams | Beauty & Personal Care | Free Shipping | Coupons | Pet Supplies | Smart Home | Save 25% for your business

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

amazon clinic — Healthcare for common conditions, made easier — Get started ›

Subtotal $14.99 · Go to Cart

‹ Back to results

## AAOTE Makeup Bag Makeup Bag Corduroy Polka Dot Makeup Bag Smiley Face Storage Washroom Wallet Makeup Pouch



Roll over image to zoom in

Brand: AAOTE

$78.56

Pay $14.27/month or less for 6 months with Affirm. Learn more

**Purchase options and add-ons**

**Payment plans**

$14.27/mo (6 mo) at example APR of 30% (rates from 10-30% APR)

- Water-resistent and durable fabric protects your gear from spills, easy to wipe down.
- *Constructed of our premium fabric blend with smooth zipper closures
- *Made of super soft Corduroy , easy to clean.
- *The metal zipper ll keep your items secure and organized inside.
- *Portable and large capacity.

Report incorrect product information.

**Same pharmacist window. Minus the window.** Amazon Pharmacy's licensed pharmacists are available 24/7 to answer questions. And because it's over the phone, your private health conversations can be, well, actually private. Try Amazon Pharmacy >

$78.56

FREE delivery **May 15 - June 6**. Details

Deliver to Ozzie - Miami 33132

In stock

Usually ships within 2 to 3 days.

Qty: 1

Add to Cart

Buy Now

| | |
|---|---|
| Payment | Secure transaction |
| Ships from | LiuXinYuLiuXinYu |
| Sold by | LiuXinYuLiuXinYu |
| Returns | Eligible for Return, Re... |

Details

Add to List

Have one to sell?

Sell on Amazon

### Buy it with

Total price: $88.55

Add both to Cart

One of these items ships sooner than the other. Show details

- **This item:** AAOTE Makeup Bag Makeup Bag Corduroy Polka Dot Makeup Bag Smiley Face Storage Washroom Wallet ... $78.56
- Xqumoi I Just Really Like Axolotl Sticky Notes Set, 550 Sheets, Animal Mexican Walking Fish Shaped Self-Stick Note... $9.99

### Based on your recent views

Page 1 of 58

Sponsored

### Products related to this item

Sponsored

### Product Description

Size: 18cm * 25cm * 5cm
Material: Corduroy
Lining:Canvas

### Product information

| | |
|---|---|
| Item Weight | 1.1 pounds |
| Department | Unisex-adult |
| Manufacturer | AAOTE |
| ASIN | B0BXKW7NDV |
| Country of Origin | China |
| Import | Country as Labeled |

**Warranty & Support**

Product Warranty: For warranty information about this product, please click here

**Feedback**

Would you like to tell us about a lower price?

### Videos

Help others learn more about this product by uploading a video!

Upload your video

### Products related to this item

Sponsored

### Looking for specific info?

Search in reviews, Q&A...

### Customer questions & answers

No answered questions yet

Post your question

Typical questions asked about products:

- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

### Customer reviews

No customer reviews

| | |
|---|---|
| 5 star | 0% |
| 4 star | 0% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 0% |

How customer reviews and ratings work

**Review this product**

Share your thoughts with other customers

Write a customer review

### Customers also viewed these products

### Best Sellers in this category

### Inspired by your browsing history

### Your Browsing History

Back to top

Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You

amazon | English | United States

Conditions of Use | Privacy Notice | Your Ads Privacy Choices
© 1996-2023, Amazon.com, Inc. or its affiliates

AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Mon, 22 May 2023 08:33:29 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Y8J5VZcO1qsChxB/Wv2GBPBlnLAO6czXk3yZanOO5xWjz5FSveeE+/RH8+mDRmm0Rexi4fw278ZjooFjN4CS9iBAC26ebFGkPo85Da3xmCIktkEoRw4tHDvtmg6tKHwa3i+suP/jqNHqrqGy+QHVaKGwglKSIxgr8SBv0mbZ8+0mZ2hwAS93sF9dFv4fJfM70q
+i8g0lW2NYAzVrLsMPCUVluAvNxBt2pFKxPcFoaNUb4Wvu9Ka/0icirEuZnqDmvAntS+CgJygSubqfjH9UNeUjeQpENBhhMi0vIhfhROgorBYpBktoD1ZhECI1AIU+dPcwQ2wKNY5xwWW2lGkRqQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Mon,-22-May-2023-08-33-29-GMT.mhtml

**Hash (SHA256)**

7d252fbead2b502fdffcb8c1a0937a2d51a7ee185dfeb8d6a9f4ea9f84ecdbbc

**Signature (PKCS#1v1.5)**

RVVN1ECKXcl7lNWLtW4QkVz0kZKVT4H2pXIZJHjFMg7tCpHpoa2R2WCzH3vRkS+ZG0foe5VSx6a/4wOMRY3jFnO64jSCMh/bDi4ptuPQG2sUxNnOH86buLfYO7/31gjfG/59Urgl5JFp5Z3KKW0Jlk7hTXkgQEpIVkY0nG/
AcR7JIT5LgGsawBGFVVt1QFjx2lhN8O4neMi2eoafOCYEcwYtE1ZIJMtrdankieG+cODrf/G2FpGDCc1XDrMoB/2KuaZ4IylMgLyEZnoAbeYrfCYehGQReNQEp54+Psd49Ti4qYdr6K6dwNlhy5Bvw5U2aDsWMplNgp8PTvYPiq9UkA==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Change

**2 Payment method**

VISA **Visa** ending in 9985

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

Change

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you 30 days of Prime benefits for FREE**

Try Prime FREE for 30 days ›

**Estimated delivery: June 15, 2023 - July 10, 2023**

Items shipped from LiuXinYuLiuXinYu



**AAOTE Makeup Bag Makeup Bag Corduroy Polka Dot Makeup Bag Smiley Face Storage Washroom Wallet Makeup Pouch**

$78.56

Qty: 1

Sold by: LiuXinYuLiuXinYu

Gift options not available

**Choose a delivery option:**

**Thursday, June 15 - Monday, July 10**
FREE Shipping

Place your order | **Order total: $84.06**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $78.56 |
| Shipping & handling: | $0.00 |
| Total before tax: | $78.56 |
| Estimated tax to be collected:* | $5.50 |
| **Order total:** | **$84.06** |

How are shipping costs calculated?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: KAGITO Sterling Silver Smiley Rings, Hen And Girl Party Adjustable Jewelry: Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/KAGITO-Sterling-Silver-Adjustable-Jewelry/dp/B0C2V1R6P6/ref=sr_1_2

**Collection Date**

Thu, 20 Apr 2023 06:00:19 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

MHFKuPxg6MR2ge3mhnCoF4OmhntpqGHBzvvyjYSOl3ZmT+cCzT3jVef8loz/nA5Uc9WsDaESKt2tGNQDGeIKWxEQDEaChUwq1GNRdDDJYQM2OFC4RS46uu1V0ty+8PmZvSl7TQYl745EFTi36FgOt2VikwN0mbYTfu8JPM6L64g=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]KAGITO-Sterling-Silver-Adjustable-Jewelry[fs]dp[fs]B0C2V1R6P6[fs]ref=sr_1_2]]_Thu,-20-Apr-2023-06-00-19-GMT.pdf

**Hash (SHA256)**

e68da1806fd205c9555a5d2e82269daabd996d3df507974ed3e425867b76d198

**Signature (PKCS#1v1.5)**

Yilz9Y4zUYtL2LFRTapnYu10oCD22QeI7oV6oOtmg6iwJlGpNMVS6KpB+zC4qLqpOfV7c0Qf7spx0UGZs9Xx2LmAJ+hRy4wKeVfKr9hTmC3Vu9t8oa2jYJARZseFOQKEfn2J/Nlyj8Do9d/NjcQOFtdOgkD+/aBGMADjGjegTFk=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 18 May 2023 05:41:33 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

PEpQjIPqm1FhOPuT5RT/UdWVefinI+Xu3qtIDnIpZTHmTZCQrMf44rcmSQ5uA4O5L4uo5aIpbFc8roKXOqYfy17OWIWhd7tWTQtV2Nit2nQR2pWRV37642S6yKRwKA5PfvmvC1XPnh6ZmTPqYzfM0q6g71iT2YnN
+AqZmqj30o7bG1PuRByCyDV2EzpHApJZx5BWd7coMsTLw16ntvdvx0PyR0HzCmDWgFQVyMuFmtCK6sJPvJ6RsyNuUqLA4NCXKaofgZY3Z+Q3+zydjrT6dqu+W1BA7i0NPDXmiXMkAL7K7odix3g+2gTqGJbolrBObkPgtkqbyg8kN5Dc51EqYg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-18-May-2023-05-41-33-GMT.mhtml

**Hash (SHA256)**

1201ac96fe269cd9fe93155cff6589fcb085cb6b85254c273049ac20135ddca0

**Signature (PKCS#1v1.5)**

VEu/eJX7syi2wOYQWPyes50kanZGZCL7BYz31x3ehYySgVJT5fwdscGD63m5Uq1mLN/0lCRZbtItmTF6pXZyMeforoQlDLHlwY2HNPShXCnp9b88FwhJeDX6TmU15kXgW/
wmQsMgvkpdiHCTHhBcEuVomW8V3aM6S2pdNy2fw0G512hGpcUiASOjV8dwXUpO8ivEhU3xDcNmlQPkprmmYs6rFKkXNVEXjSljzw84Sft4aVCNaqw6RGIGSWFjgD4++7viE3ieQnWsNuAZFXwrSPx0bo4QJFjKic/WO9Ir2poSSRLFwH4lLLUnQ9aphWPC7ZVVhRay6sYcDyjiPIWWNw==

amazon

Checkout (1 item)

1 **Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Change

2 **Payment method**

VISA **Visa** ending in 9985

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

Change

3 **Offers**

4 **Review items and shipping**

FREE TRIAL

**Jade, we're giving you 30 days of Prime benefits for FREE**

Try Prime FREE for 30 days >

**Estimated delivery: June 8, 2023 - June 29, 2023**

Items shipped from liyingdianfa



**KAGITO Sterling Silver Smiley Rings, Hen And Girl Party Adjustable Jewelry**

$19.21

Qty: 1

Sold by: liyingdianfa

Gift options not available

**Choose a delivery option:**

**Thursday, June 8 - Thursday, June 29**

FREE Shipping

Place your order

**Order total: $20.55**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $19.21 |
| Shipping & handling: | $0.00 |
| Total before tax: | $19.21 |
| Estimated tax to be collected:* | $1.34 |
| **Order total:** | **$20.55** |

How are shipping costs calculated?

