Case 2:23-cv-02250-AHS   Document 46-6   Entered on FLSD Docket 01/07/2024   Page 1 of 44



# Evidence Collection Report

**Page Title**

Amazon.com: 16 Pcs Cloud Rainbow Foil Balloons Smile Smiley Cartoon White Cloud Aluminum Mylar Helium Party Balloons Decorations for Birthday Wedding Baby Shower Holiday Hawaiian Tropical Party Decor Supplies : Toys & Games

**URL**

https://www.amazon.com/Balloons-Aluminum-Decorations-Birthday-Hawaiian/dp/B0B963N4Z4S/ref=sr_1_182

**Collection Date**

Tue, 09 May 2023 13:54:17 UTC (UspAgeroom of Commerce / SMT authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

Geolocated #19.11

**Browser Information**

Mozilla 5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.4.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#7 ®)**

86cidapbx4d471a28d3c041aa843fa1c.codet83d504adcaadcap3adf8419f3ce0360e83de8a69bce4fcadde3bd67ba07bcc9abb3ca3873ade63cd38a2cae8d3d8ab4670b7bdace7a9a97a4a8b4b82c2a24

# File Signatures

**SCREEN CAPTURE**

PDF

**File Name**

screencap_Bqbqbxj9[x@screen.amazon.co.eb3ehe4h8bbke4hbbbx4aaaaabzqQ3bQB9Nfeb4Ze9RBQZ8wh9e_1_18ZZ_Tue,04.May.2023.13.43.17.GMT.pdf

**Hash (SHA256)**

b3abda3c42ea4fb4a3c452fe92d9f5b42faa05743404a75af5d5e0347de4fac9

**Signature (PKCS#7 ®)**

84b3fff714qabb07044a54764b11cf79bc28842ce4d22013qe0yb724vbbdm41yb738747d82b4nfe42a14be6aabda41aibx24bfm48x4c4e4ab8e4he0c4ba4xf4bmfff64eaf4fcd6d8a4143e45nbf38eb41afa97bbdd4cvg2a3k0acc4d10a1Ova0qbp20u37hyn













Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Wed, 07 Jun 2023 01:18:19 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

111.92.118.122

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

X5d1vWI4KC0Ce4xvQR02WuOqSlC+kTmUlTTCQscBZQ40T0UZsLGQPwuDpH2CkWkC9o94nOi05oUKiGzf5UME9XKjKYrFJVV0nBM3N76t8MLhatysFXvjzvd47gLbry7JaZ+upvRce0wEK/G+3lym36R7+0QWy/
KXf7RduGAm3l5NJjQUfO5WhlYwzTw4G22Q5B9XSEFDhEHBngDVMAPzUgVSo1i73sX8gL1QzkuEf8QBLu9eJVBU+G/x5RyRPmH82twmdsfh/63PJdUJ0MHC0SqP/Ug2SXDjEuX5cjLcwVC4KxXkZuBaXeF/HvPezSyRU1wbE6+2H6mOhLv5e0mzKw==

# File Signatures

SCREEN CAPTURE

**MHTML**

**File Name**

screencap_[[https[s]]fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Wed,-07-Jun-2023-01-18-19-GMT.mhtml

**Hash (SHA256)**

2705fbad164842f5c79054378fc38d50662961db89b83878ebcf14517cfaa2bc

**Signature (PKCS#1v1.5)**

jETbqEf6om4hoWX/YwGdijp000CRyGRXGBZDKDmeXPyGuthleQaB5srjxvHbstsNNpnrA8jPHgpZC7zWv6c8lem7VaWPc/irYYYKkoIFpZkZr/n6QfhorqLN3KZ88YTQYOvddZ6ppK/kh88bGYQBIQPxak98wTKruRgvgpMrMGnKsPxpSVOO/UcMGUxrSH/
FnWdR9ee43dWJNhwMGbMgDHp7J6+0PoldK7JXW0R/+4rTzRAxLwvMN9UYUBokiKzr5PInhfYucWNXpGheAiam7JMhrTXKbbSCRAZ3gCGe0MFXWi3ZL5Qh7385VK/fHCv6D6TgUfZwS8yrp3AbCzLLCQ==



*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

# Evidence Collection Report

**Page Title**
Amazon.com: EYAUHH Socks Women Soft Breathable Combed Cotton Socks Striped Flower Smiley Retro Cute Socks Autumn Winter Socks : Clothing, Shoes & Jewelry

**URL**
https://www.amazon.com/EYAUHH-Breathable-Combed-Cotton-Striped/dp/B0MSFLK7Sn/ref=sr_1_4

**Collected by**
Third Advisor

**IP Address**
[address]

**Collection Method**
Manual collection of the US Jurisdiction of Commerce - NOT authenticated timestamp

**Collected at**
[date]

**Digital Signature (SHA256 / PKCS#1v1.5):**
[signature hash]

# File Signatures

**SCREEN CAPTURE**
PDF

**File Name**
[file name]

**Hash (SHA256)**
[hash]

**Signature (PKCS#1 v1.5)**
[signature hash]



        



**Based on your recent views**

      

**Products related to this item**



**Product Description**

**Product Information**

**Warranty & Support**

**Videos**

**Products related to this item**

         

  

**Looking for specific info?**

**Customer questions & answers**

**Customer reviews**

   

**Review this product**

**It was and about**

       

**Inspired by your browsing history**

              

**More items to consider**

           

**Your Browsing History**






Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Wed, 24 May 2023 02:03:16 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

111.92.80.105

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

bRQnGQpfaY7rgZL2tqBcM+vqxP15f7NCy33udhIoZS+GzFBSTKGC/Hc+MIlSa+B5VwvnQUqkM9YK+2YGqKA6sQ1UJC/PxEg0wC8MLEGKX+VeZjZ2keDVPsfyRRCXwbYv2LcT/Q7SPwb3/I+cGuazSZ2pILGMD0hfcCGpV///z7wnLepeOxQ0yEBCPY2uXfFs/0DgKwkC6v+83EaWUU7ub5nf6jtCRDI/FUOzrPC8cztU5mX2enL8Q/+CiGMi3ijMvVi4Lq21ozGG3YZ9Qm5tXGlao7i9sZpkcvYgtaouX8ZaVP+LuzuXX3jFphpVLvFL8w7xgB/AyahDEuYkQHVFjQ==

# File Signatures

**SCREEN CAPTURE**

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Wed,-24-May-2023-02-03-16-GMT.mhtml

**Hash (SHA256)**

6f7b33c1d0ec5e59a54be0c3b7053e2e870e697e757326829a6bdf34b600cdbc

**Signature (PKCS#1v1.5)**

m9C4fLFy1Fnruqcb WzQKG/PytZAIVDgOIx/kKLMQCTDnUonucOTmfVw1QQC3i7wb104lXW9AX9tGgPxoeMVrN1sjr4TBgRHv2ocJKWXv2n4rE4AUcg8/p7n4E/amv8FRkbNLp5R27GzGq+TZU1adCgu7T4wm/tZpCbbj35NhieE6cbi3hc7lpdLVRimCMK0EKBWytUSC/z1+9z/mT18IP6YE1zHskS/gd8yCsLzMmvv0CczwQyRtG/MxMJ46YnDUoQ5/u+7gb14N/0oOyTFfVTocfNQmNTFiZ71T2+M+5vtPu92yYtPdbkiFjKg85fQ6yTlcdHhE/1sYn286EsiqrA==



# Evidence Collection Report



**Page Title**
Amazon.com: SKYMerk Hickey Cozy Sheets Twin - Colorful Soft Sheets Set Bedroom Decor - Cute Bedding Sheets and Pillowcases - Soft, Deep Pocket, Wrinkle Free Fitted, Flat Sheets Set - 3 Piece, Twin : Home & Kitchen

