AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: GDSAFS SmileySox Smiley Face Socks, Women Grils Funny Ankle Socks Novelty Sox, Embroidered Cotton Ankle Socks (styleA-10pcs) : Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/GDSAFS-SmileySox-Novelty-Embroidered-styleA-10pcs/dp/B0BQ2YK8HN/ref=sr_1_222

**Collection Date**

Fri, 21 Apr 2023 09:28:35 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

c9gm18x+Py2guhbhYpq1P1/YxwNyPlh6RruGcIZSgNYhYeT7qXQE93KDLXtRpw/3xYQA0o42z9FeM6WKM5iqN2cU9eJSl9khJH8Qpb7QL4RGcZ3STX8SfRwFjUpxn2fEFdslMg6dS8YJKlb+yRo/s1bGHZmyv/Kvw0NtEqoE7k4=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]GDSAFS-SmileySox-Novelty-Embroidered-styleA-10pcs[fs]dp[fs]B0BQ2YK8HN[fs]ref=sr_1_222]]_Fri,-21-Apr-2023-09-28-35-GMT.pdf

**Hash (SHA256)**

57c3e11e413dc0618e67f715f73af8e2b770f64fd92a31306c12f4502a6300c5

**Signature (PKCS#1v1.5)**

UBrBjZVmPnK8aYhQH/Spy6X49Ct4sA602G0aVSakwmQz0GnblPGXxjMnW7J9uJQfl3mYHv1xm4TbHnFrwn9BpJ+DDkM3XzMuDmW7ZkmpWYYAxMGE32E6DilBYjIvxNumZA5n1V9bgtOXhK9pKJMEtL9hbgGeY55bwOtJyiU4rWc=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 23 May 2023 15:51:50 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

202.83.40.91

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

jmh4VkZs0r7Gio4giTv0SzLxO3yzZZjiwaGcwqTNlTDJKzJQcIyjOIFJCe5/Ypw06RJBPfWFlG2DB5Ydmfg2juyswtOFOTkaeG/4gZOFUuCFFqHT9q1Zf5jHKEuH9nlyRLQeqAh47fG5yXxw6RmJJ+7A/6pyzt/
UCaob1BVF64NCDstgfQ1hUO8n4keAK8zUnq84Zd4sd87jJ7Q2oKbtPb87O4kRiTszdBqGDXKi8j6PhumnYKm6EbNEQHDLPD4+5EvHu/tgAtueg5HY7HV58RPgeDkneyAVLnOEiQRF2b2pGoAaBqKSQX2lKgmrz3njTisCQUSbr5RulPdw0iu2IA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Tue,-23-May-2023-15-51-50-GMT.mhtml

**Hash (SHA256)**

21ec2f16ad38f9195456123fcc23e8454748fe2f273fddb80a5d091a73619e21

**Signature (PKCS#1v1.5)**

Wmb3WK/GoBgJrXOb4JV8c7bIVVvWseYw8ZlaPnM9ldJaGXZk/HZUeqKHhQqNPmvClpHpZZubhNO6TGYOHPfm+vD9xXc41cDw0q9hzEkOySpmHSSoH3kDxNHp8C6cY2AXh4Lm3uVlj9aZeE5dfazK05cgCFGgvOJ42whR98mM
+dChxX4U3VwmBz3RJKyy6aoGLlNtSoFJ3I0P9OjUnyYNhuPIyXVEGkeQKSrbA5X/La/A5Ev8k8KcpgqtQ2w8/CYvxtiIWZ2j8zFIyvhAYE+JUSJLwtW4dcWhO9ZrkJBYqOdZRCBQ69HqkLicrWfqMT1p6hQpJOYQgvzMDxuIbg14zg==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

**2 Payment method**

VISA **Visa** ending in 9985

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

Change

**3 Offers**

Change

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you 30 days of Prime benefits for FREE**

Try Prime FREE for 30 days

**Estimated delivery: June 5, 2023 - June 15, 2023**

Items shipped from MengXin1990



**GDSAFS SmileySox Smiley Face Socks, Women Grils Funny Ankle Socks Novelty Sox, Embroidered Cotton Ankle Socks (styleA-10pcs)**

$16.88 & FREE Returns

Qty: 1

Sold by: MengXin1990

Gift options not available

**Choose a delivery option:**

**Monday, June 5 - Thursday, June 15**

$2.99 - Shipping

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

**Order total: $21.05**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $16.88 |
| Shipping & handling: | $2.99 |
| Total before tax: | $19.87 |
| Estimated tax to be collected:* | $1.18 |
| **Order total:** | **$21.05** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

CENSTECH 10 Pairs Cute Smiley Socks Funny Ankle Socks Novelty Sox Breathable cotton socks Gift for Women and Grils at Amazon Women's Clothing store

**URL**

https://www.amazon.com/CENSTECH-Smiley-Novelty-Breathable-cotton/dp/B0BTSC3D5Y/ref=sr_1_97

**Collection Date**

Fri, 21 Apr 2023 10:15:40 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

HJ08q2aMW8tvQ3HCzSiq5d5X0xQC/lXlgm9nvAr197bX9wLKG+1/Qef3oUDCCk9Heds+Ko8T+Qr8qivybSAAa4nyOlo61l7oLmX6348UgslA39ODPzJ4AELm7vfsRGTyDfaaOHjxzjm0UVoS7q18i44h+Omn+kGEA7a5OWIQ1uc=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]CENSTECH-Smiley-Novelty-Breathable-cotton[fs]dp[fs]B0BTSC3D5Y[fs]ref=sr_1_97]]_Fri,-21-Apr-2023-10-15-40-GMT.pdf

**Hash (SHA256)**

d50d64c8287923ef7b39477f1ee8ef68cafd31e99af94a7e6698296e37433f7d

**Signature (PKCS#1v1.5)**

Zuk2SZquhOVmfKM8mO5dXyl627LXm/N8ZuAX82qb2x6CXQutkp6ppLd9QbqAxLiRdgRt/tbyBeXylsxgG01hct3QQeCzoN4JIMOn8bk/57wRrygZl+I+y8mxwZaGArZkklkBrOSJqaA0FFmYu22u44lBijY63cKAwmIURpOnZe4=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Wed, 24 May 2023 07:12:50 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

111.92.80.105

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

X6xYdyeAMOmbUOe6MuykgbB6rxAy0uXpmJxymL/fCBXkQeiCNuTMEUceRAh0MzUsjLKYh2+INJJZeIL4Zi0l1xMXFPsGkfe4QlLTRwc5mpAvA0rtX1e+JcK6i3g4jvZ13qE9M76vPIYA2CF9Pp5gTLZGMhCQPsVGtDL+R8zaAQfY4YOJFMWdSTe/
cGpyVM5NnXWU8wfjKAD6CWlMTGZwhXLSNcNDGoPc8DS0m1D4F0BerawmbJrMrqD/CuHzAvDeTFhs5l9tPoeQxF4qEAgMoN2gcldWQVBmaUCqQKgXKbg1J+EXOaF/3EZ/UNZ2GxJDMXTivN+SN29YTzVOaQnDAQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Wed,-24-May-2023-07-12-50-GMT.mhtml

**Hash (SHA256)**

b6dc4ea5e04f0b30946d296962a25839b234a0e082aa8e054a5a208d8e2d9d8d

**Signature (PKCS#1v1.5)**

UtIopcrizVYLm0+SmQR7TY8MD/uTmUaEzDlyC2ILJ83YXKJvRzgQ3qphqhc9EwqxYUC4wHukWeggQmnwrcpaHXcwHCJGKHfNbo70nas/MDrpAc+P1S42CHwvd5HOyJVKg59nOa6lxL/86BaSgX4v3CfTP6EyMZyzaUt7dMkGq882JnLhbnbFZW55iBoF7hY244eb/
ipTVfqw1c7fctbXrAWE5xVaq6GVAo63tNHwOa4c5yXrW5V/LrH0sTGLRmMHKDuOdiiS5E0lNQCv+o0ej7mPbdLOH6GKK9c0k/phybVN0Yd7zF8nyql8EtcCp5ZCOfgdU2zopfV8+G45X5o7ow==



AXENCIS
Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: LMMDDP Socks Women Soft Breathable Combed Cotton Socks Striped Flower Smiley Retro Cute Socks Autumn Winter Socks : Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/LMMDDP-Breathable-Combed-Cotton-Striped/dp/B0BXX3PJKT/ref=sr_1_4

**Collection Date**

Fri, 21 Apr 2023 09:51:31 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

krkNGPKrf9E1aMdUNXYgSM32DxT8tFME2C605TBFX4i8XIEpIHWlU17fOUDuzD5E1mJirJum/6krkRG9XUWm8Xo92xz6AABIMmU0s7mqehP0liKpe48az4IJ/AifqYB9h/6X5SkP2yfp+KTfqMoBsXF3GJDcEP5fRX1PNrRufq8=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]LMMDDP-Breathable-Combed-Cotton-Striped[fs]dp[fs]B0BXX3PJKT[fs]ref=sr_1_4]]_Fri,-21-Apr-2023-09-51-31-GMT.pdf

**Hash (SHA256)**

4f5aae215fc6a32a65ee9a75f088f2c39f81a35b38e591ddab766ffbe3797b8b

**Signature (PKCS#1v1.5)**

KmWL+3R54BVeLcruvY5JWlmlTYb01uxkDLQrMrlmnLpbzQ99JVkam4t0Nyj2ZU3SQJHp6QIPPB0fZfoi1YohG2I2Vgb5ujIQc60ol2a7iwgwfd+Hjy0iMyDErl+5DGhWaYW0kWwSpEelZk6NJsIaFdpy1JWiq01bBSIXGo8w/hk=



# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Wed, 24 May 2023 01:57:51 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

111.92.80.105

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

LBKyUKZf/awltF9zOipMjAB8og4BLp8gtstMwhu0pPJCKWnHAQCHYEokmtA0Q/TwGPFp5uVxi64ThwCMtTN+NimeSRkh6ALjLzBrgbxMzGk0FxaVlguKwpvgsY2+/38v+avE/zvwts5b294zK6X3cs3e5b7Fi1J32nGVPkEwvBQQc5zjzmMzD8shtnIi+v/sH1Q4J
+iZ76SPCmCnSy5qPILq4vreWywQHzQLfBi0gq4t5WChALoyVUKzcKmMWPd9Hjeag/0QKLbdtKl2al0FcdEjaV4VoEDJ46h9lEMEdaWMXFDygZUwkNqzo97MUS7Aby9N5ftbUNcwfwvdZuqIHg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Wed,-24-May-2023-01-57-51-GMT.mhtml

**Hash (SHA256)**

01663db0609ff943afd7467ec9642c08d39308968e8ef0307c096017cbe4d0b4

**Signature (PKCS#1v1.5)**

O+zHoGA34hHvktbltREUoC/JKBiJRCr3jL6StKuVRAu8pysLQ+mTh7qLpVpZhPq61N2x+ulK2n3YYD+XYwIG3vlwPZcd6eGOWcCr5SDwv/hZFgcI9o8zbnpVKkgaa/
MnPzVrVe0bpT12sZosyH8apK9HLlusFltNZalER4WiCqJ1afC6mlKx9BUlhmwltIy1cnrv4HowI6UVfTLs292Z21YdrEXrQ7Z7SPnWngONctd8tPk6VbhGCu8O83LzM+yoistwgoOUqJDU9mKtTpOH7apiprGBaEc9q5gofMoKfPytSspNt28jFv+AYsIoegQmNtoIp8X6HTT4RKv7meUZTA==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

**FREE TRIAL**

**Jade, we're giving you 30 days of Prime benefits for FREE**

Try Prime FREE for 30 days

**Estimated delivery: June 15, 2023 - July 10, 2023**

Items shipped from miaohubinghe



**LMMDDP Socks Women Soft Breathable Combed Cotton Socks Striped Flower Smiley Retro Cute Socks Autumn Winter Socks**

**$232.66**

Qty: 1

Sold by: miaohubinghe

Gift options not available

**Choose a delivery option:**

**Thursday, June 15 - Monday, July 10**

FREE Shipping

Place your order

**Order total: $248.95**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $232.66 |
| Shipping & handling: | $0.00 |
| Total before tax: | $232.66 |
| Estimated tax to be collected:* | $16.29 |
| **Order total:** | **$248.95** |

How are shipping costs calculated?

AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com: MILACOLATO G23 Titanium 16G Septum Rings Internally Threaded Nose Rings Hoop 8mm Septum Daith Smiley Body Piercing Jewelry Rings for Women Men 2pcs Steel Color : Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/MILACOLATO-Titanium-Internally-Threaded-8mm/dp/B0B3977HL2/ref=sr_1_240

**Collection Date**

Tue, 09 May 2023 06:11:19 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:93::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

RhGR/M8Z/g9qpNS85ddg5oTuFvn7Rkf1aP/tACN7YlNs8pVJXvVGwda/CH+B+igqi6ccVbXhOyxIr6Qpt0Me0qz6LpOzWpIOa30eZpajNMGjG59Ps2VTU6/mzkf/5XLFUkxyUq2U7hLm2/wV4FhbnCMdDGkVbjh1yL954AhjLNo=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]MILACOLATO-Titanium-Internally-Threaded-8mm[fs]dp[fs]B0B3977HL2[fs]ref=sr_1_240]]_Tue,-09-May-2023-06-11-19-GMT.pdf

**Hash (SHA256)**

e184f622e4c9ff015a8fd0bec4400e7767906f0d4b480c031ed26889bb702eba

**Signature (PKCS#1v1.5)**

sRYOfUgUzmdqcF1vKzN90u+1jdCRnI+d6WGChz2jz2RgyFHyMLiGXKZNhA6dlJIRchyE+hmsuUOYwKvLEBaets/9i4uycdheey8/vUts79QWWN7itsB+CZnKItlR6yKCAmzafswPikEcHZnQxzuZLaHPDlxb/7cx06gTq7yZdSA=



AXENCIS

Investigator Name: RemoteUser2

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 12 May 2023 15:32:09 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

RemoteUser2

**IP Address**

2001:ac8:9a:d::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

QVNMy9dBwlm2uEAoWHBl+D7YHUHu2yC79ZDihTai90bfdsmeGbgt1OM3t5wYmnVrd/gWMIlwFS/K3icldaSa3S8aJ7svne6Fla2Hp0EDdJGkfGSkbdgZNZSqXSaNXGAkCfSMxrCJ35UiFVbzsGUJWyFf8NXVQw9KMkY9ZSjisR
+CdPAldKi6mY0mhaEvqvKZ9aw/4TNDk0YD8ncz/1PWAVu0bS6DnXXsUU2iGRub1pDJR93BRR731t0H5DCgS9TVdS3Pr3OuJ6Ar2y6DiCR2wGIhXFFpbrKrkp/qvtRndWkjtglQ3nxhQQfdE+mAz9NfBLroOBol1bBN95GWa2XoGQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Fri,-12-May-2023-15-32-09-GMT.mhtml

**Hash (SHA256)**

142123adfb9eefd6ad76c16dc1d4f1cd328145e58afd76f66bc3f07b6ae4d3b4

**Signature (PKCS#1v1.5)**

nGwZOw5X9WyXIn3rZUt3+bdBaOFXQ7qh7HCUOrr+K73LHNTVDcX/X9IHand+HGOvWF6EZRgBPFt0jhcr/k0kL3LjdJtn+Ipy9ybtgUa2l4Kc
+76IOQM83jCdjQ30VDJHivBStYHLncUmitn00dSKf2D36WhKO4rp1an59Y9IKhQf76iVENpDEMNiNYWBbkroms85N8Tbp0aK8hwlhrML2EIk0zWh0lXO4kgul3ut0KUMv4up755CPPlsZ57aKudW9sN2QyUk4AGOvcUtmbxL7EERVTPwwJmnM4ysrMQT5BSmlYIHfLGKfMWrW31UmQ5L73ObWNrz
pisRVPk1ixoGRg==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items with your 30-day FREE trial of Prime

Get FREE Prime Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: May 16, 2023** If you order in the next 22 hours and 12 minutes (Details)

Items shipped from Amazon.com



**MILACOLATO G23 Titanium 16G Septum Rings Internally Threaded Nose Rings Hoop 8mm Septum Daith Smiley Body Piercing Jewelry Rings for Women Men 2pcs Steel Color**

$7.99 & FREE Returns

Qty: 1

Sold by: MILACOLATO JEWELRY

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

- **Tuesday, May 16**
  FREE Prime Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Tuesday, May 16**
  $5.99 - Standard Shipping

Place your order | **Order total: $14.54**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $7.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $13.98 |
| Estimated tax to be collected: | $0.56 |
| **Order total:** | **$14.54** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: MIN HI Fashion Colorful Acrylic Smiley Pearl Necklace Sweet Lovely Boho Beaded Chain Necklaces For Women Girls Aesthetic Jewelry Gift 5 : Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/Fashion-Colorful-Necklace-Necklaces-Aesthetic/dp/B0BHV8SK8M/ref=sr_1_520

**Collection Date**

Mon, 24 Apr 2023 07:28:30 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

YUBh0cMoO/1Xjtu55qe5z5/0wqSoavAdRg6q0O3vb8YrJTxXp9tl1E7bPqhBv3+gSoqOEKkjMWnl0mzWeo9awr1WdNY5bkFvo6MWJTBkOJNqEDygCLXvs+2d/SSqlbPAPW+zOxtngLxjWoCLND4V1T6rj26tWkh1P8+9aIPeE8Q=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Fashion-Colorful-Necklace-Necklaces-Aesthetic[fs]dp[fs]B0BHV8SK8M[fs]ref=sr_1_520]]_Mon,-24-Apr-2023-07-28-30-GMT.pdf

**Hash (SHA256)**

dd4e95384d276b8bea649f1757d2758ca4baf1a1372190b650ac477c25f4bbb2

**Signature (PKCS#1v1.5)**

HX8w61Q6fwdCIdVNtbhP/ramPcwHSWwJxpM2CGL6wOWfYKkZLqGVqSisEvl9IbFIQyG8g2w9XknNCm2FqWZcijD/0J2zH1N6w5uRhKYzxnE9aGRPUfcZ/CKAlfhaAQN6+tyXFRKQ9xHyUtnK20F3tlK0TVYGf0gDeFlgdYSljfY=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 26 May 2023 12:30:22 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

111.92.76.240

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

ISdr7owC2dtitPk3RxEmRA9bSWrGyZJjxCnNyshHlkdPnCfAtEgVo0/o4m8nxEywgv7g/
XifD7QaEoCFQCdUHdPKGfnNBt33y4HzamyDmbQfXB9L6YOwntkcq1HAjhIMLqEYOCJ2oxyO35pQTdlJvzTJghvu19aopTwux7RdzoKQtCaf9XmHtkwPExPwDsclETxnyU7N4JkkHDXvSCh1AwVt6J3emYhPgqPpr1oBUMS11/
POz1IJ5q7QuIQrv1EIQmO11uAWGcIKVk6NDzZOnqHwhCsXLE4EZ3aXUbTq7SWRW4gxCz1knJgMb9iZ06mHXVAxATw/QtIc1h86qbuJoQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Fri,-26-May-2023-12-30-22-GMT.mhtml

**Hash (SHA256)**

a693e690db8b59aed8fb336dd35186c4dc355481d77209dd4eed8770711fc1d7

**Signature (PKCS#1v1.5)**

lKTlgmmcyKcDDiwp0n377XosK1v0P3AVdlHAP/B8Trf+Im5wClDAywWGhZIa6zZKA4rqTTXnCUpO09NNXrbkCt3EcFV8D43XlNm48ClZsVnT+rSMuzBjzFU0OGp3f3yiIyAyO3ZRebG1/YqBtQDUXkeOdfXOaFMW6OPa5nsvRO+ZuXjJtGAT2EM9uTjL8NKaxggVjWvrB+Nm0HBrNdxLIC+jjNm/
esOao/E24Oib5jaa8XVmIfP639X7TKL3Qdq4CEnUYnm0iEi2e3UwOpdvB+kFjY0DFDEpWiHaUJ5TGEXatUduumrMywt1+q3hIJygbS4rIcSFHCj+1AC/GJ5Nig==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

**2 Payment method**

VISA **Visa** ending in 9985

Billing address: Same as shipping address.

Add a gift card or promotion code or voucher

Enter code | Apply

Change

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

Jade, we're giving you 30 days of Prime benefits for FREE

Try Prime FREE for 30 days

**Estimated delivery: June 16, 2023 - June 23, 2023**

Items shipped from Min Hi



**MIN HI Fashion Colorful Acrylic Smiley Pearl Necklace Sweet Lovely Boho Beaded Chain Necklaces For Women Girls Aesthetic Jewelry Gift 5**

$15.99

Qty: 1

Sold by: Min Hi

**Customizations:**

Option Dropdown 1: Buy 1

Gift options not available

**Choose a delivery option:**

Friday, June 16 - Friday, June 23

$0.99 - Shipping

Place your order

**Order total: $18.10**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $15.99 |
| Shipping & handling: | $0.99 |
| Total before tax: | $16.98 |
| Estimated tax to be collected:* | $1.12 |
| **Order total:** | **$18.10** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: 9 Pcs Smiley Face Patch - Smiley Face Iron On Patch with Heart Eyes, Happy Face Chenille Embroidery Patches for Clothing Bags Jackets Jeans Shoes DIY Craft,3 Colors : Arts, Crafts & Sewing

**URL**

https://www.amazon.com/Pcs-Smiley-Face-Patch-Embroidery/dp/B09WYFY1NW/ref=sr_1_48

**Collection Date**

Wed, 26 Apr 2023 07:26:16 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

E2a+5hk8lj1jXwgZwpkhnORlKuoqh3oxUu8iAKye0S39UFuPKA6xOV4tVRxA5xgoH88OTuSi+it/kAzsjg4NHmJCl81RgZJ7nRJeSDQsoDalZSr5K6i2H44bl+PuPH18i7FL+YOP+efnU4lEkWgmM+7Ua0lqWNJtHfXx6C1EXJY=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Pcs-Smiley-Face-Patch-Embroidery[fs]dp[fs]B09WYFY1NW[fs]ref=sr_1_48]]_Wed,-26-Apr-2023-07-26-16-GMT.pdf

