AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Preppy Smiley Face Necklace Beaded Pearl Necklace Y2K Choker Necklace Summer Beach Necklace Trendy Colorful Cute Necklace Unisex For Man Woman Teen Girls: Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/Preppy-Smiley-Necklace-Beaded-Colorful/dp/B0BYD7SD94/ref=sr_1_198

**Collection Date**

Mon, 24 Apr 2023 06:13:17 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Au/Y05d4kJxB5/D+ob/G+r32sB2UiesMbDwuN+OdMETI2s+g9ZKeNqE7qglKshnmDcWhSOhf1FYvXz0JAYmJXqWJpP3Gn9Ft9kEIXk3oJMa5hQp5vZV0GeVePyun5YuqV3G9NS9iFgk3zJSQVrRNbRzPWINgoDgMbtCsDo0ubZQ=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Preppy-Smiley-Necklace-Beaded-Colorful[fs]dp[fs]B0BYD7SD94[fs]ref=sr_1_198]]_Mon,-24-Apr-2023-06-13-17-GMT.pdf

**Hash (SHA256)**

245d3debf591d6fbd2d2e50e3d355835525675f6daf387517ce8f2b016054fce

**Signature (PKCS#1v1.5)**

AgE9gFzkWRHmDliN24cRc5ERTdqm+kYGu4Vu76WFuAab2ubmDWS+0kapK+yHZig/9pgNAekOvx1WVGfJA04UQKKhbrkGKHhqvYlQH1YUGp5ApTpOIYvK8JlJPshurD/7w/BuJzdPkpHGAouxRfDdLgpeP09My5JaSEzbAIgGXdE=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 25 May 2023 11:57:32 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

116.68.105.188

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

UosP7DNE0sD1P9wg2PJMWGe+pWNh6pVVGaYIB890An87ii0cSXdp8BVYmKbP52OYQb329sEHzjSCnxiEj1f1z4OzVbE/SNtApKQvhYNScPh/UUmoVq8NWdWf+BVptAtVys9Y2x4V7tSMC6+dGywFrGRWl85HtIkKSD+nJ8dDBdg/G9RK7PKGnqwRzgQjb/K6iPVcTyPpILpAX0+aV9e/
nvzeN1bLDoXHFpxR7pAbSNbLDUboEWepdDWQ1QHcrQ3j9V5YPwcNHvYLjd1IRNOzL0mqUnldu7FiLzSDGPaHYAfk73rPAPciOI5YkOPbDSFShk9b8ZkwUcaTn6aGPkfeXg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-25-May-2023-11-57-32-GMT.mhtml

**Hash (SHA256)**

0e009a80f4d3ca9be79d2de79f1358420db5969a7806b2f7bbc7b9ac7307f963

**Signature (PKCS#1v1.5)**

IeFLrxtbVtJ0EOCP/Mi6WhRG8fHzlvnES1eykwL2+18+Kq1CJ+J6gP+quXZ4znKfmgA0Iz4FH4MorWjqgFDE5ik3srgIeidIWpWBfP8KUtxqW/X0Uwvp/7GfQAtnCZvXcnzYdWqA/ArxNwgQJi/FjGvqwGADbKBAuUlcsDPwJ/8WoTdoe3zjvY9jnRufRznMu4t+rcEpu3rbJd/6N33f6SnTGN5mMkX
+n7TZO5vB7UcyyU9cn7Mki7kTzj6T/EXKjLTrU1Svzyu/n62eGod1L+rc6jjLA6oALUwm1NXXKGIdUfeVJuppW5E/M1+Pnd7u22FkGJvbyHuOwOo46p4+1w==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

**2 Payment method**

VISA **Visa** ending in 9985

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

Change

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items with your 30-day FREE trial of Prime

Get FREE Prime Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Estimated delivery: May 26, 2023 - May 30, 2023**

Items shipped from Amazon.com



**Preppy Smiley Face Necklace Beaded Pearl Necklace Y2K Choker Necklace Summer Beach Necklace Trendy Colorful Cute Necklace Unisex For Man Woman Teen Girls**

$10.99 & FREE Returns

Qty: 1

Sold by: MY Sunshine

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

- **Tomorrow, May 26 - Tuesday, May 30**
  FREE Prime Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Tomorrow, May 26 - Tuesday, May 30**
  $5.99 - Standard Shipping

Place your order

**Order total: $17.75**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $10.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $16.98 |
| Estimated tax to be collected: | $0.77 |
| **Order total:** | **$17.75** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: MythDone Smiley Face Necklaces, Cute Round Rhinestone Happy Face Dainty Necklace Colorful Enamel Smiley Face Pendant Gold Paperclip Chain Necklace Y2K Jewelry for Women Girls (Pink) : Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/MythDone-Necklaces-Rhinestone-Necklace-Paperclip/dp/B09F6SY1YN/ref=sr_1_200

**Collection Date**

Mon, 24 Apr 2023 06:18:48 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Y561iOu/vleifqKtB03jMIm6kfY9favyJZ1Z/jn6mNZUeV1Hu1rcPLUIV97VFZYJTxPnFkaovnCMQb8Ni4agYUlCqZ8Me6HV/F8OBQZB6unlYPJg+l/mm5pSHxEdgwhD8JHSx9eAC/VLhAa31uP+ppp6B+mp9ssYe80AIkF0JZU=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]MythDone-Necklaces-Rhinestone-Necklace-Paperclip[fs]dp[fs]B09F6SY1YN[fs]ref=sr_1_200]]_Mon,-24-Apr-2023-06-18-48-GMT.pdf

**Hash (SHA256)**

5e78a6413256c6397087dcb26c9ab159a28095d64885c2fd2df0bb5382462287

**Signature (PKCS#1v1.5)**

Sf/tr3EZ4dQ4UwimfmCgGYajkUpG6c9lgF4vucH4EQU3uep1ETOu6bywmTfzlyE64F+M65vWU72CuBV+vxs9secUBOpk9C/6Ot1V5gPR0Z/0zjWsn5qCi0DFTTdEXUDfyk43SGMSrpBIJoV81Sym+UpHrAtnazl2mtKoeg+XhVk=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 25 May 2023 12:30:31 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

116.68.105.188

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

mQ4z8gIhYdp9IbjKL2C9spAqRGiUHbj28v3tDWmoEPU6+e3ZG3qcm+h0auQkQ/STNxpn1hJXqXPi5YFYef37qUroAZY6JHgMt6wgOygJlLkiaQZFoxQHY8CqnLXaU8L1LUVFt5TLmoMxvvq+C8c3lbbbJruTOZYYlDlu2qM5rZiA8+GcDrZVU49Fn9jy1hZsrG7N/
zGsf8HaiAC2NJlXMuvJ/6EeNWcx/yFZS8f3bNBxOqf4Aaq96Mn0mT068BA5Iq1YWcIxTXIrb45mLFCYXO/y4DHsM/dSp/I3RCXQtLaWVpBEPuBuHpWbEq/hTvXI/RwVnzUKwyP9v0/di1nnTQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-25-May-2023-12-30-31-GMT.mhtml

**Hash (SHA256)**

e8b20eff80ec898938349a36ebc912d32a96566f33a82884fa1fc5d5cb99b1b9

**Signature (PKCS#1v1.5)**

GlrKIc3yIIzpPWvYP3GoxOwMiVWvzLiHt3SaIjtyikyne+M/P06OrRG0EEXGEs01qn5S2UeFZLX+9Rb4ECtgQ03s/WomgiJSiG8xVN4/
gBq6WLNuTuilaRae1dc519L7m44Opn8qk4kx1dkfSIKBD9nljRsme1DV2JqnxsWesHO6MXuybk2HEQIvoLH6xcxQD80/88jGK7L6LWmT4fMXijeKkzSC98c7BMU9TOWLzFwGl7xFu8zdD3WRZXlBuy7lC1NEpxEIflWruuPGjzZhCNKEJrHHAxwW5dVgZdG5qrhMUjdYZ91LAw5io7aGwvQWu6sZ4h
GlhJMmFcAjdt8wCA==

amazon

Checkout (1 item)

1 **Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

2 **Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

3 **Offers**

4 **Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items ~~Sunday, May 28 by 8PM~~ **Saturday, May 27 by 8PM** for ~~$5.99~~ FREE

Get FREE Two-Day Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: May 28, 2023** If you order in the next 6 hours and 44 minutes (Details)

Items shipped from Amazon.com



**MythDone Smiley Face Necklaces, Cute Round Rhinestone Happy Face Dainty Necklace Colorful Enamel Smiley Face Pendant Gold Paperclip Chain Necklace Y2K Jewelry for Women Girls (Black)**

$7.69 & FREE Returns

Qty: 1

Sold by: MythDone

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

- **Saturday, May 27**
  FREE Two-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Sunday, May 28**
  $5.99 - Shipping
- **Saturday, May 27**
  $9.99 - Shipping

Place your order

**Order total: $14.22**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Get FREE Two-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $7.69 |
| Shipping & handling: | $5.99 |
| Total before tax: | $13.68 |
| Estimated tax to be collected: | $0.54 |
| **Order total:** | **$14.22** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: 10kt Yellow Gold Finish 925 Sterling Silver Womens Round Cubic Zirconia Smiley Face Halo Pendant 1/20 Cttw : Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/Yellow-Finish-Sterling-Zirconia-Pendant/dp/B0BLT26ZPT/ref=sr_1_355

**Collection Date**

Mon, 24 Apr 2023 06:59:12 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

WIfP7yIR38ZLuC+nr2cgAY1grTz/BguR6ZH6k8dg9isC6ONYv2AT4hJ+TXbHzd94Tdr4AT2LJKVlXtyed/D1cgsSHG9h5YOZQHAObmHwKtxauwIg4e86tjd25OzHZBIzoxWCgxCxI29bfZf7tEUZIicHthocgB+kM19b6228YGY=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Yellow-Finish-Sterling-Zirconia-Pendant[fs]dp[fs]B0BLT26ZPT[fs]ref=sr_1_355]]_Mon,-24-Apr-2023-06-59-12-GMT.pdf

**Hash (SHA256)**

24caf7f06e813cee1639a9579f4a8b296d648607dafa66bbaa1fa986aed4ca0e

**Signature (PKCS#1v1.5)**

LnmN5DCCvAk0V7nj+GVDDLsS4H2iSYVOWdgLpcYAGWgGexYzVkLYl2ISWef8d2ejQ9v0/atLJiNuybADYeCCYKCbW0N2DIR1ab9+yu47KL7QTV4uwhcfY/Qt0YrS6g0sml8cxwOrIltskts9gGE8Ag0JXcHgfiD5pM7b9Ld8DOk=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 26 May 2023 03:55:04 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

111.92.76.240

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Gm28GuCRy5G9waUI5vlL4hFBOG3plhTQEafkVeqVCulLcD+z6ue4mQPmHKM7aam4pfo4ZQ8N2KfUnO5bUiSr9oaJRPs2WLrT9HtJbgMHdY9toA0q+apkfkNYwkQ/8ajpXcTW1ZGQcJaQnnqX3ZtBg+/iw4lINWx9jybfaJhcRlP+NOqLLKklnjIJ3j40+defylF90mrv66sTxpRBLPE6QuVBhK066eP
+DTEKx6DK96J+8Nu+4FNAYD24jJVgYkM0DPy+Mmc5NwiT9n/G9RSvVtKM8Yzcz2iT+l+QueaL/6tTB3nT/uF0Rbz7Cd1UJDWjx/g5YmkdtpN9z7QWIyYK4w==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Fri,-26-May-2023-03-55-04-GMT.mhtml

**Hash (SHA256)**

78f72721e9ae14df1944c5bd483c1a8ef64b1cedc4e7913f8ae1c53e8f4c2b84

**Signature (PKCS#1v1.5)**

YEhKwowW6HBjEpiR9g+BJl1ZDfWI6nBvlJBZmU146M4Ze1Gex7XMvhblo4bxIouhIVUofDadYlYavYXRRUh5E2mkzJ4leIu5Q2tAN9L2s0TCQSKFOvjVVTjnKGokvAL7HE0ZgxiNDqXm/RPbKFpgi30t71J+q1nBGNYU8Cw70CUm9Mvxtd4St0wjRVuS9aTTM
+nG58OSGHMvwHEu9RFx8NtNIUoNr6U7uz0zaQd+tFJkcmQRh3XeYzKiXtor06nVEGVcSpn2Ho8VIMXOCeR5sVk/h2g3n2HZgtdAuLvnSDqVJX9RB6Jy8J2ohhg4UarAjCh6sbUXc9n5dC76/O8csQ==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

**2 Payment method**

VISA **Visa** ending in 9985

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

Change

**3 Offers**

**4 Review items and shipping**

**FREE TRIAL**

**Jade, we're giving you 30 days of Prime benefits for FREE**

Try Prime FREE for 30 days

**Estimated delivery: June 26, 2023 - July 6, 2023**

Items shipped from N D Jewels



**10kt Yellow Gold Finish 925 Sterling Silver Womens Round Cubic Zirconia Smiley Face Halo Pendant 1/20 Cttw**

**$109.99** & FREE Returns

Qty: 1

Sold by: N D Jewels

Gift options not available

**Choose a delivery option:**

**Monday, June 26 - Thursday, July 6**

FREE Shipping

Place your order

**Order total: $117.69**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $109.99 |
| Shipping & handling: | $0.00 |
| Total before tax: | $109.99 |
| Estimated tax to be collected:* | $7.70 |
| **Order total:** | **$117.69** |

How are shipping costs calculated?

AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com: 34Pcs One Happy Dude Birthday Decorations - Pre-Strung 1st Birthday Banner, Smiley Face Groovy One Cool dude Birthday Aluminum Foil Balloons Set, Hippie Birthday Decor : Toys & Games

**URL**

https://www.amazon.com/34Pcs-Happy-Dude-Birthday-Decorations/dp/B0C1X5LMQ6/ref=sr_1_69_sspa

**Collection Date**

Tue, 09 May 2023 10:22:15 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:93::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

QK4hy+uW1O5tktiERmp/8v/AlUdfcQRtClXHPag69DG2cSaLHOXWlxWykQUrWIITZtA2GRAmrnLFXDQguY5fhOLVelUESxI9Dudzj/T17n6sxnx5GU9zxL25vunRYScRjWZruCgHWg6kGVGinMS7sivm0aLI2HbmXnfH6O/qXRk=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]34Pcs-Happy-Dude-Birthday-Decorations[fs]dp[fs]B0C1X5LMQ6[fs]ref=sr_1_69_sspa]]_Tue,-09-May-2023-10-22-15-GMT.pdf

**Hash (SHA256)**

e6f214a7685550d4336408841a3c6038aff58c3a9868c4dd1c09b5a22e5e067a

**Signature (PKCS#1v1.5)**

WF8UVRNwX2mn3pRfBTu3yh1FXuBANEx9ZLpMFYYBXPS28v9OldpjSlF0NuDj4WpoXw0gPU9PAdI5HihXGcU0B6l3zB53FHQiuu78rBZc4y+LVL9zafK9s+FANcBqYS8c64/A/guc/mdilDzShUWxu9O8gHrT5sWNCxOGxoltW2U=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 06 Jun 2023 10:34:55 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

116.68.103.82

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

KVfPJPqeZASFDeuMv0EKfbUDtkl/BwKbUp6z0RmMmy2jqrZGJjm2ThMkCrLKvaHjVfErSPRe4U6sI0SsSbjlR/EEoVk/+mqlRIpY3AKSfxD5jNnywOJLx+Y9WV5+j5iCMjY5NvWBT1fsdRQk3mngkZx6EGU9Q4PQ/RKrTRqwS15DsBZZAP
+DfecGdrv5eWIdFGVNjYVrO60H3XvgBEoofM7YbegyR/B6ME5+YNtEDv+e//GEMJOTjh5zrVWjHop9Mka+AsMjwwcSXN0WKxkIeqwgb3s9zFOv+iffqUJpkRr3oGF2TpknszmPmOPIlVDbSlyFQjM7WSHOac1xqEy8DA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Tue,-06-Jun-2023-10-34-55-GMT.mhtml

**Hash (SHA256)**

fc14cc8b15782dc24589f9129dfe42b7a39a0ee164760a88fb060bb1bd5430c6

**Signature (PKCS#1v1.5)**

HbT815Kx3u2Qc8WHDMMsYeFJ+N35anlB/exMwis2rdqfzHkN0wOKi1StN4cNNkl5+sVxcCbtKFPn24aX3oMiayio0j6NupK3i49vrHJdlLyDgr3OmlWPTpXLO5br0NQauEFHmMXqI5hN88aaa+d4PDIudbE6AzTrn7qoYzbmRzepC/imhPc0BVrM49PvUkT2vB2qR5bqOYantVQ3ghprkMQEPDAc/
ZfXyh+AxZF6YMVF4iWmP0mpy+VZa/7XajvIHzIExGiaG49j56cAVDqUoYpRvGP56Z0V+6EvfDXoQsxZdL6H0gKsnTw1E/zrVtVmaKGY7xUAACpSZ8gmRMkm6A==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

Change

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items ~~Friday, June 9 by 8PM~~ **Thursday, June 8 by 8PM** for ~~$5.99~~ FREE

Get FREE Two-Day Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: June 9, 2023** If you order in the next 17 hours and 25 minutes (Details)

Items shipped from Amazon.com



**34Pcs One Happy Dude Birthday Decorations - Pre-Strung 1st Birthday Banner, Smiley Face Groovy One Cool dude Birthday Aluminum Foil Balloons Set, Hippie Birthday Decor**

NANAGALI

$17.99 & FREE Returns

Qty: 1

Sold by: nanagali

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

- FREE Two-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Friday, June 9**
  $5.99 - Shipping
- **Thursday, June 8**
  $9.99 - Shipping

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

**Order total: $25.24**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

**Get FREE Two-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.**

Try Prime FREE

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $17.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $23.98 |
| Estimated tax to be collected: | $1.26 |
| **Order total:** | **$25.24** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com | NateBur Smiley Face Slippers For Women Men - Retro Soft Plush Lightweight Smiley Face House Slippers, Indoor Outdoor Cozy Trendy Slip-On Slipper | Slippers

**URL**

https://www.amazon.com/NateBur-Smiley-Slippers-Women-Slip/dp/B0BK7VLMNF/ref=sr_1_296

**Collection Date**

Wed, 26 Apr 2023 06:07:24 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

qtEr+e2U/NlOV+Hq9sHwxzh9AKdq74b8pL35JtT3/RkKJWGm0d/knJXUw/wo846U+gsx3E1uuqylZHpxMi8+UuqRei1hXFWXwRAC3IKkrjdEyOJviBBvZYHAZqGg7LQSV4R3/GGW4VqAKnYhSTqYJRNUcqn4lHVvbc1o3NyaOEE=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]NateBur-Smiley-Slippers-Women-Slip[fs]dp[fs]B0BK7VLMNF[fs]ref=sr_1_296]]_Wed,-26-Apr-2023-06-07-24-GMT.pdf

**Hash (SHA256)**

9e20532ee1e9c0bc656b9e8e414ac913375e2e8fbfc233724910835bbb30f25a

**Signature (PKCS#1v1.5)**

D1jI5cRgghbMk6pjrgM6/t1/khNxma4c0ibdq7c+fXDcjCmcu7zwvLCZSqpAXA+U0FwKO/1/1rrSvvDrpgu89KpEfJkOn6/KVPcikXHNctDxH8lCK0SftP58HtoZOxkc5nt+RiRZVAAvdwf2mN7u+brn4Hchwy4z1te6E3WRM8s=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Wed, 31 May 2023 08:55:27 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

111.92.77.63

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Nm+rXM0GrpWT4bHJpyqee78lUcek/qCsPsT+s6mNhjx0S75tBQqAAukVSgvJnvVgyO9mMNilHQVxT4PdEzJO2wtG4G8+AfWL9lbaf3YFw+89+ZYJMpv1gWk9/o1GOEt0tCx1cD43ZjxGSnPst6vgXDb0b7p5sZ92DijJI4pw+m8mQy/mo/cC2aa13kT6r/
agLw1QcvoD3CeIHht7FGVfR5xa55iRwMrcklJy9dLNwB4Y+Islz7UjYUbJG+5qo/zbFzWaBM5eMfV8o/OejTyU/DRrKlWwktcl1vdiANu2XMUl0ERwJkNFI5q702w1AufoiP/H4GMWPw6+UQbAEwbqsQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Wed,-31-May-2023-08-55-27-GMT.mhtml

**Hash (SHA256)**

dbd4bf2baccdd41adf35aae78f2244f77137ddd11d46fcf5ffba808af0f52def

**Signature (PKCS#1v1.5)**

QPOb7R2rBAuOMoiAAUeMFUtMoCMEL/6CbpkvQSbWtm84E9YoNORBx+rxeuiMbeu4kpyb70/h859/mhGPi68piMJNAoF5Z+h0aO/0zoExjTq4M6K6ELAzzVJ3IBLWSnGgGVgJOWofGiVdezeXsWUB9Dc+qdusb76IrKjT9xWp98CHBtKcOsFgELr2bilFMbjw5S80H9qHBMCVKiTnajuQREICvjMow/
ZRcws8cl0trlbv4yMGX09FIHF4J8YsUF523uv9Bk1+eQYBJY4OApNZZMc4ghL3cdcOwkIyQpxunU4FYDANta7Bmcf2FBjKc7JnERaAgQ625KtCMS3x+IAsGg==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

Change

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items ~~Sunday, June 4 by 8PM~~ **Tomorrow, June 1 by 8PM** for ~~$5.99~~ FREE

Get FREE One-Day Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: June 4, 2023** If you order in the next 2 hours and 19 minutes (Details)

Items shipped from Amazon.com



**NateBur Smiley Face Slippers For Women Men - Retro Soft Plush Lightweight Smiley Face House Slippers, Indoor Outdoor Cozy Trendy Slip-On Slipper**

$27.99 & FREE Returns

Qty: 1

Sold by: Natepuz

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

- **Tomorrow, June 1**
  FREE One-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Tuesday, June 6**
  FREE Shipping
- **Sunday, June 4**
  $5.99 - Shipping
- **Tomorrow, June 1**
  $10.35 - Shipping

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

**Order total: $35.94**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Get FREE One-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.**

Try Prime FREE

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $27.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $33.98 |
| Estimated tax to be collected: | $1.96 |
| **Order total:** | **$35.94** |

How are shipping costs calculated?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com : Smiley Face Sunflower Neon Sign Light LED Smiley Face Gifts Light Up Sign for Bedroom Wall Decor Neon Lights Wall Sign Smile Face Rainbow Flower LED Sign Party Décor Sign Lights (A. Rainbow Flower) : Tools & Home Improvement

**URL**

https://www.amazon.com/Smiley-Face-Sunflower-Bedroom-Rainbow/dp/B096MCXGQN/ref=sr_1_14_sspa

**Collection Date**

Tue, 09 May 2023 08:41:35 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:93::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

nHZ9e1mOMbZXAhfnyrYaB+9p+RqApdUJq9Y9Y9PX8X89w3J0IZ6BNWqWbg4+cAQE2dkFVHOpwdcXhjCn1JFK40l60Bm2Wd9ykXhXH0T0oxEtYeqLAhhBZlnnQ33pDGcBx9MIrjhOlHjPs50wBW+y7fV+4Bo/4zA62T5r6B5Ysn8=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Smiley-Face-Sunflower-Bedroom-Rainbow[fs]dp[fs]B096MCXGQN[fs]ref=sr_1_14_sspa]]_Tue,-09-May-2023-08-41-35-GMT.pdf

**Hash (SHA256)**

d6c729cd5d2ea2f06663182ef6d10eb71765383ed3c9349d6c510e3d68de96fa

**Signature (PKCS#1v1.5)**

FDCwvZHcPsBC+bEf0DuZ4xFbRKaDWH+x8p8foQ31rKKqdaQe2Cg+/yKNm5za3+jESZ97PADPfdd+HMS1VUmlvVaWoD97MLKSf7Elzis54Mp5z4TbmvCNznt2G/LU93H+EEbYlRUmpHyoYH/7iyGkl4JcXRxLyGI5jJjn4tGICj0=



AXENCIS

Investigator Name: RemoteUser2

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Sat, 13 May 2023 10:39:07 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

RemoteUser2

**IP Address**

2001:ac8:9a:1e::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

fayViVh0jBWg+g079Q4vNNy5dEBYlI96zxBAZTAIGwe312/FOW9exQKSyxX6MT+wrOIxVbjbCbYWKN3Ww4uDlWNov3KgQjOZ28kmdECKCzLh8jTssYmxloIRmOcRqy0/54bcsWrS0jvfCP1oGQN+/qjPmq+9J0/TzMGHCwLBFfTfhoXOJgzSXnglk+fDwRPgzsK0yqJlJTy
+R7yaYeKhITk6RGculczUMfskMX8pUFslF1HwvMymA5HPGtTGEs/o4T1kVsA0BhKu8R80yleQKQzgOAO781ptJp+tuSqC9DPubUwyBpjBq4e9sy8w7Y9fkteHAgdjghH+uPBp9wM79w==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Sat,-13-May-2023-10-39-07-GMT.mhtml

**Hash (SHA256)**

35e41be1d3f0d63134098cc158c2671756b7dcc576d59505873a739e3d895099

**Signature (PKCS#1v1.5)**

Sg1Dcw2XniaXz5e1HJ92Sp+MgFZeXxzOQGzmUN54T6EfLnf+atwXHNfJ9ArYYPBAYmF6fNvEqEuqC0FAJ1AsPAsNhcjerYX0D4wEzqEyaGO7ZHjgKd6od2JRyzfBrYhZJN6vCCjCJ3b34TnfZTAuJoXjOfSx7tGG0XeH+uBXRjP9OX9W
+eV92KiWNNAMhfW2Dq6klFEOKe4DHlKRbhLsdV3m3ZGttdQQXsudSrhG1zEl31+qng2U+hVIA+kr9SqobFUe11LGH3RgV4AUwInONUN2GEQ8MpGpOuJBVBzWzdI4QA5cE3ESnumFworP5kMN8qyQ8cKhkqy/VxgUxz+vZA==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

**FREE TRIAL**

**Jade, we're giving you Prime FREE for 30 days!**
Get your Prime eligible items ~~Tuesday, May 16 by 8PM~~
**Monday, May 15 by 8PM** for ~~$5.99~~ FREE

Get FREE Two-Day Delivery with Prime ›
No hassle. No commitments. Cancel anytime.

