AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com: 200pcs Smiley Face Beads 10mm Acrylic Mixed Happy Face Loose Spacer Beads with 1 Rolls Crystal for Jewelry Making,Bracelet Necklace Earring Craft Making Supplies : Arts, Crafts & Sewing

**URL**

https://www.amazon.com/Acrylic-Crystal-Bracelet-Necklace-Supplies/dp/B09H77DSZD/ref=sr_1_18

**Collection Date**

Wed, 14 Jun 2023 10:51:37 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:36::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

VFF3Evt29e8862AmI1psTf0FB1H+IRI29rzootAd6fq2y/I0t9XZ3xFOHjfmh8qO5iOwuG4x5+TCwIC5SoujJze4WVmxCflguyaOTVsiuGQyLKSocNI+W4LPUCwKs0eac72h3WC3/VXvtUmNT26xoYx82SKuCeBeiS+5KgbZ9QU=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Acrylic-Crystal-Bracelet-Necklace-Supplies[fs]dp[fs]B09H77DSZD[fs]ref=sr_1_18]]_Wed,-14-Jun-2023-10-51-37-GMT.pdf

**Hash (SHA256)**

ab87bdaa171f22d0b129b2729882e2d03c2d5218cec0f423fcefe9620ee75ae4

**Signature (PKCS#1v1.5)**

fHAcYKq9F2dkNdAtNXpbVfuT9euTw6RGbIfTtNrW2IYYMhb5GobvF19W7MvAm6NQvsrNx/2ZhCV0rPsthjQI7yWo3bk1YVxqfcSbVGK12G0XktQCJ33WOSpQ7r3MdnavkFr9Z5+OQd57bWaHvDFlfNtzrOAvQRIs47rZbAVo2jg=



Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 15 Jun 2023 04:44:05 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0d:5600:8:36::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

ibms98NdAng5lPfSGrutYPkLxzNA7EwwMuB6m+QHuSRkOtaCjfPddy7Jve6Oe+d3+WKtk/6ydMl8PNfkl2gV9fAD/lk+tvOuC6buMhvKZCTnBk/tWluTLPUleyun+gh6tQCv6t3yXuB/EEBGUJCfdT+KhdQTYT0AcRfe558vUhbPuJWzavfjIS9UnbrC8z0byx77b0fGXAWgJwh6NaYkjW/5CB+H0koJJeGiwShQOwzyLXiEP7N15T8sDjlghRxpSQrMjZ/v6gicmCcj+2369cewkjAeYUjJAaa6nT3i5+kL9bbiwHVRBQNByoYL+9efxw6DsasUNQhLYaj9Yxw==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s]]fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-15-Jun-2023-04-44-05-GMT.mhtml

**Hash (SHA256)**

d8c8c508c13a7a21913ac31526d14db2445b6a4d9337bdfc748c6148bc7cbe83

**Signature (PKCS#1v1.5)**

eMmoCuwwr9N6DWj2wVQdbo/wQ3n5whw+temV+zrpmYC5iPiPENrg2MsQuZSDVThx827y2cCiSiN8bvrbADrBH8jT7/HzNL3p1JLyEytXBW5TYrkxPmBsJppYiRn0MmosUqdJmhl8qrblsfn1y5GlguFuakq2QpRu51peJDZkWfmbIxViR54sBrSfus6L7f7G8DGYbvqoX6OEUx+1kpuwVB3PagFOnC2lLiH9cn+Ai79U9KagJKDAt3/8SrEn0vzLBPlf0w2HdXbgQtODOcwYW8en/qumrLQfmM+BmlUuD5Lg1ZFqWJnz2AN3nntiU2cfxO2vGcNmlRugwqjUVfw==

# Evidence Collection Report

Page Title:
Amazon.com: Smiley Face Slippers Retro Soft Plush Comfy Warm Slip-on Slippers | Comfy Faces For House Slipper Scuff Slip-on Anti-Skid Sole With Memory Foam : Clothing, Shoes & Jewelry

URL:
https://www.amazon.com/Smiley-Slippers-Comfy-Anti-Skid-Slip-on/dp/...

Collection Date:
Wed, 21 Jun 2023 00:00:00 | PDF Department of Commerce | IP Address xxx.xxx.xxx.xxx

Collection Type:
URL

Browser Information:
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

Digital Signature Identifier: 99A3AB27

# File Signatures

AXENCIS | SATISH
File Name:
screenshot_2cec45ec_xxxxxxxxxxxxxxxxxxxxxx
Hash (SHA256):
2cec45ecfa65e8a3xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
Signature (PKCS#1 v1.5):
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx















Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 30 May 2023 07:31:41 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

202.164.136.95

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

UxAmWbb8FQRufCGAxFhr8IqIyLyeU18aID47AnRoGZfS9IAYDcwPNP0MetLcX12zMtwIqJVDCy06toZyhkud4vrM8Knlt7esqLXv5SbI5jXLAfTFyio7aAA+KZk+jwcvREr9EqQDfnXz5CPVJv22/+uI2tIEAel0r7z0GN87e360HWLI5YZX/9eoQ5Kz6TvQmqf9udFHICLCNkR3PKDm7zb07s3QN8G6EpsE8m5nZD8ohjdGS8G3xAb6X5PIGKjwnfwRL5HYAZxVZIs2W42gk6wotCA91US94L6bVRar0rJqNyApucTXiFihroiPjEeoBISG0kjxcEhlhIa4uwvw=+

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s]fs]fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]_Tue,-30-May-2023-07-31-41-GMT.mhtml

**Hash (SHA256)**

4f8796e2e139f747fea0cf209b916b1dcd17975db80bf17655a1573e29ec28dd

**Signature (PKCS#1v1.5)**

cuWmE58ttDI8+fPvaTkjwCBtxL34D1sAv7bfjr7USfLbfbDArBtWWHfqXY6TeCVOw8/GKwv4d4mQo4G+Bm2l2yv3wp47Ycf2FYXcgrjysnxC9pRyNp/fNFMrdYBTbkURivNcumxcYh2fvb30ZZgPiH8oHh0njkXq5QtKID3BcFpYpdJUXFN3PywUeHXSqXjjuxtzGN2yv8lwxs/M83W39Lzbz4xkbh3I0/RMj9MWpPv2qQH8rvB/tcuwxYrWGWkJY/KpNyfK4haf4zhgKxunaRaH4XJPZxPWb38a/2De8L37i84yamv02elIbwQ7GfY5tHKCZzd2n+Lt+p7XUsSv2g=+



## amazon

### Checkout (1 item)

**1  Shipping address**                                                      Change

███████████

111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Or pick up near this address - See nearby pickup locations

**2  Payment method**                                                        Change

VISA  **Visa** ending in 9985

Billing address: Same as shipping address.

∧ Add a gift card or promotion code or voucher

Enter code        Apply

**3  Offers**

**4  Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**
Get your Prime eligible items ~~Friday, June 2 by 8PM~~
**Tomorrow, May 31 by 8PM** for ~~$5.99~~ FREE

Get FREE One-Day Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: June 2, 2023** If you order in the next 17 hours and 13 minutes (Details)

Items shipped from Amazon.com

Smiley Face Slippers Retro Soft Plush Comfy Warm Slip-on Slippers Comfy Faux Fur House Slipper Scuff Slip on Anti-Skid Sole With Memory Foam (8-9 Women/6-7 Men,Style-2)

$16.99 & FREE Returns ⌄

Qty: 1 ⌄

Sold by:
nyequzeIinuodianzichanpinxiaoshouchan
Amazon Prime eligible Join now

🎁 Add gift options

**Choose a delivery option:**

○ FREE One-Day Delivery with your free trial of Prime
● **Fast, FREE Delivery** prime
○ **Friday, June 2**
   $5.99 - Shipping
○ **Thursday, June 1**
   $9.99 - Shipping

**Item arrives in packaging that shows what's inside.** To hide it, choose Ship in Amazon packaging.

Ship in Amazon packaging

Place your order  **Order total: $24.17**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

Get FREE One-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.

Try Prime FREE

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $16.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $22.98 |
| Estimated tax to be collected: | $1.19 |
| **Order total:** | **$24.17** |

How are shipping costs calculated?
Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

# Evidence Collection Report

Page Title
Amazon.com: Trendy Smiley Face Whatever Shirt, Graphic On Back Shirt, 90s Vibes Retro Shirt, Smiley Shirt, Matching Hoodies, Inspirational Hoodie : Clothing, Shoes & Jewelry

URL
https://www.amazon.com/Whatever-Graphic-Matching-Hoodies-Inspirational/dp/B0BRF7NH0D?ref=sr_1_135

Collection Date
Wed, 26 Apr 2023 06:47:45 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Chris Ramirez

IP Address

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.5615.138/537.36

Digital Signature (SHA256 / PKCS#1 v1.5)

# File Signatures

SCREEN CAPTURE

File Format
PDF

File Name
screencap_B0BRF7NH0D.pdf

Signature (PKCS#1 v1.5)



 













           



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/go/buy/spc/handlers/display.html

**Collection Date**

Wed, 31 May 2023 17:58:48 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

111.92.77.63

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

R9xtLfIqy8KTNaFpCSuIAvOnwFxU8gXS57MhSLayVpIZUJ9GyPS/fPWRbeBCvskzjFSHuJ8jpEgDH+HudTNjr5Xhos+jQJgWL2558FlFLuJEGqqgUdiUzmFcqiJ/+8eNIXAiWFAv9cFeRDH6nKV0sHAdlRoFZee3lLpgKdBQ2Qj42gUhdJuuqYc6RAKWODELHxiQ/K28c/OKLnFgHPi3TK5vKCMQcJL2micByAgAO9ev4iyiWdVhKgI3BxjgIY//XZ0UEw47dEfaZ6U4nm3itXoseVQUklmE11RnAiZGYDSQzJN7EeouJhoWIEwNWLp6yZzSIENpjZGXAhu6WiW2ZA==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s]fs][fs]fs[www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Wed,-31-May-2023-17-58-48-GMT.mhtml

**Hash (SHA256)**

7a74c63dc2375cfe0cfd1baab15ed9a9dc3adf81ed3c5498e363c732ef713d4c

**Signature (PKCS#1v1.5)**

ZVd0kcCimzZRm3xiG63arWtdj/W4eDJfxZvwe18SSt6NDVqzc8L0cLU5JVe7nTIoQg8QeqerVdrTp1tsuejChSX9v0ssrVpR5wzZ9/L6Z93Qw7JvmerY+CsYkHNYSbfz/QCjf65ySfBI8dTiRExaWMnIPw5XHzpZGJ6NG2XH6o0mc5DwvAIimS+yyeZGrMpM4m9I6fNXXyIRtaEBjMalXYmFPnz0A4yTY+rCmMpcYOMz6HGGNnH4Rin6pNLx/0FGC6SbAFRYU7aQDopbNdD2xl08za9SOan7nNW0vPi7tNeEsrl8mXSi/M+l52uLW1greQ1KuOe4xdehaMqchpkQ==

---

amazon

Checkout (1 item)

1. **Shipping address**                                                                    Change

111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.

