AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com: PAUCST 1260Pcs Flower Smiley Face Clay Bead Kit Include y2k Trendy Cute Fruit Charms, Mix-Color Flat Polymer Clay Beads for Bracelets Jewelry Making : Arts, Crafts & Sewing

**URL**

https://www.amazon.com/PAUCST-1260Pcs-Include-Mix-Color-Bracelets/dp/B0BG8RXCMT/ref=sr_1_127

**Collection Date**

Wed, 14 Jun 2023 11:41:04 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:36::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

obxOlrcZyxfMo6Y69LzJvzJV0x/s42aKiq7esSKJN0+xpzFBppbH6arBQEYl0P5RmVLDRiPhHWfSCfr7iV+jZ6N1rxty+3omr7BIWhOWFHUwYFMgTCvzUtHGhtTFHei3QUs5F2Ny5Neu68Tvj0448DLchdPGaVHbHkschP2UsRA=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]PAUCST-1260Pcs-Include-Mix-Color-Bracelets[fs]dp[fs]B0BG8RXCMT[fs]ref=sr_1_127]]_Wed,-14-Jun-2023-11-41-04-GMT.pdf

**Hash (SHA256)**

270dee0de81028995493bf04c4edf7f629e7b5ea52972fa852defea5999a57e2

**Signature (PKCS#1v1.5)**

BIEA4rZoiD7k/fuCEPhBegpPZGqL7dFbXnTnJn0l90jw6eh7N6y6gkl0ucvOxMorcz7G8ZIV9o3SzWtuw51I6IKhGKb25Jtdl4YswHhLJT6KvOvnTytO3h5mORo/pWHa+Zh+TGDW4DqzI8Ftf/yJkc8MsT8WBFOc79jKypxJvmg=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 15 Jun 2023 11:36:39 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

202.83.41.44

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

NSk09o0wMn8lMSXo0+T8WHVZKRcb9X0DmXTbFyFxH4FpnXxFx+4law5zuu6JVJCCVPJWfCu9VEi2ds
+hbC01HfaPiT1nIvNJWQyNofg1YrcpibRqtBVDPkJs2wZybGwbujBsJiGd7qVU1skMHDVRbntkr0Ja1ozZJoa0hTBc5zs3CTobyyF8Uxevvg79VN4dS3sRQoCMkbiCdN8eKRpK5O5xLfsA7cPrRMQFIdct2E4OW0BFAtPz2HauY2shj8+LLn8QT98+a7qqIf7bQQb30GITVFaUx3eIk2w6DfkE6aDDnvl
6gKuUsTttiX1S7dEVtXZDa2VacvSsapz/k3YqUw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-15-Jun-2023-11-36-39-GMT.mhtml

**Hash (SHA256)**

dd868572c008e7bc0d7b5d205be7fa13e7694263e07e430b759d0eefd8b5ca4b

**Signature (PKCS#1v1.5)**

ljqbPA4utq3mfH/Y3GDlVRbdQMcbRbTI0ljHeV0AKt6/VEQ+mmBgW94SIVlxplBK7M2WXFv1bLKR5f52cBVa7kytBIBiPhH0YmIQFGyU/owkC2pPT7BI9rAkKnLLbwgjURMiC4kJT/7TXKgxYXqyDpBL0MepE4XwFpEbaA7LwIP0C9vcZvfGuwIY864EkKidMxAaRP/7Jl157kRT29PJInwww6aAb
+xB3Q8DfS2Z+k2VOE+EV4GfdJ8gs0nu3PTZf4fg3yLY3QXJViJMgY3CRJyEEf6oD3kNobtkIw3hJOtyrkCxzpNVMpv6oBFp4Tuuo8YUnUjrAR1aAj3GGnSSSg==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

**Or pick up near this address** - See nearby pickup locations

Change

**2 Payment method**

VISA **Visa** ending in 9985

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

Change

**3 Offers**

Change

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items with your 30-day FREE trial of Prime

Get FREE Two-Day Delivery with Prime

No hassle. No commitments. Cancel anytime.

**Delivery: June 17, 2023** If you order in the next 13 hours and 8 minutes (Details)

Items shipped from Amazon.com



**PAUCST 1260Pcs Flower Smiley Face Clay Bead Kit Include y2k Trendy Cute Fruit Charms, Mix-Color Flat Polymer Clay Beads for Bracelets Jewelry Making**

$6.99 & FREE Returns

Qty: 1

Sold by: PAUCST

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

- **Saturday, June 17**
  FREE Two-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Saturday, June 17**
  $5.99 - Standard Shipping

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

**Order total: $13.47**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $6.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $12.98 |
| Estimated tax to be collected: | $0.49 |
| **Order total:** | **$13.47** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Pecfamly Preppy Room Decor, Tapestry for Bedroom Aesthetic, Smiley Face, Room Decor for Teen Girls, Preppy Wall Decor, Girls Room Decor, Smiley Face Birthday Decorations, Flags for Room Teen Girls : Home & Kitchen

**URL**

https://www.amazon.com/Smiley-Tapestry-Bedroom-Aesthetic-Hanging/dp/B09Y5LPVZ3/ref=sr_1_45

**Collection Date**

Wed, 19 Apr 2023 08:04:21 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

b7I9fkfvFJHwzVHe06lj80oafO909b5HNfjO7M8f3EC/gt8100WAZcxBOalBAwqzqCYvOW2tGXVWoLB+THoIANc+8FhWmglV68Ir0CM95I2Fz1uWPX3lDN/U8P1qMbd1n56uODE3qp9q8uWjOv+s+x8Y6IXckydj2JlzN+TkfHM=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Smiley-Tapestry-Bedroom-Aesthetic-Hanging[fs]dp[fs]B09Y5LPVZ3[fs]ref=sr_1_45]]_Wed,-19-Apr-2023-08-04-21-GMT.pdf

**Hash (SHA256)**

858739380e858f2b459fee35eb341377ad313e103fb91207bb88358f447aa178

**Signature (PKCS#1v1.5)**

XeVPkiiR9JZwa9mL4v4I47D2bwTnXSd0qSwBrSOT60yb90W4Sb8w4+FsA3Q2KwLB+CHuNuqeXp0PvFPrv8tUFkaaSx2/yxlCnmkZeHnB8zABSogUOZPdXYav6abAHCSfev+ZenZo1q6RqS4/ByxQn/up5JW03zZHBdjBGlWlGxw=



AXENCIS

Investigator Name: Sian Kelly

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 05 May 2023 10:01:58 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sian Kelly

**IP Address**

**Browser Information**

**Digital Signature (SHA256 / PKCS#1v1.5)**

PSh5nRxr+oreLQkq+BOQAiMHq0CfoZVaaDestzfocCGinCYuYZBKT1f2Tm6f5GnJefAQmKtky6kA1axM21HalPZyFr+Mtbh9bG49alo5fOjf/aesjn2E46oxrYzQfuMQFBErInRGeJEvd95FFBwUZpdItJQrpmWu+ggm1fmN/5rAg1Tmg+4Xrwffsu5PlmJzNl/mH41u9rcFNt7I9GUoWdNiJ
+NEYgEzRHuN3LqWIyLXgfts8qJuuEvQppwuPk6ZMXmBqsF4YlDFNw42GoUX5UF/eixxF79Uuwxy4tubIqtBPBaESnvH+utm565+bTeH6k/JrNP3T+T6qOQlSp6gEA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Fri,-05-May-2023-10-01-58-GMT.mhtml

**Hash (SHA256)**

6d7770babbb24c04cdc545961f7e497a9ee365b88127aa1384b6cd7087338724

**Signature (PKCS#1v1.5)**

uU9//wZS2GHQZ6M07gob9ypUpEceqbe+EnuCpIPZL9gGw3Wbj/N3agtd+InIu+e9aMApHnV1q3KvPatgM3i85gXuw5QEr3moLyDgYf+frSFKPJKYXj5jZU3uCvMXp6Mn79dCHDZmMKzTMonj5llWU/oXgd/QgYZPs4152LGE8U9VJibz0SLXqEZUcB5tQ5cDRQhrG8pJMJOxdyPD5bTOz7xu
+9wpw0hZk7HHGJzpjqYTqQ4UCuNCZrLhWXOmGSQjQrSHYbmJxVn7BmB7opU/QNBan9H+eZIvuKz7VxF2D8KYSLwAW85h69MXdsdKNL6MhwreeIk4C3n59WHKPclfHA==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Change

Or pick up near this address - See nearby pickup locations

**2 Payment method**

[redacted]

Change

Billing address: Same as shipping address.

Add a gift card or promotion code or voucher

Enter code | Apply

**3 Offers**

Change

**4 Review items and shipping**

FREE TRIAL

**Dolly, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items ~~Monday, May 8 by 8PM~~ **Sunday, May 7 by 8PM** for ~~$5.99~~ FREE

Get FREE Two-Day Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: May 8, 2023** If you order in the next 6 hours and 34 minutes (Details)

Items shipped from Amazon.com



**Pecfamly Preppy Room Decor, Tapestry for Bedroom Aesthetic, Smiley Face, Room Decor for Teen Girls, Preppy Wall Decor, Girls Room Decor, Smiley Face Birthday Decorations, Flags for Room Teen Girls**

$12.59 & FREE Returns

Qty: 1

Sold by: Pecfamly Direct

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

- Sunday, May 7 — FREE Two-Day Delivery with your free trial of Prime — Fast, FREE Delivery prime
- Monday, May 8 — $5.99 - Shipping
- Sunday, May 7 — $9.99 - Shipping

Place Your Order and Pay

You'll be securely redirected to MasterCard to complete this transaction.

**Order total: $19.46**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Get FREE Two-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.**

Try Prime FREE

Place Your Order and Pay

You'll be securely redirected to MasterCard to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $12.59 |
| Shipping & handling: | $5.99 |
| Total before tax: | $18.58 |
| Estimated tax to be collected: | $0.88 |
| **Order total:** | **$19.46** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Pecfamly Preppy Room Decor, Tapestry for Bedroom Aesthetic, Smiley Face, Room Decor for Teen Girls, Preppy Wall Decor, Girls Room Decor, Smiley Face Birthday Decorations, Flags for Room Teen Girls : Home & Kitchen

**URL**

https://www.amazon.com/Smiley-Tapestry-Bedroom-Aesthetic-Hanging/dp/B09Y5LPVZ3/ref=sr_1_45

**Collection Date**

Wed, 19 Apr 2023 08:04:21 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

b7I9fkfvFJHwzVHe06lj80oafO909b5HNfjO7M8f3EC/gt8100WAZcxBOalBAwqzqCYvOW2tGXVWoLB+THoIANc+8FhWmglV68Ir0CM95I2Fz1uWPX3lDN/U8P1qMbd1n56uODE3qp9q8uWjOv+s+x8Y6IXckydj2JlzN+TkfHM=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Smiley-Tapestry-Bedroom-Aesthetic-Hanging[fs]dp[fs]B09Y5LPVZ3[fs]ref=sr_1_45]]_Wed,-19-Apr-2023-08-04-21-GMT.pdf

**Hash (SHA256)**

858739380e858f2b459fee35eb341377ad313e103fb91207bb88358f447aa178

**Signature (PKCS#1v1.5)**

XeVPkiiR9JZwa9mL4v4I47D2bwTnXSd0qSwBrSOT60yb90W4Sb8w4+FsA3Q2KwLB+CHuNuqeXp0PvFPrv8tUFkaaSx2/yxlCnmkZeHnB8zABSogUOZPdXYav6abAHCSfev+ZenZo1q6RqS4/ByxQn/up5JW03zZHBdjBGlWlGxw=



AXENCIS

Investigator Name: Sian Kelly

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 05 May 2023 10:01:58 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sian Kelly

**IP Address**

**Browser Information**

**Digital Signature (SHA256 / PKCS#1v1.5)**

PSh5nRxr+oreLQkq+BOQAiMHq0CfoZVaaDestzfocCGinCYuYZBKT1f2Tm6f5GnJefAQmKtky6kA1axM21HalPZyFr+Mtbh9bG49alo5fOjf/aesjn2E46oxrYzQfuMQFBErInRGeJEvd95FFBwUZpdItJQrpmWu+ggm1fmN/5rAg1Tmg+4Xrwffsu5PlmJzNl/mH41u9rcFNt7I9GUoWdNiJ
+NEYgEzRHuN3LqWIyLXgfts8qJuuEvQppwuPk6ZMXmBqsF4YlDFNw42GoUX5UF/eixxF79Uuwxy4tubIqtBPBaESnvH+utm565+bTeH6k/JrNP3T+T6qOQlSp6gEA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Fri,-05-May-2023-10-01-58-GMT.mhtml

**Hash (SHA256)**

6d7770babbb24c04cdc545961f7e497a9ee365b88127aa1384b6cd7087338724

**Signature (PKCS#1v1.5)**

uU9//wZS2GHQZ6M07gob9ypUpEceqbe+EnuCpIPZL9gGw3Wbj/N3agtd+InIu+e9aMApHnV1q3KvPatgM3i85gXuw5QEr3moLyDgYf+frSFKPJKYXj5jZU3uCvMXp6Mn79dCHDZmMKzTMonj5llWU/oXgd/QgYZPs4152LGE8U9VJibz0SLXqEZUcB5tQ5cDRQhrG8pJMJOxdyPD5bTOz7xu
+9wpw0hZk7HHGJzpjqYTqQ4UCuNCZrLhWXOmGSQjQrSHYbmJxVn7BmB7opU/QNBan9H+eZIvuKz7VxF2D8KYSLwAW85h69MXdsdKNL6MhwreeIk4C3n59WHKPclfHA==



amazon

Checkout (1 item)

1 Shipping address

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Or pick up near this address - See nearby pickup locations

Change

2 Payment method

[redacted]

Billing address: Same as shipping address.

