UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 1:23-cv-61203-AHS

THE SMILEY COMPANY SPRL,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/

## NOTICE OF FILING EVIDENCE IN SUPPORT OF MOTION FOR ENTRY OF PRELIMINARY INJUNCTION

Plaintiff hereby gives notice of filing parts 26 through 35 of the Evidence in Support of Plaintiff's Motion for Entry of Preliminary Injuction.

Date:   July 27, 2023                  Respectfully submitted by,

                                            **Richard Guerra**
                                            Richard Guerra (Fla. Bar No. 689521)
                                            Attorney Email address: rguerra@brickellip.com
                                            THE BRICKELL IP GROUP, PLLC
                                            1101 Brickell Avenue, South Tower, Suite 800
                                            Miami FL, 33131
                                            Telephone: (305) 728-8831
                                            *Attorneys for Plaintiff*