

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Smiley Face Phone Case for iPhone XR, Cute Funny Smile Faces Phone Case Purple Abstract Line Cases for Girls Women : Cell Phones & Accessories

**URL**

https://www.amazon.com/Qiusuo-Purple-Abstract-Aluminum-Protective/dp/B09NBZKK92/ref=sr_1_209

**Collection Date**

Mon, 24 Apr 2023 11:45:37 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

HffDFD+UDG7dNdSl5QYbq5r4MxgOxiPlepKJZoVleSzsA9W4S5q1IRN57v/t8H6OJ1UqCdb+impOWtmMhb+Jupw6m2iAzhL33U4s8lCsTbj+uEpz/faN3w4lZeHNEnSoeCt1HcjsV3giMoeiJ9Qs1nHuK5kEXXFYd5cXZ0Pkq20=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Qiusuo-Purple-Abstract-Aluminum-Protective[fs]dp[fs]B09NBZKK92[fs]ref=sr_1_209]]_Mon,-24-Apr-2023-11-45-37-GMT.pdf

**Hash (SHA256)**

530a955ac09169fca586dc9c066efe23640d20ff58955cc4ac1ffd1552b138e9

**Signature (PKCS#1v1.5)**

hTzxXTFEZB6Zn0jeWVp2OUGFT+uCovWi6Ypb/fuM3kG0t3JxPyn3or5wPF+tJO83eq4JFF6owq7T+K41PQF5tHhaaEQkPHnVeA+4I2QJeD+7ZIqa42dL90QkLRhgBs93aG/eAvk6XYBUl1q9ZL7LokdMTes8HI2e4+A2U6bRr/8=

amazon | Deliver to Gregory Kapolei 96707 | All | smiley phone | EN | Hello, Ozzie Account & Lists | Returns & Orders | Cart

All | Clinic | Amazon Basics | Customer Service | Buy Again | Amazon Business | Household, Health & Baby Care | Livestreams | Beauty & Personal Care | Free Shipping | Coupons | Pet Supplies | Smart Home | Upgrade to ad-free podcasts

Cell Phones & Accessories | Cell Phones | Alexa Built-in Phones | Accessories | Cases | Wearable Technology | Best Sellers | Deals | Trade-In | All Electronics

Casely iPhone 13 Pro Case | Compatible with MagSafe | All Smiles | Smiley Face Sticker Case 229 $28.76 prime

Subtotal $14.99 Go to Cart $14.99 Only 8 left in stock - order soon.

‹ Back to results

## Smiley Face Phone Case for iPhone XR, Cute Funny Smile Faces Phone Case Purple Abstract Line Cases for Girls Women

Brand: Qiusuo (3.7) 6 ratings

$12.99

Get $60 off instantly: Pay $0.00 upon approval for the Amazon Rewards Visa Card.

Color: Smiley Face

$12.99 $13.99 $13.99 $9.09 $13.99 $9.09 $11.99 $12.99 $9.09 1 option from $11.99

Size: iPhone XR

iPhone XR | iPhone 7Plus/8P... | iPhone 7/8/SE... | iPhone 11 | iPhone 12/12 Pro | iPhone 13 | iPhone 13 Pro | iPhone 13 Pro Max | iPhone Xs Max | iPhone X/XS

Roll over image to zoom in

| | |
|---|---|
| Brand | Qiusuo |
| Color | Smiley Face |
| Form Factor | Basic Case |
| Compatible Phone Models | IPhone XR |
| Material | Aluminum, PC, TPU Bumper |

### About this item

- [Compatible with iPhone XR] This abstract purple smiley face iphone XR phone case is only compatible for iphone XR 6.1 inch.
- [Multiple Protection Designs] This iPhone XR with smiley face pattern design case is made of soft TPU, hard PC and aluminum sheet. Raised lips edges provide protection for camera and screen. Soft TPU Edge with hard PC back making the iPhone XR smiley face case cover effectively cushioning the impact of falling iphone and easy to get installed and removed without hurting your phone.
- [Perfect Fit Cutouts] Perfect cutouts for speakers, camera and other ports, easy access to all controls.
- [Advanced Printing Technology] The advanced Thermal transfer technology and aluminum protective layer significantly brighten and maintain the durability of the picture, preventing the picture from falling off. It's definitely an EXCELLENT GIFT for women, girls and girlfriend on special occasions such as Birthday, Anniversary, Special Moments, and Valentine's Day.
- [Expert Service Garantee] Our high quality phone cases with premium customer service ensure risk-free purchase. Any question feel free to contact us.
- Display size: 6.1 inches

Report incorrect product information.

Add your 30-day FREE trial of Prime and get fast, free delivery

$12.99

FREE delivery Tuesday, May 2

Or fastest delivery Thursday, April 27. Order within 13 hrs 41 mins

Deliver to Gregory - Kapolei 96707

Only 5 left in stock - order soon

Qty: 1

Add to Cart

Buy Now

Payment Secure transaction
Ships from Amazon
Sold by QIUSUO
Returns Eligible for Return, Re...

Details

Add a gift receipt for easy returns

Add to List

Have one to sell? Sell on Amazon

Casely iPhone 12/12 Pro Case | Compatible with MagSafe | All... 163 $39.95 prime Sponsored

Casely iPhone 14 Pro Case - All Smiles - Smiley Face Sticker Case (Bold + Compatible with MagSafe) 197 $39.95 prime

Sponsored

### Products related to this item

Sponsored Page 1 of 58

HONGZAOQIYE Fashion Case for iPhone XR, Cute Colorful Retro Smiley Face Shockproof ... | NINGPIYAYA Compatible with iPhone XR Case, Indie Smiley Face Flower Daisy Hippie Re... | HANLINZHIYA Slim Cute Case for iPhone XR, Indie Smiley Face Flower Daisy Hippie Ret... | XIASAIJBUDA Design for iPhone XR, Cute Funny Trippy Smiley Face White Liquid iPhone... | HUIYUEKUAI Aesthetic Case for Samsung Galaxy S23, Smiley Face Indie Sage Green Hipp... | Compatible for Samsung Galaxy S23 Case, Cute Funny Trippy Smiley Face White Liquid ... | HANHANSHILU Compatible with iPhone XR Case, Smiley Face Cute Hippie Aesthetic...

### Videos

Help others learn more about this product by uploading a video!

Upload your video

### Looking for specific info?

Search in reviews, Q&A...

### Customer questions & answers

No answered questions yet

Post your question

Typical questions asked about products:
- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

### Product information

| | |
|---|---|
| Product Dimensions | 6.1 x 3.15 x 0.39 inches |
| Item Weight | 1.44 ounces |
| ASIN | B09NBZKK92 |
| Item model number | LVC00092075256 |
| Customer Reviews | (3.7) 6 ratings 3.7 out of 5 stars |
| Best Sellers Rank | #243,855 in Cell Phones & Accessories (See Top 100 in Cell Phones & Accessories) #114,675 in Cell Phone Basic Cases |
| Special features | Slim Fit, Premium Aluminum Sheet Painting Tech, Shockproof protective phone case, Soft TPU Hard Back, Unique trippy design case |
| Other display features | Wireless |
| Form Factor | Basic Case |
| Color | Smiley Face |
| Manufacturer | Qiusuo |
| Country of Origin | China |
| Date First Available | December 9, 2021 |

Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

Feedback

Would you like to tell us about a lower price?

### Product Description

DescriptionThis girly iPhone XR case with Abstract Line Smile Faces pattern design is only for iphone XR, 6.1 inchThe flexible TPU provides comfortable grip and scratch protection.Using anti-yellowing Imported material and aluminum sheets painting tech, durable and not faded.Prevent smudges scrathces fingerprints, easy to clean.Super Slim, only 1.5mm thickness, will not burden your phone.Anti-slip stripe design for stable grip.Product SpecificationsProduct Name: Abstract Purple Smiley Face iPhone XR caseSize: for iphone XR 6.1 inchPackage included:1 * Abstract Purple Smiley Face iPhone XR case❤Warm Tips: The patterns of our brand's phone cases are all painted by environmentally friendly inks, therefore, do not use strong acid or alkali products such as alcohol to wipe or wash the patterned phone cases, but can be washed with water.

### Products related to this item

Sponsored Page 1 of 58

Compatible with iPhone 14 Pro Max Case, Smiley Face Cute Hippie Aesthetic Peachy Sm... 9 $15.99 | ELECOM 2-Port Wall Charger 30W GaNII USB-C/USB-A Ultra Fast Charging, Smart Power... 11 $27.99 | HANHANSHILU Compatible with iPhone XR Case, Smiley Face Cute Hippie Aesthetic... 1 $15.99 | JETech Silicone Case for iPhone XR, 6.1-Inch, Silky-Soft Touch Full-Body Protective... 9,902 $9.99 | Beaded Phone Charm, Smiley Face Beaded Phone Lanyard Wrist Strap Fruit Letter Pearl... 72 $5.99 | SunStory Compatible for iPhone XR Case with Clear Tempered Glass Screen Protector [... 1,579 $9.95 | XIASAIJBUDA Design for iPhone 11, Cute Colorful Retro Smiley Face iPhone Case Prote... 16 $15.99

Jonwelsy Case for Samsung Galaxy S22 Ultra, Compatible with Magsafe 360 Degree Full Body... $26.99 prime Save 5% with coupon

Sponsored

### Customer reviews

3.7 out of 5

6 global ratings

| | |
|---|---|
| 5 star | 47% |
| 4 star | 0% |
| 3 star | 33% |
| 2 star | 20% |
| 1 star | 0% |

How customer reviews and ratings work

Review this product

Share your thoughts with other customers

Write a customer review

CACOE Phone Lanyard 2 Pack-2× Adjustable Neck Strap,2× Phone... $9.99 prime Sponsored

Top reviews

**Top reviews from the United States**

Twila Dornan

**Super cute, but....**

Reviewed in the United States us on September 13, 2022

Size: iPhone XR | Color: Face Cat | Verified Purchase

It's very cute and I do like it but the silicone edges meant to protect your screen aren't raised enough to do so. As soon as I put this phone case on, the first minor drop shattered my screen protector. Do not buy this case if you often drop your phone or don't have the momey to constantly replace the screen protectors. If they offered a version with actual raised edges to protect phone I would totally buy it! I get lots of compliments about the phone case.

Helpful | Report

APG

**Fits**

Reviewed in the United States us on August 9, 2022

Size: iPhone 12/12 Pro | Color: Donuts | Verified Purchase

Fits perfectly

Helpful | Report

See all reviews ›

### 4 stars and above

Sponsored Page 1 of 21

Odhtst Liquid Smiley Phone Case Compatible with iPhone Xr - Shockproof Protective... 339 $11.99 | Smile Face Girl Case for iPhone SE 2020, Cute Pretty Girly Phone Case for iPhone 7/... 426 $8.99 | Rogsgic Smiley Smile Face Case for iPhone 11 for Women & Girls Cute Phone Case Slim... 113 $5.99 | Smiley Face Girl Case for iPhone XR, Cute Pretty Girly Phone Case for Teen Girls Wo... 216 Amazon's Choice in Cell Phone Basic Cases $8.99 | Smiley Face Girl Case for iPhone 6s Plus/6 Plus, Cute Pretty Girly Phone Case for T... 105 $8.99 | Odhtst Liquid Smiley Phone Case iPhone 12 Pro Max - Shockproof Protective Designer ... 51 $12.27 | rafamau Smiley Face Girl Case for iPhone 8 Plus/7 Plus, Cute Pretty Girly Phone Cas... 121 $8.99

Jonwelsy Case for Samsung Galaxy S22 Ultra, Compatible with Magsafe 360... $26.99 prime Save 5% with coupon

Sponsored

### Best Sellers in Cell Phones & Accessories

Page 1 of 6































Investigator Name: RemoteUser2

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 16 May 2023 01:10:57 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

RemoteUser2

**IP Address**

202.83.57.61

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

TbnIHLnwPUZ+oHaiKFk7CREaU9xNkAAEXJQOIXiExAyTLdz548+RtRpZzVb78UioteZVggBgqfTnfBK89fc/a2tMk3ROiTxC/7LEknN/Dcnwg7iNzSAA1zE8Jr2ncMJ876VvtOAnB8KTbmHd/W071RQCLAsXn3ShZzdbWnEX6+6w
+WxHkERqub7WCZuqNTtV6fTSpeGo6ixkY410JfoTyWYVEmcPLmT0D7y/Vow6HdjPixlUVz1m/YLo/utLGucLR0AcgEDvcPIG2op2WqJ+8y+i9jvCc+LB2wTcPleUAnRax3JY2ZomXEeNLfM+wAVZF5hIBL59H2BxhktesuG7Ow==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Tue,-16-May-2023-01-10-57-GMT.mhtml

**Hash (SHA256)**

ffcf76b77df472bce02fe4efe2b79da25900967463875ba13c85068649a9f4dd

**Signature (PKCS#1v1.5)**

DbhnBXsqmmj1+t655za5Ub0Zzf+Ox7EGlsJ/nlUKHfR6ryCCSr6XWvmdk4TqTwE8tu/5456c9w9wpQYUD6azgW+J0ie6DpINWSHTaNbrgn5UzeNingsGpzaOE6aXIE40z69C7nADyrClU5yYx2XAL0hCizhDDo7dSiT8S+PsyDprq1zjGhg+uuM/
tRNcJxigNQiWUnkMH7VG1qovRQClBrxglC3Bg9TpsHhlbPw89fmz3bCjP+n1dn4COdsdIlucpXtfmwfkpJ0jWWlbxh5wp9iC3jiY3ms+0lC88bQ3ui54wl0fOEjfzEJVR5x+QmQDDq4esarSq7/60MP922OwdQ==





Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Compatible with Evil Smiley Smile Face ISAF US Army Milspec Patch Tactical Morale Badge Hook and Loop Embroidered Patch 2 Pcs : Arts, Crafts & Sewing

**URL**

https://www.amazon.com/Compatible-Smiley-Milspec-Tactical-Embroidered/dp/B0BK61Q9G3/ref=sr_1_132

**Collection Date**

Wed, 26 Apr 2023 07:46:16 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

eUzeEx0vFAjtUG+Y/AepES2WMmg3leAuYR/7UNI6kU+WnlHVfrj7JrGrJz22T0TB2/dmCrTJH7lMoICG00dYyc9KCxR/s666WtYQz+MrYe5FrdpneygXUzLWuUaTrvwDOtTwkvlPpGen846rJa1fHoY+GIdjqOang1ADRDi3vws=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Compatible-Smiley-Milspec-Tactical-Embroidered[fs]dp[fs]B0BK61Q9G3[fs]ref=sr_1_132]]_Wed,-26-Apr-2023-07-46-16-GMT.pdf

**Hash (SHA256)**

65e16400c345179e60d386686a2ebf5ddba57ff5cd1b8ce7de1c20725e8c9244

**Signature (PKCS#1v1.5)**

GnnwYBP8gsfnefjcTH5HO5C1ueXF6eiQbSbwfBUGzF8k5SEifSYYw/boQEvv/8zv3lpPkqPBHH1s5B1VffgB4HWIzzJr6nS9KAs7kAuU0YfOEocdeh1gvmefJtYK5/2rA3tECv8N8pg4Qq9eDjZyjZ4bz6HbgUfxK5Eejb/YHs0=

amazon Deliver to ozbaldo Miami 33132 | All | smiley patch | EN | Hello, ozbaldo Account & Lists | Returns & Orders | 0 Cart

All | Clinic | Prime Video | Amazon Basics | Buy Again | Prime | Best Sellers | Customer Service | Today's Deals | New Releases | Books | Music | Amazon Home | Gift Cards | Coupons | Pharmacy | Health & Household Products | Registry

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

WE ARE Barbie THE MOST DIVERSE DOLL LINE SHOP NOW

‹ Back to results

Roll over image to zoom in

## Compatible with Evil Smiley Smile Face ISAF US Army Milspec Patch Tactical Morale Badge Hook and Loop Embroidered Patch 2 Pcs

Brand: QTAOEIONG

★★★★★ (5.0) 1 rating

$9.99

FREE Returns

| | |
|---|---|
| Color | Red |
| Brand | QTAOEIONG |
| Style | Compact |
| Theme | Army,Gear |
| Shape | Rectangular |
| Number of Pieces | 2 |
| Mounting Type | Hook and Loop |

See more

**About this item**

- Size: 3.1 inches wide by 2 inches tall (8x5cm). Great for backpacks and gear
- The patch is 100% embroidered, Nice high-quality patch with excellent colors.Easy machine wash without worry
- Hook and loop fastener:Hook backing patch for attachment to tactical hats and gear. The loop tape comes for free
- Safe & non-toxic. Washable and Durability
- Perfect for Jeans, Jackets, Vests, Hats, Backpacks and more
- Package: 2 pcs hook backing patch. 2 same sized loop tape packed free

Report incorrect product information.

Add your 30-day FREE trial of Prime and get fast, free delivery

$9.99

FREE Returns

FREE delivery Tuesday, May 2 on orders shipped by Amazon over $25

Or fastest delivery Tomorrow, April 27. Order within 20 hrs 17 mins

Ships from nearby

Deliver to ozbaldo - Miami 33132

Only 3 left in stock - order soon

Qty: 1

Add to Cart

Buy Now

Payment Secure transaction
Ships from Amazon
Sold by QTao
Returns Eligible for Return, Re...

Details

Add a gift receipt for easy returns

Add to List

Have one to sell?

Sell on Amazon

### Buy it with

Total price: $29.95

Add all three to Cart

Some of these items ship sooner than the others. Show details

- This item: Compatible with Evil Smiley Smile Face ISAF US Army Milspec Patch Tactical Morale Badge Hook and Loo... $9.99
- Pew Pew - Embroidered Morale Patch $9.98
- Muff Diver's Union PVC Morale Patch $9.98

### Based on your recent views

Page 1 of 58

Sponsored

### Products related to this item

Page 1 of 35

Sponsored

Smiling Face Emoji Embroidered Iron-On Applique Patch, Embroidery Patch by 2... ★★★★☆ 2 $3.95

EmbTao Glow in Dark Evil Smiley Smile Face ISAF US Army Milspec Swat Embroidered Ir... ★★★★½ 86 $8.45 prime

MagiDeal Funny Smiley Smile Happy Yellow Face DIY Applique Embroidered Sew Iron... ★★★★½ 583 $3.99 prime

Sicko Mode Puke Emoji Patch Smiley Text Logo Embroidered Iron On ★★★★½ 11 $13.99

These Are Things Nope Heart Embroidered Iron On or Sew On Patch (Red) ★★★★½ 49 $5.99

Evil Eye Embroidered Badge Iron On Sew On Patch ★★★★★ 118 $5.99 prime

These Are Things Chill Pill Embroidered Iron On or Sew On Patch ★★★★★ 270 Amazon's Choice in Applique Patches $5.99

### Product Description

Perfect for Jeans, Jackets, Vests, Hats, Backpacks and more

### Product information

| | |
|---|---|
| Product Dimensions | 3.15 x 0.28 x 1.97 inches |
| Item Weight | 0.422 ounces |
| Manufacturer | QTAOEIONG |
| ASIN | B0BK61Q9G3 |
| Country of Origin | China |
| Item model number | PATCH-hg6y5 |
| Customer Reviews | ★★★★★ (5.0) 1 rating<br>5.0 out of 5 stars |
| Best Sellers Rank | #1,069,425 in Arts, Crafts & Sewing (See Top 100 in Arts, Crafts & Sewing)<br>#11,609 in Embroidered Appliqué Patches |
| Date First Available | October 23, 2022 |

**Warranty & Support**

**Product Warranty:** For warranty information about this product, please click here

**Feedback**

Would you like to tell us about a lower price?

### Videos

Page 1 of 3

Videos for related products

Sponsored 0:20 GYGYL 2 Pack Security Patch with Hook and Loop, for Police Vest Jacket Back... GUYi

Sponsored 0:32 Custom Patches Personalized Name Patch with Merrowed Edge Sew On Iron On Ho... xrlsg

Sponsored 0:29 20 Pieces Patches Tactical Morale Embroidery Patches, Military Funny Patc... J.CARP

Sponsored 0:22 Security Embroidered Patches Hook and Loop, Durable Fabric Security Patch for... SHELCUP

Sponsored Harsgs 20 Pieces Patch Bundle, Fu... Harsgs

Upload your video

### Products related to this item

Page 1 of 20

Sponsored

### Similar brands on Amazon

Page 1 of 2

### Looking for specific info?

### Customer questions & answers

No answered questions yet

Post your question

### Customer reviews

★★★★★ 5 out of 5

1 global rating

| | | |
|---|---|---|
| 5 star | | 100% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

How customer reviews and ratings work

No customer reviews

There are 0 customer reviews and 1 customer rating.

Review this product

Share your thoughts with other customers

Write a customer review

### 4 stars and above

Page 1 of 26

Sponsored

### Best Sellers in Kitchen & Dining

Page 1 of 5

### Inspired by your browsing history

Page 1 of 5

### Your Browsing History

View or edit your browsing history

Back to top

Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You

amazon

English | United States

Conditions of Use | Privacy Notice | Your Ads Privacy Choices

© 1996-2023, Amazon.com, Inc. or its affiliates




















































# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 01 Jun 2023 13:33:57 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0d:5600:8:93::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Ky5sujshJAelexcpTjK5OdjLw+YTkDzed914v65dFKNCU69W3f6mIO7pPMNEqdZuksg7b7wnX5ioehYTZruJZC3aUWQuQfRHiMEvyojp0vze2t91trHKeE2AyCdnZxPcx4M9aftawuCQK2u+CmgJqvjKzkjd5f33xid+IwueIPPTrRoLpcVO/AaOeRN0VkUr1gKCq9+CikDAK4moBvrK/
Ma75MOF40ZYehfa7mibgRUokO8TIx/N65+rKDjhFuxsAdJBPZsch3zP6MLbxRz1/5SpYVpNGWhsPzcpEXjQ+rJwgoaG/CDTSBpveLXns6eid468ntOr083b+kkz/cXXGg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-01-Jun-2023-13-33-57-GMT.mhtml

**Hash (SHA256)**

bbcb3759de97321061cb74f7d5cc0285b483bad6c37c09ee5e912ba40030512f

**Signature (PKCS#1v1.5)**

GiwW3RqxtyCQ7urUvXtVS57Me4PMj9y3S4WXtfQVeApbP99oPhFTazEaRcaGKffD2L5rdqD9cb2Y75JGSQl2NaHV/SwgjvI7JRv4QaepzDxX15C+1JnFUDWNdA7JVIx1c4PbCb6t4llgdp7PX3+T0ShY7aCdvxOUIhnr5z4JmqXhOBviIA0GYT43z9KjFwYdSPo85quww7JHjRdE/pUbq0o09K/c//5Fv
+zq47yLEMABgOM4n/7u7Zj3K3Jek0KRF1ctX8O6J4qnzBCn2nzgYAuw7iRAY1gfuyIVw6b3JSW1f8N7J4YfyiNcxTFJIaotOTxsbZ1BawEoRsXL7QSj/Q==



# Evidence Collection Report

**Page Title**

Amazon.com: JWHYO Smiley Face Socks,Plain Waves Socks for Women,Smiley Face Socks Women,Winter Autumn Thermal Socks Ankle Sock for Girls Boy, White : Everything Else

**URL**

https://www.amazon.com/JWHYO-Smiley-Waves-Women-Womens-Thermal/dp/B09LRGBLhH/ref=sr_1_150

**Collection Date**

Fri, 01 Apr 2022 00:00:12 UTC (US Department of Commerce - NIST authenticated timestamp)

**Collected by**

Chris Bernou

**IP Address**

(info redacted)

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#7 v1.5)**

(signature redacted)

# File Signatures

**SCREEN CAPTURE**

PDF

**File Name**

(filename redacted)

**File Hash**

(hash redacted)

**Digital Signature (PKCS#7 v1.5)**

(signature redacted)





















Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 23 May 2023 14:30:29 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

202.83.40.91

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

AQ9GzDLJLpIBv9Xs6jUQwlMAdYsKwYiqeCDxyEGRBQ8/jgs3fJqlcMLbjUwRq4l1LsNYlbvr1UZcoXGqWmRCK5VfbXGcVHjtAuIkcvgS1sTzvNrlan3uSSeKSbHV
+7LSRbKGC72QZkGbmYN69/93tRG9OeJ6j1sptkMxgtQXl65qwZ5SKE0J1t6RP8BbgVWqVEcFDfb13YVVPK6oqT5beOcI5MYY5KPcMPfxxFZwLKM2Qndh0BEqfbkVQuwyHSd0XH39v3qmUjm762V0Zs4qBJPW/on0uNBoNgAow/Y34BEkv3M/JSE5AVGbW4E
+beGltPdItPkSFMzrzSJdVyQbxg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Tue,-23-May-2023-14-30-29-GMT.mhtml

**Hash (SHA256)**

966eefdf974a9cb81b2db7514c9e72d0fe1adc5a5f4a507e8fc44d1916acc596

**Signature (PKCS#1v1.5)**

bdovJ4jhDPrTJaENwENpJaFFCw3z9XXL9l4vVreLpA68514rypvi1kg81Y5d3PNMrm47T/0yZ6jbUmJO1/4lSowWuE5v5zRozcJr2m4HOwjxdc48N8MR0jfV2647YQqYrTnlTy+oYwk3L3nWROz8gaFJaGyP1G93LyLeRB0KGfLKWhKXNiK6b/
TvQYx8dUGr2VXI6SkMzAnRfdmU1wpCsAhjNVWzt2UTjpNFsWzrvQmMXwEtxIvCtY5jjG7IScpXcaiNctfON9p1m8emXaHM9c2A1MTYFdQufZHMFcHjBlCcPsqAXVLJ1WJMjjb9Mw8CGt0bUp0UgqYU5DWWS9m2ww==





Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Géneric Cute & Stylish Sterling Silver Rings For Women: Shop 925 Silver Rings, Preppy Jewelry, And Mood Rings With Smiley Face And Adjustable Bands - Perfect For Girls Aged 10-12!: Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/G%C3%A9neric-Women%EF%BC%8CSterling-Rings%EF%BC%8CSilver-Jewelry%EF%BC%8CSmiley-Women%EF%BC%8CAdjustable/dp/B0C2DB67BF/ref=sr_1_25

**Collection Date**

Thu, 20 Apr 2023 06:08:13 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

qNZskFrzUkRshE9a0euiFuxj6sIC7YOhUZPFl7n08g//xOeER5jXTo1nDm4+ot0r7SkREhe2NBrEGSqAqlP6VN3P0MngGO9OSW/gsZ/5JqP0RkgtAUoqsymvFtqamHO+yCNJe+zpQQ6RRPjGuM6qq0ppK5eXsVotYmbz9dMroD8=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]G%C3%A9neric-Women%EF%BC%8CSterling-Rings%EF%BC%8CSilver-Jewelry%EF%BC%8CSmiley-Women%EF%BC%8CAdjustable[fs]dp[fs]B0C2DB67BF[fs]ref=sr_1_25]]_Thu,-20-Apr-2023-06-08-13-GMT.pdf

**Hash (SHA256)**

2e809af1e1dcb8b6620f8409d6cb9b21a816d09ab09efb304dde19d7e615fae2

**Signature (PKCS#1v1.5)**

JT06+0ZK1faQZlskusPn9lakrUOsbunPveX5U9GwUlnLerCOEm07wx0nrdbkNdyYkS6koe4shHR6gxcbcXIGysfag/ceRlZI7F9Y37rdp6IXjNsFbbxl+PZUfJhEpbe+nw1tRmr/gvYkBV5DL+EuftSbZBDIFu30OlL9G43awPc=

## 4 stars and above

Sponsored

Page 1 of 29

## Product Description

Type:Ring, finger ring
Item No.:MY35705
Brand:Other
Process:Electroplating
Color:Silver
Product Category:Hand jewelry
Package:Individually wrapped
Suitable for gift occasions: holiday
Style:Female
Material:Metal
Year/Season:2023 Summer
Modeling: geometric type
Processing custom:Yes
Popular elements: vintage
Style: retro

## Product details

**Item Weight** : 0.28 Ounces
**Department** : Girls
**Date First Available** : April 13, 2023
**Manufacturer** : Quanzhoushiweiteerdianzishangwuyouxiangongsi
**ASIN** : B0C2DB67BF
**Country of Origin** : China

### Videos

Help others learn more about this product by uploading a video!

