

# Evidence Collection Report

**Page Title**
CHANA COMFY!! Cool Aunts Club Sweatshirt, Dinky Faut Sweatshirt Cool Aunt Sweatshirts Auntie Sweatshirt Mothers Day Shirt | t Black Mi at Amazon Women's Clothing store

**URL**
https://www.amazon.com/CHANA-COMFY-Sweatshirt-Sweatshirts-Mothers/dp/B0?-11714461prof=1_1_35_app

**Collection Date**
Tue, 09 May 2022 06:46:55 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Derek Christodoulou

**IP Address**
73.207.208.111

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome 11 0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1 v1.5)**
29345ccccc3q9b15h5862942665d6d29ccc4d5b0c28e9e87cdds2bfbcb9eeedfee277eecdbb3f21f8d4fcaae347fdfcee48842a42e1345a2592e5287d54c30efed0c1f

# File Signatures

**SCREEN CAPTURE**
PDF
**File Name**
screencap_b3lnjg8rxjX-process_sources.com/B2 CHANA COMFY!! Sweatshirt Sweatshirts Mothers/dp/p00-11714461prof=1_1_35_sspzE Tue, 09 May 2022 06:46:55 GMT.pdf
**Hash (SHA256)**
58e472319d4d24a22fa11a12342ae47f5f2044e4afs542154664791ba447966647e35e

**Signature (PKCS#1 v1.5)**
6c147fba5ea4f4d2ce6f5c66e7cd5a6541a2ccbce96d34d9bf34484c3e4444be8b0a46cct5t7a4dee29e11ccf-e4b7a8c62dc4d97a5sp3b82456qi7re8472b78e43d45b5dcas7a3sea55c4427eec4bca352









Investigator Name: RemoteUser2

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 12 May 2023 17:26:06 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

RemoteUser2

**IP Address**

2001:ac8:9a:d::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

W6ir6FmgTL4q6PJUHtdiROmm7k1SCHbqnSi5gyPcXSEw6OXX1qH9gqgIovYgLS2OUFJ+4YHuxdAEooKpfS4YDVeo6FxX9YgcLvAjYuTYIh8eFcb1dwxR4m9KQsdwqvlb8O+UiXxGjeFZ8uSAtLEmsnWgHAWeokZt/XTkAsX2QbN1P+zK2vJ/IapO9Cm03AktJV//RQ1VqbEsANz2LHoabITbZXvPoR7Alec2dgvk5KIdT53jMZB8dkdPSHxxT9x9k0rBsyxqZ1H3isPiu9INai9TSIS21UIAtMD43/ENZeyoxo96j8MLtdQ6F490SiDjjhETwbud9xqpzHmCJ3oHQw==

# File Signatures

**SCREEN CAPTURE**

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html[]_Fri,-12-May-2023-17-26-06-GMT.mhtml

**Hash (SHA256)**

f70aaa28688004f5205d9e89ae0977514734761f7aa22ab3a2b55df66050ac2c

**Signature (PKCS#1v1.5)**

DmD1NIjHrjcAMTpjML+ZSyV42oCkL0psGZsfxUFbywSYP/v2V+CZth1hht6kiJ2uAfjASNutamJy8TWrW+N6fY3+2i2Q/UBr1zHs9LA1GGt1vdll6Hzwf6dbeQdC5il22qdYXkIdeswWu6VqousEVeuUfQMa3zYF0WGeTnmkzK5dbLvuNHTCzjSHFHmS9NM87dheT3gy65+QdWqiontB2mHAGITGbUMUDacAhosR4sVeu9jBk0RfadiL2Vp7E2sMfY7Owgl6f6lSV+wj0ZewhKoeVMvJX0CTmyIPG3QHgyhaAYZ3TwK0ZNq2DxWGWAv7bpygDBsHAwETDgZLy/jlk+g==

---



# Evidence Collection Report

Page Title
Amazon.com: Amazon Prime Women Yellow Smiley Face Socks Crosslearning Crew Soft ? Cotton Pattern Sports Sweat Day : Clothing, Shoes & Jewelry

URL

Date
Time Zone

Collected by
User Agent

IP Address
MAC Address

Browser Information

Digital Signature (SHA256 · FILE)

Signature (SHA256 · C)

# File Signatures

SCREEN CAPTURE

Hash

DOM

Page Source







### Product Description









### Product details



### Videos

### Products related to this item

### Brands in this category on Amazon

### Looking for specific info?

### Customer questions & answers

### Customer reviews















Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 23 May 2023 09:53:16 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

202.83.40.91

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

ft2xZSU6cPw1Xufgp0IQp0p66kR0fiLrt6LS+dPdWbdv8Z8T5IC30IdunrWsd+12d4gAZhx3bHaa8S3QLZGLeQxsv7BapdXqI0qxIMpkpy2fK0pXLxdryMuhF6msRyJc1bGnzduu0hciWINiF78FeGp3xJ0Ahpqs3vrEQ8Cjj1j9vLpeH2RirLdbP3gkHK8te6I0Ku7wfTsHiu35aWw4Kqwk9Savig3XEswx+MaaYxf1aeOEYrlLGGXJYxvtDO8GP4pCxqMyC20aJHOYH9TTGYXSar0c//Dbs2DBZ/JBByLVK5RxPa/A01Co0PQeYbDXVmBxovuueLBNJCx0GyjXByVA==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Tue,-23-May-2023-09-53-16-GMT.mhtml

**Hash (SHA256)**

a015f0d6165d82f58ace41a9ac7539d5622da72921132aad125b2770e7e7257a

**Signature (PKCS#1v1.5)**

MqQeif/hCdTl9MFmVXsl6LFmiezrae56fVzwQZ3iB6o+UgW2s42MYeMIFWSxmfUxy3/bbcbJdJ4is0TU9NQIp5g364s4UI43pJ1v7Eu7peuCeMWsAoSzEI69YVbkAxI8xfx8WTIOwbV2kxIkf9bKyUwIoHvAMgEMZGwkf78YUFZMELeckdKIR/KPAPSbdnXTV7tRdnrqA+WJypPyuUiJ7qiRYFz71HYEphO0vnYfchM/RWdr4Ae73W5TuvbGB+Vl4jk8NWIae+RIfInFfmB3y88TLIYNCt5p20fDYrL0Wl4Hxj/Guhpkz1m+LZ7FFi0T3kHGNcZZ4TU6WTAcNnoQ==



AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com: Inspirational Quotes We Can Do Hard Things Throw Pillow Covers 18"x18",Cute Smiley Face Colourful Preppy Decorative Pillow Cover,Couch Sofa Bed Decor,Teen Girls Gifts : Home & Kitchen

**URL**

https://www.amazon.com/Inspirational-Quotes-Things-Colourful-Decorative/dp/B0BBRMZ29T/ref=sr_1_52

**Collection Date**

Tue, 09 May 2023 08:45:54 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:93::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

lzcueiLtHRtk7HJ+e+EPAWSvOOu2UhGxDdSI8dxHEA7P3n6YBGV9mvtEGhuR8g5yYuvOl2ysTcBwYhstXROlt+5FBI+lTNUx+VMM4Rgw4YoiumKu1sXJun+k7RplLF0U/+t91Fl4CY6DMvjuyh8CALaUEYDQLNLKEWq1SWJJeEI=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Inspirational-Quotes-Things-Colourful-Decorative[fs]dp[fs]B0BBRMZ29T[fs]ref=sr_1_52]]_Tue,-09-May-2023-08-45-54-GMT.pdf

**Hash (SHA256)**

dc93a4869f68298ca1822fe8c82fcfc5037331698b201af10b6652fe84635bb3

**Signature (PKCS#1v1.5)**

jS4FN4Jw/PhhD2rpL0dPNcmJnXpsNYLK594vPKbfzjOMY2tDoQRoRetV0pEYv2lh+YNv0gR7SOFECYfbhulY+P40Hlf9e7p7Fq44RqEFLnYNjA9yQv0YqjvOk76K3Frncis5vDLNFYt4YpsB72yORiOII4Wsa0TPDSbhFiHg76g=

















Investigator Name: RemoteUser2

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Sat, 13 May 2023 12:21:43 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

