AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: 6000 Reward Stickers for Kids(27 Styles),Kids Stickers and Teacher Stickers, Sticker Pack with Smiley face Stickers, Star Stickers, Incentive Stickers for Classroom Teaching and Home use : Office Products

**URL**

https://www.amazon.com/Stickers-Teacher-Incentive-Classroom-Teaching/dp/B0BJ2FVCFQ/ref=sr_1_74

**Collection Date**

Thu, 20 Apr 2023 08:06:12 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

X8fQQSk1JwSqWiXbkirS7HXhZps82WJYzPT7uEdOJz8llRzKTugZKq89uc9Oh/tZncEyg5KZBJBAsgy2MGV2cuj1drOKn4ZEgDZlLUTk+6uRaJJfg5bdnSv+buF/glMAGmSjc489kktPNRCk8dlqJUTM25QrJ/OWbCoAH4jJIE4=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Stickers-Teacher-Incentive-Classroom-Teaching[fs]dp[fs]B0BJ2FVCFQ[fs]ref=sr_1_74]]_Thu,-20-Apr-2023-08-06-12-GMT.pdf

**Hash (SHA256)**

0a7d089a93234f988530f204edf2fe063b2d59d9c578230b3187c44de7464425

**Signature (PKCS#1v1.5)**

HHOOcY8eynDGuKQAK9nngzNnw8+nBEpcgjJmA2WXfYlEjnV0bRXHOB0ANs9webnT4QUVbrl88srlCmmVcimW994CQluj4KKKAGx41PQAWMRY/4LPpl0ZQtVjR2t0LL6mPtNuAm9ZcpRVb/vTwujTMi8kabl88//xxrHA3zlqlis=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 19 May 2023 05:51:55 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

MkTBC+iBMhlkkdDI7g/tRjdxCHtNVc3arjL4c2gh7UmHJucB94Q5BLuCBod6pW7VeyRu/uNtku8w0rMQ+NoattSNsstgHONHkPJsKl4lBT37gYNpEDWErMHqICn7R4DeZWK0MLsU/xw6LcLGoQMKagJrfmgutgoO3f5Wz41YwUKt7mMGdEEjCzwc
+6T46oMBPFH4oyiyMTZwj3KtQAZzrzltvVyCeW80v19QRS20joBMhbdKcuBDA7T4OfCpGOnLku8oRSdzrozJ6zfw3XP0TcCymgVT2Gu/sR8le8QidIO8eQu1s5biy+Igh08oboHhIiDF8UQR4IUTGbUOQ1ww3w==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Fri,-19-May-2023-05-51-55-GMT.mhtml

**Hash (SHA256)**

0901df9e33f105a77e1f86bea5cd68c8b9b2714cda658d49253581a2e8995c8f

**Signature (PKCS#1v1.5)**

juWiRatAiKie5yRfpK5etrkIzXZ0FdEnHaQyFj9wbhzWHOiRaPWhTQ2FjZ9UlV5MDU/26Bjohp3S/FPApZOrfODfiyy8KTAwxnhsGcnZEoD6Bvk7jx/3QxEa9OjCVuI/3f3p1YcTdlD0noMSFNW+QCmmJVRTZMtgxTjpQaMRuW1lFUgG84rTAH1/7b0i
+O43DjhbTMPvztQkzIZKAlDE3SbRksM5gBdFudValn/WZx6TQJIAvGN06huzp7rkMFlLUKsHvLOfl0AZHxGoJvpzqaAOOlTXMtXl1cAmPoMyzv5D1wV3OL1qFHXJ5G2pXf/THulFTGyaEO1hEYKxs5ukfQ==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items with your 30-day FREE trial of Prime

Get FREE Prime Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: May 21, 2023** If you order in the next 22 hours and 44 minutes (Details)

Items shipped from Amazon.com



**6000 Reward Stickers for Kids(27 Styles),Kids Stickers and Teacher Stickers, Sticker Pack with Smiley face Stickers, Star Stickers, Incentive Stickers for Classroom Teaching and Home use**

$6.99 & FREE Returns

Qty: 1

Sold by: Sjubaopen-Direct

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

**Sunday, May 21**
FREE Prime Delivery with your free trial of Prime
Fast, FREE Delivery prime

**Sunday, May 21**
$5.99 - Standard Shipping

Place your order

**Order total: $13.47**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $6.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $12.98 |
| Estimated tax to be collected: | $0.49 |
| **Order total:** | **$13.47** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: SLOONG Y2K Necklace Smiley Face Pearl Choker Necklace Summer Rainbow Polymer Clay Vsco Beads Necklace Colorful Boho Cute Handmade Jewelry for Teen Girls Women: Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/Necklace-Rainbow-Colorful-Handmade-Children/dp/B097G9ZQN3/ref=sr_1_172

**Collection Date**

Thu, 20 Apr 2023 05:07:46 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

KJa63q0D9xTx1lvSMkl/JAi5j/z+QiU9GSdlSklhQQOrvfUMfD/nEq8NWDPk0lLgWwLu9XMvS44of89mX7UcmsRNaXsKjm2B6c0eyQT0IvVsOJj9eD6FeDS+MnKsAzbN60Cy2lLmtb+MktmoXzU2b6T22aH6srq5doIpLMWcBWA=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Necklace-Rainbow-Colorful-Handmade-Children[fs]dp[fs]B097G9ZQN3[fs]ref=sr_1_172]]_Thu,-20-Apr-2023-05-07-46-GMT.pdf

**Hash (SHA256)**

c0fa012c6508bdc0980ad4a0ccd41cc4c3fd5315277f817dfb9347fcb3f30215

**Signature (PKCS#1v1.5)**

OSwOSNwRl+kySY+Gf43+0A7a24KpbWd9gCc7B6W1J7EI1qhdWSOB64RxTljR/lQyyWswgQs3AZ3QUFmYKMNEB2eC+cUPxYVJ22WQrLSEb8SYYfQx65Ms6YCjztxxCraMSa0jnfwfHeOgu9Xj3C44jEztXfFqG6b24MmFvtmBVyE=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Wed, 17 May 2023 11:15:27 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2001:ac8:9a:d::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

RM7PWvCpbE2L6nsZMF2T7zCyGesNjOHtNsPiLOJ935WzuIHP1vcsR99C7DoXDPhbV7AUwnIs/FwZMO50aTNf6SuciOjFN2HYZTxoNj7KAQxPMovCkuCCHAQ7FiGVX3NsfREYnW/0oZBLCagjNxPqIvIL7OOX1PuNYuRTbsNzJXydWURRI5pRM2HAFVyCUcMOKJIznG+/
ivEmlNqHtFPBOpCw1CEWWNikp/cxDNxFbfoIWNoMxDOWSdv68dMho6tCRT6DB0CnJkIz2aoeaNn/3kukeV4N9i3viQ+gHtj6xEBt33Pn+BYb0qSnlfqnvOdAcBrk2+5huXspfbeIcSA1Bg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Wed,-17-May-2023-11-15-27-GMT.mhtml

**Hash (SHA256)**

2ed311ee638f4420874e868a5b7f9182ecd1d50ac531b2e7cf72c475b2f349cc

**Signature (PKCS#1v1.5)**

lCtOlmthwwVsxOTqJsB5GzmkULtql7fLW95SJ3YSMGdhAwqkWU214Lb/57UOpI4XcvSIX88cn+gmjlJtC8tU9N5ZrCLIsusOsMTW6WIZOAlEkS+6WaqfNTSAQ1pJG0RX0m2Y4AyLSpL193gsyBJPpeX2M+3dOX46W
+ne3INm6jdRe2OdG7IjrBjgujwIy8du5PnzVe4C0aOHkQFkzsmUGZrTnJwWsxlnwIz/welSYW35dCGC5bakyFlpd7Q4DJ1Qw+n+o4WJ3BkBeAD3FBBc0EnCx07bX009bZ5qt2w2fda/v4OicW2/ulyGmEnqPS6emLnqTQr7wuk9T1oYJj48dA==

amazon

## Checkout (1 item)

**1 Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

**Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items ~~Sunday, May 21 by 8PM~~ **Friday, May 19 by 8PM** for ~~$5.99~~ FREE

Get FREE Two-Day Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: May 21, 2023** If you order in the next 16 hours and 44 minutes (Details)

Items shipped from Amazon.com



**SLOONG Y2K Necklace Smiley Face Pearl Choker Necklace Summer Rainbow Polymer Clay Vsco Beads Necklace Colorful Boho Cute Handmade Jewelry for Teen Girls Women**

$12.69 & FREE Returns

Qty: 1

Sold by: Sloong

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

- **Friday, May 19** FREE Two-Day Delivery with your free trial of Prime — Fast, FREE Delivery prime
- **Sunday, May 21** $5.99 - Shipping
- **Friday, May 19** $9.99 - Shipping

Place your order

**Order total: $19.57**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Get FREE Two-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

### Order Summary

| | |
|---|---|
| Items: | $12.69 |
| Shipping & handling: | $5.99 |
| Total before tax: | $18.68 |
| Estimated tax to be collected: | $0.89 |
| **Order total:** | **$19.57** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Sian Kelly

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 04 May 2023 10:57:35 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sian Kelly

**IP Address**

2001:ac8:9a:1e::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

B+GQjn+CZ120qdh3WFRm/cA7yul29J5wCTIs5bqS1OuTs1pitpkAD1/eXxPGuGu0JVm7s3PUxPV/EAUHRf+evZR
+91G7tULqBD8FgBf6k5zqni4Rdv56L6GRQMCcUKY3hWad36reS8pFA2mndIvWMfpOyEZYbYj3aj25qiBrodAtNVDT1OhF6Fa6dQdGl8KNuwDQI9v5Md6d4ySWWN6ctdFyup9hFnJ8NRhnpJNrX/48KR9h
+1CNDkluodYjP3Xc3U8gc8iTjVtXYCxEM52L3ZTdvsBFYz8aHgKBkTsCfdcUg585PkoPJGEyY2mCD4A9Oc1UX4TkvmTAY4sMOQwVfA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-04-May-2023-10-57-35-GMT.mhtml

**Hash (SHA256)**

1750e9d8f40ef7e9c3191921adc46c93f713c7b74ef798aec502bb727ca6a0ba

**Signature (PKCS#1v1.5)**

AQqS72vOXpjeVgDjpVe3dWsUcX5mQryI/mnu8L9YlRRVLQHIPeHYjlxfJkH7jGi0+P9BRB2WMtUdarHGof0sGPuEELWc5UnVTvZdB9qqKwcmasd4f9fyn6dGLzz+KgFhdTYPf0yBtQnY+nTlV8u4Cp4M9+ehAdAZOV5QxmCj1fv8f+9k098j+xcUpj+b7JCzSasyhxxIOpKuRSJGyi6q47a71Wg05J
+zKmurfkHF7N+HVUwLU++boPe0DfOuNT/1aue8jlARqSKn6QBjSL+IQGND/3JQU4zJA8jYSCCxzdYa5/BM5c+9NNmph2GJNubeBe88wKvQ0nVLYh4VZLNTbA==



amazon

Checkout (2 items)

1 Shipping address

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Or pick up near this address - See nearby pickup locations

Change

2 Payment method

[redacted]

Billing address: Same as shipping address.

Add a gift card or promotion code or voucher

Enter code | Apply

Change

3 Offers

Change

4 Review items and shipping

Want to save time on your next order and go directly to this step when checking out?

Default to this delivery address and payment method.

Delivery option updated

Your delivery options have changed based on your updated purchase selections. Please review before placing your order.

Delivery: May 8, 2023 If you order in the next 17 hours and 2 minutes (Details)

Items shipped from Amazon.com

Tofica Smile Face Slippers for Women/Men, Retro Soft Plush House Slippers, Cozy Fuzzy Fluffy Womens Slippers Indoor Outdoor, Anti-skid Sole

$19.99 & FREE Returns

Qty: 2

Sold by: SLOWTRA

Amazon Prime eligible Join now

Add gift options

Choose a delivery option:

- Sunday, May 7 — FREE Prime Delivery with your free trial of Prime — Fast, FREE Delivery prime
- Wednesday, May 10 — FREE Shipping
- Monday, May 8 — $6.99 - Shipping
- Sunday, May 7 — $10.56 - Shipping

Place Your Order and Pay

You'll be securely redirected to MasterCard to complete this transaction.

Order total: $49.77

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Get FREE Prime Delivery and save $6.99 on this order when you start your 30-day FREE trial of Prime.

