AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Funny Doodle Necklace, 2022 Smiley Middle Finger Necklace, Personalized Matchstick Hand Gesture Necklace, Unique Friendship Jewelry Necklace Charm Necklaces Birthday Gift (Silver): Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/Necklace-Personalized-Matchstick-Friendship-Necklaces/dp/B0B2P7CN1T/ref=sr_1_246

**Collection Date**

Thu, 20 Apr 2023 05:32:26 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

eHfwHOa1I3KZUQB1vhsPydbGdVF+WbamUpuXjGaQHRXdVzG4i4M0iGZyDox+3Q0e2l3OCwNKNoEUoDrA0ppZVpyDXzK2aXzgWZSdaBbqFy48GzBGo1qGB0JlzG6x0c73Y8NsNqzIJZfl3TgC/JYj3mF3HKd1/lcQria6jkvZQYQ=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Necklace-Personalized-Matchstick-Friendship-Necklaces[fs]dp[fs]B0B2P7CN1T[fs]ref=sr_1_246]]_Thu,-20-Apr-2023-05-32-26-GMT.pdf

**Hash (SHA256)**

a0af61d31d881cb498a08403fa166c07e1c077e1f0509582949f4738e3fbd0ce

**Signature (PKCS#1v1.5)**

YSAEqzBauwkKmaSJuBqMylrDOCx6MxQaabB7JisGyUhJb/s2/KBszDxWqOV3d0GVKEQjC0Q0oW90YSndEo2s/0OLQU3pteEuHVx6LRJY60cxUZD7Q3YKxbqKfntoKlASIsTBqGZpDYp//iEtkVX7b59S6I06hJlFzsm6pIDVzTM=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Wed, 17 May 2023 23:53:12 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

KIFoxg1aDU8ACrNKF2VKM8eQ7Ifm1ZSP1FnBmgLdc/EmamC8YqBHkkm8601P4GAgK6rA5G5txqzQMvUK6JaeAx74aqbQ51/
vf1EpqK5hQN8j8qTllrlZENque2hPCkPBfoPPuRqIyn39X/4OlV7dhsfiUXPsesh514j6QHt8V1fK4wP8JT78pRB4D9ALSI9GyVRRMX3hEDh9XI0r61q2uLVTqXhLirxPAMXmuuVLq46oBoNKuXAeJaaqNQECpR9Mgb2qGKWOM+osd4WuHGDWj5RNdPLFkOH8IpolTmYYOvY9MSRo
+2ElzM2sMnknBSYD1REg7qbfOPMeT7YwT8jL2w==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Wed,-17-May-2023-23-53-12-GMT.mhtml

**Hash (SHA256)**

40b192fff0149bee115233f96669f6f2bc5344b8c96928f213f7c6733ca41756

**Signature (PKCS#1v1.5)**

pMZIPgiLQHJtwY0RXlKuS3vPvHefA/iogRqUU/4gv/1OW+cZAWAqTS2jCn3FPFS7IaxwXXRkmA4pm556T55eyBXSyZVhms97DG3GhtoZ3pkforXPywzCGvH6fmi8Pdfh6iW57br+bFM0kB
+qbOuepaqZJIlpAJFpbZM4e2rRjUGMsXycgnR4fP4I04DB74UEjC4SwLHGOdKmHgkVrUAbeQGIPTEDnOL6ZGkhbP21JTmvpG9gva+mSUTn7Zmpkz5/qjzgpj5HkLctQC2aTcQYuSJYFYR0h5HRpdZyUU4npbWrNrT9n3Ixg3GwhYF1VIPKqzVy2W2VLAPJWEhq4SDlDQ==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Change

**2 Payment method**

VISA Visa ending in 9985

Billing address: Same as shipping address.

Add a gift card or promotion code or voucher

Enter code | Apply

Change

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

Jade, we're giving you 30 days of Prime benefits for FREE

Try Prime FREE for 30 days

**Estimated delivery: June 1, 2023 - June 13, 2023**

Items shipped from Speechless Store



**Funny Doodle Necklace, 2022 Smiley Middle Finger Necklace, Personalized Matchstick Hand Gesture Necklace, Unique Friendship Jewelry Necklace Charm Necklaces Birthday Gift (Silver)**

$11.59

Qty: 1

Sold by: Speechless Store

Gift options not available

Choose a delivery option:

Thursday, June 1 - Tuesday, June 13
FREE Shipping

Place your order

**Order total: $12.40**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $11.59 |
| Shipping & handling: | $0.00 |
| Total before tax: | $11.59 |
| Estimated tax to be collected:* | $0.81 |
| **Order total:** | **$12.40** |

How are shipping costs calculated?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: 200pcs Smiley Face Beads, 10mm Colorful Mixed Beads for DIY Jewelry Bracelet Earring Necklace Craft Making Supplies. (Acrylic Beads)

**URL**

https://www.amazon.com/Colorful-Jewelry-Bracelet-Necklace-Supplies/dp/B096K32YWS/ref=sr_1_296

**Collection Date**

Wed, 26 Apr 2023 06:08:45 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

dg8aDZpTZp4arqlhGzjnZB19WVaqHfbiZmpZQ1q7Nd6LOrxAL/Jn5oSr2FjbEC10EoN+bWlQzGCBI6Xhlo2yhGdEq95KdmAqajFqq3ZmprCRaL/GO/NBOiIRmAMB+1ddKczf2Yz5/9PDiZoTrerWo2P/6/B+vnYXYp1RSP8ri9c=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Colorful-Jewelry-Bracelet-Necklace-Supplies[fs]dp[fs]B096K32YWS[fs]ref=sr_1_296]]_Wed,-26-Apr-2023-06-08-45-GMT.pdf

**Hash (SHA256)**

7ac7de656f4f3bba363a2a5aeca67b8cf92802bb28803540ac6f64dd9f1b7294

**Signature (PKCS#1v1.5)**

Ce/xu7MaVx9FNxmkQw19ixXGmpzMTc7Ub3y27UnhzGO/ga7snbOHsD7tCuxsUOyMzO5CEmWwLXgjB4qlBWM4RouHGOtN2xO15yP8Kzz+Oca3YtdYQEEdXotegump6TN/QOiILzGQtozliYxC8O2Tb/RuEnrZ7jm5339HbyuEoHI=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Wed, 31 May 2023 09:38:08 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

111.92.77.63

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Z+7ob7cMXJJhN1fTX6gQDeyXU0sdZQl5ezOAvv6SO9l1nAb4cRl7C/SSDRLW0bk54iSy1hxPHNrR9XRIUMMRYCcqIynuGXLL2WYSyijfbmfl4cUP+82tvXJG0qPKp/um8D5dd5TrRirp3FjwYCbWfBNSnPkfJmfRdZREcFGQ2gPlsTn9rCBd+MLQ0kEAJHjWgwKPAcFcUbm+
+sh3VcvMxqvMTj73WEElbpeVBo8C3PrCdJssRQzGQtwnHXhJlISHtGrm3Cd9Z904r4tREhiadnIKuQQeCjuZn9l1Jgn3MsEeAXUKkR0JryNj/vmLA4jngLu//5HNbV4fleB6dLHJ9A==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Wed,-31-May-2023-09-38-08-GMT.mhtml

**Hash (SHA256)**

3ecb0774fafe38c68244b679af03396513ddb9b4bb89827781227fb7788e2e2c

**Signature (PKCS#1v1.5)**

pHcaqGVTq2OSuUsdvNhy/4HKc/woRTg9DyhJ1zkHK8l/ybvkX32KsOOhG+NXMRxG+UfGuhyBSfqL2Icmq4CeRY+cd6Py5Fcb8hYhXS113mIWiUAeYuhrJBzULJK1sIdklDdS8KYg8r6XobDM1VRJWLFz6tQrb3LbxKG/8Kor7q/LvyUhVnHDZTwkFgfXbHgD+ciHlLk/
UI3iRmK3ByK8KB55cOHuJSqVQ7P5pqegRUBsF5sTBVzJnj0mB4awoGRju9rMRkCLi7s+xLv7vdRGJz2St2aAiyAHkxe8KS9orwBfmVRbL3mAVHToikI9eErx5qr+Qfi49M00Zl6U4kK7yA==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

Change

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items with your 30-day FREE trial of Prime

Get FREE One-Day Delivery with Prime

No hassle. No commitments. Cancel anytime.

**Delivery: June 1, 2023** If you order in the next 14 hours and 6 minutes (Details)

Items shipped from Amazon.com



**200pcs Smiley Face Beads, 10mm Colorful Mixed Beads for DIY Jewelry Bracelet Earring Necklace Craft Making Supplies. (Acrylic Beads)**

$5.99 & FREE Returns

Qty: 1

Sold by: SSandy

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

- **Tomorrow, June 1**
  FREE One-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Tomorrow, June 1**
  $5.99 - Standard Shipping

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

**Order total: $12.40**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $5.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $11.98 |
| Estimated tax to be collected: | $0.42 |
| **Order total:** | **$12.40** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Evil Smiley Face IR Patches for Embroidery Cloth Patch Badge Hook & Loop IR Patch : Arts, Crafts & Sewing

**URL**

https://www.amazon.com/Smiley-Patches-Embroidery-Cloth-Patch/dp/B0BPD9X8T5/ref=sr_1_151

**Collection Date**

Wed, 26 Apr 2023 08:29:00 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

qn5X5vx99cSsnp7hHIrVraWQ3szj+HdddVQmNxfNAJTV6lgDWygNqSNxI+CW5HB2nPAbyQ/99vrv3P+AAnzcAVUcECmp6avc8VHQVoheWsCvhCJf/VnEqLtTW+FNT+394GJVlqTiOm9Hos++9jkqJl1Jlep9IsDcEyxOxux/EKI=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Smiley-Patches-Embroidery-Cloth-Patch[fs]dp[fs]B0BPD9X8T5[fs]ref=sr_1_151]]_Wed,-26-Apr-2023-08-29-00-GMT.pdf

**Hash (SHA256)**

faa3f553127485331217a381cec758e055d4ccda69ad0ed4aae3c6123174c38b

**Signature (PKCS#1v1.5)**

h2ivXdcRklOZgBv48ZMWgSOfi/SpfpfqaKNMFahulvOr7XR1NNqB87QmGKDBhvCV1xKhwbuMC24V9/dJ7684BCr8QXdDoCLx8QtErdT6WeR9tJxcNCt3zoKWwZBb+eOEBCy+HpwzBZsBScYfiMXhC+xAdueY1k/7ZTPecdMPsNw=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 02 Jun 2023 17:51:04 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0d:5600:8:36::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

l7U264d1HjvUQbnwjU12nKgRfyNnYrw4FXXi18B32IkiM4tYoX+97NlM8RlVZ4Urc02V0GJG7WkaxHt3vA1riqUgjC4dEUzyr3psjqYd+gxJP3VkKMRYydWi9IBRh6GmkjZy
+CkVajQLIheFrgAPZqGHlU5vBh4OIYIt6YqYUh4BkUaFn25MBhymgRPEmQyxbnx9uOvFJj6rMV1xZv7TvOGXrNkSDn26bMbA/1fcx0WrYqnZFuUWohtafQ1DvV0gJB1svhFUFvoCLVE0yX/V3OdNrzDqB9j0uYF8KVndBLYwj3JiYIkAyD6e1R4sYwdJlcjR1dmgvIeBTkLtVtP+UQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Fri,-02-Jun-2023-17-51-04-GMT.mhtml

**Hash (SHA256)**

f69abb16a79b9b054e8a5f9c1a1d0ec89027dacabfdb4570027a2da39cd2f9ab

**Signature (PKCS#1v1.5)**

pIUphnkbVfkKwEka9UNtymlv7mg3G4QKefzuYEXlB1shsNeqM6oJL+FG1Zj5OJ0gHUJpkpoQlAF2pRqZBkTwC+CSiheKf/tirNZ1BbnztOKr8988J8LwbilDuw9Owhta+xgaF9L5C4P75nnwNGardNkoIa1PkSMZtc0ZleZeeFTn9UL+798ljfn2/DC/9zwf4g
+IdvpxZyexhvm6bC4bbOkGdZpadl7jRIOq2C4d6XYZTTVvUo0cF6jh0QRqTBxyrXbKaBfqOZddWURSdUntoIu7ZQhh1qpWXw/wKqWP1br8Xpt6ScgECuePJfVORRC+aS9ye9r9fqnotAaRJfglGg==



amazon

Checkout (1 item)

1 Shipping address

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

Or pick up near this address - See nearby pickup locations

2 Payment method

VISA Visa ending in 9985

Change

Billing address: Same as shipping address.

Add a gift card or promotion code or voucher

Enter code Apply

3 Offers

Change

4 Review items and shipping

FREE TRIAL

Jade, we're giving you Prime FREE for 30 days!

Get your Prime eligible items ~~Monday, June 5 by 8PM~~ Tomorrow, June 3 by 8PM for ~~$5.99~~ FREE

Get FREE One-Day Delivery with Prime

No hassle. No commitments. Cancel anytime.

Delivery: June 5, 2023 If you order in the next 10 hours and 8 minutes (Details)

Items shipped from Amazon.com

Evil Smiley Face IR Patches for Embroidery Cloth Patch Badge Hook & Loop IR Patch

$9.99

Qty: 1

Sold by: StarWay US

Amazon Prime eligible Join now

Add gift options

Choose a delivery option:

FREE One-Day Delivery with your free trial of Prime

Fast, FREE Delivery prime

Monday, June 5
$5.99 - Shipping

Overnight 7 AM - 11 AM
$9.99 - Fastest Delivery

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

Order total: $16.68

By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

Get FREE One-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.

