AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: 4980PCS Stickers(60 Sheet) Smiley face Stickers and Star Stickers (Random six Styles) Teachers, Children and Parents' Reward Stickers, Children's Handmade Scrapbook Decoration : Toys & Games

**URL**

https://www.amazon.com/Stickers-Teachers-Childrens-Scrapbook-Decoration/dp/B08JLPTQX2/ref=sr_1_2_sspa

**Collection Date**

Thu, 20 Apr 2023 07:19:35 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

ADpJCRNujli6RfpYyUUIZOIR1qYEhxvv6k7FSClQQD2oRavuHocfZ4M0ymGC4HvD7gpiS/jhgaX8QioT8p6L4x6sMLSxVVgCTvbgxJurdwQRcHMoFDT41fQdGKjaJbyO46vSGv+O3PRZgZo2UI+vgQLTsLdTCJVZWNUdQ3UOAMQ=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Stickers-Teachers-Childrens-Scrapbook-Decoration[fs]dp[fs]B08JLPTQX2[fs]ref=sr_1_2_sspa]]_Thu,-20-Apr-2023-07-19-35-GMT.pdf

**Hash (SHA256)**

a34eb1aa1c110dcd4c09b12ce55de0149b04fa465c0379245f3d7d5fc500eaa7

**Signature (PKCS#1v1.5)**

CzwcHLsxXPRfU1XruZ5/oYRauJtBuJcxh/1mEQ3GcC+gS364aBLepZKEWkjXJQ+D0hO96/ZZsEsYCOLZKgXCRI5WsNWnsUk0Lpvf1nn5nI2ZHTF7eRVfkAUmhp/GoZ0T8lVmk5WpufhgL739LCMTOdgQWhIJ2sO9jiQGpYvEoFE=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 19 May 2023 00:55:40 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

ZNyEaXW+M8vUCSG0vt6RQuW3Va3x0hQiQvpYJb3cJefUNemrYKsCnt7j+ayGef/SFEj+e2/qRFqRMYuydMgN47cDMpVs1OY8fwMlawC/TNbM05PUgnED5qOH1anUOJy+K3SKfGU64y16JqZ+af/Vkm+5G
+A1BKintqu0DAhdcwsKlnsTzaebM3vgGvNd6i8nUhzb1fEKfFpvUEVImvoICvMR53BSxPkP5mTNOihTZqI6Q4g/j2pH3cihmQ303QK/GZDrtFYEYI/JILRMohe8TsbXRs+i8lqOh+Cuyaf+T8EeeJDg538mC+ItYozbMsU84AlT1KIjZp2JkIALr3eFMg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Fri,-19-May-2023-00-55-40-GMT.mhtml

**Hash (SHA256)**

d34eac72cbedd979c190f7c64f79c05f04d9227bca433e126dc75ae1ffa5381b

**Signature (PKCS#1v1.5)**

RXC+r3deSLvUSOE60qdZjjaJcdrUxjX7JH4tnBCRFMDA1PY096Fht9IrS+cfZHY7BtwXgfXLPFxOMu9j6ViuiJt5uatMu/W/qb2+OguHWrgqNv1aqFYNMc+84Prq/9/T0DcIsTdj4SJmn41pwHQb9mA1sQ+Wj68R/F7Xgis/kwFHqBBxRhyl0KNjwLkT7B2graE
+77syWB62fMGk8HsSoV7BOAFc92u9hjFkGYjzSu56KgiiuhyFflJZrbHMu8Xh8rSGWW7yNEQ5M3bdG3g92cw2/BauPsdVPYR+itTEFioK3qMJc9tLlbk2/ZIpQ81n7mG9eVitrq4qjba1OF69ig==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items with your 30-day FREE trial of Prime

Get FREE Prime Delivery with Prime

No hassle. No commitments. Cancel anytime.

**Delivery: May 21, 2023** If you order in the next 23 hours and 49 minutes (Details)

Items shipped from Amazon.com



**4980PCS Stickers(60 Sheet) Smiley face Stickers and Star Stickers (Random six Styles) Teachers, Children and Parents' Reward Stickers, Children's Handmade Scrapbook Decoration**

$5.99 & FREE Returns

Qty: 1

Sold by: SSWHCM

Amazon Prime eligible Join now

Add gift options

**Item arrives in packaging that shows what's inside.** To hide it, choose **Ship in Amazon packaging.**

Ship in Amazon packaging

**Choose a delivery option:**

- **Sunday, May 21**
  FREE Prime Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Sunday, May 21**
  $5.99 - Standard Shipping

Place your order

**Order total: $12.40**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $5.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $11.98 |
| Estimated tax to be collected: | $0.42 |
| **Order total:** | **$12.40** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Cool Funny Doodle Earrings for Women Silver Cute Handmade Smiley Face Statement Finger Dangle Drop Earrings Jewelry Best Friend Gift: Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/Doodle-Earrings-Handmade-Statement-Jewelry/dp/B0BXD91XB6/ref=sr_1_318

**Collection Date**

Thu, 20 Apr 2023 05:57:25 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

H5dSbcOLrvgs/uage7Q2p472ylbFKF5N6gGKwlGzhUCb8C/BIm8a6m35GsxPNkYrcW2rwiE9EmC7yUCsEJoKyODUjd8nwCFV1i98/a37CQJQfLDkZmOGPeTW+DNTm0M6sgmaVITzoNs/1LD9VjP0A9Khn8PkTW5QdaBeRjLyrvA=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Doodle-Earrings-Handmade-Statement-Jewelry[fs]dp[fs]B0BXD91XB6[fs]ref=sr_1_318]]_Thu,-20-Apr-2023-05-57-25-GMT.pdf

**Hash (SHA256)**

6607ddddfc6bcf222fb26183074f9d28e4af7210d160333b8625e32c59f2c081

**Signature (PKCS#1v1.5)**

c2M+vrshpZ7lSg8Q95KtQknmftszPDcLfNdWPWblbxAQnBPT9pw3b2jiwfRT4KDHASfibTx782ZnP0rxWOIJcekU+EBfc3RYchtIq7tiZ9JO1+avV8ZUvPopHeF7FKYmZXkAmr4CMGrPN8PCcg/zAkd1q3wXez4krJjEZPgYzgQ=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 18 May 2023 05:35:35 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

BTg5GhZgztBkv4SP9SYxWSAO6e63Bz79+2VsWUzXSjRrRhX2JHIioBTDV6yzjBJ08xPD9i2gY39TgIq+5c3IBpN0lw/pmKx4FPU0D78Pi2YR+pYeZorChKZ2QxCn3ctOfXoVFZt8saScfd4htJhaBzX7ILN2I5Fs10GiqlkU5u4Limf1F4re4rjPtwNWxCuZUal3W63TlrCn1XYCkzdkP88dIRSa
+o1GVIX8doDV6my0cCkY+tCgU3QON5ZvvoNZt57p50EhG9dLj24X4zX3HntMMGsE1JSf/RQlVJOGJr+bwHp6EpnxFeUj0rTKmYC2vA5rrfSTIdA8XTzd6DupWg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-18-May-2023-05-35-35-GMT.mhtml

**Hash (SHA256)**

44702ad4f07ec5fc28e110f19613e01b88756668aa2fae91980f0c45eac506c6

**Signature (PKCS#1v1.5)**

Z6OvwYhdJRi3s61ijakjCO1RFKddjCYhZhk1X8Xdt2mXgidNhfSHvDPhFMN8eGHmRKxA2DAHhuA56MhMkp5WCgsk1y/VsmUb/uwztdBBIx/6EqAGdDtVXDs3hUynGb+RlSws715SZlQhfG52SP/V+yTD1bjZPdDt2Wl+oXjwnkJj+goJMFcrMjLRhXIokMXrF5m3zqtoGzdQVbEB/
jONQl0AHGCaWkl3V3lEohvt7zK1HVlwsCI4PqXqDf0MV79FXuX7B8vE6jH9go+tiMH0STU4Mc1SR4YYkLY5GQRvAtDdzwoaBO+QJ069yPJTJQwLG8tilWDQGRQc1hpb4ElVoA==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

Change

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items for ~~$5.99~~ FREE.

Get FREE Prime Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: May 21, 2023** If you order in the next 8 hours and 9 minutes (Details)

Items shipped from Amazon.com



**Cool Funny Doodle Earrings for Women Silver Cute Handmade Smiley Face Statement Finger Dangle Drop Earrings Jewelry Best Friend Gift**

$7.99 & FREE Returns

Qty: 1

Sold by: SZSRSJM

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

FREE Prime Delivery with your free trial of Prime

Fast, FREE Delivery prime

**Sunday, May 21**

$5.99 - Shipping

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

**Order total: $14.54**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Get FREE Prime Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.**

Try Prime FREE

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $7.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $13.98 |
| Estimated tax to be collected: | $0.56 |
| **Order total:** | **$14.54** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: rafamau Smiley Face Girl Case for iPhone 8 Plus/7 Plus, Cute Pretty Girly Phone Case for Teen Girls Women Aesthetic Smile Face Design Pattern Soft Silicone Slim Fit Protective Cover 5.5-inch (White) : Cell Phones & Accessories

**URL**

https://www.amazon.com/Aesthetic-Pattern-Silicone-Protective-5-5-inch/dp/B09XXWZQJK/ref=sr_1_98

**Collection Date**

Mon, 24 Apr 2023 09:29:32 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

K2WYfpLgPztU3627O9d51V3Rj1a6f2tplaeRmor1BHVFC9UFO0K1Ca2vEUXyAbVh1gwTRawopoMlsTLG1cm/YjVvbnC0Aaym81lqds0RN8fAVTYBxlHzclw44SeRkHUDAhbUIiuzx6T8A3lVg4dbf4u/dnMqG9sJ16M/lu7rEMA=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Aesthetic-Pattern-Silicone-Protective-5-5-inch[fs]dp[fs]B09XXWZQJK[fs]ref=sr_1_98]]_Mon,-24-Apr-2023-09-29-32-GMT.pdf

**Hash (SHA256)**

e117bb446fcb78e997641513e4fb78e2baa334d1a053b743e804b183724411ed

**Signature (PKCS#1v1.5)**

RK5vhv5GipLwyhwmLdYRNGAHrSkTo6XsxMbK/IEnVGlgk0bo60jSM4qKxT+RlNOYLcwxK5D2RBMWK6de65YmHIncRRa58lY2pPXGQh2eWfqnxl+qGMLYeG7ai37QaYlphKCX2aIZkAfn0grU7FOMcNE3GWE6hN7uQaCS4KOPWdY=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Sat, 27 May 2023 01:35:53 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0d:5600:8:36::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

JjLNQLG5iqyI7H71ylelZvc6z+FGVPqpz1tsB1tBRK61p9Q6AYvaPT8u1qJAwdktTgYfHFhNl062cXSM9TsxVtH8Krp20zaqUZnK8DsqRKegPkShCt+fTZDTjEn7pfGi2vhg/m1/km8STH19tCc3Kzf0bxNYI09R/w
+zKfr2FC5D3EttbOyFA0wvDQll/5WjcE4dH3IwrJzpL4EEpAzinflyYyRnNu0qplj6p8QiBsI+2ruq9ZwvuuUhsBmeLT21WQ1F/oWxdGBt0AB+vJ4LmXgKtgRjtet7FwvUd4rObiNDUxmRFXPVyhKxAHuBqIB+147NMfXnn0VUNRrP9AOjGQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Sat,-27-May-2023-01-35-53-GMT.mhtml

**Hash (SHA256)**

ba9a11248a5375cb7849e9db6eb4d0d32f32006e849dc355af0516d34e8e4fdb

**Signature (PKCS#1v1.5)**

C7xON54UZp6GJ9K5rCNK+lQZ2X5anXXc8jpS4yrHSIuJ5r+R/78fPqyQf2Xc4gJfFlNeI0Q94Qi0DCmLS730hQSpuUsbiXbmSI1X7SgHZa7BBX+K/2LtoWLAP/mz4b6qu42Yo60bpBLWApKMIMlYp1JcSS7Q7JDttw8n/TfdDz/9vTFAZm7o/
N637t0QCrz7G6NSNtllJxB0JP4KrJs44vZhKWNMKyAWi7jQyvK7QFhpON4nL4h+l2GBoDMVIG5ZnXZ7MtJwkqmtWX05K6fKQRcjoxLnpArETMi5dniV3MoPEbACVtw6kFEu9nEqcgcdRUaawnuzZ2BKrqtNBgjOzg==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items ~~Tuesday, May 30 by 8PM~~ **Tomorrow, May 27 by 8PM** for ~~$5.99~~ FREE

Get FREE One-Day Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: May 30, 2023** If you order in the next 23 hours and 35 minutes (Details)

Items shipped from Amazon.com



**rafamau Smiley Face Girl Case for iPhone 8 Plus/7 Plus, Cute Pretty Girly Phone Case for Teen Girls Women Aesthetic Smile Face Design Pattern Soft Silicone Slim Fit Protective Cover 5.5-inch (White)**

$8.99 & FREE Returns

Qty: 1

Sold by: szsxmdzsw

Amazon Prime eligible Join now

Add gift options

**Item arrives in packaging that shows what's inside.** To hide it, choose **Ship in Amazon packaging.**

Ship in Amazon packaging

**Choose a delivery option:**

- FREE One-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Tuesday, May 30**
  $5.99 - Shipping
- **Overnight 7 AM - 11 AM**
  $9.99 - Fastest Delivery

Place your order

**Order total: $15.61**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Get FREE One-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $8.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $14.98 |
| Estimated tax to be collected: | $0.63 |
| **Order total:** | **$15.61** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Flower Smiley Nail Art Stickers Decals Cute Smile Flowers Face Nail Art Sticker 3D Self Adhesive DIY Design Fashion Trend Glamour Decoration Accessories for Ladies Girls Kids (2 Sheets) : Beauty & Personal Care

**URL**

https://www.amazon.com/Stickers-Flowers-Adhesive-Decoration-Accessories/dp/B0B3DNN9WH/ref=sr_1_105

**Collection Date**

Wed, 19 Apr 2023 10:12:56 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

qQ1jmSM7QO45XAwFJXfLbzMHiF1slfMAGbXKriT0P2ofsoE1wzfMj19eZQsXD8wWbqTLlrAZd7+Y+gU013WheXRsm2a/oUoyr+Q7kicaSBsdY5tdTgDRfYrDAz7sRrp6PTkWvLdxPFwynhsD/DofhKPNt7kfTZerseyToziCZz8=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Stickers-Flowers-Adhesive-Decoration-Accessories[fs]dp[fs]B0B3DNN9WH[fs]ref=sr_1_105]]_Wed,-19-Apr-2023-10-12-56-GMT.pdf

