AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com : Badge Reel Retractable with Alligator Clip Pink Smiley Face Leopard Emoji Badge Holder Funny Cute Nurse Name Badge Scroll for RN CNA Nursing Doctor Office Worker Teacher Student : Office Products

**URL**

https://www.amazon.com/Retractable-Alligator-Leopard-Nursing-Teacher/dp/B0BVR1Y9ZN/ref=sr_1_12

**Collection Date**

Wed, 26 Apr 2023 08:11:53 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

g4fp5nZUYYdR5kfrNS1UxSH17yE0/zfRIJMA42lRw8Ikb52Bvg6R9HHxNiAekoOY/yYxdmIu78f4MwdyeO5ShQULN2wLZqayhRvC28uSxPK49IH76IMTpooyG7gDIt7Wh9pfZSiqKQLgKrt1ITnRRBqPGaNUS/PcDPPPuEy8LGY=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Retractable-Alligator-Leopard-Nursing-Teacher[fs]dp[fs]B0BVR1Y9ZN[fs]ref=sr_1_12]]_Wed,-26-Apr-2023-08-11-53-GMT.pdf

**Hash (SHA256)**

c930b767133e4f7e0fb4b749175130fd32b69cfe9afc535c69495dd0853106f6

**Signature (PKCS#1v1.5)**

PJSwgsKmrwrsJ6XQ0YuquPARK/P5iLBYRSO++8p/8p6LxeLaqppbKVCUxO3q/UAVIqu/JgthnkJ8DUuhi9YHpPT7w+IynFr2NfjfLlk0M1vbbae6FkeRRw2J1A8lB6JqeNvHpW7Gu0CZEBD+FGBuE3BrSZw/ntfUG0E3hHHxR8w=



AXENCIS
Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 02 Jun 2023 07:39:40 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0d:5600:8:36::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

ZaxiDeR3eE4WAyy87NrLVoMRtdu8xE7N7V416kiALiCKFXGwUErK8eeTmQcVW7k8dP/GT6xiZ0WK7W6zDFrRKooXhBA9WgWV0WIQfBeHlSVA6/n7j6X69jk3yEbfKMsyoW5z+XSipv2gUjZDbuCqNOOnnXGNJkPxVQuXXHanj8vpgUH+9cGYxMIlIX+s2PhgnyL9pGbaLr54HjA
+PZyPocL1PkJC7OWBqQxwpF62oJt8g6Zz667a/C0bT3+5eAlQV8OpdNnRehtabjOZnEgiWf51HhHkuYQxH5qstZDLZrSKveUiJHksd+mJbIv8ZidU6rk8Xwj6JCgNGCPavs+k9g==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Fri,-02-Jun-2023-07-39-40-GMT.mhtml

**Hash (SHA256)**

bd29c9b5e6df0ff683a98e9da9df82a1c414285bb2c6d962aadb09368f5fff38

**Signature (PKCS#1v1.5)**

U+E8oPlLAjai5sPdDxl7CBoIX9n3hvdsYxNFSjG7XwSEC50xNBki9uA/
uxNWj190sDbwWJEw1EnXZybqEeHJ8BJj4jbMBz1ds5j6tBk2kPNhP2Xsbnys4jM3NwsQRx5xyoqT0AMg5eAOFxushuZgqEBG6AdanUMiaL6C9yOvcYYzOfVTjmRsQzkMv9FHdAnrN9j3FYo2BMkNW9o6MZ16mKi7S1cadvuWiPz7yoDtgKArq1gvCRp3aL
+j7oLSXP9C3KF2yOVdtn99+szURc1vwr8VUy7uDRPJW5prSUlswh3+4Emmns/yVentf25D1xWzFSk5Z8b8VD1QvanvhWaPMQ==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

Change

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items with your 30-day FREE trial of Prime

Get FREE Prime Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Estimated delivery: June 4, 2023 - June 7, 2023**

Items shipped from Amazon.com



**Badge Reel Retractable with Alligator Clip Pink Smiley Face Leopard Emoji Badge Holder Funny Cute Nurse Name Badge Scroll for RN CNA Nursing Doctor Office Worker Teacher Student**

$8.99 & FREE Returns

Qty: 1

Sold by: THRIVING STORE

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

- **Sunday, June 4 - Wednesday, June 7**
  FREE Prime Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Sunday, June 4 - Wednesday, June 7**
  $5.99 - Standard Shipping

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

**Order total: $15.61**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $8.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $14.98 |
| Estimated tax to be collected: | $0.63 |
| **Order total:** | **$15.61** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com: THYUNQ Smiley Face Bed Sheets Full Size, Cute Smile Face Bedding Sheets & Pillowcases 4 Piece, Super Soft Microfiber Patterned Sheet Set with 16 Inch Deep Pocket Fitted Sheet : Home & Kitchen

**URL**

https://www.amazon.com/THYUNQ-Bedding-Pillowcases-Microfiber-Patterned/dp/B0BNBR3M7W/ref=sr_1_293

**Collection Date**

Tue, 09 May 2023 10:00:38 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:93::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

S+wiHl6i3T8WCCDeAzytKMOATutdReKTVS5cGdHDwbo/SdpVI1tm1pNFiknXVVyhaKFQvOO2r0TwOR93faqwA+kO58vKfmMJuUT28tdMm/WJb71UDWv5Y8dVGAJmI+POeuam77CtZAulafrWbZU75HtPoWmiDatAe0PlYFTj23w=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]THYUNQ-Bedding-Pillowcases-Microfiber-Patterned[fs]dp[fs]B0BNBR3M7W[fs]ref=sr_1_293]]_Tue,-09-May-2023-10-00-38-GMT.pdf

**Hash (SHA256)**

485358452f60d53934a73e9a2ae00799fac407a890b558307332eca9dd65bb21

**Signature (PKCS#1v1.5)**

pAWrTQMfUHJ5lBQjIaHbckKXyurgacaoqGMidolJ/NiRytg/5p9Q3CHn2Os17MP6deH4luLR3ZkViP9bloT3jYIDqMurn4jUE8UUjS5dWrFGOfjNZ/OiP9L8Veb7PiA4HeADlqN6GwtrT1HNs2gTDpnpgEi3AR9mZgwSSFxXko0=



AXENCIS

Investigator Name: RemoteUser2

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Mon, 15 May 2023 07:48:07 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

RemoteUser2

**IP Address**

116.68.99.108

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

GUqUJuF+gxD/ZJn/hKzZy3PBJYHqPrCL4lyQq3QkW7aWEPEbbiNpLjsZ9+D0zUe+M0lgl4AXLK9rp1iXRM+bL++uSg8g/NDRrZDRspXVJfCYeu84TWkfmbQTemJrY4n30sqverZMKJLHqsZ49Zf5CV0MlPhmHTkoxUpPOKX/LVnGfRWe+zRGA1giTf/
qXZz4KNYFXC2o3GfMjEzgAzPATqSuifbjqNhZh6nZeHnXzkseuiF8tP6Od9EKZI/DV3MyBoyxiW36DUNKPaUZ4moCgBP1KE/b4D5ovcNiXK6SPL6AGXMRj1OHjHQ14SE8WibPa2Hn4/bIs/j2UMx6WM4EAg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Mon,-15-May-2023-07-48-07-GMT.mhtml

**Hash (SHA256)**

c4f70b2c9183d91bd4e678061ff4ca8d6b64cb8077626b3df4a6d63f245e1bd2

**Signature (PKCS#1v1.5)**

fGufcaociWZgL2pahoe6h2btlFCZHOZMyAAgUcLv83K/EnSqIQ5QebZ6H0ui9nuHbdjDVxr9Q1CfJYdrwcanxdcga+h466Xr6sxYkYvbWjxN6wmwIOd9HuBozIyQcATOajaWCpUaEnLPa73qN80ilV+WB8k4OkD9OEWeijTBBKV4ZABzQSesTfhTSHFlOBSPZ6Zbs73eBlraRpeNwtadDDdaPsp+BdgFH
+JZXZQoKrpdaNANM5+R0aFPKO+0JTwWMipUkyBWiQlUgX3ih41VG6+QSfFt3/0CL9bwJQMhKVHTgcqmq0451DZGYBL4/EOkcCwCucJTQkK2otIJ4wwQ/Q==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Change

**2 Payment method**

VISA **Visa** ending in 9985

Billing address: Same as shipping address.

Add a gift card or promotion code or voucher

Enter code | Apply

Change

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you 30 days of Prime benefits for FREE**

Try Prime FREE for 30 days ›

**Estimated delivery: June 6, 2023 - June 28, 2023**

Items shipped from THYUNQ



**THYUNQ Smiley Face Bed Sheets Full Size, Cute Smile Face Bedding Sheets & Pillowcases 4 Piece, Super Soft Microfiber Patterned Sheet Set with 16 Inch Deep Pocket Fitted Sheet**

$44.89

Qty: 1

Sold by: THYUNQ

Gift options not available

**Choose a delivery option:**

Tuesday, June 6 - Wednesday, June 28

$7.93 - Shipping

Place your order

**Order total: $55.96**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $44.89 |
| Shipping & handling: | $7.93 |
| Total before tax: | $52.82 |
| Estimated tax to be collected:* | $3.14 |
| **Order total:** | **$55.96** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: TIANHONGYAN Lightweight Cute Fun Smiley Face Resin Earrings Gothic Exaggerated Irregular Transparent Acrylic Dangle Drop Earrings For Women Girls Jewelry Gift Accessories (smiling face): Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/TIANHONGYAN-Lightweight-Exaggerated-Transparent-Accessories/dp/B09X56GM7G/ref=sr_1_245

**Collection Date**

Thu, 20 Apr 2023 05:32:04 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

VfVCRwCDjbDbx2Sh8jYKDaW8R59pNpxDLBm3blWbiBmXNlSV2JIO6wx5v6UEXiz/fasK+LHFiaMYxH3kNKMb8LgSKJVGaoMJYCtzEqDs3mPCtSfidcMcuQuToYqmnAhAOKgdnIw0tWt4IRqT9NLNlIxR/D43jl9Yq+AJViR0Ddk=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]TIANHONGYAN-Lightweight-Exaggerated-Transparent-Accessories[fs]dp[fs]B09X56GM7G[fs]ref=sr_1_245]]_Thu,-20-Apr-2023-05-32-04-GMT.pdf

**Hash (SHA256)**

0e7a5d6c8172037aa1ac9b1fd34710b840ebbd222b944a368819b76060dc76e2

**Signature (PKCS#1v1.5)**

gqHfjSu84ZQu7YyB6DwluaJLwokVGLwbCeILNqr+eGJVcfEvuyt4Ezyb5kc8Q10TVuxIQXrp8ONmFs3RFbdMdRWch/Rt6Uk4BzN+qozsGaOvbJ0J4P03EniQjEJbJ2U7kOrNASLYbIBO9P0UKbcWOkiyOj+7GserkgRo5eDnHwg=



amazon Deliver to Gregory Kapolei 96707 | All | smiley jewelry | EN | Hello, Ozzie Account & Lists | Returns & Orders | 1 Cart

All | Clinic | Amazon Basics | Customer Service | Pet Supplies | Coupons | Household, Health & Baby Care | Beauty & Personal Care | Amazon Home | Home Improvement | Today's Deals | Find a Gift | Handmade | Upgrade to ad-free podcasts

Subtotal $14.99 | Go to Cart | $14.99 Only 8 left in stock - order soon.

Amazon Fashion | Women | Men | Kids | Luggage | Sales & Deals | New Arrivals | Our Brands | prime try before you buy

‹ Back to results

**TIANHONGYAN Lightweight Cute Fun Smiley Face Resin Earrings Gothic Exaggerated Irregular Transparent Acrylic Dangle Drop Earrings For Women Girls Jewelry Gift Accessories**

6cm/2.36inch

Brand: TIANHONGYAN

3 ratings

$7.99

FREE Returns

Color: **smiling face**

- ♥Size: 2.36"(6cm)*0.9(2.3cm).Weight: 5.8g.Material: Alloy,Resin.
- ♥HYPOALLERGENCIC MATERIAL - Safe for skin Alloy; Lead free, cadmium free and nickel free,no allergenic reaction.These earrings are so light,can been able to wear them all day with no issue.
- ♥OCCASION - You can wear it in any occasions, such as souvenir, party, valentine's day, graduation, or a particular party, it makes you more attractive, charming, fashion and catch people's eyes.
- ♥Perfect Gift - Best gifts for Birthdays, Anniversaries, Valentine's Day, Mother's Day or any other festivals, for mom, wife,girlfriend,best friend,very popular with women and girls.surprise gift for that special one in your life to remind her how much you care!
- ♥RISK-FREE GUARANTEE - Customer satisfaction is our first priority. We guarantee you will love our drop dangle earrings, that's why our product is backed with a 100% money-back guarantee. If you are unsatisfied in any way with this product, we will refund your money, no questions asked.

Report incorrect product information.

Add your 30-day FREE trial of Prime and get fast, free delivery

$7.99

FREE Returns

FREE delivery Thursday, April 27 on orders shipped by Amazon over $25

Or fastest delivery Sunday, April 23. Order within 22 hrs 52 mins

Deliver to Gregory - Kapolei 96707

In Stock

Qty: 1

Add to Cart

Buy Now

Secure transaction

Ships from Amazon

Sold by TIANHONGYAN

Returns Eligible for Return, Re...

