AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Smiley Face Hoop Earrings for Women, Y2K Earrings 14K Gold Plated Hoop Earrings Lightweight Colorful Open Earrings Small Hoop Earrings Enamel Earrings: Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/Smiley-Earrings-Plated-Lightweight-Colorful/dp/B098KZ4Z8L/ref=sr_1_18_sspa

**Collection Date**

Wed, 19 Apr 2023 11:37:02 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

kXGWoMTkbE+ArdhC/i+qfRwzU3lkiEdOS0gVdk01wi2OafoyqrSSR9yVonOEEYxhcX5KSjm6kU6vyOQxbRuYadO4d7BRNbOVstLmYKK502Sk1pNOzTmb65rm88Qb4uDe/B39EeqkKftncuCO5u4tGA51+x6XSFWta+/VKhlMLa4=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Smiley-Earrings-Plated-Lightweight-Colorful[fs]dp[fs]B098KZ4Z8L[fs]ref=sr_1_18_sspa]]_Wed,-19-Apr-2023-11-37-02-GMT.pdf

**Hash (SHA256)**

6a18b770e5f0209f4eaba1ec7dc3dddeefda3c1ab6740bcaf568c2c4eddb79a4

**Signature (PKCS#1v1.5)**

XsXwTYPlotThanSmo3+wRbYcjjFOTXF8jNw2NVtRsSCsejuLb7q9knxkPRrOTHyH1MPjudRYnFQknAC2QjFgZF3fRTuvcSdLoIWKJvfnmEwYWi70I0v0mT6FV8Y8QIQpySDiViuFztz6hFpxDIaNxBqaVUuYjBLJMRsVv9iXW9Y=



AXENCIS

Investigator Name: RemoteUser2

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 11 May 2023 10:22:04 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

RemoteUser2

**IP Address**

202.83.40.99

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

gUWBjJ86sL5k3/MASumqXkwqPUvxIXMpozag3U06fficRn5POoCio8KqCD0l3TLU7w0H60JPHWTt2eU90AwZYhOD5ta3GcLijZOHf4Z+0Dxaqa/mhlcQJ9VrdeDTXagDdVvCEITLCWTocnsWUTJTwCKqt6PyzHh2cqvfeyn6cimiFTkOTlixWZUh3f7cX9r5CiBalHvI+nF4KX0/L9UKLkJndzj/
hoMqimpQgIYkTeFV47q/z5Kcpcfy5WV/JXMwvk8FroLc8LDow/CKupg9YgfdyiwmwyjtnKGQCduhh83wzTMsjhL7S6ISsimkC7qis7lphrKpqutgIj19raXkuQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-11-May-2023-10-22-04-GMT.mhtml

**Hash (SHA256)**

2c3a7f96f0a7c7b3b2f3d9e05d3fbe2bf9fa092af94dba09f6a300acb2f2c0ce

**Signature (PKCS#1v1.5)**

gc85T6O+OLBmLVjpTmH4H/ThwCou0WMkfiKglNjiv5Zut/GWWXQEp4KGtcCUXzJ1CONm6Put1sn/bJGTE8BHV+qhl5lUb6tPSSgmTyBO18N6il/OhWaIapjVUrxuJl6K8x6NkzjhbYsYtDRaz+/8NY5KliustFVd8GoUODcVMapcbutAhMGkCWD1iN4ZkE0oXdyNdU59Q3AhXuEW+D/
IcBZy4ZomiGsAdv4DYWuoTiiW1d2xxCPbKfx548nyv4yVa/tD1KkTZKe9uh8ZZjA6uTBeyfKs+9q6chZrRVB8OLiPyOaG8DPZ10opfYo37KwYJjKY2R7ZcH5UtNtGFPOojQ==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Change

Or pick up near this address - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

Add a gift card or promotion code or voucher

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items ~~Wednesday, May 17 by 8PM~~ **Sunday, May 14 by 8PM** for ~~$5.99~~ FREE

Get FREE Prime Delivery with Prime

No hassle. No commitments. Cancel anytime.

**Delivery: May 17, 2023** If you order in the next 14 hours and 38 minutes (Details)

Items shipped from Amazon.com



**Smiley Face Hoop Earrings for Women, Y2K Earrings 14K Gold Plated Hoop Earrings Lightweight Colorful Open Earrings Small Hoop Earrings Enamel Earrings**

$12.99 & FREE Returns

Qty: 1

Sold by: TTOCH Trading Co., Ltd.

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

- **Sunday, May 14**
  FREE Prime Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Wednesday, May 17**
  $5.99 - Shipping
- **Sunday, May 14**
  $9.99 - Shipping

Place your order

**Order total: $19.89**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Get FREE Prime Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $12.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $18.98 |
| Estimated tax to be collected: | $0.91 |
| **Order total:** | **$19.89** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: 1500 Pcs Kids Smiley Face Stickers 1 inch Happy Smile Face Colorful Incentive Stickers Teacher Reward Stickers Mini Motivational Stickers Reward Stickers for School, Student Incentives (3 Rolls) : Office Products

**URL**

https://www.amazon.com/Stickers-Colorful-Incentive-Motivational-Incentives/dp/B0BK16V4JL/ref=sr_1_45

**Collection Date**

Thu, 20 Apr 2023 07:36:06 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Jis3AiZhPVARjqbLqV4nYUX+eVOrffbbjalcdgZe8TwN6K+kA4zIEg5DcRkCrXPUNPCKdNFDgKmt4XT+JsC/Hwd6ELuWxcxLN5kArchR1pkXsLtM4+xfSSKTPiz+Jl6k0otHL0U8fcYpxPcRcKmcC86NBk/vsgjJlDULiHw7Ryc=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Stickers-Colorful-Incentive-Motivational-Incentives[fs]dp[fs]B0BK16V4JL[fs]ref=sr_1_45]]_Thu,-20-Apr-2023-07-36-06-GMT.pdf

**Hash (SHA256)**

636f335afd312a1fefcde0e63953034353067b783409b6ec937b383d66917a10

**Signature (PKCS#1v1.5)**

sjtRBpq62NX3jDk2xHu/TwlVB70+DHHb83wl9dYzRxOG/pnGJMfwe2HP7RoVbzmLzOVSlHF04sgDhv+GwTLiuLgFinLIXB0xxs13LRO72dcDz8bY97hlfAd7mU17/gTQbUaYDccUZVvHP1+Q+eP1kmBoinscXL+eEyLVYaj8wwg=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 19 May 2023 03:50:34 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

BK5z97lyxFZ2eKPZfV3rOHQJaAx2f3jeHDjgfu86WY+Ryd0ytN2QqrdK2HSBlPuLbCq5Wk9ds7pvbTLI4RjxzQHhgfxUB/jm7teXLf78mF2HXkODZLhDzMMx6DjEnVIGTWsATIBF4mPy30dZODC5zE9ISQeP0i01W90rszMsnlzykSI0HsXXvnOZBz2tOLj/bgLxPuF
+JWEFTqOopbwpf6BgAM8yereOLe35RwYtEqNdEyciwdGFs7rKLLOFha8JruRXwEWbu8iELdnHtLdCFUL0g4ccQ87qds9J8ejw/caLgoNXOlyvlXvqqqKQjbBxGb5GVNrcG9cVrNISimsbJA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Fri,-19-May-2023-03-50-34-GMT.mhtml

**Hash (SHA256)**

cadc629b599f0c0bab9afe7228e1d6a4f3353889ec5d04602d0fec04b495d933

**Signature (PKCS#1v1.5)**

SsX3wCKXzgm9VBtgJ7FGEx6S00NWNDeXv1ttHoCuHuRCCEFHNZP7FQcnBLp3/PCneIGd2WgcuvLnfImMfqqEhr7HWfgEQf/SG5xSB7wOLHq5xn508QT5R5lFdBOFKgejKoD0O2dLCSYT9n6GppCRBXj0Fj0U5VqgdlpKIlPYL9SeD4QOhXlpsF6S8/IXoZ6O1xSxhxIGgTsvEnpxkJCmTlUYumJ
+VGyiACjCd2b5YptYJmqWzoTAFe8ePtUCm2H42uwKP8vwG58KFxRPeTxl0YiRI8e+r/kv7qFgjwoDviA/VNxTaZ1lp+S32/J1lEFJj1+ExO1PGy8kwcYZpi3Rjw==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Change

Or pick up near this address - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

Add a gift card or promotion code or voucher

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items with your 30-day FREE trial of Prime

Get FREE Prime Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: May 21, 2023** If you order in the next 22 hours and 44 minutes (Details)

Items shipped from Amazon.com



**1500 Pcs Kids Smiley Face Stickers 1 inch Happy Smile Face Colorful Incentive Stickers Teacher Reward Stickers Mini Motivational Stickers Reward Stickers for School, Student Incentives (3 Rolls)**

$7.99 & FREE Returns

Qty: 1

Sold by: TTSAM_ZJT

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

FREE Prime Delivery with your free trial of Prime

Fast, FREE Delivery prime

**Sunday, May 21**

$5.99 - Standard Shipping

Place your order

**Order total: $14.54**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $7.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $13.98 |
| Estimated tax to be collected: | $0.56 |
| **Order total:** | **$14.54** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Personalized Shirt Pursuit of Happiness Smiley Aesthetic Trend Hoodie, Retro Preppy Smile Face Pursuit of Happiness Hoodie, Trendy Girl Hoodie Aesthetic, Trendy Hoodie Sweatshirt : Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/Personalized-Pursuit-Happiness-Aesthetic-Sweatshirt/dp/B09ZHCJT94/ref=sr_1_117

**Collection Date**

Wed, 26 Apr 2023 06:45:09 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

pgogXzQpRCJazUbqLxFxjLZ/YZOyOKzmeUWqO4n6zYemGi+JyNaelqu+Wjg7XzQ2DlccUFhJWspCfHBINZme36a60H5pu8hb0eyOJcWjda4ZUzpxlQXVqgQwlPfs/kD1fTt+6jybGZ5XV8tXG1ShGSpxDRszmqO/6XMsboG2U8E=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Personalized-Pursuit-Happiness-Aesthetic-Sweatshirt[fs]dp[fs]B09ZHCJT94[fs]ref=sr_1_117]]_Wed,-26-Apr-2023-06-45-09-GMT.pdf

**Hash (SHA256)**

ec4cebf7a474e1e71661e8486297990472fd33e0a827d9bc13ad2ecb60c00eda

**Signature (PKCS#1v1.5)**

mAaM4As8zjkx5vLbT8sF7MYmgnCY784LZgfL6rYNPgGL1yrFcq/f0+imjDh1LDW7Teuu3bAUbsX5Ttdt8HCwBhkrMdTT4CQ4PL+7RYw272SOvBNegUe7avwhA5scd6d4YCcwhL2TJvrjHO7uYbNegAKQ93FVb+/9xv7HUEJpMyU=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Wed, 31 May 2023 17:14:01 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

111.92.77.63

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

LbRdqeM/nj+eZxjb4L/BQfr93i2t83WNFvkqEazLd9ZRb/ZEHbJrbqVnecaQ86kYMvKosNtr9zS4pwfnilUcTewJAHZT+bKd2iBu6BwMVau4C5MZElZiAHVVkFddTH1T5YeyuGXdrRWcNGKO4X5M8MjX5Bf1ICmd+6aenwQmZ08afzSuWv74GM6MAtAVUJYjWFeA0ft/
+GQY1klpPqwI4aFP1cODlZdmBcwhlRTwcqhlkccZaN15ItxyknsR3qwQIZpL9uur/87TfySo6BxpVWg7njXSTGi/OHkLqNNVHijZThgqkTqTRCqhfgpFL/IL7UBnhVWMUv6PvR5NPyqwtg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Wed,-31-May-2023-17-14-01-GMT.mhtml

**Hash (SHA256)**

3a592fde98458bb643cb80696da0af3399d4d455a35c4123a677fd1f449bc97a

**Signature (PKCS#1v1.5)**

GDhec8dZIAEscgaNCViLGGQzU/jbWKnMFHvin6KQhX915nESK/Jv+QxTfLoq3kAbDX80UHq8+elhNCxAIXZfb4OSBHgA/aH0jPXl3yZlfWYJCvrx3Zhrh9NWfaoEg9G4xlPZCD4Rtp1e8wpaimcjZLfCvEfHkPXvvcbFnEZtkukcLZZwnsHedTtXazyzjvNAcCTWTkol8tU9S+IqzewcY162wk
+Ap3/40ueGm/60cjOQi3pr5wSjethdkbwjGc+C5wZ2Q4KNGIMESFbJDvaFNaJApu2n0QHVli0amDgri5yAxLsCQKgaPUHZsltyKjim/J1eTupFUqLcrMQx0ZKEYg==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

**2 Payment method**

VISA **Visa** ending in 9985

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

Change

**3 Offers**

Change

**4 Review items and shipping**

**FREE TRIAL**

**Jade, we're giving you 30 days of Prime benefits for FREE**

Try Prime FREE for 30 days >

**Estimated delivery: June 9, 2023 - June 14, 2023**

Items shipped from tuan anh SHOP



**Personalized Shirt Pursuit of Happiness Smiley Aesthetic Trend Hoodie, Retro Preppy Smile Face Pursuit of Happiness Hoodie, Trendy Girl Hoodie Aesthetic, Trendy Hoodie Sweatshirt**

**$16.99**

Qty: 1

Sold by: tuan anh SHOP

**Customizations:**

Your Style: Unisex T-Shirt

and 2 more

Gift options not available

**Choose a delivery option:**

- **Friday, June 9 - Wednesday, June 14**
  $8.99 - Shipping
- **Thursday, June 8 - Tuesday, June 13**
  $15.99 - Shipping

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

**Order total: $27.17**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $16.99 |
| Shipping & handling: | $8.99 |
| Total before tax: | $25.98 |
| Estimated tax to be collected:* | $1.19 |
| **Order total:** | **$27.17** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Smiley Face Hat Embroidered High Crown Foam Mesh Adjustable Snapback Trucker Cap for Men and Women Black at Amazon Men's Clothing store

