AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Corduroy Smiley Lunch Bag for Girls Lunch Box Insulated Cute Lunch Bags for Women Insulated Lunch Box for Kids (brown) : Home & Kitchen

**URL**

https://www.amazon.com/Corduroy-Smiley-Lunch-Bag-Girls/dp/B0BQBTDH1G/ref=sr_1_196

**Collection Date**

Wed, 19 Apr 2023 10:36:08 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

XkkeAKp0ulRvuF+nuLc3T2HlJaYW9KYg8koIH06ON7s0nufaeRhnrLVJY8DJv2D8EyWeXBdtklRI6ZPsleYQUmIxdf7eNvDlyhrlGyTkCN3/JYeuUmuS34yXnCD4IlluzuOrlCqDX9eO73K9DjSr45nG4x4lfVtJYsrRnVx6ul0=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Corduroy-Smiley-Lunch-Bag-Girls[fs]dp[fs]B0BQBTDH1G[fs]ref=sr_1_196]]_Wed,-19-Apr-2023-10-36-08-GMT.pdf

**Hash (SHA256)**

64182db10d8b295e376cb86c72c6b238beade3e2b2877324b4061a760463761b

**Signature (PKCS#1v1.5)**

Fe+ukF9gQCeCTsZDM6Q4GO1OVhl++NSgkArgkTDQARyXsT3r92r6ADV3xfgNuLdTtB6XKHt1fUPNUXsoqISGIsFkagi3nFVjP5i2CyyaT7MZZZMKnRbaHrc8+qMlFdvL0JxEE5JY04RNduhJftABbTobvmfOfVGuCYpH0nMfQLw=



AXENCIS

Investigator Name: Sian Kelly

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Mon, 08 May 2023 11:20:51 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sian Kelly

**IP Address**

2001:ac8:9a:d::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Br0442bt+QxQii+rnmAsMaYuVUfnBG4NMEuUuZ+Bm9LvLrE5ZPRCrsDeuskex73cRhGhOvCYGeDpmeqlr97pszh0WEtdy4Mb79nZRAlQCQSmFEQdCNlh63gyhKIyT+KGYFCWgvUZRgMZibQUefUoG1WPrnejhaj8cO+H2m/
J4j77pnca4Ma9yVaRH3m4o9dtpyZPUqHfGGyqbj7iipcsehzG1dPgpXsZ8HfX0iDDeLG4KBke7YowNRbwgdGIGkWx2bLbbC2EMof4zPZCcv2nsuWF8oAB9Yq/s19TusY2sQGL8cPp5FkTgDBYw0qwYSLpXPImOKLzU8ZWi01zAwh6fA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Mon,-08-May-2023-11-20-51-GMT.mhtml

**Hash (SHA256)**

757e05d6847960c93f49d4b53be4ef2a053edf0cd60db247ff6026d5587118d9

**Signature (PKCS#1v1.5)**

K2D7zEPo7VxfsaNT8yCiQqfsb6z8nBQhBP8LFt/ATcyKwG39eQtF5yRPn8g4ich302YCzkSi6nZtzePhOgeFwXQ33BBHmeu9jRMn+u0aUR7UtuPKzeAxE2tURj1pIlisQKnMI1dQ6Dh+08RPg0FBRSlOM+nNLcNBWQz0gfedYU1MCUKhvk+aAcnk6CY6p33JHi/TE1XRrfpJ3EtmGes6UI7d
+GpkObIATkIx9PkGVnvxyaPT5o0ne6DpY+rDXEFM11B1E5wNsMJYaTBAOeDkLc6dRfJVBs4xgvtLQtzJLSRzDMRqt334kgnwqH7zl5jQQ6qzT4FKJ0bU7z8rS2lq2g==



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Smiley Happy Face Banner- Smiley Face Decor,Birthday Party Decor, Groovy Party Decor, Smile Party Decorations : Home & Kitchen

**URL**

https://www.amazon.com/Smiley-Banner-Birthday-Groovy-Decorations/dp/B0BPJ1B2Z1/ref=sr_1_193

**Collection Date**

Wed, 26 Apr 2023 05:22:48 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

jp2CKRUvl8B35Uus79nBb4jG8E0aRbVbck7yev9FAolyhH9+cEuv52H5Uuvuqnp9uycHbx3Jszcb/3lwdQKN5n/b4gxvazmACLU767Xd0VtlYwF7Q3CCOjdql/B5pxONHfgDScwmJTlapkx65pR7B4rMlDiYp+rJSFT/z0bid5E=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Smiley-Banner-Birthday-Groovy-Decorations[fs]dp[fs]B0BPJ1B2Z1[fs]ref=sr_1_193]]_Wed,-26-Apr-2023-05-22-48-GMT.pdf

**Hash (SHA256)**

01f2409d62e1c78473b2dad4b87e1fbf0d90bff4209ce59b6d98f265b6ed791a

**Signature (PKCS#1v1.5)**

AXDnb9sY7GwOiFNBRS5gPoQn1CSM9Frc1UsoCjcfjJhxoppOig+vtpU+HSYPlpwP4FZ5/GOSdNUI8260tkn2g7bNTbX8jwfZioZqe+5aUbRhHARKlljN/epF5TejLeW/sbcpCQJGRzVaXNm8sm0uyHi+f3kOk0KRZ/1MO2R+d6g=



AXENCIS
Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 30 May 2023 23:02:41 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

111.92.77.63

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

lA0ja8Niuwt4QUuBy3IBehClvBlLAVX03ksvkf0KC+mjDpTQ/e8Xu3eT0m/WvTQ8LHLeJJ1BoBETvH67dpo9AvwkdRI02DpwLOr3hD6mcGLBsC131nKeeY4YJXz6Ivf1tEg2k7PkRn7WxnNH1/c5UjPdLs9ICzg4CLvnxYmDxw4H+6Jk37sdkfs0ZIa8mn2yKZh+BsW4EsHhiV286Gzby+4bdra
+FGw8hD+jXPxETRspymDbNt2XwfD/d4agbVKGQNdyL5FQZE3SZaYPO6uuml6tMIRa/2PqCPemV8GinqLUF0bACaSnavsbdEe8BrOwb5/K0+GAZgBJLWQ0Mg0WnQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Tue,-30-May-2023-23-02-41-GMT.mhtml

**Hash (SHA256)**

0acc2c6bb2ab358dcece37e2daa94f42c6fd96948b992ba22110a5031b4e0f3b

**Signature (PKCS#1v1.5)**

hR3hepL9l75/HBtUAD+68gHH9+CXjObH0ZSfv3PntcxWr7LaAgVpqPEkkKwv4P15veqUlp6v0mjGJjeDtL3ztrJ1eaywVFrrA5QoWjyusMSBdQmZEghDqmcKXmvZbDy+o5S/lvbCPvcDroIy/mJapzj7qtTYufYsJMq9mm6p/PRR+8UjpqqPP9MVVXZP1NldpjopgdaOdbyzeEzYA+Xa1SOfc5nXQrSgC
+13prGZp7jWRXCR0dlMBirRiUKF3MF4TUHiNkyjYQuZ6REF6A0dPIkvpNLnujVd5YjLPqvytDs2GBmRmxEujbh0ztSKLtK5qI4F0cWJLv52iRHou1DjjQ==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**
Get your Prime eligible items with your 30-day FREE trial of Prime

Get FREE Two-Day Delivery with Prime ›
No hassle. No commitments. Cancel anytime.

**Delivery: June 1, 2023** If you order in the next 18 hours and 12 minutes (Details)
Items shipped from Amazon.com



**Smiley Happy Face Banner- Smiley Face Decor,Birthday Party Decor, Groovy Party Decor, Smile Party Decorations**
$11.79 & FREE Returns
Qty: 1
Sold by: WaltherandHermosaPartyCo
Amazon Prime eligible Join now
Add gift options

**Choose a delivery option:**
Thursday, June 1
FREE Two-Day Delivery with your free trial of Prime
Fast, FREE Delivery prime
Thursday, June 1
$5.99 - Standard Shipping

Place your order

**Order total: $18.61**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $11.79 |
| Shipping & handling: | $5.99 |
| Total before tax: | $17.78 |
| Estimated tax to be collected: | $0.83 |
| **Order total:** | **$18.61** |

How are shipping costs calculated?
Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com: Smiley Face Graffiti Stickers Cartoon Children's Stickers DIY School Teacher Encouraging Sticker Phone Stickers 50 Pcs : Office Products

**URL**

https://www.amazon.com/Graffiti-Stickers-Cartoon-Childrens-Encouraging/dp/B0C3QPYCSC/ref=sr_1_16

**Collection Date**

Wed, 14 Jun 2023 08:39:12 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:36::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

fpaQQqFFauyYS3as/aXrcMmA5Qzh+PnHysslTDA3g7S4fJU4s4KnlyBSo9PylSqFM7mQbVmIHMiDnzS5wxlsd0UMgObpLZg8m3H7ks/QdVWfiWBFD1GsBOwuEVZjYTq1x1CDBSucPt28zE3MwimH69PTfiDnHYohjuxIzXcSS3A=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Graffiti-Stickers-Cartoon-Childrens-Encouraging[fs]dp[fs]B0C3QPYCSC[fs]ref=sr_1_16]]_Wed,-14-Jun-2023-08-39-12-GMT.pdf

**Hash (SHA256)**

0b9dbd6c31548da977696e3791b8e0fe7c910b88309e9afc93689e55dda7a791

**Signature (PKCS#1v1.5)**

ZErAP5807cd1wAEtw35Me9q8iU+TKMso9yx4M57I8hZ90BZFkAVqPs2MG4BTZOOdTZJjto36acD892SV+ETF8xtPahxWOMsVfXTqOJlORnuaMqBI6WF1fCW1nDGn0XIIXi3mQi1JrMPsj7RAt/CuSYGB1vSaHr9zkq8X4L17GXY=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Wed, 14 Jun 2023 13:25:59 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

202.164.131.66

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

RRPSNzapXfU5TaUUfUbsfTgKpS+U3BnwhjIJ+43j6ab0BuuW37kiX2QnZpFiDIKCttIWLgVDkvxCeMO9Ycz2hgvK3NGWksy4XYEIu3l0yAR8aNKtJNQ9wVS2SDnS3nJFLmhG/URaV1Lp4+1VYiQVdNXT/30dKlgNOyySfmHCbbg3kwGvpXFo+3IsCnnAT0of/
XdE6b1esAZkBeLaBNtL8mVkAUCwgmeAVPDbJ+dqsDD/OULCX8gL16tyTFBH+P8A7wOVCv8eM1qSmz/m3Pd/eI9SKWNaGcFdRnbM9BE/7aq6hQJjQPS1g5OsyRSWBHdPH3lp3Yr+SwdzH94InGvvQA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Wed,-14-Jun-2023-13-25-59-GMT.mhtml

**Hash (SHA256)**

25d2aa2ebeae2f3272bbe76fa1c758b1f67f523d0c501c93d9d049356a9038e1

**Signature (PKCS#1v1.5)**

mGOuQjxnUSH4vOU319a5J9/LC8S83t+yZF/9mzi8YZtE/OfTLiYXPG9kpRcvcsVMehg+r8JEMUqO138GkMeyemA7lnuTxl8jKJ1bZrXDgdbsbN6d98rUwiTOtOKU1MnfCPzfvFe/
TFG6sCtPtYNIR0wpvU4h4j5Eo1LtcXmZuyrIZy0PejRcCrw3n9SHHCiQctGuOo4P1JObOGh9L5KjvRbVIsmJuAGvoV2PrdBeDIIPm6IjErDUENKXa68qP2r0zjNK6dHo8B8RzvLxSTP9M5GCxT+hKZNSz5kwPzFhcmt1engX3YCn+6l4K+2A0K2Ox5oEl86ZwjQOkOCVe4FmAg==



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Ovfhus Retro Smiley Flowers Make Up Bag Cosmetic Travel Bag Hippie Gifts Cute Boho Daisy Flower 60s 70s Decor Stuff Funny Gifts for Women Best Friends Her Mom Wife Teacher Coworker Birthday Christmas : Beauty & Personal Care

**URL**

https://www.amazon.com/Ovfhus-Cosmetic-Coworker-Birthday-Christmas/dp/B0BRYXX2Y2/ref=sr_1_29_sspa

**Collection Date**

Thu, 20 Apr 2023 11:21:28 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

UuKBhajWp93Va1OLIv25FY12SNs9Sj9QjyY7bE+g6kGTDImtF/Sm7f1W1UMOOF5kCnIlJNIsE181zGOgHNRmxbYekUtpY9otJ4h45FvfsGcPwGoKVPrifhQWBFfuidBmhiUoJLrkGycTpVIPXfxnZ60hdoRM5Y4y4KEALRyWpoc=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Ovfhus-Cosmetic-Coworker-Birthday-Christmas[fs]dp[fs]B0BRYXX2Y2[fs]ref=sr_1_29_sspa]]_Thu,-20-Apr-2023-11-21-28-GMT.pdf

