AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Kids Smiley Face Corduroy Bucket Hat Toddler Sun Hat Sun Protection Wide Brim Outdoor Play Hat Adjustable Cap for 3-10Y: Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/WINZIK-Embroidered-Corduroy-Fishermans-Toddler/dp/B0B6Z6CZJJ/ref=sr_1_71

**Collection Date**

Wed, 26 Apr 2023 04:46:12 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

p8E0vJmonYzUwN5gbaD62W3OnIPvBv3wYZcxW9L5G5uuWr3maqpwMIEJiBzyfxtor+UD/l9bzRC9AjdFzqulGMbtN4BHGzR53kr+5xTe7b4mykq+SJ6Nw1CzljeFQYx67+jTsOlwelY1yc+uXnKHxvHL+zdLyzJyEDFHcF7GP14=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]WINZIK-Embroidered-Corduroy-Fishermans-Toddler[fs]dp[fs]B0B6Z6CZJJ[fs]ref=sr_1_71]]_Wed,-26-Apr-2023-04-46-12-GMT.pdf

**Hash (SHA256)**

f79d64d50969f05079aed57d0aef120aed1e3b1bf759fb766060891c6b7d8940

**Signature (PKCS#1v1.5)**

nWuU3+a3XNVzBNIwt9OXEtBE6BjhCcXzA31W/bM1CuFfSTY21WwPaJJ2lCiL+yBxzyyZBBCBCHgrWpRo3AC73h4G4jBP6/o6PV3ZGwp0IxYAj16oNjynYUAmyuTzRriNO8js+aZDoa3P2xf3+oiB4AegGorTrqr+WpKLcp4/0uY=













Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 30 May 2023 09:54:57 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

202.83.40.142

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

TtXj9lQu0IqsWgnI1IsF7ZkXm6Y+j2AsONM+5i23gmnEKiuOapMOHHtyxJNhtxss0AZOePJ0hFTLJW3ysm6x53Fjpu1zTgHxwAoFzHNr/3lc+uIxXFlTP3whonmjEFA0W95xe/jIakFhKAHVsPSIRbiFolmODYes0AE3MNgRjmNkkpuDqKLVQWAX2oATpl
+7Lx9hfBPRbxVea09xZqNa04ToKfOJM8yrHbDFNY9JfH9mdY58Wbi6iWA9BQy5E4kxk0rFluqCvPKAfxqGAxB3Ebpl/HMmsvcPAbZGrBOtVBdK1DiOnpfR9tytLNRIslaGicDxqyhBx1FEYOkAONZ9Aw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Tue,-30-May-2023-09-54-57-GMT.mhtml

**Hash (SHA256)**

8eca363644f4c36cbe68b1ce25b290de86498a0a293feac8c90943e9fe731079

**Signature (PKCS#1v1.5)**

PkK7VhsJRHcM+LxeAS3Qc7XoKxE6PZsiK7/uog9qb9BvWYaPbCGLg/WGnpt2im8VtK4X+HiQEqx702jl+COLqUjTDLNPjNK+THpJGONEGD0/cmhF2YLlQJWSNxQsz8RdDmpwnG0mNVU/lZXtDDNLO34K5qDnEEqtg+brWtAHutxKt+CkzAmSQnlzv0FGp7l2hXjN/wulD8ZGKPrIZKyt
+xLdjQKVLpiyL5/+Wj9m7SZMkb6HL1VOVTpjl0rxMw+v3g1JDBcf6pX7K7Qomi+tuZhltZ4QoBQrTydGa/+evPJGlTJ9HChI61t1rZ1QRpIJwCH4VUPnD5ZWR5FuP+GuCQ==



# Evidence Collection Report

**Page Title**

Amazon.com: Woent Smiley Face Rings Silver Opening Adjustable Jewelry Ring for Women and Girls… : Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/Woent-Smiley-Opening-Adjustable-Jewelry/dp/B08T657N4P/ref=sr_1_60

**Collection Date**

Wed, 19 Apr 2023 11:48:55 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

LfxgDkWjHVMKaG3KxEamugIzu8VRlwPlPP1UxZKd+ZU6/uPNst+hgLYdgCDkZBBsbCqUTrRuve6p47aqPJaNL5KYKGy5KXewfKYLlvb6XeT2dGXrnVDdjhxoNa99txRqAuntw4xo7saNkUvdAtMZJ7Rp5r+3XFHiXJJt6KHWTDk=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Woent-Smiley-Opening-Adjustable-Jewelry[fs]dp[fs]B08T657N4P[fs]ref=sr_1_60]]_Wed,-19-Apr-2023-11-48-55-GMT.pdf

**Hash (SHA256)**

070fa26367fa1fb502fc893bd6abfb5959bc8a6e0dcc84f103f130ac58b0fe7f

**Signature (PKCS#1v1.5)**

q1gxQuvYcsW8dST2ICzAy/ngieSDirHR/Fr8VICGGW7e4XBAyXwATKAc0qH/+XE9OtdBKvH8EgoZeEaCJIq0pwYespiiRUskmQwX0N3qtc3HjJixuuyo4GK3HKaOM9WhzUMe6/CY/Ak4LncSbiBcAu4OH/tX/tr19ao+rWuUKRk=



















Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 18 May 2023 11:31:43 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

go8N3fFJ+UCejhdxudSuUjjHEfNBcBEbMOOyF/mkOLpaCdD93ItAy0a5dOg9Y1fTyf9J7Co7q2YdBycUifxlmkFIiuogJuiz6zh8n3We5f+5TPi6Gwe2n/3qgGqVEwpn0DTXlpdc3yjRaPofOzlSSgw1YScxEWzYP/
V6PkTwN6uSmnWLLJz/8QBVoEAfqkIAKX2b1qDshsCLeud8gUwo1Gww7io43opzjd0B55m+KOiy+knetLgMi2L+/VoEjx3AMXQNSdvOLCJ9OLIlpCpb5B3j+NzNaj4IHZvSnojnIH1rzv00Y3UYm48zFDgxQoFScyjwzLiPiU4ck/7aV8hwiw==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-18-May-2023-11-31-43-GMT.mhtml

**Hash (SHA256)**

3795dd361b7e175faa16b56957fb39bfdf91488513afd9b037f2db375134303e

**Signature (PKCS#1v1.5)**

c1Tshc/PLudx+ZOrn9T//10eBIj6XkkCwqqYiTxH34wjZrfro3040411bJH4j4E74qOYCerSk3K2E7Urd9MKGvSVHCGRz0Bfo/SmZYeapQBDtS7PxbjQf0BPN3tw0UdBaedi2aWsJuXt8ZPx96blAksMw9jxEnqqd5GRfDnxDFKDwY03ij1G4I4MGTMHrNF6HwzMcF30qwPmBwz9d/
jFK9VPIhQsJhFcQP1NW0OphOZzgPcJEH+75YeUnfFBPAR7Dd4W+VbvwXagniZ4hcydMQIFeeYwVFJmhzU8sFQVT5O5lq+12ARbtQAFzfbFlQ+jNIvnx6lLLI/O05gSJSdgmA==



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Caiyao Handmade colored beaded smiley necklaces, ladies fashion necklaces-Colour beads: Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/Handmade-colored-necklaces-fashion-necklaces-Colour/dp/B093LD1G15/ref=sr_1_261

**Collection Date**

Mon, 24 Apr 2023 06:28:32 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

E46KWie1Lchn/LHXXiTBHDXQxXzr4CH44VngG3twpgYaMQ30aRHWwedWEJla3q482Ixy7BeiiEEQUgkzPQKQ0zKuMG9ERRfJMZohaejJEkEGUWZ8xPcO+gl97wAB4j7epGP9zAEunrA9Of7X2lg7YXbgeN2S1ApxibbitipKNE4=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Handmade-colored-necklaces-fashion-necklaces-Colour[fs]dp[fs]B093LD1G15[fs]ref=sr_1_261]]_Mon,-24-Apr-2023-06-28-32-GMT.pdf

**Hash (SHA256)**

83026efd02fe8febf2d7c940745be14dd8bd58b7ec4e3184012214a7983ab06e

**Signature (PKCS#1v1.5)**

jlnhlgoZUyJx5yHZ5QwsBT4cib75pp67rE5M1HKFE1cSuqOdr5h8ZUx9W3tbRH+foWDOLQXdtFZ5R2xGn89Rn5aB11uFQcfb+zHFn5p31LddURqaY2c+WeD9EoqS4P4RK+OWzNJvYbP6K8TBBQg+yWlCJV38R+2Vfe/AvwBDEBY=

























Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 25 May 2023 15:19:08 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

116.68.105.188

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

HWScpQkV9gyycpQ9u5m5cBgjujL22hmgQKEeu4PedpYAlPVR/GR907TRJovIspFyeytXfi4btmLvYJcg8gKbNtDE7soy5+JyfHRXL+fuQSHDMFZ/bfwAM6THM2YBenARhDUyCDio3ZeTlxkR8tyNbUZMBA6GTRmDa4MiImn7aUfmbqHOHbXdCbfuBPpnKOlOz/
vaJGI9pnBzgt6FWkcwHFbop5TrGsTp9LGgOqojBjEFwwHZJtEsTwVr3ZW1uND4wKdFU/BTBxi/LxY6ol4I0+l1me380KGkQpEt1d0LWfyp0tE0Ltw0XTC4TIZLJ+50KyTaly1yVEiYmeWbB1K/iw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-25-May-2023-15-19-08-GMT.mhtml

**Hash (SHA256)**

7d254d2a387686de0ae698a5d632ef5584fbcf49a1968c1cb577d991b82a0f8b

**Signature (PKCS#1v1.5)**

KwDP3tOYI2q4MdwL7PmE1lOdrBV27Mbp2suYT3ASstj0wYqTqkXOhLgEJoL+1yyHWg0WOdHjM5VF/xOVYeCiixrKZntLSsKqzoDhFICRX/BAj4iMV0Dy/0E6g47W6iMW/b+Tey5Od1N5ywXWh4ue+7ucE4WrJDnh0wBOVqYBSV8OeiJNCIGBrb71YdErNXfrz6ZQtgHlnOoUymspRFSon/kOOU5X
+q81Hv2fNFvOJqBE7qU1+GPSTrGAHtKc5dcp3NKOA1F0YAqVTA0DEFMUwMIu1+UuFvcecvRXNipOWrkfyN45cKfgDsSRc2Sxa91D/brI40l/+rABK3r3ZHxKgw==





AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com : Wootile Yellow Smile Face Happy Stickers and Red Sad Frowny Face Stickers for Teachers 1 Inch Round Smiley Circle Dots 500 Teacher Kids Reward Labels Happy Face Thank You Labels Behavior face Stickers : Office Products

**URL**

https://www.amazon.com/Wootile-Yellow-Smiley-Stickers-Teachers/dp/B079CK2DKG/ref=sr_1_168

**Collection Date**

Tue, 25 Apr 2023 08:22:43 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

UbXiFwx8PjZPDByjQsO9tfm4ozsQ9fGfzqiTxmawA6RtsJF5TNVKI2DjY7ZmbFlEA8PV+gTS2X7oSlb2jX8UW69gJ7q5alkcOQVEPOr79gnMGVbuAN3c/g59cHn2V/0tR834To1cjq/Ytl78Hrc+rW1IY1LD2sBrF2K7hgZEBLg=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Wootile-Yellow-Smiley-Stickers-Teachers[fs]dp[fs]B079CK2DKG[fs]ref=sr_1_168]]_Tue,-25-Apr-2023-08-22-43-GMT.pdf

**Hash (SHA256)**

2c0e78e8e163183f2d4a71d0ea0aa0c8d61cc3d9095e5d5e63161025aa1b9d7e

**Signature (PKCS#1v1.5)**

Qx7hvhIFoSJVkVCZBhMeZVXngEnvqO7XHVk6QlFaE3ZO2QFifHOcyxjZPK8+C+2uRJqpf5VqEhmGvGu/OJigAWHZg+Nslq1PuxIMJ+jZbMnI1e7xrE1qflXilifkac6L+olc1nM/qtDq37eeGtAJsbFzeLVziyor086ed+3hCr4=

amazon Deliver to Israel | All | smiley sticker | EN | Hello, sign in Account & Lists | Returns & Orders | 0 Cart

All | Today's Deals | Customer Service | Registry | Gift Cards | Sell | Shop great deals now

Shop top categories that ship internationally

‹ Back to results

Roll over image to zoom in

## Wootile Yellow Smile Face Happy Stickers and Red Sad Frowny Face Stickers for Teachers 1 Inch Round Smiley Circle Dots 500 Teacher Kids Reward Labels Happy Face Thank You Labels Behavior face Stickers

Brand: wootile

(4.5) 78 ratings

-10% $8.98 ($0.02 / Count)

Typical price in last 90 days: $9.99

No Import Fees Deposit & $13.60 Shipping to Israel Details

Color:
Round

| | |
|---|---|
| Color | Round |
| Size | 1 inch |
| Material | Paper |
| Brand | wootile |
| Finish Type | Adhesive |

**About this item**

- 1 Inch yellow smile face happy labels and red sad labels are made of semi gloss material
- 250 happy face stickers and 250 sad face stickers on a roll,Total 500 pcs per roll.They are great tool for teachers,These stickers can help reinforce positive behavior. By creating a visual for the child it can help them understand that what they did is good or bad and what needs to be changed.
- Circle Dot Incentive Round Stickers:Strong adhesive backing easy peel and apply sticks well to most surfaces.These smile Happy/Sad face stickers are awesome,Large,bright,kids will love them.
- Smile face design in black.2 Style self-adhesive happy face stickers/ frowny face stickers available for select : Happy/Sad, Red, Yellow. Easy peel and apply, sticks well to most surfaces, Great for class, party, reward. As color code labels, the classroom and school uses are endless.
- Teacher behavior sticker can be used for teacher supplies, reward charts, awards and crafts. Chart stickers clearly allow teachers to monitor students' behavior in a non-threatening, friendly manner. You could provide a reward or prize to the students that have the most happy face stickers at the end of the week.Christmas Smile Face Sticker great for teachers, parents, arts, crafts, reward charts and much more!

$8.98 ($0.02 / Count)

No Import Fees Deposit & $13.60 Shipping to Israel Details

Delivery Sunday, May 14 to Israel. Order within 22 hrs 40 mins

Or fastest delivery Monday, May 8

Deliver to Israel

In Stock

Qty: 1

Add to Cart

Buy Now

Payment Secure transaction

Ships from Amazon

Sold by Wootile

Returns Eligible for Return, Re...