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: LANWE Womens Ankle Socks, 5 Pairs of Smiley face Socks, All-Match Sports Student Socks-White,Athletic Socks Crew, One Size : Everything Else

**URL**

https://www.amazon.com/LANWE-All-Match-Student-Socks-White-Athletic/dp/B09HSG5XBF/ref=sr_1_58

**Collection Date**

Fri, 21 Apr 2023 08:19:58 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

KbmfQefPvGizDS1144mQlYJUUhIN+dgWvH/5ddotJ6o0oPiJwbVYKnyDV29SbXSCWV+MUhT+VJAgNmMoGm/5yzmBtJI663mVmtsmuehkpfoS9SSfRKNuflz96P1JX7KGgtp172wTJZ/gjrKCh+9lrvKqy6uy8cVBgphUcMsU2aI=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]LANWE-All-Match-Student-Socks-White-Athletic[fs]dp[fs]B09HSG5XBF[fs]ref=sr_1_58]]_Fri,-21-Apr-2023-08-19-58-GMT.pdf

**Hash (SHA256)**

23a015de806af422cca1ee34c2dd70369ee133770446e9f8bb1acacbb53493f7

**Signature (PKCS#1v1.5)**

mHP3W1VfNFZNS9Bj1AZpn2FfGpQFtmx6BEzyKp0pPbi1w/01Jtb8uo7uSvRYOBqMi0A06xBX6AS2G4cY/IarV5Yd6h/uz9+/pvW9lGpTUfXlyupTd3Kso3XAj0zfqk7pnAgCBDX+vsEQE7pN4ZScYHF2zi9psZYlY8//XpHVyx8=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 23 May 2023 06:26:48 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

202.83.40.91

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

LXm9HbTN4mXXNcpZKHpNDjnb7qgMMtM3YcSdvsPLi7JxdimjiecFdO9TRh074ST3G9ZYcGwNGYKNTUL8AeNThhU6zsT9z1N1v2VDpMwajjU7zmngIdF5DOXtB1fLa7Vb9n9oVlZuyiCPKG7+zsHe490z4XEZ5vV4ixBOAnksQKK1rAuHlhxt2viSHuIBWkI2sigC5x4NDt8yvJZwRg1xK5JqO
EO9YW8hC36gaBw0MUN0WoS0lAD6ZocCto6S6NXGo+GQactgYcEGr5G5AOgsMvlxSLZ9K1PztzarhJT0oRqCMyszw3i3vz+bVP1mU82vTWh307lwUut0V4WqvkWaAw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Tue,-23-May-2023-06-26-48-GMT.mhtml

**Hash (SHA256)**

d338a22f16dc7cf24737be8b09895581fc9e5f7c694aceddedcd93a80ad219ad

**Signature (PKCS#1v1.5)**

Xz3K9m2063+jhBxmXWv9QoF3Z3lVYRCejLQsIJViXlFHz7iTZnmT9XFYOm/daDTmFS5e3rU0ZC1JTjLBYGWr9BuxZw3c6mXHKWtd7DrO/J+vXakORdKAc9MspltYEfLQR7SfhJ2bFegPFFjL5e5CB78k4PSDt6Oh498RwJLd3gA16QviYRhCDIZdK3V4CS2GMxsJnz4C2xGKCdJgT/
lWfuniCAEn6QyvS8a43bsEfAnfgBUd0Qm58yj+L0bvlowx36Ws69Z0wGzK4VkTlersedSQhploL64jaPbLPVw4vPW7KjWIoJqLapKtdgpnQf71Ys7tHZTGI7oi7Qn6kg69Ng==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

**2 Payment method**

VISA **Visa** ending in 9985

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

Change

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you 30 days of Prime benefits for FREE**

Try Prime FREE for 30 days

**Estimated delivery: June 6, 2023 - June 22, 2023**

Items shipped from LJWEN



**LANWE Womens Ankle Socks, 5 Pairs of Smiley face Socks, All-Match Sports Student Socks-White,Athletic Socks Crew, One Size**

$23.00

Qty: 1

Sold by: LJWEN

Gift options not available

**Choose a delivery option:**

**Tuesday, June 6 - Thursday, June 22**

FREE Shipping

Place your order

**Order total: $24.61**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $23.00 |
| Shipping & handling: | $0.00 |
| Total before tax: | $23.00 |
| Estimated tax to be collected:* | $1.61 |
| **Order total:** | **$24.61** |

How are shipping costs calculated?

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: ROXVEL 5 Pairs Smiley Face Socks,Cartoon Smiley Face Socks, Coral Velvet Winter Autumn Thermal Socks Ankle Sock for Women : Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/ROXVEL-Smiley-Cartoon-Velvet-Thermal/dp/B0BN4D4BXF/ref=sr_1_79

**Collection Date**

Fri, 21 Apr 2023 09:59:44 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

lf4ost9+OV+PbrRLmsrbeOGvPmXerKFNDQBbWJbT0BKkcZTwf5qCXuFeJ4gmx61sVXKXYIUjidvpGtEr+3nZ8Z9YSC11LvIFfxUMB9BPgZDICZAFc1wvx8rmKOWKZFUmuskHgVdAe0mdKlxm+JsRHjd9h3NNQu3iK5w5EZ5zF6k=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]ROXVEL-Smiley-Cartoon-Velvet-Thermal[fs]dp[fs]B0BN4D4BXF[fs]ref=sr_1_79]]_Fri,-21-Apr-2023-09-59-44-GMT.pdf

**Hash (SHA256)**

1cdd77032a85e39950e0457f23f461bad8e97108ab2ceac1b6d3e7f7a5a33d54

**Signature (PKCS#1v1.5)**

I5SPHCF3ZaUkQMnwtYRpsDbYBCMXFNrm6ZHMADNZKtk5lU5BHu9lQmksh9CY8AyiErcM5vGXtUBfzY15urReDJUAFPex3Uyy/JEu82RlVN8zBSm8WhyxrBhy1cp/192JUKoFqhqkssEVy5Jkm8BwjOTpVnwBeTBIeFU0ElJhzvY=

amazon | Deliver to Ozzie Miami 33132 | All | smiley socks | EN | Hello, Ozzie Account & Lists | Returns & Orders | 1 Cart

All | Clinic | Amazon Basics | Customer Service | Buy Again | Amazon Business | Household, Health & Baby Care | Livestreams | Beauty & Personal Care | Free Shipping | Coupons | Pet Supplies | Smart Home | Save 25% for your business

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

amazon clinic | Healthcare for common conditions, made easier | Get started ›

Subtotal $14.99 | Go to Cart | $14.99 Only 8 left in stock - order soon.

‹ Back to results

## ROXVEL 5 Pairs Smiley Face Socks,Cartoon Smiley Face Socks, Coral Velvet Winter Autumn Thermal Socks Ankle Sock for Women



Roll over image to zoom in

Brand: ROXVEL

$25.02

Get $50 off instantly: Pay $0.00 upon approval for the Amazon Rewards Visa Card. No annual fee.

Size: One Size

Color: A

- Cotton
- Country as Labeled
- [High-quality fabric]: Made of high-quality Coral Velvet, the socks are thick, soft, comfortable, not to pilling, sweat-absorbing, breathable, and have a good warmth retention effect.
- [Lovely Smile Face Cotton Socks]: The lovely smile face Coral Velvet socks are made of high-quality cotton, soft and comfortable. There is a cute smiling face on the ankle, simple, stylish and cute. Protect your ankles from wear and tear, bringing you laughter and joy every day.
- [Comfortable and warm]: Smiley face socks are soft and comfortable. The soft thick plush lining keeps your feet and toes warm in cold weather without worrying about cold weather.
- [Fashion Matching]: 5 cute smiley cotton socks in different colors and styles, which can add interest to your overall outfit, perfect for everyday wear, or as sports socks, boot socks, hiking, running socks, Christmas socks, warm socks, home socks, etc.
- [Warm Gift] :Cute women's smiley warm socks, specially designed for sports and daily wear. They are a combination of function and beauty. It is very suitable to wear by yourself or to give away, it is an ideal gift choice.They will be very happy!

Report incorrect product information.

$25.02

FREE delivery May 18 - June 9. Details

Deliver to Ozzie - Miami 33132

In stock

Usually ships within 4 to 5 days.