**URL**
https://www.amazon.com/SKYMerk-Hickey-Cozy-Sheets/dp/B0BVQHP1XZ?ref_=ast_sto_dp

**Collection Date**
Tue, 09 May 2023 00:00:00 UTC (UX Agent timezone of commission = UTC authenticated timestamp)

**Collected by**
AXENCIS

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1)**
eea9eff9ab93641c

# File Signatures

**SCREENSHOT.PNG**
MD5
e-screenshot: dcc8dda2...a1...e1da9047463d34bc2dc3dabdf3b21bc47544355dd

**Hash (SHA256)**
eea9eff9ab93641c (Signature hash of File Signatures above) Hash (SHA256)

**Signature (PKCS#1 v1.5)**
eea9eff9ab93641c































































Investigator Name: RemoteUser1

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Mon, 15 May 2023 06:37:29 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

RemoteUser2

**IP Address**

116.68.99.108

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

SfA1/YIV04fIeeSKkUv8G8zNNRH7px20Swj83ypAohLRMbQM2lxBf+p3YrPS24i/hsmQqyT+5G283VYfpl8qzHWDlGNM9MxPEAnY3mDrRQfOtetwclDNF9nAT3QTYbQm38ADC9Qhb0VMB9zNyFzb3SEFfc04Bny0ZjhYCsvR/6TVBgq6+7D3CW/g6y6EcPWpRJDkOUh5HxafUNCfJyGA4OJoyS4QHHIx9ToQH9bbuBKrJDkwXYxoNHYryHjZ3kYusCi/zQhg5XnACl2V23tXjlwHkQPMnSAzxlQb2ScnWjHYnaNVdCL0OPXsEBLBlgBr0XIeTdm4p0o/tkYxwMxw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html[]_Mon,-15-May-2023-06-37-29-GMT.mhtml

**Hash (SHA256)**

58022e3e17db10317e1b954f9353fb881b041375350f925bfe1ec748db76f23e

**Signature (PKCS#1v1.5)**

C0d/+88eHiGYgpBJdUVLlshVSZq5GaMkMZfMcOCK0FNiMTeuUv04oj6yYm31JLlnxgJmfKh5rQiYIAIByzLVCLX3/nKE7Q5U3a3ZVFZkfO2ViLeMyRzk6oESMsJAXK/GnbJtQoXsVGEuX518P7hKfKkDZv5RuabqiwAae6piVw30YMRTFFBlnf5OSnv4TZ1VB7WCHKFouhgPkch+azn0P322MNGK7ha0D0TV2L0sz1k84Pux4X2/bFvdHRh+lr8UV0H1wkdd5h+ymS8bpWylv/PevLL3LHr+kpniC3STFsRlJabiqzP+miodJ246F2/sHV8efmEQ3ZaIVU9x8/P7RYBw==





# Evidence Collection Report

**Page Title**

**Collection Date**

**IP Address**

**Browser Information**



# File Signatures

**File Name**

**Signature (SHA-256 1 v.1)**











AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 19 May 2023 23:59:14 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

116.68.96.16

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

jvBbn5umxYOKmkouRRbHqM7UT5/LS3jw4CNPZqRYfNX1lE+//XVlgbJyzbnyry1uVcne2D8PezdKoO9Qvn0ZgCAmRDz9+YbcyFBCnRXJuBMkqhLyqBCk7RqdNreNDRAfSUuI9Mq0WWgghKCt+bNSkYXsftIj+N27u8cSr9SWSSzxj3JxN+ +HafJxNiNJqne9ClENebYfu4wUpcNyPXpGfHhHMYVdMngP/smQFu/JHnSU/egtkzZfo+MVR29XviHY80T24n3Qvg0Q3e2B6RR2UdgkNKiPIV3MxDPJWIxcJ0sh/xSoMKGG0NRU9GkuKgftBpjcabh1KCClmzvp1SA==

## File Signatures

**SCREEN CAPTURE**

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Fri-19-May-2023-23-59-14-GMT.mhtml

**Hash (SHA256)**

0c46eb99f68cbdc6f96f38a718061996e5aab770dce3f4018dee795fcf49f2bb

**Signature (PKCS#1v1.5)**

NWzb1J4k4/2K8sq9DLmWu0OjZlha72oId7ylfSW7USscJu8i706ukNzGoVS7rVdhmC2kCDDFby4M5af6ba/K23bZGgWSMN/oYwanoYtD9U7x0N1m176ebvAltpNFpDojcTthSs9NSdYlZcWrSbKAwOfoDjDGNur1lgLJSsSnpCHfttAU8Y4235P8RVFw5s7ZH4FOq1JUhs4S2YqhdnIJugD49Z4Uk/ Mw8gUZBb6Xyqv9UywFEr38abge1Arf7dxEs2taP]LGOs4lx+B5fESIZ+13LMlOpf8DKcDpW84YgNRHWdOm56vq3DExqVbfA3qHZV4ElARSGYpLwPdDfoDPhVw==



Case 2:24-cv-01226-JHC   Document 35-1   Filed 01/10/25   Page 9 of 44

# Evidence Collection Report



# File Signatures

SCREEN CAPTURE

Page Title:

URL:

Page Signature (SHA-256):

Captured Date:


























Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Mon, 22 May 2023 02:33:46 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

116.68.111.184

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

eb7XqMizctvBtz0mRpCSd+Nk9U5Rqtx8w2asxUbvU+5OeJPwvN2/M4ST3rBncF18CEPEqbjR4rRNYjy0Zzgc4HJQZq8TXrC9y0SKm89X6751jLHrPdmhp6DDD8Xg0tLG+9l7mqVm6rivg5xlDzHfkdoHc2FwiDaQZlfj2xHOZeCDK+0nlFSCq0Ny4T5uWMaFf8X/SNvTRA+8jmbcxVwExD+/7t6Oj3t9ssNRm1EkfWD1rqbhmfJg4Q4DW5WXpBJpjY8m0rlTsCayELkwnL0WNbOFtKtMUeowjokIQAgym3rCtOXuqA8SG4CpBTaZR5KL4Anowmyxmnwrnx07mN/g13n2JQ==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s]fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Mon,-22-May-2023-02-33-46-GMT.mhtml

**Hash (SHA256)**

2aff19547d94ee9b37bf88010ba7240cc01d6e2e11233e9948d9c5ae62a20d8e

**Signature (PKCS#1v1.5)**

Q86Et/E+UkSEHLwskiL4ktiMLFiFqf29oE0BSb5YjfUtNz7aWr8RoBBedGVOo1GAXZgvWecgNxQj+uC2jHWjU6GraYVdF64dnBz/rx/kaayv+NjMUy2av4ZX/uLHvvlYp3D4jH7se7Y57f5h3Aliaausz7a5h2LP07vOPX89Lr6JZdDcoC0oWdxebe4FdJc9BY54+XiMxnd570M568NZ8r1kvW49DQ0rA2/8viZ9B9HiJmelQMuAyuXuB67upJpu6N4g8zBZnOMSHNfvRAx1059MQxE2J0z/QAnT8OnUrwJwjva/K+7ZCmAMMFFmlJfcGcoFN/dLUpW4zlHp7RvfjA==





# Evidence Collection Report

**Page Title**

Amazon.com | LUNU Smiley Face Necklaces, GOLD, English letters Card Necklace Heart Paperclip Chain Simple Round Circle Necklace Happy Jewelry for Women - Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/dp/Smiley-Necklaces-English-Necklace-Paperclip-Necklace/dp/B0BTT7JXJM/ref=sr_1_1/?