**Hash (SHA256)**

f559316a8678bed26093bc6486f2a567c86ad226947b88d9050b5bcf9fe071da

**Signature (PKCS#1v1.5)**

RG7lPiXfwbKpjsC6NaJOsPK1pjviC41N2enHS+m+GlEzBAYirxBzRkhZUHMe6yniOsJEF8gUjHv+PH2SZdCifofyNz5rE/wpiX/S47yI6OFl2b5eFkMRGU6Q9JTkzZFVU12XFFErRX3u56+jVZFBqKzofbH9/f+eYzpaDyJZnn8=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 01 Jun 2023 05:41:18 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

111.92.76.63

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

A7e/bsyfOjgRSq2TBvULr18T3RAJ42Pd6lxQPLa7jl0mpC8M47ttiPVbdZPY3VeihNHJRCpNzgXLkuK2gXcHtj3Pm8p98vPVsmaxFwds6ycOyfKVOibI0oliEL8OFgeo/ZWfF0wHxSLL5nzE/V1C6FyYuEAWK86JwBaEpswxL8T6USDWU966dQDqfoU6rs1ilRVeAMrnxF++l5LI1J5oYURIh
+k2eWbqEgsZL/tZ9rzFGbzJVmWKb/13UqFFTE5YthOY2diq7WTU26p+bjSuU4MubkFwJg8n6VgUvAjrrhYF8rdv+Dy9vq8z3EeQkcmL9FO5zbUHjm9YnshXSc6OsA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-01-Jun-2023-05-41-18-GMT.mhtml

**Hash (SHA256)**

7a24f0f7dec3d2f585097cb8ef7d796c2dda78c31df577c6750f074425aeb470

**Signature (PKCS#1v1.5)**

Bsip4SwtTRwb7To54trae3ci8uGdWWsN7o0AGELe1iiNgMxIEH135uMku1Q52gKQHIXOgdJ6OW0or82K9JBQkMxGEEJxda0cVUVYQq37CrCGMHpuRxsFLe+D9rmnOCoraxKt8o1p24Vj3mAQrOp1GeZkDgM1rf6broNWfjmN3VI8k77BkFV4tXlgO7mAu0TdJ4KpC/mR3Kgr2A5fo
+oH4s1AqD6JCjP3JjUEuhGFC+lQMXN4edTvgSbSrI0UU2OFfC7z1uQ2gvuRQEGUaIawXSHUL2c4uCEAuzIjouinPZOfahGLNO5Il4H7Q/D3k5eoxSyk3MQuaAyV9U7UIY3fkw==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

Change

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items ~~Sunday, June 4 by 8PM~~ **Friday, June 2 by 8PM** for ~~$5.99~~ FREE

Get FREE Two-Day Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: June 4, 2023** If you order in the next 22 hours and 18 minutes (Details)

Items shipped from Amazon.com



**9 Pcs Smiley Face Patch - Smiley Face Iron On Patch with Heart Eyes, Happy Face Chenille Embroidery Patches for Clothing Bags Jackets Jeans Shoes DIY Craft,3 Colors**

$5.99 & FREE Returns

Qty: 1

Sold by: Minhe

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

- **Friday, June 2**
  FREE Two-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Sunday, June 4**
  $5.99 - Shipping
- **Friday, June 2**
  $9.99 - Shipping

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

**Order total: $12.40**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

**Get FREE Two-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.**

Try Prime FREE

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $5.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $11.98 |
| Estimated tax to be collected: | $0.42 |
| **Order total:** | **$12.40** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: MISS RIGHT Y2K Jewelry Smiley Face Evil Eye Pearl Beaded Necklace Aesthetic for Women Teen Girls, Fun Cute Sunflower Fruit Heart Dice Yin Yang Mushroom Candy Bead Choker Necklace: Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/Jewelry-Necklace-Aesthetic-Sunflower-Mushroom/dp/B09JW1PBNB/ref=sr_1_64

**Collection Date**

Mon, 24 Apr 2023 05:10:53 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

SH8CYdW+pKsjKDKDZBU2RCKqYL1+nnjHW44hK6SG8MgtgHFRPtgEsfZDtRyDSHFUT34epGdl0j1hOtG2uiR3/wwpPX0zZsWlgVNPD12uPesu8tX5u4m3JpoapECTUHthARIc9mOKrtgkXjMYYF1X+d0VvtQQ7NUCGQ94G+2dpaI=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Jewelry-Necklace-Aesthetic-Sunflower-Mushroom[fs]dp[fs]B09JW1PBNB[fs]ref=sr_1_64]]_Mon,-24-Apr-2023-05-10-53-GMT.pdf

**Hash (SHA256)**

91be324d4dfac3efc177be8b0cbf23bd026c06cb9932254bb6f4507f793fc580

**Signature (PKCS#1v1.5)**

hSpzTLz6T0iVdyaicfoFQh6T/HGtDjyhvTP8CmKfD+3qDDdnEp1NQ6N3cGvsLNX5QaqlF4tp22+T71MAtZtO5mPIg0+K/bJUCeAOIwe5V0WPTW7pCA0mbOPhjsxfxQUbzNySWuxn1UBqzz7ioe8/GO0+5xroZpU7HsoznkN6dLA=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Wed, 24 May 2023 13:13:46 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

111.92.80.105

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

TL6la276Iz2PsY/hLQryT97YETKHukjp9LN/HgyoHpw5SrXlAELHUyPWXS6edLylUQk4ZYrWXaIs+9uWpsGRhTnhgTyvSQLljjx1xzmoYS6atP0fppxgWoRi5J8KwHktUE6b2awiecJDYT7jbiWkSxhCeNYFBGFQjKDPLMEXmWrqWF00erTm4TOCqMcfEu+LA26xM8GDQhDdwjg4y+f
+sjuIlHy7uAwbXk9Y1FVt9hiu58zd8eM/F6EyQ1Nq01WbTWvp91V6pA+jBcoS0hsXFXa2i2rT4uY9o9MVlDEg6ylAkuPh4rxw7GYdvkooFtznowTqs5Kh8rsWPFG5IHTzNQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Wed,-24-May-2023-13-13-46-GMT.mhtml

**Hash (SHA256)**

0d948d203258bde64345ba25e6fc091f6468e2e71b0d36767d814a7e0869ffa5

**Signature (PKCS#1v1.5)**

Cx8/5pWGVNhiRqMIGIbIha5uoWacSFFoL8fVw3xxX/Fx5NS3Re49zagcwewjG+7D9TTgaAaFMSe015e29U694BBN6vBMwOGDfrJGaXecqZPpsNyVHzvxRCJA4hL1ql1R3Vn1Ae8E1JZ2uUketwkqqWwQFsVYy4voP6bjynM31712HdQEtY23A2hcQ9QogJv5GXQ/sHSMSIxs0JV+sWIw0GaFVW/
EjwlpBPnOgJbYCMmI48tawQhPPekqnyOMBgNOUiGB6GvPaffvqI8i1RmAv1yxr+1wwFjkfIBnf7EkS+bq5Yeyf7YxDmW5K3t6krX18NEdShT1TQFWWrwakOwisw==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items ~~Saturday, May 27 by 8PM~~
**Tomorrow, May 25 by 8PM** for ~~$5.99~~ FREE

Get FREE One-Day Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: May 27, 2023** If you order in the next 14 hours and 46 minutes (Details)

Items shipped from Amazon.com



**MISS RIGHT Y2K Jewelry Smiley Face Evil Eye Pearl Beaded Necklace Aesthetic for Women Teen Girls, Fun Cute Sunflower Fruit Heart Dice Yin Yang Mushroom Candy Bead Choker Necklace**

$16.98 & FREE Returns

Qty: 1

Sold by: MISS RIGHT

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

- **Tomorrow, May 25**
  FREE One-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Saturday, May 27**
  $5.99 - Shipping
- **Tomorrow, May 25**
  $9.99 - Shipping

Place your order

**Order total: $24.16**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

**Get FREE One-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

## Order Summary

| | |
|---|---|
| Items: | $16.98 |
| Shipping & handling: | $5.99 |
| Total before tax: | $22.97 |
| Estimated tax to be collected: | $1.19 |
| **Order total:** | **$24.16** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Womens Sheer Socks, Summer Cute Smiley Transparent Thin Mesh Elastic Socks Crystal Glass Silk Sheer Short Stockings Socks (10 Pairs) at Amazon Women's Clothing store

**URL**

https://www.amazon.com/Womens-Transparent-Elastic-Crystal-Stockings/dp/B0B3DCV5YD/ref=sr_1_106

**Collection Date**

Fri, 21 Apr 2023 10:16:22 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

ZFyUp2tk0RDNqMxC+/vPZsm1B+UOpWIdDEfAlOnMpfPA5kZHps9dxM+R3BIMRuGYEesyiNxW21Yow32zTgTnmRZP+QnAoLztFfSWVilE9TlBSYubbgglgsaGP4Di1CJIgsuHIvrxHPnd2pJBh6AiJLqAMcPkopNqsVpfQUoyjZw=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Womens-Transparent-Elastic-Crystal-Stockings[fs]dp[fs]B0B3DCV5YD[fs]ref=sr_1_106]]_Fri,-21-Apr-2023-10-16-22-GMT.pdf

**Hash (SHA256)**

d10de5787eea477d821f078d3e9d208747940d83817537b2167e5d2efd4909cc

**Signature (PKCS#1v1.5)**

TJlsJxNvDoPUQibSm775tFtafbtyAlo+7p9DQIRMfKG275PAzQTEAFwiJLYaAW03SFDZiXaUARTG8sbj075DE7bRR4Mr4FZkw4252FJv8B7HNDpTrMXe7ewylkYsb+z4K0uBA7RPU2VAvq8NkkmR5Hu3Ubws9z+34qadCnrvqaM=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Wed, 24 May 2023 07:35:15 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

111.92.80.105

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

nUvddAwDE08X1UkFZTjtFVkhWBNUnG779Z+HOX9espeYwoodZh9cMPv0kAZ/Dazwo6X3KuSAjulc1CffbuRYz2+YgZDEIBg1FRnq9yHyqffd5f0k2AJ2+Ks8/CIX11alePJJk0eQvQS/pE8f/tAC1jMBZeb+0zkBIZG0q1ijOQulstszJxmMqVzzd5CVWs5VQFE4nTzZ2ApabN9bKBo13VcSGE/
qUIi6eyuU5HH8vT825V7HxM4H8iEvqXOjUEZ1MS/FixzZ6V2ATWatKX4dUWGhHL/TiMpWKVCa23O6OMW5mC16uPWJ9wgRkxL05/YDVvTr54Ts/LBxSgNnkGPUgw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Wed,-24-May-2023-07-35-15-GMT.mhtml