**Delivery: May 16, 2023** If you order in the next 17 hours and 20 minutes (Details)
Items shipped from Amazon.com



**Smiley Face Sunflower Neon Sign Light LED Smiley Face Gifts Light Up Sign for Bedroom Wall Decor Neon Lights Wall Sign Smile Face Rainbow Flower LED Sign Party Décor Sign Lights (A. Rainbow Flower)**
$39.99 & FREE Returns
Qty: 1
Sold by: Neon Journey
Amazon Prime eligible Join now
Add gift options

**Choose a delivery option:**
- **Monday, May 15**
  FREE Two-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Friday, May 19**
  FREE Shipping
- **Tuesday, May 16**
  $5.99 - Shipping
- **Monday, May 15**
  $10.87 - Shipping

Place your order

**Order total: $48.78**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Get FREE Two-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $39.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $45.98 |
| Estimated tax to be collected: | $2.80 |
| **Order total:** | **$48.78** |

How are shipping costs calculated?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com: NEQTSUM Smiley Face Slippers for Women and Men,Sandals for Girls and Boys,Indoor Outdoor Open Toe Spa Bath Pool Gym House Casual Shower Shoes,Quick Drying Bathroom Cloud Slippers EVA Pillow Slides : Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/NEQTSUM-Slippers-Sandals-Outdoor-Bathroom/dp/B0BX49L2V3/ref=sr_1_50_sspa

**Collection Date**

Tue, 09 May 2023 05:02:05 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:93::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

OYUw6c5XLPBFYUmb3OfDyOO5LxJBKEFg4VDO31KkzAht8BiOOy/Coyoh/GRKIAK5GGgCy4bno6ghuMixLvpjqkhMHG9v3v+yoRTKrZNYfepkSCWvhyaS/WJ+/hPa8+dbKjFzmgw5J4uEaLZycUtG+W4mmUhKotOACtOS6BD3/jg=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]NEQTSUM-Slippers-Sandals-Outdoor-Bathroom[fs]dp[fs]B0BX49L2V3[fs]ref=sr_1_50_sspa]]_Tue,-09-May-2023-05-02-05-GMT.pdf

**Hash (SHA256)**

e74629e9ef6c6f952ed947cb96af1ccefc8cf49520257e36e6b8454aba0d2e78

**Signature (PKCS#1v1.5)**

TtdkpuzWrVDhXRkgc29EYKg2DQSywGvA3/YQO+PldTr4uEMb/sMYSyJDEaTrNU3+ywHyt1DMLFlPhCf5XYFCkyb6ClmYkcuBpBMf4rJd4bZZPEv8QKrRrKrlfwuHJd2VlJfewCkloQSb8zqtlk/tUJAb7rO4U/2XWnRWp0OAf8=



AXENCIS

Investigator Name: RemoteUser2

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 12 May 2023 09:05:48 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

RemoteUser2

**IP Address**

2001:ac8:9a:d::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Sq6ZPlVxCbG/Ku+vHyI54PAUwvBtPrKZ9jqXu+cuHtuRU7BRZ0Gn6bMk/JWKeuTHlUgI/GJqFJXkY4AG2rs8+9XeGzXYyNRRWiAX44MPAzIlRnLiXookqiFwTGMn+Ux6IjY6GLUciBGimkFlxhrnYk/w6lD1UZr3iZKEuQyIenilNHF79+o273/btGJk21bKuGqyr5PXNw/RZZEjG+
+8B5IPVZsodiPV1VbjZOVpLmh0GogDA0tENoTRK6SKRzDvAdD7bCoE6Lh9meMVupGlA7JQBeoG9OBoUy+CncmI2XeOjflDHW/OKkCKYWdcHHVqG5281fOBRm2gS7atTXWDrw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Fri,-12-May-2023-09-05-48-GMT.mhtml

**Hash (SHA256)**

73d18731238c1cf5c43fd254d9938b552e32a6cac41f66a7515c596ef42ab879

**Signature (PKCS#1v1.5)**

IlCbKpnXqimNpmDqHbS8ChjfyoHZuslRvjSzsJRrZ1zTsHFApZoiXAFA/CQkYSRkzaGDHZf+549vpFLpxU9wuOczhm9AKuGDmps+MxrvptdJANwphszK/YAedZb0L45OFFpUAnN1pXyIJBvg0SpUHF5HhKylKhltP5yzAGoU8yM/khX+I6RWwf6T6ndlzM5mtyrXMhsEBR1CQwhhydkM4T/
F8kNFk7WpF7/YHz/RAqaK+YvCZ6t+dlVpomhE3MuEZICKG+p0GhrV1MFn9BQjtj+HEfja8vKjiRXmpa2ZqXfWSgXpX4E9qfNVXbbGVNc/aVXPr1ihRb6ZncSdJEaLHQ==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items ~~Monday, May 15 by 8PM~~ **Sunday, May 14 by 8PM** for ~~$5.99~~ FREE

Get FREE Two-Day Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: May 15, 2023** If you order in the next 18 hours and 54 minutes (Details)

Items shipped from Amazon.com



**NEQTSUM Smiley Face Slippers for Women and Men,Sandals for Girls and Boys,Indoor Outdoor Open Toe Spa Bath Pool Gym House Casual Shower Shoes,Quick Drying Bathroom Cloud Slippers EVA Pillow Slides**

$14.99 & FREE Returns

Qty: 1

Sold by: NEQTSUM

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

- FREE Two-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Monday, May 15**
  $5.99 - Shipping
- **Today & Overnight**
  $9.99 - Fastest Delivery

Today 2 PM - 6 PM | Overnight 7 AM - 11 AM

Place your order **Order total: $22.03**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Get FREE Two-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $14.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $20.98 |
| Estimated tax to be collected: | $1.05 |
| **Order total:** | **$22.03** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley Face Trucker Hats - Jesus Loves You Hat, Adjustable White Mesh Foam Baseball Cap for Men Women at Amazon Women's Clothing store

**URL**

https://www.amazon.com/Smiley-Face-Trucker-Hats-Adjustable/dp/B0BHYQ6C7C/ref=sr_1_167

**Collection Date**

Tue, 25 Apr 2023 11:23:28 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

morw4P4CRGSJ+WSs1ORc1h0RXUgUwzVVZUmZ3btzQ4gxZAo9gOkSJgQ/QOLqUqZ2K+fWUVE92oGWSzFmXmvB1yqHiQPfuye9pKA7nvomUlxEXTQ2Z7EA9APQ3LpWiH9Rd/Bajtgs57To584dW5NpMVrsp/GvJotZIu+gFljszTk=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Smiley-Face-Trucker-Hats-Adjustable[fs]dp[fs]B0BHYQ6C7C[fs]ref=sr_1_167]]_Tue,-25-Apr-2023-11-23-28-GMT.pdf

**Hash (SHA256)**

286b881d04261d681bb6d5f787eb08387dc9032cc89524f6386b5c369d411aac

**Signature (PKCS#1v1.5)**

PPk2xffNgyej0Icta0bO5GYqVu0KKAZ9byjECBYvAwPWItg5LDDJpIOMPMNKm6x24k6Qrhnvxzeog3rNL972sY10+Z5378srN7aG5uzAtZ4IHn6V7zGInnByqojqCXyDLzGf5nuF1uD/D5tWMRugowKObaL9zbrEq4XJOHtlvkc=



AXENCIS
Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 30 May 2023 00:28:28 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

202.164.136.95

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

URA2hIvthFOqq2G9JI7ll3TjTZi62f1VjR3l9ljvFjSTtRyZIOy6J0tUFEoeM+1BwY6uJK26PcrvmRmszpAGsO+nuoTiuc0a5/BrdV61yEES94O2hIUAUYnJ9eZQqEc4j2gc1Ys+BpoUYoELX15GscwaN6oUIlGYVzV4GnlDPrpYHOiNoAnXhnconZJVnympuNLFGO
+wgRS3PINJQaeXkHWb65CJommHYer47fpp3aqpFNwvSBjP05PUGTGYUijsYbN4Vja8nqBDcKik3x0jORws0xJ6zgVi66XnClxin2wzMk6WSgSbe132c6d8pCh9EI137jLkmvCe0+PGW3zg6g==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Tue,-30-May-2023-00-28-28-GMT.mhtml

**Hash (SHA256)**

f23e00b5b76b54f4f9f3db4df34c2bd97e93c5eb7f7de3e694596ba88d895aeb

**Signature (PKCS#1v1.5)**

RuuctnC4euDFQf7y9PgXTMMP1roWR1bju9yFdGwHJV5fDTzkapM102MTKz/eQRyuMky/IaCC8FsnOGjhMZrquVw7XkhlnOCUUDVZ45kozXPNlgvb30iBzMN6BRW6Gex1js1hoWv4snvJQTD8grtPPJ6BK5m3EaqhRnthzHAu
+SZWPfSAkOal8+H4zP0jQrPsEMyRrU4Rqt5xMTs79rgkZVQfOqvyJK5+BM5q1EEq9BbNGN7VmOXX/TG5Qe9UMew5T+a2XXiQFpBsb9uDXD2EzG5J9PtsXlMoCGcZG5RQT7ZtNwwC8nQEGVdVqfDzP9N9Z2w0773EDEGuS9fNn49/Ow==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items for ~~$5.99~~ FREE.

Get FREE Prime Delivery with Prime

No hassle. No commitments. Cancel anytime.

**Estimated delivery: July 11, 2023**

Items shipped from Amazon.com



**Smiley Face Trucker Hats - Jesus Loves You Hat, Adjustable White Mesh Foam Baseball Cap for Men Women**

$18.99 & FREE Returns

Qty: 1

Sold by: Newbachton

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

- **Monday, July 10 - Tuesday, July 11**
  FREE Prime Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Tuesday, July 11**
  $5.99 - Shipping
- **Monday, July 10 - Tuesday, July 11**
  $9.99 - Shipping

Place your order

**Order total: $26.31**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Get FREE Prime Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $18.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $24.98 |
| Estimated tax to be collected: | $1.33 |
| **Order total:** | **$26.31** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com: cobee 500 Pcs Smile Face Stickers Rolls, Happy Smiley Face Kids Award Stickers, 1in/2.5cm Teacher Incentive Positive Reward Stickers for Kids Toddlers Classroom School : Office Products

**URL**

https://www.amazon.com/Stickers-Incentive-Positive-Toddlers-Classroom/dp/B09JCDH5D4/ref=sr_1_18

**Collection Date**

Wed, 14 Jun 2023 08:39:52 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:36::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

mzDEpTCZHev4pkilusCcEp1fSoDzUbNNT7CsCNVsuQwzNNNnybhIKHMmovVsu4rvWfp8voYGUIHgRjh37zL9/ciq2ydGd4WPNRTaz5dxK/RDWqLa2nDKewoH+0elda9aj2mfJalJtCnIcl/Pxoe3771ADK1hmPaCAAV1PJsRrKE=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Stickers-Incentive-Positive-Toddlers-Classroom[fs]dp[fs]B09JCDH5D4[fs]ref=sr_1_18]]_Wed,-14-Jun-2023-08-39-52-GMT.pdf

**Hash (SHA256)**

1a69b43ace03ab9654a797771c36fcab17efde62c880be6de4ce20720937227b

**Signature (PKCS#1v1.5)**

pEy60jgcZfld30ghq2tTfhlau3DtuJtx2EP9jLVaP3ZsZ1LFaaGrReYViYPnl1Nubmy1A6pCQrynA3PRtesmUpgn471IHmd85HRbgSrcT9v7RX1+djW9GgEvZo8LjTWgP6K2F7IL4IFprIONSsr7jmSu3FXrN7lyDu+xlPsoYr4=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Wed, 14 Jun 2023 13:33:29 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

202.164.131.66

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

AdxfRgEr6pPVt/VbIA90d0HU5OWLiNVhxu3QaPVt5CNyt0YH3qRUOlYGdZKdbDlbjGAFVLmCskK1QNsKGU5DE+Bza+R6nZy+2fJGwlPi6Jgn6J6VO9Wtt8UEvx
+AXM825jWDQjLINxQcZTm8jUveooKgU5GYm3CHj80uCmbvA663jxJOnBr4WcNBljDJq6dQzZm6UYCaDtaAuLH5SLWM4jxUeoIotLiOnk4L3gKfNTdNeRA7xl2LlVqOgfklt1vDpp45QL1UjyuvtinAL4M8Hwdb+/4K00BuuhNYVRlVQaUN7ZkA4DKVE8oVPg2sBKVtFAQSQXH/
frpqsOymtQU8sg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Wed,-14-Jun-2023-13-33-29-GMT.mhtml

**Hash (SHA256)**

4192819d8facd1abd3a5fc2e240632ead27ec2fa081408196d388aa15c51cac3

**Signature (PKCS#1v1.5)**

SzMcBS/Y2TcZvWCcncCl0Q7hQMVgZTj/f8H01FHGq5cFT/khYz0DRpZyKVV7jhgCPSfM6/ER0DWJJquUdzY7ndWTJT6/NPlVfDxZ9oTCndvaOx9k6/qtjJMK8jmMa42jgsrZNFzNLqchek3LCGSyIB8yNXxDC48cKPeiDbqODxdKBUiaa/kFUOBfrY8NwbWTO6UCV5QNz1i0x8ItOQRLF5E5fIHFF91i/
X3TGPRKoJTx3mWc7fOcIi5p/AsVMFs/6M3N/YzlHWdUg22Px17HhyPiHkgQJbikamY7xR0kHBeKTbEh1BX0K0e/dvbbrblA/Cy8QNEeJcv4I+o5sqs2EA==



amazon

Checkout (1 item)

1 Shipping address

[redacted]

111 NE 1ST ST

MIAMI, FL 33132-2506

Add delivery instructions

Or pick up near this address - See nearby pickup locations

Change

2 Payment method

VISA Visa ending in 9985

Change

Billing address: Same as shipping address.