Try Prime FREE

2. **Payment method**                                                                    Change

VISA  Visa ending in 9985
Billing address: Same as shipping address.

∧ Add a gift card or promotion code or voucher

Enter code    Apply

**Place Your Order and Pay**

You'll be securely redirected to Visa to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

3. **Offers**                                                                              Change

4. **Review items and shipping**

**Order Summary**

| Items: | $16.99 |
|---|---|
| Shipping & handling: | $8.95 |
| Total before tax: | $25.94 |
| Estimated tax to be collected:* | $1.19 |
| **Order total:** | **$27.13** |

FREE TRIAL

**Jade, we're giving you 30 days of Prime benefits for FREE**    Try Prime FREE for 30 days ▶

**Estimated delivery: June 8, 2023 - June 12, 2023**
Items shipped from NyVotJe4ydo

Trendy Smiley Face Whatever Shirt, Graphic On Back Shirt, 90s Vibes Retro Shirt, Smiley Shirt, Matching Hoodies, Inspirational Hoodie
**$16.99**

Qty: 1 ∨

Sold by: NyVotJe4ydo

**Customizations:**
DESIGN PRINT AREA: BACK SIDE
and 3 more

Gift options not available

Choose a delivery option:
○ Thursday, June 8 - Monday, June 12
$8.95 - Shipping
○ Wednesday, June 7 - Friday, June 9
$24.95 - Shipping

How are shipping costs calculated?
Why didn't I qualify for free shipping?

**Place Your Order and Pay**

You'll be securely redirected to Visa to complete this transaction.

**Order total: $27.13**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.



# Evidence Collection Report

**Page Title**
Amazon.com: OGAJIK Blue Smiley Face Preppy Inspirational Quotes Lightning Cheetah Leopard Heart Lips Have A Good Day Wall Art Decorations Prints, Preppy Dorm Posters, 8x10 Inch 6 Sets Unframed: Posters & Prints

**URL**
https://www.amazon.com/OGAJIK-Inspirational-Lightning-Decorations-Unframed/dp/B0BTYVHW4J/ref=sr_1_21_sspa

**Collected On**
Wed, 17 Apr 2023 07:04:43 UTC (with logged-off of Commerce / AXT authenticated timestamp)

**Collected by**
Chris Barton
IP Address
Date Sent 6 2
Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#7 v1.5)**
bf7f385a9bffbb28a0725eab5ebba80e6d5a5afab95208e5b69f3c7bf23f4e96c9e5e2a6b3c5a7f3b1c8d9e2f0a1b3c4d5e6f7a8b9c0d1e2f3a4b5c6d7e8f9a0

# File Signatures

**Page Title**
AXENIS CAPTURE
.html

**File Name**
a-remove-[Mnju82da3]remove-amazon-om0f456-inspirational-lightning-decorations-mhnmw3d9jg8[kd2MT7VV43dd6Ma-sr-1_21_sspa.html

**Hash (SHA256)**
bf7f385a9bffbb28a0725eab5ebba80e6d5a5afab95208e5b69f3c7bf23f4e96c9e5e2a6b3c5a7f3b1c8d9e2f0a1b3c4d5e6f7a8b9c0d1e2f3a4b5c6d7e8f9a0





















































Investigator Name: Sian Kelly

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 05 May 2023 08:33:53 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sian Kelly

**IP Address**

**Browser Information**

**Digital Signature (SHA256 / PKCS#1v1.5)**

KwvuVmTyEBuxlD6X3ocz2YhflBpbBjZ4CpkplE2zz4HCru/ctKTQ2dQOnAEQwO95MejwM3nmQCPQGvTWZHFjIdJ5ozFbBwmZMtdhknUUwM9dvYE+N8oeURIMDCFqm7UDYmB0tGvDT1UxTGyIgNj/cIlQIdTBP5hkDAsDjjCUjNFlylic3Z1PlEzvQJNyIBMe75JBReJN7Wl6Xkl9+CJ3XlfwoycrbYu0kFihtleU7aZVhrQiDUGMZSiupd+USWPtlFkjxRvYfCHe1QYQZsFrrhiWLsihvIARSLyTyZ85nulDlmlL26CxxG8kJeCHF7xliczQ83PVsF0g558waHYmA==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[]https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html[]_Fri,-05-May-2023-08-33-53-GMT.mhtml

**Hash (SHA256)**

022db3eca0ba51ca125b9ec03fcd75283befe27612b6f84f870bdc21f18443d8

**Signature (PKCS#1v1.5)**

d55DlkUofapWjjwh0AN25Za7RwMHtQXuXIxQJqUHz4AdnAC3+PW7Mx+YiA6mXAvAW552Wl6h9DW6WPnYp3kkgZ54445TaMuUA1kCNaWra/Vq1yfZyBp7C8dG7qVWnSRokGrt05IvbRUyQLqGfna7uCIKY69gB664VcziZZ/3f8naFy/bhWSmRCB7jOXVErsRnfou1WTIkJXBOVUNSKCmtgJhCMaM6iP5zuyRCWm2z2CFVN0xDL5k74fPmXI36P5Y9zL7WP8lPxYoFHtLrxMwl7Ge+FNKoNdgqJZellc7xEXJkkl72R6cAK0KqlG7ZiHtpCpT3t6zJRirwb6j6SNdlQ==





Investigator Name: Sian Kelly

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 04 May 2023 11:19:50 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sian Kelly

**IP Address**

2001:ac8:9a:1e::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

MoEcEIcG81f3+kcoUpYZbgiuNaaH6N54fLqdIPoB3b3yZKMQsLdQnygTD2L5M7gBgOMU71aiHuqMBF2C28sn8ROSR48vK3DIf3vsDWKiJi3MdOnh9dcZFlvpUSRIqsHhWw+gEYHCMyaKwzWO99/u1nCSUReAl/HK8uWb61Z404rg2meNacCzde8sqCj/N72D9j1CZCrD5gvV/T5a/7Lhb1hpyct2RwyCwhI9Cyqnku4sQB2/RftWWXCAo2YeDGYTnqJn0OYW8E2LGJmGS41WC/Uk20ar9Optet70nJESmYyvUct6YMv0aOxMPgMPpY2wBL9WEfiwOthqGQ6HOHO4jcw==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s]fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-04-May-2023-11-19-50-GMT.mhtml

**Hash (SHA256)**

ccc17ba9a0f0f6b45177447ba7512e5c46af7eb96001352c5b5bda40b901f7be

**Signature (PKCS#1v1.5)**

Zn1f5132k02Mg2mofS8Mkfps0LtpL7tGIQRS797uu+kz80wF4FL6cTqkHSWFNVr/8LgkXxUntqSFRJIjyeBvjjRCKL2gFaWxnM9Zd7/0Hcmtu91h+B0hVx2JVZ8gGTDamunsnKXvl3vuRHUNXhQrvL1VKPDO/ZO/ILh/I0Gu0+Cm6rlZp1HEqIghGgB +q2jVnHixUSIQxPuA3bf637a0cf6mQMWPO9H8IShnHdS1ppp49gMCfMA7iIARvLcfr1/M3aaVjTw2/zbLYF3ef9sI+WNJUAikcE88KO0TO/2cY4TT4IidGE3RTIXwaonDn5LkkMWgXrRLDu6nURLIOQXJtQ==

---

amazon

Checkout (1 item)

**1  Shipping address**    Change

307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

📍 Or pick up near this address - See nearby pickup locations

**2  Payment method**    Change

Billing address: Same as shipping address.

⌃ Add a gift card or promotion code or voucher

Enter code    Apply

**3  Offers**    Change

**4  Review items and shipping**

Get FREE One-Day Delivery and save $6.99 on this order when you start your 30-day FREE trial of Prime.

Try Prime FREE

Place Your Order and Pay

You'll be securely redirected to MasterCard to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

Items:                          $23.99
Shipping & handling:             $6.99
Total before tax:               $30.98
Estimated tax to be collected:   $1.68

**Order total:**                **$32.66**

How are shipping costs calculated?
Why didn't I qualify for free shipping?

**FREE TRIAL**

**Dolly, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items ~~Monday, May 8 by 8PM~~ Tomorrow, May 5 by 8PM for ~~$6.99~~ FREE

Get FREE One-Day Delivery with Prime ⌄
No hassle. No commitments. Cancel anytime.

**Delivery: May 8, 2023** If you order in the next 16 hours and 40 minutes (Details)
Items shipped from Amazon.com

Ohocut Cute Smiley Face Rug, Round Rug for Bathroom, Bathtub, Bedroom, Cute Happy Face Bath Mat, Bathroom Rugs, Machine Washable, Non-Slip, Absorbent, Plush Microfiber, 24 in
**$23.99** & FREE Returns ⌄
Qty: 1 ⌄
Sold by: Ohocut
Amazon Prime eligible Join now
⊕ Add gift options

Item arrives in packaging that shows what's inside. To hide it, choose Ship in Amazon packaging.

Ship in Amazon packaging

**Choose a delivery option:**

○ FREE One-Day Delivery with your free trial of Prime
● **Fast, FREE Delivery**
  **Monday, May 8**
  $6.99 - Shipping
○ **Overnight 7 AM - 11 AM**
  $9.99 - Fastest Delivery

Place Your Order and Pay

You'll be securely redirected to MasterCard to complete this transaction.