Add a gift card or promotion code or voucher

Enter code | Apply

Change

3 Offers

Change

4 Review items and shipping

FREE TRIAL

**Dolly, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items ~~Monday, May 8 by 8PM~~ **Sunday, May 7 by 8PM** for ~~$5.99~~ FREE

Get FREE Two-Day Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: May 8, 2023** If you order in the next 6 hours and 34 minutes (Details)

Items shipped from Amazon.com

**Pecfamly Preppy Room Decor, Tapestry for Bedroom Aesthetic, Smiley Face, Room Decor for Teen Girls, Preppy Wall Decor, Girls Room Decor, Smiley Face Birthday Decorations, Flags for Room Teen Girls**

$12.59 & FREE Returns

Qty: 1

Sold by: Pecfamly Direct

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

- Sunday, May 7 — FREE Two-Day Delivery with your free trial of Prime — Fast, FREE Delivery prime
- Monday, May 8 — $5.99 - Shipping
- Sunday, May 7 — $9.99 - Shipping

Place Your Order and Pay

You'll be securely redirected to MasterCard to complete this transaction.

**Order total: $19.46**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

Get FREE Two-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.

Try Prime FREE

Place Your Order and Pay

You'll be securely redirected to MasterCard to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $12.59 |
| Shipping & handling: | $5.99 |
| Total before tax: | $18.58 |
| Estimated tax to be collected: | $0.88 |
| **Order total:** | **$19.46** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com: Qualatex 22 Inch Bright Smiley Face Bubble Balloon (One Size) (Yellow) : Home & Kitchen

**URL**

https://www.amazon.com/Qualatex-Bright-Smiley-Bubble-Balloon/dp/B0163QS12I/ref=sr_1_183

**Collection Date**

Tue, 09 May 2023 10:42:36 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:93::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

dzCWGjNOtu4LzUXJJZ9lBEJIJOOU9ClZlsegrCQGH41AfXWTyC61+hXVCxQIL+25KwGDFpM1pPRBVnVLi+YYcchwASWPReG0qUZLaBmbAzhi1GIkj8Q26Z3AHifbWUXN5hl64WOLWoxs+7y9lQ3TFlIyDGriXWMYy8myp+eJe3o=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Qualatex-Bright-Smiley-Bubble-Balloon[fs]dp[fs]B0163QS12I[fs]ref=sr_1_183]]_Tue,-09-May-2023-10-42-36-GMT.pdf

**Hash (SHA256)**

4c426b706c87132d7e473d70432985850f035402d0fbafcac8f0f7525974dee1

**Signature (PKCS#1v1.5)**

hc36dKWPni3R8JSOWiot7qqUdzlyrQ1zwqokvpTNFqXEPxPYPArA3v28m5WpJJgxUVwFdrZZEVG/4gCcjO+SAZSyjC7hpaxQlT3k8rUBgP1J/i+0X+BIN9zSN+FYoeeojnWNMDcIuq46k4wa00cqXuNEnBiP05gKPvxouLFuXKo=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Wed, 07 Jun 2023 01:12:17 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

111.92.118.122

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

hZFw8D3HA6LwzirigB5OAtBK4tsLBj9A4FUt/s8nkWFmhQR1Yyb85xeix9e131WVS5Kn7hg4pgl1Pqd+6DBmA9LeS1myyWn5Piq27az0fFOctmrTWDI+2OyNB4LEgapQ0IxOdf4kqYzDibreCG2el8OyOSXfD7RQ08dAdMFREqJwc5qDi6KVKV/
pX4Qm0Pp6WNAMpin7vyuWFYcajJ3Pv7q89OZypOELR0X9WrYXuhkb1hYgWD/UVhVkUSFUWEkEMImX40ZGyWR759eowRktpMd4y1hVhtaO/OiCfyLzxUsDNjgdtPG3vxsv/9UJw5DMZhe4ULuGij8XGqcAcGKsag==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Wed,-07-Jun-2023-01-12-17-GMT.mhtml

**Hash (SHA256)**

0c1e0c6def97077f5bbbde95b5bbc1cc64995c92c244d82c89f23441f015dc3e

**Signature (PKCS#1v1.5)**

OrQXYsSuznmL2pLhTuwDVVnYEww0a6rGk9vyF+sucwb99t9qtFwL7pIiOI6Zk/Ag8m7Qqm+uuJ+PjEXAlwFc4D3woFTSPEU7cY8Wy3BvxMxjSM7n/8WQLBezffQLZuWd8vKRxHlccFdpApZTZmleGZFFEbSJv0gNMR8lgmOirK38pp09wmDtF0bxdx/ICvFFMQfmkYwjO
+uiuqT4O7pQLkziOLQxe6j6pFQjQs8kkpmeEx+pidBV+pj7SUgJ2SRIgFyt7VT1XtXSdYTFIn/P7LDlmpOMJJdp6TXePixyjXVdL61wGYidFf43s/iNvAHbWEV2h/UVUv0upMVWeBkK7w==



AXENCIS
Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 15 Jun 2023 10:12:48 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

202.83.41.44

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

ns7V6vHQiVou5PFqXBH3t30P/fXg+YRBTBEJNRu/yJ9O7sdZn2HnqgqoWR/5ylZOrffvuYcWhLHLtxy9WH0caAPhBv8BZCPZx9rhruYT/+1aJASyN2+W6fD2nI+fkuXJe2eRF4YJolK1or/
SVNSWW46ewj/8QJ6FWLcsi00bHMnWQvLBcpBP7XghGjzf5cqNwm1v4PazZW0p4PTIclInx5H78QEydRHk7z0o6PDTKxwRpKtP6kWw5ZfI7osG6+KGudR7pw/UIMefwNnKlN4sfRQMJQRxcJpdxihp/Qlnrhxkq3lznmMyHNAT3ak3s4D6/sEX+kUehFPre8vZv+jn2g==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-15-Jun-2023-10-12-48-GMT.mhtml

**Hash (SHA256)**

44219eafb44e481e18ad9b5b9a12dac14f4c6f696f3ed12829eb76bcbcbbfe9b

**Signature (PKCS#1v1.5)**

c5XkdZojoOUOadPIsU/0zB2Hd4xah5DD2sV/+GO3hmbnwqqRqJrFr+oZuJBlakfFBbJpt9AbNahiU1GsF5fZNEVxTNlEJtaTqMS+kMZf1ffsAnYr1cgkH3M8hi5wYriccrWcu8R+7dHGV/
QDOH/10FpuZpYgoN9hJXTOvq1aHsr3dBVa1EZtdk2H88NAT8jpqzS4McO7WAvWAaMFTNr5epXYQ1MQxrCGiRXgDxkbRrEzKhDEWTmZdoxUOnRJaTOiA1dPZOw70y81Yxxp1KHizvLN8gAELNarl/aEo5Qdo9HUp36fAxDRzhIA2Jpq05SkX/MvKwtaiKK7ULpY6zyf5Q==



AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com: 25,000pcs Glass Beads Clay Beads for Jewelry Making Kit, Preppy Bracelet Flat Beads with Smiley Face Bead Letter Beads Charms Pendants, Heishi Beading Supplies for Girls Handmade Gift

**URL**

https://www.amazon.com/dp/B09BR8JBNR

**Collection Date**

Thu, 15 Jun 2023 10:43:43 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:93::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

c0v9iSUwQDVvr/hCZX2W7XQLXlSofZp92GqiGqiV8QnQ76wtMlgwtYRhQOxVZWj/ac9UIJZIBsLE5hMaoIjoR9MBVjdnd5gCskKrgszEYrd4KpDHwlSiOjVmT6T1LxCHCQ5O7hhiUaOmKDFMTo6XgdwwJfZG7aVQLUb0bvFduWbJjlDFeSZOdDULf/z0Z4H5IufDmWaKMh7gK/KV5eklW5Wjo718xdS/djyN2PwN45NMl6sSr6kQe9GChvnUmJ+F8f5cgXm47aDmkabAOox0PMfzjEsjSalO1F7+7OpKCJ7d4j8gFopF0C3T3tjMQ+Moh07E10DjJ77lsXAxRU3T/g==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B09BR8JBNR]]_Thu,-15-Jun-2023-10-43-43-GMT.mhtml

**Hash (SHA256)**

0a467da3e8e58c3956b4a7c0bb53bf2283ab2f1d60a8bc900e339f3b9999ef9d

**Signature (PKCS#1v1.5)**

AaRc8VREjf3pOd0yNn5KHiKh/6rtFZu0YRB60iQbO5+Cg47DH7u607ltVum4hwzw6jdXfkqYQpG0xtgWJ8SWi062RXduKTDjAsTdPQqJ8qeqGYF12UayPVp8mKRubqOg/KldmwH+mM9+7u5auC/xTtMBNC1XmalwJ/he5MBGV227oVGppOX2+nMxrsGiNOYeFOMRoCSaD5s+FWlCRLVwMPwZ3u1CgJ3T1BCJqt9PFQysAYxyXZyV+F0kulO3VhdVd4025w6JBl949Ip7u+CsdbFicQ6mY1t6RxzBwwZylbl1SRB015rXa9GpiFA9sMqD6epuNBw1CT0yd74fkzuU+Q==



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley Face Bucket Hats Summer Travel Sun Hat Packable Outdoor Cap Women Men Teen Girls Trendy Stuff Preppy Accessories (Black,One Size) at Amazon Women's Clothing store

**URL**

https://www.amazon.com/Smiley-Bucket-Packable-Outdoor-Accessories/dp/B0BXLXGX61/ref=sr_1_215

**Collection Date**

Tue, 25 Apr 2023 11:32:33 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

VGXy7MQNpzids2pcE36Naf5QBJvYgiOSHYTMzrfSinf5QXzxSNpFwnan9/Ma07PQqqXFIiMa1TntzdRoksPq4N2Ays4Kx7+BhBdTIodjA2eUSCIS8V971V2b6ef569mKxC+XP8k+CNZ+d/hfsJ3jq+17uiCSnRx8Ect3hrRzfz4=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Smiley-Bucket-Packable-Outdoor-Accessories[fs]dp[fs]B0BXLXGX61[fs]ref=sr_1_215]]_Tue,-25-Apr-2023-11-32-33-GMT.pdf

**Hash (SHA256)**

993c49b7160d2bb4f35db748a8a77d7138431bd263e8a9356f1063bd1780496e

**Signature (PKCS#1v1.5)**

rjhYcsFW8P8CA05gYkTCQQ5s28SCXjBeCsESNV5S1LcwKOGGhwmkpeJKCiNA1hpHBxeIMn6p1sBizK2odV+mn1hLyAUb6J4UFxd20pDTWFj2aeCSe/6XNQj+/5dacKbtjDZJXLxxQSmGTKbII+L95xk0f5lEms2yVe/WVhwE5ic=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 30 May 2023 04:17:50 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

202.164.136.95

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

lXi/ZU5KYDWQK6wfdXLttBYQL4U1eirrNzPMz35Fpqir2Fz5l8i3YrBiJ1AZkVxkshWk4RVPu6I4725CCdnsHNFNmnh98L5O0bgv6WkC0yZ46+RM8lfc1Jfp7t/5BOi3KsF8lDkqqR3I67ZakVKwSkNA0VOJW+R7LkGQIfz/IYUclZxr2Wv/
sBoPlC3G060REaxk8OOsVmbmVi60RcMWm6mokDahlOF19QTKY6p/x7YjZHzSJ7TpSsQ/FTdN+cOJNqsiU8j2wR6pNaQpRk5NxsfXEHTJc7JZ+RlZE8hqbVvj1Lr7CbQH0eOUnL++uxHiReINYWFvsUD3VsLnGTiyyg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Tue,-30-May-2023-04-17-50-GMT.mhtml

**Hash (SHA256)**

e140e06fd9177d19e1782bb8a7ba3b74ca4d8d36a89c2c3e2c3dd051d6224415

**Signature (PKCS#1v1.5)**

h8GyFDrr2U6oeD8hmuTyOa0TTrp6BRRJKXJ5R0emQuZ6heeo+Q26reSQRowvw2KqxXE4mVysnf+m8KzO4G5Ope2wHAKbKSKDg1TXWT2VpsNge6EAqxwUSzWwHihBdlI+PJM2AXcLYT67jBW9axK8Byhg/ou7S5019KfDCGCSj38hTeGD36RaHNmtTehhB7mAs70L7HqoVD
+kgK44L5XucOtM0QXI113rSS8hg9Axpej4w8wvlKIYONTuVLN2rQyFiZUcMnpkOx2XxLONNrN8TnBa5giMqezm14YUE+/VxxzPkP5Ua1rC7QKh3zuFeKgj5n/mAD0pGdzZoBnFwH+0Qg==



amazon

Checkout (1 item)

1 Shipping address

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

2 Payment method

VISA Visa ending in 9985

Change

Billing address: Same as shipping address.