Upload your video

## Products related to this item

Sponsored

Page 1 of 10

## Brands in this category on Amazon

Sponsored

## Looking for specific info?

Search in reviews, Q&A...

## Customer questions & answers

No answered questions yet

Post your question

Typical questions asked about products:
- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

## Customer reviews

| | |
|---|---|
| 5 star | 0% |
| 4 star | 0% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 0% |

How customer reviews and ratings work

No customer reviews

### Review this product

Share your thoughts with other customers

Write a customer review

## Products related to this item

Sponsored

Page 1 of 50

treavivly TREAVILVY Colorful Smiley Face Ring Pack, Adjustable Trendy Rings Set, Cu... 39 Amazon's Choice in Girls' Rings $10.99 prime
Dodostar Mobius Ring Twist Promise Cute Sterling Silver Rings for Teen Girls Thumb ... $19.99
Diamond2Deal 14k Yellow Gold Smiley Face Pendant Fine Jewelry for Women (L- 30 mm W... $339.95 Save 5% with coupon
Smiling Wisdom - 3 Gift Sets - Totem Wolf Dragon Bird Animals Cards and Necklace Gi... 213 $19.99 prime Save 10% with coupon (some sizes/colors)
20g Tiny Round Smiley Earrings for Women Girls 925 Sterling Silver Hypoallergenic E... 3 $9.99 prime
Tanyoyo Smiley Face Ring Signet Asthetic Cool Dainty Statement Rings for Women Girl... 304 $8.99 prime Save 11% with coupon (some sizes/colors)















Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 18 May 2023 08:30:29 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Gq88RupgP7dQQvpA5vrE5h3na1aQCTfb1eB7cP9j02xSWNjKVnyVkdU9/lZxXyzMJb7Dlk3Z+6tRT5LRjifAlntqa8DdINWtak62NmyKsrInCb+/qhXTvEkeSPP4NXVeNguxstQIT87dIWBYps+9n3kY8QZxtOO6dFvxddCC3LPccsD
+2X3J7pCGXqxTVg7IjjJwfJKnZYezdhQMBrJhDIAUPQCxr6Q5ay0+JDAQx/55UTOMTPWlrClEEmW6mc2LjzDqd87shK8BIjldw67JVYMJyBb/wVxYqNpyrGs7LdiIGicwPAvQMrn7vQ4/4hIPy5XfzLIO6mM70XshdCqrrg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-18-May-2023-08-30-29-GMT.mhtml

**Hash (SHA256)**

b440d19004b2e0b8a0ea1063c909a88347a86d74c7a6363fcae7a67fab198585

**Signature (PKCS#1v1.5)**

cuAgdZIHBNWuND0yukFYjQTb8LiEzFh+IUvFnHg00ooC1LngJBRrbOd8eBg5O7elP7M6QJTNsorodoOvokvxC7eCVqse/7M2c/WPPS2QqDhmQa61srIH5sBVA84VWUcOItHeXlh7lystk0eDVqgn7XdqjoLbOpuGewqTVqeXf0n799Cv5t3hE
+i23mib6r0Igi7eOTFAEt3JOtdTOyiAwzCo7AJTDi6kYEB5qJCA0qi/MskYoc94LhflMSiI4vgZShdDjdmxjv+oFukfz88v0GpL1BJBDzukFIrO5BxhKmMriaiCKrvGtgGh7twPxbDlSku7j7xkKSf4CM5FiobAIQ==





# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 15 Jun 2023 07:22:39 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

202.83.41.44

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

JixXLzebjGEtlQbsh7Y0iy7tYJnBQvmT+Qqo03EOag99YrMbgvJQXC9bMbLEqbztioX3kx2JZbEJ7gCtPvV4zxec1swcDIZidw1fkfzvTg
+k7ah5jfmmu7KrukiB1Zd2knc4GEu9XQ2kYPs08lv74Seuc1NoMfVfPcFYXVl7mJMw53XH03oAZI5eCFnqOyxXHUBLdZz3cUU94CFziJgh5p2dvUkX3xtB6d8d86K7xu2AJA1VIVsxBnsLNtdmOtDFyqBlZu2D20XIrSFl8lmHuHZ1+Hp/
nOEmYus5vtEUSQ66g1nwIJr0GEBJmEZXnc2M5DweahJq0DZTWZyLHFAo8g==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-15-Jun-2023-07-22-39-GMT.mhtml

**Hash (SHA256)**

1ef0cda8fb894d777b94d5c93782d202ff347f6ad59ef8a05b476ff16fcd0fbb

**Signature (PKCS#1v1.5)**

F/ZnMIRTGRgWIN/+w2WWTq++sQzRb/fZ5UxVuR+caWi44URtVkfLaYb3s96Mrqj0sMkJ22IzE7UFD33j+hjyqdA+ZD+3dfJCAwqwto9keA9HZBUpXUshXqJmAZLaQ2ETbP6iYFeFqLcPrAvpGzB5O12rFc8UCupvdhTeNCqboHpNCu
+0pZ32SNCJvuvoOCuxDOCx5Oo1P/0hvJGZYwCg7UmMM7i4T3O7iR1vbkd0Sib73gh99GFEzxKNCSeTuXB6U8BknOTzfg+SoTcv3s85yE8mAtaWOzIfLnD/xmgeAECUj9N++Mzq3Drq07J9r6onmrkPvxumQiZPe0kTyP59JQ==



AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com: 240Pcs Smiley Face Beads, 6x10mm 6 Colors Acrylic Beads and 5x10mm 2 Colors Clay Beads Sorted Bead Kit, Happy Face Beads with Box for DIY Jewelry Bracelet Earring Necklace Craft Making Supplies

**URL**

https://www.amazon.com/dp/B099MN9GK7

**Collection Date**

Thu, 15 Jun 2023 10:26:40 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:93::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

aLWv/9vPWZusvnsiB6ErO9FxIvoxfvSgB6Sp22QFTYdbrQacOvphOrGLRaJOVUG9owGqd+SIu5/XjWzaNF1CvBgNyMFdy47QqxW2P3/kcAYm2lmDnQiCKpmIXDgnFunDcjshL4Fr1PLsY5lIEzd3Su0oF6qNgzKqkRNB7SR1D7Nh27YsX38kXrRboT2BsgBPP4jaNa4nxv8F/d4sgscMyc0FTPXU
+LoHuA5RDGfAOhR1Rzwa0bslsdSZ/qG3yo8UbbsmwFIuVIFXLMIQoFmUBG8SUbpgLmLj5KDxxTiWOHwBqwMP2ffaUsKHeU2hSrNHJUKpOv/xQ7Xtp/vxmyt+6Q==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B099MN9GK7]]_Thu,-15-Jun-2023-10-26-40-GMT.mhtml

**Hash (SHA256)**

103a29d3e52cbf9c413baf68de924d52361fbf384f81307100d5667bc47a985f

**Signature (PKCS#1v1.5)**

RjlBCZ9+gM69U4IM/a/UZ3IV6Olxk7UZFBjIrTIDDKldurmoD7sct89Egh3q8DDG3MsB5eecGtdB2XbuRXhtzW9toHwE62Crjlvi8XbhuDS07fZ/j/WDMWSGKMddSzT3HMJwrcHy4iak6NXp1tR0on+MsFUXGO7foL/
vq0J4gKaSArONd28ZCpq7F4cslSotU5sPSJvQMKGYveUnyjkRQ0g81k0Ddm3ap7lTfYeYcXSEV/5kW85MbpDV4WcCqB02ckxysTG4gFq5ayrcW83C7YT264P2609ZNYzX+nrFW36zS5Yrjb2njZhZ6+t04Ly87GV7OoLTxw/sw36su1RA+A==



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: ZZ ZINFANDEL 6PCS Y2K Smile Cute Rings for Women Teen Girls White Gold Chunky Rings Y2K Jewelry Trendy Smiley Face Flower Heart Butterfly Rings Aesthetic Statement Stackable Rings (Smile): Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/Jewelry-Butterfly-Aesthetic-Statement-Stackable/dp/B09KXTQQDD/ref=sr_1_77

**Collection Date**

Wed, 19 Apr 2023 11:52:45 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

aZLrNacddvxwKYjm8Kh7x5JBrfpRmeWLG1FbwvC09UYvZG0G53FbSIVOhjkyXNcBoflZWxfJMbEfhl6h4WHRTYIrwgV5TeJI3rlgUwDfoQyYY4E/UHAXbzzTvWXqrrUmLQCt6FbLYMNklWWhibVYF5jUJTC5Rb0AAeNj4pl4s0M=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Jewelry-Butterfly-Aesthetic-Statement-Stackable[fs]dp[fs]B09KXTQQDD[fs]ref=sr_1_77]]_Wed,-19-Apr-2023-11-52-45-GMT.pdf

**Hash (SHA256)**

a071e8332024f20f4c2fd761bd68acc302a4e44d392f401b3ccaa119a4c8ea83

**Signature (PKCS#1v1.5)**

JayqjbePBGjKVWIG9hvy/wPb3YPCLCj7bfYG9ldJCjQ233DVnVJkuz7ahN4HH18x7SXCDxMti5N69EagzkgWaLRWjXQh3EPPTndo4h33BBfZKJ52nESr+r5Vwyhpa+CmE5uqkp2ldJgy7IjKfaOXpEg0jWfM9gYJk7Nl+A/d/K8=













Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Wed, 17 May 2023 06:41:28 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2001:ac8:9a:d::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

OyPRF4etYvpnz/VoOrmveNqcMPSV99NwPHDmm2TFN0tFY3cN1No7Z4VRpzLNLUns+cWU2aNSAN5omd15egyRIv18/fHmgy2iNyoVNhFceMqU1h+0ggqHhL5bWpDqTwc+aUvr9rUcWRa44MXNbeaUiDY/
q2OV2BsW5qdgAaJO0JK3kwkzbLF3e7csajESJ2Q03DMYPPfBSkHMceSptCTmKxX33uVHAxAfyMpBrR/IGE1kMDQk6vjDGNPUEOea0SSAC1ZRQtLZElhKwZxSlhqMkC1RBM5kG0bmCVAD1iZp0s9v4Pla98DahggW9hsjrjuZIJPBMdnzH79yp+X9bYmXYQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Wed,-17-May-2023-06-41-28-GMT.mhtml

**Hash (SHA256)**

3f566759cacacf775234ea85edd88bfad28c97b87dafca802d52de278c10af0e

**Signature (PKCS#1v1.5)**

fBiUSBzoLhkkaHVkWfrgLWlhjiWZ9lW1D0B2pSmtVl9zYqstE9vBJbOgHhQVThG3h712m1Wb5Zf
+YcnOvieJcIAU5+gq7EqihJM9MPRaVP1kLwVpyGtGPWD5rq5nav7JZiNhXMZpYa0Kdjb9JwQJdbyyjO32hOWR5I67+MfvbI61LSbLiixRdKHICyN4TAtJiEPDZlKVsfy6AzVjwlLnuAJXCY0x1ucc4sNf9p3xPFpbEwgkzuqBCF6nfjKiqeXJtjW9n1acKpmuP90i6iZQ4WBIzLeXYxueVkuWWiGvt9a0M5ccL
hP5DdwIi5PAAAtqBQH30iBTlCwlSwe0dtxhtA==





Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 30 May 2023 08:07:55 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