RemoteUser2

**IP Address**

2001:ac8:9a:1e::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

AuQKWTtjmwk30DUMvp3c/ndX18GQN1nvwO0AQLl3ugb/082lOdF2xM8WTDL1aFzob39otSJWzmx9Nkrof2XyMXRsPllxrAVJdifO/
RqtELTRG4emGpbgp0JHqRiUfExd9f9lnpPu1Q8imAo9kKW6iJ29X3yzApS5CG7tRmvCt7g6iJaZoGsetRm806l5MA6DyBJonPJ848f3mOkrhiTgo6E0YbwqhGCG0STVgTf94f26KmeVj4CpzTDzqpD9itqeuwu5W8CC7Yozki6KbHarLeX4doKYaH3YU+aSK/DT7/OqL3qABPAybANVxGlhthRVtZO/
ToDMXDTl5PNsRCzp6sLA==

# File Signatures

SCREEN CAPTURE

**MHTML**

**File Name**

screencap_[[https[s][fs]][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Sat,-13-May-2023-12-21-43-GMT.mhtml

**Hash (SHA256)**

97f686a01aa7c394fad65efd3ff1b1eeb15f9855e4a0d846be74a433d3ab0e21

**Signature (PKCS#1v1.5)**

mWSAD2FHd5erZeai5f5bsjim/C2xfsCzuL3V3070VgKZEFFkXLPXMFiLP7Ri3ykA68LqaSQrGLHEDVivznchf5FTb+fQioyFDd0JqnUyUJ04boAD2tRqfgNi9iJQRvdmmh7W4e8to5IPrY2isf1LAFOdB9a87Q7+cYRQtjDzgPP+Ah6aVqffzUEjn/gABicl6bHZJqnuomZT69TAHR6wKEgsINDFSp3U7aBR+sRElsnEfCLmYMibsG3XFwjyJBMfyhUJ5260A86cuuX7h3yw739VlOgJh7n3JRZE/M2mp1aJAswOo09PUgbE5GDXoZo5OicCizE8HYAMdXmK3Vbq0==



AXENCIS
Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**
Muryobao Womens Knit Beanie Hat Acrylic Winter Hat Soft Warm Cuffed Watch Beanie Skull Ski Cap with Smile Face Caramel at Amazon Women's Clothing store

**URL**
https://www.amazon.com/Muryobao-Womens-Beanie-Acrylic-Caramel/dp/B0BC8N6NR4/ref=sr_1_180

**Collection Date**
Tue, 25 Apr 2023 11:24:54 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Chris Stavrou

**IP Address**
2a0a:1dc0:4::3

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
nPifNgS+1njwW0ruFImXNTRJQRHRlqNd930O6/lbR1zWFPOfRF8Uui1bX5APVeKcYLb3BPlkz6hWD8CuXatPp97qKs4aw/5DnHbZqvSEkd6nHWyW8mA1nRJpPqKqKt3nn3/3G+exfh/tAksE9fHltnSzvujsRcm9AK8lgSzINyE=

# File Signatures

SCREEN CAPTURE
PDF

**File Name**
screencap_[[https[s][fs][fs]www.amazon.com[fs]Muryobao-Womens-Beanie-Acrylic-Caramel[fs]dp[fs]B0BC8N6NR4[fs]ref=sr_1_180]]_Tue,-25-Apr-2023-11-24-54-GMT.pdf

**Hash (SHA256)**
dd43b90ecd4ca0514779e0e23c5c90be64a1fc5e40b95c049bca2cf3e9444bb7

**Signature (PKCS#1v1.5)**
GRkoO6yaCNdXNIXEDH8X0v3kM5sLRw5jpE06dbEmGtbZVDVyDkvxaKG0mmEWjdQCFHNkK565xAFHeYufPQIRmKTPoRxcQuzLQrmFugx1gpo6UxSb5XSzL4v4+zvF5cMKFilAm0ciExjZ0ZzKSJgiXtSeKxYBmNK9OHIhW4btRcw=





Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 30 May 2023 01:05:03 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

202.164.136.95

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

EL9hJJN0/vfUit8qXYHY+JvJbwhmw084XbmxgU03m3BDGsVP0rsYFxkJ6SXV9ScWValuxb0QYx3LeNGcdgKvYHJDNbORn7aYZgbuLe7JBoFk6+HpPaT/TxGFd7AgXZy6Gezfh3f+8JtwnuxU9QcEcCHe5sM4OUi3faUTYnN15GVNSYACKCbijsP0Cmv8hl9qqDutppBTdEe83B20c70j/OX9bOJ53wMQMvZdPsnJKLzP5Ec7+63pjifBQzsJzMdX7IEpLwoR5PNd06ZmTEOoqR+yIdPQGWYRrBIxhz8GlAZ8jToQWX2rQPfTuforp9kyxduicxiQ+gc3A3QGA+yJew==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Tue,-30-May-2023-01-05-03-GMT.mhtml

**Hash (SHA256)**

02347c0cde80b7fefc06d0563ceff0e44354b9f4567d735e941deb83d27e9a75

**Signature (PKCS#1v1.5)**

NNf5hgheU/fSnqUGHzt4bZP7i78YqkTzyv6AL3f5Vy8mnFOst245VqNBFUvDiD1fHZ0tAVWCaA2R/mhPse5fHNFrxXNLPkGhTzudZe7BLNqGPMeqfFrLwy8/Rxs6cm+CnVNxpKpt5fgDOvJ2Dc6Xsxq3nYSIXDb3GbfKbLpl4sUYA9WeLPcSJrjK2SS7dfOdLg18JF3ZuGPwHoZrZL3f0Mk3IBPMfAZod8RIGJyXoHxiZ5q4bXN6W2FqZiNVoeWZ6Vkq9IelIEx81UxxL/UbDwz0ObjWI0IKOuTk3gStynob9mMyIg0j1yPMVV6+fUo/r88PIX2kTn7hacjYhMg==



AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com: Saptuba 25Pcs Daisy Balloons with Smile Face, Hair Hoop Balloons, Smiley Daisy Balloons, Hand-Held Stick Balloons Party Decorations Boho White Flower Balloon For Birthday Wedding Party : Toys & Games

**URL**

https://www.amazon.com/Saptuba-Balloons-Hand-Held-Decorations-Birthday/dp/B0BQW6FPGH/ref=sr_1_51

**Collection Date**

Tue, 09 May 2023 10:14:09 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:93::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

b/Tj3ikUOX9+bc2AjDxmZyXXRHJFrdilhVHXeyuHkdOUx0G41UGwR1VKAMGetNLpPXVTkgDqrOi2pNmFIeqK0JJzHKMLKuG4vSp/nRFZD9tzzkBH4UPh+XQVwJ6MT/nxkZHq0lJY27itjVuuid2J1MS/zKKBoYWM5k4LhpBWMbY=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Saptuba-Balloons-Hand-Held-Decorations-Birthday[fs]dp[fs]B0BQW6FPGH[fs]ref=sr_1_51]]_Tue,-09-May-2023-10-14-09-GMT.pdf

**Hash (SHA256)**

7dbf2b8056da5320e9872a2afa3648143f03b776184a4263e84a8e0170b87217

**Signature (PKCS#1v1.5)**

gRb3+UzBHBsGVNI8py6dl+o+tFXsn1RexoPShHcT3iNnlsaBpdUPB63B2zuMQRi3GE+Eh4rUrG/+ycsQjfJHSvQraCNqCX0YwlC4JzhJ1R6lEDFaLifjjBGa/qVrA+rVL9iYgxghMMIwPIpj2a6s25nivln/+XCEpzq88TlgihE=





AXENCIS

Investigator Name: RemoteUser2

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Mon, 15 May 2023 09:46:56 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

RemoteUser2

**IP Address**

116.68.99.108

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

JdvMw3Y6RDwCE8DVWpzp5jZJEs5QrSAl0/QVnn8jONvbkrcvtEcV5QSKq9eF7A2bKj7oyYQjLcIx0dOxIaJBW95RWMTCvoXLX2y5Cw6RVNe0//fqgAu8oZ5Gx56vWreqLNFeZUV9bj4eilMZLoj/PwL8Q2fZMvmyShoOmj2TyVdJd7MCKOEGkwKrtd/q0nb5Q0siH4kNrCq9r6V9ZLfu3b2rbqyLHBuQwEHVNU3t95hnaZbDMramorgl2eeY5i99/m51hpwhNR6hPX6E1U5KO0mMGkhELQKUTXqG9R10ogNxhf4oaekkK7os240V9zaaJcWAkmGNLvEDQI1DZM/yQ==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https]s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]_Mon,-15-May-2023-09-46-56-GMT.mhtml