Try Prime FREE

Place Your Order and Pay

You'll be securely redirected to MasterCard to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Order Summary

| | |
|---|---|
| Items (2): | $39.98 |
| Shipping & handling: | $6.99 |
| Total before tax: | $46.97 |
| Estimated tax to be collected: | $2.80 |
| **Order total:** | **$49.77** |

How are shipping costs calculated?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com | Tofica Smile Face Slippers for Women/Men, Retro Soft Plush House Slippers, Cozy Fuzzy Fluffy Womens Slippers Indoor Outdoor, Anti-skid Sole | Shoes

**URL**

https://www.amazon.com/dp/B0BVFKNYKX

**Collection Date**

Fri, 05 May 2023 10:09:31 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Fp1oUs4TiTF9pl++t3a3BLfy3sP8VXiukEh18oa+7jq9kNm/UV23OTR7BtdPnr263OdQSvx8aH5ZGvv2fpMFAVkGcglW3Z6E/S8Y0eWAmoImBI5AoVgaJryVCUInQp1lZdR6vHkdiJPcQYvk1OY+pg1xTdhfa+txzosrVXpyrbeXmKgrHt6RDML8VWWeyMXD5MntHnqzjlY9nBI7GFW
+flT8CwGQYcjvyC3CK6QXvP+7oEJLcyQxG/UPOYZQaqhdccpdOn7xA3qEybSzvvZDJhYbLcnQQr7ithwMXnIm0+/fA5gEQ9yh/9d59kkrkr33Wvq9S/NRKAmXrKdKMmhszQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B0BVFKNYKX]]_Fri,-05-May-2023-10-09-31-GMT.mhtml

**Hash (SHA256)**

4a08a7f1c6221e6ad29903851526a66368b073460fa4fcb1490af7b1282bb7f1

**Signature (PKCS#1v1.5)**

AV1BtfM0NcLekuY2LEmxdquDADL7wiid6puj0g4aZsjGOpHf5BgbMKcspLajyT6CNuHoawX6TftRgVP6leQZemus9u+y9Y6CUmHi00odDWO9UGdOpbkLxSftXNXuIn1he7NQz3tYAQ4C/SbDqtMOFnb5mMKRZyLPsvZ79zfdg8lqosi05B7zoZEYS/rJT8Qsz5arQxQT0dGRiy3cLWDXYyCzOmZlk2/
QqIJCx9ufLmR0PydwsdKabiNgHl6gzu6kt+gykBYnj5m9ELiByUP2lXlH4gHIwMTyaVwNbQ2beH9cITYUCqvp6UJxhMmiXTceQyLR5/IvS5rqju7MQSBUyQ==



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Slrioks Cute Colorful Smile Face Keep Smiling Phone Case Compatible with iPhone 13 Pro Max Case Lens Protection Shockproof Fashion Soft TPU Clear Happy Smiley Cover Case for Women Girl : Cell Phones & Accessories

**URL**

https://www.amazon.com/Slrioks-Colorful-Compatible-Protection-Shockproof/dp/B0BFQZ59DX/ref=sr_1_87

**Collection Date**

Mon, 24 Apr 2023 09:22:06 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

nSOHOZXHbz8Oj0Oa9CwSqg2QrauiWQG1/NGfrAh7iEVkswtXFSZmY3KdQGisgbS57tYYWK3/t+u2FMFixw3+wcekld01xnpgUU31dFGJXu5Dz88hGE95L3M/YIcYvpg1NutLMm07gem6w5V+AZWZHl1If6HHtXsLHx9VqLCl3yE=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Slrioks-Colorful-Compatible-Protection-Shockproof[fs]dp[fs]B0BFQZ59DX[fs]ref=sr_1_87]]_Mon,-24-Apr-2023-09-22-06-GMT.pdf

**Hash (SHA256)**

5bef4b1f22b584c7f38c6eb034ca6291b69f32683d78cff5238de8c6268a87e7

**Signature (PKCS#1v1.5)**

I2UiSZcFfrsColpUO/DCceASa2ypmkg0vbZiMGmaqe7xQ8NzsZaR8JOpz9nawO7ojGjQcYWlzYfg6Z7KTLczC2elSgtS/a4VOa1xy+/2PV+xgr+0ekEG+ZcsSSdeu7LCSUqTgkwsGudyelp1aCvH2E0ZGMaJ9dpkqOeDlkCnl5Y=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Sat, 27 May 2023 00:52:48 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0d:5600:8:36::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

EnmJ7R+BYR3bhExjAad3zodpFTB/G8qflQLPMOz0J39SXkjK6fJiR/
Ol0JfxACt7so86mtkfXTVfKeVfxugfccc29UBNVYNSav5lT3hfLlBZEzq6MfMYbvVzrZJ2l9T16HGa4KkfCD7XkqVEXvmAZ8Ed3STFfyb7pHCrUdDwBUqXKvgZAYemdWVQPl8oH2Wg3innJTTMf25GSLuEyEZLpKLkqsJ3AbiB1LFfKftTX/tWTANuOxqYLfgnbX7UQ4esxDJfr8WuhSf
+tN4Zj98Ap10qnPu0BU7LFIp9TsYLqJpxNdFegMxLzsLAiCqB3xns+9D1YrFHAU0RI5YZNhKqMQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Sat,-27-May-2023-00-52-48-GMT.mhtml

**Hash (SHA256)**

2eddb643aa3cf18d21c1abb42b25d9bf421a53ed594d156258db064b4f980cb3

**Signature (PKCS#1v1.5)**

Jyk6+8d9GJTEA+bo7dFUIUhAeszwc4CyYs1O/lj7jq22268Ce3j3MxoJ3hREshmxwEeW0znt1MzrcSDV4N04qU802Cj7SPYQnjFK25HBee7xftmnepNSQgRebbPPuQ+seV2Qh/Uwo+621Lgh4eL68jo0mFMNhQQzR8uUuwLoil2aTA5sQ
+wSzWccOgqKYe2z2UBDFvaYGywR5dqnTuXW6LUhj2Iqnz4czhhlYFj+eBt1HX0RGQAKgWJoCyT95OHkpO17nGg4LPZI7Gn5aOU6sLwmsUu8ypltKKfC+uLPQg+QHrwTIMLID6HTcGzoK+rwOxQO0L5lTPM+9xpy9sGoQw==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

Or pick up near this address - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

Add a gift card or promotion code or voucher

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**
Get your Prime eligible items with your 30-day FREE trial of Prime

Get FREE Two-Day Delivery with Prime ›
No hassle. No commitments. Cancel anytime.

**Delivery: May 28, 2023** If you order in the next 16 hours and 22 minutes (Details)
Items shipped from Amazon.com



**Slrioks Cute Colorful Smile Face Keep Smiling Phone Case Compatible with iPhone 13 Pro Max Case Lens Protection Shockproof Fashion Soft TPU Clear Happy Smiley Cover Case for Women Girl**
$11.99 & FREE Returns
Qty: 1
Sold by: Slrioks
Amazon Prime eligible Join now
Add gift options

**Choose a delivery option:**
- **Sunday, May 28**
  FREE Two-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Sunday, May 28**
  $5.99 - Standard Shipping

Place your order | **Order total: $18.82**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $11.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $17.98 |
| Estimated tax to be collected: | $0.84 |
| **Order total:** | **$18.82** |

How are shipping costs calculated?
Why didn't I qualify for free shipping?

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com : Ireland Smiley 1" / 25mm Button Badge : Office Products

**URL**

https://www.amazon.com/Ireland-Smiley-25mm-Button-Badge/dp/B07G9NKW33/ref=sr_1_234

**Collection Date**

Wed, 26 Apr 2023 09:24:28 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

h8ayB/28MHoCz8cfe5D6t0cjJ0+xbqiMHkX9lr6hyBvLYs9AGlDQvcI3ua4UXKYDv4yMCORn8ASUwbpwgbTS+SGVTdTz23Nao7+FQC8ROQO6agzhkIBgpLyK3hqh7Sz5xMqpE/GAy/fgWaNzrialDz3OWGPWVVmXmwa3SICfM4I=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Ireland-Smiley-25mm-Button-Badge[fs]dp[fs]B07G9NKW33[fs]ref=sr_1_234]]_Wed,-26-Apr-2023-09-24-28-GMT.pdf

**Hash (SHA256)**

9eb53928ea0241fd0c2d6da9a218b0abcbf7c32b79b5b349d64e83df94a7f075

**Signature (PKCS#1v1.5)**

KQs+XDf+ttLDTBY6KYJdufyYKBNxKjArU9i8EnzqcEHptfx7RaeXqU579ohw/yiRH6L5xS9D9EA7j7Af2lXquueh3vOXov7EKKbQLfnkl0pA2nmrxbOlOl8yEIHFV50KFE1+s41yw1gjRsq2X1InFx3bOEO5rhiI3sirt6HYLMM=

amazon Deliver to ozbaldo Miami 33132 All smiley badge EN Hello, ozbaldo Account & Lists Returns & Orders 0 Cart

All Clinic Prime Video Amazon Basics Buy Again Prime Best Sellers Customer Service Today's Deals New Releases Books Music Amazon Home Gift Cards Coupons Pharmacy Health & Household Products Registry

Office Products Office Deals School Supplies Printers, Ink & Toner Projectors




‹ Back to results



Click image to open expanded view

## Ireland Smiley 1" / 25mm Button Badge

Brand: British Badges

$4.99

Get $50 off instantly: Pay $0.00 upon approval for the Amazon Rewards Visa Card. No annual fee.

Report incorrect product information.

$4.99

$9.99 delivery **May 11 - 26**. Details

Deliver to ozbaldo - Miami 33132

In Stock

Qty: 1

Add to Cart

Buy Now

Payment Secure transaction
Ships from Small World Rtl
Sold by Small World Rtl
Returns Eligible for Return, Re...
Details

Add to List

Have one to sell?

Sell on Amazon

**Product Description**

Diameter 1 inch.

## Looking for specific info?

Search in reviews, Q&A...

## Customer questions & answers

No answered questions yet

Post your question

**Product information**

Technical Details

| | |
|---|---|
| Manufacturer | British Badges |
| Brand | British Badges |
| Is Discontinued By Manufacturer | No |
| Manufacturer Part Number | ire1 |

Additional Information

| | |
|---|---|
| ASIN | B07G9NKW33 |
| Date First Available | August 8, 2018 |

Warranty & Support

Amazon.com Return Policy: **Amazon.com.tr Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

**Product Warranty:** For warranty information about this product, please click here

Feedback

Would you like to **tell us about a lower price?**

## Videos

Help others learn more about this product by uploading a video!

Upload your video

## Customer reviews

No customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

How customer reviews and ratings work

**Review this product**

Share your thoughts with other customers

Write a customer review

**Inspired by your browsing history** Page 1 of 5



Classic Smiley Face Pinback Buttons - 2.25 Inch Round - 5 Pack, 164, Amazon's Choice in Women's Novelty Buttons & Pins, $11.99, Get it as soon as Tuesday, May 2, FREE Shipping on orders over $25 shipped by Amazon

Classic Smiley Face Pinback Buttons - 1 Inch Size - 25 Pack, 123, $17.99, Get it as soon as Tuesday, May 2, FREE Shipping on orders over $25 shipped by Amazon

QY 30PCS 1.8Inch Colorful Tinplate Badges Smile Face Emoticon Button Pins Emoji Smiley Love Brooch Tag Large..., 10, $16.99, Get it May 17 - Jun 7, FREE Shipping, Only 20 left in stock - orde...

GoBadges MS001 Magnetic Black Grill Badge Holder/Universal FIT/No Tools Required/Weather-Pro..., 271, $22.99, Get it as soon as Tuesday, May 2, FREE Shipping on orders over $25 shipped by Amazon

Beistle Fanci-Fetti Smile Faces Party Supplies, 1 oz, Yellow, 133, $6.79, Get it as soon as Tuesday, May 2, FREE Shipping on orders over $25 shipped by Amazon, Only 20 left in stock - orde...

Unique Colorful Happy Face Cellophane Bags | 11" x 5" | 20 Pcs, 43, Amazon's Choice in Gift Wrap Cellophane Bags, $5.71, Get it as soon as Tuesday, May 2, FREE Shipping on orders over $25 shipped by Amazon

Badge Reels Holder Retractable with ID Clip for Nurse Name Tag Card Funny Cute Leopard Smile Face Printed..., 142, $11.99, Get it as soon as Tuesday, May 2, FREE Shipping on orders over $25 shipped by Amazon

Grey Alien T Shirt Scary Grey Alien Head Tee Shirt, 13, $16.99, Get it as soon as Tuesday, May 2, FREE Shipping on orders over $25 shipped by Amazon

charMED Custom Stethoscope Charms - Set of 2 Charms (Sunflower and Yellow Gem) - Gifts for Nurses..., 1,515, $13.98 ($6.99/Count), Get it as soon as Tuesday, May 2, FREE Shipping on orders over $25 shipped by Amazon, Only 14 left in stock - orde...

Cat with Knife, Funny Cute Black Cat Meme Patch - Iron On/Sew On - Cute Applique for Jackets, Jeans, Hats,..., 367, $7.99, Get it as soon as Tuesday, May 2, FREE Shipping on orders over $25 shipped by Amazon

**More items to consider** See more Page 1 of 5



ONCEX Smile Face Patches Fashion Yellow Molten Smiley Face Retro Boho Hippie 70s Fun Kids Cartoon Patc..., 3, $5.99 ($0.30/Count), Get it May 17 - Jun 8, $3.99 shipping

Evil Smiley Face IR Patches for Embroidery Cloth Patch Badge Hook & Loop IR Patch, $9.99, Get it as soon as Tuesday, May 2, FREE Shipping on orders over $25 shipped by Amazon, Only 17 left in stock - orde...

Daisy Iron On Applique Patch - Flower, Smiley Face Badge 1.75" - Perfect for Hats, Shirts, Shoes, Jeans, Bags, Sewing Decorating DIY..., $6.99, Get it May 2 - 5, FREE Shipping, Only 10 left in stock - orde...

Smiley Happy Face Group Logo Embroidered Badge Iron on Applique Patches, 19, $10.00, Get it May 17 - Jun 8, FREE Shipping, Only 4 left in stock - order...

2.63 x 2.88 inches. Flower Power Smiley face Love Fun Embroidered Iron on Patch., $7.99, Get it as soon as Tuesday, May 2, FREE Shipping on orders over $25 shipped by Amazon, Only 1 left in stock - order...

Three Eyed Alien Invasion Mutant Smiley Face Patch, 1, 1 offer from $6.00

Positive, $3.99, Get it May 2 - 3, $4.99 shipping

Iron on Patch Decorative Dress Towel Cloth Happy Face Patch Clothes..., 172, $9.99, Get it as soon as Tuesday, May 2, FREE Shipping on orders over $25 shipped by Amazon

Retro Boho Hippie 70s Fun Cartoon Patches Sticker Embroidered Ir..., 13, $8.99 ($3.00/Count), Get it as soon as Tuesday, May 2, FREE Shipping on orders over $25 shipped by Amazon, Only 1 left in stock - order...