Try Prime FREE

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Order Summary

| | |
|---|---|
| Items: | $9.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $15.98 |
| Estimated tax to be collected: | $0.70 |
| **Order total:** | **$16.68** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Frodete Rainbow Bead Necklace Boho Necklace Smiley Face Sweater Choker Necklace for Women Creative Colorful Beads Holiday Happy Smile Face Necklace: Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/Rainbow-Necklace-Sweater-Creative-Colorful/dp/B0B3VYK56G/ref=sr_1_335

**Collection Date**

Mon, 24 Apr 2023 06:44:22 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

sJNUDrHjjVV3Mm1cbNU9SgOSpZXc67esaxYxT4L9sWVaHiHveWlIS4TJNyijTcG8zcLQRyeDgaUVFAlWURuwtYoaT/pljvvNH7Wbqy3ydynRhb/pkrFuooiEPlVR61kOPPPlmlvUP4RF0M5kCmFRU6XiGDim3XsdVw8dKHe9qRs=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Rainbow-Necklace-Sweater-Creative-Colorful[fs]dp[fs]B0B3VYK56G[fs]ref=sr_1_335]]_Mon,-24-Apr-2023-06-44-22-GMT.pdf

**Hash (SHA256)**

7b0a70b3cb0e7e63b202fb6ebd76fc92dafcff4821b5a90944cbab38f3d48c3d

**Signature (PKCS#1v1.5)**

hpyjlpQMe0GJ1JhKnixk8k3QrO2LfqKXNMsegU6QN09kSemrerl1pL4JCzdQRX55+zy7mixtjWtMzQ9LmZ+uns3xQ8RZnPPngqUtSr6lh+ajF4VIC6d/SAcXYDJewz8MIJ6Dcy8QQeqdMWUacNPfZtiA9VkBN2BKb0vSuMcN9Vc=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 26 May 2023 00:35:34 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

111.92.76.240

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

jEKhuuvomfRTOmjVP1gNkSjj4x7djXQZT7G5ud7bmDAJmCf5DUxczf7qW7OU5hKUttNanTJHbMHWXXmGOUbCJXJ4ZtU0Wu4IwrCL7fMrU0JOie6I31t2Lbem7clk4ddigfHJFkwnaNm58/UFZWx2dmHyiXxdvGEm1ydAQb6HjMvaHjOwAG34odz/aRd+9xpDRsHeit4J
+AqUhI8UwC70Ukwrh96Y2HqEf4MFoG5yjjXjhhYovuzxoZz0LFVorqzupKbWxMXcwpTGk2rYXv4v8/ZtcVzp43NEm1cGo63o1CAdV9NDcDyb/h0POiVb+mOFw/ExVV36JqADJFT7yWmQew==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Fri,-26-May-2023-00-35-34-GMT.mhtml

**Hash (SHA256)**

f62199287d7eb4d4f1d47c3cb220fa798decdea73c44951c5240cc9b8eea1b9e

**Signature (PKCS#1v1.5)**

cjWhhv771lyYgiyP30ossWXMG1RnUEZB2dcUZFCM2wbmL88vp/byzIewpPS9hxu1aXXMi/GVftQXEeG7Sp3SOAAy7WIiIDjbgeok70yJ/ift6nMsS2nDOY8YFbci6/IcRR9XsssG/Kfrft8VASYb+CFg+uF7JYWckYDzx8AFui5TpOF4N4qXckvTDUD/
L91W0wGhgZVZ95APXW3LfIy0OamYG6qMnKJTUNqMSNz+1TY8OWST5wduvzmByv2auNvyuk4QCYV4c7mzbdkM+PNP+p4DdEtV/jaat734F61zFfylzhSTUqvVFFKzdkzyskCe5zwytUyvlQL/Mzrb88gGqA==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items with your 30-day FREE trial of Prime

Get FREE Prime Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: May 30, 2023** If you order in the next 3 hours and 24 minutes (Details)

Items shipped from Amazon.com



**Frodete Rainbow Bead Necklace Boho Necklace Smiley Face Sweater Choker Necklace for Women Creative Colorful Beads Holiday Happy Smile Face Necklace**

$7.99 & FREE Returns

Qty: 1

Sold by: Stary Charm Life

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

- FREE Prime Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Tuesday, May 30**
  $5.99 - Standard Shipping

Place your order

**Order total: $14.54**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $7.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $13.98 |
| Estimated tax to be collected: | $0.56 |
| **Order total:** | **$14.54** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Daisy Embroidered Applique Patch - Flower, Smiley Face Badge 1.5" - Iron On / Sew On Patches for Clothes, Jackets, Pants, Backpacks, Dress, Hats, Caps, Jeans : Arts, Crafts & Sewing

**URL**

https://www.amazon.com/Daisy-Embroidered-Applique-Patch-Backpacks/dp/B0BQHSCFW7/ref=sr_1_106

**Collection Date**

Wed, 26 Apr 2023 07:44:05 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

K9CuL07cnJZReIi4EUfP/2Jlvdb3ZJ198inUFK/R9MFVELC0tVKk1vytOedLlhizuxvCrFxO6NBFSKSFix/RfDeJhzXir6CBxQXAJWrv9qlBq+3TfDLaOoQTR6E8/SMgoSvq+H9uFgj32UpAqqhMx/enkwlaTkRhk64jTnHp51Q=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Daisy-Embroidered-Applique-Patch-Backpacks[fs]dp[fs]B0BQHSCFW7[fs]ref=sr_1_106]]_Wed,-26-Apr-2023-07-44-05-GMT.pdf

**Hash (SHA256)**

30dc30fa09d0981e1ce4ee25ff152bdbeeb3c98a620b993abb0e9df447f28d8e

**Signature (PKCS#1v1.5)**

M70uDMn3ZLqOUTm6d7+cenZMsyPKtvC49vUesdjOsXSYLWjqMcaiG85/vqKnxkmkFeSE5uh55cLBJQNUqRKfmuKAoN0Elw669Vm0KRy/8bBXnpkU4ratcFzzRj1yj26+UqciZu5NlglGKKbJRGgnyPDGbywVPmIYkaPoL/FMiuY=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 01 Jun 2023 12:39:12 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0d:5600:8:93::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

YFK2kqKTwyTBw+6PhcltRSwD6bz9la/YzRFKQmIEjhVPZ+vk0bXviVp6gZ0jzDTDamG0ypm9wyDi+pEzW0W9Yu7ojP3HLu5xQ/qQvd6DlVgO0T6z/oZ7b5+E+XoCWz0VPAO5Gh4bHHZQ9y2c+CFDmVtY+0iZiHGKgouYJl6reA6SHFH8W35qDv+e0zzjzPLNy
+eavEP9TFJrrFJXrJ2PdL6QNTPh7zhcjQhB6Hcopl3L0tvJtFpwcWinw6+5ILn9O/EPDodRLcITzdgGLuH23oDJ5EfgRKEWgXzI8H3q+bBjCtwVD9/4x5WRzWVsFYCRSBfDuAtQtjCbks9sWsdC1w==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-01-Jun-2023-12-39-12-GMT.mhtml

**Hash (SHA256)**

8d484188c378d1f81d477fa5b19b4355bda7dfb4b2acc65080dff05ce8229c2c

**Signature (PKCS#1v1.5)**

ldoqWbKFwXXrpUE1+1M6OhtmwwlCPksRUsN+bWEK1p2/L62mkgmSvzHf3cT0zzT8vmsStP2l50W1zLOKwdjw3ivY52vyjtUTT/i+bcbD+2XJ9Q7W+sF6nwnR1ipqkVkt+W7uegEhITh9RyH1rJoZypM1h1lXaNGaPYvvxPcTq2BfWNsknq3IXDYwlIicoPv+V
+W1MhguEc11fTYpYkHRf5vQsapqcNHrQlnan/5sKYapJDY3uFweDiAGGvVVJYBIWyqEmBTl6pqpiwwlWufvPEAwykiP/1cbEg8/Te63SihgN6tyC4Wwk+YqymjFiuZ+Mtj7ItTIu06i9S8kwY5oCA==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

**2 Payment method**

VISA **Visa** ending in 9985

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

Change

**3 Offers**

Change

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you 30 days of Prime benefits for FREE**

Try Prime FREE for 30 days ›

**Estimated delivery: June 9, 2023 - June 12, 2023**

Items shipped from Stencils World



**Daisy Embroidered Applique Patch - Flower, Smiley Face Badge 1.5" - Iron On / Sew On Patches for Clothes, Jackets, Pants, Backpacks, Dress, Hats, Caps, Jeans**

$13.85

Qty: 1

Sold by: Stencils World

Gift options not available

**Choose a delivery option:**

**Friday, June 9 - Monday, June 12**
FREE Shipping

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

**Order total: $14.82**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $13.85 |
| Shipping & handling: | $0.00 |
| Total before tax: | $13.85 |
| Estimated tax to be collected:* | $0.97 |
| **Order total:** | **$14.82** |

How are shipping costs calculated?

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

20 inches Necklace 7 mm Stainless Steel Chain and Side Release Buckles Smiley lightning for Mens Women Boy Teen Jewelry Gift (Black) | Amazon.com

**URL**

https://www.amazon.com/Necklace-Stainless-Release-Buckles-lightning/dp/B09J93V4ZD/ref=sr_1_385

**Collection Date**

Mon, 24 Apr 2023 07:03:44 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

WeME7tWujA43HvAbhLN6m+lL+qEkYYoR7YTflByyXMhzxe4gkd7bmht9YVWfrYbWk8wvPPOeXUTKNCRgp3UeazLI5L0cDBqJnAOkCP9a+r0mUwCMiCtMVaQ4G29Pz/xYCJCoqrAQIe6Sv8bEVpBp/UlqTKX8GRGlh9h+f4l+Ub8=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Necklace-Stainless-Release-Buckles-lightning[fs]dp[fs]B09J93V4ZD[fs]ref=sr_1_385]]_Mon,-24-Apr-2023-07-03-44-GMT.pdf

**Hash (SHA256)**

46e462dd0b6dce2bc947d57fc558566c93b4eac0793f5fcbda79fb84f347de0a

**Signature (PKCS#1v1.5)**

TMo443gA+5cYn4QrxqJ2/yRVz1s46ipczpD+8ZxeJhOx0did2qdfmdIPTJjTGNR21IoXBddyv0vbsLt9vUOBZAcZecizk1aOgIUqxu5boWDVtsLAiWUbvv0fS6SS6OsVd6GD3emOicNgpHn0L0fQZIppHRoOc/Yscgpsr8e9VEA=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 26 May 2023 08:59:21 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

111.92.76.240

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

qD9FGT4cYXENkXSzYQeVCf7DkR1rCZk7zW0ipgeykpuEThKnCvbUkqFGpq2ztcIe5QgDHzhqeKXBvm3Ad3w5yyeGwTJ02asPtfyHGCK1BlJVkdiSFLF3gUd5zAnmvXUGdyou3EO+5hpMTyLHxM7yDAj3XPsv3qfF9Ck/5jYACGTow1JB8uUbghsOvxnPK50+HcH60OrLX6fmJuwYZxXWP/
JcLxUcKnrRKDlOl2FyfAwenX/JWyIYW/zkZyo0ApDLhCVBIE28vOtFx7tRPv1Pw+YhAvTy6m7r1ZEBaP3tv2Bvk8RkH5CSu1EKJhoTWqWJWZBJw7SiACz3QWxFXOcUAA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Fri,-26-May-2023-08-59-21-GMT.mhtml

**Hash (SHA256)**

a3cd30a0b003585f6b76aca42d3557e821aedcccf035b893ec8c0914f5dff4f9

**Signature (PKCS#1v1.5)**

aWVknzhdO8K7c44p4q8VoGoU1+sTSUlLMUS/K3wHaMUHhL5aBNMb3BFrBszGIvmVs5VPv9CM7mWHiAKHq5Inng2DLvkOoO3BUPfmVGA3bMAwKSymwlurKJGpQBpjUrKnxl+sOF6RxCi2CodK6yYBcAjpuTTp7UqgHx+1zuWBpbrsSt3/RyG8nMxRuA6kFF1sgjKPp/
rZt6IWMh6Qij8mrDZk2AxJ33sYlTsIeykB+PMWV7AAU2YzH2wInW2o/e+pAgsTgPy6WFdXw4RLorgAtGXeNXG5cUUY3y4UberRwePYAjDEWomxyR6cIBguFCrFMYP0p0/GX60RV9NAyUiTmw==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items ~~Tuesday, May 30 by 8PM~~ **Tomorrow, May 27 by 8PM** for ~~$5.99~~ FREE

Get FREE One-Day Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: May 30, 2023** If you order in the next 19 hours (Details)

Items shipped from Amazon.com



**20 inches Necklace 7 mm Stainless Steel Chain and Side Release Buckles Smiley lightning for Mens Women Boy Teen Jewelry Gift (Black)**

**$17.88** & FREE Returns

Qty: 1

Sold by: SU LIFE

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

- **Tomorrow, May 27**
  FREE One-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Tuesday, May 30**
  $5.99 - Shipping
- **Tomorrow, May 27**
  $9.99 - Shipping

Place your order

**Order total: $25.12**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Get FREE One-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $17.88 |
| Shipping & handling: | $5.99 |
| Total before tax: | $23.87 |
| Estimated tax to be collected: | $1.25 |
| **Order total:** | **$25.12** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com: SUCOJRFF 300 Pcs Mixed Smiley Face Beads Kit with Crystal String, 15Colors Smiley Heishi Preppy Flat Round Beads for Bracelet Making, Cute Happy Face Beads for Jewelry Making Supplies : Arts, Crafts & Sewing

**URL**

https://www.amazon.com/SUCOJRFF-Crystal-15Colors-Bracelet-Supplies/dp/B09BJQ35VN/ref=sr_1_54

**Collection Date**

Wed, 10 May 2023 05:15:28 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:93::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Bhhfmcv+x6ZwXMNABz2dg/8xggOSlnFe92NlVFccTAeCOKSp8CX/1PYMLOnPNJzVNd/+3VY2uB7uGEw5IpKigM1O4h0gExme8Jq8aaptA60IU63NciMQivwavRLr9gar/0AaBJI3QzoUC83dX1xucFpV9BLNELFadhL637iQDh8=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]SUCOJRFF-Crystal-15Colors-Bracelet-Supplies[fs]dp[fs]B09BJQ35VN[fs]ref=sr_1_54]]_Wed,-10-May-2023-05-15-28-GMT.pdf

**Hash (SHA256)**

22a6e189d00638ec4ec30e01229d43cf0e62b89d2837d27322b2aa73285cc350

**Signature (PKCS#1v1.5)**

bKIozt13TTWxeJQ5f38XGDzkPMiNM8W4U8XifJCQARDjBPOCtDl0yITJkCqH/HBiVnUx14EIWIO8/Cx2+ZkNC/NfnbljBn1IHvTgo8Vt4zhlEzc0jCKF4ba9UmyeuYJY1VaT76vAHfneYiZX2DzR1RT3ZWRXTxJ2MtJMz2oRJBM=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Wed, 07 Jun 2023 07:09:25 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