**Hash (SHA256)**

43265a47c6e3789731c053966a8d839b5d58ab4e0a40e685c3c261377c1b6832

**Signature (PKCS#1v1.5)**

fuqbtEYvuk6BvugiQ4tov8XhEdGjzRVEqRhP2j9rNRVfHx6fVpO+B6SDc+Y0cnsbxDviRGjAx3TBWyupteGQfq23ZbvbkYRbZLFZpZ3ZqVuh+fk/sZGwx5munEwlf+4VEnsPi+F9JFA2xCGTr9ZBVzlXWYy4rqQeQAXTGdWKrmw=



AXENCIS

Investigator Name: Sian Kelly

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Mon, 08 May 2023 08:23:48 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sian Kelly

**IP Address**

2001:ac8:9a:d::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

lHRGBCHeepIbL+Y0CoYAHC9BWItvBz2Xljy7ZOJDGtOlCVfJDTTZwEv+s35kLLnW4fHSBY5Za/i6vuhb9CshYZ2ah+GqsjSBUCq/PsehXcTp6y6MxyFfUUF0JusbMRWr714t9h3dMDdpJ8pP1d9EQY0jVMEsc2Eln9y4jMKEut+JIJYo5TYV5C
+5T2kqiUEpFSdAXkQGimTYKnNVmpBAtcZZbZtED7+xUVFAqlcXf6yAKPsinTuuGRCyH7b2pGKUutD6yB2hN5lf4yA6EfvauD+o/VfLDBA8xV4LeRlaakEkK/MfTSFR59q/aIQ5tP7zspMmQe5xRrFzI799FAcIqw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Mon,-08-May-2023-08-23-48-GMT.mhtml

**Hash (SHA256)**

5d1e1d32503d899f1118d150737f861821bce28045fb7d9fa04ef190d4619c85

**Signature (PKCS#1v1.5)**

YienyQEEWA0s5PK0B3ortub5O/ZMGhMbrDz3r01OW51E0oVuMQOt8yTF71cv/uBgf2WFZfK+4KMzxKHYJfJzQeJyFdeORYhnUnDdduJW6C4r/L4A5qbZb7eTPz3/gK/utNj4OqbmC2ubNntBsztgloGrQjsHiaHY9QqdXbvVLEPHNawtzRIdkhtuDYXVWlr++veUNKI+Qqsh7sz4pgy/
R7ghuiHouYPhvApEljcPSKIYwXsBeux6OWHR3aHG/IdGheZBUiXW5aW7YxFRTuKDuE9GGu/OCqcdcnT7BSJEPsZKCvGCsZM/gknQe6Fn7AXecDshdahTSGFAV7dghv3UHg==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Change

Or pick up near this address - See nearby pickup locations

**2 Payment method**

[redacted]

Change

Billing address: Same as shipping address.

Add a gift card or promotion code or voucher

Enter code | Apply

**3 Offers**

Change

**4 Review items and shipping**

FREE TRIAL

[redacted] **we're giving you Prime FREE for 30 days!**

Get your Prime eligible items ~~Thursday, May 11 by 8PM~~ **Tomorrow, May 9 by 8PM** for ~~$5.99~~ FREE

Get FREE One-Day Delivery with Prime

No hassle. No commitments. Cancel anytime.

**Delivery: May 11, 2023** If you order in the next 19 hours and 36 minutes (Details)

Items shipped from Amazon.com



**Flower Smiley Nail Art Stickers Decals Cute Smile Flowers Face Nail Art Sticker 3D Self Adhesive DIY Design Fashion Trend Glamour Decoration Accessories for Ladies Girls Kids (2 Sheets)**

$6.99 & FREE Returns

Qty: 1

Sold by: T Phael

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

- **Tomorrow, May 9**
  FREE One-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Thursday, May 11**
  $5.99 - Shipping
- **Tomorrow, May 9**
  $9.99 - Shipping

Place Your Order and Pay

You'll be securely redirected to MasterCard to complete this transaction.

**Order total: $13.47**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

**Get FREE One-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.**

Try Prime FREE

Place Your Order and Pay

You'll be securely redirected to MasterCard to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $6.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $12.98 |
| Estimated tax to be collected: | $0.49 |
| **Order total:** | **$13.47** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: TactIcons #23 SWAT Rainbow Police Smiley Emoji Patch... : Arts, Crafts & Sewing

**URL**

https://www.amazon.com/TactIcons-Rainbow-Police-Smiley-Emoji/dp/B07YYLYCWW/ref=sr_1_128

**Collection Date**

Wed, 26 Apr 2023 07:45:46 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

ZqQtpebwZx3jJAoVpvl1hfMiiDKsmmYCiFInHHySO2IKcq4jDzn/n8QPqvLiZw+C4zfNHKaC8p0iEjyL8D3mRPIKntDBgPFcLKy6DPdrG1Q2bhL8AirnHspQbcHd3fBXrQYznvZ12+ArEVova3YMLbgZkadOxZiNlz+dSoPg33w=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]TactIcons-Rainbow-Police-Smiley-Emoji[fs]dp[fs]B07YYLYCWW[fs]ref=sr_1_128]]_Wed,-26-Apr-2023-07-45-46-GMT.pdf

**Hash (SHA256)**

6a3e65098a69a8365e0a79378d0abd6dd15afcd88c88777dc4a2cc2078fd4e58

**Signature (PKCS#1v1.5)**

Vj/rz9EqrO6Ec25muzngbTdQp0RAzQXNxuXW7VFjW2YTfPFocjCMIM/itlEHfPl8ml+mD8/rwmbnZtomLt+s17vSiF4SFnuSv/0tIFViML83J/oUXHmROXuDytTxVyQ9gB8UUGJHpmocbpp22mMv0eU1K9PbNSobogPtDwwaS6E=

amazon Deliver to ozbaldo Miami 33132 | All | smiley patch | EN | Hello, ozbaldo Account & Lists | Returns & Orders | 0 Cart

All | Clinic | Prime Video | Amazon Basics | Buy Again | Prime | Best Sellers | Customer Service | Today's Deals | New Releases | Books | Music | Amazon Home | Gift Cards | Coupons | Pharmacy | Health & Household Products | Registry

Sports & Outdoors | Exercise & Fitness | Outdoor Recreation | Sports Fan Shop | Team Sports | Hunting | Fishing | The Ride Shop | Leisure Sports & Game Room | Sports Deals | Outdoor Deals

WE ARE Barbie THE MOST DIVERSE DOLL LINE SHOP NOW

‹ Back to results



## TactIcons #23 SWAT Rainbow Police Smiley Emoji Patch...

Visit the Patchlab Store

★★★★★ (5.0) 3 ratings

$10.95

FREE Returns

| | |
|---|---|
| Color | Multicolor |
| Size | One Size |
| Brand | Patchlab |
| Material | Rubber, Polyvinyl Chloride |
| Style | Flexible |
| Theme | Police,Rainbow |
| Shape | Square |

See more

### About this item

- EXTREM ROBUST - PVC/RUBBER patches are resistant to wetness and cold. They are also UV-resistant, and the hook back is completely sewn. With our patch you will have much joy! 100% high quality, more durable than ordinary patches
- Specially crafted high-quality and flexible rubber patch in 3D look, highest qualityContour in 3D optics. / On the back there is a Hook & Loop surface, which is sewn with the patch. Thus, the patch can be easily attached to each loop surface. / The compact size allows fast and individual attachment to patch surfaces, such as, for example, on basecaps, backpacks, jackets, deployment vest, helmets etc.
- This Patch comes with hook and loop side so you can choice for DIY sewing.
- DESIGN - PATCHLAB works with renowned designers worldwide and we do not compromise on design and details. You expect high quality patches and that's why we offer only the best quality and maximum design. For years we have been working for brands such as Helikon-Tex but also for authorities and associations or aid and charity organisations
- Great for Hats, Caps, Bags, Jackets, Backpacks, Lunch bag, Cosplay and other outdoor activities, or just for your collect hobbies.

Report incorrect product information.

Add your 30-day FREE trial of Prime and get fast, free delivery

$10.95

In Stock

Add to Cart

Buy Now

### Buy it with

### Based on your recent views

Sponsored | Popular products in the last 7 days

### Customers frequently viewed

- Hold My Hand - Morale Patch (Embroidered) ★★★★☆ 206 Amazon's Choice in Applique Patches $9.98 prime
- Libiline 24pcs Soldier Badges Kid Embroidered Patch Sew On/Iron On Patch Applique C... ★★★★☆ 5,832 Amazon's Choice in Embroidered Appliqué Patches $8.97 ($0.37/Count) prime
- PATCHLAB Army Police Patriot Soldier Veteran Teddy Patch ★★★★★ 186 $15.95
- "A Sailors Grave" Embroidered Morale Patch Based on The Nautical Tattoo ★★★★★ 125 $9.98
- Custom Embroidered Name Patches,Personalized You Name Tag Hook... ★★★★☆ 11 #1 New Release $2.49
- 28 Pcs Rismise Iron on Patches Colorful Iron on Patch Chenille Patches Smiley Face ... ★★★★☆ 48 $13.98 ($0.93/Count) prime Save 10% with coupon
- 12pcs Yellow Glitter Smiley Face Iron On Patches Sew On/Iron On Patch Applique Clot... ★★★★☆ 178 $9.98 ($0.83/Count) prime

### Product Description

TactIcons is a new Series of small (1.6 inch - 4 cm) Tactical Smilies by StudioM6
The first Season contains 45 unique fun Designs and come with sewed on hook backing and loop counterpart.

DESIGN - PATCHLAB works with renowned designers worldwide and we do not compromise on design and details. You expect high quality patches and that's why we offer only the best quality and maximum design. For years we have been working for brands such as Helikon-Tex but also for authorities and associations or aid and charity organisations,

### Product information

#### Technical Details

| | |
|---|---|
| Item Package Dimensions L x W x H | 2.36 x 1.46 x 0.31 inches |
| Package Weight | 0.01 Kilograms |
| Brand Name | Patchlab |
| Color | Multicolor |
| Material | Rubber, Polyvinyl Chloride |
| Suggested Users | unisex-adult |
| Manufacturer | Patchlab |
| Part Number | ICON-RB-23 |
| Style | Flexible |
| Outer Material | Cotton |
| Size | One Size |

#### Additional Information

| | |
|---|---|
| ASIN | B07YYLYCWW |
| Customer Reviews | ★★★★★ (5.0) 3 ratings<br>5.0 out of 5 stars |
| Best Sellers Rank | #726,496 in Arts, Crafts & Sewing (See Top 100 in Arts, Crafts & Sewing)<br>#40,041 in Applique Patches |
| Date First Available | September 10, 2019 |

#### Feedback

Would you like to tell us about a lower price?

### Videos

Page 1 of 2

Videos for related products

- 18Pieces American Flag Patch Thin Blue Line USA Flag Patches (WZT) sunshine888 store 0:37
- Bundle of 12 Tactical Patch Collection Brian E. Niskala 2:48
- Sponsored GYGYL 2 Pack Black Police Patch with Hook and Loop, for Police Vest Jacket Back Pan... GUYi 0:24
- Sponsored TACVEL Police Patch with Hook and Loop, for Police Vest Jacket Back Panel-White(... TACVEL 0:21
- Sponsored AXEN Police Emb... Loop and Hook P... AXEN

Upload your video

### Products related to this item

### Similar brands on Amazon

### Looking for specific info?

### Customer questions & answers

### Customer reviews

★★★★★ 5 out of 5

3 global ratings

| | |
|---|---|
| 5 star | 100% |
| 4 star | 0% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 0% |

How customer reviews and ratings work

Review this product

Share your thoughts with other customers

Write a customer review

No customer reviews

There are 0 customer reviews and 3 customer ratings.

### Inspired by your browsing history

### Best Sellers in Sewing Products

### Your Browsing History

Back to top

Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You

Conditions of Use | Privacy Notice | Your Ads Privacy Choices
© 1996-2023, Amazon.com, Inc. or its affiliates

AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 01 Jun 2023 13:06:09 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0d:5600:8:93::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

YUeSau73CvkhMaWlS9QgOlAVcTULZh1QbQsdspaqeaO8y+MMAKbZKZDHHqVvYoE/L2yKujfyD1UAAv3lE68h3Nk4NuVD+36jrBcLxUSulFzKvqHhTNxHRjB1BUO8kfyi898/aF8elWjVkOsojii5ap1DsLRaxPZXO/HEpbjr1/Xaymi1Qq3GwHv/0WaqbK3jp1Ryh8DSTJQbO1dOm/Lq9Le8P
+LrJe8qgPkN26hKtCY7wXOguzC0XZmqzqNEhaBViRTrG4Mmup7qtPU5cqGIb7caqJbG084fAeEkYjDKzcv+GO379Xy0PXbYjZ7Hne/beg1GV1+J9AfPvaWdVwgPoA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-01-Jun-2023-13-06-09-GMT.mhtml

**Hash (SHA256)**

31f582b555f0aff120363434c4af180be887fb9f32e480e45faaf2b73237fc82

**Signature (PKCS#1v1.5)**

m2g6wQiHOuCo68z7Io/2dtF7xGYpKoGr2Vpu6UDehKpxQ0NIUIH4Zd6d1wvPXLwt+WZ28C5f1tCIxChO0DYNXMrUltwpFXRAFrBUaAtwhTLvNem/KLfxn6c8Zb5i8h8QQIV6FxQdQNs8T7XfIwb3I53IbFHsMY6Z32ev/ahdxKfkeoV4Lfk5vcj2QDHhC6VFFs89lrH5uMU3Pag9gzV7Lso8HJaC186/
+k8bBwTSYk6ByxUQ1CKJrGx405VCnzSq5TbBWV/ifNZ0J0E2L3NkYw6wqlKHiUWq9Mkn32rRcZv68ybmNluEJvnvhqChjLt+Ol9QNP8tWD4SV8i0kq2ZXA==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

Change

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items ~~Sunday, June 4 by 8PM~~ **Tomorrow, June 2 by 8PM** for ~~$5.99~~ FREE

Get FREE One-Day Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: June 4, 2023** If you order in the next 14 hours and 53 minutes (Details)

Items shipped from Amazon.com



**TactIcons #23 SWAT Rainbow Police Smiley Emoji Patch...**

$8.76 & FREE Returns

Qty: 1

Sold by: TacOpsGearUS

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

- **Tomorrow, June 2**
  FREE One-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Sunday, June 4**
  $5.99 - Shipping
- **Tomorrow, June 2**
  $9.99 - Shipping