Details

Add a gift receipt for easy returns

Add to List

## Buy it with

Total price: $14.98

Add both to Cart

These items are shipped from and sold by different sellers. Show details

**This item:** TIANHONGYAN Lightweight Cute Fun Smiley Face Resin Earrings Gothic Exaggerated Irregular Transpare... $7.99

ROSTIVO Weird Earrings for Women and Girls Cute UFO Dangle Earrings Novelty Earrings $6.99

## Based on your recent views

Page 1 of 50

Sponsored

- KaFu Cute Flower Smiley Face Dangling Earrings Lightweight Acrylic sunflower Drop D... 8 $7.99 prime
- TIANHONGYAN Unique Abstract Face Art Long Drop Dangle Earrings Dainty Hollow Gold V... 29 Amazon's Choice in Women's Drop & Dangle Earrings $9.99 prime
- TIANHONGYAN Creative Funny Lightweight Resin Rainbow Cloud Dangle Drop Earrings Fas... 7 $7.99 prime
- QUPENGXU Fun Witch's Poison Bottle Acrylic Earrings Personalized Halloween Drop Dan... $6.99 prime
- QUPENGXU 5 Pairs Cute Round Smile Dangle Earrings Charm Colorful Acrylic Earrings F... $8.99 prime
- TIANHONGYAN Lightweight Creative Drink Bottle Dangle Drop Earrings Lovely... 116 $8.99 prime
- TIANHONGYAN 3D Fruit Orange Lemon Earrings Fun Cute Fruit Dangle Drop Earrings for ... $6.99 prime
- RUIZHEN Bright 3 Colors Acrylic Exaggerated Lightning Bolt Dangle Earrings Women Party... 86 Amazon's Choice in Women's Drop & Dangle Earrings $6.99 prime

## Product Description

Company and Brand Introduction:

TIANHONGYAN Jewelry provide all customers the unique, beautiful and elegant design jewelries.
All of the jewelries are Best gift for Graceful Lady or Treat for Yourself. TIANHONGYAN Jewelry are suitable for every life event. It will add simple, modern elegance to any day or evening look.

In order to let you have a happy shopping experience, TIANHONGYAN makes the following commitments to each customer:

- Products we sell are all in new condition and finished rigid inspection.
- The products we sell are consistent with what we describe.
- If you have any questions, please contact us and we will do our best to help you.

Perfect After-Sales Service:

We provide 30-Day Money Back Guarantee or Exchange for all the items that SOLD BY TIANHONGYAN Official Store.
feel free to contact us if you have any question

Jewelry Maintenance Tips:

- Avoid friction and hard objects to avoid scratches.
- Do not wear jewelry during exercise, bathing and swimming.
- When not wearing jewelry, you should wipe clean, put jewelry box to save.

You can also search or click on "TIANHONGYAN" to see our complete collection on Amazon.

## Product details

**Department** : Womens

**Date First Available** : April 4, 2022

**ASIN** : B09X58MN5J

**Best Sellers Rank:** #544,430 in Clothing, Shoes & Jewelry (See Top 100 in Clothing, Shoes & Jewelry)
#1,389 in Girls' Drop & Dangle Earrings
#7,524 in Women's Drop & Dangle Earrings

**Customer Reviews:** 3 ratings

## Videos

Help others learn more about this product by uploading a video!

Upload your video

## Products related to this item

Page 1 of 50

Sponsored

- KaFu Lightweight Funny Resin Crystal Goldfish Earrings Acrylic Water Bag Shape Drop... 1 $6.99 prime
- Anmpab Punk Transparent Exaggerated Acrylic Resin Geometric Flame Earrings... $6.80 prime
- Abstract Art Human Face Dangle Earring with Cubic Zirconia Stone,Yellow Gold... 132 $10.99 prime
- ONLYJUMP Long Transparent Ice Cubes Dangle Earrings Simple Creative Irregular Acryl... 19 $6.99 prime
- TIANBANGSHI Creative Unique Acrylic Alien Head Earrings Cute Funny Cartoon Green... 20 $7.99 prime
- TIANHONGYAN Lightweight Creative Drink Bottle Dangle Drop Earrings Lovely... 116 $8.99 prime
- XSILA 14K Gold Smiley Face Necklaces Enamel Happy Face Necklace Pink Necklace Prepp... 447 $9.99 prime
- Anmpab Punk Transparent Exaggerated Acrylic Resin Geometric Flame Earrings... $6.80 prime

## Similar brands on Amazon

Page 1 of 2

Sponsored

Evabelle — Shop the Store on Amazon › — Evabelle Butterfly Earrings Handmade Flower Enamel Pearl Earrings 14K Gold... 79 $37.99

PUFIER — Shop the Store on Amazon › — 16 LIGHT MODES PROJECTING — LED Earrings Disco Ball Earrings 16 Light Modes Light Projecting Light up Earring... 35 $22.99

Modacraft — Shop the Store on Amazon › — 480Pcs 37 Colors Smiley Face Beads, Acrylic Smile Beads Bracelets Making... 200 $8.99

## Looking for specific info?

Search in reviews, Q&A...

## Customer questions & answers

No answered questions yet

Post your question

Typical questions asked about products:
- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

## Customer reviews

3.8 out of 5

3 global ratings

| | |
|---|---|
| 5 star | 61% |
| 4 star | 0% |
| 3 star | 0% |
| 2 star | 39% |
| 1 star | 0% |

How customer reviews and ratings work

Top reviews

### Top review from the United States

Erin

**Loved for my festival!**

Reviewed in the United States us on January 17, 2023

Color: smiling face | Verified Purchase

Loved these earring for my festival! Super cute.

Helpful | Report

See all reviews ›

### Review this product

Share your thoughts with other customers

Write a customer review

## Go-to sweaters

Page 1 of 3

- Womens Kawaii Color Block Sweaters Cute Plaid Collared Pullover Jumper Sweatshirts 160 $28.99 Get it as soon as Wednesday, Apr 26 FREE Shipping on orders over $25 shipped by Amazon
- YESNO Women Sweater Graphic Oversized Pullover Sweaters Casual Loose Long Sleeve Knit Tops S01 11,845 $44.99 Get it as soon as Wednesday, Apr 26 FREE Shipping on orders over
- The Drop Women's Selena Cable Front Cropped Sweater 220 Amazon's Choice in Women's Pullover Sweaters 61% off Deal $19.44 List: $49.90
- Ckikiou Womens Lightweight Oversized Boat Neck Sweaters Tops Dolman Batwing Sleeve Ribbed Knitted Pullovers 7,277 $31.99 Get it as soon as Wednesday, Apr 26 FREE Shipping on orders over
- The Drop Women's Cindy Short Puff-Sleeve Crewneck Sweater 540 50% off Deal $14.95 List: $29.90 Get it as soon as Wednesday, Apr 26
- Womens Knitted Orange Sweater Casual Loose Long Sleeve Pullover Sweater Tops 307 $30.99 Get it as soon as Wednesday, Apr 26 FREE Shipping on orders over $25 shipped by Amazon
- Women's Classic-Fit Lightweight Long-Sleeve V-Neck Sweater (Available in Plus Size) 19,436 $21.80 Get it as soon as Wednesday, Apr 26 FREE Shipping on orders over
- Mock-Neck Rib Sweater 819 $29.90 Get it as soon as Wednesday, Apr 26 FREE Shipping on orders over $25 shipped by Amazon

## Popular products based on this item

## Inspired by your browsing history

## Your Browsing History

Back to top

Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You

amazon | English | United States

Conditions of Use | Privacy Notice | Your Ads Privacy Choices © 1996-2023, Amazon.com, Inc. or its affiliates

AXENCIS
Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Wed, 17 May 2023 23:41:19 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

eLMRurXyjtJNgHtW6xsOQ5Y9Yo52WmgStLM8M7HV+Mrx4CzlTvo4mY2Y5d2+1D6ozV6FS8aLivtTUcsY+A+BVV8VDYHV9Wuy1SKd/mfZpWBbFH6XAURPcn26v/iDZyUNK8e7ztLoI5XYk4WIiNwtEuuHxCwPoa7mMUKK3V+1T0iRLnmv3T6GGzSSYBL9tsG4fSr3V/dUEqs
+WToYKM5CaROMoUy0+BTdHdB+oRf9rP5FifE2Vn8YaZhuKvYzNC/pzHSxuIYXsPGhZ4gOlK50dIhxE778GVP35V9K8h7jgHj1fBE+d/1R5rWpYldKvFjuKrvB3IOFau0byuCQ9rO2Xw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Wed,-17-May-2023-23-41-19-GMT.mhtml

**Hash (SHA256)**

1c0e079ea1081b858691e3efd85cd24d95f7438893b81bb8c368b1f9f67dd82c

**Signature (PKCS#1v1.5)**

hsOKOf6yXkik8c4IBym2VakD9afJkdhYal8Es1us9L/CWkZHJRJiLN3zoEyxdbL1fozc0KbjByTkj3kUYPLrpVtkVEdc1vO2reEGxKrAcWVY7/6sBJQG5qMEx4aundHVfitPgX1Tmdg7Q7Hkd8+2hQ9YwpaLyHTm2wBfk+XlZtHYRfuDGDs7QZC0Xcof39v8QwGXVo8W0MfmNr1Blm/HJu4um
+jj9QBurEXSIIoiKWJI8Oyt/pQM3kQ8CXndEzGxwYf7CT42KxBC6khYchVhi76oHsBHMRwY5zXubMXb/sCmJ9+YLvuPqvHfBVq0Ldu3ZwdQ6x2alCtYC3v8t9z/4g==



amazon

Checkout (1 item)

1 Shipping address

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Change

Or pick up near this address - See nearby pickup locations

2 Payment method

VISA Visa ending in 9985

Change

Billing address: Same as shipping address.

Add a gift card or promotion code or voucher

Enter code Apply

3 Offers

4 Review items and shipping

FREE TRIAL

Jade, we're giving you Prime FREE for 30 days!

Get your Prime eligible items ~~Sunday, May 21 by 8PM~~ Friday, May 19 by 8PM for ~~$5.99~~ FREE

Get FREE Two-Day Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

Delivery: May 21, 2023 If you order in the next 16 hours and 48 minutes (Details)

Items shipped from Amazon.com

TIANHONGYAN Lightweight Cute Fun Smiley Face Resin Earrings Gothic Exaggerated Irregular Transparent Acrylic Dangle Drop Earrings For Women Girls Jewelry Gift Accessories (smiling face)

$7.99 & FREE Returns

Qty: 1

Sold by: TIANHONGYAN

Amazon Prime eligible Join now

Add gift options

Choose a delivery option:

Friday, May 19
FREE Two-Day Delivery with your free trial of Prime
Fast, FREE Delivery prime

Sunday, May 21
$5.99 - Shipping

Friday, May 19
$9.99 - Shipping

Get FREE Two-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Order Summary

| | |
|---|---|
| Items: | $7.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $13.98 |
| Estimated tax to be collected: | $0.56 |
| **Order total:** | **$14.54** |

How are shipping costs calculated?
Why didn't I qualify for free shipping?

Place your order

Order total: $14.54

By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Xiyantiji Smiley Face Necklaces Beaded Choker Necklace Boho Choker Necklaces for Women Teen Girls Silver Necklace Beads Summer Beach Necklace Handmade Adjustable Chain Necklace: Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/Xiyantiji-Necklaces-Necklace-Handmade-Adjustable/dp/B0B4W3KFQ2/ref=sr_1_105

**Collection Date**

Mon, 24 Apr 2023 05:29:19 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

NEtGH3ruBfglPfmIMIGGpmStE+tgTRNYJ8Hw0xmPttAOv4hXoK+nPmK91eJTQRE1zCz7fLwlaH15oE7rUyWxlfc6uqm//izF7Ukyod8faaDeD1gPldg9LmSBDy18KlLpUPyrNUHLx5A0Y6KsuPAj/MOk+ipsM+gPDpDtT+rs0GI=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Xiyantiji-Necklaces-Necklace-Handmade-Adjustable[fs]dp[fs]B0B4W3KFQ2[fs]ref=sr_1_105]]_Mon,-24-Apr-2023-05-29-19-GMT.pdf

**Hash (SHA256)**

da9c59b469255290863be15f73a1f8597535796fa4de3c3cdb7971799327f4c1

**Signature (PKCS#1v1.5)**

RsL9kyAx8jqxCg611vUwyU7VEnOjM24WobpEZbnLx8OASd9OOK8Ket0isK1gjZ1xsFdXlrROk0vpZeRiSeKTKi1getiogqOiS0hNjQQDcW7lTq+osc6CGCvjZgiwNXQBzhQ9Y+/B/vtxZGW7iFw4cdouoRYMwrym4H4UXkTmBtQ=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 25 May 2023 01:04:27 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

116.68.105.188

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Vt9UdPc8H20rRqIcPv6SrVsvINU5HOwAtkOaXEdcyp59tpJqaYixSCYX+wTci+kQT+tsq+BGxT4On/tLmnHalfjaM5ZUstAE9kYHSvKbnYq1SrCpVGntHhrj0GMDtIJADPdDTWlbXbt2utZ2D6VdM9vn+WgVr7cOD+BhExyTvyUWX5iKJ
+gTO6LCrgeZUASDGPuJDidWwUxFlEISpAoExN3QZYbp0hbKH2OUnBWufdLJLSHQztCql66U7ocvE8U5BHbtaV6YWW8PE5rQCODnZWuKUV7tlsMiTWtX9pWht4Vk8BMeFxQI+37houtUvHpFHWFvXv/4Qzzy/B0yz1resw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-25-May-2023-01-04-27-GMT.mhtml

**Hash (SHA256)**

23077bfd506e700c3b8fff5adc7cdc93df2b1c3602dc62014f7bc6ff6bb196a4

**Signature (PKCS#1v1.5)**

aDff8W2qxX+YYvGmlnwRng++cDZ2DltrJf0mTGa++nF1TSGdDKD3vALbrewCPa2BFYodj4loN736r+qqhNwaOMp/GAcNjCPn7r8RJa+Okiy8Qn1LH0F4U0OaxYNb/
M0sLwuDCWzELMlqgfm3QhZLVv3iTtXzTc63YoNyVbfF7SmstVh5EhykPwjFGEYQmpFJtGNoWpJasMYNhdXVkSgt5tZpFWifRozZvYlgm8lmgvReN86k6wLD5ckc/SaQVa2QH0YXmMusZIQJbj4HBJ72N+iTHcVkA3z/sT2ImxdDGBllOwXDDnFj9/X/BuYg+AJnGKWp4eU9R0vaMPdEk89qhg==



amazon

Checkout (1 item)

1 Shipping address

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Or pick up near this address - See nearby pickup locations

Change

2 Payment method

VISA **Visa** ending in 9985

Billing address: Same as shipping address.

Add a gift card or promotion code or voucher

Enter code | Apply

Change

3 Offers

Change

4 Review items and shipping

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items ~~Saturday, May 27 by 8PM~~ **Friday, May 26 by 8PM** for ~~$5.99~~ FREE

Get FREE Two-Day Delivery with Prime

No hassle. No commitments. Cancel anytime.