**URL**

https://www.amazon.com/dp/B09QPYQ7KQ

**Collection Date**

Wed, 10 May 2023 07:16:35 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:93::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

eKW/J20GfFkSDnfAe6IA1fMdz6eJ0p97RhdJhZASucpz+8gKJ8g0w3JXvD1Jv/2qopA6WphoFDmUnDson7slsrO3UIuhP/fcbjhPH+D57ZHJug40T+NAxAvHbIy5ZkoiPbhJfD0uEaouqVkruRn0jGSvv5WVwBq1iSpQC6hNO0u+dT5O0KDdirO7lOcHCqohC1sV/MBnHJp++q/qvpfEg
+wIM9rx8RtrS+KTVWGv1uT5l/WDSYja4ZU4FrAVCQcyvnNxCJ7mHD18GVpVEbK2f3+UcI6ompSRCjVfJSucWoKVPjETaZnoreZQ1Gdbbr5dIYv8f2LrouD5PRV0i+uzLg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B09QPYQ7KQ]]_Wed,-10-May-2023-07-16-35-GMT.mhtml

**Hash (SHA256)**

6fb9a621971e09b17965042f6608d601ea846273e30c49e7d714d1f2693952bc

**Signature (PKCS#1v1.5)**

eWFlg2aWOE4bmQy7PfJjsYZT5BqkN0E12RtaFKmbtSWT+IFvaJM1Jh8YD3aZV3SoYCAC8pup5L4sjEocXJtV2CU2O+xABEf0xP66zOeHMDYIZstcer7goorarUzJpdqdCOmBfXWupXgiju3d3W3DKp4g/f8aI8/KD0y6fi6qZt64QOC2BbKisiHi5bP+JzZb+0MduMwHtIQOcrTcelUyeb4LFAJaB2L
+gB0pVhWxwQpRUcb2l7VwFxj/HbRZZ+cVGfDRas9zfipLeMTy4ati1xHqWtzqAS+QT29jcEZZmJPStSocIW0PWJVPAwFcArsy9wdF3l0mM/3SgNZTf6cd/A==



AXENCIS

Investigator Name: Sian Kelly

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Mon, 08 May 2023 11:44:38 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sian Kelly

**IP Address**

2001:ac8:9a:d::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

HwhXmBCbYeGUD9UjnFJPToGjZtpw7zbWXNdaEGfnslSaydzDrlRz/4uUhqLKF5ZayAXXfxNWgBOA3Rzl9mcCO3QEG2//Og8AaqtbDQO/VQ4pz/5kXrFlhiKvCQhq8SCw80DOm+OEgI5nbplZHAqchpNlXxoJeTTZYS2Cpt/6tYvYYF7zMOk2/s3fwqmOBQlkbyV
+oVLHW21mfeI5mQYbnnanvMIicc42IrE9w7AyAIf6WJ/M4Qx6JaHQ7zVfeYA6vvfRizIZqwYliYOFLTk24u7xF2j3UC2o9EvYbUMssRH0UAXfZ1UmXktf4LscVCNp2P5RlXVjo4b1xniTm9rxFw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Mon,-08-May-2023-11-44-38-GMT.mhtml

**Hash (SHA256)**

5a8de91f94b47d60c9f49dc7de6269315b6070f09aab48c6d72683ad6aafe96e

**Signature (PKCS#1v1.5)**

PLpVsgD6wvgNU+GxD/XUqqjaX0eRDXLSFLVxIUKy67BLdgeLveX+f9g8ZxEg2S3SWpWVXvjkV53eqAxsfItMfeKDwE2kA5l+nUWk2RTfulmXUQU0UbszSlAa1e42jljKkM8ess1aqLudY+Dd5HhHhu7o5PQK0OX7Krm2JmYr8f7caoESe0amVPB6E8qWOpwoBfN602Yj84o+KgKOQ/
yBM0gjk2JTCV8eiVhXlUJpVypzOj5M4i/X7BsFRD8Pswh8rdoMFeHxZcN8MdgY59Mbl6LHBvdCrSGpylqq1Uuyo7hbRBYd1Y7A9iNI2wOGdath4Nnxxm2UJXKRzQdAmUu4iA==

amazon Checkout (1 item)

1 Shipping address

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Or pick up near this address - See nearby pickup locations

Change

2 Payment method

[redacted]

Billing address: Same as shipping address.

Add a gift card or promotion code or voucher

Enter code | Apply

Change

3 Offers

Change

4 Review items and shipping

FREE TRIAL

[redacted], we're giving you Prime FREE for 30 days!

Get your Prime eligible items with your 30-day FREE trial of Prime

Get FREE Prime Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: May 11, 2023** If you order in the next 6 hours and 30 minutes (Details)

Items shipped from Amazon.com



**Smiley Face Hat Embroidered High Crown Foam Mesh Adjustable Snapback Trucker Cap for Men and Women Black**

$8.99 & FREE Returns

Qty: 1

Sold by: TuopuSiLe

Amazon Prime eligible Join now

Add gift options

**Item arrives in packaging that shows what's inside.** To hide it, choose **Ship in Amazon packaging.**

Ship in Amazon packaging

**Choose a delivery option:**

- **Thursday, May 11**
  FREE Prime Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Thursday, May 11**
  $5.99 - Standard Shipping

Place Your Order and Pay

You'll be securely redirected to MasterCard to complete this transaction.

**Order total: $15.61**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Dolly, get in on the perks. We're giving you 30 days of Prime benefits for FREE.

Try Prime FREE

Place Your Order and Pay

You'll be securely redirected to MasterCard to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $8.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $14.98 |
| Estimated tax to be collected: | $0.63 |
| **Order total:** | **$15.61** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS
Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com: Knibeo Cute Blue Smiley Face Preppy Throw Pillow Cover,18 x 18 Inch Pillow Case,Gifts for Teen Girls Women Kids,Home Bedroom Living Room Girls Room Office Dorm Decor : Home & Kitchen

**URL**

https://www.amazon.com/Knibeo-Smiley-Preppy-Pillow-Bedroom/dp/B0BXS4FV6M/ref=sr_1_124

**Collection Date**

Tue, 09 May 2023 09:31:05 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:93::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

A/a0ZU7VQHUZEUMdDFfHllY1Ywo2/JAvqxu+nELahlbLVpQtE5akAvKETRY+0HLQeHT7c5lDq/a88TCaK7+Hd5L1zHRxLT1rRuf+WwWkTVyKy+OWrTNzTcToki5uzikWh1BzpObdl2h2/A4WJcokRkl2O5NeHBLEXDGl/EZ2iGg=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Knibeo-Smiley-Preppy-Pillow-Bedroom[fs]dp[fs]B0BXS4FV6M[fs]ref=sr_1_124]]_Tue,-09-May-2023-09-31-05-GMT.pdf

**Hash (SHA256)**

856af0665e69147a0031f4e1fa527bc8a9383f416b697dcd4aa192e031d8feb6

**Signature (PKCS#1v1.5)**

ErsS+yVNUgXj/EiEYb/42dw2iiEYx839lehWy6E5B7PT0MXMHn8jCFc1+8fHPDsCelvZKtL6MKUrB7HmVq/ZULJYcdOUcNiFwvBY5tl7qRCkGj0XjXahP6Aa8/2W+WvHtWlPMXHJ7C9O+yaYrMJsPnlEBvep+oC/dqjjQ5Fq++4=



AXENCIS

Investigator Name: RemoteUser2

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Sat, 13 May 2023 17:13:34 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

RemoteUser2

**IP Address**

2001:ac8:9a:1e::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

kDQYNBvLWVB2KJ24s8IyfEf2b2H8Su2PFotmHJbit/MVtN5Qv4sp61ctfC3GLUcQlMeqbYhZCmreNwKizV9c4arpdT/ZLv7ZoBSND9hPgELuobNjBzjIQUcLLJ9+UazITqUWNEzNRUDRRMz28zFZt632YLo/
mBkEYb6+HrmptYhdedPP43UkE1dM9RUfDR8ZhUzibgMhikUdsQDdLiMlEjaNlGZqxidpKpGYJnuV/vw0BQ+A6q21fjFr5QheuFyu/39YynUhZ+DsztXXQsHWHK7vWvd/IvxtMT66TOzq/58dbBVPkly0zDGHw2gnByM2bcq3pyLMbtJYHeJKRTM51A==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Sat,-13-May-2023-17-13-34-GMT.mhtml

**Hash (SHA256)**

34e203cdcbbff8bdc2116a570aaa3c4296d2c477dc59b407905e2547104d39f2

**Signature (PKCS#1v1.5)**

AOBPv66s4HlJu8nZi839h8+fTgUEy+vJDAyohn3wSmOeQoNukB/33ZHrL1XKEqYvaSjuQ29spdsB1ugWrgYyXoeady9rR5lyN2r9Fn857zyfN9ub8cJmWevdaqxDjbMGx9t3+geHPOTXJ9cb13OH3mPKi7CElxeDPw
+uGM6ifpsokRC2aZZN6yNxI1u5mRuqujYH9Q2zR2sF1l5eQqAe9WJbqD3YiZUpqhyuwVf+d8JMnOg9z1g4IuKmyUcHRgxbGQt4ufkHsK4iIwJwcPcFz2I6tXB2HbMXkO5esz59lVYtDveYytwzvHfMUyV1FPvKFL7D4o3XMR2pJEJlv0WTpA==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items ~~Tuesday, May 16 by 8PM~~ **Tomorrow, May 14 by 8PM** for ~~$5.99~~ FREE

Get FREE One-Day Delivery with Prime

No hassle. No commitments. Cancel anytime.

**Delivery: May 16, 2023** If you order in the next 10 hours and 46 minutes (Details)

Items shipped from Amazon.com



**Knibeo Cute Blue Smiley Face Preppy Throw Pillow Cover,18 x 18 Inch Pillow Case,Gifts for Teen Girls Women Kids,Home Bedroom Living Room Girls Room Office Dorm Decor**

$9.99 & FREE Returns

Qty: 1

Sold by: tuqu

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

- **Tomorrow, May 14**
  FREE One-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Tuesday, May 16**
  $5.99 - Shipping
- **Tomorrow, May 14**
  $9.99 - Shipping

Place your order

**Order total: $16.68**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Get FREE One-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $9.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $15.98 |
| Estimated tax to be collected: | $0.70 |
| **Order total:** | **$16.68** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: T-ztoss 10 Pairs 14K Gold Plated Sterling Silver Hoop Dangle Drop Earrings Colourful Cute Round Smiley Face Earrings for Women Girls Fun Design Face Earrings Statement Preppy Earring Jewelry Gifts (10 Pairs): Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/T-ztoss-Sterling-Earrings-Colourful-Statement/dp/B09FFQGXYY/ref=sr_1_180

**Collection Date**

Thu, 20 Apr 2023 05:08:42 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

J4ClwoY4as4WCRKKz32umqlEqMSx/Ox1/SuhBTCH2LcrvDXL+QYqoYF8itVdsi+rMFvbZZo7bnyG8ZRERDpF4brmE1wMXBUYzSORbMwE3elAfQSqZ16pEMgznigoG/raMHZsBNRRRsfz0ytdnZwBIHOVWa5Fy3qntJrWc1Jud4E=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]T-ztoss-Sterling-Earrings-Colourful-Statement[fs]dp[fs]B09FFQGXYY[fs]ref=sr_1_180]]_Thu,-20-Apr-2023-05-08-42-GMT.pdf

**Hash (SHA256)**

33371a24e679d83255666ad8657cc0938eb8af0095448ab1c1a5eebb9eff246e

**Signature (PKCS#1v1.5)**

r/iexzGlXOJyHdzWxp2R/6e5UJxYubQ2VSha+kL/40CKmk5t7XQ+xUVazyWcR4FM4KyYBywL5Pm9FUunfujSblX6z5HqwPe2L48+CEPeDdu89EDhv6VKyQbT0mKuEfo/ZMjPLR7vpFHqgF7Qo/nvaUt/94E+dR5QRVPr3bg1Rqk=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Wed, 17 May 2023 11:53:43 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2001:ac8:9a:d::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

S5tnOije3ycZqbVduHdhuoAXDQhNgaRKii/7g23nzVwvVfSoD008qq/xqCSAjzLUhXaa3sUMWK3VvrXXXn1a5P6B73AWNhC8v+CUEzudHljb0J7oWb2rdzpNcD7MBNMPO5ooqilSMRSi09OUVKoIqHCUQsUvy0QUNSqfhq0PjAoJQR3cv5NeMv0Dytt4+B/W87nP+QSXDeicANQsPpEPMu
+SjefGvw91g7MO5raluc//uAI7Y0ww59dhnevAUG/xoS24hdPGE7Lro1Fc0eF6OrC5RCAQHf9phWfBL8h2DoY/m7SLY71tmoqOQ9MyeOGXU1KRGq3WnA74D0xY/Vl+2A==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Wed,-17-May-2023-11-53-43-GMT.mhtml

**Hash (SHA256)**

f4d13b23dc5806c6f1149c2e4a2020ebfd1d29a8434f86897fc147cd56563239

**Signature (PKCS#1v1.5)**

EhQzJbjKo3mvnq2VZbZEjLoxOiGOurvWdoMVIOSuu0pOUjlDyLINjz1zbimjYjYc+HKdhlSiCi3iyU7PMa1MPs/IOM7L8U6Edq2c5aC3Fwv0Kw/JSiYMACDUu/EH2vNoDfapwVIqSsItzkDRICU0ud2mUWnyuQpjGBjxiT0ae/1uaRTE7Ie6vr7Gb5AbXRRE+gBuAPm/
v7SruWHxnI8pboWGHd6eNpBE5YslX9WsmcuoO/vXQUPKluWflzbWWvmBd+rkoMdmal/+1BW/pyb4llXHDi71Ab7pjzbM04AHjMT9v7kx6FdYGHXKHJJ/H35RnPm1cSnEfhT0VD3SVqpj8g==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items ~~Sunday, May 21 by 8PM~~ **Friday, May 19 by 8PM** for ~~$5.99~~ FREE

Get FREE Two-Day Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: May 21, 2023** If you order in the next 16 hours and 6 minutes (Details)

Items shipped from Amazon.com

**T-ztoss 10 Pairs 14K Gold Plated Sterling Silver Hoop Dangle Drop Earrings Colourful Cute Round Smiley Face Earrings for Women Girls Fun Design Face Earrings Statement Preppy Earring Jewelry Gifts (10 Pairs)**

$13.98 & FREE Returns

Qty: 1

Sold by: T-ztoss

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

- **Friday, May 19**
  FREE Two-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Sunday, May 21**
  $5.99 - Shipping
- **Friday, May 19**
  $9.99 - Shipping

Get FREE Two-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.