**Hash (SHA256)**

e679e1a6947e0c0303d19c9a49e359daf315a906b464754584fca35735d2c759

**Signature (PKCS#1v1.5)**

ZFW72QbcUzwV3RQpIdDWwVt7RdaDZu7HJdCRzqY5d7G/3vYaRWtD+v4qhu7hjLJWaBn5zkV2BZM3FLmuJfEvkcEl3W7xPZ5qFdIfCPiWgQMQye7CIDN49C2RjkEEG2NpXmrWlsDQbvFmdflc81IVLFLVsnIHq2Ej3MRY+ZAXRwE=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 19 May 2023 14:01:00 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

bcnGiNtPt2uPQHcOQLgcjJNfU6QnQfj4BhGQenafkqVCXmnO3HR9lbUgLFrcLtFAYTRku7RVU47hZCeMcaYc+nHCV7cJahqnWFiCMIGzQUJDb9cr3NZvYH12xQ6BWaTq2wD5gqPKiGxqde0Ou3l/XD4wNJ1G96YBcjid9G427fiIjMz2n38ixKVy
+6YzbJTOoYS7TB0m2Iye3FnnDgCglJcbPQxRJNVAfAOkcyU6fN4cxd4xGMZyqPK/9JeZJ6QHolQTva9KmsPgyn0g5OUzd4t5dD5mtdtXNvmVmi9KnEXZ+OVRqDMtbl5qRjnwlS/6Si0INUtegaFRRVQa4hi0jA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Fri,-19-May-2023-14-01-00-GMT.mhtml

**Hash (SHA256)**

8b637575abded011bee755847aad34fe5bc5ed731a5b369b9f81635bbfa04459

**Signature (PKCS#1v1.5)**

lS1N6eU59qd1hxk916PUqqjkxrGRnNo8UQQEc9Gc/VFOkph/n9NeTw5CCIactFNbi08pB0lpvulmgbIph4wr/A5UdO8JF2nTXipCCARbkYd17x75fCR+/
erSliAgedRm0OJhs5VjI9FSfZv5wd1sLJ6QsBkxpuMUf072Vi2wCkT4z4dPC3+oWAiWByx4qORtBepLVaa2sJON9R1fm42aUHqwTjx5XdCKGrRBjhmIlEsGuO4A6e//pmh/q2j6Zgv+/DMc+pDdom8aWb4orCJoXfihgJZ0ckbfEf3RYTaMQ7V1D3/8RbJ8Ey76dJz0dd4EUr0fyjEp44B9K+L+jotLIQ==

amazon

Checkout (1 item)

1 **Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Change

Or pick up near this address - See nearby pickup locations

2 **Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

3 **Offers**

4 **Review items and shipping**

**Delivery: May 22, 2023** If you order in the next 13 hours and 59 minutes (Details)
Items shipped from Amazon.com



**Ovfhus Retro Smiley Flowers Make Up Bag Cosmetic Travel Bag Hippie Gifts Cute Boho Daisy Flower 60s 70s Decor Stuff Funny Gifts for Women Best Friends Her Mom Wife Teacher Coworker Birthday Christmas**
$10.99 & FREE Returns
Qty: 1
Sold by: wangyarur
Add gift options

**Choose a delivery option:**
- **Monday, May 22** Shipping
- **Sunday, May 21** Shipping

Place your order | **Order total: $17.75**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $10.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $16.98 |
| Estimated tax to be collected: | $0.77 |
| **Order total:** | **$17.75** |

How are shipping costs calculated?
Why didn't I qualify for free shipping?

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: WidofvSpky Cute Smiling Face Pattern Phone Case Compatible with iPhone 13, Color Smiley Face Case for iPhone 13, Unique Trendy Soft TPU Bumper Cover Case : Cell Phones & Accessories

**URL**

https://www.amazon.com/WidofvSpky-Smiling-Pattern-Compatible-iPhone/dp/B09QLHBQPD/ref=sr_1_20

**Collection Date**

Mon, 24 Apr 2023 08:24:05 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

fUqidXufqg0hKFH3V7vTdeYlRMzRHtRFvJOKQbbCN2x+BcxpSbTCA2AZPt3YkbZe0Sq3lGxvsa8bqIfeoluzHIizcPh+/1ZerRAXoKd0zoGRjj+AAxOuGHa+RjiPBdR1x3CKs+8y5Gi/QfSMGrTian/b8RVrscFY0kEJerf0goc=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]WidofvSpky-Smiling-Pattern-Compatible-iPhone[fs]dp[fs]B09QLHBQPD[fs]ref=sr_1_20]]_Mon,-24-Apr-2023-08-24-05-GMT.pdf

**Hash (SHA256)**

11085e7c43f1f9741329357e9c73680ce529caff8d9bccbc81ec058082378d58

**Signature (PKCS#1v1.5)**

YMgt2NGzCjvmm9Y1dQTkTJrHITKJ673D+1GjoYungezKS6kfqqhSfAU3rDviwWnQQNTnY039x9nCHbwCvthUaQeWhZUKHjRy/3JgfSO7nfr44oMbly82ChaKlGbpnrvHcR89KY/EYWJOZ39Y7WsP+opOlc3fmOyrJLijsPTYRt8=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 26 May 2023 18:23:24 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

111.92.76.240

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

ZNe4Hj7jaOQ40CjuYBWD2g0tGfJHVyXAj4xSnfeHBiTXg01D3YRYfB+ZluXMaWOFuyTDu2PSk7jEcicm57QpSRnd+LN585RUgfhul3qmlIfi94I3a1cgcTh0qWslDbnHTqe6pJnZuwlApCEgs3mnW59OLywam28M5sX4zk5n25poGb/v6ZwBxCYNEqn
+LWh6ZtkxnX7CZahKQlCI8NNZoLB4vztwemh9T/LzJ8evB+qy5TjvTTGC91oBn0jUuTQ/Fj4zZftiP0qG5wvpOOpHcrLHw6WXLuzNwYtyX+/0ehqqyz7f17NfdW84r/P/ZmGehQDP2JaOWwU72n44YYbYqQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Fri,-26-May-2023-18-23-24-GMT.mhtml

**Hash (SHA256)**

8ac95ce4690a8b012da549c4feb85dbc19a5ff2124abb27fb29d8f02eb30931f

**Signature (PKCS#1v1.5)**

K9Vw1/qgiZt59A7k87XtKPAl8orVZ9LRn4G4utMG3aUKg8OC0FIQtK7rySB+20axpuvLOtBSzA7yt3BY+9uoAuJVwZtQdYI7/jfMp0zZim8HWZZcDV/IwwB8S73APLKAQYex9ttSkp0rcgu5jk8rQf9771hze49JCCuye75Ht/ES8KKpAPkKWcMlsuVK/lnmJLU7I+VaDqN9nbOfedi0d/Nrmkl9j3Cu8/
mt38RFfvLeNga/L5KBgT8cTbkk44YV5kr3TtT3BbK7GCR7zKb4+y3czlk5R8usH1hgCpMZ3EZIcfVlHFjcarg12Cini5GyjD0TtL54PNfdPkd/2DSL8w==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

**Or pick up near this address** - See nearby pickup locations

Change

**2 Payment method**

VISA **Visa** ending in 9985

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

Change

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items ~~Tuesday, May 30 by 8PM~~ **Tomorrow, May 27 by 8PM** for ~~$5.99~~ FREE

Get FREE One-Day Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: May 30, 2023** If you order in the next 19 hours and 44 minutes (Details)

Items shipped from Amazon.com



**WidofvSpky Cute Smiling Face Pattern Phone Case Compatible with iPhone 13, Color Smiley Face Case for iPhone 13, Unique Trendy Soft TPU Bumper Cover Case**

**$10.99** & FREE Returns

Qty: 1

Sold by: wanshengkai

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

- FREE One-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Tuesday, May 30**
  $5.99 - Shipping
- **Overnight 7 AM - 11 AM**
  $9.99 - Fastest Delivery

Place your order

**Order total: $17.75**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Get FREE One-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $10.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $16.98 |
| Estimated tax to be collected: | $0.77 |
| **Order total:** | **$17.75** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: HANLINZHIYA Slim Cute Case for iPhone XR, Indie Smiley Face Flower Daisy Hippie Retro 90s Orange Aesthetic Pattern Phone Case Stylish Shockproof Protective Cover for Men Women Girls : Cell Phones & Accessories

**URL**

https://www.amazon.com/HANLINZHIYA-Aesthetic-Pattern-Shockproof-Protective/dp/B0BQB3GC27/ref=sr_1_210_sspa

**Collection Date**

Mon, 24 Apr 2023 11:36:19 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

HdUsA2BND8wZ9MmsFmWh/uNKVXc7BjeU4XbL1wr3MP2EB8ao+JVBzgcMpD4suHejTjCjZAoMU34GQgL2ESIZrcixMDNd/2G5ekqJUTpFMWuLSG8sKZeBXfQDZCdrLmugxwFvlDkJGbZNzSUJhtayZvObiKtDKNN+K+ydOAvVzYI=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]HANLINZHIYA-Aesthetic-Pattern-Shockproof-Protective[fs]dp[fs]B0BQB3GC27[fs]ref=sr_1_210_sspa]]_Mon,-24-Apr-2023-11-36-19-GMT.pdf

**Hash (SHA256)**

91c59baca90a23947a2c18e582a34b67d78ff098b72063acf545d57f2e42f90a

**Signature (PKCS#1v1.5)**

EKCq/Jg/tyjaEb1Mfc6N0KU8uQruraHeZR8i/DlSaStKry/sagSFLBilWZym4wSLFDpphJkm9+xcjGLkNrDxf3uzfULWWoCqo5Rtn+nN8Vyp+fArdqYhMCSJWTKt+iwM8MRuCq14Qs3OJ7E3LUolRcDt0/fFkrKxx34sVTzXm8Y=



AXENCIS

Investigator Name: RemoteUser2

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 16 May 2023 07:04:16 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

RemoteUser2

**IP Address**

202.83.57.61

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

g4dST0+rAd36WvVIvPZbwsYf/7iON64UUY54X1hE8lVTcsX38QBDmxM6YQLSmw6uvqRBx2k8KUvdmSNBf8g7N5dvxyR5shv06TjuKyQd3+cD3K3wfYNx5dJ0IPtKN1/TKrwRVDr2kiIBbDz7PerCqa8kFnQ/T0vr94biMkabFuuI5d5N
+VPA2fbgnGuQvh8yi1jfjcN6jsZT3h8peKo59maUVoPeKDSbkaGzD1QNvImI7ggGW91G+jkISL3jP7X2jN0IQ6wYO3HKZ+bI7eJbKezrDQm1+Ee7/yS5HG8c/1RSlk7PpIjLmUu8l5Y86MdToIuIK6ecQHqjISSUOqjbdw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Tue,-16-May-2023-07-04-16-GMT.mhtml

**Hash (SHA256)**

c0686cd93221195f2be55a9a6fd43cc60383adf5d93f1e079b95eb78c759c41c

**Signature (PKCS#1v1.5)**

H5WnHerAektWuUz1bjzg9NQG0iz3RC6Pt7A8xWNCIy2CL0+YdMlehkhCqGILaAgUHoethGfDWvfNZzy6/+2iTTyuACbLD3Ioj5ZWqBwsXrgNSCVGXSRyiTU11Ywln0x3bhRJbuRnH9ALK16eA2KAKp8FZjOf8PFWc5eOBeWSZL1dVQ5wB1gteDSmB5p/UvKTano5Z3BU2zNwx3SCfTjL/
KOf4cJanCpfQYz9v3IdpzarupNRYO4ce29H1Bb1CQIMc/ZJhr6nBfmr3XjBiuyxWEf6lOlcOpzFQ1+wEH+qwFKzGxQtzdv86aGNXM9CB4rIBOdXHjgZdVaSAYh5LJEDyQ==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items ~~Friday, May 19 by 8PM~~ **Thursday, May 18 by 8PM** for ~~$5.99~~ FREE

Get FREE Two-Day Delivery with Prime

No hassle. No commitments. Cancel anytime.