Details

Add a gift receipt for easy returns

Add to List

Have one to sell?

Sell on Amazon

### Frequently bought together

Total price: $28.96

Add all three to Cart

Some of these items ship sooner than the others. Show details

- This item: Wootile Yellow Smile Face Happy Stickers and Red Sad Frowny Face Stickers for Teachers 1 Inch Round S... $8.98 ($0.02/Count)
- Classroom Incentive Sticker Chart for Kids Behavior (5.25 x 6 in, 60 Pack) $9.99
- Dinosaur Incentive Charts for Classroom, Chore Board for Kids (6 x 5.25 in, 60 Sheets) $9.99 ($0.17/Item)

### More from frequently bought brands

Sponsored — Page 1 of 25

Upload your video

### Product Description

Yellow Smile Face Happy Stickers And Red Sad Frown Face Stickers
Color: Yellow and Red
Size:1 Inch 250 Happy Face Labels and 250 Sad Face Labels
Material: Printed on semi gloss adhesive paper
Removable stickers simple peel and apply from roll
Widely used: Great for teachers, parents, arts, crafts, reward charts and much more!

### Similar brands on Amazon

Sponsored — Page 1 of 2

patscorai — Shop the Store on Amazon › — 2000 Pieces of Smiley Face Stickers - Happy Face Stickers For Classroom... 3 — $12.99

Sweetzer & Orange — Shop the Store on Amazon › — S&O Growth Mindset Stickers to Break Negative Thought Patterns - Inspiring &... 63 — $9.99

Vladi Creative — Shop the Store on Amazon › — Teacher Stickers 1380 pcs Set – Premium Quality Reward Stickers for Classroom –... 718 — $12.87

### Related products with free delivery on eligible orders

Sponsored | Try Prime for unlimited fast, free shipping — Page 1 of 58

- 600 Pack, 1" Yellow Smiling Happy Face Stickers — 766 — $5.99 ($0.01/Count) prime
- Happy Smiley Face Stickers, 1200Pcs 1 inch Round Happy Face Labels Encourage... — 13 — $7.99 prime
- 1000 pcs Happy Smile Face Stickers for Kids 1.5 Inch 1 Inch Smiley Face Stickers Ro... — 218 — $9.99 prime
- Happy Face Frowny Face Stickers Yellow Happy Red Sad Labels for Teachers 3/4 Inch R... — 48 — $24.72 ($0.02/Count) prime
- REGELETO Smile Face Stickers for Kids School Reward Behavior Chart with 6000 Pieces... — 143 — $8.99 prime
- 1500PCS Yellow Happy Smiley Face Stickers Roll for Kids, Bulk Happy Face Reward Smi... — 3 — $8.10 ($0.01/Count) prime
- DREAM ART 1 inch Smiley Face Stickers Roll Happy Face Stickers Circle Dots Paper La... — 669 — $8.99 ($0.01/Count) prime

### Customer reviews

4.5 out of 5

78 global ratings

| | |
|---|---|
| 5 star | 73% |
| 4 star | 13% |
| 3 star | 9% |
| 2 star | 2% |
| 1 star | 3% |

How customer reviews and ratings work

**By feature**

| | |
|---|---|
| Value for money | 4.0 |
| Adhesion | 3.6 |

**Review this product**

Share your thoughts with other customers

Write a customer review

Top reviews

**Top reviews from the United States**

That Guy
**Not sticky**
Reviewed in the United States on April 5, 2021
Color: Round | Verified Purchase
Not as sticky as I had hoped... On there plus side we have tons so at least it's painless to replace them!
Helpful | Report

Yvette Duran
**Usage**
Reviewed in the United States on March 9, 2020
Color: Round | Verified Purchase
Loved these I use them on my daughter to let me husband know how she acted all day. So if she has a mad face then he knows why I took an extra 30 for my shower at night lol.
Helpful | Report

Natalie
**Good**
Reviewed in the United States on January 4, 2020
Color: Round | Verified Purchase
A little expensive to me but they are nice stickers
Helpful | Report

Frenchy
**Great for behavior modification**
Reviewed in the United States on October 2, 2018
Color: Round | Verified Purchase
These are working for my three year old at preschool
Helpful | Report

Been There Done That
**Five Stars**
Reviewed in the United States on June 7, 2018
Color: Round | Verified Purchase
Just what I needed
2 people found this helpful
Helpful | Report

CaBest Selectt
**GOOD LABEL**
Reviewed in the United States on June 9, 2018
Color: Round
GOOD LABEL
One person found this helpful
Helpful | Report

jmk
**One Star**
Reviewed in the United States on June 5, 2018
Color: Round
needed these for a research project they came with only the smiles - no frown. useless
Helpful | Report

Jordan Milton
**Comes off the paper super easy**
Reviewed in the United States on December 23, 2021
Color: Round | Verified Purchase
These stickers are good for things like good/bad charts or if a teacher wanted to, grading papers, though a big red frowny might turn some parents eyes. However, be warned. The stickers will get everywhere in the drawer if theyre not carefully separated from everything in it. They come off the paper super easy, and thats not necessarily a good thing.

Their stick lasts about 10 minutes on skin, maybe 15 on clothes, but they stick to regular notebook or printer paper real well.
Helpful | Report

See all reviews ›

### What do customers buy after viewing this item?

Most purchased | Lowest Price in this set of products — Hygloss Products-41825

Highest rated in this set of products — LONGYU Yellow Happy Smiley

This item: — Wootile Yellow Smile Face

1" Happy/Sad Smiling Face

1.5 inch Yellow Happy Smiley















# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 16 May 2023 17:08:57 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

RemoteUser2

**IP Address**

202.83.57.61

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

clqT9jFJ68cCHg4QzObjZliAeBitoXJrX26ti3ZCcELAD3dtD7s8rh7xnWP6P/1yh0kP/q+glUcVXE/C95oXtBrsN1B0/AtWFh/XW+JD4uKHUXXL3HeYVLOLqw7paZNeWHBg3o/MDM/
agjeiVqVM0MUdaAfrmNo7jTz6u01g9nstg9DJhdnCBfbJ1aSP50oAP2cNeb37YtuqsOn3tAu41yf4jSY0ku3oQb7E44dDEXiUi5TPNU85z2n2cGiGilQr6+8vUYuGOl70/9WZGXD3ANwv/GaPMesH34cD9xuVoazUxo5QlYAXkk15C81WeSp4cKKO70wxDZzEhiZjo3+6mQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Tue,-16-May-2023-17-08-57-GMT.mhtml

**Hash (SHA256)**

2824286264af2e0057e4107fe642a11a36ad44603f5547af5aab0d38edfad373

**Signature (PKCS#1v1.5)**

cC4RKYOkvy5+DEtJXahnllSVh9imvZhpcQxKmRKZE80N8heEKMvC9CFJZ6nt/r+yPwE1VvX2r6f/WvTC6sneOL7HXqHhgq4H0IchExkOo30trdrTcPMwqjNXvvcvl0K1iVwxaUquBbmZ4yyvwLPriMKJ+HhfeRfGci+W6jfZ/lIASEbM/
oMHMRLUnqxNY8O9WWnDdyv6WibuF81+NafsUJnbxpKk6EQtesRe2BW0cWHrUBHvUFcY+umvx7oV50aDnZSvrH5LUjmaxCeOYS3PrF7pVjhvElpMkV7SIARjUFUUGPkvduFoloImhMyrsNJ4E9atI8ZJRlO3b13swxGeUg==





Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 02 Jun 2023 17:03:28 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

116.68.102.22

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

NwS2zCE1RpVFgc+cZQZEuzvrKPU6+OrGmqAtwBQeVyIfHJvCOgu8p0OREgGfT5IIFW32Re9mlNlXsO9hxMJU2A2UyYlwRF2rGllQ2CniHezxOHggraVkqGbZowdvft9YR/yDMSe9vJFYXLwX9QVdgNbVym24wTSVJto1O7u1RNwHj87U+z7bEDDSmEOIPeQ
+10NOm7VvbvKu9bnjtdYV9ELUxt7YQ1yE1OrhefuCdaoMEy0w/KtK4n1hN7GMyRtjrrct6Pmhq6t+ENkWI6ViGxjIWuIUTB3UNExM618NxGDSKyEbPkBhWhlBDLGwtsloJ3qRF5PzAOqQzvoYhn4iDA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Fri,-02-Jun-2023-17-03-28-GMT.mhtml

**Hash (SHA256)**

d03822edfff22de8e0a16a68b31c80a25101a05bf4d7ee8cdaeb49ecfd6e2b91

**Signature (PKCS#1v1.5)**

EIRIN2jm++xhbqVEYhilpmKANUaQVtfcqJo9CF4O7zyric4LaWL88hOpLIMlCyTpbWWyWotMnvwU13jrDtaMZ5P06hbdqn8tcYQZuYUEwAw52Ot9rZQ3ekSnDBUkj02zkLEMzqMNaLmk0yXfv56OIk1oMdpZgvhq5tE/
Hce8vlgXC8xIokBCdcVeCJygWmTOu2bQ2xRLhtgyWSF4aKiVci85Ow6Z2Y4hTjRdW7rS+XkWBpYoMK3gRmNrlc+Tux21RygpcXX7LkL8a3c6fVyc2fggc7BjB/h4n2ZDmdv7kiFwG3eZ8MiQUcXr4rid9Q/G3XCz9qWoIfDawzuORWukvA==



AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com: 24K Gold-Plated Zodiac Signs, Sun God, Moon Smiley Commemorative Coin, Painted Stamp, Elizabeth Head Craft Badge Coins Collection : Office Products

**URL**

https://www.amazon.com/dp/B0C1P5HPFJ

**Collection Date**

Tue, 06 Jun 2023 06:30:07 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:36::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

dBY34V0Z1zK1pT4DradVyZ1U5ga+oIJKmnlPD2qsByKy8O/GKTRfussMdLETPSDDt8eXoyWC82mU7B2Kg8oydrq0gTlVwN7Rua8BFV8QzXeiUQ4dGeB90lOhU9i+YO+d9S7X0OXdDLvz/oooXn+MSI+FFF+IrxRt2kYPSmKJ/bRhcbg7nBhpCYoKEpfsdEoJ1SU86an8L0wtMs7Kn3TXi/HxidnXggomaM8ZIkGUyu6JZOGVidKrfRF8cMbuXx/TsxiDY+4FHdo0Sh7849GhkSO4lNj2T/glVyhQenJxFOs8CD1kAtLyOqym5Myx41B3zqG2p3lQLO3trSJFkGCLhQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B0C1P5HPFJ]]_Tue,-06-Jun-2023-06-30-07-GMT.mhtml

**Hash (SHA256)**

6a92009c20c8ef50df11f716bd024e3f3641794379c9c4c41d2d15981431a7bf

**Signature (PKCS#1v1.5)**

NjamL/+YFDOJH1AoIn4UlQ3lLqHMjDSkoZDki6SqsPjX70cqWmAt8HTBbZWSmMzWfkQAL6c2Oh2lpz4aw5N5tmD62Ol5257rDUx+Nu3uqhSb91cSLAfFA2F6vewx3ahuOD6AYljHINiAXhfxRP0a5JKbS5OeKTXpdJq1ujSxqWOxD+B3GvelX1FNcuEcoUyW87gQl0EhvCNgYwrPfpUefUWeP0gtTxZHZYSwHEZqr2WofQYsTEahU+TcgyBnPN8MvROSjmwZn6pH5axz6Bseqnf7W4F/tCjlVJCzA3Maf6/GHLpnx4fYWowyMwuEiqpYXk2SfU7UG3tiiSa7BKrZvg==

## Buy it with

Total price: $30.91

Add all three to Cart

These items are shipped from and sold by different sellers. Show details

- **This item:** 24K Gold-Plated Zodiac Signs, Sun God, Moon Smiley Commemorative Coin, Painted... $8.99
- YukaBa MarshLing Antique Liberty Indian Head Ten-Dollars Coin - Great American Commemorative... $7.97
- 100th Anniversary of The First Peace Silver Dollar 1 OZ 39mm Tribute Coin Medallion Double... $13.95

## 4 stars and above

Page 1 of 3

Sponsored

- YOUOWO 5 Pack Office Neck Lanyards Detachable Buckle Enhanced Model Hook... 1,458 $7.89 prime
- ExcelMark 10 Name Badge Magnets - Magnetic Name Tag Holders with 3... 4,828 $9.99 prime
- Blue Custom Printed Horizontal ID Badge Buddy Package of Six by Specialist ID 1,004 Amazon's Choice in Badge Holders $21.99 ($3.67/Count)
- LHS My Business | Engraved Name Plates for Desk and Door Signs Personalized Brushed... 3,486 #1 Best Seller $9.99
- Name Plates for Doors, Custom Office Door Signs, Personalized Wall Plaques - 2.5x8 ... 1,570 $20.59
- Yellow Custom Printed Vertical ID Badge Buddy Package of Six by Specialist ID 599 $21.99
- Doula Badge Buddy - Heavy Duty Horizontal Badge Buddies for Doulas - Spill & Tear P... 84 $5.99

## Products related to this item

Page 1 of 8

Sponsored

- ExcelMark Blank Name Tag / Badge with Magnetic Backing - 1" x 3" (25 Pack - Gold) 572 $29.99 ($3.00/Count) prime
- BrightTexts Custom Personalized Engraved Name Tag/Badge for Business, with Magnet... 2,754 $8.99
- Pink RN Badge Buddy - VERTICAL - Heavy Duty Spill Proof & Tear Resistant Cards - Do... 200 Amazon's Choice in Identification Badges $5.99
- OSHA Notice Signs - Each Person Must Badge Out Sign | Extremely Durable Made in The... $6.99
- OSHA Caution Radiation Sign - Film Badge Required Bilingual | Decal | Protect Your ... $4.99
- OSHA Notice Sign - No Tailgating Every Car Must Badge In Or | Rigid Plastic Sign | ... $5.39
- SignMission Designer Series Sign - (ADA Compliant) Parking Only (Accessible Symbol)... $49.75 prime

## Product information

| | |
|---|---|
| Package Dimensions | 10.91 x 8.39 x 0.28 inches |
| Item Weight | 1.65 ounces |
| Country of Origin | China |
| ASIN | B0C1P5HPFJ |
| Manufacturer recommended age | 6 months and up |
| Manufacturer | Janzen's Factory |

Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

Feedback

Would you like to **tell us about a lower price?**

## Product Description

**Product Details:**
**Condition: Brand New and 100% High Quality**
**Material: Internal Ferroalloy, Gold Plated on The Surface.**
**Design: Round,Double Sides**
**Size: 45mm*3mm(1.77in*0.12in)**
**Weight: About 1.53oz/PCS**
**Packing: 1 Pcs with Acrylic Plastic Shell and OPP Sealing Bag.**
**Usage: Art&Collectible ,Business Gift,Home Decoration,Gifts**

## Customers also viewed these products

Page 1 of 7

- Good Luck to You Chinese Koi Fish Lucky Coin Colorful Carp Mascot Challenge Coin for Scratching Lottery... 106 $10.99 Get it as soon as Monday, Jun 12 FREE Shipping on orders over $25 shipped by Amazon
- Prosperity Brought by The Chinese Loong and The Phoenix Lucky Coin Lottery Ticket Scratcher Tool Lucky Charms Challenge Coin 81 $15.99 FREE Shipping on orders over $25 shipped by Amazon
- Joygulls Twelve Constellations Colorful Challenge Coin Lucky Commemorative Coins 24 $9.99 Get it as soon as Monday, Jun 12 FREE Shipping on orders over $25 shipped by Amazon
- Luck Lab Two Sided Lucky Coin Featuring One Side with a Four Leaf Clover and One Side with Elephant and... 199 $9.99 Get it as soon as Monday, Jun 12 FREE Shipping on orders over $25 shipped by Amazon
- Walking Liberty 1 Avdp Ounce .999 Fine Copper 1,378 $7.45 Get it as soon as Monday, Jun 12 FREE Shipping on orders over $25 shipped by Amazon
- Yakin shop Phoenix from The Ashes Twelve Chinese Zodiac... 115 Save 9% $9.99 Typical: $10.99 Lowest price in 30 days Get it as soon as Monday, Jun 12 FREE Shipping on orders over $25 shipped by Amazon
- Joygulls Mexico Mayan Aztec Calendar Art Prophecy Culture Challenge Coin Collectibles 194 $9.99 Get it as soon as Monday, Jun 12 FREE Shipping on orders over $25 shipped by Amazon

## Products related to this item

Page 1 of 3

Sponsored

- Tabbies Patient Sign-In Label Forms, 8-1/2" x 11" Form, Blue, 23 Labels/Sheet, 125 ... 307 Amazon's Choice in Laser & Inkjet Printer Labels $45.32 ($0.36/Count) prime
- BrightTexts Custom Personalized Engraved Name Tag/Badge for Business, with Magnet... 2,754 $8.99
- ExcelMark Blank Name Tag / Badge with Magnetic Backing - 1" x 3" (25 Pack - Gold) 572 $29.99 ($3.00/Count) prime
- LHS My Business | Engraved Name Plates for Desk and Door Signs Personalized Brushed... 3,486 #1 Best Seller $9.99
- Kawaii Pens, 12 Pcs Constellations Star Astrology Horoscope Zodiac Sign Gifts Pens ... 160 Amazon's Choice in Gel Ink Pens $7.99 prime
- Pink RN Badge Buddy - VERTICAL - Heavy Duty Spill Proof & Tear Resistant Cards - Do... 200 Amazon's Choice in Identification Badges $5.99
- Specialist ID Vertical Top Load Three Card Badge Holder - Hard Plastic with Heavy D... 11,768 $10.99 prime

## Videos

Help others learn more about this product by uploading a video!

Upload your video

Prophila Coin Box Gray 35 Round compartments for 10/20-€URO-Coins or Coins up to 32,5 mm, Blue... $29.99 prime

Sponsored

## Looking for specific info?

Search in reviews, Q&A...

Typical questions asked about products:
- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

## Customer reviews

| | |
|---|---|
| 5 star | 0% |
| 4 star | 0% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 0% |

No customer reviews

How customer reviews and ratings work

## Review this product

Share your thoughts with other customers

Write a customer review

100Pack 25mm Coin Storage Capsules Holder, Round High Transparency Plastic... 232 $6.99 prime

Sponsored

100Pack 25mm Coin Storage Capsules Holder, Round High Transparency Plasti... 232 $6.99 prime

Sponsored

## Best Sellers in Toys & Games

Page 1 of 6

- SOPPYCID Reusable Water Bomb balloons, Summer Toy Water Toy for Boys and Girls, Pool Beach Toys for Kids ag... 1,059 #1 Best Seller in Toys & Games $22.99 ($3.83/Count)
- Aqua Original 4-in-1 Monterey Hammock Pool Float & Water Hammock – Multi-Purpose, Inflatable Pool Floats f... 24,607 #1 Best Seller in Pool Rafts & Inflatable Ride-ons $11.38
- Amazon Basics Multipurpose, Comfort Grip, PVD coated, Stainless Steel Office... 49,074 #1 Best Seller in Craft Scissors 28% off Deal $8.65 ($2.88/Count) Typical: $11.99
- VISTOP Non-Slip Splash Pad for Kids and Dog, Thicken Sprinkler Pool Summer Outdoor Wate... 5,327 #1 Best Seller in Outdoor Water Play Sprinklers 58% off Deal $24.95 List: $60.00
- SWIMLINE ORIGINAL Suntan Tub Inflatable Tanning Pool Float For Adults Kids Lounger Series | Reflective Base Removable Pillow |Lar... 5,284 $33.24
- Pokemon TCG: Random Cards from Every Series, 50 Cards in Each Lot 58,560 #1 Best Seller in Collectible Card Game Decks & Sets $4.79
- SOPPYCID Water Balloons Reusable Splash Ball, Latex-free Water Bomb Pool Toys, No Tying Easy Quick Fi... 157 43% off Deal $28.49 ($2.37/Count) List: $49.99
- ZURU BUNCH O BALLOONS - 350 Rapid-Fill Crazy Color Water Balloons (10 Pack) Amazon Exclusive 14,961 $24.99 ($0.07/Count) Get it as soon as Monday, Jun 12 FREE Shipping on orders over $25 shipped by Amazon
- Step2 Rain Showers Splash Pond Water Table | Kids Water Play Table with 13-Pc Accessory Set for 18 months to 96... 17,655 #1 Best Seller in Toddler Gyms & Tables $79.99 FREE Shipping on orders over $25 shipped by Amazon Usually ships within 2 to 3...

## Inspired by your browsing history

Page 1 of 6

- Cute Nurse Badge Reel, It's What's Inside That Counts Retractable Badge Holder, Kawaii Organs Doctor Badge... 85 $11.95 Get it as soon as Monday, Jun 12 FREE Shipping on orders over $25 shipped by Amazon
- Retractable Badge Reel Alligator Clip 24 in Nylon Cord, Nurse Badge Holder, Badge ID Clip Office Employee Name Badge-Trendy Floral Pi... 2,146 $6.68-$12.99
- Fumete 8 Pcs Nurse Badge Reel Retractable Smile Face Flower Felt Badge Holder Nursing Name ID Badge Reel... 59 $15.99 Get it as soon as Monday, Jun 12 FREE Shipping on orders over $25 shipped by Amazon
- Soleebee 24" Retractable Badge Reel, Mixed Random Solid Color Nurse ID Badge Holder... 1,660 Amazon's Choice in Badge Holders $13.99 ($1.17/Count) Get it as soon as Monday, Jun 12 FREE Shipping on orders over $25 shipped by Amazon
- Badge Reels Holder Retractable with ID Clip for Nurse Name Tag Card Funny Cute Leopard Smile Face Printed... 152 $9.97 Get it as soon as Monday, Jun 12 FREE Shipping on orders over $25 shipped by Amazon
- Smiley Face Badge Reel - Smiley Face Badge Holder - Smiley Face Lanyard - Cute Badge Reel - Badge Reels Cu... 277 $9.97 Get it as soon as Monday, Jun 12 FREE Shipping on orders over $25 shipped by Amazon
- 12 Pieces Nurse Felt Badge Reels Clips Smile Face Flower Rainbow Heart Retractable Badge Reels with Swivel... 6 $15.99 Get it as soon as Monday, Jun 12 FREE Shipping on orders over $25 shipped by Amazon
- 4pcs Badge Reels Cute Nursing Badge Reel with Swivel Alligator Clip for... 2 Save 10% $8.99 ($2.25/Count) Typical: $9.99 Lowest price in 30 days Get it as soon as Monday, Jun 12 FREE Shipping on orders over $25 shipped by Amazon
- Nurse Badge Reel, Retractable Badge Holder, Name Decorative Badge Reel Clip on ID Card Holders for Nurse... 1,475 $7.99 ($2.66/Count) Get it as soon as Monday, Jun 12 FREE Shipping on orders over $25 shipped by Amazon

## Your Browsing History

View or edit your browsing history

Page 1 of 4

Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell products on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Your Recalls and Product Safety Alerts
Help

amazon English United States

Amazon Music Stream millions of songs · Amazon Advertising Find, attract, and engage customers · 6pm Score deals on fashion brands · AbeBooks Books, art & collectibles · ACX Audiobook Publishing Made Easy · Sell on Amazon Start a Selling Account
Amazon Business Everything For Your Business · Amazon Fresh Groceries & More Right To Your Door · AmazonGlobal Ship Orders Internationally · Home Services Experienced Pros Happiness Guarantee · Amazon Ignite Sell your original Digital Educational Resources · Amazon Web Services Scalable Cloud Computing Services
Audible Listen to Books & Original Audio Performances · Book Depository Books With Free Delivery Worldwide · Box Office Mojo Find Movie Box Office Data · ComiXology Thousands of Digital Comics · DPReview Digital Photography · Fabric Sewing, Quilting & Knitting
Goodreads Book reviews & recommendations · IMDb Movies, TV & Celebrities · IMDbPro Get Info Entertainment Professionals Need · Kindle Direct Publishing Indie Digital & Print Publishing Made Easy · Amazon Photos Unlimited Photo Storage Free With Prime · Prime Video Direct Video Distribution Made Easy
Shopbop Designer Fashion Brands · Amazon Warehouse Great Deals on Quality Used Products · Whole Foods Market America's Healthiest Grocery Store · Woot! Deals and Shenanigans · Zappos Shoes & Clothing · Ring Smart Home Security Systems
eero WiFi Stream 4K Video in Every Room · Blink Smart Security for Every Home · Neighbors App Real-Time Crime & Safety Alerts · Amazon Subscription Boxes Top subscription boxes – right to your door · PillPack Pharmacy Simplified · Amazon Renewed Like-new products you can trust
Conditions of Use Privacy Notice Your Ads Privacy Choices
© 1996-2023, Amazon.com, Inc. or its affiliates















AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Jyrgkunlt Beige Cute Smiley Face Phone Case Compatible with iPhone 14 Plus, Trippy Aesthetic Melting Happy Face Case for Girls Women Boys,Trendy TPU Bumper Case for iPhone 14 Plus : Cell Phones & Accessories

**URL**

https://www.amazon.com/Jyrgkunlt-Smiley-Compatible-Aesthetic-Melting/dp/B0BFM1KKFG/ref=sr_1_150

**Collection Date**

Mon, 24 Apr 2023 11:24:00 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

HjkNrGIOiZZrf+26cuzrqrOR7ep477QU9HoMmkzesqjXIDQl7fCSIQePkvpsE+R1x0fD7TL38Y2fKTQQp1vKKJWLW9gS6CXhGYnVkYFFJLBlFV0pNthuZMRIM5/sUpufirRoHaXnwBkLpTRwsQrAdEXnjlS7zYCA6lrrKuW34Us=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Jyrgkunlt-Smiley-Compatible-Aesthetic-Melting[fs]dp[fs]B0BFM1KKFG[fs]ref=sr_1_150]]_Mon,-24-Apr-2023-11-24-00-GMT.pdf

**Hash (SHA256)**

d7a20dae1bf698b2bf2d15581c912e8a3df244b3e7381df8b005082e54dcfab8

**Signature (PKCS#1v1.5)**

T2dPzKkLZlC/oNuEor89g1jhQVaYo0eThXOLbtEuu+qClbSuRNdrYfOyDRdvHCmoAPbRzggTxQwasPc9oIGthj0TW8VUHhrR81G+5vDlPs89uQvdqJ0DI+ZBxvIHEqZhNIDSE9+cUsEMzufhv85cYcWAh/Ph9zQRutOvkF/6QZg=

amazon | Deliver to Gregory Kapolei 96707 | All | smiley phone | EN | Hello, Ozzie Account & Lists | Returns & Orders | 1 Cart

All | Clinic | Amazon Basics | Customer Service | Buy Again | Amazon Business | Household, Health & Baby Care | Livestreams | Beauty & Personal Care | Free Shipping | Coupons | Pet Supplies | Smart Home | Upgrade to ad-free podcasts

Cell Phones & Accessories | Cell Phones | Alexa Built-in Phones | Accessories | Cases | Wearable Technology | Best Sellers | Deals | Trade-In | All Electronics

Casely iPhone 12/12 Pro Case | Compatible with MagSafe | All Smiles | Smiley Face Sticker Case 163 $39.95 prime

Subtotal $14.99 Go to Cart

$14.99 Only 8 left in stock - order soon.

‹ Back to results

Sponsored

## Jyrgkunlt Beige Cute Smiley Face Phone Case Compatible with iPhone 14 Plus, Trippy Aesthetic Melting Happy Face Case for Girls Women Boys,Trendy TPU Bumper Case for iPhone 14 Plus

Roll over image to zoom in

Brand: Jyrgkunlt

-45% $9.98

Typical price in last 90 days: $17.99

Save up to 29% with business pricing. Sign up for free Amazon Business account

Available at a lower price from other sellers that may not offer free Prime shipping.

| | |
|---|---|
| Brand | Jyrgkunlt |
| Color | Beige Melting |
| Form Factor | Bumper |
| Compatible Phone Models | IPhone 14 Plus |
| Material | Thermoplastic Polyurethane |

**About this item**

- 【Compatibility】 Specially designed for iPhone 14 Plus [6.7 inch]. NOT fit for other for iPhone models. (Please check your cell phone model carefully before buying.) Easy to put on and take off and offers a firm grip.
- 【High Quality】 Hybrid material design, premium TPU bumper provides long-lasting protection from scratches and scrapes, easy grip and slim profile, the case is not easy to yellow. Using the world's advanced printing technology and anti-scratch ink, the print is vivid and clear, adding luxury and beauty to your iPhone.
- 【Extra Protection】 Raised edges to offer extra protection for screen and camera. Durable protection shields against drops, bumps and fumbles and raised, beveled edge helps protect touchscreen. All buttons are cut precisely, precise hole positions allow you to smoothly press various phone buttons. And the case perfect cutouts for speakers, camera and charging hole allow you to easy access to all features and convenient for charging your phone without take off the case.
- 【Wireless Charging】 Precise cutouts provide easy access to all buttons, ports, speaker, camera and other openings with nice tactility. Super thin & light phone case supports quick wireless charging without the need to remove the case.
- 【Customer Service】 If you have any questions, please feel free to contact us. We'll respond with 1 business day, and arrange a refund or replacement for you.