Qty: 1

Add to Cart

Buy Now

| | |
|---|---|
| Payment | Secure transaction |
| Ships from | lllffing |
| Sold by | lllffing |
| Returns | Eligible for Return, Re... |

Details

Add to List

Have one to sell? Sell on Amazon

### Based on your recent views

Page 1 of 58

Sponsored

- KAPNRTO Smiley Face Socks 10 Pairs Cute Socks Women Socks Protect From Wear… 194 $16.88 ($1.69/Count) prime
- JSEREN Women Cute Socks 5 Pairs Cotton Kawaii Embroidered Funny Low Cut Socks… $12.99 ($2.60/Count)
- OGUOY 8 Pairs Cute Flower White Socks Women's Mid-tube Spring and Summer… $23.99 ($3.00/Count)
- TORIIOSHY Custom Face Socks for Women, Personalized Face on Socks,Funny Socks for… $13.99 Save 20% with coupon (some sizes/colors)
- OIUYT Smiley Face Socks,Cute Cartoon Smiley Socks, Novelty Funny Socks Gifts for… 23 $16.98 ($3.40/Count) prime
- DIBAOLONG Grip Socks, 6 Pairs Non Slip Anti Skid Socks for… 7,037 $17.99 ($3.00/Count) prime
- Bycikool Cute Cotton Socks Funny Novelty Butterfly Animal Dress Socks Women (Butter… 31 $11.99 ($2.40/Count) prime

### Products related to this item

Page 1 of 58

Sponsored

### Product Description

Features:
1. Thicken and pile looped tube socks are breathable and comfortable.
2. Cute smiling face socks can bring you a good mood.
3. One size, suitable for most people's feet.
Specifications:
Product Name: Smile Floor Socks
Fabric material: Cotton 90%, polyester fiber (polyester) 10%
Applicable gender: Female
Tube height: Tube socks
Thickness: Thicker
Colors: Black, white, beige, dark coffee, light coffee, milk white
Size: One Size Fits All
Function: Keep warm
Pattern: Cartoon
Style: Simple
Package Includes:
5 Pairs x Lovely Smile Face Cotton Socks

### Product information

| | |
|---|---|
| Item Weight | 0.282 ounces |
| Department | Womens |
| Manufacturer | ROXVEL |
| ASIN | B0BN4D4BXF |
| Country of Origin | China |
| Fabric Type | Cotton |
| Tick-repellent material | Cotton |
| Care instructions | Machine Wash |
| Import | Country as Labeled |

Warranty & Support

Product Warranty: For warranty information about this product, please click here

Feedback

Would you like to tell us about a lower price?

### Videos

Help others learn more about this product by uploading a video!

Upload your video

### Products related to this item

Page 1 of 58

Sponsored

- KAPNRTO Smiley Face Socks 10 Pairs Cute Socks Women Socks Protect From Wear… 194 $16.88 ($1.69/Count) prime
- SIXDAYSOX Low Cut Socks for Women 4 Pack Size 9-11 Non-slip Cotton Moisture… 3,655 $13.99 ($3.50/Count) prime
- wernies Women No Show Socks Low Socks Women Short Socks No Show Socks for Flats… 65,114 #1 Best Seller $11.89 ($2.97/Count) prime
- CUSHIONAIRE Women's Feather recovery slide sandals with +Comfort, Khaki 10 28,268 $24.99 prime
- wernies No Show Men Socks, Low Cut Ankle Sock, Men Short Socks Casual Cotton Socks ... 30,469 $16.99 ($2.12/Count) prime
- Jimmy Lion Safari Pack of socks for men and women Size 7.5-11.5 Socks made in Europe 86 $27.97 prime

### Looking for specific info?

Search in reviews, Q&A...

### Customer questions & answers

No answered questions yet

Post your question

Typical questions asked about products:
- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

### Customer reviews

| | |
|---|---|
| 5 star | 0% |
| 4 star | 0% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 0% |

How customer reviews and ratings work

No customer reviews

Review this product

Share your thoughts with other customers

Write a customer review

### 4 stars and above

Page 1 of 58

Sponsored

- STYLEGAGA Women no show Non Slip liner socks animal floral mesh cotton casual fake ... 936 $12.90 ($2.58/Count) prime
- DICUIRD Womens Smiley Animal Face Soft Sole Slipper Socks with Grippers-Fuzzy House… 169 Amazon's Choice in Women's Slipper Socks $18.99 prime
- KONY 5 Pack Women's Cute Animal Socks Cotton Cat Dog Duck Patterned Novelty Fun… 897 $17.99 ($3.60/Count) prime
- FGZ Cotton Socks for Women, Soft Thin Cotton Socks Womens Above Ankle Crew… 7,206 $16.88 ($3.38/Count) prime
- Bycikool Women's Funny Novelty Crew Socks Cute Colorful Butterfly & Flower Dress So… 112 $16.66 ($2.78/Count) prime
- KONY Women's Girls Casual Funny Novelty Crew Socks, Cute Animals Printed… 3,589 $17.99 ($3.60/Count) prime

### Best Sellers in this category

### Inspired by your browsing history

### Your Browsing History

Back to top

Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You

amazon | English | United States

© 1996-2023, Amazon.com, Inc. or its affiliates

AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Wed, 24 May 2023 06:22:10 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

111.92.80.105

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Usxb2TKVktVHaKARVlc9Y8FXaZsLJewDUixBsroMRVf6ZmVnjADp+JbpyLYRgFMT/2ET4g52iHF3A8RRY+0ETEdjdbmsu9qLOhpNtDSgNs7cC1Bg/H4JSWCU3jTKDFlwk16yk0R1d2heY91C6+oOYL2vu
+Lkz08z0Hz9exBOuK85LFQ5Uizff7vxxEwsVS0bJYfhPVhS2kLGC4f8AjrdjyjiencAIlBHmNnqOhK7/CWzqzhJPGzG1HbViaVXI8retVNdPtM/+/z2qJ5q7oY0HZGgghkxH/jYgQENvI8EjVEHaL0ipRbZeS8Ujx75v+pdmS+rx78ZI6Cff/2bc759EA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Wed,-24-May-2023-06-22-10-GMT.mhtml

**Hash (SHA256)**

aa657aac3c35604eaae3cceb6ccefcd6529bc86db4723bad160cdb85ca159f16

**Signature (PKCS#1v1.5)**

gJFAs9Bc+iL1BFK5A49HunMbCh0bTeac6dZzbyXGjz6WRGhDx9mZYWesa0FzqI8IJJ1Z8TM8BHY9jfZ4apAf99j8ldiJbVEQLjLyAXtNHMGKvV6bz3hgd7aggZrh5KlPQElpQdfn9g8t+sd7IlkiI8Nrv4UMRd5RI2P5q/
nRkyrZwcP0H3VIm0zGPLzXrwNZ8VWvERadBotFIBc/1yz93xb2UllpyWc0p3cggnSeza/8AOJKa35ptttCpAyrGH1Zf8sWxMJ4IQZGzcATc0/na4nctMS8n5+0pwlq9WwCLgk6UAhBq+2qCF8qBUfzVGZ8TEc57B7EyKmWZ+qfqkJn1Q==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you 30 days of Prime benefits for FREE**

Try Prime FREE for 30 days

**Estimated delivery: June 20, 2023 - July 12, 2023**

Items shipped from lllfffing



**ROXVEL 5 Pairs Smiley Face Socks,Cartoon Smiley Face Socks, Coral Velvet Winter Autumn Thermal Socks Ankle Sock for Women**

$25.02

Qty: 1

Sold by: lllfffing

Gift options not available

**Choose a delivery option:**

**Tuesday, June 20 - Wednesday, July 12**

FREE Shipping

Place your order

**Order total: $26.77**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $25.02 |
| Shipping & handling: | $0.00 |
| Total before tax: | $25.02 |
| Estimated tax to be collected:* | $1.75 |
| **Order total:** | **$26.77** |

How are shipping costs calculated?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: LMING iPhone 13 Square Protective Case for Women,Luxury Gold Plating Square Edge Phone Case with Smile Face Design Smiley Electroplated TPU Cover [Camera Protection + Shockproof Corners Bumper] - Blue : Cell Phones & Accessories

**URL**

https://www.amazon.com/iPhone-13-Protective-Electroplated-Protection/dp/B09JF4LXGN/ref=sr_1_210

**Collection Date**

Mon, 24 Apr 2023 11:46:10 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

OOb1UZNUw0EZHyZ59d3k52PKckPtdWrweECZtRGhjgo/rsSXAvUUjpXB2klyv013GY0Tm6CoXjna2S3XdV9l7T4ombEspgyVqJ8I2TMLj7z23b2K5KENinN/JX+YMLnj8taU0RBRpZcUYuns/HDFoSmxEhcwHmmOS+nOPEi6CLE=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]iPhone-13-Protective-Electroplated-Protection[fs]dp[fs]B09JF4LXGN[fs]ref=sr_1_210]]_Mon,-24-Apr-2023-11-46-10-GMT.pdf

**Hash (SHA256)**

01e194e7b76a5f32299976c7c14c8c89ddcd0c707f616e51814b13046827025d

**Signature (PKCS#1v1.5)**

h98i+b5cSEgLtyK0XoncpyaFJzzlCQsYCe3zloYw82Aa9NWuTSgjipsFjXeq+HXsSj0coE3a1z6A0y9OTAJiCThqx3zC4+uaWUOOEbatZx0u/eJRTWGWoNIW4SqMrCyg2vRHAL2RrnqWvy8P6LY0jPROUvLTBDw3TAmBM7EEgio=



AXENCIS

Investigator Name: RemoteUser2

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 16 May 2023 01:20:13 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

RemoteUser2

**IP Address**

202.83.57.61

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

VRjSSqc3IYvu4TVgZgECC2/xbunhIMe6aYQ4wJVzvhTPvJpyDJ0leAdEq+KokUNztmn5ZxpbhG7/HXvbWnELkJ6FKI+lQ/jlJuAIFaFhupo8CgvT79wHuqhSxlVto8dA429UFuzo8vCHmffxOmxKlr0L49L1xEm6SUgzaLp
+S0bZrb3AiTvjy9UPAgjnMbd9WOY1XsV6Ni3aB7ZmGc97G2nwiPyNETG4RXYSPeKP1cUDGwqProeEjvgbeCBfEmXDzymelljWLiCWKxo0gDOgdC5MKFFtcUpJKsfKzAvA6b7lsIvWHcQKq+a7yds1yV6lWeILXagZsO86deiFGpV5nA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Tue,-16-May-2023-01-20-13-GMT.mhtml