**Collection Date**

Mon, 16 Apr 2023 06:35:42 UTC (all fingerprint of Transaction + MHT authenticated anomaly)

**Collected by**

Chris Barrus

**IP Address**

Browser Information

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0 Safari/537.36

**Digital Signature (SHA-256 / SHA-1 )**

70fc2a569bfc84a6fa9d2731a6ebe0e3c03c4a30a65e38ba7c94a2c0c90e038b

# File Signatures

SCREEN CAPTURE
PDF
File Name:
Hash (SHA-256):







Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 25 May 2023 05:44:24 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

116.68.105.188

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

nAQsGHQSb0ojRlo3Lh/gvNiaSvZXVyzejmz5rSltPH+3hfi03mcjNuhXJVZ9jYb9HFiuATrhA+Fng61QQ3Rpra6ZiY0I5iFqXYao3XrE4NV7RQGaYC8vWrL/Ov4xSJ/0/FiVmvixzUQT0cq1f8pTPPzRLs/Iy30616HXzgmu971odUKtWHpMqebh9avF2pPE3lP3+s0G3Rcs9Kxz3QSLPmPtwbi+P84gvF0HWtneFJC+b0HoQO+7XJ8Kynp66I5c4BOXRjYBAt0HV4vuTH/g5LPdr3lX+nJRwOwnj9MfNK3ItUF9nVNW250vV9lyF9s/Hk3YualDGxvSe5GxP/3eGCA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s]/fs]/fs]www.amazon.com/fs]gp/fs]buy/fs]spc/fs]handlers/fs]display.html]]_Thu,-25-May-2023-05-44-24-GMT.mhtml

**Hash (SHA256)**

f205a16c218ccef9df4c5aa7eb6b448255b6051ac274424ef272c659f717c8053

**Signature (PKCS#1v1.5)**

Cshnvk95HEIesqks/ovVWhxX9maem50DwUA19xZNcjyHxyOYiM5FImp50g9VrLpMHH+oTwoK39VHJgstAM68el0HTszRmHuvYtojmLawVvFlH1+cllYvk1PrTE+0kMJbB3A6DRrez0ukyL5D21Q4J3JxCE6xTLz5uL5J9tUMj8hWCkTr+8BS/w1AOCi1JYY1qJsFYPxduL2PRa8KvkpqUge4UuSvEgtVMvkMxhI6jih2KkYg0HedyB21j4R3k99EWHIxx51fbp2R76vNR9mn7iNJt/3F2FOxPsf8SEUgJVvrZ+86ROQEb8BBTQHovxi+MJlgBpGUf4aIo+ntGqtXv3A==



# Evidence Collection Report

**File Signatures**



Investigator Name: Sian Kelly

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Mon, 08 May 2023 07:53:01 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sian Kelly

**IP Address**

2001:ac8:9a:d::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

chJqgr2MUhuRbd0wiftfqvHzusBT6KHiiXkqvqg4ISowEpWpDyECo5B+1WYkkuacLnpheKrZi8yRjaDNYX1gKioMlzJFV//bpdnUiiSbZ+0kw5OItTQlgProi/zIWSO/F5zY+XGAPiK6TAeOhFNNapznlNIuBoBud5wc6K1wCj3swNfaXZcaE42tkj++N5F7HafbZd2rKsU6zzzerWu+vT2xDkejK9ZeSKlPGkZRmO34gE/ZtzHLqs/UqMpBkRNoD3X7MwLU3s9u8QJQnV/OjBgy4uCDi+6IRoA4gPG6RnehoQKAts1ZqvGFWLlMgbqi0r7ToH7WSq43NUIOWXHtkCw==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[|https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html|]_Mon,-08-May-2023-07-53-01-GMT.mhtml

**Hash (SHA256)**

33cb33a71d23e4899290f77906c87662098b82c23f94bf8828d82f87b4efc947

**Signature (PKCS#1v1.5)**

ZIE1SXSmbC4odJM0fwtzUC/YIl3trCl2E3FKall8gMRymVlCayqVMf9r4o2n6e2qnCx7Qo/qGG9r465TnK47WCc9CSjN75B3ppu6N7yec5mMQHDak2YttNSxAGTllmheugAPh/l0RJewFD5W2q6rbpGauCg0HH51YJbO6dS/lO+6FgXpy9500GIuUTyfgilOX5Tzdsxg/S5Rboh0ReArJlTy7VRLO1z0qY5SCRzZjdQVD92MgYeTrhoeCLzYMoMXxy+mH9lc1WG//hCbr3K1+ZLZh01ZaiF52WJjbWDMhb8dAL6mYo0FA/0Gwdf/hJsuzsr/zUy5X8SnI3SR4ALOWdg==



# Evidence Collection Report

**Page Title**

Amazon.com: Cute Round Smiley Face Dangle Small Hoop Earrings for Women Teen Girls 925 Sterling Silver Charms Drop Huggie Hoops Cartilage Cuff Clip Hypoallergenic Happy Friendly Jewelry Gifts (Smiley Brick Jewelry

URL

https://www.amazon.com/Earrings-Sterling-Cartilage-Hypoallergenic-Friendly-dp/B0977XNAHS?ref=ar_1_&f

**Collection Date**

Mon, 15 Apr 2020, 11:04:43 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Devlow

**IP Address**

104.21.0.0.1

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64; AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0 Safari/537.36

**Digital Signature (SHA256 – PKCS#7-2)**

a5ga48bdc3c4c4fdf29343d7b134a1c54aa4b6543175fb14f84dc4b75a81563fbc4a76fd3da24193aa6262de3dae53b8f5e5f2c30a43cefb8b

## File Signatures

SCREEN CAPTURE
PNG
File Name
sc4ntos_Q4nedJ@z@none-amazon-cch4fa6crepc58c3onsc9mpf9ttsncas5eeHpepdphmpmc11edsda81daf1f25ee7dd74c8ee71r14c7c44f7a81
Hash (SHA256)
ef9ef9d2fcdb5scl144sdf8c88433e90b115b4aftosbb4fb5saftbb1b7of43rl0c6sf8as1sff1c8p0as4a38dfca81c0e35e_p9q_File vt 0ec 2012-11 bt tuf9e7apf
Signature (PKCS#7-2)
v9vf8c95fqfd4ae8a31sfcb0fbce8s55pef6pc4daefp81sf59v5fd45ofuefedtpdpf2onanpsft4td4t67sesdf4cdtpudadu4ebrc8pha4cc4q1q85f14d8pcyd74onp86





















Investigator Name: Neha P

# Evidence Collection Report

**Page Title**
Amazon.com Checkout

**URL**
https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**
Wed, 17 May 2023 07:10:24 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Neha P

**IP Address**
2001:ac8:9a:d::3

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
QNNgLWczit71LfXfGjF028eEArNUNLRfN8SsJZSursJcGL94HKck2/8ivJVOlCfP1MN0PuqXwvxESV08eMyoco63bnLKSZiyRB54V8r6r2HiZdQbR4iEJr9fkH+jAsMqLJ8M7h97HtBiF4qhTo3K/ZaNZxphSP0zAoJOme0eRSl33ZN2hXaJ639tGMDPWNYKC/7t1kiHLAXtbJB9zO3p3A8gkCioJBrGuWF+gGDTSHtIH8t1TDvF0nNmUdsFF9Q0pTxuOaQA85nQgzV2j5NYRbiuIcGV+TCwiG3jnaOikOeNLwUKdTEuIXJvbscli5SXiwEN82nfCFpqs6/z+2yCPF3w==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**
screencap_[[https[s]/fs][fs]www.amazon.com{fs}gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Wed,-17-May-2023-07-10-24-GMT.mhtml