**Hash (SHA256)**

36c7fad2a6913a27aa00664cfc28725a770ec091daf0f0adaa2248200d17ec6a

**Signature (PKCS#1v1.5)**

LdUt4wWck2Gihubqrsr8XcFb9qSHo1NG3oHQHT+azzbIyynKDtmDAG+p8N5y3G2e7rr5PC2k5zTDujRpLnvtr4tnHySEOeFMfeGccDh8pKS0+qcNvYtz22KuLSJoNVVo1XPWJ+TnIpYVaHkIfx/lh6p96WXvXTpANJRr6YVCzsxW3FFiw0RxrsGgWzkAz6nNDQHgyd/1uPV
+5DOEjLwOB72PRoBPLfndnM7wosc/qOR+gSXpFOC5WNtjcS6u0Vr7W3ODloopqBefCkh8T4pHKifqfr1LZI6HlYebOwRjOFzvkjJxh2HAADlUpePaxG3wgw+wHx3YpPzcQBn57IeDnQ==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you 30 days of Prime benefits for FREE**

Try Prime FREE for 30 days

**Estimated delivery: June 7, 2023 - June 16, 2023**

Items shipped from MnPalettey



**Womens Sheer Socks, Summer Cute Smiley Transparent Thin Mesh Elastic Socks Crystal Glass Silk Sheer Short Stockings Socks (10 Pairs)**

$22.99 & FREE Returns

Qty: 1

Sold by: MnPalettey

Gift options not available

**Choose a delivery option:**

**Wednesday, June 7 - Friday, June 16**

FREE Shipping

Place your order

**Order total: $24.60**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

## Order Summary

| | |
|---|---|
| Items: | $22.99 |
| Shipping & handling: | $0.00 |
| Total before tax: | $22.99 |
| Estimated tax to be collected:* | $1.61 |
| **Order total:** | **$24.60** |

How are shipping costs calculated?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Smiley Face Pearl Choker Necklace for Women Gold Beads Choker Necklace Y2k Handmade Smiley Face Pearl Necklace for Women Teen Girls Gifts (Gold2): Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/Smiley-Pearl-Choker-Necklace-Handmade/dp/B0B7HJK858/ref=sr_1_578

**Collection Date**

Mon, 24 Apr 2023 07:48:02 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

jA8FYzfgooApU0CM2rtnaGb134sV1djQ1z3ISM/vwOWmQTRgJ2ldIzqag8CZa42xxe8bTNE1j+A8iILZn31ES7gmiH8sX+jp3ymkV1z4Zlt2baBX2obwX+3i2yEsTQBAUTDxoK3+QMZ0s270PV75ujjXMMRmflMYcFjrxlfcQNc=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Smiley-Pearl-Choker-Necklace-Handmade[fs]dp[fs]B0B7HJK858[fs]ref=sr_1_578]]_Mon,-24-Apr-2023-07-48-02-GMT.pdf

**Hash (SHA256)**

31e54b57b905109fa25d7ced1be238857e73a2ca444b8a34b17b80c0306eb494

**Signature (PKCS#1v1.5)**

g2jBpq9TMScHuuLyb/QexaJcCeTf4S8F6xpi+Xj2g8s9IR8dbAoSMSUhbxqSZi+fwz9AdAfNhOqjkg7/TAk18ActctqhbRovOPB/2KHJvMkeSSywQgqI/xBqmohHC4VnwzZSl28c8Tenkvt4QAXtGEf9iEU5TuKVvIHNFR7936Y=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 26 May 2023 14:19:45 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

111.92.76.240

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

NiEfANIRt3BORexpfc55mI283b73L6Ek8wPi6s2FS6m3nLHDdNbO4Wct1H6Cgg2F4EnklFW3Nh1m3OUwOFOBkUHI9ADCj+5GN2E3oQWsge7lFbWkti8CcXNuAuw+8NmxTjeaWPEbYh2xgxoosjirLiLLyCHsns3St3vA21p+JbJb7sLBTpXPOEiAK3H+1wX9+aKSIQeKFIgaPDxRAP3zun6ityRg/
U5zDOSyz1GDNlZhA1hCICrRoLbibbBtJkPpWnFoXcEEH7GH+fAU/nBFkXKQ0sVAJHz0N/1l9jqSNCHMkcSptx0F4INLJef6+G6AImWQrG2RT6No5t2C+K78/w==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Fri,-26-May-2023-14-19-45-GMT.mhtml

**Hash (SHA256)**

087c28c3f113436e10d080613cd19d448a3fa8e97c2e9f80551b7588111652c8

**Signature (PKCS#1v1.5)**

Hygg8IVwlkouQigpuXy5ZVl0ovsngkXJdoRNttpQ+SZ4KP317euqIloMGvGbGk/bd2RmZHlJ6g4cHO67i5HyqX8ITXOAbB2ze8xx8jrhPegvew7H4UUN/UiTjinTgYMHtVb4ieyE/1YTIYU+UJ5iCL9/
ggwYV1tkvm8G5cc6GhXqQcwsUqG1nRU4AwvLEIRUU9wZ1eT5ndmmob5wAfK7j6Bdxf8cqT9gfuCEWhEGPheDVHie+VD45gW6cARZ47pvye9sLHrJ6cK2av02yh4HtZybuGz4TE0MWVoB6XWRBM/b96pWNJ/B+YMwtb4HEMhTDbp0iwbpultVA/j3mY/24w==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

Or pick up near this address - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

Add a gift card or promotion code or voucher

Enter code Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items with your 30-day FREE trial of Prime

Get FREE Prime Delivery with Prime

No hassle. No commitments. Cancel anytime.

**Delivery: May 30, 2023** If you order in the next 20 hours and 55 minutes (Details)

Items shipped from Amazon.com



**Smiley Face Pearl Choker Necklace for Women ， Gold Beads Choker Necklace Y2k Handmade Smiley Face Pearl Necklace for Women Teen Girls Gifts (Gold2)**

$9.99 & FREE Returns

Qty: 1

Sold by: MOLI Store

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

FREE Prime Delivery with your free trial of Prime

Fast, FREE Delivery prime

**Tuesday, May 30**

$5.99 - Standard Shipping

Place your order

**Order total: $16.68**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $9.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $15.98 |
| Estimated tax to be collected: | $0.70 |
| **Order total:** | **$16.68** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: COLORFUL BLING Cute Rings for Women Teen Girls White Gold Chunky Rings Y2K Jewelry Trendy Smiley Face Flower Heart Butterfly Rings Aesthetic Statement Stackable Rings Set -Style 1: Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/COLORFUL-BLING-Butterfly-Aesthetic-Statement/dp/B09QWL76Q3/ref=sr_1_108

**Collection Date**

Wed, 19 Apr 2023 11:58:27 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

oqjNNX2m0FZi0FNe+CYKYFJNlpE74icu29zCB+NrylmA3Iy8i87eHWDiAncOApUV8x+IGhfhhXskU29juB1hFsv/nibXg3tZPBD+2u8KxpWSIk6aS5oNv/JqXJZJVAukYVGmZBhLLScHzLO8XXEeLVvGx1T68Hlkbc+ObcMmRqE=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]COLORFUL-BLING-Butterfly-Aesthetic-Statement[fs]dp[fs]B09QWL76Q3[fs]ref=sr_1_108]]_Wed,-19-Apr-2023-11-58-27-GMT.pdf

**Hash (SHA256)**

55b84a5ccab2ea497b85ce2beaf4b92fa1c1140c5a4dfdee05d25d26e690793e

**Signature (PKCS#1v1.5)**

BRBktJYjVQdEjaRYRTMjdArVf/OqpRuUrxwBQIWTDCNjz3iOzsQ1E0Qizg/JKTRcagaiL2ttDo5+i+OIKK4IKQeUZLtvW/ul8nf2IOxP+caTooYx71VEAlOi+x9t7I6QsbuKh114QOnBrSP1hTW/f0+3EftY/5y7z6Qf+D+MJQ8=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Wed, 17 May 2023 09:51:10 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2001:ac8:9a:d::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

YcwNs+hWHK+Hna3TkhoM3hNCWu5l3eU1vbuGkskTRYfJA7kh4Wynh1zLjJ5TrqW7+57k1OkkVUUC3lkZLsNH0QbScvN4mN5BzzmUP1nhUD5PiNAJ/U8gDLwyFP82Xeszxv/yb
+mB2u6KMASdGHU38ufu3Hh2DP16LIHkMHi3g6uWm/9+Y8cmnSOEEthfnYmogiSzav4yN2LQAIBYROfVrlKyh18Yaq0KoNJa3XbT4hGWxZMwZ+kDL3pTi4HTfe20hgxkv70aYGLyrg0K2rFjf0op2nhOzTWbulWCx7pBMBdIchKc/2S25sgHFdAQxQpz4BS/fQIaCZr/FR20/rdUiw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Wed,-17-May-2023-09-51-10-GMT.mhtml

**Hash (SHA256)**

c66bac97abc9d074c0341708d6d5b8dbaf4fbbef9ae17f79e9131023302d7b65

**Signature (PKCS#1v1.5)**

mj8LRiPI2fVeDRUL4IGWEBZTd76O9i45wpanvwIpOWp14GZ/XAtXj5qCYaI+pcbcy58xApxeyIg3j9+qmEjzvzIangF9gzu8Wzp5UsFiASB/A5Xuy0lNOQa8JWeAwtlzwEPpfhRyb7mCryETaCsqvtuXJpOKhECQydLw2HNg/qnoNc9Dp84MaqtTqzwtnIR7LLdWshRCT9R2BXTLmRi5RCCb/
KPiqESzZlbZ06R55dHUvyrpf1qyQOThi8ZgSdspL4rhxagIMbFxDM+i55+zsAsnv+qXvm37r0DXwHaODKwIsPptgCAkAhK+DYRwA2cM261tEAgdtdg/Ic5tO+9vnw==



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 15 Jun 2023 11:26:20 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

202.83.41.44

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

prBys3mPMf2bCuLsuplMCz+VS9Rdj9CSbr3yZScdsSJ/F2roiX06CeI3tvsoXsBe6YaMtRxBWi7fEjuAnd0YFZTHxtfLaXEW0cp0RTYY6iGAjv3/LqgZNAfxHGzANfngA0mYcHGMMWIl691fVW1ZKMxGgEcz98gUug01Vc/gtoD1ZPMscd59zzbsPOoN/7r6FzkwzBtzjeHhyjdGJI6nTdbPY
+Rt8RdOMsjLYfEtcsl8muoPDpGjKSLUom4M1TEmDJ7qtEBvT5IYpJiA/JhYZSaE7ch24S62JMx3rPFXBaomSs4BwZujk6SZM07TnJ9Td2gFXApPuKUuaTgGZBIXaQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-15-Jun-2023-11-26-20-GMT.mhtml

**Hash (SHA256)**

f7b559477e656815116087ed114df8479eefe7f3e4c23e12b22e83e0bdb4d56b

**Signature (PKCS#1v1.5)**

Cpd1GzUaM4d5a3RPF+rOQbn3qL12vtuMee4T/InQl/2nQScwv4lNDzhN8b5mR4LUFIbvtfo4R5ILMcWTcBduGT+TDe7c0g3g7UzT4w4Dc4aSdQzUdwH1qON/tQZx9bhON6UVuzTXy/vwdbv62Oi1MGmikqwjDdIgqq/
BHUMRCb6ysW1bGqa1xQb6HMkIvdX2bwbG97UM076mG3IIXGqwsrN6xnxNxSkZfSNuOuTd1zxwSi867UJyLaL65/jWBXQDBdsoU1Ti2S6se4IrP62x/QN1GrnR2T4frWc2w6wdl91oeHPI179xc+G9VsCvupWEnMk7aaZqleM0HSjCfsm8+w==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

Change

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**
Get your Prime eligible items with your 30-day FREE trial of Prime

Get FREE Prime Delivery with Prime ›
No hassle. No commitments. Cancel anytime.