Add a gift card or promotion code or voucher

Enter code Apply

3 Offers

Change

4 Review items and shipping

FREE TRIAL

Jade, we're giving you Prime FREE for 30 days!

Get your Prime eligible items with your 30-day FREE trial of Prime

Get FREE One-Day Delivery with Prime >

No hassle. No commitments. Cancel anytime.

Delivery: June 15, 2023 If you order in the next 10 hours and 11 minutes (Details)

Items shipped from Amazon.com

cobee 500 Pcs Smile Face Stickers Rolls, Happy Smiley Face Kids Award Stickers, 1in/2.5cm Teacher Incentive Positive Reward Stickers for Kids Toddlers Classroom School

$4.98 & FREE Returns

Qty: 1

Sold by: Newjusy

Amazon Prime eligible Join now

Add gift options

Choose a delivery option:

Tomorrow, June 15

FREE One-Day Delivery with your free trial of Prime

Fast, FREE Delivery prime

Tomorrow, June 15

$5.99 - Standard Shipping

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

Order total: $11.32

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.

Try Prime FREE

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Order Summary

| | |
|---|---|
| Items: | $4.98 |
| Shipping & handling: | $5.99 |
| Total before tax: | $10.97 |
| Estimated tax to be collected: | $0.35 |
| Order total: | $11.32 |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Smiley Face Stud Earrings for Women Girls Men Stainless Steel Hypoallergenic 16G Screw Back Tragus Helix Cartilage Piercing Earring Studs Personalized Jewelry Gifts Bff Birthday (Gold): Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/Earrings-Stainless-Hypoallergenic-Cartilage-Personalized/dp/B09FLRHYPN/ref=sr_1_229

**Collection Date**

Thu, 20 Apr 2023 05:29:43 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

IGqZmDMpDtUbquOi1c8YyZeO1Ws4WvZtXr1F+6NJCFUAqJ744f9romWEWckE3+lPAg5xEfcpMKIRfFX1ZBLQ3HgTdEiQLNf37g+lvvcPm2PxNgN+b67ifkLSdi88qE41qEf8Muv632Elnnpw8yc4hNYaMKOZjHiyQYIPSx1nSM4=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Earrings-Stainless-Hypoallergenic-Cartilage-Personalized[fs]dp[fs]B09FLRHYPN[fs]ref=sr_1_229]]_Thu,-20-Apr-2023-05-29-43-GMT.pdf

**Hash (SHA256)**

7531c776f043cac1d348a5504e9f5454548e02f996550e5c33e6e63a4ead47aa

**Signature (PKCS#1v1.5)**

MMz2zu8wN3mcguXIlPGd8BXtoapKwLEM5v/R+hgD+ppJG3UcKqxRpR/07BwCMtGkvWN+HEHvbXNoAL6aoCbRdVMD4igexaq9MMMz6vuB7SXSVJ73pbbHG65LIXg69I9qHIKGEYAuSoGwFyufdzDhE+ZHGqI0NhqPrTV9sBcoTWs=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Wed, 17 May 2023 17:18:04 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Db8rpGafcIzpDwdt3nt6DREOByInpl2yQJlxZ0jXjF0n2X9hss30PY6cTg9JPKqgUivwGZOPmjw7R+nka8YrnmmsFVxxB8/8BsYp4sypwYm8P2FS/NPD/u5Syk6mqFuibiyyVUFjV8M4hXRmIYWbHlDgxsoV+SZFUJlbtkDw+7P8skQcH4mtSWaEB3T
+FoOlFVIb5ct1VmSWNAdr0si6Ck3GnSLB58EZgoG5CzvHg/JJvGxMpzBnmWjJnbXBkOi6cwu+noCRbnlyDmAUG0yY7Pn/UOm9ZtaBijPW1z7kfs+8IFq3AEaz/qGRV+7soD/QXJ73WHzwA/MQGEhO6FKA5w==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Wed,-17-May-2023-17-18-04-GMT.mhtml

**Hash (SHA256)**

b3ea03a1b27d7a2b0bd3600f11d66c520b8ea1d0bf9fe1746d7d9743d2dbe886

**Signature (PKCS#1v1.5)**

HxtTNb+b5HrNuHYmDgY4HB5rVkvpRQ+4bHzfH5aA///IG8cS1fW5bkeivmdX/uOkg4PsE8kCRng967d9WIoVOM5TWdqMGkD6XLBTZ90iVx4I/oZRfbWe65tsYhakuTMCIrw+xc94F1BQNNzdNpEwFosfN2Z2Z58gQDHGZ6ySbGZClbcX3xTP53e8JDa9pD3V1WajqYPjs4UP03alDY3M/
IpvY7Ry32fUq3f8mhMZxWoC5ar2gnsK2UYPmGa5PwdTuLhneKMDmzMic04qH5d9mHquAJlFX+EXzuE3p6WRVUGAY47nl1Z/BVf6dozkXG1xAHXVLbCX3B44iNBSsNJAfQ==

amazon

Checkout (1 item)

1 **Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

2 **Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

3 **Offers**

4 **Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items ~~Sunday, May 21 by 8PM~~
**Friday, May 19 by 8PM** for ~~$5.99~~ FREE

Get FREE Two-Day Delivery with Prime

No hassle. No commitments. Cancel anytime.

**Delivery: May 21, 2023** If you order in the next 20 hours and 26 minutes (Details)

Items shipped from Amazon.com



**Smiley Face Stud Earrings for Women Girls Men Stainless Steel Hypoallergenic 16G Screw Back Tragus Helix Cartilage Piercing Earring Studs Personalized Jewelry Gifts Bff Birthday (Gold)**

$7.90 & FREE Returns

Qty: 1

Sold by: NewYongDa

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

- **Friday, May 19**
  FREE Two-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Sunday, May 21**
  $5.99 - Shipping
- **Friday, May 19**
  $9.99 - Shipping

Place your order

**Order total: $14.44**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

**Get FREE Two-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $7.90 |
| Shipping & handling: | $5.99 |
| Total before tax: | $13.89 |
| Estimated tax to be collected: | $0.55 |
| **Order total:** | **$14.44** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

5 Pairs Cute Smiley Face Fuzzy Socks for Women Warm and Cozy Winter Socks Solid Color Soft Cabin Plush Socks (Multipack-5 Pairs,One-size) at Amazon Women's Clothing store

**URL**

https://www.amazon.com/Pairs-Smiley-Winter-Multipack-5-One-size/dp/B0BKTPXQ9B/ref=sr_1_99

**Collection Date**

Fri, 21 Apr 2023 08:35:27 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

pT9jC6m/zl9FZRxov+5oMUHqvpUBbip8jF1PJ4K7TrzreEn12PrRmnurx0VUD2VubSEjWsDARYtjquPc5ZvTQjwBVeVi6m6jz+t3x345szSe1+trMxOa2YPbPO9veLDAPYBZhPVVCFJNPtwgcNZgGOMVo64UPMTaTTjEkAxPKwo=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Pairs-Smiley-Winter-Multipack-5-One-size[fs]dp[fs]B0BKTPXQ9B[fs]ref=sr_1_99]]_Fri,-21-Apr-2023-08-35-27-GMT.pdf

**Hash (SHA256)**

99937be9fd4983e9be1107861af4d622c1bfefa06dafd7cac1a33804e4e17d56

**Signature (PKCS#1v1.5)**

aE7I8u5usRuJySmAwzmLJ37LmwtIToRUMn9uMcRQ4IyGcAdW2KmzWZ8Av1sQbY9hcnyC5Z1363/ivt2XkS7JtyVtSwxJlEpVwDFw7YmSNJSsn/QPD3rtrA1yuB90yfxLWZk68Nkhv9sJnk4dKEyMtaqH9Vj8IIW8V55iyQPL7iQ=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 23 May 2023 09:43:17 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

202.83.40.91

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

eAre4nLLvgLYu3fw3obIEou8cHjGYswo3RuAO278f9F5XTcljlwZig/7k9JncCsH/ieN8jGL4k/f/TmZ9yNM8/IJ6/rA5LWvIYi8C+7Cm+vAgizFYjUMnyG1j/MNg1axIyJ5qT9bzHK0oJJVOi0DvLTX4ZL0an5bsqEHiLo2bGSYybrxOGcc2ZguY+0LkEyKBX17ZKxd9i+JjxeR/
Fh31CC7e31mpK8MPFKkYkH1CqHU6lDuSaOKBIfu7Z8hLBbS/r5evbhhTc8Ns0XYqRTDl5TToAm31b1gEpO+la+1BqfIJCRg5AB8ENNJvKSc9P/3ZFOSe4dJmL+Me16jcRwrVw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Tue,-23-May-2023-09-43-17-GMT.mhtml

**Hash (SHA256)**

34c7b4c41800899e66f33adac62939616ac7d64a38cdae4cb1ce938b25970534

**Signature (PKCS#1v1.5)**

f9tBYCBOvBTX31iTaZET5/2+ugx3DxPkMvucvxvqqDANkQ/QAWbtz4hICY0oacJXpDnpoceK6jcNpWl+nEtvcuAhzFHFnqN+2EfETumjYNffUh0huCmaOeTPQXGJHoj4c44YCk7R1nUN3oGOseD1kHX6UpwfEek12jEhxH6u8bQPqaUxBnKNFbJ3TqHx9BRsyvjZ+lPQOC242nB7Olj25tfm+5Bvkv/
ptGqky0DXnF5jKeoVO+g4Zt8nz3jBGxP5wz+t3Wr5N8Ay9gv/SMh1SbYmkAF36kgfOeeDd/pjt0N5uXfT5JlrYXdGFRwS5G4RDsVQepu+4WAMrUdUG/2q2w==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

**2 Payment method**

VISA **Visa** ending in 9985

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

Change

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you 30 days of Prime benefits for FREE**

Try Prime FREE for 30 days

**Estimated delivery: June 5, 2023 - June 14, 2023**

Items shipped from NGYM Fashion



**5 Pairs Cute Smiley Face Fuzzy Socks for Women Warm and Cozy Winter Socks Solid Color Soft Cabin Plush Socks (Multipack-5 Pairs,One-size)**

$19.97 & FREE Returns

Qty: 1

Sold by: NGYM Fashion

Gift options not available

**Choose a delivery option:**

- **Monday, June 5 - Wednesday, June 14**
  FREE Shipping
- **Tuesday, May 30 - Thursday, June 1**
  $33.99 - Shipping

Place your order

**Order total: $21.37**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $19.97 |
| Shipping & handling: | $0.00 |
| Total before tax: | $19.97 |
| Estimated tax to be collected:* | $1.40 |
| **Order total:** | **$21.37** |

How are shipping costs calculated?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: 2" Pink Smiley Daisy Patch, Daisy Flower Patch, Clothing Patch, Cute Patch, Bags Patch, Craft Projects : Arts, Crafts & Sewing

**URL**

https://www.amazon.com/Pink-Smiley-Daisy-Patch-Clothing/dp/B0C2V8X7MR/ref=sr_1_203

**Collection Date**

Wed, 26 Apr 2023 07:52:39 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

V25pVy/DuYvAX9nbd6GZokihy4IXCXk9ZiM2rN9ZEpgWqDJ0wh0xyVlddZbnJiv933AH2MBGb4YthyJZUnOOjlGutnWrsU2FUMYhizpdTSpHANLAWCfARckFKtu/P788seBLnoihJMs1Jq49UVqzkxkTWZieufT9HZgLK/XQhy8=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Pink-Smiley-Daisy-Patch-Clothing[fs]dp[fs]B0C2V8X7MR[fs]ref=sr_1_203]]_Wed,-26-Apr-2023-07-52-39-GMT.pdf

**Hash (SHA256)**

e3f472fb4d234d76e6e9e16a21afce53e2d1d1bbb5e65bf9c1f7c6b67655ea0a

**Signature (PKCS#1v1.5)**

LWTMhVsXIfigPR2d4LAw1lQmhAt4VDn0l3Pm23gPjXDgsz2D6WrJo/vcmY5V8dkbs22LWWCWZJB3D7N+KKVjNweJRNyjLLWEsKY3KNhRrNBwnu4ilI3HbMiQeAoIVSiRSZ2mQcsNDBJ0jp0O0o8Kyg7F+o3F9CRwn0HTvrE4pVI=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 01 Jun 2023 16:37:27 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0d:5600:8:93::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

kyJSjWf5r+qViGUEpYeGD+peEE94Nup5Ic40d7+GWRq6lITnHtxCiw7beK+5qIq/KEcHFyM88aGrb9/XlnZ/J64f7Z3qts0DOhND4lyFBnA0VOp5p3y+1NUEptls5xOL0li64vN7RUY/sUIKpNVAvkVbHLg9UEQhhqDGrCnsxpAScvIu5G4SlkKiyRWI885rhOX+vckcGu
+mILn5BamtRuBrG4LmLM7XxX6Ks20pZiq/MHFaheiFrtD2PVpCIZwUG9HlgcksIxESuYu/e0dpNiSPpgSQPahY41Tjciy8iYFlOEIDTk3fKNS8vW6dikCC3hl9FFL2dlAgpRv9iCqhgw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-01-Jun-2023-16-37-27-GMT.mhtml

**Hash (SHA256)**

8cce82ed0bea5b2f574a462721077d3ba55f149744cc588f96ef6f45f9a65174

**Signature (PKCS#1v1.5)**

SeMwEL+6O5PMTbKWOvgKrtfknhSa4ot7MGpzSYd7L4mLITdbIvbpXsGyvU1+vBqmH/KKI4xwlScwAJdFO6Zk4nGe15BVjcj4suxj7J6gUrJDZg3kMwOIr9uKAkxAsShiXvhGh/UV0i6Fm5FWvNcTj9YlD6liKHEa1FLcS5Larub2iEoPAbh7DOD2RaCKU6Poh9bc2ANuffNVag+dxzhgZVX/
zBbMmiWarV5E/LCc23rqb3UleKnVyNyGGim74Nwfx1yM3fc58B03HqcCpkAZliaVssro1E+SwCyj2VinAD7JffqwmAnw1nkROjZbCcb12riqzHJ39pDAHGIqQE6bNQ==



amazon

Checkout (1 item)

1 Shipping address

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

2 Payment method

VISA Visa ending in 9985

Billing address: Same as shipping address.