**Order total: $32.66**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com: Ohocut Cute Smiley Face Rug, Round Rug for Bathroom, Bathtub, Bedroom, Cute Happy Face Bath Mat, Bathroom Rugs, Machine Washable, Non-Slip, Absorbent, Plush Microfiber, 24 in : Home & Kitchen

**URL**

https://www.amazon.com/dp/B0BGSK6D1M

**Collection Date**

Fri, 05 May 2023 10:14:04 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

aOt0V5EhQZYHhc0xDB3PzJsnpuUiOOMG7pJ2rBD7Mg4xeVDWhx87gohA6xQVn1nW04U4R/
LB2BaMNDZueZ5L3T8n9ZUjDOQJqv7Ak3mRXYJmaurgjkoq1HR5L3yYuNN8xALU7TEFqgGVQXhdtYMKEVtpBwyw8CvCsxoilmfQwwzt81325wqRxh7XqVX07yXsAC6hEKyR0ENEtqAzP0pYw8g8yRcZrY/FgAnlYt8MET3EI4bIYQ1n2aUa976cxoA63tKS2W46X3m3qYSwI6wfcaeYOB9TC/
TcNClruwEsc++2qoVxJw8PdwdE+BjISr8/hZ5cqkh7R6BlgbA8mI7YpQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B0BGSK6D1M]]_Fri,-05-May-2023-10-14-04-GMT.mhtml

**Hash (SHA256)**

82e8c3c0f8552c7859e25a36b13f7e4c4dff6e517e798b778d5eb440035f28c7

**Signature (PKCS#1v1.5)**

JaGu/ElkwpB8qfjeBl5d11a8Klxhe5J+nDdWQc6G9U37r3L6pYEhg3bgQ3qib5CO/mWoBJy29QNe4BISPNwuOnoTHLQ5sTEcOfKPFanzPUZ8JHvkpK9Rknj9sN+3pDoX1lUtXiABD0p0V3dP8RqOzktxVi4arcCRN4OCQMJU+oKdig4PEFixPax8LHLPp1GN+AEuq9iSD56YEMunytRSe9/Ktznc
+Bvoi4yeFoDoWS3M7OjOXxswAPdsX11uCQE0e7QcIrKybUb8K+JMv/nhowunj6cReshH9nt+XBntoVrHRAxVV9ypGwAtWX/TOkZ9BT3Ifm/nlwpoa2b7SKG/Vg==

amazon
Help their budget go farther
Shop gift cards
Home & Kitchen › Bath › Bath Rugs
Ohocut Cute Smiley Face Rug, Round Rug for Bathroom, Bathtub, Bedroom, Cute Happy Face Bath Mat, Bathroom Rugs, Machine Washable, Non-Slip, Absorbent, Plush Microfiber, 24 in
Brand: Ohocut
42 ratings
Amazon's Choice in Bath Rugs by Ohocut
$23.99
Color: Yellow


Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 01 Jun 2023 07:33:53 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

111.92.76.63

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

qxiZwIir4rO/y/DoR3vSpeUf06HpVjNFENjvDdwPLU+S/q7IJyYLewvfoymrOJPTyObS0Z51gbhNmhQrsoH6D+NHXDNPbcU8MyTugGSwNF/pc/Mt/e2Wqv0sYiJjQWx9JG2+Y5FZ3GhOAiKmd36gWIHO5Lj/e+x0fBxS/vUmkQVk/vYYjbBcsEDqEn2GfC8X3a9pJ6YgwC6Tpb/YXZ0jIA7OhIKRmiHJBvgSI/IIKDVP/+b0IXMARfM8uQuKsZE/QJGzQKy8ZXIqxChb4gP5m3b9yM98F1aemF3qjf6Qy46TIHOybb83U6qmGmydHYZmwvH0KhibQIKmbLmaWvH+Tvw==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s]fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu, 01-Jun-2023-07-33-53-GMT.mhtml

**Hash (SHA256)**

7f44c8f007b8791854703f708af172712d74453e70e6afe4fbb39e3b9a85670a

**Signature (PKCS#1v1.5)**

jnFsspfgWfxli54FYsbU/t35N7Z+8UVx/GLsLyNdO3DC+DJK0nkAbL8RRAbPektbL56rmZYPKU8HPUxfD7poWORK394VsLetABl903KoghMsbIb/VnVaAtNYNcUzx3LrQvdGgEMuzOmexSpGQLVmRluk7zZbbvRU7khtgeueaQDKn7oygE4//gm+yok1LwE4ht1CrZenshIFlLYP5IfFjPu7KUOSCc5IhnHPm3eqdaMJ6IzVeWXNw1kbhONeZNTiT3/z3ip5dxmS7o8FXGHDMPOoU0FlFsOYaZx/4nktlqLSo7rG9SHj5m0YEx74dhQqcfpdN0xCBgf3LYT9zkFFZg==

amazon

Checkout (1 item)

**1  Shipping address**                                              Change

█████████████
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

🏠 Or pick up near this address - See nearby pickup locations

**2  Payment method**                                                Change

VISA  Visa ending in 9985
Billing address: Same as shipping address.

⌄ Add a gift card or promotion code or voucher

[Enter code]   [Apply]

**3  Offers**                                                        Change

**4  Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**
Get your Prime eligible items with your 30-day FREE trial of Prime

[Get FREE One-Day Delivery with Prime ›]
No hassle. No commitments. Cancel anytime.

**Delivery: June 2, 2023** If you order in the next 20 hours and 26 minutes (Details)
Items shipped from Amazon.com

ONCEX 3PCS. Yellow Molten Smiley Face Retro Boho Hippie 70s Fun Cartoon Patches Sticker Embroidered Iron On Applique Patch for Backpacks Hat Jeans Jackets T-Shirt Clothing
**$8.99** & FREE Returns ⌄
[Qty: 1 ⌄]
Sold by: ONCEX
Amazon Prime eligible Join now
🎁 Add gift options

Choose a delivery option:
○ Tomorrow, June 2
  FREE One-Day Delivery with your free trial of Prime
● Fast, FREE Delivery  prime
○ Tomorrow, June 2
  $5.99 - Standard Shipping

[Place Your Order and Pay]
You'll be securely redirected to Visa to complete this transaction.

**Order total: $15.61**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.

[Try Prime FREE]

[Place Your Order and Pay]

You'll be securely redirected to Visa to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $8.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $14.98 |
| Estimated tax to be collected: | $0.63 |
| **Order total:** | **$15.61** |

How are shipping costs calculated?
Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com: ONCEX 3PCS. Yellow Molten Smiley Face Retro Boho Hippie 70s Fun Cartoon Patches Sticker Embroidered Iron On Applique Patch for Backpacks Hat Jeans Jackets T-Shirt Clothing : Arts, Crafts & Sewing

**URL**

https://www.amazon.com/dp/B08RBQWJM8

**Collection Date**

Thu, 01 Jun 2023 08:02:13 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

EEhJ/ijcvVZy6n3am9m6Zc+DIo/Pea506Eqi9+INN3Pq7keKmw5ZBSlMbFOHcm15f8pilEDYhdL6R8EDcQb0Piz5zEBUkIkmHQUsN2RYMOJo7I98Dq3YbfxJeTOGlC75lfD59loHpwk9cA26r2ktyRffNVSpxdNeONhSRb7U6nMolSgMafawnLizrPTfLk/
tf9m8PUvytJhoG9L2ZtPIdREuataSSZ2zsnUN5fAHK23Pl6yxMmpADsUxtlSV3yAXHJS/gzP5FJhEfQI5brfBKYlM6PRYSiVqB63boC49n5FFTC2JktRUvHlm03CY3/IVY+pTgT3hL70LULSGF0L8yA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B08RBQWJM8]]_Thu,-01-Jun-2023-08-02-13-GMT.mhtml

**Hash (SHA256)**

83be8a4ab97dbe795adcf8fc8ccdb6fd972ce37646a0561a3f2407d94afcf22f

**Signature (PKCS#1v1.5)**

CHaLdl+nuGk85KwiqX/iqRlFdIfNZn5X3WkqWy77Ox74cPrHRNuQKeY+0oavVAx3pJAFlrNACVYV2nsobg3AKHBVv++ZwXXG7eig/iDAWcuf0GJzekQj0CPr3Jx4esHFxLNT4uc05ZEq4kbVdJH5idzfSEcacoqORJptw8rOUteFFSrsIp+59d25a8JoH2a70BioHfQt1HK8eD5g9uAf0y/
+casZgXc5w0JslKz0uQsRusdyh8SWgc+fbuvPyfN+Cz9F9TpaxF+km8y/2m0EcW5V5QNzfT47M0DAS+EpbMBXe0buzEiLXSGCGapcc+a3LrfeJGw3+A5pAnuepe9QhQ==

















AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com : Summer Garden Flag Daisy Smiley Face I Hope Something Good Happens to You Today 12.5x18 Inch Double Sided Checkerboard Plaid Farmhouse Patio Yard Outdoor Decor : Patio, Lawn & Garden

**URL**

https://www.amazon.com/Something-Happens-12-5x18-Checkerboard-Farmhouse/dp/B0C17F9HMZ/ref=sr_1_289

**Collection Date**

Wed, 26 Apr 2023 06:05:23 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Hk9erXnGCGgMhYCld88KGc4vU8w79hkxve+HTLz6voh5eWRMkfLima7LvpJWp+J2db1zsaT9ZlJ2yz3KyoOiBbYSw/fgvBAZtmfsdbDodfM0s1FOtoB8xlSaTyFiRufXjoZvd2SZ9OLNsEAt4zVkIQmEv93de3aDyylsO2eSHMI=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Something-Happens-12-5x18-Checkerboard-Farmhouse[fs]dp[fs]B0C17F9HMZ[fs]ref=sr_1_289]]_Wed,-26-Apr-2023-06-05-23-GMT.pdf

**Hash (SHA256)**

e4ab2e0561cecebc06e976e47341f44521ae0ccb78504cd6ad83a2f0fdd1bc2e

**Signature (PKCS#1v1.5)**

ACJfarf72nGzCsUCtpJnlh+FZucUiKH1WAkqQhlF3ZWzz0Kp/3FZq6Y0b+W8OYUYcHKlOOVpkes8StZhKMubyBPLTKDpwKPXvPY1vg99mTW+jdJKq6P8FcIy6qCxcIeZy00DsDOgR7dNp1tGYfoBIatD55JTb1Dnq3vmFOLrWVg=






Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Wed, 31 May 2023 08:32:51 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

111.92.77.63

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

lrVivEO8CUY3i0hKDaPC32Gi0PNaHcD7o2uojnNwZJfH7NHheYj2GPiwr5fBtW2hrSHepSzrf2ungtXLewGYNdMa4VNT2UNtOWhvvmRxdQKj6P4UtU5MTK7ZHLHDbJ8leB9ULiWJvFaQ9X3A0JOrEjGQALYLdy2j944G7JF8PcjkuJnw0U+w9FBnjU4o058sa7W+eYbx1s9qatzFjw3h2CO0V8mt/lQkjR7BfYK+e5YNanOhSUBi7HbLmxWOhy/FRv6EA4tym9Y+jYxg82jMFSIS/yUywpC6D4OfAXtm+zODnmGRWdRqt1bE3rybPslvZduH/i8pvN/P/DWJ2do/WSg==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s]|fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Wed,-31-May-2023-08-32-51-GMT.mhtml

**Hash (SHA256)**

663fa4a975f8af4e4aa777f84aba59fda1e977199febe91ad4799e046e0d358b

**Signature (PKCS#1v1.5)**

jKtDUfvDyA/0mZ8skrJpAHKmPytMhYvkpqR7dy4Q1odqgPxxLGGfEIKRaXVmP73bN3n7cvXuQ4Ug/Ocltqo0sqTMHFgPuY/G0dfuZk5+3vCCaztjtfWQQixPciH9dVH8Xr6HU0gUpLFnzsZQzc0zuhPPzg468OBdV6XemwL9MXkFr5CkP0mYxi8gxZMPAAg1ck7mkK1PeJ9i5/J21bQkwGAQ4G1iliaXSmLQKHeJHys4MOeTau/NSXuudXNVT5PRXIzJy23Ay2FPFaHWHxquIvv8fSq1PctLAH8Ig8zEAcPjcaxJ3sHkZsI02puleJGinMqa6MjmZRPYrKFXhAADw==



AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com: 1140Pcs Flower Smiley Face Beads Polymer Clay Bead Kit Include y2k Mixed Fruit Spacer Trendy Clay Beads Charms for Jewelry Making, Bracelet Making Kit Accessories for Women Girls : Arts, Crafts & Sewing

**URL**

https://www.amazon.com/1140Pcs-Polymer-Clay-Include-Jewelry/dp/B099RW613M/ref=sr_1_18

**Collection Date**

Wed, 10 May 2023 05:07:22 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:93::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

TKBRF5ctRPWDIvJApnyiIqYI2WEqmHgyr1rW9cP0uAtzyqxwur1R4/Xl7+YoCsDtWzCVnFoey/KfMniJpUWYNi1fLhwvSIAFQ2vOLQjrgrUqpk7muFiW1q8kvaFwffWjlLdn20bPoIBOQASkoqfV50+/2c2YxM8bevYfHhR76KU=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]1140Pcs-Polymer-Clay-Include-Jewelry[fs]dp[fs]B099RW613M[fs]ref=sr_1_18]]_Wed,-10-May-2023-05-07-22-GMT.pdf

**Hash (SHA256)**

b3ea4bb364a5d5a6f2ff10f7bbca91dd0a6cd510caff4aac764c29f53fc7018c

**Signature (PKCS#1v1.5)**

ipQoq3wE182DjRjEGzyBoe/Hv8tvtE5Msn9vr40e1TfO0vewbdEKhrZpvHHMkibqT/5mBx6zVrqNrJXw9p++YvFbfwyiM/zLhEMfJ/5nvwBX1XjKJq5MpgDyLgpVTDLPwUlYw86Evzp3uLc9pcVb7HW0tVpJj8AKkbHjycoF274=





**AXENCIS**

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**
Place Your Order - Amazon.com Checkout

**URL**
https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**
Wed, 07 Jun 2023 06:44:29 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Neha P

**IP Address**
111.92.118.122

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
PVNuBizpsERblCB7IT3xbnQhHwZVD+qo/YJoIVuSpctmVToTKs0W66iAsZYqq1fx/7Tzf8sX85M8JFmHALm3tdX1HRp6hzgxHwTNmGZioSpIev12L7wIJ+2IvfyQR2sJye10giZ8ktzrc02ggYOsrtbMzqmaqUXUfyVGMNnqm0wERrM8U3bCxO4Vq9qLeIHR1DTYEmdzz0nzF80hG2tl/+DwrQ+DYuFx+NXQREevP3n/GcmNPTT66C7bCGNeWx0?Nd063ovYopxMExDOuUFkY4GBU+m5yFcRUAx5q7/JJbxygzLyYcAqfCUGn4dS8oPO+1O8khfrnEqB5npqo5GIEbPA+=

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**
screencap_[[https[s]]fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html[]_Wed,-07-Jun-2023-06-44-29-GMT.mhtml

**Hash (SHA256)**
aa38f90d06c3d45ada9f26f65ea7f2940d77e4892c1805a3a479f4bdd74a76a

**Signature (PKCS#1v1.5)**
qFcC2OBZFDwmch8RxJK9TXLGx6gPApTpOSw/aJ3GZNDbcfmGFOYIDiaz6pN+oGyrHoNx4Sv/SbNhZ2rv8J4cr2pdy6vIGjLf+0swiIgV8ghlJ7G5uUtsS1yDra6Tmd4Qml8I1BJeGf2XN3vb4nnoN2xV3DaBJ3uO3kV27jWH6vaFDhALwxdYT7p73nqcpTHHusvrcFgTGeljKaJSToxtaJcWnQjJ/5mbOmlb/Oj5NNwHBAAVvPoRULDY9Q0Iu3X3fTb9f2XcDKNqcOelDHtHkFYL4MkelwFvGPqoXEuVaI2eGS/7A2f7aEThzav2bSV2k5uJA9GYzmiqbl4c2VBQGKeA+=

---

**amazon**

**Checkout** (1 item)

🔒

**1  Shipping address**                                    Change
▓▓▓▓▓▓▓▓▓
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

📍 Or pick up near this address - See nearby pickup locations

**2  Payment method**                                      Change
VISA  Visa ending in 9985
Billing address: Same as shipping address.
⌃ Add a gift card or promotion code or voucher
[Enter code]  [Apply]

**3  Offers**                                              Change

**4  Review items and shipping**

[FREE TRIAL]
**Jade, we're giving you Prime FREE for 30 days!**
Get your Prime eligible items with your 30-day FREE trial of Prime

[Get FREE Prime Delivery with Prime ▶]
No hassle. No commitments. Cancel anytime.

**Delivery: June 10, 2023** If you order in the next 21 hours and 15 minutes (Details)
Items shipped from Amazon.com

1140Pcs Flower Smiley Face Beads Polymer Clay Bead Kit Include y2k Mixed Fruit Spacer Trendy Clay Beads Charms for Jewelry Making, Bracelet Making Kit Accessories for Women Girls
$7.99 & FREE Returns ⌄
Qty: 1 ⌄
Sold by: ONEETIS
Amazon Prime eligible. Join now
🎁 Add gift options

**Choose a delivery option:**
○ FREE Prime Delivery with your free trial of Prime
● [Fast, FREE Delivery prime]
Saturday, June 10
$5.99 - Standard Shipping

---

[Place Your Order and Pay]
You'll be securely redirected to Visa to complete this transaction.

**Order total: $14.54**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

**Sidebar:**

Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.

[Try Prime FREE]

[Place Your Order and Pay]

You'll be securely redirected to Visa to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**
Items:                        $7.99
Shipping & handling:          $5.99

Total before tax:            $13.98
Estimated tax to be collected:  $0.56

**Order total:             $14.54**

How are shipping costs calculated?
Why didn't I qualify for free shipping?



# Evidence Collection Report

**Page Title:**

Amazon.com : 500Pcs Round Cute White Clouds for Kids Teacher Reward Sticker School Supplies, Smiley Face mounthwr Roll Sticker Party Training Stickers for School Classroom Home : Office Products

**Page URL:**

https://www.amazon.com/Sticker-Supplies-Classroom-Face/dp/B0CXXXXXX/ref=XXXX/?&XXXX-XXXX-X · XX

**Collection Date:**

Thu, 01 Jan 1970 00:00:00 UTC (00 XXpprwm X is Wnnsmwm / XXX · 00Wnnsmwm Wnnsmwm)

**Collected by:**

XXXXXXXXXXXX

**IP Address:**

XXXX XXX X X

**Browser Information:**

Mozilla/5.0 (Windows NT 10.0 Win64; x64 AppleWebKit/537.36 (KHTML, like Gecko) Chrome/XX.X.XXXX.XXX Safari/XXX.XX

**Digital Signature (SHA256 · PDFXXXX X)**

XXXXXXXX2axXXXXXXXXXXXXXX7eXXXXXXXXXXXXXXXXXXXXXXXXX

**Signature (PKCS#7 (:)):**

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

# File Signatures









       



**AXENCIS**
Investigator Name: RemoteUser2

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 16 May 2023 17:40:57 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

RemoteUser2

**IP Address**

2a0a:1dc0:5:3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

j+0lo1V5m3FwViD15BJZzJQBB7xbzDho8GmhE+fdat0Bc1vVR8wNQaRdizuBppkXKjhg7RWd5ofyI2BiM6DATi7oYh8wIxG5ChmISUpqoDSqfidqEyWKC22usQAfKM0sFHtAPSJia36S1FkxEP82Dq7wVpPZ77H+QLcFj4ukQbzK4xQMU2PI9MFi7lkvwolVFlk0asmYwymkiwT3mBPCUkbozY/BXaiPnEhMpAJAYlDWTPEXACMe+IGI0BBjOlSlguuVR+xwjpBKmuehpmTP0s/CZCFeB2TrqU74Zzs9/otrGq2HxxDeKb6MqOsTMyjcvwpJSSQDSTUP/IasZyMNpQ==

## File Signatures

**SCREEN CAPTURE**

MHTML

**File Name**

screencap_[[https[s]/[fs]/[fs]www.amazon.com/[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Tue,-16-May-2023-17-40-57-GMT.mhtml

**Hash (SHA256)**

d65d241a9eae4efa8c582afb436a7ca024f2add0de5535d101ed4881d203061

**Signature (PKCS#1v1.5)**

rWL8IfIL+0/+kjgB+EKtT4X1FKVs4SNMDLXJQrqP0mx0MvJNTuv0Ed2ELXhu/64FfXfWcTEsnKjQ7uBpFCiFmXM2u34YI5Y+aPU4k1ffF5wm/yYdkrjmkI9wUTra9EKGWyew0jnU8XvjY0/VngMiX9IpsX/ToPKcAvDVeGCQf4CC243tS6nD8I7kawZ8VAmkPCEIxvZXDv/SYd0IMHfqve0JfJ+Kgp6WZIza0WIxozIqMQCMh1RvVoKqK7IhLiYh1QQ2mBO46wT5vEssrdDuiD5r64pQPFKqD9b1/vXqNKsrskEedgmFeRJSU8IuT2tRSDTCHCM2ZMvPPI9DmkWvLPw==

---


amazon

Checkout (1 item)                                                🔒

### 1   Shipping address

███████████                                              Change
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

📍 Or pick up near this address - See nearby pickup locations

### 2   Payment method

VISA  Visa ending in 9985                                Change

Billing address: Same as shipping address.