Add a gift card or promotion code or voucher

Enter code | Apply

3 Offers

4 Review items and shipping

FREE TRIAL

Jade, we're giving you 30 days of Prime benefits for FREE

Try Prime FREE for 30 days

Estimated delivery: June 8, 2023 - June 21, 2023

Items shipped from Phantasy Hub Direct

Smiley Face Bucket Hats Summer Travel Sun Hat Packable Outdoor Cap Women Men Teen Girls Trendy Stuff Preppy Accessories (Black,One Size)

$15.99 & FREE Returns

Qty: 1

Sold by: Phantasy Hub Direct

Gift options not available

Choose a delivery option:

Thursday, June 8 - Wednesday, June 21

$2.99 - Shipping

Place your order

Order total: $20.10

By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $15.99 |
| Shipping & handling: | $2.99 |
| Total before tax: | $18.98 |
| Estimated tax to be collected:* | $1.12 |
| **Order total:** | **$20.10** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Smiley Face Buttons Pinback Badge (1 inch, 10 Pcs) : Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/Smiley-Face-Buttons-Pinback-Badge/dp/B0B66RJT9H/ref=sr_1_100

**Collection Date**

Wed, 26 Apr 2023 04:50:40 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

mG2yrSoEs2BKKP282HXRJRNIVkl7SOHaXDztEwXpGoRM6fxMq6tXnJraZX4PsEb0/W3oFq70ptO19pUFCDT3mLOiA+k7tMQ2SDAw0BggM7BFREQt1KLGEE9uasmDrhe7GjL7gS1FjOAYUTzALvwpbIpDZDcFE4JBY6GbHSb8a10=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Smiley-Face-Buttons-Pinback-Badge[fs]dp[fs]B0B66RJT9H[fs]ref=sr_1_100]]_Wed,-26-Apr-2023-04-50-40-GMT.pdf

**Hash (SHA256)**

b881ea6fcba4ae321c2287f4d0a4f28fbac1aa00627dd291d9ac86d398b89e12

**Signature (PKCS#1v1.5)**

naalGedtuA85/ZMejZN556d0NPSXgJoIVYaGoXx3rsNUYvs/G5Uu67k+Cn476xQMrU57L4ibufB+gqVyuzp99UcMeagKGEwJxNfDulpWS81gnoyK1H7JRKOlbL8mZoFoEDA1wQb/v/pnjN32/U1J7/QerapIRab1sE8z7KPgQDE=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 30 May 2023 11:49:03 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

202.83.40.142

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

MKf/VmWMF+xL/e9+9ZHuXQ0EE3v0y3HtpgFRDG2MS9ZtG0ujLatsH8+bVkv+uR+4ZSJVA5faii3M/2ixbfHvwpewXVAZnd/kjxS6EVkhehJ1HnRhQ9mgHZsvWI07dO2PyqL+H1oVSP72W/2FRZvyXT0+epHSQzR7wNEZz0rQYNvi8lPqoabde
+NdVvjKdyRc7M9g1r7ZIc6n7Y3nc6mOMVS0oxEl7fmHB7zjYVar5i3fKFECE4ZGN5l4duiSfrQnyMwwshVcQ/KNWRB/RMkiVK5km1eeKm0YHtd5HdMBWK3URgJKlDWBP9KgIB+X6vBMBdsMQrDms1s6HKQxjDNSSQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Tue,-30-May-2023-11-49-03-GMT.mhtml

**Hash (SHA256)**

8f84728046a0ae0bd8cbe6275dc9564ca91f7896dfa848a59e75fc691f2300e8

**Signature (PKCS#1v1.5)**

jtKabs5PjvKWcrVJgX0V4T5enXk/8smhBop6eGVytmiY5P2sGGfuoDLs1Uvx9/9Sx9P8HCH/bLeCbqKP8r9VPR6KkmCv9j/Gg3Rh5OMtGuPZHeAuYzTnGtffsHaFEqOaAqiBJyRhJ9knmDoMaYNc4sV2jUCkNpslonVm9NjjzC/WLrOcz3/
L3wwJf2XfTALUIaeb0hnNaR48JlzMbdd0xV4TEm6HQvyfoXrL8vGkGiLGcyfblJtoien0KqodWlguqr2U/Rf589hJImxezPXTmYqeQGPoocwbCWMFPJRWKbPvJamzaii8oS7bzCDFSvG0p+Us8P2lk+H9sL05iKE71Q==



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

VORPE Cute Multi Patterned White Smiley Cotton Ankle Socks For Women, Size 5-8, Pack of 5/10 (Set 3) at Amazon Women's Clothing store

**URL**

https://www.amazon.com/VORPE-Multi-Patterned-Smiley-Cotton/dp/B0BZQ4TYDW/ref=sr_1_37

**Collection Date**

Fri, 21 Apr 2023 09:57:50 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

NuWH+H1zbbOjgjRMzFjujb3x9qPecqSZLbgLUeD765hMJT7DRU3oe+LLgPGM1YwT6ixhwcRZPzk2uGalZdjWDiWT/AMLKoPBw8EzQc+Bd3hHGEDwJ+vAM6r3UF7ZN0ATv5zkh+6eCPkdLomnHXt0NmT14BvFe8CeNglnCmpr534=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]VORPE-Multi-Patterned-Smiley-Cotton[fs]dp[fs]B0BZQ4TYDW[fs]ref=sr_1_37]]_Fri,-21-Apr-2023-09-57-50-GMT.pdf

**Hash (SHA256)**

a998939122d770faede416d35437fd803ab147ceadde3786928eaea56c49735f

**Signature (PKCS#1v1.5)**

cHdCutxsrXEiLgYhBqg+hf0x1OCSVn8XCXVAtnBZ7Onwwp/m+qWXfvRZsLiK1u3aFBOknktOkj/Q/QMTa3+2rXKLnQcI14LG6HW6HjMheoNP1FflUyYNPKapBHh7f49eDN+p8QUMMOzoe85ZPP+pk/03xfeHZkMVY6+CCttBtF4=

amazon Deliver to Ozzie Miami 33132 | All | smiley socks | EN | Hello, Ozzie Account & Lists | Returns & Orders | 1 Cart

Subtotal $14.99 Go to Cart

All | Clinic | Amazon Basics | Customer Service | Buy Again | Amazon Business | Household, Health & Baby Care | Livestreams | Beauty & Personal Care | Free Shipping | Coupons | Pet Supplies | Smart Home | Save 25% for your business

Amazon Fashion | Women | Men | Kids | Luggage | Sales & Deals | New Arrivals | Our Brands | prime try before you buy

‹ Back to results

VORPE Cute Multi Patterned White Smiley Cotton Ankle Socks For Women, Size 5-8, Pack of 5/10



Brand: VORPE

$29.99

FREE Returns

Color: Set 3

$29.99 | $15.99 | $15.99

- 90% Cotton, 5% Spandex, 5% Polyester
- Imported
- Machine Wash
- 【Premium Quality Material】Made of 90% Cotton, 5% Spandex, 5% Polyester, Extra soft, comfortable and breathable fabric, machine washable
- 【Multi-Patterned Design】With Eye-catching design and chic patterns to choose from, you can make your style stand out of the crowd
- 【Multi-Colored】Break free from restrictive fashion rules, express your uniqueness and personality through colorful socks
- 【One Size fits all】Excellent elasticity, one size fits most women size 5-8, perfect for you and your friends and family
- 【Hassle Free After Sale Service】

Report incorrect product information.

$29.99

FREE Returns

FREE delivery May 3 - 15. Details

Or fastest delivery April 27 - May 2. Details

Deliver to Ozzie - Miami 33132

In Stock

Qty: 1

Add to Cart

Buy Now

Payment Secure transaction

Ships from PINTREE

Sold by PINTREE

Returns Eligible for Return, Re...

Details

Add to List

$14.99 Only 8 left in stock - order soon.

## Based on your recent views

Page 1 of 50

Sponsored

JSEREN Women Cute Socks 5 Pairs Cotton Kawaii Embroidered Funny Low Cut Socks... $12.99 ($2.60/Count)

KRAFTUAWITALIA Breathable No Show Socks for Women - Premium Material Low... 37 $16.99 prime

Cozi Foot 10 Pairs Women Ankle Socks Thin Soft Athletic Low Cut Socks With Tab (Sho... 269 $16.99 ($1.70/Count)

WORN Frictionless Fin Socks - Ultra Thin, Form Fitting, Insulated, Reinforced Water... 11 $12.00 prime

ADRENA No Show Socks, No See Socks, No Slip Socks, Ankle Sock, Cotto... 109 $24.99 ($3.57/Count)

TikMox Toe Socks for Women Ankle Running Socks Cotton Five Finger Socks Medium(3Pai... 88 $18.99 ($6.33/Count)

OGUOY 8 Pairs Cute Flower White Socks Women's Mid-tube Spring and Summer... $23.99 ($3.00/Count)

KAPNRTO Smiley Face Socks 10 Pairs Cute Socks Women Socks Protect From Wear... 194 $16.88 ($1.69/Count)

## Product Description

Socks are a great gift idea, present, or just for your own use.

We have a wide variety of colors and styles to suit everyone. From rainbows to polka dots, our soft and comfortable socks will brighten up your day!

## Product details

Department : Women

Date First Available : March 27, 2023

ASIN : B0BZQ61YFL

## Videos

Help others learn more about this product by uploading a video!

Upload your video

## Products related to this item

Page 1 of 5

Sponsored

## Looking for specific info?

Search in reviews, Q&A...

## Customer questions & answers

No answered questions yet

Post your question

Typical questions asked about products:

- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

## Customer reviews

| | |
|---|---|
| 5 star | 0% |
| 4 star | 0% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 0% |

How customer reviews and ratings work

No customer reviews

### Review this product

Share your thoughts with other customers

Write a customer review

## 4 stars and above

Page 1 of 3

Sponsored

### Inspired by your browsing history

Page 1 of 6

### More items to consider See more

Page 1 of 4

### Your Browsing History View or edit your browsing history

Page 1 of 5

Back to top

**Get to Know Us**

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

**Make Money with Us**

Sell products on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a package delivery business

Advertise Your Products

Self-Publish with Us

Host an Amazon Hub

› See More Ways to Make Money

**Amazon Payment Products**

Amazon Rewards Visa Signature Cards

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Amazon Currency Converter

**Let Us Help You**

Amazon and COVID-19

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Your Recalls and Product Safety Alerts

Help

amazon | English | United States

| | | | | | |
|---|---|---|---|---|---|
| Amazon Music Stream millions of songs | Amazon Advertising Find, attract, and engage customers | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Sell on Amazon Start a Selling Account |
| Amazon Business Everything For Your Business | Amazon Fresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Experienced Pros Happiness Guarantee | Amazon Ignite Sell your original Digital Educational Resources | Amazon Web Services Scalable Cloud Computing Services |
| Audible Listen to Books & Original Audio Performances | Book Depository Books With Free Delivery Worldwide | Box Office Mojo Find Movie Box Office Data | ComiXology Thousands of Digital Comics | DPReview Digital Photography | Fabric Sewing, Quilting & Knitting |
| Goodreads Book reviews & recommendations | IMDb Movies, TV & Celebrities | IMDbPro Get Info Entertainment Professionals Need | Kindle Direct Publishing Indie Digital & Print Publishing Made Easy | Amazon Photos Unlimited Photo Storage Free With Prime | Prime Video Direct Video Distribution Made Easy |
| Shopbop Designer Fashion Brands | Amazon Warehouse Great Deals on Quality Used Products | Whole Foods Market America's Healthiest Grocery Store | Woot! Deals and Shenanigans | Zappos Shoes & Clothing | Ring Smart Home Security Systems |
| eero WiFi Stream 4K Video in Every Room | Blink Smart Security for Every Home | Neighbors App Real-Time Crime & Safety Alerts | Amazon Subscription Boxes Top subscription boxes – right to your door | PillPack Pharmacy Simplified | Amazon Renewed Like-new products you can trust |

Conditions of Use | Privacy Notice | Your Ads Privacy Choices

© 1996-2023, Amazon.com, Inc. or its affiliates

AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Wed, 24 May 2023 06:08:30 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

111.92.80.105

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

gizFArUnl/bboYCNd9iDcXZA2FIJsLYvSSH/Eg9S7No3Rf4zueZcCTlAHBb8YzLK28iGkv5uEfw3e5jBwqm54RWg5eDxtd2qSyZVN3Fh2XVuH/rKFGKA1OLgf7fu2n3bd/lzHjlLcXP5w9THCehIEunU/s/cF/jKgwc8qblGRV81y3Nt172JQFogkuPNiA5wptYMIdSsp2NRb
+wxxErBL5U6KuPTQo68MVvAnN87IPB4RUlQa0Ciz18YvcUQPkHigRvgVLnAkoWJoT1jmkpsqEyK9GZ4dq81RkDsgjnxO/aEuKSElnLYQ+w72yD4GGR22lx2l++KcB7i5YaJKd07fw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Wed,-24-May-2023-06-08-30-GMT.mhtml