202.164.136.95

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Kp0Uifp8O/rvFuZ04c0jX80qmcdpYk8H33cjCZFrqvLOyDUPyjhbs/B5W42cTNeIG2pSh4Aiv7tyxMbWYAexbM6CLXKQ48JqCx+FMi6W3Vwtb4fuEmKK6u528hVSjfBpRJBjEfjnjccXT5p2aVtaMg4sLQbeDImcwjCWD/kFYZC6JR868vClA0VbdQa/3688hAt/
w6AmKpnQYvvMzayEikVwJVifx7zSINKroAakcGi4ZqlXklTlZOcDPftzK29DgJeL1qOFyTOkLMwEeg4Z8E5NxVrtVxhSAF32aoN6G4qBLzIL9XV+qsMvK9Kh0fOrvM/YMmeg8EV2aaYbh1Psnw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Tue,-30-May-2023-08-07-55-GMT.mhtml

**Hash (SHA256)**

2906370eb2bb5fb8f4255d4dd204239c45278f302fc8b6f1cb0d2537770aa765

**Signature (PKCS#1v1.5)**

SQ40Y3FTodDimlf70jqx/zH5GKiz/Eu5dzWycrzPysTSaElQmUnSil6GceXLbvT5l0m3LkByXMPoyy8ox9xBRHwJHvkcK35l647JB7IM/iaw+mWCikeSUuGC1ryXN1IxBW/i/4m/Rjb5RXT19yKPVuo+ADKFa8KTLAcKS784WLiP2NjuuQHBChjE+Tn2vQBKI3zkDLqOd7xpuMwD5DKcl6dbE
+SdBFcqEKCdJkexGBfVMP7y0wiquggojJ+qABgYdFW8PpNtE4phvHsAlcLkpI0ioc/+kg612jx/fCwBTAMQjlX1g+tSuOibuHvAdUDg5dRkTYDUVO+p0a+nbWWCsA==



AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com | Cloud Slides for Women Pillow Slides Smiley Face Slippers Shower Sandals, Super Soft Comfy Thick Sole EVA Anti-Slip Kids Quick Drying Indoor & Outdoor Spa Bath Pool Gym House Casual Shower Shoes | Slippers

**URL**

https://www.amazon.com/dp/B09XX9Q1DB

**Collection Date**

Tue, 30 May 2023 10:09:39 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:93::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

U31nawRsMLEvFYhwxFACQKWNv7f6GEu/GmzL20wDlVmp36BgxuQhFPZhpFq4EfWQWFgIYGcYUK05+dAnIAGgsLio/vhN19QkGB5xpRgL4GoU3MmHhNP0EZd5tq+zYxCa9wPLa/yzaTNimeUiWlFrGdRnsp12efcXrcaOP2wj
+VVeKcQLtQdLPDx9dxhP3gFFBZ7eTNkWLQRQph4HqWsXetKeK8BCaLRWmLDIP/jMjlrlr2RNtR1e65Jn7s5CPuhkVS08l4/8TT83c6IANbOkleKNAZrlV2DTIfE7eLvM+3B9R+nhKpr5SlRn59fbq2L93T1BoJg7XpuAFeV8r40YFw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B09XX9Q1DB]]_Tue,-30-May-2023-10-09-39-GMT.mhtml

**Hash (SHA256)**

77298939eb0e4d0ef5e571b6d873696b086282f3e934e2e0564a9ec013ecd286

**Signature (PKCS#1v1.5)**

fJAL1G830iLMsoU3cBmUMG5QOHka4DpU+vOx113bp0t1+DU6/th+WaD5ZVgK4A2sXSEJmhV+22GuN2jUvckG7NT4C5n2pRr3Ioq3ESTD7LyrS0inUMjwagJ+j631qmZLIvn2CHvzp6FLYzxpW6j6e7AlDvY7p3EexuvVd3IYI/
syFx7+chz2MLWHIkQ5OPz0EB7mlT4kBG0UCX3gp4z9mTA7SMnmKVa8xKpZzqzUiDsbNVBaErOK6qWzCJRJ2jMljtKcNsuWq+lBOUtCxcv6xs/16vpIfZR/kiHIdcCoAlpsU/4wbiHGFw3P6LtCoGe3ne28m64C7Ku+ZwdIiH5WYQ==








































AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: HQuestn Lovely Smile Face Cotton Socks, Cartoon Smiley Face Socks, Mid-Tube Floor Socks, Autumn Winter Thermal Ankle Sock (6 Pair) : Sports & Outdoors

**URL**

https://www.amazon.com/HQuestn-Lovely-Cartoon-Mid-Tube-Thermal/dp/B0BB7PLNBL/ref=sr_1_189

**Collection Date**

Fri, 21 Apr 2023 09:24:22 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

SqykKaSXOb5jT9zpNBrqfsJS4qjhp7kwuoTejDWmPE8qF3mVZzq4zuHxV8CDgFMcdv2RDug/UolIDTxUi27CDAmpWX5j1nOtW2Wg28Zey9v61KFtT15HqpvhKEIz/kwMB1WF5aEioBQ/IQfgflDILtV1185bTY35VXrURWEz3zk=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]HQuestn-Lovely-Cartoon-Mid-Tube-Thermal[fs]dp[fs]B0BB7PLNBL[fs]ref=sr_1_189]]_Fri,-21-Apr-2023-09-24-22-GMT.pdf

**Hash (SHA256)**

b46aacc7bb0c0ee513a605bbca4194380386150466cf98da33a7f0bcb90506dc

**Signature (PKCS#1v1.5)**

VvHSMe6/NUmbRyXkicP8l0n6+DCwxSfYXUi5E58+OHOyVgJv4a7RpQeDgoJdusayp3JcQIq/AvfuGFRQ4KgzvfXCinNPDUJI8EiZOjO45kx52aNjOFsWVRUMIehNLAW01Rqts/zfNitMCdOWTjR6IusUUbwDH1R2RbCBh0ZQAmQ=






























Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 23 May 2023 14:17:42 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

202.83.40.91

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

c/uqSVf7R/VWgCi8bTQkeS01E2xrt50d674+pzFMZXOxUuH0t3YPubsND3MMsUxPP7TEu1rSW9F0dV43IJzsL8hRZB1L8Xed91BQOJiEhtay5Wk2M7rc8+l443/8Ac5UxPOU3r6BBvFpJnjwX0fkIi1qeDE4M7rY
+O9I9sEbEkMU3iz0MTqXMctTkH0GOpJM5756fXnGQwlgPEEg0hGdq3hcly0ggmwI3Ov7bUZzESnqm9AqkMu74xYUwhAV3biSKO8dp6AqrxigTLqdygT87XcoFQfJHGJCqXprCurmkV+0kjrVnVWq/Nb9o7pLgldaJ6PY3UC6T6uvpbOl9obmEQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Tue,-23-May-2023-14-17-42-GMT.mhtml

**Hash (SHA256)**

81cb9fb9f89d2826312b0105faa78c2b7441c0d6e9f5bf876338ef701e8bd612

**Signature (PKCS#1v1.5)**

Jh1qyYuIKYAdp9wquVmzNH82CNIFLzgPBuDw7WH9sPKyqydZonW+zhgZ3gDV2WeW5AuTJDTN11PYpTM8PxSITVbtdfIPRb6Iv1bi5xLefekLtDMkfXY1GSI3H3zh5rQ8iiYnGuY3hReSWbPL+W8jexaar/
XTQBovoIH3Zq40rt1L7Aj0oPjMmJlNFDpbOno1gAO5HnfnzzmdXQJ7ToGPSWkJP4TEvHFQEdPONhFTedYXbWuSjzp7vggnVzHtPtXeQJtzYhlgT5Ew25e/2hf9H7Kz7ooVdee3bC78Rp46WGVye65YpQ/TPJvqROWXSWSlXk3XFivv8aMB7p3NU04dCw==



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com : REGELETO 6000 Pieces Smiley Face Heart Stickers for Kids School Home Reward Behavior Chart in 10 Colors, 3/8 Inch in Diameter Kids DIY Self-Adhesive Stickers for Kindergarten (50 Pack) : Office Products

**URL**

https://www.amazon.com/REGELETO-Stickers-Behavior-Self-Adhesive-Kindergarten/dp/B0BLYXW27W/ref=sr_1_15

**Collection Date**

Tue, 25 Apr 2023 08:38:29 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

lP6Cj0fx/qrf2CdnwFuTZ4UGaDCCfgEZhjgQDkpNRtKPPOvPnrWBdVrGkEqd7LTztfx13inkzmoeQUqDJ8xxgUuV3ZVnOoCVejQErT8YucXEEP94abByqGX6R1/0QS6Ge1t/wZOJljK/k36swHn7KppL/4Hj7wjwhTCsRAkovl0=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]REGELETO-Stickers-Behavior-Self-Adhesive-Kindergarten[fs]dp[fs]B0BLYXW27W[fs]ref=sr_1_15]]_Tue,-25-Apr-2023-08-38-29-GMT.pdf

**Hash (SHA256)**

80b526f6beba1044b4ab6a95c2fe6d7af8c6bc48fd486db900023e613f573568

**Signature (PKCS#1v1.5)**

bKUk/LkRhSIQGpdzYqrs+RMnqq3+zJPwfG2nRe4+QPboj1NDEX7i9S7Xb6a3+34t2GCHK0QRJLTxDbK0Txlf89J64XCLzZ/ldEGpiT3z6Z3xukUEYaWeAQdgEbfA/3FPLYdHOgssFbCghrTjaRI/0+pivx0e6coSereVJ6Bi1mI=

amazon
smiley sticker
Shop top categories that ship internationally
REGELETO 6000 Pieces Smiley Face Heart Stickers for Kids School Home Reward Behavior Chart in 10 Colors, 3/8 Inch in Diameter Kids DIY Self-Adhesive Stickers for Kindergarten (50 Pack)
Brand: REGELETO
143 ratings
$7.99
In Stock



AXENCIS
Investigator Name: RemoteUser2

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 16 May 2023 17:33:44 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

RemoteUser2

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

b/ntajCg21aGkB459LoyLkfIVBO00YuThvxwGu65sUnFlclID7ZSSxVxFmslV7/nzImPd3rBEEBdosktTbrk0d7I5xuv5W55R0m4C5PrFl4ktZ7V
+TXlQMc9AbvRlwCCDzemjNj2qgWdkjcohnTKdUY6EsHkf5nK8S3a1eBxXTt4dhsba2RELwW3Rcbp9NBsYXPkBVZLbpwzDTbYzUYHZzdKWc7gKW0Wgg3/baWyXp9kWVf73MNmfytOxxE8CH//aPUja2Sfc2wx5QxMZ/QODLV8rmxsNlniXh8BBPgmJ+xYS9MlZ+0J
+OzODKTs3exLoby3Ozn/84O8Af5ac2fymA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Tue,-16-May-2023-17-33-44-GMT.mhtml

**Hash (SHA256)**

e9604b24211f854c3a3af21445af10b8b9aa3f558e22a9189edd3c531aeb5e19

**Signature (PKCS#1v1.5)**

RP8kEPbqMGq62p5yEbH9onWV/y8HljHrJ0Ufy53f7KMZeqbBqLh73O4FvNgnDXCPL4bt5imigXL14XvIYAg8tZmZTHLGqoU7CcOmV4pI72dD3d0+8jl4uW7EUzELjI7rQvqvbXQF4QxkwL20zOcUA7ExHTgZRAO9D2/
oVYoVOl3hdJ0GKBvwY0cS8nRFrmtJpOQoTSTks7+E7TTanBtwfDI2VG30+gBgItz4gDurbnIl90uG7vSbR0ZY5S53v6xJTpa100bm454dG0/teOTUrzC0s7m+cYsYt3f4GajisgXAfkh/XkM8du2X6T5LQsBdLulDwtQyj/B2kR8JJQqG8A==

amazon
Checkout (1 item)
1 Shipping address
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions
Change
Or pick up near this address - See nearby pickup locations
2 Payment method
VISA Visa ending in 9985
Change
Billing address: Same as shipping address.
Add a gift card or promotion code or voucher
Enter code
Apply
3 Offers
4 Review items and shipping
FREE TRIAL
Jade, we're giving you Prime FREE for 30 days!
Get your Prime eligible items with your 30-day FREE trial of Prime
Get FREE One-Day Delivery with Prime
No hassle. No commitments. Cancel anytime.
Delivery: May 17, 2023 If you order in the next 6 hours and 11 minutes (Details)
Items shipped from Amazon.com
REGELETO 6000 Pieces Happy Face Heart Stickers for Kids School Home Reward Behavior Chart in 10 Colors, 3/8 Inch in Diameter Kids DIY Self-Adhesive Stickers for Kindergarten (50 Pack)
$7.99 & FREE Returns
Qty: 1
Sold by: REGELETO
Amazon Prime eligible Join now
Add gift options
Choose a delivery option:
Tomorrow, May 17
FREE One-Day Delivery with your free trial of Prime
Fast, FREE Delivery prime
Tomorrow, May 17
$5.99 - Standard Shipping
Place your order
Order total: $14.54
By placing your order, you agree to Amazon's privacy notice and conditions of use.
Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.
Try Prime FREE
Place your order
By placing your order, you agree to Amazon's privacy notice and conditions of use.
Order Summary
Items: $7.99
Shipping & handling: $5.99
Total before tax: $13.98
Estimated tax to be collected: $0.56
Order total: $14.54
How are shipping costs calculated?
Why didn't I qualify for free shipping?
*Why has sales tax been applied? See tax and seller information.
Need help? Check our Help pages or contact us
For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.
Important information about sales tax you may owe in your state
You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.
Need to add more items to your order? Continue shopping on the Amazon.com homepage.



Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 25 May 2023 10:39:18 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

116.68.105.188

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

iqXNuldEddx/sl/3jnic0fX4hqQPmvBPWmn7Vvz63QNGTO8vuRvhAaTCqJ2Trt3FuvuthDlJ2h5aUZxDMh2lfj3LmZJ/ksuUuHuA95lsjxaEsPIYM+WCZ6TTmrBeS+eq081e9qvEctNaF5e17K9KOaG/GZi9ylGcSJe2I/xHYAknX
+u8lZj0yRBOzsHXuTmyoJclsZSqML2riADAPnmNpjCt3WbVSCPGvITM0K3Y1/KTWABqDiP2uNFEmDJkeluPo5wKfqO+d4K0zQXxy356dn0UsDLeahfAXn33uuMvwWXRp88TisbwOroDBA8VCKkebfyDtMxaDXScJE9uARnwPQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-25-May-2023-10-39-18-GMT.mhtml

**Hash (SHA256)**

86b7dd9051ee9e5e66e5b6f8fa3830b51f237e5578d88533b036163206d8308f

**Signature (PKCS#1v1.5)**

rCNT9Bo/Q+d/HiAGXZOr1F9lmSXRl2pG71hPEmaHNblK0tfNK/z00tnOheFwER58e86Elj1o7eJswylnrHW6llAcx71D3qc4Z6Prk1Jbx766aAAjMZqPRMQEg/
Nl78AriHcuslU6dmg2VtAMrxcWAMCXGUITcjNi0kiAENO8Eocnv3FxSbdda5APpCq4JU99Vb3rVFUhyTO758EoeAbC0NSoWod8a1z3KJLxr+vuXiZLc8w5ihSnJzhW8iY4tFyMdm6LmutT1Ew5/YrmotHkmMQzv3gcJ+V+OaWyJ++q60/cxcvTMr81V0H+/IupceC5gEUzDlNF95TV7fPI/kfNpw==





Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com: xingxingwu Necklace Creative Freshwater Pearl Yellow Orange Smiley Face Blue Dice Stainless Steel Necklace Womens Necklaces (Cor do Metal : Vermelho marrom) : Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/dp/B09G6STFS4

**Collection Date**

Fri, 26 May 2023 07:47:51 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:36::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

PjX3Scu0Kjw1GFxvTZZ5484a2SW51yH6/YdGYv4Z6Gpv/dGuIeQ9KIxLo1wifOVU0HT/8jvWqqe9+Cm1fBZ8yT8vjBQMmM3TJ/W3U9zPcvWJ0Ql5uOBG5cJIfSSx88sfyihsYCSbTgS9NJSj5GfZljDS49BMLCmXFJxqBy6GqD5Ge07IjZX3cgKODrPyuirWOifXtGzYy1tLlwZ
+CgKn1ZY7iOUzA5Ks1PCGB8eUzSnKPPl8W9vtswzRaeCSXg5Myy7y/j/H31OxKYvM3+yN4FJUx3Nnx3G3ex3KNvSWzvQOMEFMyR47lvUdFGvu+WiQwSzK+Q3FljQ63PkztjdvFg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B09G6STFS4]]_Fri,-26-May-2023-07-47-51-GMT.mhtml

**Hash (SHA256)**

8d3644ac1cb13fb0ef7e3b809e17f8987ee08c9e29bd6ebc8a5a6c1dca8caa22

**Signature (PKCS#1v1.5)**

cgbmtJNWcl6pQk1optl/wJg4C4dwiQBLW5VSCoaPKuKi2w21S8e/UaMWJ2DcJcqg+Dz51fLIged3WLhovaV92saEWzdNzBRj7S8sewdxOqQ+2G0MkwKqSeonIhNfYAnvq3wgVaHl6xmXOjWPyjzS3yL2XfasjRhPP/1ZxNSJ5+WWhdvQY9Az/c2XepAtr1FqS8ZF/
yzIveIGhpic9Enb2fgxZ1Ce3lcbxJQ0LAL0J4IElBVO6tltTKOg+rsICTeRaWmKRyOGDoFVQsZ4ksrdQ8VCZw1wFy3WIGu8Ass1uz2I9ARKu05mMp5BdKq9JsSiJioGQOfaedN22kjRaHOBvw==

Similar brands on Amazon

Sponsored

Page 1 of 2

Looking for specific info?

Search in reviews, Q&A...

Typical questions asked about products:

- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

Customer reviews

No customer reviews

| | |
|---|---|
| 5 star | 0% |
| 4 star | 0% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 0% |

How customer reviews and ratings work

Review this product

Share your thoughts with other customers

Write a customer review

Your Browsing History View or edit your browsing history

Page 1 of 4

Back to top

Get to Know Us
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

Make Money with Us
Sell products on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

Amazon Payment Products
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

Let Us Help You
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Your Recalls and Product Safety Alerts
Help

amazon English United States

Conditions of Use Privacy Notice Your Ads Privacy Choices
© 1996-2023, Amazon.com, Inc. or its affiliates























AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: 3D Smile Face Stickers, 1 inch Happy Face Round Domed 3D Epoxy Decal Sticker, Kids Reward Stickers Teacher Encourage, Yellow : Office Products

**URL**

https://www.amazon.com/Stickers-Sticker-Reward-Teacher-Encourage/dp/B0B3VG8J59/ref=sr_1_96

**Collection Date**

Thu, 20 Apr 2023 08:12:55 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

mkRpjFKAcjmFetmlBqdfU53YHarM/pJxUd3f1APP37GewaAIFiwfDQcfNdEU6+2sk6dlDG2SFJ+Qol0vcHs/OaZYnVK/sBq4N7PeFMiCqkSng5AaHg1qVAarucmEx501CifhrHkaDw3BUudQGShWYo0r6IRbKc/4TGvm4fJqYK4=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Stickers-Sticker-Reward-Teacher-Encourage[fs]dp[fs]B0B3VG8J59[fs]ref=sr_1_96]]_Thu,-20-Apr-2023-08-12-55-GMT.pdf

**Hash (SHA256)**

adfb553815771bc55ea2e11a566f0278893a05e3ffe9d91aaaea7f5fc6fa3230

**Signature (PKCS#1v1.5)**

V9J4n/ppMtzGBiyP/uRGdQO/6l+B8GUI1y4d71gbSuYMrUl+4K7B4MblgCPdlQodhnFkJgBjm1l25U46QPyFCS6Mrc0FSpa83EQDP9poUhTq6kJXDr6qKYUew7kUK9Sj3BBm3o7Z+wobSPBjxD7crhmJjTfRTftlg6CBWDJNZX8=




















Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 19 May 2023 06:31:59 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

U9+/+verA70yv+73naRPVAr6nRAkcD1f7gj
+zY6sOpHwrEFB6RIY6cLLU0rygVh2hjHBpZFpgblwAiNlypa5YOOxCpJeHKwgIttBlTxcK8WHIauceUEToVcQjyQoaVEY1bvmka9pMsoPDShmvvS2RBZgBMC9hWdJhV6YowlTJ5CHAtwPdxb8vTsEMCIMbutstSQ0hco6RCHHqqlmZltoVPP15xt2W4JouY8Q/HMZLLAFU/Qt2rQ7Qy87/
KpNGDxf+ArmlSQq0FlBOkfBN0jVHp0iTEcfJXws31Cxr8Krvv2D+BUHn26Dcq7A1ykK/Bwx9sQMA5OhYnYqV9YuvVwzCw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Fri,-19-May-2023-06-31-59-GMT.mhtml

**Hash (SHA256)**

c734e372a59a64baf9675603adc5d09bc6db6663a876a58dbdb79be2d730f553

**Signature (PKCS#1v1.5)**

XKYvs+6qVau8IKUiLd+fgl+DcgvKbfE5ALIVoYaZ+MugotKgt1qOv5JF7lUbj/kbytrqjUNk8YxEDObcRPmJk6mgiRWzh7tlx14DoCvSwkd5p4U5OBvQUGOVcvEXWB9BCJfZF1ZQNNteVolqDJyLE+I0zaMf9uoExLnFruNgvFUsjqJHrYZcBIKaycl6BRcHFJHDsffANSAaoiS3NN2ClVj
+6qW9M17WCFachnkcgShGd6dYbb4c7PliGIStuTutoJ4RYqNuDFzFM5jEfggo3umcQ97OK9LrZ5tiTYZRMt0TgWTOsYeVl5AbhvT6kFRt21093TAhYf2YeBCYELEvpg==




AXENCIS

# Evidence Collection Report

Page Title
Amazon.com: ELLEWIN Kids Bucket Hat Reversible Double-Side-Wear Smiley Face Summer Beach Sun Cap Outdoor Hat for Girls Boys Women : Everything Else

URL
https://www.amazon.com/ELLEWIN-Reversible-Double-Side-Wear-Outdoor-dp-B08YY932GD?ref=d_s...

Collection Date
Tue, 05 Apr 2023 11:08:37 UTC (US Department of Commerce / NIST authoritative timestamp)

Collected by
Chris Stanca

IP Address
Data Valid/0.0

Browser Information
Mozilla/5.0 (Macintosh; Intel Mac OS X 10.15_7) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#1 v1.5)
17bcd777f983b3c4b1c2aca3fc4f0e1ce41e30a64f1a6bdc9f0d4f9a5c45ea0a2a6e0e13f0e4f0e9e9e13...

# File Signatures

SCREEN CAPTURE
PNG
sha256
e1cece6_265da0355cf40aeceaa434cca6da35c224f8f34eeb4dadfd0c6d4a3a45459dc4f
Hash (SHA256)
df51d27d647ad1ce14c095f7b3727301dcae6a875ea607050f355f3b26df7c7f

Signature (PKCS#1 v1.5)
65389e41ea95fb37c1a3a7e5e05d4c87e1e5cc4b1e27e2f94b0f5a0e3f5e8cc4...



Products related to this item



Product details

Product details



Related products with free delivery on eligible orders



Similar brands on Amazon



Looking for specific info?

Customer questions & answers



Customer reviews



Products related to this item



Popular products based on this item

     

Inspired by your browsing history

Your Browsing History





Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Mon, 29 May 2023 23:51:45 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

202.164.136.95

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

juO24CZXx5me0/eLyEhjaXChacFs3/FUlyFGkNqEfVXRXxJV1OxP2DKnnzMEPNaGmg2EMQsOPBxrQqwYdtp4wzKTn+nEQsAQzJYXTjn+rkRKRNH5SG32kg3osqLpk9002AdEiZPHcOye5mInQFEzHjexvoyBYGvEdoO7HZ1twsDmMfLi6RacZ4KX0QNsKunIjX77UUWc
+qBNKi9Vp9agkRAEV6lfTRY6YqEytZ8R2f0JENNjATAGb+/Iv5Ha2LPCBG5JEkPAeMuR7mFQGpMGKOKMZ/PQ3PqeP8TPcYfCsJV4QoYNVKEn7IX1ePLIg/lY4oaZ5vk3Xim//KCB2v81WQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Mon,-29-May-2023-23-51-45-GMT.mhtml

**Hash (SHA256)**

870fc494b4746d1808b8d81374eff2d0ac893a8e3b9633cf6f5bdbe295e87f56

**Signature (PKCS#1v1.5)**

P2tvWAY9XR2Kp+pPN6udbIbzmdMGqY/WJiX8V/gmgBOI+60ABmfN/y4eKoTTenjriIQx1CRDNUV8jIEfQ/hs6vlJSoBH2UpquzHzQ3Zb/g/cUI6Bq2W/ctutHNohUngkE/DxS3ILwpUu/ixhRw6B50KJQaBKeIUk9uCT+8q91wov86M9u4msnprXYt0x2D1uoWUDkqAFFdpdWa5v/Md3/
MNae7bdWN75CNp5h4sqSGYXzznIwmUgclMqYDTQ+Y6nGsV9kJazu4rliYOfB8DpxX6eA/MLe4wGSe0pTonJYYXdKVLfpwT6+VGyIKWI8PPxUIvT7in3W/54PHJU3PTrDQ==



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: 28 Pcs Rismise Iron on Patches Colorful Iron on Patch Chenille Patches Smiley Face Heart Lightning Rainbow Patches Chenille Embroidered Patches Applique Patches for Clothing Jackets Jeans DIY Craft...