**Hash (SHA256)**

ec277a1255e6896733110c661969c57da711df023e1759bf0da903b85e017210

**Signature (PKCS#1v1.5)**

q+ndS31nEnc0JbTSoL/mKzkoX9wym54OE6BvEdDtHa9zixFxZPqu1xBv13T0MsbEA8MzKxxio0xRt7KWR+M3enOaF2PAPnjUcofRceqMDwe2AHIng9lUw6aG3Ngw45pbA8CxjA2mjm0vNXYz7P6EF9YJKPbTX1Dn4nBAiNGFHG/A4r78DaHoX8LuR1G9e8427OBQJz4jxbXF1FiRLzN5H5hKfl8kqlKAyRm51M2zJ/bzUn0kMRW+wXTvPZsvI5pqz17InL3+Xbf0oGEsdprnfar1igNLxYJYXMEAeNKe7TUzt9jPvlNT2jTMGQNvOUXWIUJ1mJMJ4qiO6R3D/0W+/g==



Case 3:22-cv-04260-AHA   Document 38-2   Entered on FLSD Docket 07/27/2023   Page 11 of 38



# Evidence Collection Report

**Page Title**
Amazon.com: Screaming Ravergon Smiley/Emoji/Funny Designer Printed Glass Case Middle Back Cover for iPhone 12 / iPhone 12 Pro : Cell Phones & Accessories

**URL**
https://www.amazon.com/Screaming-Ravergon-Smiley-Designer-Printed/dp/B08KXHR2S1/ref=sr_1_115

**Collection Date**
Mon, 24 Apr 2023 09:42:14 UTC (GE Judgement of Connolonce / AWT (embossoned envisions))

**Collected by**
Jim Accence

**IP Address**
169.228.172.217

**Browser Identification**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.5563.65/537.36

**Digital Signature (SHA256 / PKCS#1 v1.5)**
1bcxacyn32mac4fa5bfa4xqcm9b82jma.v89bk33b1wqlasbolt1993jdfqv2u1bkeb99mfbj2f1fcmmn6b8zxmafc938vkm3j8kx38fjvmvbdks4efqcadafp8vefawk9ks4us3wu8al72el9jbfd47ajkdvb83p2m

# File Signatures

**Page Title**
**SCREEN CAPTURE**

**URL**

**File Name**
bcfeftcat_[BSbd42][2jf][sonva vmvncm csjf]/ev[icmSqxc Srqtjav Ravergon Smiley/Designer Printed/[Sdjfdf]]B8N YHSJ YvbcDjrc [re_1_115 ajar;v14 asjr-SHA h9 mr ho MF] pdf

**Hash (SHA256)**
1c8efa4cmk3d8kcfvdcdzk35q93ma48jbcefc9dfq0b8zkceffhmm2zcelmlbzcz
vpc8mmfbj2f1mmfcba8vefhr [??]

**Signature (PKCS#1 V.2)**
bfj53efnv72cjmb2mzm fkx1 ejqhm6e.jf9jb73gdcf4jjvbve11ng8zk2cdz9czfdvb39fdva2h:kfvd33q.bpk4cz4e38ve43cf[??]























































Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Sat, 27 May 2023 05:25:21 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0d:5600:8:36::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

BHjK75NSy/J9FpZOXDgxG1SAey/MW78bWW2rQj1ImimvKYtC+sY42G00prhxorwuUaUUwAAXanxdSNWUTQgwFH0T6NJftioqi/34zm88/0bcv68Ty/ftGxpBJU0gbT1QJ4VXhhOZSNLVdJjcnp4HSc7PQMF5AeU1qOAi/G0jzLNiVZaB37JwDkTHrWg3mw9+
+T0rnsDrq1YzD4CliMrcuy19JmfqTxObHsanzXh/ZsBv+ITW2gkzku7RQZzxyhAs2ynpXhXjmubO7R93JUA7Nf0GAd1gMzNR6PuSRr79eT5ea605HHQsLNN3E1zRrwxiP2pVhclkLKvyYLfMaN7w==

# File Signatures

**SCREEN CAPTURE**

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Sat,-27-May-2023-05-21-GMT.mhtml

**Hash (SHA256)**

429065bc0f389996eb8fa05e3a159ef04e055fb924cf0720ab81931b8ba4b0b4

**Signature (PKCS#1v1.5)**

BnQRfS1P8CZ4Ovzld/bH7wm5FVdSfE3QLydt/GXwEsYDmGnp/pEMVbJXG5+pB9H5687ROBTLcrkTWypJLxLS2wdAni2pv6f5BKtxRiMHqbSVVIM7UfnA8TlPXMoGKz+4YwoON96LGC/Xe7vJ
+dRAikRX9cNGt20gMojStxoqmOH0z7XBJ02DvNQFmSRy3xSsRjvdHCm9VAPrCo9hGcxl0zwGKKjsBKhYBIUbk3Zqg/rghMudDP+UpmFndPJLtdmroTOV9HNfjav1b6ZKB/gwGhhBixwZ2pATeNaztAtWqyy5+cpsko2UjP6zB5XXV2hjND/qjO5YY8YNeqtjGYcCg==





# Evidence Collection Report

**Page Title**
Amazon.com: Fashion Earrings Women's 925 Sterling Silver Cute Enamel Smiley Face Cloud Earrings Girl Exquisite Jewelry Party Banquet Earrings Dainty Earrings (Size : 1 Pair Silvery) : Clothing, Shoes & Jewelry

**URL**
https://www.amazon.com/Fashion-Earrings-Sterling-Exquisite-Jewelry/dp/B0C17ZJ7ZG/ref=sr_1_164

**Collection Date**
Thu, 20 Apr 2023 16:53:10 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Chris Stavrou

**IP Address**
2a0a:1e00:6::5

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64; AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#7 v1.5)**
MrQVvMBq0d4CgL5DJAMclCVGu34UbuBLFLISyTJv5ZFPeoUzMMu2F3RHB1EQKkzca3J4ZsbOPnfRBSKuu2XvxHW1eQ69TQ2ccdsO5HEBL/5PTP9jy49qKbMVRRnvLc/qQbKaQ53A+

# File Signatures

**SCREEN CAPTURE**
PDF

**File Name**
screencap_jjtHytqDUj 5llwww.amazon.com/jdf/Fashion-Earrings-Sterling-Exquisite-Jewelry/jdp/dp/B0C17ZJ7ZG/jref=sr_1_164]_Thu_20-Apr-2023-06-15-53-GMT.pdf

**Hash (SHA256)**
ca95770dbf002cbcdb9d971c8f2b1b87fda5e0b94245d4a4e231f9050ad150b20

**Signature (PKCS#7v1.5)**
yVvTyVHNGncbRNW8jdEiLsqO3/QmZHnV17Snfd7Ad8RQE1Rz+cWQhU2QSwVIUL0pDM4Jn/Xav+axjkdK4A5nT1+zRQYUzZ6ay4Xjc19MPTc1z6B+74BRTEHxcmj2eBLAtxcmJGhMfT+z5vjPdNtQAobOxXyRJ









# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 18 May 2023 13:48:48 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0a:1dc0:4:3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Ur7G6rpfare4BwsdhErRAcMhqLNplw9LVPIWc3YNqyN6pZ8pj8cnVhrIQpJNeeV+EO9SyNULmT8hwigfi00bUAqllLI3uc77I38pcnXLaWxGrEXIwfxjBml6WktGGUdrBGJYgSyNKBKDTYczCdX6p9y1H0H3DXEVohJ/8jBlUwkMA7TIY+cNhnN9TMTcqv0yPxEU9a8F+IXoAH/pooT4wf63kiIIYAp8oPzkYO3cnsqNkBFJmv8sUJ22h6jHuzFShoggesoN7Q5UOUjhVdvUNSLqmC8LzJ39VJikCxJK/i8VH6NeZMG/tT4rKJFTg2TQsmpPscODyWV7j7XHj7Zxhw==

# File Signatures

**SCREEN CAPTURE**

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-18-May-2023-13-48-48-GMT.mhtml