Patch Smile Logo Happy Happiness Backpack Jacket Yellow, 215, $4.99, Get it as soon as Tuesday, May 2, FREE Shipping on orders over $25 shipped by Amazon

**Your Browsing History** View or edit your browsing history Page 1 of 4



Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell products on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a package delivery business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Your Recalls and Product Safety Alerts
Help

amazon English United States

Amazon Music Stream millions of songs | Amazon Advertising Find, attract, and engage customers | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Sell on Amazon Start a Selling Account
Amazon Business Everything For Your Business | Amazon Fresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Experienced Pros Happiness Guarantee | Amazon Ignite Sell your original Digital Educational Resources | Amazon Web Services Scalable Cloud Computing Services
Audible Listen to Books & Original Audio Performances | Book Depository Books With Free Delivery Worldwide | Box Office Mojo Find Movie Box Office Data | ComiXology Thousands of Digital Comics | DPReview Digital Photography | Fabric Sewing, Quilting & Knitting
Goodreads Book reviews & recommendations | IMDb Movies, TV & Celebrities | IMDbPro Get Info Entertainment Professionals Need | Kindle Direct Publishing Indie Digital & Print Publishing Made Easy | Amazon Photos Unlimited Photo Storage Free With Prime | Prime Video Direct Video Distribution Made Easy
Shopbop Designer Fashion Brands | Amazon Warehouse Great Deals on Quality Used Products | Whole Foods Market America's Healthiest Grocery Store | Woot! Deals and Shenanigans | Zappos Shoes & Clothing | Ring Smart Home Security Systems
eero WiFi Stream 4K Video | Blink Smart Security | Neighbors App Real-Time Crime | Amazon Subscription Boxes Top subscription boxes – right to | PillPack Pharmacy Simplified | Amazon Renewed Like-new products

Conditions of Use Privacy Notice Your Ads Privacy Choices
© 1996-2023, Amazon.com, Inc. or its affiliates

AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Mon, 05 Jun 2023 04:54:24 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

202.164.138.143

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

GYALIDKn7Xp7BKu4tWb9azA1CF0jRyxfqzp4Ium3x373Sp/kWscFyONQchOql6JVTbjjgtmEkICjjdKTajXggo04RuThl7Szc3uW+r5Kp1jlgQLRqRfdgEyNXr6GH0r/JZQx/q6ShKbfvzmlPIuIzfm40VqrTeE/sviD/8+OVwtoCyy5lbAoDpUi/5Em2ZA+Rd/XPb7HkqQ+ZYqwjtsLR3r
+VQ6v7cNIXtGiDPdYbsccDngLTEJ5Z0yvI/dNYgRHNW1jMa7SYZr26l6NJbYF8QN560EnwmWQsSJHr+krsVXsOPFLoODPYhyI/mJnvE8+rZt63e6vBLybwGA8Kjmg4A==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Mon,-05-Jun-2023-04-54-24-GMT.mhtml

**Hash (SHA256)**

04bec3b35f2b6e24d6d7e5b180306890d4e952e2abe1125767164951fdb38151

**Signature (PKCS#1v1.5)**

enJeSbDQr0enEd6jPxLPqcC+fR1/EY8xFVU8o/WvOihRSj1zyEkd1phT3q2CZNmW4r6+BjkQYGgnKyo6g1zDsn9CpM2OIrsXolZU0aPo7g5+pxZ44aYNuvxrcPBUWT0wKza3aNf2yGYeh2cBoMbQvX3Lkp9HYFcUdEX+/P3cM/CeX828ju5S//
um2iVJL0diUWe0rqJTfFRCSM4HlDRrYPFAKWS70j8xYdWghbgmN/NajKGrn7FdpePWhm0R5XjHfQJn274zUHlcAdTAnQ07Wravqm07pDt5KVBqDvAuZgwqN3hAbAkN+Zc6lT9VpoehiG7VHIx4k5pfoG3dIkSZVA==



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com : 1.5 inch Yellow Happy Smiley Face Stickers and Unhappy Red Sad Labels | Round Behavior Sticker Circle Teacher Labels, Great for Teachers, Parents, Arts, Crafts, Reward Charts - Pack of 504 : Office Products

**URL**

https://www.amazon.com/Stickers-Unhappy-Behavior-Sticker-Teachers/dp/B07TJ88R4J/ref=sr_1_182

**Collection Date**

Tue, 25 Apr 2023 09:09:27 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

e/CG+qgQGGs6zeGoHDF+3reGxxVb50YOZ7PBqIjjFirHz4nbVt+cXH5oDdcmHSDJQ0pGUEuJYTRHfHaH3QEQG8gqTg7K0bFeaF4Unu9xgwwVTeBFFs/ESsA7zktNpEkG6WphCBzDXPUuhBTDm/WQ4b603S3p+NxMo2tgfZoRHLw=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Stickers-Unhappy-Behavior-Sticker-Teachers[fs]dp[fs]B07TJ88R4J[fs]ref=sr_1_182]]_Tue,-25-Apr-2023-09-09-27-GMT.pdf

**Hash (SHA256)**

f7c4fea4180d833ae1eb35e4d42d7ef63b09d4be5ff02955d471e0ff79b71e76

**Signature (PKCS#1v1.5)**

n455Oaxu7Ln0Jpojn6gxEKDtjZZpnQYW7KkB3uou+I64EOuFtHyDq/6ggo+vdYImWv9e7zyGm++aRMdWUH/ygxctOUgEWAgOZ4ByD8NjA0NqMD05RS0VwpX6QZrK2UByjPsT37mP2g5uV4SkL+OGa8eGjkOSsV6NaKWW/+Vt0a8=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Wed, 17 May 2023 04:54:33 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2001:ac8:9a:d::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

EtbgyPusse9czXhhTvOu3KFNvuctzaqzggmHQZv40mqzTBn4g9+Z5xEF83UcZRONOwv59XXfYpZAN58wrQxqzYWN8Z34UwkRuqAfdHLO34kFdNwsrEh51tR2+kcZg7P0sjjsoACHcEgt7X+vISf8kbn6kWcEI+AHeLQMjVCbJEKZLa9GHgIDx4QfswUzVdmNKzQ/
jkdseH1J7Wy2tdl8cgacMkVnuk4qeKJguEbeptdzz3n1+GjuTxNDNE6vdohjbZLYOWcafM5orbYRmq9+8JFHkfJKkU5q4xDxeXFiJEcfpxVtdhF0csgcheVBgn0gl/nU7YjSj8S4a/eq3/AHuQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Wed,-17-May-2023-04-54-33-GMT.mhtml

**Hash (SHA256)**

eb5c2f444259ec5cd89889971cfe7188abc7e6d12c1640eb4a76d48e44f5a2ab

**Signature (PKCS#1v1.5)**

dd/x6c9BKo1XGMYF4zWaurML4Lqy1PeuPFQjEHCxERbUm9BkrQd2AVb6/sMwt1+G/cmaWii/ZjanIs6JCc897RRa5X
+v8ECKMliHEjp7T0BbDsYRP2iegbUn27jqdZ40IYFqOWWBDg3MhKzcNCs57B7sO0iL0wyFVpkqTOiOL39vtv2a306RWVkjRRBfME3pr5PUlbuHcVIv55jnVgcIaZ5jloryEsCj7rmZmqu/mTzN9xImf6Ptg/z6RXiAyT03D24XFnv4PC5Yh
+DKNoZ35bJTRcJKLYnbKMuO2oqmlr44ecZN8H5NJaPAd6ZvjYX5lecqEfO5IC177oWQ4miTHQ==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

**Or pick up near this address** - See nearby pickup locations

Change

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items ~~Sunday, May 21 by 8PM~~ **Thursday, May 18 by 8PM** for ~~$5.99~~ FREE

Get FREE Two-Day Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: May 21, 2023** If you order in the next 23 hours and 5 minutes (Details)

Items shipped from Amazon.com



**1.5 inch Yellow Happy Smiley Face Stickers and Unhappy Red Sad Labels | Round Behavior Sticker Circle Teacher Labels, Great for Teachers, Parents, Arts, Crafts, Reward Charts - Pack of 504**

$9.99 & FREE Returns

Qty: 1

Sold by: SMARTSTICKER

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

- **Thursday, May 18**
  FREE Two-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Sunday, May 21**
  $5.99 - Shipping
- **Thursday, May 18**
  $9.99 - Shipping

Place your order

**Order total: $16.68**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Get FREE Two-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $9.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $15.98 |
| Estimated tax to be collected: | $0.70 |
| **Order total:** | **$16.68** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com : 1.5 inch Yellow Happy Smiley Face Stickers and Unhappy Red Sad Labels | Round Behavior Sticker Circle Teacher Labels, Great for Teachers, Parents, Arts, Crafts, Reward Charts - Pack of 504 : Office Products

**URL**

https://www.amazon.com/Stickers-Unhappy-Behavior-Sticker-Teachers/dp/B07TJ88R4J/ref=sr_1_182

**Collection Date**

Tue, 25 Apr 2023 09:09:27 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

e/CG+qgQGGs6zeGoHDF+3reGxxVb50YOZ7PBqIjjFirHz4nbVt+cXH5oDdcmHSDJQ0pGUEuJYTRHfHaH3QEQG8gqTg7K0bFeaF4Unu9xgwwVTeBFFs/ESsA7zktNpEkG6WphCBzDXPUuhBTDm/WQ4b603S3p+NxMo2tgfZoRHLw=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Stickers-Unhappy-Behavior-Sticker-Teachers[fs]dp[fs]B07TJ88R4J[fs]ref=sr_1_182]]_Tue,-25-Apr-2023-09-09-27-GMT.pdf

**Hash (SHA256)**

f7c4fea4180d833ae1eb35e4d42d7ef63b09d4be5ff02955d471e0ff79b71e76

**Signature (PKCS#1v1.5)**

n455Oaxu7Ln0Jpojn6gxEKDtjZZpnQYW7KkB3uou+I64EOuFtHyDq/6ggo+vdYImWv9e7zyGm++aRMdWUH/ygxctOUgEWAgOZ4ByD8NjA0NqMD05RS0VwpX6QZrK2UByjPsT37mP2g5uV4SkL+OGa8eGjkOSsV6NaKWW/+Vt0a8=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Wed, 17 May 2023 04:54:33 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2001:ac8:9a:d::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

EtbgyPusse9czXhhTvOu3KFNvuctzaqzggmHQZv40mqzTBn4g9+Z5xEF83UcZRONOwv59XXfYpZAN58wrQxqzYWN8Z34UwkRuqAfdHLO34kFdNwsrEh51tR2+kcZg7P0sjjsoACHcEgt7X+vISf8kbn6kWcEI+AHeLQMjVCbJEKZLa9GHgIDx4QfswUzVdmNKzQ/
jkdseH1J7Wy2tdl8cgacMkVnuk4qeKJguEbeptdzz3n1+GjuTxNDNE6vdohjbZLYOWcafM5orbYRmq9+8JFHkfJKkU5q4xDxeXFiJEcfpxVtdhF0csgcheVBgn0gl/nU7YjSj8S4a/eq3/AHuQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Wed,-17-May-2023-04-54-33-GMT.mhtml

**Hash (SHA256)**

eb5c2f444259ec5cd89889971cfe7188abc7e6d12c1640eb4a76d48e44f5a2ab

**Signature (PKCS#1v1.5)**

dd/x6c9BKo1XGMYF4zWaurML4Lqy1PeuPFQjEHCxERbUm9BkrQd2AVb6/sMwt1+G/cmaWii/ZjanIs6JCc897RRa5X
+v8ECKMliHEjp7T0BbDsYRP2iegbUn27jqdZ40IYFqOWWBDg3MhKzcNCs57B7sO0iL0wyFVpkqTOiOL39vtv2a306RWVkjRRBfME3pr5PUlbuHcVIv55jnVgcIaZ5jloryEsCj7rmZmqu/mTzN9xImf6Ptg/z6RXiAyT03D24XFnv4PC5Yh
+DKNoZ35bJTRcJKLYnbKMuO2oqmlr44ecZN8H5NJaPAd6ZvjYX5lecqEfO5IC177oWQ4miTHQ==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items ~~Sunday, May 21 by 8PM~~ **Thursday, May 18 by 8PM** for ~~$5.99~~ FREE

Get FREE Two-Day Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: May 21, 2023** If you order in the next 23 hours and 5 minutes (Details)

Items shipped from Amazon.com



**1.5 inch Yellow Happy Smiley Face Stickers and Unhappy Red Sad Labels | Round Behavior Sticker Circle Teacher Labels, Great for Teachers, Parents, Arts, Crafts, Reward Charts - Pack of 504**

$9.99 & FREE Returns

Qty: 1

Sold by: SMARTSTICKER

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

- **Thursday, May 18**
  FREE Two-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Sunday, May 21**
  $5.99 - Shipping
- **Thursday, May 18**
  $9.99 - Shipping

Place your order

**Order total: $16.68**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Get FREE Two-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $9.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $15.98 |
| Estimated tax to be collected: | $0.70 |
| **Order total:** | **$16.68** |

How are shipping costs calculated?
Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com | smiley Face Slippers With Exquisite packaging bag Keep warm Couples Slides Home Slippers Holiday Gift | Slippers

**URL**

https://www.amazon.com/Slippers-Exquisite-packaging-Couples-Holiday/dp/B0BFWDS7W8/ref=sr_1_249

**Collection Date**

Fri, 21 Apr 2023 05:02:11 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

ovQI42RDdCrT2fHRbWuj4mbq3CPcu365G/S0G9iR1DlOST3jgnZHtLr2KhGAJgrEHOAGZd6nKcSrruttvJ1YYzPFGiit6L6UChHwyuHOGFi7SVHHX7hZgnUzFC86QqfvEmOSzZ/k+gU8CLzlPGHJGmHqAzedvDSDOPibmalo4dk=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Slippers-Exquisite-packaging-Couples-Holiday[fs]dp[fs]B0BFWDS7W8[fs]ref=sr_1_249]]_Fri,-21-Apr-2023-05-02-11-GMT.pdf