111.92.118.122

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

ITkHvJWPjTu3Ix0ej0UP85f+9PVUwvje/q9s9CfnKjctXFC5x3TllQijSfkCg2qae9Gu99oO3uh1oQngBff6cJKlC1vFRaddZrAFLRaZ+H7zeKrQQCKIRCTZpAnjZlcprl91RuLmnDMVuMQK/XHNv0LoKey+5/PN1tOMwbfbyw3CX5cmiAFEuHz4Cvspu90g+eDBzhKdtGET/
z2qpS9sMlU5kwA0SFjuJD8iQXHRoPwREYY2LnhtRsic7kDCa4CrGRm5A9aLxNQ4bRsoYNBqGDUN88e+PRL0JOFsJZrsRsL2cnE03Aasbh/kWnD1gIJKUW4rw840OLaMfYfdSMn1sQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Wed,-07-Jun-2023-07-09-25-GMT.mhtml

**Hash (SHA256)**

ecbf8d922a529a05bdded2043cc79539bbdebefebbe4ca45039bc90c4c7f97ae

**Signature (PKCS#1v1.5)**

gZ49mLmOigii6zwDede0Fv1/h4ePlbh7JchQ9PIr+01LBXR3s87Jbzj/4WgdD2hTWEZImYFKTchp8exvhVrfM2JTf1e/j5vfcco67W26ZH2VcHCO+rx9LWZ2P4+3A7wfDRMXiDYoIBqnGq0f8iU2JglPcsXqhPHlXjyMrYVM2IZndtfsXXIULi8xAZj3gGIAKEEJSDxzQILcIuHrGqC0Y/
idGUUwiVXDhnliSvFOX/NgbkPJvm224gQw/6/kRfdRlLEaqtc+23UdADNhtlHERdkWbKTIKA+YXFV3MTI1t6WT6dFpjsxZyp80I6ViyW3yla8aQjngQ0K1tckdm/x5HQ==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

**Or pick up near this address** - See nearby pickup locations

Change

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

Change

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items for ~~$5.99~~ FREE.

Get FREE Prime Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: June 12, 2023** If you order in the next 14 hours and 5 minutes (Details)

Items shipped from Amazon.com



**600 Pcs Polymer Clay Beads for Bracelets Making Kit, 24 Styles Mixed Smiley Face Evil Eye Flower Beads for Jewelry Making, Art and Crafts Toys for Kids Girls Ages 4 5 6 7 8 9 10 11 12**

$7.99 & FREE Returns

Qty: 1

Sold by: sucojrff

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

**Monday, June 12**
FREE Prime Delivery with your free trial of Prime
Fast, FREE Delivery prime

**Monday, June 12**
$5.99 - Shipping

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

**Order total: $14.54**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Get FREE Prime Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.

Try Prime FREE

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $7.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $13.98 |
| Estimated tax to be collected: | $0.56 |
| **Order total:** | **$14.54** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com : Novelty Cowboy Hat Smiley Ballpoint Pens,SunAngel Cute Cartoon Pens Black Ink Pens Writing Ballpoint Pens for Kids Adults School Office Stationary Supplies(14PCS) : Office Products

**URL**

https://www.amazon.com/dp/B082H1GJ3Q

**Collection Date**

Tue, 06 Jun 2023 07:18:24 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

116.68.103.82

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

i3dQXaSgqjmAHi2WfuLMMcsRBkjVjniWmKrdfA+uYUtgZpjEjoc8Kh4q81kGnJy0L+0GXviC+Hm9X+UilrssRpYycp+0FzEm9ODZ2GEzU4DTqxxrUGOGejqU6kkOF9PajNO0vlPSzRGFbRHNISc2lVBTd4Dm2qOB1W6AyD/pGqsdM1ImzJ9BQ5LdqpGHTUcKxZ4k02HXmRAl6GWQR0mnYALltH
+FmdYoNzoMcSpOwI7tNr6BPJJkFp2nFVEIPAWDmFt13lc5gY8ETC/v6OTaXB4NZklSoVVpRaQSNcmgS2UQhR38GYMlJY5DOBF0fn6br1TNL2ooqcPQT9r16jQ0Tg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B082H1GJ3Q]]_Tue,-06-Jun-2023-07-18-24-GMT.mhtml

**Hash (SHA256)**

3170bc7efa7592c0ffb89b860e8cf7d76a7cfa3d28e4550da5c0b40fe55828ec

**Signature (PKCS#1v1.5)**

JSabkEt8n4g+Sm+iEaMYhII7JBmhLI0c+k5KGMSHkiYIQaEarlT3ckDuPA81ZAkc96d4ltEg30ezLbCctcFQIHqgVxpzllSo1HQZKpq96owluLHyCvCedZf/gyIDZ9OYjInED06BO53maNoiuOUe8+3M/afsbJ7I8D8M453iKtdUEVpFjPx23qO0CNOdok3EQaCgPIACzCFQqQfkHNSS
+jpGSOv2LrDGnc5YAjimSts4KtzXlTpBFctwif+1/yh908HbSTqp5g1GcpFtDxdt8/zY4918stuoUYzP/F8MP2a/jWONSxYqKC7iTgcpxrJpdLh2I+fWZsivNzcLvHsqzw==

amazon | Deliver to Jade Miami 33132 | Office Products | Search Amazon | EN | Hello, Jade Account & Lists | Returns & Orders | 0 Cart

All | Clinic | Same-Day Delivery | Customer Service | Amazon Basics | Today's Deals | Pet Supplies | Pharmacy | Home Improvement | Beauty & Personal Care | Handmade

Office Products | Office Deals | School Supplies | Printers, Ink & Toner | Projectors | Amazon Business

Office Products › Office & School Supplies › Writing & Correction Supplies › Pens & Refills › Ballpoint Pens

Subtotal $0.00 | Go to Cart

Mr. Pen- Pencil Sharpener, Smiley Sharpener 6 Pack... was removed from Shopping Cart.



Roll over image to zoom in

## Novelty Cowboy Hat Smiley Ballpoint Pens,SunAngel Cute Cartoon Pens Black Ink Pens Writing Ballpoint Pens for Kids Adults School Office Stationary Supplies(14PCS)

Brand: SunAngel

4.6 130 ratings

Amazon's Choice in Ballpoint Pens by SunAngel

$8.99 ($0.64 / Count)

FREE Returns

Get $60 off instantly: Pay $0.00 ~~$8.99~~ upon approval for Amazon Visa. No annual fee.

| | |
|---|---|
| Brand | SunAngel |
| Color | Black |
| Ink Color | Black |
| Age Range (Description) | Adult |
| Material | Plastic |

### About this item

- ♥ Delicate Styles: with different color cowboy hat smiley doll on the top of each pen, which make your pen look more special, can add interesting atmosphere as Christmas decorations. The lovely design will make your stationary more cute and attractive, and make your study more interested.
- ♥ Exquisite Manufacture And Easy To Operate:The cartoon pen is manufactured with premium material for fluid and smooth writting. It's ergonomic ,simultaneously, comfortable grip and will not bring too much fatigue for your hands.
- ♥ Connotation: Cowboy hats are standard for American cowboys, symbolizing the pioneering spirit of the American West, and this cowboy hat ballpoint pen can take you to the pioneering, adventurous, and wild American West.
- ♥ Wide Applications:Doll ballpoint pen is beautiful and generous, suitable for taking notes, doing homework, drawing, marking, writing diary, making invitation cards.They can also be used celebration paty, wedding, venue, party, corporate anniversary celebration, annual meeting, birthday, home interiors and so on.
- ♥ We have a friendly and efficient customer service team to respond to your questions within 24 hours. You can buy our products with confidence and contact us if you have any product quality problems. We will solve your problem as quickly as possible.

Report incorrect product information.

Add your 30-day FREE trial of Prime and get fast, free delivery

Delivery | Pickup

$8.99 ($0.64 / Count)

FREE Returns

FREE delivery **Monday, June 12** on orders shipped by Amazon over $25

Or fastest delivery **Tomorrow, June 7**. Order within 4 hrs 1 min

Deliver to Jade - Miami 33132

In Stock

Qty: 1

Add to Cart

Buy Now

| | |
|---|---|
| Payment | Secure transaction |
| Ships from | Amazon |
| Sold by | SunAngel Sales |
| Returns | Eligible for Return, Refund or Replacement within 30 days of receipt |

Add a gift receipt for easy returns

Add to List

Have one to sell? Sell on Amazon

### Consider a similar item

Amazon's Choice

Schneider Slider Rave XB (Extra Broad) Ballpoint Pen, Refillable + Retractable, 1.4 mm, Light Blue Barrel, Black Ink, Blister Pack of 1 Pen (73251)

(610)

$6.29 prime

Climate Pledge Friendly

## Frequently bought together

Total price: $35.97

Add all three to Cart

These items are shipped from and sold by different sellers. Show details

## Compare with similar items

## Product Description

## Looking for specific info?

## Product information

## Special offers and product promotions

- Get 20% off. Enter code TELE20AB at checkout. Discount by Amazon. Here's how (restrictions apply)
- SBCC Test. Enter code SBCCTEST23 at checkout. Discount by Amazon. Here's how (restrictions apply)
- InP Test. Enter code K2N4N2N4N56Q at checkout. Discount by Amazon. Here's how (restrictions apply)
- SBCC Test. Enter code SBCCTEST at checkout. Discount by Amazon. Here's how (restrictions apply)

## Videos

### Videos for related products

- 0:43 Cartoon Animals Pencils Wooden Pencil — Lopenle
- 1:22 Mop Head Topper Pens Screen Cleaner Pens — Lopenle
- 1:28 Have fun with silly pens
- 3728 Planet Pens Sloth — Mozlly

Upload your video

## Customer reviews

4.6 out of 5

130 global ratings

| | |
|---|---|
| 5 star | 80% |
| 4 star | 10% |
| 3 star | 6% |
| 2 star | 3% |
| 1 star | 1% |

How customer reviews and ratings work

### Review this product

Share your thoughts with other customers

Write a customer review

Top reviews

### Top reviews from the United States

peggy garvin

**cowboy pens**

Reviewed in the United States on April 23, 2023

Verified Purchase

Great product. the kids loved them!

Helpful | Report

Amazon Customer

**Great for my classroom Prizes in PBIS store**

Reviewed in the United States on February 1, 2023

Verified Purchase

My 8th graers love them. They covet them. We are the Vaqueros so it was a great treat to add during spirit week.

Helpful | Report

P. Willie

**Brought smiles to recipients**

Reviewed in the United States on October 5, 2022

Verified Purchase

My home state is Texas and I traveled to Germany recently. I took these pens to pass out to random people we interacted with (like the taxi driver, store clerk, young man who helped with directions, etc) and they always brought a smile! Seems they are okay quality for the price. I used one to write a note and it was nicely balanced and wrote smoothly. Have not used one of these for a long period of time so can't speak to how well they lasted. I think they would be okay, though.

Helpful | Report

Alicia B

**Cute but takes longer to get than stated**

Reviewed in the United States on June 5, 2022

Verified Purchase

Cute and good value for money. One pens face was messed up but still good value. Taking a star off for longer delivery time than stated. Good teacher gifts.

Helpful | Report

John Cobb

**Expensive**

Reviewed in the United States on December 3, 2022

Verified Purchase

Should get more for the price, nice pens for gifts but expensive

Helpful | Report

Lonnette

**great gift**

Reviewed in the United States on May 29, 2022

Verified Purchase

Pens are not high quality but so cute and such a great gift

Helpful | Report

Christina Olmstead

**Cowboy Up**

Reviewed in the United States on December 19, 2021

Verified Purchase

I love these pens. They are cute, fun. Write well enough. I shared them with a few kids in my world. The rest I'm going to use myself at work and bring some fun to my job.

Helpful | Report

C. Jewell

**Very cute...**

Reviewed in the United States on June 5, 2020

Verified Purchase

The cowboy ink pens were a big hit in the gift bags I put together. They work great - the face on the cowboy is adorable. The ink is a nice quality and the plastic is sturdy. I would purchase these again! Hee Haw....