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

**Order total: $15.36**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Get FREE One-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.**

Try Prime FREE

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $8.76 |
| Shipping & handling: | $5.99 |
| Total before tax: | $14.75 |
| Estimated tax to be collected: | $0.61 |
| **Order total:** | **$15.36** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Smiley Face Earrings Dangle for Girls Smiley Face Charms Jewelry Acrylic Sun Smile Acrylic Flowers Drop Earrings (Orange) : Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/Smiley-Earrings-Jewelry-Acrylic-Flowers/dp/B09TQX1H32/ref=sr_1_28_sspa

**Collection Date**

Wed, 19 Apr 2023 11:42:04 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Kv4CXtcESDuQb+r9J7BooKj6Z0PHL121xnDvkOXiwc9BRFg4ARfceuwrpBAX5xlwldoyQR+Pv40RPhbVhOnjBGx/fUSQ0auUxlSJzW219qcXOGh1505Ak3cwBLEsvjLeNVgG+PPlFainA+rXRGcboTYyQ/S1NOY5o68D5FcF2OM=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Smiley-Earrings-Jewelry-Acrylic-Flowers[fs]dp[fs]B09TQX1H32[fs]ref=sr_1_28_sspa]]_Wed,-19-Apr-2023-11-42-04-GMT.pdf

**Hash (SHA256)**

9f5799011a077718f25ddecf6956f578efda13b62117271474df2bb983d72b47

**Signature (PKCS#1v1.5)**

oX3QYCggXhzS5JBFryYkDDIV846kerGnrq47pGdOrizaiK6tT7IVBQdNv9JFXInB1BSoYtq8dq0DXKrLDjvwP6DmunAncq4hV2C+Im6WHDxJD42Gb+6khVet2pD8BpR2axmrzopQGLH/JCzEd/ei1cx5CXDWpA0zo1OUwBsrnsQ=



AXENCIS

Investigator Name: RemoteUser2

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 11 May 2023 11:04:32 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

RemoteUser2

**IP Address**

202.83.40.99

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

nQHXxJoyxCtkrXNynQYQBXAwzoJXvStOTLMdR5F89VMeSfEmlPVeWolz2FzqPM7PUu8ZIyh7kuZCOYUmMhqHk9IfUo
+8TeOmSe7AXEPJKzQkR86zvuC2HprExokQSo/0oAMXtobpsZ9m5VB1eIuKBOek6Cr3lCrYsieD8zoWc6A3LqmXu2n6ewkr6M4kRuI8wxHkwFkxm9JAO0ZvB77wQbILhHkBxHJsp60HoubMmkDiVdpiOrQVzVgaNUaYB5nw76P/H9R9agceVYJ5+AZIXie0VcdaWqBK3vj/1pTBuV/
f2tDcoOsZFLQQQDj9Gc2NM6LdG8825/btfKzlYl50jA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-11-May-2023-11-04-32-GMT.mhtml

**Hash (SHA256)**

45a469b6b377b4f7f5d90729751a1f47cee95a26f6f5629d7017cd38e5ce46be

**Signature (PKCS#1v1.5)**

McKehaD0WklmTinHo5a2Zmi5XW/LiS0bejrdqDWKk1CSOltWUT/+oYzSUOkJaLN8Bb1K7w9TNnWBI+2ynU6TSqp4kwJ4iFcmcjMZagN6vmQ6wi/8f/wmP7dvOEvplTw2M5jSbrzM1ZpKhh530WZ1hkD7rt/O1EzYRsnniN66me9btlWRsF3pdzxZDieSD1OubQYS8yvavJI6lCkbk71NHM+H1USBC
+Z2eR3swMb+i8W3sRJVoM+p3IaXRd0eGPNfTDphPVzYstq+zL2Qd3JCLVT8zwNzw19MGra1s9zk37WmbzoCKb7faQNuQwL8LZw0Cqx/mgBaQ4hY2KEqx5Dhpw==



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: DLOETT Socks Women Soft Breathable Combed Cotton Socks Striped Flower Smiley Retro Cute Socks Autumn Winter Socks : Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/DLOETT-Breathable-Combed-Cotton-Striped/dp/B0BQHMFWMD/ref=sr_1_6

**Collection Date**

Fri, 21 Apr 2023 09:52:18 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

EY4jZLxV9FWgFk7qwb4MtNQctOpMGi8EHZnNHZNs/yzzaOFI7AH3qXCd5LlARjh3wROE3BXiTFLJKMdAAWrXzyKnwfvTYp1wpBojTu7y0ykz/3q95obZHIUYU74iy3L7IgiE0uRufndIKXbhi/AL0Ml67K9B4cmuZN0xwrKqi6A=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]DLOETT-Breathable-Combed-Cotton-Striped[fs]dp[fs]B0BQHMFWMD[fs]ref=sr_1_6]]_Fri,-21-Apr-2023-09-52-18-GMT.pdf

**Hash (SHA256)**

46e5874ef90b28977e3109d6652acaa4032bde3694a572f221430a35ceb208ad

**Signature (PKCS#1v1.5)**

RuEQaEHZRgFz5fv2ctLcOuosfKaaLDt4aU5MfqUZkkUK/MVsa3FRlgHQMO6wQ4Jx2lVbrKS+fWYtnD5fbm9Dn46QHS9zMQJ3n1T8Ko2aOW3t0vaGiT/aNG/48nzh6rUbWiy0FRfFLWztLTkEkV9666uJnB0zTgDpHbpz3l0ECNs=

amazon Deliver to Ozzie Miami 33132 | All | smiley socks | EN | Hello, Ozzie Account & Lists | Returns & Orders | 1 Cart

All | Clinic | Amazon Basics | Customer Service | Buy Again | Amazon Business | Household, Health & Baby Care | Livestreams | Beauty & Personal Care | Free Shipping | Coupons | Pet Supplies | Smart Home | Shop Spring Outdoor Event

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

amazon clinic | Healthcare for common conditions, made easier | Get started ›

Subtotal $14.99 | Go to Cart | $14.99 Only 8 left in stock - order soon. | 1

‹ Back to results

## DLOETT Socks Women Soft Breathable Combed Cotton Socks Striped Flower Smiley Retro Cute Socks Autumn Winter Socks



Roll over image to zoom in

Brand: SJLOGE

$192.83

Save up to 1% with business pricing. Sign up for free Amazon Business account

Pay $18.80/month or less for 12 months with Affirm. Learn more

Size:
1

Color:
D

**Purchase options and add-ons**

Payment plans
$18.80/mo (12 mo) at example APR of 30% (rates from 10-30% APR)

- Soft and comfortable.
- Keep feet warm.
- Comfortable:accommodate most size ankle.
- Which is easy to match with your daily wear.
- These socks can be a gift.

Report incorrect product information.

$192.83

FREE delivery May 15 - June 6. Details

Deliver to Ozzie - Miami 33132

In stock
Usually ships within 2 to 3 days.

Qty: 1

Add to Cart

Buy Now

Payment: Secure transaction
Ships from: taihejiabaobao
Sold by: taihejiabaobao
Returns: Eligible for Return, Re...

Details

Add to List

Have one to sell?
Sell on Amazon

### Product Description

Soft and comfortable.
Keep feet warm.
Comfortable:accommodate most size ankle.
Which is easy to match with your daily wear.
These socks can be a gift.
Material: Cotton
Color as shown in the picture
Size universal
Mixed packing 5 pairs
Note
1. Due to different lighting, the actual color of the product may be slightly different from the color shown in the picture.
2. Due to manual measurement, the allowable deviation of measurement is 1-3cm.Please understand, thank.
Due to different lighting, the actual color of the product may be slightly different from the color shown in the picture.

### Product information

| | |
|---|---|
| Item Weight | 0.035 ounces |
| Department | Unisex-adult |
| Manufacturer | SJLOGE |
| ASIN | B0BQHMFWMD |
| Country of Origin | China |
| Import | Country as Labeled |

Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

Feedback

Would you like to tell us about a lower price?

### Videos

Help others learn more about this product by uploading a video!

Upload your video

### Looking for specific info?

Search in reviews, Q&A...

### Customer questions & answers

No answered questions yet

Post your question

Typical questions asked about products:
- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

### Customer reviews

| | |
|---|---|
| 5 star | 0% |
| 4 star | 0% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 0% |

No customer reviews

How customer reviews and ratings work

**Review this product**

Share your thoughts with other customers

Write a customer review

**Inspired by your browsing history** Page 1 of 5



New Cactus Plant Flea Market CPFM Kapital Smiley Logo Unisex Soft Crew Sport Socks Black Color 9 $19.99 Get it as soon as Wednesday, Apr 26 FREE Shipping on orders over $25 shipped by Amazon

Smiling Face | Cute, Positive, Happy Smile Unisex T-Shirt for Men or Women 1,108 $19.95

TTD 2 Packs Street Fashion Socks letters CPFM Smile Face tube cotton socks for men and women Hip Hop... 85 $13.99 ($7.00/Count) Get it May 5 - 17 FREE Shipping

Jinny's Shoppe Cute Cotton Crew Funny Aesthetic Novelty Colorful Comfortable Warm Heart Ankle Socks for Women Teens Girls 917 $11.99

1 X Smiley Happy Face 14 oz Stoneware Coffee Mug/Cup 614 Amazon's Choice in Novelty Coffee Mugs $11.69 Get it as soon as Wednesday, Apr 26 FREE Shipping on orders over $25 shipped by Amazon

Conversation Concepts Shiba Inu Tiny Miniature One Christmas Ornament - Delightful! 215 $11.99 FREE Shipping Only 15 left in stock - orde...

**More items to consider** See more Page 1 of 4



JACJZAWA Smiley Face Slippers for Women, Restro Fluffy Smiley Slippers Soft Plush Non-Slip Happy Face Slippers with Smiley Socks $18.99 Get it as soon as Wednesday, Apr 26 FREE Shipping on orders over $25 shipped by Amazon Only 3 left in stock - order...

YJJY Smile Face Slippers,Retro Soft Plush Lightweight House Slippers Slip-on Cozy Indoor Outdoor... 2,247 Amazon's Choice in Women's Slippers $19.95-$19.99

JINLONYU Cowboy Boot And Cowgirl Hat Slippers For Women Men Cute Smiley Face Slippers Cozy Couple Indoor Outdoor House Slippers $15.99

LEZIRTOI Retro Fuzzy Face Slippers for Women men, Womens Girls Cute Yellow the Lable Face House Slippers for Indoor Outdoor... 380 $12.99-$18.99

Bevaney Smiley Face Slippers for Women, Soft Plush Preppy Slippers Retro Slippers with Smiley Face Happy Face Slippers Slip-on Cozy... 87 $13.99-$18.99

AIMINUO Women's Men's Retro Preppy Happy Face Slippers Comfy Warm Plush Slip-On House Slipper for Winter Indoor Soft Cushion Non-slip... 875 $11.99-$19.99

HUYBKD unisex-adult Open Toe 436 $14.99-$15.99

Retro Fuzzy Face Slippers for Women Men, Retro Soft Fluffy Warm Home Non-Slip Couple Style Casual Smiley Face Slippers... 225 $23.99-$26.99

Beishani Retro Smile Face Slippers, Cozy Comfy Plush Preppy Slippers Warm Slip-on Smile Slippers for Women House Slipper... 97 $14.99-$17.99

**Your Browsing History** View or edit your browsing history Page 1 of 4



Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell products on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a package delivery business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Your Recalls and Product Safety Alerts
Help

amazon | English | United States

Amazon Music Stream millions of songs | Amazon Advertising Find, attract, and engage customers | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Sell on Amazon Start a Selling Account
Amazon Business Everything For Your Business | Amazon Fresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Experienced Pros Happiness Guarantee | Amazon Ignite Sell your original Digital Educational Resources | Amazon Web Services Scalable Cloud Computing Services
Audible Listen to Books & Original Audio Performances | Book Depository Books With Free Delivery Worldwide | Box Office Mojo Find Movie Box Office Data | ComiXology Thousands of Digital Comics | DPReview Digital Photography | Fabric Sewing, Quilting & Knitting
Goodreads Book reviews & recommendations | IMDb Movies, TV & Celebrities | IMDbPro Get Info Entertainment Professionals Need | Kindle Direct Publishing Indie Digital & Print Publishing Made Easy | Amazon Photos Unlimited Photo Storage Free With Prime | Prime Video Direct Video Distribution Made Easy
Shopbop Designer Fashion Brands | Amazon Warehouse Great Deals on Quality Used Products | Whole Foods Market America's Healthiest Grocery Store | Woot! Deals and Shenanigans | Zappos Shoes & Clothing | Ring Smart Home Security Systems
eero WiFi Stream 4K Video in Every Room | Blink Smart Security for Every Home | Neighbors App Real-Time Crime & Safety Alerts | Amazon Subscription Boxes Top subscription boxes – right to your door | PillPack Pharmacy Simplified | Amazon Renewed Like-new products you can trust

Conditions of Use | Privacy Notice | Your Ads Privacy Choices
© 1996-2023, Amazon.com, Inc. or its affiliates

AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Wed, 24 May 2023 03:26:40 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

111.92.80.105

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

CruYm7hBVwuNwVLszNHR5/EYcbS14Lq0JGUFo8uZm60DTuCNTxgursA4TOxSLBXuz3GR0kgv74a4toLIvmM/FVrtbDTFinDOVKt+baMD0620IAp+W2amOpkdDZy4uAeaizisJH8Y7mNP14s+GBuOwm8o6oLoRpdM5jI6jOo646tb1/
G9RpjwYbME5wQhjiO08dJ02FCIz3M2CRm5f1Nq9mp4zf4R87hvp9CgcYjong7sxLmC6qjTRGObc4hW7V2tj/fAVAV0U1/aZOz2NxOJrv6ecT+6pn+ZDgqSgfsZgY8P3+dHkSVo1I3H1XgDuqKZmxuLPoMPVw4Gu03oiK7xfQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Wed,-24-May-2023-03-26-40-GMT.mhtml