**Delivery: May 27, 2023** If you order in the next 2 hours and 55 minutes (Details)

Items shipped from Amazon.com

**Xiyantiji Smiley Face Necklaces Beaded Choker Necklace Boho Choker Necklaces for Women Teen Girls Silver Necklace Beads Summer Beach Necklace Handmade Adjustable Chain Necklace**

$5.59 & FREE Returns

Qty: 1

Sold by: TianXin Jewelry

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

FREE Two-Day Delivery with your free trial of Prime

Fast, FREE Delivery prime

**Saturday, May 27**
$5.99 - Shipping

**Friday, May 26**
$9.99 - Shipping

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

**Order total: $11.97**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

**Get FREE Two-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.**

Try Prime FREE

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $5.59 |
| Shipping & handling: | $5.99 |
| Total before tax: | $11.58 |
| Estimated tax to be collected: | $0.39 |
| **Order total:** | **$11.97** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Popcorn Food Smiley Smile Happy Face Sequin Shine Shiny Patch Sew Iron on Embroidered Applique Craft Handmade Baby Kid Girl Women Sexy Lady Hip Hop Cloths DIY Costume

**URL**

https://www.amazon.com/Popcorn-Embroidered-Applique-Handmade-Costume/dp/B0781Y6JG2/ref=sr_1_290

**Collection Date**

Wed, 26 Apr 2023 08:03:53 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

UXLrumtrzkx09janUcljNYziNKLL6unVfG3UeEs1Hgn62tit8Y0oc6+7rCZB3n/TD2H5XZRw1sr57F2yc+5QEy5gOCuNe/Sa6C7auFj67T7ZY7ly1sanw8FiD70h647hM0UA2a2OHcgmF5uxT4DnOLaJF26zZYclxqlKNLa0vTk=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Popcorn-Embroidered-Applique-Handmade-Costume[fs]dp[fs]B0781Y6JG2[fs]ref=sr_1_290]]_Wed,-26-Apr-2023-08-03-53-GMT.pdf

**Hash (SHA256)**

244ec0af419802e5789e8494beb91e7d942fb533345a7ab48487930c59b962e1

**Signature (PKCS#1v1.5)**

m6xSwgduNVEuesg5+jFK+KLS+5vlNQvS3lHua1KEK2SiKs5ClQtZRbqq+X+j2t/PRX/MO1djx335t7Bm6EOJK+mgv+YsLPTeMjXrkctrlnbmqRwp++6HvC4QMvVoyJmPublDc1mLAGwj5YwxkDlcn4A5K5XqlfsvdXAyicKFvaQ=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 02 Jun 2023 04:31:30 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0d:5600:8:36::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

PwG/ai8T8L3Owg10qlQX+bhiCZkzjpF5268rNbLOJRtgYhbdpHV6j8/SfflaTvgVgGGPCx1MBuhHMTSf/1vyPpJWI32wcxmrxa/
xD5U0jCF5wItCTrLTs34+LJABwvVp10jJpHQvHBi7aZaXr9orXBaKExi3zsNJYN9LApI7N3YxPGoMsRQOuJclxRsiJUpWf5UxLF92yC6Q0z2EL/8gdg5udNurRY6pvYhMEutD9BGG4435we7pqngrBFx7fTyuOe4wsGZviFyfU6Yd9+JkOhZK/
R4hsR7bZeDV3ByAPHGPMCgzteRnXBItDEcz2cfntF4LpQmWBWxvOV3hq38xIg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Fri,-02-Jun-2023-04-31-30-GMT.mhtml

**Hash (SHA256)**

b19855a394b4bf3df8fdd66fee877747f4a44f947e2496cddc5307aae3701b1a

**Signature (PKCS#1v1.5)**

qK1rPCumI/mPeKaUVlKFF7prr+YWWe00RnieX49KL+e4qvZUm5yOw8249KxPuK0f0s2prFbbjREuVkgNMOzPInICsVvb0VPvhXXdavSzH75/I6PnlI8A8xK0YBNnp/Zx4Wm2fglBwNW9ESHvHkywRmjvF0PRhSVKTxQ+4bKmuegLcRWF/q6ZnjKjID1ast8OEkt/cxZ5FY/
FmrSVGV9cAiNiNvl86UpxUcwVgsW5yKeZZ5vdvZlWNaw38JzFzAK89j5ekkeWbXAcBlcwuX40K+U4UnjHfRyPTISXBJxy1F5AwXSp5d1xS85U20N76omDtV9rH6kxLnyOs8cJzLaC/g==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

**2 Payment method**

VISA **Visa** ending in 9985

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

Change

**3 Offers**

**4 Review items and shipping**

**FREE TRIAL**

**Jade, we're giving you 30 days of Prime benefits for FREE**

Try Prime FREE for 30 days ›

**Estimated delivery: June 23, 2023 - July 17, 2023**

Items shipped from TIDARAT CRAFT



**Popcorn Food Smiley Smile Happy Face Sequin Shine Shiny Patch Sew Iron on Embroidered Applique Craft Handmade Baby Kid Girl Women Sexy Lady Hip Hop Cloths DIY Costume**

**$7.95**

Qty: 1

Sold by: TIDARAT CRAFT

Gift options not available

**Choose a delivery option:**

**Friday, June 23 - Monday, July 17**

FREE Shipping

Place your order | **Order total: $8.51**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $7.95 |
| Shipping & handling: | $0.00 |
| Total before tax: | $7.95 |
| Estimated tax to be collected:* | $0.56 |
| **Order total:** | **$8.51** |

How are shipping costs calculated?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Mon, 29 May 2023 10:30:21 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

116.68.102.163

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

n4CaEoqWsssU9YO3LX6hY130p+xWKO7dCxLVoX/Mvc4jeEGEp5/
J1F3XMQdRTH51LzMQRG76q4kNSxGjP1OptnnITPq6GSX4MkbbRVTx9awZI2Vhq2u3byw3Ou/7CuyyE8SfZ4mxqKZmjkDSBEjtshqFbhndAirMtTo2K7Nts7d4en12YkiCuMYe6r3CfqRGRoMgQdMC70TYrpO2wVt2wzPlqUJlney/2COc6t/6kvJg1sxZSIiYh4ggI735pV9Gw04X46KlPJv38Oa/
g083sIxqdSaGUR7T3gq77+GmUvmhb6QHtzdSCjRrhdWmpCAX3UrYAMbqFsI9BtZ2w5VFbA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Mon,-29-May-2023-10-30-21-GMT.mhtml

**Hash (SHA256)**

d02e535511b7a060441437e26ce91633994e3378066d16f6a75fb513eebef4d8

**Signature (PKCS#1v1.5)**

eNiHxhyMfIU/7sBhTycua9y95dr2cgZveRJZedCstG9yvzCVRPotLkSTbPgI+wsGYSZ+y4KagzCvWCpNHDfSnTP/8KfEtQwF3173cikbhGUdESQocN+C25ychP4UEW7NUo44h70DMsF/
Gs2L18T5Rt3f1EtdQMBticAe2KaKgOaFqbBs0XWk1GxtcJiEFqSFt7W6PewzBUfdgpMuEFHf0u6zWj7rpwBleMDqaZEzKbVfQokMrDRaRGQCK7vlhSrVYNHE1U72GtctxL8/bv1lGtKJAavxOxZ6nDPzSCOgQGE1hJjdqYS0H94aei65i9xTQwFdfii7IeMds59kNeibIQ==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items ~~Thursday, June 1 by 8PM~~ **Tomorrow, May 30 by 8PM** for ~~$5.99~~ FREE

Get FREE One-Day Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: June 1, 2023** If you order in the next 17 hours and 29 minutes (Details)

Items shipped from Amazon.com



**Tiusia [5 in 1 for iPhone 13 Case [Shockproof] [Dropproof] [Tempered Glass Screen Protector + Camera Lens Protector],Heavy Duty Protection Cute Phone Case Cover for Women,Smiley**

$15.99 & FREE Returns

Qty: 1

Sold by: Tiusia Inc

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

- FREE One-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Thursday, June 1**
  $5.99 - Shipping
- **Overnight 7 AM - 11 AM**
  $9.99 - Fastest Delivery

Place your order

**Order total: $23.10**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

**Get FREE One-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $15.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $21.98 |
| Estimated tax to be collected: | $1.12 |
| **Order total:** | **$23.10** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com: Tiusia [5 in 1 for iPhone 13 Case [Shockproof] [Dropproof] [Tempered Glass Screen Protector + Camera Lens Protector],Heavy Duty Protection Cute Phone Case Cover for Women,Smiley : Cell Phones & Accessories

**URL**

https://www.amazon.com/dp/B0BGHLW2SQ

**Collection Date**

Tue, 30 May 2023 07:31:11 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:93::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

E3T3on3bwjVwRtIZiUMldlCvAQaWROmXrbRwNT1KOzjZdM5hgYixVXOoB2RwyiDbJNk/JEtnKdUWF+u2Wy38V3osTTu/3y7lEOshUMbDWEZFtc+YZnos4e6AlfFCFLxY5/F6nrQOhfG5jzbKOQ6DpbgKmumTU
+Ud7VeZeMZrMxf13YclklzBwn2WrR20QontGf4dkZhvddGB6gI9IrihSWk84T3yrHPL5vB99oWipJNqFeTuFHhG3Yhy5qHl6ceCRgGodAFWTnbWZK8hYG39dXeZxsyTRtYQ7k6aTLC/nQKv1qU0JZvSlEAb+w3HdI2eIx+JlcY0m6hLYcffjmvNLg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B0BGHLW2SQ]]_Tue,-30-May-2023-07-31-11-GMT.mhtml

**Hash (SHA256)**

094f399c5cab6efb2b5a7051712584433b4743c43af8efb793bee6411c6a92a7

**Signature (PKCS#1v1.5)**

eRp8eJha+3Qr3sn7OORvpl/gLS6L78w1WiPSpMd4oR+n3LCtqtsE97Ey6VBzz1EGsz3Ahe5nKvbbbzqsYWSbVrAO7YZrSm1BCMhBQDBA/qgTO9lzggOywOvxinBrHAdSlysNll+PS5yaTfhzFSKdpcR9H5Rba6V/DUNFHQnml4Bzat4o7cbUlRw7Cvgi+CHcZ0NOMgpbbGZCgbImK3p7z/
UMPVaGwIwBlVmT+GbsUHWeKeauO0yWkmCer4NXEI6EgYFyKmgqXdulluAmRtkNZ+XUQpFvTwZ573qHdHfjxAsabqvlJQxVjcTMf7ageRyT+vJal/j1i4i1FxFWyvlyxA==



AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com: Here Comes The Son Baby Shower Decorations,140pcs Sun Balloons Garland Arch Kit Pastel Bohoo Latex Rainbow Balloons Smiley Sunshine Face Foil Balloons for Baby Shower 1st Birthday Party Decoration : Toys & Games

**URL**

https://www.amazon.com/Decorations-Balloons-Sunshine-Birthday-Decoration/dp/B0BN7GVG8J/ref=sr_1_83

**Collection Date**

Tue, 09 May 2023 10:25:43 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:93::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

KApWV2v0cxilBnHX/2hnKVv00jAjb98pgazxDcaGoH9gmF48MjyKdvOGVz6pM5NLUR1N44+3ouOVtP/xSxQ8rk0FcX36qS52Kclkk9oUp5aRKsfJrLlMejdT8IGGGwXJUFZLQYtFlclqdALQEhs5rIl1oF5ER/J55WfMSy5j0Gw=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Decorations-Balloons-Sunshine-Birthday-Decoration[fs]dp[fs]B0BN7GVG8J[fs]ref=sr_1_83]]_Tue,-09-May-2023-10-25-43-GMT.pdf

**Hash (SHA256)**

55cde73f2974872b52da0ef1bb5dc6cd4b836e8c0793c4e5b53e77d4816b44bc

**Signature (PKCS#1v1.5)**

ECCJaND8J9mp+kw9dyYgBUvN+d3gnLu6XtGP7TziTz5nWnfRUfrYM9Jk2cMnOUGjMWM7mOh5ULuQeHIFJNUYxSdO4dufH9kueLUhgQwSObJGDSLwtklheNW3k8U/IFbKmFynZ8yAkP2WfxoXhwfdtjgd+iSiv4O2vEa5SQXyEfE=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 06 Jun 2023 12:39:56 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

116.68.103.82

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

NjgzNxSbCCwXfa6DTzNsL6nMsSAcYTrt18UTd4dWW/+WvJAnmMOAE7sugEawc8YXX9B1PVmHNZ7u95r5VLw4axG4Snunr2Ai3vBYslNTZHYR45a7TDZSenreALirLKLyDkEVC326SWHlpxFdn8W5Ng/SsshFXCyje4i+
+qiLh7HHkxC1RavsDM4XITHhFJ53OLRKSzAc0sBikSGWhkLeJ72IbcnWEuxXKAjZCcy0nK59bDXH8heddjQowy2+6BeXb8QkSYXJoXSUDyiYIHVJVhLuhGMSd1Eey1Kx9c65iI/s6RARuiFsNb8kmN7+5YW0HgqLp2TsrZBuo130HK8oWg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Tue,-06-Jun-2023-12-39-56-GMT.mhtml

**Hash (SHA256)**

c8131674b410207f85021b05d3615e59d90045dcda2870e31823afb0f69409a3

**Signature (PKCS#1v1.5)**

RPbehMKF+clTWn8R4jisx8MRRuqxQJEXYwpmNkRSGU4C5lsw6ljeyYOMyb7CHtfxylJqvqx2pTqK2nEc2l+ykTJUeHYQoJcOnLIVyT9IRLFAgjYKBoUqAqIMYawnqBCYW8+1cFqwlIhmDrDlj+BvQaasuMbGheCsAYPtiTSEXP1ze//
Ba9pPSK8vuQU/3LzyJRv75vKPKorq1O40TKuRq0gP11NWs9IUiKwZzQbj5r+cduTqE0hRUNYGXT058FDgbaJCzPfyZ0upJ4mbSzV2Yu628Xg9NaTmreXY7as6xCb8XUnlUNQNoJPJev+fasdYcpDq1XjGcaLyrzELpBVEqA==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