Try Prime FREE

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $13.98 |
| Shipping & handling: | $5.99 |
| Total before tax: | $19.97 |
| Estimated tax to be collected: | $0.98 |
| **Order total:** | **$20.95** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

**Order total: $20.95**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Sian Kelly

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Mon, 08 May 2023 10:08:48 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sian Kelly

**IP Address**

2001:ac8:9a:d::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

g90/vHpMAUTihLv5aNEsMQm3zI9BJKkRKGnOP3tdHs5X5jld/SYluTHEokhUWUogUj3ZcCjdJzFPBEL3pywoHNmrjheALBTLFghZkziuGGldlrVQaiEPF4rGCHJ+yA4Nb8WGJ84oVQr+O/5drEgn4K/hOlftazUNIj2pB+ImjRTsYVt3RNayKx3rQU5idFj9xf/G+4Cd7RPR02hKjQFV1pIHi5L6MjPcC
+Yc0i1Gsr5XlS2LBK2Jm5Aoi00Mr5+h+z40XXX7yFz0s3De/0rAydAfqs9j1soOZPGdgrqipCViQ3FrcxfcdSK2TR3y1L9/IAnxavwcfFpJ0/9uVD6Ufg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Mon,-08-May-2023-10-08-48-GMT.mhtml

**Hash (SHA256)**

2fe5fa5157b1c60a2357caaa7e3b4f206239cf3456016121709ddb4ae6e9dcf4

**Signature (PKCS#1v1.5)**

OMqconKLcfNS6Ud5bTzIwL3cOpyM5uphGbOSO2FLT3+Vdp77yrdJnre1iRnqun+UrebcEF8UB35RY9Eyel85X+Ys+g20AIAgUGBsG379fippnbogxDy43xx8kg81pCbY2zI+hswX69WSUie7eNy0DcZiemphK+87ytV/
tIVVPyr6EWTiYreteuW6C32dpB3Bn0zQT20DZSO6yfI3zYX4w5Bclx4UXJdqeTXWXWscc6hcGsD7iPsY+I9sEB8TAOKvs/lQweAN71lcUiqXCUcQIuImyjpUa60/F31cP+2FzgLBipNHUpqpDQUBAZXgTJM6OjmxTlE6gRAeqQroxcbuWw==



AXENCIS
Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com | UCUHNB Kids Slippers Toddler Smiley Face House Slippers Indoor Home Non-Slip Rubber Sole Shoes Warm Cozy Socks | Slippers

**URL**

https://www.amazon.com/dp/B0BB6QBRTH

**Collection Date**

Wed, 10 May 2023 06:12:52 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:93::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Fon64NdLpRXVJYERFWyRxg/3f8IWjNEQwulwBAS2ojN/WTeLKFjmGqOL2Tgz9S/XhbhAjSW3Ycv/9gPoRG4F+heCGG3khZxQeW3NjOTcLK+ILJ4+NynYOCurunOqiRMdM26K2c8hr0oIA0qeYE/VUDWMwpl6DtE9gCf9uNHeG7F2LslaIVB5qBUtalRCIHtPnaanpdAUAv
+a6Vup9RjmgGZO5+jeQ9lwrj+rfIWXlaccmfqicixb6VPgmwK7Z1cPKoCZLdWtMZgGC/8wNbd1s4lQ4eVR9wEQy+5F9cSNFCyjks4ElRCjy9Z921vCLSWD9EhTsBKNjFNZ96goRkbKUA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B0BB6QBRTH]]_Wed,-10-May-2023-06-12-52-GMT.mhtml

**Hash (SHA256)**

e78f41bf3185488aa0b489b0d6cb864e7c774efc9ddc34217bbddec2859f01ab

**Signature (PKCS#1v1.5)**

ePC0duPG2QMYv4qCGcNwAfU4LOkJ1jqqH4A6Jd5iGANLhcVzpuNTZM0gYLLt31UsGm1dF2ksOU2pSQNXsLm2Wa3RsQAw08ZmJSiMV8nG6Kx+j+6MUVb0JA0yrA437oO2WAe3jNhVZ/TTnMtmIaMIl2mntbJb1XqLz4VKVw1TkamZT97t61voC2LQkJJFrFirLw+rEBsu8ktG3ijKCTXiD
+eMrDEV8OsKcs7iwayg4SrqLD1N20/GBoGFnGhefj4ttawzHcjdRmzuuLbV2ruDN7b8T71SoXFEY7zvA8vole4mEDwYyS42ILchYxuQ25RMUk6pvXzwDjPk3tOSwLmNSQ==



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Ufraky Boho Layered Beaded Strand Necklace for Women Girls, Colorful Beads Smiley Flowers Heart Pendant Chain Beach Hawaiian Costume Jewelry (Pearl): Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/Ufraky-Layered-Necklace-Colorful-Hawaiian/dp/B0BGR92229/ref=sr_1_253

**Collection Date**

Mon, 24 Apr 2023 06:27:34 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

DA+Sry6Llc/InrO5x1LHIr70TA+rgnSRqboUPfmdvP8csuBqfZtzlJTp0o8ohmFZBvN+1fnmyTo4UPew2CJBAO7KZCTTJjH3SSxTcTBW5s2VZALWXcYRI6qpHSLT4t7pP2thFDsJup0PGe5hxdoU7khjtsN9T2GFGeD9fVOU26c=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Ufraky-Layered-Necklace-Colorful-Hawaiian[fs]dp[fs]B0BGR92229[fs]ref=sr_1_253]]_Mon,-24-Apr-2023-06-27-34-GMT.pdf

**Hash (SHA256)**

86a156035d5ffbd3d8a3059929ad87abc8ea0f04b47da9a7228a108310fd8f40

**Signature (PKCS#1v1.5)**

jSGM6QgfA+vYo9Fjobb8zWbHHtQ9bCLepmtwQCgNyK5xP4qnwoxDt8aGeCsKLVQe7UNrPKGz9KYzFGevW91iMytGYeinsTGZR1Ng0HJpDkjuCALWikb80qviK9QizOhkHODTXvgy6lDTIzzv15LAfL6Yjj4VQMCphru7rBDm61Y=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 25 May 2023 15:13:50 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

116.68.105.188

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Ld0cpXCVV4z2O413Mk6rx0CzsjOnfY9TJXXQRkPIU/b6npfS31bTFxTeVGzg9Ha4n/llbiu2DYyLpPbgAC1b34ukj+nyrP2uYctJP2I+TfxEPBIyTUh4cHeG3uvIjB2NTnncjFedIsx3F9zYEYsE
+VDYsPPCwO7ozXrfHXo2qNX3cYPuWawQASkIvOEArK1U6KfIKbWxVP3KoG7IShpKru5OhEdGXHC8SJ90VQFkKqPnUzMunjO+MrworgNKPhvaXL+3012YPQUrOwqpNG3rjFI8XxN/9I3NENKzZYgacc25+FGQAjoWqGyBE8IMYsddI7JaPmY91fPp7GnxRU6aLQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-25-May-2023-15-13-50-GMT.mhtml

**Hash (SHA256)**

e3a161c67418f77ebf9cc0d0ba1317d77c1d03ef91fc95388765dfd19b74d3a3

**Signature (PKCS#1v1.5)**

Gx4rJF824XMjj76R7zcyjE5b6eoM+6ioMOALp3cUfb2ySZEORvv2kmQQK26IE4wCBIxulbxdgKtcck2M/iwj3txosNYwHn2vGCpR7ZJtYWev0h/i+CpFsVb/SDitje/N91szZ9FtRXu4YuTOi6AqhRTRNOq8uDgO04WB800VPjAe593msFRtjuaAI0waBVOHp7I04udSTWrr/
AnJVe5IfzfFaTAbRD35MRiQWjdXbfK7EK+7ixPz8GFh73mW7pp95p4lqCrMulAYC3CGsFtLg8qHZI6bedJzzADRO8qTQZwLDXgzflnGFgqpr229PD13zxVU5W8SqHF3+AE4+UsPdA==



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com : UHOMENY Smiley Face Makeup Pouch Bag, Smile Cosmetic Bag Aesthetic Cute Smiley Face Makeup Travel Pouch Organizer Storage Makeup Bag Pencil Case Bags for Women and Girls((Blue) : Beauty & Personal Care

**URL**

https://www.amazon.com/UHOMENY-Cosmetic-Aesthetic-Organizer-Storage/dp/B0BRKHP1Z7/ref=sr_1_170

**Collection Date**

Thu, 20 Apr 2023 11:49:16 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

S78m188gpkrEB4lyyzazc+i8c5wODgvP3Ov/joXAgJNChLRx3AzyHjb2rmBVjlJknnowdGZhProDE8H1p6WaO7wLonq6GXOWjmhZAh4dNLi5wv8/1tFYHxLHFNDu9OZOwA6alYKSel0WmellGr5bLBqnlvbNB5UAnSHTTqBhraY=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]UHOMENY-Cosmetic-Aesthetic-Organizer-Storage[fs]dp[fs]B0BRKHP1Z7[fs]ref=sr_1_170]]_Thu,-20-Apr-2023-11-49-16-GMT.pdf

**Hash (SHA256)**

00c13e76d5564f3539db815934f0da3d48d134dcb68d6e78c25217db685ed07f

**Signature (PKCS#1v1.5)**

hlA3hkTambQP2wzXszsvZ30jgylddmmGtq8uLZBXdb8s9T5drdU0HgBBzwri/ZDQkzEYG3TApur2DUh+CUmjnNPFDy9ceinc5DVY2NQi6ibnHgCWMqLlmQbe/3VJeH40J5JC2p4xRlrfQrhd3529iK9CxVPD7hH0D9Pjz8x5C1o=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Sat, 20 May 2023 04:05:15 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

116.68.96.16

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

KUCZ8hZzaNscub7zsTg9jB6dBNQixXBDsyQTeF2JHfKBzMPIvoTebmxaNOpqCi/EQJQxP3jf4Z7CaxrKZ8RbdLE4lUhL1WgWIhyTd5F/f/pEWjsVEuyMwpPL6gLW45Unr7uXh2DSltC2kufEhkgnyP0SAA6lUL6hRXaYWo2rXKhbTCLMY/
V7vWYfi9y79f692PgqG96uIw17HhzFhOiutIe3fbxA4AhlP39g0B7ul6za+WG9E1vzNiYPPr2JPQJIT2usDm3UoVvFYLlhe6IQYUWjNcEU9V3axrKZW8cA/uKjBytssKgtegpLhIxqkFM8px8vz+4SLb2OO2H4PufzoQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Sat,-20-May-2023-04-05-15-GMT.mhtml

**Hash (SHA256)**

e6b005c4e33b9ab14b768993b5e670291a8b9fb15462ec393b0421640cd234e3

**Signature (PKCS#1v1.5)**

LIfk/ZrKvlgLrxeJ68+WkLGW4wM/YMI/4By3ZA4GAbJ2l4gI+s80JrDAxUVoKcqbrez79FihNRxosau9y6Dx9BxQDZYYvweSQ2u9o1VVLlR5AFKOuHMuq/G3wGFn9755Im2zqXoATBg4qfcdLVqdTJWMlbIiAMB+NXkdCnvygmfPnt3zsttLvh2PhliwVYudjcIX7LMnr3nwLM/
H4pbBH0d8sNAEOsqqyqwFk0MqC+vWpI5SgZwq1aLMbXCJVg37SpzRumPYzoqgw1ItNklIoKLKfmoUaKKpyLjS4C5Qk/1fU65A6F/laOem0TLEK1i0LCyEDY6yQ2YyLMyzYghlzw==

amazon

## Checkout (1 item)

**1 Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items with your 30-day FREE trial of Prime

Get FREE Prime Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: May 23, 2023** If you order in the next 11 hours and 39 minutes (Details)

Items shipped from Amazon.com



**UHOMENY Smiley Face Makeup Pouch Bag, Smile Cosmetic Bag Aesthetic Cute Smiley Face Makeup Travel Pouch Organizer Storage Makeup Bag Pencil Case Bags for Women and Girls((Blue)**

$7.99 & FREE Returns

Qty: 1

Sold by: UHOMENY

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

**Tuesday, May 23**
FREE Prime Delivery with your free trial of Prime
Fast, FREE Delivery prime

**Tuesday, May 23**
$5.99 - Standard Shipping

Place your order

**Order total: $14.54**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $7.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $13.98 |
| Estimated tax to be collected: | $0.56 |
| **Order total:** | **$14.54** |

How are shipping costs calculated?
Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

XOMO Mens Women Smiley Face Baseball Cap Embroidered Trucker Hat Street Hip Hop Dad Hat A green One Size at Amazon Men's Clothing store

**URL**

https://www.amazon.com/XOMO-Smiley-Baseball-Embroidered-Trucker/dp/B09SHN5T2X/ref=sr_1_187

**Collection Date**

Tue, 25 Apr 2023 11:27:23 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Zi6NIGxj9G4aGSvfHmWd/c42AG/FtHdK2DhFooNrB0YCBxRi3yCLnS7eSgv9DHpGGa/gMd8J1RoRaZuLwENYkaZjCqy1luWMwu50to7Fv6qOeVW2mYzZWLox+xA4kgJe4u9HYNKrQbrrAFXms/Wguoq5z8NKOCBzYODq/7p0p2g=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]XOMO-Smiley-Baseball-Embroidered-Trucker[fs]dp[fs]B09SHN5T2X[fs]ref=sr_1_187]]_Tue,-25-Apr-2023-11-27-23-GMT.pdf