**Delivery: May 19, 2023** If you order in the next 20 hours and 55 minutes (Details)

Items shipped from Amazon.com



**HANLINZHIYA Slim Cute Case for iPhone XR, Heart Bling Pattern Phone Case Stylish Shockproof Protective Cover for Men Women Girls**

$15.99

Qty: 1

Sold by: Wanzaixianjiaoyanbaihuodian

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

- **Thursday, May 18**
  FREE Two-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Friday, May 19**
  $5.99 - Shipping
- **Thursday, May 18**
  $9.99 - Shipping

Place your order

**Order total: $23.10**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

**Get FREE Two-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

## Order Summary

| | |
|---|---|
| Items: | $15.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $21.98 |
| Estimated tax to be collected: | $1.12 |
| **Order total:** | **$23.10** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Compatible with Samsung Galaxy S23 Case, Smiley Face Cute Hippie Aesthetic Peachy Smiley Face Slim Cover for Design Soft TPU Protective Cover with Design for Women, Girls : Cell Phones & Accessories

**URL**

https://www.amazon.com/Compatible-Samsung-Galaxy-Aesthetic-Protective/dp/B0BW5W957Q/ref=sr_1_123_sspa

**Collection Date**

Mon, 24 Apr 2023 09:35:20 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

jA27/Q53PkUdVhmAfypNd4nAlLItWy5AAuk0TuXe20U0Dt+pqrRl2TlW83YkJyk+FV90eEBQyu/abMzavHp4BTdZWQfaq0HLsU/CmALE2FxwDRNCfoEdq5lWpKTv6JSmP8duSpFMusgmrf/drwZdCzUOskEXlyzlhmrJez0d3m8=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Compatible-Samsung-Galaxy-Aesthetic-Protective[fs]dp[fs]B0BW5W957Q[fs]ref=sr_1_123_sspa]]_Mon,-24-Apr-2023-09-35-20-GMT.pdf

**Hash (SHA256)**

3d068c0739301da573d4f5bafb58703fcdf96d32e8338288553d49d66100aa4b

**Signature (PKCS#1v1.5)**

eBVMHGsDPcV2bcNJWHw9SZjWhvmYdO5/tZCjtgN9ijppL+QBSjnMakflpPc7wcNeVF5WD/XqvCvEYdxAFurd93Lrd7PCNd0qJjU7FGwOD1aLHUe6iQrOpf1I3tgG5XlVEKZhHV/P91SvjKrWKNQp4lvkaSD0htS+DcqPS7e9mls=



AXENCIS
Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Sat, 27 May 2023 06:25:11 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0d:5600:8:36::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

aOspMyrYjptmAKVPfRdzyolsK3BZA91KI1ddNkoyTkqOFavdmEo66O8V41bheXjGIi/eALBfeHxIpPor7YcSXsHRIOUyC51FuuBNhWzIh5rA5yw62Gotm5639oOTDjKQsvu0dJcsKFzO6Gd3/DPEoDYu3p5nFNUPXkmHz1PiYkwTURTyLsXv9Q/
IxyIkiMvkUR6fELX6yuFXXwFnLCVP4qrYtlneHECKSEYRokiceYJHDehqZlBh9RjKpa0y1WCJhlGCEw1Bf2PAAlihETpswW4bb2rn6zgdbwMJ3amSnoJ5WuyC4Fu/Kl5oUzLlsX7g2QpvtBvg+ohQXC+kcaghnA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Sat,-27-May-2023-06-25-11-GMT.mhtml

**Hash (SHA256)**

217e206a82eefda631d52fb1bc0618fdf52519dee1c0507a7baf8e563cbb056a

**Signature (PKCS#1v1.5)**

Rfumk/AVW+gWp1Aih8RoBeig+yDKJDFS9j7xyB1n/YWmndvBkiM6NJAtZKRT1AU3YmciR533GHajv6F3D+dwXLLxP6iw2rCA0X7gRlte9LAmjuA5r7rvIU2fcApmwWrrJSDjyv8cxf4/b0RJwFf64RL+1W58rimzQWBCPo1Zpyc68h5sB2ZQZfP0Z73NU68G3l3Rt3HYDXfZ2IXU5/
nKB8yxyAQiI3OYWaRFOsOnT2Kzchmqhzpcx386VZOQSYhJS9tlNEgYxqK+QtE0irRWIww3okgFur9wJ6qSFJcgKXT9cdCSx97xCmMeCEIES2x+crH+jcXXjjzywsocV4YbYQ==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Or pick up near this address - See nearby pickup locations

Change

**2 Payment method**

VISA Visa ending in 9985

Billing address: Same as shipping address.

Add a gift card or promotion code or voucher

Enter code | Apply

Change

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**
Get your Prime eligible items ~~Tuesday, May 30 by 8PM~~ **Sunday, May 28 by 8PM** for ~~$5.99~~ FREE

Get FREE Two-Day Delivery with Prime
No hassle. No commitments. Cancel anytime.

**Delivery: May 30, 2023** If you order in the next 10 hours and 34 minutes (Details)
Items shipped from Amazon.com



**Compatible with Samsung Galaxy S23 Case, Smiley Face Cute Hippie Aesthetic Peachy Smiley Face Slim Cover for Design Soft TPU Protective Cover with Design for Women, Girls**
$15.99
Qty: 1
Sold by: wanzaixianlianyabaihuodian
Amazon Prime eligible Join now
Add gift options

**Choose a delivery option:**
- **Sunday, May 28**
  FREE Two-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Tuesday, May 30**
  $5.99 - Shipping
- **Sunday, May 28**
  $9.99 - Shipping

Place your order | **Order total: $23.10**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Get FREE Two-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $15.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $21.98 |
| Estimated tax to be collected: | $1.12 |
| **Order total:** | **$23.10** |

How are shipping costs calculated?
Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Compatible with Samsung Galaxy A12 Case, Smiley Face Cute Hippie Aesthetic Peachy Smiley Face Slim Fit Soft TPU Shockproof Protective Cover Case Gift for Women Girl : Cell Phones & Accessories

**URL**

https://www.amazon.com/Compatible-Samsung-Aesthetic-Shockproof-Protective/dp/B0BDL2FPMJ/ref=sr_1_22_sspa

**Collection Date**

Mon, 24 Apr 2023 08:18:52 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

AHPr81p14w/zIOPt4rWw4oH4znSVgctBgWTkPZ0IpKWYiEzpZ0fxr3lzcoe+N7Pa5MD7qw0ADJwfV2k14oscB5Ia5Zbr1hkGZ+LOkIiZjAe1w/VK+266oVgEf9yOlmzXReU6yUroq9bpqNIfLkiF9RZKW2SOww1R9Wvczp5qijw=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Compatible-Samsung-Aesthetic-Shockproof-Protective[fs]dp[fs]B0BDL2FPMJ[fs]ref=sr_1_22_sspa]]_Mon,-24-Apr-2023-08-18-52-GMT.pdf

**Hash (SHA256)**

4638ca7aaae4ee8829cc58bf8910e46e21f8569e3b61e3798eadde5ec456c5ea

**Signature (PKCS#1v1.5)**

HcF1eRNEnv/ecsrBYLnMAwV6yhTEaMMkRD7m96qnVQxbJdVqqFwXvsENZ7bg1TehAlnbZuvkZDqvYAKFqSlvER9ni3v3g/WVXgK/Vsuk5FqA+j2MDnRf/hmukGLXB434eHli/ho2XZck6SrdO6hiMxLIrnYpqELZYo2Zj0FwZ8w=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 26 May 2023 17:35:35 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

111.92.76.240

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

eV+/ekHDtGb1d5+pBzBiFhaf9/gJntxXYvuKFopoMrcNTuuD1tXm4pFQzl6JrAFj97IyHSVbzGXZVaQPB4j+MDN+rFL1r9IWMy4Dx0P9AKLSG2sXjIc5uwDB0+TeGv5EE2clcBs
+72QMo66szXvsmKXMTyoSvSw1xXAftcTiZHoJo6izFfhooGTAgNYTgc2xJMm7iFNLazQXTtJlZ3HVsephg73EGhJ0FXma/hRc8XtQgGFhEL5HCyLH3Le04v/h6clQiqX0u+oCeorNINoMVKNwMg9hjM/7erfddlFF0dv4OCKZM2zHIFbKZxl08A3MpEdT9yXhbm90eKFIWM/xnw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Fri,-26-May-2023-17-35-35-GMT.mhtml

**Hash (SHA256)**

37ab01da3acff14fc810a07233e7ceede135c6dc7b4b54ea2b20a709e18083a3

**Signature (PKCS#1v1.5)**

cOlq05VsjWGM3MEjJaqq2wOrGpkFP3Sxpj43nQDC79+0CRzWyTYFfp8VXPhZriZYP8W3QHovr5NZu09IuFaN3i78xSzLBilCWDB5Oc9o+r0MwKLrdNgt8Mbi9eNvoiGHuFoOvciSdeI3hXWCGW9XR1/
+fqpRZmqNLprJ72ignbL2QHFLAbGIPQ82C1fvVo95WGoua8uQLscS03LTNk8AZbvlZKcJSHx6f/w45NRT05O6izal4q9JI9nDNefFqO5ygNyWutVoiGAcQnl0tLQ0yIez/3frEvZNMHPjtcZidZC47iK60Q/7rFHgm9vVh8WVKXyxzA0I/Omh3J0drI8GXw==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**
Get your Prime eligible items ~~Tuesday, May 30 by 8PM~~
**Sunday, May 28 by 8PM** for ~~$5.99~~ FREE

Get FREE Two-Day Delivery with Prime

No hassle. No commitments. Cancel anytime.

**Delivery: May 30, 2023** If you order in the next 23 hours and 35 minutes (Details)
Items shipped from Amazon.com



**Compatible with Samsung Galaxy A12 Case, Smiley Face Cute Hippie Aesthetic Peachy Smiley Face Slim Fit Soft TPU Shockproof Protective Cover Case Gift for Women Girl**
$15.99 & FREE Returns
Qty: 1
Sold by: wanzaixiansiyiguanbaihuodian
Amazon Prime eligible Join now
Add gift options

**Choose a delivery option:**
- **Sunday, May 28**
  FREE Two-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Tuesday, May 30**
  $5.99 - Shipping
- **Sunday, May 28**
  $9.99 - Shipping

Place your order

**Order total: $23.10**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Get FREE Two-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $15.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $21.98 |
| Estimated tax to be collected: | $1.12 |
| **Order total:** | **$23.10** |

How are shipping costs calculated?
Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Compatible with Samsung Galaxy S22 Trendy Case, Cute Colorful Retro Smiley Face Clear Phone Case Gift TPU Shockproof Protective Case : Cell Phones & Accessories

**URL**

https://www.amazon.com/Compatible-Samsung-Colorful-Shockproof-Protective/dp/B0BKPZLS3P/ref=sr_1_22_sspa

**Collection Date**

Mon, 24 Apr 2023 08:24:53 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

o9bFVUAoqzAk9nuf2MM/TLmqcFJg8T89b/Xxy26NhbYHvA6bG6LzjiyvXWn57G0W4gruPx3nG7WdCKrzia+M6RzypD6DsBbtdCnj3uvZApcutvUr8htxpekKHRx5WhbMzviU68FGNnFmoiS2PkYuv9R0yuFvdVZxv3CaErR8KNM=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Compatible-Samsung-Colorful-Shockproof-Protective[fs]dp[fs]B0BKPZLS3P[fs]ref=sr_1_22_sspa]]_Mon,-24-Apr-2023-08-24-53-GMT.pdf

**Hash (SHA256)**

d0a2aba90a6e035406963c1ce28825d8573d847fd8fb0f18f7fa3917f040919a

**Signature (PKCS#1v1.5)**

BKjlqSFxzvm0qDjE/MmlREyYGs1sfSDKFEN/1/h+yRuu1jKyGU8VSsQSJak1Ihwh2dZs5reJqdIQ9kO8c0VG7tAoKdrt3E+vDbIK4RkcUrsxYymcKkm9dymKbkok9nKzAi5nY8ID39LMnNl68wXCXjJsv2FBtI5LXG8uhSILfRQ=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 26 May 2023 22:52:19 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0d:5600:8:36::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Z64uHl/RHKV3sa9ycDlzadlO0rinh5nbEm70CgvkalFfqYzCnJFiN6SutX/cHdm2jUBukpJiz36wv5HRTLz8DcDpdOT729RbfL2hDJtHrEw33EXDqxhnt098HmLj1RRKBtytYtY5JY2XBJA4n4XHI9trLk/KTcKleisHyz676f1o4H0IVNKEVniWCwAf/sPzYkeALr
+QCEIVImg6qQDIMehW8yKMRNEj/686GbChG7fKFVVRKEIufg6IoZb+3MMvmJQNcNCM5m2YE7TjHIxFDFeiV2CNV6FU0Pq6HdJqpJvL7eWzh+ZZ4QnwDcarE5cwT/2qGj3/pFfIS47wCcR3vg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Fri,-26-May-2023-22-52-19-GMT.mhtml

**Hash (SHA256)**

d3b83da9ba3f99207a17c878c73db4d551649c52bb641734970c57cef5669ba5

**Signature (PKCS#1v1.5)**

j+YAM5zY1Q00fISkyiq9Q84XP38X0Qkcl7q9dmusxRMUoj0GrWItHpcCh9zmEOVhwDXCim/Pq5Bdt2nkOuYNhwDGzRc46N1FLsBQt07rffjqD2J9z46TqsfUnAlNm9nVAA7hNub6/QMxorwPutO6qdUqLBVsHj3RiIaelQEPxL4LoHoaItOW3QG7dFOdXdJXs+gQiSDae1hV1z22rr8jHiAsHuRrGQ
+TB33+lQ4zmywrvxvRIoKznGT+/m3hwgwpBtCeVQP3LFLZZGuYoQ5WVffx5qsKyNv0fqVyUZnkwIjfpuUw/1z5ELlj8nw8GtRiHFuGFpx3UDAFWf//NGUZIg==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

**Or pick up near this address** - See nearby pickup locations

Change

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items ~~Tuesday, May 30 by 8PM~~ **Sunday, May 28 by 8PM** for ~~$5.99~~ FREE

Get FREE Two-Day Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: May 30, 2023** If you order in the next 7 hours and 52 minutes (Details)