Report incorrect product information.

Add your 30-day FREE trial of Prime and get fast, free delivery

$9.98

FREE delivery Tuesday, May 2

Or fastest delivery Thursday, April 27. Order within 14 hrs 36 mins

Deliver to Gregory - Kapolei 96707

Only 5 left in stock - order soon.

Qty: 1

Add to Cart

Buy Now

Payment Secure transaction
Ships from Amazon
Sold by wskwidesky
Returns Eligible for Return, Re...

Details

Add a gift receipt for easy returns

Add to List

Have one to sell? Sell on Amazon

Casely iPhone 14 Pro Case - All Smiles - Smiley Face Sticker Case... 197 $39.95 prime

Sponsored

Casely iPhone 14 Pro Max Case | All Smiles | Smiley Face Sticker Case (Bold + Compatible with MagSafe) 235 $39.95 prime

Sponsored

**Higher rated item to consider**

YKCZL Compatible with iPhone 14 Plus Case,Cute Painted Art Heart Pattern Full Camera Lens Protective Slim Soft Shockproof Phone Case for Women Girls-White (163) $9.98 prime

### Buy it with

Total price: $33.44

Add all three to Cart

Some of these items ship sooner than the others. Show details

- This item: Jyrgkunlt Beige Cute Smiley Face Phone Case Compatible with iPhone 14 Plus, Trippy Aesthetic Melting ... $9.98
- Ailun 3 Pack Screen Protector for iPhone 14 Plus[6.7 inch] + 3 Pack Camera Lens Protector,Case Friendly Tempered ... $9.88 ($1.65/Count)
- Mkeke Designed for iPhone 14 Plus Case Clear, [Non Yellowing] [Military Grade Protection] Shockproof Slim Case fo... $13.58

### Products related to this item

Sponsored — Page 1 of 58

- HANLINZHIYA Compatible with iPhone 14 Trendy Case, Cute Colorful Retro Smiley... 3 $15.99 prime
- SIJGKU210 Clear Case for iPhone 14, Smiley Face Indie Sage Green Hippie Trippy Patt... 5 $15.99 prime
- Phone Case Pure Clear Anti-Scratch Liquid Smiley Sage Green Funny Face Pattern... 1 $9.98 prime
- HUIYUEKUAI Aesthetic Case for Samsung Galaxy S23, Smiley Face Indie Sage Green Hipp... 1 $15.99 prime
- NINGPIYAYA Compatible with iPhone XR Case, Indie Smiley Face Flower Daisy Hippie Re... 1 $15.99 prime
- HUIYUEKUAI Aesthetic Case for Samsung Galaxy S23, Smiley Face Indie Sage Green Hipp... $15.99 prime
- HANHANSHILU Compatible with iPhone 7 Case iPhone 8 Case iPhone SE Case, Smiley... 2 $15.99 prime

### Based on your recent views

Sponsored — Page 1 of 58

- HANLINZHIYA Compatible with iPhone 14 Trendy Case, Cute Colorful Retro Smiley... 3 $15.99 prime
- SIJGKU210 Clear Case for iPhone 14, Smiley Face Indie Sage Green Hippie Trippy Patt... 5 $15.99 prime
- Phone Case Pure Clear Anti-Scratch Liquid Smiley Sage Green Funny Face Pattern... 1 $9.98 prime
- NINGPIYAYA Compatible with iPhone XR Case, Indie Smiley Face Flower Daisy Hippie Re... 1 $15.99 prime
- HUIYUEKUAI Aesthetic Case for Samsung Galaxy S23, Smiley Face Indie Sage Green Hipp... 1 $15.99 prime
- HUIYUEKUAI Aesthetic Case for Samsung Galaxy S23, Smiley Face Indie Sage Green Hipp... $15.99 prime
- ZHEPAITAO Compatible with iPhone 13 Case, Indie Smiley Face Flower Daisy Hippie Ret... $15.99 prime

### Compare with similar items

| | This item Jyrgkunlt Beige Cute Smiley Face Phone Case Compatible with iPhone 14 Plus, Trippy Aesthetic Melting Happy Face Case for Girls Women Boys,Trendy TPU Bumper Case for iPhone 14 Plus | MOSNOVO Compatible with iPhone 14 Plus Case, [Buffertech 6.6 ft drop Impact] [Anti Peel Off Tech] Clear TPU Bumper Phone Case Cover Pink Smiles Positivity Radiate Face Designed for iPhone 14 Plus 6.7" | TEXXY for iPhone 14 Plus Smile Face Case, Purple Liquid Smile Face Trippy Hippie Psychedelic Aesthetic Stylish Graphic for iPhone Case Girls Boys Women, Soft TPU Clear Case for iPhone | Phone Case Hot Pink Melted Smiley Face Psychedelic Pattern Compatible with iPhone 14 Plus Accessories Shock Scratch 3D Waterproof Transparent | Uioeua Compatible with iPhone 14 Plus Case for Women Girls,Soft Liquid Silicone TPU Durable Shockproof Flexible Case with Cute Smiley Face Camera Lens Protection Case Cover for iPhone 14 Plus |
|---|---|---|---|---|---|
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| Customer Rating | (0) | (130) | (4) | (38) | (183) |
| Price | $9.98 | $16.99 | $15.98 | $10.95 | $9.99 |
| Shipping | FREE Shipping on orders over $25.00 shipped by Amazon. Details | FREE Shipping on orders over $25.00 shipped by Amazon. Details | FREE Shipping on orders over $25.00 shipped by Amazon. Details | FREE Shipping on orders over $25.00 shipped by Amazon. Details | FREE Shipping on orders over $25.00 shipped by Amazon. Details |
| Sold By | wskwidesky | MOSNOVO | kunmingyuluqidianzishangwuyouxiangongsi | ORIHASHOP | xunlongkeji |
| Color | Beige Melting | Pink Dripping Smiles Positivity Radiate Face | Purple 2 | E | iPhone 14 Plus Case-Elegant White |
| Compatible Phone Models | iPhone 14 Plus | iPhone 14 Plus; iPhone 14 Plus (6.7" Screen Size, 2022) | iPhone 14 Plus | iPhone 14 Plus | iPhone 14 Plus |

### Product Description

[illegible]

## Videos

Videos for related products

[illegible]

## Looking for specific info?

[illegible]

## Customer questions & answers

[illegible]

### Product information

[illegible]

### Similar brands on Amazon

[illegible]

### Products related to this item

[illegible]

Face Sticker Case (Bold + Compatible with MagSafe) 235 $39.95 prime

Sponsored

## Customer reviews

No customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

How customer reviews and ratings work

**Review this product**

Share your thoughts with other customers

Write a customer review

Casely iPhone 14 Pro Max Case | All Smiles | Smiley Face Sticker Case (Bold + Compatibl... 235 $39.95 prime

Sponsored

### Customers also search

Page 1 of 3

14 plus case yellow | iphone 14 case smile | iphone 14 plus cover | smiley iphone 14 case | iphone 13 girl case | preppy phone case 12 | yellow iphone case 14 | drippy iphone 14 case

Mobnano Case for iPhone SE 2022, iPhone SE 2020, Crystal Clear Transparent Ca... 1,285 $14.99 prime

Sponsored

### Best Sellers in Cell Phone Cases & Covers

Page 1 of 6

- Hiearcool Waterproof Phone Pouch, Waterproof Phone Case for iPhone 14 13 12 1... 77,189 #1 Best Seller in Cell Phone Dry Bags $9.99 Get it as soon as Tuesday, May 2 FREE Shipping on orders over $25 shipped by Amazon Climate Pledge Friendly
- Cordking Designed for iPhone 12 Case, Designed for iPhone 12 Pro Case, Silicone... 34,477 #1 Best Seller in Cell Phone Basic Cases $14.98 Get it as soon as Tuesday, May 2 FREE Shipping on orders over $25 shipped by Amazon Climate Pledge Friendly
- SPIDERCASE Designed for iPhone 13 Case, [10 FT Military Grade Drop Protection] [with 2 pcs... 4,520 Amazon's Choice in Cell Phone Basic Cases $15.17 Get it as soon as Tuesday, May 2 FREE Shipping on orders over $25 shipped by Amazon Climate Pledge Friendly
- SPIDERCASE Designed for iPhone 12 Case/iPhone 12 Pro Case, [10 FT Military Grade Drop Protection... 6,557 $16.99 Get it as soon as Tuesday, May 2 FREE Shipping on orders over $25 shipped by Amazon Climate Pledge Friendly
- [6 in 1] Magnetic Case for iPhone 14 Pro Max Case,[Compatible with... 3,785 #1 Best Seller in Automotive Replacement Transmission Bands 20% off Deal $13.59 Typical: $16.99 Get it as soon as Tuesday, May 2 FREE Shipping on orders over $25 shipped by Amazon Climate Pledge Friendly
- TAURI 5 in 1 Designed for iPhone 14 Pro Case Clear, [Not Yellowing] with 2X Screen... 9,044 #1 Best Seller in Automotive Replacement Power Steering Control Valves $18.99 Get it as soon as Tuesday, May 2 FREE Shipping on orders over $25 shipped by Amazon Climate Pledge Friendly

### Inspired by your browsing history

Page 1 of 3

- Ailun 3 Pack Screen Protector for iPhone 14 Pro[6.1 inch] + 3 Pack Camera Lens... 8,936 Amazon's Choice in Cell Phone Screen Protectors $9.89 ($1.65/Count) Get it as soon as Tuesday, May 2 FREE Shipping on orders over $25 shipped by Amazon Climate Pledge Friendly
- Jusy Cute Smiley Face Funny AirPods 1&2 Case for Women Kids, Aesthetic Trendy Cute... 217 Amazon's Choice in Headphone Cases $9.99 Get it as soon as Tuesday, May 2 FREE Shipping on orders over $25 shipped by Amazon
- QHOHQ 3 Pack Screen Protector for iPhone 14 / iPhone 13 [6.1 Inch] with 3 Pack Tempered Glass Camera Lens Protector... 33,540 $8.99 ($3.00/Count) Get it as soon as Tuesday, May 2 FREE Shipping on orders over $25 shipped by Amazon Climate Pledge Friendly
- EGV [3 Pack Screen Protector Compatible with iPhone 13/iPhone 13 Pro/iPhone 14 6.1-inch, HD Clear 9H... 7,539 $7.99 ($2.66/Count) Get it as soon as Wednesday, May 3 FREE Shipping on orders over $25 shipped by Amazon
- Zibtes 40oz Insulated Tumbler With Lid and Straws, Stainless Steel Double Vacuum Leak... 2,619 Amazon's Choice in Tumblers & Water Glasses $29.99 Get it as soon as Tuesday, May 2 FREE Shipping on orders over $25 shipped by Amazon
- Ailun 3 Pack Screen Protector for iPhone 14 Plus[6.7 inch] + 3 Pack Camera Lens Protector,Case Friendly... 3,403 $9.88 ($1.65/Count) Get it as soon as Tuesday, May 2 FREE Shipping on orders over $25 shipped by Amazon Climate Pledge Friendly
- Lowest price in 30 days Get it as soon as Tuesday, May 2 FREE Shipping on orders over $25 shipped by Amazon
- May 2 FREE Shipping on orders over $25 shipped by Amazon Climate Pledge Friendly
- List: $12.99 Get it as soon as Tuesday, May 2 FREE Shipping on orders over $25 shipped by Amazon Climate Pledge Friendly

### Your Browsing History

View or edit your browsing history

Page 1 of 4

Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell products on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a package delivery business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Your Recalls and Product Safety Alerts
Help

amazon | English | United States

| | | | | | |
|---|---|---|---|---|---|
| Amazon Music Stream millions of songs | Amazon Advertising Find, attract, and engage customers | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Sell on Amazon Start a Selling Account |
| Amazon Business Everything For Your Business | Amazon Fresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Experienced Pros Happiness Guarantee | Amazon Ignite Sell your original Digital Educational Resources | Amazon Web Services Scalable Cloud Computing Services |
| Audible Listen to Books & Original Audio Performances | Book Depository Books With Free Delivery Worldwide | Box Office Mojo Find Movie Box Office Data | ComiXology Thousands of Digital Comics | DPReview Digital Photography | Fabric Sewing, Quilting & Knitting |
| Goodreads Book reviews & recommendations | IMDb Movies, TV & Celebrities | IMDbPro Get Info Entertainment Professionals Need | Kindle Direct Publishing Indie Digital & Print Publishing Made Easy | Amazon Photos Unlimited Photo Storage Free With Prime | Prime Video Direct Video Distribution Made Easy |
| Shopbop Designer Fashion Brands | Amazon Warehouse Great Deals on Quality Used Products | Whole Foods Market America's Healthiest Grocery Store | Woot! Deals and Shenanigans | Zappos Shoes & Clothing | Ring Smart Home Security Systems |
| eero WiFi Stream 4K Video in Every Room | Blink Smart Security for Every Home | Neighbors App Real-Time Crime & Safety Alerts | Amazon Subscription Boxes Top subscription boxes – right to your door | PillPack Pharmacy Simplified | Amazon Renewed Like-new products you can trust |

Conditions of Use | Privacy Notice | Your Ads Privacy Choices

© 1996-2023, Amazon.com, Inc. or its affiliates













Investigator Name: RemoteUser2

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Mon, 15 May 2023 17:17:23 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

RemoteUser2

**IP Address**

116.68.99.108

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

K5Y0g1ygrpr7q4yE+4AzkZSBoWywKFTEmokzmj4X/CX618lQevpN/ZQKka8yIGo4+kd0+XnG761DuJvHtsvyajSpbODIhcUNUCZch4daMasghw1LzLE3unhfAdm3yxVAyuX6MAM/YFIaQBmiPm7n7o0wYB+2neiXpIhVBDE60D1bbxB7BN7elrnrxQjCytkfwsIRTypwvOkKhp7oJIvmX50Xah/
alS4hT5cHqs6YjbEUVa4lUfEeTDg+2XaMsMwmqGZtS5g1kAvBSUskeElbV1cA12siM/o2YxOZVK3n+Rj1y3pM+Socgx69eTOHBDSdBcYcLSI36EwmZYXh85RPJQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Mon,-15-May-2023-17-17-23-GMT.mhtml