**Hash (SHA256)**

09f5353553602aa45520ca9c3bdac9fcad47641c5a9b671b8882a9a04d597374

**Signature (PKCS#1v1.5)**

eskFiEO79hPSknQYfrIkIYPCW1lbyBC+Z022jBCB1VFYRO+cNR6DScn/5dIVcAmSuy83NrVqV0wverR60omGJToFIZ85K71asVx/pCBXKu5IeszyZlzbRX1LvCmf/yNrjnuNMUajRtPxGYZFU9Dy9e069kLSAzLPpJ2NKWiHdG57g3NSXoDJG
+waBLQgqpn27DhRQn8UUd9qHkpbQ99yWA6uR4oDM5b+zrPMOi2meYnUxk1U80D1y/DB3vn6bO2fr4vYl/tLCUn8D+YCIgiJkhEeLToEfbTpabhtH9QPooUsWGe8s5djTatGtwm9dtqQsPkKd4NQztqEl6r8CpwRgA==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items ~~Sunday, May 21 by 8PM~~ **Thursday, May 18 by 8PM** for ~~$5.99~~ FREE

Get FREE Prime Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: May 21, 2023** If you order in the next 11 hours and 29 minutes (Details)

Items shipped from Amazon.com



**LMING iPhone 13 Square Protective Case for Women,Luxury Gold Plating Square Edge Phone Case with Smile Face Design Smiley Electroplated TPU Cover [Camera Protection + Shockproof Corners Bumper] - Blue**

$3.99 & FREE Returns

Qty: 1

Sold by: L-MING

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

- **Thursday, May 18**
  FREE Prime Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Sunday, May 21**
  $5.99 - Shipping
- **Thursday, May 18**
  $9.99 - Shipping

Place your order

**Order total: $10.26**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Get FREE Prime Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

## Order Summary

| | |
|---|---|
| Items: | $3.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $9.98 |
| Estimated tax to be collected: | $0.28 |
| **Order total:** | **$10.26** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Logoer Phone Case Hot Pink Melted Smiley Face Psychedelic Pattern Compatible with iiPhone 12 Pro Max Shockproof Soft TPU Silicone Protective Cover iPhone : Cell Phones & Accessories

**URL**

https://www.amazon.com/Logoer-Psychedelic-Compatible-Shockproof-Protective/dp/B09H5F1QYR/ref=sr_1_34

**Collection Date**

Mon, 24 Apr 2023 08:27:22 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

YdH+6lq3uHq+IkMjp7QUXBtQwvqyFBKzYxVepkEsRiKrLhSRFDUXDSesFQME1bwE+thLcostB0Y9uTNu1zwvzDWtY4KArcU4qF9Z3GfAXzvt5wZ7IZvnj5RWilz0jNKnCLg/aNVjBknytA78JRZzISoEGNKVkU+l4pt78GilVHU=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Logoer-Psychedelic-Compatible-Shockproof-Protective[fs]dp[fs]B09H5F1QYR[fs]ref=sr_1_34]]_Mon,-24-Apr-2023-08-27-22-GMT.pdf

**Hash (SHA256)**

7b93f6061f676e0885158c50fffd4ba61836b5794f44ece819d742d55b1897f9

**Signature (PKCS#1v1.5)**

LSgzUHM2xfUWE61D6sYfYgEx1FMGv4mATeFCvPefYBxt1RyX71zhlN7GkdIKyRLsrEieMS/kXda1i1+jqC9CMnzTi2f16btpBOCmFBKo2DVcDw6Qq1I13OpiAo5/hyl780TTTrvcIRr+vbvAnUpsrHCxKjliq6C7ITvotNnsyQU=

amazon | Deliver to Gregory Kapolei 96707 | All | smiley phone | EN | Hello, Ozzie Account & Lists | Returns & Orders | 1 Cart

All | Clinic | Amazon Basics | Customer Service | Buy Again | Amazon Business | Household, Health & Baby Care | Livestreams | Beauty & Personal Care | Free Shipping | Coupons | Pet Supplies | Smart Home | "Citadel" on Prime Video April 28

Cell Phones & Accessories | Cell Phones | Alexa Built-in Phones | Accessories | Cases | Wearable Technology | Best Sellers | Deals | Trade-In | All Electronics

Casetify Ultra Impact Case for iPhone 13 Pro - Trippy Oh So - Clear Black 74 $66.00 prime

Subtotal $14.99 | Go to Cart | $14.99 Only 8 left in stock - order soon. | 1

‹ Back to results | Sponsored

## Logoer Phone Case Hot Pink Melted Smiley Face Psychedelic Pattern Compatible with iiPhone 12 Pro Max Shockproof Soft TPU Silicone Protective Cover iPhone

Roll over image to zoom in

Brand: Logoer

(4.2) 316 ratings

$9.26

Get $60 off instantly: Pay $0.00 upon approval for the Amazon Rewards Visa Card.

Color: **Pink Smiley Face Pattern**

$9.26 | $9.88 | $5.80 | $5.80

Size: **iPhone 12 Pro Max**

iPhone 12 Pro Max | iPhone 7 Plus/8 Plus | iPhone 11 | iPhone 11 Pro | iPhone 11 Pro Max | iPhone 12 mini | iPhone 12/12 Pro | iPhone 13 | iPhone 13 Pro | iPhone 13 Pro Max | iPhone 13 mini | iPhone SE 2020/7/8 | iPhone XS Max | iPhone X/XS | iPhone XR

| | |
|---|---|
| Brand | Logoer |
| Color | Pink Smiley Face Pattern |
| Form Factor | Bumper |
| Compatible Phone Models | IPhone |
| Material | TPU |

**About this item**

- Constructed from high quality, tough and flexible TPU that resists dirt and stains, protects your cell phone against scratches.
- Easy to grip and slides easily in and out of your pocket, easy to snap on and off with precise cutouts for easy access to ports and buttons.
- Fully compatible with wireless charging and MagSafe without taking off your case. Fits snugly, all cut-outs are perfect and compatible with all charging cables.
- Personality pattern on the case makes your phone different and eyes-catching, Can be used as a gift for family, friends and lovers on birthdays, Christmas, Valentine's Day.
- Flexible and soft TPU material ensures your precious iPhone will not be scratched during installation or disassembly, allowing you to use it without worry. Raised edges of screen and camera provide extra protection.

Report incorrect product information.

Add your 30-day FREE trial of Prime and get fast, free delivery

$9.26

FREE delivery **Tuesday, May 2**

Or fastest delivery **Thursday, April 27**

Deliver to Gregory - Kapolei 96707

In Stock

Qty: 1

Add to Cart | Buy Now

| | |
|---|---|
| Payment | Secure transaction |
| Ships from | Amazon |
| Sold by | Logoer |
| Returns | Eligible for Return, Re... |
| Packaging | Shows what's inside |

Details

Add a gift receipt for easy returns

Add to List

New (2) from $9.26 & **FREE Shipping** on orders over $25.00 shipped by Amazon.

**Other Sellers on Amazon**

$9.36 Add to Cart

& **FREE Shipping** on orders over $25.00 shipped by Amazon. Details

Sold by: jishaobielishangma

Have one to sell? Sell on Amazon

BENTOBEN iPhone 12 Case, Phone... 26 $7.99 prime Save 6% with coupon Sponsored

MZELQ Compatible with iPhone 12 Pro Case Red Strawberry Cute Pattern, Soft TPU iPhone 12 Pro Case for Girls Women + 1* Screen... 3,343 $13.98 prime Sponsored

**Consider a similar item**

MOSNOVO Compatible with iPhone 12 Pro Max Case, Scary Eyeball Print [ Buffertech™ Impact ] Transparent TPU Bumper Clear Phone Case Cover Designed for iPhone 12 Pro Max 6.7" (452) $8.99 prime Climate Pledge Friendly

### Frequently bought together

Total price: $17.15 | Add both to Cart

These items are shipped from and sold by different sellers. Show details

- **This item:** Logoer Phone Case Hot Pink Melted Smiley Face Psychedelic Pattern Compatible with iiPhone 12 Pro Ma... $9.26
- Ailun Glass Screen Protector for iPhone 12 pro Max 2020 6.7 Inch 3 Pack Case Friendly Tempered Glass $7.89 ($2.63/Count)

### Products related to this item

Sponsored | Page 1 of 58

- Compatible for iPhone 12 Pro Max Case, Smiley Face Cute Hippie Aesthetic Peachy Smi... 29 $15.99 prime
- HANLINZHIYA Compatible with iPhone 14 Pro Max Trendy Case, Cute Funny Trippy... 3 $15.99 prime
- Phone Case Pure Clear Anti-Scratch Liquid Smiley Sage Green Funny Pattern... 124 $9.98 prime
- SIJGKU210 Clear Case for iPhone 13, Smiley Face Indie Sage Green Hippie Trippy Patt... 9 $15.99 prime
- ZHEPAITAO Compatible with iPhone 12 Pro Max Case, Smiley Face Indie Sage Green Hipp... $15.99 prime
- Compatible with iPhone 14 Pro Max Case, Colorful Melting Smiley Face Cool Hippie Sl... 5 $15.99 prime
- HANHANSHILU Compatible with iPhone 7 Case iPhone 8 Case iPhone SE Case, Smiley... 2 $15.99 prime

### Based on your recent views

Sponsored | Page 1 of 58

- Compatible for iPhone 12 Pro Max Case, Smiley Face Cute Hippie Aesthetic Peachy Smi... 29 $15.99 prime
- HANLINZHIYA Compatible with iPhone 14 Trendy Case, Cute Funny Trippy Smiley... 3 $15.99 prime
- SIJGKU210 Clear Case for iPhone 13, Smiley Face Indie Sage Green Hippie Trippy Patt... 9 $15.99 prime
- Compatible with iPhone 12 Case iPhone 12 Pro Case, Smiley Face Cute Hippie Aestheti... 51 $15.99 prime
- Compatible with iPhone 14 Pro Max Case, Colorful Melting Smiley Face Cool Hippie Sl... 5 $15.99 prime
- Partorson Phone Case Pink Lightning Bolt Compatible with iPhone 12/12Pro Accessorie... 8 $16.99 prime
- Airpods Pro 2 Case Cover,JANDM Cute Double Side Smiley Face Clear Soft Silicone Smo... $9.99 prime