**Hash (SHA256)**
9c77d3aec4d3a3bde2c4ac923089b0a6a147edd9c7995a7d8fd73a82288da1de

**Signature (PKCS#1v1.5)**
Csrr43Lh1x1g/qVsCWJjfC0ff8b7nXndf8CmSu0bxKG+O9tJ5jPcr+PfK8aQY7maySon7TELU1Rf541L5z5tEvYwCOgke0b5EF1ZnXQJuz1mK4LpT05gHWov7dxAJ2MNOGI8AoEVN7VS6USXHPh3HUo8BttGrNPam0SkpvQD+XcBV3LNweVE+pk/H1BNkMS19r1ZjSDD7FKr6ucVU8lkPfseSJJWYAeJ4EUk4bpVQmvxKoLNOcZVpCkl0ugSHZq/n5peOp+21ELmVEe0JX6BdQXBljv9uHa394TBNqy08kOCE19FTYmENzxVVhFWnXqpgLTYv/fwAjbo1wNz1C3qoDA==





AXENCIS

Investigator Name: Sian Kelly

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 04 May 2023 11:32:58 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sian Kelly

**IP Address**

2001:ac8:9a:1e::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

qTmM+rUqYCPPhAxnvQqD3sxzfmq5KN8QN6NGCL7Z7hwr/xPsX0lwgR073rJScD5/iWZaFmN+WkxzmczBVFZsSM8VcWhd4dsuEusw8V6hqaNFwErR8iSBk8rXyT5hNiRxvzlCl/fbw4L9Z7J8NgHkjUgVUNjwb56sgdCUDZlQtpjjC83Kct6Ss+zZQLq4SHj/7xkUTwYAXP64xXHpRUKbEYLi7AMsOe6zOfdGYS9Z5+35UXAq1HkuUUObYy5K/qp+fQdFKa5CcoRtw1nDVyjatek/W0tZrXwPXlXRrEHGYWKXkAlIlBxlCD961qZNueAiCRitdRkBJc0+LEa60tirBw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html][_Thu,-04-May-2023-11-32-58-GMT.mhtml

**Hash (SHA256)**

3e023e9323244bbaabedc66756e8cb08e90a0a5751cae03782e2a782d8fc26d1

**Signature (PKCS#1v1.5)**

ab1yRO3QAuNPtwNvGugzobDBkowcT+UyKEQX8KZHJj+HCnp0jsrWR2eFES7IX91Mkltea0/0a6aOyXGd5P34lyQFEqf4hV0t405Wkv4H9MozMDqjTywbcyEQ+SwmbqzlbBH1Z1uLdutedgtk4X7VWomk33GjAblKl5awxdBmPRFAlFHDH9H5nCApHuBPZD8Suj6m1xTjkry5VoqwgHkpvWyENfEY/mCKKNu85eJRk832dDQCo5PT6TWTCeOoW1jkHJ171PlsEdpDg3czomLW50aS8buQCmcLZQsMdtTK5Y4tyfHGVNMxix0bd3leZYscp3saLYF2w+XrDYVQrn/Q==





# Evidence Collection Report



## File Signatures


























# Evidence Collection Report

**Page Title**

Amazon.com: Womens Casual Socks Smiley Face Socks Print Low Cut Boat Socks Women Cotton Tab Back History Socks for Women (Color : Cartoon Cow 5 Pairs) : Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/Womens-Casual-Smiley-Cotton-History-dp/B08FNHYMK6/ref=sr_1_256

**Collection Date**

Fri, 21 Jan 2022 09:34:46 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Wang

**IP Address**

Delta 164.9.5.5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64; AppleWebKit/537.36 (KHTML, like Gecko) Chrome/17.1.4.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#7 v1.5)**

a52bceccb58ab4f85af6f484d981b6e8c1aacbbdad1c6c6f1b8488e6325c1cc4ce795d6aca4d6a6a05df6ab62bad21a3ce1aff1d5a6c6

## File Signatures



**SCREEN CAPTURE**

**PDF**

**File Name**

arobmmap_B08yb3flgy8bomns-amazon.com0000m//opolhshxon/fooers/moconcfjaoy/B08FNHYMK6/ref=sr_1_256\[3\]\(21-Jan 022 03 56 46 GMT.pdf

**Hash (SHA256)**

6f71734b-2142-43b0bc8bbf44bac13c6e02dc84af4b436be1548f4f0ecb8a368aad7e6ffc98eeb1629faa

**Signature (PKCS#7 v1.5)**

a4d16f5fca1f702bae6bb472fe7c7faffc44d5a85ba6ceb4a0f67a0ca4cf4dade1b68da98b96e96ba31f4ebbd294a2e1c7b7fdc5be9c4d08d0bbd0abff8e8fa0d78ab00c6d98ad30c75b0e95cb5eedffc







































































Case 3:22-cv-01202-AHG   Document 38-8   Entered on FLSD Docket 07/27/2022   Page 19 of 44



Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 23 May 2023 22:36:52 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

116.68.105.240

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

hQJ/ds+/roiOjLYPju7F+0Ztlfl1vGaQv3NtkohgcrbyZj92mi/oF9wMch1mGfSgqzr6rytlDc5C8F5gFQ6vCD18SglzY897bMJis1r8qoJMfYZqqYAIXTo6YTdgZxOmfZw74BKdC6ELG9ipKTCeyYaI+awFcE9xpn7UDy20EprBmbGF1BV6sIigWu9sJcy6TcXytdX2sZ59WLgfKFfAj8ctrmcOCnemhN3x7mclcSTVYC2blXo7Y/HMY13uLnaBuYaELULtzqEokRzuyZtgZEfTDTY/5Ef5ctQT2JnATLre7t+cup+t+Ly6pC7RmWlDCrFY600X1/5lvp85XRTFg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Tue,-23-May-2023-22-36-52-GMT.mhtml

**Hash (SHA256)**

4c891387e679f372907e066baff9cd069f41078eeee38d8e2804a24926da14a3

**Signature (PKCS#1v1.5)**

lTek9ODjwaxedxS+PBg8K7/hntlRRCxkCcOKEyZHE1dqyRJKswD7JVXnK1WkqPz/rhM662hwwTw5ddAmboHURFCxrBAnuO6juL0wRoHMwvucG6Jgfs+iuqWmYD9MQ7/LeiDuClORj7p62BQSR9vvEYVrR4TyZpy5ib89bN2MW1ZEWaUueg/rF/JiKRRN+BfBCBU04rESsEk8dkT8XYMYNfKYT1ROCv4Wk86wukqPrF8haiaEcPvS/o6O1/C36iRXb7TnBoHIvY746C3/V9EHwjgStLzmiv5Zfyzbfl1E7jkJXsbKpvqhUX98SNc79R9MvNLoiE3q7udCsHyChdJ3CQ==



# Evidence Collection Report

**Page Title**
Amazon.com: 2Pcs Makeup Bag Smiley Face Cosmetic Bag Cute Makeup Organizer Bag Corduroy Make Up Bags for Women Girls Aesthetic Totes/Makeup Bags : Beauty & Personal Care

**URL**
https://www.amazon.com/Cosmetic-Organizer-Corduroy-aesthetic-BOBH8WTF33/dp/xxxx

**Collected On**

**Collected By**

**IP Address**

**Browser Information**

# File Signatures

SHA256 (.pdf)

MD5

File Name

























Investigator Name: RemoteUser2

# Evidence Collection Report

**Page Title**
Amazon.com Checkout

**URL**
https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**
Fri, 12 May 2023 09:43:11 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
RemoteUser2