**Delivery: June 19, 2023** If you order in the next 8 hours and 33 minutes (Details)
Items shipped from Amazon.com



**666PCS Flower Smiley Polymer Clay Beads Charms 24 Styles Cool Fun Cute Preppy Beads for Jewelry Making Girls Indie Aesthetic Beads DIY Bracelet Accessories Kit 5m Crystal Elastic String for Kids**
$10.99 & FREE Returns
Qty: 1
Sold by: MontoSun US Direct
Amazon Prime eligible Join now
Add gift options

**Item arrives in packaging that shows what's inside.** To hide it, choose **Ship in Amazon packaging.**

Ship in Amazon packaging

**Choose a delivery option:**
FREE Prime Delivery with your free trial of Prime
Fast, FREE Delivery prime
**Monday, June 19**
$5.99 - Standard Shipping

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

**Order total: $17.75**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $10.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $16.98 |
| Estimated tax to be collected: | $0.77 |
| **Order total:** | **$17.75** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

AXENCIS
Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com: 666PCS Flower Smiley Polymer Clay Beads Charms 24 Styles Cool Fun Cute Preppy Beads for Jewelry Making Girls Indie Aesthetic Beads DIY Bracelet Accessories Kit 5m Crystal Elastic String for Kids

**URL**

https://www.amazon.com/dp/B09V26RXNX

**Collection Date**

Thu, 15 Jun 2023 11:39:04 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:93::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

FWV8Rd2CVPd+olgljf2CxqFbmgMFBf4+m85Oy4nzEaYTboHESmdbZfxplLzLmV+NaQCVPdbJdgn6BdBgKsKcSRa6lbYBnGwJWvlbzGZ+f8ndXvZKcmuFA4E7Kr6BTe9M4VazD1Fd1qPngB9KruJxgOzRONf2XhxtqcVDSjRCt6+bVCaAB9llnzd/0qnixezGDpTo2wO1TIAuQ7TgT1hr0nyHL
+0Gpl3wv/+bVbYhT9BSLFPzMdcNizEfHFN2+ayDxORNHPY5W+CRhqybncmUU4LRr88KDhi13YsGBgFYULDH80kZjlgv/A1gQ5JUOEaulfXBGtjx/bZxeAOAdhlWWg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B09V26RXNX]]_Thu,-15-Jun-2023-11-39-04-GMT.mhtml

**Hash (SHA256)**

0d8396ffccb780180c23604014810a2324aafe5f7ab0b8527be1d14825af515f

**Signature (PKCS#1v1.5)**

DQ14myCE9uWf9MbQ8y/Q6f9jFSFT574N7im3UVcnUbdPL7Jp/vNCDSXQJYP/8HfD7xOk58SixvYlpFKWbYE6fKlvU6Hv61tiSESGV8imFywnhqTCzRygcYE5szv6dtwFO3dW1IcPrYWKpV3eyGQe8a0O6bZrRJ+fHY+9On16l5f1RvkUeZTaVW9W9bqyTsFSH1LjbBXSqMjRbFcjigX45P
+mOBhECmBmLF+YPoPNdkG72XkXWD6rwO/fqQh8okfWI379PFRWRsZJFb56SpAP5qB/rfYq/Ala/T+VlgLUbFc2jGelsFfyD/kMGUvAaB8LdvjpiXdXhbhIluSCsdEoDg==



AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com | Vidayie Smiley Face Slippers for Women, Retro Soft Plush Warm Slip-on Slippers, Cozy Indoor Outdoor Slippers with Memory Foam for Men Women, Happy face slippers | Slippers

**URL**

https://www.amazon.com/Vidayie-Smiley-Slippers-Outdoor-slippers/dp/B0BZRCRMQQ/ref=sr_1_11_sspa

**Collection Date**

Wed, 14 Jun 2023 09:53:37 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:36::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

oC2ppQrldhy1zv3f6Xnnvob5EKvsoCLDAXqQuej5QLuB/OzF7HTrNYR/AHTEVeVCa69KAIzNAjM/EuOWvqVnkNy5MJ9Fai90mE8fclUao3iTVKm0Wm0SPTphGxqDCr1RD3Yz8zcDlYcFUvxZYGAYaZ5WMTc5TtrCfpFjuGo6t/8=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Vidayie-Smiley-Slippers-Outdoor-slippers[fs]dp[fs]B0BZRCRMQQ[fs]ref=sr_1_11_sspa]]_Wed,-14-Jun-2023-09-53-37-GMT.pdf

**Hash (SHA256)**

1c9a86f598fdac3a78c2f32cb43b94ee2fc19a8b1e23217d0879b5f6b8ec1d1c

**Signature (PKCS#1v1.5)**

JiojQWXZbfeP7v05Fsy6uOLadYsUlO0QxgxSCx26vrFe6tvwIi2fEl0oEcVElaco/CKYj2zz93zOGSXKxcm8Ng16758tjJyGlcVXFvuYh/0jvdHpaot844FZZBViQutCw8D2f8G2bgY/KZZrOI+7/zM+U/M139YrdZhOcqRado0=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 15 Jun 2023 02:29:05 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0d:5600:8:36::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

G/d6ykDg8BoR4woEXwb1hsPZtVfNH3w2lBZGvlUieOqzcc9/UuM63fCkPFdZnc839nO2p2ytkzDQzwy103D3FkNLah72/4ttKOA7sheR26F3S2GMrflQyKkgpalOGI5olQ/OeVRQjKBixnFwbpI3GEaULl98SaTWXC1G6Zc51I4OLH8AfPM003L6HsxpD0KC671LQ
+D4IR4zFp37coiawa5zuvOLHMSyr3ie52YmnSBhDpGdc/sgYFBd3jA57V3H3UaaO19OYwsD3R7peQNVnWLxKPGML6cyKOGE/GSDQon8rpdUYvEECfvmMWBf4Acw7e7Q++hf4QbRuZ6PusjXGw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-15-Jun-2023-02-29-05-GMT.mhtml

**Hash (SHA256)**

8ba02f723597cede5811f3f9f94a961f89a50288891d00caeb56be55a06bcd03

**Signature (PKCS#1v1.5)**

DFxjHj+Qby6YytEcVSRFAYq+fQlyEu4Y8IBWlEqZ7klVsqbvjd4koM6MfyZA/q/1cNx2u8x6rffIQQjhf1Xve7Y4b2Ubds/blPkJSYF9f5V8IUejVYUPZ6TO85KfQU5+fTnQRS
+03PqODTMTDZWc3BimMS7GwrPiEorceMUrp1T9OGwZgVKshiAI2+XXpGgMmMcpp0GpSElVNYyItLAir0ShQ8hsRYs4IZN9BVFlsNVxnF3ejUZpymJjwLmpLnS12mFGM2URLuUOzf8besX5IPQWy1kPPF00Tk0coI48hKk22cPbCKF2ClR42NC6C2/pgtWdaKrle2tIBnAMKale0w==


amazon

Checkout (1 item)

1 Shipping address

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

Or pick up near this address - See nearby pickup locations

2 Payment method

VISA Visa ending in 9985

Change

Billing address: Same as shipping address.

Add a gift card or promotion code or voucher

Enter code | Apply

3 Offers

Change

4 Review items and shipping

FREE TRIAL

Jade, we're giving you Prime FREE for 30 days!

Get your Prime eligible items ~~Sunday, June 18 by 8PM~~ Saturday, June 17 by 8PM for ~~$5.99~~ FREE

Get FREE Prime Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

Delivery: June 18, 2023 If you order in the next 1 hour and 15 minutes (Details)

Items shipped from Amazon.com

Vidayie Smiley Face Slippers for Women, Retro Soft Plush Warm Slip-on Slippers, Cozy Indoor Outdoor Slippers with Memory Foam for Men Women, Happy face slippers

$12.99 & FREE Returns

Qty: 1

Sold by: Moon Family

Amazon Prime eligible Join now

Add gift options

Choose a delivery option:

- Saturday, June 17
  FREE Prime Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- Sunday, June 18
  $5.99 - Shipping
- Saturday, June 17
  $9.99 - Shipping

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

Order total: $19.89

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Get FREE Prime Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.

Try Prime FREE

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $12.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $18.98 |
| Estimated tax to be collected: | $0.91 |
| **Order total:** | **$19.89** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: 50 Pcs Smiley Face Stickers for Kids Waterproof Stickers for Water Bottle Laptop Skateboard Computer Helmet Bike Luggage Motivational Decals for Girls Boys Teens Adults : Electronics

**URL**

https://www.amazon.com/Stickers-Waterproof-Skateboard-Computer-Motivational/dp/B0BMVXYTTQ/ref=sr_1_42

**Collection Date**

Thu, 20 Apr 2023 07:34:58 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

WUU+wkxTQpHcRuCQFSblUb0i3Y4rm+cJpLfreMW/ejlBamzC5++BHq3CgophqteQwqL2SXflthXSXKMJylyX7wIxGoTUJsXc/esoqu1WrammBV/Apo61hJiB2+wvWPTMs2Fwn0P08foAO0fq11IYZigluffgB5b9kROlAyBUKCg=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Stickers-Waterproof-Skateboard-Computer-Motivational[fs]dp[fs]B0BMVXYTTQ[fs]ref=sr_1_42]]_Thu,-20-Apr-2023-07-34-58-GMT.pdf

**Hash (SHA256)**

a08d81c9d77619a12d799b2461b64e0212df8b84f530a020b8bb80cbc609ba87

**Signature (PKCS#1v1.5)**

Yc3h0k1wK4D5V5hLAKtuguHnHg1DaCQ5cHsmUDnAWzgdjBXd/qXI2+bJcwRmv+7Tdgu9l2/e/rBDFXq4Xvl+tNAlUcX2d+I5jvrmrk1TvbaqESs/EQlhdrgF+fUmGenFUGyof04KyoAznac+YID+VNf6eKADrh6ucuApuO+DTIw=



AXENCIS
Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 19 May 2023 03:10:26 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

kwMNENcBykSE0/z+HAFOi4Ka1k0WcCDuxLzEyFBzOIefFWJ0rJgmK3jHa3T5GzvZgxgFkHl0YqB6IjrBC2UFlLw0PoXSCeO8BKCRapEO8hSxY4+GGeNJFejGDd/Rj2mf6C6UmkGDU1g3B/JtbD8rh04vXljPs2OEI+4Sjk2WVCwh82bHYJyRCZwQerdloDkX/
YuXVXiep4VXejX9IkeNgbT8pwBBZP4af2o0kd43O2ADP259wdILl8JCNUEB7P4H7yFFa7CZ/sQLwpcuuSL460gvjSE01CvUma+LppEFaM9WVzHe8QILJny6LjHpKPTUNb4dQlANZAUE0HEFj602Ug==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Fri,-19-May-2023-03-10-26-GMT.mhtml

**Hash (SHA256)**

34a9f0db1820a2d92d631fc216d6b8e63cb74b4874d17d4f7e91eed36e266ffe

**Signature (PKCS#1v1.5)**

c2/luhivQxh2TFk9ar7ZL1BWrQ3CA6Xe6H7/0cLHRv3DwL8saR3u4p7t2ww55PNvAY1mHInxZXkHwd7+LVL9RxbBFpHVg+iHIQjLyX3bmndSymkBXU6jh853fA2AlgUUiRqGp38c6ng90wrXIpBj4O68jxjWlVLM9I4aex5RI6+xM/
hkLFhPQkAXZgyUgA1GlFcwwRzfFPS0wiHM98j4zfsGEdStNHCW7lvvk3GqCYbA++FyIZhZZrKV3BtwX7qvio0eplTVsmDqEVIFszvDVLYZTbJH12dUbhE/4sDlIRp/EvKjyVl1G3WCzPtBMlEtM80g/abczHkQqBevwsT3FA==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

**FREE TRIAL**

**Jade, we're giving you Prime FREE for 30 days!**
Get your Prime eligible items with your 30-day FREE trial of Prime

Get FREE Prime Delivery with Prime ›
No hassle. No commitments. Cancel anytime.