Add a gift card or promotion code or voucher

Enter code Apply

Change

3 Offers

Change

4 Review items and shipping

FREE TRIAL

Jade, we're giving you 30 days of Prime benefits for FREE

Try Prime FREE for 30 days

Estimated delivery: June 23, 2023 - July 17, 2023

Items shipped from NHOTUAN9856

2" Pink Smiley Daisy Patch, Daisy Flower Patch, Clothing Patch, Cute Patch, Bags Patch, Craft Projects

$18.00

Qty: 1

Sold by: NHOTUAN9856

Gift options not available

Choose a delivery option:

Friday, June 23 - Monday, July 17
$9.90 - Shipping

Wednesday, June 7 - Monday, June 12
$57.89 - Shipping

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

Order total: $29.16

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.

Try Prime FREE

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Order Summary

| | |
|---|---|
| Items: | $18.00 |
| Shipping & handling: | $9.90 |
| Total before tax: | $27.90 |
| Estimated tax to be collected:* | $1.26 |
| **Order total:** | **$29.16** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS
Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Ladies Titanium Steel Necklace Silver Chain Choker Trend Elegant Smile Smiley Necklace 2023 Fashion Jewelry : Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/Titanium-Necklace-Elegant-Fashion-Jewelry/dp/B0C27LDZG8/ref=sr_1_30

**Collection Date**

Thu, 20 Apr 2023 06:09:00 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

FGgl64Jw7HlA8AOHLImBe2uZA0wX4OtzEBYNl8qYMpbkBQrPvNANvCDoHjhx8ZrkL/UrxdF5XEPE3VAvLf3YkmoARi0Lx1sV0W+3skIFeMRguF5/4hz1C114DbYt6otvMXFgF0SMp0lPlMuSRH9kqOGGjrHh0LHyQSkzi5WoRgA=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Titanium-Necklace-Elegant-Fashion-Jewelry[fs]dp[fs]B0C27LDZG8[fs]ref=sr_1_30]]_Thu,-20-Apr-2023-06-09-00-GMT.pdf

**Hash (SHA256)**

b2c53f9b9f80e0b5afafe5176d09f7082481d95d0c095e1ead8002e69c8209f7

**Signature (PKCS#1v1.5)**

UGgOTaHcvCwRiiCk547xTIYnFfiVTZHPcX6AEULbXMtqNXpbS9DU+/3AARhsZ2k1OauCRUDYXs7DF49JhAaqdQ+8qVQ4Q5hYQbxYpR1nVtLjSnDqCRWsvEQA67145rbxdlRYKrMgm7DsiNQQJiou1zfhwJ8Y99Jm4W4nSmnfM7I=



amazon pharmacy The pharmacy that really delivers Learn more

Subtotal $14.99 | Go to Cart | $14.99 Only 8 left in stock - order soon. | 1

‹ Back to results

## Ladies Titanium Steel Necklace Silver Chain Choker Trend Elegant Smlie Smiley Necklace 2023 Fashion Jewelry



Click image to open expanded view

Brand: Generic

$17.66

Get $60 off instantly: Pay $0.00 ~~$17.66~~ upon approval for the Amazon Prime Store Card. No annual fee.

- Metals Type: Titanium
- Gender: Women
- Necklace Type: Chokers Necklaces
- Origin: CN(Origin)
- Style: TRENDY

Report incorrect product information.

$17.66

FREE delivery May 4 - 16. Details

Deliver to Ozzie - Miami 33132

In stock

Usually ships within 4 to 5 days.

Qty: 1

Add to Cart

Buy Now

Secure transaction

Ships from NHUNG DOAN
Sold by NHUNG DOAN
Returns Eligible for Return, Re...

Details

Add to List

Have one to sell?

Sell on Amazon

### Product information

| | |
|---|---|
| ASIN | B0C27LDZG8 |
| Department | Womens |
| Manufacturer | Mary Nhung |
| Date First Available | April 12, 2023 |

Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

Feedback

Would you like to tell us about a lower price?

### Product Description

Ladies Titanium Steel Necklace Silver Chain Choker Trend Elegant Smlie Smiley Necklace 2023 Fashion Jewelry
♥You will receive the goods in about 7 to 15 days after placing the order.
♥Committed to providing good quality products.
♥Please contact me if you have any problem with your order.
♥You can also visit our store to choose for yourself suitable jewelry such as: earrings, rings, bracelets, jewelry beads, necklaces.

## Videos

Help others learn more about this product by uploading a video!

Upload your video

## Looking for specific info?

Search in reviews, Q&A...

## Customer questions & answers

No answered questions yet

Post your question

Typical questions asked about products:
- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

## Customer reviews

| | |
|---|---|
| 5 star | 0% |
| 4 star | 0% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 0% |

How customer reviews and ratings work

No customer reviews

### Review this product

Share your thoughts with other customers

Write a customer review

**Inspired by your browsing history** Page 1 of 5

YeGieonr Women Good Luck Smiley Face Ring Bag Stackable Happy Face Stackable Ring with Cute Chain Link Band 1,576 $10.99

KDIZI Smiley Face Necklaces,Gold Stainless Steel Paperclip Chain Acrylic Smiley Face Necklace Preppy Jewelry for Women 829 $8.99-$14.99

SLOONG 5pcs Y2K Style Chunky Retro Resin Acrylic Ring Plastic Rings Kids Ring Cute Colorful Candy Ring Finger Rin... 633 Amazon's Choice in Girls' Rings $15.99

KeyStyle GoldChic Jewelry Gold Bold Initial Letter Open Ring Adjustable, Women Statement Rings... 7,143 Amazon's Choice in Women's Statement Rings $6.45-$13.91

KXIEER 14K Gold Smiley Face Necklace Cute Round Stainless Steel Preppy Necklace Gold Happy Face Necklace For Women Girls 169 $9.99-$10.99

MOROYA 10PCS Gold Dome Chunky Rings for Women 18K Gold Plated Braided Twisted Round Signet Rings Adjustabl... 2,423 Amazon's Choice in Women's Stacking Rings $13.86

luogongzi 2 in 1 Flowy Running Shorts for Women Gym Yoga Athletic Womens Workout Biker Spande... 14,098 #1 Best Seller in Women's Athletic Skorts $13.99-$28.71

SONNYX Women's Alloy Cute Simple Gold Paperclip Chain Pendant Smile Face Choker Necklace Set, 6 PCS 208 $9.99

Smiley Face Necklaces With Smiley Face Pendant, Chain Stainless Steel Gold And Pendant Included Original Qual... 93 $9.99 Get it as soon as Wednesday, Apr 26 FREE Shipping on orders over

**Additional items to explore** See more Page 1 of 5

58 Pcs Preppy Makeup Bag Set Pu Leather Aesthetic Waterproof Portable Cosmetic Bag Travel Pouch 7 Pcs Hei... 51 $18.99 Get it as soon as Wednesday, Apr 26

LieToi Preppy Patch Small Toiletry Bag Smile Lightning Heart PU Leather Portable... 726 Amazon's Choice in Cosmetic Bags $9.99 Get it as soon as Wednesday, Apr 26 FREE Shipping on orders over $25 shipped by Amazon

64 Pcs Preppy Small Makeup Bag Toiletry Patch Bag PU Leather Heishi Preppy Bracelets and Stickers Set Make... 1 $18.99 Get it as soon as Wednesday, Apr 26

L1rabe 2 A5 Preppy Notebooks for Teens Girls Y2K Hardbound Spiral Journal for Student Happy Smile... 47 $11.99 Get it as soon as Wednesday, Apr 26

WALONER Preppy Patch Makeup Bag Leather Cosmetic Bag Small Makeup Pouch, Portable Waterproof Travel... 514 $8.99 Get it as soon as Wednesday, Apr 26

Junkin 64 Pcs Preppy Makeup Bag Set with 7 Heishi Surfer Bracelets 6 Preppy Earrings 50 Preppy Pink Stickers Preppy Party Favors... $16.99 Get it as soon as Wednesday, Apr 26

Apr 26 FREE Shipping on orders over $25 shipped by Amazon

**Your Browsing History** View or edit your browsing history Page 1 of 4



© 1996-2023, Amazon.com, Inc. or its affiliates

AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 18 May 2023 08:46:13 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

XiqhiSKpSa1Z0NQ014r/C6MpymvKB6qELbmgP70SYIpmsfC2hsv0EWPydUPRv6umQL+00tyZ7pjVp/DOYQoGCavwECYpaTbWksn+i1b4soW1H3yrf6WCMzhVbhMuJmn/CW/d8Gz+ovA/e6yTVpvm0vU2AQkGqZenqQWgv423Dwzn8oSwQz3j8gvo5FbFMC0kZVk/HWMR/BG1Ua9W
+2pf3OuT/uLRq9EI+1ILHTy7p+aMeXGbmHyymtrlQD/srVN+tx47jnGadtnB+cwlO09m9kJ3u2DJuZz3jVLNAfy389JAMAU/5nUxY4BNgmKmG/67wKjNI1zJB17e/VaRYJYZ7A==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-18-May-2023-08-46-13-GMT.mhtml

**Hash (SHA256)**

345386b94755d148b650d89d412d8425fa21b9342d22205d30c5b3d50c171698

**Signature (PKCS#1v1.5)**

KJAVDsgflXnlIe+YOxw9rskIMljpN5hobiIOeUEZt7ad9nYEYV/t4f2JAc7iZvWWIi86OGsjWVSY4Fd8iBkFH2owYfBPuxwIimp4BMjAR8sJgtaRMi/QTfC1UO/o6zYbtORoXM3TasHm0CKJTtnj1RKhzLgxAW5Fl1XJ8cNlDhipp3laxNvKS/ln67NoQa17u/Q4012E5OaDJrEnTK6X7mcAimn
+qMoJbjP4TYoqJPzf3oD6L2ucO0/FtZpiqb4FbynGMr7nhK23HfrAtW9t02byC87/EZdOTaX38Xi6zoLlycKr10s1co+g/O7+pGowumnnorbIVTE8oLZFezVwpQ==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Change

**2 Payment method**

VISA **Visa** ending in 9985

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

Change

**3 Offers**

**4 Review items and shipping**

**FREE TRIAL**

**Jade, we're giving you 30 days of Prime benefits for FREE**

Try Prime FREE for 30 days ›

**Estimated delivery: June 5, 2023 - June 15, 2023**

Items shipped from NHUNG DOAN



**Ladies Titanium Steel Necklace Silver Chain Choker Trend Elegant Smlie Smiley Necklace 2023 Fashion Jewelry**

**$17.66**

Qty: 1

Sold by: NHUNG DOAN

Gift options not available

**Choose a delivery option:**

**Monday, June 5 - Thursday, June 15**

FREE Shipping

Place your order

**Order total: $18.90**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $17.66 |
| Shipping & handling: | $0.00 |
| Total before tax: | $17.66 |
| Estimated tax to be collected:* | $1.24 |
| **Order total:** | **$18.90** |

How are shipping costs calculated?