∧ Add a gift card or promotion code or voucher

[Enter code]        Apply

### 3   Offers

### 4   Review items and shipping

**FREE TRIAL**

**Jade, we're giving you Prime FREE for 30 days!**          [ Get FREE Two-Day Delivery with Prime > ]
Get your Prime eligible items with your 30-day FREE trial    No hassle. No commitments. Cancel
of Prime                                                            anytime.

**Delivery: May 18, 2023** If you order in the next 23 hours and 34 minutes (Details)

Items shipped from Amazon.com

500Pcs Round Cute White Clouds for          **Choose a delivery option:**
Kids Teacher Reward Stickers School
Supplies, Smiley Face Incentive Roll         ○ FREE Two-Day Delivery with your free trial of Prime
Sticker Potty Training Stickers for
School Classroom Home (Cl14                   **Fast, FREE Delivery** prime
Series)
**$5.99** & FREE Returns ∨                   ● **Thursday, May 18**
                                                $5.99 - Standard Shipping
Qty: 1 ∨

Sold by: Onsdag

Amazon Prime eligible Join now

🎁 Add gift options

---

[ Place your order ]   **Order total: $12.40**
                       By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

---

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

[ Try Prime FREE ]

[ **Place your order** ]

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $5.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $11.98 |
| Estimated tax to be collected: | $0.42 |
| **Order total:** | **$12.40** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

AXENCIS
Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**
Amazon.com | OTELUXS Smiley Face Slippers For Women Evil Eyes Slippers Happy Lightning Bolt Memory Foam Fuzzy Soft Slip On House Shoes Winter Warm | Slippers

**URL**
https://www.amazon.com/OTELUXS-Smiley-Slippers-Lightning-lightning/dp/B09C8R52CN/ref=sr_1_161

**Collection Date**
Wed, 26 Apr 2023 05:13:43 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Chris Stavrou

**IP Address**
2a0a:1dc0:5::3

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
JrlVUsTWq64+Jnelj9f9JPAGG4rlyq+UWdjSMvWV9H10eaNBb8f66ChaeK/EOrGMBk3WbsHCXtOQAAt39CB+38ONyRcjFToyC4UxztmTP4koS3RKZVKWHMu+caidhX9cUBCh7iI8OczyvXKxdcgg0XFtasiumN3XCtB9hr4GK9o=

# File Signatures

SCREEN CAPTURE
PDF

**File Name**
screencap_[[https[s][fs][fs]www.amazon.com[fs]OTELUXS-Smiley-Slippers-Lightning-lightning[fs]dp[fs]B09C8R52CN[fs]ref=sr_1_161]]_Wed,-26-Apr-2023-05-13-43-GMT.pdf

**Hash (SHA256)**
798b515ba6ca51257bb470bb5576ca74a5aade6368bb56ab298ba3854c029724

**Signature (PKCS#1v1.5)**
dxhZv1blMB8zEPYwgr+qOPzqAa0ytIAUft2EQexnBsAMKVCzaBG7KQEB5vebzGqPFX+mgdIiPMMQPeNKfnO7IqFkhzPYANk2aq/DxtJmEfTY0ANyLNIfg3p9AQv/BCMcLf5MX494kGhAKHJiXA8TSo9YWnOHd5iXMYSvApdwMX0=

amazon
Deliver to ozbaldo Miami 33132
smiley face
Hello, ozbaldo Account & Lists
Returns & Orders
Cart
Amazon Fashion
Women
Men
Kids
Luggage
Sales & Deals
New Arrivals
Our Brands
prime try before you buy
Back to results
Brand: OTELUXS
OTELUXS Smiley Face Slippers For Women Evil Eyes Slippers Happy Lightning Bolt Memory Foam Fuzzy Soft Slip On House Shoes Winter Warm
(4.6) 154 ratings
$19.99
FREE Returns
Fit: True to size. Order usual size.
Color: 01-white
Only 4 left in stock - order soon
Add to Cart
Smiley Face Slippers
SIZE CHART
Comfortable and breathable
Buy it with
Products related to this item
From the brand
Product Description
Product details
Videos
Looking for specific info?
Customer questions & answers
Customer reviews
Popular products based on this item
Your Browsing History



Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 30 May 2023 15:25:30 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

202.83.40.142

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

S3vjHZhd1S4mqP6MGfVsDjfHZze6FEArqmL3FvJxYaB2opJ9A+j0JaPffBc7UZ/2YVomIUojm9FrDAFJNXqCNf80PpxpF9/w+SVqDSP1uw6RJELIBSZMn3m/mcbmfZJcVDxrDCJgo+ja8DJ5cGgnrghOW+
+KYOqfzh5ojPAQU5eKGe4HaE1jGtdsf8mooStnz6Rf2f9dWtLDX6A47vVDEoIVHtShaQypYNhYz5K8gdr5G2rXz59tEueI4IcmhAVUmkRpkbVIuQ1c9emXU8WRICB1YJRuyRDDGShDvyK9T9ocrTTS8qJZQB6EZiDQrUVBQbNo+IT8WjyPcI0UBtQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Tue,-30-May-2023-15-25-30-GMT.mhtml

**Hash (SHA256)**

56d85adbfdc7c6cf321046cc248e6ecf1756ef26d23700b2408d355aecb5f9c1b

**Signature (PKCS#1v1.5)**

Yno9AKAd0441JHCByFHbedVmJZuux+Rd1EnIJbeG84ZKFRtYMa74mME2O66ZyabiCE1IxUcF5RBT72JuIfh2XzS8YLZ0ZFIEpXEtNhFk80bO6nJu6vqxtN+oW28hdm9Q8cFbDIbGLixmAHnCrnDgeocZ4weq5Q9AD0Yp/C5LZWAPsu45uC1iC9C2t/CsI7/OSAKQJb8/
Gu7Tu7i9jqE3n8XX7FbDfV6U7v6S6KmTI8niLN0XhjL5skrF8Vu7p3m94T68XK2Jlejn7n7kSB3F+EWiLHrY+3U7h7gPh+I4qZU4nKxJTAEwrpj8cws0ocLjio8Els1SI1XgDLtZcPOuMFnQ==

---



# Evidence Collection Report

**Page Title**
Women Men Smiley Face Mesh Trucker Hat Adjustable Snapback Smile Hat Baseball Cap Closure Preppy Stuff Hat Pink at Amazon Men's Clothing store

**URL**
https://www.amazon.com/Trucker-Adjustable-Snapback-Baseball-Closure/dp/B0B99VK7G1/ref=sr_1_193

**Collection Date**
Tue, 25 Apr 2023 15:49:48 UTC (US Department of Commerce / NIST systemized timestamp)

**Collected by**
Chris Stevens

**IP Address**

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1 V.1.5)**

## File Signatures

SCREEN CAPTURE
Page Title
File Name
Hash (SHA256)















Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Mon, 29 May 2023 18:02:47 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

116.68.102.163

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

F8WDWBoAglU0bURId4PU3JKE8UZ2i1lxuhglQz0MJm0AOU6atT+JouETh3Uoj79iXf9Y5Y6PIxWSv02tuEx0BTKjxiX0X2/3rhLY/fyr/BBSa/1LCk7IzVrPVgPNCIYT+nlxc+8mv1I/
BUGj7UptYeXw4BOvnJQjHmskaEMFOVu6k9RO7/9rhNOvGnF784u1e68zvbmgCLApvK3D49Fp4fL11HIMZMa8pmPWfVaWEfpKn6q7b7qdX/ZSTWwgiEp4o5yw5Mo0Hvx+LIcwxBvhlu2Acp/WkEXxb9ST0ajAWwi6PEG72/FkLHfj6yLn/f0KucDr5+5cPv3VSWNqcCVIAjA==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Mon,-29-May-2023-18-02-47-GMT.mhtml

**Hash (SHA256)**

18a4cee39cd81676cb27ea6b48355c7336b280965f6cc5006cef4717013d1cc2

**Signature (PKCS#1v1.5)**

LMXKrkB8QLsGVHQpkvfsbWNz4+FCDW88CM7/Zxs0k26OLQ2HoeBfLSob6yzux5HgMEWllUSjv1Fhk7lp/aUXURj2TA8pi3O9tYZFx6/7u+FTAPjoufb6U0EjcXog8MQpKg6orfQiFgNbiCLGl7ZiQOYaGzd3LOdJ8gGUxzHMMXdLo2IzERCA2PFbxum5a+zt67mqxEV/Ul8bQ+DDwmjj9s6/TZvQMu+QtjNd821eNdCLwHXaXTMv64VtFSBZ5bNViNhnnkU3dd5R3QDl3VKZOAe3sgnTkfK3H4eVlo2GUViuEGd7mxKFNJC0BwEyYCJMeNclVi0a8QMM0gCDevx7EEA==





Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Wed, 31 May 2023 06:09:07 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