**Hash (SHA256)**

406d911d0f1200b81664d6c241609837dcde270cb7693307ca9601d445b1bc93

**Signature (PKCS#1v1.5)**

TMMx//HmFDRRPK7ZsRdTdOvknMx1yVzW6aRC6L9zkj8epwSvHhe9F8joJfPdYgvGXngBwc3z12W656yV7I1yjNeb3dxBPLO+wao4hwrQuWGrkCFB4WcexZxrOsFDmAcrIAIl+J44LVjwNznyajbBJmLBR3zbmuAli1TJK5BwdMjZTy1igH9/
bcXAb/5LqXQDIEjosaDMjD5m27H6WDD0PtYuQ97x7cmrJWdNrx75fbFzTjb6EnU26MFdGx8FKejHQ88Tb1IFeHuMNy9f90GHhYpFTpN+mKMmwmVEeTXYZsKifRZdjSWwoFq+lLjXsLF6MCOtyhv3XTteaRuHAJB96w==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

**2 Payment method**

VISA **Visa** ending in 9985

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

Change

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you 30 days of Prime benefits for FREE**

Try Prime FREE for 30 days

**Estimated delivery: June 5, 2023 - June 15, 2023**

Items shipped from PINTREE



**VORPE Cute Multi Patterned White Smiley Cotton Ankle Socks For Women, Size 5-8, Pack of 5/10 (Set 3)**

**$29.99** & FREE Returns

Qty: 1

Sold by: PINTREE

Gift options not available

**Choose a delivery option:**

**Monday, June 5 - Thursday, June 15**
FREE Shipping

**Tuesday, May 30 - Friday, June 2**
$25.99 - Shipping

Place your order

**Order total: $32.09**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $29.99 |
| Shipping & handling: | $0.00 |
| Total before tax: | $29.99 |
| Estimated tax to be collected:* | $2.10 |
| **Order total:** | **$32.09** |

How are shipping costs calculated?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com: 100 Pieces 12 Inches Latex Smiley Face Party Balloons Different Color and Funny Style : Toys & Games

**URL**

https://www.amazon.com/Pieces-Inches-Smiley-Balloons-Different/dp/B08B886V2B/ref=sr_1_16

**Collection Date**

Tue, 09 May 2023 10:07:35 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:93::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

UMeGuYj7RTsyLw5n9WfP6VEGid6/6ZH++qJcrslXLkPFkzZB4unDQX1uF5zNHWup0mr30sE/45skQeI5szbScam6zc/iFn+9eOA7mxsD5xI8VccWrkK5JnFgy2lo9udxIS5MtbyX6tbQykbUQ5f1y4pQlyiuoQtL/Cvx9Zmhmag=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Pieces-Inches-Smiley-Balloons-Different[fs]dp[fs]B08B886V2B[fs]ref=sr_1_16]]_Tue,-09-May-2023-10-07-35-GMT.pdf

**Hash (SHA256)**

81e5f7c13d973afc3c65ec3b6b0e544e35974d1b536cb3012c0452e1e6e426f1

**Signature (PKCS#1v1.5)**

lDSC3fySBD3KM/qWgVTTIV6opKrPlktZ+yRgYZdady8dVf+SiBJ8wUf3hXhdmq8DPg1CVSB2N7ZZrGf4GFC9CfEMka4CVuQv6uxD2CxLMMG7RfyQLj+nZeIFiEZmlQJAFjLmOI1uYQszK5g3TMEIcUoglkVTxKL6WhlY+wXTYw0=



AXENCIS

Investigator Name: RemoteUser2

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Mon, 15 May 2023 08:34:03 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

RemoteUser2

**IP Address**

116.68.99.108

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

MZzus8eolbNOjAPocrzm7qjL8WHq4DXvOREpm0Y/l+BTlrZgVdoygDy0Of5jIkFb/mEGjKnbrUq58f83GRzy7H9nV/g303LQbVI0E42P/b9b1XiZHbPhIfLU8zCZgva7C9LCThLW4EwB2VALJyOZC4Y3ODyaB+I9MkZT+1d+ohhdWexBpIOgQF8rStubPekkuae
+NgJMPqgyfVmaJBXxGLUFasVnTovtCM5RHGWNKOvT97fW8UOQpfgqrZ9wZeAHvd2EiBzJVJKUTJ6QqzQbQLcdWHohMxBV8NhyPxft99KigfYl9fxLV+j/s7pmxCZnN1S8Ytlx5V+OmPC2wZMyXA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Mon,-15-May-2023-08-34-03-GMT.mhtml

**Hash (SHA256)**

45ed996ed8cbb50e8c3813d6e4b062653fd297cf530bbe32636b6a73bf629d7f

**Signature (PKCS#1v1.5)**

iEOepMhke72609ZOSrgvBE2ky2KgRuN/qLS4xZaWHUNYh9eAJQB2S1tx1KzuWS8Y4RWPwbeHZ4C8TkEYft3Pehd3d0biGC8cWqbaQsVotYLwpRH2OivpaiN+R1MdYw2Lu8OEprhNrm1LqVVi6hpTTz2zYuc7ssBtGb8ryQ7T63fs7EgdABow628rOQHejXbqdP3LdW4NJ3F9YiNb9xar2/
vosDiRLURErPIgTGM9z1djW9QxfOVjei/MBJXjzbW2EZG1zARCRtGohdPFfUndjBykxs6SUjc6mElmOGODZ5PfBh1Z6eBonOrZXU2MxV8wXCikkCXxkXS1zpBLetO7cg==

amazon

## Checkout (1 item)

**1 Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions
**Or pick up near this address** - See nearby pickup locations

Change

**2 Payment method**

VISA **Visa** ending in 9985
Billing address: Same as shipping address.
**Add a gift card or promotion code or voucher**
Enter code | Apply

Change

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**
Get your Prime eligible items ~~Thursday, May 18 by 8PM~~ **Tomorrow, May 16 by 8PM** for ~~$5.99~~ FREE

Get FREE One-Day Delivery with Prime ›
No hassle. No commitments. Cancel anytime.

**Delivery: May 18, 2023** If you order in the next 19 hours and 25 minutes (Details)
Items shipped from Amazon.com



**100 Pieces 12 Inches Latex Smiley Face Party Balloons Different Color and Funny Style**
PIPIGIFT
$13.98 & FREE Returns
Qty: 1
Sold by: PIPIGIFT online
Amazon Prime eligible Join now
Add gift options

**Item arrives in packaging that shows what's inside.** To hide it, choose **Ship in Amazon packaging.**
Ship in Amazon packaging

**Choose a delivery option:**
FREE One-Day Delivery with your free trial of Prime
Fast, FREE Delivery prime
**Thursday, May 18**
$5.99 - Shipping
**Today & Overnight**
$9.99 - Fastest Delivery
Today 2 PM - 6 PM | Overnight 7 AM - 11 AM

Place your order | **Order total: $20.95**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Get FREE One-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.**
Try Prime FREE

Place your order
By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $13.98 |
| Shipping & handling: | $5.99 |
| Total before tax: | $19.97 |
| Estimated tax to be collected: | $0.98 |
| **Order total:** | **$20.95** |

How are shipping costs calculated?
Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com: Smiley Face Duvet Cover Set Queen for Boys Girls Teens Cartoon Smiley face Warm Pattern Full Comforter Cover 2 Pillow Shams 3 Piece Colorful Print Duvet Quilt Cover (A3,Full) : Home & Kitchen

**URL**

https://www.amazon.com/Smiley-Cartoon-Pattern-Comforter-Colorful/dp/B0C3RT849K/ref=sr_1_288

**Collection Date**

Tue, 09 May 2023 10:00:02 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:93::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

L95BfRRjO449y8zY4VLFeBKzAtSohJwkZDqlVdaXI2I4QZHBgW8tADhZH1R/YTGOYv7oHCetT11yquqOaLoRa6IHfu8J7M35Qrk9c+woUlzniXuWyVI9P11zirpt7mYmyl0+jAF7jfzyyciv+6+gVn1vQsMnMyNzo2qtoCvbWYc=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Smiley-Cartoon-Pattern-Comforter-Colorful[fs]dp[fs]B0C3RT849K[fs]ref=sr_1_288]]_Tue,-09-May-2023-10-00-02-GMT.pdf

**Hash (SHA256)**

9702d49edaa1262a87025db79d2ef22e095ebb983b461ac1b31721b183c9ce88

**Signature (PKCS#1v1.5)**

jiHDYxyQG4j+S5nQBL3EOFKGifLhAn3ZFD3g6Fx7gcet6Mp31iSLZjDUYi8Kkvoq1PPqRdkHiJUIl69Fgr4vXEqV+J0R/fA5SUil4c1cQIfFTWZv8TsGwUhm+cYccslDeZEbV2/3u1WyhUwEn9Nhyf61I9kIygycXdbEWtQK8ko=



AXENCIS

Investigator Name: RemoteUser2

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Mon, 15 May 2023 07:31:04 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

RemoteUser2

**IP Address**

116.68.99.108

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

AI2DHBUdeA+6FAdgnkvGWYHYzUTzors+/vv0dSr7GJuroLCGQpDkR8xQhIF5MyHS6ITRsP+02vGjIcqahnmTsK36Gc4DrmBgdB5aWDcvNaPUEnYEbCSwi2RuGT8Ug2tP2gtGdhGojSzVlYju+amzjuf/qKoVw6VP5KmlecMy6RJ1s/yeQdRSwQT2RGYZI+N2yZc/uNa0UEidyDearkMd3/
qS6N1ekMvxboFMth5NmcKsclohLRp4DSrnqFAhJsmt72DIHF2E+UiVVjzazMOoVNJz4rQ5fu97lPoSmvHBT3DC8vKXme+IduuCSniedWznySOi04ZUTn4Wul3608sD1Q==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Mon,-15-May-2023-07-31-04-GMT.mhtml

**Hash (SHA256)**

e8d886a6a6c3d50a5f9e901296cf8a5de70b1c6fa4f3e91fe700b9d86e0fbc7a

**Signature (PKCS#1v1.5)**

TJ+CP2C/bQAX5/sM81ArSb4zVqFZXuSPWDld7QEfkyctE/OOOZyqOHzWr1aowsgStT7qatdmqmgCfhAF9v9Z4nUUDhoAHlKgZnc2Z7w68PPSrQ2dR7/+UZweFntANfEFOQG7qWbdkl3d/rYzcQCIFtnSzO2yBvi6dkQF1Ff
+TamIQEhUaAgEYd97Mpy7AdK8juunerpmqzPxvDw1ecHc60nUCrKqjeD6SB/9Ab3qm+R89u8ui0AoVGp9pOU7Ahi9Pcs8riiCjw0k/qdI3rUn0LYSlPDS/HN+E81s/YCTwLHsQhVRP4ntsSEIRcOZlUi/vRTMcVz7wuCdDkHgYseplg==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Change

**2 Payment method**

VISA **Visa** ending in 9985

Billing address: Same as shipping address.

Add a gift card or promotion code or voucher

Enter code | Apply

Change

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you 30 days of Prime benefits for FREE**

Try Prime FREE for 30 days ›

**Estimated delivery: June 6, 2023 - June 27, 2023**

Items shipped from placitiume



**Smiley Face Duvet Cover Set Queen for Boys Girls Teens Cartoon Smiley face Warm Pattern Full Comforter Cover 2 Pillow Shams 3 Piece Colorful Print Duvet Quilt Cover (A3,Full)**

$37.99

Qty: 1

Sold by: placitiume

Gift options not available

**Choose a delivery option:**

Tuesday, June 6 - Tuesday, June 27

$4.99 - Shipping

Place your order

**Order total: $45.64**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $37.99 |
| Shipping & handling: | $4.99 |
| Total before tax: | $42.98 |
| Estimated tax to be collected:* | $2.66 |
| **Order total:** | **$45.64** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley Face Trucker Hat for Women Men Summer Adjustable Snapback Mesh Baseball Cap Pink at Amazon Women's Clothing store

**URL**

https://www.amazon.com/Glitter-Trucker-Adjustable-Snapback-Baseball/dp/B0B18KYPK1/ref=sr_1_14

**Collection Date**

Tue, 25 Apr 2023 09:28:26 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Wbi7keRGCuWZd+a2+w7nFmRvmhmTcPfgqL6S9I7XtxBlzysRMdzOapGY2LWJWkhbO9XS+ODVdXDmNvh8rQYWEGGXBGMepk+dUbjM/MEcwLebIOPbm6JXrZPmFEvbpPj6y9vdEc9W4Sm1FS6mgTuYltOgDUXLF3zqsvRC5pIGOf0=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Glitter-Trucker-Adjustable-Snapback-Baseball[fs]dp[fs]B0B18KYPK1[fs]ref=sr_1_14]]_Tue,-25-Apr-2023-09-28-26-GMT.pdf