**URL**

https://www.amazon.com/Rismise-Colorful-Chenille-Lightning-Embroidered/dp/B0B5H1KSMQ/ref=sr_1_1_sspa

**Collection Date**

Wed, 26 Apr 2023 07:21:18 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

DoYniQq80FAbuqnqXyCQTEhXm8iwqTzAt6z/fYhu0RduI8IOWfJSMaokz1ov4hn/2WADyP/ngPVRCQI0eWRewJ4V/K2Yu2SRj9nlHZiG8et2OuBqANy4pP6BhI0RoW/zc2EPMLcCmB2kxn2kNhSad4GbSAqO0TutPineQezngPM=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Rismise-Colorful-Chenille-Lightning-Embroidered[fs]dp[fs]B0B5H1KSMQ[fs]ref=sr_1_1_sspa]]_Wed,-26-Apr-2023-07-21-18-GMT.pdf

**Hash (SHA256)**

9c6ccb164bf9c65a823e6ddbdd6c087feb4d348a7c0b03a2e3c4d0c728f767b3

**Signature (PKCS#1v1.5)**

B42splmFMDGheFRbp2llep5vMDJJem532Wx23DCH4tA5IS/T+St6KnmrdrubfAkWtmEn7ycxC29oDOcsqZVTL+ZjzqnU5jyde5yqskF9MXoLuFyHLPFLEXjaYVmnKw4aU9+v3r3Cf2C981dhmP2sLzQJdeCXQtezFG3kSZTOUQg=





Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 01 Jun 2023 01:54:12 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

111.92.76.63

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

HfD+19hOzL4pII2UqTsbsBlq2Ph/3CNHi5cgW5sijflChzhUBGhuIk7hiNDlRZ4wMtUquWz9+Dn8xDeCGxHb1fIei5bsVn6Mf3QdAGaqEILzs32iLngBzke4nISn8VGpngMw6GfCu0fEFS3xA3mTDR0VUATJUjuiARlRybpRWTxG6r+jdDN163+FBOuOHjwI3UK6ahtGZ/
Lf4O7xwZ6nkkTFJMvzpOcsNx+CyHKQ67LIUkeGGQuWF1+qMxQjDHcp4QA0HM/3+jLmgZT82XT0K0QMHlFxqEsFbOTCZZmBvVpsn5XM9r5UVQgDye0XG4LUrbUBZnq1+uswWAc19Bw1aQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-01-Jun-2023-01-54-12-GMT.mhtml

**Hash (SHA256)**

66b8e0aefb889837bddd4d70bf94cdca974caf83d4fc110797f2d3c805e0cda0

**Signature (PKCS#1v1.5)**

pjnvAkZ7k+/0I+69gahhblsn6SVjYjFUyxSL0F89TZNkxh8W2sh3/wk55JeSz4eKlKccpWI2+hhk3OpgCU1xhcwOmoNdi+i5CDLbhV2t5DIf1QdrFiCORa4HU6zHEVE8b+x748gYNFQYZUmBGnUtVOIdGfn7Vchayxw9zpcI968bKE2xOxYeEfTMZAGvjX8Os6W4L1OBUIFMWsbAisdGMFkyd4v/
kcfzUAxerntyuxoRkyJ1X7pPk+Xq7QKgQk+TVdPIa3PX7f+wX0+bZjjCp8TQHg+EN3XwV3y2jw4ybNDEpRzjXAkrlgd0Z/ED08PlYt0S8hfPdtUWtWwFbClnNg==





AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Ritika Created Round Cut White Diamond 925 Sterling Silver in 14K Yellow Gold Over Smiley Face Pendant for Him & Her : Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/Ritika-Created-Diamond-Sterling-Pendant/dp/B08FH7P27G/ref=sr_1_659

**Collection Date**

Mon, 24 Apr 2023 08:04:47 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

j9aE6/gqRT68pSqbLbRz7wnPj3NjkV0YSbp/LWnt0HqUb9ux4wpyQ5ZR89YbrCCEfDGfbHAAfGPI0PRSVqX1uTZQX0J6UU+osQ2d/tKcbgfgeQ8z2irrSlBShwn+LuMqHVSbMOZBdD1Lbq4Fp38Bn9/BIVg2DXyfQIE/7Usgb7U=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Ritika-Created-Diamond-Sterling-Pendant[fs]dp[fs]B08FH7P27G[fs]ref=sr_1_659]]_Mon,-24-Apr-2023-08-04-47-GMT.pdf

**Hash (SHA256)**

2f786d2f788efcecd2bcbcf8f883b86a0f37e75ab0952cc1c400cbc7e6b2a872

**Signature (PKCS#1v1.5)**

BcflkGtPb+7IHk0T3U2RQ6QWAc7nRhLQGTRSPrV6JCziuHsunXzFPq2TVRUOiC/IgNiuQyNgzbLEGttHCIZsGdtCsYsKvN0NrrCSeprfceOF2iV/MUtaqReuhvBlk/qNrMQfzZhxfE2j9FAu1SRKju+XUU0KTRoUSIfGEQ4FWWs=

amazon Deliver to Gregory Kapolei 96707 | All | smiley | EN | Hello, Ozzie Account & Lists | Returns & Orders | 1 Cart

All | Clinic | Amazon Basics | Customer Service | Buy Again | Amazon Business | Household, Health & Baby Care | Livestreams | Beauty & Personal Care | Free Shipping | Coupons | Pet Supplies | Smart Home | Upgrade to ad-free podcasts

Amazon Fashion | Women | Men | Kids | Luggage | Sales & Deals | New Arrivals | Our Brands | prime try before you buy

Genuine Flowers That Last - Gifts For Her $55.75 prime

Clothing, Shoes & Jewelry › Women › Jewelry › Necklaces

Sponsored

Subtotal $14.99 Go to Cart $14.99 Only 8 left in stock - order soon.

## Ritika Created Round Cut White Diamond 925 Sterling Silver in 14K Yellow Gold Over Smiley Face Pendant for Him & Her

Brand: Ritika Jewel

$139.99

FREE Returns

- Metal-925 Sterling Silver
- This Is Not a Factory Made Item. This Is a Hand Crafted Item From a Talented Designer. Each Item Is Made Individually For You.
- Perfect gift idea for Christmas, party, wedding, engagement, anniversaries, graduations, birthdays, Mother's Day, Valentine's Day and so on.
- This Design is Sleek and Modern yet Classic and Elegant Style,fit for any occasion.
- Return For A Refund Or Exchange(100% Satisfaction Guaranteed!! )

Report incorrect product information.

See product specifications ›

GANAZONO Red Cardinal Necklace Moon Shpe... 56 $13.79 prime Save 5% with coupon

Sponsored

$139.99

FREE Returns

FREE delivery May 25 - June 16. Details

Deliver to Gregory - Kapolei 96707

Usually ships within 9 to 10 days

Qty: 1

Add to Cart

Buy Now

Payment Secure transaction

Ships from RITIKA JEWEL

Sold by RITIKA JEWEL

Returns Eligible for Return, Re...

Details

Add a Protection Plan:

Lifetime Jewelry Protection Plan ($100-$149.99) for $24.98

Add to List

Have one to sell? Sell on Amazon

Genuine Flowers That Last - Gifts For Her

Soho Floral Arts | Roses in A Box | Genuine Roses that Last for Years... 92 $39.99 prime

Sponsored

### Products related to this item

Sponsored | Page 1 of 20

### Based on your recent views

Sponsored | Page 1 of 29

YKYLHSYXR Good Luck Smiley-Face Necklaces Rings Stud-Earrings - 18K Gold and Silver... 176 Amazon's Choice in Girls' Stud Earrings $11.98 prime Save 5% with coupon (some sizes/colors)

VIBILIA 18K Gold Plated Stainless Steel Initial Necklaces for Women, Round Sliding ... $11.99 prime

Canaria 10kt Yellow Gold Smiley Face Huggie Hoop Drop Earrings $159.98

Vintashion 18k gold plated womens beaded chain natural sea shell square smiley face... $9.99 prime Save 10% with coupon

14k Yellow Gold Smiley Face Charm Necklace Pendant Theme Fine Jewelry For Women Gif... $324.45

La Feng Long Smiley Face Necklaces 14k Gold Plated Cute Happy Face Extension Chain ... 50 Amazon's Choice in Women's Pendant Necklaces $7.99 prime

925 Sterling Silver Smiley Face Pendant 2 $24.99 prime

### Product Description

Ritika Created Round Cut White Diamond 925 Sterling Silver In 14K Yellow Gold Over Smiley Face Pendant for Him & Her

### Product details

**Department :** Womens

**Date First Available :** August 4, 2020

**Manufacturer :** Ritika Jewel

**ASIN :** B08FH7P27G

### Videos

Help others learn more about this product by uploading a video!

Upload your video

### Product specifications

| Jewelry Information | |
|---|---|
| Metal stamp | 925 Sterling Silver |
| Metal | yellow-gold finish |
| Material | Metal |
| Gem Type | created white diamond |
| Setting | Prong |

| Pearl Information | |
|---|---|
| Shape | Round |

### Products related to this item

Sponsored | Page 1 of 20

Vintashion 18k gold plated womens beaded chain natural sea shell square smiley face... $9.99 prime

VIBILIA 18K Gold Plated Stainless Steel Initial Necklaces for Women, Round Sliding ... $11.99 prime

VICKHU Smiley Face Necklace,Cute Round Gold Paperclip Necklace,Preppy... 70 $5.99 prime

PAVOI 14K Yellow Gold Plated Tiny Dot Necklace Round Circle Pendant Necklace | Gold... 3,113 $12.95 prime

VACRONA Coin Necklace for Women 18k Gold Plated Vintage Coin Round Pendant... 1,687 $13.29 prime

10k Gold Unisex Smiley Height 19mm X Width 12.6mm Charm Pendant Necklace Jewelry Gi... $74.00

Gem Stone King 925 Sterling Silver London Blue Topaz Butterfly Pendant Necklace For... 200 $57.82 prime

SMILEY FACE SOCKS, LOVELY SMILE FACE SOCKS, CUTE SOCKS FOR WOMEN, PERSONALIZED FACE SOCKS,... $16.99 prime

Sponsored

### Looking for specific info?

### Customer questions & answers

No answered questions yet

Post your question

Typical questions asked about products:

- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

### Customer reviews

| 5 star | 0% |
|---|---|
| 4 star | 0% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 0% |

How customer reviews and ratings work

No customer reviews

**Review this product**

Share your thoughts with other customers

Write a customer review

Minimalist Boho Handbag - Handmade $22.99 prime Save 10% with coupon

Sponsored

### Go-to sweaters

Page 1 of 3

SMILEY FACE SOCKS, LOVELY SMILE FACE SOCKS FOR WOMEN, PERSONALIZED FACE SOCKS, HAPPY FACE SOCKS FOR WOMEN. $16.99 prime

Sponsored

### Inspired by your browsing history

Page 1 of 4

### Recommended based on your shopping trends

Page 1 of 3

### Your Browsing History

View or edit your browsing history

Page 1 of 4

Back to top

**Get to Know Us**

Careers | Amazon Newsletter | About Amazon | Accessibility | Sustainability | Press Center | Investor Relations | Amazon Devices | Amazon Science

**Make Money with Us**

Sell products on Amazon | Sell apps on Amazon | Supply to Amazon | Protect & Build Your Brand | Become an Affiliate | Become a Delivery Driver | Start a package delivery business | Advertise Your Products | Self-Publish with Us | Host an Amazon Hub | › See More Ways to Make Money

**Amazon Payment Products**

Amazon Rewards Visa Signature Cards | Amazon Store Card | Amazon Secured Card | Amazon Business Card | Shop with Points | Credit Card Marketplace | Reload Your Balance | Amazon Currency Converter

**Let Us Help You**

Amazon and COVID-19 | Your Account | Your Orders | Shipping Rates & Policies | Amazon Prime | Returns & Replacements | Manage Your Content and Devices | Your Recalls and Product Safety Alerts | Help

amazon | English | United States

Conditions of Use | Privacy Notice | Your Ads Privacy Choices

© 1996-2023, Amazon.com, Inc. or its affiliates



      





 

          

 

       

           

       

  







Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 26 May 2023 15:13:22 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

111.92.76.240

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

bYQauYMcZQi9aA0OFWeNw0pcaZXn1gnuyb8yv6DtAmdNfqd9dlK2or8w7q1haZVmwgXjDjLrR9CtFAC6V2l7xRJlDnF+2xAE7FH6YAjjBK3xHLbB/uSckOD/MBuG+HLyCxHT946Wa3HdetQ/
wD7voRZbyYKVhSr9ZKO5STaNNZ1hZVPiz5X7tBU5LTRB0NH992a6XziJiBq9ey72KbZxo3XRQRYwJcxiTBbRZrYMLVU6SYjjQ+NoMPNLYDfh3g+Zs98KPCqqyRAE/cidh7dlpfn6payFL8NU7jElB77F0CBJ3mSrK+UCRu7VI6SV3FgOvsWhItXTaiFO9DLQ6Udhbw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Fri,-26-May-2023-15-13-22-GMT.mhtml

**Hash (SHA256)**

ed49ccd172c8fac0c56005ae07a1f2be49e557d5c3e9d8fd9d3b34116d2e2b72

**Signature (PKCS#1v1.5)**

m6HPytvwmyj6iD7+jGFNWCg0JC9By0JpAP4thPdcJ390R7QRZwaUJlwjJ8IV+KgbnCjvJPipvhqr4G5IG9jLH9CzvzFxb7KN5AAaretrRyXiG0iXADZp7hE60eqr+AsKAHZSNOo9Y6IRZSbCI4FMc55XjVTj4RqDQ+XW9C8IrLn99kEf7SLKtToqowjYZf9c1Rxk3l1y5nprO9/PvTXdpQf58sT
+vLq4AcbaOJJtR/3ilsg7197nby/SqJkFZR0lTn4Czq/lA63mGYgUE4PzVWck27PbBJ8kLQDfQiJCCM8vW4HWYq7G6jm7lfdHoHzYQFbSjdWGJheF7m/lZHfa/g==





AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com : Aucuu Nylon Cosmetic Bag Preppy Makeup Bag with Chenille Patch, Skin Care Travel Bag Organizer for Girls, Smiley Cosmetic Zipper Stuff Bags for Women, Teen Girl (Pink) : Beauty & Personal Care

**URL**

https://www.amazon.com/Aucuu-Cosmetic-Preppy-Chenille-Organizer/dp/B0BMQ3P5DC/ref=sr_1_247