**Hash (SHA256)**

f9fd2a5726a4ed56575230e6d0474747536b6a0d9a6ab35981ef37b45b9da973

**Signature (PKCS#1v1.5)**

lYyg9PAA1/Q4GXEzpXOrWnbZSQpBGNMNsLN5jywpJf01yU0btKlznfG2CevKpiz25UNHxCoNVYygstwmlJauC4siT8TjYlZyNsqbB+bblIasoPxXP23okoWqUOMvniqYmIQg0XVNoK5r8A9tw5u/1m28G9FXY5Zg+jXRiKHQWDh6aRL3KOs+TV8Ch7StlJ31VuIn7y8TPRFKU+rDHhxCO+bxF+VHy4IGINtD2OAPCHwsyU/YbPmq+fbM53hi8vqHXXqozW1HUry0X+YyS8Yxnwm0bzK3xB0ql+cKnJSpKxIPHrbb+jAE9sSEpsWWW0TmMle0uzuAGZeOqLxMcNcaFEA==



# Evidence Collection Report

**Page Title**
Amazon.com: CHENCHITE Compatible with iPhone 12 case, cute 6 Daisy Face Flower Daisy Zippet Retro 90s Orange Aesthetic iPhone Case for Girls Woman Cute Shockproof Soft TPU Case

**URL**
https://www.amazon.com/CHENCHITE-Compatible-iPhone-Aesthetic-Shockproof/dp/B0BYXXXX-/...

**Record Information**
Mozilla 5.0 Windows NT 10.0; Win64; x64) AppleWebKit 537.36 (KHTML, like Gecko) Chrome/11 3.0.0 Safari/537.36

**Digital Signature (SHA256)**
eebf5d8cd99b2352...

**Collected on**
xxxxxxx

**IP Address**
xxx.xxx

**Browser / Client Information**
Mozilla/5.0 Windows NT 10.0; Win64; x64 AppleWebKit/537.36 (KHTML, like Gecko) Chrome/11 3.0.0 Safari/537.36

**Digital Signature (SHA256)**
CPY0Q21dp&s&6gtxBSe5e5YsgJ6QA1U1p8CPY0Q21dp&s&6gtxBSe5e5YsgJ6QA1U1p8

# File Signatures

**SHA256 CAPTURE**
xxx

**File Name**
xxxxxxx

**Digital Signature (SHA256)**
p877ec0f6ebcbf2xxxxxcbf6xxxxceb2a3bd06ceb67556eb2a3b0c06




























**AXENCIS**

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 26 May 2023 16:25:38 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

111.92.76.240

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

SRvVJvXS7KWnIsi9mIUM2vLkcvIcGF3BmIJ02ImqgVYKIJyaq9w+xcYkHJSTrkfzIxA1Z88LzvrTdIWqWnwtC2Lp1VpL4uIQ49vzra2E7oNjK19zPy59lBmZidmXTwi/FLrbLcBKwPskAy29C6QSxSGAKACR2c3E9IBiPkGPWYcSW2hpLxZA681aTC+S1Q+W44zlwgg/0/nIFOGAoxYA3e+MIf21C9BHS6V2R2i5jj6t7ZIaHcSU3CW+iMGGLTjzUvRsQh5fj0uSLmARPTz4yEFU4MWcOrC7GzwjZseXdI/v5yyqmRKa2/VtSbhBIVcA2PKQi9YIs8Ufiq4VXg2/Q==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s]][fs][fs]www.amazon.com{fs]gg[fs]buy[fs]spc[fs]handlers[fs]display.html][_Fri-26-May-2023-16-25-38-GMT.mhtml

**Hash (SHA256)**

90fa44a110e5bb43300fa5dc023e870225e1c0ca01975f28a87457848415c09d4

**Signature (PKCS#1v1.5)**

LjpzKt5Y5A5906Pxib1GBVv0Bge/Z0QEZZpY0eaYfjgGYczRZNI+K4fqDtlHTPQkvqk7IK0Tgf6lFetFkt2m6CLhxqZ+/EHel433jKyT4xHeNBFd9xAa8F/Lh6AfVuxczhlxvofPu1zivNnflGltYS7j/S5CHqlXTS1zPwMdaXAFuk5PaKNdxFNwzsOpDxU1IQpKMoKD/+H6zeOBhjIXyqkyKPF6+RUHjC/5PSz0gKo+T3moM6HQfcTsS0Cvoz+bGyVKVVRFwCJoGl3GVeeOoHzoG3MEsyR8JBCTsvEOaJVyoiuXbmcX7D/58blhVSNrsbsBDj1vT6D2T1ZqbYFwA==



AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com: Retro Groovy Inspirational Quotes Life Is Good Smiley Face Daisy Flower Throw Pillow Cover 12"×20",Groovy Motivational Decorations For Bedroom Dorm,Inspirational Gifts For Women Teenage Girls : Home & Kitchen

**URL**

https://www.amazon.com/Inspirational-12%E2%80%B3%C3%9720%E2%80%B3-Motivational-Decorations-Bedroom/dp/B0BJ6ZB5RF/ref=sr_1_73

**Collection Date**

Tue, 09 May 2023 08:53:10 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:93::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

mEtlzNZ6u+ZVdwvQL9ZgmJ8VCp4D9d0TZobdsT/pfQ/vuFBn3LyHGRgNUoDsacqPhAdbxbRw/ggURfw3oBb4RYzmPYVlDHv3WdGjV9I5kJaXiWSaVZbrnsYvmJ+7NbUI5s1GhRwXpT3JKbR3mNhNDVIr0x2WhMLMRt9FIuWfcyA=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Inspirational-12%E2%80%B3%C3%9720%E2%80%B3-Motivational-Decorations-Bedroom[fs]dp[fs]B0BJ6ZB5RF[fs]ref=sr_1_73]]_Tue,-09-May-2023-08-53-10-GMT.pdf

**Hash (SHA256)**

a8b17c4a01f01688585fd2013a4452e7f242ffa22610b1768ab1f2dca5ade302

**Signature (PKCS#1v1.5)**

nbo+h2m4+SmHbf1/Q3QLBglcMywV3GEvR4zLgwN5C5WhuPnpRJjjSpimO4DqvSnvBwgPaMs3gHUg5v7xD8XuEC6V1CcZxn92JNQtj2sefah2dJlpFyE6ppcVwMcIjWMVfRj51yNp3phV1EJNBJkXr5l/yGggdm/ktdnySEu9zSk=

amazon
smiley face pillow
Be ready to say thanks in the moment
Retro Groovy Inspirational Quotes Life Is Good Smiley Face Daisy Flower Throw Pillow Cover 12″×20″,Groovy Motivational Decorations For Bedroom Dorm,Inspirational Gifts For Women Teenage Girls
Brand: grapehiker
$9.99
FREE Returns
Pattern Floral
Material Corduroy
Product Dimensions 20"L x 12"W
Style Retro
In Stock



**AXENCIS**

Investigator Name: RemoteUser2

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Sat, 13 May 2023 13:50:04 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

RemoteUser2

**IP Address**

2001:ac8:9a:1e::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Jaauq+kgPHMdcdpaSt3rQTdrRQKpd0MGOKkKufWnRBaNyK3Cglm4ExyMThEClaDSTb7h9xjd06jTTWfsEY2rTH4QnJ3OGK0bYOz5DGUZghO494jgvPLCzkIw8rmtxZ76dGM1Lkr78xKI+iMu
+DFEcmTY7TCLQcvzD9ZTKRKbu2gvY2u6n6FQAngNzQBQXANabVkHiKWP3e4nlRQ33m0NhLU8tANer6bysfIGWMYSeG+8P1k+PKSmbiav7F/hQjxYGaOdRfLLRVzvf2vf5z8LVLdIQ8AsdytAnCQWOnuJxmgf2XnCoeO6iJIMNiC6LGj8XOtdxJvkrW6L6mjp1iRvAXQ+=

# File Signatures

SCREEN CAPTURE

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com{fs}gp{fs}buy{fs}spc{fs}handlers{fs}display.html]]_Sat,-13-May-2023-13-50-04-GMT.mhtml