**Hash (SHA256)**

8379ebad623f4049c2a3e7bc331fdc6f9f3feee80a87225bf95f1437fdc84f40

**Signature (PKCS#1v1.5)**

TbVC4XF3WW/ZiKYZkoXCyh7uk7hsHvp4qOVeyqG1uu1kOmWVUJR1dSwvTygfbGG5WL0kmM6h5YXY3YHEEJ3qXirFCUxLLwFm0T+XEUmFVdYwRsXfEx+prs1spp/9DWc6M1Tmz9gz0vQYH2QLXOx3VRncsvWJz34pAItBTErUtYk=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Sat, 20 May 2023 07:52:47 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

116.68.96.16

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

aKwGqMSdW2eNMsELTv/sQdMdePK6Gb8XLsduF0jEwceP94Hg4rwGao5yUFIpZtRpSIWVx7EqoB0mg0mDDNGE2MiD6Whye9OLu7vvzigHoRAAOPmFEoEisof7fgWhMopGGvopnhENZzJioqNaonQBsWcf99FF7N7P9g2RoEhuP7iKkxLZc8gVopvspbT0XkFAhiMw1gXzY+GPMRO
+hYRJFNjg6/8AzfwI16pF15hn9CtTtJJBBfYvt4diuTKkwmgFv7ouEvKYh7tJesQpaRY+jYWtsjmum8pHLiAkg870Pqt7mcDJhZcYS7Y3zByR5yqMD80XpR1783jY1yGqsKRCfw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Sat,-20-May-2023-07-52-47-GMT.mhtml

**Hash (SHA256)**

697e06b5dbd05a40c0455f92822277781494b01b4eb1e18bba5be5ab80986cc0

**Signature (PKCS#1v1.5)**

Z7/CNdFscLfdXo8Jif3QLRRCTwXbxx7MA0U2fQXGMouYqk30MPA5w5qAq7SpMy4tSYYo8jTllUZ6RthDuncBxLht2tXrWxN8GIomFPUHZNGLLj+G37VabY4ijkEuV2QKhAtNeyzgR698CaTtiRILksQMiQv7HZ85bjoRL0FCax98+wDUjT52wAPYyMn442OFDHv8iV5LLFuJwbatBgP6qb1Ws0tjaee/
tWBdel+GsJpFIdbDUdaOI4jB1iLUYd/EcdZTQ6X5vED6VwO8iQVQ7nilNQ9WPWJ8uTK0i8+l1INVOIgdncFQlTDkljx9f8AgfL2Fcbx3U8uGI90Af1yzlA==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

**VISA** **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**
Get your Prime eligible items ~~Tuesday, May 23 by 8PM~~
**Tomorrow, May 21 by 8PM** for ~~$5.99~~ FREE

Get FREE One-Day Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: May 23, 2023** If you order in the next 20 hours and 7 minutes (Details)

Items shipped from Amazon.com



**smiley Face Slippers With Exquisite packaging bag Keep warm Couples Slides Home Slippers Holiday Gift 6-7(women)/5-6(men)**

$20.99 & FREE Returns

Qty: 1

Sold by: smile slippers

Amazon Prime eligible Join now

Add gift options

**Item arrives in packaging that shows what's inside.** To hide it, choose **Ship in Amazon packaging.**

Ship in Amazon packaging

**Choose a delivery option:**

- **Tomorrow, May 21**
  FREE One-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Tuesday, May 23**
  $5.99 - Shipping
- **Tomorrow, May 21**
  $9.99 - Shipping

Place your order | **Order total: $28.45**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Get FREE One-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $20.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $26.98 |
| Estimated tax to be collected: | $1.47 |
| **Order total:** | **$28.45** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: smileth Happy Face Smiley Face Patch Round Size 3" Embroidered Iron On Sew On Emblem Black&White Decor Patch.

**URL**

https://www.amazon.com/smileth-Smiley-Embroidered-Emblem-Patch/dp/B096P9FW11/ref=sr_1_71

**Collection Date**

Wed, 26 Apr 2023 07:33:19 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

hlYn+f+YJxGXOKBoSHTsVloirEMVj5On7Eg6R4Tl8N/q0MeyUx314w3xWACabY+oz5dvCf/IbQ3BSrPxL8yvon4IbN4ynLepUZDjkCecpiEQlagCQYXFtHPGF82t4OUoNkHDf4j8je3Wl+Pdlk8WuF6EGe5EkabHwv6ZXATi5sQ=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]smileth-Smiley-Embroidered-Emblem-Patch[fs]dp[fs]B096P9FW11[fs]ref=sr_1_71]]_Wed,-26-Apr-2023-07-33-19-GMT.pdf

**Hash (SHA256)**

97af632d76797d154d68054d3a0325c8ccd2e4eb5339c8beda647d23e8989a87

**Signature (PKCS#1v1.5)**

jBZLdWnGcd//bAbl/eDCcAer9e+kIEhvKFa8RNz2o1XJfw61txIioMVfWoHB+J9gs8s1hblGHOol2DxlVSxrr4KNWItEKVJUKUUCVifS8ZzlcdsRwWjtsJD2lEH2hyk6ZIRJlpkLn0EWs6wsgCil1bMdNfXIX+k6HWyR1fMyUKk=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 01 Jun 2023 07:48:28 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

111.92.76.63

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

PwKEDhgIDrggTDtGSfXWo/HD5KoopibsuezGMwpwl4pETNYSM6t4GpD5asO30vKsJkj0U8euQOiR21RVZgapjePiZe0/HWPoFzHP/br8NUSYOMg3ZCkuRKP3Jv5yI5U7Hv7rAWTaxJLz4KjZha0M5XeUHt/4HokGDxufGetOiB8cc+yNbTyB5pvY11hnX2kwjZBd83mFr6EDt53RWfKrz/
RWRxryIhWqxbM7RSUM3AeTZNzLNq3oejhDsgEY0jny8kc9oG8V2FqM6lJoY5ZUrYNJHpjOa+vITUsHI1kQeReDyxNw190Ko2n2/HPUVltXfNnmiBWpE5yMqo4nkjxMiA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-01-Jun-2023-07-48-28-GMT.mhtml

**Hash (SHA256)**

23924da93fba7ffbad85b5a863a91369417e2f211cdc2c836929609d2415430b

**Signature (PKCS#1v1.5)**

EV1xqm3RFlP97JL1gaHWKsCaWihrUx+HmlKKyGotCaQk402/CPyxekgsJ3OOs+XiLCsQ3erCfegVLKAufxcnKzeXdkbyk1dcMyFXpdIuMbl+5MP05b8N8AqJm+jLZ95D3D8b5x5CwXbfoO1ETkaxkDOtnmqysk7RfKHIozn8GFinN3fxa0ItaI2zQ42S+BRYPcP6fe5lpQ
+XjFpp1VCo4IutZXgsVYfklf3sDfOjdnW4UeFDZ9kg6S5vz/N5b8zdrQ41AY0pUBOeyNo6iJZZVo5Bp4afnJelKjAkjP454igyNXqwFElDTlBOEz8J0xpTFMheYFE8BQzDn3KIdHNsyg==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

Change

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items with your 30-day FREE trial of Prime

Get FREE Prime Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: June 4, 2023** If you order in the next 12 hours and 26 minutes (Details)

Items shipped from Amazon.com



**smileth Happy Face Smiley Face Patch Round Size 3" Embroidered Iron On Sew On Emblem Black&White Decor Patch.**

$6.49 & FREE Returns

Qty: 1

Sold by: smileth

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

FREE Prime Delivery with your free trial of Prime

Fast, FREE Delivery prime

**Sunday, June 4**

$5.99 - Standard Shipping

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

**Order total: $12.93**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $6.49 |
| Shipping & handling: | $5.99 |
| Total before tax: | $12.48 |
| Estimated tax to be collected: | $0.45 |
| **Order total:** | **$12.93** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com | Smile Face Slippers for Women and Men, Retro Comfy Warm Soft Fuzzy Plush Slip-On House Shoes Funny Cute Happy Smile Home Winter Warmies Pillow Cloud Memory Foam Fluffy Slipper for Indoor & Outdoor | Shoes

**URL**

https://www.amazon.com/Slippers-Winter-Warmies-Slipper-Outdoor/dp/B09J21Q3QW/ref=sr_1_183

**Collection Date**

Tue, 09 May 2023 06:01:36 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:93::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Defv75cyiAVJlygzUPkqWp0rEBlWwuCfUy2hXaZaqhHcz5v/zvozYjFR0kCGOcYGZUbU6tkTOgZhRUo1ZWDxEDA/gwofLcfrnFDSoNAwRruqravGzyHcKxvfY0i1QrS0UwE6JD/J+fb/cpQ+vdXw/sJyPOHRp7UQVEkdF77u7yg=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Slippers-Winter-Warmies-Slipper-Outdoor[fs]dp[fs]B09J21Q3QW[fs]ref=sr_1_183]]_Tue,-09-May-2023-06-01-36-GMT.pdf

**Hash (SHA256)**

aa7185141d9594a9557674a9f4bfc6fdc16f62bc9f16e84bf9fdd25de86ea2a6

**Signature (PKCS#1v1.5)**

QdTScvMyGdjpqTiEhmEI5PV98fH2iKoIBWfKlCtHF8LYhTK4vGw1iNk9Q4m9PEPsSalb/a59ggE+DXOJ0eKVxKbvPCntSVrkeK1g8HnOJxAJO68xEmjEOGrKVqFAr/U7hU6YX7hyddt7Gy8CIl3fmYBFyQUhR0cBHMniCNadkv0=



AXENCIS

Investigator Name: RemoteUser2

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 12 May 2023 13:40:32 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

RemoteUser2

**IP Address**

2001:ac8:9a:d::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

WJLM475Z2X+nm903o9lQL/Evb3lI4+K5kRFGFUEQDTEEq9yXMA8oKQVOTvU9dF0TrAjBahx7dCJj2TMwc3HHQOC+omis/wELLK4H//qe4CugJ5zQzkpC3DVLamS5trLdKKrPQwqm4igitOZfi6KifqNgQa/MvALuu1hOm49daV4ZxcXrs+ypAX2NCuQBXzA3okDlTb
+fPKc7TuHwpERboTOuhokb29LzvVLlK7jNApRw6cLM8jMLCagOi6eni0ajGhzEVPFlYyYxuxaRySVc/JHLo+uFsrG891bTsXS0Q1EX7T2CxLQT9u9u+e6rkOZ6eV4FbVOO7tckdchP2b0YVg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Fri,-12-May-2023-13-40-32-GMT.mhtml

**Hash (SHA256)**

44c82951cbd5e21ce899a3d6e29c2074f779d0b4cec82ad293f94d17c6e72773

**Signature (PKCS#1v1.5)**

CBm0YkwCrNFJ5nWabs1OF47OYLrVC/eRdWQShBBwkh08mWd2c8zZCfdfYXbT3qMS5EOIpxlwms8kHt3KzCHwq+Ste3WeH3H4OgiBqx+xPIpNuYmM6O4p09lm23CQHDa8Tvmu6A3o166dIEeH/DV4hi/
bmAxrRJ0nNRemVAwGtsPrAGvV7nCt1kruFADp1DEyCluD8dv27YoV5ih6iOmOy9mplMPbIIuOG/YYwvRA/08yW90cUrcE2+eK0kvsM/do+VGAhJUuqc18Q5QVpe9ZKgfZ1lh9wIYrBFSPiiSGjkMegbVE7YB5avyc3hixLeCQB9AnZQAPrgy6P47FT4If0g==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Change

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you 30 days of Prime benefits for FREE**

Try Prime FREE for 30 days ›

**Estimated delivery: June 1, 2023 - June 16, 2023**

Items shipped from Smiley Face Store



**Smile Face Slippers for Women and Men, Retro Comfy Warm Soft Fuzzy Plush Slip-On House Shoes Funny Cute Happy Smile Home Winter Warmies Pillow Cloud Memory Foam Fluffy Slipper for Indoor & Outdoor(Pink)**

$9.99 & FREE Returns

Qty: 1

Sold by: Smiley Face Store

Gift options not available

**Choose a delivery option:**

Thursday, June 1 - Friday, June 16
$8.99 - Shipping

Place your order

**Order total: $19.68**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $9.99 |
| Shipping & handling: | $8.99 |
| Total before tax: | $18.98 |
| Estimated tax to be collected:* | $0.70 |
| **Order total:** | **$19.68** |

How are shipping costs calculated?
Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com | JACJZAWA Smiley Face Slippers for Women, Restro Fluffy Smiley Slippers Soft Plush Non-Slip Happy Face Slippers with Smiley Socks (White-purple, numeric_9) | Shoes

**URL**

https://www.amazon.com/JACJZAWA-Slippers-Non-Slip-White-purple-numeric_9/dp/B0BZ8Y9HX8/ref=sr_1_52_sspa

**Collection Date**

Fri, 21 Apr 2023 09:58:20 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

NAKcLpzKwv91CDVKGJP+23mroxaKUaVlOCsRz7cDYfBLRLU2UCqnsMZLPrJIKS8b6MGdeJzCkTzqX5cyCoNtPQ+agdp6QokXIR9fL9LfBm2buaB50JODWt4SWaW1R1oJEbhIG6puMijKKf+QG6imZZNqqxhIP/fNie/j5AiIxJE=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]JACJZAWA-Slippers-Non-Slip-White-purple-numeric_9[fs]dp[fs]B0BZ8Y9HX8[fs]ref=sr_1_52_sspa]]_Fri,-21-Apr-2023-09-58-20-GMT.pdf

**Hash (SHA256)**

7126d804983bb22c23c87285e72a78824f4c894a51e7dde1e941f4d52fad3849

**Signature (PKCS#1v1.5)**

mvmU/FKHy/Gsr+u84sDh3FVALSTo97FubQ1W+skWtGxho3zbNP/OGF0NHwtvP0UU4/TPxhnW/GbvLwlkZQz7AaQgGjRJn+x8sM4tP+vTHrDSLQX7xJrtKnEVBNAH+hjzmXM7E6Mj6vk7yTgIfia6T1+h1/kh+Tjex3bKOergqWg=

amazon | Deliver to Ozzie Miami 33132 | All | smiley socks | EN | Hello, Ozzie Account & Lists | Returns & Orders | 1 Cart

All | Clinic | Amazon Basics | Customer Service | Buy Again | Amazon Business | Household, Health & Baby Care | Livestreams | Beauty & Personal Care | Free Shipping | Coupons | Pet Supplies | Reinventing wholesale, join Amazon Business

Subtotal $14.99 | Go to Cart | $14.99 | Only 8 left in stock - order soon.