Helpful | Report

See all reviews ›

Back to top

**Get to Know Us**: Careers; Amazon Newsletter; About Amazon; Accessibility; Sustainability; Press Center; Investor Relations; Amazon Devices; Amazon Science

**Make Money with Us**: Sell products on Amazon; Sell apps on Amazon; Supply to Amazon; Protect & Build Your Brand; Become an Affiliate; Become a Delivery Driver; Start a Package Delivery Business; Advertise Your Products; Self-Publish with Us; Host an Amazon Hub; › See More Ways to Make Money

**Amazon Payment Products**: Amazon Visa; Amazon Store Card; Amazon Secured Card; Amazon Business Card; Shop with Points; Credit Card Marketplace; Reload Your Balance; Amazon Currency Converter

**Let Us Help You**: Amazon and COVID-19; Your Account; Your Orders; Shipping Rates & Policies; Amazon Prime; Returns & Replacements; Manage Your Content and Devices; Your Recalls and Product Safety Alerts; Help

amazon | English | United States

Amazon Music — Stream millions of songs | Amazon Advertising — Find, attract, and engage customers | 6pm — Score deals on fashion brands | AbeBooks — Books, art & collectibles | ACX — Audiobook Publishing Made Easy | Sell on Amazon — Start a Selling Account

Amazon Business — Everything For Your Business | Amazon Fresh — Groceries & More Right To Your Door | AmazonGlobal — Ship Orders Internationally | Home Services — Experienced Pros Happiness Guarantee | Amazon Ignite — Sell your original Digital Educational Resources | Amazon Web Services — Scalable Cloud Computing Services

Audible — Listen to Books & Original Audio Performances | Book Depository — Books With Free Delivery Worldwide | Box Office Mojo — Find Movie Box Office Data | ComiXology — Thousands of Digital Comics | DPReview — Digital Photography | Fabric — Sewing, Quilting & Knitting

Goodreads — Book reviews & recommendations | IMDb — Movies, TV & Celebrities | IMDbPro — Get Info Entertainment Professionals Need | Kindle Direct Publishing — Indie Digital & Print Publishing Made Easy | Amazon Photos — Unlimited Photo Storage Free With Prime | Prime Video Direct — Video Distribution Made Easy

Shopbop — Designer Fashion Brands | Amazon Warehouse — Great Deals on Quality Used Products | Whole Foods Market — America's Healthiest Grocery Store | Woot! — Deals and Shenanigans | Zappos — Shoes & Clothing | Ring — Smart Home Security Systems

eero WiFi — Stream 4K Video in Every Room | Blink — Smart Security for Every Home | Neighbors App — Real-Time Crime & Safety Alerts | Amazon Subscription Boxes — Top subscription boxes – right to your door | PillPack — Pharmacy Simplified | Amazon Renewed — Like-new products you can trust

Conditions of Use | Privacy Notice | Your Ads Privacy Choices

© 1996-2023, Amazon.com, Inc. or its affiliates

AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 06 Jun 2023 07:22:15 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

116.68.103.82

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

kj0u949vGPFpWgvD1B3b9t2F20CJBeCOjKh+XvAC5C+Qgaz/3RGLdlFbU6IuguPwm7wgx/opLi1udZnNrpQEVLYYAwkjlQKYtgi5E9ulgBsS4prcb2J6kaAp70lz9z9CKOSBmglyvH2tgC/qErAvhAZfbBu3lIDLE
+aotndVBpE5FkTtRm8HwxunccFsvJtPsHgBNxyNbLrkdiakcIqxbZNcu1OipqegxfY9oh1g3HAFPTWrZDtwSoN5sF8GxoBSFqr58Kf4BkppHHgLnXuGMqqHTebCcchOncpY4x4KDMhpvDPGB2CzjmqWkzQRgeIxnuyFGgiPxFQKqZIHMd4jpw==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Tue,-06-Jun-2023-07-22-15-GMT.mhtml

**Hash (SHA256)**

f6d3f25bf38ecf35f80cd3b5879f0785b2cefd24f43f9deda1335ea70bb67867

**Signature (PKCS#1v1.5)**

o5FLOowjGotKNXTsj60ojfTGtTB+qM/xIfEfdloJ58frnPA7Q19h6C3k8zCOYWJqqiIS9W2nQ3ZXCWZqYjkPRThYij4uOF8/mxqHN67Vm27BDLN6NLSMSrDJoZtydORnp/ZFyxrSHNUQMA3C/4X5F87d0DtrCqyd6isn
+JNu5OvtnxNVslko3cvO8ikrIqTUVwsqiyFWlsaGb9MJ9kiC/9Gz3nXlKx4brVgK9ReKzV2tfQOMIDQEkXt3+UICO/ear2Jl7ND7X7KnzbuA3Oyb/Mm8UBzRn1RGojU2H8d/fqiixvFs01Ys1ixQTOxJaw9wFpIjm7jC9TDgYGP0w9FMPA==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

Change

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items ~~Saturday, June 10 by 8PM~~ **Tomorrow, June 7 by 8PM** for ~~$5.99~~ FREE

Get FREE One-Day Delivery with Prime

No hassle. No commitments. Cancel anytime.

**Delivery: June 10, 2023** If you order in the next 23 hours and 22 minutes (Details)

Items shipped from Amazon.com



**Novelty Cowboy Hat Smiley Ballpoint Pens,SunAngel Cute Cartoon Pens Black Ink Pens Writing Ballpoint Pens for Kids Adults School Office Stationary Supplies(14PCS)**

$8.99 & FREE Returns

Qty: 1

Sold by: SunAngel Sales

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

- **Tomorrow, June 7** FREE One-Day Delivery with your free trial of Prime — Fast, FREE Delivery prime
- **Saturday, June 10** $5.99 - Shipping
- **Tomorrow, June 7** $9.99 - Shipping

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

**Order total: $15.61**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

**Get FREE One-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.**

Try Prime FREE

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $8.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $14.98 |
| Estimated tax to be collected: | $0.63 |
| **Order total:** | **$15.61** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com : Cosmmap Smiley Face Badge Reel, Smiley Face Badge Holder, Glitter Badge Reel Nurse Shaker Badge Holder with Transparent Card Holder for Worker Nurse Doctor Office School : Office Products

**URL**

https://www.amazon.com/Cosmmap-Smiley-Holder-Glitter-Transparent/dp/B0C1YYYHQJ/ref=sr_1_28_sspa

**Collection Date**

Wed, 26 Apr 2023 08:14:27 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Yn7woDMsk1sHjoMtzqNKcCUtd0SbGnSdS3kS1WJ1OXtGJQv05BlL34qc08y+o1YgcTm2ESDx0DfQb6TsDOF5hJStYai3CqKmAbfNFPF/Stxe4Hq9cYi6hC5aQl4ChsF9qClwIvuUkSjsV2o1g87UarM3YgEqF1SdWb+lot+jDTk=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Cosmmap-Smiley-Holder-Glitter-Transparent[fs]dp[fs]B0C1YYYHQJ[fs]ref=sr_1_28_sspa]]_Wed,-26-Apr-2023-08-14-27-GMT.pdf

**Hash (SHA256)**

e4afcf8b1dca231f1ed0073d4dbec8412422607dcfc17ed28804b76a8bd658dc

**Signature (PKCS#1v1.5)**

AE78W56FYvfT6jKUV8hwAIbQFwFV9sms9ZDLiSfGFBdssMKFAKYOGlRyVMcMT2VSi0RBI0Exx4n9CmceroVNklgGH/VwmEOZSPGVMb7Dmfl1nrzZ0E9C/rXfIngoZO3cM5aBKvhycemmm1M8CVnZ4E6weqBS6DmJAjPUxfA+Zuw=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 02 Jun 2023 08:54:37 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0d:5600:8:36::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

A3Qn1u3Xk01ys8Ux3qkwLrSDzyJ7nsDZwbG8FUYRH3gop1/m3NT8Db7KoOzjfTOp4H4h68C+wGxTRvtWH2Jq8309/VX7bZax8kIJkP0bwteh7+5Yyan/GGqrJEXtACyuE+8Z8il7Cl0TznM4r9feBgm1KalWaII4up5dCJPtpdGq2Kpf6rVYcy+7ns
+PUyRxFeZnqQ0UXJ7F9SkGzlPDSj2ijlg09XBRFBZZel7RdI10kf+oEL0uOZ7RsaZPwFjoczZgjnzVjH7ZwvUU9/QHogso26uLU9OjEdKBMGTnodfGyXwVCywh8ld9PCsWD/tQQOeF0de3R96zAvhwuacDzA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Fri,-02-Jun-2023-08-54-37-GMT.mhtml

**Hash (SHA256)**

4a2552a9574fbd116d490dcb90956792cfe33e3dfb42bef9376193f9d493bb74

**Signature (PKCS#1v1.5)**

DgmR1w6I77gD7GGIQJtxKLX6MIUD+zt0195/6HafKZUzq4e+ue2NObi95neUtejlihEWvmnIUQgzAP7e3scV7hc9uxSLKDV6E8yKJPOTkB49qcwKUcZEQ2HdFbj3OjDabrj3XaDeu4PbBRCsO+L99hQ4c92rEaYR9tP3GZ1dvPJnq3xv/6yj9Ea5CJSxC1xdMl+f8HmGHcx7NznccgAW7/
kGlBaWCuSnmnsNGPXI38LhtHq6gv/vw085fu6PyL8CXW+z9QYcmkdjlYQ5gZqUH5zcZ8gLjrJlvKZYpkTA5/CKBdX66J+icbF3zxM2xtMvW0MswzoDfXMBbvtudyezLQ==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

Change

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items ~~Monday, June 5 by 8PM~~ **Tomorrow, June 3 by 8PM** for ~~$5.99~~ FREE

Get FREE One-Day Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: June 5, 2023** If you order in the next 19 hours and 5 minutes (Details)

Items shipped from Amazon.com



**Cosmmap Smiley Face Badge Reel, Smiley Face Badge Holder, Glitter Badge Reel Nurse Shaker Badge Holder with Transparent Card Holder for Worker Nurse Doctor Office School**

$9.99

Qty: 1

Sold by: SUNCCEY

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

- FREE One-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Monday, June 5**
  $5.99 - Shipping
- **Today & Overnight**
  $9.99 - Fastest Delivery

Today 2 PM - 6 PM | Overnight 7 AM - 11 AM

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

**Order total: $16.68**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Get FREE One-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.

Try Prime FREE

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $9.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $15.98 |
| Estimated tax to be collected: | $0.70 |
| **Order total:** | **$16.68** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Mon, 05 Jun 2023 11:21:13 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

202.164.138.143

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

F983HMqGGntYxEki4JcmiJcon69oa+GB3xb5BTVrig/3q/EVrqqIUMZc5zjOH2CfxxpmWlEsZuZjMi9S1jvsFX7lEPZ4SSM0ToXi4zZBRauI+7SliP8LyOWlxj1kL1Yqmt+NIGgCZdIfe9FjtMjQM2T4GoXOI7Lnrt5Z99/7+ytP9ef8WRhF3g0BK5/44X7/UK04k5hird6ZMKRb8FqdXILYgkCs5xMj1s/
er7vEP4F0xs6qggWDOV4KCrj6srR45krE5UqyyUxSb9w0AAREHdSwZ/DZ1BTne3zGND0cbFRnJKjXuDqZSUG06qs8XWRTjiFP1C67l+hx+RIGS1fr+g==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Mon,-05-Jun-2023-11-21-13-GMT.mhtml

**Hash (SHA256)**

9603a94165f57ed8d87deea17f1897b19b95b00531ea93558d0305574b646d8f

**Signature (PKCS#1v1.5)**

NjXplgE0xERycu05ydm6oHgM/PEpSh0CgtGkmSH3WjwhOUBc4WlIQ/eD5674IhcJ4cR2u54xtPHD7bsX6aQCJn9tuVCyd/mqPszmElyTSWUXtzP+MZDAEEf1E/uhUpsTlYnBqx32gU+ILVfZgflrLbb5QwWpoLSSa1Te8E9pjfZDkJIeUTooqKzhcImkfMu1gxE4SWU/
CYsK9co4mtRkyPe1TSYzLgfuWMFXBxOGfXlnpA+/Zg/EoWdyErjNngMbkMR9ymibovSGLTXASRoQMnDCwjw3VEk2nsoYlTXfOSbMe5bNaeNbMetn2BaaGt0l95tXkf0YE/zL1VOPg6gnbg==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

Change

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**
Get your Prime eligible items with your 30-day FREE trial of Prime

Get FREE Two-Day Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: June 7, 2023** If you order in the next 14 hours and 53 minutes (Details)
Items shipped from Amazon.com



**ZYNERY 34 PCS Iron On Glitter Pearl Letter Patches Chenille Heart Smiley Face Patches, A-Z Iron On Letters Patches White Varsity Letter Patches, Embroidered Patch for Clothes Backpacks Hats Crafts**

$11.99 & FREE Returns

Qty: 1

Sold by: SunFlower UK

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

**Wednesday, June 7**
FREE Two-Day Delivery with your free trial of Prime
Fast, FREE Delivery prime

**Wednesday, June 7**
$5.99 - Standard Shipping

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

**Order total: $18.82**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $11.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $17.98 |
| Estimated tax to be collected: | $0.84 |
| **Order total:** | **$18.82** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com: ZYNERY 34 PCS Iron On Glitter Pearl Letter Patches Chenille Heart Smiley Face Patches, A-Z Iron On Letters Patches White Varsity Letter Patches, Embroidered Patch for Clothes Backpacks Hats Crafts : Arts, Crafts & Sewing

**URL**

https://www.amazon.com/dp/B0BCK2S7HH

**Collection Date**

Tue, 06 Jun 2023 07:19:24 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:36::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

AJ2zit8nds8agra8scVaoyyPeZZEjvj4Qs4ktAJcdizz7mYQ6Ggqupagz4o7uICHdev4HE0tqC/mCofK0xtak4kiIX9FAdWsF+eqScYtzalVaSiuD73zrsRT6KFWbl8/r2Om5ft0GEBlJlR6sK0l5qwDA1pCifwx0+qFdxKz+Pnhhh7M6r1/Dz9qS8/
SNy6y61zH9dB9bmgq0CHeX2BWHta8hjcADmeZw8MovoUAstkWurxTYT9tWeKBrUTq2FDx+Ou9QEUyWziL4SO6GNzUMCIqZBLoYOLtt3BDQjrl4ah/Wz91jkXvX6tbGW97IjYryJR/EMx2yNmvCfKEsG1h/Q==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B0BCK2S7HH]]_Tue,-06-Jun-2023-07-19-24-GMT.mhtml

**Hash (SHA256)**

c930c2a6dabcd2c9ac27a846cfab08eba0166758840ecbe2f074f9f87c29c09f

**Signature (PKCS#1v1.5)**

M9jAxVAv68o8jTr+qrJEzCBPMSff7AmyZe3REHgjmdhwhJhyXCXkDhiyQmfvGnhzB1IkYW0My9TeFyvXwsxwebjmpUO3H9o4uo2q9N8P5CkpRjFQ6icJIPktJycHddPmWy2qeirytNdKAs7XQnex8tzBlMLtkRpDSMSMdofVkYsb3pU2dX6wmBIdESkXmA8Sg+KT
+mlbceZB8hEnWZ6wkOfrkuNZ0VoyisFTitk7QFjCSyyUs3bAB79Nl/Txw6Jt0Xxpa/vMrsJlpjp6pqTGaqQyJw8Jg7SldIi1aSiTkfnh5yDYjmxngHML+ydpAjSCU9v26i/jyKG0LER28G2IUw==



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: iPhone 8 Plus/7 Plus Phone Case, Smiley Faces Case for iPhone 8 Plus/7 Plus, Flexible Silicone TPU Case, Slim Fit Anti Scratch Protective Cover Case for iPhone 8 Plus/7 Plus : Cell Phones & Accessories

**URL**

https://www.amazon.com/iPhone-Flexible-Silicone-Scratch-Protective/dp/B091GPS7DS/ref=sr_1_259