**Hash (SHA256)**

8ffa7aba856277de392ec57895cbc5e81811169b81c47de57b88236b06d9253c

**Signature (PKCS#1v1.5)**

CcojJfxuFIsDyrs+MzhsQ0iO7+qzqNKcxOTWHRy1C3e1TgAiXKNvq/JyPXcLdaOj9PhW9Svt3H6dsKK0nfVfn1vI5Mg1DXjPObn4ac7CPBVOVfvVHWx3q+fKJVSfLQP90KOLdCqzyKfGRsHUwF3Tpy0fsvzXHhhfZZD6mRDs9nROviIG9QukwVA98D4IaGg2vqdIQvN1zUaMX2mT+GvtA8YaO
+gIiRFmGC//uGhfeCbF2i+wPHTavdUABfTuQwYoG/4jitmlKouicoCrG8XGwvNwTfD79hAHn2aJZ19OvR5tVAmF3+fVPC/H3xLcY5kDj0tp6a/YsPQOcXxEZbU9JQ==

amazon

## Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

**2 Payment method**

VISA **Visa** ending in 9985

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

Change

**3 Offers**

**4 Review items and shipping**

**FREE TRIAL**

**Jade, we're giving you 30 days of Prime benefits for FREE**

Try Prime FREE for 30 days ›

**Estimated delivery: June 15, 2023 - July 10, 2023**

Items shipped from taihejiabaobao



**DLOETT Socks Women Soft Breathable Combed Cotton Socks Striped Flower Smiley Retro Cute Socks Autumn Winter Socks**

$192.83

Qty: 1

Sold by: taihejiabaobao

Gift options not available

**Choose a delivery option:**

**Thursday, June 15 - Monday, July 10**

FREE Shipping

Place your order

**Order total: $206.33**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $192.83 |
| Shipping & handling: | $0.00 |
| Total before tax: | $192.83 |
| Estimated tax to be collected:* | $13.50 |
| **Order total:** | **$206.33** |

How are shipping costs calculated?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Y2K Smiley Face Glazed Flower Pearl Choker Necklace Bohemian Handmade Necklace For Girls Women Wedding Birthday Anniversary, white: Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/Necklace-Bohemian-Handmade-Birthday-Anniversary/dp/B09SM6HJM6/ref=sr_1_242

**Collection Date**

Mon, 24 Apr 2023 06:25:40 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

RsLLoSZYqqbKkhxKKXTU3NCo7Uxx3AwXwAJ0VFQVwf7is6FM2Z+stdaPE276zUybG2OqASXH5NyrwfzetV3VD0rKHUy1RzR1TBBQjnedEYGdRmNyGGZBp/Yvg7zCssP1jX4ZVwy5Mmx+P9VpeTicmbG1Z/1t/HGdsfFpeuSld0E=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Necklace-Bohemian-Handmade-Birthday-Anniversary[fs]dp[fs]B09SM6HJM6[fs]ref=sr_1_242]]_Mon,-24-Apr-2023-06-25-40-GMT.pdf

**Hash (SHA256)**

6040344d5baacd69996de988407628463bca6008df332ac0494734c6273161a6

**Signature (PKCS#1v1.5)**

I1zDlKyxdD/5ys84WJUDPzMe3e6ehxbfU5EnvYKlWtM3D0TMlvS2LRCiIFCWTQmyB5L//V7rVXAdK6tsYshXLqgkDrmhxStD8pHCQpXqv6l/XJEjggCNHtxDlKSAU6BFOQdH67N4QjlTelAdXqnZkbqtJhYzTZqKL/AFdmoZCOI=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 25 May 2023 14:27:06 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

116.68.105.188

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

OhnJ4X7HVhsgto26hNeSZQz8AZiKsCLrJOMRgfNsnZSIifwebe7x0XiVoVCo/V6Kfzh1p3q5ZmT5qZgZ6BrhooEbhxgLRSExxKp8fLkb+KkdDYGZW5Vr0HVWLAxteitjmfX7ReEPIevFm+YGOie9k08cMb9RyQN0jb653q9VjVpWNp/uICJSnaSu+Z4UGc+soJCNX8PuO0k7qd/
osCaDuyIhOdbFNMre4KqpRiEQFrvtbLbOWM9yQd32RbPtP/RsJ/hmiXwITzdeXPPDvJwlbJITCu0fNwL1GN6fowZvSvvCT6Ssp3Cpx/X62wZ71TKNkOd+fobdW03Np9z2Pr+9eQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-25-May-2023-14-27-06-GMT.mhtml

**Hash (SHA256)**

7edb2f93eb88dba1da27fe091d32b072da17f50b66b77c71a97bf24da09f246e

**Signature (PKCS#1v1.5)**

TkpccXmFE3UZAC8nhxHVQsFbyetuGV3B74c/EIJBqehtx0BAwbBa699ciCoHul4vVuBfNHIjBtf50Z9KYZTgD0Wu7QEj5YVnGXUi+EOAWrW9N+FI6FeuEmOR5pmbi6k4umYo+q1KWwJYzKzsGorpk2vqUP/Pvta6GAvEBR5r/LfH23TnLubOV7KoM6F3jH
+rYEBQ12Spt3VvZZd8tceHYSppw4z8Xig8Z/YPk5icfJGPvGuf4nL0BOk+ozGVEW+ii8LkGGWo3QFplLs64coiJNJxcMvB6LhoyN33Bm1Mv+fRYtElnXDkRzGsC8xXeBoIdQwANXyk/xpBp3AjIyEUow==

amazon

Checkout (1 item)

1 Shipping address

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

Or pick up near this address - See nearby pickup locations

2 Payment method

VISA Visa ending in 9985

Change

Billing address: Same as shipping address.

Add a gift card or promotion code or voucher

Enter code Apply

3 Offers

4 Review items and shipping

FREE TRIAL

Jade, we're giving you Prime FREE for 30 days!

Get your Prime eligible items ~~Tuesday, May 30 by 11PM~~ Saturday, May 27 by 8PM for ~~$5.99~~ FREE

Get FREE Two-Day Delivery with Prime

No hassle. No commitments. Cancel anytime.

Estimated delivery: May 30, 2023

Items shipped from Amazon.com



Y2K Smiley Face Glazed Flower Pearl Choker Necklace Bohemian Handmade Necklace For Girls Women Wedding Birthday Anniversary, white

$9.78 & FREE Returns

Qty: 1

Sold by: TAIYATE

Amazon Prime eligible Join now

Add gift options

Choose a delivery option:

- Saturday, May 27 — FREE Two-Day Delivery with your free trial of Prime — Fast, FREE Delivery prime
- Tuesday, May 30 — $5.99 - Shipping
- Saturday, May 27 — $9.99 - Shipping

Place your order

Order total: $16.45

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Get FREE Two-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $9.78 |
| Shipping & handling: | $5.99 |
| Total before tax: | $15.77 |
| Estimated tax to be collected: | $0.68 |
| **Order total:** | **$16.45** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com | SFSGQZTZ Smiley face slides for Girls and Boys,Smiley face Sandals for man and women,cute slides for women,Shower Slippers Bathroom Sandals, Extremely Comfy, EVA soft sole | Slides

**URL**

https://www.amazon.com/slippers-Slippers-Bathroom-Extremely-numeric_8/dp/B09YHJ3LLR/ref=sr_1_185

**Collection Date**

Wed, 26 Apr 2023 05:22:23 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

d1nLr0xm1m3BY9VtG612tKK0ggfZN4A1B/LpsYlPEbZS3ttYWJifXK9k7dMVGWY88CP58qLLcUQk9XmAs1lahK3CTqeSjjageUNr2M9MWKGLBV9CnXus5jgzC/b8EsK+4kylfgyHgOsBZJI67RqeYfz0+97DnBR0kelDCA1WoWo=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]slippers-Slippers-Bathroom-Extremely-numeric_8[fs]dp[fs]B09YHJ3LLR[fs]ref=sr_1_185]]_Wed,-26-Apr-2023-05-22-23-GMT.pdf

**Hash (SHA256)**

062979e57a51de75da9488ad4b482f703b15b205fd44d012d6378acc2c0419d2

**Signature (PKCS#1v1.5)**

W4+ePS60QoTpP3uHfDxyG9x4bF14ahwePkl9yj6CEQQQrRaRnPG/yFkyuqkjGaEeR/S0QWWvdRu+3VKQtB5vVTnTHJnl4yGuU9OpOLFIDq99KlP2FlGRjZCOXCSEr7BNXkrlvz1YsfvFxf3qYETmCGiGY3Qc9gVQSRXJQskr4o4=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 30 May 2023 22:55:14 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

111.92.77.63

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

hWxA4CMg2oumIe0toVpCkQswggjS/U24cmaLXyFfQU04y+ic6KGKgMyx1uV68w0PlPxkZQ4Ef/6JusUlLJqsw98F/o8oMO0ChKcpq+Qpuialaw2DjqSnOhKLVaLYbrr16tiQkxnfoGpEYYyp+44kbDSOTe/qzbKwHRVCqIIsFgR6Nldac3/zi7RbZzyVVkvw2bxmT9YP
+IxQ1VeQuVmyv/7PoIUthrnlfWDO/hKGJJs3gSBg4tSnNKZEwoSs/qFbRQuk2IZm8Uzw6MfPlU/rjJRJljPio9Ft8NVCfmyNElmwpb9vYYeMeuRRkfni2mVQ0/p/d6KtnKU6A6QBnfKTlw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Tue,-30-May-2023-22-55-14-GMT.mhtml

**Hash (SHA256)**

20a05165ea109791ca1a6d01f04c696a334d8d5d7a54d672df2c6334f5542c63

**Signature (PKCS#1v1.5)**

bQdsH9bL7WjzVyVYDlZiUbGY7Etm5Yz5tH5az0AO50OhhannI0l1GJf3z/PKFJXXqiBQ9Y18PPGFsnURsKBC6n2W8ax/z8Hhc6C9Adz7GcwTdk7xVc1/LVyWbUayaDj8U9jJY3Os8ByeYzxWnQcPQvXcUIo+bcrQ116eUYmVHlCjgXEMxDMfMqUJIvCIniAM1XanXNCj5S6NxK/
wDyYLttH2ejRCT1O0X8IHKgmIwETLSHk3t/XAg6la7TQCTov/omcO/cFlWv52QRmrWVQFwj12ZEGk9Ok4bjOu4qXv4DxdgUsLYtglJdT0lHh/YPNQfUhBalr/sgBnsV43FrlKAA==



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Smiley Face Case for iPhone 11, Cute Hippie Aesthetic Peachy Smiley Face Case for Women Girls, Unique Trendy Design TPU Bumper Cover Case for Apple iPhone 11 : Cell Phones & Accessories

**URL**

https://www.amazon.com/Mofreore-Smiley-iPhone-Hippie-Aesthetic/dp/B09BM4DRW1/ref=sr_1_19

**Collection Date**

Mon, 24 Apr 2023 08:24:29 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

oyW3pkgKkfhteg3PYWUjo87o7FYZ5Sdn9RPSb8EpjZnfipbLh3wLF0LPMj5zsYrmiFKilAxz/sB9qGAVE4803ne2wAGopFALFmi33AN41FrCnVfIx8N+V0cP6e6RfEnwl6xa+k+n6vu5NzpMNOWAPQyTAI1VuD0mDppkgT3v00g=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Mofreore-Smiley-iPhone-Hippie-Aesthetic[fs]dp[fs]B09BM4DRW1[fs]ref=sr_1_19]]_Mon,-24-Apr-2023-08-24-29-GMT.pdf

**Hash (SHA256)**

df26a60a345d879d47de6cf93370b319c974e280505505e784454306d6a17ce7

**Signature (PKCS#1v1.5)**

pQT8qNUv4zeF+T60ZHXsZ3a2L2EadvC3V+rnR48nGuOH7v1nm3bRVsr5260ElGBf1RBQa3sRAhEgFP50fgDVORmgVj28R07DaNKhznJWPYRFv5Gey2mhoSmfLXlTSny282YEUrXJ5ScV/KUsdPxiyoDoeJFd4XPHOiuswXIS4sY=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 26 May 2023 22:47:25 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0d:5600:8:36::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

GoHq88CY0WYFwkNAUr6BdqUjEH0gd6PPDBezTnNT7dr8T3frc0Tlvptvakla6/1Ts/c1hm3odBRB1ZdHBcGALvmw6WL99OYGZXQWv+lrkYkI5cYbA4SXzJgoh4xMUeglL5+pAUjipw5cmCYmkxAvI4WBJfHVMBhP+y5n7edcoPR24jVQY8wLb
+K2wZ4GiYSAlIobSxWqwKej0sQfVDGNBzf2aI8wUWNiv7XAlB9fxpk6DEMV+n/vEwPULuBJMPHCa/wqa5c0RSZK1x12zuY3A5MfxcFUWravIojh+74lTtN9XIg+KdrxvD3g214+sPaYrwYJlAddQa6OuQFPH47Zyw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Fri,-26-May-2023-22-47-25-GMT.mhtml

**Hash (SHA256)**

63008f27369a37d42762c8788573bef0ba34b8d6b32f31c89efc3c6cfcb34a77

**Signature (PKCS#1v1.5)**

NMDPQKe3tlRePu7VzbsACGEKeFiRrlu6AzdGA2mXPFcVnOSv/s8kQ
+mAnK0Gw4MH0Ct28O4cIz0UcGJTvaJhrUe6+9EiDSIHvl2Oo7WjVGQ39Xnsq8At9IyjeWZEj1jAggwGwaSmzKkMLiEZ7NltFqvAmAnwgzh2fbIW0Vjn5SOoToQwm6QF9yfTk2O1Ctus/6wSVTUCq4QLiRf9UUT0PMmHPqq4SXY5n7alaEuz467JQr1sIdbnkdOcDA7vYJ0pN5o4aJ1XjGQnvCzXeGz9B
FIc2RM2xYlkfG8c3bpQdugWQoEXY9PJJ2auCwov1hzbMDvmj5leCpQd2+cJYvjbtA==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

**Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items ~~Tuesday, May 30 by 8PM~~ **Sunday, May 28 by 8PM** for ~~$5.99~~ FREE

Get FREE Two-Day Delivery with Prime

No hassle. No commitments. Cancel anytime.