Change

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items ~~Friday, June 9 by 8PM~~ **Tomorrow, June 7 by 8PM** for ~~$5.99~~ FREE

Get FREE One-Day Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: June 9, 2023** If you order in the next 15 hours and 20 minutes (Details)

Items shipped from Amazon.com



**Here Comes The Son Baby Shower Decorations,140pcs Sun Balloons Garland Arch Kit Pastel Boho Latex Rainbow Balloons Smiley Sunshine Face Foil Balloons for Baby Shower 1st Birthday Party Decoration**

GIHOO

$15.99 & FREE Returns

Qty: 1

Sold by: TJ Party House

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

- **Tomorrow, June 7**
  FREE One-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Friday, June 9**
  $5.99 - Shipping
- **Tomorrow, June 7**
  $9.99 - Shipping

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

**Order total: $23.10**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Get FREE One-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.**

Try Prime FREE

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $15.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $21.98 |
| Estimated tax to be collected: | $1.12 |
| **Order total:** | **$23.10** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: TOCAVE Fashion Earrings Women's 925 Sterling Silver Cute Enamel Smiley Face Cloud Earrings Girl Exquisite Jewelry Party Banquet Earrings Dainty Earrings (Size : 1 Pair Golden) : Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/TOCAVE-Fashion-Earrings-Sterling-Exquisite/dp/B0C1V1843L/ref=sr_1_166

**Collection Date**

Thu, 20 Apr 2023 06:16:48 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

j8w6y2iVwWaQI1uXWuf8+0nGymObMkmmoQ5U3LlrxUnPxKoi8wzCEiSwBQrjV1Kyq6wHqch1FlurPfxQlquaUmwES+FgKBVVrM/CQVeUt6Sl3gZvGpysRhjDiKGC8Jbvrsz8SOJ8r1AnyBiL9/ARAqpzwS11bGCQ6bKbDGNzg=

# File Signatures

**SCREEN CAPTURE**

**PDF**

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]TOCAVE-Fashion-Earrings-Sterling-Exquisite[fs]dp[fs]B0C1V1843L[fs]ref=sr_1_166]]_Thu,-20-Apr-2023-06-16-48-GMT.pdf

**Hash (SHA256)**

30249b99470119a85b4c1b09de797e7d3d8977119c7b0d6eb8ab34f1c5e2bc93

**Signature (PKCS#1v1.5)**

e4FYFYsXxH2NeHAxOaZM851K73IYXhTNbnOlBC25sPkMXknRYIDCmOOePmC1uBbuVSv0k81xoaDyOtTyN6McHw2DPyMxQLYjg5Wv0P0QFceLoLt4wWNkeiuyceZINRnkVyWm3Na+bUoDC2LnNJxMPhngOlBJKDTI1+8bAloUowk=



amazon clinic Healthcare for common conditions, made easier Get started

Subtotal $14.99
Go to Cart
$14.99 Only 8 left in stock - order soon.

‹ Back to results

## TOCAVE Fashion Earrings Women's 925 Sterling Silver Cute Enamel Smiley Face Cloud Earrings Girl Exquisite Jewelry Party Banquet Earrings Dainty Earrings (Size : 1 Pair Golden)



Click image to open expanded view

Brand: TOCAVE

$36.21

Get $60 off instantly: Pay $0.00 $36.21 upon approval for the Amazon Prime Store Card. No annual fee.

Size: 1 Pair Golden

1 Pair Golden $36.21 | 1 Pair Silvery $36.21

- Earrings
- The versatility of these earrings makes them a fashionable everyday accessory, a glamorous addition for more formal occasions or a charming gift for your loved one
- Perfect for giving or keeping, great gift to yourself, your family and friends, bridesmaids gift, anniversary gifts for her!
- Lightweight: The quality of these earrings is very light and will not add a heavy burden to the ears after wearing.
- Applicable occasions: This earring is very suitable for anniversaries, birthday parties, Christmas, weddings, graduation ceremonies, and Halloween.

Report incorrect product information.

$36.21

FREE delivery May 11 - June 2. Details

Or fastest delivery April 24 - 26. Details

Deliver to Ozzie - Miami 33132

In stock.

Usually ships within 2 to 3 days.

Qty: 1

Add to Cart

Buy Now

Secure transaction

Ships from tongbin123
Sold by tongbin123
Returns Eligible for Return, Re...
Details

Add to List

Have one to sell?
Sell on Amazon

### Product Description

Earrings
Product name: earrings
notes:
1. Please check the color and size before buying.
2. Product photos do not include products other than products.
3. Please note that due to different monitors, there may be slight color difference, please forgive me.
4. The above data is for reference only, the size is manually measured, the error is 1-3 cm, please allow it, thank you.
5. If you find any problems with our products, please feel free to contact us via email, we will solve this problem as soon as possible.
6. Welcome to share and feedback to provide you with better services and products.
7. Thank you for visiting our shop, click to enter this shop, there will be many products for your reference
If you have any questions, feel free to contact me, we will provide you with the best quality customer service.

### Product information

| | |
|---|---|
| Item Weight | 5.3 ounces |
| Department | Unisex-adult |
| Manufacturer | TOCAVE |
| ASIN | B0C1V1843L |
| Country of Origin | China |
| Import | Country as Labeled |

Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

Feedback

Would you like to **tell us about a lower price?**

## Videos

Help others learn more about this product by uploading a video!

Upload your video

## Looking for specific info?

Search in reviews, Q&A...

## Customer questions & answers

No answered questions yet

Post your question

Typical questions asked about products:
- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

## Customer reviews

No customer reviews

5 star 0%
4 star 0%
3 star 0%
2 star 0%
1 star 0%

How customer reviews and ratings work

### Review this product

Share your thoughts with other customers

Write a customer review

**Inspired by your browsing history** Page 1 of 5

KDIZI Smiley Face Necklaces,Gold Stainless Steel Paperclip Chain Simple Round Smile Necklace Preppy Jewel... 829 Amazon's Choice in Women's Chain Necklaces $8.99-$14.99

YeGieonr Women Good Luck Smiley Face Ring Happy Face Stackable Ring with Cute Chain Link Band 1,576 Amazon's Choice in Women's Stacking Rings $10.99

KXIEER 14K Gold Smiley Face Necklace Cute Round Stainless Steel Preppy Necklace Gold Happy Face Necklace For Women Girls 169 $9.99-$10.99

Smiley Face Necklaces With Smiley Face Pendant, Chain Stainless Steel Gold And Pendant Included Original Qual... 93 $9.99 Get it as soon as Wednesday, Apr 26 FREE Shipping on orders over $25 shipped by Amazon

XSILA 14K Gold Smiley Face Necklaces Enamel Happy Face Necklace Pink Necklace Preppy Necklace for Women Girls 447 $9.99-$14.99

Lin Su Fashion Sequins Baseball Cap Printing Neon High Crown Foam Mesh Back Trucker Hat-for Men and Women 1,068 $13.88-$15.88

**More items to consider** See more Page 1 of 6

GEGEEN DOMOG Smiley Face Hat Trucker Hats Adjustable Smile Baseball Cap Summer Preppy Y2k Hat for... 72 $13.98 Get it as soon as Wednesday, Apr 26 FREE Shipping on orders over $25 shipped by Amazon

SONMONY Smiley Face Trucker Hat Washed Dad Hat for Men Women Cute Baseball Caps Unstructured Smile Embroidered Hat 171 $16.99

CYNICISM Smiley Face Hat Baseball Cap Women Men Adjustable Trucker Hats Cute Smile Patch Sun Cap Unisex 4 $17.99

SONMONY Smiley Face Toddler Baseball Cap Boy Baseball Hats Kids Washed Funny Hats Adjustable Cute Caps for 3-12 Years 150 $16.99

Sinsinfuns Kids Toddler Baseball Hat Smiley Face Trucker Hat Retro Mesh Baseball Cap for Boys Girls 26 $14.99

lycycse Smile Face Trucker Hat Retro Mesh Baseball Cap with Smile Patch Foam Neon High Crown Y2K Hats for M... 417 $18.99 Get it as soon as Wednesday, Apr 26 FREE Shipping on orders over $25 shipped by Amazon

Women Snap Backs Caps for Men Adjustable Yellow Glitter Mesh Baseball Hat 170 $14.99

Snapback-Trucker-Hat for Men Women - Adjustable Mesh Baseball Caps 75 $8.99-$10.98

Mesh Trucker Hats Adjustable Snapback Baseball Cap for Toddler Boys Girls Unisex $9.59-$9.99

**Your Browsing History** View or edit your browsing history Page 1 of 4



© 1996-2023, Amazon.com, Inc. or its affiliates

AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 18 May 2023 14:05:11 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

SbYPA7V78BKXkwMtsJcN4OtRxoDl0nCqV270T8aHWsiHluivBEI2/48eGnJWrxD0q4xOH5/rTDkseRn9G1R32xJ3EZpnzmNTPcF2BLpc3L4O2eXFCJitQfEMCT33S/
O44yabB9oT7xscv5c7wOj5TSfRlCrZrmaENFKq9zvnHLqBXQnV1Q30xDdPaoP54ffOTktuETVKNkHIX8D06Xo6yZwnpKrws2sgH6hCLbckOtEXkCrHL0fY9uT/F4WalhVuaXKohziVLvcrBexjwnyMhMmUKaar1nDbpJcAUAS/sAMPV5KuUF60cyy/qbFcTcNX/sBweFSgfSfaFPjGieNFrw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-18-May-2023-14-05-11-GMT.mhtml

**Hash (SHA256)**

05c2db2a1c43d6314d6e49332a72daf81fdb6ff2d281e34e1385fbaad5c340e7

**Signature (PKCS#1v1.5)**

pEPulh6BbgHzm4YRZR8wgwPWyl05CXM05e+47RjvxUVPwWw3CCPMYu3fkrH5qscpD9f40/UgbO9tlbYOUkkYOKjWYi3zaaW5aF81iGW59imwvqqB5jURNtloCZbLyo2ANHs5TYzDCsg9YWE8Dd6lYJkaDdhdspVJqDWhEGMsrhmzzWJryC7uWX/tYyQVez3kncdHJJU72q8oDL9r2yU/OJ/
HnJvXZbkEDllIhuycd/3EKixkrKQvKi/mxRcJ6Qmo9TKG6ES2Xlo2xWwL4sTWOBKMSvw65MJpsVKYOMdLn09sX5yenZS5TvSeH0gJ+YfDd/MMr3OvM3AXWxAUOaEnVw==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Change

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you 30 days of Prime benefits for FREE**

Try Prime FREE for 30 days >

**Estimated delivery: June 12, 2023 - July 5, 2023**

Items shipped from tongbin123



**TOCAVE Fashion Earrings Women's 925 Sterling Silver Cute Enamel Smiley Face Cloud Earrings Girl Exquisite Jewelry Party Banquet Earrings Dainty Earrings (Size : 1 Pair Golden)**

$36.21

Qty: 1

Sold by: tongbin123

Gift options not available

**Choose a delivery option:**

- **Monday, June 12 - Wednesday, July 5**
  FREE Shipping
- **Tuesday, May 23 - Thursday, May 25**
  $9.32 - Shipping

Place your order

**Order total: $38.74**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $36.21 |
| Shipping & handling: | $0.00 |
| Total before tax: | $36.21 |
| Estimated tax to be collected:* | $2.53 |
| **Order total:** | **$38.74** |

How are shipping costs calculated?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Fashion Case for Google Pixel 7 Pro, Cute Colorful Retro Smiley Face Pattern Design Cases Full Body Protection Shockproof TPU Cover for Men & Women Cases : Cell Phones & Accessories

**URL**

https://www.amazon.com/Fashion-Colorful-Pattern-Protection-Shockproof/dp/B0BRP51WP7/ref=sr_1_49_sspa

**Collection Date**

Mon, 24 Apr 2023 08:39:41 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

HNYn4dieGq2W173Zb5wnufZLCSx+KVydKa4yY76+lFEqcw96/r392WsrIqa3m0bQttNGSecz3PNqqARDxRQfnLY8tfZw9uNeVfBd8NoEyJEc+zbwcggdv7Hv/Q24DCX/stSI0+f3r1EDHFQ2su+vBOh8pDj1e60poKTHqgXseHY=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Fashion-Colorful-Pattern-Protection-Shockproof[fs]dp[fs]B0BRP51WP7[fs]ref=sr_1_49_sspa]]_Mon,-24-Apr-2023-08-39-41-GMT.pdf

**Hash (SHA256)**

98e1877dffa5e26079118f1643fbdc67d96ea39be46578e7feec808707d45006

**Signature (PKCS#1v1.5)**

B2m/ytj8YBYY+P584kShANBdrZHbXv5HTYvauPl3Zcv7Jff9ezRScfaXNQ5l6hvfj72tLxfyw1XgATPXvGDlKpWXG2EbjMCT0+IFnjZpGfcxDIMNZDG9mlbWIXxjH38nrN89gGUYaO3OtYpwIGEME/Ll9jbyr6ynLc0+OJDa2qk=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 26 May 2023 23:38:02 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0d:5600:8:36::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

KTjJfgPXEQXBA1Ke3wKl6ju6IAwHNklA7JQY0fIC24WuAhrlKr+fPueLNLvXPlAitGJviTiywEkIdTdqSceNS7tA+81fVJfi+yH9U294+mWPDYl1tAd6acyLEIX8PBJ/+Qq2x18dLGRIBSq/ymicIsys4Yi1HIwuT5vDbVrSQFY5Nxv6mZ3tnpPuE/
X0h7vYYGpumexUWRY3mdKjxKnD7IOoUm6kKCSB8nxAR974nAdcmUPFHzfupOos4//OydKNgfzzj9qObMAr1OBBxNcw1aIiK5X/c+jzXaRF9SaBtWDhPx1ZY8y6JNqBvSDnW6zXdcvAkKhgjmCxNhgcckrWww==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Fri,-26-May-2023-23-38-02-GMT.mhtml

**Hash (SHA256)**

1b9cbb8dd90f135e139c631b9e7866e51d98ed7cf6dbdc5ae6f4f6399a9df804

**Signature (PKCS#1v1.5)**

IakgF9XVwdAhCbv3OXJpYYmF5QbI5GwA9CWkfOQjLe+CKh2oWfOQGHNmFD/nRFl4Mf/rd/kTYpHRLAqXx6NYnby1E1o3dt+hI4EAy3eGg/Cbz2pdnHv8Qi
+QRxyJErsJH/0kjdR9HoN9Kaz7NX3wahS1nDBj9gxEB1jwYJCK0Nw3XSaUTIOxiEBB0fqFSMdcQGxXNvcQxjLMiDWcUie1p5kA7I32kjeGxeHqKEm2jHl17Pi/dP/7QKX1zSYhYp2LFmhSdCE3CrdS8TseW6WOotKpKzlu+p0mQmX2RzSS03/kk6xOEcbmF6FTy7Qn8reFFAzrLS3wXS++9p
+budlUeA==



amazon

Checkout (1 item)

1 Shipping address

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

Or pick up near this address - See nearby pickup locations

2 Payment method

VISA Visa ending in 9985

Change

Billing address: Same as shipping address.