**Hash (SHA256)**

b4b1223358f274469df97f92959755993430151c91be5a447c7e74347623e8dc

**Signature (PKCS#1v1.5)**

HoW2UGtflOeocSbtSalWBntDbTUGrTCHMElX+vY0ZOnj7/TKGMUXAP3TTBgKPVlrafu9xxSy7qd5YydHS1S7R7fZe5Z7uvZ4yDEsmCcEAswa7P9Hp6JGARzs5bo5libg2a25xMbPyDuXi+O3Ccc0xymsAz7xpyxVCLlFx+Z6eHQ=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 30 May 2023 03:43:22 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

202.164.136.95

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

olg620AxZKOuE790a+b1T5X+630BmK7m1pNXv4HsgwmUI2Hx2suPpowa+4esPJDShZwOwt+jEx735iTTe06UhtbVHcThDK5HwQvGXBvR7nEJ8Lh2QF05KIXM17/J4iYbzzLhNe3Ve9Of/
CcMzD0YVOTQ7byjxdavaQzZ4ekaBrYDFSLd3YAiPKouprMbhjvu04tVT12Hhi4MsYlQvgTFjgTEH6SETaRbsQy/xz3ki+xX4baJluGL0NDMTJjrbKgr6064iCIdTkTQ6nA498E8eCENbRRFDlE7zgB4vqNnSmiAGGiNnCrr9cJOHKGcptw3gSnbp/WQyYAsLuGSePZPKQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Tue,-30-May-2023-03-43-22-GMT.mhtml

**Hash (SHA256)**

f044d51da763c0c38919e81dd66b36a8323dfa710e6755fdf792330e70d3b145

**Signature (PKCS#1v1.5)**

YSK9+OpVOwKa1KDYe49DHY/gLpH3VoyMGTL5FzX/o99viSCMoZ1Empf9JBXqvw6PwY/7X+I87gA343G4ck/5lKHSesBuKy3nSJgmewreTRbOcNXJ+/
dYI1sjdrKpizJT9rd8Q8XoF7xTmiU3WgBNA6IZX0Vmr9uBt45iclgIWI3pfMX0ctjB6e1pe6cSWrgZVPfK8hQkBI9pdlBzwRg4VHmadtP8nwtJU2gnF+/aIi24JmZEhblvgOGZ7J0DQQugYHENAqolCyWPqLTmCT9RNbr1ZeDDvkm
+6lNqk2dnzPhRYNvDXfrjZYJYDM1vo4XZFrGn7RB7emveDPpL6Ne9Bw==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

**Or pick up near this address** - See nearby pickup locations

Change

**2 Payment method**

VISA **Visa** ending in 9985

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

Change

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items ~~Thursday, June 1 by 8PM~~ **Wednesday, May 31 by 8PM** for ~~$5.99~~ FREE

Get FREE Two-Day Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: June 1, 2023** If you order in the next 16 minutes and 39 seconds (Details)

Items shipped from Amazon.com



**XOMO Mens Women Smiley Face Baseball Cap Embroidered Trucker Hat Street Hip Hop Dad Hat A green One Size**

$18.20 & FREE Returns

Qty: 1

Sold by: UmaSilkRoad

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

- **Wednesday, May 31**
  FREE Two-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Thursday, June 1**
  $5.99 - Shipping
- **Wednesday, May 31**
  $9.99 - Shipping

Place your order | **Order total: $25.46**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Get FREE Two-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $18.20 |
| Shipping & handling: | $5.99 |
| Total before tax: | $24.19 |
| Estimated tax to be collected: | $1.27 |
| **Order total:** | **$25.46** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: 20 Pcs Silver Plated Rings Set, Cute Open Rings Pack, Vintage Goth Y2k Adjustable Rings, Cute and Cool, Flame, Snake, Hug, Smiley Face, Moon and Sun Rings for Couples, Gift for Women Men Girls: Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/Silver-Plated-Vintage-Adjustable-Couples/dp/B09L5N6QTB/ref=sr_1_93

**Collection Date**

Wed, 19 Apr 2023 11:56:30 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

N494SsfiAXRWcUxNjXDKJPvlW05BemKajMaZQONm+FNEev6Q5JHazP6EjawKjm6hfjKVPnNXOdRwMkHHjyc+dtunjm6WU1MddTw8L6ifQi5yTQew+octpe3Oi6hHyFMxDptic4mr0qwP+1rKrmkrE7JwYUcHrnb8GAU0+YK4W8M=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Silver-Plated-Vintage-Adjustable-Couples[fs]dp[fs]B09L5N6QTB[fs]ref=sr_1_93]]_Wed,-19-Apr-2023-11-56-30-GMT.pdf

**Hash (SHA256)**

4777c1d951da4103024b10cc703aa73a62dbf9ca23064cdab18b34a2d86759a6

**Signature (PKCS#1v1.5)**

AzBywgkCVkKldtlbME92BhoXHHvNOamEiQ+zrttlvWw8452Q8RAlMzMVjhjzfh2B5NYeJC8wLoBuZh27egmvviH9QqxUkOpN4k7ESCuFrNXn20c7pR0RDGUoEkU04yyoTN7Xd8ByNvKgsLAefd3sZH5m2Eq5IR19OZ8sqbMuMdU=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Wed, 17 May 2023 07:26:47 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2001:ac8:9a:d::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

E7EV3r0M3W6CYRfaFlcBT9otgWKNwk85qDSX/nnM6buGqkPLorazqY8Feb6KHAxNDNhGNp1PAvPIU6t0bh1rx1X8TT0RPv6UrrIQCaM2FBCVS1mEQjkn0FCQoinAil/pJyRltaO2Q+jvelz39qpB9IhfYYkRGIBw8O2jol+dOyzkTSg8JwCc7uxVqOqvZjF4zW9jfMF
+OBleFy0uW9xxO94omUa9pheb6YhKsiO4oxZzeiG4ExjH9xWxOc1K1tIwN4MzjurPya2qjW67XpcKdrKZsVAEksokyQJqotQxzlGC+O90kN9E/RDbPXG3GMaE1b3fJ/Vttj0FMLC1iALYCQ==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Wed,-17-May-2023-07-26-47-GMT.mhtml

**Hash (SHA256)**

e27c76d91e6ef106fb4ee89e5a4bd3bf9561b8c2bf08af68a921cf40022dee2e

**Signature (PKCS#1v1.5)**

KCurvzaljs/1seeKJqjH0MbszAo1BnLgVUmhMssfmIQ19xfuOCZI4KAWrg6m4pcRoG1HaNCAf7EAEDjf/0aMD3/lPSLxfbH/RFOEDu+UnxOcX8/UyS3xpBp89IPp39Of5YrfbtvRzxpXbr7Cl27s/KCyeqMOZ8oCjOt+ZxBd14zfVKTWdgZamKWc+cSIDcAKUYjl2gTveyAEfjFL3EMj
+wwTbHBaX5EThlu0oUHcBCLMyZcHwO+aOeGQZ6NLDPoA3v5AmJIZ36xqTrlHcT9VMD6RFvUj4osrf9D3lm348B/6rnzYYLXmAHma2cq891/qNXRvkuzmTugJmkfA33g06Q==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

**VISA Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items ~~Sunday, May 21 by 8PM~~ **Tomorrow, May 18 by 8PM** for ~~$5.99~~ FREE

Get FREE One-Day Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: May 21, 2023** If you order in the next 21 hours and 29 minutes (Details)

Items shipped from Amazon.com



**20 Pcs Silver Plated Rings Set, Cute Open Rings Pack, Vintage Goth Y2k Adjustable Rings, Cute and Cool, Flame, Snake, Hug, Smiley Face, Moon and Sun Rings for Couples, Gift for Women Men Girls**

$15.99 & FREE Returns

Qty: 1

Sold by: Une Douce

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

- FREE One-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Sunday, May 21**
  $5.99 - Shipping
- **Today & Overnight**
  $9.99 - Fastest Delivery

Today 2 PM - 6 PM | Overnight 7 AM - 11 AM

Place your order

**Order total: $23.10**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Get FREE One-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $15.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $21.98 |
| Estimated tax to be collected: | $1.12 |
| **Order total:** | **$23.10** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com: Smiley Happy Face Group Logo Embroidered Badge Iron on Applique Patches

**URL**

https://www.amazon.com/dp/B00MPRD3ZA

**Collection Date**

Fri, 02 Jun 2023 17:08:06 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

116.68.102.22

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

AXkqqlPn0rOYw6NyyMsw99bUxpTb6SgRTq49Dk8V+GXWorDA4ZLqxgaVtkhYKEzdGUd6QeW1uqTHsuluU69uiY1Z8qYUwfrutRSlwa0q1rLOZ4pyrph1tmYtiasjDRFXGC/8D54DrP2E2ydp1kaJzPw3E8xJAxL4g/
COswUz4Cn8jesVFeyyxlUZ2aC375b1ssqTCfORtYJHbwlDvupELi36LrL49O4EqhyJ1qz6ToMB/4qlckGSmGI2JoXdw3ozqyoSbxGTrDb0i8+xgLan+U8qmOY3f+rWmWxWsxCJXBF/sJj6dC9SAVqmeq50nzAoEheGbOer8CLAV/owMk9vKQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B00MPRD3ZA]]_Fri,-02-Jun-2023-17-08-06-GMT.mhtml

**Hash (SHA256)**

2b38c652d9fbc8d7877a513dba2b7090bf1681b62330ddb88d96c859be9d98f8

**Signature (PKCS#1v1.5)**

f/m0IW4+JP8vGZuxZlyOTA/L9W4Ah0XysZ7J+/JjkRWV9LZ2RBUQ0/Nk+k4/bXiypz+qHuD6RZ3Ur3Q5g4K8itVMbmuUKViGxqAbuUCxPN4BxMJQsugKXUiCFyrQ7w8UwXaVauud9SE+4ITLy5gbFPuURv0hyOVLIfm8LrhEns3O+Cxji/QxHisPHJZh68Qb6s2j87Kr0U3t3meOzloi2rlF4dCbskb
+geFaVBTEzDVXe57jC7bPjM91DrY1rxEOEsAJn2uwYu571ZxNd2eJ2cSk92LtbNGVIb5lpJh9rGOc/j6QdqoRGDCVrHZvmklMAmLC+qNQckoMSghsdWYCMA==

amazon | Deliver to Jade Miami 33132 | Arts, Crafts & Sewing | Search Amazon | EN | Hello, Jade Account & Lists | Returns & Orders | 1 Cart

All | Clinic | Today's Deals | Amazon Basics | Customer Service | Pharmacy | Pet Supplies | Home Improvement | Beauty & Personal Care | Coupons | Handmade | Find a Gift

Arts, Crafts & Sewing | Best Sellers | Projects & Inspiration | Fabric | Art Supplies | Sewing | Scrapbooking | Craft Supplies | Knitting & Crochet | Jewelry-Making | Storage & Organization

Subtotal $8.99
Add $16.01 of eligible items to your order to qualify for FREE Shipping. See details
Go to Cart
$8.99

Arts, Crafts & Sewing › Sewing › Trim & Embellishments › Appliques



Roll over image to zoom in

## Smiley Happy Face Group Logo Embroidered Badge Iron on Applique Patches

Brand: Happy Natt
3.4 19 ratings

$10.00

- Size 3 2/4" wide X 3 1/8" tall
- Top Quality, Detailed Embroidery
- Safe & non-toxic
- Iron-On or Sew to Any Garment
- Great for Decorating or Repair the clothes

Report incorrect product information.

$10.00
FREE delivery **June 27 - July 19**. Details
Deliver to Jade - Miami 33132
**Only 4 left in stock - order soon**
Qty: 1
Add to Cart
Buy Now

Payment: Secure transaction
Ships from: Urban Eureka
Sold by: Urban Eureka
Returns: Eligible for Return, Refund or Replacement within 30 days of receipt

Add to List

Have one to sell? Sell on Amazon

## Buy it with




**This item:** Smiley Happy Face Group Logo Embroidered Badge Iron on Applique Patches $10.00
+ MagiDeal Funny Smiley Smile Happy Yellow Face DIY Applique Embroidered Sew Iron on Patch… $3.99
+ Antrix Black All You Need is Love Iron On Sew On Funny Patch for Kids,Teens, Adult Clothes Jacket… $6.95

Total price: $20.94
Add all three to Cart
Some of these items ship sooner than the others. Show details

### What do customers buy after viewing this item?

**Highest rated | Lowest Price** in this set of products — **This item:**



24 Pieces Yellow Smile Face Patch Cute Sew on Iron on Patch Decorative Dress Towel… 188
$9.99
Get it as soon as **Thursday, Jun 8**
FREE Shipping on orders over $25

Smiley Happy Face Group Logo Embroidered Badge Iron on Applique Patches 19
$10.00
Get it **Jun 27 - Jul 19**
FREE Shipping
Only 4 left in stock - order soon.

### Product information

| | |
|---|---|
| Package Dimensions | 3.19 x 0.91 x 0.79 inches |
| Item model number | 4337020762 |
| ASIN | B00MPRD3ZA |
| Customer Reviews | 3.4 19 ratings<br>3.4 out of 5 stars |
| Best Sellers Rank | #521,366 in Arts, Crafts & Sewing (See Top 100 in Arts, Crafts & Sewing)<br>#26,883 in Applique Patches |
| Is Discontinued By Manufacturer | No |
| Item Weight | 0.634 ounces |
| Manufacturer | Happy Natt |
| Date First Available | August 14, 2014 |

Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

Feedback

Would you like to **tell us about a lower price?**

### Product Description

Iron on patches are a fun and simple way to decorate your clothes by sewing or ironing onto your t-shirts, jackets, bags, hats, scrapbook and much more. Heat-seal backing allows buyer to iron this patch onto virtually any fabric. Before applying your patch wash and dry your garment first. Set the iron to a hot cotton setting. Place the patch in the desired location and cover with a thin piece of cloth. Iron and apply firm pressure evenly on the patch for approx 30-40sec. Iron the opposite side for approx 20-30sec to reinforce. When washing turn your garment inside out and use a gentle wash cycle. The patches will iron onto most fabrics that can withstand the heat of a hot dry iron. Fabrics that may not be suitable include leather, rain wear (water-proof), highly elastic fabrics, or nylon fabrics. For materials such as these the patches can be stitched or glued.