Items shipped from Amazon.com



**Compatible with Samsung Galaxy S22 Trendy Case, Cute Colorful Retro Smiley Face Clear Phone Case Gift TPU Shockproof Protective Case**

$15.99

Qty: 1

Sold by: wanzaixianyunniaozhenbaihuodian

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

- **Sunday, May 28**
  FREE Two-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Tuesday, May 30**
  $5.99 - Shipping
- **Sunday, May 28**
  $9.99 - Shipping

Place your order | **Order total: $23.10**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Get FREE Two-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $15.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $21.98 |
| Estimated tax to be collected: | $1.12 |
| **Order total:** | **$23.10** |

How are shipping costs calculated?
Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Sian Kelly

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Mon, 08 May 2023 11:31:02 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sian Kelly

**IP Address**

2001:ac8:9a:d::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

PYSobM+kwQqPfutFVx/j0sCCwRTuEJvqRCT86J+xYlgOyqIhG
+oiBhWN1kS9GkFXOLAep1+y2fiZWeir0uXVmwgPrSTN0H38TSQ8YtzBSnPkiz5QCjnjdrbhJ5R4+2YVDoQp0jghd0PvpBEUUYhHq946069VdP2O0AS7AOW4g5HiURyqAa7khFFVewDpYY3Xl9BJCqFyNJEVL0Qam9flKPTnjG4Vws0hPX6Bkr4iDxZw9OiKTP4ngssLIvXzMUbEKNY7cxXY5wW
8Q+/GKNj1Oem7AAnwcGytg7BHouP6ZaducYTH6QIrSvTlGTKH1Ex+1dmiACp5iXtragSUSzKxCw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Mon,-08-May-2023-11-31-02-GMT.mhtml

**Hash (SHA256)**

4f3e8529b8ee3423d86e4c2b2cf891baf40943f662853b93d3f588ed961b0504

**Signature (PKCS#1v1.5)**

tFM0AROMYrItJz2j8Hro7E3Wj49mcUwyOXILW4BM62S3jiT23/WQPoXLm8EHpCB/sZJgR6RAjBoWmfrZ9HWKSyYFjs0Cq4bWhu1+CEr9KLSpVRs67UxBt7oGYpQS++y0MmHc/a1btLTKc6q0jKXH/1QYnvC50Ucu
+2nW9IDwyMCRTs5gLm9rkuMiBka0SLLev5mPUHkpvoLPSlxlrQkF5sq5estVIzGvccFVQnDiTuXieO323Gi1s5uRl3CCtYxzolL6utqCo24y7w5OlwNpgr1pQvHOluJvrbeWhKQLjWbsOxf0uggH5FloitAKPlDFjPV1lbZEEqFDUy+FFpl1Mw==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Change

Or pick up near this address - See nearby pickup locations

**2 Payment method**

[redacted]

Change

Billing address: Same as shipping address.

Add a gift card or promotion code or voucher

Enter code | Apply

**3 Offers**

Change

**4 Review items and shipping**

FREE TRIAL

[redacted] we're giving you Prime FREE for 30 days!

Get your Prime eligible items ~~Thursday, May 11 by 8PM~~ **Tomorrow, May 9 by 8PM** for ~~$5.99~~ FREE

Get FREE One-Day Delivery with Prime

No hassle. No commitments. Cancel anytime.

**Delivery: May 11, 2023** If you order in the next 16 hours and 28 minutes (Details)

Items shipped from Amazon.com



**Bevaney Smiley Face Slippers for Women, Retro Slippers with Smiley Face Soft Plush Preppy Slippers Happy Face Slippers Slip-on Cozy Indoor Outdoor Slippers Pale Yellow 4-5**

$14.99 & FREE Returns

Qty: 1

Sold by: WARMYWORD

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

- **Tomorrow, May 9**
  FREE One-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Thursday, May 11**
  $5.99 - Shipping
- **Tomorrow, May 9**
  $9.99 - Shipping

Place Your Order and Pay

You'll be securely redirected to MasterCard to complete this transaction.

**Order total: $22.03**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Get FREE One-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.

Try Prime FREE

Place Your Order and Pay

You'll be securely redirected to MasterCard to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $14.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $20.98 |
| Estimated tax to be collected: | $1.05 |
| **Order total:** | **$22.03** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com | Bevaney Smiley Face Slippers for Women, Soft Plush Preppy Slippers Retro Slippers with Smiley Face Happy Face Slippers Slip-on Cozy Indoor Outdoor Slippers | Slippers

**URL**

https://www.amazon.com/dp/B0BQWJWR39

**Collection Date**

Wed, 10 May 2023 06:55:56 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:93::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

ikjb1TWTU8PECMfG0FaL9RoQy3XKEGtVePZqg+ZmbJo6LuYwro8JInwxWairlK3lovtjCZsp+oHD/b3kVMapfZC+ojfTul2xtPH1r5VWG8LO/DfQAtWg70Lpl2Lcq4VcAhvE5ka2oNWOYjFwueQwa/oCPlzyVjKsfQmmk8xmXQ1CttjVLdPCCOvb+orQTMKUpBkMDtVWC4BmR9tcCO1uF+GLTYfkLGuKAdJodOmVcKahVNi3oZly5nT0OfeHoqeldwuo9fCpXZDdqUAwQcbijvysyc5AYwN3ynNH3P6mT7zTDyG8udzU4gFwe/JqriWZor73A0u6W+frfzOuySOd2g==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B0BQWJWR39]]_Wed,-10-May-2023-06-55-56-GMT.mhtml

**Hash (SHA256)**

f979c76df3c50e2c0ca3c4ad47866e57cd45a4391d6fef2756ca5f5888eac1e3

**Signature (PKCS#1v1.5)**

GyY6PRZZTVY/RPVPYYKIv+Nza3GVuTAHBy3DiiSMple/nbjdUc2tPOZjb3clambRHYxZnnl2KdKMmozN7rXoJe5m1Jl7AUpwMWDX89zpEnSCjbWd7ezCZoZbU4Ru9FLsRrjU7DVYt+dkBojMTI51ejTBXoRjdCoEdUY88/88nMjTp9pddCmQsAcms12xwFeKO1FHY8RYtsm8BF+O/Rx4kORuXBnSDEzrGur6O7xJPxk1Xj0xn5kYi8q6As9O1yoHSL4lBRrQShxN7Utsf1iTsJkfSTgKILno7/cHssu5xlZ0Ab5XKLxr4TullKqPplbKQOmBeR+Jcb/qOJ78sWApjg==



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: ITAL3000 iPhone 11 Pro Case, Luxury Plating Soft Silicone Crossbody Lanyard Phone Case for iPhone 11 Pro, Cute Smiley Cover : Cell Phones & Accessories

**URL**

https://www.amazon.com/ITAL3000-Plating-Silicone-Crossbody-Lanyard/dp/B0BWTQN3Q2/ref=sr_1_99

**Collection Date**

Mon, 24 Apr 2023 09:31:19 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

L87e0EZQxHoJ6urb+s0JtUGCkyMUClrVlLK8tYROtzbuSm7kI+n0Y+Ttb+/Pm1vIN6zYJFyw1FH/jOAiOphsqPullPSBGPXh/f1a9iGIv04jI+6GLsKAzJExJ9NIQ0eG8VeFXz0rLYLY1iZCI+FCHYi11e2aG2T3otQ1y6Zaut0=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]ITAL3000-Plating-Silicone-Crossbody-Lanyard[fs]dp[fs]B0BWTQN3Q2[fs]ref=sr_1_99]]_Mon,-24-Apr-2023-09-31-19-GMT.pdf

**Hash (SHA256)**

349a4e5ee1daacd69a299eafd48cf801299232312b921337c659a0e7c6a553cf

**Signature (PKCS#1v1.5)**

pGyjmZbI7upqzbmTaGodfvBrIS2MsC4cDLHWRYLRD7KStuSn4xcnaBF2zrnWXglHZopr0BjHWhQga4+q2DFa9B3/L88raKq5foKSR8I4K1uuE71mL7TdgEpIAgxHwB4EDxaMWV6jeFDgYvZiDa1qgJCEvmz8a0FnPs3hfDXnNtY=

amazon | Deliver to Gregory Kapolei 96707 | All | smiley phone | EN | Hello, Ozzie Account & Lists | Returns & Orders | 1 Cart

All | Clinic | Amazon Basics | Customer Service | Buy Again | Amazon Business | Household, Health & Baby Care | Livestreams | Beauty & Personal Care | Free Shipping | Coupons | Pet Supplies | Smart Home | Upgrade to ad-free podcasts

Cell Phones & Accessories | Cell Phones | Alexa Built-in Phones | Accessories | Cases | Wearable Technology | Best Sellers | Deals | Trade-In | All Electronics

Sonix Sonix Charger for MagSafe iPhone 14, iPhone 13, iPhone 12 Series | Fast Wireless Charger x 6.5ft Cable (USB-C) | Brown Tort 38 $29.99 prime

Subtotal $14.99 Go to Cart

‹ Back to results

Sponsored

## ITAL3000 iPhone 11 Pro Case, Luxury Plating Soft Silicone Crossbody Lanyard Phone Case for iPhone 11 Pro, Cute Smiley Cover



Roll over image to zoom in

Brand: ITAL3000

$13.80

Apply now and get a $60 Amazon Gift Card upon approval of the Amazon Store Card, or see if you pre-qualify with no impact to your credit bureau score.

Color: Mint Blue

$13.80 | $13.80 | $13.80 | $13.80 | $13.80 | $13.80 | $13.80 | $13.80

| | |
|---|---|
| Color | Mint Blue |
| Form Factor | Basic Case |
| Compatible Phone Models | IPhone 11 Pro |
| Material | Silicone |

### About this item

- 1.【Compatible】Perfectly fit for iPhone 11 Pro.
- 2.【Full Body Protection】Raised Lips to Protect Screen and Camera from Scratching and Dropping.
- 3.【Excellent Grip and Non-slip】Unique Premium Silicone Material Offering Sleek but Non-slip Grip.
- 4.【Slim & Perfect Fits】Precise Cutouts for Easy Access to All Ports, Not Interfere with Microphone Using; Slim but Protective, Add No Extra Bulk to Your Phone.

Report incorrect product information.

$13.80

FREE delivery May 16 - June 7. Details

Deliver to Gregory - Kapolei 96707

In stock

Usually ships within 2 to 3 days.

Qty: 1

Add to Cart

Buy Now

| | |
|---|---|
| Payment | Secure transaction |
| Ships from | wbao4122 |
| Sold by | wbao4122 |
| Returns | Eligible for Return, Re... |

Details

Add to List

Have one to sell? Sell on Amazon

SONIX CHARGER COMPATIBLE WITH MAGSAFE FOR IPHONE 14, IPHONE... 33 $29.99 prime
Sponsored

Birthday Rainbow Confetti 18"" Mylar Balloon - Party Decor - 1 Piece $3.95
Sponsored

### Based on your recent views

Sponsored · Page 1 of 58

AICase Cute Women Tin Foil Pleated... | Diaclara Designed for iPhone 14 Pro Max... | ESR for iPhone 14 Pro Case, Compatible with... | iPhone 14 Pro Max Love Heart Case, Fashion Cute... | ESR for iPhone 14 Pro Max Phone Case, Full... | Compatible for Samsung Galaxy S21 Plus Case... | Erudite iPhone 14 Pro Case, Case iPhone 14 Pro...

### 4 stars and above

Sponsored · Page 1 of 13

BossKiss Compatible with iPhone 14 Pro Case 6.1 inch, Premium Liquid Silicone Case ... 260 Amazon's Choice in Cell Phone Basic Cases $16.96 prime Save 10% with coupon
Rogsgic Smiley Smile Face Case for iPhone 11 for Women & Girls Cute Phone Case Slim... 113 $5.99 prime
Facweek Compatible with iPhone 14 Case Cute, [Upgraded No Fading Gold Plating... 64 $11.99 prime Save 5% with coupon
Beaded Phone Charm, Smiley Face Beaded Phone Lanyard Wrist Strap Fruit Letter Pearl... 72 $9.99 prime
HOLAOCT 2PCS Phone Charm/Chain Strap,Cute Smiley Face Phone Keychain Beaded... 121 Amazon's Choice in Cell Phone Charms $7.99 prime
CASETiFY Impact Case for iPhone 12 / iPhone 12 Pro - Smiley Phone Case - Keep It Cl... 183 $52.00 prime Climate Pledge Friendly
Casely iPhone 11 Pro Case | All Smiles | Smiley Face Sticker Case 92 $24.95 prime Climate Pledge Friendly

### Videos

Help others learn more about this product by uploading a video!

Upload your video

### Product Description

ITAL3000 iPhone 11 Pro Case, Luxury Plating Soft Silicone Crossbody Lanyard Phone Case for iPhone 11 Pro, Cute Smiley Cover

### Looking for specific info?

Search in reviews, Q&A...

### Customer questions & answers

No answered questions yet

Post your question

Typical questions asked about products:
- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

### Product information

| | |
|---|---|
| ASIN | B0BWTQN3Q2 |
| Other display features | Wireless |
| Form Factor | Basic Case |
| Color | Mint Blue |
| Manufacturer | ITAL3000 |
| Country of Origin | USA |
| Date First Available | February 25, 2023 |

Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

Feedback

Would you like to tell us about a lower price?