**Hash (SHA256)**

ed92973e7c2c6a587a6f1fb113ee1bbe9012024c100d22abfbe53036e827465d

**Signature (PKCS#1v1.5)**

ZE/3vxvmZaYfDpb/YvpUJ/lGWjpBmxD8mVKhGXOuLyRyG6VdnAQilcqTqESetki9012/pR5aBLfnQRtG8KfU9995IupjlbX73+ge6uSfNlzdWFtoeajNoQL3yize+QaGD7rMQaeqCXzt+o0WvEtG4K0t+2p/20DQD2M2BysPXJlVoMs68iierJmFyL+3g9KaAyDVYTBfd/ToB0LPJdNAbwRDF+oxxgZJiUEyp
+WC//WRIqbS6P0h1UOFsoCDsWAprQPEbCnQBeYKal1bgRdwUOR1R6m+Ypax8+CDovajw5v9ZenO/2pBmeRvT1SSb3LHK82HCxvBke/gZ8YlCFlscQ==



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Wudimeitt Makeup bag Cosmetic bag Corduroy Travel makeup bag smiley face Toiletry bag for women travel essentials (Grey) : Beauty & Personal Care

**URL**

https://www.amazon.com/Wudimeitt-Cosmetic-Corduroy-Toiletry-essentials/dp/B0BXL47D82/ref=sr_1_171

**Collection Date**

Fri, 21 Apr 2023 07:41:05 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

LqNO4NI1LK4tziD7I0LSFr9j3HopPFfjybU1G+2xAsLJatWmz1D70VwIky1YbtkyXvzYj+k25By1Ht1f+iA2TYzSGcbNJdnBMDQpYuKOyFtCohjLJQdHpg3qn5ZaYNJyB/ylrFISceCtdmWnAlB9i4fJLZWEMUWoRVX8M9vTLw8=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Wudimeitt-Cosmetic-Corduroy-Toiletry-essentials[fs]dp[fs]B0BXL47D82[fs]ref=sr_1_171]]_Fri,-21-Apr-2023-07-41-05-GMT.pdf

**Hash (SHA256)**

a64404d533808e60be845a4fe6fea0eca62d6c195cd0f28112d0ddba1bc2632e

**Signature (PKCS#1v1.5)**

C6KbSNXZIHX/mccKrtwuyugOSbZs67cPP0d6At2/J/YBimIjuE3HCI3b3pK5iIQP5ceY3o2yVucG6t6qJ/giEdZAwgZi8jeEheswDcEU9wljvXkTDPlllk5KfUTwE7Me8jZmd3wme/2ve5ITscQPX+WbxLZAkiE/KIeFyenhBSw=

Wudimeitt Makeup bag Cosmetic bag Corduroy Travel makeup bag smiley face Toiletry bag for women travel essentials (Grey)

Brand: Wudimeitt

## Products related to this item

Cosmetic Bags for Women - Corduroy Cosmetic Bag Aesthetic Women Handbags... 1,176 Amazon's Choice in Cosmetic Bags $11.98

Smiley Face Makeup Bag Cosmetic Bag for Women, small makeup bag, Women,Large... $12.99 ($12.99/Count)

Ovfhus Retro Smiley Flowers Make Up Bag Cosmetic Travel Bag Hippie Gifts Cute Boho ... $12.99

WALONER Makeup Bag For Women Preppy Makeup Bag Pu Leather Waterproof Cosmetic... $9.99 Save 20% with coupon

Choose Happy Inspirational Quotes Makeup Bag,Retro Groovy Smiley Face... $11.99

Retro Smiley Flowers Make Up Bag Cosmetic Travel Bag Hippie Gifts Cute Boho Daisy F... $12.99

OFENAK 2PCS Smiley Face Makeup Bag Cosmetic Bag, Cute Corduroy Makeup Bag,... 1 $12.99

## Product information

| Product Dimensions | 9.84 x 8.66 x 0.78 inches |
|---|---|
| Item Weight | 3.06 ounces |
| Department | Womens Girls |
| ASIN | B0BXL47D82 |
| Country of Origin | China |
| Item model number | smile-1 |

Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

Feedback

Would you like to tell us about a lower price?

## Product Description

## Explore more in Makeup

## Products related to this item

## Videos

Videos for related products

Upload your video

## Looking for specific info?

## Customer questions & answers

## Customer reviews

No customer reviews

## Review this product

Share your thoughts with other customers

Write a customer review

## Popular products based on this item

## Best Sellers in this category










































# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Mon, 22 May 2023 08:24:57 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

d+PdyFhyEUq0HyH6J1d2z6k3y5yuMgeLtSBX8tXy9Yohb5DG/HocBqOsICeu1TwmG9yEaODhdo7rrE/UpRiSzBPZDkCrU6qy7QVitM0oGXJbzkmNbiIsWkCWfzGWYyGBmhXJZjllSTgYC9fhOmuqeiNpPJ/YlKXFrmZ/2q4cVHzyLzRlhZgjglRGxXvCk/
lomqG3syex4dgovz6f4zRDNx90LIiVCkssIUXZqGBRBT6YfNW+SrF9qvFV1DcqeS9Zekyg5SpEHwp1L+G2poeBCJHx4QKfNLfsswARhjXLgR6tJPgkW1fGqaXj3eUIn3u80iV+yypOtWF6eE7eADF+3A==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Mon,-22-May-2023-08-24-57-GMT.mhtml

**Hash (SHA256)**

918f902f397ecf74fec7ba1655a906a57a8fbaf721f3c5224f87514c18832295

**Signature (PKCS#1v1.5)**

dvhLPVBskATRmiWvSeh9AfUytc7Z3ZoBrm5+NlI/H5zU+lfW6/bQVcUDQGYw82fNSAm2d09ZojKQ6lrfBW05HP30D2qFg/H48DKPQuKxjwo5d3HwZNP+mcwbo7C/dja75E9+W71yOl7vaI0yvxEdJgdTveVa4hnL4be6jIQbh0eQU/
K06yF40+PapogQTsIJJj1UA6WAdbbY1wEBe94lM8IRVoJfBDrL8TFLsNJTcSIzSR0vrKsqBmu0skoarNL5ByjRkFGeuwLyvq1evygNEaZZhsSzI/5H2az68+dYxRtUXkP7ePBs/CG1VBI4BpDqv4wx7XjG5+vOtFVrtPaOGg==



AXENCIS
Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**
Amazon.com: KEUSPI Retro Smiley Face Cool Grandma Club Decor Decorative Pillowcase Throw Pillow Cover 18x18 Inch,Colorful Grandma Decoration Pillow Cover for Couch Sofa Chair,Novelty Gifts for Grandma Nanny Mimi : Home & Kitchen

**URL**
https://www.amazon.com/KEUSPI-Decorative-Pillowcase-Colorful-Decoration/dp/B0BTH7WCDZ/ref=sr_1_146_sspa

**Collection Date**
Tue, 09 May 2023 09:35:29 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Sarah Christodoulou

**IP Address**
2a0d:5600:8:93::5

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
BPuy7nZ767x2bncKHZfv1Z741iGxSNZ4pHCWdD9H2GKHsStBqWdpvmYyibCUu3Y4Ug9BfHY/8SCr7rmfYh2r4V7OkQrxyTkpHkyqoU8cawbaerqrCBRnnOqXpSODk/OIR3hQxLYxfqZTxPcNoG1YMsoCC/5eFFKyc9haUd9/VLk=

# File Signatures

SCREEN CAPTURE
PDF

**File Name**
screencap_[[https[s][fs][fs]www.amazon.com[fs]KEUSPI-Decorative-Pillowcase-Colorful-Decoration[fs]dp[fs]B0BTH7WCDZ[fs]ref=sr_1_146_sspa]]_Tue,-09-May-2023-09-35-29-GMT.pdf

**Hash (SHA256)**
39eafbeb56ce2da2053be14afccad7fe28ab80af3e9f9ba9719134884c18b887

**Signature (PKCS#1v1.5)**
pZtU8K8JS6XPNWw7M/vL/lRh/dwyR/bHrSEqczpuArjJSPAFtwO7aX3p2YnMCkq02V3RZvZbkzmyNy90NShOKiIRHdV4oRoGYAyMFRC4oRrGfUsz1vKmJqZZ6H61aufvJaUFCd/G1jOIWymnlnZGDH+LxgbQC47psLRAPXS9rig=












# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Sat, 13 May 2023 17:47:50 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

RemoteUser2

**IP Address**

2001:ac8:9a:1e::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

bokBVGekoTfQpcSSGLt970HL0/mlrHYH1uCvHCaCoqxmYYp+/ahnBX0EBid//0dD4PY7MmalzGPnquJh5PJyTS7NgQc57TzqMwROhSUsmlzkaIiWVIclRDZz39Z9rmw8XPvonDQGr+UHlDYk61G7+cq69TWgEsvzURyXPLfW2IGXdlWzo+9W2WIbAXsomrZfNGeyCZPq7Sy7s3SUEMfm/
rG6ERFy2gRpJ2kpjCz9h6jxJ+pybd/HlxmDZhxPIGRfYGAZAcFRmKEadZt/dy8+rJlmNqaqflCXivDEj+l5f7yWewALIQRlQ6p+WoKU9hyY3nBoGtSgv4o9+anvJ7YONQ==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Sat,-13-May-2023-17-47-50-GMT.mhtml

**Hash (SHA256)**

a3bde0198dec6c9a66b2bf7c5a7582d0f3885a3c5d9dc1177333f5bce453f28c

**Signature (PKCS#1v1.5)**

sfE23EdvPDOh0FGR1F7krI5X+p8le8YHFuL4+jnhBnDkSTeTAICQ65Sbc9+evgsbPNeGIWqj2Ot7Yo7Dv99daUzIi3KxIxjAPPEdVMXFvyC3eykvwxFf7hvyzNZl2fEzEXOLGGCd5CD/IOlwceK54IJdvlKB4s8+V0ldnDcankL7pViIYyjZr2ua/GYBqEfXjsZ6mjnc8Hi4ESftXmdquktHBhyBKoFYe+Y
+e045qFuXR0ELri0dgbGWDEmmwUGq6x41YKCW5xeBRuRxPj0WFU0rUhmJY+q7T5FsmLyaI4paVlYwc8+1OqwOhaJ47/zr5W1luYGDNXQ5QggxJQ7eLA==



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Cute Sunflower Funny Smiley Face Colorful Floral Pattern Designed for iPhone 14 Pro max，Translucent Protective Case Ultra Thin & Slim Fashion Matte Clear for Girls Boys and Women（14Pro max-Half） : Cell Phones & Accessories

**URL**

https://www.amazon.com/Sunflower-Colorful-max%EF%BC%8CTranslucent-Protective-max-Half%EF%BC%89/dp/B0BJ24N1TZ/ref=sr_1_173

**Collection Date**

Mon, 24 Apr 2023 11:29:52 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

RjQwroAa4B3xIRAA6ZMIG7xm6wVv4LcQiYcO5pg0jn0dXH/NITpfUYpXn1gr6YbBp0KkfSGGmO840eTNvfyyNk1mFHo9a6udgvSgiTU2EqFcKbqGhq6D3EasfZTkYRbjuU8OyRylW5V8QNKG9Hfrkb4UH1fNOYbXVDRtY2uAtbs=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Sunflower-Colorful-max%EF%BC%8CTranslucent-Protective-max-Half%EF%BC%89[fs]dp[fs]B0BJ24N1TZ[fs]ref=sr_1_173]]_Mon,-24-Apr-2023-11-29-52-GMT.pdf

**Hash (SHA256)**

a5ff3d426c7dfcf977822c54eb1b526835b8dbf35035a1df63e92542f59b7e7d

**Signature (PKCS#1v1.5)**

a2nJ9ZTUoHwS7Ffdg9z+qp/Gam/kvSPZe8TycggTGAiR9NGLEMWyaHhGK2p/0poz1RTeowrClWelxYRJ1ASuypHh0f1ETJx7oTCQY7GmA34vRQEZmIt07lYfPbvTmsWmYNdlT78o5so9rlBscM9KcBpdNbrWxpX2TGoFO3netdc=

















Investigator Name: RemoteUser2

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Mon, 15 May 2023 23:52:43 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

RemoteUser2

**IP Address**

202.83.57.61

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

YQc0uKpfHhiKCjtZC/Qgi3qAe2ZWJElM6MyZDf9gpIBXtteBXnLgvYhjV1Y5FfDcWGJq
+QmCwlVu8J8zzs0IA9+tvz4OAfMLADYQigZOuBxIztqXifYE1qtl9eNyeELu7iklyKvpj2eihKAtXj7PSb04Ykd8PBbhXYhYqNSGxbAy7vusiVRMKrp3dcPxsUE65QjLlP5Pvu0G01gTUTkNa9rEHTONxkYTBZcDbdKPuXTwfIBPWrSsynX/55BChI0ZGx5G+zlaJY/QOk2fckb9Xdq1WH/
haf9BRuqaXwbaJUcTzeXLLNE878c2on9WH17ya51bDQXYD89FfCQaOHsH1Q==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Mon,-15-May-2023-23-52-43-GMT.mhtml

**Hash (SHA256)**

af74c30f6fb8a86102595243a50eb6057a751f19b647b4bf60f14f07b6ba1feb

**Signature (PKCS#1v1.5)**

J7eijwahB1fwhHR/PDjTVXvRJwz6vgcTptNmFc1gOpkrST4ebzUFMOS7sbicWHq8yjY2v4+mChZ65h7Jr6UPodi48S1eTdBz1a7qpbvBGzcs8gqwULNf9YdmJLUNv64p9uGeC9ZErDbNajhUnm/DFZ054WrJz13vT/xESo8IOQ4TRoiiscz8qn5BDwSwtuHQLjTX0O804DL
+xtcc0R6sXnoZ2l2fwcKqgp739QSSB4PgobUovRWq4ui0nMrMPfSlphVYajhiWnBHmsnXI3zT2q0byKJuvIpT0XAQhvQXqJ4Q1w9a1UBmJIHVTVl77hKCyaiXZCzAIprf6gVrNzywMQ==



AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com: Znzd Girls Just Wanna Have Funds Hot Pink Preppy JS Smiley Face Reversible Pillow Case,Decorate Home Bedroom Girls Room Dorm,Gifts for Teen Girls Cowgirls,18x18 Inch Throw Pillow Covers : Home & Kitchen