### Compare with similar items

| | **This item** Logoer Phone Case Hot Pink Melted Smiley Face Psychedelic Pattern Compatible with iiPhone 12 Pro Max Shockproof Soft TPU Silicone Protective Cover iPhone | Nsydnbly Aesthetic Sage Green Trippy Smiley Face Case Compatible with iPhone 12 Pro Max, Cute Pastel Smiley Face Case for iPhone 12 Pro Max for Teens Women Men, Trendy Cool TPU Case Cover | Idocolors Cute Funny Face Case Compatible with iPhone 12/12 Pro,Pink Ghost Face Liquid Silicone Case,Soft Gel Rubber Full-Body Protective Microfiber Lining Shockproof Case | Amazon Basics Shockproof and Protective iPhone Case for iPhone 12 mini - Crystal Clear | Dohakemuny Pink Melting Smile Face Case Compatible with iPhone 13, Aesthetic Trippy Smiling Face Case for iPhone 13 for Teens Men and Women, Cool Trendy TPU Bumper Case Cover | Odhtst Liquid Smiley iPhone 12 Case 6.1 Inch, Shockproof Protective Designer Cute Cool Cover Cartoon Art Aesthetic Phone Case for Women Girls Child Men for Sage Green |
|---|---|---|---|---|---|---|
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| Customer Rating | (316) | (24) | (391) | (5145) | (30) | (339) |
| Price | $9.26 | $17.99 | $14.99 | $8.55 | $11.99 | $11.99 |
| Shipping | FREE Shipping on orders over $25.00 shipped by Amazon. Details | FREE Shipping on orders over $25.00 shipped by Amazon. Details | FREE Shipping on orders over $25.00 shipped by Amazon. Details | FREE Shipping on orders over $25.00 shipped by Amazon. Details | FREE Shipping on orders over $25.00 shipped by Amazon. Details | FREE Shipping on orders over $25.00 shipped by Amazon. Details |
| Sold By | Logoer | Shichuanmaoyi | Qiaoxinkeji | Amazon.com | CHUYINGECO | GiftLaboratory |
| Color | Pink Smiley Face Pattern | Green Smiley Face | Pink | Crystal Clear | Pink Smiley Face | Liquid Smiley |
| Compatible Phone Models | iPhone | iPhone 12 Pro Max | iPhone 12/12 Pro | iPhone 12 Mini | iPhone 13 | iPhone 12 |

### Videos

Videos for related products

KERZZIL Cute Smiley Pattern Silicone Case for iPhone KERZZIL 0:26

Upload your video

### Looking for specific info?

Search in reviews, Q&A...

### Customer questions & answers

No answered questions yet

Post your question

Typical questions asked about products:
- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

### Product information

| | |
|---|---|
| Package Dimensions | 7.55 x 4.53 x 0.43 inches |
| Item Weight | 1.13 ounces |
| ASIN | B09H5F1QYR |
| Item model number | Logoer |
| Customer Reviews | (4.2) 316 ratings 4.2 out of 5 stars |
| Best Sellers Rank | #15,043 in Cell Phones & Accessories (See Top 100 in Cell Phones & Accessories) #8,294 in Cell Phone Basic Cases |
| Special features | Shock-Absorbent |
| Other display features | Wireless |
| Form Factor | Bumper |
| Color | Pink Smiley Face Pattern |
| Manufacturer | Logoer |
| Date First Available | September 26, 2021 |

**Warranty & Support**

**Product Warranty:** For warranty information about this product, please click here

**Feedback**

Would you like to tell us about a lower price?

### Product Description

[PREMIUM MATERIAL]: The case is slim fit while with decent protection. It provides your Phone with maximum protection while making you stand out in unique and creative style. Easy to install and take off. Precise cut and raised edges, ensure long lasting clarity and prevent yellowing over time.

[COMPATIBILITY]:Compatible with iPhone 14 Pro Max ... iPhone 13 Pro Max ... iPhone 12 Pro Max ... iPhone 11 Pro Max ... iPhone SE 2020/7/8 ... iPhone X/XS ... iPhone XR

[UNIQUE PAINTING]: The paintings are designed creatively by suit customer's interest. High-quality printing technology makes the cute pattern vivid and strong easy fade.

[EASY ACCESS]:You have easy access to all functions and ports of your phone. You can charge your phone without having to remove the case.

[PERFECT GIFTS]: Perfect as a gift for your friends, family members and your beloved ones on their birthday, special festivals or any occasions.

### Similar brands on Amazon

Sponsored | Page 1 of 2

- ICEDIO — Shop the Store on Amazon › ICEDIO Phone Case for iPhone 14,Hybrid iPhone 14 Case with TPU Bumpers,Acryl... 470 $14.89
- ZIYE — Shop the Store on Amazon › ZIYE Cute Case for iPhone 14 Pro Max Cover Pivot Design Shockproof Soft TPU... 21 $12.99
- DEENAKIN — Shop the Store on Amazon › DEENAKIN iPhone 13 Pro Max Case with Screen Protector,Soft Flexible Silicone G... 1,798 $14.59

### Related products with free delivery on eligible orders

Sponsored | Page 1 of 58

- NYCPrimeTech iPhone 12 Pro Max Case/Slim and Soft Transparent Neon Pink Cover with... 400 $12.99 prime
- Compatible with iPhone 13 Case, Smiley Face Cute Hippie Aesthetic Peachy Smiley... 51 $15.99 prime
- Compatible for iPhone 12 Pro Max Case, Smiley Face Cute Hippie Aesthetic Peachy Smi... 29 $15.99 prime
- Compatible with Samsung Galaxy S21 Ultra Case, Smiley Face Cute Hippie Aesthetic... 34 $15.99 prime
- Compatible with iPhone 14 Case, Colorful Melting Smiley Face Cool Hippie Slim Fit S... 5 $15.99 prime
- Compatible for Samsung Galaxy S22 Case, Colorful Melting Smiley Face Cool Hippie Sl... 5 $15.99 prime
- FELEHOMLINE Compatible with Motorola Edge Plus 2022 Case, Smiley Face Cute Hippie A... 1 $15.99 prime

BENTOBEN iPhone 13 Case, Phone Case iPhone 13, Slim Thin Shimmery Sparkly Cute Heart Design... 49 $9.99 prime Save 5% with coupon Sponsored

### Customer reviews

4.2 out of 5

316 global ratings

| | |
|---|---|
| 5 star | 66% |
| 4 star | 12% |
| 3 star | 10% |
| 2 star | 5% |

**Reviews with images**

See all customer images

AXENCIS
Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 26 May 2023 23:06:42 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0d:5600:8:36::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Vhr6NY1iGjYvFJp05mu5w2GRpsjsPClEPZ/JxlMaPphNRc3hwt7y7tI8I6Qemi+H54aWkpxD2xfkHZn2ugEUPK+bgbxK72sAiFtKBo29C7MLfZ/D6yRitV45qNU734WF
+H1kVbiWkGYv6eMc0UlGDCTKMinmLg9sSs4zOnKsfyzf6psXt0FHAxXcnlzUfYRyyMwiImTdYnrW3JPbeTomES2btLWndBnKodk3s0G0KJrCrkHua3qpS6b4U32Mb4bQw3aM7njGi2XPcyExS9tPYVprFMus3HV+16iDTsL11N5bWJuI32qEuazOafyuhfQJ4ANRp3a8Q33hdPjd4gxZkA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Fri,-26-May-2023-23-06-42-GMT.mhtml

**Hash (SHA256)**

523e39ffea7b4fac13869f57efc3a3fef83482cedb53357b225b66a5ca98e40f

**Signature (PKCS#1v1.5)**

f7juAX6PsjNu/de/gdRlPbnt5pGizRvWh4NBYHsnDFV+p9WWfUB32JDDdj/RpAP+Dv8OCc34WsG+acCwsLaVo7/S9T0xitZFCV5aeWIlrHfCETCbS9xn7Rjx7DboR/Qt/V5urFJjKaZoqIW4S+2weN/saJul1Kv5GMF5NyL3tNHsmbPfZA+s9TuS/
tkBJP9MfxFpb4NCSHhojljrcgtdxOUwDRoTT1Kl9yuGqTsitsi+MbCejaNgzNxKQsph39lNpBF6i8gIrrl6WrQwUqRfkk03RHKonRxRK2RKx1adBoL6xdBrPQpajBW6/u74xdcr7Np5YULSQtDwaZZWNmLTPQ==



amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions
**Or pick up near this address** - See nearby pickup locations

Change

**2 Payment method**

VISA **Visa** ending in 9985
Billing address: Same as shipping address.
**Add a gift card or promotion code or voucher**
Enter code | Apply

Change

**3 Offers**

**4 Review items and shipping**

FREE TRIAL
**Jade, we're giving you Prime FREE for 30 days!**
Get your Prime eligible items for ~~$9.99~~ FREE.
Get FREE Two-Day Delivery with Prime
No hassle. No commitments. Cancel anytime.

**Delivery: May 28, 2023** If you order in the next 4 hours and 53 minutes (Details)
Items shipped from Amazon.com

**Logoer Phone Case Hot Pink Melted Smiley Face Psychedelic Pattern Compatible with iiPhone 12 Pro Max Shockproof Soft TPU Silicone Protective Cover iPhone**
$8.40 & FREE Returns
Qty: 1
Sold by: Logoer
Amazon Prime eligible Join now
Add gift options

**Item arrives in packaging that shows what's inside.** To hide it, choose **Ship in Amazon packaging.**
Ship in Amazon packaging

**Choose a delivery option:**
**Sunday, May 28**
FREE Two-Day Delivery with your free trial of Prime
Fast, FREE Delivery prime
**Tuesday, May 30**
$5.99 - Shipping
**Sunday, May 28**
$9.99 - Shipping

Place your order
**Order total: $18.98**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

**Get FREE Two-Day Delivery and save $9.99 on this order when you start your 30-day FREE trial of Prime.**
Try Prime FREE

Place your order
By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $8.40 |
| Shipping & handling: | $9.99 |
| Total before tax: | $18.39 |
| Estimated tax to be collected: | $0.59 |
| **Order total:** | **$18.98** |

How are shipping costs calculated?
Why didn't I qualify for free shipping?

AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com: 100 Pcs Smiley Face Polymer Clay Beads, Assorted Happy Face Beads, Rainbow Happy Face Slice Beads for DIY Hair Clip Necklace Bracelet Jewelry Earring Handmade Craft Making (Smile face)

**URL**

https://www.amazon.com/LOPURO-Assorted-Necklace-Bracelet-Handmade/dp/B097MTCY83/ref=sr_1_120

**Collection Date**

Wed, 14 Jun 2023 11:39:19 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:36::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

JgHlFwWNCH4Jy+xWQt73r9KxDc6snBDV3EQmtJ38mYfTYoM8qSUWvNqV/pFo3/4FG18/Gd/KldtsWeu3jPm8B+CbVXIwaUU1HxOkTF+TYf+S+myKgwY0jkvMPcOMRwMON019Yi4EN68Tn+I6fFkPzNM6yzmkjvcrwC+DH41ovWs=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]LOPURO-Assorted-Necklace-Bracelet-Handmade[fs]dp[fs]B097MTCY83[fs]ref=sr_1_120]]_Wed,-14-Jun-2023-11-39-19-GMT.pdf

**Hash (SHA256)**

7e522c66af3ced550328c1fdffc7372e46f75a8a985ed9f3e426bc674a3f46f1

**Signature (PKCS#1v1.5)**

ihU5ZFYVr+1BnB/XmzCPrSO12JJ1zWMaUV1nNJpdtEQ9pyDd3lVt2/hhJGX4vCTgpVgi30GVsp6A7Mtcj8ROpJIK5ZnMzeISyB6eohocobGCyFgJaV3F35OFFCXK2wpCJXOygZj263kLfbgi9Z719T4dU95Z+c3fNXIAoCjULBE=



# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 15 Jun 2023 11:18:21 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

202.83.41.44

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

YMtjU5PR2Zbs0l6iyk9UtCknJ+LLZfTHFkTp7VehV0l9jxo/Mvqfhs5SFjUqqHU+0T2a1esWXbZdMbavhh1LN1hQCZd2lw9WxKYyLeBbhjVbRUwBiCybIIut2OvF2EEXG7y7/uQX8qyCWFKK7FRZzoo8LydDQpxMCpVXqROny3Oy14QjqQ6HBDjNBQ/RF9ntUsjoBp/
Z3gBogiOzkyb7YU4duGxdgNOZn7hIHagjD8X3LxcLO50wDAeQTWgbKA4G8WO8MDzRPzAOHizqHvpQ4HNjMiyRTwfMZho92TlE/2PB12/7FebOO2Qn5Mou4svhLkJsts8O1e+yEINk1n8JmQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-15-Jun-2023-11-18-21-GMT.mhtml

**Hash (SHA256)**

bf49d840b14939b0ed0b3de4db34a6ca6e6271d91e81a3cf8a2acfbc71fc6f02

**Signature (PKCS#1v1.5)**

YJD7rAXWvTs4DQP2yYKKSZc1npXGhrq98+EmkXHB9q4VKMWzJmTYrRwZqHZzjW4zvnqUudkY4jS3OKzGuh+UNzR5RghF44SMygWv8m6pOajSndoYHs31DidlufO+Q5jjmVYQ2fAVTmpLfxtEf9BHs0i+W1HBRAArDZoixrstaqGWsPEHBqNeg6Q7spvq2WpS
+U0ghl9uz8s5QHhGhRgPnpgUmEns5HJLLurxkW37uZn0pwRzl74niqiZo2tbNqLgrcWieV6fY3M6wlzaD5WVujMq/PXDwGISfyKJllu6jSWJYavEB4trrJw2CkmrLyb4aLhQXGb/mTWH/dIzyWgBlw==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code  Apply

**3 Offers**

Change

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items with your 30-day FREE trial of Prime

Get FREE Prime Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: June 18, 2023** If you order in the next 5 hours and 41 minutes (Details)

Items shipped from Amazon.com



**100 Pcs Smiley Face Polymer Clay Beads, Assorted Happy Face Beads, Rainbow Happy Face Slice Beads for DIY Hair Clip Necklace Bracelet Jewelry Earring Handmade Craft Making (Smile face)**

$6.98 & FREE Returns

Qty: 1

Sold by: LOPURO

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

FREE Prime Delivery with your free trial of Prime

Fast, FREE Delivery prime

**Sunday, June 18**

$5.99 - Standard Shipping

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

**Order total: $13.46**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $6.98 |
| Shipping & handling: | $5.99 |
| Total before tax: | $12.97 |
| Estimated tax to be collected: | $0.49 |
| **Order total:** | **$13.46** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS
Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Mon, 29 May 2023 07:43:09 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

116.68.102.163

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Y6rUV2vwxueDJK1fzyROw1zK510WhzDM+QpMLHKUERJ9Sb3U63Een0mWjFxSqKsy8ha5kda9zy7AatDx+OTQGK5+dKKBrDj4I1xk343PPSnrSDH+ROQVhkayzm5YnkEZfZbH2/8th83EyGZz2AITmKIpDoclPBrUso6O3Xig1PHqeQ1fMynJ0de1+acpwS5uFH79pn/
q33MyNvKkAVF392AGJkgTU8xuvpOQFBH8KV2wJkXagZtGh1J89dh87uJRpKrA7p16TeiicYzkf7JHq6GDz9F4QgX6Edjr/kAKg6Df5xITQpsTZ1V9Qq7MmuA6SVYm3+bm3ctOqMKj/wNqiw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Mon,-29-May-2023-07-43-09-GMT.mhtml

**Hash (SHA256)**

06e4e77a599695669da19d66b4dc7c14967968182d1272ac61e149ff21fd9b9e

**Signature (PKCS#1v1.5)**

qAafs3xw6/xtePKjZC29nRCTQUAtpqssT2mtpCgfN8JvPpQeSFERW4sKFBQEtAHYPOJjkZVKNMrCjPUK+LsfR9loaOdKsOm+ISNWRWvey3tsHAYDTLZLwVx3ZOaWr+2WjmQEjFIIEgtzUOzgXNUJ39rsV3/i8P+OC6CkK/
yKuN9j9d0zx3PbknWtNRrh2MeHexLXbNODqnZplTVtHmx9qdyvSP4KPKEGlxfkuYQPJ0NdWG8W4dsKQ30NDUF5sBf4/vw5KdRpbBP59X1xoN2+3xz0l0DTo8rBgIpwEqzbpn1RZXXa9EAHUE/Ua4RGtng6mgb7pgWmk6L51WoKxjluUQ==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

**Or pick up near this address** - See nearby pickup locations

Change

**2 Payment method**

VISA **Visa** ending in 9985

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

Change

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items ~~Thursday, June 1 by 8PM~~ **Tomorrow, May 30 by 8PM** for ~~$5.99~~ FREE

Get FREE One-Day Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: June 1, 2023** If you order in the next 20 hours and 16 minutes (Details)

Items shipped from Amazon.com



**LOQUPE Designed for iPhone 12 pro max Case, Heavy-Duty Tough Rugged Lightweight Slim Shockproof Protective Case for iPhone 12 pro max 6.7 Inch,Women Girls,Liquid Smiley Pattern**

$13.99 & FREE Returns

Qty: 1

Sold by: LOQUPE DESIGN

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

- FREE One-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Thursday, June 1**
  $5.99 - Shipping
- **Overnight 7 AM - 11 AM**
  $9.99 - Fastest Delivery

Place your order

**Order total: $20.96**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Get FREE One-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

## Order Summary

| | |
|---|---|
| Items: | $13.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $19.98 |
| Estimated tax to be collected: | $0.98 |
| **Order total:** | **$20.96** |

How are shipping costs calculated?
Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com: LOQUPE Designed for iPhone 12 pro max Case, Heavy-Duty Tough Rugged Lightweight Slim Shockproof Protective Case for iPhone 12 pro max 6.7 Inch,Women Girls,Liquid Smiley Pattern : Cell Phones & Accessories

**URL**

https://www.amazon.com/dp/B0BKFLG9SQ

**Collection Date**

Tue, 30 May 2023 07:23:47 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:36::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

OG+JokSoGqO4n+7CvLX0nn+m0MSgOEgd4GuRxkQDsBjpHPuzBVr2aVrSxKImx2eBUVVmJb9npZ6gH/lURIGk6Ah324i4v03DdsxUhwlewxr1j2sKXRMmlNG833oI2+aF40+648ZHAYdO70keHN+JRDUkapN7JLlr8H3SoHH09TkMsBMIdDWycqV8uerK1LxqOFzcRniTMHN/72wwo+wEvt7f2UUEyWHaya+dZKFueXqBdtrUxQ/byKdg+vgxra2fXFnwrl/5a4g8s8JLMceasQDjNStVcghu81ZpZEbnkAi5E/SSFapCM1qi5ForrU9PeHBl1hGYClvRLYsSVb7vBw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B0BKFLG9SQ]]_Tue,-30-May-2023-07-23-47-GMT.mhtml

**Hash (SHA256)**

a2fb60740d51724a254c40a8b0b21e97915a1e698ab33f03e3c8261365867c2d

**Signature (PKCS#1v1.5)**

fjNC8YqMMVdKvpruNrnUTU1j6WOid1aKpVK/4Au5IFKIIoYdLWL2nAiYg69c9CEX9qHgiN4593bhYMicU8X/RMVhuG70Rq8tkmsilqgi431+bsU1ZG7n4Tn10jcfUIiGLe0chuvhUV/6fhR/Ru7buZccxSeykbG1fJZSER9+LQXQj2gRFH0fGsnnVB5Idt84pIuC29bDf4hlZfb0dmzbKwUtJH3IG6QwPHKtkaqnrwKCnBWLckn1qJnZigBG1krpzs16qKUot7bpf5WdHF6FtXGZkknrOf04qsF0dQUHKQ/G83wnJjJt6cuXvXEc2i2VRDEGcnRdecHpJWMGYokMeQ==