**IP Address**
2001:ac8:9a:d::3

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
GJ4H0KPDyAqXmtFq8eTs40Zn8sYYkkE9grZvMhp0OkaiWz4MV/uWt+ksM+KMHDNVNDLB63pVFoVRV/yFv1UV4n4CUiiwU3eLis6NtFhdIvJrWDZAjVAJsa6lWzEOVxWwAwGFFhNSDgQ
+bStBBBvbxgnFSbDd0kPOoGPXEi8rbG7WSErSsHBIPfEmk1kC7vKiEkpN6bIsElyGQcrDROxtEXT4UheiHNpmAXeLLoWGLAsjLYMHW02vFh6rL1e96Lh4oeCGu9R5ZC/Isi8tg0k5TpTJQYU7TFSik4HHf9sv8bPq1tJiq4ZZraYpQQoFJaBR6U9YJ/LAObpE9gENAV3rw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**
screencap_[[https[s]]]fs]g[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Fri,-12-May-2023-09:43-11-GMT.mhtml

**Hash (SHA256)**
8bcb8b124ecbed08b6c4eacb3205ae3fd80717a458ce9af1afe64a322e32977e

**Signature (PKCS#1v1.5)**
nf0Lzdmfsz1 1bBTJiLkv2me5esWE90ce+4snGxV6xDyo6X+Rr68Qnrwbhty T0E03ri0cKFuSn8FH/Ej8NV1sX7CglBfWdm9LKaQXiOSct0kG5JMEN/hsGFxoQwkQSi+VAQ0l1d+/gxN+XSGc0Xyd
+o/8GENuIlozo6RfmdlUlIZgvKUtEP8Xnt9YfSiTHtG0L4Ssio0BQ2iEXHP3wm4OahEeRkw9C3ngf3Bnow4zzf+kejbFD5yu0CCZ1jiH0bxqSgackJ+cwXEmU5HW4v3aTpmQSoNC9BHAJDpBkXTaldq1oMy8oM/58zfGnmw1ahrmGJoiyU/it9Ub6n42kiwV6A==





# Evidence Collection Report

**Page Title**
Amazon.com: Smiley Face Fireman Fire Engine Fire Truck Firefighter Rescue Bus Car Cartoon Children Kid Patch Clothes Bag T-Shirt Jeans Biker Badge Applique Iron on/Sew On Patch

**URL**
https://www.amazon.com/dp/B07MP5HXAC/

**Collection Date**
Fri XX Jun XXXX XX:XX:XX UTC (of Department of Commerce / NIST authenticated timestamp)

**Collected by**
Anonymous

**Referrer**

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64; AppleWebKit/537.36 (KHTML, like Gecko) Chrome/1.4.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#7 / S...)**

## File Signatures

**SCREEN CAPTURE**
**MHTML**
**File Name**

**Hash [SHA256]**

**Signature [PKCS#7 / S...]**















Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 02 Jun 2023 04:10:02 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0d:5600:8:36::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

mOSdm32WrgdyGGBfgQfa5X3yG0YKU4sW0SkEQP1XRSb0TYoc+HlL1Dtm/Zs2rLS0ZrzktVgkc+0pz2m1T7kpgmm5FfwEaqen8KQodZwN3xu+adpgVn9PxiZYhQdAUtF1AUOyyRnGo20wBSxivG0yR+hyuZ6vFRCYoMb9Klycj9St/ZkhK5DVJLO10yMiYoV7L2Gy4Nvs1C7l+WWbKRSVHBPt7UStAKA72HP+yHvBMpLJT9JQumTJGJMIWTmSEMXBawcEUZv0BIoFTvi9zbnitUSbWxC97GCT4rbK+dZAQGOI0zjz4UhLgbkHNI8pS2SptL8nmClOEbd7gg8WHHMeA==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s[[fs][fs]www.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Fri,-02-Jun-2023-04-10-02-GMT.mhtml

**Hash (SHA256)**

bbede02601109d7afd9d06c7a79cd0791b708c45351a050300dc3f04bc2b8b1b

**Signature (PKCS#1v1.5)**

Mcifu6+dHX9e5Nlzi6ZRktmu3E/tK2CYRcc1XoYXKBksSNHpxyKsT7P/ckL38/volpSbf6/bSN2vnolIipU1936hTvAzva+bxCeAc7f//I1vggC2Ajm9WlYNrwD9zHCjznSwDUJzGwbuut8rTERp97nFXQJ6Te9o/MRoUM47suPa7eKB/iS6J8M41vX2+kGdnRMA0LRXuFQdDUjVsal3SPnC/p6qj8plQwu+flNkuUQy5iOqPBiZIkpg6qHDXLgmHgAY3cZozwDhC+KwAqDkuVCI4cJfytdMmUtWPxORexO1yktYSHWVW29RVE6UcV1x8n7KrHBX44IpEnvNFjccMQ==



# Evidence Collection Report

**Page Title**

Amazon.com: UdarHi's Women's Men's Cute Bolt Lightning Eye's Eyes Slippers Fuzzy Happy Smiley Face Slippers House Shoes Indoor Lightning Slippers Lightning Pink 9-10 Up Wide 2500359139 | Shop

**URL**

https://www.amazon.com/UdarHi-Womens-Lightning-Slippers-Lightning/dp/B0C3G6K6FW/ref=sr_1_155_sspa

**Collected on**

Wed, 19 Jan 2022 08:10:15 UTC dasSupport US Department of Commerce / NIST (authenticated timestamp)

**Collected by**

Chris Rowling

**IP Address**

Volue 123.9.3

**Hardware Information**

Nautilus 8.3 Windows NT 10.0; Win64; x64; AppleWebKit/537.36 (KHTML, like Gecko) Chrome/110.0.0 Safari/537.36

**Digital Signature (SHA256 - PKCS#7-V1.5)**

3b13d02cdfcd4cc6e23c0dfd21cf546f7f97d1e8e2dc9a8dbf86cf5cd

**Signature (PKCS#7-V1.5)**

# File Signatures

**SCREEN CAPTURE**

PDF

**File Name**

screencap_B0C3G6K6FW.pdf

**Hash (SHA256)**

3b13d02cdfcd4cc6e23c0dfd21cf546f7f97d1e8e2dc9a8dbf86cf5cd

**Signature (PKCS#7-V1.5)**



















Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 30 May 2023 16:39:14 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

202.83.40.142

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

qAqE1S4T9rr8o7oCcRuRfITBN4gSRIcPEK5ZPyMyLDmXUPE5nP5ziKPSS9sdSvrh/20gZXGBQ4agokqzoRfKj9f2bX2ypRmsFqlMfIXMlhUefrdOrVKxBeYmHqSDJ8JDy9VBlxNZXnuWG7W4EbSBKYx1NhfjpY1Im5IwMuj0cdmq0teiTo2j3f3cjA5e19mcaDbH/qoMfPH96IX0WcK8RFLes1I/f31EwzVA3m45RO8VzTSg1TO60AY4Sk3XB8KL9f396XUyPT3SarVWcs/yUBS+2VKKz/eFvWSeKTwsuDbZVzubvhy11Hd7KJfZNZPv7nWFpqApasvy8Mr5+9GZqw==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Tue,-30-May-2023-16-39-14-GMT.mhtml

**Hash (SHA256)**

80a5f0d41975030939982bb3fa5d5c33ac6a2b7b90184c3be62a755987aa931f3

**Signature (PKCS#1v1.5)**

JvCqWtBbFNtfGHhEIzE0b2cQEGmSBEvqYeTSMlS65sVxDfYz4g3LvzCldxe0Bthwa8pq1BROuTqxC2sojsAzGNJSaen9m9ea4IMxyzDeVuBeMQUnX/CmcaA8yD4tY4xrK57dNCWHhjGV8JxRCGqFv6f9w5PvQzhrGvFXoTJPpNxeP3/yn+/fhZr1s
+BJKa1RoPDqxqavO9JJ9Me3lyHfjrWaQFjk0EH9yb12inQgYKB0xZzgABAdDQ13yynoi8vC+0HBZYskDIgQmtM+0j3WEse+HgKlaAmz5ljRTZBEXaeqLdkVDWJe1TAFa3KgU+IthmIAStLvjZplq7KPDQ==