**Delivery: May 21, 2023** If you order in the next 22 hours and 44 minutes (Details)
Items shipped from Amazon.com



**50 Pcs Happy Smile Stickers for Kids Waterproof Stickers for Water Bottle Laptop Skateboard Computer Helmet Bike Luggage Motivational Decals for Girls Boys Teens Adults**
$5.99 & FREE Returns
Qty: 1
Sold by: moonsole
Amazon Prime eligible Join now
Add gift options

**Choose a delivery option:**
FREE Prime Delivery with your free trial of Prime
Fast, FREE Delivery prime
**Sunday, May 21**
$5.99 - Standard Shipping

Place your order | **Order total: $12.40**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $5.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $11.98 |
| Estimated tax to be collected: | $0.42 |
| **Order total:** | **$12.40** |

How are shipping costs calculated?
Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Cosmetic Bags for Women Makeup Bag Large Capacity Purse Travel Toiletry Zipper Storage Pouch Make up Brushes Organizer for Girls Gifts (Corduroy Smiley, Pink) : Beauty & Personal Care

**URL**

https://www.amazon.com/Cosmetic-Capacity-Toiletry-Organizer-Corduroy/dp/B0BW98LWPK/ref=sr_1_158

**Collection Date**

Fri, 21 Apr 2023 07:39:19 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

lpoD9ymFlSjsMTMZILS6yHBuQABKXnyagKo8IoDZwDkdF86GJonflTB+EjpbeFv6ZowTgofPSzjOGxLH8Nk5D+DmPRhgN8vjcxwD09ku2HWBFj+jIZcHXGcuvqWjrjwf1nLRcvq1uiX1HpVlyFZiwkIleXB7+wo45dijC3n64eY=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Cosmetic-Capacity-Toiletry-Organizer-Corduroy[fs]dp[fs]B0BW98LWPK[fs]ref=sr_1_158]]_Fri,-21-Apr-2023-07-39-19-GMT.pdf

**Hash (SHA256)**

5663a759c43d8d33e775254e71858379ce3835edead720d5a245e7c52c114fb3

**Signature (PKCS#1v1.5)**

YBRDv3j8saJZ4xzY/u8W2axmKOr/2c1sRFPDH5eOOyGYTXGtPS2dK619FKSEuK0O8Wv68RqITazLxWbG+q2Yhsu7+JMJzD3d+ZIbLWWLgmi3ieuhb4GWmJ19tQC3OqpDTaAjbQ3nqQ0mRn6NfhUI37clUpyxZ5B9IUq1rqokRD0=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Mon, 22 May 2023 08:12:30 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Gn2i4lnUICk2IPF1qjS42TCCa07t3ONAPJ7T+WS1AihUicXpfThlADVqodwaVQ0msfplMUtpe0VkDssgXSDF97IpXUnv/4zl/LAAHEP7/LCIsr7xV5YZA8cd33fpqNviBdnwECwk0yztLfJHuKyFWjOcYzDV
+e/3TLLBJqYZpMdNUJStYkt4kpdxiCrVPGoemSlHOTbqGek4ngTiy51wjF7yhcE6O1w4n1Kxv0mReLWe15fMbdbmf1ubuuIJQHHvNENSaBzhQMokkKXEV7BZHxXCXnhHJWyzUSHtrGoqc7BW0l1GMcP5KVtmyAsmZ3X0ZU8w5MwaQQzeUvzwJJaCdw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Mon,-22-May-2023-08-12-30-GMT.mhtml

**Hash (SHA256)**

64a9388579330f5b6cefe7746d2b23adb9a9970ffbf5c8798685f4a4ee46743b

**Signature (PKCS#1v1.5)**

Vq26RFTq78r/QHtePo+JaNF62oFh9dfingnGpLLE8Rf8JGSmrVQZ/wr8+bhpeREaLeOLdElJoTdSK+kXgAzmXON5Qcf3x5QtAXsEQYQfwmWnGFYouZvhe50snp5BI5gkheyt40f3kQaq/fwgbEg82Cb9Qq5cfqs3A+Lw0JkLa1mIdtmjOc/7oo9jjZxIKupgxfjv2tUVOl7msKJafxbK+b+D2cvwc3C/
jzFsnZHO8Y7uVLd7hdyzrC2IjrQJZyS0bVJ+epWflH+2T38vqUwey6LRsbJU44nBJ2RzCvgZoSlmWwmHJ+OTFYvVBJDYH/OLC75tEYwaRkXEiom9d0I62w==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

**Or pick up near this address** - See nearby pickup locations

Change

**2 Payment method**

VISA **Visa** ending in 9985

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

Change

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items with your 30-day FREE trial of Prime

Get FREE Two-Day Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: May 24, 2023** If you order in the next 21 hours and 2 minutes (Details)

Items shipped from Amazon.com



**Cosmetic Bags for Women Makeup Bag Large Capacity Purse Travel Toiletry Zipper Storage Pouch Make up Brushes Organizer for Girls Gifts (Corduroy Smiley, Pink)**

$9.99 & FREE Returns

Qty: 1

Sold by: Moster-us

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

- **Wednesday, May 24**
  FREE Two-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Wednesday, May 24**
  $5.99 - Standard Shipping

Place your order

**Order total: $16.68**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $9.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $15.98 |
| Estimated tax to be collected: | $0.70 |
| **Order total:** | **$16.68** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Large Makeup Bags for Women,Smiley Face White Canvas Cosmetic Bag as a Unique Birthday Gifts for Mothers,Girls and Friends,Organizer Portable Storage Bag for Travel. : Beauty & Personal Care

**URL**

https://www.amazon.com/Cosmetic-Birthday-Mothers-Organizer-Portable/dp/B0BZDNX6NP/ref=sr_1_317

**Collection Date**

Wed, 19 Apr 2023 11:27:57 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

QOeLNsniLZl505vGG0VtVsMd7HQ7Ql6XbVLcIwMFlCHGOpftC4pxljgbFL483UmMnntKk8/n/gvUUf/g16DONUPkQRu28fJCIeADxtHCIy0T8wE+kY9AvgLFhXHgfgU0zEe/MFI7Ue6nDrlx3lBYkpW3kyBfgTGeNlGxGRMCVn0=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Cosmetic-Birthday-Mothers-Organizer-Portable[fs]dp[fs]B0BZDNX6NP[fs]ref=sr_1_317]]_Wed,-19-Apr-2023-11-27-57-GMT.pdf

**Hash (SHA256)**

459edf08ffa4623c946ad759739759c81c214133ab9a8b88a4b2db79a46ee23f

**Signature (PKCS#1v1.5)**

ktyryt17HpT5vc17/cUhTJVKw0Jikad/Gl/HnQJeO+f9sx+16+M6OV40Q5SKh3oICvKvyQ+7p7jFkzK5J5osLZUSANPeTgjmCzl0QeBDkcu62tUfvbuXcerwm59rqGJ5nyTVVvVcEgdb/O9E6yqV6CBpKXJ5LtITNNpy41Zg4w4=



AXENCIS

Investigator Name: RemoteUser2

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 11 May 2023 18:55:10 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

RemoteUser2

**IP Address**

116.68.105.210

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

FJwlU3HYN29wrR4a772qoyGZGWsA2OD3GFyHrk7RFW+ZREp5ATlIdiGeyYWi2q+eILWXUVgLxE3bEdp6tOX1r26l4W2BlmuhXpVIX/xGJZgXxZb9Sulxbg4ejaaa1zWRO0EqrvCKI2WriHxDdFgJlwK8ziJmm4k6rLVs6qySNxW
+Xs1eYDXVkfXjvRD01tWkZvKJPtx2SD5DZ4O5WdI4CxyqYOsb2cysuOyDp92gtonWV2uZl7PO724ZEyX5d/ZugVTSxv8n25/ym9/55O1uki7+Fp0cnrgFAjzx/vR+rl5KjRfRGH7GsOcWz8zQmLMR/GMBPhbfL/kscA1rmEiV6A==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-11-May-2023-18-55-10-GMT.mhtml

**Hash (SHA256)**

a93496c7d86ba0521762d8eb6f70ebed58051b318236136f65a2c4825a28f4e3

**Signature (PKCS#1v1.5)**

FqDDplqy6lXO/APcfXNBPePWjnYGI0bgJrB+2K34ezdkEd0q9b0pUGAQGBRRxPfoutdz9il4O9waHn35sAT8G51M89fKLe3Df+tTVY9U3aqmydYv6ml5VTHJj7ZJ0sAWEpj1UlWvjQFYkICLoRYqcv0InYqIxUJa/H6KPYUlbnweyHtgvhd3bDEC4H2trusEdCNKUHDYvBYsrv9x/
Fw9AEyxPHBPpH5g99d0P4UnIBJqCbaCgQu6E+l+k9kVHZXxKOcBXH3o37h7xiNlFI2KPxdSg072xQKmeVjMeLLO4a+lOwGpO/GGFRvwn28vodmaBgKGY8JLU0iJVnoAWW/HTw==



amazon

Checkout (1 item)

1 Shipping address

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Or pick up near this address - See nearby pickup locations

Change

2 Payment method

VISA Visa ending in 9985

Billing address: Same as shipping address.

Add a gift card or promotion code or voucher

Enter code | Apply

Change

3 Offers

Change

4 Review items and shipping

FREE TRIAL

Jade, we're giving you Prime FREE for 30 days!
Get your Prime eligible items with your 30-day FREE trial of Prime

Get FREE Prime Delivery with Prime
No hassle. No commitments. Cancel anytime.