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: JFUYJK Socks Women Soft Breathable Combed Cotton Socks Striped Flower Smiley Retro Cute Socks Autumn Winter Socks : Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/JFUYJK-Breathable-Combed-Cotton-Striped/dp/B0BQZYMP3P/ref=sr_1_3

**Collection Date**

Fri, 21 Apr 2023 09:51:04 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

a/gaoxy60mRxf98IAzxiGBvvIR++XQ1hUNMXwTpI3HcJvsWLOAo6buQANFGDRk0xBvxuXUTdTQV/8Rg5nfFNoJA99YSx+73yBj6w1zrotOOtiaBrJjqjmBVcv3Lhj7QnE3QBdgFW1uFyvnaq5FIorgq3RqxTU36yioQV13+xWPM=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]JFUYJK-Breathable-Combed-Cotton-Striped[fs]dp[fs]B0BQZYMP3P[fs]ref=sr_1_3]]_Fri,-21-Apr-2023-09-51-04-GMT.pdf

**Hash (SHA256)**

7abf0182c91998fbb961b86b79ae884087c4356728f5acf37d50c84e4db570d1

**Signature (PKCS#1v1.5)**

rf0vuGbKeZwflKg2uv678EgK91aQ2rhq45G7SOE/TOFJEH9+gYDTYnuk3pVjBAJZmNvXyL9fi0KUUzPCw6xs+ynwOtXq/mQ+l8uQK7l6f25koUVTB2dv3lnkMhvKJwRgLIaFnzHhMaPsYY6wRTf7rGo/xE0N+n+lBplYo84T1CE=

amazon | Deliver to Ozzie Miami 33132 | All | smiley socks | EN | Hello, Ozzie Account & Lists | Returns & Orders | 1 Cart

All | Clinic | Amazon Basics | Customer Service | Buy Again | Amazon Business | Household, Health & Baby Care | Livestreams | Beauty & Personal Care | Free Shipping | Coupons | Pet Supplies | Smart Home | Upgrade to ad-free podcasts

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

amazon clinic | Healthcare for common conditions, made easier | Get started ›

Subtotal $14.99

Go to Cart

$14.99

Only 8 left in stock - order soon.

‹ Back to results

## JFUYJK Socks Women Soft Breathable Combed Cotton Socks Striped Flower Smiley Retro Cute Socks Autumn Winter Socks



Roll over image to zoom in

Brand: jfuy

$265.14

Pay $18.48/month or less for 18 months with Affirm. Learn more

Size:
1

Color:
D

**Purchase options and add-ons**

**Payment plans**

$18.47/mo (18 mo) at example APR of 30% (rates from 10-30% APR)

- Cotton
- Country as Labeled
- Soft and comfortable.
- Keep feet warm.
- Comfortable:accommodate most size ankle.
- Which is easy to match with your daily wear.
- These socks can be a gift.

Report incorrect product information.

$265.14

FREE delivery May 17 - June 8. Details

Deliver to Ozzie - Miami 33132

In stock

Usually ships within 4 to 5 days.

Qty: 1

Add to Cart

Buy Now

| | |
|---|---|
| Payment | Secure transaction |
| Ships from | Nianjiahe |
| Sold by | Nianjiahe |
| Returns | Eligible for Return, Re... |

Details

Add to List

Have one to sell?

Sell on Amazon

**Based on your recent views**

Sponsored

Page 1 of 58

VFM 5/8 Pairs Women no show Socks Non Slip Cushion Sweat-absorbent Athletic... $11.99 prime

KAPNRTO Smiley Face Socks 10 Pairs Cute Socks Women Socks Protect From Wear... 194 $16.88 ($1.69/Count) prime

Cozi Foot 10 Pairs Women Ankle Socks Thin Soft Athletic Low Cut Socks With Tab (Sho... 269 $16.99 ($1.70/Count) prime

THATISHE No Show Socks Womens Running Ankle Socks Compression... 188 $18.99 ($3.80/Count) prime

OGUOY 8 Pairs Cute Flower White Socks Women's Mid-tube Spring and Summer... $23.99 ($3.00/Count)

J-BOX Women's Cotton Crew Socks Above Ankle Socks, Lightweight Socks for Women Sock... 1,213 $24.99 prime Save 5% with coupon (some sizes/colors)

WanLann 5 Pairs Women's White Ankle Socks Students Sports Breathable Spring and... $5.99 ($1.20/Count)

**4 stars and above**

Sponsored

Page 1 of 58

Antrop Women Quater Crew Athletic Running Cotton Cushion Socks (6 Pairs) 237 $16.99 ($2.83/Count) prime

Bycikool Women's Funny Novelty Crew Socks Cute Colorful Butterfly & Flower Dress So... 112 $16.66 ($2.78/Count) prime

LANLEO Fuzzy Socks For Women Slipper Socks Fluffy Winter Warm Soft Cozy Plush Cute ... 3,025 $12.99 prime

IIG 3-6 Pairs Womens Cute Animal Patterned Funny Novelty Cotton Crew Socks (Multico... 933 $14.99 ($3.00/Count) prime

GuaziV Women's Ruffle Socks, 7 Pairs Womens Fun Novelty Crew Colorful Patterns Supe... 383 $15.99 ($2.00/Count) prime

SATINIOR 4 Pair Colorful Striped Knee Socks High Witch Knee Socks High Socks for Wo... 740 $15.99 ($4.00/Count) prime

Pareberry Classic Triple Stripes Soft Cotton On the Calf Retro White Tube Socks (A-... 2,169 $10.99 prime

**Product Description**

Soft and comfortable.
Keep feet warm.
Comfortable:accommodate most size ankle.
Which is easy to match with your daily wear.
These socks can be a gift.
Material: Cotton
Color as shown in the picture
Size universal
Mixed packing 5 pairs
Note
1. Due to different lighting, the actual color of the product may be slightly different from the color shown in the picture.
2. Due to manual measurement, the allowable deviation of measurement is 1-3cm.Please understand, thank.
Boot Socks for Women Winter Solid Thick Warm Socks Cozy Crew Socks Christmas Gift

**Product information**

| | |
|---|---|
| Item Weight | 0.035 ounces |
| Department | Womens |
| Manufacturer | uityfd |
| ASIN | B0BQZYMP3P |
| Country of Origin | China |
| Fabric Type | Cotton |
| Tick-repellent material | Cotton |
| Care instructions | Machine Wash |
| Import | Country as Labeled |

Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

Feedback

Would you like to tell us about a lower price?

## Videos

Help others learn more about this product by uploading a video!

Upload your video

**Products related to this item**

Sponsored

Page 1 of 58

KAPNRTO Smiley Face Socks 10 Pairs Cute Socks Women Socks Protect From Wear... 194 $16.88 ($1.69/Count) prime

Sof Sole Sneaker Balls Shoe, Gym Bag, and Locker Deodorizer, 3 Pair, Emoji 2,155 $11.37 prime

JSEREN Women Cute Socks 5 Pairs Cotton Kawaii Embroidered Funny Low Cut Socks... $12.99 ($2.60/Count)

Men's Fun Dress Socks Novelty Colorful Funky Fancy Funny Patterned Crew Casual Craz... 5,479 $24.59 ($2.46/Count) prime

IIG 3-6 Pairs Womens Cute Animal Patterned Funny Novelty Cotton Crew Socks (Multico... 933 $14.99 ($3.00/Count) prime

socks n socks-Kids 5pk Fun Cotton Colorful Cute Dogs Socks Gift Box-Medium 665 $24.99 ($5.00/Count) prime

DICUIRD Womens Smiley Animal Face Soft Sole Slipper Socks with Grippers-Fuzzy House... 169 $18.99 prime

## Looking for specific info?

Search in reviews, Q&A...

## Customer questions & answers

No answered questions yet

Post your question

Typical questions asked about products:
- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

## Customer reviews

| | |
|---|---|
| 5 star | 0% |
| 4 star | 0% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 0% |

How customer reviews and ratings work

No customer reviews

**Review this product**

Share your thoughts with other customers

Write a customer review

**Products related to this item**

Sponsored

Page 1 of 58

KAPNRTO Smiley Face Socks 10 Pairs Cute Socks Women Socks Protect From Wear...

JSEREN Women Cute Socks 5 Pairs Cotton Kawaii Embroidered Funny Low Cut Socks...

FUN TOES Women's Cotton Toe Socks-Breathable-6 PAIRS Pack-Size 9-11...

SIXDAYSOX Low Cut Socks for Women 4 Pack Size 9-11 Non-slip Cotton Moisture...

Jimmy Lion Safari Pack of socks for men and women Size 7.5-11.5. Socks made in Europe.

Mrdnckmd 6 Pairs Lovely Cotton ,Cartoon Smiley Face, Smile Socks Women, Winter Autu...

Bycikool Cute Cotton Socks Funny Novelty Butterfly Animal Dress Socks Women (Butter...

**Best Sellers in this category**

Page 1 of 5

**Inspired by your browsing history**

Page 1 of 5

**Your Browsing History** View or edit your browsing history

Page 1 of 4

Back to top

Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You

amazon | English | United States

© 1996-2023, Amazon.com, Inc. or its affiliates

AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Wed, 24 May 2023 01:50:11 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

111.92.80.105

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

hiBCDZHg2ifCnCC++VBSdAKG7+Hj7ZsE5/K2FOl58aLKyzgrYALe8NcqkM43dTaaoRa7xDQJ6pderKKyTqamoB13V7ubeUFq3fCcf3TMZdXmbQF/Ttf8TPZb1SiouVtf+Sa5p4IGi/5KWKs/us1PP
+85XNR28dVgoP4lH//7yhZrKN2+CDL8zF7XcF6PTkmG8EeWIj7E1295GGAGrYZ1ya9Ypy56fja8baAtu1AQ6sgMpm8rjBDDiJsVf9DNySLTQ+4xYlNZUYl9P6bdp5mDCnfyUHGEgq2umhw8TRVJigbv3XO9/0YfKywE445KcMyjZwc09C+5ysh48wZ3vCkdQg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Wed,-24-May-2023-01-50-11-GMT.mhtml

**Hash (SHA256)**

0b8b01ef713f7e7fa31dcf176468f04ea7e35377a3b2095d0c018883d84ffec3

**Signature (PKCS#1v1.5)**

TtbMF10ZJSiA3y5g8dsp7hwgKqi0JmuJMN/TM0ylb/XyM3vFBmAoxdu/1HHUzgoWaOH2TV0lg/wPd3XhgyS1pYSaq2+sjEOjFWaJPF0tUEuREAelba2gqV/QQwZOJWJowbY/oDQBCfbkFfGa+T+iEKTOVSO3OfzlaEtlp08mhbLbNwrW9hhPdFsB2ZdXj2rI4LjS99k48H9LqJyt7JhGnZnKVGdD5Se/
NBtD3VPmCNuvabAKlaH1LJ6ia7NAmou9yx9SXId6+1Sgq8gpCFwvD9rtGO9T5nHXSPSalwcqds0FBxSfGJukEvA1jfphbzKtot8LBUDfKxYB1zLkzCF4qQ==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

**2 Payment method**

VISA **Visa** ending in 9985

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

Change

**3 Offers**

**4 Review items and shipping**

**FREE TRIAL**

**Jade, we're giving you 30 days of Prime benefits for FREE** | Try Prime FREE for 30 days

**Estimated delivery: June 20, 2023 - July 12, 2023**

Items shipped from Nianjiahe



**JFUYJK Socks Women Soft Breathable Combed Cotton Socks Striped Flower Smiley Retro Cute Socks Autumn Winter Socks**

$265.14

Qty: 1

Sold by: Nianjiahe

Gift options not available

**Choose a delivery option:**

Tuesday, June 20 - Wednesday, July 12
FREE Shipping

Place your order | **Order total: $283.70**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $265.14 |
| Shipping & handling: | $0.00 |
| Total before tax: | $265.14 |
| Estimated tax to be collected:* | $18.56 |
| **Order total:** | **$283.70** |

How are shipping costs calculated?