111.92.77.63

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

V6xsW1ytdPTWzv5Cj0LfQryfHs/CwzkKtaxFmfqbJsgMW0D6/3ML1sFwnmgjX8TFK5Egwlo3QBAOH2euyffXnIWvnJizjUobF+IfA+4Le01B01rEb+DPm1qENX9AuPGv41qFKnTDAbTJo2V1ev76qmTo75mJazEp8DYFOASx4TbGs3XNU0YvNPsbmiWGwWNPUBqHH0DWhJycyR/QsXx10j3TDgHWQSenzrLmvKKkVG+FswMj6jefMB3/usKdiyjygk9zLN/qHdFwAumnydJXcbn77UWuNNj//ImQbInG3vTKSe4U0DERlYfA7dl7RgFvBWq+qSbl6++TrobBW2xA==

# File Signatures

**SCREEN CAPTURE**

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Wed,-31-May-2023-06-09-07-GMT.mhtml

**Hash (SHA256)**

9399f5fa1a16ba60829fb0f7b2007571fdc987a759da9897c44f3491e4d915a

**Signature (PKCS#1v1.5)**

LBkLzj0MEJ01V5M0ikLGNaoVD5C8ysmMDqafMDvmMGx0qJYBgmfRfo2SMZmN05p7ws3XfuF2x6WgR5TEHkIA7HnxnMosBfD8hIndMsqI8oqQkaxJe5cGQcf8LBkmLU7dlFf84EALOJwDs7K0h8DOQ4jbJvDvwqGlZz1AN8MAucbTa7/Yzbu8w3HswsTiFqW8EoSwTkdG3DeH1H77pNwtDu98bWFlfrE/+2EpnPcN/AvHr5xtUek0g8eKD5EQSlew+FOwWiHPb38YKz5qB/2cpf19DAsXiDJE8Bqmb7z7NdDOibDWYDMCK7zrA2gPdOdL7nVjdivrCo92ubAASKyqeZA==







AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com | Smiley Face Slippers for Women Men Retro Soft Plush House Slippers Home Preppy Slippers Smile Cushion Slides Comfy Warm Smiley Slippers Non-Slip Fuzzy Fluffy Slippers for Indoor Outdoor | Shoes

**URL**

https://www.amazon.com/dp/B0BR17LJTK

**Collection Date**

Thu, 01 Jun 2023 05:07:05 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

C8jAamG+8Y1qMYp+36wGuNMs8zNASWLdts1CvZeoorHwajs4vGz8779vRXve0+duW4A2LhgSgcRbDk80glxB367zj+AzD+5VeMlToDHeyebBp2Mn6vrWob+N4T07sQJYlKScFmyzQgd4ZgU1PhA5EOKGtTqdqwjye+LSf/lrhfgRe+wqqyIS88myO/97IFaTPAmxZ3v9zQQ6wAZ7zdv+mLt6pAz4XfD8SLwBQC/oasOG+JbEhW9VOej13lD86QW7rg3Ts7pgp22C8RKUC0jr5qomccafc465M9ZIg5AKURiUUXJzMubwhwXhqlBdMp36bEgVhhfIV2E6dubvulF/ow==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B0BR17LJTK]]_Thu,-01-Jun-2023-05-07-05-GMT.mhtml

**Hash (SHA256)**

53c71147d31217ee38a2c293ed2edc2c63895987ece3e8b9e03877825ccf8976

**Signature (PKCS#1v1.5)**

XviymR8JOwgQKOerKM/s67G947aZnvc23w8U8Jq3b7XuoPLmSKWE4bPuG4LHeMsoSlPMAzDEJsojbUOgPsE6Gz/NtxAjXHrMJDdX7d1frXDJTgW7hxeXgUNiSO7I1MjvxJCGH8BiPpmYZPczPnGFiH1Y6TP5Lm4AfnIbpmWj7KPIKxCyzsTP+AAQjF8B4wgu1+5vCn3a1q8Z6yPJsFIU/TQ3iFG6KCGgh/95kWCgDmZ11iNJeETvySbyho7s/6mzposdXRl1JieWW7Eu/CHbg/EwNzICJCkRbxcOcS5lgTGbfDPl439UQObdN+BrnC6QqqrkoF88zLf1qJ6ALFSEyQ==

# Evidence Collection Report

Page Title

Amazon.com: Pink Rose Apple Smiley Face Embroidered Iron On Patch Kids Cartoon Logo Jackets Bags Hat Jeans T-Shirt Backpacks Costume

URL

https://www.amazon.com/Embroidered-Cartoon-Jackets-Costume-Applique/dp/B0C5SZF3XS/ref=sr_1_168

Collection Date

Mon, 14 Jan 2025 00:01:37 UTC (US Department of Commerce / NIST authenticated timestamp)

Digital Signature (RFC6131 / PKCS7 # S)

Bfa2e5bqk7hbcb02bc2179127chd3vd64kefc20711k43ec4mkj09yu3ce7t31n8kxm7f02d5 03d4sptkzhu4vdg2ssc5x37vbh

# File Signatures

SCREEN CAPTURE
Hash
File Name
screencap_B0cjvjk92jhkmmm.screet.smhz6783efe8.stfkmr6wmc9jf7q9w4m4fwb49jx9df673d95794581ad_1_0960_Mon.10 jan 2025 00:01:37 GMT.jpf
Hash (SHA256)
Q9zj6cke2twkhseeek83888bhd93msjrc9j7w43ejfhcvue1hvjtmk3nsbjfdhm4h2m2jk3m
Signature (PKCS7 # S
Bfa2e5bqk7hbcb02bc2179127chd3vd64kefc20711k43ec4mkj09yu3ce7t31n8kxm7f02d5 03d4sptkzhu4vdg2ssc5x37vbh







### Pink Rose Apple Smiley Face Embroidered Iron On Patch Kids Cartoon Logo Jackets Bags Hat Jeans T-Shirt Backpacks Costume



Buy it with

     

Products related to this item



4-stars and above

   

Product Information

Product Description

Products customers who viewed this item also viewed

   

Products related to this item

Videos

Videos for related products

 

Looking for specific info?

Customer questions & answers

Customer reviews

Review this product

Popular products based on this item

  

                  
                
    



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 02 Jun 2023 04:17:58 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0d:5600:8:36::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

M1y/4KFUlvOqzpnC4/XBE824puByJ0b2StYTvHVgUB+FwGDkgC6QcE9jF8vyP36R6NtnHxjqcz58RrGqtkDRTbnJ+c5940cIy6cP0Tl13BxOL5pM/VaU++z4Sr0dvX97bXPxJ7jPQE8y9W7mQNtj2L3TK8C5nsIZpW+2e66VCVf15xjlc4UWPKlW6WAKob3QnPFZePAFAnVRhO/uiPgeJsLD2eGqlE4f3NXZf0MWz12Ua4nkMVTiMtIUzd0DumTm2SaRpPlHWl2R+czwgpkaDQJXVUmJ8cmhgZxGFFg5yEshUL1P3SvdbLQtfczkAzAiqhFvpp1yiAgjk3SdIkZA==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html[]_Fri,-02-Jun-2023-04-17-58-GMT.mhtml

**Hash (SHA256)**

21853bf83902200c227da29cc0a88b4080c0e7e1bec324a9e0111bee2f281878

**Signature (PKCS#1v1.5)**

NRMvdstk8wq8jQ95Lb2fXjpvOr66+FpeqKrspZYXoWGFaO9MfszRfpAhNUhAEvGmobza88YLihsLXTG5ICFAE137NH8snLDJqjby/m7Hot/FBuE+PC7S4jHyKJmlT2tPJpFlT31meVG0jfX5GT+7sB73Xie3joTBYlimTYJa89bGGNpvFMN/V33kl+A5CJxlEYCe74qprm7cpANmEYtlBiSlteG6LoWefVefWRXmuwog3cdwOp5y7wUbtiZfuME2nybcCLLN2NQFe4WsLhq9mDdUntCHzm9JuVXN1HQH0nckU791aeZZYsh4YNTnI9gReI7xlchQUaMMlX2gXli+eOA==

---



amazon

Checkout (1 item)

| 1 | Shipping address | | Change |
|---|---|---|---|

███████

111 NE 1ST ST

MIAMI, FL 33132-2506

Add delivery instructions

| 2 | Payment method | VISA Visa ending in 9985 | Change |

Billing address: Same as shipping address.

⌄ Add a gift card or promotion code or voucher

[ Enter code ]  Apply

| 3 | Offers | | Change |

| 4 | Review items and shipping |

**FREE TRIAL**

Jade, we're giving you 30 days of Prime benefits for FREE    Try Prime FREE for 30 days >

**Estimated delivery: June 26, 2023 - July 18, 2023**

Items shipped from Oxana24 Shop

Pink Rose Apple Smiley Face Embroidered Iron-On Patch Kids Cartoon Logo Jackets Bags Hat Jeans T-Shirt Backpacks Costume
**$6.99**
Qty: 1 ⌄
Sold by: Oxana24 Shop

Gift options not available

**Choose a delivery option:**

◉ Monday, June 26 - Tuesday, July 18
$3.99 - Shipping

◯ Thursday, June 8 - Tuesday, June 13
$39.99 - Shipping

---

**Place Your Order and Pay**

You'll be securely redirected to Visa to complete this transaction.