**Hash (SHA256)**

8d077b7f43888004c2c25b1519120b6078142514190dad93ad029a24c8ebee6b

**Signature (PKCS#1v1.5)**

RGGEhXtMzsGDWskoMcSOxa8SVqqvh6Y2s8lyyyMu9y2wsSI/r9pRZQxNkEWRpVDZaiqnkugQT1ElxL/65fFS0cMowymxADtW1X9zidBtEilgI8B4D2fkx/yCmU1parz5jrx/OpAEpGxBVBZnME6WRdmtS+uzuYkigHP6Q7l7cWM=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Mon, 29 May 2023 15:12:13 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

116.68.102.163

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

rBt4a/jzgFfi6WLSvyN2Fs6PFWGAEvZdVwStuzp8UcsQL0fDPpH4fmYgt8bCdpaLpAfgK97yZkKS+FFkyHNMv0V6LLsmd6N/UaPUGAoerdRGuypJp019+6KkPtiuPogJo8n/F09JO1kABn4l9eyCYxc1J7Nb57XEgUz5xpydsPybzC3FBHRh9f9Myt/kbqqOgWV99jukhKRY3TP40pQqT
+6wP7FYO2+pvwNE46Xb2CvRDkul0J9XNvyHOPpUUb4jHGtUBx/oFmgqKzRg4ZmQex6FhvScSDvzUIL+Iw9Ej78Dv/wSDJTROP+5HsmIk/+gnw8KbNyJrH1KCx/NDmWdig==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Mon,-29-May-2023-15-12-13-GMT.mhtml

**Hash (SHA256)**

00051a11de98f604db56cadcd8880eed4cdc20fdf73c05eddada4010fce628b7

**Signature (PKCS#1v1.5)**

EUWPPqvsd3t3dsVAW8uRNJBDQFFl9dFYd5iDB4TelxwJyj7dp7SiDMbQCsKLoW7d4G670f2iye2bOqNgV3kmy1WoiweDx7vP2wSNQkhfpC3R5tNImpp6WUB+tsyb0W+6Qtwt/UqjGcVIF0Jrt9HAmqAtAP5kO
+NCTffhWPoGu9xklDh8Yc7k3CjXqNiun5evWQv1+p3gIm4uCD9iUQAduyuXh91g0FQCYPmHAmIkdrsN58OK5oSbWMCCldaLJgIOX+b+Bp/b3n+CQkqXSX0D9OCZh7Ja86ukWxIC/s8kpSMTNJunvvlLuoLdJS6OTwjcEzSDWMbDstq8+SWMzhpCnQ==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items with your 30-day FREE trial of Prime

Get FREE Two-Day Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: May 31, 2023** If you order in the next 9 hours and 32 minutes (Details)

Items shipped from Amazon.com



**Smiley Face Trucker Hat for Women Men Summer Adjustable Snapback Mesh Baseball Cap Pink**

$8.29 & FREE Returns

Qty: 1

Sold by: Pogah

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

- FREE Two-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- Wednesday, May 31
  $5.99 - Standard Shipping

Place your order

**Order total: $14.86**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $8.29 |
| Shipping & handling: | $5.99 |
| Total before tax: | $14.28 |
| Estimated tax to be collected: | $0.58 |
| **Order total:** | **$14.86** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: 28pcs Iron On Patches-Chenille Smiley Sew Iron on Embroidered Patches Applique Patches Rainbow Heart Smile Face Cat Claw Plane Bear Sewing On Clothing Fabric Jackets Jeans Repair DIY Craft : Everything Else

**URL**

https://www.amazon.com/28pcs-Patches-Chenille-Embroidered-Applique-Clothing/dp/B09WMKC7FL/ref=sr_1_76

**Collection Date**

Wed, 26 Apr 2023 07:33:43 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

EVPTkL9o+8BxvWKUU927/WaZRiLfK50M1VsBnpNf+PN1knhDPnpo6E+2qmol4zak40JozflnVz12plgPVEDDVYt5CbbxoSOgBrS5XnFho1ClrENnR6+cFGEKKfYBTSEp61LrMkKlF5RPyuw4PyYnH0mQmJ0YRatbyr3WoLyZ2Jo=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]28pcs-Patches-Chenille-Embroidered-Applique-Clothing[fs]dp[fs]B09WMKC7FL[fs]ref=sr_1_76]]_Wed,-26-Apr-2023-07-33-43-GMT.pdf

**Hash (SHA256)**

76be86d791b5aa159840d7a025e74d702fb6afaaaac76466a520bf642e2d02d5

**Signature (PKCS#1v1.5)**

Uz0Hv7SS4vyQbU2jhc5+ZrxaQewHe3O0HKJPl4clasQhku9bTbZFQbDXSuqgm9MnQF2ZxGjajnqai5bvkf1jGoF9YcC2lSjQ2QRG3BNa5kCCQg60kQfarXu7ioBpJiN3r2F0gos6hnl5wNHNImf+j8tLV9u5gOps8vMQ4hvExhM=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 01 Jun 2023 09:40:56 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0d:5600:8:93::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

gP1XoThA9NKDFYk6vb7XyF0kUWg7NBvyCW/Go9cEp2B7lkBtib+bW4zAmIacGajMrCDMHvVubTMs7kLbKPR9F+nGf1AKNn9Vc2QKzFzO81vOlquaLGD9xTXC8RrDQx4jotsl0rEzXMvUictUUtx6orxDvsAlt3EYNvjGmBeRgvsOyy6dx0e/Rl+XhJWICzrPwCe/
JP2yMVmECGwSzWUy0f7szkh7TYzw4dH4+6gVj9nZ0kpRciNoNKL3/6B6xIpNPPjnQwg0iYICZo2QcnBU7ZtHVqSv+JsSm4c+2h45avPYR4aFjZoBfRvXxVZkSP2j2DEI3eVaDIwNlM9CNtv2AA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-01-Jun-2023-09-40-56-GMT.mhtml

**Hash (SHA256)**

cc6b704013f5f6ffc893a81362a0727bf1b0943c0773d3a0430d52bb15846654

**Signature (PKCS#1v1.5)**

fkUyCx0eVK7TB3H5x6APHEDFFIHEp2e2eYvr6zHPM2nYFNHQ7RcsGrRNDI9oT+Oz/qD+uO5cVRO2Okx9ll/sBvoA0nQ17yJZdpLEAZfmTerxIGvIj8QqgyTLNuZxOE4mBKuo4dpyRttA+7J5oqLXD
+PCrINX5gQkeTEzSrCI8fhLIprUQVFDh4SJ17X5iCoED968bbhZRx2S3x3NlD9xgwntrnqG5NQhfocZhnOONq77pFsZZHScJSFXFNJxcWXyj9mv1yhvtJXqVTG8F18otmbx0yhX97weM1KcVRFQLLesjOyRgH5zf9IkQ6Kgm6wnSno12n3i649AXhrIoRBvUQ==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

Change

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items with your 30-day FREE trial of Prime

Get FREE Prime Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: June 4, 2023** If you order in the next 6 hours and 4 minutes (Details)

Items shipped from Amazon.com



**28pcs Iron On Patches-Chenille Smiley Sew Iron on Embroidered Patches Applique Patches Rainbow Heart Smile Face Cat Claw Plane Bear Sewing On Clothing Fabric Jackets Jeans Repair DIY Craft**

$6.18 & FREE Returns

Qty: 1

Sold by: Pumkryth

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

FREE Prime Delivery with your free trial of Prime
Fast, FREE Delivery prime

**Sunday, June 4**
$5.99 - Standard Shipping

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

**Order total: $12.60**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $6.18 |
| Shipping & handling: | $5.99 |
| Total before tax: | $12.17 |
| Estimated tax to be collected: | $0.43 |
| **Order total:** | **$12.60** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Puninoto Compatible with iPhone 14 Pro Case,Cute Cases with Smiley Face and Electroplate Edge Bumper Cover,Soft TPU Shockproof Durable Phone Case for Girls Teen,Women (Green) : Cell Phones & Accessories

**URL**

https://www.amazon.com/Puninoto-Compatible-Electroplate-Shockproof-Durable/dp/B0B8RNXHZ1/ref=sr_1_145

**Collection Date**

Mon, 24 Apr 2023 11:12:03 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

hxAJawEOmqsjdKyuQ+5Mdhlyj8Q5q8PiDXUnec2u07JEyYeHUS5X4K+w4lRNqCrlksZzRSUc9w6asUlcUrYz0R4KYpAtIfkgSpmiv3vk++mto6tYlAUZFjAI0JjNPruIzNRC8OsB5/BZbBCCxKcVUtDhgg/P//EolLLf2hfd3Nk=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Puninoto-Compatible-Electroplate-Shockproof-Durable[fs]dp[fs]B0B8RNXHZ1[fs]ref=sr_1_145]]_Mon,-24-Apr-2023-11-12-03-GMT.pdf

**Hash (SHA256)**

bd03c5116a90a075e903bef4e3703d0e1cf23cf9d0977b7b5580972da5f1b4a7

**Signature (PKCS#1v1.5)**

EXJ3ITkw/bnrXQJx+lF4Aqn/1YUCrPo2s3J9YCYIPNDjp8zh5B7823TjOr7ZsFWqBhagH8fhgJjAIsc2z0epw0AzsOdebNEcEMviAMOxKnl/3AzLlGEKTkma3rVAo4Tgsh/3N8Kb+ANNsRIt9acQVAw8zyNu4+og6K8zRDv2SA0=



AXENCIS

Investigator Name: RemoteUser2

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Mon, 15 May 2023 16:33:30 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

RemoteUser2

**IP Address**

116.68.99.108

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

SS+XUn/HKtsiuecuiHQExh6Hcf7vfaCdihTGBvqSwAfc02FoQk342/RQsHh2mUQFzIGO1QUwkQI37oVqYUlIAmWgWM7zdLTeFIBcSQN/Ri099jnIofhN3kYJL4xFLIygZlK81kSmDC06xxYty3f53bzzWJ
+30AN/5ZgOu38IuUd8jKm8Mw5KFZGKY1JVzZuCZNHFs4AlaMgvFPR1O9Z1CIW2Gmv3RX2mHzTSZcTR+4xKQyrWggL5+eO9x+qFEVf4bHSJAaZnfzdaQzr6QDBB0XpY7t89KZPsMJLMnAkR0mTEzyXZo2Yhigi7+mzzs0BnXD4vDyaEgGXWfKKQya1i2Q==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Mon,-15-May-2023-16-33-30-GMT.mhtml

**Hash (SHA256)**

fd591de4946a4b263a5d03e121e62f8c85f0d188cd02c27a6496a75752fa485a

**Signature (PKCS#1v1.5)**

K6U1tBjczAudX+3CDBZ/MuTFKrpHoMIkqsICECiqz3AXr49FBoVcD8czCfk7uDZ1GSpwPa7ab6yFTIQ+6kHrj+itknwJencv68fq5QX22STBdS76kJSbv1cZHjOswpzZ6r4vYxTKdrjxgRJmLSNB1IohlOS6yT2Bb764H2L+1yLpBk/sjdMH4m0XBaI4vtobrvmqXMe15J
+5yN9yj1+aQXA5iO2LxrJtSGGgHd8dkCDivJK5ZOiYMOtXkgpw01gydQUN8f9tJAJ3Ux7IqiL+QtUuHORgNWvQNvmeb4MlQ0L1UmsgFyJN27G7BQVHXP5sIohcsWtbW341CICfLoeoxw==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items with your 30-day FREE trial of Prime

Get FREE One-Day Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: May 16, 2023** If you order in the next 7 hours and 11 minutes (Details)

Items shipped from Amazon.com



**Puninoto Compatible with iPhone 14 Pro Case,Cute Cases with Smiley Face and Electroplate Edge Bumper Cover,Soft TPU Shockproof Durable Phone Case for Girls Teen,Women (Green)**

$6.99

Qty: 1

Sold by: Puninoto Direct

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

- **Tomorrow, May 16**
  FREE One-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Tomorrow, May 16**
  $5.99 - Standard Shipping

Place your order | **Order total: $13.47**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $6.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $12.98 |
| Estimated tax to be collected: | $0.49 |
| **Order total:** | **$13.47** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com: 30 Pcs Preppy Style Party balloons, Y2k Hot Pink balloon Preppy Birthday Party supplies for Preppy Smile Happy Face Party Decoration : Toys & Games

**URL**

https://www.amazon.com/balloons-balloon-Birthday-supplies-Decoration/dp/B0BD7H34Y5/ref=sr_1_101

**Collection Date**

Tue, 09 May 2023 10:27:32 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:93::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

qiQuNrHbNU1TVjUxh4NH+pSMURCfDmcuGCc9VUsVBeit21n0KFUcrmQDx/0DBkIaP98sQqLdQNqwGpH1nDg7WlsG6Ang+TE2ZvRdV5tEerKZtJ+03R8r/3JXoVzHjz96gcaDavoHSuoRxNV6PeiyzVMWNkWSaU+L1RwehSlB8Wc=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]balloons-balloon-Birthday-supplies-Decoration[fs]dp[fs]B0BD7H34Y5[fs]ref=sr_1_101]]_Tue,-09-May-2023-10-27-32-GMT.pdf