**Collection Date**

Fri, 21 Apr 2023 05:01:41 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

PHMdDSKQnwlnVtYfGbflC1ibCOAWQSkRmmN+6hga51h6vVGZuf6ToYysDXLDpKXsCyPLeuwazlqWgzihwaVpLBLZUCLdWE204yGAkCto6y3UkAiMhcHLPPdGAWXqYs+9EoYMWfGZhpOWF/GqCi7q0hTA/ck/MEOVypaE+hsPQwc=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Aucuu-Cosmetic-Preppy-Chenille-Organizer[fs]dp[fs]B0BMQ3P5DC[fs]ref=sr_1_247]]_Fri,-21-Apr-2023-05-01-41-GMT.pdf

**Hash (SHA256)**

2e05be5ff36c18ecf6c9c6681d5388e368439abb4d72c0c5381b12191c0bdb72

**Signature (PKCS#1v1.5)**

GkLiugqZDL8yse2URKZSbwkBknFuJVUgwkgQILjGmVO9BXZrLU9LpHokWQ58+Ltr0sM4hj8e3+XmdNz0tpn31nLxW1OF83LtZG8BSo/KpPcCN+uubxgB4SAJszj88AB0aYosgnnouyXPF857v48TeJoN+OkhR5K+yTZ7B4+o14c=

















# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Sat, 20 May 2023 07:47:06 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

116.68.96.16

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

QpbvVYrgLpFj1xnGcKRLKMnwa+43s5tKM8vSPwJy6eI/eSe5WPIsfM1LNKWZpeUq0hlLEysif3W72ahm9JNtG1Jd0eL/eEWS1YwNtsAlo7a9z15YHM+aA03V2rCBTyNY83tkk4yKEK53lI5mzXBxBzllej8o1t3/dwhRCYZm5AGJWihI3hjoQLgGmJw4KV7sNYM67jzTWDqz+nr00Yf/gwmCZL/
RiCVCars1vThAkHuEvIQybXzea7pnP9j8Oczmy2gTUs80U/B7de2ROU+MikPyLua3sU+SaTWe678WRf0B25IcH1OOo6RZsHAknxoaKGzH+fBlh9G4J63r3se5YA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Sat,-20-May-2023-07-47-06-GMT.mhtml

**Hash (SHA256)**

d00f807ea8b371774bdd5d348eebda97c768a23413d28bfec74e309e0203a2ed

**Signature (PKCS#1v1.5)**

MkWjOc5RqjA8gM6m4xAFd8okBXf6Ctb4fRdlI8h1h6Iz7eoBaJCEkkVXM2vWGOFGynTfK5+hLXhjhTyddK6j+LOAyf8gESlCy+kfOKusOGCRQ5n4CgXAomjMG5l8dSZUfQ6u0r/ssHYe58HiM+Z2EB2+0fA5osCEoRi+9epvZzS2csGU61Pdudfu7rllLX3NtnCtkEnN+eIMr
+BdAcAtzRoZ96HgtvBsEOP4DdoAXBv1D8qeKkXYf208BJ7rkym4/ojCmjxvVW1q0rSuKEvS+GQswDKqCfkrrgckJxKsq5XqBrjqfQJNqcxgoYqbPCL2XcxhE5Iee3xCbDy7hGzdDg==



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Case for iPhone 13 Mini Cute Phone Cases for Women Girls Smiley Face Aesthetic Clear Soft TPU Camera Protective Shockproof Cover 5.4" (Smiley) : Cell Phones & Accessories

**URL**

https://www.amazon.com/iPhone-Smiley-Aesthetic-Protective-Shockproof/dp/B0BNWM8ZKB/ref=sr_1_9

**Collection Date**

Mon, 24 Apr 2023 09:50:58 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Qr4+CTCGKnj8CIEB8XUXn+wJbc1AOGlILs2NYcQFgzKz2B96Mo3ztMxzO3PcD9LSp4IpUahYAYVzTaPd+Gj7TioOWDr5Tihh98Az28KLmEkfl7AenM5pbv5QI5jTxj6Vc2d8CbsLs44rK1XvQb4ALpnsZ1Dmt963Zr7e/ck7omI=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]iPhone-Smiley-Aesthetic-Protective-Shockproof[fs]dp[fs]B0BNWM8ZKB[fs]ref=sr_1_9]]_Mon,-24-Apr-2023-09-50-58-GMT.pdf

**Hash (SHA256)**

c98204a411099ab92cb873c06c4535c4c1a543f97cd25a25bc4700f4b8cbf8ff

**Signature (PKCS#1v1.5)**

h7Owr5DtKlR4i8t3Hxj0XxdhO77HIHPbmUs6gmbHZXMYt+gp+glCtUJ2cijTxLg0UB6L7QPFUm9qpcQES3Qkmo3udLEEaT+BWMLY9rwh7VSPASCt3pt+qL2hNufPhK7DmWjoT5jKRxKCAjfEWUfiiJsJGEvGEhv8YKDu6EyrOK4=

Deliver to Gregory Kapolei 96707 | All | smiley phone | EN | Hello, Ozzie Account & Lists | Returns & Orders | 1 Cart

Clinic | Amazon Basics | Customer Service | Buy Again | Amazon Business | Household, Health & Baby Care | Livestreams | Beauty & Personal Care | Free Shipping | Coupons | Pet Supplies | Smart Home | "Citadel" on Prime Video April 28

& Accessories | Cell Phones | Alexa Built-in Phones | Accessories | Cases | Wearable Technology | Best Sellers | Deals | Trade-In | All Electronics

speck Protect your tech with thoughtful design $17.02 prime

‹ Back to results | Sponsored

## Case for iPhone 13 Mini Cute Phone Cases for Women Girls Smiley Face Aesthetic Clear Soft TPU Camera Protective Shockproof Cover 5.4" (Smiley)

Brand: Rogsgic
(4.1) 12 ratings

$8.99

Get $60 off instantly: Pay $0.00 upon approval for the Amazon Rewards Visa Card.

Size: iPhone 13 Mini

| | |
|---|---|
| Brand | Rogsgic |
| Color | Smiley |
| Form Factor | Bumper |
| Compatible Phone Models | IPhone 13 Mini |
| Material | Thermoplastic Polyurethane |

**About this item**

- Compatible with iPhone 13 Mini.
- Precise cutouts allow easy access to all ports and function.
- Raised Camera and screen bezels provide added protection.
- lightweight, stylish, flexible, impact resistant, protected against scratches or drops.

Report incorrect product information.

Roll over image to zoom in

Add your 30-day FREE trial of Prime and get fast, free delivery

$8.99

FREE delivery Wednesday, May 3

Or fastest delivery Tuesday, May 2

Deliver to Gregory - Kapolei 96707

In Stock

Add to Cart

Buy Now

Payment Secure transaction
Ships from Amazon
Sold by Rogsgic
Returns Eligible for Return, Re...

Details

Add a gift receipt for easy returns

Add to List

Have one to sell?

Sell on Amazon

Yonds Queen for iPhone 13 mini Cute Case, Cartoon Cool Astronaut Space Rocket Moon Design Stylish Bumper TPU Rubber Protective... 1,228 $9.99 prime

Sponsored

**Higher rated item to consider**

Unov Case Compatible with iPhone 13 Mini Case Clear with Design Embossed Pattern Soft TPU Bumper Slim Protective 5.4 Inch (Rainbow Dinosaur) (759) $11.99 prime

speck Protect your tech with thoughtful design
Speck Products Gemshell Glitter... 3,812
Save 20% Savings & Sales
$13.30 $16.57 prime

Sponsored

**Frequently bought together**

Total price: $22.86

Add all three to Cart

These items are shipped from and sold by different sellers. Show details

- This item: Case for iPhone 13 Mini Cute Phone Cases for Women Girls Smiley Face Aesthetic Clear Soft TPU Camera ... $8.99
- Ailun Glass Screen Protector for iPhone 13 mini [5.4 Inch] Display 2021 3 Pack Tempered Glass $6.88 ($2.29/Count)
- Fashion Love Hearts Clear Phone Case for iPhone 13 Mini 5.4" Case Cute Color with Built-in Bumper Cover Shockpro... $6.99

| | | | | | | |
|---|---|---|---|---|---|---|
| Sold By | Rogsgic | Amazon.com | Amazon.com | Amazon.com | Yebowe | Amazon.com |
| Color | Smiley | Clear | Glitter | Crystal Clear | Multicolor | Black |
| Compatible Phone Models | iPhone 13 Mini | iPhone 13 Mini | iPhone 13 Mini | iPhone 12 Mini | iPhone 13 Mini | iPhone 12 Mini |

## Videos

Page 1 of 3

Videos for related products

- 0:12 Sunflower Smile Cute Phone Case for iPhone 13 mini 5.4 inch — xiayijili
- 0:30 iPhone 13 Mini Plating Phone Case with Astronaut Stand — Rogsgic
- 0:50 Laser Glitter Bling Pattern — SmoBea
- 0:10 13 13mini sunflower — Lastma
- Cute Smiley Face — Yebowe

Upload your video

## Looking for specific info?

Search in reviews, Q&A...

## Customer questions & answers

No answered questions yet

Post your question

Typical questions asked about products:

- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

## Product information

| | |
|---|---|
| Product Dimensions | 6.8 x 3.3 x 0.4 inches |
| Item Weight | 0.6 ounces |
| ASIN | B0BNWM8ZKB |
| Customer Reviews | (4.1) 12 ratings<br>4.1 out of 5 stars |
| Best Sellers Rank | #40,790 in Cell Phones & Accessories (See Top 100 in Cell Phones & Accessories)<br>#17,498 in Cell Phone Basic Cases |
| Special features | Lightweight, Shock-Absorbent |
| Other display features | Wireless |
| Form Factor | Bumper |
| Color | Smiley |
| Manufacturer | Rogsgic |
| Country of Origin | China |
| Date First Available | December 3, 2022 |

**Warranty & Support**

**Product Warranty:** For warranty information about this product, please click here

**Feedback**

Would you like to tell us about a lower price?

## Similar brands on Amazon

Page 1 of 2

Sponsored

Velvet Caviar — Shop the Store on Amazon › — Velvet Caviar Designed for iPhone 13 Mini Case for Women [10ft Drop Tested]... 92 $29.99

ORNARTO — Shop the Store on Amazon › — ORNARTO Compatible with iPhone 13 Mini Case, Slim Liquid Silicone 3 Layers... 7,174 $13.99

Cocomii — Shop the Store on Amazon › — Cocomii Square iPhone 13 Mini Case - Square Clear Mirror - Slim - Lightweight... 1 $19.99

## Related products with free delivery on eligible orders

Page 1 of 58

Sponsored | Try Prime for unlimited fast, free shipping

- Diverbox for iPhone 13 Case [Shockproof] [Dropproof] [Dust-Proof],Heavy Duty... 4,968 $13.99 prime
- Miracase Compatible with iPhone 13 Mini case 5.4 inch, 2023 Upgrade Full-Body Glass... 3,480 $16.99 prime Climate Pledge Friendly
- JETech Silicone Case for iPhone 13 Mini 5.4-Inch, Silky-Soft Touch Full-Body Protec... 694 $9.99 prime
- AloCase Compatible with iPhone 13 Mini Case Pink Silicone with Screen Protector [6f... 72 $14.95 prime
- ESR for iPhone 14 Case/iPhone 13 Case Clear, Military-Grade Protection, Shockproof... 11,869 $11.99 prime Climate Pledge Friendly
- aiyaya Cute Pink Love Heart Aesthetic Phone Case for iPhone 13 Mini Case for Women ... 13 $12.99 prime
- SUPCASE Unicorn Beetle Pro Series Case for iPhone 13 (2021 Release) 6.1 Inch, Built... 3,107 $21.99 prime

Yonds Queen for iPhone 13 mini Cute Case, Cartoon Cool Astronaut Space Rocket Moon Design Stylish... 1,228 $9.99 prime

Sponsored

## Customer reviews

4.1 out of 5

12 global ratings

| | |
|---|---|
| 5 star | 71% |
| 4 star | 10% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 19% |

How customer reviews and ratings work

**Review this product**

Share your thoughts with other customers

Write a customer review

Sonix Case for iPhone 14 Plus | Compatible with MagSafe | 10ft... $39.99 prime

Sponsored

Top reviews

**Top reviews from the United States**

amarilys acevedo

**Cute for little girls**

Reviewed in the United States us on October 19, 2022

Verified Purchase

Got this for my daughter. Surprised at how cute it looks in person. Looks great on iPhone 11s because of the colors on the back. She loves it

Helpful | Report

M

**Bad quality**

Reviewed in the United States us on February 21, 2023

Size: iPhone 13 Mini | Verified Purchase

After opening my package, I could see that the graphics on the back of the phone case had already began to fade and peel off. After using it for approx 30 minutes, more of the graphic began peeling off.