**Hash (SHA256)**

80b59a280b8fe468a7eff967a50a3a3a14c84fb6be4a545bcd289c2b84696e8b

**Signature (PKCS#1v1.5)**

IZ4Esd/kRGtxesUxuAKFlyHvCytJSFPnfJww67/xJWUJLas7JTVM8KY2FYi6XRiRiTZo50IKzvb+a4c0KTWePuxUTJIM/0x6xDNmNON2O7RInyqokU3s0XNO9KauUai3eKaNk1OuS/i7AXM2yeGmeYf2QQ0d1r0DaJ3GzVZU5lg32bpWMO8hGYBOry8qZcSsjcAwRyN/xJgwonYPcI+aiO5b1RsgXLXYlfIBdf3xuh6EVmAgywTOZn9UcOms52tzEhs7U05U/A+kgRIHgGVIaAZqHyQTPDrC7XfqhdTqFaSH8K31RYXJnaS2eCkP5rGzxlbivm/KBmSK2RMCD/XZQAg+=



AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com: Smiley Face Mouse Pad Wrist Support, Cute Mouse Pad with Wrist Rest, Comfortable Computer Mouse Pad for Laptop Office & Home : Office Products

**URL**

https://www.amazon.com/Smiley-Support-Comfortable-Computer-Laptop/dp/B0BMZ5W782/ref=sr_1_152

**Collection Date**

Tue, 09 May 2023 05:58:17 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:93::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

cDh/HuyrkNOz53cSvfgpz+fgXukhW5YwBYrh7BRfieelRnH0GO/88up1reaqCaHT706BA0cjch8hipOePeNlJpz3pMFGCI1DLRmwsf/VlyNUtwyQBVLBp708lBDgTwlMiswPamwEwuS2uAiSBvZ6W7/m9k9OK7e3YdlnkBwO4LE=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Smiley-Support-Comfortable-Computer-Laptop[fs]dp[fs]B0BMZ5W782[fs]ref=sr_1_152]]_Tue,-09-May-2023-05-58-17-GMT.pdf

**Hash (SHA256)**

acd6acce0ef61f3f9511b9c74ed5ca40577520fe461ee5c2db6b854c4950927d

**Signature (PKCS#1v1.5)**

bvP+rqEJxHAbmmP6FvD+1pExmPxlTfXVkVMVJ7xVFzCc/ww1KXi7/px/wl1afd+PtJyYOtUicJLeNaF7rnripowXlYklkbol40bhOz0aEggFP6/5L1a9VGl7Yd282MEWvyou98QTEREywdFKeLVOuz3Jy4OGYv14fOChcuajkFc=



**AXENCIS**

Investigator Name: RemoteUser2

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 12 May 2023 13:05:26 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

RemoteUser2

**IP Address**

2001:ac8:9a:d::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

otoSJwnjL8o0owJqizeC2z9eap2jKm9B9fUCcakVzT4d5k6WZZJWwNNazMu1gKl465Z8pa5aiZidm5TihDMCywn34amj3Wp/hnxhgCBf4cyVnuW5oZ2fQi5WCzDGTmEk2lOmNXqssHX0l7esR718ykvKa924FV0pUXgsQA0tYhrw5ExG1BbN0Hupa38W318kb0528jB +gYiqUuXugKEHMX9nxhUwXoXETHXuw7KUepGWsYpf+5Zz+BSG9CT3Q7R8PERMk9lrOFrn25ZL441A1vsb6IXDIz/pSDEE2QZNHu+DRyu+/R8XlFuUBdBNo1OhIQChJ2m5hf+LGtkIl7xLBg==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s]][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Fri-12-May-2023-13:05-26-GMT.mhtml

**Hash (SHA256)**

64bba40520681857486ead02285bb68acdd4ee1b816b45b12b5fd5b2b54790d9

**Signature (PKCS#1v1.5)**

RHf6asGHzJYZqKEMjfGxpXYoUf1Jx2c0MsG6r9DDmpCsEcqYKtcD5/yP7eRTKpMvXQRLWtJVTa2LlskmImfMXgkN3+tZlf3l8Um0oSI26jKQ9xXNeg0+TqkICyhxA7MMU7+GpKvzDlhJzxhEwCFIptJVsyq86AxARfXbmn33MYaqz1soJ8eKqX/coIDc8IRmvEle/ zXKjSMaoGn4wHfsUv4PzGn9pVql8fi/x+dDFk37DoVo8hNnpq+FDV4cpFbHY/HIvdDjagNz2fW47pPz2OK/m12JPTiWMozXBrsja/vcc9WSKr5zgpf+50effU++2HcWxeCEvB1uBUdYr7PDq==



# Evidence Collection Report

**Page Title**
Amazon.com: Agooli 70 Pcs Smiley Face Charms Pendants for DIY Bracelets Keychains Necklace Jewelry Making : Arts, Crafts & Sewing

**URL**
https://www.amazon.com/Agooli-Pendants-Bracelets-Keychains-Necklace/dp/B09TTRS45V/ref=sr_1_10

**Collection Date**

**PDF Author**

**Select text 4**

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64; AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#11-3)**

**SIGNATURES**

# File Signatures

**File Name**

**Signature (MD5)**

**Signature (SHA256)**









Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 01 Jun 2023 14:46:58 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0d:5600:8:93::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

RnFzClgEYGZYPGmEIkWUjuZh+/ox5cXd37jJbxc3rljdQZp22PGbZFN6m+kdFmrVJB+4UueXPJYImbb0XJQB7tBl1Qn5DsDirDWbnJJFzfps+nAgZbkUBAl7wNcjQGPgEwt3n40urWkMYd4gUdhryZs69bMxHDp/qv53k64/xqyi8UCuxt1iR/3RfViEe+jU7sbjMpn+fpgSu1kR8Eud/PEJ9QFkEl1ZRD+JfKjmJ+HfQyDV/iMqh+nPvSaazmC3NUGoMOE4BDM1K8ZVVguoZlXXTsZ5FtVkL1qc1NGeydZDX+4Jtp2pHcqMcnByiQ3c322csdMJ85GmSUgZLiCKTw==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-01-Jun-2023-14-46-58-GMT.mhtml

**Hash (SHA256)**

3f75a64923a2a8096fef229544331a7fc7d2d012f993a5542eb79c79410e23cd

**Signature (PKCS#1v1.5)**

C29dgw/jCg6DiFbrwaauGMqBWz6A+eld2501cwMfZWOdJq8gndQ+G90me9ziwAkQpozzpdvZBBUXg3vkpgIRqW+xxTCtqgHzBrF2fM61ErOsASxojZomJXKUW48F7sZhnUVAZF8KyHCgrFDSWuj870VHP0ZoMoQGUpdBa6T/PJRsneoA/WQuRAdtbVbV9XdjnEdU8Lt9Y92Y1ukCB2ofNaLbEofMJo1RMOywHdF3YY33jMwBWNgODTWQ4kyHBjsvPnNG5jli1ZEh7w4OwUIrMAq7LkXQaXzTpH6+23R0GiFpjp6HdAwMm5p+941Y2Gyu5imo4Xo9m6O5axdXRA==



AXENCIS

AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com: SONNYX Women's Alloy Cute Simple Gold Paperclip Chain Pendant Smile Face Choker Necklace Set, 6 PCS: Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/SONNYX-Smiley-Necklace-Paperclip-Pendant/dp/B09BQMDHF7/ref=sr_1_10

**Collection Date**

Wed, 10 May 2023 05:04:04 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:93::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

VkjVBPhGgqFp/j50DS/J+oj8DR/srPyRqhqYWiFQbvhxmagB4/tm0gYGglTNFcW02JNbNnF/gG9kJ0Be7OdOnTMgBZZ8j5AE4reA9XOEedvK8NUtpPKV/55yMDfC6mKHgbxCqdClqJcFPND8eZqdBhnJVAS6WKE2R51bOpD6eBE=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]SONNYX-Smiley-Necklace-Paperclip-Pendant[fs]dp[fs]B09BQMDHF7[fs]ref=sr_1_10]]_Wed,-10-May-2023-05-04-04-GMT.pdf

**Hash (SHA256)**

5b5c32ee20b024f4d0ed54c6874b3439ae1cd4369fc49d1b02cf1cd639f6bd22

**Signature (PKCS#1v1.5)**

Ka9lnONM3/DSRZRmhGHyilYAf84VcZWyyhvHns441MwP3XXO1LajFgrMg7VnU8uxSj5F5qaRcPCUUy9xDC+uf52sLeW+sq8ywMH3ley/IGlMipPCJEAe9GIEe8pLIV97/fwt3Da0yXFAw0ra6Y/iWxXvlGNel0H4HZMqm5YkP98=

















Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Wed, 07 Jun 2023 06:37:40 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

111.92.118.122

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

RBlTJjKHYUYzsgo5uRi5iluk5m70vtfzHiOCLeaXBBtvCBqkrvy8YwbsiFe5KG9EbuSWBx+Mm9M8SKoMwkyi4rbJ7J/cBf1Hbto70hTAm6QqivuAbvfmMkg3m5X9oZgRXfkgUoMZprmwDtIbXoKiYZhxRi4x0btWrYee6AxN6IbMo/s7O9QdRV22w8SiLtc//oPglcv22d5OTlBR2u+5X7+nlZ72mNOG/PUPOByZVfaZC/PEuJpeUr+RZUw3iH3XcTKVLApwATBI/qqxHIbXcOsHxbuQdOglcTKyPqxo9FzqWVK5DzYQY8sgOFhfwNboml+wv6QMPhfy06YxJ578DBA==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s]fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Wed,-07-Jun-2023-06-37-40-GMT.mhtml

**Hash (SHA256)**

9adaf19254f81beac73fabecc088361a051be037d7607093 0d242a5011744cf6

**Signature (PKCS#1v1.5)**

C3RkGXAmtF0q91Tig9Rk77m4ZDl0zlJtK/YxGMyvfEXntPtSrOS9ymHuVoRGKMYlPkTNF14GaJcgjC9+wW40u50jVy1DiYUi/DWrMiwEMkMmohdX2TuQzppzezyXAl/Dpdezbm3sfTrVoVe4wO4xq/B3WEGJo8Wig1B03E/wSr/Dg671ASA38ovlAeJoiuJ967Ycz2m8tLgFH5TwAvSNBwFICSAzo9POyvX1XUPSn1gJ/3jrX4TRroSWtTGK4LjZwPCQRuuXgaYTN+hDqbxwLTmHhRVeywcCGJrSe4uEFu9WDJc+U67jG1pm4uAGGsSvKV4bhGv82zT6x1pWvkLTA==



# Evidence Collection Report

Page Title:
Amazon.com: Aisautchzhz Angel Case Clear Wings Case Cute Compatible with iPhone 11, Cute Pastel Smiley Face Case for Teens Women Men, Soft TPU case Cover : Cell Phones & Accessories

Collection Date: [unreadable]
URL: https://www.amazon.com/Aisautchzhz-Smiley-Face-Compatible-iPhone/dp/B0F81RQ6M/

FORENSIC VALUES
SHA-256: 8e3f2c1b... [unreadable]
MD5: ...

IP Address:
URL: ...

Browser Information:
User Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/...

Signature (RSA-PSS):
...

Digital Signature (RSA-SHA-256 / ...):
...

## File Signatures





Investigator Name: Neha P

# Evidence Collection Report

**Page Title**
Amazon.com Checkout

**URL**
https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**
Fri, 26 May 2023 22:57:44 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Neha P

**IP Address**
2a0d:5600:8:36::5

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Jqk+mdFBKcmsXlOGXuKsnpaVcUt4azxhRVIMWL3phTKNhP3T2xta1IASaErM5kcdzA8yDUqeKdkryWztEQT8RMyf1nivYFe+6PtgNgVTWedHMppHiY5VS+yKH8v31meruymwHrYsqr+ONiuGt21VwhcMWWbdYXdyAjUVpOgsCcGFOCkV5hyfHg+mkcDDljrKqdjou9MrH1YaZuQOdJS/MxTtby04VVEEkFGoQPsR+7F3n1xgpenjB6rRh6Q2EdfLnu5LgvsYgdi2z62iTzrjxQjfYELixVDrqHiJEygGRe51F0JcMgjzAeX6lmTttJk1IoLiBoNRz1BlosVLjr2d3LA==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**
screencap_[[https[s]]f[s]f[s]www.amazon.com[f[s]gp[f[s]buy[f[s]spc[f[s]handlers[f[s]display.html]]_Fri-26-May-2023-22-57-44-GMT.mhtml

**Hash (SHA256)**
1b1e3e6ba3adc83566db4a86ef385773dc76c92edea7944181f9f4a9c01449a9

**Signature (PKCS#1v1.5)**

ef2f6fwtyja15uNb9ChY6QgkEo6ipuk//CVDQtyTZwHKJPMWQFgM5tANgnjjp3wpd2DC4uIe+MWBVVFjHWyTMJ5mSMoZDGSc+2/wtwRNPhuFCUTeQUYhoF5Y5BJvCjRHf1yTVxuGCHmMpX8HcZeYrJtJNa7B9HANe32K9OmERPae2Ew/obndbmCrtVLCf2IozdUYbwYz5P94hsWmV5cQdutrChiugo/zg7Cl2QwYZm/mtNk5rD5JANb2KHsB0u6LdCveDwY5q9DvlQwOdOa6JmYG8tkCVspKZlpZqMsOFJT3kDzDrWfeBOUxamNnGrmE9NOvZcmyc74bnhsQzA==





# Evidence Collection Report

**Page Title**

PDF

**File Name**

URL

https://www.amazon.com/Sterling-Expression-Bracelet-Intellectual-Id-Match/dp/B08YW1Z03J/ref=sr_1_202

**Collected by**

Chris Nevins

**IP Address**

[redacted]

**Browser Information**

Mozilla 5.0 Windows NT 10.0; Win64; x64 AppleWebKit 537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature** (SHA256 / PKCS#7 v1.5)

a5a2c6ge53a0a2a7b2c60dfdge4c6bf43a6gda9...

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_B08yW1Z03J.png

**Hash** (SHA256)

7ba07a27b3ee597d24232c8b08527221495491ef7606a996e67136797a5f6f7

**Signature** (PKCS#7 v1.5)

7d2a27bb38cb0272937552cc9593d3a3b2e6fa49a42b83ce7a6de8a60cf86b710e52e7c7ca4a471c8a5de2c7d





Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Wed, 17 May 2023 23:32:07 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0a:1dc0:4:3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

bEEFOdP7xmb89NZEoINeCl0btX2ayWDT0Wnw2oF/KM7dT1qEZBNCpzeJDysSVVxLwRHdGiVtjPbPbzKnyGUGWX9bt4tWzksllo0YfdxzWatio+7z0ur0ksWctFqGZqHevLakIfkvkAuX+1EVDUSPuJK41ALJYAZtrhnwg5l1eSZG+3//g1M3swWXgwr02QQs4MZYsRX2fcQDyLU7kN/jwF0x00Dps9J0gsNeLEA+NpUl1puy/qWTYiHidnhBV4aLJg3nm5+zX0mmpejPubgdOQOnAC/o8OvGb17+X9zBcm7tV7b+kIejZmC67G1RuTaElkXwBoksanl4qVZ1gknWA+=

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com/[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Wed,-17-May-2023-23-32-07-GMT.mhtml

**Hash (SHA256)**

8f08c4a5786ef0ee641da723803fce36fed425e4110abf10dabb08c7c71d53d1

**Signature (PKCS#1v1.5)**

c0Ah2ke+iKYE607bBOiLkiFc/gHXirp/FWRO2iWkiSSOCbhyfbN0o0W9tLs5PSjggHQul3b5blc9oTf3vT52g1RwqknvQarOczeGanm/5Z5DBBuQpVNzZzqMFAEl3JdFxa4Ur1ZyyA66GlFCeXXsiLEvygjW1SoaowcMq1ra97CyChl48kU3WHyxu+uPs9EbAML+5ztSTTHEQfIsvQ/jUKHEZsCY9qhJYjIrzo9YmuzLAU+vKTmOO+nIovzLoKxhFnqdjZc1dO+58rHIU3CnQq0JCMU0zfAIWbHpIGTKBD8eVQZPUl/91IgfKyeTm91IyZYkNEMefHSThwna+Hi3ag+=



# Evidence Collection Report



## File Signatures

**Page Title**
Amazon.com: 5 Pairs Cozy Women Fun Ankle Face Ankle Socks Animal White Novelty Colorful Cotton Girl Dress Holiday Crew Sock (aesthetic) Office Working Gift : Clothing, Shoes & Jewelry