Amazon Fashion | Women | Men | Kids | Luggage | Sales & Deals | New Arrivals | Our Brands | prime try before you buy

amazon clinic | Healthcare for common conditions, made easier | Get started ›

‹ Back to results

## JACJZAWA Smiley Face Slippers for Women, Restro Fluffy Smiley Slippers Soft Plush Non-Slip Happy Face Slippers with Smiley Socks



Brand: JACJZAWA

$18.99

FREE Returns

Color: White-purple

$18.99 | $18.99 | $18.99 | $18.99 | $18.99 | $18.99 | $18.99

Size: 9-10 Women/8-9 Men

4-5 Women/... | 5-6 Women/... | 7-8 Women/... | 9-10 Women/...

- Foam sole
- Breathable Fuzzy Slippers: Smile face house slippers are designed with memory form,which is cozy and super soft to wear on and off easily. Always keep your feet comfortable without sweating.
- Waterproof Anti-skid Sole: These soft plush slide TPR sole of fuzzy slippers provide you with waterproof protection. And with waved texture offers an anti-slip protection,which is more durable and not easy to separate.
- Cushion and Support: High density terry cloth foam cushions makes each step with confidence and stability. Cushioned insole with memory foam for added more comfort. The premium quality outsole is noiseless and protecting the floor from scratches.
- Indoor and Outdoor Shoes: Variety of color for choose. No matter for wearing at home or garden,take a walk or go to party. Close toe plush slippers are suitable for multi-purpose and occasions.
- Great Gift: Most popular slippers are not only for girls and also for ladies. And that's very fun and sweet for mom/daddy and daughter/son to wear the same fuzzy shoes. Comfy slippers is great gift for birthday,Christmas,new year gift,or other festival. The cute slippers are designed both for adult and kids.

Report incorrect product information.

Add your 30-day FREE trial of Prime and get fast, free delivery

$18.99

FREE Returns

FREE delivery **Wednesday, April 26** on orders shipped by Amazon over $25

Or fastest delivery **Monday, April 24**. Order within 18 hrs 13 mins

Deliver to Ozzie - Miami 33132

Only 3 left in stock - order soon

Qty: 1

Add to Cart

Buy Now

Payment: Secure transaction
Ships from: Amazon
Sold by: Smiley Slippers
Returns: Eligible for Return, Re...

Details

Add a gift receipt for easy returns

Add to List

Have one to sell? Sell on Amazon

## 4 stars and above

Page 1 of 15

Sponsored

- Ejoojhvo Non-slip Smile Slippers Soft Plush Lightweight Comfortable Home... 80 — $14.99 prime
- Doxwater Smile Face Slippers Women's Men's Comfy Warm Plush Slip-On House Slipper f... 235 — Limited time deal $16.99 prime List: $24.99 (32% off)
- Retro Fuzzy Face Slippers for Women Men, Retro Soft Fluffy Warm Home Non-Slip... 225 — $25.99 prime Save 8% with coupon (some sizes/colors)
- Fedsdiul Smile Face Slippers Plush cute slippers Non-slip Retro Fashion Cozy House ... 56 — Amazon's Choice in Men's Slippers $15.99 prime
- BOOUKILE Happy Face Slippers for Women Men,Retro Soft Cozy Comfy Plush... 162 — $17.99 prime
- GRS GRANDROSÉ Women's Men's Retro Face Slippers Comfy Warm Plush Slip-On... 92 — Amazon's Choice in Women's Slippers $19.99 prime
- ALEENLA Smile Face Slippers For Women Bride Indoor And Outdoor Cute Pillow... 61 — $15.99 prime

## Product Description

***Size Guide:***
*US Size: Men(3-4)/Women(4-5), Shoes Bottom Size: 37/38, Sole Length: 9.84", Inner Length: 9.45"*
*US Size: Men(4-5)/Women(5-6), Shoes Bottom Size: 39/40, Sole Length: 10.24", Inner Length: 9.84"*
*US Size: Men(6-7)/Women(7-8), Shoes Bottom Size: 41/42, Sole Length: 10.63", Inner Length: 10.24"*
*US Size: Men(8-9)/Women(9-10), Shoes Bottom Size: 43/44, Sole Length: 11.02", Inner Length: 10.63"*
*If you have wide feet or you are between sizes, we recommend buying a size up.*

***Package Include:*** *1 pair of Smiley Slippers and 1 pair of Smiley Socks*

***Friendly Tips:***
*-Please refer to the size chart to choose the correct size before order, If you have wide feet or you are between sizes, we recommend buying a size up.*
*-Hand wash or machine wash with laundry bag, air dry. After wearing these plush slippers, blow them with a hair dryer and the fur will be fluffy.*
*-As different computers display colors differently, the color of the actual item may vary slightly from the above images.*
*-The measurement allowed error is +/- 0.1-1.2 inch. your understanding would be highly appreciated!*

## Product details

**Date First Available :** March 22, 2023
**Manufacturer :** JACJZAWA
**ASIN :** B0BZ8SC2K2
**Best Sellers Rank:** #265,671 in Clothing, Shoes & Jewelry (See Top 100 in Clothing, Shoes & Jewelry)
#836 in Men's Slippers
#1,425 in Women's Slippers

## Videos

Help others learn more about this product by uploading a video!

Upload your video

## Products related to this item

Page 1 of 35

Sponsored

- ROPULP House Slippers for Women/Men, 2022 Women's Checkerboard Slippers Teen Girls ... 45 — $17.99 prime
- Daisy's Findings Bad Bunny Slippers | Smiley Face Slippers for Women | Cute Plush C... 27 — $24.95 prime
- Smiley Face Slippers Soft and Comfortable Warm Couple Slippers Unisex wear-Resistan... 42 — $16.99 prime
- Euiyi Women's Men's Plush Fluffy Slippers Memory Foam Home Cute Cartoon Non Slip... 48 — $14.49 prime
- Fedsdiul Smile Face Slippers Plush cute slippers Non-slip Retro Fashion Cozy House ... 56 — $15.99 prime
- TOLHYUN Smiley Face Socks, Lovely Smile Face Socks, Cute Socks for Women, Personali... $16.99 ($3.40/Count) prime
- Smile Slippers - Happy Face Slippers, Happy Face Slippers For Women, Smile Face Sli... 35 — $25.99 prime

## Brands in this category on Amazon

Sponsored

ROCKDOVE | + Follow

ROCKDOVE

## Looking for specific info?

Search in reviews, Q&A...

## Customer questions & answers

No answered questions yet

Post your question

Typical questions asked about products:
- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

## Customer reviews

| | |
|---|---|
| 5 star | 0% |
| 4 star | 0% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 0% |

How customer reviews and ratings work

No customer reviews

### Review this product

Share your thoughts with other customers

Write a customer review

## Products related to this item

Page 1 of 35

Sponsored

## Popular products based on this item

Page 1 of 3

## Inspired by your browsing history

Page 1 of 5

## Your Browsing History

View or edit your browsing history

Page 1 of 4

Back to top

Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You

amazon | English | United States

Conditions of Use | Privacy Notice | Your Ads Privacy Choices
© 1996-2023, Amazon.com, Inc. or its affiliates

AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Wed, 24 May 2023 06:14:54 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

111.92.80.105

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

pt0FhsKK3nWIX0Uvh6BLu9Adp1M38r6mCOrStfHz2NlomSZyoiyw4pnst5EhhEkjk0xS6rYGTe3CuFHRzUi2EPFLv87n/OyRyVi14FYzTjzzlqSL53ggq7/VGtmsuBi7k
+8ZyxWiLrgIasERQ3YpDa5AoV5u4mrrMlYIdommD77dAshScxM2gDMA5jOxDhuym44ItfRK3jLZZBhaYyek1un3safj6WPeyn9g9A2Kr58iH+7A7RjoFLZaCh3/9ciW5qoVAiu9q3SeY1eh3F49i/TaGjvWXS7MXT8Fe5NmzJFVYvhjdpitdp1j8Zq3Zmzv/dKr1QDPQBZ8DAPgE8Sf1g==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Wed,-24-May-2023-06-14-54-GMT.mhtml

**Hash (SHA256)**

17eea12e1ca01f18fafceb9af5eb8f20b898f5f862225a6481051960bb304933

**Signature (PKCS#1v1.5)**

BlEjl8x5qi1CumEI5+dAbMlnUSPu6+XuszrKUIPAy0tMZTCLG8fazw96TAn3l+nznzQhC9VyQeylWSdfGyQuG0RFVVAxwwUAuDySI1yyx5prOQIgklbdXulugxp0BNkxA/d3sK7edzmiLLmVIYVq8ZP3/g6skNP64i2BOO1FiaftGSehA04sGZXEFq0Fq2vwwBG6W5cHe/
IfLbBJvXWpcXiJOub4dATluraCbpmAs7axsOBbIMGWEg/7X1wDsxrG2gdh7JR5l6CYWeo/F3/V/9qCK2G72BPa97CQNs9xs+0RK/pdfLUTTahpFs3gJ4TUtKPBvu0FUcvC1evw5rySRA==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

**2 Payment method**

VISA **Visa** ending in 9985

Billing address: Same as shipping address.

Add a gift card or promotion code or voucher

Enter code | Apply

Change

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

Jade, we're giving you 30 days of Prime benefits for FREE

Try Prime FREE for 30 days ›

**Estimated delivery: June 20, 2023 - July 12, 2023**

Items shipped from Smiley Slippers



**JACJZAWA Smiley Face Slippers for Women, Restro Fluffy Smiley Slippers Soft Plush Non-Slip Happy Face Slippers with Smiley Socks (White-purple, numeric_9)**

$18.99 & FREE Returns

Qty: 1

Sold by: Smiley Slippers

Gift options not available

**Choose a delivery option:**

- **Tuesday, June 20 - Wednesday, July 12**
  FREE Shipping
- **Wednesday, May 31 - Friday, June 2**
  $38.99 - Shipping

Place your order | **Order total: $20.32**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $18.99 |
| Shipping & handling: | $0.00 |
| Total before tax: | $18.99 |
| Estimated tax to be collected:* | $1.33 |
| **Order total:** | **$20.32** |

How are shipping costs calculated?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Funny Decals For Toilet 2 PCS Black Smiley Face Smile Wall Stickers PVC Cute Wall Stickers Vinyl Wallpaper 18x22cm DIY Removable Murals For House Decoration Bathroom Baby Living Rooms Bedroom Decals : Tools & Home Improvement

**URL**

https://www.amazon.com/cool-store-Wallpaper-Removable-Decoration/dp/B07F8K8MK3/ref=sr_1_46

**Collection Date**

Tue, 25 Apr 2023 05:54:09 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

XK9npyGjz7VjrFP9LX6qOj/i/5BAOBt0TtY114kHo+WEMiJMTnYRq/4rmAU+yfgeJrNFnvWSxT4ZetKPsDnXtCvKw1ce8auaCPYPgrtavCjy1hiWQFuklSL3wLj97yE2u1OrFmMbq/Z6IkZA6krmDRgQbhIZ+39mZIzbXPXUUZk=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]cool-store-Wallpaper-Removable-Decoration[fs]dp[fs]B07F8K8MK3[fs]ref=sr_1_46]]_Tue,-25-Apr-2023-05-54-09-GMT.pdf

**Hash (SHA256)**

4d092e5c070056cdb4a7a2dc698ad73b89dae830d4ce3229dbf96b0c3fd65bb0

**Signature (PKCS#1v1.5)**

isMaCguwXtKmfCr/Plb3KiUt22CB56RYnQIiUEJLuTJmhrFh6GemQnc7c7DhnnVTR12c2hX0DiLsIw0mstpC33J7aEx9jsHFIdpR+6ykv+2qEf+fNEjPUfWUVKxASLXeayUBtbfGLjSifLni0xWrfqcB2yQISovqrj6SghN09Hg=



AXENCIS

Investigator Name: RemoteUser2

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 16 May 2023 12:10:28 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

RemoteUser2

**IP Address**

202.83.57.61

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

YGjERFMH5wpbNHnuDqC0AanWHf1C13ZmT26OAUS5SeRkUsWQKZ6alvk3HxmXFTJZ6/Ow7OT9c+iJWLkGVSKoUd+3mtNub0d25uCPy4S8VDqV/XlNJ0FBk1XCmTcYtkuD/E34PgFU4LhE/+JnQXn9cC98Nt8bW//c+uDhcv9c+GY0p8LcG73Cnxxr4LsOGpF7L1Wk1+32/
O5k3CCeuNrq65TprYIpyn7S/skTHLp3qo7kGTlmr7WTXTnET8aA5AgpvI81MVmSWMZcsJW62pIGl/bRR8EsinJRwkwNly/K2osJ/m6H9j3DJ5FFVuMxahy0/De/n9J2SrXpPLGv/T/J/A==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Tue,-16-May-2023-12-10-28-GMT.mhtml