**Collection Date**

Tue, 25 Apr 2023 05:02:08 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

IdnxoDLCfHfxLoenbjEr0iDwS7mkqtf1wZ66a5k+E6fWZNZ3vI4zlyN4q3nI7++RT4BIdL+Jf1Q2IOCEjXxCN6PosCfms3nk0LAZR8CdUB7IVBdREK/09aTHCYKsgcl+aATfSChyp+LVlhKu1Ig2BZGrycdEvFj2NfEdxlXA8iM=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]iPhone-Flexible-Silicone-Scratch-Protective[fs]dp[fs]B091GPS7DS[fs]ref=sr_1_259]]_Tue,-25-Apr-2023-05-02-08-GMT.pdf

**Hash (SHA256)**

108c8f2456dcd6e324803264874b3a8be2cd7e66deecf3965d88406983fbeee6

**Signature (PKCS#1v1.5)**

W8AWIN3oMyi95argJoWgHubaZyNBhhDU68Ti6P2SFWrzci/a5FuOUxKfIMN5GTVbVgZPQ5RtZ9YtWOJqJ9uhD7Z1z4YNalea/Q6c2ArPR3kpAx4m7FY2q93An2bZPe8k8INs6rlSiU8TqvWGcwuJnZTh6nym6rCZFxqR85sI6f4=



AXENCIS

Investigator Name: RemoteUser2

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 16 May 2023 07:28:34 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

RemoteUser2

**IP Address**

202.83.57.61

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

ok1RJQnGRysZzezKkxmAkD5J49leT05ezJiFhx4qBADsCFAN3pfkX3YKOm64UAQFSzc3y3fIOJ/tnVxkhYMtSOCQgmT1gWonO9n7aD/dWs2A6sw026aycvzyJOCA8Y/9hSugP2KMEe759th82e5P8Nwk7SW1BIF8d27l6xXNd5peYURZJzgvSz5bRfVdfstko5c+y2Jj2ZQLxvr1TGk3n
+zTGq5iRx/6liRZK/dOx3efcw7lty6nK8jnpasgWVR1pVHzyM5eFZVmnnqr/kuTXFgwH8NsxiwDQmXCOUsvo6Cu4dz+9K9Zo8vcbhGTFyby08PGn0BD80kegamic6c5RA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Tue,-16-May-2023-07-28-34-GMT.mhtml

**Hash (SHA256)**

0101b72637159c34e8a2514294f1fb2eff143c9cdf42a5988ba13d8486e4287b

**Signature (PKCS#1v1.5)**

PL1tyhBw1sGkbxh7qt8f9ooG77THLvtpcAyEEGQ2NOYp7AT/JSBpxEd8PDOKkDlf6/oWvx52QKMfk7JYJzHAU49AYWlOYc/WsoVWNekytZNl8UsFbT69Z/RARxn+MxtvEb2CwFQ5TNmc2WDMH0k7A6qsMjrpkX4e1Dd5LrqbVP8SjGl/H7yCuj2oWCspvRUYoIWE3jx5d7p6QF/
LpGhJxMXdrqdBkfGhTrJQjlqrBzYa5C2dCtgz4RoZUrb2OAU6I6je+H5y5VmD+T/m+HorMQkvtbljIC/o3ixEop9dmJZAu5Wmqpo8T/GUG8Wpyb2CeFQcZAKlthD3PTEBFDLzng==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items ~~Sunday, May 21 by 8PM~~ **Friday, May 19 by 8PM** for ~~$5.99~~ FREE

Get FREE Prime Delivery with Prime

No hassle. No commitments. Cancel anytime.

**Delivery: May 21, 2023** If you order in the next 20 hours and 31 minutes (Details)

Items shipped from Amazon.com



**iPhone 8 Plus/7 Plus Phone Case, Smiley Faces Case for iPhone 8 Plus/7 Plus, Flexible Silicone TPU Case, Slim Fit Anti Scratch Protective Cover Case for iPhone 8 Plus/7 Plus**

$15.99 & FREE Returns

Qty: 1

Sold by: Sunkoby

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

- **Friday, May 19**
  FREE Prime Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Sunday, May 21**
  $5.99 - Shipping
- **Friday, May 19**
  $9.99 - Shipping

Place your order

**Order total: $23.10**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Get FREE Prime Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $15.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $21.98 |
| Estimated tax to be collected: | $1.12 |
| **Order total:** | **$23.10** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com: KOHOTA 300pcs Sunflower Smiley Face Beads Handmade DIY Y2K Beads Colorful Fruit Theme Loose Beads Spacer Charms with 2 Rolls Crystal Elastic String Cords for Jewelry Making Supplies : Arts, Crafts & Sewing

**URL**

https://www.amazon.com/KOHOTA-Sunflower-Handmade-Colorful-Supplies/dp/B0972PG4Q1/ref=sr_1_92

**Collection Date**

Wed, 14 Jun 2023 11:30:53 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:36::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

l8YyUd9YnNzPBfIBgzctGZPuAx6B8W9KRYR6oz71piDipYbqBftV39MWxM/c1EDFit9glomi6kOOulFPPKC+/gsX+oZYsJjYk2X2dY0eB3eT7A1Lqpt4dpn8QjPml0WHXeGQrQRl24ENjfFw3mvXgUdv8x1N2MuQ5x3hyJpwUdg=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]KOHOTA-Sunflower-Handmade-Colorful-Supplies[fs]dp[fs]B0972PG4Q1[fs]ref=sr_1_92]]_Wed,-14-Jun-2023-11-30-53-GMT.pdf

**Hash (SHA256)**

6a6bfc7297845c922f197f0c8b7801bd6c7f971f21bf2c1569f0895baa29aa63

**Signature (PKCS#1v1.5)**

EPlpBTSz4bsi/J7FmDW7ofCTxHor2SrA3diwjG5EfQ+EOxhkRKr206ZSheRQ3BhatrmCV21gYaPvsD39IvwW/Kr5HSiG516nnp1r7DC/asO6Awd32NSeTDGikW1duwPQFoljVBNdn3eIDGH2BTKjuxWOuhFEpvDKsO/G8P+tK2g=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 15 Jun 2023 10:45:57 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

202.83.41.44

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

P66hezJNCnIU9Rw8NwWMEtqJty1kE8DWpca5cS7i9VecWDJFnL/knw1HfwoEfRV8yDMmjN/b3QMMn0ZtPYGNYBop3gmysUFB+v0/re8DMyvZKGIlIwYObux/RlS01eAZZT8amVlKRkw16S+28t/QX
+ZCA8fiJ6SbqDARnlGaVeO/2GQmsQIXsca222a1JDEDCq6kfTSfTNWZ24nva5dL8syg2NoYpI7EVfBbbVVb+pV4mNVhGKxThR63i17GKIwidvPXK2PAtJ/iy1yXVkYMJeSfv57cmwTvWuozBESRg/4YR87ikO7on9ahg2Wv2/a8rEgu1iUJ+nvPDOQE9TuHgA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-15-Jun-2023-10-45-57-GMT.mhtml

**Hash (SHA256)**

68d6afbc7d0f7fe057c6e2def63db062f9100082a73be16205898db415ffb92c

**Signature (PKCS#1v1.5)**

qhM2/JCMdC5cKeg129TOanOgq04fGl5f/
u7eIVqvffbsRQQdI7PfpoPeUxGfm40bVGSR7wUPTqCRiRRnznTWvZOUhHIAnKtJnebgOR6efLtr0KexJfyN3Xs9n9sutOq5iBDulAQNakmDSVWgaRaEZezGw2Gtf/2CJ9KhBbXM2WjvJCl2Thj3yDAm19kIewy04m9Oi6PpGfdiYDZU7MK6d6U8XPJxNYwfQU
+ULCd/8HUVIcfRpIMHBVIGX6c4h3UaHaiwxlq3yk4b4oIHdWMWAirOVhyF8vu3LdUnEVhbz4wrOr5Msu+uRbesWjsf7NGOlTmQ7AaBQNxoaSDKOtEVzQ==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code Apply

**3 Offers**

Change

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**
Get your Prime eligible items with your 30-day FREE trial of Prime

Get FREE Two-Day Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: June 17, 2023** If you order in the next 19 hours and 29 minutes (Details)
Items shipped from Amazon.com



**KOHOTA 300pcs Sunflower Smiley Face Beads Handmade DIY Y2K Beads Colorful Fruit Theme Loose Beads Spacer Charms with 2 Rolls Crystal Elastic String Cords for Jewelry Making Supplies**
$7.99 & FREE Returns
Qty: 1
Sold by: Sunmoon
Amazon Prime eligible Join now
Add gift options

**Choose a delivery option:**
FREE Two-Day Delivery with your free trial of Prime
Fast, FREE Delivery prime
**Saturday, June 17**
$5.99 - Standard Shipping

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

**Order total: $14.54**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $7.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $13.98 |
| Estimated tax to be collected: | $0.56 |
| **Order total:** | **$14.54** |

How are shipping costs calculated?
Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: HANRESHE 6 PCS Smiley Face Preppy Necklace Women Girls Heart Round Preppy Necklace 14K Gold Paperclip Stainless Steel Smile Pendant Choker: Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/Hanreshe-Necklace-Paperclip-Stainless-Pendant/dp/B0B1CX17PT/ref=sr_1_214_sspa

**Collection Date**

Thu, 20 Apr 2023 05:25:33 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

GDXzUksLq0I7bIqTVCgRXeNySV9U22qkK61WB4XgzzOj/elyb118nu+Unu4AswXk49G+Rj4LJdrn+gFB+eimTjmcJ4u1GH+HgXMiq0WIvV2rqIW8UtWmYKoLCSiBy8nNrqcxMUPNZgJ773qKzyMrrfxTgloNgkZXuR8Swii/T+8=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Hanreshe-Necklace-Paperclip-Stainless-Pendant[fs]dp[fs]B0B1CX17PT[fs]ref=sr_1_214_sspa]]_Thu,-20-Apr-2023-05-25-33-GMT.pdf

**Hash (SHA256)**

7bb7d25534e4f5b68984f1b94fbee8b5ee2816515d377be28d4dddf5e0090168

**Signature (PKCS#1v1.5)**

T5j2+ZezIGESdkK9D7jz0Ua6j3J++gRKi0SCw7RcCVNSX0opqfy0eKiMoL95FvbMOYDjqOnlW2HMnNPBAvkzcyLbD/n1HZ9lTRJWCKKu2qoprM8yQkkXHpXjZ5YChqK6fjl3tq30YIFT3ZIJiD5UjmstirMks0hUM+VocB9xzeo=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Wed, 17 May 2023 15:35:33 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2001:ac8:9a:d::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Lr3tyVrfroH1NyWMqGWtnHFW1gab6SQWF8uj+2stLpvmt6pBjOcT4IWun73iO9x3qtBJo0iVLKtx8+kywFQjzila9YbxzY/USc6VY/GOQrxe4tadTQA2ppSCA/nyU5FzScBP5STQceq63kfS6Yxr6jAyERTpCjcuM2rk+zRNVKXxE8g8V7v6BOygcs8Y41C/NFLUldtcpFPJ/
Hr2KPludn8TlqYra6lvQukLjqupmouWMoHtmBO4a5A7GUyeoCUuvipbQmiKG88501h9XlTfHxeQyorbZ99OyasPf72CGZojWB8DXtj1JCvbtziYbMHRDuWhamiIUpUHE0mVBxIrAw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Wed,-17-May-2023-15-35-33-GMT.mhtml

**Hash (SHA256)**

b8afe97bcfb146804cacfc24c37955d70bab1f9bb4af975307bd8ae4bec28d07

**Signature (PKCS#1v1.5)**

AIhsq3+vI7buVMUeF99oA8FInOnFqNDhuL/hRlmyX32W+8j2Ur8IOLaI3qTFzRkEOjjtivzqHNB/0OENGBoqn18buy3KvnbrAK/UQyYY3VNFGHx8Ty8jcv1SzpRN95raDJaXaN8sv7YQ8o835ASvgoTvmU0XzOV1ZD1+cUKyNSjh3BwIpPuZsvDGa
+jjMV7Gn5mZ4lu71vFfJMeTlcUSn5egsAwifQHgpdjpVql67R+BzOzfcipMvHK8oxocS/CfUkolGWultTg9K1ShsRDsVc0M6KzkU86qvtsn/Ed5Y215xt2m99jj4pzJfG/Tvixzucih8j1zCGr6iRaP4CQdTQ==

amazon

## Checkout (1 item)

**1 Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items with your 30-day FREE trial of Prime

Get FREE Prime Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: May 21, 2023** If you order in the next 22 hours and 9 minutes (Details)

Items shipped from Amazon.com



**HANRESHE 6 PCS Smiley Face Preppy Necklace Women Girls Heart Round Preppy Necklace 14K Gold Paperclip Stainless Steel Smile Pendant Choker**

$11.99 & FREE Returns

Qty: 1

Sold by: sunny only

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

FREE Prime Delivery with your free trial of Prime

Fast, FREE Delivery prime

**Sunday, May 21**

$5.99 - Standard Shipping

Place your order

**Order total: $18.82**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $11.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $17.98 |
| Estimated tax to be collected: | $0.84 |
| **Order total:** | **$18.82** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: SUNNYGO Happy Go Lucky Chain Necklace for Woman Girls Smiley Face Yin Yang Colorful Pearl Beads Charm Choker Necklace (Style C): Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/SUNNYGO-Necklace-Smiley-Colorful-Choker/dp/B09CYJ56Y2/ref=sr_1_339

**Collection Date**

Mon, 24 Apr 2023 06:45:41 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

VIHCEy+e8ukIRCLrMmJM829vPRej1vaq/mov1YVlM2mC0IJLYKhYkk9jTA++3GvfbsyM5KhS38SFucKSjAnjPIUjkm5/3jRvBe+2b6VIAzsm70AgbvCWRWUbHX5k4ng7ZRRpg4WHAiS0Nrb3mXyGv64i6Gwbsq14tm55dNx1OJk=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]SUNNYGO-Necklace-Smiley-Colorful-Choker[fs]dp[fs]B09CYJ56Y2[fs]ref=sr_1_339]]_Mon,-24-Apr-2023-06-45-41-GMT.pdf

**Hash (SHA256)**

397f27b4ad8c8a4aaa05badabf132cfa97d671b3e78a5f652d0996d58d00b2bc

**Signature (PKCS#1v1.5)**

ZeIHdaKjJUAfn0K3kabtTK1eOEPeyubOLxykLVI/6c8F66cu6JQWbP4tWWX15KG0N76f36cWVgAaOgO9xHEgGKZSr3ahRUHLesHhB4AD0L0gBS3nUOjRlS9cHzCqtlIH4qyVETXbs5UFvoHI8WsARzcSbEe8bF4shiPkP5Dz8/A=

amazon Deliver to Gregory Kapolei 96707 | All | smiley | EN | Hello, Ozzie Account & Lists | Returns & Orders | 1 Cart

All Clinic Amazon Basics Customer Service Buy Again Amazon Business Household, Health & Baby Care Livestreams Beauty & Personal Care Free Shipping Coupons Pet Supplies Smart Home Shop Spring Outdoor Event

Subtotal $14.99 Go to Cart



$14.99

Only 8 left in stock - order soon.