**Delivery: May 30, 2023** If you order in the next 21 hours and 51 minutes (Details)

Items shipped from Amazon.com



**Smiley Face Case for iPhone 11, Cute Hippie Aesthetic Peachy Smiley Face Case for Women Girls, Unique Trendy Design TPU Bumper Cover Case for Apple iPhone 11**

$16.87 & FREE Returns

Qty: 1

Sold by: Taoyicom

Amazon Prime eligible Join now

Add gift options

**Item arrives in packaging that shows what's inside.** To hide it, choose **Ship in Amazon packaging.**

Ship in Amazon packaging

**Choose a delivery option:**

- FREE Two-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Tuesday, May 30**
  $5.99 - Shipping
- **Sunday, May 28**
  $9.99 - Shipping

Place your order

**Order total: $24.04**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Get FREE Two-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $16.87 |
| Shipping & handling: | $5.99 |
| Total before tax: | $22.86 |
| Estimated tax to be collected: | $1.18 |
| **Order total:** | **$24.04** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: ZYLLGLOW Cute Smiley Face Rug, Round Smile Face Rug for Bathroom, Bathtub, Bedroom, Cute Happy Face Bath Mat, Bathroom Rugs, Machine Washable, Non-Slip, Absorbent (Yellow & Black, 23.6 * 23.6in) : Home & Kitchen

**URL**

https://www.amazon.com/ZYLLGLOW-Smiley-Bathroom-Washable-Absorbent/dp/B0BXXX887M/ref=sr_1_162

**Collection Date**

Wed, 19 Apr 2023 10:29:06 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

MuKVgLxZTzVqFPdRDitCpOoHvhfaqXaaz2FjyzlS5VMtTv8PATDXbhNT8kdlxaYHvJ1KWQqk1Dull5Bf3EKAOdoaOafWdDE7v3wq4z/r7d1KMpROdg0SIfMk++lAlPBOdJLew4dR4WVd9ivD9tfxx9foQVqZAyD0yWkzstYbrxk=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]ZYLLGLOW-Smiley-Bathroom-Washable-Absorbent[fs]dp[fs]B0BXXX887M[fs]ref=sr_1_162]]_Wed,-19-Apr-2023-10-29-06-GMT.pdf

**Hash (SHA256)**

b863fa1090952179c607b7a26332ed25a8dcbf740bd84b8bfabe6e37ff8a213d

**Signature (PKCS#1v1.5)**

k/ptqnGOrqD1a3PKoy7haR/CwxK98SDRmMRU+Sj/4cH0BeGcnH+Y99vpu5RvA7WhbPsT9hhVplQXHatrdI9I0479Mrmr+hgzOIrAZC8RAyYWcmHNYxgMW/4LGNLfjZaVACD7oh3hUnE+8pNbWC0lgyAsyT9iHKvdaNa6jZqoqG0=



AXENCIS

Investigator Name: Sian Kelly

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Mon, 08 May 2023 09:52:35 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sian Kelly

**IP Address**

2001:ac8:9a:d::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

XarvcTMyOI+BTBFjx/yZu9EpQ6hRETS3NOS3PYfZLECooLafAwMSl7SrQfuOoTfl+r7c2yzFYb7xnbwnC6JYY37rx2N0PJnd0laWvSTcIPjWO8yyA+CPdVSCems/mdDmHo/PUEtOFUOBipsrP8A4HSn0ZX/7/eeA1oTcQNWGQFiyawDyGJ/dYu05paCoXVRHyOlObRN9WFDmdrRLMI+rTf/
UVd1B8wLJXJhoaYVsvjc4ZMk7mGkhSdkwuW5FMyvW7tTSoNsicxR8fdrqTwtn1fgY8LbXp0GaZJrUEEbVUYtJGBy+/KipkeDdF3BXrARXpZaLg4TU84cp1OSR5IVgHg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Mon,-08-May-2023-09-52-35-GMT.mhtml

**Hash (SHA256)**

e98a78258bb1e4624f3efdd3320b597213d29e231d8e825710a2a2504ae21380

**Signature (PKCS#1v1.5)**

CfNArEb9t0sLvX7oXoL6y7byipZoiapGRvndm1hDY5KRtPRqg1gatq0xYdWaK/0mLHZwz77q8xNLb6jaAKO65k1FT4u7zrnquw3Oe9I77xC4OBYZMyIXZ4PsLHrO2eY9YjJGBDFfDUjo1ToDmU+ULaz5WWfsfB7lSlD8oQEMElYsnvr0O0ScZpbGfwl/
llfkWsCGNgzsNy1uAUKyJW18blL1LNlkc0xYljQLd5RuR8uSDhR/pEdNAiixloMgPHjHGvryF8HBhY5ILUhLkoTSi4Ihxj937vPnAJES0w13XMaYhMqMTK62Oqs6JpbXhANjF0lEUIPb7LlaQ0u97ciIvw==

amazon

Checkout (1 item)

1 **Shipping address**

[redacted]

307 NE 1ST ST

MIAMI, FL 33132-2505

Add delivery instructions

Or pick up near this address - See nearby pickup locations

Change

2 **Payment method**

[redacted]

Billing address: Same as shipping address.

Add a gift card or promotion code or voucher

Enter code | Apply

Change

3 **Offers**

Change

4 **Review items and shipping**

FREE TRIAL

[redacted] we're giving you Prime FREE for 30 days!

Get your Prime eligible items ~~Thursday, May 11 by 8PM~~ **Wednesday, May 10 by 8PM** for ~~$5.99~~ FREE

Get FREE Two-Day Delivery with Prime

No hassle. No commitments. Cancel anytime.

**Delivery: May 11, 2023** If you order in the next 18 hours and 7 minutes (Details)

Items shipped from Amazon.com



**ZYLLGLOW Cute Smiley Face Rug, Round Rug for Bathroom, Bathtub, Bedroom, Cute Happy Face Bath Mat, Bathroom Rugs, Machine Washable, Non-Slip, Absorbent, Plush Microfiber (Black, 23.6 * 23.6in)**

$12.99 & FREE Returns

Qty: 1

Sold by: TAPETA

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

FREE Two-Day Delivery with your free trial of Prime

Fast, FREE Delivery prime

**Thursday, May 11**

$5.99 - Shipping

**Wednesday, May 10**

$9.99 - Shipping

Place Your Order and Pay

You'll be securely redirected to MasterCard to complete this transaction.

**Order total: $19.89**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

Get FREE Two-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.

Try Prime FREE

Place Your Order and Pay

You'll be securely redirected to MasterCard to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $12.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $18.98 |
| Estimated tax to be collected: | $0.91 |
| **Order total:** | **$19.89** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Korean Open Rings Dreamy Purple Cute Smiley Monster Ring Women Girls Fashion Jewelry : Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/Korean-Dreamy-Monster-Fashion-Jewelry/dp/B0C1SF9LB3/ref=sr_1_176

**Collection Date**

Thu, 20 Apr 2023 06:18:47 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

YzLESTigI878hF4TlUFUnEl0g8B6yDPv0omTr9R/hCy1y3NWtl9WWiohMDoiaapgaDKb6uvUgukdZ4ejtNSfSMRbldnLoR7u3/4qeQ8L5j1nRTs2hoAj80qAPPAiLpncwpEqImSP/ZnWsdG2oR9D3/LM6RuR59kdJL0i4WNgaeo=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Korean-Dreamy-Monster-Fashion-Jewelry[fs]dp[fs]B0C1SF9LB3[fs]ref=sr_1_176]]_Thu,-20-Apr-2023-06-18-47-GMT.pdf

**Hash (SHA256)**

cfef305eca6b6479cc5081e60733a1c6ae4babcc565ad260b5484bc595529a3d

**Signature (PKCS#1v1.5)**

FtfukJ/cdIvfbbG+lO3CaFseiDZgUgZhweJRFfqA8D0W96uze5vbOGL4hu6xWuN0oPrKjoS8DjUhINfN5caze3H2/I3fOfTnZP6YnQq+03KN8zC613O8a86m1GczUxkE7Jw9pFZUcDizQucQEU7Yh8KGi6gnl2D5errwlM6w1Us=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 18 May 2023 15:21:38 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

JjHtRcaIAAND73yTviyonrxo0zO9WrGcKehFQIkxY0xMpAx6upncyi+ALJMnV0KMRZD+WO7nPdDKF5EKzLDp5XLcV67OTMPParEX83UPJxTwIDPZQI28fLgB1R1tgkT5lmGeBj4jmqTsQIGWpke2zv8cigQCEl6gBTnC/xlVy0j6+N4oQWDjfn9Xm/JWn3HwAAgGE+8YVHEwPxYol03IugR//
XxvPokJy4hNc9mfJzBkA3PcwuaTQVdcJlV05dJrJyynnB7tcVPblUr6gr6d1Bd0MolMLrO8duHKsanmLHoGZF/SjQ0GVaaVmUpuolsCagDOmhiDumAE7uUsDf3n7g==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-18-May-2023-15-21-38-GMT.mhtml

**Hash (SHA256)**

73dac15693f2bc3288c16d778c75dabccfbd4839a5f7cde5066bd3b3912bd860

**Signature (PKCS#1v1.5)**

jCtNMW2QYkLFk5so3xfppDa6PMNSBYdoqphfvHmficg6dGlavmxmBzBCA4XQTvVciNOr/pWBbtKMxvsSpXSg6JbRmm0ZV47hZa2y8F65zXYSj/KlwbBsLdeJQqcQsLCCXUW9zwSuTY7ksnPo6gpe0ErCe/P9l9ErAOXGgREuWEj8TEv6SM3IZ0mrxP6555Pm71a7/0Du3c6Y/
a7BpUTIKjsn95GUnsrwr/7IQq4ltyA/JRpjz/UqG9BEkEllNiYyjGGqhpkU7id21u3eva1hs52QP1TqZq9VyEc9LaW1h4zfJ/taELGeiOfXkD1Hw5FOabme+yOYLfwrZuGhgJ6lAw==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Change

**2 Payment method**

VISA **Visa** ending in 9985

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

Change

**3 Offers**

**4 Review items and shipping**

**FREE TRIAL**

**Jade, we're giving you 30 days of Prime benefits for FREE**

Try Prime FREE for 30 days ›

**Estimated delivery: June 14, 2023 - July 7, 2023**

Items shipped from TARAKING



**Korean Open Rings Dreamy Purple Cute Smiley Monster Ring Women Girls Fashion Jewelry**

$16.99

Qty: 1

Sold by: TARAKING

Gift options not available

**Choose a delivery option:**

**Wednesday, June 14 - Friday, July 7**

$19.99 - Shipping

Place your order

**Order total: $38.17**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

## Order Summary

| | |
|---|---|
| Items: | $16.99 |
| Shipping & handling: | $19.99 |
| Total before tax: | $36.98 |
| Estimated tax to be collected:* | $1.19 |
| **Order total:** | **$38.17** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com: You Are Bible Verse Shirt, Christian Retro Smiley Face, Religious Motivation Shirts, Retro Groovy Trendy Beautiful Enough Strong Created Amazing Chosen Tee, Sweatshirt, Long Sleeve, Hoodie : Handmade Products

**URL**

https://www.amazon.com/Christian-Religious-Motivation-Beautiful-Sweatshirt/dp/B0C3QHNNM1/ref=sr_1_204

**Collection Date**

Tue, 09 May 2023 07:42:44 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:93::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

WoGMGZGrqdyxWIXGRRZnZXAYGYhbsbXtUhcUnoppRllu16WYAbJ7tneb256El4P6stnk+pVAm+mm0jx7/hdQWVeTa5iypCtPXhxHZJ1Gx+6dDt31e30Eu1yXnaBbzVmVpB0FnYLWVDR2Pecyk7iBgc9pOVB6w31u0PZjuDcPdY=

# File Signatures

**SCREEN CAPTURE**

**PDF**

**File Name**

screencap_[https[s][fs][fs]www.amazon.com[fs]Christian-Religious-Motivation-Beautiful-Sweatshirt[fs]dp[fs]B0C3QHNNM1[fs]ref=sr_1_204]]_Tue,-09-May-2023-07-42-44-GMT.pdf

**Hash (SHA256)**

188cd2e1763c29f0379180229cadf93ea71e0101bd4c0fbd5034994f9af233d

**Signature (PKCS#1v1.5)**

oFG/F5ZLpSPLsDF1VnKHpVAFjx0bkY7CXEsDvpPXaTFzar+8G1BQU95SrtceDH7pUZjEHZXy92gDPH7deN6u7rQdoQa2A6sBxBJR7Sdyg/fQXaNVt21mqCvCf+WKPKf/YB2f4I33DLAJQXXnRkVQQWNKEqZiyFR+KiZN8LMjgJk=

amazon Deliver to Miami 33132 | All | smiley shirt | EN | Hello, Kenneth Account & Lists | Returns & Orders | Cart

All | Clinic | Amazon Basics | Prime Video | Buy Again | Prime | Best Sellers | Customer Service | Today's Deals | New Releases | Music | Books | Amazon Home | Coupons | Pharmacy | Gift Cards | Reinventing wholesale, join Amazon Business

handmade | Gifts | Jewelry | Home & Kitchen | Clothing, Shoes & Accessories | Wedding | Sell on Handmade

Be ready to say thanks in the moment
Shop multipack gift cards ›

‹ Back to results



Roll over image to zoom in

## You Are Bible Verse Shirt, Christian Retro Smiley Face, Religious Motivation Shirts, Retro Groovy Trendy Beautiful Enough Strong Created Amazing Chosen Tee, Sweatshirt, Long Sleeve, Hoodie

Brand: TB Artist

$17.49

Customizable

Customize & Add to Cart

By clicking "Customize", you agree to these Terms and Conditions.

Welcome to our shop where you can find high-quality, trendy, stylish Women's t-shirts!

Our Retro Groovy You Are Bible Verse Smiley Faces Shirts are soft, comfy, and durable. We have Unisex Short Sleeve, Women's Short Sleeve, Long Sleeve, Crewneck Sweatshirt, and Hoodie.

Please select your product style, and color according to the size chart, check the size chart carefully when placing the order. If you are between sizes, please choose a size up.
*Please note: Our unisex shirts have men's sizes, ladies please consider one size down! The design color will be changed according to the selected shirt color, you can request a specific color in the Customization input field.*

Thank you for your support!

- You Are Bible Verse Shirt, Christian Retro Smiley Face, Religious Motivation Shirts, Retro Groovy Trendy Beautiful Enough Strong Created Amazing Chosen Tee, Sweatshirt, Long Sleeve, Hoodie
- We use high-quality print, the print won't crack, fade or peel. 100% Cotton; Sport Grey: 90% Cotton, 10% Polyester; Heathers: 50% Cotton, 50% Polyester; Ash Grey: 99/1 cotton/polyester.
- Printed and shipped from the USA. We offer free customization with the designs printed on the products, and an additional fee if you want to print something on the other side of the shirt.
- If you receive your order and there is an issue with the print or product, please make us aware of this immediately so that we can remedy the situation.
- Care instruction: Turn inside out to wash; Machine wash cold or hand wash; Do not iron over print; Dry on low or hang dry; Do not bleach.

$17.49

$6.99 delivery **May 22 - 26**. Details

Or fastest delivery **May 16 - 19**. Details

Deliver to Miami 33132

In stock

Usually ships within 4 to 5 days.