Add a gift card or promotion code or voucher

Enter code | Apply

3 Offers

4 Review items and shipping

FREE TRIAL

Jade, we're giving you Prime FREE for 30 days!

Get your Prime eligible items ~~Tuesday, May 30 by 8PM~~ Sunday, May 28 by 8PM for ~~$5.99~~ FREE

Get FREE Two-Day Delivery with Prime

No hassle. No commitments. Cancel anytime.

Delivery: May 30, 2023 If you order in the next 13 hours and 36 minutes (Details)

Items shipped from Amazon.com

Fashion Case for Google Pixel 7 Pro, Cute Colorful Retro Smiley Face Pattern Design Cases Full Body Protection Shockproof TPU Cover for Men & Women Cases

$15.99 & FREE Returns

Qty: 1

Sold by: tongshanxianyirongbaihuodian

Amazon Prime eligible Join now

Add gift options

Choose a delivery option:

Sunday, May 28
FREE Two-Day Delivery with your free trial of Prime
Fast, FREE Delivery prime

Tuesday, May 30
$5.99 - Shipping

Sunday, May 28
$9.99 - Shipping

Place your order

Order total: $23.10

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Get FREE Two-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Order Summary

| | |
|---|---|
| Items: | $15.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $21.98 |
| Estimated tax to be collected: | $1.12 |
| Order total: | $23.10 |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: HANLINZHIYA Compatible with iPhone 14 Pro Max Trendy Case, Cute Colorful Retro Smiley Face iPhone Case Protection Shockproof TPU Cover for Men & Women Cases : Cell Phones & Accessories

**URL**

https://www.amazon.com/HANLINZHIYA-Compatible-Colorful-Protection-Shockproof/dp/B0BHN8RYQT/ref=sr_1_28_sspa

**Collection Date**

Mon, 24 Apr 2023 09:59:56 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

cFORI8xvsvHRkJzgY9mBEBo5wdOjRgW5oIE0v/uX/scv991dMAgVQ9BbUryADXWeGZdfXfQix0m7fosWGtS5+lNjjF5JVNnLKLNH9LLQeEaqLBmPRpskI87a+KB12ePh8tcvZu1yQZeS4hp8aoMsu7p/Ocm7V5CDDQohIaODYB8=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]HANLINZHIYA-Compatible-Colorful-Protection-Shockproof[fs]dp[fs]B0BHN8RYQT[fs]ref=sr_1_28_sspa]]_Mon,-24-Apr-2023-09-59-56-GMT.pdf

**Hash (SHA256)**

d75e2854217bcb56bcf1c4a42d0ce9f630c60eed816e343afd328a643fd82c0a

**Signature (PKCS#1v1.5)**

f9cqDCluzIGGXDEmD3WfYpZVk+g9RczJyYETgL/rXGndUIVzxnoS3BDu1mvMXW9jk8TgrqSmLVXzvZtQZPoZ726qpVUBF2ooHl7qpqvRhaH14hyb3EVDHEWIeoruNogzOFzL7FgO6z2feRxUwzCbwb90z0FMpr58TRgnHxTB8xc=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Sat, 27 May 2023 07:58:37 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0d:5600:8:36::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

QVeIZYrp6FfCMjeVcXIRfHT+PKbbE3xNhVQKwtdfxA3jGRzg5Gji2vugHVW1+W/gLf3v09dex+zhEQnQshhiBQCkJwNtyyKuMyGrjTbinJhBzSuhvUqqlB3J8DPhYSNifNr32g8wneItbiNohdXs3P5wx7U+DyeeQmpRKaGqn4ASJnHfBX+r7iFST/9Kx5EW4w3z
+qgTGQu2ofMnBXIBW9hQesRrJldibVn3+bqYTYkYhWJ+lH43FmXRJ/UbVnMUlNBRGAgbCBNMfOFPGuEerf+vsGlf4aQFCIyO7Qh/GM0DSC3icuEu9b2MN7+YrYUQdeAaMzb7NU86AcFUznL3PA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Sat,-27-May-2023-07-58-37-GMT.mhtml

**Hash (SHA256)**

781a615dcd585d5d87741ae575f5289f365fd7bc50cb816ac9d5db1ef4a0d279

**Signature (PKCS#1v1.5)**

OgPmTkLO9RwNNxnKPmdKsB8DN5n0F0D35Ab2Lfz+mRjEZHwKw6J7IwiDN5Da9bS22gGgL7O3QYHmzVEMN8LXrjv8zqGveInwA1sUbmES3s9HpO1gBftUoiSqj0Q7vxrJUyxQx8mJs7pWE/FnTM+Tasug/cGxgWYWHv
+kymQDiCvtVHwDTO2NBSJMAovjKjAnNbEZtx8gfmNQOtMHMmypmDVa8BsQrKY5UYtYca9SXDNCi3JFo6vQdjoThSl3ucRV6MIZcvbvzAE4OtSHKwY2QEx43nOFeMs/HYqYO9YwaJE/dStnjIDf4ZzjI0zKSNQ2iP9fkCv5zKbUyvcLQVqs4Q==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

**Or pick up near this address** - See nearby pickup locations

Change

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

Change

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items ~~Tuesday, May 30 by 8PM~~ **Tomorrow, May 28 by 8PM** for ~~$5.99~~ FREE

Get FREE One-Day Delivery with Prime

No hassle. No commitments. Cancel anytime.

**Delivery: May 30, 2023** If you order in the next 20 hours and 1 minute (Details)

Items shipped from Amazon.com



**HANLINZHIYA Compatible with iPhone 14 Pro Max Trendy Case, Cute Colorful Retro Smiley Face iPhone Case Protection Shockproof TPU Cover for Men & Women Cases**

$15.99 & FREE Returns

Qty: 1

Sold by: tongshanxianyunnuobaihuodian

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

- **Tomorrow, May 28**
  FREE One-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Tuesday, May 30**
  $5.99 - Shipping
- **Tomorrow, May 28**
  $9.99 - Shipping

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

**Order total: $23.10**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Get FREE One-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.**

Try Prime FREE

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $15.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $21.98 |
| Estimated tax to be collected: | $1.12 |
| **Order total:** | **$23.10** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com : Cow Prints Smiley face Retractable Badge Reel，Nurse ID Badge Holder with Alligator Clip,24 inch Nylon Cord,Decorative Name Badge Holder : Office Products

**URL**

https://www.amazon.com/Prints-Retractable-Reel%EF%BC%8CNurse-Alligator-Decorative/dp/B0BHW2F11T/ref=sr_1_71

**Collection Date**

Wed, 26 Apr 2023 08:18:05 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

fAxwlh0E8U+bYOCwbVzms5LvW1803qaUKJP+UU/o857JjGwTUQycv6WyUjbxG2I/vLQHXk1xzybiARdyCnQunxy8pUHeMxQgZRaENXpvuHp+Ye+5viyVKars4PUFpPVWxYuNlwB7rvRLunt1/5eOewL2ZCaGC+Dnhs9YL0Mt2k8=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Prints-Retractable-Reel%EF%BC%8CNurse-Alligator-Decorative[fs]dp[fs]B0BHW2F11T[fs]ref=sr_1_71]]_Wed,-26-Apr-2023-08-18-05-GMT.pdf

**Hash (SHA256)**

0c1e98d28a146378dc09d452592bbd9acc3ee6243f7f23831605567cbafad4c2

**Signature (PKCS#1v1.5)**

KV3vqeuG/ygyzibXZcgaaapM6Lc1k+nQd6kXeWsjQG4HnteYpiHTOKOxBYHQthTJE6+I1aJr+Vp1p0Vp4hHJc4D3UdM1g+Zsp9Fi7aKcWRXBNkWqIlrwsf6UFfmpeESwNTKyyh8ZS/afPEXzu+26iUJnSJgqu+h+uIZeC+BghZI=



Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 02 Jun 2023 09:33:22 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0d:5600:8:36::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

iOYaQCHkl76kMBy8vCQ4USeU5dAPrulgBtJpXBfgXH6KfRzHVzgKmZKF/Biz39KlwOCiW71B8gx26NQWPxU+qEx8CDM/ZYw/SSFzbSc6EFlY1J7sFFygBD7Gsqr60S6yS8tqjR5a32+SUpZhRjZZClcM/OnYw3LlQ8i5ZxM22wQ6h2OCjECUmK0YHivflBpE/Cpa31F9akzvu//
UqIraChjL5wgmezbtv+ua0vkbrFJcX8/IdvzDsA8W/BXPAw60tyUWIyvKKEWhAa7EwXgQV1jYrdL2voZiHljnRU2dtjO8/SaVR5VenORiavZa9yIxtivtjBFGDIRtR1jNwx+SgQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Fri,-02-Jun-2023-09-33-22-GMT.mhtml

**Hash (SHA256)**

623c53a984a02851014e11b7854fb7bfe19b1019e53ef43b661aeb3ca3d15420

**Signature (PKCS#1v1.5)**

MwsC0L3/Ur7MrzdpZrXDNJq1RvByb4i1Jv54XqFT4AV6AkRjAY2IGNN7VoM+G1CEp6Wb2F3C/2QTyy55YNKA07Tip6lPyiZSDEZ6SaQGYo+FEl4f7I/Im68nYT00xKRtC4hWedMu/EXzRdFKnuSi3DIHX0AGM/EupWRwOR3G7H07LpdWhpPDCIl+bPcSOHcZF1ldoaWCzwMSbiAQeZm
+2tf2+Vj5YfrsecU1vUVcf6xOH6jkPS5s8bKdPZSMwjSq8npciBnUbdiDGCfWO9gjPhWD+wted0FA/OSIpyoqc9E1R7jkt3ZSruYEqi9zMkRu9UqTGinK59imXEhGQRZ+FQ==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you 30 days of Prime benefits for FREE**

Try Prime FREE for 30 days ›

**Order now and we'll notify you by email when we have an estimated delivery date for this item.**

Items shipped from Amazon.com



**Cow Prints Smiley face Retractable Badge Reel, Nurse ID Badge Holder with Alligator Clip,24 inch Nylon Cord,Decorative Name Badge Holder**

$9.99 & FREE Returns

Qty: 1

Sold by: Tony Design

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

1-21 business days once shipped
$5.99 - Standard Shipping

Place your order

**Order total: $16.68**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $9.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $15.98 |
| Estimated tax to be collected: | $0.70 |
| **Order total:** | **$16.68** |

How are shipping costs calculated?
Why didn't I qualify for free shipping?

AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com: TOPDesign Cute Smiley Face Tote for Women, Aesthetic Canvas Bag for Beach Vacation Travel Weekend Getaway Holiday Short Trip, Personalized Gifts for Friend Her, Ideal Birthday Present : Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/dp/B09PYTMZJC

**Collection Date**

Fri, 05 May 2023 09:59:56 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

cqapX2bQcfqJD/4VCyvTN8dd/gE0RhyIQZsuT/ELzw4CLWHnh+AtRg0yf1Y0QtYSrRAPPZGutYNrbxB9cp02Sh3wdMFkU4c7Moh96DjSDa575hCo/A5eI7uRnAEICZLwoy7a1GfNt
+QQd8nE3NIedlrnvhTPESFPtswLmUcWbxoDhizod0XD8mtPqgsf8ioveLDqsvPlS3jCAKRyQQxqhIloKs7ydM6sJ5dmZRQt5yxxep5PD8RI8KcoP2M/1xfCF1rPTjr5OJ5+O/MLit9EYPAFriLmk5AYhvtkQI0xjUriGksmIEaj8nluyOH7ZldX2TnRslAmdMCscQQOwHKA0g==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B09PYTMZJC]]_Fri,-05-May-2023-09-59-56-GMT.mhtml

**Hash (SHA256)**

77c35eb8094f917c744d35f6748a68e0b3b767d2f14eb2451e10b174d6f16d41

**Signature (PKCS#1v1.5)**

I5YfJCf6S4Ien2QOV5Uss0Ynnff2pwdBiVpx5yw3Q8VFdPfjwoxGZMv2uWNXXxfodtZif9C4O4tZ3pTu1HoahFdZMwsNbW6bDQvhQ3NOiPjogGwXVoPxWZdftrT3SWokU4w06+9vNBZpJPrw5jNirazdT1s4WqtA+swGP34kqt2M5eLS+szYNl0TuQA2yHvfjtAnhxDLkavU5ypwFphepqlDEBT/
sFV1PPJOJdg3ljGOlnvht+95dBFLsl7nyamzpT3HINeTjOTJjhPplsknTIIiFilDlSRC6yBB28expu5HAwU6vYDVAEupSFLgBGRWz6Wx6sBHwQTbleICHGngbA==



AXENCIS

Investigator Name: Sian Kelly

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 05 May 2023 07:45:05 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sian Kelly