## Videos

Page 1 of 3

Videos for related products




Upload your video

## Looking for specific info?

Search in reviews, Q&A...

### Customer reviews

3.4 out of 5

19 global ratings

| | |
|---|---|
| 5 star | 45% |
| 4 star | 11% |
| 3 star | 13% |
| 2 star | 0% |
| 1 star | 31% |

How customer reviews and ratings work

**Review this product**

Share your thoughts with other customers

Write a customer review

Top reviews

### Top reviews from the United States

Amazon Customer
**Not what I expected thought I was getting a lot ...**
Reviewed in the United States on October 27, 2016
Verified Purchase
Not what I expected thought I was getting a lot for that price big lost still gonna use em tho 😕
Helpful | Report

Molly
**Good**
Reviewed in the United States on February 22, 2017
Verified Purchase
I bought 2 and they seem pretty durable and are a decent size, I'm giving them to my friends because they'd make a great small gift. They also arrived very early and came in great shape.
Helpful | Report

Anna B
**So VERY Cool**
Reviewed in the United States on March 23, 2016
Verified Purchase
So VERY Cool. I got this for my 3 year old son to patch one his many jeans... seems like he rips 3 pairs per week. I was not sure how it would go, but he loves them. First, they were super easy to iron on, they've gone through the wash several times and the patch is still fine and he loves it. Only problem is that he wants to keep wearing this pair - going to get a few more in diffent designs. Absolutely worth the $6 and more!
One person found this helpful
Helpful | Report

Jessica Knight
**Not want I wanted.**
Reviewed in the United States on December 19, 2018
Verified Purchase
I thought it was 8 matching patches. It's only 1 and I never used it.
Helpful | Report

Dreamer
**Good one piece iron on patch**
Reviewed in the United States on March 28, 2017
Verified Purchase
Came before it was suppose to . Good one piece iron on patch.
Helpful | Report

karen
**Really cute! Arrived in a very timely manner.**
Reviewed in the United States on July 16, 2017
Verified Purchase
Really cute! Arrived in a very timely manner.
Helpful | Report

DMOS
**Love it!**
Reviewed in the United States on November 16, 2016
Verified Purchase
Wonderful! Elegant! Perfect! Love it!
Helpful | Report

Elizabeth
**Five Stars**
Reviewed in the United States on February 12, 2017
Verified Purchase
Very cute!
Helpful | Report

See all reviews ›

Back to top

**Get to Know Us**: Careers | Amazon Newsletter | About Amazon | Accessibility | Sustainability | Press Center | Investor Relations | Amazon Devices | Amazon Science

**Make Money with Us**: Sell products on Amazon | Sell apps on Amazon | Supply to Amazon | Protect & Build Your Brand | Become an Affiliate | Become a Delivery Driver | Start a Package Delivery Business | Advertise Your Products | Self-Publish with Us | Host an Amazon Hub | › See More Ways to Make Money

**Amazon Payment Products**: Amazon Visa | Amazon Store Card | Amazon Secured Card | Amazon Business Card | Shop with Points | Credit Card Marketplace | Reload Your Balance | Amazon Currency Converter

**Let Us Help You**: Amazon and COVID-19 | Your Account | Your Orders | Shipping Rates & Policies | Amazon Prime | Returns & Replacements | Manage Your Content and Devices | Your Recalls and Product Safety Alerts | Help

amazon | English | United States

Amazon Music Stream millions of songs | Amazon Advertising Find, attract, and engage customers | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Sell on Amazon Start a Selling Account
Amazon Business Everything For Your Business | Amazon Fresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Experienced Pros Happiness Guarantee | Amazon Ignite Sell your original Digital Educational Resources | Amazon Web Services Scalable Cloud Computing Services
Audible Listen to Books & Original Audio Performances | Book Depository Books With Free Delivery Worldwide | Box Office Mojo Find Movie Box Office Data | ComiXology Thousands of Digital Comics | DPReview Digital Photography | Fabric Sewing, Quilting & Knitting
Goodreads Book reviews & recommendations | IMDb Movies, TV & Celebrities | IMDbPro Get Info Entertainment Professionals Need | Kindle Direct Publishing Indie Digital & Print Publishing Made Easy | Amazon Photos Unlimited Photo Storage Free With Prime | Prime Video Direct Video Distribution Made Easy
Shopbop Designer Fashion Brands | Amazon Warehouse Great Deals on Quality Used Products | Whole Foods Market America's Healthiest Grocery Store | Woot! Deals and Shenanigans | Zappos Shoes & Clothing | Ring Smart Home Security Systems
eero WiFi Stream 4K Video in Every Room | Blink Smart Security for Every Home | Neighbors App Real-Time Crime & Safety Alerts | Amazon Subscription Boxes Top subscription boxes – right to your door | PillPack Pharmacy Simplified | Amazon Renewed Like-new products you can trust

Conditions of Use | Privacy Notice | Your Ads Privacy Choices
© 1996-2023, Amazon.com, Inc. or its affiliates

AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 02 Jun 2023 17:11:52 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

116.68.102.22

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

lA2GyOyxBC1GfA+PWzXw0VZ4VQLEh1ZFMJI0XkLL0+vgJRLSPr2kGEKlW9reJ6W0VeqSXfA5ocXJOL/VNVwuyC7mzbd0TCt2XTshQcx5SFhA4AvZCNDT4oLnHAeuVgNut8ZjJEyw2FH4uXJ/iQP2HQ28Jr8Owb2y3V5OMl7djeeRjXdOUGzq7eSWjkRRxc2GKYHGyMv/nNY8/ctV/6BcdbD
+VFvOTLw3RZw70YDRdbMuG09s5ACbrKMv+Rlg386MITnV+xYdAqtaJiDWamjarVx5FXvuJdMe5h0gJE77A0EOnSfvmlyOxDKkcXcNx9+2CFRxNC54mUs03XITMkOelw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Fri,-02-Jun-2023-17-11-52-GMT.mhtml

**Hash (SHA256)**

f0dd677d715b1eacbe40c5a05a6a571aeca208cb9159e205a65bf09234b614a6

**Signature (PKCS#1v1.5)**

qv3LxmeJ5AscN9S8FhFKbuFYiF6DlO/519FT4aMbLA2DqgiUGj5c/Up7MhJ1oGM12xhyowH+SUwlA8ktc7O0HvybH+xjP1FlBrhi5ZuWvj5ficGEz59WMzVY8oQOk4/
BCOj2NVY96XWOFvi5Xv7woPUCcrytw6Xv3qb4UfwsJZVFdip3wFePPvcuTw299iYft6eyO9cVgSk3Ma44QkLXH5kL0tcr5RpD3haMwCdTTj7cDN08UC6FtrKZoTiXzmJUaG7SxcRXxKGOI95CAmHhI7Y54dUMJ7zZchtaDM++wO9XtMkCXKeMPXHxvFxgs8N2M7DPTdDJUC7QKKifiuV2tw==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

**2 Payment method**

VISA Visa ending in 9985

Billing address: Same as shipping address.

Add a gift card or promotion code or voucher

Enter code | Apply

Change

**3 Offers**

Change

**4 Review items and shipping**

FREE TRIAL

Jade, we're giving you 30 days of Prime benefits for FREE

Try Prime FREE for 30 days

**Estimated delivery: June 27, 2023 - July 19, 2023**

Items shipped from Urban Eureka



**Smiley Happy Face Group Logo Embroidered Badge Iron on Applique Patches**

$10.00

Qty: 1

Sold by: Urban Eureka

Gift options not available

**Choose a delivery option:**

Tuesday, June 27 - Wednesday, July 19

FREE Shipping

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

**Order total: $10.70**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.

Try Prime FREE

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $10.00 |
| Shipping & handling: | $0.00 |
| Total before tax: | $10.00 |
| Estimated tax to be collected:* | $0.70 |
| **Order total:** | **$10.70** |

How are shipping costs calculated?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: MOBEITI Smiley face Duvet Cover Twin Size - Beige Pattern Design Comforter Cover & Pillowcase, Soft Microfiber Winter Quilt Cover Bedroom Decor Bedding Set : Home & Kitchen

**URL**

https://www.amazon.com/MOBEITI-Smiley-face-Duvet-Cover/dp/B0BK25CDWS/ref=sr_1_297

**Collection Date**

Wed, 19 Apr 2023 11:26:08 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

sic+pVUn3+Wm6TYIHMKDRaBVIdYZpJ1eczAhdoDWa5mkiw4JfcYQcNqoyckZHpyuNASRbx4IdodCBujA4d5SDXZyQF715kXI+KBTII+BSmNIEt+uCB/KeGdVOMZAeq98iTyowzV6RdpJc6K+9vGO8zL1Q20p6icVp9od+LcKP8k=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]MOBEITI-Smiley-face-Duvet-Cover[fs]dp[fs]B0BK25CDWS[fs]ref=sr_1_297]]_Wed,-19-Apr-2023-11-26-08-GMT.pdf

**Hash (SHA256)**

8915f3c934c1331a1f327bbf7a7a264f31dd50c0710b8f2c8b067d78f78617f5

**Signature (PKCS#1v1.5)**

kDlqR+mP/de4JhDYS+VEz0w09gxTWG6lErb3BBXTpn+82Y4CbChJ43HuC0CwPfqUdLMOCuJdorog+Yd/vgsXhOC/Ao9GsWA54p/Qlr04EYiZG4tm/JkI33CIbM+77rqrKwi7ayN7wZGPGvAgSnsYeRK/jDBgieg/p9A7E6yH6yI=



AXENCIS

Investigator Name: RemoteUser2

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 11 May 2023 18:08:23 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

RemoteUser2

**IP Address**

116.68.105.210

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

s4gr2lKgtKuKnapcaILgqhbIEvtsnkFzvHH64w1pIFHGYToCxrp0VSNJQ9QVTDEWBWQeVdQEzBbX0IejAMsJsf0A3iDmbcGJAxR3KluEyJorvLlzKc/7SiTdViTWgikm7KP38gy7N5YeE336iYwlFIZCJWiSswxBosWJLZFLNEaw6Aq7w4Ao3kcmEEmKZFR0CDHD36XvPWyBsFV9ofE/
T379M5uY4alON8CytutfNYshjvePMoJ/aNwOTxKL5I/AaeDbnNcbK3ajtjmSC1BADh2V7ZMJrrgPhmPU2md7fk7hRDP/kEetdq764u/i6NKl54Yce57E+44dbHSv9GQmvw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-11-May-2023-18-08-23-GMT.mhtml

**Hash (SHA256)**

18268741f45cade0a2d32545fe3cada122cce7f5f20eaa1f3912d93aecf9db5f

**Signature (PKCS#1v1.5)**

Vnt6jqquVsKBjoJAfSIP479FqeRyeAmjvJTX+0qb/Y3xOHWhLx/9PHZU8qwosDvR4M7L6K+l2vs7rTtE55pYQu98Eg95/JRhadAR3BUaKRS4fUo65wvoA9XRGOboJrCkv4Pa0qbdo+IusnBhtv0++EDWU4VCh4RPdkVkW6FiGdv1WQLftURij2LPjvrEEEtBHAL2XDXk9YtousM/
XO66zudtgafq6I0PISF0k2WuVAplu2UPPPFfxt/yEv4FlZX56pMTskNgFFapwA6kioDs3wLUoqOu/zDXMOI+Oo/nW8esrEpTLsdAwkmIDKx4BS/rRbkhDqr6exJHessNkXC4bA==

amazon

Checkout (1 item)

1 **Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Change

2 **Payment method**

VISA **Visa** ending in 9985

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

Change

3 **Offers**

Change

4 **Review items and shipping**

**FREE TRIAL**

**Jade, we're giving you 30 days of Prime benefits for FREE**

Try Prime FREE for 30 days

**Estimated delivery: June 2, 2023 - June 26, 2023**

Items shipped from US MOBEITI



**MOBEITI Smiley face Duvet Cover Twin Size - Beige Pattern Design Comforter Cover & Pillowcase, Soft Microfiber Winter Quilt Cover Bedroom Decor Bedding Set**

**$41.99**

Qty: 1

Sold by: US MOBEITI

Gift options not available

**Choose a delivery option:**

**Friday, June 2 - Monday, June 26**
FREE Shipping

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

**Order total: $44.93**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $41.99 |
| Shipping & handling: | $0.00 |
| Total before tax: | $41.99 |
| Estimated tax to be collected:* | $2.94 |
| **Order total:** | **$44.93** |

How are shipping costs calculated?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS
Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Mon, 29 May 2023 15:53:45 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

116.68.102.163

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

W6US9nfuf7l8XFU5Ivmn9P6zB1JYAEzL/
sfYsGirgIJmf0XIGfO45Vf3V32n90gKcnYr9Bh1wPGSqJMpH3+9RyrbZQcN7uMfmMNz7xjZBAhUNdMhJUGN84EycbCSXXoDlWQ5+UIhdrxDQZoFTeE6SM2Ak8huQkKWBEUws0EunUUjKlDAWN6mWTnNhYfVbzH50vsGWATix6ikLFnWyhFAX1ksRFxkx218z8VWn3NT
+XAGKnoPDmw59QfDPojShyphEvoC6B40jAnrVJngGR909Lp69F4XWV1ToyAwN13iSqZJ1GnznJGLas7CTlRABads0bGAwndHIUVlo5zGBvjXpQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Mon,-29-May-2023-15-53-45-GMT.mhtml

**Hash (SHA256)**

bb4633e6e5653437e96efeaeef4c49efdedda78aee8a20cbe7c778ebe76b33ff

**Signature (PKCS#1v1.5)**

i+g9V6aNbt6GRT1VfnAfSph7oZUjgMxdjKHEBlbeI23W71FqYpum4uVMb0f7tPbJzn9AfUntA91DSEIzEHBFj7VnqL2TBSIYE7WPut47iB+puJ4DVD8HyVd+UEA5v17bEDBAgZAUVWz2ZlsgLbUsPRjrfDczNETGakp
+cndGWscGnTe0OnVfNIMoMC5PtLvQUZmWYi7X5yJx0lOqfzUS9+hzBjAQ4xa8+0IStW406juG+lGULEtfu1VGUN0GX6+7lSwGBMGHQ47aJ4rOTgK1q/2r/xzJuHxShyZ9dh21RcQzioESI8oW4PlwT6kjwdyivJsLFTbryjkVR/1CUZz2VQ==



amazon

Checkout (1 item)

1 Shipping address

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions
Or pick up near this address - See nearby pickup locations

Change

2 Payment method

VISA Visa ending in 9985
Billing address: Same as shipping address.
Add a gift card or promotion code or voucher
Enter code Apply

Change

3 Offers

4 Review items and shipping

FREE TRIAL
Jade, we're giving you Prime FREE for 30 days!
Get your Prime eligible items with your 30-day FREE trial of Prime
Get FREE One-Day Delivery with Prime
No hassle. No commitments. Cancel anytime.