### Products related to this item

Sponsored · Page 1 of 58

BossKiss Compatible with iPhone 14 Pro Case 6.1 inch, Premium Liquid Silicone Case ... 260 $16.96 prime
XIASAIJBUDA Design for iPhone 11, Cute Colorful Retro Smiley Face iPhone Case Prote... 16 $15.99 prime
SIJGKU210 Fashion Case for Motorola Edge Plus 2022, Cute Colorful Retro Smiley Face... 1 $15.99 prime
Compatible with iPhone 14 Pro Case, Colorful Melting Smiley Face Cool Hippie Slim F... 5 $15.99 prime
OUYAGAOYUAN Compatible with iPhone 13 Pro Max Case, Cute Colorful Retro Smiley... 2 $15.99 prime
Compatible with Samsung Galaxy S22 Ultra Trendy Case, Cute Colorful Retro Smiley... 9 $15.99 prime
Compatible with iPhone 13 Case, Smiley Face Cute Hippie Aesthetic Peachy Smiley Fac... 51 $15.99 prime

for Motorola Moto G Power 2021 Classic Haunted Horror Halloween Nightmare Characters Spider We... $14.95
Sponsored

### Customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

How customer reviews and ratings work

No customer reviews

### Review this product

Share your thoughts with other customers

Write a customer review

for Motorola Moto G Power 2021 Classic Haunted Horror Halloween Nightmare... $14.95
Sponsored

### Products related to this item

Sponsored · Page 1 of 58

for Motorola Moto G Power 2021 Classic Haunted Horror Halloween Nightmare Characters Spider Web Design Double Layer Phone Case Cover $14.95
Sponsored

### Inspired by your browsing history

Page 1 of 6

### Customers who viewed items in your browsing history also viewed

Page 1 of 6

### Your Browsing History

View or edit your browsing history · Page 1 of 4

Back to top

Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You

amazon · English · United States

Conditions of Use · Privacy Notice · Your Ads Privacy Choices · © 1996-2023, Amazon.com, Inc. or its affiliates

AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Sat, 27 May 2023 03:32:24 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0d:5600:8:36::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

gwHu+l/B0qQGBzuK5cPA2n/ZTISM7gqXudHxwMkRV9V3kPh1oggaXEs+QxkuEYOJJ4xz/iYbftmRB7GMEOzPxgSukYffF+UTHW0EfZ8VoCqjAvfl2kRqLUD2Q0l7qhl4hcSDjAzECvp8KUriiTvmM6njSyMRDPNFyHOANTHO/8nmGeziUaoi356uWQrBF4AReZXVQ2G3tFmTlzYxrs11FM
+rfcv1SbvjPaajaCSIPZmdwXmF5OFJENx5I8El5uCFkm86iQupRs9i9/3V9TDLcJtfBzt0dmsbzh5HCqcY25A1qHm+iizx9aZFO3j4mZF+1Kre6VeozDXi/zWp9p6mxA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Sat,-27-May-2023-03-32-24-GMT.mhtml

**Hash (SHA256)**

b76f58059f5d28e88322fc6c1d4c24376fb0e95e378ff0e93d5a43b63e9b4493

**Signature (PKCS#1v1.5)**

TSB1jCchH6i6OmooVaj+3rHKLX6F3Cf07p/FjxWY0fyuVDBFL3O52lEY9omy4bHTKmTOizZTQX06Va2n82fH4cyrVgi9OMjX4VJcwqws8hY8aNnIDC596PB/hfC1lGp14OEWR/
R8ahTNYQkXEJyFoUTzwnhefRb3fFLKJsXqNVGBkNTXEhOWrqvOFhHyeynsBuFwEWhsbkawLVrLISG99mhCaPF8RImYcXa+3iKd1HIF2YIJny06CxCdrkeUhYg1DPQhmIDbjkbWKaBYm8wj+lL7ibIXR043rgm7xK3qKUylq/2OFiFYW/Xi67Ku/rsPvsapB2qhnaFlmz2ufSq/Ng==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you 30 days of Prime benefits for FREE**

Try Prime FREE for 30 days

**Estimated delivery: June 21, 2023 - July 13, 2023**

Items shipped from wbao4122



**ITAL3000 iPhone 11 Pro Case, Luxury Plating Soft Silicone Crossbody Lanyard Phone Case for iPhone 11 Pro, Cute Smiley Cover**

$13.80

Qty: 1

Sold by: wbao4122

Gift options not available

**Choose a delivery option:**

**Wednesday, June 21 - Thursday, July 13**

FREE Shipping

Place your order

**Order total: $14.77**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $13.80 |
| Shipping & handling: | $0.00 |
| Total before tax: | $13.80 |
| Estimated tax to be collected:* | $0.97 |
| **Order total:** | **$14.77** |

How are shipping costs calculated?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: WCRAZYE Layered Smiley Face Beaded Necklaces for Women Colorful Beaded Dainty Paperclip Chain Pendant Necklace Cute 14K Gold Luck Smile Choker Happy Preppy Necklace Y2k Jewelry (Rose Red): Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/WCRAZYE-Necklaces-Colorful-Paperclip-Necklace/dp/B0BBYV9FK4/ref=sr_1_26_sspa

**Collection Date**

Wed, 19 Apr 2023 11:41:42 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

jBBSvsWJjMfYtWTdBFdsk2yCRZnPC4UZ4VCv7Ual5EIOkzC9daLTQih/EFPhl7GCcuUdgek6dhgc7zD6ERWCsDx1w7ajfjhrlZoncJy/uuFzjxBXyja23L8hEb8oWCK6DrEMcFdaO2q7ZFyQZaTbEifDo1ZIIK+Itk2TMTvaLx0=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]WCRAZYE-Necklaces-Colorful-Paperclip-Necklace[fs]dp[fs]B0BBYV9FK4[fs]ref=sr_1_26_sspa]]_Wed,-19-Apr-2023-11-41-42-GMT.pdf

**Hash (SHA256)**

8a139e24bd7ea80643ee7412bbd7f01560a6489feef94f3e8866607d115c7e3f

**Signature (PKCS#1v1.5)**

eOLbKdg1Yhf96chJ5wrpan8Mn2YP/14C8AJxeLOQQqIKcftUagL0pC6i4hMVEBOMklo7Oas5/4m0hil2bHM7PlLcE4ttglKjuMtVopoWaRAxs/53sRVUQu/t8zwr2ueLROqC02LeU6S7W3dpMfC17VxTZ7c8BB69HWBpFfhodtw=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Wed, 17 May 2023 06:54:55 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2001:ac8:9a:d::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Fp5PI1ORy2xPGu4LtDpWTbWdOYO8D67UcKKCaHS50WkoJo7U96I2riFVVsq+0mcO1dfHQviDCbZ4swMyp1JXr8w2t/0Cu5aKBjfSR9p+0emqc625X5uM0C7WmiKoKh+VsUQVBa9RjpzoYLCu
+qGlZo7dIz7DfBKxB2GIYHCgq7DoyIJDCkPhKvkgXweGj8ZRDxXDfolnk6uH7WfwmWPabSuaGUIMsj/K6xZjWFtpO3fb8yqC5XoeAUTsD1CsXDRGrFmBGS+cZ12TB32YPY+P51OtGotGgHTrtM76CSTO2E0/IFuOtI+SuAgfZdlYjHsw5Wxmy1jcTu/v/SHlzfS/Tg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Wed,-17-May-2023-06-54-55-GMT.mhtml

**Hash (SHA256)**

bac35157536a77c502a6395016237d2ddec23c762f3c58161456fe340984e1a5

**Signature (PKCS#1v1.5)**

Tjnk2Nak53pXoOZrw78G0yjV1vMBm9sdTAO8pHhHeYn09AVhaHfMHLEx21hy2bRza18NQRP3OVOcSZiu0xJPCyuItvO45sF43Er42Ui2fKGl4DYX4BeF32O8Gewi4a6kogv7hsSVzpoKuG16FMkQ7p9JG7OrlKXvJRrbrOXZuTx66y5TfhM5F+gv5xc9QLWdXPX872rv/9D5fqXyETnkxTzX/
l2k4cVBj3ormnYZG2L1wtlv2ziE7iX3bL2/0bpBp8psAoUjtMBGyTWJrFpXhVucCHYs3U2WA+cdlh6XGBpVRN5eN4Us7rIJtfLzDZBtb/fUfA6O6q0M5xk6y5qv2A==



amazon

Checkout (1 item)

1 Shipping address

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Change

Or pick up near this address - See nearby pickup locations

2 Payment method

VISA Visa ending in 9985

Change

Billing address: Same as shipping address.

Add a gift card or promotion code or voucher

Enter code Apply

3 Offers

4 Review items and shipping

FREE TRIAL

Jade, we're giving you Prime FREE for 30 days!

Get your Prime eligible items ~~Sunday, May 21 by 8PM~~ Friday, May 19 by 8PM for ~~$5.99~~ FREE

Get FREE Prime Delivery with Prime

No hassle. No commitments. Cancel anytime.

Delivery: May 21, 2023 If you order in the next 21 hours and 5 minutes (Details)

Items shipped from Amazon.com

WCRAZYE Layered Smiley Face Beaded Necklaces for Women Colorful Beaded Dainty Paperclip Chain Pendant Necklace Cute 14K Gold Luck Smile Choker Happy Preppy Necklace Y2k Jewelry (Rose Red)

$8.99 & FREE Returns

Qty: 1

Sold by: WCRAZYE

Amazon Prime eligible Join now

Add gift options

Choose a delivery option:

Friday, May 19
FREE Prime Delivery with your free trial of Prime
Fast, FREE Delivery prime

Sunday, May 21
$5.99 - Shipping

Friday, May 19
$9.99 - Shipping

Place your order

Order total: $15.61

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Get FREE Prime Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Order Summary

| | |
|---|---|
| Items: | $8.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $14.98 |
| Estimated tax to be collected: | $0.63 |
| Order total: | $15.61 |

How are shipping costs calculated?
Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: MORLAY Sweet Pink Zircon Epoxy Yellow Smiley Cuff Finger Rings for Women Girl Jewelry Gift Party : Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/MORLAY-Zircon-Yellow-Smiley-Jewelry/dp/B0C1ZD12FB/ref=sr_1_146

**Collection Date**

Thu, 20 Apr 2023 06:14:02 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

lrNsl6BVqRwQXPgTclJP+/YelGzo2zVMGsXNe6i76TkNqOTU3EVjk952TO/51BglYozi/1/6Ps3sae8m/hlYcHefu0XG0U9Mtz2EPXJZJ//S7yZmYlEepCS1VRYjuT2bya4EPwCvYwuZp1vt/tfxl3xMXv8WMF27+AjVZl7ICv0=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]MORLAY-Zircon-Yellow-Smiley-Jewelry[fs]dp[fs]B0C1ZD12FB[fs]ref=sr_1_146]]_Thu,-20-Apr-2023-06-14-02-GMT.pdf

**Hash (SHA256)**

a2fd93787c936c0b560bc80ed7beb6b3292485d02bb7e645e273ac343acac9ee

**Signature (PKCS#1v1.5)**

JpLda06sxtlbU9nXbz5p0p85PnkFpWCjVAVI1Wm4/JT3oJ7P8Ch7NZJTnFdPrVvnLNq7uuW6Dk4IGG/0HL/fEcL9hi+zreqPVut4ZMds35PVSALpPlRDlPyiyAkGCO8KZj3RbKQncTx+zzp80Za5yvGg17V+3a5nrjajFZI4KXI=

amazon | Deliver to Ozzie Miami 33132 | All | smiley jewelry | EN | Hello, Ozzie Account & Lists | Returns & Orders | 1 Cart

All | Clinic | Amazon Basics | Customer Service | Pet Supplies | Coupons | Household, Health & Baby Care | Beauty & Personal Care | Amazon Home | Home Improvement | Today's Deals | Find a Gift | Reinventing wholesale, join Amazon Business

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

amazon clinic | Healthcare for common conditions, made easier | Get started ›

Subtotal $14.99

Go to Cart

$14.99

Only 8 left in stock - order soon.

‹ Back to results

## MORLAY Sweet Pink Zircon Epoxy Yellow Smiley Cuff Finger Rings for Women Girl Jewelry Gift Party



Roll over image to zoom in

Brand: MORLAY

$36.16

Get $60 off instantly: Pay $0.00 ~~$36.16~~ upon approval for the Amazon Prime Store Card. No annual fee.

Size:
**Resizable**

Color:
**A**

- Wedding Bands

Report incorrect product information.

$36.16

FREE delivery **May 11 - June 2**. Details

Or fastest delivery **April 24 - 26**. Details

Deliver to Ozzie - Miami 33132

In stock

Usually ships within 2 to 3 days.

Qty: 1

Add to Cart

Buy Now

Secure transaction

Ships from weifangshuoxinwangl...
Sold by weifangshuoxinwangl...
Returns Eligible for Return, Re...