**URL**

https://www.amazon.com/Znzd-Reversible-Decorate-Bedroom-Cowgirls/dp/B0BZH8YYNJ/ref=sr_1_300_sspa

**Collection Date**

Tue, 09 May 2023 10:03:19 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:93::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

EHQIQQq5n1Iv2cr2zxtG5phzCU251OGMUobWTwrZX9qlo1OYWX50FVNe6hnKPgKnFwL0DWZrZtX4LCEzUWZrU0KgVW3+9c0TaE+52xFpRyB8v/neAQ6ImQInnsNa3asz0WBXQ+/5WsqzbLrMupHs2ywprs18u1prO4GmjMNEVzI=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Znzd-Reversible-Decorate-Bedroom-Cowgirls[fs]dp[fs]B0BZH8YYNJ[fs]ref=sr_1_300_sspa]]_Tue,-09-May-2023-10-03-19-GMT.pdf

**Hash (SHA256)**

40f334d770befc3656a1a666e09e619907af0bb13f870e62b25a102f37885617

**Signature (PKCS#1v1.5)**

mbIbYvc0sJilXEl1v1beJFe7nd8aYbJUT0dfO7XDaFxB9rffE2nhXGnl2W5A6aDnC/EfDGOojrGwwUKA4pxNPAs1kjqbkXcljQ0Y6LkzcZgjujMhh+Xb6nueRkXh0QTXiL1dLh2aSXnGxv/CIsTsrYpcNNAMEX8TsQvv6YWYtyQ=



     





Investigator Name: RemoteUser2

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Mon, 15 May 2023 08:18:08 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

RemoteUser2

**IP Address**

116.68.99.108

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

LjfXV6ao6Ap0kj8FK00i05eg5MGZAgNTIx6trxSHZGO6k6Ymq0i5lyFCHHYiYlSKIYPmzouHmLJFckHTNmTZyGsTZswIO16vdy9T3TNxOIuQAyzjvUfGoB49bZaHrDqMEDetE4xdbP1BDhzSK4SPpyfzHdYZqLQ2/
XicvcE8+wP2LJ1UhGUeeHMtW9FkF3uyt9ZONE1J0DVaQEAa3dnlBLYqhq6fVq0ffknaFS9lTY9n03Gvt5xF2E4hKjHqBa38noA6wJYYDi6tuZ3JLMp+5Y3fBKu9RlbMnhUv7988dzqe8ybCYL818cijyoGm4mcKhB/Kmy3IjcuU3JNscAEHiw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Mon,-15-May-2023-08-18-08-GMT.mhtml

**Hash (SHA256)**

c32e9735066287b8c81c4824e55af3bfd19e0f519b62d87cdf58c1f605f4265a

**Signature (PKCS#1v1.5)**

ZVj0+WZQkP9AV5Bn7wKXkbMequDyHmY4MPnK0oHopB9WyIvdm0nkahO4XoV962ccyxW2utFLg2l2o9Djg8bvezaGB2yqH15qSGTqT2HpvVWSAYS6YPdiV8Nra4iZAymeJx3HQHd6AIA41xwAN
+fQAKBZdrW2V6inmFJMBQeem3Qd7iSiVxqQ3g01qwOd0FOIu169yQPTTFFONXhZOILuiGCccExQt251UiU0UfFVNM7MI7DpY0L6UTA9xVNGybejwaOA5iEFv4+S6bN9BfdCxpEpoLF3x9mxQntZgRZtc42Qq0XyWnq6R9Z0KLYZ8j+kDy5LhMgYzkm4dQLsAImGEw==





AXENCIS
Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Smiley Socks Ladies Cute Cartoon Short Socks Winter Thick Warm Terry Socks 5 Pairs Crew Socks (Color : Mix Color A, Size : Free Size) : Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/Smiley-Socks-Ladies-Cartoon-Winter/dp/B08R3455XH/ref=sr_1_19

**Collection Date**

Fri, 21 Apr 2023 09:54:37 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

aA680mJAnZVUh1ekjqq3bm2AKlS9GSibnt9QS0SQigILcVCV6NDnkHCPyfII4Gn2ZoYMPvp52Q2HhxcADozuR/aAFF0yiSttRb2Ce7OgJavs6BRj8WzZ9MFclcnuANfmz1CnV9nWwJelyog4nRi9M3A6OMOFRKyx/7LHkEp2UQt4=

# File Signatures

**SCREEN CAPTURE**

**PDF**

**File Name**

screencap_[]https[s][fs][fs]www.amazon.com[fs]Smiley-Socks-Ladies-Cartoon-Winter[fs]dp[fs]B08R3455XH[fs]ref=sr_1_19[]_Fri-21-Apr-2023-09-54-37-GMT.pdf

**Hash (SHA256)**

60f3167bfa2b3b7f5c4ccf7a3fbce04dbea76f3a3a4a0d308e5922a5284df7f2

**Signature (PKCS#1v1.5)**

nh6LJDDi83KIFfLzy9XNiHLh2X4gOPqbZgWQCD+Z2aaTgh1MLgX8Rq1urK/kRAl2i6p91XNvobxXeyXZ2GD1NHMPwBxeTgt9aas4uKvQMhj1hezQthOMrvD5O7aFmZNm0DziQR0FMd8SxvnCWJDuV+jlq7CCBkMf9Q8hV7z0fyw=

Deliver to Ozzie Miami 33132
smiley socks
Hello, Ozzie Account & Lists
Returns & Orders
Amazon Basics Customer Service Buy Again Amazon Business Household, Health & Baby Care Livestreams Beauty & Personal Care Free Shipping Coupons Pet Supplies Smart Home
Save 25% for your business
Shop by Room Discover Shop by Style Home Décor Furniture Kitchen & Dining Bed & Bath Garden & Outdoor Home Improvement
amazon clinic
Healthcare for common conditions, made easier
Get started ›
‹ Back to results
Smiley Socks Ladies Cute Cartoon Short Socks Winter Thick Warm Terry Socks 5 Pairs Crew Socks (Color : Mix Color A, Size : Free Size)
Brand: WXFF
$37.69
Get $50 off instantly: Pay $0.00 upon approval for the Amazon Rewards Visa Card.
Size:
One Size
Color: Mix Color a
[High-quality materials] 75% cotton + 22% polyester fiber + 3% spandex. The warm socks are soft, breathable, wearable.
[Design color] Smiley embroidery design thick warm socks that will put a fun finishing touch on your outfits, it will can easily follow your daily collocation. It is a must have accessory item for cold weather.
[Product size] A size suitable for most women, size (EU 35-39 size). They are elastic and fit your feet perfectly.
[Application] High quality womens winter socks are suitable for different situation, you can wear them as office, school, hiking, outdoor, sport, indoor, home, work, boot socks for women in Spring, fall, winter season.
[Perfect gift] Everybody needs more socks. Perfect womens thick socks for everyday wear and gift in winter for family members, or as women or girl socks gift to show your care and love.
Report incorrect product information.
$37.69
$8.68 delivery May 12 - June 5. Details
Deliver to Ozzie - Miami 33132
In Stock
Qty: 1
Add to Cart
Buy Now
Payment Secure transaction
Ships from WXHouse
Sold by WXHouse
Returns Eligible for Return, Re...
Details
Add to List
Have one to sell?
Sell on Amazon
Roll over image to zoom in
Product Description
Product parameters:
Fabric composition: 75% cotton, 22% polyester fiber, 3% polyurethane elastic fiber (spandex)
Thickness: thickened
Quantity: 3 pairs
Size: One size (36-40 yards)
Applicable season: autumn and winter
Fashion smiley knitted socks, stylish and trendy, will be harmonized with the clothes you wear. Add warmth and comfort to these warm socks.
The fabric is stretchy, comfortable, breathable and wicking, suitable for everyday wear in autumn and winter.
Knitted cotton breathable material provides a comfortable and elastic feeling for your feet, and provides your feet with a whole day of warmth.
Perfect thick socks for ladies, suitable for everyday wear and gifts for family in winter, or as gifts for ladies or girls socks to express your care and love for you.
Your personal shopping manager is at your service:
1. If you have any questions, please feel free to email us and we will respond to you within 24 hours to provide you with the best service.
2. If you are satisfied with our products, please leave your valuable suggestions or product reviews, thank you for your trust and support.
3. If you are not satisfied, please contact us first, we will solve your problem 100%.
Product information
Item Weight 1.76 pounds
Department Womens
Manufacturer Wangxinxiechang
ASIN B08R3455XH
Warranty & Support
Product Warranty: For warranty information about this product, please click here
Feedback
Would you like to tell us about a lower price?
Videos
Help others learn more about this product by uploading a video!
Upload your video
Looking for specific info?
Search in reviews, Q&A...
Customer questions & answers
No answered questions yet
Post your question
Typical questions asked about products:
- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?
Customer reviews
No customer reviews
5 star 0%
4 star 0%
3 star 0%
2 star 0%
1 star 0%
How customer reviews and ratings work
Review this product
Share your thoughts with other customers
Write a customer review
Subtotal
$14.99
Go to Cart
$14.99
Only 8 left in stock - order soon.

Inspired by your browsing history
Page 1 of 5
More items to consider
Page 1 of 4

Your Browsing History

Page 1 of 4

Back to top
Get to Know Us
Make Money with Us
Amazon Payment Products
Let Us Help You
amazon
English
United States
Conditions of Use Privacy Notice Your Ads Privacy Choices
© 1996-2023, Amazon.com, Inc. or its affiliates





Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Wed, 24 May 2023 03:42:03 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

111.92.80.105

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

O+nPT6yN8WcnOT/7cm5Sfnhsji5zpLFGTJ6Yw5ITE8I6jUkW5Dk6KsVe9TEU8DmG/3M+rl7fs2X4MeKcDIpR2xPlFf37IZvKmPA+8joQvl8lX32zMw59oqu4C2HU4zyUGsH31UgjeE/m5Tm0+qVonalXzAlfeR8c3sv8kY3J6QsRAh698EeRhMZaFSx2Y9hjDsb8f7tLB3Nm9weTVOu0WE5KkV+v/
d3HL+CCSAV9APRGclNM1/78diKGRqP5rCFnNI61wWecOvbbc5ckn5o95HB+iIaLUId94SohENnTliczAjhzUk02cLR/eIIDtss2P2JTpBk1FgPxJQ0kX39B3A==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Wed,-24-May-2023-03-42-03-GMT.mhtml

**Hash (SHA256)**

fa3fd2f5b6060192b8f45910f158a1169cf6182934c5346ce1218dd79aa39e57

**Signature (PKCS#1v1.5)**

HHFATbxK+5B/jQPFcwQmcSdRCCFeQ7gbN9GoPJ3eyX2GEYU4/ZODDWfE5e0/udIiXmzexH4WM/1OE0SzkEof55t7ZzQY4MrfLhHPXqVBwRVDB0/Xqik471WU0CGpXhlIaPviDpzeHhJWLZsTDbSsMeFWldIFKU9YE6/1ChfD2OnX7u32Nt5okHamXathftDZ1gT3zvkFkFH/TpMYbt0HJf5Uz9cFO/
X7L/tLGR/w0LLOlj8Tz8yjkiRItTKyZGlJtxNP8xzri78vaT2o04fsfImIdkphzqL1sg42aigP1DMnoXKs1jnLewY4Aw8RA8StMxr22aZXnUM5ks4eJOqFMg==





Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Happy Unhappy Stud Smiley Face Anime Stud Earring Cosplay Accessory: Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/Unhappy-Smiley-Earring-Cosplay-Accessory/dp/B09F89P935/ref=sr_1_186

**Collection Date**

Thu, 20 Apr 2023 05:10:06 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

bycAE8fp3XbwBC2TehNafggkGdH5lnj3S53IxyeA9+i/isqBwskYlJEPsRbAeebC5cPaOdx3PeR4pO0ZprMbNZT3S19N6Gpkp+YjBSnwn8QPNXf97AbJ9ZeVZbVESEjQXTC9eS05m1ac4A6seS6ZlipeDFZXDghQhr2WmEGgUiY=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Unhappy-Smiley-Earring-Cosplay-Accessory[fs]dp[fs]B09F89P935[fs]ref=sr_1_186]]_Thu,-20-Apr-2023-05-10-06-GMT.pdf

**Hash (SHA256)**

1f1426672406fcd2ee6aaab8ebbb9232e28e3711e2fb94166761291edfd170f1

**Signature (PKCS#1v1.5)**

B/lEwyltBOEdz6RXKgCYIC15wuqojQQnAVOB8teFIfg7QN50IzXUZ2dqnRPXbsm98GIeYMOF/6V0LWrGrKNekm2Yo7LM605ozmpb2r1J6i2wWQtkHYEk/7xj/I1Qur9O5uJnnjllkez9ZIZO3YVE0uyVd1ZynV7RXO/EfTeE5W4=











Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Wed, 17 May 2023 13:20:56 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2001:ac8:9a:d::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

EJUKFDjcZuU/UIdf7nn24YQ+5EgjMBDKqwbj6/DuPg/Et06cxUpeloaBncp8Tlc5Fz+3j1BmLPKNRQySSdxj0bQorC6z37rvw3AoLs3ARceKuVjuQuHDncv6XvLcWTl4MYE/
dRNak5XvmLHJysPPVQXRoBkhT9P5fNLkrraEMIVAE8ClkUoVyZcG0BRNzeSr8Mvs3aXV7iW4sttJ3kQaaI1x0NxEOm6AXuHUYH/U0Y9/aHS0E/eu+jOOkjiNqR70s60gEWNPRRjz9gwR/qx52A/AEBeZt7d9H9zhNutXAqrDTZ3shwX0Vuq0ylp5PmlgVg/L+FypyjWg3tOq+NvI1Q==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Wed,-17-May-2023-13-20-56-GMT.mhtml

**Hash (SHA256)**

6b08fa641387e291b62b8eafc241425a6881a35e40d61dd1b814f2fda30aee50

**Signature (PKCS#1v1.5)**

n2r2srqmmbaQ9Rv4RTILdFOWz7Z6OgS9hJrExI6KJaWOreYiK9uogBNac5FpkGC+fV4oYH1CTOc1YYaHgVjcYQuShHA6Sw6TwLBaJxBFubOWLL3zqixQLnUt6uwC1WITggWITtLavx0glS7zb/
SgVzMRbj4XWYya3JjHEcQysAV4kXSXAgtA5gIQGPCPmEezrH8Qb4vLR2xdecF5EeVZ4hH6Hb6oXGP1m6G60JPqmteP17a63ecxlkwWtMK4wGoe68MhCXVpzOYT5XSBt3ogyHGfyiUC1ClaGahiumWTxXTjFh5yBTeFLpRvdsevveFExoddRk6WUHEQFnPcC1uRRg==





AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Havthcol Ironing-Free Stickers for Custom Air Force 1 Shoes,Cute Pattern Fashine Creative White Shoes Decal (Smiley) : Toys & Games

**URL**

https://www.amazon.com/Havthcol-Non-Iron-Stickers-Pattern-Creative/dp/B0934F5NR5/ref=sr_1_219

**Collection Date**

Thu, 20 Apr 2023 10:59:58 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

ePqIq6ce176lbk0g9DEDZf0TG8a8/qAzF9eOQn/nj5OSxeVL8t+q1+9v3LyzmBP8A7WRZS8h+8Enku3IvOUNfBsnUpqN2/YxOv8PqzK268O5iJVEVYyLjYkBcA2wcmobwVDfrerpKVHAaTRoNOacM3RVI58vUSji3u6WyVUk1uw=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Havthcol-Non-Iron-Stickers-Pattern-Creative[fs]dp[fs]B0934F5NR5[fs]ref=sr_1_219]]_Thu,-20-Apr-2023-10-59-58-GMT.pdf

**Hash (SHA256)**

9f0e8dc9f565bd6b0e74e700c6a631bad47f6ee1fe1da9984d1155e47ccef5dd

**Signature (PKCS#1v1.5)**

FVLMbbaerKTw7b9nB9Yl2hUhGj0B4afQfE1S8B+66YMw6l4+H65BISHkMFlh+k0xYBGiG0vCIP2Bjw/zW8zZ2rIT1I255pWKXX0pYJp4mYeumDL/SdDveKzULQRQRLF5EdbKQGdpkN9DEag JQ5Z0QzgGL6v5wtDNT2j5JZZ1tko=






















Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 19 May 2023 10:10:53 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

pAQ/iY+hg//Pk6JylDZRJkosaw0yqGC92kvHmPVCVLWSmBEMvGUUpdqfpoxFMEYIkGYfh1pa7+OousaDkY7G0jBQGM7l/AHWgXSoyV/XAq6RLDI4jPNwRh8gtJyf0ypMZ4nhs+6mzunz/Z3w/LkQqAD+5dQ9D01Syn3mrIdSzjmZ1J8xIWeEXGPKSHvbbQZTGjHuyR/XdDWZ
+xHVHm4LD2t7CJPkRvAoa1mFn/1+eLQTAf/6xpcwiwVOKDY3HDwH915o6YivUPUPWFzZR1+MiNZXjIG3JesdOjWzwaF9z/GKIBoXVlsC01WNbj2EHb5cEqFfLzH+ge/f64rSxOssoA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Fri,-19-May-2023-10-10-53-GMT.mhtml

**Hash (SHA256)**

4a365ada6dc97e8d1874e060729c66eefe03824da174344ceb7e902ab18f3ae6

**Signature (PKCS#1v1.5)**

Axp83h3wecmgvRahtvzkV7BfLzQsKC0axMvHRV55vRORONZ5rEDZXkU4swk7Ib0726iVbX+57CpQ2xz49WRDkIgFn9JBp4pK7uV8adRCcmMiJmOIwQs+dpkniQHuqXmYDaycRLC/
tX5ABVfU87dKoiqMMnUV6ApcLdvUEO6F0ilt9KycRuaCmuwv9RPJbp97oCDbCGXfUtMz4hkhVflKvjgV0hpDizzv6ID/csGgeY/Em+hHlicQmEgHtSTzLFyH7eFeEBv52FutbcuXzg6tqTsqZ+btCEJUwqPtEn9gy1z5DHG6B5XBVNFuU8zNJoXkw+hjxl7WppvDD/NXLNiVYQ==



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: GialCenik Cute Smiley Face Pattern Phone Case Compatible with iPhone 12/ iPhone 12 Pro, Yellow Black Smiley Face : Cell Phones & Accessories

**URL**

https://www.amazon.com/GialCenik-Smiley-Pattern-Compatible-iPhone/dp/B09QLZCTS5/ref=sr_1_184

**Collection Date**

Mon, 24 Apr 2023 11:30:45 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

L/HnQpwat54p4eRVoGW0sQxHUsdvOs190LVURS7+FndiOl8KwY8VXBmuWGGJSaW+aXfnwrObAlGapx9v0F4ygoZ2NNLDwoS4V1FvAxYYIC7zUoe5HMDzuGnZnHem4oRAG+DKnqBdN93YC/aAmiepZej80B6MFDJ0Vm5g2hkW3Ig=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]GialCenik-Smiley-Pattern-Compatible-iPhone[fs]dp[fs]B09QLZCTS5[fs]ref=sr_1_184]]_Mon,-24-Apr-2023-11-30-45-GMT.pdf

**Hash (SHA256)**

c902fd97859f7a6e0ad2a846b6924f3d6e5ebaf25c85af126fd9ca0818750ce7

**Signature (PKCS#1v1.5)**

nMG043ObqgnJx+L/o5/wg696w6VdPNyLghv5u6OAMT4m0lKiGbrcla1vo+1U0O6hUis24rM1ZenfQ56N7vO8AU0Svn73qEFze/tZ6UTYMM2s8z1YB3EuPK1yeszM03p2GW0qr0Oi1Hpz9Xz8zXkhP5ASMWMlZ115Pbk6EygZZLE=







# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 16 May 2023 00:02:35 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

RemoteUser2

**IP Address**

202.83.57.61

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

C4XYpvZqbbHFWLMVGDtd3vyodqY5amaWvOtFrgItj3lsdfG5ksHazY5sAMy/Y24W2KAQT8JDRLDOPErx3/B5pR/vBrgn3HhAVp6FcvxcmNqnVO/VaJOPu0mL7w8u+NrjmOEECqeWdjIcRM+rWmuk9zISMj7Lg68zcCltrjo3T116hUrd0xtt/+Julhdow4lhYQ
+0OJIMbXugt5CVWyz9O6RDHgPs7KstJfCuVdQcHqmZH47n2ugFLyc5rLPPQKzuJDgyz9669BWXNnlaYUb8uwK9UrPkAEf6T2UUUqLcxdaD1esJCQfc6ArSSByseUWWOovop8ZflFUrYB3v2hJTMA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Tue,-16-May-2023-00-02-35-GMT.mhtml

**Hash (SHA256)**

d9cccd36d4aa9fa2a19b848911fdc71555e27737329f843ae6188c4b6565d73f

**Signature (PKCS#1v1.5)**

nUhpA7ABVWRpij/Fnffmmp6dXr6hb8avi4FvizlxCx7URS98FD/PtBjsyCQymxG44SjBYB+N7AJcEGqBfUUCAMAy6HefCZm5p6ZoUOcLasyNQT+LAmOWEdocldSLnnH3DfpILK0klmY4+0YwULvhytU8O4w91boftVw28/
U96KdEYysJIioH0MX7Yl3mDtUo108bpaGdZLN3QirHYkl0gwE8DwkCP9121kKCUqeOwZg4VDnVUgmcXH7p7sNMxelh50X53ZFRRGT+mX6QOK7RQqj5wCf+tTsBaRHKRRYoo3NsDm6gvNBqZfIDhRPrV/mns6fMI14HlnLH9IB3Fz4Mmg==





AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: HZEYN Smiley Face Pearl Choker Necklace Bracelet Set Colorful Smiley Charm Fruit Pearl Beaded Choker Handmade Cute Necklace for Women Girls: Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/HZEYN-Necklace-Bracelet-Colorful-Handmade/dp/B095LGL6MV/ref=sr_1_508

**Collection Date**

Mon, 24 Apr 2023 07:26:52 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

q40Y9xugO364JJ4rQfE2xfYcx6vEAj2xjjdmntZilgHUnqQ3EGIQns6DMGRRROyE4CrFN610CER1q/Y9S9QoCz3UJKHG/Z1ag1M+FgTJGft2uc1yac3WLdCHhZ4VOhlOO8XUfVa29Bjit2Uq4p3/OpzEH9x1zEPWWReIoWZCLxc=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]HZEYN-Necklace-Bracelet-Colorful-Handmade[fs]dp[fs]B095LGL6MV[fs]ref=sr_1_508]]_Mon,-24-Apr-2023-07-26-52-GMT.pdf

**Hash (SHA256)**

315632b6450045a8442845959336d290d94a8c53c2b89123f594761156685780

**Signature (PKCS#1v1.5)**

HLnf6ZhlGqbn/TKrajPdk1eIRYzE5VDDMTP3g66hf3hOYHcteoqXKMh44rdM8aY3/5KXKZMZLqG6benPhDf1KZP2ei+yczDRDbzt2XLKEyjWRBKZBSq9wamFFzz3MOWS2jFdtBjdOTNmzwmNcluZP5DM0OFwMggvOPHqiJqXBNo=









Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 26 May 2023 12:25:09 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

111.92.76.240

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

dNHUjvHTvLkDli1/yAB6DFQzMK5qHMFBfawwu3AnFyU2CfZipCWEiqWvX10x+ZBNM9Rgp/I55GF9BtkiDLl1aCbCHOE3I1EPEPKOe2Tk/UE1dYbAHVUu93dma4Q16+v280c3ajvwVLSw+X3BZyyFxtPDUDMGIyDstKOgW6UDKaXWyFMngARle5KbR9JFM/
Dx9fI7S6Lpzz0lZ5FdR5IWwHDjeYpwmCDamRfNkYxi67rx+5VY7g/cFTaBFxpCELg3Cf5B532tdnYXfKZ83eT4qhmk/r4qq23T+hxr+BmpZD14CI5vM0HM9cWbMyxzQZu6Wi9ptxetxuS73fVGmtWThw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Fri,-26-May-2023-12-25-09-GMT.mhtml

**Hash (SHA256)**

cf94f2894fab4e256891012c3df8b8876b9871e49514893147480de1329ff7f3

**Signature (PKCS#1v1.5)**

cKb44JLUMP7rIqk0/xguNKSnX1Ti/55YgsaU2+n4aLsSbuJVOdkSt4ttzYvirLUVbFLoH+z10tnSFy/su8ZRqY9Xqu/H+QPAKw+7PU8/+eWc4igC5OnbKLQI1uXejvKmRWTIvorgJVHVC6seoGREfZtW5m2mrGLQ16HkURI5gCVs7Uv2o4eD8uuMPgCMpdmVvtbGUKIRIATKvVWvAQ/zeADyIp/q
+zxOhC/8gOJWYvPhqq/DWioswRvTF6crarzvIdrui7EMxGfYbleq5YGijsZ+OaIcCv9OHc+DlL4U2xFr9cbpbkd+Wlz5gkOtl3uSbvT9FvATPLwsd09oWr5OQg==





Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Zipper Pocket Smiley Fleece Hoodie Streetwear Goth Sweater Shirt Garbage Clothes Aesthetic Sweatshirt Men and Women,Y2K at Amazon Women's Clothing store

**URL**

https://www.amazon.com/Streetwear-Sweater-Garbage-Aesthetic-Sweatshirt/dp/B0BJPM1D8C/ref=sr_1_56

**Collection Date**

Wed, 26 Apr 2023 06:41:11 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

raKxSrIhmKIdM6QLFSWERsGruUnRlL2ncCWZR3eaDVgWol42oPG3q46K9tBKoUdiPT+UGiHb9BJY+9Kxn1F42ONmIL9m8olr/NFCHn4vgevyANSb/hV5dJmmyxVyMlJ1pM5SqKHEvQTWsLlfgFbyyudqVgYcYKUJ9KjOoZ5G+tU=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Streetwear-Sweater-Garbage-Aesthetic-Sweatshirt[fs]dp[fs]B0BJPM1D8C[fs]ref=sr_1_56]]_Wed,-26-Apr-2023-06-41-11-GMT.pdf

**Hash (SHA256)**

15159ea555aec348b0d25a0cd6dd79ab179513b5cc089c11d35b0ebd684c6737

**Signature (PKCS#1v1.5)**

Q9qUlOuKVhBjxL2WXV2bLRIYrNeYChpSBXyeTT8HKMi2BFMJ6+wH1K3yl04vAuIaINncRI+CDD5DUaRQngwNWJcl6RDuc4CbXjK1MXNzmTCqt6aMrHrbQ19VZgGOB9o7gU11eaLo/ePJy5YN0tpDwi7ulnk3BNNYtfuQqXhnTDw=









Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Wed, 31 May 2023 15:54:17 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

111.92.77.63

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Vao2/kqgQCeOA5poYCNOgdZbYAzdcXpuojXkmjgy8AmAkNk0jfNWfCDv9yiOX+TZjAzrn9CP4XDTKUruhI3F/nC3CxEIOPKI1qzsm7vwmF9pIdxGGhbTo4hfl1UMhR8utxqfaZ84NZ14ZbWXh6mNovcSStpuKuDm9IHPzQAU1YyiNwBJuYwPH1u7UzCNFCxMyS1RQnpcmGYfd4bDOXjb/
gaYGBmqVmZ+eKX1DpgRAdz8WO0/2HYwA7Yu5iHLBk7wEkMrLfARqkIVYJyJ94cMMJoKp6tPKIXjzFVs8GQgGljWtXR+vAjkFS+OWS70p1axak7YPY0a51Q38bdnfmfGlw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Wed,-31-May-2023-15-54-17-GMT.mhtml

**Hash (SHA256)**

cb32b07c92576c9823cec41b01a1a23639de3e8522b179276271a66fd6a13f12

**Signature (PKCS#1v1.5)**

oCrgE0peM6H9478tO4CTwr2AjeRdJvhnO7LC8AHZnf/T+00p0zBhA6Xi8nZAdv0UjAXFP0oyh6xl6jn7gn9yQvnujhuJYFNq3HyIchF1G8D0TFI4drgY7le3Ypchyy3YRn6UsidTdZL4f7UEagnVrpIHtV02QxgiHHCHPSj/bLAPDeMD07b+7A0Q0Ig6kNFHDmXkAdKU
+guleWZLWJkV2CNw201dU06uSLxMHa6JmWaX0tJ6I/x6NmFVcyHI4DhdXd3bfqpdDA+fgzUlrSs5Q20/W3APgLlkHr9WTRuSjLHl8M2Elst9ifPGLKajD9HnTsac3T/PMhCdFu4MZrWDDg==







AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com: seizefun Friendship Bracelets Making Kit ,Kandi Bracelet Kit with Pony Beads Elastic String Charm Smiley Face and Letter Beads for Kids Crafts and Jewelry Making Kits, 6*9MM 6*6MM : Arts, Crafts & Sewing

**URL**

https://www.amazon.com/seizefun-Friendship-Bracelets-Bracelet-Elastic/dp/B099RKV37L/ref=sr_1_51_sspa

**Collection Date**

Wed, 14 Jun 2023 11:07:18 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:36::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

SsJR/zjzWSX2vJVwZ1LzxG3lBF2nkGWglYzZKXCauuYQSA6y6rSahQ0d0K2e1YAmpFyzSuU6zqfMcL0nVBQI3cR4N+fyXNmyn27jNhbG0BxY6HLd9cV4kodl7Tu6owMXasdXP+azf58Y89/+7Y0yrgyEmnZelKYp7hanZ8/0anc=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]seizefun-Friendship-Bracelets-Bracelet-Elastic[fs]dp[fs]B099RKV37L[fs]ref=sr_1_51_sspa]]_Wed,-14-Jun-2023-11-07-18-GMT.pdf

**Hash (SHA256)**

3ac728fbad96df590cca88a9508ed4c3ea9d7530190e157a11b3282e974c593b

**Signature (PKCS#1v1.5)**

iCMweSr4lFPOii1C2vH/S6PPbJQAp7rhG8m2I6L3FOu20XZ1jGUsG04GzaSWINb64jlYyMyEavPQ6ZUWo2/3cbG+2gzh0O0Dwpi5K3TwHFqhHsnjJ3YkkuLqkeltndFuw9SiTIPT+hMxwlvNVRR4hLUC7NGXwqabz8MFKxmE4kY=

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 15 Jun 2023 07:40:19 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

202.83.41.44

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

TpJGGkb92IG06U+Qz09D0VJLQq9ZMKDtZA8GU66DGyAtACSldJaLb1l0as3jQLCxhgbp2Xrqr78C1o6KK/e8Klq+1yuW4hJOCKUvkubADbEJdkCiff6VreZ/IANJQqfQC6NlX6ehinU5HuXvCFpWSL9L8X6QV7jBddaLFwqNFPmyj3T0qvOhV9kJ6p1kk077YeqOyLA7zwtyf1aGwS2aEh9yjrP/
blb9otOVux57azk+rfPEDZZkOr51klYFwlUkuiBwe0OUTO4/PazwX7v3623rFbe0OvOYJvcrifeXec+GgAnU5eThIwjzlLc9vXYSvBIzOHQuyUicoct3L6SJbg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-15-Jun-2023-07-40-19-GMT.mhtml

**Hash (SHA256)**

cb18706c128c80cf6d97cb3d1a7f38930c4371a06f8ba454be24f9eda8730fb3

**Signature (PKCS#1v1.5)**

FLW9ks0+HYaX/6UOxjts4mNE0Fv6mPq8m5B7PGk73Re9i0YqtwFZ9zKQuWS5PU0mgw4lKqwiQJASa80gaRmYZRl1+8lRG2CeElfu1p1mqMuCaGXjtgWgHVw0vxdCgFs98UaOGQxthhuzhtCoGtxWCiQbpinYnV8ijIyB// ApdukZnl5+UveeRyZwxCWBlSBNzz1o6S+hsVEAGlbZAl
+TccMOlFRvuy0CB/Q0eREdWIlHa99MmJBuQt0xdt2UsW3PMngDf33DHnu4CBlCDKpldnHg65bv7W2cVndxaULdcp2070+s1qWGEDPAqkVGlFHZdKftcA2d3H9k2PtqfcC4RQ==






AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com - Smiley Face Sticker for Water Bottle,100Pcs Vinyl Aesthetic Waterproof Sticker,Funny Sticker Happy Face Stickers Cute Sticker for Laptop Phone Guitar Water Bottle Luggage Guitar -

**URL**

https://www.amazon.com/Sticker-Aesthetic-Waterproof-Stickers-Luggage/dp/B0BC96XQLT/ref=sr_1_37

**Collection Date**

Wed, 19 Apr 2023 08:01:54 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

qzAKX0iRGIRYgLv5z0qqzeQCTKIhGR0FynKFYSH6NSieYnlCVH+jPFyOB2A1NtIMb4Ab3YTN2Prrusxp/rq6WPeKACAz4gmycRWznkJmsSiO5LWqGDi+rKJwv4YkUlbalfE3Ep4MFA51Nvx7M1y1Fe4Cio6AxVo14hFD2B3NAQ=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Sticker-Aesthetic-Waterproof-Stickers-Luggage[fs]dp[fs]B0BC96XQLT[fs]ref=sr_1_37]]_Wed,-19-Apr-2023-08-01-54-GMT.pdf

**Hash (SHA256)**

2de9479d5107f2311b1ea6995fb17fdca3d5101ba7d40f72d21cdf89f8dc67b8

**Signature (PKCS#1v1.5)**

ZpxqKbyiN9T3gl4gnCSbv6Fwb5Qnmb87Gye37p/QJiccyzVzImKUMVWhxMLCNZgxm69gORZ2lqKZ+JzKC+8D51Eqaylz9uYXrRrZhBiIRM980gMWRDFR6XN2r+ai5SpYBygYTdXmHFALJrghgS3Bgg/jL5KaMDPrc3sAZvrEO54=



Investigator Name: Sian Kelly

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 05 May 2023 09:48:45 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sian Kelly

**IP Address**

**Browser Information**

**Digital Signature (SHA256 / PKCS#1v1.5)**

W+mcqwFLdFyk4imL3GwmIPjmg73AgmdUqLMoWlATIse2vQPxauftpwz4Ez/6yGnIs8S2YUv9WAzyXmAxN4/tnjoRY2JaeKQQ6UpTLP/j23a3vHk+KRIOuolCdGTZPmAnF4i6WK3i49bLrXUcTdq8/SaG0fLnGc7NLJmINXgJXIlywBuJ9stmbyYvExrwAGSCUZsEhWEvITT+n
+Rvg0CRQKRJbziMXNCsfX1sJVNAHqzDbyuWRldmW1BaWQuxtUxxGJ2ux6niK5X92cUaRCltx+2BPCnkk2HFAhD/xCZyWyDRLEa2zI/bzMcU1KOkz6ylFG1QxYvT/9qLWNZn1MC7aA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Fri,-05-May-2023-09-48-45-GMT.mhtml

**Hash (SHA256)**

c7d6e944ac36526589b9ae5a82e813d335f2b1dcb2efeefbb058746373bb8770

**Signature (PKCS#1v1.5)**

b6Uxvz0pVFuM/tn80Wl1emCzrhGZYu3JNFtwWbqNbTtmrLK3dK9mfm44vPUorvXWQuax++mZT+wbMLVURgHZnzWWAyHJ0Ig+wkOZCey3i6x6PRMCelO14UxEW28ThxEesakXQAviq0LF7/SK5tIS46G9iKElZRjsRCwlVl2eo5mA7+x/y0Emx
+hqZOqS9Unn0rHkKiDcAGbGgr3xYNgkjgc51WOHzsLyyhiL4wyPbtHuFjjD87Yry62M7DNoSavbnorkJe57JwOH7L+EuDGGRQLaJQ5GaoRQZzsYxogcscQinz9PuysLcoo1bQVS5Xhq5dLY3fn9hswHJpjfv59LkQ==



AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com | Cartoon Cat Smiley Cloud Slides for Women Men, Cute Animal Face Comfy House Slippers Ultra Soft Cushion Sandals Shower Shoes for Indoor Outdoor Beach Pool Spa Gym, Snow White Size 8.5-9.5 | Slippers

**URL**

https://www.amazon.com/Cartoon-Slippers-Cushion-Sandals-Outdoor/dp/B0BW3H4RF9/ref=sr_1_241_sspa

**Collection Date**

Tue, 09 May 2023 11:59:37 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:93::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

El1uGbpwKi2YOfreH2s2j/GrW3rs9x+E1qhXKyj0T+H0etP3ly/GMdAcYSApwr1UZSW/9y+/MOxmllR/VeXc7FFqZ9A9otwddlZgXxXcNFRHWbmbDvS0pQlxaQil93i6C/9mplqF8gOUUxiKLt/usWppfyMUhgVSk2RdDqlXFkw=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Cartoon-Slippers-Cushion-Sandals-Outdoor[fs]dp[fs]B0BW3H4RF9[fs]ref=sr_1_241_sspa]]_Tue,-09-May-2023-11-59-37-GMT.pdf

**Hash (SHA256)**

c37f91cb38c22ea50778e39e6c0e51c5895db2698d5fe6a5270b5cf46709c2f9

**Signature (PKCS#1v1.5)**

RuSZo7/k54i7h3ptbwGL2FooyAuUI5BsI3Ebs0GIB5s20yxIJINnNv63G0G/jVbznJR/L3o3oCdPKcjAW3d3BEsNFqONFNQ/FW2RrW+NMNfuI72wHiYsypfuLNQM8JpjD9ZOxU16uj6OaqC1pqHsiGh0X5Ry99thKbkPG0J/0G4=
































# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Wed, 07 Jun 2023 05:31:57 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

111.92.118.122

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

nYsh76q0rY5QaVGK3Nx0oDszbiOpUH3V6DNe8qO0q1SrmTLE4iIGY0ks2xOUty0/n+RE6xcqnd0cwNXJthlyRcDMViz9OAs5m6/isbgauAIi9YZ+P/lVkMWkFXrS83XAwUKvtObS+BuyxTIRFdTs2kvD65J8Onp98OWISwB5UB7rXapDyDnDd8dKCphW+XnPP5s8LDaowT5ZAHO
+Eu1KLe2p2mgoOKS7COb1e+x8phyZNs/3axBsC+KN98P8xoHoguMotNDHZ6pambPnGmqtMCve8ZudsLwK+pYn4g+Ep8GUfjX0x/u0HJumDuKBrG4iF8qdofCYLnyK9sOGQXGTIA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Wed,-07-Jun-2023-05-31-57-GMT.mhtml

**Hash (SHA256)**

219d6665741da4d70b4efc9f1c4854866245f943a39632cc0ac06f9de29e64b9

**Signature (PKCS#1v1.5)**

bXAv151GmI+RzZqe+vjpw7EsbXEdRYTjpoez9AzQapOGlCKZcw+xHyuXm6HKckxv5pkC7y8gPgHMEht6U/ph9NqoizveZwo0/keTCj371OqAvAjjwOK/V7qnKckjj6bCJy6vYOf6YGp0WXxajfwrixh+l0DywepDEurGMny9bogcDDSobexd0SHJ6NSQWxK8mqz12a
+DJG62weLldDgjq5YwKubBHy2hQqSN7cts6y1QlZ6ecp2YWqnqtb9m1oHlgUdSTGP4/bm24ck9NDjRL04Pf3HLEy4luwEwooZHE8P6YOdIt1lJvCHAfFZvhcvx8apVOJIVlIrrYzQHaofcig==





AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: YUANBAO Custom Chenille Letter Patches 8 PCS,Choose Different Color, A-Z Iron On Letter Patches Smiley Face Patches for Clothing Hat Shirt Bag (30 Pcs) : Arts, Crafts & Sewing

**URL**

https://www.amazon.com/YUANBAO-Chenille-Patches-Different-Clothing/dp/B0C375DQ1X/ref=sr_1_116

**Collection Date**

Wed, 26 Apr 2023 07:44:41 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

RKcfBsCT3IZqykVEUbLY2FBXlcv5JxZwFgB84eB2wLc1jVf7K5RMvWzsxdksi4Oo+/keRMB9Hv8PCE6kvk1+EAeDi1RcnNjsQNzWOy9kM0naFcgSju3EHoRYBiSkTsj3ZK4MJHpKmdjHPkCETMJd0ovoMz+n3FuMWSsnUFt0HB4=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]YUANBAO-Chenille-Patches-Different-Clothing[fs]dp[fs]B0C375DQ1X[fs]ref=sr_1_116]]_Wed,-26-Apr-2023-07-44-41-GMT.pdf

**Hash (SHA256)**

573ae9c70367c175edf718d3b01cdfa681e1273072414ecb59150dcee936aa70

**Signature (PKCS#1v1.5)**

p3BBAFYjYwVAbjoh9Po57zcUUw17ltpo9Kr1OivMEq7tWQDDiOcC9BMy6SqionHlVoBglqCvrpKHGGayiahYwHCWhoS00V7wGPDEFqZsAQHyTf4viOcxDajhoZVVFndwVy++aRsT/dIaP2kXLIVAHt6FIA3jhMVEa5jSd5QkKJM=




Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 01 Jun 2023 12:48:51 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0d:5600:8:93::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

E6hOljAxL6kM11V1mVAI1LijxnYfJqPGrBLY+1ZiG3QS4hwNHntSa9KLK5SW61dAXsJn06xlK5twCr1nfmXk7WwUYET6+itK0Og7pKnlnjOZ2YXoxAelROCrkFY0D6QdqdTxaluVDgnqVH0iLysK2pPLCmfUMEZjSScSEH3xnVM5kU5l/9JcFEH4/
+8isxE7NG6+R0RW9skHlpAnlZsgcrZGOD8atO0S7/KjWGp7I5J+549c1Uz38uO8ftB45b/hPgAh2jvXvhImHQGi85MHHL7UdKRVy52BL3MVxtZg2gBKDaBpOlRTpbZZ8Zo33fr184re9n/APEo59p6uvSjDBw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-01-Jun-2023-12-48-51-GMT.mhtml

**Hash (SHA256)**

312591d2f072807de11542fa3490495fda2f823a34d45c71bdbe41a2d5baa663

**Signature (PKCS#1v1.5)**

aco9IzfKODhRshi5H07f3Lfrzs4Q7OOTT6jnQ7TR/pjt2e7n9n1G+1veMssu1UtI2KYKNcYzQPwy8MPZz7stYdSQd20HRwz4CdfO9PMqBT3Hyx1h+BEmGxUTiXuXRkDLBN0mZ6lTAR9ScK3wPn+i9z74NTdJD5gFwHi6kaSuIjOJa
+gJdbWjgO7OSfbOJm9tgCiTGBmdYhuYNMC2RVSxK/27hakUUTzot5TPalqeH0five9GSQaoKBOmQJdFNp1pZzbvKHxxImF54GTlTLj1yHYtc8G1DJiVpubV5GuROaFZ3xhCPVUUNSFNn5zTvGNYNTFgJeHST2nUoD2xwsAGcQ==