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: LOQUPE for Samsung Galaxy S22 Ultra Case 6.8" Heavy Duty Drop Protection Full Body Rugged Shockproof Military Protective Phone Cover Tough Durable for Samsung Galaxy S22 Ultra 5G (Smiley Face) : Cell Phones & Accessories

**URL**

https://www.amazon.com/LOQUPE-Protection-Shockproof-Military-Protective/dp/B0BVBDRVQP/ref=sr_1_146

**Collection Date**

Mon, 24 Apr 2023 11:12:58 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

X8b8mImiHdmH+HeX+Kyi+AOJPtKm93sTU1b7m/jszyz7kWeAIOZE7dW3JAn4FTAKXec4UNHLOWrHdXaCrxjZn9z8X2E7IO8CG83Rkc11RHFvmt6T1IFSTZpIswI+5MYo0T7u+eO0k6npFKFrpe2rj4+KXiYLSUehLI7hAPrdCAw=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]LOQUPE-Protection-Shockproof-Military-Protective[fs]dp[fs]B0BVBDRVQP[fs]ref=sr_1_146]]_Mon,-24-Apr-2023-11-12-58-GMT.pdf

**Hash (SHA256)**

312d7184a659674f010400c069661523785a4dd5a8bd29f61d6e28df0070772a

**Signature (PKCS#1v1.5)**

BCDYPVxvhT0Y8NcmmXphfds10i2xTFp+zarS5OfXsdsh8cQ9nh/Ew0pGpTOMqqJxu2WyYbCHyjjGmqMdNnhftHwp4gDMhAOZE4KOFc32ApxDu4z8U9knnYfhpfOK7cznu1qChZV76PS06/abNzK152dMDCPZ6JxC/uaNySVczus=



AXENCIS

Investigator Name: RemoteUser2

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Mon, 15 May 2023 16:44:21 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

RemoteUser2

**IP Address**

116.68.99.108

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

R8UuM7w9kr3jAzj2j1L2aDK8Y5m6Fa6UaK08iVCfNCIKTMBa06Izgh2XJ6OfEPrvZL19/H2wFxY2dDAI7vFqXdN7jlVfPlhQDaAGPjehHkC51SyVs5Jlc3ZeQMlzy1R1IeJ2tIr7j7/KokMsqGrZBokXlNZ/HwYB+A/
zunv8xbmJZ3v31x6h40p8Rh7Pl6ZCsrmPMI3Pz0pysK3UdpQ6PAZeXx0dHcV9r8jkXxnW19seJ+M0HXZnpSl7XnzLt/VlXbFlsYhf+9SlOqAA0sQlEso3uuUn/562m25jb1MYyeXRQMFJTqAUySlZm4K1HB1sGJnksDj90oNDbTjZgl3HWw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Mon,-15-May-2023-16-44-21-GMT.mhtml

**Hash (SHA256)**

c6184b8a7db30340f9284bede81e961d7de79ddacf72a836e82ec7c64c898e42

**Signature (PKCS#1v1.5)**

JKLOv0gow0prYjZswRZ9qSrBQ3mVjCOZwskSy3nlU3iZu0OReYcRWltvLmDsbFJnUXSNSYoc93rb5cnU0LAEP+eZSG4JuIoWl6cjmOuJI4C+esLsQ7xCujNnon+k3kwuijxwzFwtMjjEaHEAi8XghAg4FezGo8Pn+XAO4W/rg85R7TcD31VjNGvbdkpyQPm+fv/
LLpoNXMzrrTBdekA3xSipzpkVXt1HVpedDRqP2b4KLzIPbeir210Xwko6mAIiJ017fEHVsOWwatK0rLYUK2KcjoGMtujX9WcM4AtqUJqzi7vn2DUhjLXMbftQN0TKxKoZPUPZ2M+x17f2azA42g==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items ~~Friday, May 19 by 8PM~~ **Wednesday, May 17 by 8PM** for ~~$5.99~~ FREE

Get FREE Two-Day Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: May 19, 2023** If you order in the next 17 hours and 20 minutes (Details)

Items shipped from Amazon.com



**LOQUPE for Samsung Galaxy S22 Ultra Case 6.8" Heavy Duty Drop Protection Full Body Rugged Shockproof Military Protective Phone Cover Tough Durable for Samsung Galaxy S22 Ultra 5G (Smiley Face)**

$14.99

Qty: 1

Sold by: LOQUPE Store

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

- **Wednesday, May 17**
  FREE Two-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Friday, May 19**
  $5.99 - Shipping
- **Wednesday, May 17**
  $9.99 - Shipping

Place your order

**Order total: $22.03**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

**Get FREE Two-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

## Order Summary

| | |
|---|---|
| Items: | $14.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $20.98 |
| Estimated tax to be collected: | $1.05 |
| **Order total:** | **$22.03** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 15 Jun 2023 10:20:24 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

202.83.41.44

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

fsj1ZRCSQMJXY7PHrh67oKKaVdkOFvyyGQrCdLMnusGqUgF+EGKRqO+c5ekC45oJolqTLQbrKnOeSxJcEibDVmwJlTogI3hsL9wIXHMrTkNDkF80gVYyCHug2+t2PbCR8rC5IyURSSLRWoHTI0K2UsdvTtiQNOQbsQNBQ
+A7rTImecRe5EKQ6umMEUtECTkZYsrdNz9PZ2ZkkWnum7CYAWKA5ebRE0w6nmBgToHeehaU+0AxDMZmwmybmrtJ06iI3dlNA+hGInpHw9xVv1AeYX+53ffikjMMGBwjGJnOmiczmwH9s6tN2g6A7PEmbpGbvF0lDQUIobaI9055o8AWRA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-15-Jun-2023-10-20-24-GMT.mhtml

**Hash (SHA256)**

8da3ad88fed831377a5b31acaee78c85daf04a106f35d3e880219ed369dc0acf

**Signature (PKCS#1v1.5)**

nRrxeeN8w/ljIUC5gV9zOw29X3zUSzaSEWdOmjPSSZ8Bh/3vVSBHpgrz3nISO5xdJ0difqc4RKJsc4c15V4SuiiFadmiO0jQWYmHBhab/K8HfnGhhkZNVjZByzgfwgZ0vvxGgofssLiUkr7v//51g5UNPQskxzL+SV48XKoDaqXpD7hSlE0yPr0P/4rfc6q/WaC/
cu5H2YpA3d6HG5LSlWAUT0YF8HPMMf7l6B6nti/HdIAcpEXokHDL1RbqIgzRyRAaB0UZqq3aI3nwvn0PktgsM4vI1g5bZpAoSxRZg1rNoYEFcGjyQ4nI8ukxXnkvOz+orG++62BDgySZSFzjrQ==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

**Or pick up near this address** - See nearby pickup locations

Change

**2 Payment method**

**VISA** **Visa** ending in 9985

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

Change

**3 Offers**

Change

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items ~~**Sunday, June 18 by 8PM**~~ **Tomorrow, June 16 by 8PM** for ~~$5.99~~ FREE

Get FREE One-Day Delivery with Prime

No hassle. No commitments. Cancel anytime.

**Delivery: June 18, 2023** If you order in the next 17 hours and 39 minutes (Details)

Items shipped from Amazon.com



**QUEFE 50400pcs, 84 Colors, 2mm Glass Seed Beads with 300pcs Alphabet Letter Beads and Smiley Face Beads, Small Beads Kit for Bracelets Jewelry Making Kit, Necklace Ring, Craft Gifts**

**$16.99** & FREE Returns

Qty: 1

Sold by: LoveS

Amazon Prime eligible Join now

Add gift options

**Item arrives in packaging that shows what's inside.** To hide it, choose **Ship in Amazon packaging.**

Ship in Amazon packaging

**Choose a delivery option:**

- **Tomorrow, June 16**
  FREE One-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Sunday, June 18**
  $5.99 - Shipping
- **Tomorrow, June 16**
  $9.99 - Shipping

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

**Order total: $24.17**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Get FREE One-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.**

Try Prime FREE

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $16.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $22.98 |
| Estimated tax to be collected: | $1.19 |
| **Order total:** | **$24.17** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com: QUEFE 50400pcs, 84 Colors, 2mm Glass Seed Beads with 300pcs Alphabet Letter Beads and Smiley Face Beads, Small Beads Kit for Bracelets Jewelry Making Kit, Necklace Ring, Craft Gifts

**URL**

https://www.amazon.com/dp/B0B46516GQ

**Collection Date**

Thu, 15 Jun 2023 10:46:35 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:93::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

DINvW+VXYpACLU83FPnBTsDv62wusdR7w4oY45Mon13m8D3BCxwmu5fUgU185LK4FD5vbqmiHkEMZ6Fcwti+grIfaJg2lAa1HZ1HATa8UbDlucAbsSI30Y+/CawpEfbT8ci+66jc5zHvZzUoMNSb/bsqhL9wd7ubmPuD3BokdVzoUReJbj6+KZ9Be5KOKhX29v+4kC7h8bcyiggWz3zRjbu+Jlgtzeac5X3ggsEJLynO9f/mv2GO9eeka/ZNjZJdQaJmwsFCcZ2Sm/vSHXZac3aGlQaXnJMHZ6kLEyF44htmTC24DetvHmCSI48UvNZWFdgwfJklTs85h0+y2UeJ1g==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B0B46516GQ]]_Thu,-15-Jun-2023-10-46-35-GMT.mhtml

**Hash (SHA256)**

38332c9721546375c827e48387b80b9f4bba045f816a02d8f9fb48fd706f6411

**Signature (PKCS#1v1.5)**

NyOp+kaDBICH06emmtg0dfoiUg8odaRvSLyadZsTfJ1nBpflUl9rvB8uRosSjC290uFZu+UujZ3y2YdO6z+xU/usR+pl/dtjo/v8q/z2tagN/ML4ywcDcPSd0ccF7ncJgXAQNSw0w1znjzh1DwB5GdiBtoqxghQ/rPInd9PhHkw/tPQpE3J/dMcWrBG5Mmj5NwNyZW71lq8rTUk0AbuzzGmmp/ue54y/07s85mXqFKonXkycdLAAhPbuaTjx+anP5uAf0VmjgGdzVidzo5aSoa/ANn7c/6ap8luw1ZRT7gG7Vin+MhjZOfbbZ8nLIryGalhM04ZFmSqyEUsLKdTLrg==