# AXENCIS

# Evidence Collection Report

**Page Title**
Amazon.com : Smiley Face Lanyard for ID Badges and Keys, Pink ID Badge Holder with Silicone Beaded Lanyard, Lanyard Keychain for Women, Teacher, Nurse, Gifts - Office Products

**URL**
https://www.amazon.com/Lanyard-Silicone-Lanyards-Keychain-Teacher/dp/B0CDL5Q3VL/ref=...

**Collected On**
Mon, 01 Jun 2024 00:00:00 GMT (Coordinated Universal Time, UTC+0000) Confirmed timestamp

**Collected by**
NSO Electronics

**Hash (MD5)**
cd4b-51b71-1

**Axencis Reference**
1a2b3c4d5e6f

**Device Information**
Browser Chromium v124, rendered at 1280 and supplemented OS vai Off9), Secondary Chromium 7x 117.5.0f Prod 86

**Digital Signature (SHA256)**
sw92fk103zi...

# File Signatures

PDF
552
aw92fk103zi...
sw92fk103zi...wf03krjw92fk103zjq02p0wf03krjw92fk103zjq02p0wf03krjw92fk103zjq02p0wf03krjw92fk103zjq02p0wf03krjw92fk103zjq02p0wf03krjw92fk





























Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 02 Jun 2023 08:43:58 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0d:5600:8:36::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

huNJgRzYqhpiVZMCVn1n19h2rle1jNzf/gh43K2AwCApHvjhUwewix0BsyMsGGdbJMv9TYBO7GCsf2WeQnihQL0aq5LnFzcFODPWZ+Nm2X1ijkDtlzvtgfYpbOiGYlbWRB0L85P4vfxhzYDdi+LkiEqus36Xb4d1SchItWLFA3HfzlBfcfgxxUoPSV+ZuTDIhyiSPaqnKzAW7jFfgYjqinhKvacZwLjrUEu2JJgZD1ouXbHS6cHdFtsW2fluRsmPn43w7nC0aZFMwhKhHhVFyXqkfVef9QBwmsClSRpfSk31z2gHLwki4OeRvTPM1jx51F3Yh1bXWEwylVQllC1yIg=+

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]buy[fs][fs]handlers[fs]display.html]]_Fri-02-Jun-2023-08-43-58-GMT.mhtml

**Hash (SHA256)**

fc6c7f1244a0778d9d41cf6c115d4814c8e172c280bec4c96c129d46b177cf61

**Signature (PKCS#1v1.5)**

C4v+TIcKpiq/SANqBSlDmGOyYKUyQVMorty4bTCnqo4JLBYpxEfPVs+SYawsY0hr0sEZV04qqjo06YoDlBL0qXjfKJ/2oikvooX1OARfirooApCZO44WdfbLXcRD4tKDBn0DNK1ZPRIUMJVH80/uaV5NfalYYEi7+XhzgsfuUWyYqH4HUJrJM5fpGXDMoultkpJm6rv6n8/TqfM/FhIzvpMp+s6CV07z92E5fDscnPL2yOw1IJn3h3PEFUfGXhXTOtB4FeqMhfMltj8mL+NVrQA5yovOrZZJvV5AnR8kD2EPeOMSwupb0GmxU1d7Ve60ctl/pQJlQv+PH7nryOHA==



# Evidence Collection Report

## File Signatures



Investigator Name: Sian Kelly

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Mon, 08 May 2023 08:02:50 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sian Kelly

**IP Address**

2001:ac8:9a:d::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

PEz23egBSU3L0etdva3KSL/mfdAiuQaY18LK5L7ZndbRMJ83yWHfedFBuVKHW5W7ROB0F+Fb8xSYcPtz/6dGl46yDWG+GMmv0cLwN0h6bxdBKMcxXeLs7e8lMgcxmM3VoHj5VdD1XhRKQqsqWAHP37KUX3won4EltTcHouHRbovzK4XPgFRJn+P6uQgTXLqlF+LORWyp0CKR92KQveXVj2tXsqainrcPuXoqH4wdUxfpgQs8ubmyL84trhD20pLmq8hAy1gsC7Y4B5Tvw5JR/F+0oD6XWRGrKup7PKpkoKVA2UiEX8dlp3SMyXwZp3EUSLlR6e1ZRzACWBa3cDEl+A==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s]]fs]fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]_Mon,-08-May-2023-08-02-50-GMT.mhtml

**Hash (SHA256)**

db589799f944058a601fc7e7f6c2e9270ebea663df3fd260bacd9b682739a89b

**Signature (PKCS#1v1.5)**

mt//17aftdiQpP4ajn7MAb2aDJAtzfVgEN8ZmQrBg0BduiwDTvovZBG+XnK1jbT3uBWXfZ1KlF64n7xVCPhZbAWadcwrDjZy5xt8oVLeTP1GMA5gWgNhR9fuu6WZs3BYvBNJBTOSVblBViOHM74iHIlzB0CnFXjvNV0fOjqHJdyZvDYA5reQj0l/slx0hl86wHvdMG/iK1ugtsHihtEMPG5Z0eyjxmOJLeAJzJrMPT8PMHO6DtoSlA9Vc3uZ6LX8NGAGhYUkOZN8sagLH0PXX/fozHxE253NqgAU6eK5qwXnuaXW7O8htz+G8sa2G7LnKf+5Qy3iGDnFnH+v1Y1QWQ==





# Evidence Collection Report

**Page Title**
Amazon.com: KYDCO Blink 182 T-Shirt Smiley for Men Short Sleeve Top Tee Black : Clothing, Shoes & Jewelry

**URL**
https://www.amazon.com:KYDCO-Blink-T-Shirt-Smiley-Sleeve/dp/B0BX9M9Q36/ref=sr_1_7.24

**Collection Data**
Tue, 09 May 2023 21:39:09 UTC (US Department of Commerce / NIST authenticated timestamp)

**IP Address**
2a06:98b8:81:5

**Browser Information**
Mozilla 5.0 (Windows NT 10.0; Win64; x64) AppleWebKit 537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36.

**Digital Signature (SHA256 / PKCS#7v1.5)**
98b3157a587572a574153fc0d9fdfc6fc61c07a6115a02cf03a2a2153c9fd3fce8c5509db0fe758e87f88be09e99e40fb3b7c458b587df4b8d0c4be09f00cd2f0c8b24e1f9d07f7ec5fd99be5y2fudoo596toz

# File Signatures

**SCREEN CAPTURE**
PDF

**File Name**
screencap_[5f4jsa]2f[d]/source.com/bjKYDCO-Blink-T-Shirt-Smiley-Sleeve8/dp/B0BX9M9Q36[5cd]re-1_724]_Tue, 09 May 2023 21:39:09 GMT.pdf

**Hash (SHA256)**
ef82d2efe4e92094cc22d2162d5908ecd28bc9e3877ddd56cba8db8c57f96f4

**Signature (PKCS#7v1.5)**
af4a2g4057b4453ygsZ2udd6f7P43j38d80m2itdmnb58jspxuhd6ed96md96d1p9qd6tdp4g44mmd8f6mnf9b5g4fe6fm8d8q04f9d4g5x2fb0td04dmn0f6pqb08dmqed9o8o9jntdd56u84ocd73gvo







Investigator Name: RemoteUser2

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Sat, 13 May 2023 01:53:16 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