Estimated delivery: May 14, 2023 - May 17, 2023
Items shipped from Amazon.com

Large Makeup Bags for Women,Smiley Face White Canvas Cosmetic Bag as a Unique Birthday Gifts for Mothers,Girls and Friends,Organizer Portable Storage Bag for Travel.
$3.97 & FREE Returns
Qty: 1
Sold by: mountaineer2023
Amazon Prime eligible Join now
Add gift options

Choose a delivery option:
Sunday, May 14 - Wednesday, May 17
FREE Prime Delivery with your free trial of Prime
Fast, FREE Delivery prime
Sunday, May 14 - Wednesday, May 17
$5.99 - Standard Shipping

Place Your Order and Pay
You'll be securely redirected to Visa to complete this transaction.

Order total: $10.24
By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.

Try Prime FREE

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $3.97 |
| Shipping & handling: | $5.99 |
| Total before tax: | $9.96 |
| Estimated tax to be collected: | $0.28 |
| **Order total:** | **$10.24** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

AXENCIS

# Evidence Collection Report

**Page Title**
Amazon.com: MPNVYU Bed Sheets Twin Size - Smiley Face Pattern Design, Soft Microfiber Deep Pocket Fitted Sheet & Flat Sheet & Pillow Case, Print Bedding Bed Sheet 3 Piece Set : Home & Kitchen

**URL**
https://www.amazon.com/MPNVYU-Bed-Sheets-Twin-Size/dp/B0BGN6N9X8/ref=sr_1_162

**Collection Date**
Tue, 09 May 2023 [illegible] (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
[illegible]

**IP Address**
[illegible]

**Browser Information**
[illegible]

**Digital Signature (SHA256 / RSA)**
[illegible]

# File Signatures

**SCREEN CAPTURE**
PDF

**File Name**
[illegible]

**Hash (SHA256)**
[illegible]

**Signature (PKCS#1v1.5)**
[illegible]

Today's Deals | New Releases | Music | Books | Amazon Home | Coupons | Pharmacy | Gift Cards

Home Décor | Furniture | Kitchen & Dining | Bed & Bath

Help their budget go farther
Shop gift cards ›

## MPNVYU Bed Sheets Twin Size - Smiley Face Pattern Design, Soft Microfiber Deep Pocket Fitted Sheet & Flat Sheet & Pillow Case, Print Bedding Bed Sheet 3 Piece Set



Brand: MPNVYU

$38.99

Get a $60 Gift Card: Pay $0.00 ~~$38.99~~ upon approval for Amazon Visa. No annual fee.

Color: Smiley Face - Print

$38.99 | $38.99 | $38.99

Size: Twin

Twin | Twin XL | Full | Queen | California Queen | King | California King

| | |
|---|---|
| Size | Twin |
| Material | Polyester |
| Color | Smiley Face - Print |
| Pattern | Smile Face |
| Brand | MPNVYU |

### About this item

- Twin Sheets Set - 3 Pieces: Includes (1) 66 x 96 inch flat sheet, (1) 38 x 74 x 16-inch fitted sheet, (1) 20 x 26 inch Standard pillowcase ( Pillowcase Double Side Printed)
- 100% Washable Brushed Microfiber: We use washable brushed High Thread Count (600) microfiber fabric. A lighter difference. A softer, finer touch. Provides you with a more comfortable sleep experience than organic and Egyptian cotton. No more sleepless nights!
- All-around Elastic/ EASY FIT: The elastic deep pocket design ensures a fitted sheet is wrinkle-free and has no slip. Deep pocket 16-inch fitted sheet reaches up to 18-inch mattress depth and includes all-around elastic for secure and tight fitting on most mattress sizes
- Extraordinary Printing / Design: Our top-notch aesthetic design team always brings you surprising and unique styles. Exceptional printing techniques give the unique expression of the pattern to your bedroom. Show it to others!(Non-fading, high definition, skin-friendly)
- Easy Care & Machine Washable: Easy care microfiber fabric is wrinkle, Does not fade, and stain resistant. Tumble dry or iron at low temperature, Machine washable so you can stay fresh and comfortable all night long.  (In fact, high thread count polyester microfiber will be softer after multiple washes)

Report incorrect product information.

100% Cotton Pillowcases for Health and Comfort
CALIFORNIA DESIGN DEN 100% COTTON... 110,238 $14.99 prime
Sponsored

Wake In Cloud - Space Sheet Set, 100% Cotton Bedding, Space Stars Rockets on White ... 12 $39.99 prime
Best Season 1800 Thread Count Microfiber Fade Resistant Bed Sheet Set(1 Flat Sheet,... 18,587 $26.99 prime
Westbrooke 100% Cotton Percale Sheet Set - 3 Piece Twin XL Size Sheets - 1 Flat She... 254 $25.59 prime
Brooklinen Bed Linen Set, Luxury Sateen Core Sheet Set in White, 4 Piece Set - Fitt... 1,296 $219.00 prime

### Customers frequently viewed

Page 1 of 10

Sponsored | Popular products in the last 7 days

Linen Market 4 Piece Twin Bedding Sheet Set (Light Blue Floral) - Sleep Better Than... 7,382 $23.98 prime
Mellanni Twin Sheet Set - Iconic Collection Bedding Sheets & Pillowcases - Hotel Lu... 338,895 $34.97 prime Save 5% with coupon Climate Pledge Friendly
Brooklinen Bed Linen Set, Luxury Sateen Core Sheet Set in White, 4 Piece Set - Fitt... 1,296 $219.00 prime
JOOKI Queen Size Bed Sheet Set Soft Floral Printed Sheets Luxury Brushed Microfiber... 40 $24.99 prime
Bare Home Queen Sheet Set - Luxury 1800 Ultra-Soft Microfiber Queen Bed Sheets - Do... 45,024 $37.99 prime Climate Pledge Friendly
Threadmill 100% USA Supima Cotton Sheets, King Size Sheets, 1000 Thread Count, Luxu... 687 $169.99 prime Save 10% with coupon Climate Pledge Friendly
Pure Egyptian Queen Size Cotton Bed Sheets Set (Queen, 1000 Thread Count) Silver Be... 40,974 $79.99 prime Save $15.00 with coupon Climate Pledge Friendly

### Product Description

**MPNVYU - Hotel Quality & Extraordinary Design**

**Decorative Printed Bedsheets Set 3PCS**

**Unique Advantage**

We have our own home textile factory, each product is produced in a "One by one" method, and the printing pattern of each product has been adjusted in the most appropriate way to achieve the best presentation effect. So you can often receive a better product than what is shown on the picture.

Moreover, our fabrics are purchased in bulk, saving more product costs so that you can buy better products at affordable prices.

We use the latest German "thermal transfer" printing machines. Its commodity printing range can be accurate to 1 nanometer. (We support customization, but we don't recommend it if you don't have a clear picture)

24-hour online customer service, the first time to reply to your message and help you solve the problem.

**Product information:**

Sized: Twin bedsheet sets: twin flat sheet (66"x 96") + twin fitted sheet (38"x74") 16 inch deep-pocket + Standard pillowcase (20" x 26")

Material Features: 600 thread count brushed lightweight breathable

Details: flat sheet - All around Elastic, pillowcase - zipper closure

Care: Machine washes cold/warm, tumble dry, low iron.

### Product information

| | |
|---|---|
| Size | Twin |
| Material | Polyester |
| Color | Smiley Face - Print |
| Pattern | Smile Face |
| Brand | MPNVYU |
| Number of Pieces | 3 |
| Special Feature | Lightweight, Deep Pocket, Shrink Resistant, Wrinkle Resistant, Breathable |
| Style | Smiley Face |
| Included Components | (1) 20 x 26 inch Standard pillowcase, (1) 38 x 74 x 16-inch Fitted Sheet, (1) 66 x 96 inch Flat Sheet |
| Closure Type | Zipper |
| Thread Count | 600 |
| Product Care Instructions | Machine Wash, Do_not_bleach |
| Seasons | All-Season |
| Item Dimensions LxWxH | 74 x 38 x 0.25 inches |
| Product Dimensions | 74 x 38 x 0.25 inches |
| Item Weight | 2.16 pounds |
| Manufacturer | MPNVYU |
| ASIN | B0BGN6N9X8 |
| Country of Origin | China |
| Best Sellers Rank | #2,493,902 in Home & Kitchen (See Top 100 in Home & Kitchen) #7,829 in Sheet & Pillowcase Sets |
| Date First Available | September 28, 2022 |

Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

Feedback

Would you like to **tell us about a lower price?**

### Videos

Help others learn more about this product by uploading a video!

Upload your video

### Products related to this item

Page 1 of 20

Sponsored

Mellanni Twin Sheet Set - Iconic Collection Bedding Sheets & Pillowcases - Hotel Lu... 338,895
Sunflower 3 Piece Twin Sheets Deep Pocket, 100% Cotton Sheet Set, 22" Extra Deep Po... 193
Threadmill 100% Cotton Sheets for Twin Size Bed - 600 Thread Count Twin Bed Sheets ... 6,821
Threadmill 100% USA Supima Cotton Sheets, King Size Sheets, 1000 Thread Count, Luxu... 687
Pillow Fight Knockout Luxury, Adjustable Down Alternative Bed Pillows - Best Coolin... 338
Brooklinen Bed Linen Set, Luxury Sateen Core Sheet Set in White, 4 Piece Set - Fitt... 1,296
Pine Cone Hill Silken Solid Sheet Set, Twin, Spice $116.90

### Similar brands on Amazon

### Looking for specific info?

### Customer questions & answers

### Customer reviews

No customer reviews

### Review this product

Share your thoughts with other customers

Write a customer review

### Products related to this item

### Best Sellers in Kitchen & Dining

### Inspired by your browsing history

### Your Browsing History

Back to top

Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You

AXENCIS

Investigator Name: RemoteUser2

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Sat, 13 May 2023 17:57:13 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

RemoteUser2

**IP Address**

2001:ac8:9a:1e::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

AqQUDyBnIxQ+Taqn/NQkVVCpOwAX8nILkm798oLy3YYrVkPJQT5c3X9hR7IhjdnIPjp1oH7e5i+k/CvvN2rf/HX4epR/EHYlQuNCf6ecWQGZU6LojpEKwKkuiEDSTqzGTrRLCxph3aXgrTMXU7MjVPuKhYeYGiYWW+wjOX1srFuaHIwjMeIxh6Q7qKUSTB/
zAkBzZCmmm84BcEn7KknDyrx3IH0ZFNiAGsE7X5RD+H1DsIweIlY/+AZXNCFgXzQA703oW7/4K8S6PYQAgPqeGNr/FqLIQNcrcxbmxvuM86B0c3+r+lS4II3dJGaxcu6wkx2ZAl9IZ1aid34aphGmww==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Sat,-13-May-2023-17-57-13-GMT.mhtml

**Hash (SHA256)**

eb777d1be47e033f30908cf554a7978503f562635b6244b271768925fb28a05f

**Signature (PKCS#1v1.5)**

MVyNRdxFlrzM199LpWykmDFDuB29LJE9JM9/orSWpZYlAnijG1hWlSLhhJ6XM9gm5Ph4BRNs7gpt1bX6grC+u/44Vod8Jud3FFKZxC2b19qcXBBNgzgKFw5e7LzrrU1+64LNFnG6RaLjMaiemaqkvSuiEzOeH+0DSik7epSMipO/JiUBn6kf26TVt7jbrSHurevW04T7+uA1+aJ8f1V
+4lrYeeSleMgqWVBj/nAi+D/Oox8rSFSvdydNDZPRFAkFENWrdTdQxsB8HBhiChGnpyQlibS3fZTsNF7/jqa65GYy1uVwXi6FWb7aHoYsfS8lsFAjUnpWy0hdPEGP/Q2OWg==

amazon

Checkout (1 item)

1 **Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Change

2 **Payment method**

VISA **Visa** ending in 9985

Billing address: Same as shipping address.