AXENCIS
Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**
Amazon.com: 550 Pcs Smiley Face Beads Colorful Cute Beads Spacer Beads Polymer Clay Vinyl Resin Acrylic Mixed Loose Beads for Jewelry Making DIY Glasses Chain Supplies Bracelet Necklace Craft : Arts, Crafts & Sewing

**URL**
https://www.amazon.com/Colorful-Polymer-Supplies-Bracelet-Necklace/dp/B09GP1BLGZ/ref=sr_1_148

**Collection Date**
Wed, 14 Jun 2023 11:43:17 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Sarah Christodoulou

**IP Address**
2a0d:5600:8:36::5

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
sWWuh+V0duc2GPwVRLESOEw8MthiHEH5jCm3pJTlKG1nRNHnzC/6Cd5u2qKzfhO+wnU7QF6TBkY+RDOEyBWjnw1UL/HNpH24av/5OVzSoQFvAw4UMilyPJCdtl0s9MPAksQRZB++JZVSJNmP2c1tTn2/uL3zZLwFk+plzmft1TE=

# File Signatures

SCREEN CAPTURE
PDF

**File Name**
screencap_[[https[s][fs][fs]www.amazon.com[fs]Colorful-Polymer-Supplies-Bracelet-Necklace[fs]dp[fs]B09GP1BLGZ[fs]ref=sr_1_148]]_Wed,-14-Jun-2023-11-43-17-GMT.pdf

**Hash (SHA256)**
0633b34ad60affdcd0c6ce83936425d70f4e5cc1b5d0fb5e85d093aecfcedc9d

**Signature (PKCS#1v1.5)**
G6ijwlEab1GxCh2VyMZFYar0UXEcLRRw+4ZkfQfp+hcrTQtNOb/LOywYgVhTeHpQLs/opXu8KR3ezJE/WpRP0GDhqQvfV3/AKlhTmPGzRsBx/3DbZ9tlLteieZyziYFEpkT2UatxPUGFOtl+66x896oKHPGm18mFB3up+No2Qvo=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 15 Jun 2023 11:42:22 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

202.83.41.44

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

XrX3HFyr+e8cwflU3faefE4a8BFgO+l5LmkCWp1M2y/6gBiPJEKdgUrnqzW9U66ZWG+lvNPbmIt2TYiAzzT4tMkQeFCYq4HKT0I5DZPXlOBCMv4hl1JNDhO515s4/ayMPqF0utSwac93vx9tOzA8bydzXZ8H2SsMKDJ2gT6Xs7ZvX0Y4v6rRvTx3poGQmoZb9zsiVr8CqJ+kHGzdWnjIFQg
+pYNsPQNn4dxz2zo9/68kLnzcRPRXmbLeaWf3VRyxjHLAUBMUU3U/bfagJvlhjAdHXV6u9IqBGJX565a1vkKfgyS3NKtBNiv+OKbDGqzOcNEWqCMUXuVLabnoKqjGRA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-15-Jun-2023-11-42-22-GMT.mhtml

**Hash (SHA256)**

90db5bf5ae4f71356c6d4ce3b2f1502c16360aaee2307c49d690008f20e349e8

**Signature (PKCS#1v1.5)**

XNnBAhlOnxkG5+hdhvbEuiUwKYkvKv0lELzAMxiMubSLhEB5X3NaK0qWa12TvtqhhU81MKmqU1bGzXPEETieIGmKxp3z90LaMyn2xgp7goXdmdvGov6j3yz5nR0ItP6ii2fUO5lI/SPu6qopOSZA2raNC/OSDiktmOxPJadImM9l4gP4N1kGiztH1fLv78e7e1wxXYofUR4V3UIThg4hWnzIOestUC93zjqo
+VnlcD6g0ESNdpRbPsMXiR5+216UWscEo3a8Z2LiKdkH+Fy5WzVfZ8NipZLM78B2/RuIOSXoN6cHR6HKAXOH2DrdH5HTXHmqgHSI+HgzLPhzNWZQ2Q==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Or pick up near this address - See nearby pickup locations

Change

**2 Payment method**

VISA **Visa** ending in 9985

Billing address: Same as shipping address.

Add a gift card or promotion code or voucher

Enter code | Apply

Change

**3 Offers**

Change

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items ~~Sunday, June 18 by 8PM~~ **Saturday, June 17 by 8PM** for ~~$5.99~~ FREE

Get FREE Two-Day Delivery with Prime

No hassle. No commitments. Cancel anytime.

**Delivery: June 18, 2023** If you order in the next 16 hours and 17 minutes (Details)

Items shipped from Amazon.com



**550 Pcs Smiley Face Beads Colorful Cute Beads Spacer Beads Polymer Clay Vinyl Resin Acrylic Mixed Loose Beads for Jewelry Making DIY Glasses Chain Supplies Bracelet Necklace Craft**

$14.99 & FREE Returns

Qty: 1

Sold by: nice linking

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

- FREE Two-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Sunday, June 18**
  $5.99 - Shipping
- **Saturday, June 17**
  $9.99 - Shipping

Place your order

**Order total: $22.03**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Get FREE Two-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $14.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $20.98 |
| Estimated tax to be collected: | $1.05 |
| **Order total:** | **$22.03** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com : Nicime 8Pcs Smiley Face Badge Ree, Smiley Badge Reel Retractable Cute Nurse Badge Holder with Alligator Clip for Nurse Doctor Teacher Student : Office Products

**URL**

https://www.amazon.com/Nicime-Retractable-Alligator-Teacher-Student/dp/B0BVFRBTWS/ref=sr_1_245

**Collection Date**

Wed, 26 Apr 2023 05:34:28 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

AS3tfEycZCRDSX6JLad9giQkatmXE/Aefhheot9nBK17R8z4wDK3C0zZQFGATCnDLSZQ1YiOh6D6QdUSTdDGrCMMibMMwHa27OXSioiul6nMjdIXu5q0nDV3dEiDIqPJZtcbAd69UfazJ8CSzt1EO+Rn+X54+IePKxKmWFYnIms=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Nicime-Retractable-Alligator-Teacher-Student[fs]dp[fs]B0BVFRBTWS[fs]ref=sr_1_245]]_Wed,-26-Apr-2023-05-34-28-GMT.pdf

**Hash (SHA256)**

f39fd6d8af9089a53b95a0feaa8f6b1c8728ed66180eb38e11437634e10b90ed

**Signature (PKCS#1v1.5)**

gQjzgSJUj+AQM7AsxTnMIJaajxaTkEyTsP3j9HwaJhsPBBqEy/qLR+guY/pVoXDvfyyj5ZA9MZ8YCQaBENncetW0a10gjyAc0WbfnGSL4fVDF5/0TTKA8YytbYryjziVHzKSYupnC/7zt3BNYylvEyg0c4hB/cfB3RrL/3/fAQM=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Wed, 31 May 2023 05:08:27 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

111.92.77.63

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

o9fq6DNVDOoiEa7dp8/XiKGqxbJtjLKSBV5JqbBannQQw3ZpNWp267hXnKeJ3TpDQ4wzFLKdiUx5EoX3j9+nW27hutvZ7EuKgI8W2r5d1KTADAVZbOSBgTllyjpFJvTsZYU7Z7EpZuE04exNN654bfSNxJsoXj65xvMehORwQCZcHQKen788Eao7hmzTa8h4YgNXFWDS6duHTMwyN/d/
asfSk7wbJsmhj7zr+bmF59+jBOvpUn5k2cQJd6pso/+YzcrbONDDefgURUMnwd9f5gGynpXOqhWK6VpPVabniUV9nhki+YGJWIRUxkhwx4LM83MyRR8mEYtlDQQfrryPFA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Wed,-31-May-2023-05-08-27-GMT.mhtml

**Hash (SHA256)**

eda1207fe0192e2bde121ae51b265f69a51c4621a798bd3ac8e545d83a5dae29

**Signature (PKCS#1v1.5)**

QW9LdGMvFLGDi021FcRza0lF6N/o0gi/cZPAhsDG2whDBagHKf0+4SMr0iBciv6tzPs8KUP3FHBnQ/b5bXWSZ7/SVGjIeho1uMIB9V/gz5j7a837HRe0qCmdCCNBPrbALKy1/q2jF7MSx1W6PSXk6B30sSeIGa7gU95InBv4+ko6DOPfD6HMBcTD8pU/
giKTCLuUKkOG98kSazCWKgl695EQnCc2nK62Rpk2IFBOzDdNGUkZvOLvU0QJgqU7XCTFZ39vahPVS5MrXOnva434T7SxnLYU3k2n+KLdbnT+DSJnXTZIvLeuUld6s/ocSH4byxK9lXDeBzVuEydY5DWe6w==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items ~~Saturday, June 3 by 8PM~~ **Thursday, June 1 by 8PM** for ~~$5.99~~ FREE

Get FREE Two-Day Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: June 3, 2023** If you order in the next 22 hours and 51 minutes (Details)

Items shipped from Amazon.com



**Nicime 8Pcs Smiley Face Badge Ree, Smiley Badge Reel Retractable Cute Nurse Badge Holder with Alligator Clip for Nurse Doctor Teacher Student**

$13.99 & FREE Returns

Qty: 1

Sold by: Nicime-D

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

- **Thursday, June 1**
  FREE Two-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Saturday, June 3**
  $5.99 - Shipping
- **Thursday, June 1**
  $9.99 - Shipping

Place your order | **Order total: $20.96**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Get FREE Two-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

## Order Summary

| | |
|---|---|
| Items: | $13.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $19.98 |
| Estimated tax to be collected: | $0.98 |
| **Order total:** | **$20.96** |

How are shipping costs calculated?
Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS
Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: GCHBST 10 Pairs of Women's Thin Smiley face Cartoon Invisible Socks, Women's Low-Cut Ankle Socks, Casual Cotton Socks,Coffee,one Size : Everything Else

**URL**

https://www.amazon.com/GCHBST-Womens-Cartoon-Invisible-Low-Cut/dp/B093GX59TM/ref=sr_1_25

**Collection Date**

Fri, 21 Apr 2023 09:55:56 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

lxINRaoosmMpcjPc5GsyCJmsfeMIPkPb7exda0f6bD6fObVOq1C445BzfCpOl4WggWowyC3qgY3wBM425AE8unGame3t2Y1KcfN4HxH7fQQ5RUa3sQcuJliLjTn65Pbgt/nQ5LnREUQKkY2+ca9jVgPS6jnAEk99S4ANHVXJusc=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]GCHBST-Womens-Cartoon-Invisible-Low-Cut[fs]dp[fs]B093GX59TM[fs]ref=sr_1_25]]_Fri,-21-Apr-2023-09-55-56-GMT.pdf

**Hash (SHA256)**

c53effb011fce44ce09fb1282245afca49bafb174e220416533c4d9c47dac515

**Signature (PKCS#1v1.5)**

YSBb1/qxNZGkHyFm6crPFoiqEBTdqEilOaP5LaJDPyu9dhmDjykjlV6CFvtE17SK52R+xLGfRbW1j2Q99lcXYtfU/3n/fWaAJhW9UOot8Q0yqyTt+mhqu3TzTpnvPvGiNEjcqF7F+QASAmqtv2+LQmp9A72qFosOSsJZAD4x8uI=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Wed, 24 May 2023 03:47:15 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

111.92.80.105

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

NNjerry4M2XyxRws/Dg+qOScKy1FnDU03CDIax3/nVIF3w1z5R3u2wCftAfjpQRKSL7myLUzfIJ2gHSwRA4JxbZkZBqmWfVaN//fd2ABI7tei7J9C0DKvG5tTTGCtj4bXKRxOnaESmme7vRD2z8Kfzs4n9R86V9Kxg07SyrVzfxb05Ut2LUBLbcF4tBLktj2qY78KO9KC9+7Ot9ZY0S
+TjCSLPcgE8eeTBS7Prs079HFf5hEEWEzoOEgpOXFkrUyshUjVOqCjvMuQkv3eQW3r70UEcSCcQ1jsbt1RbJYDdy7oqmVcAPo+sY9CiqT9fwO8gR9O3dpNfJXriWqg9dwCQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Wed,-24-May-2023-03-47-15-GMT.mhtml

**Hash (SHA256)**

4b638542bb822c648893e4821dcfee3976894e7cb34d142f0a3f2f5569cdfe78

**Signature (PKCS#1v1.5)**

Hvw8/Oa+hQ2PhilvZ4LcVq+Ln6OJUqgMhYFwNDdfUQfrf1BAXWAjh9rSznhHKuqnbdGLe0Q80ov4jWotDokDBpaGJARzwSyY9eIxNcrUuqLkfJXWoU/T+9mGZ1iV2VHF47m/wz4dtoWH0hke8laWY0Iu2BiabWsadixILKp+PKYrS3NG7ZHYGHPPPzpcGQZTy8+wfdj
+k38H9UH2UDvlKENxzNk2g7MDKpFwsVgRdsm56IP4UyKbqk1Jip6/phDDrF8ipAoGN68gQfLpXpr0e+mkbHmm2UuPOESdI9LBblGa6Mcmjwh7vuBRkd1Ukbv5C2n0hODTY8Cb2+36gqLjcw==

amazon

## Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you 30 days of Prime benefits for FREE**

Try Prime FREE for 30 days

**Estimated delivery: June 14, 2023 - July 7, 2023**

Items shipped from NILD



**GCHBST 10 Pairs of Women's Thin Smiley face Cartoon Invisible Socks, Women's Low-Cut Ankle Socks, Casual Cotton Socks,Coffee,one Size**

$33.99

Qty: 1

Sold by: NILD

Gift options not available

**Choose a delivery option:**

**Wednesday, June 14 - Friday, July 7**
FREE Shipping

Place your order

**Order total: $36.37**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

### Order Summary

| | |
|---|---|
| Items: | $33.99 |
| Shipping & handling: | $0.00 |
| Total before tax: | $33.99 |
| Estimated tax to be collected:* | $2.38 |
| **Order total:** | **$36.37** |

How are shipping costs calculated?