**Order total: $11.47**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.

[ Try Prime FREE ]

**Place Your Order and Pay**

You'll be securely redirected to Visa to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $6.99 |
| Shipping & handling: | $3.99 |
| Total before tax: | $10.98 |
| Estimated tax to be collected:* | $0.49 |
| **Order total:** | **$11.47** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Y2k Gold Layered Necklace for Women Colorful Happy Face Flower Heart Pendant Choker Adjustable Dainty Butterfly Mushroom Charms Beaded Paperclip Chain Necklace Funny Jewelry : Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/Necklace-Colorful-Adjustable-Butterfly-Paperclip/dp/B09QXJ22LH/ref=sr_1_532

**Collection Date**

Mon, 24 Apr 2023 07:31:04 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

S/Ccxk0C1+/8feo3Z01okcXK80nxtYHnNtPAyB70u5YWk7XxrnBf2vld4S0t47J2qguRFAOL9Vl3zGWNW36uBayeupBQYsZjl8n298zPNO5FjvVhUnwbCQcfONoFF1fiCAw+UZOruyuF4ypbhPKXtUBD6vEa3EIClQQ8y4oAB0M=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Necklace-Colorful-Adjustable-Butterfly-Paperclip[fs]dp[fs]B09QXJ22LH[fs]ref=sr_1_532]]_Mon,-24-Apr-2023-07-31-04-GMT.pdf

**Hash (SHA256)**

308f826f74117403e5c01a10be6a2d8901d412768a6282408a1257c5ae043e53

**Signature (PKCS#1v1.5)**

JkAftc2Tp4qtbC1xuRJhLM01ouNJWp1hEk0S654uOv4BXao+3YZvHVQNT34ViRzFH3amsduV7WUtcccVpMY0QeB7k9b1W9pn9YZeV0ncUfOtLhJWhqmVLpmSy1Zs6GGxZl3RfV1ozDAel5yLe+ZYUhvwtNsxnLnkloeQcFkKzU=























AXENCIS
Investigator Name: Neha P

# Evidence Collection Report

**Page Title**
Amazon.com Checkout

**URL**
https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**
Fri, 26 May 2023 12:35:57 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Neha P

**IP Address**
111.92.76.240

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
iewt2RBXhJXXt1c3kNHS0cYdWlQV8kqEhZh+Mcw3QEY57J7WSEk9Vb4nzsB7Q+40d1QwhCtLlEZXrGLY2kHHTXvpEPjFcrp2eUAJxXhKjJn7acHFfBRJ9vT0YmH1i4fxbznGsi194bjzC1gR/X12yVYQwZeMlu0Y3dm3GTIGoriKNRCmDAJlClTcLWZ8kh/LLdU5DUm0fDYcReiKmROFm9blHefg0DnTcGbET2z5fRiDFHHRY2cfypMda4d0hatYYpSWQ2pXayFcYLvVTRqNW7BtsmXqSu1mdp8DKYihiNg3eecoStcLeqIf2stYvdvsApowqi3nKXv+4hjAVVg/5w==

## File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**
screencap_[[https[s]][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Fri,-26-May-2023-12-35-57-GMT.mhtml

**Hash (SHA256)**
60467a47312fdaedeb63050d82dc3ca328c956160cc3617b60352582551e9cb

**Signature (PKCS#1v1.5)**
EKPKqEn0it+PlRf0nN5qV8kKe5OCKVDMD/F97BSmFLi+HOiE/CBkGuJvCSnMfx904JGSCkiv74Buc4bSMqV4FLEM2eFHxgbeisv/mdnCp/r4ZDUaRiWcdxn8DnyFf1xAEgYaiED0Xl/h49SJwZPdZTACMYo7ryfHl125bQYAcfu5nre8rEnx4GJTBlZ2c+YZKWELjPeD9nWW1DrGX+srO+oyVZTG2y1kQqlyM+11LLe3OmkWUA1YlMnxehm4zh8hnBO0Et0122KxtyTGwS75YepU5Btg5xmxCxCMYXKqmk2ZM5SbTYFvOc1QNwDd1qbO7IPLiYt+PbQUF0+4Vl3tBg==



amazon

Checkout (1 item)

---

**1  Shipping address**

▇▇▇▇▇▇▇
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

🔘 Or pick up near this address - See nearby pickup locations

Change

---

**2  Payment method**

VISA  Visa ending in 9985
Billing address: Same as shipping address.

Change

∧ Add a gift card or promotion code or voucher

[Enter code]  Apply

---

**3  Offers**

---

**4  Review items and shipping**

**FREE TRIAL**

**Jade, we're giving you Prime FREE for 30 days!**
Get your Prime eligible items with your 30-day FREE trial of Prime

[ Get FREE Prime Delivery with Prime › ]
No hassle. No commitments. Cancel anytime.

**Delivery: May 30, 2023** If you order in the next 22 hours and 39 minutes (Details)
Items shipped from Amazon.com

Y2k Gold Layered Necklace for Women Colorful Happy Face Flower Heart Pendant Choker Adjustable Dainty Butterfly Mushroom Charms Beaded Paperclip Chain Necklace Funny Jewelry
$9.96 & FREE Returns ⌄
Qty: 1 ⌄
Sold by: Page Lawrence
Amazon Prime eligible Join now
🎁 Add gift options

**Choose a delivery option:**
🔘 FREE Prime Delivery with your free trial of Prime
🔘 **Fast, FREE Delivery** prime
🔘 **Tuesday, May 30**
$5.99 - Standard Shipping

---

[ Place your order ]  **Order total: $16.65**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.

[ Try Prime FREE ]

[ **Place your order** ]

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $9.96 |
| Shipping & handling: | $5.99 |
| Total before tax: | $15.95 |
| Estimated tax to be collected: | $0.70 |
| **Order total:** | **$16.65** |

How are shipping costs calculated?
Why didn't I qualify for free shipping?

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.



AXENCIS
Investigator Name: Sian Kelly

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Mon, 08 May 2023 09:42:14 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sian Kelly

**IP Address**

2001:ac8:9a:d::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

At5KwglV2PXPdcAd78h6Xwanp3qYf+fypwM4dHkuyCAb6nzrQtKmYY2Gv0r7cMMZ/OuAhm2ySXFkuMf
+e9f0bAHEKalR9Ie1Uo1zAEzfSzQHuRvk8TiCOuSUf9y4XtrBSnb3gNKNnHbHy8vgxzigSQ25mNZhWgJM43MGGrh3H3VlS8RiqIoRMWE2u7hBMVVXGOV3OBcVoIVIHs49L4unhjhHnw9KZDKIVO7MOCuTsRmU2dyOEpVljfrdwWXTZxR9XWN7lRt3ecugH8ZGi6qxYBudxHH7kiozCiEo3DRW
7mPX192Lc0RQXu4vuqMZqyXtFC9RV+TLHcbdzOOuXklILg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s]][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Mon,-08-May-2023-09-42-14-GMT.mhtml

**Hash (SHA256)**

fa84bd0az2110Bcded79667d3f280380bae28a94282acfaf5d7dabc20da65facb

**Signature (PKCS#1v1.5)**

FcZvb++On1BDCoVLDtkJ9YqHuuBvhfFWHjVROWa2TJVl3H7cl44u8CjeziSSbTYw2Uk39A55xZBZFTXEe2r
+uYKgWJ3oHtPuFHp6tqn1piqrGDhMN7FZjAmtlsTP7e7EJSqY6daDNd2HXXUCU4myDSpjfVkvCqmSTXlMgZnxUotSgBLgvu2Hsh70TVv0KxSWPHNhQziVHYYcq8zLP7bGQSDIvC6rlJL7/RM683kxYY7Pq01Wu0f4EpCtj9RYr1BcNYs06JKdW+oUuP3YL47DTu1pzvuETml/2IrfqWVO/
EECxNumWkLjEddALLChjORFo0vsmbFrJTMyp5lSWSqg==




AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com: Paladoo Baby Beanie Knit Ski Hat with Cute Smiley Face for Girls Boys 0-8 Years: Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/dp/B0B97579CZ

**Collection Date**

Wed, 10 May 2023 05:57:46 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:93::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

YsnNgWsn7z6Wivf4rg1VeawANvKt2lefZ9k72KBAG3g9vyzsXelaRguOZ5tshYRSDK0aygAJdvmQHZJ3jhBzNjH6mCukQS+uZeq6jzLrz+2M15NUA9PoeJ7Nk0UzeT/
UBNgSfBs7TPClxr8B5X43bjEHGtODv8po3k7AGPo4ds6epc3RqiAwcmIrN1FZTOIc0zgwfdFDt8nOzbAT2AcsteQjbY9FZRIW1Vhn1EWGz1MjCdtScwL62/dGz6xO4ohJMQdS7igs4Cc2PJoFX0+vd9SSi6JYOKPAGGhh/mpobKVTLerP32p1KPjzTknA9kr7eR1TCuYIIAJMusQiEddJDg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B0B97579CZ]]_Wed,-10-May-2023-05-57-46-GMT.mhtml

**Hash (SHA256)**

b541c917df425b2cb8e217285a4691d33782d6dbfb54dde1cb420f9431fbace6

**Signature (PKCS#1v1.5)**

Sf0PfO5nZG9bUDDOe9cGHJESCHxzMKsxvJNQ1hSHb/eDXBaKXTi8SLS7sLZbFALzIwhxhSciZ+nczfg4+McpegPE6z79r6tuFubMP8Oi1gBvkjKAfiToyYFcmhPMu5ffod3ARZoY8WVF+h8RzYmCJOtWhtFCOiOwJ58iT6IPBlpHNG1eyKC5SCald6hdxCQlfQuDE1RrtjAvjNqfF1ND
+8+gOEAMCR42ED3EoWuwJ0uKaiiX56WNYGferUZ5y0iB9XUB0b3kjBeRhRWYgTh1g+Do28y7n88ME41HfaTWE2t4XlBiays+FKYy8XMHzp10To/+lIQL6+/2rjAmGJ0goA==































Investigator Name: Neha P

# Evidence Collection Report

**Page Title**
Amazon.com Checkout

**URL**
https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**
Mon, 29 May 2023 15:46:36 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Neha P

**IP Address**
116.68.102.163

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
VCl/H28gD8QgQc0nGhtMEFknc9mbNSBm6l9qlAS1cnEEQC2R/eemSLUZObIRsDKy5x7O3/2p/XwsXBqss2StPFrrMK1oouUosqZPNycnpJJNbTSLQH6OSVOFCItolYFiHtf3YbnHle/rGQmppDqtlTYgWuXuqtxzBo5Vwq6g4Hk9tuA0SYCIBA3HTdpsYFe8e8V/Uaux03jwoHpBZ2idMoYyV9/LmBolFp7LNPbohk64mD8qrOdejEsOQMUsqui+2BzvmlP0lrh0xKglW+uB1lapC7EBLKur88wZjSHFWqhuNLzUmYnj/CxDsnlWActJRl2/RF5cf6o/RW7yTpJ4Zz0w==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**
screencap_|[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]|_Mon,-29-May-2023-15-46-36-GMT.mhtml

**Hash (SHA256)**
31ac13deccdce7a213846cb9b57ed83c7dcdda5c85baa739641891d842e9fdb3

**Signature (PKCS#1v1.5)**
Stv27/O9UsI09X5SACFG5cd+MtJtWVWV5yrsXF/VQNIrCLbSnDs3ttnBhA2If4Tt2/Up0EXZuz4GOYOzZEGWuRiM39ETPk/qk4KBFXeq08dxqj/fc4LeNFk5M81Cb+dW8SjSPI+G+nYLZJi8yR/Kxyeeo49Pl6bvFGGTlNHWxm0wp2Ortqtb8cDkIk4cQtvUMgQrxVAiHaDWacZsHubQ1EtzJBs6Us38SvpvFX21OjsmIF/AD64lTQgHb4qgTsI93bXLHIJsQfQT1U/J4hz2QU4X+u6ADI40DR5A5fRztyccncnbW3B4avg2ghB07GdFTMjxooln0O0xmA7fjtjm0uQ==

---

## amazon

### Checkout (1 item)  🔒

**1  Shipping address**                                                    Change

111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

⊙ Or pick up near this address - See nearby pickup locations

**2  Payment method**                                                      Change

VISA **Visa** ending in 9985

Billing address: Same as shipping address.