**Hash (SHA256)**

c2b75e534d6d36e7e3f954922f887ab4a1bc6bf51dbf5b98579b1ec21886e918

**Signature (PKCS#1v1.5)**

V47feN/VFkCW/X+RhHSprxE5IPgLelL+QhnPQ/oBUqCkRlQ8AIkcsyQMTlSprwK+IWlPTCcZA/dmCukV7nyYm9T1DWnWWa/1TCBT/7S7NzLR4vRMSrgPFYVcQJ4968LbLPlExo4FR+PEXHy8FWWbPjEkB0D0YZPqbyFt8PVCTO8=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 06 Jun 2023 13:00:20 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

116.68.103.82

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

mRs7gG/DiyOXLv79BCYMRUaFVoJ0eZAnL2lLMIgFpRoMOGzr8lYJ6C4Gj6C/DoQcj9fNXtwOlTX3YL6TzJYzKu3RFd10lmFHteoT2uys1gbPRkXqissnN4ZtQTwNYMM1VHJIuhLfz/vPrWaOOT3go/
CfRNakkwUd2Dod0qrCHvkX6AjSbBH2zBPyh1O19LL3OYxd9L6snPI3qB3CFvGns10yB3Y4Fr2A6zzOp8xkDrMn2OP2SL9LYZ2WneF0Mr1Lw/SBf33j5rZ/QEZapknq0YALqM+VPZcF2V69GXT6m5ZCwdt7hSD7LDoX/SMRZWgTRXj2zAh/52Nvvd3wSIOLHA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Tue,-06-Jun-2023-13-00-20-GMT.mhtml

**Hash (SHA256)**

59416ea171bf411eb029ee1ae85aa9f0af92a918f674c7496add75dbf46bcc64

**Signature (PKCS#1v1.5)**

eWqk83MMFuoZpqJANveN4YUf5HnKXv1ovhf9eQiu9lkAgM6W33o1S/OmY1GF9yaLt6uEdI2ywjmnj2IhmrrcUrOGepF0yRHCLSkxZ3YC8s56Knll94k+VHbeo0C4tyvE/eKHil8YU6xXDSq4IH9hDyj/XDc8HWotUMmqL+zXVU9KwTBO8q0hVjwKz7GERhE+gB77sffvJu3LAnaqjS66A/wiM
+iWUUgzIjpaH+aeLfoG75zWTyVM0ZFecySG2EtsgWhntbDR1z4lRDwuOz7zgDQN09iKeK0iqDzPfUBX0zbFbFU8BHTgj8fs84De3tRl3ewx/JOAY2FIFYAr20JZPg==

amazon

Checkout (1 item)

1 **Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

2 **Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

3 **Offers**

Change

4 **Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items ~~Friday, June 9 by 8PM~~ **Tomorrow, June 7 by 8PM** for ~~$5.99~~ FREE

Get FREE One-Day Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: June 9, 2023** If you order in the next 14 hours and 59 minutes (Details)

Items shipped from Amazon.com



**30 Pcs Preppy Style Party balloons, Y2k Hot Pink balloon Preppy Birthday Party supplies for Preppy Smile Happy Face Party Decoration**

PZoneday

**$7.99** & FREE Returns

Qty: 1

Sold by: PZoneDay

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

- **Tomorrow, June 7**
  FREE One-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Friday, June 9**
  $5.99 - Shipping
- **Tomorrow, June 7**
  $9.99 - Shipping

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

**Order total: $14.54**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Get FREE One-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.**

Try Prime FREE

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $7.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $13.98 |
| Estimated tax to be collected: | $0.56 |
| **Order total:** | **$14.54** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: QGHOT Pink Smiley Face and Howdy Tapestry for Bedroom Aestheti Cute Wall Hanging Preppy Tapestry for Teen Girls College Living Rooms Wall Art Dorm (60x40 inch) : Home & Kitchen

**URL**

https://www.amazon.com/QGHOT-Tapestry-Bedroom-Aestheti-Hanging/dp/B0B54N1P6H/ref=sr_1_201

**Collection Date**

Wed, 19 Apr 2023 10:42:54 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

hsBzBJR0rLDh8fwimnvf9HjyYCMaXpxHLPw8xhObP1zb/8t0rZO3PNdbQliq4ZDCxaklVxH5Zt68b0+m4d0J4+K/T8WC6Rh0tyiUV/KozZpHAPZC1H4xiGbhwtHzNALUIss018arZW1Z73pcoXMXfJoAvCaFylLmw9fsEqMi+oE=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]QGHOT-Tapestry-Bedroom-Aestheti-Hanging[fs]dp[fs]B0B54N1P6H[fs]ref=sr_1_201]]_Wed,-19-Apr-2023-10-42-54-GMT.pdf

**Hash (SHA256)**

58665bd45c0fac6ce90f424eef7e6b193477b492234a7f498da45bf2e7947047

**Signature (PKCS#1v1.5)**

a6iuRYtNVh1kKpD+qSPjG070zCXxOrx8R5cmcJ7krK5pZ20I6AzeND2YAvh1jTw6eyNAQIEzDow5uSsPrFwWsfYGpUJThwQv+hS4lZMM+FGko8zr4Z4tLd7G+PRSbtGb6YG4fjlnUqiTWx1gd4MrtS15Keg3nqEDm7sSUlwnjxg=



AXENCIS

Investigator Name: Sian Kelly

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Mon, 08 May 2023 11:24:01 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sian Kelly

**IP Address**

2001:ac8:9a:d::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

u6PKNGBqTYFb4KL/GbGtHTzjbevanpBhd3vA75w8ZrrjlmI1B+x4Hs6mWedUxomvN+qvsdiAJqoGDQjPHvmfv1wwM0RgU1PlLR2p+woxyuOhj53RZY7YvCPDncsPs2vdvwdcx7cEZ4/l4Otoec0otr6VcaYUlnR64dSiqap5ZLK/xXygSR+Y4K8x81SK8Bps1F+0ioJMPGaas7F11rNmtdJN/
bgjMd1wJaqTuDSzPJihHsBB23GBaIFTPbSkbvEzbObnOWd4OwIBLC9zcpUsXk/elKOpNkxzvHkIInpLSUenKWWYHyye+55A8Vrh/426Q8P3AROR8b/1cifmQRDQrw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Mon,-08-May-2023-11-24-01-GMT.mhtml

**Hash (SHA256)**

d7e93117a2939c21bae0245aec777e4c73307f947775e6e389d030bf55bc12f3

**Signature (PKCS#1v1.5)**

Awj2u8fbF5L4UacuS/heGFFyWDYk1kBt7RWRydpt4/adovcVQCiC8WaU1NLghNvyekJAhBnt7S9UtRW6rYFW/FfdjNo2fBGpTefcvHs7oZ74pTqwkfVkjKTcM2YoSWn/9TCsLqhA8WUhnLGDP51MkOMN2L4A6U4XlHqKn1dljbeRP9isnug9LyzJoqoH6s0/RlXJd6w6H7KhKOWYhyK5L9c6+VaCvf1/
IZOongndozsELywJHhGTJ0ICdTKsXqUWd9A0RpCDmauU2oxljsJlUG3HQOeqWUICi3gtVUNjkIYCigqZ84xDx4BFEYYGKJItgU28nymgdNxrkwClkaCeZA==



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

ioexvdos Smiley Face Trucker Hat Adjustable Foam Mesh Back Hats Can Replace The Hat Pattern for Men and Women at Amazon Men's Clothing store

**URL**

https://www.amazon.com/ioexvdos-Trucker-Adjustable-Replace-Pattern/dp/B09YCQW4VQ/ref=sr_1_267

**Collection Date**

Tue, 25 Apr 2023 11:54:22 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

qFQ/lPinHRoDkw02I1T22099RAGL6B+x3K3EQ+h0CR17L3qsENXJLIqWjpqUAqldsafjXdvzBxKvw59j5OqGrEFyHkNOcgvJb8cjZbgY+H7fVgMpx2yeAFSxt1vGZFNrBGeGE1jlQoWYd9u7bhLWHesnuAL5gCCi6CswKzv8ryM=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]ioexvdos-Trucker-Adjustable-Replace-Pattern[fs]dp[fs]B09YCQW4VQ[fs]ref=sr_1_267]]_Tue,-25-Apr-2023-11-54-22-GMT.pdf

**Hash (SHA256)**

b7788cb2bb633dc37116de4c6ff019a62e7ee13d6446fcbef2b96923991ce6b6

**Signature (PKCS#1v1.5)**

dMFdvrihDFWDYX3PxvBCvldxLwvjaeoMrc7pwLNyTndilLalax1HNI1v1JJMpFt5+arkbf8nEHc44cQLVd24jS/suoPc9d341o7rfa9me9l8Cnz0QSz+ms0p/p4CpIMmdHKftFKk2xJKFGjT32Hn1JUgkcADsxiAjyJ2yDupIlM=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 30 May 2023 05:31:33 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

202.164.136.95

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

C5I9KatVlKr/JARg/AmspLFncH0INybSTx0KpFvkcEWFDtBBkYZralukfj5INparBiMPP4JaOx3mfOe3wUySwxloj15R5/sNpc/jOZTQiuLWTdsamwzaN79nZgXBhGLjAGDNt5FjLJT8ksuCJ+IyDcOBHNNeuAqXNUppXaCqt+661LPcbAlJagGmn+7WxnztB8fBETAeavPVJpGU8wW6tQ
+MjgtSm83kKLD4f+B4wmSFGFFVR+yQpxVEsG5KvGdI5jxIMIfXTk4Nzw4enUdi+VwS40xmU/fGirAj33iFr5CvjNc+1rLz1g8reHkl37Q4cuhLzDpZmlBEo38RB14B2A==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Tue,-30-May-2023-05-31-33-GMT.mhtml

**Hash (SHA256)**

29864c4d1835bb93e42d7fb2da2d141c066e13bbb3ca03bb037997cf979efae0

**Signature (PKCS#1v1.5)**

MKXjgBt8HkfcD3UFzJAOwthCFi14YZWwDeDFcmnMw7O+hxOrrSboCShWoaQgK9sj4ltHH7w3+GnrRmcyrtKnMKDmZVX6Tnqz1IfssL4SIWyI6Exe30VawBPHgK9tlQzEMIjmaHsCtOd+mb8j4vThDoa0obb2q/5Tc6u4PLPrHbM1Cwe7Sasx5sManeBMbNUBFpbNOvODS+Wq8Mi4d33n1pZi
+f7T5VlOp0trNEzvHML6g6jupjihYreOe1W5qLvilkYi4ZWvEeO7I9qfTnU5Ga2Y4T9/qIyNYN1L2E72X5ciMdQSMHh7wO3USnDxofdP8iy/u+rhY/zwg2gE3HepAw==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items with your 30-day FREE trial of Prime

Get FREE Prime Delivery with Prime

No hassle. No commitments. Cancel anytime.

**Delivery: June 4, 2023** If you order in the next 16 hours and 58 minutes (Details)

Items shipped from Amazon.com



**ioexvdos Smiley Face Trucker Hat Adjustable Foam Mesh Back Hats Can Replace The Hat Pattern for Men and Women**

$9.99 & FREE Returns

Qty: 1

Sold by: qianjindian

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

FREE Prime Delivery with your free trial of Prime

Fast, FREE Delivery prime

**Sunday, June 4**

$5.99 - Standard Shipping

Place your order

**Order total: $16.68**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $9.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $15.98 |
| Estimated tax to be collected: | $0.70 |
| **Order total:** | **$16.68** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Qimulgociz Trippy Smiley Face Clear Phone Case Compatible with iPhone 14,Cute Purple Smiling Face Case for Girls Boys Men and Women, Unique Trendy Design TPU Bumper Case for iPhone 14 : Cell Phones & Accessories

**URL**

https://www.amazon.com/Qimulgociz-Trippy-Smiley-Compatible-Smiling/dp/B0BPCPG6TV/ref=sr_1_166

**Collection Date**

Mon, 24 Apr 2023 11:29:11 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

N+qO2XKSv82hlfQC7yw3pYdri1y3/198z8er4JmY9egN+VPLl1aRnAoHpvp+c/Tqm3KcU5HpVdMZolAXWADHdnSZnlc/lZKFmIRkpxmL8vzuTvQ0By5SA15OF+v6fig9BperbD4cg9GdNV34zE6Jh6aF50Ke0k+eH5YbX3BKq2Y=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Qimulgociz-Trippy-Smiley-Compatible-Smiling[fs]dp[fs]B0BPCPG6TV[fs]ref=sr_1_166]]_Mon,-24-Apr-2023-11-29-11-GMT.pdf

**Hash (SHA256)**

e38b745083d8575dbc27f9e9b6165700e6fdb796fbfd8ec1dc245311e9d2f9eb

**Signature (PKCS#1v1.5)**

WfDY0bu5uVrs5gHLZc0EEUlWbcX1aCuBKByc3+NWauZbrbtDDnWvA1jWUsNR8xygBWRkH/Yqjl6VQxYYXzTQJ8/I4E/s0zQN9mBpWsLPNP5SbSFpcg4s57wGcdrDGXZ1NKGUXNrYTSygB4nMGQTC+/ey5tbGsqnuCtGuilNtkYI=



AXENCIS

Investigator Name: RemoteUser2

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Mon, 15 May 2023 23:45:46 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