Helpful | Report

See all reviews ›

## Based on your recent views

Page 1 of 58

Sponsored

- aiyaya Cute Pink Love Heart Aesthetic Phone Case for iPhone 13 Mini Case for Women ... 13
- Slrioks Cute Colorful Smile Face Keep Smiling Phone Case Compatible with iPhone 12 ... 22
- Compatible with iPhone 13 Case, Smiley Face Cute Hippie Aesthetic Peachy Smiley Fac... 51
- XIASAIJBUDA Design for iPhone 11, Cute Colorful Retro Smiley Face iPhone Case Prote... 16
- Sunflower Smile Cute Flower Phone Case for Apple iPhone 13 Mini 5.4 inch Smooth Sil... 41
- rafamau Smiley Face Girl Case for iPhone 13 Mini, Cute Pretty Girly Phone Case for ... 3
- HANLINZHIYA Compatible with iPhone 14 Trendy Case, Cute Colorful Retro Smiley... 3















Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Sat, 27 May 2023 07:22:06 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0d:5600:8:36::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

d5/xq1EZov6scj/jkFnmvgRPpJV2LBHDc14oSTUf7lUEM4SQJjwOLjlx9rnVNvRd0M+Ej9Zt5AVys3zeycYhaFH9EQjkza/A1Vi7MQ/gjgG3IeFUBg58HHeopND6RnQRAkwuUCYYH/8pMcqKHXznXvUh09pn9DIlg/
Ubs68PTPS5PGh3X6R7PyiFS8I2Srk6jMjucMQCQ3x2fqMTcC0698z6qvhKg0DPPl6SIb9tqdOmnmBzxXetNfW7mW+qkSKRtQU6BcHG0L8WPq8i3npKo37ffrcQ2tNpc7+s8ru5vWICMDVZlpcOsgEy49O8RZKRxZ6OqTIjeKgyIQIgAxA+dQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Sat,-27-May-2023-07-22-06-GMT.mhtml

**Hash (SHA256)**

146dc5089c6aeb12a5c86ec51cf1b84e1711a9739da47128e806145e4469f5c2

**Signature (PKCS#1v1.5)**

pXCK8uZvsfAa59tm/xAdATj/1n4Udc1/2NLwEBBq6a8lzi0ymrmYjp29J18WHEx/Cq7UI5qva2AiV20tenoyEHa+c0mwSMDDtQvwcnf6IMvzgcC89FXFwGqPI35y10SE+ZP2VxBADSbYFrmKGeY7ipgzGT8XBiE5s9Q74wfa4xI6c4zMaAZdm+3JLvHj/DQhKSguVALXi3xtzeq
+33EEjxfNaNxXhZ3MUXwUzGx3T9Yc1c1MrLRSlUELvUliqLzDL1rBiNXHMuWPXSpu9OTSdIDwZzCAjtPVzlAGGu2v92L8BjgZ3aqOev8WKOs5D7xz+P1pr4WPMJimn2BIdygqxw==





Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: AMZUS Creative Smiley Square Bag Square Tote Paper Bag Square Gift Bag Mother plot Gift Wrapping Bag Small Size Handbag White : Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/AMZUS-Creative-Smiley-Wrapping-Handbag/dp/B0BYS8HH7W/ref=sr_1_151

**Collection Date**

Fri, 21 Apr 2023 07:38:46 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

RMlfHVVvSDkuO8F0JF2DottTVxR9WDhBZ61Z069Q/lnfEJZRbUeVSPElBGq7YO3DjCkylT7L66LDzWTQIvH7kwUHfmFrdVbVF25pi0LYlgiq60rzrXaou6BZw5pBbMa2F60dytlv8zkmZRlqQCRFIVqC2CAhMIzPVwoOfKKoqCQ=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]AMZUS-Creative-Smiley-Wrapping-Handbag[fs]dp[fs]B0BYS8HH7W[fs]ref=sr_1_151]]_Fri,-21-Apr-2023-07-38-46-GMT.pdf

**Hash (SHA256)**

923a86595a3b018520d0325eaf76488b768d19e94a5e85c1bc5b623786a76c39

**Signature (PKCS#1v1.5)**

mEYiIQryICwXWTAM1i086hVByLWda4rPylNKmejgjzLfGAobRKCCJWYM7o3cEuHV2Kx4acoyPStcPkRgReOIdch+5Ru3Usg9nZaWOzXOYvMvULIEauIpj5mA2XUc0k/SO2C/K2zEQHOdK0prCZC0ZSr2WnfwMPLg4GMX/wOqmtg=



      



         

          



Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Mon, 22 May 2023 07:59:02 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

e80iwAuCozMcL6F2DkQ9XozGiEDE0CjhU3yoSztWi06P9N0OtTEbxCSJsT78hWomk8DF/sw3Sq1qwi/opmhpx4BsRM3uQ/x9FnEk5YK1cuyUND8exYwJMzLmlwnEJbwyp2LQ9nRjJDL5idkZH1Vlr9CookVn03scRWA+NqaDGCUUEHmhBq5Jjv+BEnVXOsSr/l7f4pkzCw4qN
+axDYKaeYG5GKibEPGyOTXnIJUbt0g0xwIb01yP9asH3UFOXo7RvDv807mnoK9QslUeS8Y7o9sW5TvYWqrNfF/m//UsTNdQI1vFO7qe/EsCX+rYP+RYDAZPyFUlxi35nfL3i/eyeQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Mon,-22-May-2023-07-59-02-GMT.mhtml

**Hash (SHA256)**

ba7baf49a55a93b762bfa4ce5eaa460b6e4f928f507e56bc85a787db5cb6b44a

**Signature (PKCS#1v1.5)**

iyyFLPjr62e4UAlUre1a5wLipkIwbSOp1oGfLSSZc9hSK5ZUJa+cJBYcdd7dr8a59+TKX2F0NMncD+8iqQeKwZU9LT5krChU27jb/zruNrg/F1wSriaqUJJNaFZ5yOzGwdTcuiBQJ/Y9uk9Ye3js4QH5AZPCkoj6CpPoD6fKRdIT0Gnx+xfVbFk
+RVRqAzKAJEdCDqBG1K9ZACM8q4K2c5su1ze9UUVCHwvTk3UaCBqZSIKsuXHJve6Xt1NEotYDHOGjqCHgjE/mzvHs0VMOhGosBNRalARfePFbRKhBpqR/Zeg7s3ZSfvmaBty4DWLhlkUp8PXLXVvznxu5RRlPYw==





Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 19 May 2023 04:19:40 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

RvPcCZp3OCLOChNkzW9zLrQ/wIX5FJFqYVSeDXFdF+ijpG/cQvU47X09W6Hi9E6Gy35p38R3HnfntG1J1DeX47ee5P0kbr/FsuH4/POL+IxJ7GAu9jgfOFvR30At3Y6MgYRBBIsiHRxWGVub+JKrpPZ0FZEZLqOUDy075klhQKi+gTF2PEBKfxyg65YFWBCA+4B/YVxpI3gznJWP/y0R+TS/
qKpFwAkGWPYvBAR19K8rA1dOkSXaH0o0S3QMVZTB/b6pe88H4JiFIhbr0/UfQvF/r24S/+Ed2ij2TvMeSDL/5gJShJVDGgW9mI37pIJ2/WGEsBkZMR8ZVS0mE6LgaA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Fri,-19-May-2023-04-19-40-GMT.mhtml

**Hash (SHA256)**

12ff7162cd559c562b4dfee53cc38de4c9e736918f37cb0f24c8db0071613c98

**Signature (PKCS#1v1.5)**

V7rN7DA3LAwunK+F2Ssc4Q81pdJORwk+KobCBNn1k6JeVUGIwPnJw/GE8HcQ59bahu6kej6nensJaboJrgOuNvkY/76V8DQpTrPl8yw3dScgoOXFyg6r4iN7l/
IwT1EBXizMzL59q4gPm7F0wJe9dmq0LV5NsCdYfV5mefCMuooxvKBhyedWT0WvQRIhM2zbHmbtCwz5aJ03J0D2trTLFWZ4H8KnydYxaF2fts/cLrTVvkF/1efQfkFFK6wVUvwTz7ReJQJVhAM1tWi1HtvXME8xZGvl9Dt2o5Qymupt5D+sdJV2diyjK6SIWymSat1skwwAX42XdVpjFHmLz7oGIQ==



AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com : Yellow Smiley Happy Face Thank You Stickers - 2" Inch Round Circle Dots Paper Teacher Labels 500 Total Smiley Stickers per Roll : Office Products

**URL**

https://www.amazon.com/dp/B089ZPDFPR

**Collection Date**

Fri, 19 May 2023 09:20:31 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:36::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

DvkHUTxSareKDmQTo0MxJHVn8+2DeA6jm+chX791XoSx2sfCj+uexFOjo/L2OygzftAhg+eWLIEnYNLv5eVsuLGqEKDYX9ERv19/
zpnaBsrXlslb0MGHVqN8TZJ8hxoTZdDZqd3GGvpkUFGSfvVI7x8qFPgufr32ie8bOF5NQy6MWuE81BZrMUBkQySEctHIpQQx2TPNyZz8hjJTZFpCT7ANzrOlO1JmnJ/GwclaCezS8WLp71mACEx8QcSGaXWZ/aVp3Z5eaGaaN7ZrWCn16vUlVjtmEf9nILpx0kEW9JHAjRPEaltUf2wwnK2gBbJ
+KIEXJ1FOia+zpunP+0fYyA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B089ZPDFPR]]_Fri,-19-May-2023-09-20-31-GMT.mhtml

**Hash (SHA256)**

a50ec27baa080ac0e1a3333f3c0c6a4f7fc2f050b7757e20982804496f5e8081

**Signature (PKCS#1v1.5)**

YM6/Q0l6rRreqRH3eRlP9fA4S5TfCj7eOzce1V4HJLKLVTcjzO7czuuSlc2sdmk9tHqbEm4ZhbIFyteGko9TTJ2BKS807/I8qZJw2XnCk/mIyHx7t3eZ2hpwuWULdDuBcQ8tw82SMamXk8g6qMsWDzR3F/WI2l0yWbZAbHFw3R5xf0mMGridokEAFVSELoTgMiS49HURgyC7p2FJDPGoEIHtTEgGle/
Wm9sKPfijErRs2fVZoVUc2Wg0LBLOFYr6mqZxhZw7SLDQcrZLIjO+s+Xyc6iOqX0xWMBMIenOmRmUl5n2EIi6Wcj51R4992DZf2JupPZc+SO4sOSiXem9Dg==











AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com : Smiley Face Neon Sign Dimmable Smiley Face Led Sign Smile Neon Sign for Wall Decor Smiley Face Decor for Bedroom Kids Room Smiley Neon Sign for Room Decor Holiday Party Gift Yellow : Tools & Home Improvement

**URL**

https://www.amazon.com/Smiley-Dimmable-Bedroom-Holiday-Yellow/dp/B0BB1PW9BB/ref=sr_1_217

**Collection Date**

Wed, 19 Apr 2023 11:02:16 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

SvwJ8elTiaGIlVvrY0cnNhaowVdow3ILCuNHMc0o8Gi7kbS8JyVS/bhKX4Yx11RmjoBBIGsT/92r80+hgm7BI3UNfnpoTh+hqWPRcfVMP72cn5VPmTVmUkUkaGQxbK4m5zMMvlbNQ4mVW2LB4X0YvQVlcv1XTYchOpAFu7a/pNc=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Smiley-Dimmable-Bedroom-Holiday-Yellow[fs]dp[fs]B0BB1PW9BB[fs]ref=sr_1_217]]_Wed,-19-Apr-2023-11-02-16-GMT.pdf

**Hash (SHA256)**

4d983d64295a083313b4c3797c537beeddd6b77d5bb3660ffafa2a5881ad577d

**Signature (PKCS#1v1.5)**

cWHUlBAY6+2f3+LO4h4pYpLZpealD9hW2d7BZaAy0fWU3w3hwPV/5Hy8oYjLxIFZVKP16tKiW+8hEMRjb849R//9T0AniZq105zUzZd37489/q2nfgwL9BnwOw6scIPS6gSyRsfwfzaf+Sfd/DQCn15KPOEuOnY5E5FtucL4i2o=



Investigator Name: Sian Kelly

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Mon, 08 May 2023 11:42:01 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sian Kelly

**IP Address**

2001:ac8:9a:d::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

DhrzjT9hBzbHFap+sESJhsKbNxPtWooU84RubkHvcPTxUPOMsXzB/kEy/sPmqE8130dMBTcXugMZkBf65Xi5eaGRXWr9t+DIWoSvtsaNhDt2xB1+x0+KzrDTbMCiZ41BNbLFbrrkVF1P6Rpf5oCgq1sIubVrCVJV+SZI1lbx4gxSoHWati97ky43Pl41oAsxb1L0c5vLGkGrA/AixcJC8o/
keDvaHQwODl6OaQqkEYpPi6KHqgsm9naUqi9huY3b4sVBrYYqIzzLJJ45Rggx7W8R5JMNlzrb+xId9Cn0k7oY41v/aU0Y1Oqh22fRznWqUxYGXwTZp6O6f2v1SRd10w==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Mon,-08-May-2023-11-42-01-GMT.mhtml

**Hash (SHA256)**

fd37b9f85a6b6fb21edcd2ad3917175be7c8fd4f3d1a9032cadb931387aaf3f6

**Signature (PKCS#1v1.5)**

qH5ZifhVsOVr12oF/F9GmnOU9t+Pqc5lOaOJkQ1F3BXJwrN7DQNy1evqH8pV4Ze5Qo1P8Jalm0pr8H34St7bU+bWUrcOS2EWjSo38fL0zCHKu5PE+UYNL/pJHORqOFURYDkeH2UKizP2kidcCuyYk2M5eVCqI2P
+LnKBhdPTu9uCJbuEYS87CaBhLPQcQzhnjvbUaC0ZtoJgCKbeJRnsRpC727+2lmL4e6G/srEwI/FvjfH/mYFFKns2yJsLWgNjvWBtC02Q7MxSO5K3jRhLXoPW5JjVgonAqFpaLpzDo9P1ohNR2bGgrJNoY0VtMYztSIAavKqJuyF3RgFmxUH6eg==