**URL**
https://www.amazon.com/Ankle-Novelty-Cotton-Aesthetic-Working/dp/B08KMXGBW9?th=1_1_20

**Collection Date**
Tue, 16 May 2022 11:36:51:578 GMT Department of Commerce - NIST authenticated timestamp

**Collected by**
Daniel Schneiderman

**IP Address**
54.240.197.235

**General Information**
Resolved to 128 beacons 971 in 9.54ms, domains successfully verified 712 of 712, SHA256 verified 128

**Digital Signature (SHA256)** - 9f0123f3131-xx

1a1c4f42b23fa7eb12a4f1e7f57ab5d7037a05e6a42bd5b3ac
































Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Wed, 07 Jun 2023 05:13:09 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

111.92.118.122

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

dPG07twjqnpeeebfn4sR6C2HY5oSiV0342uViGa9t064GSi/Zq1HMRpKLsWSfNw9ZoqJV8s7aAiLBJA7H+tEyGqbEV29hcHnhoGXSBeW0zjadCeq33LraSS897wRgnl0nN2LS4dow6OwCjHRWT3fd2msGcRkdtllRdcXTnMTm74/kMTzLP0W/KYDwVdscePW5WA1QNX5kx9hObv8i/oa2w95CUeyb9pjJWFSY+eJmGmAeXI2l+dXNRzK+d6zT7rOz2jOM3ixkO/I5EPWGO1kfFM+teRwEiC6epXmm2jw8GbJ8EspZG0/ysY+Dzm5E6GcGc0yHFqNCqYdgRALjJqjQ==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]_Wed,-07-Jun-2023-05-13-09-GMT.mhtml

**Hash (SHA256)**

587280c2092580063fa220fe0552bdadbb7028a7a4d61ba81dad11e3ec7fb54e

**Signature (PKCS#1v1.5)**

Y2NqnwMpRRkxVN7zOVHyUJ3hpn2ALxj5BbFx7BgUc3c0TnRZh8PA/G9v6Sh6JTxK40+vzqj1ZxXKTgELykQL5n5udB4f30E1Klz7W/HtuRQf912ffycD56bkkZNrmu1Bo3i0Z0ob9helreBmIeXQnBnXtLhSY3jlqtPWujdLfroSV3wbjspiCw74JAEdyl3EpbMROONW1seh4ZxRKtb5wDJYLF1Qqk8m8csvRf10v+yWNdktB928xlBkHEK4PFc1CeLSpkH3yME9pECd18G9nW2q3di7fevKrJJ1sJ4EnbGuI2AZuml4rL73uWjUAMtJnDLCk4p4ZBVVxNVqxZXMAA+=



AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com: Smiley Face Sheets Twin - Colorful Cute Bed Sheets Set for Kids Girls Boys Bedroom Decor - Kawaii Bedding Sheets & Pillowcases - Soft & Deep Pocket & Wrinkle Free - Fitted, Flat Sheet & 1 Pillow Case : Home & Kitchen

**URL**

https://www.amazon.com/Smiley-Face-Sheets-Twin-Pillowcases/dp/B0B5SHLC1H/ref=sr_1_154

**Collection Date**

Tue, 09 May 2023 09:32:20 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:93::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

bgOgkFUljWSneZHdimiJ4/r7fXBify8zXhN6PkpNg7JJiyGc8Z7ofnIPbLKCWuOqHpAgRp0e6PtUOoZKE3O1pRYO7PMzx6SMiaFuiZSbQt5TqFver6rNN53cqRlax0pKSx6bq8fMcdZ5jqA6nbtnoPXWRjac5VyA4tM1LbOmdjo=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Smiley-Face-Sheets-Twin-Pillowcases[fs]dp[fs]B0B5SHLC1H[fs]ref=sr_1_154]]_Tue,-09-May-2023-09-32-20-GMT.pdf

**Hash (SHA256)**

1f78409fb9fab94aeb336b39996ce1b37fecf20e45905b803f1ca4b83bac7162

**Signature (PKCS#1v1.5)**

jC99QVp3PqUkcinssFzZ/2H3XwLS5SGESlRQruB6hzOarBOY8xCKv6RnR3iyvdGbis8SwG20F/d/tD3n9MzQkTSk89gMPOSMFe14oteactPFmTCvgqvdJZ7dqepoqyfm+Xd0GJ4XY7eOzLuA93z0R6KjMSSo70KMK28DYXnLaqI=



































Investigator Name: RemoteUser2

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Sat, 13 May 2023 17:35:07 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

RemoteUser2

**IP Address**

2001:ac8:9a:1e::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

YUr8pkkKIwvPdV1CxV1tIrNAYqfwLl5xpDJyVoLuQAKK2XRjuE5GcFI8Hw5a2wWjNNuezxbU/XC/UEJ4B4bJI/US4OWJ2tdmIWdKGbuwdQPupmKyfjLfZ5z3tCPR9huHx0KLDbsHZIYzahqCkNDy/254D5XYV69kdo3SuIb3xPwLI9oXT0ac5XGvZ9ICUJuKzMnrnJ70w4BkkMKv1VfoM0ks+CYAcZ7wm1CrtnDMuvYbBCfICJPJXZ4XeRIR3em5jci6mhowB6vyToaTG/54mUYtLeRwYf8cOdFZqPMrFQpaaaJhsnj8OsiVNpxyR/o12WOm+A7vLWmoJHbt1d7e0A==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Sat,-13-May-2023-17-35-07-GMT.mhtml

**Hash (SHA256)**

aa7a5d05b80563044227e55632b2d27b08bce83d55d37de6f52a87bad03597a9d

**Signature (PKCS#1v1.5)**

Imh3k53iqjLI1+wnx9FzIj/0MYF+kT8t9HxduuDq+IfNWhi2H5GL+r56ycvPuB9WDp7TPHqzNfyeVrWbaNr0zpS8fSJI8ghTDaxzbhrACS0MjZtHIF8i1P2D/12Oxbg2PAWatemeDADXiDssGlb3CBu/5UphauoSRhFntawa6WcZioUdd3qZBswirbp/8d31treYeP7ZxFPC38BPBYKCzuyYsa3SozgHekUnYzaeJP9YAG82E1waVEWT9jpEwz9ZFf1izK1wbc5z0k/7ZBBg69/vt83f9gkhKXg90GhDiRmVhpuKRIrdSKwDLO2xjTbaaNdm3anX5kf6nTjPZcCeAA==



# Evidence Collection Report

Page Title:

Amazon.com: 0ct 1 1/3 CT. T.W. Round 4/5 VVS1 Diamond Heart Paper, Heart, & Smiley Face Charm Pendant in 10K Yellow Gold Plated S2 : Clothing, Shoes & Jewelry

URL:
https://www.amazon.com/0ct-Diamond-Smiley-Pendant-Yellow/dp/B0XXXXXXXX_ref=...

Collection Date:
Mon, XX Jan XXXX XX:XX:XX GMT (full department of Commerce / NIST authenticated timestamp)

Collected By:
XXXX Xxxxx

IP Address:
XXX.XXX.X.X.27

Browser Information:
Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/XX.XXX.XX browser/XX.XX

Digital Signature (SHA256): M55XDXXX7 C7
F5qVbYXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

Signature (PKCS#1 v1.5):
8cXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

# File Signatures

SCREEN CAPTURE

File Name:
PDF

File Hash (SHA256):
4f9XaaaaXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

Signature (PKCS#1 v1.5):
3cXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX



      



      



          

        

        

          



# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 26 May 2023 00:23:02 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

111.92.76.240

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

AwoYl98IVYPoTbwMtTDyA1CGOQoka92iGTEvwsCCRcsnuwYjPooTxwYxmnoEqrlakQ7iQJsknma+D3iVtcd5aw70pxJ+yaAL69d4kSG1dspxeOnCGGyey2yOR9kfq6FLu0HaTiYf7XdCcaT8I5JK33kZLYM3i+bTiNwRZ1T143N6PlhcdL2xQ1f9aEFli0sANBptBvVFmaO7xCeYZ1aylg5wvWpLkL/mrSLpvCfsTFi9Tfbxv52B3N0+gfRiYvM9Oj6qRh2BEGuhUl96XpOuQjCTjQC+E5zC1zmC5hAjnOLNmEp9QbCO49gKa3Nqw1vLhyPqcYc6IAvaKb2q28W9Tw==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s]]fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html[]_Fri,-26-May-2023-00-23-02-GMT.mhtml