**Hash (SHA256)**

273a0308cdb092683ad1e49c8ff75e00b70b2bd7aa986b11f52cde1644e60e5d

**Signature (PKCS#1v1.5)**

QrYoQXAgy0NFT0eQdEMy4n4NnidUpfy+V9sYdxaPYQvM03T7YxBeLJ5upwcHtGIOKOaWSWZQweY/34KDZnZz2zmhZr8vUd9dMnrz7qmy1ilvqlVT3BlLgBBLyAcOhiYYYIzvm7sJcy/4ZyMQhkcC1ewb3pDPgr3gUlV0U14aEIco8pbibWtvWGZIQLnD3lgrCVoIECcACoOnZz8a2w2eN/
lJRr8DSQFvRXsXKJ7YahnP+zkY5XDBJ+/IsfoKcJc/8sDqXbaX53yXr3+A03+Z4ChUGxM/EhugXBAqpb354ivb4ADRm06HHR0Qh0tLKNrY8XgfSUhnQNLQs4/AUBwFHw==

amazon

## Checkout (1 item)

**1 Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

**Or pick up near this address** - See nearby pickup locations

Change

**2 Payment method**

VISA **Visa** ending in 9985

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

Change

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items ~~Friday, May 19 by 8PM~~ **Thursday, May 18 by 8PM** for ~~$5.99~~ FREE

Get FREE Two-Day Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: May 19, 2023** If you order in the next 15 hours and 49 minutes (Details)

Items shipped from Amazon.com



**Funny Decals For Toilet 2 PCS Black Smiley Face Smile Wall Stickers PVC Cute Wall Stickers Vinyl Wallpaper 18x22cm DIY Removable Murals For House Decoration Bathroom Baby Living Rooms Bedroom Decals**

$6.88 & FREE Returns

Qty: 1

Sold by: So cool store

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

- **Thursday, May 18**
  FREE Two-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Friday, May 19**
  $5.99 - Shipping
- **Thursday, May 18**
  $9.99 - Shipping

Place your order | **Order total: $13.35**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

**Get FREE Two-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

### Order Summary

| | |
|---|---|
| Items: | $6.88 |
| Shipping & handling: | $5.99 |
| Total before tax: | $12.87 |
| Estimated tax to be collected: | $0.48 |
| **Order total:** | **$13.35** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Women's Crewneck Smiley Face Graphic Sweatshirt Casual Oversize Long Sleeve Solid Loose Pullover Jacket Tops at Amazon Women's Clothing store

**URL**

https://www.amazon.com/Crewneck-Graphic-Sweatshirt-Oversize-Pullover/dp/B0B55SCFBM/ref=sr_1_105

**Collection Date**

Wed, 26 Apr 2023 06:17:53 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

IYw1j/gxrAJ2f+iQdKdU08R4GX0v1HDUt6pXKkT4YdMBJ3bsOQgGBFUf7EPVl0ylA5J/JvqWsa88DkwVDIE4vWZnLoZU9zAqCKhtvFjwp2XKBCGtr+FAQ7ajbkvVjXNjr7h66ViwbjtoCTyBp4Ge4LfMUQbhyYhMxPOwWroabS8=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Crewneck-Graphic-Sweatshirt-Oversize-Pullover[fs]dp[fs]B0B55SCFBM[fs]ref=sr_1_105]]_Wed,-26-Apr-2023-06-17-53-GMT.pdf

**Hash (SHA256)**

40b371b913c4910d821a8eb5e3b1a1b24e2e839990069ddfd66bd82effbf9d18

**Signature (PKCS#1v1.5)**

oqa+cgYkf2/OOfO4SmEMsjohlosmSatjF9BJKekmu+Hc4Ymz4TLBnTuUrkFHLfL+qP2rS2oCtFyKfOCV9pGPZmYwu8+xrGPBX/320ZhGSjdcvhqYt7kEe5plyCqTz7XOKu7J5ZXu79foJxk9DLsyY+cYZvweiwwtA3DITMLKhI8=



AXENCIS
Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Wed, 31 May 2023 11:52:14 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

111.92.77.63

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

KxGBgmhqzoy/fdE+Qq+JCrYCF3h07e+xeSZmNA1h7UfwUREH8xn/zhJcXZl14l71sDSGFmTYTLuynRM3RpzVbkFP4J9n5Y/m6bVIoV0EhQMeRFqrLxu/kF
+O1C3nCKUlA3IUk9XK96a0vuuZwyA8H971HAdkQZdikLYtrKElLDx9llnzKUddfRFBIZ1imKPJ6EHsUnFQ1C4vbeVp5NUhia0oRC6l7iaMwFKOylIrkJQ69EMEJZUppjHYsrWIDT5gY
+sFoMAuZMEHUr33Cr2acsvkbqlxRTzwgos2VtU06dJVpXuOnrIcX6xuidIwd8H4VcuizEPH3JaaBrAP4cQhHg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Wed,-31-May-2023-11-52-14-GMT.mhtml

**Hash (SHA256)**

ade1747be3ddd96906c254bcb2e79ccfa5a2d76395365749586988e69f259cca

**Signature (PKCS#1v1.5)**

XpoWGAbUHR6XyadaD8ewcMlQCvEdR3sLYH8ZVPHdONXhetqsK0lCIaz2We92b8fcOHU+SpYxVZSAneXlIRtvVVe7JpULnhqsyyl6dEiKrmo/VUdVYq0klczMVvDCAGRENxLl1WqGAjvtnWiaqp5C/FK3PUziI9PlfKDuiyZ4wDylOH4svHpwW1YqL9fPibW4dbZl0X9CB/
lOBXkMtPU5NGSl8hgaCK1hojcMEZBJeYVpSTHF65TjkxnWI0WcCk+STmp6Sh46v81/N2S0akAiACvqUPuhw9bBnGvTEAkhjCAfUzvRC1DCmMpSylFRocR5ioMPBqxMyPkS6GcezU7IHw==

amazon

## Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

**Or pick up near this address** - See nearby pickup locations

Change

**2 Payment method**

VISA **Visa** ending in 9985

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

Change

**3 Offers**

Change

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items ~~Saturday, June 3 by 8PM~~ **Tomorrow, June 1 by 8PM** for ~~$5.99~~ FREE

Get FREE One-Day Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: June 3, 2023** If you order in the next 15 hours and 7 minutes (Details)

Items shipped from Amazon.com



**Women's Crewneck Smiley Face Graphic Sweatshirt Casual Oversize Long Sleeve Solid Loose Pullover Jacket Tops (Purple,Small)**

$22.99 & FREE Returns

Qty: 1

Sold by: SOFEON

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

- **Tomorrow, June 1**
  FREE One-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Saturday, June 3**
  $5.99 - Shipping
- **Tomorrow, June 1**
  $9.99 - Shipping

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

**Order total: $30.59**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Get FREE One-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.**

Try Prime FREE

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $22.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $28.98 |
| Estimated tax to be collected: | $1.61 |
| **Order total:** | **$30.59** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com : Cute Retractable Badge Reel, Xoqo Badge Reel Clip for Nurse, Lightweight ID Name Badge Holder with Alligator Clip (Smiley Flowers) : Office Products

**URL**

https://www.amazon.com/Retractable-Artscope-Lightweight-Alligator-Flowers/dp/B08F3DFK1Z/ref=sr_1_7

**Collection Date**

Wed, 26 Apr 2023 08:10:11 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

HWlSEBAH/JfTaguvTZKr8Jd24tMpRyxNjvPQQOq/2xj4gtuA2bKzlZH9pFAOcFjLWgtiBsqzS8OEeuB7cfiP1HhnzjQxMAoVG8uFOmmVzUw7CpmEbC7Wc2kK1oZxoyWzkgoi4yuDoyxvj/mz13uV7vrnKw8EE3eGmWhmLlpW+yo=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Retractable-Artscope-Lightweight-Alligator-Flowers[fs]dp[fs]B08F3DFK1Z[fs]ref=sr_1_7]]_Wed,-26-Apr-2023-08-10-11-GMT.pdf

**Hash (SHA256)**

33385f886233fbbb4d46f3786e28e2a43862206d7d7160b645f4f62d13b69f20

**Signature (PKCS#1v1.5)**

X1shWwUNyJuDX87f558LdjCDTRKhkPGKknYxP/bjBOY2bHiPpb3ec7kY70he7cazGkkcK43t0IDbsOIH8z3OdMNBD3uis2uMtybTdV/HAjyayx6plMCgyrQB5OE6KsE2M/EG2h8DVrSCIM6PlyCHPCkFXZ4v7nIM62jq/kVvIpI=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 02 Jun 2023 07:11:03 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0d:5600:8:36::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

JM1GpvosCz1ar81bTGg1HKDiiAoyt4wXwmk4IePgik39IfhreQQpJ0kLiKiyhU4KdxsATyplsL0WxTTeRJOl6XWleZ/JGYuMu0moPM6pfCPSzWptLqdKqWAJ7JmEBse6h7SYQr0oRfuKWM0O/boW1Tl54dVuiobuH9QKX5uyFgBk+taqwwVDQijnPbLNnkJD4sTF5a2BsWyVEayqIWai88Yf5ZKB/
DYgJcA/ITE21q5N/ahARaObKqZMqs0PK9NYVX5vrKGrEV+niq57rj2EfsvZ7cYgwpDQPCouSuh/ZWaEULCZemhb7Z52foubb7F6OOglLkkYC5tnca/qHIyVyA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Fri,-02-Jun-2023-07-11-03-GMT.mhtml

**Hash (SHA256)**

0f1d440aaeb49641760c5bfae516c74a2949d7895b4936d2eb055176f48787ba

**Signature (PKCS#1v1.5)**

RKZlBQ8TBZMYoIB1h/gcPCPRYz+sydwGKsHgk9plyCOjPik33YYQSHa2utJtUJbIpaUyAxZlrJ5mEH8vsFU4ci/vdJZxIbH32YtQEykEwtYxUx6fBDnUGGKkqwcArrjGHb/aE+c2+mPjS0YValwSN/3oaM1Dk/gC3SR+4b2tbigir9RF0GtsidVxiPclwQ4nxwZ8/GYnKr/
mGQWCzKsJT0vPPh7b5Il2D2mFO1OS0bnXxEXJh7h6ZisL4fweowTTc5w7ZKF1kKmoTAFjZYkH1egH5pVDTZApf4rvjEK9OlMkuJdYertfwaGbt7mjqwo7S9asZQU21+Rz3XlVB2Ok6g==

amazon

## Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

Change

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items with your 30-day FREE trial of Prime

Get FREE Prime Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: June 7, 2023** If you order in the next 8 hours and 3 minutes (Details)

Items shipped from Amazon.com



**Cute Retractable Badge Reel, Xoqo Badge Reel Clip for Nurse, Lightweight ID Name Badge Holder with Alligator Clip (Smiley Flowers)**

$6.99 & FREE Returns

Qty: 1

Sold by: Soleebee US

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

FREE Prime Delivery with your free trial of Prime

Fast, FREE Delivery prime

**Wednesday, June 7**

$5.99 - Standard Shipping

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

**Order total: $13.47**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $6.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $12.98 |
| Estimated tax to be collected: | $0.49 |
| **Order total:** | **$13.47** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com: 400PCS DIY Smiley Face Beads for Girls Mixed Colorful Fruit Animal Flower Shape Polymer Clay Beads Happy Face Cute Beads for Jewelry Making Bracelet Earring Necklace Craft Making Supplies

**URL**

https://www.amazon.com/dp/B09BVQP7YZ

**Collection Date**

Thu, 15 Jun 2023 09:21:59 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

202.83.41.44

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

iQT0fDSHCiLT1b2pWfAOlj8xRS4M3TBJQ7fH2SWcCkhdf+aQtm5GV2G5bjUiF3N1u1gl1YDa2D1E2Mso7VKImN87hj4vIw8y2Vywm6vXFGk2u8Upph/lemgsUiLyS2pl/tI+D62lm75u2jyckILUzsY3O6NNo+8w6oV48YoXenB0/9570t1DgAbjB6Z/+dr
+FuQglP2G3vcinHwJ7YZZClGQwXhwFe6pZLACK159r4/TmLymrxiDvvo6ZkKL3/Ur2ODV7qCHJZbHb5iUJprApp/foj5AvlGPo817Al2JD3/h+fgcBxhXE+/FcTK8e49bPGGHnUxya62LIYPKZWnVcA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B09BVQP7YZ]]_Thu,-15-Jun-2023-09-21-59-GMT.mhtml

**Hash (SHA256)**

a2f7968df4210beebde5e1a1c532ec8313659ab971e58ecfd91f2d19e065fbaa

**Signature (PKCS#1v1.5)**

UA09ikJ7tX9hSb+kw1DV8KjuveeFXybhbBr3q2pJdGifAXLdieii8p8t+IG32lY+5rph1atO/fxPuLJkdK59Z8MBDdPFq+LOLVjU9jjIRhosXec+IdLkJfhkTV3Fe4W/N/fU/1M4VIve/zA6ouVcSHBm/PelZdJ5hsFcDMT7gACz0/
OFoiA2MC9Xv3nIPYEsqLLAOgxBQ46TSizD4jf0gmYQ8+AKtNACNVP9EvA91MU0Kr5EENVtuFS23G1bWAUD1Wd7FpGa9kSwFZO/3UrZNhGs1oL0t2FWLcQlEalaXmYJdZMJSeYFZcd+5Y6qAF42s9lsa1FglzXSprKRUUfLyQ==

amazon Deliver to Jade Miami 33132 | Home & Kitchen | Search Amazon | EN | Hello, Jade Account & Lists | Returns & Orders | 1 Cart

All | Clinic | Same-Day Delivery | Customer Service | Today's Deals | Amazon Basics | Pet Supplies | Pharmacy | Home Improvement | Beauty & Personal Care | Handmade

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

Subtotal $9.99
Add $15.01 of eligible items to your order to qualify for FREE Shipping. See details
Go to Cart
$9.99

Arts, Crafts & Sewing › Beading & Jewelry Making › Beads & Bead Assortments




Roll over image to zoom in

## 400PCS DIY Smiley Face Beads for Girls Mixed Colorful Fruit Animal Flower Shape Polymer Clay Beads Happy Face Cute Beads for Jewelry Making Bracelet Earring Necklace Craft Making Supplies

Brand: Grandsole
4.7 231 ratings

-37% $11.99 ($0.03 / Count)
List Price: $18.99
FREE Returns
Coupon: Apply 5% coupon Shop items › | Terms
Extra Savings Save 5% on Slap Bracelets...
1 Applicable Promotion

Color: 400 Mixed Smiley Beads
$11.99 ($0.03 / Count) | $13.99

| | |
|---|---|
| **Color** | 400 Mixed Smiley Beads |
| **Material** | Acrylic |
| **Brand** | Grandsole |
| **Shape** | Variety pack |
| **Number of Pieces** | 400 |

### About this item

- Super-Value 400 Pcs Bracelets Making Kit: You will receive 200 pcs of colorful and 50 pcs of transparent acrylic smiley face beads, 150 pcs of mixed animal fruit flower beads and 10 meters of crystal rope. Various styles and enough quantity of polymer clay beads to meet your different jewelry making needs.
- Perfect Clay Beads for Multiple Crafts: These smiley face beads are suitable for weaving various beautiful necklaces and bracelets as daily decorations and can be used as accessories to design mobile phones and earrings to show your personality. You can use these beads for bracelets making combined with other styles of polymer clay beads to add visual beauty to your DIY crafts, like keychains, waist chains, pendants and so on.
- The Endless Fun of the Beads: Clay beads not only keep children away from TV/computer games, but also help to improve children's hands-on ability, fine motor skills. These beads for bracelets making also help your girls enhance the creativity of fashion accessories, relieve stress and pass bore time by making bracelets ornaments.
- Premium Quality and Easy to Use: The tiny beads for bracelets making have a suitable size and smooth surface is suited for little girls to grab, bright color and cute shape is a good choice for making crafts. These exquisite mixed smiley face beads, fruit beads and flower beads are drilled with a fine hole to allow beading string, cord and hook go through, easy to be added in all designs, like earrings, bracelets, necklaces and so on.
- Creative Gift Ideas: You can use these beads with another shape of spacer beads to create specific bracelets, remembering or celebrating a meaningful day or giving it to a friend to enhance friendship. These polymer clay beads would also be used as a holiday gift, birthday gift, friend gift, Christmas gifts. Such a unique gift made of cute clay beads makes you the most popular partner in daily society.