Amazon Fashion Women Men Kids Luggage Sales & Deals New Arrivals Our Brands prime try before you buy

Clothing, Shoes & Jewelry › Women › Jewelry › Necklaces

## SUNNYGO Happy Go Lucky Chain Necklace for Woman Girls Smiley Face Yin Yang Colorful Pearl Beads Charm Choker Necklace





Brand: SUNNYGO

★★★★★ (5.0) 1 rating

$9.99

FREE Returns

Color: Style C

$9.99 $8.99 $9.99

- ✪MATERIAL✪The necklace made of high-quality copper chain, and pearls、beads、Resin smilely face、dice etc. The unique splicing shape shape makes them feel very stylish, comfortable, waterproof, colorfast, rustproof and durable. It is hypoallergenic. It is harmless to human skin and easy to use.
- ✪Size✪ The length of the necklace is 13.7inch+2.7inch adjustable extension chain. The size that fits most women. Its weight is neither light nor heavy, just fit to wear, don't worry about burdening your neck.
- ✪UNIQUE DESIGN✪The classic Cuban chain is combined with pearls, smiley faces and other small accessories to form a distinctive necklace.The unique design is fashion and charm, and the adjustable chain length allows it to be easily adjusted to the length you feel comfortable to wear. This necklace is very suitable to be worn alone or stacked with your favorite necklace, giving you a different wearing experience.
- ✪IDEAL GIFT✪ We provide exquisite gift boxes/bag for this necklace, which are used for Mother's Day, Valentine's Day, Christmas,birthday,engagement, bride, bridesmaid or graduation ceremony The perfect gift, suitable for any woman, teenager, adult, daughter, granddaughter, girlfriend, wife, fiancee or that special lady.
- ✪AFTER SALES SERVICE✪ Please don't hesitate to contact us if you have any questions about this order. We provide a 90-day unconditional money-back guarantee service to provide you with a safe shopping experience. It will be our pleasure to give you a wonderful shopping experience.

Report incorrect product information.

UMAGICBOX Personalized Gold Infinity Name Necklace with Heart Beautiful Arrow Anchor Compass Mountain… 532 $19.99

Sponsored

Add your 30-day FREE trial of Prime and get fast, free delivery

$9.99

FREE Returns

FREE delivery Tuesday, May 2 on orders shipped by Amazon over $25

Or fastest delivery Thursday, April 27. Order within 21 hrs 39 mins

Deliver to Gregory - Kapolei 96707

Only 4 left in stock - order soon

Qty: 1

Add to Cart

Buy Now

Payment Secure transaction
Ships from Amazon
Sold by SUNNYGO
Returns Eligible for Return, Re…

Details

Add a gift receipt for easy returns

Add to List

UMAGICBOX PERSONALIZED GOLD INFINITY NAME NECKLACE WITH… 532 $16.99

Sponsored

## Products related to this item

Page 1 of 50

Sponsored



| VIBILIA 18K Gold Plated Stainless Steel Initial Necklaces for Women, Tiny Heart Pen… | AiliFe Cubic Zirconia Choker Necklaces for Women and Girls, Sparkling Rhinestone… | ARETIS "Fun Flirty" Beaded Choker Necklace Smiley Face Pearl Necklace Baroque Pearl… | Strawberry Pearl Beaded Necklace For Woman Layered crystal Choker Necklace Jewelry | Moyadee Cubic Zirconia Butterfly Tennis Chain, 18in Iced Out Necklace Gold Silver B… | UniLogue Girls Ins Style Cute Sweet Butterfly Purple Natural Crystal Necklace Retro… | COAI Heishi Howlite Green Aventurine Stone Beaded Choker Necklace for Women Girls | ARETIS "Fun Flirty" Beaded Choker Necklace Smiley Face Pearl Necklace Baroque… |
|---|---|---|---|---|---|---|---|
| $8.99 prime | $14.99 prime Save 20% with coupon (some sizes/colors) | 6 $13.89 prime | $13.88 prime Save 20% with coupon | $19.99 | $27.99 | 17 $26.00 prime | 6 $13.89 prime |

## Product Description

SUNNYGO®

Your Most Faithful Believer






**Material**

Our necklaces are made of pearls and resin beads, and Cuban copper chains.It has a unique design, half elegant half fashionable. This necklace that can brings good luck represents confidence, happiness and health.

**A nice gift for women girls**

You can adjust the length of the extension chain to the length you like to wear. It also looks beautiful with other jewelry. It is wonderful packaged and is a good gift for daughters, mothers, aunts, nieces, friends, wives, lovers, etc.



**Smiley Face Necklace Irregular Imitation Pearl Strands Necklace**






## Product details

**Department :** Womens

**Date First Available :** August 18, 2021

**ASIN :** B09CYCJGNY

**Best Sellers Rank:** #5,694,372 in Clothing, Shoes & Jewelry (See Top 100 in Clothing, Shoes & Jewelry)
#20,604 in Women's Choker Necklaces
#32,522 in Girls' Necklaces

**Customer Reviews:** ★★★★★ (5.0) 1 rating

## Videos

### Videos for this product



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 26 May 2023 00:47:09 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

111.92.76.240

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

gi0nVc9Ev40Qai6wgNELQAhF2/s5xCV3yhoXFH8QYxZIvZnz2+eDQ5Zvah8IAn2YmfsRODaJwoJbVS0rrIhDh4mUJUBQ3Y9+ddOyhO0mzpIjcg0tZ3woRHmpDWU0zzs9bLdceO6pAilPGWl3l9cUif9QS/gK2mG9BbP8QYDNUZq3GDZJbmc8MTQzxTsiCjwwzpSmFq3BCYp5eJSUwMVy+sT
+Z2Z2cIGP3f09Ke3kHHp7OOtYSG0vqugiyreuHBnfBiQhdWk5TqF5P6x8AE/79cQK9WvANWcQRFp51SEw4pbgjh1TzXWYr8822Y3+WDdvpQDbcIIjqStFePEBiI1+Yg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Fri,-26-May-2023-00-47-09-GMT.mhtml

**Hash (SHA256)**

629481468b30af2515965648518e4dbe38e8f537ad4f5354a518d52f9d61500c

**Signature (PKCS#1v1.5)**

ZPb5AGVriLxzqWqCpbvFhIdPYEzyf9a+Ec0Xl77hbk5F5jJd9qbl2sS4H5sMm0SUfpQhUrfW6nxRMvvRMsgPFgXxrXhysnURTotIrYH6dcoeEbQczb+6fakVaVVmgztzcKqxCjzyu
+UKu8D0zcYZXHBpdkEeoyjNBaS0TxPfuqy84zG0WsgaH518mTtKSjyMqVXIsAJC5lrtFXWLvm1WC9+nXiIwGQ5UNdjBqK3xib8/wnX/cWmiaHfc9jxtfF5kBulmXscmlCMr2LUM7f8IujLyZPTslAw8SKx8SpVBIBqQODwC4HR+Pksj2jflVweGwHjMRUrcu4s7b//+hrU3Sg==

amazon

Checkout (1 item)

1 **Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

2 **Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

3 **Offers**

4 **Review items and shipping**

**FREE TRIAL**

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items ~~Tuesday, May 30 by 8PM~~ **Saturday, May 27 by 8PM** for ~~$5.99~~ FREE

Get FREE Two-Day Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: May 30, 2023** If you order in the next 3 hours and 12 minutes (Details)

Items shipped from Amazon.com



**SUNNYGO Happy Go Lucky Chain Necklace for Woman Girls Smiley Face Yin Yang Colorful Pearl Beads Charm Choker Necklace (Style C)**

**$9.99** & FREE Returns

Qty: 1

Sold by: SUNNYGO

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

- **Saturday, May 27**
  FREE Two-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Tuesday, May 30**
  $5.99 - Shipping
- **Saturday, May 27**
  $9.99 - Shipping

Place your order

**Order total: $16.68**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Get FREE Two-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $9.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $15.98 |
| Estimated tax to be collected: | $0.70 |
| **Order total:** | **$16.68** |

How are shipping costs calculated?
Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Sian Kelly

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Mon, 08 May 2023 09:49:31 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sian Kelly

**IP Address**

2001:ac8:9a:d::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

K5CAO7H6ogP6qX35Ksp1rMhwPcS/WZjGzej9wOSAN6Vp8fcX4BYF8OuKCTnwxbya26fnGkYZncFswnOCm+BfF+SiNzH2mKPe5Y/PQ0EaVCNrY79klk4zmSQ5/E8jn0igXoruRCdC8/iObbT8f1MB7LcJUp7GxmbxrHCIonBFqCjh+FpiWl6Zv8/
lwcUWrt1eU4mgx5FEYWXTh5blBbnaLe1uDcv4mhY2wK1oQdhWK2CmJXCY1CmVFOy2DAo5pqANuqY+9WsY3ClSQTHvuIJOOTA9wYSU3Io4TqPZK9bJv3QSBxWrDu88aQJm8Trphgopf4wdOhoHhE2zHEb6lnIv5w==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Mon,-08-May-2023-09-49-31-GMT.mhtml

**Hash (SHA256)**

7d1163d7bc4acba133606396082eec1d410454cd625fe74f4f068e5070108ee2

**Signature (PKCS#1v1.5)**

O97wB+az3jmWnX0yK8OmPgDbG/C8oKzbgamrZXqeY2uC7jIoSLWj8S1zgp0TgK0F+6troEQgRAT7Ign8mW2g/ajOBeaAtKGoLtRSoJ3laec80vVsyo8I3W4mV1nKXhtVtP+aN/DcqUBNlldZQhkoYSfKO/uOD4wKQmxdFPdzpXWgsZMWYMPSPDefBdyEsog
+J61M0LG2GITisu72cep3iLNktCNvuGNk0bLw7eXMVD47PbEHB3q2xrwyeS3nG6dAPWg0QGE0vBAjg6JBwdEwj/BAoF8d3x8SqzLUmdvSGJtvkCKij+Ii+suDf6XNujY7JdgiJM3a39v6Y+pYyec7/g==



AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com | HooNiu Smiley Face Slippers for Women, Smiley Slippers Retro Preppy Slippers Soft Plush Happy Face Slippers for Women Comy Warm Non-Slip Fuzzy Fluffy Slippers | Shoes

**URL**

https://www.amazon.com/dp/B0BNN5PZRS

**Collection Date**

Wed, 10 May 2023 06:03:29 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:93::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

AD9v4IXBzhe7X5slJLjn1IfU5GvH8sEC+sPWNgYClMY++nX9fzlMNbhSPK2oqCRFCDxQ1FEueaHstoVMeQ2H0NaTPuaxHLrwtiosUvbPSBPLc/RewxPz2vIvISC7K98Y9lPIahkR6j27IV4row/lJQve0T+m+jYP7RuhPanuoil/7miWBb5DMmemA8Ax/
YLumBc93rNhlXVSElCzdp4Vo1P5R3fT4WudUrUxZ6yft7WcdfEBuNSKnr2yHOqZTXY+8utQ4d+aPAs6HkGiz5kWcC0gMgJ628dcS85zmv0M6W486UuyXtcxJUXzuicWOLtsUWqoGg2MGr3P8izARI1BfQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B0BNN5PZRS]]_Wed,-10-May-2023-06-03-29-GMT.mhtml

**Hash (SHA256)**

fa19a13ee27e95509b6d584f2b3c8dfc32e07e2ce1ab2fa6b814c08eab0cb21f

**Signature (PKCS#1v1.5)**

bPZemKdK2otDp/+W9QIDRGfQWAAeEcBUZo+stlY+8YRDRov+wo7VwBEIm2p9jCjfT45jTf4I3dfiQCD1VOUKiMpxHofzCO5xve9mIecJWTz35SjaAvgAK1ALBKwDVCwG0FxaQeGES4eMvTsn2Gkx8URko1wsZEtQ9/EgqtI3ochOvgkxqJnxQQk8CNrAcMuBjJlcKrsScBZrRM0bh7G8/
Aa3na5qrSscZj3l09qLvYZMJbYXVocPNm/VaWoM92EoXOgipp0zF23GXs/KmF+a3t8HN6UOfXvQQJVynGnGngL8GoxHs/1PE4G2vQMwDCZgSQWA135u+nSQrq6eFg8ksQ==



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: YQZIYOU 6 PCS Smiley Face Necklaces for Women - Preppy Necklace Jewelry, Y Necklaces for Women, Fashion Pendant Necklace Jewelry, Gifts for Women: Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/YQZIYOU-Smiley-Face-Necklaces-Women/dp/B0BV9Z1LVV/ref=sr_1_56

**Collection Date**

Wed, 19 Apr 2023 11:48:29 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

siZuHHVtytRePEl49sBdbiSF2A2pOX0F6G0K9jbid/Ph8Go+fPN1kpBmrzQP4vd1sO3jB3JztWBrNWw+JKrBBKHhBpv1ibQnniLljxbf4YDlKhsHQx82nT2H9Pp2h6JlmvWPZF0rL2Jx2z8DAe8E6EH/r8yOpqaPm6QCkyWMysA=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]YQZIYOU-Smiley-Face-Necklaces-Women[fs]dp[fs]B0BV9Z1LVV[fs]ref=sr_1_56]]_Wed,-19-Apr-2023-11-48-29-GMT.pdf