This product needs to be customized before adding to cart.

| | |
|---|---|
| Payment | Secure transaction |
| Ships from | TB Artist |
| Sold by | TB Artist |
| Returns | Eligible for Refund or Replacement |

Add to List

### Based on your recent views

Page 1 of 3

Sponsored



- Mama Smiley Shirt, Smiley Face Sweatshirt, Aesthetic Mama Hoodie, Happy Face Shirt ... $18.98
- Retro Mama Shirt, Vintage Smiley Mama Shirt, Hologram Shirt, Mother's Day Shirt, Sm... $18.98
- Dear Person Behind Me Crewneck Sweatshirt - Smiley Face Trendy Aesthetic Sweatshirt... $18.99
- Cute Baseball Mom Aesthetic Hoodie, Baseball Mama Graphic Shirt, Smiley Baseball... $18.98
- St Patty's Day Comfort Colors Shirt, Lucky Smiley Shirt, Vintage St Patrick's Day S... $9.99
- Third Grade Squad T-Shirt, Elementary School Teacher, Teacher Shirt, Gift Idea For ... 27 $19.99
- Teacher Shirt, Teacher Appreciation Gift, Kindergarten Teacher Shirt, It's A Good D... 2 $19.40

### Products related to this item

Page 1 of 5

Sponsored



- You Are Bible Verse Shirt, Christian Retro Smiley Face, Religious Motivation Shirts... $17.49
- Over Stimulated Moms Club Shirts, Trendy Moms Gift Shirt, Anxiety Mom Club T-shirt,... $17.49
- Faith In The Future Sweatshirt, Smiley Face Shirt, Happy Face Sweatshirt, Preppy Ho... $18.99
- Mama Smiley Shirt, Smiley Face Sweatshirt, Aesthetic Mama Hoodie, Happy Face Shirt ... $18.98
- War and Peace Art T-Shirt (Adults, Kids, Short & Long Sleeve) 25 $19.95
- Retro Mama Shirt, Vintage Smiley Mama Shirt, Hologram Shirt, Mother's Day Shirt, Sm... $18.98
- Dear Person Behind Me Crewneck Sweatshirt - Smiley Face Trendy Aesthetic Sweatshirt... $18.99

## Product specifications

**Technical Details**

| | |
|---|---|
| Target Gender | Unisex Adult |

### Product details

**Department :** Unisex-adult
**Date First Available :** February 11, 2023
**ASIN :** B0C3QHNNM1
**Best Sellers Rank:** #30,947 in Handmade Products (See Top 100 in Handmade Products)
#1,193 in Handmade Men's T-Shirts
#1,352 in Handmade Women's T-Shirts

## Looking for specific info?

Search in reviews, Q&A...

## Customer questions & answers

No answered questions yet

Post your question

## Customer reviews

No customer reviews

| | |
|---|---|
| 5 star | 0% |
| 4 star | 0% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 0% |

How customer reviews and ratings work

### Review this product

Share your thoughts with other customers

Write a customer review

### Inspired by your browsing history

Page 1 of 5



- Nirvana One Sided Smile T-Shirt 2,613 $13.14-$30.23
- SOLY HUX Women's Graphic Letter Print T Shirt Short Sleeve Tee Top 389 $22.99 Get it as soon as Monday, May 15 FREE Shipping on orders over $25 shipped by Amazon
- Nirvana Men's Smile One Sided Slim Fit T-Shirt Black 183 $18.96-$25.99
- Cioatin Women's Oversize Fleece Smile Graphic Sweatshirt Crewneck Drop Shoulder Loose Fit Pullover Jumper Jacket 88 $22.99-$31.99
- SAFRISIOR Women Oversized Fleece New York Letter Print Graphic Sweatshirt Long Sleeve Crewneck Pullover Jacket 376 $27.99-$33.99
- Harry Potter Herbology Plants C2 T-Shirt 555 $22.99 Get it as soon as Monday, May 15 FREE Shipping on orders over $25 shipped by Amazon
- ReachMe Womens Smile Face Pullover Cute Trendy Vintage Graphic Sweatshirts Casual Loose Long Sleeve Crewneck Tops 78 $20.29-$28.99
- FEA Men's Nirvana Smiley Logo Double Sided T-Shirt 726 $14.98-$26.98
- MISSACTIVER Women Oversized Smile Graphic Print Tee Shirt Loose Short Sleeve Round Neck Drop Shoulder Tee Top Pullover 425 $15.29-$23.99
- Meladyan Women Oversized Funny Smiles Graphic Letter Print T Shirt Drop Shoulder Crew Neck Summer Casual Tee Tops 283 $18.99-$20.99

### Customers who viewed items in your browsing history also viewed

Page 1 of 5



- Nirvana Utero T-Shirt 272 $16.90-$30.00
- Nirvana Rock Band Unisex Yellow Smiley Cotton Tee Shirt Short Sleeves 7 $27.99
- Nirvana T Shirt Heart 212 $13.00-$27.36
- Nirvana in Utero Splatter T-Shirt 688 $11.95-$28.99
- nirvana skateboard Skeleton t-shirt T-Shirt 77 $19.00 Get it as soon as Monday, May 15 FREE Shipping on orders over $25 shipped by Amazon
- Nirvana T Shirt Distressed Band Logo Smiley Nevermind Official Mens Black 102 $14.30-$31.76
- FEA Men's Nirvana Brick Wall Band Photo T-Shirt 606 $19.42-$32.88
- Nirvana mens Nirvana in Utero T-shirt, Asphalt, Xx-large T Shirt, Asphalt, XX-Large US 30 $21.31 Get it May 17 - 22 FREE Shipping
- Happy Face Lightningg Bolt Shirt, Smilye Preppy Sweatshirt, Smile Face Aesthetic Clothes For Girls 10-12, With Words On Back Hoodie Desig... 1 $17.99
- Nirvana Men's Floral Logo T-Shirt 129 $21.99-$31.98

### Your Browsing History

View or edit your browsing history

Page 1 of 4



Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell products on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a package delivery business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Your Recalls and Product Safety Alerts
Help

amazon | English | United States

Amazon Music | Amazon Advertising | 6pm | AbeBooks | ACX | Sell on Amazon
Amazon Business | Amazon Fresh | AmazonGlobal | Home Services | Amazon Ignite | Amazon Web Services
Audible | Book Depository | Box Office Mojo | ComiXology | DPReview | Fabric
Goodreads | IMDb | IMDbPro | Kindle Direct Publishing | Amazon Photos | Prime Video Direct
Shopbop | Amazon Warehouse | Whole Foods Market | Woot! | Zappos | Ring
eero WiFi | Blink | Neighbors App | Amazon Subscription Boxes | PillPack | Amazon Renewed

Conditions of Use | Privacy Notice | Your Ads Privacy Choices
© 1996-2023, Amazon.com, Inc. or its affiliates

AXENCIS

Investigator Name: RemoteUser2

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Sat, 13 May 2023 07:57:59 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

RemoteUser2

**IP Address**

2001:ac8:9a:1e::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

NF+575J4IprmGZs1jZDcTEaQzF/fY/T8Qn6Zf0/LM+4XaZPRdQMqUI0HrUm6ivf7oN/RW7bA512mt777nVAsJmAPZgMlPq06ED17/5IVy3i6ZYna2duE3Y5c9+8dAdLrTh/vWOiucz2oMJpgI+MMmoIjYf5DhP7axtaZ0ChRhV61L7EzlxndNeT09/T4ubIXrRUFYs3T5i0Jh1VFMWrUf3V7Bn74jB
+K+H89cNE9+naLOMEdhDs5CiZOYwYC9XJvLf4KZrRf922kuW29Z0WMQGKV20v7F0dT4oKl+uCryr5C2E25zgFhg8PT0GEbE0kId4dJfmC1YWtcjNheIHH4pQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Sat,-13-May-2023-07-57-59-GMT.mhtml

**Hash (SHA256)**

1a0fae990f73a38ee8aa2697a6d8e154028b3b1fc6205e8999c7222eca5c1044

**Signature (PKCS#1v1.5)**

m7SKaS/x7XcqfT4JhbsNMFtgy7ZVauzrS6vxdAsg3KbfNB3EnBCVfhJqZ/aXbSvLIWvm5/oTXQm5GQKVmmaEGFytkNANTdQJHR7ezlYLT6bueztKorhtPTwYZBYK4BIlARGTxirK0vSQtvki+mdBVldO0mY74tY7+25M5v+7qGa8mZGiC01n+MM/BO/iSdgrGxG5k4Bs+Aaj/
IR3E64r1dfdQyk2jVuCTvxfsek2jEWC6piIKLXAqnuKJLYR3zQxLC76UNZdO+ZQOWnTATIMa2AhmHgHClzM5Dr+xNv6Id1LzTQYwBpNePPSICcVGUT3kT3fQ0QcG3tNs5UANhP1sA==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Change

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

**FREE TRIAL**

**Jade, we're giving you 30 days of Prime benefits for FREE**

Try Prime FREE for 30 days ›

**Estimated delivery: May 25, 2023 - June 1, 2023**

Items shipped from TB Artist



**You Are Bible Verse Shirt, Christian Retro Smiley Face, Religious Motivation Shirts, Retro Groovy Trendy Beautiful Enough Strong Created Amazing Chosen Tee, Sweatshirt, Long Sleeve, Hoodie**

~~$22.49~~ $20.24

Qty: 1

Sold by: TB Artist

$2.25 discount applied

**Customizations:**

Select Style: Unisex Short Sleeve

and 3 more

Gift options not available

**Choose a delivery option:**

- **Thursday, May 25 - Thursday, June 1**
  $6.99 - Shipping
- **Friday, May 19 - Wednesday, May 24**
  $13.99 - Shipping

Place your order

**Order total: $28.65**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $22.49 |
| Shipping & handling: | $6.99 |
| Promotion Applied: | -$2.25 |
| Total before tax: | $27.23 |
| Estimated tax to be collected:* | $1.42 |
| **Order total:** | **$28.65** |

Qualifying offers:

- Promotion Applied

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: 20g Tiny Round Smiley Earrings for Women Girls 925 Sterling Silver Hypoallergenic Enamel Minimalist Circle Happy Face Coin Cute Small Ball Stud Cartilage Tragus Barbell Screw Back Earring Simple Fashion Jewelry Dainty Gifts (Pink): Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/Earrings-Sterling-Hypoallergenic-Minimalist-Cartilage/dp/B09VL198KP/ref=sr_1_189

**Collection Date**

Thu, 20 Apr 2023 05:13:42 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

LCDeQHZTqLGCOYBnuCwCAWIfIndH5/oEU9Eb1Uu3yUccTeC85V4lGP9miqQ+l3iTRloQOAgEdn9nRLPlTpBVyLlhqN9SZXGwIiweZduC8gOndKXLP2VOKgWqlYpOzyeKPkaVpSapZ7zZHaxp4Eb0r69xFHd3mVgHiyOXHzNwBA0=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Earrings-Sterling-Hypoallergenic-Minimalist-Cartilage[fs]dp[fs]B09VL198KP[fs]ref=sr_1_189]]_Thu,-20-Apr-2023-05-13-42-GMT.pdf

**Hash (SHA256)**

92f923fee5e0714eeb832d9e14b8f3142532ca9aaad3967b54e1d6f619f98c4b

**Signature (PKCS#1v1.5)**

l9vpqYr+qayJG1DLNsWel5BA0ArtD3iZvd7gX3rZkn3wu5fuPU9ljULga91m1sysBPB8OSblUTXfvEyyWxOolWDM/fsL/kwI3ck9x5UokwT/XKAYBNSfqJd7DKEg127WmdYFpl1eF8v0KQQjUVQZUgtC1b6jLhiEy6F1L3DTlhk=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Wed, 17 May 2023 13:27:49 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2001:ac8:9a:d::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Ufx3vdadb6ojbW3hEsWSjdrqOVhXEtUSw6TsLC8rl+rgNTDzqWxYZbkza+1KXEPb8pEqkXG2v9FmXSzBDTjpnrCrrKIzuvN4QecvtrvYzd+Lhj1SZ2mkOc2yrIKJ07zUmuy9xiNZx+kScjbbqGttnWq8sc5N2tjBYG86Y3iE0msHFApYpgMvqeE2OCSrzpCV5cR/NXmo
+agFEAho25+y0veE7UOuss33Bd92zV6bc+ZYzSbrYy/R7lvUkNLfhQb0A9BwbqlCTvudI+eCsRmXUfA0ouIBn3M7daXUkxEgOJpuiKP7QPWqeLwJk7fXPCHSrOX9uNhX7yDg9zjzQmRh9g==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Wed,-17-May-2023-13-27-49-GMT.mhtml

**Hash (SHA256)**

cd9ca6faecda671ef318b0fa74456451a142d1e66915fd8f090cf8ad8d598bc4

**Signature (PKCS#1v1.5)**

pFaukaleKvTOtCvzqli5WGlViGyacW2hvyT3O94Em8Iih83TVm6Qf67AuvdEKbZYx6m0mh9k+VaYaystSanf3c+/Fl+saWiZyr+FCCQZGPg4DmcNB25SPmkN3ZwED+nVW8EKgAiLosou0LbTUNFPHgs63k48gk0xuJmlKzQXarFqmaCRN3UjycRFgr+fpy2KjiFTwMTPVBp0LCLjiEhIrPu
+DyKQIySOjIdFzksJfhGow+yID3JeQJNKeRIU7ys+pgNHt8yF2rQpNBeyF/Jq5HyLisULmoJlv5/Okoa9OjgxfWqXS8PNs7/VdqjlF/PUnB8qeccpZLDa8CU69XtOnQ==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

**Or pick up near this address** - See nearby pickup locations

Change

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items ~~Sunday, May 21 by 8PM~~ **Friday, May 19 by 8PM** for ~~$5.99~~ FREE

Get FREE Two-Day Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: May 21, 2023** If you order in the next 22 hours and 17 minutes (Details)

Items shipped from Amazon.com

**20g Tiny Round Smiley Earrings for Women Girls 925 Sterling Silver Hypoallergenic Enamel Minimalist Circle Happy Face Coin Cute Small Ball Stud Cartilage Tragus Barbell Screw Back Earring Simple Fashion Jewelry Dainty Gifts (Pink)**

$10.99 & FREE Returns

Qty: 1

Sold by: tbna

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

- **Friday, May 19**
  FREE Two-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Sunday, May 21**
  $5.99 - Shipping
- **Friday, May 19**
  $9.99 - Shipping