**IP Address**

**Browser Information**

**Digital Signature (SHA256 / PKCS#1v1.5)**

njfnwLNIkVyDa3tXlSg8o92QLLHLWLkDmzvUbL1lts4E44guLa51PwXvxTcLFKoRCcy4U61wbwVcxtSpCQCeXAUeSjF3SEAgF8MQG0NXb90ouWBm7Yr9Elics7vMwGYnBKDMgPe6vfbx21pX8FtLYaTGIyljrKBt6cVTYyYo+lgRZEY4I1P9rHAlMoL9yQmyeTq4DUb7V
+pbtrUsToRqHBXdu5EaojwLcGn1eL6agy+lzzP0VH0iIQY/YQFlQVWwfOTJHF2ivj1A9GrWyX+3K4ChEtYg4bgAz0tRqRTkYgzG4v1it27ih/v1klSLalv+4Lx5DHUzUOM+uX3Zm42f3A==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Fri,-05-May-2023-07-45-05-GMT.mhtml

**Hash (SHA256)**

153849f575251a2ec704bf366011f142e59b59b28d546036c072b2113ce4db73

**Signature (PKCS#1v1.5)**

qT0UsNMSU0pylnEfYfcqcZviq9PsxgUmddQCTDrcfBnZ0+4SLmVHyY5X5w88lpjriAfvmselH29EwhHNpsUwqDMoHgS0flKyu3ZnwJOYHqYP/HTiHz0D5fcPppgNzbQhjfqmezw3MI1YC4KcIcGkJTG7NqJBSP2P/4pTDFEFHUV7NYql6qBvDZrwc/26QIxZ9poYqVrjVIbEPdzDf6F1Uj0tG/L
+tnVOPEfkVxerzurdB5teKo51r5COdY18kHtECtWso72/ge5LdwmKm31k8wQrG1cFwbrFSDK1aB7kl+ABhqOinT5sfSnMc0C2LUiIMin9X5IyJTcoV5kUOAoWgw==



AXENCIS

Investigator Name: Sian Kelly

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 20 Apr 2023 11:06:27 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sian Kelly

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

WyeMt0H+rI94oDplYIwP7zeyZxANjaHYiFGqij9y3SjEcIiZpk8zjNO8/PRueJ9xvM+vqh32rEgY3DykX1z8tK/IlC6qrsi6KWmhCsuY9fEKQICQAA5xoBektsse591ljX+Xx3p1AAMGKhTrO8o6ngMR3jGVtucx/
Sp58diMob3AmwWahlpExjkdP3rXXuGjWD7f41vBFKKy9R1nzmUHy4b07lbYocUmvdJKRKNF1CspPzbCRLIlf+t3mlOLsjXiV3ImmPd52m4n5ejig03N0iJqbLCwdxXXA/O99HZAbIZd7L90edgHt6oqiWuDT47ryHbPLQDXMJBMHnLV06J60A==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-20-Apr-2023-11-06-27-GMT.mhtml

**Hash (SHA256)**

ccbefad341d069b249b07533c198957016c40a87eabb1c17e344d79b8c761b59

**Signature (PKCS#1v1.5)**

Xvm8vOKLU7ImUWxgZXXa2XAunO4DUJZ9UqxqhBjeczVVkw+a4q5KjBizkqte7B8DEnPYIduqfV0ZQPGlujpKXbqCUN2uUhbHlnguc45VQxRs/XOUpLVXvibqVqn2fyL7FbQ/vlt1rIDKV6b4UC/JKkPO/
RnzxtJ4s1oL7ysE7aF8+u5896HkF6+bsaak6x14CDVF5RLJnjcR6IElc0qW39dzVUfThqvL7ZK1ZhFMX+xCFKMVBFG/q0wJH1V1cez2HxQhyGtKdxWoKbF6rX4iZHwwwoLn33I2Trhw6RqlqUYMyGkGurUVeRd/d+T5P5Xap5ErIpS2KSIXeIoJS5BVxA==



AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com: 50Pcs Smiley Stickers for Kids Water Bottle Laptop Skateboard Car Bicycle Luggage Guitar Cup Notebook Art Decoration Patches Gifts Waterproof Vinyl Cartoon Awards Sticker Gifts Colorful Smile Face : Electronics

**URL**

https://www.amazon.com/dp/B0BMPDY9WP

**Collection Date**

Fri, 28 Apr 2023 08:03:26 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:93::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

iyP/k+nbnXFx88tveU/nv9jj0zItJMfW8TT4b3YZt9y5wnbhLaPMCXEjTubZT2Rfjj434aPRbPLFWffzUADbTiL3SFMqFulBqQUF4se3Mnx32OB3ceYuLjEyG85cyHivKlAdcpna5Am9mZ03yZFtylb8ZJ7YLC4t7kyWr+smNal2w+oSTJ66qOZZ/
hKVQgFmBOa5PAdNUfxQsIwUB48Bscuyp6ObYuKaV/u67Z0e/+Qt0qiaJks/2iodUPU/pohyfPa5wMw1D9QDsT/8PDyGPJtUAOHKaf4P6jsjdrXkdH2uJk4ZGgTLg0p7i8/wfnoGxU1M/LJjMEEmGVV3VVzZDw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B0BMPDY9WP]]_Fri,-28-Apr-2023-08-03-26-GMT.mhtml

**Hash (SHA256)**

0bfe926bc7f4cd92eb0d8954f152e3e5f6553e117d5a19a1e66045ca0a6d6dfc

**Signature (PKCS#1v1.5)**

HUDu2HyL4+kPG+F+O2OP5XH0jOEg7jJ76OUIpCLgr2OVmMzJCHKMNJG7luBhZ1ZBp253CH0qGhS+fajn8RJjOH3QIr0P9OFcJgsYs+13tw+EIP5BDEpeXJSZ2ftINRmIkpB0v+kkPbd
+In056Zt33idU4ccrFANIFNUAWatXHSnrE6gAQ7Mn7mxEYHyr0XGIl8WlkcyKD5M5g85CYf2M3oYRz7nFLryNn5G1Q20juSDJGKzUgGwKXAcsGWjl65KujnVRCmx7iZsGJwdT8G7+kq59L9yI8GHTrXARnI3Gi/Ay3jUvHkI5Jj3e0CQbfDZQsW6Czf13xoekc4kWfmWlMw==



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Toword Compatible with iPhone SE 2020/7/8 Case 4.7 Inch Liquid Smiley Sage Green Funny TPU Bumper Soft Cover Shockproof Protective Slim Fit Phone Case : Cell Phones & Accessories

**URL**

https://www.amazon.com/Toword-Compatible-iPhone-Shockproof-Protective/dp/B09M3XQ1Y7/ref=sr_1_61

**Collection Date**

Mon, 24 Apr 2023 08:40:49 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

k3A1C3dSD78GwrXlTCzWoV8SKM74vK0BpQf1+7rorzl50ELE+/OpXtYPaotXBLxSKs/SDNwH8/j+SLyvGTaPnFP+zp7IAXmZTcW9IxOJNT8+yvtOUf0Uo3u0E/Y9hHho/s2DZohp9MaaWMBSgww0/1DhNzOS1uOAYmyhJEljHwc=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Toword-Compatible-iPhone-Shockproof-Protective[fs]dp[fs]B09M3XQ1Y7[fs]ref=sr_1_61]]_Mon,-24-Apr-2023-08-40-49-GMT.pdf

**Hash (SHA256)**

39bba77aa81d21cf4dec98ca714c644ef49d22e027c49ee0beb81c1a0a1a2521

**Signature (PKCS#1v1.5)**

K+ZqcMdcqUz70hlFQEh5pacZ1B5kra30DMhyb78H5nOV3vNpthL2PojUKqnqPDbMLeiogZRHMkXG/eKU4snVYxLlPz6kD08pHXY2KCw1qbjp4pbW0V0O5Algc/C2Yg02bbzbp3sAB+wU9InvZMid0iTZTGWOpORxyuF1QAFkHfc=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Sat, 27 May 2023 00:17:26 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0d:5600:8:36::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

nhQc0WUka7CXK0q0+DxiL8gLbkk5K+WZSR4neY6OzNVoLcYuUDShT3cIkM1d4EXH7KYZM/5Tf4LiuD8EF4nLbY040g41U/tN7CWa0r6PjdJ9zrUlKSRsZLblSQp5TIpXWKivysHj4NBckS0MtSibbcnwLUGhvwiNIjufRt7A+df1n82Di3u86v+KptOZND38TtQyMB/
cSXNFWxDzjXkne3ETIK2oKCKHxLJZ6xNokZJZ9Kz9/uD+VmKmkCNnjXR7RHybbahSWLaLtO1rv2GTdY5jIWU4AtvItCeT5G581iwY8x129rEnqn+48vs2uA8pjK7hZ5b+hWP5Srmvl78RLg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Sat,-27-May-2023-00-17-26-GMT.mhtml

**Hash (SHA256)**

527d5241690f2050d5bb11439befb121f793319432fd5958604d065bddc6ffb2

**Signature (PKCS#1v1.5)**

BnBezc3f4CABXrlZ9jBhxEsZkxhm/ASvq38XZvwXehNvzZjZh6P3gXVA8ts9Eqtk/
Ab6B0V6L5lNBiXhkYcz393waf9OT4U1hyWKvzU0l583vdnqH1OSWA210OHsneYUvL7fGJ7c1SDxdlIgB2pdrgQn7jWJ7B3d113cRLOUOTaifJAkL44yKjIBckdbUcu0G7ZVr8xsa2nJjIZSSKfupnaI2lTiSpI6LANpcy5CnZtn0nqSm/ qCydo
+9YSjJxnaowbYdo2mZe3MqOm873dm4q0QZOfWuT9ponBq6IVlVs52VM2cSrFjnvhTbeBel9h/5RA3FfRVAtCY3MNS/uOw7g==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items ~~Tuesday, May 30 by 8PM~~ **Sunday, May 28 by 8PM** for ~~$5.99~~ FREE

Get FREE Two-Day Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: May 30, 2023** If you order in the next 21 hours and 27 minutes (Details)

Items shipped from Amazon.com



**Toword Compatible with iPhone SE 2020/7/8 Case 4.7 Inch Liquid Smiley Sage Green Funny TPU Bumper Soft Cover Shockproof Protective Slim Fit Phone Case**

$9.49 & FREE Returns

Qty: 1

Sold by: Toword

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

- **Sunday, May 28**
  FREE Two-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Tuesday, May 30**
  $5.99 - Shipping
- **Sunday, May 28**
  $9.99 - Shipping

Place your order

**Order total: $16.14**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

**Get FREE Two-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

## Order Summary

| | |
|---|---|
| Items: | $9.49 |
| Shipping & handling: | $5.99 |
| Total before tax: | $15.48 |
| Estimated tax to be collected: | $0.66 |
| **Order total:** | **$16.14** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: 2023 New Cute Pearls Rainbow Beaded Smiley Face Necklace for Women Girl Clavicle Chain Choker Fashion Jewelry Gift Party Collier : Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/Rainbow-Necklace-Clavicle-Fashion-Jewelry/dp/B0C1VDH6NF/ref=sr_1_157

**Collection Date**

Thu, 20 Apr 2023 06:15:20 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

PKN/Iw6vj+d1zS4wAH8mTcNAp+vQMFC3uGcb4vJ6pRzltRt/7SbDK8KOPMlfyBI3M6Kt9Csb964Lm+OPs/FxViCe/u5y+cdxMhDDVLtfSWSP4I1IUrdS7LXTkEESfhA3I1LNqySxnvMI6cf+V8hFk3evng9IOq0R2RnvwW0YRVE=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Rainbow-Necklace-Clavicle-Fashion-Jewelry[fs]dp[fs]B0C1VDH6NF[fs]ref=sr_1_157]]_Thu,-20-Apr-2023-06-15-20-GMT.pdf

**Hash (SHA256)**

708f0327967231307556f9e12464e2babcb0a6fc2df1c175b8b4c0da14e79e9e

**Signature (PKCS#1v1.5)**

VJ3T/k3N4m5LUuh+6ehQdRtqd1s+qjVu5a8KZyHtrlEqgvw9EsQjTSkP4F97CN8QiF5yBEXGnba4pyclLyO1yuwNFFGxkfc2qxo30CdqzxKjgAZrZzBIl4yk7lkjp+HTQtq+/Idrcy7SB0W1STo79fb9v1a6U/dMFrnqmP/zWks=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 18 May 2023 11:12:04 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

hNKSnhy2sRqTGg56cXS5AyymGnlwnKzn/UxNYBZR390f7rEQna5WlQOYQSGyWVKRruFkPfxO1xE37BtlMXNDREPoSRZRusjVDN3xmUZq1FRl7aLfk/BZq6nkIUWXAtN+gpkQ51rRHtZ3uC9FJadQmKgNrfK77+hC/auZFlPfvlKuCtxwhy3Zj9CwNdRWTIVskRjDL/
WCFstHFVeEwVH14vQYiK7MutMHfkRZ6yAM5s295mxHdMXj5dJr0CZK++GbKqZJ7OWuMzbxt8OxP44zU7nN0b3Ads9P0p0sMd+q+etMJYYYqvWxZyNv0g0RZAP3ohauoWzE03tGFBfZn6vZew==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-18-May-2023-11-12-04-GMT.mhtml

**Hash (SHA256)**

6f6043900b3327fa69906301d27e2d47ed5038285bef4c7399898dc208143546

**Signature (PKCS#1v1.5)**

Uun2lFPWlw5I8zKZWAG9oBaFTYgueLaBgTZZnS78naLi1o4OtK8ERWZg5eIDW6pskyo1w1vYdlz9uvu7aVqjtichcSXo3cOns5V32kQH25QYHFVJ+uQQn220GmM6PdslKlWnniUD6CzIcNdrwEbz2qxT7IotpyKfUmpQLOjLw7NmVTeU6lF7CmfZlMQfG+OXhVeilsYPKk9qHTBZ2qGDDTggEPSfile2Y
+mlmkga5JHQ3HyOwGILEt0uvtQ3h73NAWOtMY3VIyCPoJF1b8c3lN+X9BhowmHaNxTHhnU3b8itrrwUgchaimxZtl2fPGCV+5po9SIpYGJ98QPEXK6//w==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Change

**2 Payment method**

VISA Visa ending in 9985

Billing address: Same as shipping address.