Delivery: May 30, 2023 If you order in the next 1 hour and 21 minutes (Details)
Items shipped from Amazon.com

UTOWO Mesh-Back Preppy Baseball Cap for Women Crown Foam Smiley Face Trucker Hat Men Snapback Adjustable Dad Hat for Teens Medium (as1, Alpha, m, Standard, Pink (Gold Smile))
$8.29 & FREE Returns
Qty: 1
Sold by: UTOWO
Amazon Prime eligible Join now
Add gift options

Choose a delivery option:
Tomorrow, May 30
FREE One-Day Delivery with your free trial of Prime
Fast, FREE Delivery prime
Tomorrow, May 30
$5.99 - Standard Shipping

Place your order
Order total: $14.86
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.
Try Prime FREE

Place your order
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Order Summary

| | |
|---|---|
| Items: | $8.29 |
| Shipping & handling: | $5.99 |
| Total before tax: | $14.28 |
| Estimated tax to be collected: | $0.58 |
| Order total: | $14.86 |

How are shipping costs calculated?
Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

UTOWO Mesh-Back Preppy Baseball Cap for Women Crown Foam Smiley Face Trucker Hat Men Snapback Adjustable Dad Hat for Teens Medium (as1, Alpha, m, Standard, Pink (Gold Smile)) at Amazon Women's Clothing store

**URL**

https://www.amazon.com/dp/B0BLTXZQGP

**Collection Date**

Tue, 30 May 2023 08:14:06 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:93::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

g4dVcinvf+nyO1DPbn/sMkIJqlt1ZyU+Pp85IzWDMAHFIY8i2QZcY9gUs1pyakuTxG+N6Q63NfQARx89CyeltpXRBfnucmTS8ftNUBltqXIuAp9SOsWMC2d7ULrForl/D3is1+WqnpzNPZBZiKQOjCmwWj7omdSS+xhYPzPLvmo5bU7h1BOA8R/6vIVOMPTfTdx3CVjB2hcYA5WgC/
gx6bXc5DiEApfdL7BlwRqtL1EADJCeJrk3XxTF/8foNPgwFktQMyziDuoVQy488QJNI06ezitgatHtsixNfhsP5FK+CqsYXYFMDMd9dn0m0oSOYf4eAFKFF12yEezDSix+sw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B0BLTXZQGP]]_Tue,-30-May-2023-08-14-06-GMT.mhtml

**Hash (SHA256)**

f7fa1398d7600ec53a56d30f22e448a6ab467b76b728f857fe78c91c374394da

**Signature (PKCS#1v1.5)**

Q5TxlSxCvrqJ7AxV4izy3uNA8kdMkxYS73uC/I7vn2R51MxKyafaTYdCc0rX75MginVfYZGYihUTA6IBss3mEdnFvKwC9PJJysHw2zZfHh9Nz0ayMe74NKKKWZ1LE6Hl0H+AaAaYTAlh0fQYiBgKsR0TpDbHNQ
+UHBAXGica0TUl9nP4FTqft1g1CPqstLUPUOBnR9oI5H3CGgKznPPQQYybi7EQkjlIunVb4SHk8Eybs8zDQiI5o7o/clgG9ECkc0hkizwICeGVIpKpoefz2r0C/SkEk7UwM0+bLAtE2/J4vAuB+v9i+4PKOx+cu8kIsfTmovchYZxoGSJK3TfvEQ==



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Sunflowers Phone Case Clear Colorful Smiley Face Floral Flowers Phone Case, Cute Rainbow Smiles Cover for Girls Women Fashion Flexible TPU Compatible with iPhone 11 Pro Max : Cell Phones & Accessories

**URL**

https://www.amazon.com/Sunflowers-Colorful-Flowers-Flexible-Compatible/dp/B0BV1574ND/ref=sr_1_100

**Collection Date**

Mon, 24 Apr 2023 10:54:00 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

sArArur7TlckXdbwLhTRSg9VENdAXU5+HN6l080PSJTu+A3I9jp1PcUEsbjCALz6qePT5YxqfgXxnivXTtQmZqj/NOUor6zDuzJHWQe1d39qZmYPDg+CJYFNkAXzwJgLdL+DoOohE/o0y3tdp2jJG7OaYlaT1dfyaMOFYCY1HTI=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Sunflowers-Colorful-Flowers-Flexible-Compatible[fs]dp[fs]B0BV1574ND[fs]ref=sr_1_100]]_Mon,-24-Apr-2023-10-54-00-GMT.pdf

**Hash (SHA256)**

b0c64f61d667c3a1a7d89a92ad9f274bb271c4895eadefe105cf7885e6402ea5

**Signature (PKCS#1v1.5)**

BN4p6vX4XEsz4WxzAB+Xj+x9KE8+mRFAg8UVEtCZ6HYVpuPQDJeIVcMkWigQr6aXN6Sr+OA/rL4CJ76zTwcVRp+LGwW8OB9gdq3lkJ97FisYTMM7v3CeBRtR1wyVjysGyQGmHHU/rT8aNhkw8kRlpumFcacpYPB0WmbnLPFepIc=



AXENCIS

Investigator Name: RemoteUser2

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Mon, 15 May 2023 13:07:47 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

RemoteUser2

**IP Address**

116.68.99.108

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

MJYoW6oWt1+BUEZreYHr2tYDkePoxwIsWkJbqSw/TgjfrM1J97tNZJb1HydMSBpmNFGZF2L0wjXowZEp+R+1MTVhTQ4JLegINTQ9Kgh/fo9TrpxxJ8d+34AaCigeCDrL2ChUrkytDAYGZfmOnH8Ae8IRxLNhxxNQ6oGVqVo/
h9TR6VT94FfqTWQKCxmyythYen972jVOeL3TDbHWZdHW2lVceVgy9lL+7/BoZIVqWVp2qP2Rdjxg38gDwj9UoHNbF8w6AghqzciGJmOWk9UhjVgUPXAWo/RgNkuFOdZEWRUzcLRZqjukLF7QMWE3vA4qKLJLumyD/JQDeSyrUIEvFA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Mon,-15-May-2023-13-07-47-GMT.mhtml

**Hash (SHA256)**

d0297cef8a7743c5a77c71f997056edec49dc95e24c5e5cbeb6d67703ccfdd8d

**Signature (PKCS#1v1.5)**

OSO4STn7+xux+/fmlHtzN9GQBcv9IULbOxu5xatyIHeHN/Hq4vVxlPe5WXTSG3NAkYlgzDfcTg4wnfNHwBPQxssjeOro5N4Xg6yDMls8CedpqWTCS1FI5lhoCNAie/z4lSvuJW59BgQC43mP0tm22jGzK9uTwkIjb6wPWMHwyQmmtbuWRdp/jMuH0VVRjkPcY7G5Z5qYN7RCr9TlYCc9ByHcJfuF/
gGL6WEKWS03TG/qkHfVawGv4n5w7+Dibkb4DCcuNpNtKtai1DnWyyIrTM+86rQbDyerhJQlnKFgOP65L0TxfRTMom863H0eq0Sf/7CFkCeSgpvt5xerQIdKoQ==

amazon

Checkout (1 item)

1 **Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

2 **Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

3 **Offers**

4 **Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**
Get your Prime eligible items ~~Thursday, May 18 by 8PM~~ **Wednesday, May 17 by 8PM** for ~~$5.99~~ FREE

Get FREE Two-Day Delivery with Prime
No hassle. No commitments. Cancel anytime.

**Delivery: May 18, 2023** If you order in the next 14 hours and 52 minutes (Details)
Items shipped from Amazon.com



**Sunflowers Phone Case Clear Colorful Smiley Face Floral Flowers Phone Case, Cute Rainbow Smiles Cover for Girls Women Fashion Flexible TPU Compatible with iPhone 11 Pro Max**
$15.99 & FREE Returns
Qty: 1
Sold by: VANN HAO SHOP
Amazon Prime eligible Join now
Add gift options

**Choose a delivery option:**
- **Wednesday, May 17** — FREE Two-Day Delivery with your free trial of Prime — Fast, FREE Delivery prime
- **Thursday, May 18** — $5.99 - Shipping
- **Wednesday, May 17** — $9.99 - Shipping

Place your order | **Order total: $23.10**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Get FREE Two-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $15.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $21.98 |
| Estimated tax to be collected: | $1.12 |
| **Order total:** | **$23.10** |

How are shipping costs calculated?
Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Vashion Knit Cuffed Beanie Hat for Men Women Embroidery Smiley Face Camel at Amazon Men's Clothing store

**URL**

https://www.amazon.com/Vashion-Cuffed-Beanie-Embroidery-Smiley/dp/B0B7BV2337/ref=sr_1_91

**Collection Date**

Tue, 25 Apr 2023 10:42:29 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

rqxQUOL3lLBmL5wvKbux7im94nuyg4egQqzFzkAT8ZstH41wBTDDJ+bvpBHf4RXcVjGW+jp/pKI1g58CQNLqUb2pe3R69FmWgjytkWjy5uDfRrL/BAcx4siXa9X2WWp9Gyrv5dUZdntIorUUzB8/jDvhZ8RYgMaI6y6p444q21w=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Vashion-Cuffed-Beanie-Embroidery-Smiley[fs]dp[fs]B0B7BV2337[fs]ref=sr_1_91]]_Tue,-25-Apr-2023-10-42-29-GMT.pdf

**Hash (SHA256)**

507160f5ac0e7dedc2f267d82e0c8487fd05f3412d0ff219ae0c4236f724d3bc

**Signature (PKCS#1v1.5)**

ioodG6RO8f+6SCBpj6bgqPAUusd9QsbJOTADXB+gNh7h3vX3EkLRHmzctrgLF+MFpmIPAK3FcdnRcj7wlmD6LPQU3GL2KVZUxe8a0urB8XQgOSUrVCd7fIYK1RUEXMawfavvq9BE5fvbO92TYCv2/+m2WVVyuGAIi3m6JSW7/PA=



AXENCIS
Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Mon, 29 May 2023 17:33:42 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

116.68.102.163

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

KFUB8rIxqpREk2Nxq4+eeJZOfQpHC51TBUUdq1Sn9qAkGG+x6DkukCxO/bPESfscuki+MyHXvSGfDPLcBnQIpLOvzSrDYXrhv3O3IotAYvoxkYch3fja0H9KakfBoAxMzemCm3WoUwpwyRYv3tubdzTEx045flJO+PMeQI/5i1eRA/JFsXiHhvRkeGyyF83p0d
+tWoV7igUT8EFzuI6crGIisImYSN4JI6t2VHDmSqRfCpLioZ0AHZO94OQ/eAjaRKVqvy0+4zVOKnXDfpIYPGCdp1zlv9kTzhkp8oiVnMXXfNFyZiYngtHB+pvKnGKrdFoUG3Tvzv2ACCFFKHVnrg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Mon,-29-May-2023-17-33-42-GMT.mhtml

**Hash (SHA256)**

efa013ee4cef7d41f2e8b6734b784f0fe4e09b9f326957dd2631bf70dac4e610

**Signature (PKCS#1v1.5)**

GUsEQbfaAXzSqp8+LoIcKBXNM0coHgPMu3NutIOEJomN0Zscw2sg0xQcnbZLFvTWpqljboUU4FYKqSXuviUNlg1rHufXX1zr9epAddqB4TTp8997XtmAyIkidEsSE7abRwdwkehSdcWO2xqb6yBQSmu0+ARFKq63NIwyTGVvmaPqkJVaTI7g3tB6AfBv7B+e6KpZOYkcldsSYxmO0QY
+Yfz3LzEPg9P5zB79RmnSnd/2C6cp7oPS0uapZyawBL7RLZkvdoWttqloO5e97Z86TRuffvSfUvR0G7NyQdYvdrTqaPYPj5Cxn/0dtGW0HJlsErxkJxqChnp/bs7ADWxHFw==

amazon

## Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items ~~Thursday, June 1 by 8PM~~ **Wednesday, May 31 by 8PM** for ~~$5.99~~ FREE

Get FREE Two-Day Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: June 1, 2023** If you order in the next 10 hours and 26 minutes (Details)

Items shipped from Amazon.com



**Vashion Knit Cuffed Beanie Hat for Men Women Embroidery Smiley Face Camel**

$13.99 & FREE Returns

Qty: 1

Sold by: VASHION

Amazon Prime eligible Join now

Add gift options

**Item arrives in packaging that shows what's inside.** To hide it, choose **Ship in Amazon packaging.**

Ship in Amazon packaging

**Choose a delivery option:**

- **Wednesday, May 31**
  FREE Two-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Thursday, June 1**
  $5.99 - Shipping
- **Wednesday, May 31**
  $9.99 - Shipping