Details

Add to List

Have one to sell?

Sell on Amazon

### Product Description

Wedding Bands
Sweet Pink Zircon Epoxy Yellow Smiley Cuff Finger Rings For Women Girl New Fashion Jewelry Gift Party

### Product information

| | |
|---|---|
| Item Weight | 0.035 ounces |
| Department | Unisex-adult |
| Manufacturer | MORLAY |
| ASIN | B0C1ZD12FB |
| Country of Origin | China |
| Import | Country as Labeled |

Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

Feedback

Would you like to **tell us about a lower price?**

### Videos

Help others learn more about this product by uploading a video!

Upload your video

### Looking for specific info?

Search in reviews, Q&A...

### Customer questions & answers

No answered questions yet

Post your question

Typical questions asked about products:
- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

### Customer reviews

| | |
|---|---|
| 5 star | 0% |
| 4 star | 0% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 0% |

How customer reviews and ratings work

No customer reviews

**Review this product**

Share your thoughts with other customers

Write a customer review

**Inspired by your browsing history** Page 1 of 5

KDIZI Smiley Face Necklaces,Gold Stainless Steel Paperclip Chain Simple Round Smile Necklace Preppy Jewel... 829 Amazon's Choice in Women's Chain Necklaces $8.99-$14.99

YeGieonr Women Good Luck Smiley Face Ring Happy Face Stackable Ring with Cute Chain Link Band 1,576 Amazon's Choice in Women's Stacking Rings $10.99

KXIEER 14K Gold Smiley Face Necklace Cute Round Stainless Steel Preppy Necklace Gold Happy Face Necklace For Women Girls 169 $9.99-$10.99

Smiley Face Necklaces With Smiley Face Pendant, Chain Stainless Steel Gold And Pendant Included Original Qual... 93 $9.99 Get it as soon as Wednesday, Apr 26 FREE Shipping on orders over $25 shipped by Amazon

XSILA 14K Gold Smiley Face Necklaces Enamel Happy Face Necklace Pink Necklace Preppy Necklace for Women Girls 447 $9.99-$14.99

Lin Su Fashion Sequins Baseball Cap Printing Neon High Crown Foam Mesh Back Trucker Hat-for Men and Women 1,068 $13.88-$15.88

MOROYA 10PCS Gold Dome Chunky Rings for Women 18K Gold Plated Braided Twisted Round Signet Rings Adjustable Open Ring Band... 2,421 $13.86

Smiley Face Hoop Earrings for Women, Y2K Earrings 14K Gold Plated Hoop Earrings Lightweight Colorful Open Earrings Small... 202 $12.99-$13.99

DIB Stainless Steel Round Pendant Smiley Face Necklace Gold Simple Love With Extension Chain Female 81 $18.99 Get it as soon as Wednesday, Apr 26 FREE Shipping on orders over $25 shipped by Amazon

**More items to consider** See more Page 1 of 6

GEGEEN DOMOG Smiley Face Hat Trucker Hats Adjustable Smile Baseball Cap Summer Preppy Y2k Hat for... 72 $13.98 Get it as soon as Wednesday, Apr 26 FREE Shipping on orders over $25 shipped by Amazon

SONMONY Smiley Face Trucker Hat Washed Dad Hat for Men Women Cute Baseball Caps Unstructured Smile Embroidered Hat 171 $16.99

CYNICISM Smiley Face Hat Baseball Cap Women Men Adjustable Trucker Hats Cute Smile Patch Sun Cap Unisex 4 $17.99

SONMONY Smiley Face Toddler Baseball Cap Boy Baseball Hats Kids Washed Funny Hats Adjustable Cute Caps for 3-12 Years 150 $16.99

Sinsinfuns Kids Toddler Baseball Hat Smiley Face Trucker Hat Retro Mesh Baseball Cap for Boys Girls 26 $14.99

lycycse Smile Face Trucker Hat Retro Mesh Baseball Cap with Smile Patch Foam Neon High Crown Y2K Hats for M... 417 $18.99 Get it as soon as Wednesday, Apr 26 FREE Shipping on orders over $25 shipped by Amazon

**Your Browsing History** View or edit your browsing history Page 1 of 4

Back to top

Get to Know Us: Careers | Amazon Newsletter | About Amazon | Accessibility | Sustainability | Press Center | Investor Relations | Amazon Devices | Amazon Science

Make Money with Us: Sell products on Amazon | Sell apps on Amazon | Supply to Amazon | Protect & Build Your Brand | Become an Affiliate | Become a Delivery Driver | Start a package delivery business | Advertise Your Products | Self-Publish with Us | Host an Amazon Hub | › See More Ways to Make Money

Amazon Payment Products: Amazon Rewards Visa Signature Cards | Amazon Store Card | Amazon Secured Card | Amazon Business Card | Shop with Points | Credit Card Marketplace | Reload Your Balance | Amazon Currency Converter

Let Us Help You: Amazon and COVID-19 | Your Account | Your Orders | Shipping Rates & Policies | Amazon Prime | Returns & Replacements | Manage Your Content and Devices | Your Recalls and Product Safety Alerts | Help

amazon | English | United States

Amazon Music | Amazon Advertising | 6pm | AbeBooks | ACX | Sell on Amazon | Amazon Business | Amazon Fresh | AmazonGlobal | Home Services | Amazon Ignite | Amazon Web Services | Audible | Book Depository | Box Office Mojo | ComiXology | DPReview | Fabric | Goodreads | IMDb | IMDbPro | Kindle Direct Publishing | Amazon Photos | Prime Video Direct | Shopbop | Amazon Warehouse | Whole Foods Market | Woot! | Zappos | Ring | eero WiFi | Blink | Neighbors App | Amazon Subscription Boxes | PillPack | Amazon Renewed

Conditions of Use | Privacy Notice | Your Ads Privacy Choices
© 1996-2023, Amazon.com, Inc. or its affiliates

AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 18 May 2023 10:51:14 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

DTtgnw/RM8COfC6xdrLrYe4qjOiNuJaIfQqrEuhrx8vuQk8dVJbZ6sWEYR3lDInOY/jE3f2/lMepnOlfOH0d5JB6Cb+4r4vJFrjaYYshwaWVQ8tSzmlNEH3v0Z6d+dYOkFe95Y4BGZAm9AT3XYr+PEexpllCcBmOpqsTJy0ffWcsub7u4sEIzeXflxh4PI7CdwQvsZJ10vQbZuaSN0/
bQEms9DBtWDDDf4jCCE9jskeJgqWfBMdF9HxLHVXdKyTBgoVXm6cyCQ5hUHfg/Bh0pU1qoBvaEwcG/+5TN3mEDAoJHdH4XP8F1dzCQ339iaekIS8J/un6AocpGbxaLLksug==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-18-May-2023-10-51-14-GMT.mhtml

**Hash (SHA256)**

faa0e873337169dc992eb97c6a799940b2d276a5c7ad8140265be705ce760aad

**Signature (PKCS#1v1.5)**

HnXjUTJtzlCiI0ThOgM9zUj8OXgrlqHA8SNKn8fp1yUpsuE+iU7R2hgV01p7Z5kJgS9Z65WPBqp/IKhpV1jEWJr+nY5qhyMK4eFQdkJTU5DNPmWMNsi8TcBJiifNJ/BpqekhiKNN7ELP3WSJwa64ZWwDvZSDBHy0QZTXQ9niv146PAUW
+pb8i1CZ08voSJ8GFsNas4PCMqC3QuijeqwLSvOZZzAKav4KRLWIGhLB03Q8GJMNs5CaqETxnaLhtF1alm3gvzlsWlGvPiry8VNz9F8UCpaA1VDb6oG62WvUmj31/HrhTnWMkWT8IWrIyH1cq2R4z/EzNJdz/ZpnyhBQpw==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Change

**2 Payment method**

VISA Visa ending in 9985

Billing address: Same as shipping address.

Add a gift card or promotion code or voucher

Enter code | Apply

Change

**3 Offers**

Change

**4 Review items and shipping**

FREE TRIAL

Jade, we're giving you 30 days of Prime benefits for FREE

Try Prime FREE for 30 days

**Estimated delivery: June 12, 2023 - July 5, 2023**

Items shipped from weifangshuoxinwangluoyouxiangongsi.



MORLAY Sweet Pink Zircon Epoxy Yellow Smiley Cuff Finger Rings for Women Girl Jewelry Gift Party

$36.16

Qty: 1

Sold by: weifangshuoxinwangluoyouxiangongsi.

Gift options not available

Choose a delivery option:

- Monday, June 12 - Wednesday, July 5
  FREE Shipping
- Tuesday, May 23 - Thursday, May 25
  $9.00 - Shipping

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

**Order total: $38.69**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.

Try Prime FREE

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $36.16 |
| Shipping & handling: | $0.00 |
| Total before tax: | $36.16 |
| Estimated tax to be collected:* | $2.53 |
| **Order total:** | **$38.69** |

How are shipping costs calculated?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com : PIAOLGYI Disco Ball Badge Reel,Cute Retractable Badge Reel Accessories,Gift for Nurse ID Card Holder,Funny Smiley Face Id Badge Clip with Alligator Clip for Teacher : Office Products

**URL**

https://www.amazon.com/PIAOLGYI-Retractable-Accessories-Alligator-Teacher/dp/B0BXLG7LT7/ref=sr_1_161_sspa

**Collection Date**

Wed, 26 Apr 2023 09:21:22 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Ft7O8oAxAtQ/w7fxBNLxA6uzGeiyJ/8VrArB2PJiJWA53NtZt4hg4cDIgJLKqhTaQSG04PdMsd8PBtEe5ERtkzmt2mzs+SRiLJgQtlbISj6g0XU4iPwTD7jr3PCOXR+uk0B9hcAG/+N8mbMNDVUY4QwiyKNohgcDagRMpeQ+6xc=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]PIAOLGYI-Retractable-Accessories-Alligator-Teacher[fs]dp[fs]B0BXLG7LT7[fs]ref=sr_1_161_sspa]]_Wed,-26-Apr-2023-09-21-22-GMT.pdf

**Hash (SHA256)**

1698ae0b46634aa32d2226a88c504bd5781ffda68a364c63ef1ea1ed48613516

**Signature (PKCS#1v1.5)**

YGd73z9PYrdaa2ENb7fI4ig02oWtXwW2f9yHr2z9WRy+vbZ6fuUUvAE/FAA9Klsouxu0E+k8zAHFooVdhndJvaNMYA2UVfNuGTBKjoNuVDtDA7yeibByj1nMA9wLflmZ6MGXXm9VdRYoZYMJWjWHouIoVrLT48NgHqFAOOYltuM=



Hello, ozbaldo
Account & Lists

New Releases | Books | Music | Amazon Home | Gift Cards | Coupons | Pharmacy | Health & Household Products | Registry

PIAOLGYI Disco Ball Badge Reel,Cute Retractable Badge Reel Accessories,Gift for Nurse ID Card Holder,Funny Smiley Face Id Badge Clip with Alligator Clip for Teacher

Brand: PIAOLGYI

$7.99

Get $50 off instantly: Pay $0.00 upon approval for the Amazon Rewards Visa Card. No annual fee.

| | |
|---|---|
| Brand | PIAOLGYI |
| Number of Items | 1 |
| Closure Type | Clip |
| Special Feature | Retractable |

**About this item**

- 【Disco Ball Badge Reel】The badge reel is 1.3 inches,max retractable Length is 29 inches.
- 【Unique Design】Disco ball smiley face badge reel novel shapes mainly with bright colors, which will make your vision brighter in the boring work orstudy and add a vigorous scene to your life.
- 【Easy to Use】Our badge reel clip small and Light weight reel can be easily clip to all kinds of t-shirts, uniforms and anywhere you like.
- 【Application】Retractable ID Badge Reels are ideal for Medical staff, Teachers, Students, workers or anyone who is required to wear identification.
- 【Warranty】PIAOLGYI provides 30-day unconditional money back,making sure the risk-free shopping experience for you.

Report incorrect product information.

Add your 30-day FREE trial of Prime and get fast, free delivery

$7.99

FREE delivery Tuesday, May 2 on orders shipped by Amazon over $25

Or fastest delivery Friday, April 28. Order within 19 hrs 42 mins

Ships from nearby

Deliver to ozbaldo - Miami 33132

In Stock

Qty: 1

Add to Cart

Buy Now

| | |
|---|---|
| Payment | Secure transaction |
| Ships from | Amazon |
| Sold by | weizi Direct |
| Returns | Eligible for Return, Re... |

Details

Add a gift receipt for easy returns

Add to List

Have one to sell?