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Lovmooful Compatible for iPhone 13 Case Cute Clear Color Smile Flower Cover Camera with Smiley Chain for Girls Women Soft TPU Shockproof Protective Girly for iPhone 13-Smile : Cell Phones & Accessories

**URL**

https://www.amazon.com/Lovmooful-Compatible-Shockproof-Protective-13-Smile/dp/B0BD3PHXJN/ref=sr_1_136

**Collection Date**

Mon, 24 Apr 2023 11:10:38 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

FKFkXi52qfzkX5Th62rJgLJvsUOvU0Ddh5txpV5CY9RLkhAPHdOS/xGLDeVlruwXsVHvRpT9ODcubWQFagltC0YRCDoKT5VXjTBG88s0eAopl4b1Dx6Wb0era+4p50pbo5saLnttsf/kJNOojtTlN1w/78DUuzHxdJVggHVfo9c=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Lovmooful-Compatible-Shockproof-Protective-13-Smile[fs]dp[fs]B0BD3PHXJN[fs]ref=sr_1_136]]_Mon,-24-Apr-2023-11-10-38-GMT.pdf

**Hash (SHA256)**

fc5feceb9d0fd6be5e87c9275a18565fc4042c3d68270036129c4c52ef32cd03

**Signature (PKCS#1v1.5)**

Jr6e1ExuwdVy6fDuWB6olJrVZyZn09NJsIAMmfMdm40pmFUQ3A3k05JnbdAzY5S5T0pzUMOvIXYbIua/QjwcUwaOOfORrN0YnNoEeFBZ8zw7oE8ikz8KjjT79Sf98bWMAxpCaq8EGaGVIR+oMQOmDwCOcxTgSlzsrOVb6RYNYMs=



AXENCIS
Investigator Name: RemoteUser2

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Mon, 15 May 2023 15:36:48 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

RemoteUser2

**IP Address**

116.68.99.108

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

BvhIYbhs0zQApDdISJgsUg64lSBm7hcT8BgPJ8WLPBhg0lijHogL5gEyeijt4MGjYVAIFSV4oOqxRp27tycagrTat1Gt9mPj9ca0nDnpK2TLbA/e+2WpVajfdyWCVN/p3hXztC5ELPcPw8blBBWV0bcv0l7Z9/G9gZ01B+DUxEoFQSnpQA5n2gXJgTQgJg4cBA4VfXVeIVXzRkN80sw6ljQ
+db8cHfVgmWswc6Rw5B7NNBS2LKyyxpmCyrPqKbXjv7jKL9rXaf3a1GMzyMHEgwPGCV+UNybjuMkjRfpWfps4h9ZtsPHJxrFnjXhYvpuSdecmbVhj2HojzpykWAFOrw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Mon,-15-May-2023-15-36-48-GMT.mhtml

**Hash (SHA256)**

730cadcd565d4f0b0530b93c65c091914d17fa5b9a23b31544bd6781539fd18c

**Signature (PKCS#1v1.5)**

ZG4ybXVwgYYX89cN4o52iv5r8tMx5rX7LPGdvNrojWlXwAaE9/37+YSYx38rqH6fn5q3DiPg/PgOEq50fylC1wWSfbCgyJ768MDqOUuPQxlWs3KzlISVQqMR4bvaFAuPGl2VPOBU1ryHmbgikInOZIjtNmJCbKIfCh2+LYKSCn++iVDGN+TUoGVHQ7oa/
pnrPfPpKHCSd3UzR9DvirFPhHVB4yesOadCO40LQ061+LvOKZx5zquzYe7rk6YfQ4myoIHA+bupExZqfk0f29Yq5vAWDifEs8OEAnLgCMplCwDq3kRyr2NXV3wO2qMqXC8jWick1pMCi3K5u6uVGrGf8Q==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

**Or pick up near this address** - See nearby pickup locations

Change

**2 Payment method**

VISA **Visa** ending in 9985

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

Change

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**
Get your Prime eligible items with your 30-day FREE trial of Prime

Get FREE Prime Delivery with Prime ›
No hassle. No commitments. Cancel anytime.

**Delivery: May 19, 2023** If you order in the next 13 hours and 38 minutes (Details)
Items shipped from Amazon.com



**Lovmoofu l Compatible for iPhone 13 Case Cute Clear Color Smile Flower Cover Camera with Smiley Chain for Girls Women Soft TPU Shockproof Protective Girly for iPhone 13-Smile**
$9.99 & FREE Returns
Qty: 1
Sold by: Lovmoofu l
Amazon Prime eligible Join now
Add gift options

**Item arrives in packaging that shows what's inside.** To hide it, choose **Ship in Amazon packaging.**

Ship in Amazon packaging

**Choose a delivery option:**
**Friday, May 19**
FREE Prime Delivery with your free trial of Prime
Fast, FREE Delivery prime
**Friday, May 19**
$5.99 - Standard Shipping

Place your order | **Order total: $16.68**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $9.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $15.98 |
| Estimated tax to be collected: | $0.70 |
| **Order total:** | **$16.68** |

How are shipping costs calculated?
Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: LOYJOY Colorful Enamel Happy Smiley Face Stud Earrings For Women Small Round Gold Earrings Ear Piercing Jewelry - Black : Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/LOYJOY-Colorful-Earrings-Piercing-Jewelry/dp/B0B5WQZSRQ/ref=sr_1_138

**Collection Date**

Thu, 20 Apr 2023 05:01:43 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

RZqUNTnTKeUBpbXOIaywVUOa9a3o3dC6sPVZ9YH6yZILbmQ2y5qnS7MtwYWX1+XP2YSxD7cUTO7co+SY3Uz6vTDZVwdQiWyBFoRTMYVc/FsUO750Dxf6rF1Z6RX2ZI32kNgsr301THaLxZhmbhtPS5eTHZo3AeHb1D2Uzy3Tyxk=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]LOYJOY-Colorful-Earrings-Piercing-Jewelry[fs]dp[fs]B0B5WQZSRQ[fs]ref=sr_1_138]]_Thu,-20-Apr-2023-05-01-43-GMT.pdf

**Hash (SHA256)**

0abc6d5d525ec9b94548d2dac688e99d6cb8f7f10b7bea5ccd562a4ee07fbf21

**Signature (PKCS#1v1.5)**

qTJiNjaM89GcB3agPFZPpTaP1zZM33g7lkLX5fCyNFOo+ryuM7yLjUlQabiovEfswO3WThzMlMzCok7fjpsiWrDVWAFzp9JqG+9vAduiADfEDtnGKShkEcWNvcWEol3AUnbAB7VG0Uw/+hkL+djB8kNcL9LQ20jEB+XCurYRRSI=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Wed, 17 May 2023 10:40:42 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2001:ac8:9a:d::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

hXFZi+hfMZ+6euQzK4ouq1wsSwo8P8KEpNnWht6EB13PscQ8QSdu15R6Iknc1BuiYk3VVk/cqZsTFYVu3O1zybQ9Tmo/HburRi8eFjXuAbAfMosfJ9VUTh5bE9nxMFHtWsvWyzhTzyKCm/TjwEvgo1ZrK2WFd/
p1GI1OhVHam3PuWp74TscSRcXrtCqaSN7xjdKkc28pwF3+uhZBlmCY8nFKt92UMK4guOEPO2cOsh+SNrO1q7p3BTMulTT6Bter6DAtAcX5rJdJ4pEp9AShvH44Z2W6QzzuoXWghPe2W5beJh6ZOmZwEHggOPMB0K3XUEJgUS7NXKngVN/dYkX2dw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Wed,-17-May-2023-10-40-42-GMT.mhtml

**Hash (SHA256)**

33c51723d1aa93d50c0106944534000d903e0125567530a405aaeabe0d70e82b

**Signature (PKCS#1v1.5)**

fFTh8E86Aj4tsCkdQ35tFAWV5WH99WXK8udD2Ipp6EZUNzZTLP1woxvGoCdiP8PQ4e2/JJwrNxEr3y74TVzb/7ntPNnzZoCNuRCkZNI+ajDC9vnl8b+PB2UDa29UxTNZn6XvvvmImXkyEx9lioydttSqzY+Ili0VY6YZRGsB+3rsjdB51OVKqFX6iBason
+BhDiqjhegBowa6gkmZFNUydXjqrxK0qmHKgRJYKEt6MCtdqqBzkPt/KvfY1ZqinmlRzCfFKaahLAHfZvq2URZrzZ8FF/+HCMMQZtr50MGIAbQxOVhNcXoGzc4qy6bOTfy41GwB3YKVqoqxNNptm6ZaA==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Change

**2 Payment method**

VISA Visa ending in 9985

Change

Billing address: Same as shipping address.

Add a gift card or promotion code or voucher

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

Jade, we're giving you 30 days of Prime benefits for FREE

Try Prime FREE for 30 days

**Estimated delivery: May 31, 2023 - June 6, 2023**

Items shipped from LoyJoy



**LOYJOY Colorful Enamel Happy Smiley Face Stud Earrings For Women Small Round Gold Earrings Ear Piercing Jewelry - Black**

$16.99

Qty: 1

Sold by: LoyJoy

**Customizations:**

Option Dropdown 1: Buy 1

Gift options not available

**Choose a delivery option:**

Wednesday, May 31 - Tuesday, June 6

$1.99 - Shipping

Place your order

**Order total: $20.17**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $16.99 |
| Shipping & handling: | $1.99 |
| Total before tax: | $18.98 |
| Estimated tax to be collected:* | $1.19 |
| **Order total:** | **$20.17** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.