RemoteUser2

**IP Address**

2001:ac8:9a:1e::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

i8DPacjdK83WK4Um7V1OlhEjthxtYQvSS2qkCaZMCh8ObVnTZBg8pvljK8zQfVAG0lkyhoeqeK8df9lu1XStcBJHu3uVlAs0cDWJl0H1qjHw+B/p4i6o
+53eGvPIUFHew7fS1nTuYY3Tm7AaW6Eqj5ApEeUhd1U9l0KV7LL35Rg9AXseac/3rCPY1ljQlpVf9u0no1YZ0g5avWYdnGjwmC6JQ0vhv8NX88gLPtRixYKXYrTH/nvK3lyMiV0ZZVCYcmxNpgE9DhaNlwyX3n7n/d8CyZDYoBKuk9/sNhUro3UF9JjcgTOZsfMPakrPXxUChA/
RH2NzwX1Glww3t+TmA==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Sat,-13-May-2023-01-53-16-GMT.mhtml

**Hash (SHA256)**

8d1817d02a9379ed9d5aac8ab2e5713dc2d730cfd00a9dab6957b2b762f29d22

**Signature (PKCS#1v1.5)**

bk/2aGT1IdUQ7bhB4mo8HQnSXKjPvo44TFXrOPBXVQ0qLNjoizkqvCTGu2D1HUAv+GPdD00reZ4i/F5PVyGlws6mxjJZNtDXZug1XV+2wBj6HL4+o7LXiW9sB9eF2ACsnR8DPzCHUgj4HC78hfiQZApL3EEjgjNFuLx0T7VrE/
b1PEoMQhbLC4q13SJKkjogec0h5pwjGy4EsKBT6gOlbLtTBlXKoj6LzSK64F1xcF5yMgmTUvaQfw0bLPdM4hwO9gvPzFkDhmflDB/dAFdQ6H7Y1ngGssRptjkMfBdqwoLjAszwGzZ2QPUl0k1pVcUeK9GpYo+hzoJLq70RGHsilg==

---





# Evidence Collection Report

**Page Title**
Amazon.com: Jesus Saves Shirt, Happy Face Jesus Shirt, Preppy Shirt Smiley Tee Gift For Teen Girls, Aesthetic Clothes Shirt Gift, Trendy Hoodie, Word On Back Sweatshirt : Clothing, Shoes & Jewelry

**File Name**

**Collection Date**
Wed, 26 Apr 2023 04:44:24 UTC| US Department of Commerce / NIST authenticated timestamp

**Collected by**
Chris Stavrou

**IP Address**

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.5615 Safari/537.36

**Digital Signature (RSA2048-bit)**

# File Signatures

**SCREEN CAPTURE**
PDF
**File Name**

**Hash (SHA256)**

**Signature (PKCS#1v1.5)**





















































Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Wed, 31 May 2023 17:22:50 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

111.92.77.63

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

AuE8kjGYxShmxWkzJielfqGyhsFYnvezIFRiJdWv9F49PlPKlolzBywMMzMMOfwaWaMMwpTnzjDqZctMWdh24ZzuwBlusqW5nEnIFF86yrzl6MQ3fGmr9bHGzcAArZudEGM6MNMkDicSw+FYkFom43YTzuhRa8VgTSJHqYgugvBAoVzl6l6jMvI4qWur6Yvq7yDew1H2MGa2MSjx/UDyChNNnrkpaAT4uFXS2V2IBCPaqx50QkPx5jgD9W2HFBMp5IUX5sNXi9Q93PPBIwjsNOW/i9iSZq3zivV9ZbIHTFafZnOql++7nZOfRGEnT2M+Cy/dsKvJZ08dRuMnADXn4A==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Wed,-31-May-2023-17-22-50-GMT.mhtml

**Hash (SHA256)**

e2bb7033ac808867311232f990e5ecbfcaad7dc731b2f3598670d6e4612aa85b

**Signature (PKCS#1v1.5)**

YRVaSqko2iRHszEpEG5+wn1fkt2a/GAbAFhu2Kq7Iw1ZbcGx7Gt3H4NvIryUnjFTEHIXNxYiQv2Z0jQo88Bj/xIaibcHo05RqL8feMovk36ruWERz/aLzd/j3MVw0zJNAanx/PhndepQqjOokcw2DpJf/u2ri5kc+iiKm5cJIDWn7ur8ys91Ih4Q81MZiTR8boMKa6K5yazESPglmMFLXi06UbwHKo/W2ik1/ug2yHr+NM6QtSt9qWB7D9jFbLpo1qye3KnvGGa4Hg1Li5NbM3mGmoJPUj9VLz3UH27pfM9TJSSpwIQm1caZGugETh8mqCq5YedfTxk6bee4NnRw==



# Evidence Collection Report

## File Signatures



Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 19 May 2023 05:08:27 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0a:1dc0:4:3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

D1nWY0Mq0fYcJBYVqZNFuqV8S9s8Y5Q9Vv+m483i6en8DXIwVBpXtcWPKxLvKE2fQDcu7ac962QLb0KShk9HrZsraC38ZgWgelGr4H/eujs0mfeOw983hJWJAil79t/WDHvB2opWrUNWLZfSNChJ4aMZlhqzdRNW10V2y0EGxApZ/Mxuz2s9/X384GEciHS8gs24E/U0S43nCKL6qryJD24vQdsOukf56NlLagYHEFBubRc9XnLqMAwDwBKguZwdvwQn9BkOq60Sct8ZMA3CmnsuYJbU0GAQVDq4FB4jCAEJhL1hWmb9baCNff/9j3pCoGNc/TN5S0d/+I8Hiig++

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]_Fri-19-May-2023-05-08-27-GMT.mhtml

**Hash (SHA256)**

a8623920ec870ca802d64c253e18d874728491 5f951bb67a16f349ad0fb6a405

**Signature (PKCS#1v1.5)**

dBMdcr/mGJM9/IRDMTtfeJLVUrvc+liu/AbLXTjvSsIixvWoe5AfIjlDNz20v38QM7khv1oJenn036iZrA1SHrgsGG3II80n3IXW/NhzMzz/D0r3Ezd9H76r6XLN2V4wr0P47XG7HJTcHvDGSM28HpQoIlTF0YCpgfDzATKwXEkKhfDesJ8gJ9dlQQfy6oj4qJytnOl2427KWmc4mge++2YTRdZSTy2bY+osRhVirt4cz47IOuPhd96xEaaHCqabZDalzGozZTikJWfsE0LV+rlskEVjNBv7xgbMjRSlv/C2CA2e8kfT0WUgVYcz9x15GqPwCnpnvx+Vce4eE0EQ+vQ==





Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 30 May 2023 10:14:33 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

202.83.40.142

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

GzOO7WvuI1db8ukLD+/Ew7Au0zWzQqs2cQ9zR/wZFDXD9ogj0URPw+Vt8CAiguT8d+bsSd5tPUjcUsdG4+f1LSX3zpNA6CFnExLyHFeQbzuOd/ClZERljxQNlG7K2gSa/N80oDruch7SVqrMeR/YP6HedSt6QCn/bkEgEUuMUb5/f2MPWy0Dk3S1v82lcHWTWDuEHSsga+kBdY5cZE9bJ+XSC47HoGczWTINE5CA0xLQwYvrBvBp+nHE1+3qxZ5YmiJcblOyN+ZBAFrFHlFpz+1KBlc8gc4AsPzcuQKqNw2wz9g+DjxDsKZsCs7avV5pkqL5L1HvFon3DYl36N01A==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s]]fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]_Tue,-30-May-2023-10-14-33-GMT.mhtml