Add a gift card or promotion code or voucher

Enter code | Apply

Change

3 **Offers**

4 **Review items and shipping**

FREE TRIAL

**Jade, we're giving you 30 days of Prime benefits for FREE**

Try Prime FREE for 30 days ›

**Estimated delivery: June 5, 2023 - June 27, 2023**

Items shipped from MPNVYU SHEETS -US



**MPNVYU Bed Sheets Twin Size - Smiley Face Pattern Design, Soft Microfiber Deep Pocket Fitted Sheet & Flat Sheet & Pillow Case, Print Bedding Bed Sheet 3 Piece Set**

$38.99

Qty: 1

Sold by: MPNVYU SHEETS -US

Gift options not available

**Choose a delivery option:**

Monday, June 5 - Tuesday, June 27
$5.16 - Shipping

Place your order | **Order total: $46.88**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $38.99 |
| Shipping & handling: | $5.16 |
| Total before tax: | $44.15 |
| Estimated tax to be collected:* | $2.73 |
| **Order total:** | **$46.88** |

How are shipping costs calculated?
Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com : 6120 pcs Happy Face Stickers for Kids Teachers Reward Smiley Face Stickers Small Classroom Stickers Bulk Stickers for Teachers Elementary School Teacher Created Resources : Office Products

**URL**

https://www.amazon.com/Happy-Face-Stickers-Classroom-Elementary/dp/B0BN648YQN/ref=sr_1_163

**Collection Date**

Tue, 25 Apr 2023 08:22:15 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

nPePRnNeqUEFs9dN4yPUBwkKw/vVpft2P/0NDPR4ZGm9vCqefmEPzaFQc7rHrJvWsHKaEDWabF1kIKl2qSQXf5yPK6WYa+QF2sHHOF5IC+bYGYGe9JS0ndJxDkQgu5b/yRiJV9UDUCul8h2WfXP2M3091Zf6v2X7k1EzOeQv7CI=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Happy-Face-Stickers-Classroom-Elementary[fs]dp[fs]B0BN648YQN[fs]ref=sr_1_163]]_Tue,-25-Apr-2023-08-22-15-GMT.pdf

**Hash (SHA256)**

cf1ea280a3aef32c118d874dd7a727b30dc762fbef3b8c814f683f16c5003b0f

**Signature (PKCS#1v1.5)**

L2prtgupWosEnz2BJ6/5qPQf14WJsn3U7wqCqUkyCR5lcHMIN2sgCziazPP+lwylK8LkfAHzIpksCfiDXYTvfnvQR1+8X+y6wyiRv5/s04m5qtZ7sEQgrRofenkaw/vXIAye6f33v+skwLgVuwnlrb30cw62bmnw69pvafhoqvI=



AXENCIS

Investigator Name: RemoteUser2

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 16 May 2023 17:00:35 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

RemoteUser2

**IP Address**

202.83.57.61

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

EQ7djb2Aiaoa4ao4jqIHWlJYTciyaBL/tP1uAmqk1jeQFvlJ8kG4iTCip9uLxxVS8aqpftwYAC9EmYp4c8Bjm4dkxUIja2wPuFWD4cFgsmnET4ccg1mK26i7KgN0plkRNXCLTDP+9GpAz00AIOxlWVhTU06odNIn0Gl4MOEIbPjycQcQmHh3mYkEkqoJLX0Tv+qg
+uy9H0QdZXZGcy9iPtIUrJ3OfscHuZfKDGbW7JI0thIcEWoFfKCFc+bUOKXo+DX0L9LTZmxOqG1SlKDYePt+7i8gbjuzj+fOWDAyp0/28ypBU2nd30hT9qMoSB4RqPk/dYvUneC1t6jxV8Blrw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Tue,-16-May-2023-17-00-35-GMT.mhtml

**Hash (SHA256)**

8e28d0be31e32e5816298032ae2f1d7fa3eaf724d025bd35e58864cbab79487f

**Signature (PKCS#1v1.5)**

IjS0B29sa60JlR5kOGF8x4M/VMChDkvqJQ48FJIJnz7bm7FAFSh3/bO1NH/5v1ldRvmdy1W3wKWAGEJe3Dp67g2yCPXz109QmQmaMc4UlkQuqvGzbSBAo4VJqY+Mt/JCNyZnCBv6PPu49oSjt7jIagZd6tm4U+b1mr+TsdFzc/
nav0Cyne2SNKiWzAW4ekP1aoihp7Z6jrdYeeQ18KUMrrAbS3gqKVxN21FBstyEYxNUzHM0H7fMvQddKCw/uFi1J/DMAnX01d/toFcYzBdTqrTRI6rVzvt1s8yHIjRyO/Ywp21pEzDsKiiVF5pad1ubbJYyjZ5PqIgTfbs+N9HZSQ==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items with your 30-day FREE trial of Prime

Get FREE Two-Day Delivery with Prime

No hassle. No commitments. Cancel anytime.

**Delivery: May 18, 2023** If you order in the next 7 hours and 14 minutes (Details)

Items shipped from Amazon.com



**6120 pcs Happy Face Stickers for Kids Teachers Reward Smiley Face Stickers Small Classroom Stickers Bulk Stickers for Teachers Elementary School Teacher Created Resources**

$7.99 & FREE Returns

Qty: 1

Sold by: Mr. Zhan's shop

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

FREE Two-Day Delivery with your free trial of Prime

Fast, FREE Delivery prime

**Thursday, May 18**

$5.99 - Standard Shipping

Place your order

**Order total: $14.54**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $7.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $13.98 |
| Estimated tax to be collected: | $0.56 |
| **Order total:** | **$14.54** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

AXENCIS
Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**
MTKAEWU 6 Pairs Cute Smiley Face Socks, Lovely Smile Face Cotton Socks for Womens, Novelty Funny Embroidery Ankle Socks for Girls Boy at Amazon Women's Clothing store

**URL**
https://www.amazon.com/MTKAEWU-Smiley-Lovely-Novelty-Embroidery/dp/B0BPYZKKJK/ref=sr_1_41

**Collection Date**
Fri, 21 Apr 2023 08:17:00 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Chris Stavrou

**IP Address**
2a0a:1dc0:5::3

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
a1EFL9qQcsLi40jH68JrOfKBiX/u/e/bfmv3ZU9Ulsslvs1wLolzit49vDi8lrnr5hvm61hC0i8+4Er66d8pEvGSYyz7h5CD2BYJbYK0X/MUjQmr3CTdDUzyglyMAWh2bW4EtVGAcky1cTRraulp8VcyntR9z37RK+2echhAuEg=

# File Signatures

SCREEN CAPTURE
PDF

**File Name**
screencap_[[https[s][fs][fs]www.amazon.com[fs]MTKAEWU-Smiley-Lovely-Novelty-Embroidery[fs]dp[fs]B0BPYZKKJK[fs]ref=sr_1_41]]_Fri,-21-Apr-2023-08-17-00-GMT.pdf

**Hash (SHA256)**
0b74bdc8ba85da7b37f14837cf69062a3c896f9241f253ac4f62f24e0f20625d

**Signature (PKCS#1v1.5)**
DvSvFzEA3XWQpP4lPcAhlM5fO3ynn3EZoVVZZP32syqxMpUhKR4lNEawFO38jZg5ZW0SFoElSBWZGzlFjHwvGbtsofKJHLWUMVMSDSeEcRQ7MckHyZx5g81s9gpRQITYprhcaXCWmblDB0osyTf1WWxNwfY46ma46dtzxeas+UU=



AXENCIS
Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Mon, 22 May 2023 14:04:27 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

RNn90cczoywWAKeNcT8S39I+lyPNJ5hA9KekQNH3yNpF9SC9J2SS+nn+eu0gVA+B2x/5OWMD/y6kiQWIR7291lKp2+Nwhr607yD2rPeD7eRTXPABftXLluv6dhc1EAXJYQAR82num2uKifattjHa/ammabG0O/tRAet1NCuzr26szpZa6t3wlpu1MabY
+ZhTMzuWk5rY/6cnV18kKyeeDp1GZ92Njtiaxi0PKPNuNXtpqz1S85ugTQE4c/lgJLDO2wtlzS422k2x8HkH45qFFeRYbcM/YN+C+fHXtTREJbti9or23qGtvvkMSeesJsYbezfHy8WLXuxY5lIyjktIog==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Mon,-22-May-2023-14-04-27-GMT.mhtml

**Hash (SHA256)**

b7bcdd2817bbd48844d33ec52ba04095a9c668ba01cec05ca46f7ecd493d9a10

**Signature (PKCS#1v1.5)**

ZAVT0wvYc/g6iE8/EiD90qFn/3C7gEHwRn8zDxzPKxpzE9+nRiaxQjJbmUtWx2ypzUGFP3L5nluu9+5pIx/3s3ZzjQfJJBYDk/1pWz+h39qGYMgZYmKEbUCitdo84+syl9HIT9jSbrRIu69nHTVRSuCzaLcHcZWEWT3XKsBFHjjqvfwGza0O4rOLnr04H6f
+zYvMAgR6IqlPsNjdrh305kbBm5aArUvabyDIwRhrREwFpQQy59dvoDD/eGf52mtI9nVXcH6Hy0i+a8nAhlg28YBTExW+mUjbVk9D2DQzJtHeHtU9+w70eV95mvyXclzRYOTraP9VNCZV6cCAniXX5w==

amazon

## Checkout (1 item)

**1 Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

**Or pick up near this address** - See nearby pickup locations

Change

**2 Payment method**

VISA **Visa** ending in 9985

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

Change

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items ~~Thursday, May 25 by 8PM~~
**Tomorrow, May 23 by 8PM** for ~~$5.99~~ FREE

Get FREE One-Day Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: May 25, 2023** If you order in the next 13 hours and 55 minutes (Details)
Items shipped from Amazon.com



**MTKAEWU 6 Pairs Cute Smiley Face Socks, Lovely Smile Face Cotton Socks for Women, Novelty Funny Embroidery Ankle Socks for Girls Boy**
$17.79 & FREE Returns
Qty: 1
Sold by: MTKAEWU
Amazon Prime eligible Join now
Add gift options

**Item arrives in packaging that shows what's inside.** To hide it, choose **Ship in Amazon packaging.**

Ship in Amazon packaging

**Choose a delivery option:**

- **Tomorrow, May 23**
  FREE One-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Thursday, May 25**
  $5.99 - Shipping
- **Tomorrow, May 23**
  $9.99 - Shipping

Place your order | **Order total: $25.03**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Get FREE One-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

### Order Summary

| | |
|---|---|
| Items: | $17.79 |
| Shipping & handling: | $5.99 |
| Total before tax: | $23.78 |
| Estimated tax to be collected: | $1.25 |
| **Order total:** | **$25.03** |

How are shipping costs calculated?
Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.