AXENCIS
Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Sat, 27 May 2023 07:30:24 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0d:5600:8:36::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

BH2k2Zg3uVtZvkhabs1g6hk3vAouOA7N4cikr1zRqxxZrXIM+ew/SyqftHUQyLop31JuAiWtFYnW7ZRRPLakapmcob6qQsIPPsbS+lqLG5UBVO2PQTnWYDLhReq8OQgRBdFMFhh5MDPS1WgvZJhYwfWEbUHEY3yHoJnHmPHFlwPfITV5DNY5cmxZPlMOd
+pfAI67X55MMWTDPQG5xgJWTdAGf9Ja/vHK3wy8R2aRN9uWx62EbaPFcVPX3HVOiuaalwS1/lgwvCKawEXoWre1QRZfEzHXQPDrZYg3kwi1T8KiSDGwFmYRryEgyU/4jB5iDnfQ4+TBIHXBbOrEpQ2iUQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Sat,-27-May-2023-07-30-24-GMT.mhtml

**Hash (SHA256)**

a11cf159a59c5198bea265d9f89c638e7661ab9606bc61e445dad86816b5e985

**Signature (PKCS#1v1.5)**

lb7o0kpwj70AB6U1ODKV5Oh9fDetc5QuTOBPidJSMHKt9JZeAkgXUz/V/a91obZe9/QxpfY0jWhFCvvBCFGqHmqyfCQtxenswTMK+TcQVpTY7+eGL9MhcYxFTVmwnGPNwowUfR17gReQZvn5qiGKl5hUUc7vPVgxCpWt/KgmCTdDvSI0qo4vlu
+BhiiAcPq1XG3z6LRrT3PFeI9rqEg411bzPOXTx4HGIxavub8ZxB2ZL7mQSd5O2A1RIxnsUxxpO2/sid7AmEagIDSrdyA44R/r5mLU95X8t1LUc2DhVaH20jqnc9Njg5HFjuj8CD3jA+fZQY7l2sXKNP5poYCxMQ==

amazon

Checkout (1 item)

1 **Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

**Or pick up near this address** - See nearby pickup locations

Change

2 **Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

3 **Offers**

4 **Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items with your 30-day FREE trial of Prime

Get FREE One-Day Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: May 28, 2023** If you order in the next 4 hours and 59 minutes (Details)

Items shipped from Amazon.com



**NITITOP Compatible for iPhone 13 Case Clear with Card Holder, Cute Heart Smiley Face Love Smile Pattern for Women Girl, Protective Soft TPU Shock-Absorbing Wallet Case for iPhone 13-Smiley Face**

$10.99 & FREE Returns

Qty: 1

Sold by: Nititop

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

- **Tomorrow, May 28**
  FREE One-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Tomorrow, May 28**
  $5.99 - Standard Shipping

Place your order

**Order total: $17.75**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $10.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $16.98 |
| Estimated tax to be collected: | $0.77 |
| **Order total:** | **$17.75** |

How are shipping costs calculated?
Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com: NITITOP Compatible for iPhone 13 Case Clear with Card Holder, Cute Heart Smiley Face Love Smile Pattern for Women Girl, Protective Soft TPU Shock-Absorbing Wallet Case for iPhone 13-Smiley Face : Cell Phones & Accessories

**URL**

https://www.amazon.com/dp/B0BRB6WNQH

**Collection Date**

Tue, 30 May 2023 07:17:08 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:36::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

IV636NSRWUajsti0U36VCc3FpOAOwNrjMLbz8iWEk+sLoArBErovm28VUmcle+1dYnPdjn+1hhZ3ga97eV0n1thxteg4zV024HYL1kX+N5rkvrMuailgMqwIm+1zdp/
E6j8tH3ALP4M6IYTsZNg6GKhJf2KBUw2tQYeNFIVnw0E6Wx/8XAztSDQhTIP7LUuJ6yrAufR6grO7kv9lblo9iVX1rrl6WYwdTXp+uMbPsy3LieCDrep391QfxI5W7ebKgolvzBxkVMD81oTdBqW2e7XNTL7J8aUYjV8htYT4gfL99IKgNgwuK4mwIlurS6r1Fj6kwZroMXW/Z+HkkTR0CQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B0BRB6WNQH]]_Tue,-30-May-2023-07-17-08-GMT.mhtml

**Hash (SHA256)**

722c392cd2b4d02ca85569945a47d575e3355007d4c2e381449135cdc54e6b84

**Signature (PKCS#1v1.5)**

CG+I2khYgaPcWuME9LvTl3q/3ovjTliCYjQeS4uHs6hMBnSvxFC8ih9wGjZCNih8lX+dG9Qs9B4VXm9FJC/5vACIo7Z9YWmYT6yxA4mzONWWc7g2CV6WtbHuZwfJ24vO6pG8YzjO4F+0dMDQwlJmZtmIO4nR2y9350qQvpaCm8255JFbKs1I6qy0aelC4rtAbT4qg+0mSI9dO+B/
NLQYQgT8bNdhtybc0J/dAiidpGdF30HcYlBXGgT+TnurYyNGAt51Irq7iMyDooOzY0IYfo5VTk7aYWhx81wT3lwD2TFyGznNzFBRFDHV3C4zFVxf9rTrPIxo0QLuiHRTuPInvg==



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: niufoey Designed for iPhone 13 Pro Max Case Cute Full Camera Protection Luxury Plating Smiley Phone Case,Raised Reinforced Corners Shockproof Cover Case for iPhone 13 Pro Max 6.7 Inch Light-Blue : Cell Phones & Accessories

**URL**

https://www.amazon.com/niufoey-Protection-Reinforced-Shockproof-Light-Blue/dp/B09T37BYXL/ref=sr_1_75

**Collection Date**

Mon, 24 Apr 2023 10:46:23 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

PXsySQPvEuWZRP+vzZvqETJHwZHw5lQOCK8/bLE4lxNUe5rFRuOZp7vjltfrfSZlq0CSAXaiqB0cQ0yc0GdTqvno57MsHnjqmHVfq7By5F/vm1ohb1Upfm7z5lvXqAsRVEnvTXfetR9SWu7nVRPxILJycy5AorAmhllMeO5qYO4=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]niufoey-Protection-Reinforced-Shockproof-Light-Blue[fs]dp[fs]B09T37BYXL[fs]ref=sr_1_75]]_Mon,-24-Apr-2023-10-46-23-GMT.pdf

**Hash (SHA256)**

2c5e05a10d573fb2e2b1da386746d722faac9ab218f4937549651ec04ccff01d

**Signature (PKCS#1v1.5)**

GXRnm6tiQ8yIoNmXHWWhbQ/nlctGL7gsE0PmkfwjpEFKUe/SsatiNE82xQCnTT5W/PDhmPgZK0PZh69iw8bktSVZOnRz5mzkg61DHhnw97Hvomb6zpXICCB/hNhr1xETf/MSGIFZrUw7+LqohhbyFEdk4avCqEDLufQWe1cwt/E=



AXENCIS
Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Mon, 29 May 2023 13:54:29 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

116.68.102.163

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Hn9lhURyP++I3r/LLIQuCPMtYEyI+ChKXy/Fp24Qh8urc7BQr+XtXIeJrUzitwMhP9kfMORsXu11q/dR3WewddJnRpUEsC84dBVfSc5qQ0CMHaDakg23MIbHPFzdVlafFQY4f461zjsOtDMEq/4GMKUiI533U5hSg0nadF06C6ec9LVCJC+qxIXFx6Q5IkBYOFIZ0EeXiKQd
+FdNjSqqn6HjqpDLo4P3D9Fa1D9bj45eMnZLJUKsR937KgxAiRmtxhQcWjVIRea3i5Uf3EX1ZXot1fVfaTQWIJgtu3b8a+XIXoV1jV554vHjyZ+iiY4pTTfRtAxo3u/Mdr42Gc+kRw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Mon,-29-May-2023-13-54-29-GMT.mhtml

**Hash (SHA256)**

66dca65754489576ead6f6e160e8744cc2f926ac3a2a2704c96c7b263784a203

**Signature (PKCS#1v1.5)**

AA+jv7qq2AS7lqTKxdoEpBi+ybKitc9aDQ/uk39UrN2DeQngB8V3C+Nbh0VobKTv3yLs3JZZjPVk0Ltmo+BtNuZnaiEVDRXXJwC+tVXrlvuV4WUSAJW8lAu8+NzOyXJ1YNx+aLYR+tRM4rAR4zTWk9ypZ0CVmXl73CjE/o4GePfRUJHjvC7gc
+7On90RIq4b7DgDSqFbP3i7zyRUkkbLkdM2jXkC6lYklu5c6iQ79erDc9tHSWGLKZrdRWzkCuvfJhRjF0nowxHDXGT9UGh7uzihew77Iqgcds5MJnWeuh943e5zMdlva1JHdLWZKtP+kj1ZxTLup8NmXBzwlX4e3g==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**
Get your Prime eligible items with your 30-day FREE trial of Prime

Get FREE One-Day Delivery with Prime ›
No hassle. No commitments. Cancel anytime.

**Delivery: May 30, 2023** If you order in the next 14 hours and 5 minutes (Details)
Items shipped from Amazon.com



**niufoey Designed for iPhone 13 Pro Max Case Cute Full Camera Protection Luxury Plating Smiley Phone Case,Raised Reinforced Corners Shockproof Cover Case for iPhone 13 Pro Max 6.7 Inch Light-Blue**
$10.99 & FREE Returns
Qty: 1
Sold by: niufoey
Amazon Prime eligible Join now
Add gift options

**Item arrives in packaging that shows what's inside.** To hide it, choose **Ship in Amazon packaging.**

Ship in Amazon packaging

**Choose a delivery option:**
Tomorrow, May 30
FREE One-Day Delivery with your free trial of Prime
Fast, FREE Delivery prime
Tomorrow, May 30
$5.99 - Standard Shipping

Place your order | **Order total: $17.75**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $10.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $16.98 |
| Estimated tax to be collected: | $0.77 |
| **Order total:** | **$17.75** |

How are shipping costs calculated?
Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Cool Patches Original Design Patches Peace Love Happiness Applique Patch - Heart, Happy Face, Smiley 4.75" (Iron on) Fashion Drawings : Arts, Crafts & Sewing

**URL**

https://www.amazon.com/Patches-Original-Design-Happiness-Applique/dp/B0BGDXL6QJ/ref=sr_1_239

**Collection Date**

Wed, 26 Apr 2023 07:55:39 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

mFeDoTTB2GQtB7N4c5sOs+jFft/owbNoMgjbYww9aCG24sMVW4K2H/3odhRt5xTavklQPeTQ+1odlOshHA1ul9AphUndJQ6bP5WveaaGsZNi8B+kYqyK9d/6GwMO8K1+h2CCQfBn8WzIoTWJaMZdc7TeLD01NTZKL9xRp8Sl4aw=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Patches-Original-Design-Happiness-Applique[fs]dp[fs]B0BGDXL6QJ[fs]ref=sr_1_239]]_Wed,-26-Apr-2023-07-55-39-GMT.pdf

**Hash (SHA256)**

bb3870f5a1f82bb995cec15674f321fcbc46c25d422a37eef3b368fc8530cd74

**Signature (PKCS#1v1.5)**

TT6VXVZ+TTW6fSYQDKrTzVpUizvydYtK5Q8cdXGwd2+4n7+NKTwkAjnyPADvGiJB4VDNQwv0CFVsMaGUNwvYnPCnmWxlMKz+yk6JAc6YkOO5sBLA7zBZh/Se9R2Gj8o1khk2OABsFQ2nLg8uxMaQNY7oCXDYa+6hf5Hj8O3wZeI=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 02 Jun 2023 01:21:17 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0d:5600:8:36::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

M3gXvO5px4YKIeWYzYcAT2oEoOYf3qKPI8njdgLmg+Ux0AX/kEuxFJORxcW3igfjCkvRua7e50Oee2slS5JPYMxhi88UBqUZkv9anB37BDRDlz5t69+833EqER9mpKLmMiMmO0j4FVp2xN7qgUGJeBFHo2Ux+2LGtuBkxJdeYW
+HRjZLnhzgZFvsXKEOjo31bxIEMVx/0DD7KTPqQKAB0b2MgzwypbfoyBZY7d9XTWZKcKfDBxu9/MF2edFRZJgLD2dUhmRvy5ncCn2V7HZUwlFwguCSoJD1I1Jd/NDJYcHezcL42ehP072F/DtwUfhCI+aLQckrTt/0IuuoXkXhdg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Fri,-02-Jun-2023-01-21-17-GMT.mhtml

**Hash (SHA256)**

9ae3655068d5596ff69fa11b321a7335446a0d4319b8ba36bb49e967f8bb2ddf

**Signature (PKCS#1v1.5)**

RqIdj8pZWu0bhKmRtCWdGoeR9z/VXMKSJuqCVIt9iqy5hMxnmPdqX41aGKd9J5TziOhrx3Gk2bPUHAJGdWvX8i1L6BzMM9xxGeIjcIp+20gLNNdP1w2eYst0Bsk5m9sWoNY1OcE4M3hQyX357z6zrL4jNNIDcJ0wZqlpi/BlP1/bevnlVCOJp+gC
+Uwprq4QmHzg7DtWd2HpiIBwiC1iGZPcW2aEXPnjrfbSvNk+Hu+aQWHAnq7YuGQWlTLZp/lo6QB0lsK3+mfj48pRckzlLQ57nKobHMc9KtE0wHS9DXDxqQxxz2UiUVcnmUR5VgWwut/5uF+vAwi4+bddRpGBlw==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

Change

**4 Review items and shipping**

**FREE TRIAL**

**Jade, we're giving you 30 days of Prime benefits for FREE**

Try Prime FREE for 30 days

**Estimated delivery: June 5, 2023 - June 8, 2023**

Items shipped from Nolako



**Cool Patches Original Design Patches Peace Love Happiness Applique Patch - Heart, Happy Face, Smiley 4.75" (Iron on) Fashion Drawings**

**$9.99**

Qty: 1

Sold by: Nolako

Gift options not available

**Choose a delivery option:**

**Monday, June 5 - Thursday, June 8**

FREE Shipping

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

**Order total: $10.69**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $9.99 |
| Shipping & handling: | $0.00 |
| Total before tax: | $9.99 |
| Estimated tax to be collected:* | $0.70 |
| **Order total:** | **$10.69** |

How are shipping costs calculated?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.