∧ Add a gift card or promotion code or voucher

[ Enter code ]   [ Apply ]

**3  Offers**

**4  Review items and shipping**

> **FREE TRIAL**
> **Jade, we're giving you Prime FREE for 30 days!**
> Get your Prime eligible items with your 30-day FREE trial of Prime
> [ Get FREE Two-Day Delivery with Prime › ]
> No hassle. No commitments. Cancel anytime.

**Delivery: May 31, 2023** If you order in the next 20 hours and 43 minutes (Details)
Items shipped from Amazon.com

American Trends Men Women Beanie Hat Smiley Face Knit Cuffed Winter Hats Warm Soft Cute Plain Skull Beanie Hats for Outdoor White One Size
**$9.49** & FREE Returns ⌄
Qty: 1 ⌄
Sold by: Passionate Adventure(American Trends Sole Agency)
Amazon Prime eligible Join now
🎁 Add gift options

**Choose a delivery option:**
○ FREE Two-Day Delivery with your free trial of Prime
● **Fast, FREE Delivery** prime
  **Wednesday, May 11**
○ $5.99 - Standard Shipping

**Item arrives in packaging that shows what's inside.** To hide it, choose **Ship in Amazon packaging**.
[ Ship in Amazon packaging ]

[ Place your order ]   **Order total: $16.14**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

**Sidebar:**

Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.
[ Try Prime FREE ]

[ Place your order ]

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**
Items:                                $9.49
Shipping & handling:                  $5.99
Total before tax:                    $15.48
Estimated tax to be collected:        $0.66
**Order total:                      $16.14**

How are shipping costs calculated?
Why didn't I qualify for free shipping?

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

American Trends Men Women Beanie Hat Smiley Face Knit Cuffed Winter Hats Warm Soft Cute Plain Skull Beanie Hats for Outdoor White One Size at Amazon Men's Clothing store

**URL**

https://www.amazon.com/dp/B0BG2JSHWW

**Collection Date**

Tue, 30 May 2023 08:11:52 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:93::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

f+WGUegnYzsYj+B6mo23php6nI+Rc6/3b0d8RxeYAtrKHqtxDS5odq+GkL5guBEaZ5NkYiRqfqaml3aMzqHHBANgtGY0syPCw1sglnCDQfHnkGvfPBwDf01VR3tV77+Wz9b2RFuFMi5gbQPH3HbPwJryqTYmjxH66UN6U3As/giMT1nN60GpWVJmoH7w6L0L26/FrBa0UenjeBOjMcAQxqOADNOJH0gFDNJqFL2wLOUdabpOrc6D0dK1F5tF9JdLTIlzuoOOCoKAcPvKZ9JCrxeNcw+c7AKSQXVBzepsYZugPYcPS6s9h5mX6yZJtGr4QwQjvO9smUJdA+rBueDdRQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B0BG2JSHWW]]_Tue,-30-May-2023-08-11-52-GMT.mhtml

**Hash (SHA256)**

858088245c4df713974221c35878b3bc3c83f2dca3bcb81fd41145daee839cc7

**Signature (PKCS#1v1.5)**

bsyksQxQHrqVSd5dHRI+pV4qwWvUNf0zgUH8Prj9fPrjrWpNTlwJhif/z/CTdXqX8LvsM7W7ispmmPq0VzSBnbe7mHngswZ4fdvPfF45zLtejgpiiOrP0oWFnFbgRPR428cYuU05Bdell1joz6Flif/JhT3BrbTltAZwEYahy1YV0L54bElr4ktC91XR8BL6H1qWuAzJL++EGNMlIwSB3FTqEiDY+gnd6InxPo/qMsOfRvh9fwrobvCbtBjyoRw/SRfFpBRgEV6PN4B1IBphL2mDm1Oo6Q0SK4G+/SpA36Y9a2Q7GOh//jHJ3NWTnUNUAXiKggfwWHU4UKeh3CvblQ==





   



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: 2000 Pieces of Smiley Face Stickers - Happy Face Stickers For Classroom Incentive Behavior Charts Tests Sheets Decoration Crafts - Back To School Events Smiley Stickers Class Treasure Box - 1 Inch (12 Color) : Office Products

**URL**

https://www.amazon.com/2000-Pieces-Smiley-Face-Stickers/dp/B0BDS4QXZL/ref=sr_1_22_sspa

**Collection Date**

Thu, 20 Apr 2023 07:28:47 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Qiz0XVfIDg091wJyeegJkbQAOiIH29SAyI0VXpM0irZM1JyYLTNXIdZBDO6v7rgM7U2XelwxQXmnmOdfYe6u52Sef6ZQEs0j+SR8LZ/alb4wKzaENm6pjf2JDFAtTAqJvUOEXV108rI9MjAS4ExckQ+IIT74DG9iBjcTOM/uUmA=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]2000-Pieces-Smiley-Face-Stickers[fs]dp[fs]B0BDS4QXZL[fs]ref=sr_1_22_sspa]]_Thu,-20-Apr-2023-07-28-47-GMT.pdf

**Hash (SHA256)**

2b7a8fc454c66f0e2507113b901e8a6cb1c4e8fad0c5d6479b50ed83a209d058

**Signature (PKCS#1v1.5)**

Sgg7FHTYKqKYtqxrWSrjZyCik2LFDhF4tkAWGggm1AjAAw+UUgOtmCA5lLJFjHborBRrASJRurWYKDBZFqvn0w+eM9UZt/uiThZjhNbNQZOq0ITUlb6W+ZVfxkJ15NQaVu+1dhTQVlwj1zPlVyTA0Zd8eIrHjBfRBvcZGgqn+oc=
































Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 19 May 2023 02:55:19 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0a:1dc0:4:3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

NEEsaTpNoI9RHzsnHiWMLWGsdT7cZ+vZjNI+TNywAxpmuDuJORTXkTA47CXz32ybVSx/8adRWP5Jrso88Qx7xSKk/CuKkBqWFqKYgXe9JE6LRF+gvmEGYkREq6SXnvyHPw2pFFPYs6Kte4QZxtZ3Zjk2K5NXuW0rUKF3kwAv2Hnk9MQDOXcd7UDtS7uVnoyoR/ZL40Q5KjDgYrgv7jAzpTSeJGyc02tUHmzB3QUcy/YcmJWSxhmxu0joLkoQ63CTMZFzSxU0txWkQvp74c9qkI1xLf/b40EWFSnMvbTHpqDKso33vBwyncxYY9LHek4JkhHyJKNayisvyNVL0dpJg==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s]fs]fs[buy[fs]spc[fs]handlers[fs]display.html]]_Fri-19-May-2023-02-55-19-GMT.mhtml

**Hash (SHA256)**

6c2d537d577b80c3dc8a12bd73a7d4742f640ae5afff8d4cae7ee778b

**Signature (PKCS#1v1.5)**

JtOpo350VUnXnr0E+4381m9hVZAYqaiq/oKmNzmfbg29TwxCwLdEaKWYiX+DeWRgnw0+rUTf7D0Kh+mD+evb7K71ZyzdQOJY/U41YHXccR8oL9uJic63PAYuwddWLRXAoOcJD8C5IStdkzUbCxr8+RM0hNvWr7D+b8t49HRGa+f/RExqfwmPdZO0cPruV0/NJ1U8jEk5/fipfhhGmg2gTS/KCXku3zx+YbWjb0OFSaDTudkKZId+LXQhCAkkP0mcnUrN0cQiEXI/U9BrSVD4zz0jL49hTP8IYhIWdj/z0fp012zCjDuBuvDE+qvjkVBY1Yw5vFbWkqTB1hekFbM9A==

---

# amazon

## Checkout (1 item)

**1  Shipping address**

307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

⬇ Or pick up near this address - See nearby pickup locations

Change

**2  Payment method**

VISA  Visa ending in 9985
Billing address: Same as shipping address.

Change

∧ Add a gift card or promotion code or voucher

[Enter code]  [Apply]

**3  Offers**

**4  Review items and shipping**

**FREE TRIAL**

**Jade, we're giving you Prime FREE for 30 days!**
Get your Prime eligible items for $5.99 FREE.

Get FREE Prime Delivery with Prime ›
No hassle. No commitments. Cancel anytime.

**Delivery: May 21, 2023** If you order in the next 1 hour and 4 minutes (Details)
Items shipped from Amazon.com

**2000 Pieces of Smiley Face Stickers - Happy Face Stickers For Classroom Incentive Behavior Charts Tests Sheets Decoration Crafts - Back To School Events Smiley Stickers Class Treasure Box - 1 Inch (12 Color)**
$12.99 & FREE Returns ∨
Qty: 1 ∨
Sold by: Patccoral
Amazon Prime eligible Join now
🎁 Add gift options

Choose a delivery option:
○ FREE Prime Delivery with your free trial of Prime
● Fast, FREE Delivery prime
**Sunday, May 21**
$5.99 - Shipping

**Order total: $19.89**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

[Place your order]

Get FREE Prime Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.

[Try Prime FREE]

[Place your order]

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $12.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $18.98 |
| Estimated tax to be collected: | $0.91 |
| **Order total:** | **$19.89** |

How are shipping costs calculated?
Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.