RemoteUser2

**IP Address**

202.83.57.61

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

qyHGnw9IoCaudUGwsLZ38ltKHTBPh0jsL21An5ugWFpy5sOMw3AqtB596ZBAvzif7r09N5a6/ziFqFNwVmElYXzQW02M7A/NFzKeMpcdKPRuD4XOVXjTh100sLhDZzvnf7SHzg7OGsr/I0MQ4g0LuGnrwuZpwJuvqVPd6jRWlhAwGYI3SG74jGsQDKIq19vF
+MGQAlGTYf51NJ4LDxSWfuCq9jMOuCG55tNd4Ec54ha5WZIDzQ2qrtMmBTCILH5rMGDXPjzdcIs8at913tbSB2cEJuqWQSmWFFfqonWhIDQd8/7gy+P7Bx0ZZmOiovJAlOk+hKGCNbY9bf52MMuFzw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Mon,-15-May-2023-23-45-46-GMT.mhtml

**Hash (SHA256)**

8b89714102c33b4e9fb19f7ca6dd4142971ec2d9b65e803c6141773af8cf99e9

**Signature (PKCS#1v1.5)**

FmCb2IcSxl2pSJ3UDxCt6ol7kuZGnEAl+tsQvozeZ1HHXLKTlJdFsS4sbyrcvAzQYleFyGkHfshOrZQck6tU81wyAPrxPNPlCFuVtkhF3UBbhNKyqB+VepdiFSobaV8R0dmXDPKGG69m16Vu38ZeGl0sAXFQFRMkLF4Ia3sV2YrVloqJb1sJyriBIAUn/
iN1BTYhnJcGv7iyMmHdU5SbSw4hzf0za5Frm0fLfIhmhgQ4g0ryP646C4VQesYwZ1xDZvWWFBuPG7dOANbO/T0RS4RcO3rvlW2bzDWdCHg3W9norEmqIgOFooaLidghryDMPAZ6K28NaqGQBICXyafQZQ==

amazon

## Checkout (1 item)

**1 Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items ~~Friday, May 19 by 8PM~~
**Thursday, May 18 by 8PM** for ~~$5.99~~ FREE

Get FREE Prime Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: May 19, 2023** If you order in the next 22 hours and 44 minutes (Details)

Items shipped from Amazon.com



**Qimulgociz Trippy Smiley Face Clear Phone Case Compatible with iPhone 14,Cute Purple Smiling Face Case for Girls Boys Men and Women, Unique Trendy Design TPU Bumper Case for iPhone 14**

$17.99 & FREE Returns

Qty: 1

Sold by: Qianmudianzi

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

- **Thursday, May 18**
  FREE Prime Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Friday, May 19**
  $5.99 - Shipping
- **Thursday, May 18**
  $9.99 - Shipping

Place your order

**Order total: $25.24**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Get FREE Prime Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $17.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $23.98 |
| Estimated tax to be collected: | $1.26 |
| **Order total:** | **$25.24** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS
Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**
Amazon.com: MRXFN Necklace Handmade Necklaces for Women, Smiley Ball Chain Choker Charm Necklace Silver 925 Sterling Silver Pendant Necklace, Punk Chain Personality Simple Jewelry for Women : Clothing, Shoes & Jewelry

**URL**
https://www.amazon.com/MRXFN-Necklace-Handmade-Necklaces-Personality/dp/B0C2HHNTKT/ref=sr_1_23

**Collection Date**
Thu, 20 Apr 2023 06:07:51 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Chris Stavrou

**IP Address**
2a0a:1dc0:4::3

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
JYKwv+OGXgJGSA9Xud9A+FB5/BqRfdMmndUtMMqbtywLM7Izec5mECbpDVZf/pn0G4Ep3qlmVkpquBTrVPXaT6wGnXpYMhYtpsUDm20t40nkJXakDCWVxTRdq6XbuPoUL95KpHEhcFAo4n0BQh7kMqzsBaSN1DlVGbrebHfl3no=

# File Signatures

**SCREEN CAPTURE**

**PDF**

**File Name**
screencap_[[https[s][fs][fs]www.amazon.com[fs]MRXFN-Necklace-Handmade-Necklaces-Personality[fs]dp[fs]B0C2HHNTKT[fs]ref=sr_1_23]]_Thu-20-Apr-2023-06-07-51-GMT.pdf

**Hash (SHA256)**
5907917cb19d4691b491e54ed7e2910b37e5b7af06f371caa7a5f4b4f0563f55

**Signature (PKCS#1v1.5)**
N1w3fpt71DI4uddMd16QWd3LIjknMmx1725FAS0lBEqFr2pPFulv19ON7bLgWm7+Kyo2kjY83Z+/NqjiWEeBuaq6gfZc2mCKdUYd79nmQ9j56tbQ0KHRU3jB/oVLtrVlLagmtSkeqQysW1an2bmK1RA2yU52R6KT8jtVwPGY1E=

amazon | Deliver to Ozzie Miami 33132 | All | smiley jewelry | EN | Hello, Ozzie Account & Lists | Returns & Orders | Cart

All | Clinic | Amazon Basics | Customer Service | Pet Supplies | Coupons | Household, Health & Baby Care | Beauty & Personal Care | Amazon Home | Home Improvement | Today's Deals | Find a Gift | Handmade | Shop Spring Outdoor Event

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

amazon pharmacy | The pharmacy that really delivers | Learn more

‹ Back to results

## MRXFN Necklace Handmade Necklaces for Women, Smiley Ball Chain Choker Charm Necklace Silver 925 Sterling Silver Pendant Necklace, Punk Chain Personality Simple Jewelry for Women



Roll over image to zoom in

Brand: MRXFN

$36.99

Save up to 2% with business pricing. Sign up for free Amazon Business account

Get $60 off instantly: Pay $0.00 $36.99 upon approval for the Amazon Prime Store Card. No annual fee.

- materials - Smiley necklace is made of s925 sterling silver. Multi-layer plating process chain, not easy to fade. The chain of the punk necklace has been thickened, not easy to break.Tarnish Resistant, Nickel Free, Lead-Free, Cadmium-free
- Trendy Necklace - The punk choker chains are designed in chic style, can match your most outfits, make you look more charming and attractive in the crowds
- Wide application - This cool Personalized Smiley Necklace is designed simply but displays your special taste, so that people will fall in love in it even fastidious aesthetic person, suitable for party, dynamic dance, wedding, ceremony, graduation, dating, beach, camping, vocation, family gathering and daily wearing
- Meaningful gift -This chain link necklace for women, an ideal gift for your lover, wife, fiancee, girlfriend, mother, daughter, sister, family on Valentine's day, Anniversary, Mother's Day, Christmas, Graduation and Birthday
- Professional services - quality guarantee, If you have any question or problem about your initial purchased, please contact us. We will make sure reply you in within 24 hours. Meanwhile, please show below how to wear this necklace and share your pleasure to more people. We're looking forward to your response and comments!

Report incorrect product information.

$36.99
FREE delivery May 15 - June 6. Details
Deliver to Ozzie - Miami 33132
In stock
Usually ships within 4 to 5 days.
Qty: 1
Add to Cart
Buy Now
Secure transaction
Ships from qingmuhediansi
Sold by qingmuhediansi
Returns Eligible for Return, Re...
Details
Add to List
Have one to sell?
Sell on Amazon

Subtotal
$14.99
Go to Cart
$14.99
Only 8 left in stock - order soon.

### Product Description

MRXFN
Product Description
Each product is designed by experienced designers and made by professional workers. Each product is unique, making you stand out from the crowd.Committed to creating high-quality, cost-effective jewelry for everyone, making everyone can wear fashionable jewelry, everyone can shine in the crowd, life is more enjoyable, heart is more rich.
Elegantly crafted in 925 STERLING SILVER , durable enough to stand the test of time and high gloss polished.
Product specification
Material: S925 silver
Color: Silver
Applicable people: Women
Process: Plating
Style: Trendy, Symbol, Face, Smiley
Precautions
-Due to the different displays of the computers, the color of the real item may be slightly different from the picture shown.
-If there is Little Material smell,it's normal,the smell will disappear outside for few days.
-Please allow 1-2 cm errors due to manual measurement.

### Product information

| | |
|---|---|
| Item Weight | 1.1 pounds |
| Department | Unisex-adult |
| Manufacturer | MRXFN |
| ASIN | B0C2HHNTKT |
| Country of Origin | China |
| Import | Country as Labeled |

Warranty & Support
**Product Warranty:** For warranty information about this product, please click here
Feedback
Would you like to tell us about a lower price?

## Videos
Help others learn more about this product by uploading a video!
Upload your video

## Looking for specific info?
Search in reviews, Q&A...

## Customer questions & answers
No answered questions yet
Post your question

Typical questions asked about products:
- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

## Customer reviews
| | |
|---|---|
| 5 star | 0% |
| 4 star | 0% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 0% |

How customer reviews and ratings work

No customer reviews

### Review this product
Share your thoughts with other customers
Write a customer review


**Inspired by your browsing history** Page 1 of 5

YeGieonr Women Good Luck Smiley Face Ring Happy Face Stackable Ring with Cute Chain Link Band 1,576 $10.99
KDIZI Smiley Face Necklaces,Gold Stainless Steel Paperclip Chain Simple Round Smile Necklace Preppy Jewelry for Women 829 $8.99-$14.99
SLOONG 5pcs Y2K Style Chunky Retro Resin Acrylic Ring Plastic Rings Kids Ring Cute Colorful Candy Ring Finger Rin... 633 Amazon's Choice in Girls' Rings $15.99
KeyStyle GoldChic Jewelry Gold Bold Initial Letter Open Ring Adjustable, Women Statement Rings... 7,142 Amazon's Choice in Women's Statement Rings $6.45-$13.91
KXIEER 14K Gold Smiley Face Necklace Cute Round Stainless Steel Preppy Necklace Gold Happy Face Necklace For Women Girls 169 $9.99-$10.99
MOROYA 10PCS Gold Dome Chunky Rings for Women 18K Gold Plated Braided Twisted Round Signet Rings Adjustabl... 2,421 Amazon's Choice in Women's Stacking Rings $13.86

**Additional items to explore** See more Page 1 of 5

58 Pcs Preppy Makeup Bag Set Pu Leather Aesthetic Waterproof Portable Cosmetic Bag Travel Pouch 7 Pcs Hei... 51 $18.99 Get it as soon as Wednesday, Apr 26 FREE Shipping on orders over $25 shipped by Amazon
LieToi Preppy Patch Small Toiletry Bag Smile Lightning Heart PU Leather Portable... 726 Amazon's Choice in Cosmetic Bags $9.99 Get it as soon as Wednesday, Apr 26 FREE Shipping on orders over $25 shipped by Amazon
64 Pcs Preppy Small Makeup Bag Toiletry Patch Bag PU Leather Heishi Preppy Bracelets and Stickers Set Make... 1 $18.99 Get it as soon as Wednesday, Apr 26 FREE Shipping on orders over $25 shipped by Amazon
L1rabe 2 A5 Preppy Notebooks for Teens Girls Y2K Hardbound Spiral Journal for Student Happy Smile... 47 $11.99 Get it as soon as Wednesday, Apr 26 FREE Shipping on orders over $25 shipped by Amazon
WALONER Preppy Patch Makeup Bag Leather Cosmetic Bag Small Makeup Pouch, Portable Waterproof Travel... 514 $8.99 Get it as soon as Wednesday, Apr 26 FREE Shipping on orders over $25 shipped by Amazon
Junkin 64 Pcs Preppy Makeup Bag Set with 7 Heishi Surfer Bracelets 6 Preppy Earrings 50 Preppy Pink Stickers Preppy Party Favors... $16.99 Get it as soon as Wednesday, Apr 26 FREE Shipping on orders over $25 shipped by Amazon
LieToi Preppy Heishi Bracelets Set Colorful White Gold Smile Heart Star Evil Eye Beaded Polymer Clay Pearl... 1,150 $13.99 Get it as soon as Wednesday, Apr 26 FREE Shipping on orders over $25 shipped by Amazon
boutikpro Preppy Patch Toiletry Bag, Premium PU Leather Waterproof Pencil Pouch Cosmetic Bag with Smile Heart... 42 $6.99 Get it as soon as Wednesday, Apr 26 FREE Shipping on orders over $25 shipped by Amazon
dark swan Preppy Makeup Bag Pu Leather Portable Waterproof Cosmetic Bag Travel Makeup Bag Organizer... 163 $9.90 Get it as soon as Wednesday, Apr 26 FREE Shipping on orders over $25 shipped by Amazon