**Hash (SHA256)**

1a2384c7a263645696d5b56b2525c17c9f4b6a123414ecdd905e221d509fab79

**Signature (PKCS#1v1.5)**

R82SmbE5UgnW3gl2iZguK1qcCgL6LYuoi92nMLbdMlmcgZh5qSy9+ZV0XABZNU/N2wNaJn+1vK1Ca0zNMZ1de9554YjU+KW/j9vAJgnoOo4/71t8iH7WGgKhLVO1GNxwI7/0VS8AUYzUjSWd1JQ/14ZCm7fkdo63U4o9A6W2oDCr6VuqrjQvE77UsQE9DoXoPslLIE5ELziW2VsZGf8Hyv8r9CHgeUXRw3KpTFzwV/L5tabdAvqRTpGz+AqTlscRybZP7RHUu0Xsv/HWBNUJF6uE4gDaBqrgOa65rPATaVswNJoV9Pttz1uOQkN452kovm2iQNP2XX0g4Ptd0YVAJw==





# Evidence Collection Report

**Page Title**

Amazon.com: Sincehome Trucker Baseball Hats Smiley Face Trucker Hat Mesh Baseball Cap for Men, Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/Smiley-Face-Trucker-Baseball-Sincehome/dp/B09YGRFH49/ref=...

**Collection Date**

Tue, 02 July 2024 15:42:21 GMT Department of Commerce / NIST (athena/dtest) timestamp

**Collected by**

Chris Simmons

**IP Address**

xxxx.xx.xx.xx

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature SHA256 / MD5+H11 G**

4673987e78c5bwn5vd7dmkjhsg2uw5h5h98a2kjh4nsw3df6g8yt 98nf6rbt3bsh1r 9p87wh3tbf9h3w83nnhfu7ty38wfnn

# File Signatures

DOMAIN CAPTURE

HD

File Name:

screencap_B09YGRFH49wbtrace-scan34dfhkwnfwr19wber.browsed-84rws-7mn34h5vd0g6k8d13md0aws834fww0.sv5hh19876jw4fw5h6y8hp8.pdf

Hash (SHA256):

a43w83jhf9834hfwnfuh8uf3u98fw9h8fwoefh0q9wfhw9efh834qwhwqw3h

Signature SRD(SHA1+1.2):

n3w34h8f99hq34hb38rn8vwri8n98qw3bh8qwhefhw983hfw3 198whfwefhw93 9q83fh9wq83






































Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Mon, 29 May 2023 18:12:40 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

116.68.102.163

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Xq+hhp27fWEszpSVPudJaLRNLyq4KWqOBwNesNS31BBe2nbcZ/qL6n/YTn+bpvsbJZuWLCAiJNFeAdSlPz3hgBsfopCQxLJ0rwuSD0r769H5T9CbZJ60PnV3Lc+Is4qbLW3OjoJmgQkDbAbWU8DRv/zQK/0rtyYeaHmvoO+vSlznr0Max/7N5qm6nNOGuL+lJTsBfnEtaIWXdNgo9IvaAke2XuVh42TR2jw306lJeVzj0TsCL+fnrZGYyBV9UAr1uIZ/G2B2OJgpv/VRAIL1amwXdhO7nX+Tc8DC8qf2YjJQYceaP8vToc/4T0nS4o/R8FBMwufY4EQbAnvKxfVOBEA==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s]][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]_Mon,-29-May-2023-18-12-40-GMT.mhtml

**Hash (SHA256)**

b9973a00d00531b29381f4ff9fa82a442d272a82134f48d7420e659cb7f587a4

**Signature (PKCS#1v1.5)**

BbYIKJZsjrohXCM6BPMrkyyCgvaFvtHDwVmBC/MxAlPGOwrpZczAm0FeNdmC59sWrjE0ZruxvEoJdTbnkn3/+yTjru6ZdeG63agHYfDDavnD1ro+mwGjupWe9dqKg+W4LZzuDl5qLUFvx95KyVtbqrAq8atRg0ZO600bXkt8rHp06faq/I8fpZ1Kq/aSJ+Ajg7ApUBMD9eNVpx+NwOBPwOTED0BsdXCeFjz2N0LRxCXj0W9M/z3CM5c+b+rugIctIYzhTdC92qpOUNySd1tc5wRRGHtyV/4jvKy0lCpNZiCy83caH/eKZ4hIFbnyLfM8IHp4501nCNvjNYXiQbsxA==



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Jaexzpoe Rainbow Tie Dye Smiley Face Case Compatible with iPhone 12/12 Pro, Rainbow Tie Dye Smiley Face Pattern Slim Shockproof TPU Bumper Protective Cover Case for iPhone 12/12 Pro : Cell Phones & Accessories

**URL**

https://www.amazon.com/Jaexzpoe-Rainbow-Compatible-Shockproof-Protective/dp/B09NSVFFK5/ref=sr_1_8_mod_primary_new

**Collection Date**

Wed, 26 Apr 2023 07:04:07 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

bO9mwInQRuMAWYFOdcJYr+ekk7l3t4ukUvHQvkgY1obvtZKknwPc2sG1goKtxCEIpGg7D0deyyuzV2Ohq97p3CvxWbCbNpddXu7ui1PgDvksOf1JexsomeXps5e7Iw4qhT2J9eEs4JWXUS94ncqo6BdLFpuG7Tnvw03zhJIElZc=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Jaexzpoe-Rainbow-Compatible-Shockproof-Protective[fs]dp[fs]B09NSVFFK5[fs]ref=sr_1_8_mod_primary_new]]_Wed,-26-Apr-2023-07-04-07-GMT.pdf

**Hash (SHA256)**

b13bd66125273fb1a1cfbc4b200a346c82510419bc3671e1e86b3d20e8eb4666

**Signature (PKCS#1v1.5)**

PwHmE3B8krlX/Nzr65HTBg4Rz0V3VThg/KKBkYjmIIo853H82u+ESMKQ3XbcjAQ7192kBoYSZK8ztnbJbt2LxLmid0zZhSkHHu+pgVBZVCmGZOIv4qa4o9SGwpCZvvxLkNzbT5BeO9QBidFIVEd2q32hrUjxqRda/+VLYHfgxTM=

































































# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Wed, 31 May 2023 18:56:35 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

111.92.77.63

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

ZkEqw7siszThiTXU2VYpx590euayymbcy8FZNP89JZ/dJNCooA3DgQRWvAx5RwTuN5aQbmdYCLsxxl4XPzcrEQh9GLdpfbL2Pel86VhxLMlgmVucEMu0mnW7iQHONOMkps/3OYz6Xibo2tjV2RRcDyz3TYOT
+umQG539AjkG9x68cqgvCoAm3XCQvPe1vpCAgNplAo5ebneJUYSBC5u8xaKjbqdHTlFms344o5lSjMGq2isp8sFE77KwaEXZhXAWQtuLLWimPaK9xhm7dzY1mFsi8mVGTlmCx0PljGUi2B+q9W7pyQNTPd08zwJhE4knaa34t0yFi13xF+WYV8QyPA==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_|[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]_Wed,-31-May-2023-18-56-35-GMT.mhtml

**Hash (SHA256)**

51acca763b812aca9fc93b18e7494aa071825503723c87a2cabafd409748f82f

**Signature (PKCS#1v1.5)**

Uu4v9pe1Z3hzvXtazxQhAjpOJjCPCl3fvcKjsWDnw43kDsWJEoVYBsKoLAWb872tCMrmUa+gEl6iWqLJG4oskPfMunt4V4NNFywj8F9e3ekteA14tlSpbvT/10kDHqNVdqHXtlEQCupNpk4eRRlln+6556mbeYwivlggMSXx4NyTMFCPqpz+Nx/s8ynm8fBxU+uoNKzojV0tPv/EKNeqXSJGpPOQffRXEIA
+HNF1m+bEWvbFOO3xd0wwwKqUU71AHooo8oPPo3CRjduy5oKCjWqK8yI/8wXH1x1ufk9zKVybv5pedg3wceLJOVUHnYjft+hzWVVMpR/ubF7tBcuqyX6Qg++