Report incorrect product information.

### Consider a similar item

20 Assorted Colors Plastic Tweezers, 4.3Inch Craft Forceps for Beading Projects Craft for Handmade DIY Crafts Jewelry Making Kids Adult Family Home Classroom School Use Creative Game Tools
(315)
$7.79 ($0.39/Count) prime
Climate Pledge Friendly

Add your 30-day FREE trial of Prime and get fast, free delivery

$11.99 ($0.03 / Count)
FREE Returns
FREE delivery Wednesday, June 21 on orders shipped by Amazon over $25
Or fastest delivery Tomorrow, June 16. Order within 14 hrs 25 mins
Deliver to Jade - Miami 33132
In Stock
Qty: 1
Add to Cart
Buy Now

| | |
|---|---|
| Payment | Secure transaction |
| Ships from | Amazon |
| Sold by | Soleoo |
| Returns | Eligible for Return, Refund or Replacement within 30 days of receipt |

Add a gift receipt for easy returns
Add to List

New (2) from $11.99 & FREE Shipping on orders over $25.00 shipped by Amazon.

**Other Sellers on Amazon**
$13.99 ($0.03 / Count) Add to Cart
& FREE Shipping on orders over $25.00 shipped by Amazon. Details
Sold by: Soleoo

Have one to sell? Sell on Amazon

## Special offers and product promotions

- Clip this coupon to save 5% on this product when you buy from Soleoo. Here's how (restrictions apply)
- Save 5% on Slap Bracelets 48Pcs Awesome Gift Party Favor for Kids when you purchase 1 or more 400PCS DIY Smiley Face Beads Bracelet Making Kits Girls Kids offered by Soleoo. Select "Add both to Cart" to automatically apply promo code C7MQAA3U. Here's how (restrictions apply)
  Add both to Cart
- Save 5% on this item when you purchase 1 or more Slap Bracelets 48Pcs Awesome Gift Party Favor for Kids offered by Soleoo. Enter code 4KUP3ZFG at checkout. Here's how (restrictions apply)

Bought Together | Also Viewed

### Frequently bought together

Total price: $30.93
Add all three to Cart
These items are shipped from and sold by different sellers. Show details

**This item:** 400PCS DIY Smiley Face Beads for Girls Mixed Colorful Fruit Animal Flower Sha… $11.99 ($0.03/Count)
\+ Paxcoo Polyester 1mm Elastic Bracelet String Cord Stretch Bead Cord for Jewelry Making and… $6.99 ($0.02/Foot)
\+ 1400pcs 5 Color Cube Alphabet Beads Bracelet Letter Beads for Bracelets Making with 1 Roll 50… $11.95

**WARNING:**
CHOKING HAZARD -- Small parts. Not for children under 3 yrs.

### Product information

| | |
|---|---|
| Package Dimensions | 7.4 x 5.2 x 0.83 inches |
| Item model number | DIZZ-492019 |
| ASIN | B09BVQP7YZ |
| Customer Reviews | 4.7 231 ratings |

Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

Feedback

Would you like to tell us about a lower price?

## Product Description



## Looking for specific info?

See questions and answers ›

## Customer reviews

Top reviews

### Top reviews from the United States

Translate all reviews to English

Kelly M. Casey
**Great Gift**
Reviewed in the United States on March 11, 2023
Color: 400 Mixed Smiley Beads | Verified Purchase
Bought these for my daughter and granddaughter and they loved them. They were a great addition to their craft center and they're looking forward to making things with them.
Helpful | Report

Steph L Oliva
**Super cute!!!**
Reviewed in the United States on July 24, 2022
Color: 400 Mixed Smiley Beads | Verified Purchase
So cute, very Y2K, in trend and good quality. Not cheap at all, great variety of colors. Easy to string thick and thin sting thru.
Helpful | Report

Amazon Customer
**Cute addition to beaded jewelry!**
Reviewed in the United States on January 20, 2022
Color: 400 Mixed Smiley Beads | Verified Purchase
My daughter has just started to make her own necklaces and the smiles give character to her creations!
Helpful | Report

Guadalupe Guzman
**😍😍😍😍**
Reviewed in the United States on August 3, 2022
Color: 4600 Clay+Acrylic Beads | Verified Purchase
Loved it!!!!!
Helpful | Report

Lotsofknots
**Only one frog bead :(**
Reviewed in the United States on February 21, 2022
Color: 400 Mixed Smiley Beads | Verified Purchase
I was looking forward to this kit, mostly for the frog beads. Received only one frog.
One person found this helpful
Helpful | Report

Tony Lin
**Scammers**
Reviewed in the United States on May 20, 2022
Color: 400 Mixed Smiley Beads | Verified Purchase
No panda ;c.
Helpful | Report

Becky S.
**Cute Beads for your project!**
Reviewed in the United States on November 17, 2021
Color: 400 Mixed Smiley Beads | Verified Purchase
There is a nice variety of beads to work with. Looking forward to crafting with these soon
Helpful | Report

JESUS DIAZ
**GRACIAS**
Reviewed in the United States on July 29, 2022
Color: 4600 Clay+Acrylic Beads | Verified Purchase
MUY BUEN PRODUCTO
Helpful | Report
Translate review to English

See all reviews ›

Back to top

Get to Know Us: Careers | Amazon Newsletter | About Amazon | Accessibility | Sustainability | Press Center | Investor Relations | Amazon Devices | Amazon Science

Make Money with Us: Sell products on Amazon | Sell apps on Amazon | Supply to Amazon | Protect & Build Your Brand | Become an Affiliate | Become a Delivery Driver | Start a Package Delivery Business | Advertise Your Products | Self-Publish with Us | Host an Amazon Hub | › See More Ways to Make Money

Amazon Payment Products: Amazon Visa | Amazon Store Card | Amazon Secured Card | Amazon Business Card | Shop with Points | Credit Card Marketplace | Reload Your Balance | Amazon Currency Converter

Let Us Help You: Amazon and COVID-19 | Your Account | Your Orders | Shipping Rates & Policies | Amazon Prime | Returns & Replacements | Manage Your Content and Devices | Your Recalls and Product Safety Alerts | Help

amazon | English | United States

Amazon Music Stream millions of songs | Amazon Advertising Find, attract, and engage customers | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Sell on Amazon Start a Selling Account
Amazon Business Everything For Your Business | Amazon Fresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Experienced Pros Happiness Guarantee | Amazon Ignite Sell your original Digital Educational Resources | Amazon Web Services Scalable Cloud Computing Services
Audible Listen to Books & Original Audio Performances | Book Depository Books With Free Delivery Worldwide | Box Office Mojo Find Movie Box Office Data | ComiXology Thousands of Digital Comics | DPReview Digital Photography | Fabric Sewing, Quilting & Knitting
Goodreads Book reviews & recommendations | IMDb Movies, TV & Celebrities | IMDbPro Get Info Entertainment Professionals Need | Kindle Direct Publishing Indie Digital & Print Publishing Made Easy | Amazon Photos Unlimited Photo Storage Free With Prime | Prime Video Direct Video Distribution Made Easy
Shopbop Designer Fashion Brands | Amazon Warehouse Great Deals on Quality Used Products | Whole Foods Market America's Healthiest Grocery Store | Woot! Deals and Shenanigans | Zappos Shoes & Clothing | Ring Smart Home Security Systems
eero WiFi Stream 4K Video in Every Room | Blink Smart Security for Every Home | Neighbors App Real-Time Crime & Safety Alerts | Amazon Subscription Boxes Top subscription boxes – right to your door | PillPack Pharmacy Simplified | Amazon Renewed Like-new products you can trust

Conditions of Use | Privacy Notice | Your Ads Privacy Choices
© 1996-2023, Amazon.com, Inc. or its affiliates

AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 15 Jun 2023 09:25:18 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

202.83.41.44

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

eXNJL0NvW5VWqCzUe6LdWr7n4g8IFcqv94ydZm4+hgyyCZcW8NSQhqFWuaA87ZoizvuFv4bRCIQ3Hs/dmCqXY5O0rzKNxPCePzWRhCcgixlbhvJQkyhES4wlH1BQBJQ6NKXNwanqVccYCdhHKpn0jGkdiOJEmHo5Wf0k/Yn78s/Ql6HOUCOzAKtoEnNUj5AXuJsyndk+8AKM7VoHD
+V0YEqNr+WjnbRJJnynhGYV2eeBupRjDSO/QZ0yk0Cy2z1U5J5Ty7BpiK1j3nX+9b2sVY5ZCOuQgelDqEV20xt3JRdXL8bIGxO+icfsqTZJybHuyg2XEivi2MDlAV9U4LM3Ww==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-15-Jun-2023-09-25-18-GMT.mhtml

**Hash (SHA256)**

86dda82276991bc518d3f332d889620cef93042dba916b5fc610987ff44c3001

**Signature (PKCS#1v1.5)**

HVw+AcgtJ1IRIkXsf789Jbm5aQ8KUoFnq1XF53yQgxkLrXdveKcd3nOOyIe7YMvTc/emH+Ex4YDldWgCJgjmfmmvZZdBecan7o8rPlMFUMwQioERnDFlfcITdk0DYcsIUP6Bc83o7GJj+jIXURC/+iG4eilQadW+IRGsSFR/H3zSLgIA4VycJ1XsW/
i5jiOqmEFbXFzGnlwTzxjDKJEecGhfWtvZSsgI7X6CZeEL7rnoqCgH5L/ZE7p9C+ZAFgni6pFP5iKEMcYTgpWvQaL+sBrUyi767VCL6c5sv5zqQIuXkQekqpnR4Ogwjzp6VghVlFzrDr9rjc1nFiRWtEEyVw==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

**Or pick up near this address** - See nearby pickup locations

Change

**2 Payment method**

VISA **Visa** ending in 9985

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

Change

**3 Offers**

Change

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items ~~Sunday, June 18 by 8PM~~ **Tomorrow, June 16 by 8PM** for ~~$5.99~~ FREE

Get FREE One-Day Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: June 18, 2023** If you order in the next 18 hours and 34 minutes (Details)

Items shipped from Amazon.com



**400PCS DIY Smiley Face Beads for Girls Mixed Colorful Fruit Animal Flower Shape Polymer Clay Beads Happy Face Cute Beads for Jewelry Making Bracelet Earring Necklace Craft Making Supplies**

$11.99 & FREE Returns

Qty: 1

Sold by: Soleoo

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

- **Tomorrow, June 16**
  FREE One-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Sunday, June 18**
  $5.99 - Shipping
- **Tomorrow, June 16**
  $9.99 - Shipping

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

**Order total: $18.82**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Get FREE One-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.**

Try Prime FREE

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $11.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $17.98 |
| Estimated tax to be collected: | $0.84 |
| **Order total:** | **$18.82** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: TREAVIVLY Unisex Gold Silver Stainless Steel Ring, Fashion Titanium Smiley Face Ring, Cute Stackable Signet Ring, Cool Aesthetic Ring, Chunky Stacking Ring, Trendy Emo Smile Face Ring For Men and Women: Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/TREAVIVLY-Stainless-Titanium-Stackable-Aesthetic/dp/B095VXB8T6/ref=sr_1_268_sspa

**Collection Date**

Thu, 20 Apr 2023 05:36:42 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

rKbkiJ6K5MJlMmKYU7lGI5RvXYB8LCAp8y4304Uiy/3DDmW1VZkcjZ7X9gsf+eHtpJOkkuXW3sf1ulayz17BL9+SGkimJErjt82GmkKdwzYT+icxeoBzf/JkDPdgODiTs8h/VqtvlR1Tj+zD8o/R6GTCCJMA9TwaMdBK3XLP8dc=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]TREAVIVLY-Stainless-Titanium-Stackable-Aesthetic[fs]dp[fs]B095VXB8T6[fs]ref=sr_1_268_sspa]]_Thu,-20-Apr-2023-05-36-42-GMT.pdf