**Hash (SHA256)**

6dfc3da0a73afda6d5d1622c2f2613b44e288842248e790b6b39db7f2e0129f4

**Signature (PKCS#1v1.5)**

Plur038268GS7h76FH1vsxYTV+EbLXK+xbZeZj5SYuc59wjnr6qXBnd3HQOpHvfyhPFKXFidLlYFGxSk/cz1rWvDdrWyt0R7acTRz1BEVuZZvpD6TMvZSgkLMEB0tRdUEUB7b4UHC47xLRRsAG0ILivSo71ZqXCo67Sut/wAN+k=



AXENCIS
Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 19 May 2023 07:00:21 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Ct41uzihtz1zaJ5qRqXvuLZtNvrOc1VREss4EBqIap3TsvvCoGhbsOEYB7OtK7NzqLJw62jE4XePhRVYhyM/s+Aa2Hv5KJ67KE0XfdsiUJbp88nUwZZXpUfCx9bI59ferQilROJsklaAQifOfd1yeNS3SZNu5pfa4FbWVsCSqRlkuRm+67ntrolxq0cq4G0Mu11PZC8wfwnb8PXH8CfEh0Ush5ByyPpO/
B/B/J8nM40DSZ88ms72rJrjEbwKkcz0wVwrmpFHUy8kut2STs1dWhADtQOiespJkxLFDGyyUwO6+pJfGmYbxBl8o0Jk7v9bkjONwkbEyzvo+W5Ig+WfYQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Fri,-19-May-2023-07-00-21-GMT.mhtml

**Hash (SHA256)**

f405c04589e18221995a94286d22b7cca8ef31df37823a09a199271791722121

**Signature (PKCS#1v1.5)**

ZmfwM7tlBIGwyPYKUZTcpzzmoqzCkoH8HsNqMxQxJdVpDU14ckSGkg8OyfEH1iqlt2OTXPJtlxa32ccoLIri4yq33SwVlmkoPeOXgB/y0w4o1udxJEeueGUA1iZTqF+Xpz5VNm6oaCIDqFHKxPGLmMQrqB5YP+l2tEc3wZktNUuVtbEPEOpfZ2Luj0ebYIydpc/uls8Ujx4Ws5+Gp/ikVwZgO
+0HBxZk0Jlba8l7eEjojkrSMR1H1E8iUiG3CNMaiVzMp4anteDSjuQAfzBX2V3eSekfRBhDX9/nGfgnOP7f1BZjyBvn6xowwqJM7ux6lyzkO2YkHwblZImQe4vwZA==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**
Get your Prime eligible items with your 30-day FREE trial of Prime

Get FREE Prime Delivery with Prime ›
No hassle. No commitments. Cancel anytime.

**Delivery: May 21, 2023** If you order in the next 23 hours and 44 minutes (Details)
Items shipped from Amazon.com



**YQZIYOU 6 PCS Smiley Face Necklaces for Women - Preppy Necklace Jewelry, Y Necklaces for Women, Fashion Pendant Necklace Jewelry, Gifts for Women**
$8.99 & FREE Returns
Qty: 1
Sold by: SUNYUE
Amazon Prime eligible Join now
Add gift options

**Choose a delivery option:**
FREE Prime Delivery with your free trial of Prime
Fast, FREE Delivery prime
**Sunday, May 21**
$5.99 - Standard Shipping

Place your order

**Order total: $15.61**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $8.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $14.98 |
| Estimated tax to be collected: | $0.63 |
| **Order total:** | **$15.61** |

How are shipping costs calculated?
Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com : Smiley Face Happy Stickers for Kids Circle Teacher Labels for Teachers and Mothers 1” 500pcs (Happy Smiley) : Office Products

**URL**

https://www.amazon.com/Smiley-Happy-Stickers-Teacher-Teachers/dp/B09TCFRLK5/ref=sr_1_107

**Collection Date**

Tue, 25 Apr 2023 09:07:12 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Q1W0g1afeUpq2rDIJqGPusewyFAORRmLB4HsWnw5knlJ9OSGRcD3aY0kHKszQBGu3MRCFGJnWMRwbfHZIx7AxTAhiYM7WCGZxT2iRHtDKlA0WUqrUsNz54WmAPijPzGqJdqkk7K2e7oJNoPnHYK8qul5p6KgS/tbKLlwZf4MPJ4=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Smiley-Happy-Stickers-Teacher-Teachers[fs]dp[fs]B09TCFRLK5[fs]ref=sr_1_107]]_Tue,-25-Apr-2023-09-07-12-GMT.pdf

**Hash (SHA256)**

4af6b2b17bb26134a8433a7a35a053abe62cc0736927578b6cd305d649a3daae

**Signature (PKCS#1v1.5)**

W39aCcWmBu4LU14mj2yji3WzBk7VWjgiegMPctBZq36z0WfrNhomgN9t+WIQGT0mnPhkHygmrJgCZVKEc90Qv+Y94XPteRhzzVRRLvLAw2I702fTkODyVotNRkxj2HyVUifV9q1jwcD57EjtWtcThcJRXxv1U+SVj3r9FIC36DE=



AXENCIS

Investigator Name: RemoteUser2

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Wed, 17 May 2023 01:22:41 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

RemoteUser2

**IP Address**

202.83.40.98

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

UKrV/2QEfyNlQbdEZVR7rIznp96GkinCC2UROTYV0eIi8V4pHfv72OGn2HJ8MwXTZWpExlmqiBmr0nF/IdzfqUzOGnADYYF23nv/Oaxw2JuIqjUkSFjXjq5utae40/RypY6gCdlPh70kgViFGhV1hhBVzbWIt/
mJNklUN2qXklt4tzljEPdP7F0SA9ruAwLtyIJQPihf7Mr7j9jpdRQv8LG1V52uwzM94ns1nOOZdWXr6nh+YBLsolkLBMCwZR/YhX3nho5ApQ1o0MIQbPKgXG5HdZOa8bt+05WRtSwqW6Cz5F4VVjEEd5nZL4elDpA2v21MTuLm11r6EaId0iG0Pw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Wed,-17-May-2023-01-22-41-GMT.mhtml

**Hash (SHA256)**

25b694cc663a2b73ef8ddc761a40f68b0765f0e0716bd38eacceda9aadd5c99b

**Signature (PKCS#1v1.5)**

boDv/2Fql3RxnNYWFWPJ9xejY5MTENvycNCessHC7/ZSTOzGnPtDaPaynO/+Z7I1lYXmgA2tvPi4UTnGIOiTvMEUkkX0hyrpWzzOfiEq+GdfnjEdDTzbVRcu9uQO2aMQ2IuJA/bUpuNSbogdqsnOzbFbWz1S4GIr5RD7H8C4Yy1vTuBOyaEE6JACpv3r/rtSqblmqZ/
kR7cFdF8jCscbCYmcwNMK7CDrCo5JrvNSfVEsql0Djm8V4YqfZobsWJWD2bLJPDcv6JD8McmJwY9oijdpBncSH0O/p/ODpgIfHTncPILorwDHSZIQ6jGmwYExBa1nC/H0SLNPl6e60jdVDg==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items for ~~$5.99~~ FREE.

Get FREE Prime Delivery with Prime >

No hassle. No commitments. Cancel anytime.

**Delivery: May 21, 2023** If you order in the next 23 hours and 37 minutes (Details)

Items shipped from Amazon.com



**Smiley Face Happy Stickers for Kids Circle Teacher Labels for Teachers and Mothers 1" 500pcs (Happy Smiley)**

**$5.99** & FREE Returns

Qty: 1

Sold by: SUUMOOEW

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

FREE Prime Delivery with your free trial of Prime

Fast, FREE Delivery prime

**Sunday, May 21**

$5.99 - Shipping

Place your order

**Order total: $12.40**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Get FREE Prime Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $5.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $11.98 |
| Estimated tax to be collected: | $0.42 |
| **Order total:** | **$12.40** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Korean Open Rings Dreamy Purple Cute Smiley Monster Ring Women Girls Fashion Jewelry : Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/Korean-Dreamy-Monster-Fashion-Jewelry/dp/B0C1WQ4VNY/ref=sr_1_147

**Collection Date**

Thu, 20 Apr 2023 06:14:20 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Go9PJpnAjXVGfB5Lpu0M9Ivp3FqTNkRoaj/4wlx63DmgqjjhOTiOgSInpDqq6zTAOVo6/v2OdtpVr6Qiu1T5Nu2EF4AqMq73SRtZEtTEMs29M7LQutu/mVMQaVJjaBCPLa/C49duiWlIIlgJU0dr9aZq1qkq+6crbdrmKnHBnNo=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Korean-Dreamy-Monster-Fashion-Jewelry[fs]dp[fs]B0C1WQ4VNY[fs]ref=sr_1_147]]_Thu,-20-Apr-2023-06-14-20-GMT.pdf

**Hash (SHA256)**

0a1fb5126fd79b27048f5f7f1b7381f4ebc8b31dba57172b5239f16deceff6cf

**Signature (PKCS#1v1.5)**

iwjIWzO02A/fA31hFcde3/S374R0hJtQxplgJCGySMOUOM5brY6I5GO3VBSBfWesTru1P0iuWzEwhFbm7qiSmkL08hcsv2sTv0jTnZ2DLqYEMxeE9yqF6au4SrknGwGzMP2nl/HdACUjxZH8jeAaPU5ae/vIQL/YurhksDvolmQ=

amazon Deliver to Ozzie Miami 33132 | All | smiley jewelry | EN | Hello, Ozzie Account & Lists | Returns & Orders | 1 Cart

All | Clinic | Amazon Basics | Customer Service | Pet Supplies | Coupons | Household, Health & Baby Care | Beauty & Personal Care | Amazon Home | Home Improvement | Today's Deals | Find a Gift | Handmade | Shop Spring Outdoor Event

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

amazon clinic Healthcare for common conditions, made easier Get started ›

Subtotal $14.99 | Go to Cart | $14.99 Only 8 left in stock - order soon. | 1

‹ Back to results

## Korean Open Rings Dreamy Purple Cute Smiley Monster Ring Women Girls Fashion Jewelry



Roll over image to zoom in

Brand: LTK-GRUP

$15.50

Get $60 off instantly: Pay $0.00 ~~$15.50~~ upon approval for the Amazon Prime Store Card. No annual fee.

- The product is made of high quality materials.
- Suitable for gifts on holidays, events, New Year, Christmas,...
- Please see detailed size information to make sure it fits you before purchasing.
- Newly suitable for all kinds of clothes, designs, different styles
- We will refund 122% if the product does not match the picture.

Report incorrect product information.

$15.50

FREE delivery **May 9 - 24**. Details

Deliver to Ozzie - Miami 33132

In stock

Usually ships within 4 to 5 days.

Qty: 1

Add to Cart

Buy Now

Secure transaction

| | |
|---|---|
| Ships from | Suzuki Sonoko |
| Sold by | Suzuki Sonoko |
| Returns | Eligible for Return, Re... |

Details

Add to List

Have one to sell?

Sell on Amazon

### Product Description

- Fu ion: **Message Reminder**
- Surface Width: **6.5mm**
- Shape\pattern: **Animal**
- Style: **TRENDY**
- Occasion: **Party**
- Material: **Metal**
- Gender: **Women**
- Fine or Fashion: **Fashion**

### Product information

| | |
|---|---|
| Department | Girls |
| Manufacturer | LTK-GRUP |
| ASIN | B0C1WQ4VNY |

Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

Feedback

Would you like to **tell us about a lower price?**

### Videos

Help others learn more about this product by uploading a video!

Upload your video

### Looking for specific info?

Search in reviews, Q&A...

### Customer questions & answers

No answered questions yet

Post your question

Typical questions asked about products:

- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

### Customer reviews

| | |
|---|---|
| 5 star | 0% |
| 4 star | 0% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 0% |

How customer reviews and ratings work

No customer reviews

**Review this product**

Share your thoughts with other customers

Write a customer review

Inspired by your browsing history Page 1 of 5

KDIZI Smiley Face Necklaces,Gold Stainless Steel Paperclip Chain Simple Round Smile Necklace Preppy Jewel... 829 Amazon's Choice in Women's Chain Necklaces $8.99-$14.99

YeGieonr Women Good Luck Smiley Face Ring Happy Face Stackable Ring with Cute Chain Link Band 1,576 Amazon's Choice in Women's Stacking Rings $10.99

KXIEER 14K Gold Smiley Face Necklace Cute Round Stainless Steel Preppy Necklace Gold Happy Face Necklace For Women Girls 169 $9.99-$10.99

Smiley Face Necklaces With Smiley Face Pendant, Chain Stainless Steel Gold And Pendant Included Original Qual... 93 $9.99 Get it as soon as Wednesday, Apr 26 FREE Shipping on orders over $25 shipped by Amazon

XSILA 14K Gold Smiley Face Necklaces Enamel Happy Face Necklace Pink Necklace Preppy Necklace for Women Girls 447 $9.99-$14.99

Lin Su Fashion Sequins Baseball Cap Printing Neon High Crown Foam Mesh Back Trucker Hat-for Men and Women 1,068 $13.88-$15.88

MOROYA 10PCS Gold Dome Chunky Rings for Women 18K Gold Plated Braided Twisted Round Signet Rings Adjustable Open Ring Band... 2,421 $13.86

Smiley Face Hoop Earrings for Women, Y2K Earrings 14K Gold Plated Hoop Earrings Lightweight Colorful Open Earrings Small... 202 $12.99-$13.99

DIB Stainless Steel Round Pendant Smiley Face Necklace Gold Simple Love With Extension Chain Female 81 $18.99 Get it as soon as Wednesday, Apr 26 FREE Shipping on orders over $25 shipped by Amazon

More items to consider See more Page 1 of 6

GEGEEN DOMOG Smiley Face Hat Trucker Hats Adjustable Smile Baseball Cap Summer Preppy Y2k Hat for... 72 $13.98 Get it as soon as Wednesday, Apr 26 FREE Shipping on orders over $25 shipped by Amazon

SONMONY Smiley Face Trucker Hat Washed Dad Hat for Men Women Cute Baseball Caps Unstructured Smile Embroidered Hat 171 $16.99

CYNICISM Smiley Face Hat Baseball Cap Women Men Adjustable Trucker Hats Cute Smile Patch Sun Cap Unisex 4 $17.99