Place your order

**Order total: $17.75**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Get FREE Two-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $10.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $16.98 |
| Estimated tax to be collected: | $0.77 |
| **Order total:** | **$17.75** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com: 53Pcs Smiley Face Stickers for Water Bottles, Kawaii Aesthetic Vinyl Waterproof Stickers for Laptop Journaling Bumper Scrapbook Skateboard Computer Phone Stickers Gift for Kid Girl Teens Adult : CDs & Vinyl

**URL**

https://www.amazon.com/Aesthetic-Waterproof-Journaling-Scrapbook-Skateboard/dp/B0BZDX5MSW/ref=sr_1_54

**Collection Date**

Wed, 14 Jun 2023 09:13:23 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:36::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

M7FG6emU6h39f6NX2pJHSPn/QL1TrXFSful7e0JLRKPJ9tI87I544WT8p2OFVRI2ntWs3YSbRbXEl8lLo2tiS0rzQhVBMClWA9yDuZdUZgQjnvUtO/pXkAtZYhNlVoNLDClD7wWEKrSAr/e56dqNkWOlGykqG4v1c3JL6aV4Fus=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Aesthetic-Waterproof-Journaling-Scrapbook-Skateboard[fs]dp[fs]B0BZDX5MSW[fs]ref=sr_1_54]]_Wed,-14-Jun-2023-09-13-23-GMT.pdf

**Hash (SHA256)**

de71ecac514b7f68f0a2dcfec6415cb74620bfcf08ad50887b29deecb41ad6f2

**Signature (PKCS#1v1.5)**

q0Tsx5K8OIvwFIJ9uUa6JFW2k1riZtp50DY5FI2yZnn7G05RXV3/QeZ967xWlwk1t7ohy+rfjblrzmYaZvd2TwGdPL3zIdhzLFjkLRnN7hG3SJfi4QCKqCCRL842ZWKA2NhkpMj7ajP8JZfl8pNCay1tPTN3Tm3Y8jyPyxuTQs8=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Wed, 14 Jun 2023 15:40:43 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

202.164.131.66

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

GD28EdYIhiPwO1iPv9SjW1V+9lGQDciyNV/XrCcJ0QXKAecLYI9K09O7GL7irYVhkeutmguwGVTFdnIsN7Rx9jlIigcw3joZuu9hEUwC+igSYGkNwkW1sEQOejT7aG25uqZj4mEpm9j15VsMDISpz3U63XS8UQiyiMU449+VU2Sq5mW+bPNzQ3lghUs7vdICp4AVFUFTUtiDDl/n3zWrhfMD/
KJRcYu9wmmblLZe3Mv5iZFPr7OURCXwsfGzq34k+WMdMRM1TD+Vuf6nvbNn7TQEnFIOQm7EmsMhicAiiq3ViBgD2nlOFbbJmTkqiR/zHOIEXlXBfdbOfQ8G4VZw3A==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Wed,-14-Jun-2023-15-40-43-GMT.mhtml

**Hash (SHA256)**

cec2b7dadeca71168fc9700347071e56f1c4aed70ba9cc31f9c03d2dc58738b4

**Signature (PKCS#1v1.5)**

dN9mp1MuYjCPHt0fdziN4CZCxEvZEbWeT73oSITQ5BNEeaZokRDYSp0dPYOuyGbmTsazczPiESDfTA50RRqm9Ba0fa3Xr1dzRDqQC91gRxjp7GR1mRlfZcLl0YCVbt7JqXwI+OFzih6I3nGXe/FGoOec4JcWNLcU4Lgp81I/
MXdfRfeflFe/5meEbXChpmxKhK3YGyChvehcZRSArBKj1pgwr5nSKqQUErPbz6jJ9pPZpGp+Yk26qjEx/zNrCmoDzJ5RQLqPFvJ783Ji5P0S/4h7XDFSAsOcqTF3hxUrk20BE6/3+lB+15VKpCcA3gaCcjJqYUFAIsK5rDvZ8H/KGA==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

Change

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items with your 30-day FREE trial of Prime

Get FREE Prime Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: June 18, 2023** If you order in the next 18 hours and 34 minutes (Details)

Items shipped from Amazon.com



**53Pcs Smiley Face Stickers for Water Bottles, Kawaii Aesthetic Vinyl Waterproof Stickers for Laptop Journaling Bumper Scrapbook Skateboard Computer Phone Stickers Gift for Kid Girl Teens Adult**

$3.99

Qty: 1

Sold by: Telafaer

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

FREE Prime Delivery with your free trial of Prime

Fast, FREE Delivery prime

**Sunday, June 18**

$5.99 - Standard Shipping

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

**Order total: $10.26**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $3.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $9.98 |
| Estimated tax to be collected: | $0.28 |
| **Order total:** | **$10.26** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com: Smiley Face Pendant Necklace Egirl Red blue Cool Smile Necklaces For Women Men EGirl Boy Punk Hip Hop Rock Chain Choker: Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/Smiley-Necklace-Preppy-Jewelry-Trendy/dp/B0BXFKW1TJ/ref=sr_1_20_sspa

**Collection Date**

Tue, 09 May 2023 04:53:34 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:93::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

nNR8+YCtrCjuK9fYdGz0lMCaX6Kofq+OXJO+38qvZEIbl8Pe0D1aFjDVo7MuAk6KJ1AzOINKETY7sU2S5xWy/o3P2/6S4NP9JzCZrs9vrYnAC9PSbAY5emp2gbj6LiCqSMK96vHXiD9/jc3MDnDOyCwaBsYZRbbiqNiERxd5rn8=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Smiley-Necklace-Preppy-Jewelry-Trendy[fs]dp[fs]B0BXFKW1TJ[fs]ref=sr_1_20_sspa]]_Tue,-09-May-2023-04-53-34-GMT.pdf

**Hash (SHA256)**

6238eeab07e271833bf98f19d36136cae465116eb6b61728827b6039bb514cd7

**Signature (PKCS#1v1.5)**

OtFygw4ceaO3dEwLMlpKOwz1pOMOsKY7/RvaRoaV2yYFOOQ3pMfnISohJH62pOMaaXC8uzupyMAOmIqPd9ZSEDsi3oiuWSP98Cw7An4zvaTmOPgZ6Pe9kUREOQYcruEtYRVPIYIbNOb8QJMxhxnDIW7AB7TFZ2mwDJUl9qrQeug=

amazon Deliver to Cyprus | All | smiley | EN | Hello, sign in Account & Lists | Returns & Orders | 0 Cart

All Today's Deals Customer Service Registry Gift Cards Sell | Shop deals in Electronics

Shop top categories that ship internationally

‹ Back to results

## Smiley Face Pendant Necklace Egirl Red blue Cool Smile Necklaces For Women Men EGirl Boy Punk Hip Hop Rock Chain Choker



Brand: Generic

$12.99

No Import Fees Deposit & $12.20 Shipping to Cyprus Details

- Smile Pendant Necklace: Cute smile face chain necklace. A very fashion and trendy necklace.
- Material: Round pendant necklace made of alloy, light weight and comfortable for wearing. It's skin friendly for your daily wear.
- Size: Chain Length :24. fits most of boy and girls. Perfect to wear on its own for a minimalist look, or layer it up with some chains.
- Ideal Gift for Women Girls: Unique and elegant necklace is a perfect gift for mom, wife, girlfriend, friends, family, lovers, and suitable for any occasion such as mother's day, birthday gift, christmas gift, anniversary gift, graduations gift, etc. The smile face charm will add depth to your look, while bringing happiness and positivity to a day.
- Best After-Sale Service: We are confident you will be satisfied with our happy face necklace, but if you're unsatisfied with this item for any reason, or you have any problem with the order, please contact us we'll immediately help you solve the problem within 24 hours.

$12.99

No Import Fees Deposit & $12.20 Shipping to Cyprus Details

Delivery **Friday, June 2**

Or fastest delivery **Wednesday, May 17**. Order within 19 hrs 1 min

Deliver to Cyprus

**Only 5 left in stock - order soon**

Qty: 1

Add to Cart

Buy Now

Payment: Secure transaction
Ships from: Amazon
Sold by: tengzhouchanglinanzhua
Returns: Eligible for Return, Refund or Replacement within 30 days of receipt

Add a gift receipt for easy returns

Add to List

Gold Initial Necklaces for Women Teen Girls

M MOOHAM MOTHERS DAY GIFTS FOR MOM FROM DAUGHTER, HEAR... 5,939 $18.99 prime

Sponsored

## Buy it with

Total price: $22.98

Add both to Cart

One of these items ships sooner than the other. Show details

**This item:** Smiley Face Pendant Necklace Egirl Red blue Cool Smile Necklaces For Women Men EGirl Boy Punk Hip H... $12.99

Y1tvei 7Pcs Heishi Surfer Bracelets Set Colorful Preppy Happy Smile Evil Eye Beaded Stretch Bracelets Clay Stackabl... $9.99

## Products related to this item

Page 1 of 26

Sponsored

- XSILA 14K Gold Smiley Face Necklaces Enamel Happy Face Necklace Pink Necklace Prepp... 453 $9.99 prime
- Smiley Face Necklaces - Great Smiley Face Jewelry and Smiley Face Decor or Preppy J... $9.97 prime
- Goth Smiley Face Pendant Necklace Egirl Eboy Pink Cool Smile Necklaces For Women... 335 $8.99 prime
- Smiley Face Necklaces With Smiley Face Pendant, Chain Stainless Steel Gold And Pend... 93 $9.99 prime
- Injoehom Smiley Face Necklace For Men Women Silver Planet Purple Cubic Zirconia... 2 $14.99 prime
- Godyce Smile Pendant Necklace Smile Face Chain Necklace Paperclip Necklace Cute Rou... 132 $9.95 prime Save 5% with coupon (some sizes/colors)
- KURTCB Gummy Bear Necklace Colorful Resin Crazy Aesthetic Y2k Pendant Necklace for ... 445 $10.98 prime
- Y2k Necklace For Women, Smiley Face Flower Pearl Yin Yang Fruit Animal Indie... 107 $10.99 prime

## Product details

**Package Dimensions** : 0.05 x 0.03 x 0.03 inches; 0.48 Ounces
**Department** : Boys
**Date First Available** : March 3, 2023
**ASIN** : B0BXFKW1TJ

## Videos

Help others learn more about this product by uploading a video!

Upload your video

## Products related to this item

Page 1 of 14

Sponsored

- XSILA 14K Gold Smiley Face Necklaces Enamel Happy Face Necklace Pink Necklace Prepp... 453 $9.99 prime
- Goth Smiley Face Pendant Necklace Egirl Eboy Pink Cool Smile Necklaces For Women... 335 $8.99 prime
- KURTCB Gummy Bear Necklace Colorful Resin Crazy Aesthetic Y2k Pendant Necklace for ... 445 $10.98 prime
- Women's full diamond bottle N5 necklace classic personality fashion creative neckla... $9.98 prime
- Hey Harper Easy Necklace 14k Gold Cable Chain Necklace For Women - Dainty Long... 16 $59.00 prime Prime Try Before You Buy
- Michigan Charm Necklace for Women - Gold Plated Block M Necklace with Crystal... 1 $36.99 prime
- beautlace Goth Smiley Face Pendant Necklaces Black Gun Plated Cool Happy Face Clown... 2 $12.99 prime
- Smiley Face Necklaces - Great Smiley Face Jewelry and Smiley Face Decor or Preppy J... $9.97 prime

Gold Initial Necklaces for Women Teen Girls

M MOOHAM MOTHERS DAY GIFTS FOR MOM FROM DAUGHTER, HEART INITIAL NECKLACES FOR TEEN... 5,939 $18.99 prime

Sponsored

## Looking for specific info?

Search in reviews, Q&A...

## Customer questions & answers

No answered questions yet

Post your question

## Customer reviews

| | |
|---|---|
| 5 star | 0% |
| 4 star | 0% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 0% |

How customer reviews and ratings work

No customer reviews

### Review this product

Share your thoughts with other customers

Write a customer review

## Similar styles in new arrivals

Page 1 of 2

## Recommended based on your shopping trends

Page 1 of 3

## Popular products based on this item

Page 1 of 2

See personalized recommendations

Sign in

New customer? Start here.

Back to top

Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You

amazon | English | $ USD - U.S. Dollar | United States

Conditions of Use | Privacy Notice | Your Ads Privacy Choices

© 1996-2023, Amazon.com, Inc. or its affiliates

AXENCIS

Investigator Name: RemoteUser2

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 11 May 2023 11:24:52 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

RemoteUser2

**IP Address**

202.83.40.99

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Axsi3MdXX8MGsU6hBDuR3kYUyFp1xxsW2TWXNSYw3r2X6iUZeZNs/cE+fVeLYZ3OGZOqfwq0+SHGnbs9yI2S/17USwGJLvc+VMjwWby7I8Ya4TlB2Sqjm4brTWOdgoquqTYzYtG0AqpaUhSQpB7PrfoskB4eXShtNq3lK6ljVTRwWx/CoeZF8nbGsYYEw6gOdInuZv4T8T/sFaFBaK8/o
+BCS5a2F3RKGol6U8R4gpvWhPGZFbevlrSlCkQTJtB6lvZlGA+6pjAGEDFfWYhdfnoMDBwAm4rInxbgP//JIh3moelgoMT07NevKaDROS8S3WbHSBZgxQnMas8KWywweQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-11-May-2023-11-24-52-GMT.mhtml

**Hash (SHA256)**

6f39ea71bcb3bec88ff0a79ae1db19b2a1bae187ed88efe09bdda14b633a13e4

**Signature (PKCS#1v1.5)**

srzKKvrASEdRU95IVkPD3yEQ0IiE+59BiuQR95w0OEV5Krc+xNOkIu+i/RrXs8VskH++TypJ/o8diiM9hHcf+odgOcnaD+XZswl6dIvZysTgXlI+o8WFUFPUeZucB/P3frS7Nv9Y1u6rXy+ika0he3FekNCXlfzaGAZmlZFKslWr1JCZ8GvGHgLCGo1jXmqdF/VZ6WbW
+nNpCQMdBrYWnfnLHF0RhvMtMocVqtiuJRVmPvmMJzgH9w8jP7IvxlpO71GjngvOKyY7Aj07m6YbZDB8LP7oCRQ/DQuvfeeGj7qG6MzrzD2RnBqdsyyQNf2cfxtIEDGOvKWOBKqM8MazIg==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

**Or pick up near this address** - See nearby pickup locations

Change

**2 Payment method**

VISA **Visa** ending in 9985

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

Change

**3 Offers**

Change

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items for ~~$5.99~~ FREE.