Add a gift card or promotion code or voucher

Enter code | Apply

Change

**3 Offers**

Change

**4 Review items and shipping**

FREE TRIAL

Jade, we're giving you 30 days of Prime benefits for FREE

Try Prime FREE for 30 days ›

**Estimated delivery: June 8, 2023 - June 26, 2023**

Items shipped from TPSFashion



**2023 New Cute Pearls Rainbow Beaded Smiley Face Necklace for Women Girl Clavicle Chain Choker Fashion Jewelry Gift Party Collier**

$21.99

Qty: 1

Sold by: TPSFashion

Gift options not available

**Choose a delivery option:**

Thursday, June 8 - Monday, June 26
$4.99 - Shipping

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

**Order total: $28.52**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.

Try Prime FREE

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $21.99 |
| Shipping & handling: | $4.99 |
| Total before tax: | $26.98 |
| Estimated tax to be collected:* | $1.54 |
| **Order total:** | **$28.52** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: 5 Pairs Womens Cotton Smiley Socks Embroidery Cartoon Cute Solid Breathable Socks Happy Casual Smile Funny Socks : Sports & Outdoors

**URL**

https://www.amazon.com/Womens-Cotton-Embroidery-Cartoon-Breathable/dp/B0BJKLGMNK/ref=sr_1_60

**Collection Date**

Fri, 21 Apr 2023 08:20:22 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

lt59W/lBlR7pvScOaQyFc6GtE8w4PVS0H7DmzUtk8HsGKtBLMuJVGUxMud/+H59o48TO62g2FYWxtmVER/+cXQ9Jv7mnlQxq654GGEKt/2v5ccqKIf9klhxHGGiAZioZZSooY5iNPRGu+6PnTLBOa2ajtYM1h+KxvmlXJkmPcN4=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Womens-Cotton-Embroidery-Cartoon-Breathable[fs]dp[fs]B0BJKLGMNK[fs]ref=sr_1_60]]_Fri,-21-Apr-2023-08-20-22-GMT.pdf

**Hash (SHA256)**

a6d6cad23c5192edc1325e3cce951dab079e8aec579098962e9f7659751126c9

**Signature (PKCS#1v1.5)**

izY2jbN0gMbtFOckdhzjmyuv7B4QUQd/y0wCX7YW171X4qBlXCCUGPDiQreZyJONQ7DFq8D+4CZ5XJN/UlRBIpHU7APEGF5LpaKxf/GEXzp98VvNFeNO6vOU+o/91mskHX7Hrj0Whw13C+11QO+k2Za3UTDmOnRj+k38BuoaG4I=



AXENCIS
Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 23 May 2023 06:46:56 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

202.83.40.91

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

pDSpWhe90yUZMaYZx2XCxh/xQdkhNAnEZ04LQPCuJ4m5Cx8ha+t+CEC9kOjQVmFOTcu03W2ZotOx3JDuglakV00psS72K21zikeJz/Y8yjy01zmsuJbFWyz+3ljMKE7RWFYKYu9EIXvjw3SVKzszqkSKas2V/cRA6ONE3b9KkOOg8efvor1B6E23Pm4mzmPlBOyko11sFdGmPqf8DH
+ZDAEghP3tWZsdZ6+J188CVyP8SQ+i1QMaZjDVEd+jIKbAz3xCEpFj5oU0UBc69JwNmCtqsyXIdBH+TUaIs+suIq/LSTxmaLGodJWJJ63HfHo6qVANDY2rlKiPiPKlJNfniA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Tue,-23-May-2023-06-46-56-GMT.mhtml

**Hash (SHA256)**

e71d8023ec8f4ccd5f0434facbc9b45e9aac62c62c61fe46fcbf5ba27c83f3ca

**Signature (PKCS#1v1.5)**

bzRY6N0Lg2f9erbLH+3dVgU0aMDeKxJ7r2akUmqljmb1tlCIRTyzbt7XKc3BT4BTC483ty6wX3GF1oS8Ct3wNiBmyJrKrPyxVrdkdYg4TLHwuCqr4nVGwlVIRm9aPqsIk1mA9oVensf5eeTSe560RpAsnZud7aqDvMneGw1G5QO9duu3QUfd6KJjSiMzqv6tjeoHdKo2q1ka78B6q5hS57D/
tFDUKBdeV69or59RjEUlN5AKjMjrHnoCELkdctHCvgUhueZnCQfFLmx2Is5eNdAHxKOWh/kGnWx+gCatjYHe96Fr1wQ//OlAjhWOFg+Gz+KapDHG7zM8d9wGStf9rw==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

**Or pick up near this address** - See nearby pickup locations

Change

**2 Payment method**

VISA **Visa** ending in 9985

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

Change

**3 Offers**

**4 Review items and shipping**

**Delivery option updated**

Your delivery options have changed based on your updated purchase selections. Please review before placing your order.

**Delivery: May 25, 2023** If you order in the next 15 hours and 43 minutes (Details)

Items shipped from Amazon.com



**5 Pairs Womens Cotton Smiley Socks Embroidery Cartoon Cute Solid Breathable Socks Happy Casual Smile Funny Socks**

$13.99 & FREE Returns

Qty: 1

Sold by: Trestc-US

Amazon Prime eligible Join now

Add gift options

**Item arrives in packaging that shows what's inside.** To hide it, choose **Ship in Amazon packaging.**

Ship in Amazon packaging

**Choose a delivery option:**

- **Thursday, May 25**
  FREE Prime Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Friday, May 26**
  $5.99 - Shipping
- **Thursday, May 25**
  $9.99 - Shipping

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

**Order total: $24.96**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Get FREE Prime Delivery and save $9.99 on this order when you start your 30-day FREE trial of Prime.**

Try Prime FREE

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $13.99 |
| Shipping & handling: | $9.99 |
| Total before tax: | $23.98 |
| Estimated tax to be collected: | $0.98 |
| **Order total:** | **$24.96** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: MGQILING Cute Smile Face Phone Case Compatible with iPhone 14 Camera Protection Shockproof Fashion Soft TPU Clear Happy Smiley Cover Case for Women Girls Men Colorful : Cell Phones & Accessories

**URL**

https://www.amazon.com/MGQILING-Compatible-Protection-Shockproof-Colorful/dp/B0BBR8LKFN/ref=sr_1_40

**Collection Date**

Mon, 24 Apr 2023 10:02:49 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Hslv0ZXj5MLqyxY1d4MYI5dCXxV60TBut1wcZsBiozN1fUfiUMTJvllhXKAwo79GgRgUpXLkpcA31iKxUcOCYpXu34Rs//MtDYzoGDuINZUtpxL+v8ns6dhb4JusFvmWddFtm7BjogWD19JNXZGvibcFxa1OCTGBJJe6u00HURw=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]MGQILING-Compatible-Protection-Shockproof-Colorful[fs]dp[fs]B0BBR8LKFN[fs]ref=sr_1_40]]_Mon,-24-Apr-2023-10-02-49-GMT.pdf

**Hash (SHA256)**

aefe26561c2827fe68712ca9d710d0c41bd2303eb606f31fd97f73c3875c2081

**Signature (PKCS#1v1.5)**

By/sNeAV9OQwmXzRQQaGAcmW0nlJDp4vpQns0DzCeamPOH0hQrVLBJH+Kd4UDpt3mznBAKumLkLwSNPchKfYucjB+6+4T7tOkEtdulvARASmiljbFHCK/WQpZc+Io1r3jrW86bGvdH0hBS1qWEFHHgxqONUqbNgQ09jqpQ5C0dg=



AXENCIS
Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Mon, 29 May 2023 07:49:47 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

116.68.102.163

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

GvOaRrjlRfrkgkjWbtK8m1DnsabwMrAamGsTZABqcFcUuwS8YFYH6uSis/NQ78QzzGwef9idnc2HVQSlKc6ktpCCMFZxN5/D3+yOntGFWJdbnK6cSiGWpbkjS11t1TPnMFdf3EOnHYBq4fAoXP4r1nyn4exQL8F0q
+kXl1QiQPivoUoGJYoMmf6iRrSLqtjX3LwAQbf9pPXUuuUIB0REJdGN8JRCgytAFTdnEYQh1Uzx7fV6ZZpZbNvjFJrP0aTzlgrNyX0GL/0VIe+NrpP8s5QF4nHDiTGlkP5H3eZDzC9CBFmLRrrs+qJUzyIuMKBKXBAz1+hz/WI57QLv5q3C9g==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Mon,-29-May-2023-07-49-47-GMT.mhtml

**Hash (SHA256)**

59fa197dae0765d9bc1a505f7b770776c672506ed484bd6fd4fb74f29097d245

**Signature (PKCS#1v1.5)**

ZCk81Hq9t8VKM9bHJh8PRCyZ4TsKUot2SywlINlpCwv8mKgBD3MqnuY/qyjhkc+JCevvhRTvyMHcO7vtNIje5eX+O2aLTxhhalOkXHHN+X7PToODc0r1VeLlL5qsx0JsvkMGaM4mnW6yiB6Yy73tSDVc5MMXVmXRRsepQNX1Y2tWBG7bFSVMDkN310utQrjY8kjrud0qwbW4neEHP2rws/
CEIx56r7pZqi32EGoOH/PLkKxG6jKQlsad6PG1+Zsjt9qKLNVN6Flz1SxE6UimV0ZoZmHcnvf8swWfEeF/XNdW2yPTEUMAyM3n5zomAjaMSVzu38s6WAeM+igfjTq4MQ==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

**Or pick up near this address** - See nearby pickup locations

Change

**2 Payment method**

VISA **Visa** ending in 9985

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

Change

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items ~~Thursday, June 1 by 8PM~~ **Tomorrow, May 30 by 8PM** for ~~$5.99~~ FREE

Get FREE One-Day Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: June 1, 2023** If you order in the next 20 hours and 10 minutes (Details)

Items shipped from Amazon.com



**MGQILING Cute Smile Face Phone Case Compatible with iPhone 14 Camera Protection Shockproof Fashion Soft TPU Clear Happy Smiley Cover Case for Women Girls Men Colorful**

$9.99 & FREE Returns

Qty: 1

Sold by: Triple Tiger

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

- **Tomorrow, May 30**
  FREE One-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Thursday, June 1**
  $5.99 - Shipping
- **Tomorrow, May 30**
  $9.99 - Shipping

Place your order | **Order total: $16.68**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Get FREE One-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $9.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $15.98 |
| Estimated tax to be collected: | $0.70 |
| **Order total:** | **$16.68** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: TseanYi Boho Rainbow Seed Bead Choker Necklace Short Colored Rice Beads Necklace Chain Smiley Face Collarbone Necklace Jewelry for Women and Girls: Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/TseanYi-Rainbow-Necklace-Colored-Collarbone/dp/B08HRLL1VY/ref=sr_1_240

**Collection Date**

Thu, 20 Apr 2023 05:30:59 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

kWff+yfo8E/PUzVFAr0+ruKLzAqLXwT/u/1z7QhmEl9lqWHt0GkgNH9/RWuTZRGWe1DXAhXwOkd40I7m93Oe/O6fKI2dS3i5BxxdmlJmVsUFRft2ocR0OgilnJ98HhCgSerNnTaG8GEvrppHpKZoOyk5/HpyDPAuI42UVoVPUns=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]TseanYi-Rainbow-Necklace-Colored-Collarbone[fs]dp[fs]B08HRLL1VY[fs]ref=sr_1_240]]_Thu,-20-Apr-2023-05-30-59-GMT.pdf

**Hash (SHA256)**

a37972500c34bda4cbe0a8478de39f9c76481d362528db86639740adfc51771b

**Signature (PKCS#1v1.5)**

LxQD+uN5ypRwBvlgpwrL1ZrOlFIhZJqj338RnLcrXLg1bNwxVrY/Hs4t4JcNfL/zEp0zCDGFK6md3Bcp8bTOe+/6P8mbry1v8cmhkZ8xI3lYLrmR8OCz3+z+JZ0ShodWqujGF/hlywBv7okkzHj//CpF3A9OywbUCjHWtn8iIz8=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Wed, 17 May 2023 17:31:21 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

XTtXZwSbzUO2Bpw5/5I2MkFbEteFkqOew/L4I37LN5cejHmrYGYhBCPs5A2Fvi+FctAzaQa5meOYXL3Fqxa6U01s/IrwoUaXEovDqg/AsoefmbwQ1VKaa5BQFkgZRWZSN26J23TD+EdfliZjSqWrEx/HYg+3EjaXCXgvWTV0r/
VeBqQsXZcTWrVQwcRiiBfa0Ho4Iir6scRkiVMurwXttm3tkSz56KldUCXW3BHq6UKz3LAxDie/+jh5DEJWIp+LTeSBJmGTZG1H2lLd2RHlCBgYiyo/fR8Kq0/NORZ21SgxFaP0xaNOLVJ/+B8kRWaFzPEPh2ls5lOBsPa6GZFqMw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Wed,-17-May-2023-17-31-21-GMT.mhtml

**Hash (SHA256)**

95d7cd5b857d5574ee8c4973c434abb45315c31837eba9094f4a3655b6dbe9fb

**Signature (PKCS#1v1.5)**

No812N0qC6DSC42+xndCjIgJ6waYxBgwlDpQnWZ3AreUw1Plk6N/hqYFxbi6N3Mqo+WvVgmtTZeatME4+RVbk/lsHQz9G+U3jUjFrsr2IF0USiqraED/FGPpawUhhkE9yb8HNb4HDCNGFU/yYCM69qCm9KoybD/
c96o1W1ixzmOJKDLRmcWKIzS4l6guBvTfN42KVLKZ560ifjdIK1hjOOfWmLbtYFOnaygIThe5RdU/npT603OAdhOQn4+EZC/0WIJA8fsEvSgKNgI8xxbVJllH5o+X4v+KPa+ZWO5CJAU6iXpXEYv9FK4gmLsTsSGADcaajsm7QQh+AnPZAVY6jw==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items ~~Sunday, May 21 by 8PM~~ **Friday, May 19 by 8PM** for ~~$5.99~~ FREE

Get FREE Two-Day Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: May 21, 2023** If you order in the next 14 hours and 43 minutes (Details)