Place your order

**Order total: $20.96**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Get FREE Two-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

### Order Summary

| | |
|---|---|
| Items: | $13.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $19.98 |
| Estimated tax to be collected: | $0.98 |
| **Order total:** | **$20.96** |

How are shipping costs calculated?
Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Sat, 20 May 2023 03:06:35 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

116.68.96.16

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

bTxrfoDyi4BaLyy0cyTTSs/p4YLhI2//djOQdt3mTx5XghSpmbGOynG6A1mkE1udySOMwYysoSOBuv0KVcL
+M2IwVBRTRC0M4GtpIqDuDaT0oF8bWJg3l5BMZ37MpftL702aOEjrDJm1m3n6W047awNJqd84wsJB6DfxgxEFujauLlvKJoBKtx3O7AcBkPY53Dn83tDwNly0AnyWerE58WHD14nKBEZElK5WQCRHA5nxxpmzoaMiWF9TDiUAQGa0U+HLxb+54pH0Y51jk/NhHcoL
+UH07W2ZN9onBsxLedi79OBzaNSEVRZGceTi0NJXYdVR4Nppw/OqYA3RNG+aEA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Sat,-20-May-2023-03-06-35-GMT.mhtml

**Hash (SHA256)**

f31faccc605ce79cda9d9727a19555c1568f4cb68a1368830d37dd92a51efc2b

**Signature (PKCS#1v1.5)**

A/fLaLkvkD+iPSUT3ySBCofdv0fMZood1u1LARPNPyzUkmVuIXk78ckXtp1HHAJ/idUIurOo7OiHGWKwuNUglV/+tA9IDXC+6U/vyObQm2a5DEzaDKKXvD/osYyFlOjFGj2fsqI1ucRbZ2Fth8BqjS4C5uc9w8hUAPiQPZ6KHRmkecjbRLIYnXdWU4VV+sLJm+PIbQG7ytXBmraofR8+d
+dHuZFyoWIcMFCn3IW6XTqx5GsU+n0IsANotrfND7oFQbuxTN6x69KIeDNK7GhhZVXp7oHyA5XSlBZmdWmd/JUhe98YxI6SUtsEoauOcpvUdowUHNTNjw94Xh345K6cMw==



AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com: Cosmetic Bags for Women Corduroy Cosmetic Bag Corduroy Cosmetic Bag Smiley Face Makeup Bag Handmade Purses Smile Dots Makeup Organizer Girls Pencil Case Bags Travel Toiletry Bag (A Set, Brown) : Handmade Products

**URL**

https://www.amazon.com/dp/B0BP73JQBF

**Collection Date**

Tue, 23 May 2023 07:44:19 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:93::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

KJdx6i5GjMxriv9Tol34xzivQcjw0xNp5M1PTZIQ1UdXEy7Dqpap5bboD4HmInVOdHJkWEeHQwPcdqM5fOTLMlv6Fkj60NQSvo9tqYROSADi7f0/KT2yXBQZT6uB3/FX9hYpbr186GkCF6o8hEpCbBmWfOwzF0Quyag+qQKl5Q00HrYFn9EiZqSejRyA6bTIK91aKKx
+jVwC5XP2GOgGfHtrGr8gyNp5TkkQIce+12Fnm7cJxSXust3bRenXQfUCRXpFGlga++AQtOxXPnUfAj7uIOAQTJnte/Du4VYd0BPHYFZgapSzjTsu5/18V6N/kj+k3qnbKOIODrxgXCGFEg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B0BP73JQBF]]_Tue,-23-May-2023-07-44-19-GMT.mhtml

**Hash (SHA256)**

8c4376747b49f94802211706536efccb73555bfa2103ae6eb8ac1942976477c2

**Signature (PKCS#1v1.5)**

DZxl7+ZLcbkZ3UTp2qjLP8P84WWZzWEunN+25feye4KPPHO8KKiu6gsr+ofDsOKlTCAoLrOXtDV4IoCi0hoC01iQfMYU6I5kcz6DknOI/1YzT3AMuge6PgF0FWV1NymvtNxx+VIqBGwIcgLZSPti44kfyPU7A1t3spy0O9K0h7p+XFLR8Wt3i/SHNFQJ43rOXBFV4s5vcw1hYzqwUlnLb2/
AkEqX7z9NiSuMKEEi5rooPIDMufAIgDD6WAZvn5hiZV+hndeVR/IFxG3ab0F3hRx5fj0Inzn/XEBFU22h8Iz1FmeRSHj1KzFIC8uUj2d8yLzPo0FFNBWflCp+eSRQrQ==



AXENCIS
Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**
Amazon.com: 3 Sheets of Smiley Face Stickers for Nail Art | Ideal for Kids or Adults | Adhesive 3D Yellow Emjoi Fashionable Nail Art Stickers | Hundreds of Decals Included | Regular and Distorted Funny Faces! : Beauty & Personal Care

**URL**
https://www.amazon.com/Stickers-Adhesive-Fashionable-Hundreds-Distorted/dp/B0C3R1S9GK/ref=sr_1_98

**Collection Date**
Wed, 14 Jun 2023 09:33:05 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Sarah Christodoulou

**IP Address**
2a0d:5600:8:36::5

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
dS8zrLCHJxauiqEdnp9ZdMvvrTfNLfbY2lnpb46Dgmp0yUba4Ei0mA2KjGXv3orPw/9OdO6lfDduu5DGwV65SWnjtRRh+AlAUcIKE3FM5O7dEhqVXzboy4LEEzoedQ5hwWG0ouhB85KK/6dZxBq80czZ0w8MKcm+1k6E4nmz4nQ=

# File Signatures

SCREEN CAPTURE
PDF

**File Name**
screencap_[[https[s][fs][fs]www.amazon.com[fs]Stickers-Adhesive-Fashionable-Hundreds-Distorted[fs]dp[fs]B0C3R1S9GK[fs]ref=sr_1_98]]_Wed,-14-Jun-2023-09-33-05-GMT.pdf

**Hash (SHA256)**
805cbbde522b000ca3f383f2083bf898b63ace9c3b140fa0caebec7773e142d3

**Signature (PKCS#1v1.5)**
VEn0dKldcxCCOncVblyRx8LCNmpwBHJALkqsQgM7Dtqx7pxnCFw6MTF2SRPg8OFYxzEiJflxjNt0gbyzrj2lrxEdEBQAbOVyXB9q1p9/hpTN0DUkUYe8TlqutAGojPnqE+X2o26g50qf6bn/rYoYsjffj9uT5AsKazy2jrZghfl=

amazon Deliver to Kenneth Miami 33132 | All | smiley face stickers | EN | Hello, Kenneth Account & Lists | Returns & Orders | 0 Cart
All | Clinic | Same-Day Delivery | Amazon Basics | Pharmacy | Buy Again | Amazon Business | Livestreams | Health & Household Products | Beauty & Personal Care | Free Shipping | Reinventing wholesale, join Amazon Business
Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement
amazon clinic — Get the care you need—when you need it — Get started now ›

‹ Back to results



Click image to open expanded view

## 3 Sheets of Smiley Face Stickers for Nail Art | Ideal for Kids or Adults | Adhesive 3D Yellow Emjoi Fashionable Nail Art Stickers | Hundreds of Decals Included | Regular and Distorted Funny Faces!

Brand: Vellichor Beach

$2.99 ($1.00 / Count)

Get $60 off instantly: Pay $0.00 upon approval for Amazon Visa. No annual fee.

Shape: Irregular — Unit Count: 3.0 Count

Brand: Vellichor Beach

### About this item

- 3 Sheets will be included in this bumper pack. They peel off and easily stick onto your nails with ready made adhesive sticky backs. No glue is required.
- Fashion statement nail art is a great way to show off and impress your friends and family, stand out from the crowd. They are ideal for kids but can also be used for adults especially to parties or events.
- Nail decorations for nail art are hugely popular right now and everyone is looking for a fresh and unique style. Hundreds of smiley faces are included in this pack and they are all unique! some are regular faces and some are distorted and melting!
- The stickers are non toxic and made from environmentally friendly materials. You could also attach them to your accessories such as your purse or phone!
- kids nail stickers nail art accessories nail art stencils nail decorations for nail art nail stencils nail stickers for kids flower nail stickers kids nail art kids nail stickers for girls nail stickers for kids nail stencils nail stickers for kids flower nail stickers kids nail art kids nail stickers for girls nail art for girls nail art for kids nail art kids nail polish stickers Smiley face nail stickers

Report incorrect product information.

Evian Facial Spray, 1.7 oz. 105 $8.50 prime
Sponsored

Add your 30-day FREE trial of Prime and get fast, free delivery

Delivery | Pickup

$2.99 ($1.00 / Count)

FREE delivery Tuesday, June 20 on orders shipped by Amazon over $25

Or fastest delivery Tomorrow, June 15. Order within 7 hrs 54 mins

Deliver to Kenneth - Miami 33132

In Stock

Qty: 1

Add to Cart | Buy Now

| | |
|---|---|
| Payment | Secure transaction |
| Ships from | Amazon |
| Sold by | Vellichor Europe |
| Returns | Eligible for Return, Refund or Replacement within 30 days of receipt |

Add a gift receipt for easy returns

Add to List

COSRX Advanced Snail Mucin Gel... $16.02 $17.80 prime Save 10% more with Subscribe & Save
Sponsored

## 4 stars and above

Sponsored — Page 1 of 31

## Products related to this item

Sponsored — Page 1 of 53

- Smile Stickers | Colorful Happy Face Stickers | For Teachers Parents Rewards Charts... 190 — $5.05 ($0.00/Count) prime
- SAOROPEB Face Gems Face Jewels 2535 PCS, Self Adhesive Eye Body Face Nail Crystal R... $8.99 ($3.39/Ounce) prime
- OLIVE YOUNG Care Plus Honey Scar Cover Korean Spot Pimple Patches 2Pack(168 Count) ... 629 — $13.00 ($0.13/Count) prime
- SAOROPEB 5 Sheets Face Gems Face Jewels Stickers, Self Adhesive Eye Body Face Nail ... $7.99 ($7.54/Ounce) prime
- Uptotop 4th of July Make-A-Face Stickers for Kids, 36 Sheets 6 Patterns Party Favor... $6.99 ($0.19/Count) prime
- SAOROPEB Face Gems Face Jewels Stickers 3090 PCS, Self Adhesive Eye Body Face Nail ... $7.99 ($2.26/Ounce) prime
- Happy Face Stickers 200 pcs Cute Kawaii Sticker Pack, Stickers for Kids Adults, Wat... 1,649 — Amazon's Choice in Kids' Stickers — $7.99 prime

## Product Description

3 Sheets will be included in this bumper pack. They peel off and easily stick onto your nails with ready made adhesive sticky backs. No glue is required. Fashion statement nail art is a great way to show off and impress your friends and family, stand out from the crowd. They are ideal for kids but can also be used for adults especially to parties or events. Nail decorations for nail art are hugely popular right now and everyone is looking for a fresh and unique style. Hundreds of smiley faces are included in this pack and they are all unique! some are regular faces and some are distorted and melting! The stickers are non toxic and made from environmentally friendly materials. You could also attach them to your accessories such as your purse or phone!

## Product information

| | |
|---|---|
| Package Dimensions | 3 x 2 x 0.1 inches |
| Item Weight | 0.64 ounces |
| Manufacturer | Vellichor |
| ASIN | B0C3R1S9GK |
| Date First Available | April 27, 2023 |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to tell us about a lower price?

## Videos

Help others learn more about this product by uploading a video!

Upload your video

## Products related to this item

Sponsored — Page 1 of 53

## Similar brands on Amazon

Page 1 of 2

## Looking for specific info?

Search in reviews, Q&A...

## Customer reviews

No customer reviews

## Review this product

Share your thoughts with other customers

Write a customer review

## Deals on related products

## Customers who viewed items in your browsing history also viewed

## Gift ideas inspired by your shopping history

## Your Browsing History

Back to top

Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You
© 1996-2023, Amazon.com, Inc. or its affiliates

AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Wed, 14 Jun 2023 16:41:57 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

202.164.131.66

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

iaInoCNdMi5OfO3neaJKf2lALQpoJDTiBuQUzSBAa62iWDDfgu3Z3P/EA59yqrov8lhQ18yACsi+PlI0cmqNuulusBQwnGu0BCg5an6un4vuKoWKRnfecATU9mH8lAOUBnQi2HYjutbCXlpeV6Q0k2S4Sa70UKo7/QYxCZ85X4GQLdf+Jv3ojQpWSWY0qZ5vJBd2s2O7ACPUOv2PVwtL8TZw9xus/
Q/Ef0Wpcj/YTleY+bfLfvUFRTgk3k4xunVXDdYJl4DLheBI1HAzIQGLqiShsnkYBVWsKA9xC0qHvUMYdcJKYC0vOxIvq8qiSmuOXCZzr0Z1rFf1akFc1eQSuA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Wed,-14-Jun-2023-16-41-57-GMT.mhtml

**Hash (SHA256)**

7ed964257cca7130696f80daa3df0e397515d3047c5041d7e85c8b50c9042dca

**Signature (PKCS#1v1.5)**

PaD3yyQGwYe2AQhtCI3kUBfqnrrtSuFLozGG/Jh6NBo0dYNeJiGGEUeWLVuxKZGWAo/e3Ft89FP7T2FVf3WHgNkei1ZUUCmSz88OdpX/YmOL6NdvgniCce8YI/tL0eGAM0ei1rSbwntWxyGlSJa7AnNG+BAyQWx/wGv8hKLhh3hIUJd2LbNAylIMKdf6K+2y4c+s/l0A2iP5wiFw1ApxutR17JQzpPSDF
+lpqgadHEuGm2Ht+gZfxrjOV61xJJjU92+WbhhS6IADAzooDD8X2bVYZqtYOg8RH+eNKWUvf5TODgm8pk3preiSZHMx8uQvncbDWOcjQXyFrWagA6yZyQ==



amazon

Checkout (1 item)

1 Shipping address

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

Or pick up near this address - See nearby pickup locations

2 Payment method

VISA Visa ending in 9985

Change

Billing address: Same as shipping address.