Sell on Amazon

Products related to this item — Page 1 of 35

Product Description

Product information

| | |
|---|---|
| Manufacturer | PIAOLGYI |
| Brand | PIAOLGYI |
| Item Weight | 0.16 ounces |
| Package Dimensions | 0.01 x 0.01 x 0.01 inches |
| Item model number | JJZ-QX |
| Closure | Clip |
| Number of Items | 1 |
| Manufacturer Part Number | JJZ-QX |

Additional Information

| | |
|---|---|
| ASIN | B0BXLG7LT7 |
| Date First Available | March 6, 2023 |

Customer reviews

No customer reviews

AXENCIS
Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Sat, 03 Jun 2023 00:17:21 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

116.68.102.78

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

XdRw2tFlZRyWjo/ct0UatlRZDT75C30/cajFpL1gfcloMdRow3AgzEkLsX1NBtAASwl7V8LbBIxPtBFjyQJVAzRxDKm6MAR4T0ah4vAoZ065gz2aXMs/qG6p4cqnHcdgNaJOCfS9DkTdzVrOnVZZ2cF8hoWnaUOGKDRkp8DK/Dyefgwh9c7Y
+UG0IZC6swG5d5QofMzzVoO0Ke8U1CZs5haelTIQ0FnwZtYgx0gcev7zuQSe8LliHb1WLciYp5uQjOoittfzsKJxTg2onf4G/armB6ugR67NIbtiRR+m2AfuTgfswJQxkD5U4YwXV3Rh5leXUPFnbNrSd1yp2In54w==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Sat,-03-Jun-2023-00-17-21-GMT.mhtml

**Hash (SHA256)**

3fb1fafe2bacbfeb88f0795259277a6c3b4e03191cd7fc905021343018413e66

**Signature (PKCS#1v1.5)**

cNnjeZ7VFbG6Ezl/09qtjQa1e7Zy54baoFv52NKWZo9DasPPSmzKAHiId3Q26sksDdtrep4xdAQzYAXMmqkhsD29DaKXsersgm2bkEWar1fMJWI/wlOgCLNcpOsBAQR7mrdOibzZlPu6/QO6MNvgoOQ2cCWoRwoL1vHgVFCqS0jdQEcktoVB5V+DQy/
P70UrUNm0ArbKHQu0vBnvK2NtEqJ76Wacm4gELKJV10zj3h1E+aBG8ltWAZuaXpwi56JtBM93ZCyNrwob3NRDqQWZgmfdvZfICh2woeIze+Eq2AplC3tRr5XdKcqzY3GrWPyMDEc8PpjVK2HOHPSiWy6hTQ==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

**Or pick up near this address** - See nearby pickup locations

Change

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

Change

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items with your 30-day FREE trial of Prime

Get FREE Two-Day Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: June 4, 2023** If you order in the next 4 hours and 42 minutes (Details)

Items shipped from Amazon.com



**PIAOLGYI Disco Ball Badge Reel,Cute Retractable Badge Reel Accessories,Gift for Nurse ID Card Holder,Funny Smiley Face Id Badge Clip with Alligator Clip for Teacher**

**$7.99**

Qty: 1

Sold by: weizi Direct

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

FREE Two-Day Delivery with your free trial of Prime

Fast, FREE Delivery prime

**Sunday, June 4**

$5.99 - Standard Shipping

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

**Order total: $14.54**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $7.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $13.98 |
| Estimated tax to be collected: | $0.56 |
| **Order total:** | **$14.54** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: 1000 pcs Happy Smile Face Stickers for Kids 1.5 Inch 1 Inch Smiley Face Stickers Rolls Large Yellow Smile Stickers Teachers Reward Students Preschool Potty Training Rewards Toddler Incentive Stickers : Office Products

**URL**

https://www.amazon.com/Stickers-Teachers-Students-Preschool-Incentive/dp/B09TNB8VYN/ref=sr_1_3_sspa

**Collection Date**

Thu, 20 Apr 2023 07:20:09 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

qikqiZILQJHPhjbp0pq0R8VAx+fzS03TVWmuqXU1vkyxkLWbmkz8XSJQDQmszBxnsL89+uZOHBPx94KmIvVzNnhnby4iuDW4fMzr2bEFF8stdMzzn/LAu4l16H7rBdH68sSUnCHncO9NzWRNWR9SIJURoGyY8adUWcDAHWyLU4A=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Stickers-Teachers-Students-Preschool-Incentive[fs]dp[fs]B09TNB8VYN[fs]ref=sr_1_3_sspa]]_Thu,-20-Apr-2023-07-20-09-GMT.pdf

**Hash (SHA256)**

09a62ca8000fd8d9d4e3fd81baa37c190468cf1894b15a974d4da50c42c5a26a

**Signature (PKCS#1v1.5)**

e92Gn7WvTF4YfTDqf0jqJ3HKioXLTtC7MO8eSqOwCbIS/z2EjYDN7AdSoX0O4JDOyWK0XnQOJlX6eV4IEDgfmnfhMRfx9q/baNqGYXbVG1ZoYVVoKJhK/iHce3Jno9qnuE8nYaZysh/Q+a4C8YDiWyjEPE6UvgqpcnwrU3mnzYE=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 19 May 2023 01:08:27 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

A5Nu2rdQ4uT29OxcWNekzK5AinGaCqD1NMqeZdXExykkvhPTVadZZEI8JDQksv7jQlvfkdpaCoxVbhpX0uvGfeMGZscXiRZmJXOXomVeHO7hZv4WAX+fmplrQEQhQhiBW3OPIVUTAr1zNJ50DJQQYps8+m06marAKNp2apIxbepFV85guAX8XePbp/
aChuPeC4XMjV2D70c7F9e8agudXxX9+kLH+VlPyhmgn32CjXVWvx2eS6rDYVk4tbNCWfS7GdKJG+VHcKgwEI9SSrvgG+4y4r9mrGfalkvF0phlqgLA2e1tzOTktbCUWguoQHPb4B2lqnkT2Rlriblo4Pu3uA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Fri,-19-May-2023-01-08-27-GMT.mhtml

**Hash (SHA256)**

4ae51b3364b741b486d2491061524289ad8ca24c5ca5f31214fc4054d64c5306

**Signature (PKCS#1v1.5)**

lTzHjgFLIv7Um9sc86gJ85Yi5A223SLrWNMEl6LMAWyNRLzGL9AjJ2kzzAIEx8rMfA8N3TYVdR+A932QN1gRrgPMYkrs4fs+KKdcZja+Obt
+8UMzW4EMrkjyxSBMHTcrXTpDZbmMl6gvg3P2dr8A32lJKkmUCMsqp6hWPEnpdeb8eTBgGDuadpxG4K7gcqUMsYmAfWrqJFaMKI3G2GLryeNWEgP8P9WOjPbDa3iNHbLthobYx8OP4kQaf0xYvhei+ddVLYJ/ehQDYcjXoJm/
wbFvtVpOPpVQOKZCRPfeTv80sVbWq9NKiu7gKCSoagQGGgyhC4LlplBrjBS9aToAvQ==

amazon

## Checkout (1 item)

**1 Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

**Or pick up near this address** - See nearby pickup locations

Change

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items for ~~$5.99~~ FREE.

Get FREE Prime Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: May 21, 2023** If you order in the next 2 hours and 51 minutes (Details)

Items shipped from Amazon.com



**1000 pcs Happy Smile Face Stickers for Kids 1.5 Inch 1 Inch Smiley Face Stickers Rolls Large Yellow Smile Stickers Teachers Reward Students Preschool Potty Training Rewards Toddler Incentive Stickers**

$9.98 & FREE Returns

Qty: 1

Sold by: welle

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

FREE Prime Delivery with your free trial of Prime

Fast, FREE Delivery prime

**Sunday, May 21**
$5.99 - Shipping

Place your order | **Order total: $16.67**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

**Get FREE Prime Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

### Order Summary

| | |
|---|---|
| Items: | $9.98 |
| Shipping & handling: | $5.99 |
| Total before tax: | $15.97 |
| Estimated tax to be collected: | $0.70 |
| **Order total:** | **$16.67** |

How are shipping costs calculated?
Why didn't I qualify for free shipping?

AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 23 May 2023 05:53:10 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

202.83.40.91

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

mZW9W9Arp/PQhyfPURvXHvaQlKbA6p6pkkcoiIZHOmPayPK5p5Ty6OFlZSNBvFTQwCYrvab2amlcfdBEhELLamlcLfJzTlTwJtVDFkxFapUNTE3+9kVP+ffEXreazZDpZqE
+3bXPixvuyezubY5wZBgnsG5NtDE4HjZQKlhdEsOCHb1UnVfxbArwbF73D0rEOJ1cV86AeC3iOzRvyRoECZQukEHsa0SlPp+AgGTjYprGsZ/g+7lkATI8V4bAs/ikRgLLTmbm2mg5Km0pztbHMC5eUlw6vAG21I2/pKm7XN7y2gSG2xoxEqLwn21aDCrVsYkjmMjPiGnRy6YK8UnWMA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Tue,-23-May-2023-05-53-10-GMT.mhtml

**Hash (SHA256)**

e5fcab127891c78c2df657872626aaf4e94517cc850a14f99b0f8e81445acb63

**Signature (PKCS#1v1.5)**

YzfJUlNvg/6vAhCo2MNMGCMAeiP0NrcQr7qWOefZLGPtf7ercij0MB7G3tgdSWZ5wniiWpD5p/zq3YlgLzh1abhfaFptDHY44XqIV6igVNKTAu8ENKhWv3EIK/NkRVWS7eDoucdounpEBn/PCdYZU7fxBhg+nfj+nGaoNQSP/
jVqZOg8x8hDReWZIIpjRfpGtIn2KutN56mLtKw1bwPMO4E33pn0BS779bjOKxFBXrsBfMYpS0Htxgp16BHVcJSMFsbb3maparqKAMSKQiR/PSCY7ul9iJFSct6I+WOf2dRK5qrYgDavuHQq7MPdxKvKn1Q1B4AQj9Jzn4UtzJ1g0A==

amazon

Checkout (1 item)

1 **Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

2 **Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

3 **Offers**

Change

4 **Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items ~~Friday, May 26 by 8PM~~ **Wednesday, May 24 by 8PM** for ~~$5.99~~ FREE

Get FREE Two-Day Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: May 26, 2023** If you order in the next 22 hours and 6 minutes (Details)

Items shipped from Amazon.com



**HIQUAY 6/7/10 Pairs Women Casual Cotton Low Cut No Show Cute Smiley Face Socks Girls (6 pairs(2),US,Alpha,One Size,Regular,Regular)**

$13.99 & FREE Returns

Qty: 1

Sold by: Wenjiajia

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

- FREE Two-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Friday, May 26**
  $5.99 - Shipping
- **Today & Overnight**
  $9.99 - Fastest Delivery

Today 2 PM - 6 PM | Overnight 7 AM - 11 AM

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

**Order total: $20.96**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Get FREE Two-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.**

Try Prime FREE

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $13.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $19.98 |
| Estimated tax to be collected: | $0.98 |
| **Order total:** | **$20.96** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

HIQUAY 6/7/10 Pairs Women Casual Cotton Low Cut No Show Cute Smiley Face Socks Girls (6 pairs(2),US,Alpha,One Size,Regular,Regular) at Amazon Women’s Clothing store

**URL**

https://www.amazon.com/dp/B0BR54HJNQ

**Collection Date**

Tue, 23 May 2023 10:26:58 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:93::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

CA6J9henvI5T681tTebCsuYJB6WZjBrDNGp6U2rH7FsCUOTNsFIayHQasDBKqKk8TTT+G/Ap16cqkamTgII8EXJxY66kV9xnOb1/SGdjCWK/U2Rydt3G2NuRPIq0q3nMtZJPjgSpJNHVmM2MbMVVgzVA5En2/
UnaenAqZrZcHAHmpysGZ2fpsdFjJHI7yuJwt8PQtz5qReu4D2Fj92FBkBKkGguOqxcdVY7OfhqhpuP67VCEnRw2moFvAeRNkXDGxQJ80Fh31CGfC1yIsHib7KMFvYIsZwMO+3S5xLZmySVq10LN1DxsWOIrl5Wvl3JUam1YSPtJEZjHU/x/ZSl3vw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B0BR54HJNQ]]_Tue,-23-May-2023-10-26-58-GMT.mhtml

**Hash (SHA256)**

347f184fde652d42894c94f2d2fde25575274655c1cb79ae82550f0bd6aa16ec

**Signature (PKCS#1v1.5)**

A10SU9zayZW38a7IiHOKsSouTMUFJztKT5cOjIZaI48aMX+IAXUYXNQxX15rtrVSarSUlF8E5ezuplBJWvTyQ5AyEmTiH6azDnSgqK46nwFP1V4528qEjtnIWbb7siZMEJq85oKKjELJLug+NdjSJ6c4aQx5pNFSBLlH0HS+MNS2HqSTSCvm2qZk
+xCCKBmw52uYYClkev8JTB021JytAnsUW7sTBlCwMXUwCSBS5k8X+6HSnxtNHf/3WvZPiIQo52gEepwUkhZt58+CHT5xu22S2IQzN67a4hjMNAdiYiazIolaCsRFpOiNdLbBBPkhxVymxy16tDaVIMSR72Awyw==



AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com: NOGRIT Don't Quit Your Daydream Cute Smiley Face Throw Pillow Cover 18x18 Inch Motivational Saying Themed Decor for Home Bedroom Living Room Girl Room Dorm,Teen Girls Gifts : Home & Kitchen

**URL**

https://www.amazon.com/NOGRIT-Daydream-Smiley-Motivational-Bedroom/dp/B0BJZ8K5L2/ref=sr_1_104