**Hash (SHA256)**

607d4db8ca01ee09d1407750be91ed1927b8836b7ec7962871650b2209ae931f

**Signature (PKCS#1v1.5)**

Vrxs0oZhZ4r8+cNthwvqE4d8dxRpbdtRkM4dz96y0t55fTMjHgmw6G69Eem54MnoVXTZ0v49BHSrYKVVD7cHjyNE8Fjc8yN+aMDprZHSJBQeFnu9NlxAAV5wsAE78y97t6m3+4DVXUWHgw0/V77FQWKRg42fnqSh41Exwas96HlBPdXrBZtcE3RRAbUaBCvqFYCiHbawAUHCsVA3sx8kCG531WlrHL9cP20qXe3LVSjq9px/qE5vjEq0IAQRVtnq2E7AgkhvAISYTNDOgvUyTKi7WnyPhHNNNrJrGd7MbUtH7V2OV6KJ85m3MKUbuHKhwakPwJ7jAg44ZPfbmOhgg==

---



# Evidence Collection Report

# File Signatures













© 1996-2015, Amazon.com, Inc. or its affiliates



Investigator Name: Neha P

# Evidence Collection Report

**Page Title**
Amazon.com Checkout

**URL**
https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**
Tue, 30 May 2023 10:14:33 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Neha P

**IP Address**
202.83.40.142

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

GzDO7WvuI1db8ukLD+/Ew7Au0zWzQqs2cQ9zR/wZFDXD9oqj0URPw+Vt8CAiguTBd+bsSd5tPUjcUsdG4+f1LSX3zpNA6CFnExLyHFeQbzuOd/ClZERljxQNIG7K2gSa/N80oDruch7SVqrMeR/YP6Hed5ti6QCn/bkEyUMUb5/f2MPWy0Dk3S1v82IcHWTWDuEHSsga+kBdY5cZE9bJ+XSC47HoGczWTINEI5CA0xLQwYvrBvBp+nHEl+3qxZ5YmiJcblOyN+Z8AFrFHlFpz+1KBlc8gc4AsPzcuQKqNw2wz9g+DjxDsKZsCs7avV5pkqL5L1HvFon3DYI36N01A==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**
screencap_[[https[s]]fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Tue,-30-May-2023-10-14-33-GMT.mhtml

**Hash (SHA256)**
607d4db8ca01ee09d1407750be91ed1927b8836b7ec7962871650b2209ae931f

**Signature (PKCS#1v1.5)**
Vrxs0oZhZ4r8+cNthwvqE4d8dxRpbdtRkM4dz96y0t55fTMjHgmw6G69Eem54MnoVXTZ0v49BHSrYKVVD7cHjyNE8Fjc8yN+aMDprZHSJBQeFnu9NIxAAV5wsAE7p97t6m3+4DVXUWHgw0/V77FQWKRg42fnqSh41Exwas96HIBPdXr8ZtcE3RRAbUaBCvqFYCiHbawAUHCsVA3sx8kCG531WIrHL9cP2OqXe3LVSjg9px/qE5vjEqOIAQRVtnq2E7AgkhvAISYTND0gvUyTKi7WnyPHHNNNrJrGd7MbUtH7V2OV6KJ85m3MKUbuHKhwakPwJ7jAg44ZPfbmOhgg==



# Evidence Collection Report

## File Signatures





### 300 PCS Mixed Smiley Face Beads – Colourful Smiling Face Acrylic Loose Spacer Beads Charms for Jewelry Making – Happy Face Spacer Beads for DIY Handmade Bracelet Necklace Craft Accessories



**Product Description**

**Product Information**



**Frequently bought together**

**What is customers say after viewing this item?**

**Overstock deals on Beads & Bead Assortments**

**Videos**

**Looking for specific info?**

**Customer reviews**

**Reviews with images**

**Top reviews from the United States**



# Evidence Collection Report

## File Signatures



Investigator Name: Neha P

# Evidence Collection Report

**Page Title**
Amazon.com Checkout

**URL**
https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**
Fri, 19 May 2023 05:58:39 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Neha P

**IP Address**
2a0a:1dc0:4::3

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
o258zyWOG2WDkJelcd6Cy0XSqC+cZCcvRMBznqZ4doqPbvwMSQeaqLBX6ZLdwQiZBkMDy66jxfTE5Cb8snmVxmfPcA/cCkmehtbuXyMeayr2qk3y+LOOHsADE4QgvuoRqAG3IGjj56cYXCxl/
aQ3Il16dvQCtJFxEzG4vzDnSR64DGaYZDKE18vUUSBOyEQosvwOQ8JlQycs5dKlkIIocmZoZrWkZaX7JAQ+6lK2VZf0nEq5/+mUyorVH4tqcdM0lTL/Fy8R42Ggb6hsuwFXTtWTRpPxDDqQexlm7SxusRxbf6V83rngLnG0fCA9auSyroZSFbhOlaiUrFwqtguPMpSA=∞

## File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**
screencap_[fhttps[s][fs][fs]buy[fs]spc[fs]handlers[fs]display.html[]_Fri,-19-May-2023-05-58-39-GMT.mhtml

**Hash (SHA256)**
145981921540356 7ce32a910f84cd78f7a1323fa82647b2eb757261351a5cab1

**Signature (PKCS#1v1.5)**
ILj3ach+mYpiSz28YAXAC9oE0x0iqFRSLla0ZDyqJfr53X4o1k4IXZT23DQiLH3u0DCD6iTxsyBUL2JvlXFHXyl4M619EUlWQsGpJf0GEh3PCPEWkPkTV13my5pq1dJnZoxofAzV1L0hPS50AhXpgAPNvpd/
xfYJfSPFvNCJ0WySibvNO4IXHFd1zimbe6QSD5OOQURiya3T5xjIMDGHYrGyG6t3PpbehZsLJ7jZyf4vBl+oicCJP2BjPEH/NqMQZAUkHYhQqIXwprA0bHl59q3eWdQwBmHmt7Y7PFGkX7bUmjBJdAFDtgKlOGUggm5LY4Tg0pPSpm4B/n1nf9MLQw==



# Evidence Collection Report

# File Signatures



Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Wed, 14 Jun 2023 15:18:39 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

202.164.131.66

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

DuPNX+9+VzFeZ7YBTmtJ+RhdIMu+IkqUf3NKDkhOazh99YcKkMHq6WlRkEPkDIKohTqL2Cxaofr0DEZqry9+S84zH91nBOf6nn+eCybO2scKqYeQH9Y9zxfRc3eDNj09UojaXltMYfzyqdYwAHTzuYBPA7fs611OCFht3db6Wfr8YJhyOQ+zPz2waS+YwC1uN2qsmxt7JhbX4w8gQRrJMkrvebazm4sJJ3pcMWHCLJ3HdKg6x1vlge+t3H2wu/pQSAOcuv+H/7MTZTaS3oBZSNKLRD36kD4ZEL1fHJqTPSHDa71BR1xHE4+iNtjp1FhaE9T/AR0Ms48ple2v2elNHhFA==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https]s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Wed,-14-Jun-2023-15-18-39-GMT.mhtml

**Hash (SHA256)**

d578f445fb46a9e24df6f353ec4cfffc69c42a493276de83a4a1244ee1272580589

**Signature (PKCS#1v1.5)**

JMsFzi6Mac2SEj3Sra2yrVVNcuPCsZZ89tJQ9pHjs8p/SpFZnad8rqNSbxoodNfs/cgKQUGbuUUYf9R9u6gdQDWuAuHYTyRS1elBImcjJU2qAxndPkNIW3Ltl/nKfUXHS+88iEFRb3ufQAGHFIbL/vJi4bK6WZEPctAIKvSnb4M6Nf0Lft29ZAV5jo2uizMUGXdWV95URXME4XfdJUouKBMwy+RKqhY6EZdrkAZi0dVGT4KI+ctIPpdXh8B0Pljp4JOgAWU9vY0KfPe2JeNy6YF74P3AEfcoFXuSDXHolvE2lm1UonXQ/1ERKyJiQp1KRax8m0ChKVSJ0KXe9UA9XTw==