**Your Browsing History** View or edit your browsing history Page 1 of 4


Back to top


**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell products on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a package delivery business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Your Recalls and Product Safety Alerts
Help

amazon | English | United States

Amazon Music Stream millions of songs | Amazon Advertising Find, attract, and engage customers | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Sell on Amazon Start a Selling Account
Amazon Business Everything For Your Business | Amazon Fresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Experienced Pros Happiness Guarantee | Amazon Ignite Sell your original Digital Educational Resources | Amazon Web Services Scalable Cloud Computing Services
Audible Listen to Books & Original Audio Performances | Book Depository Books With Free Delivery Worldwide | Box Office Mojo Find Movie Box Office Data | ComiXology Thousands of Digital Comics | DPReview Digital Photography | Fabric Sewing, Quilting & Knitting
Goodreads | IMDb | IMDbPro | Kindle Direct Publishing | Amazon Photos | Prime Video Direct
Shopbop Designer Fashion Brands | Amazon Warehouse Great Deals on Quality Used Products | Whole Foods Market America's Healthiest Grocery Store | Woot! Deals and Shenanigans | Zappos Shoes & Clothing | Ring Smart Home Security Systems
eero WiFi Stream 4K Video in Every Room | Blink Smart Security for Every Home | Neighbors App Real-Time Crime & Safety Alerts | Amazon Subscription Boxes Top subscription boxes – right to your door | PillPack Pharmacy Simplified | Amazon Renewed Like-new products you can trust

Conditions of Use | Privacy Notice | Your Ads Privacy Choices
© 1996-2023, Amazon.com, Inc. or its affiliates

AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 18 May 2023 08:23:29 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

cY/FV/Rn+Xs0O7fYDBymAG112rZc90GfRwyZL122NOIrubz6lav4X6or/v8wHESfgTMEopbxkGWQ2GBIhJiwBxVvas+aGkdZLfDuoLvWRSTXNi94gLjdHc7E+EH6i0nzluMVu1+los6px0Kvh317kKb2js0cdapBMMPvgnKkRV8KXvCY3JLdRpe+vDPdBuha/ch6bOAfKaHI41JP8TpGHnB/eQE/JSjLeVoZnyMZOrIy1JTuhuw0H4EZsMNsQUdEndYbPsCP6PYHScCjEWjm8M5qCuJhmjTRTEcKGsknmdFvjKSOv1XAjrjoUvtia6tHZgyV60X2KoH2hF4D/Mw5iw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-18-May-2023-08-23-29-GMT.mhtml

**Hash (SHA256)**

fbc2ead5405534e006933612fe72bf45e93be7d5624a9d9213471a16c0f0958a

**Signature (PKCS#1v1.5)**

OIcSgclUUwN7xfI/0umb+rpGFo8JGNV782RsdgTJlZ8kPo1jXgkiYpHyLSS1CEkQ4EorrfaDto4jzwb7gQ9hky0nzlsVHTEktJrcJeyl3/+v9cRuZ0oZ2D4RRekuafrqIVGeoh/6JadMWVZ1IurdZsY5r2jYgxglGkzBW0mCP0+svQ6BtdWj2z3u2884rRQLgbOn+7XT4aqY8qM3Ym2kwT2iT+pQ46qRvGQyxzG+XVqa9EZgg4ItWJN0c0PN3kU6KE+7K/Mrl0vMYTOD66Hk0940MihwZORMx9FdXxWxA28jZYe/zqH6Xj/kC9hXSmjiubF2jCtFXazosNHhUqT5Eg==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Change

**2 Payment method**

VISA Visa ending in 9985

Billing address: Same as shipping address.

Add a gift card or promotion code or voucher

Enter code | Apply

Change

**3 Offers**

Change

**4 Review items and shipping**

FREE TRIAL

Jade, we're giving you 30 days of Prime benefits for FREE

Try Prime FREE for 30 days

**Estimated delivery: June 14, 2023 - July 7, 2023**

Items shipped from qingmuhedianzi



**MRXFN Necklace Handmade Necklaces for Women, Smiley Ball Chain Choker Charm Necklace Silver 925 Sterling Silver Pendant Necklace, Punk Chain Personality Simple Jewelry for Women**

$36.99

Qty: 1

Sold by: qingmuhedianzi

Gift options not available

**Choose a delivery option:**

Wednesday, June 14 - Friday, July 7
FREE Shipping

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

**Order total: $39.58**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.

Try Prime FREE

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $36.99 |
| Shipping & handling: | $0.00 |
| Total before tax: | $36.99 |
| Estimated tax to be collected:* | $2.59 |
| **Order total:** | **$39.58** |

How are shipping costs calculated?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com | JINLONYU Cowboy Boot And Cowgirl Hat Slippers For Women Men Cute Smiley Face Slippers Cozy Couple Indoor Outdoor House Slippers | Shoes

**URL**

https://www.amazon.com/JINLONYU-Cowboy-Cowgirl-Slippers-Outdoor/dp/B0C1SMDF9L/ref=sr_1_106

**Collection Date**

Wed, 26 Apr 2023 05:01:37 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Pr1rJcmdZEUYXoGvnB8siw0zwNp1yxYYu9BQYyaVFZ2sDhTU+WZgV7N6c6U5M7GhfxiohBnwNGDQOg9KCxyEBSXyyXq54HEYfXxA4iQq0FBL5pZ/KAMYyB46Qn4NLsEzNFHWQ1b8Z2Mrr3ysdDK2X5ccKk6Qo4tizCSXI1d5GG8=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]JINLONYU-Cowboy-Cowgirl-Slippers-Outdoor[fs]dp[fs]B0C1SMDF9L[fs]ref=sr_1_106]]_Wed,-26-Apr-2023-05-01-37-GMT.pdf

**Hash (SHA256)**

00f3d642c643e904470d575627f25e8b13fef81bc92cf5395d2b764bcc58148e

**Signature (PKCS#1v1.5)**

TXewTxlQfVrQ7vdOUgmpN4YQtanodqmgGXj0kQ/kieFpvYiNfcqocOSDZJmsRv7+JT0QKo5sx2M4l4LAQh/7mfQ6nV++PfbWuqG2M6TMYXJQDZFClwbZ+UjI8n/rHvQrpIHnQaS0NXhbzWr10fakC78gAPmpEXlOqSHj5Vra/mo=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 30 May 2023 12:02:29 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

202.83.40.142

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

YsCEA/HIyZDM0RZf59qdyDGvijJ/p2Rlo5RIZ6TZTZ3uMHvEkNg/nLJ4H90NcW7jeM7XQiL7stwDczS4K+j+XqnSHU1wZ7X73GwHIvhuPgZZMPsFAcz3a+Jpd+GjP3v9LoqnZMrNs19OUtM1VkBI8ZACRUh8/lJHo/hkjD11ZzcA2u9aSw1XFFjHJK7c902XKJISu/
KQ7tOVrnU7J4SoEA5JrPRpM0kfH/s19kMMFva3QQbnqgW3Q1tsd+hKu8LOXP6IMWM6z7mZ4pe3jGLV2rjhH/Y9mXJFMh/U6EZI9nF7t6Ti4KFHnGKuRCxBl/QohUIo3arKWa4Gi5C2pJOBbQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Tue,-30-May-2023-12-02-29-GMT.mhtml

**Hash (SHA256)**

25f3e3528105f477bf9a5b92fa0b525340fd565fad710e68cb996707c89ec5c0

**Signature (PKCS#1v1.5)**

Evz+g14FDeMIRqLDuh8fQoraXQrfjGrOfLiHO8+0vKArbXlo7feoyhQb3AycYk6LorVQyOYCCanIijaP0zh2pR+t/niYKUDm0TOGoZw4TENPzTTqJFum5GTIZ/cGLh+Eb5V7AKj/uSq3Sex63udpttkIWr1gqmXz1d8KK3u0zpmJcI3IOZfcSfaqpwDKUZyjk6lTNi/
tRC4uRSBzkjx5fs85ce5Raxdye2jQAfIXssDxqiAiFY/tfBl1/dqK6MqZzpvmcir71oUQbtifitGtpaHEgwLdWgRwRBJ7lfUPOySB8FXd2cWFmRTm3r32WxvhR2JNkk2lMzkm3PJjgO7hjQ==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

Change

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items ~~Friday, June 2 by 8PM~~ **Thursday, June 1 by 8PM** for ~~$5.99~~ FREE

Get FREE Two-Day Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: June 2, 2023** If you order in the next 6 hours and 12 minutes (Details)

Items shipped from Amazon.com



**JINLONYU Cowboy Boot And Cowgirl Hat Slippers For Women Men Cute Smiley Face Slippers Cozy Couple Indoor Outdoor House Slippers Smiley Hat 39-40**

$22.99 & FREE Returns

Qty: 1

Sold by: QINSHIXIANGBAO

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

- **Thursday, June 1**
  FREE Two-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Friday, June 2**
  $5.99 - Shipping
- **Thursday, June 1**
  $9.99 - Shipping

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

**Order total: $30.59**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Get FREE Two-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.**

Try Prime FREE

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $22.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $28.98 |
| Estimated tax to be collected: | $1.61 |
| **Order total:** | **$30.59** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com: NAGAD Smiley Piercing Jewelry Fangs Smiley Jewelry Vampire Teeth Vampire Smiley Fangs Canine Teeth Smiley Piercing Tiger Teeth Nail for Halloween Costume Party Silver 0.94x0.79inch : Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/NAGAD-Piercing-Jewelry-Halloween-0-94x0-79inch/dp/B0BFGRY54C/ref=sr_1_275

**Collection Date**

Tue, 09 May 2023 06:30:46 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:93::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

j/rpbSvIGNCoEpTz5ik9a6Meug9UVV8eEBZ65vkyVOXA1DihHGiXCv5xitrrulUrzbpm4FNH/0PLxxpNj40E4Fzmx1sve3pi5zKZTFwd0vuO3+cBnnltLix3dodNcG7IduAtlw7aw7D4WImuDf9uqmMwMctVc7MglDJss4LV7uo=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]NAGAD-Piercing-Jewelry-Halloween-0-94x0-79inch[fs]dp[fs]B0BFGRY54C[fs]ref=sr_1_275]]_Tue,-09-May-2023-06-30-46-GMT.pdf

**Hash (SHA256)**

095e73ffde324af542be5e6307e1b58fb935ab14f7a52d2fea408026d75f46a4

**Signature (PKCS#1v1.5)**

UhdeiBfp6AL6gyd9fTQOnM+XCHf0kqao3Ejn1TeT8W1nsfbtqgV/R7eK5w2O6THXELZyGo3f8Aj0WcxPFO6vrIrOW9BxjlG6dS0EBl/rN9tucwAADOP66eUmCwlqhwXdn+3WnGdzaGgOQoS/T0Z3tCfM/tnbGQ3qDXmVam+rXKc=



AXENCIS

Investigator Name: RemoteUser2

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 12 May 2023 15:48:59 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

RemoteUser2

**IP Address**

2001:ac8:9a:d::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

auLb1td/azWoyTTP+q3yMnaZ9NXkwSyJPEE2GaBmY5WZq3PEIfKM6JGG2kqwIYVAOdY4nFmlFcOutVXgY8diHOuNHCNkRiuqWQ1GMxknQMGFtDr8o4bBykpy5pIebFXLEVAOpZ8/OnVWnqLPRpvcCF5XlZB/NRcrnrVz0B9lxhiUQ
+8xQKFVOb7wviw5x41ITJgAC1xJyzDYGXb6dLwG6J5tWcOLjtp4aou7HIFSlwdgINJkMC1uE8UrxN97LTBORfsGs1WyOUEZ+pxVqtNyZg1HVUt49O7VlObbw8m8Uwa0ZLYKMKMOhq0RvE8i2YmrdFXpkflH2NqIMniK+5z6ig==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Fri,-12-May-2023-15-48-59-GMT.mhtml

**Hash (SHA256)**

f24a68b37952220b448d6a0058e779b619dc562415588319e5d9e33425b9b844

**Signature (PKCS#1v1.5)**

os8kmYvn5k4yd5yIag4j0JCnd1RS0xw0MLmaLiT2NoCEO3LnDlxB+TXPazYL18vc+Oi2wLZ6Ro1QZq6Bhy+fZvEDzsXp8JM0LR726ULnBfaayl/LN+6EqKD17wCGtc4Jj+SsErb9jjoyrfKYO1zcfZc6P+kwHTwgGsk5cZeXLpSpP5lqj
+qXtyyqWbKsR81mvbCWwbrGm9HLwT2u6YBhxbvY7HVbQFNQN4AxyveW+sG+Q68l0/FUa+hLKk1Uldo9HZl/786JDx07npHdlCqhzQVAS00q6Wk5CPJgKqKa/eFtnc//8epsaQA019TWZi4wG2a2LWT/0CPRZbNY3f9mFg==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Change

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

**FREE TRIAL**

**Jade, we're giving you 30 days of Prime benefits for FREE**

Try Prime FREE for 30 days ›

**Estimated delivery: May 26, 2023 - June 12, 2023**

Items shipped from QIUMING



**NAGAD Smiley Piercing Jewelry Fangs Smiley Jewelry Vampire Teeth Vampire Smiley Fangs Canine Teeth Smiley Piercing Tiger Teeth Nail for Halloween Costume Party Silver 0.94x0.79inch**

$1.90 & FREE Returns

Qty: 1

Sold by: QIUMING

Gift options not available

**Choose a delivery option:**

**Friday, May 26 - Monday, June 12**

FREE Shipping

Place your order

**Order total: $2.03**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $1.90 |
| Shipping & handling: | $0.00 |
| Total before tax: | $1.90 |
| Estimated tax to be collected:* | $0.13 |
| **Order total:** | **$2.03** |

How are shipping costs calculated?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.