**Hash (SHA256)**

5f68cf9042b7c74f72c69364ce0bc1ada4a8a2bc635b3efedc308423f8ae13cd

**Signature (PKCS#1v1.5)**

fPQmyga3fNzsg/MleFKdqIfSVRn4Kq8CAfPN7mqey4Jz5cxLNIXPodXVSq7Ew1ehgl6ajRj3cplgRirHguZ+fTMjPDBJZXSQe9VKksFTPnV31wQ69z4GHlgTgUsFYexegCubHI54Ef3JM4Yx1D3e0Cor+a9k2JsXZ8oEWAreGuE=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 18 May 2023 01:26:20 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

itDMfELUdYuBLJMcIR7iAS3fHvLTrLEKrMm9ww+FP/eUXkjycV3Mx/WMZS0Q0SKAQp6oxoQvKv1NtSNDJG6uvS+8GiQj4MdJk81aT7lNu+Z+WZ+BgMPOLXqV7LSsE4I1u3j9kEhrpDShZ38NXUUKot5vnfnkk3YRvVxaDizaUiGzW4IeeVkduHvUUPof5XZMOee5cGA7JqF3sgDGdP0XOWD
+roya+8XjnE8yLd9DSnZUGjuy2dA/+6kmz+YBhAXFZ5IJpFtDe+iiLCZeztv3qwZWlt8lmkG2kP8/CxUqLJiafEdFsDv3dMU88vObZgaXy4B3Is+9yMQpAkAUDEd3HQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-18-May-2023-01-26-20-GMT.mhtml

**Hash (SHA256)**

62d9bc740bab354ee2cd10112b6bef808a2830c67320332274a1f2f88420510d

**Signature (PKCS#1v1.5)**

VGn6w0q1DM5br+gXSZoho6u182iAEQAdM0LaNmZ9pVRKpIJLhZmJ8iS99KpPPq0yUNihC+oF7joYe/lw4PcwhIgmdEHUJ0kqyxpL9sPSlbFHzTRIhqbgcSsMkyV21K+7qlf61FmoeA/tTJcdmHR+9kzh2u6ukbuVN9xCvrHrKtsKIBYUIshM0atuskhFGNAzua+CPflvHvZPFrIHu9Fny+/
D4Mtp77s4mYoqtpF/6JVeKfiYfCapyRzSq4pQR0DNm2dY2s01FAN0S1+DG8VPW0FRI8qV5jWTKpKDT5NuWPAVJ9AM5jbyFM0dYN7/wfV+p3321kMWGNmM7jF6Vgur3g==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

**Or pick up near this address** - See nearby pickup locations

Change

**2 Payment method**

**VISA Visa** ending in 9985

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

Change

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items for ~~$5.99~~ FREE.

Get FREE Prime Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: May 21, 2023** If you order in the next 12 hours and 18 minutes (Details)

Items shipped from Amazon.com



**TREAVIVLY Unisex Gold Silver Stainless Steel Ring, Fashion Titanium Smiley Face Ring, Cute Stackable Signet Ring, Cool Aesthetic Ring, Chunky Stacking Ring, Trendy Emo Smile Face Ring For Men and Women**

$16.99 & FREE Returns

Qty: 1

Sold by: Sonen Co

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

FREE Prime Delivery with your free trial of Prime

Fast, FREE Delivery prime

**Sunday, May 21**
$5.99 - Shipping

Place your order | **Order total: $24.17**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Get FREE Prime Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $16.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $22.98 |
| Estimated tax to be collected: | $1.19 |
| **Order total:** | **$24.17** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

SONMONY Smiley Face Trucker Hat Washed Dad Hat for Men Women Cute Baseball Caps Unstructured Smile Embroidered Hat White at Amazon Men's Clothing store

**URL**

https://www.amazon.com/dp/B09ZPHCQ3H

**Collection Date**

Fri, 05 May 2023 10:08:24 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

QW8kiVDOhn7gYYO/SsXin2BvHU1KYSOoiowgRCnWudDxBnGV4O0lYTNsST+4y6SD4DfpyNw5ZeRTvenpdnLzIyogiP13Suqqmh3v7hjg21X8qpd6scqigPX9Ijem5aUVhPsEgsOZDlwpXtGvxev3zVOoOFJRzaVzJit4fE9a
+DT5ZjhSGG5lpiywncvSeEquMWeCEa5vdkmCAo26TZdW7K4YYzw1HQSh3hLLQoSJczdsCtVhzVcab3DbLnD+n+V2XFlV9micDN5R2VLbCkK4oaxg9yksmEQW1LT9Dnaw7pn69PC/bXuJ+ELm4nHiflNN5RJC7Qo/leGUUbt8nBTP9w==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B09ZPHCQ3H]]_Fri,-05-May-2023-10-08-24-GMT.mhtml

**Hash (SHA256)**

5f02ea00e31b6a8aceb593f018c715b0ea36eeee2d67fd4f7681b85bb75ce36e

**Signature (PKCS#1v1.5)**

afQYQyZcS3CBj21iVI8DIeOcqLEaXSHKNXhtdrjaLwlWTEv1J93/bAFogXJjfhgfEqNpW5Ou+LAnH+ykqXSxk524/GubG7uEiF9IhCnD8whKH6vUlOgsfzZFHxCAUD8tPiDTOCJULjXx4sRQUHyu0HIvwW1CwmQDSz4l0oJkILwiB49dxWgc0Oy+uu0z/TCnn+myuPDTbnGLdEhfluqAxUuE7OlS27w
+lMvPQzNtRFpZlAGIK+eWN3LI4Lzb8o6SQfSwB9+K/t59yKBa/sw93Mu1obJrVYD9lGuHFbRAVrYofHBillshPIjnlNWq6ujMzurS8VdY4BHO+auanc00xg==



AXENCIS

Investigator Name: Sian Kelly

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 04 May 2023 11:04:43 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sian Kelly

**IP Address**

2001:ac8:9a:1e::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

SY+FGqa2fGxRynFWIh37Z1of5kWYf6inHRCcBn25htSz10s8QHR7gcs2gCPtzj+LGKzYdqqvpMD+6dOCQ2YfeXlqVgE3fNOaoWaxOsRcT33I8ds7P9mpi79CF4FDNYqVyfoEoEaREK45T8AtaBYIBlTFkswGLL
+VNUlTCSsYX3D22lbm58mYBHk0ua75+ijqyjwHgdqlgtED3S5G30PlkCDwICbvOo2V004YEc5nvNMiVwgtcFX26O6xaeg27HZohH0a1syuYuJ7OUZ1/OkufUcF622VJjU4bvW+D+WnXZ3dByD5ERyyh/7oeNzjIvxvI3W/AeLRRMlYEb6nqCa67A==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-04-May-2023-11-04-43-GMT.mhtml

**Hash (SHA256)**

08449b41c99a7b99207746a8e9d17040f18e8395e42145910bde2cfe094453af

**Signature (PKCS#1v1.5)**

uzPbpxIT3KNFv94d/2ENJKnzlJqkAbMOKBCgkrroCWlezzfgizCvDFCq6D2Sdcj8uvwSgwwLLd0A6X6mjkSXZaXPqNxP+WL5NdfrUPU/UHSc7VnVClOcwQYjlapSU4vdMEYro7eQREG/bWGXmzXWwGqQkPuBprEeDKOW028/tov2sJMHb6cxoVH6RYV
+pX7iQgLYVFVPO9pQAgzrjtLfRT0Jul9OdCquBZVqMKG4KdwUQUoIsxmO9HQuY9+KckCTJUV2flDf2u9JMxixGA4mNxejBtY92v0h+LrB/uSPj1oJtmsvYZ4/R4pC2EcXkIV/DlKvlV0+vyLgvuZbJvf0ug==



amazon

Checkout (1 item)

1 Shipping address

[redacted]

307 NE 1ST ST

MIAMI, FL 33132-2505

Add delivery instructions

Or pick up near this address - See nearby pickup locations

Change

2 Payment method

[redacted]

Billing address: Same as shipping address.

Add a gift card or promotion code or voucher

Enter code | Apply

Change

3 Offers

Change

4 Review items and shipping

Want to save time on your next order and go directly to this step when checking out?

Default to this delivery address and payment method.

Delivery option updated

Your delivery options have changed based on your updated purchase selections. Please review before placing your order.

Delivery: May 8, 2023 If you order in the next 16 hours and 55 minutes (Details)

Items shipped from Amazon.com

SONMONY Smiley Face Trucker Hat Washed Dad Hat for Men Women Cute Baseball Caps Unstructured Smile Embroidered Hat White

$16.99 & FREE Returns

Qty: 1

Sold by: Sonmon Inc

Amazon Prime eligible Join now

Add gift options

Item arrives in packaging that shows what's inside. To hide it, choose Ship in Amazon packaging.

Ship in Amazon packaging

Choose a delivery option:

FREE Prime Delivery with your free trial of Prime

Fast, FREE Delivery prime

Monday, May 8

$6.99 - Shipping

Sunday, May 7

$9.99 - Shipping

Place Your Order and Pay

You'll be securely redirected to MasterCard to complete this transaction.

Order total: $25.17

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Get FREE Prime Delivery and save $6.99 on this order when you start your 30-day FREE trial of Prime.

Try Prime FREE

Place Your Order and Pay

You'll be securely redirected to MasterCard to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Order Summary

| | |
|---|---|
| Items: | $16.99 |
| Shipping & handling: | $6.99 |
| Total before tax: | $23.98 |
| Estimated tax to be collected: | $1.19 |
| **Order total:** | **$25.17** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: soofylia Smiley Face Cosmetic Bag Makeup Bag for Women,Large Capacity Corduroy Cosmetic Bag,Travel Toiletry Bag Accessories Organizer Girls Pencil Case Bags (Brown Smile) : Beauty & Personal Care

**URL**

https://www.amazon.com/soofylia-Cosmetic-Accessories-Organizer-Case/dp/B0BN894LVR/ref=sr_1_317

**Collection Date**

Fri, 21 Apr 2023 06:04:37 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

iEaBkHoCkM6uzdGk4zaCF/TEJFITuxevmS4AdfO7X7/sgxTKWqyFQBYGYikJ7HQpuRntFBJ2QcznMmyOaUSHHaYFXT0zajMOMuAuqdc2kz9cxQgxvfN1kflNnNn1In+p1gu9f+bfRLZdz/LjbLOBOO8jIGFpYETsWL7iuVCiJOc=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]soofylia-Cosmetic-Accessories-Organizer-Case[fs]dp[fs]B0BN894LVR[fs]ref=sr_1_317]]_Fri,-21-Apr-2023-06-04-37-GMT.pdf

**Hash (SHA256)**

b7bd782704f94b84c5501a3d2d87cab1a705f05817c14c4c57d87a336dbbb7eb

**Signature (PKCS#1v1.5)**

ByZ/cg0Mc+GFTwJS17BulUP1inPmQLGOnlv3Bpi1ntA2+itxKvlIlwieNGlEdiZyuOdhNWF09bcytma5F3eARdZ1WaCNmKE4eYnL7lGTNzRNbEq8/2Esc4PWKF0zI0K/gjNZU6U+fFMmQUI7yqtO1EL5Ye/P5CbE6O+hUXtMqaI=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Sat, 20 May 2023 09:26:40 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

116.68.96.16

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

T0e25x+/bHeut5PyX8Ag+t1lEn5mfS423KeaNW6AgD/U0+Veq2h1qzn2kVeaM2MCm2015okE6A/q4Bn1po18bs2RS9CRJyHYBBPCC2MrRlHoKZB2kRcYop6dOBRkbU9PzU36b9vgWAy1MKxY/HSd1YDOrhwpIZofGv3fvL+wf9Fgkt6n1G9TdgeWSU9uEpe+2r5aZhEKWvq57C8JY
+FTvEYImTzBHrvsxyQAtN+yJxQFGCplKf0Z53oE71K8kgfYUSiUCV5FDo74mBxG6U+wdE6kbxhIy3TW9yW5nLQWCWBm0wMpfsuUVy99AcqoE24Vcxj2/pnx3qE7BF8z6pn6Rg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Sat,-20-May-2023-09-26-40-GMT.mhtml

**Hash (SHA256)**

0216ca52e53ca0ece7171eb37495800553f8f6f67b2932020cc2d8d676f97a1f

**Signature (PKCS#1v1.5)**

qshlJX7L9PLJqakD3EJfhhmYr7iSkfmBPYPsir6FdwRrmmuc0+MdqlFLsdZzqhhgSKA46XWtDzjFXWRQFiNSoxr1nu/E9lkWX3bwTe7c/lUo+jH//+Jt7Znawd0jWmaa7kUBtUZs3yLZXCWUdsreYrjt0ABklWtCsFHL1Po+slODyrpBRELiXD58VnSBmM/
e3U3XvVRhc3M4q4okDMkskGIJwq8eBFT9dq0nsW8T3zUzF6IkqtFysuzbCURYSxZUIv0O8ZvCdyl/8QRw5+DWaD4PmsBLWOLGR6b9sBWsH0V+8C34LQhaP/ZPe0SDacz4nI8FTfmx6uVi7eCxJfjimQ==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Change

Or pick up near this address - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

Add a gift card or promotion code or voucher

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items with your 30-day FREE trial of Prime

Get FREE Prime Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: May 23, 2023** If you order in the next 8 hours and 48 minutes (Details)

Items shipped from Amazon.com



**soofylia Smiley Face Cosmetic Bag Makeup Bag for Women,Large Capacity Corduroy Cosmetic Bag,Travel Toiletry Bag Accessories Organizer Girls Pencil Case Bags (Brown Smile)**

$9.99 & FREE Returns

Qty: 1

Sold by: SOOFYLIA

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

FREE Prime Delivery with your free trial of Prime

Fast, FREE Delivery prime

**Tuesday, May 23**

$5.99 - Standard Shipping

Place your order

**Order total: $16.68**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $9.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $15.98 |
| Estimated tax to be collected: | $0.70 |
| **Order total:** | **$16.68** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.