SONMONY Smiley Face Toddler Baseball Cap Boy Baseball Hats Kids Washed Funny Hats Adjustable Cute Caps for 3-12 Years 150 $16.99

Sinsinfuns Kids Toddler Baseball Hat Smiley Face Trucker Hat Retro Mesh Baseball Cap for Boys Girls 26 $14.99

lycycse Smile Face Trucker Hat Retro Mesh Baseball Cap with Smile Patch Foam Neon High Crown Y2K Hats for M... 417 $18.99 Get it as soon as Wednesday, Apr 26 FREE Shipping on orders over $25 shipped by Amazon

Your Browsing History View or edit your browsing history Page 1 of 4

Back to top

Get to Know Us: Careers | Amazon Newsletter | About Amazon | Accessibility | Sustainability | Press Center | Investor Relations | Amazon Devices | Amazon Science

Make Money with Us: Sell products on Amazon | Sell apps on Amazon | Supply to Amazon | Protect & Build Your Brand | Become an Affiliate | Become a Delivery Driver | Start a package delivery business | Advertise Your Products | Self-Publish with Us | Host an Amazon Hub | › See More Ways to Make Money

Amazon Payment Products: Amazon Rewards Visa Signature Cards | Amazon Store Card | Amazon Secured Card | Amazon Business Card | Shop with Points | Credit Card Marketplace | Reload Your Balance | Amazon Currency Converter

Let Us Help You: Amazon and COVID-19 | Your Account | Your Orders | Shipping Rates & Policies | Amazon Prime | Returns & Replacements | Manage Your Content and Devices | Your Recalls and Product Safety Alerts | Help

amazon | English | United States

Amazon Music | Amazon Advertising | 6pm | AbeBooks | ACX | Sell on Amazon | Amazon Business | Amazon Fresh | AmazonGlobal | Home Services | Amazon Ignite | Amazon Web Services | Audible | Book Depository | Box Office Mojo | ComiXology | DPReview | Fabric | Goodreads | IMDb | IMDbPro | Kindle Direct Publishing | Amazon Photos | Prime Video Direct | Shopbop | Amazon Warehouse | Whole Foods Market | Woot! | Zappos | Ring | eero WiFi | Blink | Neighbors App | Amazon Subscription Boxes | PillPack | Amazon Renewed

Conditions of Use | Privacy Notice | Your Ads Privacy Choices

© 1996-2023, Amazon.com, Inc. or its affiliates

AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 18 May 2023 10:59:59 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Cp1kBuxSPsmZJMrZCqy8BkBelSy7/hncL3cV5bAGqfa9KN7C3peZQlJxOSj7GmiNHSWU3FQ2SeP/SwBcAERdVIpAIFaTvftuRfH1k4IlsfftEbkUsE/kJpSboDuU3eHJW2mHsa/553xnitnnmzv7iVY8C0U88Dnj+ijWTspglwatvYDWpRM6yIGuZ761X0knkbp8wbJ0MRLI6KEippEE
+xUuzjfczQGrJboD854Yp+9k4KwiUGJqI8wKAzZPAqcgiSimcqq7E6gYZ8wy3Rse+RG4wWHhY1DMmTp3UB7d3i2ItXs2E+Y84h/hGzQ5+bOhehaE0V1poAaYxhlU0Z+3oQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-18-May-2023-10-59-59-GMT.mhtml

**Hash (SHA256)**

860e03c62f82f83e4ba843dfbf67720df8dde58063969f5f558fadd3a5527c72

**Signature (PKCS#1v1.5)**

ERo6NDt1AU/r9cTni42ICNnGzYu/roOiWJyvEUWEC96PtkB7mwt441f2ghjKUIte1vrWYhkhSSX5vlKHVagaDYEpZ4IA61NmRofIYHoBA49cE4S9/yKow+os6+vHoz6zqOA2kEw7VTUjT5GRaLjLsWUwiRKqrfRS4ILaYLdr0QLN8AhjcC7kUDFLmCEdAMnDvKvmZiwYW6+8G1vLAWlzfXc/
KYNt5S2A0F9aXGmLKk0U4G/c05gslcqUoQZPDFlVG+LsYUr2+XyETnQgl10tAsy7wAWOdeaKUXDrT5QUVBkqz0lKa8+nkUaG2DE6rPUElYlK5eDpXdq+k6+nDZi+/g==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Change

**2 Payment method**

VISA **Visa** ending in 9985

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

Change

**3 Offers**

**4 Review items and shipping**

**FREE TRIAL**

**Jade, we're giving you 30 days of Prime benefits for FREE**

Try Prime FREE for 30 days

**Estimated delivery: June 8, 2023 - June 26, 2023**

Items shipped from Suzuki Sonoko



**Korean Open Rings Dreamy Purple Cute Smiley Monster Ring Women Girls Fashion Jewelry**

$15.50

Qty: 1

Sold by: Suzuki Sonoko

Gift options not available

**Choose a delivery option:**

**Thursday, June 8 - Monday, June 26**

FREE Shipping

Place your order

**Order total: $16.59**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $15.50 |
| Shipping & handling: | $0.00 |
| Total before tax: | $15.50 |
| Estimated tax to be collected:* | $1.09 |
| **Order total:** | **$16.59** |

How are shipping costs calculated?

AXENCIS
Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**
Dreuyet Funny Doodle Necklace for Men Women Personalized Stainless Steel Smiley Middle Finger Pendant Necklace Unique Handmade Long Distance Friendship Necklace Jewelry Gift (Silver) | Amazon.com

**URL**
https://www.amazon.com/Dreuyet-Necklace-Personalized-Stainless-Friendship/dp/B0BYCF42BP/ref=sr_1_49_sspa

**Collection Date**
Thu, 20 Apr 2023 06:09:22 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Chris Stavrou

**IP Address**
2a0a:1dc0:4::3

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
LVrSEz4qGJOaJyl0V+JrHl4k+NO1eYh3w0tyKQ98hs3/7CGgw/DH1WTc07/WeO+piclTgVHuBsn8c4j2QjMxCOjW2034CuTeW8hO+jEt374LHA8xNnx445WSPiSd01IcuRzFK4aY6fRaFbk+09f7jb0P0rCawojVWxrwZY1m,u=

# File Signatures

**SCREEN CAPTURE**

**PDF**

**File Name**
screencap_[https[c][h][h]www.amazon.com[h]Dreuyet-Necklace-Personalized-Stainless-Friendship[h]dp[h]B0BYCF42BP[h]ref=sr_1_49_sspa]_Thu-20-Apr-2023-06-09-22-GMT.pdf

**Hash (SHA256)**
f48489156e914bdace4df75dca56a08e7547785cf129bde0623887a6d471a875

**Signature (PKCS#1v1.5)**
XJpgMTvgwPTZFloQgGbpnq9BAFDQjdej0ZR2OG0XQE97+VxBPQSq5syc9OU5TCSj38Nf+sYbfaD8/EbD7OuxtRmZDgxZTEbjE4dk8LddiM+UFfWfFc1XBxaTAPpqiHt/eTC/PXjJtGRO/x2oud/smuTEdWkOKhVhfExvUs6YeZc=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 18 May 2023 08:53:12 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

fnvYHp1mYBapU9efIQeOdXBT1BJjKjITxH70tl+pQYlL9hMVuvckuPxZhqjWvzGXXS3O7iIQhW0mMdSpSp2aKHJw2v5sxvhiBrnlqYmjrW35KEHXvhViq08yWnCiFwsy6hSgVBl0Q1vVLHXLAzWlR7Ij8h1s2YZ81N5uIe6jVJ5mPR8QHOUzzDCo/hV1SIrwupkvgoHef/
CBEJxt6kKfgExv6oxOqvmsMSEnWkTiC7jqwuRlX2fxJH6csUzIL1STZz04pQivtH3w1jV5rM7TAQ5m+oazIa2YW8iCD0wLH/lSgJ9HlKDG6YJSSgDvD+aSoToU82cQpmH5B09ReMTfvA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-18-May-2023-08-53-12-GMT.mhtml

**Hash (SHA256)**

9c09450a024b7e65140da39727920c90ef5a5eef5ef5a7c38f5b27f329e66448

**Signature (PKCS#1v1.5)**

dHlvJZK0W9lVLmW3J7naa8wvXI0qLUrwjXtehsHMY4aLHebZ7H03J18oCtJy4d6m6C7ziDq8f1HiHwy1GGR0GqGPhfrzsvkZSOE63j+nZm1hotjPATVhJclkTRlzhz+yLo7+ZdrUT+Zc06bLzuPbcDUJ+LjcAru1YzzjYy9IjkzXvKB69oCKS4/qlPXQs5fZCQJr8XMgQ20I9cH9sqC9kiCopDn0aZ636+QR
+q6nTFTObYn52BQAduwjIJhUFIGZNAdcWD0H9myeSWcmOLFF5h2E5u9icZnkfKH95isCqYap8RSinAFv75E3rG79VYMZFoig8BluXvGjv5GhWqBT+w==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

**VISA** **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items for ~~$5.99~~ FREE.

Get FREE Prime Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: May 21, 2023** If you order in the next 4 hours and 51 minutes (Details)

Items shipped from Amazon.com



**Dreuyet Funny Doodle Necklace for Men Women Personalized Stainless Steel Smiley Middle Finger Pendant Necklace Unique Handmade Long Distance Friendship Necklace Jewelry Gift (Gold)**

$6.99 & FREE Returns

Qty: 1

Sold by: SWEETGRJ

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

- **Sunday, May 21**
  FREE Prime Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Sunday, May 21**
  $5.99 - Shipping

Place your order

**Order total: $13.47**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Get FREE Prime Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $6.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $12.98 |
| Estimated tax to be collected: | $0.49 |
| **Order total:** | **$13.47** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com: zuoshini Flower Plush Pillow, Sunflower Pillow Soft & Comfortable Sunflower Smiley Cushion Colorful Sun Flower Plush Home Bedroom Shop Restaurant Decor 16.5in/42cm : Home & Kitchen

**URL**

https://www.amazon.com/zuoshini-Sunflower-Comfortable-Colorful-Restaurant/dp/B08GY7NNV5/ref=sr_1_48

**Collection Date**

Tue, 09 May 2023 08:44:52 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:93::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

QdSYJeMmVxHy5z9dGKv7AfwvRkGlufer0mScW+nqrOfFn9LEQ47BbUsHAILqm9sRelJHy1irGi+DAC0YrTZI+rv114/whI8nLRYynt3cmbYRD5jrleFyhMFPJDS0SiQH7sZLYUh5YBNHCC81IXigNjVjaHL26aAd62d2DONNAM=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]zuoshini-Sunflower-Comfortable-Colorful-Restaurant[fs]dp[fs]B08GY7NNV5[fs]ref=sr_1_48]]_Tue,-09-May-2023-08-44-52-GMT.pdf

**Hash (SHA256)**

fb9389104da8cf15d65bee7bd0d026fe6341792961962ac508bec4abab8002b3

**Signature (PKCS#1v1.5)**

erRov6BJ6rl1mb543GgyJGn0cSn4Ov5sbf3HJRIVe8vEXR8sg43tGNLHMjQd8EoVXST8F0Va+fZ+c32vKYSxB1IP+KKRxppKCoLC52K1BWNdpbuxTMrULKUz37dY+eH2ZP5/i46X7P0WzAr7XRQ3wEG0ZSWgUnYFpZSfWrn1Fo4=



AXENCIS

Investigator Name: RemoteUser2

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Sat, 13 May 2023 11:38:54 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

RemoteUser2

**IP Address**

2001:ac8:9a:1e::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

nwM5yoBSFKCPhpLv37hnt/GbXFGxUR6WRzkt1K9MRkwxOadRZgDhlrbySOdjz4EbrhObqFQlh3PV1Ye92LfChuatQqnaCrBJPvisyH4cqAJd7X2uxu4Uhq+Wd3+fMP61pXaYvej629x9hi7vFdMBRhKyH3R/KCIUZImvRF6vQ/RWjh1m75HsacFk9Zl3HMt9R4nFBAc26MaHHOrBwoy/
QqlSKfDXhcKfqDAdk+sdfm4yKBIa0YwBDroKwtmhkdsOo61yP2Hi2SImsqhRj1Qd5NOyjT7DsDmOvdRJiOA2n5cBpDnMLkYrGHrbSxik+leLwLNPV5aiWUiD2bp2zFkAZg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Sat,-13-May-2023-11-38-54-GMT.mhtml

**Hash (SHA256)**

9c7e6c19e040bee8583f2ad77dfbca9bb0e10d6e0107dba1ba70e7b24b43c236

**Signature (PKCS#1v1.5)**

YulNiEQCktdzWWbI82O9h9sFyQahmrDDP9lSncUFWzmdGKDXTBW8Oo21MZkWhMHDstRCTRaQNlVBgSAhPIFdk9yRdHfUaYq9p+FBmGhGLyJfE1BFKmc1bkctwB0rBV3mepqcURY5l6Ph/OIpnNJZSNMsU0kNFuu8ya1S8OIvmIUb0lqWTXvotmklEWh3WqXq4+HFUlhP/
LitUucnhSOCU3dNZVET3CisIDf7WqLlCPuhLmMtDBPqpK6GjzRjCnS7Fo2yCVs5Hl1TZoVf7neQSuI+stTcDGDYKewUV4o8rsftpAQlE5xFDL1yQs4eGi70XN3phF0uTiwXOnEUyrEQBg==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items ~~Tuesday, May 16 by 8PM~~ **Tomorrow, May 14 by 8PM** for ~~$5.99~~ FREE

Get FREE One-Day Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: May 16, 2023** If you order in the next 16 hours and 21 minutes (Details)

Items shipped from Amazon.com



**zuoshini Flower Plush Pillow, Sunflower Murakami Pillow Soft & Comfortable Sunflower Smiley Cushion Colorful Sun Flower Plush Home Bedroom Shop Restaurant Decor 16.5in/42cm**

$21.99 & FREE Returns

Qty: 1

Sold by: Syrisora

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

- FREE One-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Tuesday, May 16**
  $5.99 - Shipping
- **Overnight 7 AM - 11 AM**
  $9.99 - Fastest Delivery

Place your order

**Order total: $29.52**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Get FREE One-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $21.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $27.98 |
| Estimated tax to be collected: | $1.54 |
| **Order total:** | **$29.52** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.