Get FREE Prime Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: May 15, 2023** If you order in the next 11 hours and 50 minutes (Details)

Items shipped from Amazon.com



**Smiley Face Pendant Necklace Egirl Red blue Cool Smile Necklaces For Women Men EGirl Boy Punk Hip Hop Rock Chain Choker**

$12.99 & FREE Returns

Qty: 1

Sold by: tengzhouchanglinanzhuanggongchengyouxiangongsi

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

FREE Prime Delivery with your free trial of Prime

Fast, FREE Delivery prime

**Monday, May 15**

$5.99 - Shipping

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

**Order total: $19.89**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Get FREE Prime Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.**

Try Prime FREE

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $12.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $18.98 |
| Estimated tax to be collected: | $0.91 |
| **Order total:** | **$19.89** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: WALONER Makeup Bag For Women Preppy Makeup Bag Pu Leather Waterproof Cosmetic Bag Girl Makeup Bag Organizer Cute Portable Smiley Makeup Bag As A Gift For Women Or Girls,Yellow : Beauty & Personal Care

**URL**

https://www.amazon.com/WALONER-Cosmetic-Waterproof-Organizer-Portable/dp/B0BX356LMG/ref=sr_1_208_sspa

**Collection Date**

Fri, 21 Apr 2023 04:58:52 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

VlWOwMgiFFMQqpDhY4fG6meSZgYZbzeKqNngoEFPa1oRe3V2ugAW+Se25/DXQh7UK1cd9UXtvdO+vqOpbMVBaUZCYyN7VSdWUVnwB6nfB07MMg5J9bMp1QXtzQLW0xs7YtoUxc5irlb8i5/C07MSJxWho6P+r4LqBbpJek5aj3A=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]WALONER-Cosmetic-Waterproof-Organizer-Portable[fs]dp[fs]B0BX356LMG[fs]ref=sr_1_208_sspa]]_Fri,-21-Apr-2023-04-58-52-GMT.pdf

**Hash (SHA256)**

b0b618701d222336811c64a08be6e3cec59738c7020248b3599cb35bae3df2c0

**Signature (PKCS#1v1.5)**

lKsgPkr+2W8bqLZTd/mWkS8XjzgEAUfoiP/NweR59a+NS+nup++PhwYQzJuXCyNsBky5dwkjBEUKmWT2NKbXAn6I8YXbsKcHdGJ3HXtqBdMm0Dd1QzsGR7gJcO9QQxE+mzDEqHFYs7UbFd5RtqoIkW5yk+zY2uDadhN03JNI2Qo=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Sat, 20 May 2023 06:57:43 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

116.68.96.16

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

EH5YqrX+DIUyigH3mq+tHLUsmoYx0AG9PZgo/bALZFEv0+sJWqScrm9Shlo2O4/1Y47CXkyRXvWUW7P4m74SDGaaw73NddoCXdXS1a/hwR3W1UWCKZuMFJfycsX3FFbkdEUq4mfdLK9RpExAt19ZEhdje51PEALz0saV8p9O3lcJCg6zK7UrHN/cVYAcqo
+YlJ2y8WhX6EMNH8z8zqgsl8AvsTZqLIaF36fHDPD5AXTxkpab2EMcgsjSLNK9oEjlM/ktjwyoc3smySiciNxCizWBjL6wHNHDYhwVWeiDr5+iGUA9Q1r1mGt/+JJYe+CWKV0gjr6gNuILgNDebDv82Q==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Sat,-20-May-2023-06-57-43-GMT.mhtml

**Hash (SHA256)**

d648a9d6e8bd9a04696dd6be01d3e30ade84c78c68e3e945443d445fcd9bc2fc

**Signature (PKCS#1v1.5)**

dZukjNppTs6/gf0j9E5hypSGtVN5rSgQNRs+OiOXXVJ2H2HB3tAMzEW+H7JV0uSFtTmWvA8kP7OLea/J76LPHglZD15pE9TB/hq4QPcCxATB8/
bATDwua3fTl6jAyF1k07ox0rSbJc4F1Ll1BPMMgCUP9C9xkCnVDlVFk8ZCiLMHRqkdPQFhS9NCLqjW7Ta8BSaUEbQxBBJDm0zNAJuf2Icz6l4a4RtyrYReC6sSxzoyYrtNe97d1RROOdLBDLxUMzc9atIZXcvuWbvbNN2R8g4Yf235TGrzgKh1NSJsTigP
+3ZMukGP2J5ta1OZfKo5ND7ugFUBYZ6e8gScnUGVcg==

amazon

Checkout (1 item)

1 **Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

2 **Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

3 **Offers**

4 **Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items with your 30-day FREE trial of Prime

Get FREE Two-Day Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: May 21, 2023** If you order in the next 10 hours and 32 minutes (Details)

Items shipped from Amazon.com



**WALONER Makeup Bag For Women Preppy Makeup Bag Pu Leather Waterproof Cosmetic Bag Makeup Bag Organizer Cute Portable Smiley Makeup Bag As A Gift For Women Or,Yellow**

$5.99 & FREE Returns

Qty: 1

Sold by: The Best Meet

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

- **Sunday, May 21**
  FREE Two-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Sunday, May 21**
  $5.99 - Standard Shipping

Place your order

**Order total: $12.40**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

## Order Summary

| | |
|---|---|
| Items: | $5.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $11.98 |
| Estimated tax to be collected: | $0.42 |
| **Order total:** | **$12.40** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Smiley Face Earring Necklace Set Colorful Smiling Face Pendant Hoop Dangle Earring Paperlip Chain Necklace Jewelry Set for Women Girls-Pink: Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/Earring-Necklace-Colorful-Paperlip-Girls-Pink/dp/B09F5TRT2R/ref=sr_1_98

**Collection Date**

Wed, 19 Apr 2023 11:57:25 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

aM3dStDX60smUTotd5fnu2tRiCLTi5flqTzZMmr+F03mTAipUcKDqZODJK8j2gNMi1s9AAvRrdNQpij4epmNFjOrNCVnd617X8zhN9LXO37vOgeLJ56oU/raMV1Sf1CUhDXgA7QvtW9p8JALjYQDvBJzOCDHFXEB9zmaMYKmWGs=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Earring-Necklace-Colorful-Paperlip-Girls-Pink[fs]dp[fs]B09F5TRT2R[fs]ref=sr_1_98]]_Wed,-19-Apr-2023-11-57-25-GMT.pdf

**Hash (SHA256)**

9112f3cdd791181bc9710f6dc5ff8f6ba5350f6fb90f24c976db22bad9bb3507

**Signature (PKCS#1v1.5)**

nTOc+BNcjt2wKmp/q7bYfWoXHDK2i6jhtLyX3z2LGkaWQoP7HtPpTSdKgP1hvVzYjOPzsqAaIOeXn+rGYhtRwH8XqLdNyRy8Wn7ceXBw+YBQa8m54rCKyVA5MD+c8m407C4QXVxiaNdHeg4KjjtgDGnkVC3rT+U6vTrAvDFnaMg=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Wed, 17 May 2023 09:38:21 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2001:ac8:9a:d::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

OWMWS4V7dWjAVT7Vtk4uCuWr26t8bI5/fYwipJJeG41AdhlKQX5/9YVWT8r9rsbgo9lWrmjz04TJlCxhNYk3rdVBa3nW7mpeDqaSadnluWzriv83F4DlktJT3BR7D4oQ+7qEOx6dXFGq2F3kwzRHbF3wnLqdAxXUE4I5BXzOQx0Zi8Yewyj4B+cHoiRBN6Mx5CUQ1zF3XtjWplvx//
zrlbYMW27hnvASlGW1Ur/ye99VGpPktpmdcX+XfRRW0pP6k47/uEOHCb6RLZmJ8z0OiKhwYFubuO5o0c3sJWoSTBHK6nj2I9nR3ii0ySxKe4AaA85V43ZwqQZtewfPgV1/SA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Wed,-17-May-2023-09-38-21-GMT.mhtml

**Hash (SHA256)**

39553059a6a3f3815aed95747a4ddeac983382c5a6e4c86bb2c9581d4e1aa33c

**Signature (PKCS#1v1.5)**

oCpndf95loFp6MiCIXrJx0WFGXjEfTMkMRPkLzgdjEqKtmotQ+gEmLUhr8OuP58lDJqZNzDnHHVGEmQGfPPTqmUhuWolFzr+kZT7D+UNx+Gy2CxUZoXqxDLe4ExjsCT8VKr0NiuKwKLuDQ6w+iv38EmQXxH6EsGRcA0BJQGAoJy1MLN6IoASrLFsRlWKqHKAtOhEvZiiacKHvS
+Iq9BiRJiM06WlPODacnXhF9K5q9L9jei4MEswd7+UK7R50Lf/lP2Th92JGpoiziQKagD4Bfu7+avAbsZYKEUyn1b5SwDc4M8xT46gY8SamkZTlSv9uR5uPER/1pYcA4zuyYuL6w==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items with your 30-day FREE trial of Prime

Get FREE Prime Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: May 21, 2023** If you order in the next 18 hours and 21 minutes (Details)

Items shipped from Amazon.com



**Smiley Face Earring Necklace Set Colorful Smiling Face Pendant Hoop Dangle Earring Paperlip Chain Necklace Jewelry Set for Women Girls-Pink**

$4.99 & FREE Returns

Qty: 1

Sold by: The Fmoon

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

FREE Prime Delivery with your free trial of Prime

Fast, FREE Delivery prime

**Sunday, May 21**

$5.99 - Standard Shipping

Place your order

**Order total: $11.33**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $4.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $10.98 |
| Estimated tax to be collected: | $0.35 |
| **Order total:** | **$11.33** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS
Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com : RAWMAT Smiley Face Beads 100 Pcs, 7mm Happy Face Acrylic Beads Loose Spacer Charms Beads for DIY Handmade Jewelry Bracelet Earring Necklace Craft Making Supplies (Yellow) : Arts, Crafts & Sewing

**URL**

https://www.amazon.com/RAWMAT-Handmade-Bracelet-Necklace-Supplies/dp/B09BJ4M2WW/ref=sr_1_196

**Collection Date**

Wed, 26 Apr 2023 05:23:13 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Jn+x/Mrx9n0WLLPtDF/J+wGI11QrwdbAfjG27U3j70I8HN5sAnzX9+d1Z0vVu0MbDmIqqttHVTFlUM22bDpWdxJ84RAC7fAF1BXT45m7zStSksF0mElvgY64E5nY1qyQrCrlPKBTCl6CfjI2QpTqIhKMu0ESnIdmkNtcqPaVEEU=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]RAWMAT-Handmade-Bracelet-Necklace-Supplies[fs]dp[fs]B09BJ4M2WW[fs]ref=sr_1_196]]_Wed,-26-Apr-2023-05-23-13-GMT.pdf

**Hash (SHA256)**

22db54b00ba5b8ca35979632a12529514fd882cfd67d0e4e0523b888b4c4e5f9

**Signature (PKCS#1v1.5)**

INnV0WqYn8T4R9A4HoamHBzxni0gemguHp6sQziTBXLmp+LdViElfaDfqBySb7EFlW5/ue9j3t12oWame5Fu4Gp557ST/5iweXWSBLxa16l+Mg+T1Bm3GCEzuk6JJ8HwqHNfFfufK+nDP2WRkrqe7XYUqS57yZ7WARs84mNys3E=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 30 May 2023 23:08:14 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

111.92.77.63

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

fjR892mFSet20JbrWd0+HDRY26eAZ7IyQK5qvAIU+CT5kC3dsXeNplm6/muD5BnhkM1LCLKagxJ/RTDZNtcDig6/xBenq6khBsgODJASrQwgnaEYJ2k+PdblVVWZuwP4qs47jrORGQUAQobmHxzecUE8IkEqJzrrGEkgmrRLu6QUfU3L+55/LMHvi54K9iD2lQM6TBjtSBfBa4OGkLqLuCZJ/
vuT1Tu8s2LU4h0hjMxZdEcGcOnZKHsrdWkVsaQsHJXJfFSp+LsKVnbE+zxLlJ6+HUAUYeOm5CDwQSeO6/ps95rZm/hWHkujWlniBIJ48B69A86GuVTaN0RmRGgd4A==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Tue,-30-May-2023-23-08-14-GMT.mhtml

**Hash (SHA256)**

2081114a679f9141ecde55471250d6ea1365ab7087572acd7c6ef28732ba32fd

**Signature (PKCS#1v1.5)**

Ikc0lfxQcsoWjxzsyISZsKx3UeG9sBfONLi6JNapF5YhRuijp7Nx0NtlvpkXrqN9/ZDAgefHDfma5H/IGmp4LNtgE4U6NrY3YpQqRFdGqu8zVHDgtV+wsqx84TcOmdoEFUov0eluXE9JMhK6WjZhMpDmWldr31/
EH3VIvUmjcjOd1nv1G19GcdvYQLJdH14P40SH0B9xPpwN7wWehqwDn9rCNI9flFYSvSlv3Do8F5wflBSdj5vmO9jE/TfDEUfo4+q7CzO8yMacw0m3eS8nfqyDblVRaPiGSjdOmrEcVzmzX9HDo5Q+pkOfa9cGqQLpedqXNZ5iXmbRZyCYQG1VAA==



amazon

Checkout (1 item)

1 Shipping address

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Or pick up near this address - See nearby pickup locations

Change

2 Payment method

VISA Visa ending in 9985

Billing address: Same as shipping address.

Add a gift card or promotion code or voucher

Enter code Apply

Change

3 Offers

4 Review items and shipping

FREE TRIAL

Jade, we're giving you Prime FREE for 30 days!

Get your Prime eligible items ~~Friday, June 2 by 8PM~~ Tomorrow, May 31 by 8PM for ~~$5.99~~ FREE

Get FREE One-Day Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

Delivery: June 2, 2023 If you order in the next 4 hours and 51 minutes (Details)

Items shipped from Amazon.com

RAWMAT Smiley Face Beads 100 Pcs, 7mm Happy Face Acrylic Beads Loose Spacer Charms Beads for DIY Handmade Jewelry Bracelet Earring Necklace Craft Making Supplies (Yellow)

$5.99 & FREE Returns

Qty: 1

Sold by: The Girl Who Bakes

Amazon Prime eligible Join now

Add gift options

Choose a delivery option:

FREE One-Day Delivery with your free trial of Prime

Fast, FREE Delivery prime

Friday, June 2
$5.99 - Shipping

Thursday, June 1
$9.99 - Shipping

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

Order total: $12.40

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Get FREE One-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.

Try Prime FREE

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $5.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $11.98 |
| Estimated tax to be collected: | $0.42 |
| **Order total:** | **$12.40** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.