Items shipped from Amazon.com



**TseanYi Boho Rainbow Seed Bead Choker Necklace Short Colored Rice Beads Necklace Chain Smiley Face Collarbone Necklace Jewelry for Women and Girls**

$7.50 & FREE Returns

Qty: 1

Sold by: TseanYi

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

- FREE Two-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Sunday, May 21**
  $5.99 - Shipping
- **Friday, May 19**
  $9.99 - Shipping

Place your order

**Order total: $14.02**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

**Get FREE Two-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

## Order Summary

| | |
|---|---|
| Items: | $7.50 |
| Shipping & handling: | $5.99 |
| Total before tax: | $13.49 |
| Estimated tax to be collected: | $0.53 |
| **Order total:** | **$14.02** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: OIUYT Smiley Face Socks,Cute Cartoon Smiley Socks, Novelty Funny Socks Gifts for Women (5 Pairs spring and autumn socks) : Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/OIUYT-Smiley-Cartoon-Novelty-spring/dp/B0BPHK791P/ref=sr_1_3_sspa

**Collection Date**

Fri, 21 Apr 2023 08:08:39 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

NVwitQjaHSFKZwclbFJ1Bi/LNUQb+zo/L6ogk3Vl9gnhpqnC28blEsFM6MwiPZ59giWymFZrHybf9joHaPSOwNzwkTDg7avvSU1PjJPmlI+/AAoAP5WchmLsMljq7u6FcfJFY3B2o2EvJQf+VpZBl3tRgT36plk9TBuoOIfQS4U=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]OIUYT-Smiley-Cartoon-Novelty-spring[fs]dp[fs]B0BPHK791P[fs]ref=sr_1_3_sspa]]_Fri,-21-Apr-2023-08-08-39-GMT.pdf

**Hash (SHA256)**

bb154de1d7f93dc2ad5cbebe303babf944cde6181d16436a4e2b2ebd26d44819

**Signature (PKCS#1v1.5)**

O9n5Doje4oolDTMrROgK1UxXHCnMOgzRPbE0dcA63tGuyw9W74BH0S3EILDLde6aCvvsekyELeH45fYmaqEXmNPHc0jZ4l4J9xj5qKAQvh04JzZga1a/LjF80iJ00RJZ1c1fPDce66sh0jFmJ4OddmgMGinpNsiiGMKEa3pfCcw=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Mon, 22 May 2023 11:55:41 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

DT+E60nWYBdsqsH3kqrZgikGpqtABjhOI9FXEl
+0JONCvS1XPzBQQbkxHWLyDjJMaDivGTdMOUw6BvJCJf8Y0PDAeI7RXHQnYK5DQHahzbHASlzCe3BFJXV4twlkB5Sq01mSMMjhuj33Mps071fwEIh7u7iBv3ntBdnlOD6atVBkVq0gW7jtauj8C4SEo6HNZxqbBoZ2TjD6hsDo1DfBeGsF5Wm6pafls55GBAykEqeVX1KDR
+7K44apzy5Gzo4OwLA8fNJkvg4bfW5qQcVswZDDv69zBZZwZG5n4Gxshj8HoAsM2SDZBelPuCtXNT55WDwZhUjoIqZZ+Rdnzvdi0A==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Mon,-22-May-2023-11-55-41-GMT.mhtml

**Hash (SHA256)**

19f0d58f14cb83134ae9d54063b231fe4d4491058aca234fff1aa314a363b4bd

**Signature (PKCS#1v1.5)**

PQc7tIzkc2ndIXWVS3ooVMuh1nw7zXeJNrzXWE66q13zE1COoVn+tmdlXjOXfD8fX5i5XzsiarJOI0YN11jZ0hhX4AShkIQKZo/ASho3xnE5X0B3N7EEyLBNgRutNj8dMDbfARVt8zehK4rM98KDLWGDdDlg/n87L9PFLrqVWVIOB+svazn0vvi/pytmYpb9qfd85ikWE7rm+s7zzfYzZBa
+KO7Mjpz3uARLmLQ59ipL6e8zXZcmZPAswnZ7afu/OtRVEosZdQKmeDhbRb94pgbX4JpAd+1eJJ0OVVTrQUz9GoZc1lkx5gHP7F/6XaBApTuVh1e38QiRufQHWoku/Q==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items ~~Friday, May 26 by 8PM~~ **Wednesday, May 24 by 8PM** for ~~$5.99~~ FREE

Get FREE Two-Day Delivery with Prime

No hassle. No commitments. Cancel anytime.

**Delivery: May 26, 2023** If you order in the next 17 hours and 19 minutes (Details)

Items shipped from Amazon.com



**OIUYT Smiley Face Socks,Cute Cartoon Smiley Socks, Novelty Funny Socks Gifts for Women (5 Pairs spring and autumn socks)**

**$16.98** & FREE Returns

Qty: 1

Sold by: TSFJDBXZ

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

- **Wednesday, May 24**
  FREE Two-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Friday, May 26**
  $5.99 - Shipping
- **Wednesday, May 24**
  $9.99 - Shipping

Place your order

**Order total: $24.16**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Get FREE Two-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $16.98 |
| Shipping & handling: | $5.99 |
| Total before tax: | $22.97 |
| Estimated tax to be collected: | $1.19 |
| **Order total:** | **$24.16** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: TTNDstore Goth Smiley Sun Moon Face Necklace For Women Girls Round Tarot Pendant Choker Necklace Vintage Jewelry Collier Femme : Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/TTNDstore-Necklace-Pendant-Vintage-Jewelry/dp/B09W6LTFRN/ref=sr_1_486

**Collection Date**

Mon, 24 Apr 2023 07:25:30 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

R4KwjbaPfrMP/iAZq2uYk1UP4y+I2+T4QrY6vOEZN3tYKOG2gD5RnyhohA3mMk1TwZJQWqAQHXH95kRpRr0pz31HG8/6tk+jOmokim46yDENxyepxh6RDF8NbbJtyPhdsvMNvVzqauJ/h2a5S/P7Cpv+3zRiPhu9/CZYYpjdZOg=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]TTNDstore-Necklace-Pendant-Vintage-Jewelry[fs]dp[fs]B09W6LTFRN[fs]ref=sr_1_486]]_Mon,-24-Apr-2023-07-25-30-GMT.pdf

**Hash (SHA256)**

7653e1dbf7516297fe50befb40293b81c0fcf7a1a24ad02dddf33f596f95629d

**Signature (PKCS#1v1.5)**

fafpYDHtU9WHfUNWepGzAJPYEtqSgziOJRJEH533i5p9KSZl90cae//VfnCQdMDcsj3a6pfW2e4sQLX8dgZ28uzA67P23IcewJqgEWjWi3RNuPwm1C9p8UH/yy1dxS+bbE8VsJe7gRKsRtw3wzyA2lFyd9Sx1USphaCx1zZHjng=

amazon Deliver to Gregory Kapolei 96707 | All | smiley | EN | Hello, Ozzie Account & Lists | Returns & Orders | Cart

All | Clinic | Amazon Basics | Customer Service | Buy Again | Amazon Business | Household, Health & Baby Care | Livestreams | Beauty & Personal Care | Free Shipping | Coupons | Pet Supplies | Smart Home | "Citadel" on Prime Video April 28

Subtotal $14.99 | Go to Cart

Amazon Fashion | Women | Men | Kids | Luggage | Sales & Deals | New Arrivals | Our Brands | prime try before you buy

ITISU Flower Pendant Necklace S925 for Women
ITISU Flower Pendant Necklace 925 Sterling Silver Sapphire Birthstone Necklace Cluster Chain Jewelry Gift for Women $159.99 prime
Sponsored

Clothing, Shoes & Jewelry › Women › Jewelry › Necklaces

$14.99 Only 8 left in stock

## TTNDstore Goth Smiley Sun Moon Face Necklace For Women Girls Round Tarot Pendant Choker Necklace Vintage Jewelry Collier Femme



Brand: Generic

$11.99

Color: Silver

### Based on your recent views

### Products related to this item

Sponsored

VIBILIA 18K Gold Plated Stainless Steel Initial Necklaces for Women, Round Sliding ... $11.99 prime

Smiley Face Sunglasses Cool Text Icon Hoodie Sweatshirt Women Men 13

Sterling Silver 6 mm Smiley Face Earrings $17.50

14K Yellow Gold Smiley Face Earrings 6 mm $111.42

Again Jewel Laughing Buddha Necklace Green Jade Smiling Buddha Pendant Good Luck Bu... 56 Amazon's Choice in Women's Pendant Necklaces $19.99 prime

Vintashion 18k gold plated womens beaded chain natural sea shell square smiley face... $9.99 prime Save 10% with coupon

Canaria 10kt Yellow Gold Smiley Face Ring 1 $79.98

### Product Description

Notes:
1. Please allowed 1-3mm differences due to manual measurement, thank you for your understanding!
2. Due to the difference between different monitors, please understand that the picture may not reflect the actual color of the item.

### Product information

**Technical Details**

| | |
|---|---|
| Manufacturer | TTNDstore |
| Color | Silver |
| Style | Bangle,Beads,Chain,Charm,Classy,Personalized,Simple,Vintage |
| Material | Other |

**Additional Information**

| | |
|---|---|
| ASIN | B09W6LTFRN |
| Date First Available | March 22, 2022 |

**Warranty & Support**

Amazon.com Return Policy: **Amazon.com.tr Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

**Product Warranty:** For warranty information about this product, please click here

**Feedback**

Would you like to **tell us about a lower price?**

### Videos

Help others learn more about this product by uploading a video!

Upload your video

### Products related to this item

Page 1 of 58

Sponsored

Kanyan Tree Smiley Face Umbrella (Smiley Umbrella) Fun, Compact Umbrella Great For ... 6 $14.99 prime

Again Jewel Laughing Buddha Necklace Green Jade Smiling Buddha Pendant Good Luck Bu... 56 $19.99 prime

MIYUAN 925 Sterling Silver Smiley Wide Face Pentagram Open Fashion Ring (7) 75 $16.00

GDERFANEY Preppy Jewelry Necklaces for Teen Girls Cute Smiley Face Necklace for Wom... 15 $13.99 prime

BARPERY Hot Pink Barbie Pink Preppy Smiley Face Pattern Makeup Bag,Girls... $11.99 prime

Tanyoyo Smiley Face Ring Signet Asthetic Cool Dainty Statement Rings for Women Girl... 304 $7.99 prime

Sterling Silver 6 mm Smiley Face Earrings $17.50

SISGEM GOLD JEWELRY
SISGEM 14K Real Gold Cat Bracelet for Women,Yellow Gold Beads Station Cute Pet Dangle Bracelets with... $169.99 prime
Sponsored

### Looking for specific info?

Search in reviews, Q&A...

### Customer questions & answers

No answered questions yet

Post your question

Typical questions asked about products:
- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

### Customer reviews

No customer reviews

| | |
|---|---|
| 5 star | 0% |
| 4 star | 0% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 0% |

How customer reviews and ratings work

**Review this product**

Share your thoughts with other customers

Write a customer review

MOOHAM
M MOOHAM Layered Initial Necklace for Women $16.99 prime
Sponsored

### 4 stars and above

### Inspired by your browsing history

### Best Sellers in Tools & Home Improvement

### Your Browsing History

Back to top

Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You

amazon | English | United States

AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 26 May 2023 11:59:44 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

111.92.76.240

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Tf+fqKJ0WspC9HY8fIU1cTyLB7XG13lSEUbEHwQFXiqGGj2Ie7QWj91GZTTPcX5Nj6RBi3fLIhRqOCXUNrc+o77rrVZjUD6jgHBMhd36WUr7iw/E7WQXJLHwryIZx9WBKy+nMxHgQ9800vCvLVQ9MxzYqsbjmpeGcYjmcN2axJYjadMJJUwuD0yNSAJZ5QC3T/
lUbSxBuQgncoWRjKufK0h5m1panKlcuRZe2HiaXKK7CMP5uM7F3dtABEJe/nyUCPTRNTppdasmmrDn68LCxqQIR95EIBaXCLbst1baBYFMlxYUmohkOaQ2QzY7reo9vm3lob7QSTTRanzq/XbVhg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Fri,-26-May-2023-11-59-44-GMT.mhtml

**Hash (SHA256)**

1245dd5e39152ce148a53f0491d446d0b146fd5cd0a28cb47ab6fd95fad2fe29

**Signature (PKCS#1v1.5)**

ZCzbfftv9yR9YnnyxEIV3VXOtlKhLdcz440QLLnYLGmbUA3So8lIlSrn2Zq6IQssiyDlSvryAy8STwV5P8TUy+eHQpzawEZC+hT1p78/1LPDCNrBrvP6PW+0cSNNvCJTwMCA/LiI/IXaZJlBzsBYEdZaiJHehZKjMWs9p9Wf6h+8l4ex5l6hdzFLlHK7gNrRxV9+T0Eg2PuNNPoyyo72p6l5WuKN6Z
+zkvf84NdBIrT3W+dzc3kzOTUNEoMmDfcgRXREnL4NfEQf1+I2jvj2htIjU+N7T0vN2cHm0ZF0yaR8RS4XkIzRB11NY0blvTY/0gomoWS44IQBLeRalidZXA==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

**2 Payment method**

VISA **Visa** ending in 9985

Billing address: Same as shipping address.

Add a gift card or promotion code or voucher

Enter code | Apply

Change

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you 30 days of Prime benefits for FREE**

Try Prime FREE for 30 days ›

**Estimated delivery: June 16, 2023 - July 5, 2023**

Items shipped from TTNDstore



**TTNDstore Goth Smiley Sun Moon Face Necklace For Women Girls Round Tarot Pendant Choker Necklace Vintage Jewelry Collier Femme**

$11.99

Qty: 1

Sold by: TTNDstore

**Customizations:**

Enjoy your shopping and choose the option that's right for you: No, thank you

Gift options not available

**Choose a delivery option:**

**Friday, June 16 - Wednesday, July 5**

FREE Shipping

Place your order

**Order total: $12.83**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $11.99 |
| Shipping & handling: | $0.00 |
| Total before tax: | $11.99 |
| Estimated tax to be collected:* | $0.84 |
| **Order total:** | **$12.83** |

How are shipping costs calculated?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.