Add a gift card or promotion code or voucher

Enter code | Apply

3 Offers

Change

4 Review items and shipping

FREE TRIAL

Jade, we're giving you Prime FREE for 30 days!

Get your Prime eligible items ~~Saturday, June 17 by 8PM~~ Tomorrow, June 15 by 8PM for ~~$5.99~~ FREE

Get FREE One-Day Delivery with Prime

No hassle. No commitments. Cancel anytime.

Delivery: June 17, 2023 If you order in the next 11 hours and 18 minutes (Details)

Items shipped from Amazon.com

3 Sheets of Smiley Face Stickers for Nail Art | Ideal for Kids or Adults | Adhesive 3D Yellow Emjoi Fashionable Nail Art Stickers | Hundreds of Decals Included | Regular and Distorted Funny Faces!

$2.99

Qty: 1

Sold by: Vellichor Europe

Amazon Prime eligible Join now

Add gift options

Choose a delivery option:

Tomorrow, June 15
FREE One-Day Delivery with your free trial of Prime
Fast, FREE Delivery prime

Saturday, June 17
$5.99 - Shipping

Tomorrow, June 15
$9.99 - Shipping

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

Order total: $9.19

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Get FREE One-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.

Try Prime FREE

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Order Summary

| | |
|---|---|
| Items: | $2.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $8.98 |
| Estimated tax to be collected: | $0.21 |
| **Order total:** | **$9.19** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: VICKHU Smiley Face Necklace,Cute Round Gold Paperclip Necklace,Preppy Jewelry,gold Necklace for girl women(Pink Smiley): Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/VICKHU-Smiley-Necklace-Paperclip-Jewelry/dp/B09NDR5NTM/ref=sr_1_21

**Collection Date**

Wed, 19 Apr 2023 11:38:10 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

MmCt22Zgp2WfArncgvUJdBI+g4eQQIVDktdYZzRFNr0MiUsAfZyh+HF8FNRH9nPnjJxVJoJIAan5WbM/od48zR4zLLQ3a73V6n8iWpYa8WervGZ9gw3ZexG96shdAVKj/7n8ZAmsHbu+g+uzFaXYzB3FHU5Bw7G/5j6y2uTHo0A=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]VICKHU-Smiley-Necklace-Paperclip-Jewelry[fs]dp[fs]B09NDR5NTM[fs]ref=sr_1_21]]_Wed,-19-Apr-2023-11-38-10-GMT.pdf

**Hash (SHA256)**

3cb1bd1f71a42346b5f91a0ff91124ca6909b241e961974f8d9bb72195a11d20

**Signature (PKCS#1v1.5)**

C8cscYVpGi3luz/k8E4urJo5QvRVwzKs5oR9QfgNU3I3wjo6auf2zI8H679M646iHlvfit5CLfkTUZ4kbIqKw8C2sWjJIe9ZCeBMDZufiCzWxVBjnZh8u8iuY9OPYdxu4w+tUZ8qtEyKOX2+JmN+Xrsx7XvINMQGHoWqACY0n6M=



AXENCIS

Investigator Name: RemoteUser2

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 11 May 2023 10:39:03 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

RemoteUser2

**IP Address**

202.83.40.99

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

FFp051ekuVsMprNCpCOsDyrxib0EXtdNygBmtM5qEXg5QWUakO94LQMhXFjH7tp6lNAVL7MZYJdDluD1HMi4ov9W9hZjEVHz8qkv3mPndL3OHMCYkhESmzEBjM6HURl1H5AOliFp5RqNQ3Emmd6EGN8AzG/kKG8JNtcJHudw2HIeqcwOytPmf73X6ZOs4SwfWAPmUuQL0o
+HcGocIUJVnNw4rfwfStMRATH0T8tvyjR+H3ooH69sJ2I8iHZv8Ej5xNeOklelM4vT/OpFjbl0RVa1wLBU1CoJaYr+iwp/W9ou+tQjuGlEiQ/LkQ+aObdSUs5uUw3frjxYrX5rmHqMJQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-11-May-2023-10-39-03-GMT.mhtml

**Hash (SHA256)**

841002db0512e9f1c329f6aa14e5607b1e2de2ccbd6617412ea4af13b2c01381

**Signature (PKCS#1v1.5)**

fh7g0DwWDQW0qe7vyA/gqEbQRlFzG9cL/kxWKkmaz6qldBYGaMJHw29XNVFklijNk0AgW/dIKjzdeKQ6wbxwB3ay6WLZ3KU8r+fx4cmCGl/ceM9FktOCcuqaq1bw0RX+JTdy0Ox1Q1Cl7x4aVBAJOc2z1XYr0vH0y3TzbFCiifZlRilSyVXDdwX8se7TOk94q+OyhVfHo
+Wy77j66pecIeEStOuxDGj6wBxcqrbJTb+02pg6qIElwD0oBXzd1poeoAY9DLCgpiA8bm2taDH73aYCFhmrwf+nZ89FCIH1nAmozzTl3ZlatEji9Tz/7ONr6gfFKlknJbabnOb2o1WIQQ==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items with your 30-day FREE trial of Prime

Get FREE Prime Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: May 15, 2023** If you order in the next 12 hours and 36 minutes (Details)

Items shipped from Amazon.com



**VICKHU Smiley Face Necklace,Cute Round Gold Paperclip Necklace,Preppy Jewelry,gold Necklace for girl women(Pink Smiley)**

**$5.99** & FREE Returns

Qty: 1

Sold by: VICKYHE88

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

**Monday, May 15**
FREE Prime Delivery with your free trial of Prime
Fast, FREE Delivery prime

**Monday, May 15**
$5.99 - Standard Shipping

Place your order

**Order total: $12.40**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $5.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $11.98 |
| Estimated tax to be collected: | $0.42 |
| **Order total:** | **$12.40** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Vikodah Smiley Face Trucker Hats Preppy Style Baseball Hat,Unstructured Dad Cap for Unisex Pink at Amazon Women's Clothing store

**URL**

https://www.amazon.com/Vikodah-Smiley-Trucker-Baseball-Unstructured/dp/B0BBYSMT5Q/ref=sr_1_13

**Collection Date**

Tue, 25 Apr 2023 09:28:04 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Z03Pk/bNiZtLGq7gZ72GDaZU7g9lq27YOTYgWt2iMLTtuAFgNjwaAlowx0dCAYBud+eCZQrpB2FUxTYGNu58GlldQdcwUQjSQeXpF2n6R6hofQDNOsXQKEUzqdolnooqbmxZmwGelwSFJ8vZadt+mydFb2YBoyfkNeiSlb4ZJsA=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Vikodah-Smiley-Trucker-Baseball-Unstructured[fs]dp[fs]B0BBYSMT5Q[fs]ref=sr_1_13]]_Tue,-25-Apr-2023-09-28-04-GMT.pdf

**Hash (SHA256)**

8341925f086bc06ee00c3b9f5eef1796decbb01337231c9d60e18e18162c66bc

**Signature (PKCS#1v1.5)**

hRnG521pCAP6UXxLDB26uO5NpZHHw4FAX7WvlzRw37PxzcG4un0K3ulW5qo6wAcd9WjvNNh/uzOtKsunx/aKVlnJlV9QcoP/UexCHemDLFA+zcESv8cmGNbBx0ZgsxFr7LrZZMsRhLMjjZ8a/ivjkE2vuTAHk+9p8GpW3HWPjBU=



AXENCIS
Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Mon, 29 May 2023 15:06:37 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

116.68.102.163

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

g+x3d+sBU6q62QfEVTNrfxtb3+zJym3eYmVzvgCkiVWGksuSMil2bcYGNPaPvCaOgbY4dGpn89qUG91Yvj7iaIYelMULS/TCM7xTXhbc2PaH4dmv6fCkkUAJ1Mt74IputNblFlNtWTEMP6kVtvVZb9AJFU95NkXVBKvCAj
+X9w5HGiPQeNBlPcyZn08V7bZEF74bN88dm0ievoJwpfkIO05qnMSb1dngpMStG4zLPHqXRktQRajlHL1ZICMQNEdN2SDszhTfzt/IpQhhbxoa1keG2PRbPqxxCH7eRtlzVkoBs1Tqq3WcfPyJhEMBbAlZDZCB8FW+cMWsksZGAPwxqg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Mon,-29-May-2023-15-06-37-GMT.mhtml

**Hash (SHA256)**

3bd38968f79b310af4125df09c4a2ac4ea0902575284faec9c364419630622ae

**Signature (PKCS#1v1.5)**

Pw9Lj8JhSmaxTjG8tHSPqHi81imBT51l1FZVhkeu8NW0LGYriTKYUOD9PeWJ0UUyObMnbHGm/+ZJx2kruW1Pdl1NOBXuEuxsDYRXRzCI23PiVA7VFvWirc8YuRKgNH5q6+KVrAvedTc1zV1o87SKcEUgFyN4iljIwLskX93aZIe33Z8XLJtgPqG3HbvlvjKdzwVgGwB2fEwmdX2aidECDTOF/
B95pQPruylOqyhZepF6g2M9VmiOpc+gN9HI7Jjs0LPATq5sQdfF9pk6DxXjX1uzMRQgCq4fGtmEWBVn7+uMrRtxjzck4W+fm6tG+8S3McKc620QI6f3JMq9IQsz5A==



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: IDesign Smiley Face Choker Necklace Asthetic Cool Collar Dainty Necklace Hip Hop Trend Cute Summer Y2K Collar for Teen Girls 15" (smiley face choker gold): Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/Smiley-Choker-Necklace-Asthetic-Collar/dp/B0948V1FK6/ref=sr_1_77

**Collection Date**

Wed, 26 Apr 2023 04:47:16 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

hv0RiY5E2ZKtk9guVbXihEOQ/gHkfT01M7srEotTjAQiNTWmsMBppAYNXo+aU46zKYRmt8D9c6ej+Vz1FW6nEtuxIlr+vsYEbKiRuXI4z/cz5uboQ1yymaOOrj1mFALSeVbuTyZec08Db7skC7LZoUWt0eZOZUcn/ZZ6+LfrhoQ=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Smiley-Choker-Necklace-Asthetic-Collar[fs]dp[fs]B0948V1FK6[fs]ref=sr_1_77]]_Wed,-26-Apr-2023-04-47-16-GMT.pdf

**Hash (SHA256)**

bc843456c5d7e2f1fdb96841c84abeeed0d3f3029d4f84a8452d121ab176b2de

**Signature (PKCS#1v1.5)**

qhbQRS2jW1aQkDHLHsAFmYCvkDBm7SdSxFjQSnlmqY/supFfBAU6CsEn271vKuW7victtwoba3MDcXmegLJNHMI1VbNMXXmNLNoDZr0shQK/edecyUHDyAcpcbnkauCFTQrTPdeOuc158A5Qs81gq4aF8k6CJW5diKjWS9UjoVY=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 30 May 2023 10:08:46 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

202.83.40.142

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

jq89YswGiik0J8tKWwLRYPvT8+7Qtmn4I5croR18R2XJ3tf2cZKoQwhy4Psh57kTKYZVR29iqnEu4ZhIECyamevtkX4NzrCF3dMtTPTp9SDQpHmcTKE2gTDZo56NrmfD/
zVljVSwuEBlslJNdvBtX1qLr5wMRPJpBFCSifXVo5DYbve1A6xdEazcIVxDuXzKUjPaLYVSuSxhEQSwYDFQJdjV4L5WRWrYa9lh9k3AWIQesq7jYTfx9t5bUMCj9KulcTyzguwFc/xle9LFHmgoN+sANwPlEBiqs/GSWYrd/qIDSfzr/pLPUIJ/U9urw0hU6hXYgzgJiLP0K1UYvMTMOA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Tue,-30-May-2023-10-08-46-GMT.mhtml

**Hash (SHA256)**

afdf241060b5645074af88405dd8e9d4245fbbaa5d49e04321025c3ce6e4ae99

**Signature (PKCS#1v1.5)**

EN/tJ/E95mdThwehz9T+X5ZeXcOr8U3ooU7oP0UaZPmbb6Oe2Rcwha1nReU13YTEQwivUT2W9xag80MDCmrr0NnTHaADm9WHhvTvgBbs6MCScczOUTuobbZ0OxZfqdoM6yx0yPb7MJOsm/c8yqUc7RcppmQRukjulaN
+JbPEjsb5jBRyq03mCIynszB3bNOyrG8Rki4noYxm0r8HYO6Gllwjn5fl2szubr4kmaGR2x+rA5fHrsK3dIb1bQe/hPxSxkoa5bx43Z91pG9CxxZzvOv2X24tXC4w5pb2N/rc2Say+L/P0HOedayur7/jU7kKgICX9leWuLGqpvtFrosaZQ==

amazon

Checkout (1 item)

1 **Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Or pick up near this address - See nearby pickup locations

Change

2 **Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

Add a gift card or promotion code or voucher

Enter code | Apply

3 Offers

4 **Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**
Get your Prime eligible items with your 30-day FREE trial of Prime

Get FREE One-Day Delivery with Prime

No hassle. No commitments. Cancel anytime.

**Delivery: May 31, 2023** If you order in the next 11 hours and 21 minutes (Details)

Items shipped from Amazon.com



**IDesign Smiley Face Choker Necklace Asthetic Cool Collar Dainty Necklace Hip Hop Trend Cute Summer Y2K Collar for Teen Girls 15" (smiley face choker gold)**

$11.99 & FREE Returns

Qty: 1

Sold by: vogue7

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

- Tomorrow, May 31
  FREE One-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- Tomorrow, May 31
  $5.99 - Standard Shipping

Place your order **Order total: $18.82**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $11.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $17.98 |
| Estimated tax to be collected: | $0.84 |
| **Order total:** | **$18.82** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.