**Collection Date**

Tue, 09 May 2023 09:28:55 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:93::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

ZHEZaaG4vxA72qZZxVPHtDgVX6hv6lHCHWzhc2YrN2XXGoy1FAjJ+EIuhI2xb5Oxb+oSr+yCddMJwoWoq+lOq/qaAV6kRuYhrEEq429D0ukbS0BsKC7Ot4qumhMfipFrZLMe92Wa2Lu9BZlid5rmfqYYOVZ/enXB26CSA9qpfB4=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]NOGRIT-Daydream-Smiley-Motivational-Bedroom[fs]dp[fs]B0BJZ8K5L2[fs]ref=sr_1_104]]_Tue,-09-May-2023-09-28-55-GMT.pdf

**Hash (SHA256)**

9a994c36b63ff492a9ebfcac241b313150fe1640badd60506260b64297463612

**Signature (PKCS#1v1.5)**

qSFjLwsD9OwyuUpraXbb7IOeEgQcy53sUNNiV+kM9Vmfjs9f2Nbm/GoT5Jf167/SM8QH3rgrMmWwazsnMU/5wA13+HnpXGUNfl/pQtHeeeo95ANtiE//YHIxwJtX8NyY/cSB+vMkxTvncCPjL5T/0fz3hkhV1+/qx6I/0BDByEk=



AXENCIS

Investigator Name: RemoteUser2

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Sat, 13 May 2023 16:56:12 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

RemoteUser2

**IP Address**

2001:ac8:9a:1e::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

mG1V5SawAFZx/28PT48iG61hgMwq5mEGKD5r+egNb7gXmx97qA0YM7Aj9cm03sMNJ0hFP4z7UwA8o+NSs5OrS4N3VwXuHirDre1iqhth6MpmotDw4ldQvbGgtjmrZIs+GbJ6/Yw8+gZ7yataY0POBX4RR1pgLBXMlCGKKft+tQm2i5RS85zZk4CJ81e8HTOs5jBlYQuIzJgCiJrLrY2UDNpKC//
EwvWXl8YbkJYNzUqc2a9Lv3DgAx/PBvkmDAr+s7/2INLB50kIZtGuD+O5SN/EeERi72ydSbM2AvVy2/ReoV1RZV62GHqHOkYgVjESSINDNudJZHAlOPZPRx8gPw==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Sat,-13-May-2023-16-56-12-GMT.mhtml

**Hash (SHA256)**

8757d5f8c10d4fbd972dc6e76d565fba734e0fb8fc2fed6585c657effc33d75e

**Signature (PKCS#1v1.5)**

VSq54PznYK+lKtaN79/RM+7JthMZJrj9UnKLJaNVxqWkhTxQU7BmYz0PoJp+tGkQC9mQXouCT5MNI05PxbfdkheRF91+o6hz7emxsAT+hIsw2NLpB5SKZiD4H6s1fvu7qJ5MixIbL3vtCHzk+rG21ybECtu+4bv4k/R922MxjBEndkiReKuc+B7Sqq689qLvkX4j3/
LjzuqfOtJNBJM1sUVjTY528wFPzbxYwZSQJzZVrLNyiDaVvusZOPXIl5RYr2Yb4zfDRuXn1BAPPngfsADGJOh8SZc5p/ib1ksjqKg6zcuLpuFGsTA4WpR9BalpUdKGIULp+SQCgI9VXq27jw==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items with your 30-day FREE trial of Prime

Get FREE One-Day Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: May 14, 2023** If you order in the next 18 minutes and 53 seconds (Details)

Items shipped from Amazon.com



**NOGRIT Don't Quit Your Daydream Cute Smiley Face Throw Pillow Cover 18x18 Inch Motivational Saying Themed Decor for Home Bedroom Living Room Girl Room Dorm,Teen Girls Gifts**

$10.99 & FREE Returns

Qty: 1

Sold by: WENYUY

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

- **Tomorrow, May 14**
  FREE One-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Tomorrow, May 14**
  $5.99 - Standard Shipping

Place your order

**Order total: $17.75**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $10.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $16.98 |
| Estimated tax to be collected: | $0.77 |
| **Order total:** | **$17.75** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: 2000 Pieces Smiley Weather Expression Stickers, Children's Reward Stickers for Classroom School Motivational Stickers : Office Products

**URL**

https://www.amazon.com/Expression-Stickers-Childrens-Classroom-Motivational/dp/B0BNTT4H8D/ref=sr_1_123

**Collection Date**

Tue, 25 Apr 2023 08:17:59 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

ruUEOtSxd/4QnOzuJdyDj+0pKNo3hUvI3Yd30r5K7jhlMJfT9/mBI8K5NypqiS0XIVbe4SrVEX91kn5xMqDYgxkkfIq5ZPJsBjW3IOwcDusOCHrlFRNRGXowJx7alYdAEap6A9d3pFvHWVmcC+Z7e1V4AoR/YOZBotrrm80S9xw=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Expression-Stickers-Childrens-Classroom-Motivational[fs]dp[fs]B0BNTT4H8D[fs]ref=sr_1_123]]_Tue,-25-Apr-2023-08-17-59-GMT.pdf

**Hash (SHA256)**

12d22723c68867f485e6aec39b6df55a29cc121e165bc64d982e0de30ff55996

**Signature (PKCS#1v1.5)**

OPa0TIrJQgNrw2k9X5Jy5Qr8nsYztlYTgv7I99ubqMZfX+LtvMRC2lYG9OqA1gXX+38ZN1HQ/IZz70mYEv47bSrnAruJ9x7F1giGiCuOiAbIKM2lAvaNUyVPU0drdSMKDlT8mIptzOTwnFWfixa4uH3AA8grGmLA21KKKLdfeqo=



# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 16 May 2023 15:17:30 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

RemoteUser2

**IP Address**

202.83.57.61

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

XVE3d5I2E0dfd4Y7Hqz7kGIwS8jrbyqTn6nH3VswTVqa43JfKhhfRKa4BbpItizKNMxlzmQBZIP6ey+RV+nzzJ6J9y9hQSas8mTlTvI+MhZCJntiWnJOOW+xfGaqSn25+IlwkuMQ316BQ3IflNX7shzndFyxjvZhPmOvQagqGUkPYrXm86Jy9VItKWTAWKTOGqR2YlULlF4ataq7nWFWJfb0Qgy1fK
+x3gaP1JMAlQo5DDRgPV09cLzwnN0YBU9j+65XeKRfMp55ZGj+HZLnAfrpH1C855MYdF4iWGeRkMD4hPm49OMTVUh3TYafwWE54zPjDhfytICF9DT5Lj4n1w==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Tue,-16-May-2023-15-17-30-GMT.mhtml

**Hash (SHA256)**

94461139a30bcbf2d574a1b9ec28059eecc075fc9deb7cfd281f62ca25f32a6e

**Signature (PKCS#1v1.5)**

kNo6j8uBasjbgybZ1n22voCRC7yHzGnZhsALyoEIFV2i0z4tNh0ehsCj3gtkBPI0rBKqabXaerOQYLBGacfbVMOuM/QKny0c2jLdV/BZJHxXug4Y8O9hNWlLezVxt96cCyDXg7Z0Hwts25en8WN2NYCajH2gl1wRX44m2FF7iByXMWNlcGpDdNcdJs/8SO6UE09LNY7DWF2jxCjVZcP
+MHUM54YHGopUVrO41S3i5faJrA0P2GVIg2iCsd7SWqNjqZzuqrA1YQed1If7Ja2bqR5nOqMWfoozcH3jBg0otXacYCi+YiywGa8UNunVQZLwluKeS8RjjgP6HXlhhetsVA==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items with your 30-day FREE trial of Prime

Get FREE Prime Delivery with Prime >

No hassle. No commitments. Cancel anytime.

**Delivery: May 21, 2023** If you order in the next 19 hours and 57 minutes (Details)

Items shipped from Amazon.com



**2000 Pieces Smiley Weather Expression Stickers, Children's Reward Stickers for Classroom School Motivational Stickers**

$9.99 & FREE Returns

Qty: 1

Sold by: Willow Dragon

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

FREE Prime Delivery with your free trial of Prime

Fast, FREE Delivery prime

**Sunday, May 21**

$5.99 - Standard Shipping

Place your order

**Order total: $16.68**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $9.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $15.98 |
| Estimated tax to be collected: | $0.70 |
| **Order total:** | **$16.68** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: NLCAC 14K Gold Layered Beaded Necklaces for Women-Detachable Colorful Beaded Choker Dainty Paperclip Chain Smiley Face Pendant Necklace Y2k Jewelry White Smile: Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/NLCAC-Necklaces-Women-Detachable-Colorful-Paperclip/dp/B09BFHT2K1/ref=sr_1_29

**Collection Date**

Wed, 19 Apr 2023 11:42:44 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

b0hT59NxGlCeM8KcKNv7yOhJGAPerLNiewlx6Ielnf6ezSceYW39CoeJMPhipBERHy4nfdz0g1ICCNFmzcHjw0Y7i1uteQhKgozYIlJS0FIM6Em7zYNpXLT8MD2MNaxN0Meiv6TJzMZlyqTbdjoVdHlzKgqVV9iLTfFOQkbeQOQ=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]NLCAC-Necklaces-Women-Detachable-Colorful-Paperclip[fs]dp[fs]B09BFHT2K1[fs]ref=sr_1_29]]_Wed,-19-Apr-2023-11-42-44-GMT.pdf

**Hash (SHA256)**

39380ae064e738dba0552037aecdb964318473dfcbbdd124099082a8c2908fcc

**Signature (PKCS#1v1.5)**

JU7VKfyQ3QCdA16NZiYlck2hFIoVecqrQblbCCGcgL1IULNuHjYHen1cARI01zLpn+X/ETLT/pfCw3IXJy0W05x11gt87v2jCLAQN2fziqVp9YT7E1VWOQXRfj4eD2g1h4UHi51HMwVbxMPbUcfFa0FCOGa6X208CmG+j7vjJ7Q=



AXENCIS

Investigator Name: RemoteUser2

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 11 May 2023 11:11:06 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

RemoteUser2

**IP Address**

202.83.40.99

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

FPi1osl33mpZWMKyjuGLVDR3R74Re+soeF/R6eDoTZzT7QEzoNPHJna0dLsyo1JHiKfsG3tipuFndoaYqXi7khN3X0sJgOJKB5tD3omc6nz6g3O1SBYUUbe4HSh/f9g+2VmXGJG7RHlbKiSYMJcFUObcOkw3uMyra5wcZ2JJreVhzD5A/HC/X+4bbWMighYa/
HRahh4gmLDZDQarjMKEkp3lM7NuD6KMgFjuFUj1UrjQ0zPKW6hQJfIMvXX4dOJV164LsrX2GtJid3Jv2XTRnbY1Lt4dX7X3ewy+JiB2YRVlkvfbBlMvkY1lO7GVvZFAmcZwOZOyqHMZObru43x4fA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-11-May-2023-11-11-06-GMT.mhtml

**Hash (SHA256)**

36172ca4c19e11e8afd73421653b62629e06e7a4462e7e04960260a74f0db7d5

**Signature (PKCS#1v1.5)**

mKXED2eRvyATZ/CzPSulOvoG6ieDhWqGHGUURM0j4BFmH0PY+Z4haafUxo8tR3N92qdGPEkW2mFN2eFAIuIAb69dyGAWCh14JiZSLY4oz73PSzMm4Iy7tJjHWVHr1l+FR9aDMMqvTCrf376xvkXv
+Az9bdL07XT2kcF19qD7GReMNOOxPh3U5JhS9CI7WbPOBBzdmlMvLVDEQHZntgojQPVCSKGLJCW0EBG7wqDCdgKO1tv6gRtr6Hc4xKDO0RycNtJQELnyp0/IxLSXp/Y5edHfxCK2BVA3KdJun5i3dWBPTh5JwA9Z2u8i0xc/Fn6p9j1ZwAzpD8Q/SiL2E5HdnA==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Or pick up near this address - See nearby pickup locations

Change

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

Add a gift card or promotion code or voucher

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**
Get your Prime eligible items with your 30-day FREE trial of Prime

Get FREE Prime Delivery with Prime ›
No hassle. No commitments. Cancel anytime.

**Delivery: May 14, 2023** If you order in the next 16 hours and 34 minutes (Details)
Items shipped from Amazon.com



**NLCAC 14K Gold Layered Beaded Necklaces for Women-Detachable Colorful Beaded Choker Dainty Paperclip Chain Smiley Face Pendant Necklace Y2k Jewelry White Smile**
$8.99 & FREE Returns
Qty: 1
Sold by: Winne Shop
Amazon Prime eligible Join now
Add gift options

**Choose a delivery option:**
FREE Prime Delivery with your free trial of Prime
Fast, FREE Delivery prime
**Sunday, May 14**
$5.99 - Standard Shipping

Place your order | **Order total: $15.61**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $8.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $14.98 |
| Estimated tax to be collected: | $0.63 |
| **Order total:** | **$15.61** |

How are shipping costs calculated?
Why didn't I qualify for free shipping?