

Investigator Name: Sian Kelly

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Mon, 08 May 2023 11:54:25 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sian Kelly

**IP Address**

2001:ac8:9a:d::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

QdwnFIj8qmfJY6Zb1NrWEjVcl6j9MpzmIRcSXVIqUyTg/O8O3/RmqJ46frV0m+baOKA418ZlzhH5HmzaPC2Q6p/66ROJz4BFxncTOhBSM+VVY9mOSyGP/iqk6XjTd9mbEhcBJ1Z8G6Hd5WAzDQqrGQ6UIh4wDxbAe6MOfUCXPqdBvBvZDOwRlR0P5JqVePF6mzLkeJm1e1+sO1RS6IU1E/
sKHHwRJCAX9ZEUzp+q3Jqp16AVa7G6MycflGxuob4AmWBBS2nQmTOHvBERQPq/iNNo0zPyN+YoYzCSsT1oAGxqb7TTvqURNjI+Km000dSLfvASK+xxMPh7xi71h/RjmA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Mon,-08-May-2023-11-54-25-GMT.mhtml

**Hash (SHA256)**

1a6ba9546710bd4466e5dcb2e475ad9c5ef3330d7017221893b5537fe83f1777

**Signature (PKCS#1v1.5)**

k/OYingo3NHOQUsl66zxv0yRjkUKuDKmsjdjIhYL1O0If49C5BaE8RsnXiLJFWKiFAbpyTf6SESKpIavNVMMRco01hkXRb3KpdeJcMixxCYT+RcSkqWfm1jndkRyqYuX36W6iD08MzX6rJYptWNCcK242+AGCzYyCkJyWWwKBTODTuyBBf
+scmgaeux3bPJ6L623aGN5m37AEC3LSqwhFVWICb4nGBtpwCzUasNiRzl8xDMnWyy0cX2A2hcmvl0BPGoBTQ5gUWDTG33PH5PNuJy2fPM21I/mE0nBHSTrp+FYbbKLrBV2MP5e0bXFxlKET1mukrUwJ+jxwXPTEJPVQQ==

amazon

Checkout (1 item)

**1 Shipping address**

307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Change

**2 Payment method**

Billing address: Same as shipping address.

Add a gift card or promotion code or voucher

Enter code | Apply

Change

**3 Offers**

Change

**4 Review items and shipping**

FREE TRIAL

, we're giving you 30 days of Prime benefits for FREE

Try Prime FREE for 30 days ›

**Estimated delivery: May 24, 2023 - June 7, 2023**

Items shipped from xinqiandianzishangwu

**NEHCNIXIL Fashion Double Sided Smile Smiley Bucket Hat Foldable Beach Sun Hat Fishing Hat (Yellow/Black)**

$9.98 & FREE Returns

Qty: 1

Sold by: xinqiandianzishangwu

Gift options not available

**Choose a delivery option:**

- Wednesday, May 24 - Wednesday, June 7
  $5.98 - Shipping
- Friday, May 12 - Wednesday, May 17
  $30.98 - Shipping

Place Your Order and Pay

You'll be securely redirected to MasterCard to complete this transaction.

**Order total: $16.66**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Dolly, get in on the perks. We're giving you 30 days of Prime benefits for FREE.

Try Prime FREE

Place Your Order and Pay

You'll be securely redirected to MasterCard to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $9.98 |
| Shipping & handling: | $5.98 |
| Total before tax: | $15.96 |
| Estimated tax to be collected:* | $0.70 |
| **Order total:** | **$16.66** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.



AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

NEHCNIXIL Fashion Double Sided Smile Smiley Bucket Hat Foldable Beach Sun Hat Fishing Hat (Yellow/Black) at Amazon Women's Clothing store

**URL**

https://www.amazon.com/dp/B0B681NRKY

**Collection Date**

Wed, 10 May 2023 07:30:39 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:93::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

JoDqlnGcsOXYpFdYHgbBW4rKChw+LaXWtQL3iJ5DfO7KW+OQREeNJCtJY6hT2w1Lg/1NCwLnL2rGBYshQ5XQEXGFPceRlXCEHDdUy8Ny4F6nTqHNoeFb0zSbD1/Zn0jxiusDAjIHR3LPCCF3vRu4qmT2d8wIvjBMvImuxAdVIOseukG/GkZjsKj9DwA
+ZQ7J1QjJVrbM8H3cP35kvWxkPFJPBLC5lbZuZPd0AMh9Drcg5oO+GVyDCnE/88YX+uw5e6O3JaBDwzGaXbf/CE5c5/BC9YE+mWPfwZEiBnTc+CvG4JKzK2ODZiO4K7dSSeRsujjEHso7KcAa2BF9ubDSTQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B0B681NRKY]]_Wed,-10-May-2023-07-30-39-GMT.mhtml

**Hash (SHA256)**

24bf92e78ead16de811dd785959e6b062879d43a172332fb2cc0facf0e9d2291

**Signature (PKCS#1v1.5)**

AswdaJQbc88P0W5n+0uLu6RWAgXFQOAISI2MeI1Tm81qAEK+W6lBnrmlcDrnzoHrMjpc1gob1SbncL46gtgNORH9WH2CS8MvcHvgqPVmK0dR8Npy+Wn01sKci4TuOoELO/WGUVLThsz47tLMlUX9slMgPlTwOFCBTjQlh1mHQRQuzcHV9g8KYeB2IUsILiaPYL0T0iSa59agkldSPv5gLI/
QNRkRqOa+h+Tt9KgfVH1/r+BsI+srvsWHVF6o24ElQspcVyWAoVLqnHGPGMdXf3Dxpa6zW5TWyfgbxC7prXFqMDwuxKDuJuLdXQpOZx/OUoU+TaZHZ0xVbvXBYANNMA==

Deliver to Kenneth Miami 33132 | All | Search Amazon | EN | Hello, Kenneth Account & Lists | Returns & Orders | 0 Cart

All | Clinic | Amazon Basics | Prime Video | Buy Again | Prime | Best Sellers | Customer Service | Today's Deals | New Releases | Music | Books | Amazon Home | Coupons | Pharmacy | Gift Cards | Sign up to apply for $25,000 small business grants

Amazon Fashion | Women | Men | Kids | Luggage | Sales & Deals | New Arrivals | Our Brands | prime try before you buy

Sports & Outdoors › Hunting & Fishing › Fishing › Accessories › Fishing Hats

**NEHCNIXIL Fashion Double Sided Smile Smiley Bucket Hat Foldable Beach Sun Hat Fishing Hat for Women and Men**

$9.98

**Similar brands on Amazon**

Page 1 of 2

**Looking for specific info?**

Typical questions asked about products:
- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

**Customer reviews**

5 out of 5

1 global rating

How customer reviews and ratings work

No customer reviews

There are 0 customer reviews and 1 customer rating.

**Review this product**

Share your thoughts with other customers

Write a customer review

**More items you may like in apparel**

Page 1 of 6

**Popular products based on this item**

**Best Sellers in Hunting & Fishing Products**

**Your Browsing History**



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: shineiey Pink Smiley Face Tapestry Cute Aesthetic Preppy Tapestry Pink Tapestry Preppy Room Decor Aesthetic Wall Tapestry for Teen Girls Bedroom College Dorm Decor, 59.1 x 51.2 Inch : Home & Kitchen

**URL**

https://www.amazon.com/Smiley-Tapestry-Aesthetic-Bedroom-College/dp/B09Y5LHPFZ/ref=sr_1_112_sspa

**Collection Date**

Wed, 26 Apr 2023 07:13:07 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

G7GfhQTurKhNxQ15t06Jd/rXulj937CzVHkPcHJ3cRrEvcvixtrRLKaj/7ztCAUtmPfoHrQlczNFUEXdh9Tbmwk+3Zgaf+8k4tnIFtEzyeHRs01zh/zcCEcfGOUifEA/d+i5MEEcsGUbgQ/+6l3UpUkHY8+IlYNF0ltj60IZNRg=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Smiley-Tapestry-Aesthetic-Bedroom-College[fs]dp[fs]B09Y5LHPFZ[fs]ref=sr_1_112_sspa]]_Wed,-26-Apr-2023-07-13-07-GMT.pdf

**Hash (SHA256)**

1fe7d3422c8b80d581bdfed84707ecc78d3a05fd067c507427e1060d035d6064

**Signature (PKCS#1v1.5)**

k5mc8fvcMc9X4ux68lZCoszD9cle/530OM5ViJTMYCTQ3/7ghfGITrP87ye7Av6VrzDJ48Vp5H3qXn1KisBAKN+4JmYQtY27gfkrFuV7Wbb4heAnkQclK3MQ2QtWabZ/PFUjS1fF33xBZxk5qFaOL0BfyeuGn3zVDFskLYq2d6Y=

shineiey Pink Smiley Face Tapestry Cute Aesthetic Preppy Tapestry Pink Tapestry Preppy Room Decor Aesthetic Wall Tapestry for Teen Girls Bedroom College Dorm Decor, 59.1 x 51.2 Inch

Brand: shineiey

(2.8) 2 ratings

$12.99

FREE Returns

| | |
|---|---|
| Wall Art Form | Tapestry |
| Material | Polyester |
| Color | Pink |

In Stock



# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 01 Jun 2023 00:40:45 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

111.92.76.63

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

jpDeXyU7F79yRsdIqc3sekeR6FXWDhOIAw1zGUiwk7gsT/yeA7B04GwK78JBrtiu/Ljs4DUugmKEk10gvYktE8wlhyJDGovkuE/+i7iB1QdG0WphRSwvhvbPD0z/Qxo23QyB895MDjfsIBNVr01JizO8gwDgBSMEltuC5uPB4rQSG0IHURR3ad+0M+gdd6hN8OjAiqjhweRuEstgXk7ymOAntBTwA
+cPUrlgi8aNyqZAmuorx8x52r/djySJm8g+7HyBcZkwbXY5C5QNOb+jjBP4zCaGbzt9IsgJ3ACN75hkAn0YKMovEq6fE8hRAD99WjmkcmAZmmjZ2ekQrJUHtw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-01-Jun-2023-00-40-45-GMT.mhtml

**Hash (SHA256)**

0377ee9842e1f5292649bf93af8ae82b5fd4635c52d06833cf0afbf369085a62

**Signature (PKCS#1v1.5)**

E7hY9KUh0gLi9dLSuxyWOp7aqmDn/3vjxgDMrRWXVnBmwRccnFiL4d/gB6Nipxjo5FQDPOJA8pMPGf+DNkLxMMghEiO3d1zZY0rlm1IyWVNJMTA9KU
+WzN8akZGNQHAAjsN9J9MsYkkoXYqA6dDDxfDfoOkODFdC/2zgLvHONHLcInEs0dPP3BrQv8qqGNdThKJTOigzifAElFEazCAraV5cScGVyMw6TflZtdt67efKlelQ2kYTP+RHYLRojYup1B06NEeG2iDXFOAALrDwG7YHQ1dHDpaZ9TiiiEmDTUxlNm7Ni8dDntenC06u6of
+p0LtRhS8ZK3eJ152UCm3Mw==

amazon

Checkout (1 item)

**1 Shipping address**

111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

**Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items ~~Saturday, June 3 by 8PM~~ **Friday, June 2 by 8PM** for ~~$5.99~~ FREE

Get FREE Two-Day Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: June 3, 2023** If you order in the next 3 hours and 19 minutes (Details)

Items shipped from Amazon.com

**shineiey Pink Smiley Face Tapestry Cute Aesthetic Preppy Tapestry Pink Tapestry Preppy Room Decor Aesthetic Wall Tapestry for Teen Girls Bedroom College Dorm Decor, 59.1 x 51.2 Inch**

$12.99 & FREE Returns

Qty: 1

Sold by: xinxiang0531

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

- **Friday, June 2** FREE Two-Day Delivery with your free trial of Prime — Fast, FREE Delivery prime
- **Saturday, June 3** $5.99 - Shipping
- **Friday, June 2** $9.99 - Shipping

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

**Order total: $19.89**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Get FREE Two-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.**

Try Prime FREE

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $12.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $18.98 |
| Estimated tax to be collected: | $0.91 |
| **Order total:** | **$19.89** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: TUONMLTYP Compatible with iPhone Case Hot Pink Melted Smiley Face Pink Pattern Shockproof Scratch-Resistant TPU Psychedelic Graphic Design for iPhone 12 : Cell Phones & Accessories

**URL**

https://www.amazon.com/TUONMLTYP-Compatible-Shockproof-Scratch-Resistant-Psychedelic/dp/B0B3XNRSTR/ref=sr_1_263

**Collection Date**

Tue, 25 Apr 2023 05:03:07 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

RcWa9uG5yhUgiYnHpxZvQhYygZxqPE3Bbb9G1CmiLjadR7/8dAuCbXuU0fUp9AO9y7EM9/fDfWJm/tnWtDKY6PEltelhu1S8RleOoDN+C7KJw4rHC9E+MzYv5AMIbnZ1WYmBthfyuX70mpalL4O/f2HNxJnE+1+8LXBQsdBgk2s=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]TUONMLTYP-Compatible-Shockproof-Scratch-Resistant-Psychedelic[fs]dp[fs]B0B3XNRSTR[fs]ref=sr_1_263]]_Tue,-25-Apr-2023-05-03-07-GMT.pdf

**Hash (SHA256)**

fc070a98bfa0dc5da94cc6088e26d0beef20c34a99846a8bdb6acba543ec43c3

**Signature (PKCS#1v1.5)**

YIRF1/F/7/BrPglJvfmdO/KFtnm2Hz7TO5AxSasp6uxEHQUMyRyiA1fz96akGbVVT9M/+G/PjyruE6m0jhPuYWpQXbhvAuLv2fTcLQs1RDumtFbXihSea5fvE/Xrlw+Rf3EzWotGpQdy6CMoJ9iALeM8HyABvcW15Ox8UfDARBU=





















AXENCIS
Investigator Name: RemoteUser2

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 16 May 2023 07:59:23 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

RemoteUser2

**IP Address**

202.83.57.61

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

PEGmvJ3BwrxRCTKS16K5MPn1AJ8gKsLEOBUaWFSVVU6yGlvr8Ppl4cVv2No35g4kxlA2PEao8ghHsgyNhJTPTILWLVku71IIQr+99p7bMomWyDYKpLB+BrLKvTUtmz1aP4Ca9GmdR3iPycnfXy2IfCmvOvExNn7zjhDq9Jzc+kgYmXvxpV6ywgq2g1/
hDQ/36+e7fpD2R7tEn7CawSHtu9o0UV71Vze2pP5VJue+bs3xTlTIeA6N5PV9PHiYOLveifyKwz429UaxBDQSuxbqrc6ArfT0mrYd4d1pLT/thzK0CCT95KwtKnK74pU/KRBSWOfn0BvcVLrZlx6ok3QG1Q==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Tue,-16-May-2023-07-59-23-GMT.mhtml

**Hash (SHA256)**

81122915d546ea238ac32e4fce69e79174eac7296b01c7283d545e3c764f7526

**Signature (PKCS#1v1.5)**

iDojc0w6ZsKnZjiXFanpO53qrF5PAXxvRSBBdGAaGNvm2ztXBqLMSxYvvf4Uj90uGP6W4jbeHrHM5QWorslskcjQSV12oURFXpipY5sioj7ITz3VJa6MeIzspWeYlOzOxyOA4lFdLn1B9mUVqdF+Uhp+vN4hcZMbGg5oBS2nSfGdvBiTMtSMZ7uHU0w4H/
UogXRptEaccfjgq8YxKgNq5bl8VwJSivRxONxJJcCbhyCwaI+J7C9ozBOt8uhpzHL2jUrUMF0gzkWOSIiaAiaCfMap0GtEWNy8GDohe/h/9ZPASfrkPpUgfMjI5m1v6VPbqvdiPljq0HBRFGltOdD70A==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

**Or pick up near this address** - See nearby pickup locations

Change

**2 Payment method**

VISA **Visa** ending in 9985

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

Change

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items ~~Friday, May 19 by 8PM~~ **Tomorrow, May 17 by 8PM** for ~~$5.99~~ FREE

Get FREE One-Day Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: May 19, 2023** If you order in the next 20 hours (Details)

Items shipped from Amazon.com

**Tuonmltyp Compatible with iPhone Case Hot Pink Melted Smiley Face Pink Pattern Shockproof Scratch-Resistant TPU Psychedelic Graphic Design for iPhone 12**

$10.99 & FREE Returns

Qty: 1

Sold by: xinxinxiangrongdianzishangwuzhongxin

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

- **Tomorrow, May 17**
  FREE One-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Friday, May 19**
  $5.99 - Shipping
- **Tomorrow, May 17**
  $9.99 - Shipping

Place your order

**Order total: $17.75**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $10.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $16.98 |
| Estimated tax to be collected: | $0.77 |
| **Order total:** | **$17.75** |

How are shipping costs calculated?
Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Evereross Smiley Face socks For Women 4-5PairsFashion Casual Soft Funny Pattern Cotton comfortable Sport Smiley Socks,Black,One Size at Amazon Women's Clothing store

**URL**

https://www.amazon.com/Evereross-Smiley-4-5PairsFashion-Pattern-comfortable/dp/B09D2SL4Y9/ref=sr_1_77

**Collection Date**

Fri, 21 Apr 2023 08:32:43 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

mTa/mp48C1tYsS19onPYCeCKiLY+AC72d03N6KRL/Gj4QGQ5wcj7nKbol+B7FqHuhmMKwFu5DKcGmYlJP06lKxFbuFLrG5AYHsrCxk5gUM4x4ayFbBRFUum7s7VK1WwgqkbtiSrLVxzZ4H5hV8FfLYbxeko9AV/UHjhOvqtb8sk=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Evereross-Smiley-4-5PairsFashion-Pattern-comfortable[fs]dp[fs]B09D2SL4Y9[fs]ref=sr_1_77]]_Fri,-21-Apr-2023-08-32-43-GMT.pdf

**Hash (SHA256)**

cece76dcf6b9963b1c2e9a443729b34a0f511cd6dce59880232dd7a0d0749a82

**Signature (PKCS#1v1.5)**

T51bjMs8Hv+4Bxo0j41bU6L7WsC8q2s6OsyFEwONIj1yRyj5cMmDJ1lhZKozEojyX5anylw8WuHqocmyjd7+kFdpX50ErLX6AdTZAdsgCClzhrAfEQQFTWDyy6xLik667ts6zdkfZjnjx1XvMzAKgkRmFcWIhZZjfH3mpm1aNEc=

amazon Deliver to Ozzie Miami 33132 | All | smiley socks | EN | Hello, Ozzie Account & Lists | Returns & Orders | 1 Cart

All | Clinic | Amazon Basics | Customer Service | Buy Again | Amazon Business | Household, Health & Baby Care | Livestreams | Beauty & Personal Care | Free Shipping | Coupons | Pet Supplies | Smart Home | Live tonight: ONE Fight Night

Amazon Fashion | Women | Men | Kids | Luggage | Sales & Deals | New Arrivals | Our Brands | prime try before you buy

amazon clinic — Healthcare for common conditions, made easier — Get started ›

Subtotal $14.99

Go to Cart

$14.99

Only 8 left in stock - order soon.

‹ Back to results

**Evereross Smiley Face socks For Women 4-5PairsFashion Casual Soft Funny Pattern Cotton comfortable Sport Smiley Socks,Black,One Size**

Brand: IrisGirl

(4.4) 25 ratings

$6.99 ($1.75 / Count)

FREE Returns

- Polyester,Cotton,Spandex
- Laundry
- Uniform size: 4Pcs smiley face socks one size fits women, American shoe size 5-10, designed to fit most women's feet. This smiley face socks ¬have cute expressions,soft and comfortable,Soothing colors and unique cute designs bring joy to your daily dress
- Best material:This fun socks is made of 80 percent combed cotton, 15 percent polyester and 5 percent spandex. High-quality cotton makes your feet comfortable all day. A fun gift novelty and ankle socks, specially designed for ladies and girls.
- Very creative gift:The bright colors of these socks will add interesting decorations to your coat. This fun lady¡ s casual socks are the perfect gift with cute expressions, perfect for birthdays, Mother¡ s Day, Thanksgiving, parties, Christmas, Secret Santa or New Year gifts, this is the perfect gift for family and friends choose.
- Suitable for all occasions: With 4-5 different colors and designs, make these cute socks cool and fun, ensuring that every day of the week will not be repeated. A variety of colors can match your multifunctional daily wear. Whether it is day or night, whether for work or entertainment, you can match sports shoes or other casual shoes. It is also very suitable for running, hiking, traveling, biking, walking, etc. These women's smile socks make your life full of smiles every day.
- After :The dirt can be easily wiped off by hand washing or machine washing with a laundry bag. If you have any questions or problems about the purchase or after- s service, please contact us immediately, we will only give you a satisfactory answer within 24 hours!

Report incorrect product information.

$6.99 ($1.75 / Count)

FREE Returns

$5.99 delivery **May 9 - 15**. Details

Or fastest delivery **May 4 - 9**. Details

Deliver to Ozzie - Miami 33132

In stock

Usually ships within 3 to 4 days.

Qty: 1

Add to Cart

Buy Now

Payment: Secure transaction
Ships from: xiuhuadsjklsdkjjrsd
Sold by: xiuhuadsjklsdkjjrsd
Returns: Eligible for Return, Re...

Details

Add to List

## Buy it with

Total price: $44.97

Add all three to Cart

Some of these items ship sooner than the others. Show details

- **This item:** Evereross Smiley Face socks For Women 4-5PairsFashion Casual Soft Funny Pattern Cotton comfortable S... $6.99 ($1.75/Count)
- DCLTD Smile Face Slipper Warm Slide Women Fuzzy Slides with Soft Memory Foam Comfort Cotton Slip on Warm S... $19.99
- REENLOON Men Women Retro Round Smiley Face Fashion Soft Plush Comfy Slip-On Warm Slippers $17.99

## 4 stars and above

Page 1 of 28

Sponsored

## Product details

## Videos

Videos for this product

Face Socks video 1
IRISGIRL
0:55

Face Socks video 2
IRISGIRL
0:15

Upload your video

## Products related to this item

Page 1 of 50

Sponsored

- Eurzom 10 Pairs Smiling Face Socks Elastic Ankle Length Cotton Socks Aesthetic Sock... 66 — $22.19 ($2.22/Count) prime
- ATHVOTAR Ruffle Ankle Socks For Women, Cute Lettuce Edge Ruffle Turn Cuff Crew Boot... 25 — $11.99 prime
- GAP girls Crew Socks, Multi, Small US 6 — $13.14 prime
- Lxagzy 8 Pairs Cute Smiley Face Socks, Ankle Smile Socks Women,Novelty Funny... 2 — $16.72 ($2.09/Count) prime
- Mcool Mary Womens Crew Socks Ruffle Turn-Cuff Dress Socks Casual Cotton Knit Warm C... 73 — $11.99 ($2.00/Pair) prime
- TOLHYUN Smiley Face Socks, Lovely Smile Face Socks, Cute Socks for Women, Personali... — $16.99 ($3.40/Count) prime
- Jinboyoupin Women's loose cotton socks diabetes ankle socks varicose veins pregnant... 5 — $14.90 ($2.98/Count) prime
- JSEREN Women Cute Socks 5 Pairs Cotton Kawaii Embroidered Funny Low Cut Socks... — $12.99 ($2.60/Count)

## Brands in this category on Amazon

Sponsored

Happy Socks + Follow | MON FOOT + Follow | miscloder + Follow

## Looking for specific info?

Search in reviews, Q&A...

## Customer questions & answers

0 votes

**Question:** do you get 5 pairs?

**Answer:** Yes
By ZHAIJIA SELLER on February 17, 2022

See more answers (1)

## Customer reviews

4.4 out of 5

25 global ratings

| | |
|---|---|
| 5 star | 79% |
| 4 star | 0% |
| 3 star | 14% |
| 2 star | 0% |
| 1 star | 7% |

How customer reviews and ratings work

### Review this product

Share your thoughts with other customers

Write a customer review

Top reviews

### Top reviews from the United States

Kimberly Sims
**Love these socks!!!**
Reviewed in the United States us on December 15, 2022
Verified Purchase
My granddaughter is going to love these socks.
Helpful | Report

Amanda
**Comfy but tight**
Reviewed in the United States us on April 11, 2022
Verified Purchase
Love these socks, but they are thick and the ankle part is very tight.
Helpful | Report

Nishanth
**Adorable & Good Quality**
Reviewed in the United States us on April 14, 2022
Verified Purchase
Happy with the quality! So cute
Helpful | Report

Albro2
**Really nice**
Reviewed in the United States us on January 26, 2022
Verified Purchase
Socks fit well and graphics are bright
One person found this helpful
Helpful | Report

Akyalim
**It fit perfectly and was amazing**
Reviewed in the United States us on March 27, 2022
I really liked how it looked
Helpful | Report

See all reviews ›

## Explore more in Volleyball

Page 1 of 4

- Meloday 10 PACK Crazy Emoji Funny Emotion Crew Socks Soft Cotton - 10 different fun designs and color per pack 575 — $19.43-$25.41
- ReachMe Womens Smile Face Pullover Cute Trendy Vintage Graphic Sweatshirts Casual Loose Long Sleeve Crewneck Tops 70 — $20.29-$28.99
- MTKAEWU 6 Pairs Cute Smiley Face Socks, Lovely Smile Face Cotton Socks for Womens, Novelty Funny Embroidery Ankle Socks 24 — $18.79
- 10 Pairs kids cotton socks Happy Smile Face Crew, Odor Resistance, Ideal for Kids Children Toddlers Girls Boys Youth 65 — $10.99-$14.99
- Mrdnckmd 6 Pairs Lovely Cotton ,Cartoon Smiley Face, Smile Socks Women, Winter Autumn Thermal Ankle Sock fo... 62 — $17.97 ($3.00/Count) Get it as soon as **Wednesday, Apr 26** FREE Shipping on orders over $25 shipped by Amazon
- Kikiya Socks Smiley Face 54 — $13.90-$14.90

## Popular products based on this item

Page 1 of 2

## Inspired by your browsing history

Page 1 of 5

## Your Browsing History

View or edit your browsing history

Page 1 of 5

Back to top

**Get to Know Us** | **Make Money with Us** | **Amazon Payment Products** | **Let Us Help You**

amazon | English | United States

Conditions of Use | Privacy Notice | Your Ads Privacy Choices
© 1996-2023, Amazon.com, Inc. or its affiliates





         

 

     





     

  

      





Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 23 May 2023 07:21:19 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

202.83.40.91

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

UmySKLB3G+dAnR12PsnLXc95K83I5dtcyJlYhBFTgbTkdBWy/8egCn+eDCH0di01XX+Iw1D5Y4EKRGSIag6JeuhaDO+EaOXW1YJLCvnc/
TfUTtRUW7a2PDSXJROBlSh6DBFZnidmxicGPwaG79s27ti2iVtrM2VXCVrLyC45IJbwnW6Xyts0G9jd02DIFHDqzAubkun7TTjS8gc0kVHlgHtgaX3BkWZIyM/eUZPvGe2dpctXNyDn00j2083ApwGsH2WMKLUWG1bafQJccFTV1j1WSpNAszV
+NF8WImegxQThzmht6KczHO4buV0TObSK6cdn8pQynaNybx59mvRZow==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Tue,-23-May-2023-07-21-19-GMT.mhtml

**Hash (SHA256)**

67917006d19b66b79038026c852318fc6bec74d1f62e4862c51b0684c3a59a1e

**Signature (PKCS#1v1.5)**

WXZeg3kW2/Kl+avM05mMaUuUQnmIM4PUlBl9oLq3ueaR1V0hWDxxlievc543l2Mi5K+kduOuKANTLwLJa1u5i5Z5++Tnpv6CeEq3wWbSzFe9e2Af7cSAep1fP6K3gR1uznH+VBURPyeoKIjFlwOBmZ1zizIk9xqcPiJp5yVt3uWQIRVJooxTn4afv24yeVCwZkr520wh6JEke35KhrjvOIDS6Ih9igV
+hfWkV/6taF9Oz57ABbrqGhryKTyoAqL/KaCIuMVP1XyXN4cMJAKBAJXWhHoP2ZWlfPkiYRyufeYoRPra/Tqz/rDLcBnQKGhlgZ+TwU77DAcFv3a+eg5u4Q==



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: 5 Pairs Cute Smiling Face Socks Smiley Face Embroidery Ankle Novelty Funny Socks Gifts for Womens Socks(multicolor-1) : Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/Smiling-Smiley-Embroidery-Novelty-multicolor-1/dp/B09NNKX8N7/ref=sr_1_18

**Collection Date**

Wed, 19 Apr 2023 07:33:24 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

YZV61Jawwii0flELWHqcbzJBkumVuE2O9w2VPLjJEd2mIGSmd7byJTZccuzL3TRfvBdO2iZm92YZtGJZeTNFeRCs4nfBbwBLOOsaGM9dj2fhumDWwtz753qyqtVN4TFmrK/pX/yveeo8+zapVHITFA0L6WT6MGTbceYPkIfnTAQ=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Smiling-Smiley-Embroidery-Novelty-multicolor-1[fs]dp[fs]B09NNKX8N7[fs]ref=sr_1_18]]_Wed,-19-Apr-2023-07-33-24-GMT.pdf

**Hash (SHA256)**

c5e0022c188750023df8bf81fca27560c23930193015c5925fecdf45c28ec18c

**Signature (PKCS#1v1.5)**

VX2dHCnzgl3qWInrvPEN1lJbXcipxG2Q8/2Net7t6MLSselcoH9p4mEnFrWo568s0MNhwQeBT3LoFD1i2c0ngqlybbrVSrXZnz8bNa9BFX26EBULL92gqlxA3XxMcAkuZVZvFYhAa56Qj5rAEjwLM9WjupwX+eRQwZrKy0Nz5a0=

amazon Deliver to Gregory Kapolei 96707 | All | smiley | EN | Hello, Ozzie Account & Lists | Returns & Orders | 1 Cart

All | Clinic | Amazon Basics | Customer Service | Pet Supplies | Coupons | Household, Health & Baby Care | Beauty & Personal Care | Amazon Home | Home Improvement | Today's Deals | Find a Gift | Handmade | Save 25% for your business

Subtotal $14.99 | Go to Cart

Amazon Fashion | Women | Men | Kids | Luggage | Sales & Deals | New Arrivals | Our Brands | prime try before you buy

‹ Back to results

Brand: XIUYANG

## 5 Pairs Cute Smiling Face Socks Smiley Face Embroidery Ankle Novelty Funny Socks Gifts for Womens Socks

744 ratings | 3 answered questions

Amazon's Choice for "womens tall socks cute"

$18.89 ($3.78 / Count)

FREE Returns

Color: Multicolor-1

Add your 30-day FREE trial of Prime and get fast, free delivery

$18.89 ($3.78 / Count)

FREE Returns

FREE delivery Wednesday, April 26 on orders shipped by Amazon over $25. Order within 14 hrs 56 mins

Or fastest delivery Saturday, April 22

$14.99

Only 8 left in stock - order soon.


AXENCIS

Investigator Name: Sian Kelly

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 05 May 2023 08:17:23 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sian Kelly

**IP Address**

**Browser Information**

**Digital Signature (SHA256 / PKCS#1v1.5)**

DCrVeMIDfcS360+IO5PL/txo+DWhauynJ2+GYA2NmSvP56KpZiw2jjC7IZG+6xmh5te7tGYK/GJ/waKTgXIAdTjiR6Xg8QLQKSsQxiTuYiuXaXSZy8tbWv0QBkfKz3fPVA06Ne97/ZZs8m+VlfEN73JkdJEqTYyIhVM1knBaBFPIjN/h7SUBB/
SdeYKqPHRkVSgsAPhcZUIl4W9twQzNfteARqUoHtGuuMYbSjQY2cP3EpbG88i2mp8wrZKk7djkwSCpPvgf5O55cJNgOU6TOZ1PNruqItajgbMWkRBGOeqhASx3o3GK61gZyYudK2GZoKOzy/52VFJhTKbSntGnzQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Fri,-05-May-2023-08-17-23-GMT.mhtml

**Hash (SHA256)**

04cc06d8b2b8993455c24fff90828e465a1f56966260e2174d1e170853c70dbb

**Signature (PKCS#1v1.5)**

cAdFK07aSZjrFNx/joypJ4QXjTCDrEAwTcxP20XQULWkKkMqjiVONWo/BVuc+f7sF+AGNzmrGc62lIs30XYg4u/iDXOA0L0fbqqYVOTCYvfKY37kUIjGgpM1vuXyjkU3lPTvvangnMmxqc4rW6Lu6oN+0tM/lJ1+8DXCTeAH30h09HkQX7cYDnP1I3B7vLz0yic0i6M/
+Lf0ePz8WQruKlBxShEj1z9iueFRyXYf127CCMONlepwRvu95Ub+DNgWscMsUEpk4Buv0li2LCUq2/tMu/E9rQUtXDpmvz3Gutujvb9jdNCveP1eooHeNYrQ/0LIk2Xa/TX977X5G4FKLQ==

amazon
Checkout (1 item)
1 Shipping address
[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions
Change
Or pick up near this address - See nearby pickup locations
2 Payment method
[redacted]
Change
Billing address: Same as shipping address.
Add a gift card or promotion code or voucher
Enter code
Apply
3 Offers
Change
4 Review items and shipping
FREE TRIAL
Dolly, we're giving you Prime FREE for 30 days!
Get your Prime eligible items Monday, May 8 by 8PM Sunday, May 7 by 8PM for $5.99 FREE
Get FREE Two-Day Delivery with Prime
No hassle. No commitments. Cancel anytime.
Delivery: May 8, 2023 If you order in the next 19 hours and 42 minutes (Details)
Items shipped from Amazon.com
5 Pairs Cute Smiling Face Socks Smiley Face Embroidery Ankle Novelty Funny Socks Gifts for Womens Socks(multicolor-1)
$18.89 & FREE Returns
Qty: 1
Sold by: XIUYANG
Amazon Prime eligible Join now
Add gift options
Item arrives in packaging that shows what's inside. To hide it, choose Ship in Amazon packaging.
Ship in Amazon packaging
Choose a delivery option:
Sunday, May 7
FREE Two-Day Delivery with your free trial of Prime
Fast, FREE Delivery prime
Monday, May 8
$5.99 - Shipping
Sunday, May 7
$9.99 - Shipping
Place Your Order and Pay
You'll be securely redirected to MasterCard to complete this transaction.
Order total: $26.20
By placing your order, you agree to Amazon's privacy notice and conditions of use.
Get FREE Two-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.
Try Prime FREE
Place Your Order and Pay
You'll be securely redirected to MasterCard to complete this transaction.
By placing your order, you agree to Amazon's privacy notice and conditions of use.
Order Summary
Items: $18.89
Shipping & handling: $5.99
Total before tax: $24.88
Estimated tax to be collected: $1.32
Order total: $26.20
How are shipping costs calculated?
Why didn't I qualify for free shipping?
*Why has sales tax been applied? See tax and seller information.
Need help? Check our Help pages or contact us
For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.
Important information about sales tax you may owe in your state
You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.
Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: HUIYUEKUAI Aesthetic Case for Samsung Galaxy S23, Smiley Face Indie Sage Green Hippie Trippy Shockproof Protective Cover Case for Women Girls : Cell Phones & Accessories

**URL**

https://www.amazon.com/HUIYUEKUAI-Aesthetic-Samsung-Shockproof-Protective/dp/B0BVZJ45J3/ref=sr_1_221_sspa

**Collection Date**

Mon, 24 Apr 2023 11:49:26 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

AdZ25vM7hsD25SkqmETZdxqR0czalI9Aej4qIOiAtJbPKY2tWfJWsz1KS67qYXOgBQ9gF66qKdxyyDx1LxkwVvcbNqhIVDdDCm0qYyDytqs4/++uQGGXdu8xTsUoK8qc8vGcXIbEK356F8sJW1k83IQGeM4p5VJsnflZh1IL5cY=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]HUIYUEKUAI-Aesthetic-Samsung-Shockproof-Protective[fs]dp[fs]B0BVZJ45J3[fs]ref=sr_1_221_sspa]]_Mon,-24-Apr-2023-11-49-26-GMT.pdf

**Hash (SHA256)**

39b00e3312277e3bb3c512ef6b9582a2ed4d446429d8736f859af8250d40e6eb

**Signature (PKCS#1v1.5)**

HGdIcoc6Pj7jYt0/J1Emi7mKf8hu9hQ1yXoDmOY/xwdogMDFFmWx+j0eZ5mkY+I5RmaJ8Ltts0siFKZCY4hcMD6VMnjwYyjorcddMtqBaN1fgsvKy18Z/V0V7dIIPOTPurIx9rOc2l0J2mq9xd8mT9DIp7el9u3hCTwPGjidWsc=

amazon Deliver to Gregory Kapolei 96707 | All | smiley phone | EN | Hello, Ozzie Account & Lists | Returns & Orders | 1 Cart

All | Clinic | Amazon Basics | Customer Service | Buy Again | Amazon Business | Household, Health & Baby Care | Livestreams | Beauty & Personal Care | Free Shipping | Coupons | Pet Supplies | Smart Home | "Citadel" on Prime Video April 28

Cell Phones & Accessories | Cell Phones | Alexa Built-in Phones | Accessories | Cases | Wearable Technology | Best Sellers | Deals | Trade-In | All Electronics

Casely iPhone 14 Pro Max Case | All Smiles | Smiley Face Sticker Case (Bold + Compatible with MagSafe) 235 $39.95 prime

Subtotal $14.99 Go to Cart $14.99 Only 8 left in stock - order soon.

‹ Back to results Sponsored

## HUIYUEKUAI Aesthetic Case for Samsung Galaxy S23, Smiley Face Indie Sage Green Hippie Trippy Shockproof Protective Cover Case for Women Girls

Roll over image to zoom in

Brand: HUIYUEKUAI

(4.0) 1 rating

$15.99

Get $60 off instantly: Pay $0.00 upon approval for the Amazon Rewards Visa Card.

Color: Smiley Face Indie Sage

$15.99 $15.99 $15.99 $15.99 $15.99 $15.99 $15.99 $15.99 $15.99 $15.99 $15.99 $15.99 $15.99 $15.99 $15.99

Size: Samsung Galaxy S23 (6.1 inch)

Samsung Galaxy S... | Samsung Galaxy S... | Samsung Galaxy S...

| | |
|---|---|
| Brand | HUIYUEKUAI |
| Color | Smiley Face Indie Sage |
| Form Factor | Basic Case |
| Compatible Phone Models | Samsung Galaxy S23 |
| Material | Thermoplastic Polyurethane |

**About this item**

- 【High-Quality Materials】This Samsung case is made from superior quality silicone gel which can hold up to daily wear and tear, effectively prevent scratches. The frame is made of TPU, which is soft and flexible, and so that the buttons are easy to feel and press.
- 【Powerful Protection】This customized Samsung case provides better protection against falling, scratching, shock, and collision. It satisfies the need of protecting the mobile phone all-around. but doesn't add weight to the phone, this case keeps your phone lightweight for great.
- 【Perfectly Compatible】Precise cutouts provide easy access to all buttons, ports, speakers, cameras, and other openings with nice tactility.
- 【Slim & Thin】The soft and slim fit design makes wireless charging more convenient, you don't need to remove the silicone protective case.
- 【Unique Design】Fashion cute funny design elements make you and your phone fashionable and chic. This Samsung case is also ideal as a gift for your family and friends on various occasions. It can bring a wonderful experience to them and deepen your relationship.

Report incorrect product information.

Add your 30-day FREE trial of Prime and get fast, free delivery

$15.99

FREE delivery Tuesday, May 2

Or fastest delivery Thursday, April 27. Order within 12 hrs 56 mins

Deliver to Gregory - Kapolei 96707

Only 5 left in stock - order soon

Qty: 1

Add to Cart

Buy Now

| | |
|---|---|
| Payment | Secure transaction |
| Ships from | Amazon |
| Sold by | xixianxinqufengdongxi... |
| Returns | Eligible for Return, Re... |

Details

Add a gift receipt for easy returns

Add to List

Have one to sell? Sell on Amazon

Gear4 Samsung Galaxy S23 Ultra Case

ZAGG Gear4 Havana Samsung Galaxy S23+ Series Phone Case, D3... $29.98 prime

Sponsored

Gear4 Samsung Galaxy S23 Ultra Case

ZAGG Gear4 Crystal Palace Phone Case, D30 Drop Protection (13ft/4m), Sleek & Transparent... $39.90 prime

Sponsored

**Products related to this item** Page 1 of 58

Sponsored

HUIYUEKUAI Aesthetic Case for Samsung Galaxy S23, Smiley Face Indie Sage Green Hipp... | Compatible for Samsung Galaxy S23 Case, Cute Funny Trippy Smiley Face White Liquid... | Compatible with Samsung Galaxy S22 Case, Smiley Face Indie Sage Green Hippie... | Compatible for Samsung Galaxy S23 Case, Cute Colorful Retro Smiley Face Samsung Cas... | Compatible with Samsung Galaxy S23 Trendy Case, Colorful Melting Smiley Face... | HUIYUEKUAI Compatible with Motorola Edge Plus 2022 Case, Smiley Face Indie Sage Gre... | SIJGKU210 Clear Case for iPhone 14, Smiley Face Indie Sage Green Hippie Trippy Patt...

**4 stars and above** Page 1 of 19

Sponsored

**Videos**

Videos for related products

Galaxy s23 ultra Case withKickstand and Capacitance SHIEID US

Upload your video

## Looking for specific info?

Search in reviews, Q&A...

## Customer questions & answers

No answered questions yet

Post your question

Typical questions asked about products:
- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

**Product information**

| | |
|---|---|
| Product Dimensions | 6.1 x 3.1 x 0.35 inches |
| Item Weight | 0.8 ounces |
| ASIN | B0BVZJ45J3 |
| Item model number | ND-13 |
| Customer Reviews | (4.0) 1 rating<br>4.0 out of 5 stars |
| Best Sellers Rank | #56,511 in Cell Phones & Accessories (See Top 100 in Cell Phones & Accessories)<br>#25,005 in Cell Phone Basic Cases |
| Special features | Lightweight, Shock-Absorbent |
| Other display features | Wireless |
| Form Factor | Basic Case |
| Color | Smiley Face Indie Sage |
| Manufacturer | LUNDY |
| Country of Origin | China |
| Date First Available | February 16, 2023 |

Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

Feedback

Would you like to **tell us about a lower price?**

**Product Description**

【High-Quality Materials】This Samsung case is made from superior quality silicone gel which can hold up to daily wear and tear, effectively prevent scratches. The frame is made of TPU, which is soft and flexible, and so that the buttons are easy to feel and press.
【Powerful Protection】This customized Samsung case provides better protection against falling, scratching, shock, and collision. It satisfies the need of protecting the mobile phone all-around. but doesn't add weight to the phone, this case keeps your phone lightweight for great.
【Perfectly Compatible】Precise cutouts provide easy access to all buttons, ports, speakers, cameras, and other openings with nice tactility.
【Slim & Thin】The soft and slim fit design makes wireless charging more convenient, you don't need to remove the silicone protective case.
【Unique Design】Fashion cute funny design elements make you and your phone fashionable and chic. This Samsung case is also ideal as a gift for your family and friends on various occasions. It can bring a wonderful experience to them and deepen your relationship.

**Products related to this item** Page 1 of 58

Sponsored

- HUIYUEKUAI Aesthetic Case for Samsung Galaxy S23 Plus, Smiley Face Indie Sage Green... $15.99 prime
- HUIYUEKUAI Compatible with Motorola Edge Plus 2022 Case, Smiley Face Indie Sage Gre... 1 $15.99 prime
- JETech Case for Samsung Galaxy S23 5G 6.1-Inch, Non-Yellowing Shockproof Bumper... 288 $9.99 prime
- Oterkin for Samsung Galaxy S23 Case Clear, [Anti-Yellowing Technology] Galaxy... 626 Limited time deal $13.59 prime List: $15.99 (15% off)
- AMILIFECASES for Samsung Galaxy S23 Case with Screen Protector,Galaxy S23... 5 $16.99 prime
- Chvelop Compatible with Samsung Galaxy S23 Case, Slim Stylish Design for Women, 360... 39 $20.99 prime
- ANTSHARE for Samsung Galaxy S23 Case Waterproof, Galaxy S23 Clear Case with Built-i... 3 $20.59 prime

Gear4 Samsung Galaxy S23 Ultra Case

ZAGG Gear4 Havana Samsung Galaxy S23+ Series Phone Case, D30 Drop Protection up to... $29.98 prime

Sponsored

## Customer reviews

4 out of 5

1 global rating

| | |
|---|---|
| 5 star | 0% |
| 4 star | 100% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 0% |

How customer reviews and ratings work

**Review this product**

Share your thoughts with other customers

Write a customer review

Strong Armor Case for Galaxy A14 5G $10.99 prime Save 5% with coupon

Sponsored

Top reviews

**Top review from the United States**

John Doe #11

**Good Case for Price**

Reviewed in the United States us on April 7, 2023

Color: Mystical Rituals | Size: Samsung Galaxy S23 Ultra (6.8 inch) | Verified Purchase

This is a simple, silicone case as it states. It's good if you want something lightweight with a unique design. I haven't drop tested it, I prefer not to lol. But this is a temporary case until the one I special ordered comes in. Will update if there are any issues. Otherwise, overall good quality for the price. I do have concerns the design will scratch off as it's a bit raised, but we will see. Case fit perfectly. Barely raised up off the screen, but enough the corners are protected. Buttons work fine through the case.

Helpful | Report

See all reviews ›

**Based on your recent views** Page 1 of 58

Sponsored

**Best Sellers in Cell Phones & Accessories** Page 1 of 6

**Popular products based on this item** Page 1 of 2

**Your Browsing History** View or edit your browsing history Page 1 of 4

Back to top

**Get to Know Us** | **Make Money with Us** | **Amazon Payment Products** | **Let Us Help You**

amazon English United States











AXENCIS

Investigator Name: RemoteUser2

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 16 May 2023 04:20:17 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

RemoteUser2

**IP Address**

202.83.57.61

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

nQMCzKX7/lDzCF4TpLjCCsknB+STto56qNMj0H7q30cEaxElJLXcvD/gZ4GtzMQmBz9sbwGUdt0x32VuCQ/CUfleGfjZ4dOHoggBi37GNmxCJg/vWlO44qUUjXUKG55xD2dqqyxFIsIVVxtJDzapYNpWO1zOEIoy2LN05/AM6/MpXHeT19exVFT8+hFYdirAHcDtiSqGUJqMPCjCgZ6v8oXgi/
G5duQi0msQcmLxSfxh64rZnwv0Fo0ILOKfLqlKhbjhjuPGT1gOmXNyKStMAbkpWL6rVwpxSiiMAM+pEtgD5YKUoAlBQ/6pHNwW1HPQBS2HFVQed7JfbBGn6kbndw==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Tue,-16-May-2023-04-20-17-GMT.mhtml

**Hash (SHA256)**

af279f148b0bb20ef74ead0007fc2e369ec78adb4f544937bcad2345845d94e7

**Signature (PKCS#1v1.5)**

Uo91wHQzYfzeukL8+76rhXLW6tJpHpsWl5NAC/shWDDpdZnVkj5cZIxpVINbMhjG17hGCsJl/72PIo6yZBuaKSa5R7JMQFd9Nd/28Z34dRMI2YhVqupZ3HjopGYuprQSlSejQY493ZMLjK8B4Ny9Ksdgf2Af+Ncd1cKZP78FbxSzWdRS/
zDXujOcBa6QV0nmPBYNjI2cm0p4t20Cx1+xISVEfLIoBa9bfYatmHba5fGY3N2OfYDjaT9kLvttaVIpB5gF3nudu+KP9rzQSdc9bfW1ZhtgCoLXc2vfocoN2bVbPc1DEPk4cSH5VMpLv1uQ3tLhN8mz5Ke99vrnoNYxuQ==

amazon

Checkout (1 item)

**1 Shipping address**

307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items ~~Friday, May 19 by 8PM~~ **Thursday, May 18 by 8PM** for ~~$5.99~~ FREE

Get FREE Prime Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: May 19, 2023** If you order in the next 23 hours and 39 minutes (Details)

Items shipped from Amazon.com

**HUIYUEKUAI Aesthetic Case for Samsung Galaxy S23, Smiley Face Indie Sage Green Hippie Trippy Shockproof Protective Cover Case for Women Girls**

$15.99

Qty: 1

Sold by: xixianxinqufengdongxinchengyunzhenbaihuodian

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

FREE Prime Delivery with your free trial of Prime

Fast, FREE Delivery prime

**Friday, May 19**
$5.99 - Shipping

**Thursday, May 18**
$9.99 - Shipping

Place your order

**Order total: $23.10**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

**Get FREE Prime Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $15.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $21.98 |
| Estimated tax to be collected: | $1.12 |
| **Order total:** | **$23.10** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?



AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com: Drperfect Smiley Piercing Jewelry for Mouth 16G Silver Rose Gold Black Rainbow Blue Vampire Smiley Piercing Fangs Cute Teeth Smiley Jewelry : Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/Drperfect-Piercing-Jewelry-Rainbow-Vampire/dp/B09YD941XD/ref=sr_1_106

**Collection Date**

Tue, 09 May 2023 05:46:11 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:93::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

GMpXN9W360emJCKEVD8Luom1WiXATHszcRfHq5Tx2s5+TsX+p8Iy2jXHjoCyNw/vo1j9MFD01uIWUYmSf/A/Ql8C7rgJnBGTOnZsEGQB6CvZyiGIAjJKhitLdIbe22+q3mbCOFLiv8CDN7dUU/MVIPPDrFhyqrigRRbUNTTLwM8=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Drperfect-Piercing-Jewelry-Rainbow-Vampire[fs]dp[fs]B09YD941XD[fs]ref=sr_1_106]]_Tue,-09-May-2023-05-46-11-GMT.pdf

**Hash (SHA256)**

99623de3bc58bfd6a68022661d8def43bae59237d309a684591e80ec9cf94162

**Signature (PKCS#1v1.5)**

OaOp/j0oJeMcf73JN+h3eXLLLAa46FIGX68YfsOgiMHvkvYygXL2jRlwV6AqCGw9P882/xfp5grJdLrz4EQ9Tp7cXVcBo5Vw8Yrcix4OWA0Uf9fnlCqLGXspdpsMM6Td8SjjnFg/ItO+KdQ8VBIC83Zw8vcrf6BQ4ZpJHCxgmn4=

Amazon Fashion

Drperfect Smiley Piercing Jewelry for Mouth 16G Silver Rose Gold Black Rainbow Blue Vampire Smiley Piercing Fangs Cute Teeth Smiley Jewelry

Brand: Drperfect

4.6 33 ratings

Amazon's Choice for "smiley piercing jewelry for mouth"

$15.99

FREE Returns

Style: piercing set

Frequently bought together

From the brand

Product Description

Product details

Videos

Product specifications

Products related to this item

Similar brands on Amazon

Customer questions & answers

Customer reviews

Your Browsing History

























Investigator Name: RemoteUser2

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 12 May 2023 11:26:15 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

RemoteUser2

**IP Address**

2001:ac8:9a:d::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

opU5UG+I1lkCXVZ+ZYUMAiZSU9/Ac/wcUtJdhA9BYGwn1Ejeh8O2eHmYJDuOIJi7Jm2BgaJPHa7Elc3N5X8KfHYoumSfpy/SpuzCaPnS/3b/+WE4f4QiUy13vr6zYiXBlcXLETQUACrBUHYOjcVesRY/Dl/
qwrCjs7KV9+HTP7ZmMTLoSDnhpxJBYtppokd64SifaHY/7iEM27mLdgTyLYHppkhYImVSXhBDc8SnTec62ZFJnaR4eozfsQoGklIgE7143E5gIMGhWSHOquT/o7Xz9N8QC+LJX055fioBEp8qG3bYAIwwbn3Skm7vshJVYmryCXXKqsjSfPGDPXaFPg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Fri,-12-May-2023-11-26-15-GMT.mhtml

**Hash (SHA256)**

991157024faf59585f622adea2bf3eed718294c97935d2691ac90791c117d48f

**Signature (PKCS#1v1.5)**

XamwR7uomBKSIyy6TuRmrjvO0ZxpIpmI9iaakZ83o+3la9y2Rrn+lHhEVJj/7S6IYIzGoSxo1V1MA6diOZ1LzDgx4Q+jgDt4ckIh6Rx+QTZ6o7cE3Q839GND90uA1B1cIkwDvxojYr6+l56mE9hk9chYCLPul/bGSpKfNIv6wVZ4hAmXg5J2Q3AnsGGPeEZYfMiNn/Nd7ufu2NQ/7frE/HaG/VEotK/
EBpcjqhqpMHJiCt+DCeq+w+VYsKBiCwIi67M+Wo04+VsefJOUE+jl5NWVEGsrdbb4zK5uyDmzoIyp9sJyEW9J94lU0Ygmj1n4q9CLZlpGtvosFZxc1lhZug==



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Lxagzy 8 Pairs Cute Smiley Face Socks, Ankle Smile Socks Women,Novelty Funny Smiley Socks for Girls (8 Pairs Thin Socks) at Amazon Women's Clothing store

**URL**

https://www.amazon.com/Lxagzy-Pairs-Smiley-Socks-Novelty/dp/B0BRWT6WS3/ref=sr_1_50_sspa

**Collection Date**

Fri, 21 Apr 2023 08:03:43 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

kq2xJd1KGk/D63udPtIGfOZpwz+imZeraBqG5lacFRIZcboyE3ZJLZJzj23o2zYr3KjqYET4FFIKYGyGKT6JsfYFXc3lv1iIkXIAjzbM+RkDYu1yKx8sI8CKrYNr178gyCfeNCRJQUb5KOHsfuCDewNWlwzOVXd3cnLO9F4swv4=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Lxagzy-Pairs-Smiley-Socks-Novelty[fs]dp[fs]B0BRWT6WS3[fs]ref=sr_1_50_sspa]]_Fri,-21-Apr-2023-08-03-43-GMT.pdf

**Hash (SHA256)**

051120601493d49ee1c4161684aed3d467ece72e5471e376467efebe4a544947

**Signature (PKCS#1v1.5)**

ecwqrX5qNW66gY9aphEihw5gEhjzLx0bUfpfvAs3cwT74scndUwiRcEfEJbMBtogrIGTu3r9H+461FoyGLxmsKL606moWe2raaPpaHpDMPoFsGSbtV9NQq+9W9KHWvKbFoMOztOkgn+qUYroJi53Xh+t20pr+T9k00oDEYTJIgU=

amazon Deliver to Ozzie Miami 33132 | All | smiley socks | EN | Hello, Ozzie Account & Lists | Returns & Orders | 1 Cart

All | Clinic | Amazon Basics | Customer Service | Buy Again | Amazon Business | Household, Health & Baby Care | Livestreams | Beauty & Personal Care | Free Shipping | Coupons | Pet Supplies | Smart Home | Live tonight: ONE Fight Night

Amazon Fashion | Women | Men | Kids | Luggage | Sales & Deals | New Arrivals | Our Brands | prime try before you buy

Subtotal $14.99 | Go to Cart

$14.99

‹ Back to results

Lxagzy Cute Smiley Face Socks, Ankle Smile Socks Women,Novelty Funny Smiley Socks for Girls

Add your 30-day FREE trial of Prime and get

        





Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Mon, 22 May 2023 09:48:28 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

f5lPw7YuLep7sDi1KjQwXjcWHa8uRkr+jeitO+tl1L5wITv+rWgSRFasso8DlP+y/88f29xzj8b1IEkd5pBVhOOB0KamqzMiDJ+Gqykjzs12wpkv1SP/ZUZjKv97PhhsxwX1byfpSmlVjgfI4nxDohC+pGxqdKesh3kq0teMDlJbf9o9Ls2Qm2D8z0Rl+AilQP4jxmKK6xTJXI2m+yw4GYGv0NFEwR1L9MSl/
pyX7IVuC9LfQFQggyqzWZ+1QQgOksb4eCCoQOHr28OxuUXcPJ/HWP1XqXrr9kB8I78ESsFRP9tzUdFDksii8w3mSHiOcVeaB6WvOXaKDbvN4kpoRA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Mon,-22-May-2023-09-48-28-GMT.mhtml

**Hash (SHA256)**

cbd6ec94fc4cd36a2d812507c98e061c6355afdb37ac8d0fe8ff728d0cf93698

**Signature (PKCS#1v1.5)**

WcBi2qWMSk1pC4HD1GydyV+lFcYEXSc8A5SoJ9lVA1sA6+g1GOeqUgC3hie5k1McJhVHKBRdUeGCfARn8uyxOpZv0keNaC7pm0QnnDLo/ORm8eZbX5n/BcOz6sO62NkKfjFiprCxmPgDkLJa5wfZJkmc66GyuEGqXAv40L/i6FE3MmBM9qlpCDADuEYLXIKD/
nqsHr0BTyylhzOniCH4YmaaJcNmfLkxtQY9tXzNGMLqrN7k8oh1Z9nmapYM7dcIP3EUqU858jKwNXCTeaUcZLKRYOlxqZQbLshY/569PiwVG/2OFu7KmbdoOBF1MtJz1CevxCq7jtQbmKMrG4sAwA==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items ~~Thursday, May 25 by 8PM~~ **Tomorrow, May 23 by 8PM** for ~~$5.99~~ FREE

Get FREE One-Day Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: May 25, 2023** If you order in the next 18 hours and 11 minutes (Details)

Items shipped from Amazon.com

**Lxagzy 8 Pairs Cute Smiley Face Socks, Ankle Smile Socks Women,Novelty Funny Smiley Socks for Girls (8 Pairs Thin Socks)**

$16.72 & FREE Returns

Qty: 1

Sold by: XML store

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

- **Tomorrow, May 23**
  FREE One-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Thursday, May 25**
  $5.99 - Shipping
- **Tomorrow, May 23**
  $9.99 - Shipping

Place your order

**Order total: $23.88**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Get FREE One-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $16.72 |
| Shipping & handling: | $5.99 |
| Total before tax: | $22.71 |
| Estimated tax to be collected: | $1.17 |
| **Order total:** | **$23.88** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

XSKJY Reversible Smiley Face Bucket Hat Print Bucket Hat for Women Vacation Travel Beach Sun Cap at Amazon Women's Clothing store

**URL**

https://www.amazon.com/XSKJY-Reversible-Smiley-Bucket-Vacation/dp/B09BKXCY1K/ref=sr_1_123

**Collection Date**

Tue, 25 Apr 2023 11:00:34 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

QyaZxCA/h7j4RPKR+kJqYFN6wgCSOynK4NL1iFRPmosuyohFczln/gAUIvTx/0VHEV7xs8jq8KbJjBb7MgqYpPnBhdlJ+4RTAcfb5YNX60P6l7lM4Bvj7nl5d+ARueOiHB39/iEtpTyKbDgHBV2HNhANIY6Uf8tiq/yq7oJFSrg=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]XSKJY-Reversible-Smiley-Bucket-Vacation[fs]dp[fs]B09BKXCY1K[fs]ref=sr_1_123]]_Tue,-25-Apr-2023-11-00-34-GMT.pdf

**Hash (SHA256)**

7d8d4003cc8f7d5087b39be43b67eb33ea59b19ac2544b64d914769d12afacb4

**Signature (PKCS#1v1.5)**

BAPXvf06hIB6W2sobI8LnIpn8MTd6tox4BxYTVDjIzXJNG8oREpaFtTAQLzqy14qZ3IAYvMhBmtkcvbc/h6cDgBgwg1yT9Gf/xbCnQXSqwzRk2NmV8CawbGoxOLMiE4BNAkNDzeDU5CmImThMESDUMyY5L+Lb4ojqETMHmOUVJo=

Amazon Fashion

Brand: XSKJY

XSKJY Reversible Smiley Face Bucket Hat Print Bucket Hat for Women Vacation Travel Beach Sun Cap

(4.6) 485 ratings | 3 answered questions

$10.99

FREE Returns

FREE delivery Monday, May 1 on orders shipped by Amazon over $25

Buy it with

Based on your recent views

Product Description

REVERSIBLE BUCKET HAT

XSKJY Reversible Smiley Face Bucket Hat Print Bucket Hat for Women Vacation Travel Beach Sun Cap

Product details

Videos

Related products with free delivery on eligible orders

Brands in this category on Amazon

Looking for specific info?

Customer questions & answers

Customer reviews

4.6 out of 5

Reviews with images

Top reviews from the United States

Products related to this item

Popular products based on this item

Inspired by your browsing history

Your Browsing History

Back to top

Get to Know Us

Make Money with Us

Amazon Payment Products

Let Us Help You




















Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Mon, 29 May 2023 23:16:22 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

202.164.136.95

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Zlc//4pHANhj3tLGmrbXwJdkQUVthdw0hjYov+A8zye9UwAcb/Xn6iORoPcAiYplyiUtrKt4qA2Tpl3mCSOj1LK4kNWoOvquvokw1OCu2f4R/Nb6eOUlQBxbHCbT3XviO0yhFY4KVHHJsI4vxp9eOcqhG9SdzifeSVlvGmskjOo9b9/
PnrRD3HIN75haqYVBclFgDzWfNalFV3yEroJi3hSZAoABGIRvd1j/9/aP1wO0c3PguZuYaTXCuDRdoHqgSp4o9v5zbLpbClgRxfx0JregovxruebXW5sThDmpy9apsoM/ClzDonIK1Gf+Dqf48+TVeVftmc7LznhjgEFGxQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Mon,-29-May-2023-23-16-22-GMT.mhtml

**Hash (SHA256)**

3ed6d6579bf2d8676c7111c621a9ed57dda19f5f36f08bf26f4dd72746cd03d8

**Signature (PKCS#1v1.5)**

ZgGykAgkkhSWxrVtPLDISBTMufQIRQDKOywyd6uWCbBCU+xzBhyOQIgNZ0Gm84ZRARtTfkCo/7betqLEBePxf1ESSapEL0GFTWuRjv58I7ijszTP6tWpW20dLqnoc82xfjjZqA/
Vm0GZuoBiIYivr26ovx8d9hUKsQ0nYuhUmzpL1kLoo1Dj40mDH8tmdkuljrufu20uSFlheVwo9wIuuOSZ52piO36r7T4qEWvJyftobitkljkeEQewL55r09130fwmLnyc1xfegWl/8woeNCmlqMwhwQ1ytNuW7q4z2yWFx/NrHBRRqLWCC9pBUaDswDGLfLgaX8NF2OLQkqUWZQ==

amazon

## Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

**Or pick up near this address** - See nearby pickup locations

Change

**2 Payment method**

VISA **Visa** ending in 9985

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

Change

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items ~~Friday, June 2 by 8PM~~ **Wednesday, May 31 by 8PM** for ~~$5.99~~ FREE

Get FREE Two-Day Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: June 2, 2023** If you order in the next 21 hours and 58 minutes (Details)

Items shipped from Amazon.com

**XSKJY Reversible Smiley Face Bucket Hat Print Bucket Hat for Women Vacation Travel Beach Sun Cap**

$10.99 & FREE Returns

Qty: 1

Sold by: XSKJY

Amazon Prime eligible Join now

Add gift options

**Item arrives in packaging that shows what's inside.** To hide it, choose **Ship in Amazon packaging.**

Ship in Amazon packaging

**Choose a delivery option:**

- **Wednesday, May 31**
  FREE Two-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Friday, June 2**
  $5.99 - Shipping
- **Wednesday, May 31**
  $9.99 - Shipping

Place your order | **Order total: $17.75**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Get FREE Two-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $10.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $16.98 |
| Estimated tax to be collected: | $0.77 |
| **Order total:** | **$17.75** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: 925 Silver Size 5 9 10 Gold Smiley Face Ring Enamel Pink White Black Turquoise Happy Rings Jewelry: Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/Silver-Smiley-Enamel-Turquoise-Jewelry/dp/B09TP3VX9K/ref=sr_1_64

**Collection Date**

Thu, 20 Apr 2023 07:01:48 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Jq3EZbSiq4//QzHlt67NIEm0iTihjpNmBJ5r/FueXkS00LZ+BAX8n99Lu7LLF5tLpv4y/tywzDL5P5ZKhqPJiomwYi3Dw3r4ETLkvRzEOQQD3F1oEJ5OAffl6bq5vjicMt18N91dAYWiMbQeSL97Cw1aPZvJyVaPGpBXVtXhj3E=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Silver-Smiley-Enamel-Turquoise-Jewelry[fs]dp[fs]B09TP3VX9K[fs]ref=sr_1_64]]_Thu,-20-Apr-2023-07-01-48-GMT.pdf

**Hash (SHA256)**

44b5e95b72ba76712d72c7ecfb893c01c34dde0d769367bf6fe47ed1444062a9

**Signature (PKCS#1v1.5)**

d+MSBgt/NDKW//ISlgbOHEZn2huowU4pybBEBztrT3DeQ08n9A050XiLwenG3wiglAMzGj9HnUsxQtDYoTQTXNM2LCL/2k5qH4OwUMRnktkDIYmLoj0vMQkngGQJKPjQgut353CCl2fkKZz3Cl8gaOQ+B22K4rizYvVwzdAcSHI=

## Buy it with

Total price: $53.52

Add both to Cart

One of these items ships sooner than the other. Show details

**This item:** 925 Silver Size 5 9 10 Gold Smiley Face Ring Enamel Pink White Black Turquoise Happy Rings Jewelry $47.52

Asphire 8 Pcs Bohemian Joint Knuckle Rings Set Oval Turquoise Finger Ring Opal Gemstone Teardrop Midi, Punk Le... $6.00

## Based on your recent views

Page 1 of 10

Sponsored

- Diamond Smiley Face Rings Cute Happy Face Ring 925 Sterling Silver Plated 18K Gold ... $54.99 prime — Save 30% with coupon (some sizes/colors)
- Ivy and Max Gold Finish Red and White Enamel Small Smiley Face Flower Ring, 3-4 — 4 — $19.97
- Ivy and Max Gold Finish Red and White Enamel Large Smiley Face Flower Ring, 5-6 — 1 — $19.97
- Tanyoyo Smiley Face Ring Signet Asthetic Cool Dainty Statement Rings for Women Girl... — 304 — $8.99 prime — Save 11% with coupon (some sizes/colors)
- Gilieyer Gold Smiley Face Ring Signet, Asthetic Cool Dainty Statement Rings Colorfu... — 1 — $11.99 prime
- KISS WIFE Cute Rings Aesthetic Rings for Girls Women Y2K Preppy Jewelry Stackable J... — 43 — Amazon's Choice in Girls' Rings — $13.97 prime
- Lorrifal 925 Sterling Silver White Gold Plated Rainbow Heart Statement Ring... — 414 — $14.99 prime
- Tanyoyo Smiley Face Ring Signet Asthetic Cool Dainty Statement Rings for Women Girls... — 304 — Amazon's Choice in Girls' Rings — $7.99 prime

## Product details

**Department** : Girls

**Date First Available** : August 5, 2022

**ASIN** : B09TP3VX9K

**Best Sellers Rank:** #10,565,915 in Clothing, Shoes & Jewelry (See Top 100 in Clothing, Shoes & Jewelry)
#22,745 in Girls' Rings

## Videos

Help others learn more about this product by uploading a video!

Upload your video

## Products related to this item

Page 1 of 9

Sponsored

- LEMON GRASS Wing Ring Open Adjustable Plated with 14K Yellow Gold... — $12.00 prime
- Ivy and Max Gold Finish Multi Color Pink Flower Adjustable Girls Ring — $11.97 prime
- KURTCB Chunky Open Ring 14k Gold Plated Minimalist Adjustable Dome Teardrop Wide... — 567 — $9.98 prime
- 30 Pieces Flower Bead Rings Set Daisy Flower Beaded Rings Handmade Smile Face Rice... — 115 — $13.49 prime
- Ivy and Max Gold Finish Red and White Enamel Small Smiley Face Flower Ring, 3-4 — 4 — $19.97
- Ivy and Max Gold Finish Red and White Enamel Large Smiley Face Flower Ring, 5-6 — 1 — $19.97
- FRIENDLY DIAMONDS 1/2 Carat | 925 Sterling Silver | IGI Certified Brilliant-Cut Lab... — $289.99 prime
- XSILA 14K Gold Smiley Face Necklaces Enamel Happy Face Necklace Pink Necklace Preppy... — 447 — $9.99 prime

## Brands in this category on Amazon

Sponsored

+ Follow

+ Follow

## Looking for specific info?

Search in reviews, Q&A...

## Customer questions & answers

No answered questions yet

Post your question

Typical questions asked about products:

- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

## Customer reviews

| | |
|---|---|
| 5 star | 0% |
| 4 star | 0% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 0% |

How customer reviews and ratings work

No customer reviews

### Review this product

Share your thoughts with other customers

Write a customer review

## Based on your recent shopping trends

Page 1 of 10

- MEPLUS FASHION Smiley Face Earrings for Women Cute Round Gold Dipped Emoji Stud Earrings for Women Girls — 5 — $14.99 — Get it as soon as Wednesday, Apr 26 — FREE Shipping on orders over $25 shipped by Amazon — Only 5 left in stock - order...
- SM Smiley Face Earrings for Women Cute Round Gold Dipped Emoji Stud Earrings for Girls (Emoji - Smiling Face with... — 1 — $14.99 — Get it as soon as Wednesday, Apr 26 — FREE Shipping on orders over $25 shipped by Amazon — Only 4 left in stock - order...
- SM Smiley Face Earrings for Women Cute Round Gold Dipped Emoji Stud Earrings for Girls (Emoji - Smiling Face with Heart-Eyes, Brass) — $14.99 — Get it as soon as Wednesday, Apr 26 — FREE Shipping on orders over $25 shipped by Amazon — Only 1 left in stock - order...
- SM Smiley Face Earrings for Women Cute Round Gold Dipped Emoji Stud Earrings for Girls — 4 — $14.99 — Get it as soon as Wednesday, Apr 26 — FREE Shipping on orders over $25 shipped by Amazon — Only 5 left in stock - order...
- SM Smiley Face Earrings for Women Cute Round Gold Dipped Emoji Stud Earrings for Girls (Emoji - Hugging Face, Brass) — 1 — $14.99 — Get it as soon as Wednesday, Apr 26 — FREE Shipping on orders over $25 shipped by Amazon — Only 2 left in stock - order...
- SM Smiley Face Earrings for Women Cute Round Gold Dipped Emoji Stud Earrings for Girls (Emoji - Grinning Face with Big... — 1 — $14.99 — Get it as soon as Wednesday, Apr 26 — FREE Shipping on orders over $25 shipped by Amazon — Only 4 left in stock - order...
- Colorful Rings for Women Teen Girls, Smiley Face Rings Cute Y2K Rings, Chunky Heart Flower Ying Yang Rings,Y2K Jewelry,... — $9.99 — Get it as soon as Wednesday, Apr 26 — FREE Shipping on orders over $25 shipped by Amazon
- Colorful Rings for Women Teen Girls, Smiley Face Rings Cute Y2K Rings, Chunky Heart Flower Ying Yang Rings,Y2K Jewelry,... — $9.99 — Get it May 4 - 10 — FREE Shipping

## Best Sellers in this category

Page 1 of 6

- BAGAIL 8 Set Packing Cubes Luggage Packing Organizers for Travel Accessories — 17,308 — #1 Best Seller in Travel Packing Organizers — $24.99 — Get it as soon as Wednesday, Apr 26 — FREE Shipping on orders over $25 shipped by Amazon
- PandaEar Set of 3 Cute Silicone Baby Bibs for Babies & Toddlers (10-72 Months) Waterproof,... — 8,380 — #1 Best Seller in Baby Feeding Bibs — $8.45 — Get it as soon as Wednesday, Apr 26 — FREE Shipping on orders over $25 shipped by Amazon
- PinkSheep Little Girl Jewel Rings in Box,... — 28,126 — #1 Best Seller in Kids' Play Rings — Save 8% — $11.99 — Typical: ~~$12.99~~ — Lowest price in 30 days — Get it as soon as Wednesday, Apr 26 — FREE Shipping on orders over $25 shipped by Amazon
- BAGAIL 4 Set/5 Set/6 Set Compression Packing Cubes Travel Accessories Expandable Packing Organizers — 12,399 — $24.99
- Hanes Ultimate Women's 6-Pack Comfort Toe Seamed Ankle Socks — 6,698 — $10.44 ($1.74/Count) — Get it as soon as Wednesday, Apr 26 — FREE Shipping on orders over $25 shipped by Amazon
- HUE Women's Cotton Mini Crew Socks - Size 6-10 - Ladies Athletic Cushioned Workout... — 10,450 — #1 Best Seller in Women's Calf Socks — $18.00 ($3.00/Count) — Get it as soon as Wednesday, Apr 26 — FREE Shipping on orders over $25 shipped by Amazon

## Inspired by your browsing history

Page 1 of 6

- YeGieonr Women Good Luck Smiley Face Ring Happy Face Stackable Ring with Cute Chain Link Band — 1,576 — Amazon's Choice in Women's Stacking Rings — $10.99
- KDZI Smiley Face Necklaces,Gold Stainless Steel Paperclip Chain Simple Round Smile Necklace Preppy Jewel... — 829 — Amazon's Choice in Women's Chain Necklaces — $8.99-$14.99
- KXIEER 14K Gold Smiley Face Necklace Cute Round Stainless Steel Preppy Necklace Gold Happy Face Necklace For Women Girls — 169 — $9.99-$10.99
- Smiley Face Necklaces With Smiley Face Pendant, Chain Stainless Steel Gold And Pendant Included Original Qual... — 93 — $9.99 — Get it as soon as Wednesday, Apr 26 — FREE Shipping on orders over $25 shipped by Amazon
- JAJAFOOK Mens Womens Stainless Steel Ring Poker Spade Ace Silver Black Sizes 6-14 — 3,073 — Amazon's Choice in Women's Rings — $9.28-$11.99
- XSILA 14K Gold Smiley Face Necklaces Enamel Happy Face Necklace Pink Necklace Preppy Necklace for Women Girls — 447 — $9.99-$14.99

## Your Browsing History

View or edit your browsing history

Page 1 of 5

Back to top



        

       

  

           

      

        

       





Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 18 May 2023 23:45:53 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

c/YlPBxKkHOKzUsx8iw/93o70OYlLzEqEXqX7aFKL3zI94Zm7CTqRFkipp1hN9ijWgHCqBZcF+k9ktK/bHjxfgpnWto
+B0lSMJWxnsf021BZLe7+M3z3FLglSyW1RkXSnNqWvgIQ195m3WmiK0XHFTbJOmcr0USoRD/8mS4afDQcZgBdVV0x3laZ0iUOZbBPCGFrQtUrJ1DpFp40wumV8nmE7EA8KHQfndN
+YHQz76SiRTJmKAzGwFmEdnDdGUMD0T9xLXx6KbyoGzJ2SW6tGXr9PinpwH4z6NLRXtNqjf6UrmiPvh+EufYZr5wGDvO1xPlMzVyqwq7t0ftRfTlMuQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-18-May-2023-23-45-53-GMT.mhtml

**Hash (SHA256)**

12b65f6941a37a14f6731e665c752fb9a711613b29c7d9e0c81eefa63f46f62f

**Signature (PKCS#1v1.5)**

ah/i1UXNQwXVR7fkmuRBJDbXuKUj1Ri/F43U2rH8LAq0Z4J57bu68N6chTb6fCa/tDeSJYbjE6YilqxZ+V1XfEjYS2BXwQFVRvra0h/kSUMuBod3KQG0X7R9YpAJupnvxABl5GwYy1UAzMdd7cnqnBYG7nuedX+F9SLgBAPbXIaZi3IxXl4LRZ+hxm76wC2bRjAXs1lS
+BEmTqwrQCwlFDuJNTiZtjDCXsiB7pi14fsdmP7XNfzfTTJo5gVmBLh1N81ripI822JmwAoeY8LMs2bs4IU4TLGqYezYVTYNzADPZx+xEPQtXbxuSfGdc5QjMNMwfv8p3n17NYMyKVau4w==



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Smiley Face Slippers Soft and Comfortable Warm Couple Slippers Unisex wear-Resistant Non-Slip Household Slippers(Style1,10-11Women/9-10Men) : Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/Slippers-Comfortable-wear-Resistant-Household-10-11Women/dp/B09S8Q5ZXK/ref=sxin_16_pa_sp_search_thematic_sspa

**Collection Date**

Wed, 26 Apr 2023 04:44:17 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

dzNJR4CUqsyPH5EHXLjsUB/RLNzZylCSZ1dnG817nce81bCuaSrWvMd/Bzn4fXNxM1JBy8eDzI3kfN9QJLmjGAO06AbYN+srt0/Xu9SGKUIV/ILDBNuxbkHSyRcRcYDySyrl0ArMoml1pD30DmOipXgd5uEIWE81hia2PRGcg3U=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Slippers-Comfortable-wear-Resistant-Household-10-11Women[fs]dp[fs]B09S8Q5ZXK[fs]ref=sxin_16_pa_sp_search_thematic_sspa]]_Wed,-26-Apr-2023-04-44-17-GMT.pdf

**Hash (SHA256)**

9daee026f0b49c295fd88da008d89edfcf31d8b00e80f29747aa7578b12ea9cb

**Signature (PKCS#1v1.5)**

RUUIjWSg6208rTbw8hu/IWcxkRXzKKa3YzIscvasno2RuaYyuRzuNcILzOBaSTBrjCusNytd+Gza3S5ioShibos2yVNMrawxh9rBv6MhIQ/YNFCg933nH2Ck7+syit6HfyWAOsLhEELt83MLLMRdy6Hcgi71/PwI3EPbhBcaPQQ=





















Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 30 May 2023 08:31:39 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

202.164.136.95

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

iRwSPUydSQxmNpptZ+p+AGjGVH+MV/n0XDvdRHrEgznVVIoPm+tKK7ZMCuIQKido7V0JEro/6A6PEIbhlUh/DplYb3Xj8N1zahACiyurz2w4vA2PLiGraOLvhkHWb6fhh6F/Ra2MXGo2N2HPjL0C6kCNhZT2FzcNAtKPKu7jJWBke0x9Mf77roT6UwufgP6qzOza7LaikpGdldYf0DaKWCn/
NtnYIfivjpXPE3FJ1Jq3GH4bhfPbCOlhS4+4qER4mZcG2o+ycUck6bKyJSPt22noCyNuEv5UJry0IwSKY5u3oXfO1JTAdBt9O/IjYnfrZNKVbPMKT8FXKMbWwtdJDg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Tue,-30-May-2023-08-31-39-GMT.mhtml

**Hash (SHA256)**

770a31d1161568cacf7605730c1bcfffd20aa032f2787eab1cab55c8fab5054c

**Signature (PKCS#1v1.5)**

Ywi+RCuQGZZsL07KZtmcw7/sVmbe7UsQDFP2d3iEECLgeX27tC82ZNICUzwWxIuE9pe2sTefQiVh07oJyewIRnuUXIBiYNrt3hVLw4DqjYkyGoOsx3zHWz/iqDBGyQTAHAKcyNXzBayYSReFOmxcu+u2juNqJsG4ZZUBEojtl+hUU9xTSHPgmQHsXg
+ub3ojLfgxiN89roMGxnO7j1PR3TbgbtmeWDbnEYwBu1tutxGFRg0sdgxVvOflnuwG64Uuz3Vv0LWT5bhF3JzgzYI3Rp8b7lkunLeoaLMBamTHM/h+ip0PEKfv+DQV7yjHtG2nzvhFb10HfRT4Iwj6DKyl1A==

Get FREE Two-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $15.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $21.98 |
| Estimated tax to be collected: | $1.12 |
| **Order total:** | **$23.10** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Uioeua Compatible with iPhone 14 Plus Case for Women Girls,Soft Liquid Silicone TPU Durable Shockproof Flexible Case with Cute Smiley Face Camera Lens Protection Case Cover for iPhone 14 Plus : Cell Phones & Accessories

**URL**

https://www.amazon.com/Uioeua-Compatible-Silicone-Shockproof-Protection/dp/B0BG855W4R/ref=sr_1_87

**Collection Date**

Mon, 24 Apr 2023 10:49:52 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

fhd3kvwgtYunmv2BTPvfoou4eGAaaaz5yzV1TL+QEiXJJbKC25Hog+IqSujZAexnHJsOto0HV8wZmqUvXybo0KxFvdSaThFiNRA91t2kHU+7AyrHknd8Pv6Wb6vLFwAs+fBDCSZc+xDaIvAGA/jfhitU8dQ5QC77PdMKKb700LM=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Uioeua-Compatible-Silicone-Shockproof-Protection[fs]dp[fs]B0BG855W4R[fs]ref=sr_1_87]]_Mon,-24-Apr-2023-10-49-52-GMT.pdf

**Hash (SHA256)**

99b84587671aedb4023373aa26fdeb5cdfdcd9e35b125c915bec03e07ca61064

**Signature (PKCS#1v1.5)**

cgGuXwF0+I2CnJMnWD2RIRJhcFEwDo5Eh2QUZUz6oX2LmlruCKz7lqg8I5bUBIPe64kOAbA8jJ+a7+/TLuVomW4RZ5tnSjU3sbH8I03TkoBjHnj/CmBMfvp5jCPHMNfJTM1f/9i8TsxscylZYz4cC6eXdC6PFrYoI7YP4WakHm0=

AXENCIS
Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Mon, 29 May 2023 14:01:01 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

116.68.102.163

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

c74APSZO6wlWDXly4IrioaRTck0nZ0z3moSXFpRsiIPcY6++ncLAG3G2inW5fdUF/OMy54PENJtKX7z+2EaTWjmErLiflTPvGYbk7/0TzxnG6Zz+UOLAwwzWmYnLSXR8nKtmWCbNR8zaNPu+KKRgCKrnyZtONzlQfxxtbpC3TELphgQA9oW5YXKmGogcqHs08sawCisd8ArYGSwKeAwspqsv8/
+LwoK+UmqW5s2XRMaEc1jV7a9le6FYWzCbetZ5T0OSEeHqlQYWFHNTJEqgaf22tH1NYyZfW+Di1fFR5ihia8voDjAdFRKNHUxkLaw8prH5m6+0rOT2ZoWqJy7gvA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Mon,-29-May-2023-14-01-01-GMT.mhtml

**Hash (SHA256)**

ac2d46fc320b81cb78b182ca3b5e7c49b71ccadce2b2713c4c8315ab652b6e29

**Signature (PKCS#1v1.5)**

PQltdlM67SCFSryZlBVKPbfOANAgw60U1vGkfDcHfGqIVCKp+O8quiPGXJ55nXKiHzHaeAwyDwhQhUIbyTfFWulGa/79yCECxj7qbOLsGKZvJKxAyPMaZSzLL4uwn8RBqmFYjBJ9ayMlomja5CgocMYAOIqyh/LU5C/ik/
OsWxDsesbtnZ27eU3fMje2yWpZzrAwL9UrqhS1DSuFh40IorkzAM0WlQNx9V7XQIVvJiJE6dRx+SHTAJ7mNItBSwXgWYI3EB7bmuSyAV/rfQnP3TF7qrB2YkmZ3D6Ynbid4+Q5sAdwNrSqO3YQAYFfRj6S0SbGDu+jFll4dMXtoPs0VA==

amazon

## Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions
Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985 Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**
Get your Prime eligible items with your 30-day FREE trial of Prime

Get FREE Prime Delivery with Prime ›
No hassle. No commitments. Cancel anytime.

**Delivery: June 1, 2023** If you order in the next 4 hours and 44 minutes (Details)
Items shipped from Amazon.com

**Uioeua Compatible with iPhone 14 Plus Case for Women Girls,Soft Liquid Silicone TPU Durable Shockproof Flexible Case with Cute Smiley Face Camera Lens Protection Case Cover for iPhone 14 Plus**
$9.99 & FREE Returns
Qty: 1
Sold by: xunlongkeji
Amazon Prime eligible Join now
Add gift options

**Item arrives in packaging that shows what's inside.** To hide it, choose **Ship in Amazon packaging.**

Ship in Amazon packaging

**Choose a delivery option:**
- **Thursday, June 1**
  FREE Prime Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Thursday, June 1**
  $5.99 - Standard Shipping

Place your order **Order total: $16.68**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $9.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $15.98 |
| Estimated tax to be collected: | $0.70 |
| **Order total:** | **$16.68** |

How are shipping costs calculated?
Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.



Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com : Badge Reels Retractable Felt Embroidery Badge Clips Retractable,mask Smiley Badge Clip Holde,3pcs Heavy Duty,Retractable Id Badge Clip : Office Products

**URL**

https://www.amazon.com/Badge-Reels-Retractable-Embroidery-Smiley/dp/B0B8FRMBSF/ref=sr_1_238

**Collection Date**

Wed, 26 Apr 2023 09:25:36 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

PZiKGA0Rngej0GVdkLrNN2rNxsbHMOcKsRcjK0BfIS/k72sM6w/rjcBkEy7Ae38n19YXObPpqJb2njsajSnt64Ilau4kVCzcxsIt7Uc+73VtK/w7vmZLj6sgHOrf55RSxkQ1EVsgai1uEEr2baUrySKCphxKM8/Mtsizw13p8hA=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Badge-Reels-Retractable-Embroidery-Smiley[fs]dp[fs]B0B8FRMBSF[fs]ref=sr_1_238]]_Wed,-26-Apr-2023-09-25-36-GMT.pdf

**Hash (SHA256)**

bd5b6c172afc686202301ad3f9c1eac02f2099727c9355154efc23c44b343450

**Signature (PKCS#1v1.5)**

iWTFzgPZDYokIufFX9IClpFCrSqy+XJPfIUTdFK/mS624f7l5kMLS95mvRP5LOI7oHqVgVUVTQGwBIe+5VLJ7PsPJj/nwXKLgkb3Db1scY7oL+s8mVwWxho1ET+kROJBtHyyDo//itoCwkppMPNrHIkWPtyeZT7A2TkIldTlLpM=

amazon Deliver to ozbaldo Miami 33132 | All | smiley badge | EN | Hello, ozbaldo Account & Lists | Returns & Orders | 0 Cart

All | Clinic | Prime Video | Amazon Basics | Buy Again | Prime | Best Sellers | Customer Service | Today's Deals | New Releases | Books | Music | Amazon Home | Gift Cards | Coupons | Pharmacy | Health & Household Products | Registry

Office Products | Office Deals | School Supplies | Printers, Ink & Toner | Projectors

‹ Back to results

Roll over image to zoom in

## Badge Reels Retractable Felt Embroidery Badge Clips Retractable,mask Smiley Badge Clip Holde,3pcs Heavy Duty,Retractable Id Badge Clip

Brand: XYDaXin

$9.99

Get $50 off instantly: Pay $0.00 upon approval for the Amazon Rewards Visa Card. No annual fee.

Size:
**One Size**

Color: **Color 2**

$9.99 | $9.99

- badge clips retractable heavy duty: Badge reel is made of high quality , alligator clip and reinforced nylon rope. our badge holders is stronger and more durable than normal cords. Achieve flexible reach with our badge reels and enjoy our smooth and quiet retraction mechanism. Easy access to ID cards, these retractable badge reels are easy to scan in and out of the office.
- Durable multiple: badge reels sturdy plastic snap strap holds ID securely.Suitable for Nurse, Office, Teacher, Student, Volunteer, Perfect Decoration for ID Badges
- Exquisite workmanship: Our badge clips have high-definition printed patterns, which can meet different styles of daily wear. The unique and cute pattern badge holder looks much prettier than others and you will be the center of the crowd.
- Easy to use: The badge holder is retractable and elongated, so you can easily scan in and out of the office without taking out your business card or ID card. Small size, light weight, easy to carry.
- Perfect gift and good mood:badge reels retractable can convey a more pleasant introduction, convey friendliness to patients and strangers, and it will make anyone smile. It is also a great choice for gift giving.

Report incorrect product information.

$9.99

FREE delivery **May 5 - 16**. Details

Deliver to ozbaldo - Miami 33132

In Stock

Qty: 1

Add to Cart

Buy Now

Payment Secure transaction
Ships from XYDaXin Store
Sold by XYDaXin Store
Returns Eligible for Return, Re...

Details

Add to List

Have one to sell?

Sell on Amazon

### Product Description

Our retractable id badge clip Unique shape is a attractive scenery on your uniforms, when you were tired of work or unhappy , you can reset your day with ease and get energetic!

badge clips bulk

badge holder is perfect for businessmen, employees, students, waiters, teachers, doctors and morein any industry.

badge holders horizontal

It can convey a more pleasant introduction, convey friendliness to patients and strangers, and it will make anyone smile. It is also a great choice for gift giving.

badge reels retractable for nurses

This special Badge reel is awesome gift for friends and colleagues, make them feel productive and more energetic.

badge clips retractable heavy duty

badge reels sturdy plastic snap strap holds ID securely

Small size, easy to carry.

### Looking for specific info?

Search in reviews, Q&A...

### Customer questions & answers

No answered questions yet

Post your question

### Product information

Technical Details

| | |
|---|---|
| Manufacturer | XYDaXin |
| Brand | XYDaXin |
| Color | Color 2 |
| Size | One Size |
| Manufacturer Part Number | OP220729038-C2-OSX3#mxy |

Additional Information

| | |
|---|---|
| ASIN | B0B8FRMBSF |
| Date First Available | August 3, 2022 |

Warranty & Support

Amazon.com Return Policy: **Amazon.com.tr Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

**Product Warranty:** For warranty information about this product, please click here

Feedback

Would you like to **tell us about a lower price?**

### Videos

Help others learn more about this product by uploading a video!

Upload your video

### Customer reviews

No customer reviews

| | |
|---|---|
| 5 star | 0% |
| 4 star | 0% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 0% |

How customer reviews and ratings work

**Review this product**

Share your thoughts with other customers

Write a customer review

**Inspired by your browsing history** Page 1 of 5

- Classic Smiley Face Pinback Buttons - 2.25 Inch Round - 5 Pack; 164; Amazon's Choice in Women's Novelty Buttons & Pins; $11.99; Get it as soon as Tuesday, May 2; FREE Shipping on orders over $25 shipped by Amazon
- Classic Smiley Face Pinback Buttons - 1 Inch Size - 25 Pack; 123; $17.99; Get it as soon as Tuesday, May 2; FREE Shipping on orders over $25 shipped by Amazon
- QY 30PCS 1.8Inch Colorful Tinplate Badges Smile Face Emoticon Button Pins Emoji Smiley Love Brooch Tag Large...; 10; $16.99; Get it May 17 - Jun 7; FREE Shipping; Only 20 left in stock - orde...
- GoBadges MS001 Magnetic Black Grill Badge Holder/Universal FIT/No Tools Required/Weather-Pro...; 271; $22.99; Get it as soon as Tuesday, May 2; FREE Shipping on orders over $25 shipped by Amazon
- Beistle Fanci-Fetti Smile Faces Party Supplies, 1 oz, Yellow; 133; $6.79; Get it as soon as Tuesday, May 2; FREE Shipping on orders over $25 shipped by Amazon; Only 20 left in stock - orde...
- Unique Colorful Happy Face Cellophane Bags | 11" x 5" | 20 Pcs; 43; Amazon's Choice in Gift Wrap Cellophane Bags; $5.71; Get it as soon as Tuesday, May 2; FREE Shipping on orders over $25 shipped by Amazon
- Badge Reels Holder Retractable with ID Clip for Nurse Name Tag Card Funny Cute Leopard Smile Face Printed...; 142; $11.99; Get it as soon as Tuesday, May 2; FREE Shipping on orders over $25 shipped by Amazon
- Grey Alien T Shirt Scary Grey Alien Head Tee Shirt; 13; $16.99; Get it as soon as Tuesday, May 2; FREE Shipping on orders over $25 shipped by Amazon
- charMED Custom Stethoscope Charms - Set of 2 Charms (Sunflower and Yellow Gem) - Gifts for Nurses...; 1,515; $13.98 ($6.99/Count); Get it as soon as Tuesday, May 2; FREE Shipping on orders over $25 shipped by Amazon; Only 14 left in stock - orde...
- Cat with Knife, Funny Cute Black Cat Meme Patch - Iron On/Sew On - Cute Applique for Jackets, Jeans, Hats,...; 367; $7.99; Get it as soon as Tuesday, May 2; FREE Shipping on orders over $25 shipped by Amazon

**More items to consider** See more Page 1 of 5

- ONCEX Smile Face Patches Fashion Yellow Molten Smiley Face Retro Boho Hippie 70s Fun Kids Cartoon Patc...; 3; $5.99 ($0.30/Count); Get it May 17 - Jun 8; $3.99 shipping
- Evil Smiley Face IR Patches for Embroidery Cloth Patch Badge Hook & Loop IR Patch; $9.99; Get it as soon as Tuesday, May 2; FREE Shipping on orders over $25 shipped by Amazon; Only 17 left in stock - orde...
- Daisy Iron On Applique Patch - Flower, Smiley Face Badge 1.75" - Perfect for Hats, Shirts, Shoes, Jeans, Bags, Sewing Decorating DIY...; $6.99; Get it May 2 - 5; FREE Shipping; Only 10 left in stock - orde...
- Smiley Happy Face Group Logo Embroidered Badge Iron on Applique Patches; 19; $10.00; Get it May 17 - Jun 8; FREE Shipping; Only 4 left in stock - order...
- 2.63 x 2.88 inches. Flower Power Smiley face Love Fun Embroidered Iron on Patch.; $7.99; Get it as soon as Tuesday, May 2; FREE Shipping on orders over $25 shipped by Amazon; Only 1 left in stock - order...
- Three Eyed Alien Invasion Mutant Smiley Face Patch; 1; 1 offer from $6.00
- $4.99 shipping
- $9.99; Get it as soon as Tuesday, May 2; FREE Shipping on orders over $25 shipped by Amazon
- $8.99 ($3.00/Count); Get it as soon as Tuesday, May 2; FREE Shipping on orders over $25 shipped by Amazon
- $4.99; Get it as soon as Tuesday, May 2; FREE Shipping on orders over $25 shipped by Amazon

**Your Browsing History** View or edit your browsing history Page 1 of 4

Back to top

**Get to Know Us**: Careers; Amazon Newsletter; About Amazon; Accessibility; Sustainability; Press Center; Investor Relations; Amazon Devices; Amazon Science

**Make Money with Us**: Sell products on Amazon; Sell apps on Amazon; Supply to Amazon; Protect & Build Your Brand; Become an Affiliate; Become a Delivery Driver; Start a package delivery business; Advertise Your Products; Self-Publish with Us; Host an Amazon Hub; › See More Ways to Make Money

**Amazon Payment Products**: Amazon Rewards Visa Signature Cards; Amazon Store Card; Amazon Secured Card; Amazon Business Card; Shop with Points; Credit Card Marketplace; Reload Your Balance; Amazon Currency Converter

**Let Us Help You**: Amazon and COVID-19; Your Account; Your Orders; Shipping Rates & Policies; Amazon Prime; Returns & Replacements; Manage Your Content and Devices; Your Recalls and Product Safety Alerts; Help

amazon | English | United States

Amazon Music Stream millions of songs | Amazon Advertising Find, attract, and engage customers | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Sell on Amazon Start a Selling Account

Amazon Business Everything For Your Business | Amazon Fresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Experienced Pros Happiness Guarantee | Amazon Ignite Sell your original Digital Educational Resources | Amazon Web Services Scalable Cloud Computing Services

Audible Listen to Books & Original Audio Performances | Book Depository Books With Free Delivery Worldwide | Box Office Mojo Find Movie Box Office Data | ComiXology Thousands of Digital Comics | DPReview Digital Photography | Fabric Sewing, Quilting & Knitting

Goodreads Book reviews & recommendations | IMDb Movies, TV & Celebrities | IMDbPro Get Info Entertainment Professionals Need | Kindle Direct Publishing Indie Digital & Print Publishing Made Easy | Amazon Photos Unlimited Photo Storage Free With Prime | Prime Video Direct Video Distribution Made Easy

Shopbop Designer Fashion Brands | Amazon Warehouse Great Deals on Quality Used Products | Whole Foods Market America's Healthiest Grocery Store | Woot! Deals and Shenanigans | Zappos Shoes & Clothing | Ring Smart Home Security Systems

eero WiFi Stream 4K Video in Every Room | Blink Smart Security for Every Home | Neighbors App Real-Time Crime & Safety Alerts | Amazon Subscription Boxes Top subscription boxes – right to your door | PillPack Pharmacy Simplified | Amazon Renewed Like-new products you can trust

Conditions of Use | Privacy Notice | Your Ads Privacy Choices















AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Mon, 05 Jun 2023 05:12:33 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

202.164.138.143

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

FV06FKYBXZnM0bj6OwiAdnKEE/ciPcV7BCzbNLuah85gPc+RS72BGIgXhhpk9IjBQEEKEFZL9X7yCR7n2WTEJd+xLak5B4FGttaqbZEp8isZVVjejmWeBi4HjetYP8lRC0gkDqYk4owS37m+ph5Y66MfW+ItuaMHnkWzMjqE9lJEHoyz/
LvoFmtVoCi1POZCtiU8KtNZ0hcUfw9ahmqZpCc7bgLit3Syc7evilGmvyc+fba813TkZc4F8wSlrbxrHTNgBZsKCf/4MmHcT33O8AlNDf1WCMaXItHc6iQ5lTIl3ICXbctVxWYHhN5UoAyru2w0ubfbHR2TzJ/BrcEQLQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Mon,-05-Jun-2023-05-12-33-GMT.mhtml

**Hash (SHA256)**

70de850a6aba4cb7279d4524c3d7b69569911405318f0706d6f0a0893adad79b

**Signature (PKCS#1v1.5)**

Bdheopgdn3t3Xd8n3MK/AiYPdctrH5Q8x5QDUrGPKbacAaHN7cQHYs2tfK4ZIy75CTMQakYtXpLC2EMNYE06Q5NkzJfL24A9lkNZkpHkCJaMC3mbR+MbXkA0nr8kMrZoJ6qJJ4AJqs2V3U08nXcPmE3INtq//CCNeCjIyVwwjjusvnH79CE7tFecGj0EkhHxnd5gujMdniNi6RlHf
+YAIpqCbO8Tpha0u6OEjvSlcQdveLCyBOc1vEp0SYaCqYD+gMn813UtaLQK7I8Te/z5Vrp++PCUyGxbI/+jIVLN82C6wDvLS0ss18HEJOJDj24xSVApWH2y9/RJHW09tCR3pw==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

**2 Payment method**

VISA **Visa** ending in 9985

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

Change

**3 Offers**

Change

**4 Review items and shipping**

**FREE TRIAL**

**Jade, we're giving you 30 days of Prime benefits for FREE**

Try Prime FREE for 30 days ›

**Estimated delivery: June 13, 2023 - June 23, 2023**

Items shipped from XYDaXin Store

**Badge Reels Retractable Felt Embroidery Badge Clips Retractable,mask Smiley Badge Clip Holde,3pcs Heavy Duty,Retractable Id Badge Clip**

$9.99

Qty: 1

Sold by: XYDaXin Store

Gift options not available

**Choose a delivery option:**

Tuesday, June 13 - Friday, June 23
FREE Shipping

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

**Order total: $10.69**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $9.99 |
| Shipping & handling: | $0.00 |
| Total before tax: | $9.99 |
| Estimated tax to be collected:* | $0.70 |
| **Order total:** | **$10.69** |

How are shipping costs calculated?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.



AXENCIS
Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Mon, 29 May 2023 23:21:43 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

202.164.136.95

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

TupKAa2r29LSYevFEqagf//Bn1KNXfexFqbZJou+C2PMv8wGO1U4M1+gOyL3XPInc/MsXoKE30G7zWK9Y3RZHtuez64lI4UhI+aEdK/gUYjNO5lwVFx+jqttpovvCnDFSWvgpTj9K6EArFzrZjjzmyOKp136rc3f/19CflpHG35q6ylrYMNG0dE
+eb8VZdeUmEWDJTvkCV8H2MYZTC7JXMamsHKo0YRsAFSPNt7opPWE4PkUvoqLre9ssfHKQulDrpkhhWJS8WIE7iixrazTNyxysyu1yvarctqKxZsRPOcvVgDfgxTW+jzyAU2/IGGClhv/k5K1nnoS2zwlCTAmAw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Mon,-29-May-2023-23-21-43-GMT.mhtml

**Hash (SHA256)**

724f6f4369d90d6a46920af946b560d8e5dc33563e9e79372a2330d6b3e29e69

**Signature (PKCS#1v1.5)**

AOkfqGkAjSSq9a3t909HwIMMPp1ematmMrlXX27WmI+VBhaJ9cbXnWA6ojvpwVdi3FT2K8Ff1+H4SBLoBQruLtqyJYrMYcV6tQyP+l23mh3/Wu93SXMTfiHKOT0aYtk18s97a6j3yDNBTzj76qk103Ol+oQsHMx18J2LKTxAifEwig6YJ5ke
+IvCqebuajlcIvoceztqox6orGoca9inPWutst7rGZXN2nAXQeEEhcKtZxlMAb4nm1ObXdlIAQ4YT7VjjWIL6p2wlZhmI/Kva/K9w/enpXaa+esMrE6NcBhWXEp8JPGChXpaDAiQTrho1STwi0b79WJrq+88Dc22Xg==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

Or pick up near this address - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

Add a gift card or promotion code or voucher

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**
Get your Prime eligible items with your 30-day FREE trial of Prime

Get FREE One-Day Delivery with Prime ›
No hassle. No commitments. Cancel anytime.

**Delivery: May 30, 2023** If you order in the next 23 minutes and 17 seconds (Details)
Items shipped from Amazon.com

**XYIYI Reversible Smiley Face Black White Bucket Hats Summer Travel Beach Sun Hat for Women Girls**
$11.92 & FREE Returns
Qty: 1
Sold by: XYIYI
Amazon Prime eligible Join now
Add gift options

**Choose a delivery option:**
- Tomorrow, May 30
  FREE One-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- Tomorrow, May 30
  $5.99 - Standard Shipping

Place your order

**Order total: $18.74**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $11.92 |
| Shipping & handling: | $5.99 |
| Total before tax: | $17.91 |
| Estimated tax to be collected: | $0.83 |
| **Order total:** | **$18.74** |

How are shipping costs calculated?
Why didn't I qualify for free shipping?

AXENCIS

# Evidence Collection Report

**Page Title**
Amazon.com: XYYH Reversible Smiley Face Black White Bucket Hats Summer Travel Beach Sun Hat for Women Girls: Everything Else

**URL**
https://www.amazon.com/dp/B08TTRWXZ7

**Collection Date**
Tue, 09 May 2023 06:25:43 GMT

**Collected by**
Sarah Przybocki

**IP Address**
(redacted)

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.5615.138

**Digital Signature (SHA256 / PKCS#1 v1.5)**
[signature text redacted]

## File Signatures

SCREEN CAPTURE
NOTES
File Name
screencap_[hash]@axencis-screencap.amazon.com
Hash (SHA256)
[hash string]



















AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Smiley Face gold Layered Necklace with Cute Huggie Hoop Earrings,Boho Multi-layer Paperclip Link Chain Enamel Happy Face Pendant Necklace Gold Tone Dainty Initial Necklace Small Dangle Hoop Earrings : Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/Layered-Necklace-Earrings-Multi-layer-Paperclip/dp/B09GJZZZ33/ref=sr_1_103

**Collection Date**

Wed, 19 Apr 2023 10:11:25 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

kjCXk1bFp9aaBSYLEKdeOzZ/GLnTaagsHDLyShI99vLKrMIHPqg2TmiUm6a9ffS9zRbWQA73ggvJ/6FM9mlJvBJmhfXNk5ywlg/9hf/hMFuxPkZs82u4YrCPcYyTQ/2dVuBvrt1Vw6JQ7E0GFcxUmbapZKkGKiQ7XbiFIHHDd7k=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Layered-Necklace-Earrings-Multi-layer-Paperclip[fs]dp[fs]B09GJZZZ33[fs]ref=sr_1_103]]_Wed,-19-Apr-2023-10-11-25-GMT.pdf

**Hash (SHA256)**

465f6c1308db1accd151d7350ce7d7457d1f6763d60785fe168dce154123c128

**Signature (PKCS#1v1.5)**

mRSXhrNr1FtCAY8lvrdkHFjPk4LMsYrPexfi8deuGJX/NPe2h4EoCNBFOQ7iTkwdxpYnmgWl9ZGX6YWym6wssqCBWBN+tI5VlChxtUPLmuFoPPtRJMSGR7GWOszXCxdMKUi9suAHlAHOKbL6gtaA6gCl7u8fz4alWhgwFn1fFtU=








Investigator Name: Sian Kelly

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Mon, 08 May 2023 08:17:45 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sian Kelly

**IP Address**

2001:ac8:9a:d::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Y9JhZ6ZEw2500nArIExjnx5zHeHkk57frxD7sOzJjUhWu7xuNbheVNfjZKsJ5JKJ2pLTjlG2S56faV0LdIfaKGuybBqAzJC8cGCSDa5Qrtc92XHIC+35mw4ykcPvbwEv+26r63nlCtQWu8Kqb+O0eVbtLvLd3n2V8LwGIQVHVPZwDf9iPWbPvnCEXqBFxLGGtbkhT5L87UDWYxfrwjfqj
+pSWV1yuVzPGuD4NyMtsOt3fbZVZXZO1hW4wygFUEn9nUjWrehK3WX3nS6P6u2kIHNq7H3GQ0bRuf/eWyY/HpYGSgSDJUharl3ZcDBlbNvZ1m/q1XemT1tXZOlT3HuElw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Mon,-08-May-2023-08-17-45-GMT.mhtml

**Hash (SHA256)**

3a06cfc490c5af1013008631ba051de1bcaf5bdba05899c85bab45eddcdedd3e

**Signature (PKCS#1v1.5)**

DP4R8+KLW1u/sACfTqgAGNz9Ix7FZWjhU6raBKYATAyZUZXjaSLNlcgQSOJUqsFPy5uPRWrzonQwzO8y502j0MUkeNk8PvOyPpFsTDEl/
B4jeMNLocCDWw3//98Lz2JaSfoRzLZPTZE6buEwpwWCerFAnkZMTRK9E8Hrwaky1OJnJEgMUuPqtRTJuLKv5xNZFHYiqNW59DjqgcTNg7IF6KEZJKGEZrZUQ9UjnXwo23DNl6kH2u8L0Oi8XVJm9OsvnbsCHzkdNXItRRwZHP0naB8SxXtQZaLnEIxgK053afYY9dLqXSXXPXUgFd6n24o1vg57i7b
PqyvZlAPST320jw==

amazon

Checkout (1 item)

**1 Shipping address**

307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Or pick up near this address - See nearby pickup locations

Change

**2 Payment method**

Billing address: Same as shipping address.

Add a gift card or promotion code or voucher

Enter code | Apply

Change

**3 Offers**

Change

**4 Review items and shipping**

FREE TRIAL

we're giving you Prime FREE for 30 days!

Get your Prime eligible items with your 30-day FREE trial of Prime

Get FREE Prime Delivery with Prime

No hassle. No commitments. Cancel anytime.

**Delivery: May 11, 2023** If you order in the next 5 hours and 27 minutes (Details)

Items shipped from Amazon.com

**Smiley Face gold Layered Necklace with Cute Huggie Hoop Earrings,Boho Multi-layer Paperclip Link Chain Enamel Happy Face Pendant Necklace Gold Tone Dainty Initial Necklace Small Dangle Hoop Earrings**

$9.99 & FREE Returns

Qty: 1

Sold by: yangdp

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

FREE Prime Delivery with your free trial of Prime

Fast, FREE Delivery prime

Thursday, May 11

$5.99 - Standard Shipping

Place Your Order and Pay

You'll be securely redirected to MasterCard to complete this transaction.

**Order total: $16.68**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Dolly, get in on the perks. We're giving you 30 days of Prime benefits for FREE.

Try Prime FREE

Place Your Order and Pay

You'll be securely redirected to MasterCard to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $9.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $15.98 |
| Estimated tax to be collected: | $0.70 |
| **Order total:** | **$16.68** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: 200PCS 10mm Acrylic Smiley Face Beads,Happy Face Spacer Beads for DIY Jewelry Bracelet Earring Necklace : Arts, Crafts & Sewing

**URL**

https://www.amazon.com/Acrylic-Beads%EF%BC%8CHappy-Jewelry-Bracelet-Necklace/dp/B0976ZGCPV/ref=sr_1_201

**Collection Date**

Wed, 26 Apr 2023 05:23:51 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

W1aBlP10JUgg/cYRoHFgU8lODUZqDTHEO//M/xV8bkCIUpv9XDY05B9Iie2Li8o8/Xr5XnDZavj33JV85RGDi1pCtzA2mtA9DIjH4xIPn2PCEvLMbuSk7enZbxxUDbWHHqCV0Lmhxu3F64VU3nYXBR8TzNh6cWPCQV7U5pkOvZY=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Acrylic-Beads%EF%BC%8CHappy-Jewelry-Bracelet-Necklace[fs]dp[fs]B0976ZGCPV[fs]ref=sr_1_201]]_Wed,-26-Apr-2023-05-23-51-GMT.pdf

**Hash (SHA256)**

d416ca6b2d2e19a475473936319eb057293ea8245ba156ec4a53b8d9e320afa7

**Signature (PKCS#1v1.5)**

rm9FAsQjk2DOMnomqe45J79Jv47VsSZQNkN+fEz+jAEcaDQU+/IiHF0RqVEL3OaFUp7Alm53r83ZHK33wTmAD3JS6Xo1zDOkbB80/udc4bWtMRvIw/mbbOgUzO6EBbeDDyBc9gBrD1TDB4bELEWtqoZjVA+99/8jlw69+KIKHQc=














































Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 30 May 2023 23:14:48 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

111.92.77.63

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

MkrIxDTmRFolfZt4yjM9hJJzujILYt9VWVlUE2d9GREgGD0jdxZ00t6vhU2RRj23ne3UlEEAdgQPDP9//JKs8hA5zrUOptMrjc8HlyapmKx8LM1e4LH2OG2y5jUApoFGfa2qGDxwB3jk0v1+FKsskewnMTTcwAO9VSrnYCRpvAUde7ukhyczsABB
+ilRgwopoTFevs6KJjLyQhtFQjVCJD3qT54izJTXP95HFIkcG/qbWj4xM3lHdxz20+VYakCcVL+FvV8HCKiiNYMVgDuCeL62RhzSPns0uQD9qHI/aqNVzTwtPvVucKAtRI3Vjggx2moousCZ7tfZA3+b9Yhw5Q==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Tue,-30-May-2023-23-14-48-GMT.mhtml

**Hash (SHA256)**

63366ccb1f0d17c6fedf00845fa62adae2174a39d7cf649e4c121b0bc7ade86a

**Signature (PKCS#1v1.5)**

h0W4qXxDUaec1qktccPiJS4Sbko95IxMYzhpx04rgqrkyA+ZYCbdf445JJNNXW/LtXhCLY1W
+A68NukqrOoqo5QPmfXqC0i5awrbgKBt8XGWbekyTb315v6uy8+pxeg24L978Qzr2Gx0E3liMnsGgnVaGBflEJ9RBLMBtp5hv9EkEVNXn05dzN17b2Ab7CeBGiwgpoG6f8wUXVTvV9Vrqn7Qdlsxaah5Bd59I4VIU1OHSD90jebC/S0dpDeKKtkjosgD1vzQLrbHPEl/
EV59xllfLhsRlsSqE85LalLbdS5Va8PfhiwkSFbyauVZfqbbDQBAByl4oeqZLxZMD04NfA==

amazon | Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

**Or pick up near this address** - See nearby pickup locations

Change

**2 Payment method**

**VISA** **Visa** ending in 9985

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

Change

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items with your 30-day FREE trial of Prime

Get FREE One-Day Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: May 31, 2023** If you order in the next 4 hours and 45 minutes (Details)

Items shipped from Amazon.com

**200PCS 10mm Acrylic Smiley Face Beads,Happy Face Spacer Beads for DIY Jewelry Bracelet Earring Necklace**

$4.99 & FREE Returns

Qty: 1

Sold by: yangtuo95

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

- **Tomorrow, May 31**
  FREE One-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Tomorrow, May 31**
  $5.99 - Standard Shipping

Place your order | **Order total: $11.33**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $4.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $10.98 |
| Estimated tax to be collected: | $0.35 |
| **Order total:** | **$11.33** |

How are shipping costs calculated?
Why didn't I qualify for free shipping?



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Fashion Earrings Women's 925 Sterling Silver Cute Enamel Smiley Face Cloud Earrings Girl Exquisite Jewelry Party Banquet Earrings Dainty Earrings (Size : 1 Pair Golden) : Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/Fashion-Earrings-Sterling-Exquisite-Jewelry/dp/B0C1TYDJWL/ref=sr_1_167

**Collection Date**

Thu, 20 Apr 2023 06:17:09 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

BfduJoc2TzJGRXoO+g90DWs1uB/0JG7/uJkKAWGATDQzvvEiwMlx91p+2KLJ+H5+hQZnLNyEPtmmM7cNZf1Q+Gl5Tymg14QhDcSnh6dFwxkThSij2tM/z25egewFwthprhPsRphPGMBZYhvK+5nsgu9nwLwSqhPGGwStPg8yZug=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Fashion-Earrings-Sterling-Exquisite-Jewelry[fs]dp[fs]B0C1TYDJWL[fs]ref=sr_1_167]]_Thu,-20-Apr-2023-06-17-09-GMT.pdf

**Hash (SHA256)**

b5815a7b529495786ef8ceeed416d4dcad16763b9293442b0b0a60c963e5ff98

**Signature (PKCS#1v1.5)**

TYhTsPKOeUv2m8EpMZkmu6JuV0N0dCgV1TBb0VcuifA/p6ULSbmXRA6JPiR5rp+cXYXlyD20MO1CAMfl99yPC1JKes8Gl3D5b2i0E3BJMut4hExkDlyg9M1xNzW2Lp31gbDhJxScJeu+jxjh80U8ajJej+nEZkD0dzANNMkrJvQ=

amazon Deliver to Ozzie Miami 33132 | All | smiley jewelry | EN | Hello, Ozzie Account & Lists | Returns & Orders | 1 Cart

All | Clinic | Amazon Basics | Customer Service | Pet Supplies | Coupons | Household, Health & Baby Care | Beauty & Personal Care | Amazon Home | Home Improvement | Today's Deals | Find a Gift | Reinventing wholesale, join Amazon Business

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

amazon pharmacy The pharmacy that really delivers Learn more ›

‹ Back to results

**Fashion Earrings Women's 925 Sterling Silver Cute Enamel Smiley Face Cloud Earrings Girl Exquisite Jewelry Party Banquet Earrings Dainty Earrings (Size : 1 Pair Golden)**

Click image to open expanded view

Brand: DEKIKA

$36.21

Get $60 off instantly: Pay $0.00 ~~$36.21~~ upon approval for the Amazon Prime Store Card. No annual fee.

Size: **1 Pair Golden**

| 1 Pair Golden | 1 Pair Silvery |
|---|---|
| $36.21 | $36.21 |

- Earrings
- The versatility of these earrings makes them a fashionable everyday accessory, a glamorous addition for more formal occasions or a charming gift for your loved one
- Perfect for giving or keeping, great gift to yourself, your family and friends, bridesmaids gift, anniversary gifts for her!
- Lightweight: The quality of these earrings is very light and will not add a heavy burden to the ears after wearing.
- Applicable occasions: This earring is very suitable for anniversaries, birthday parties, Christmas, weddings, graduation ceremonies, and Halloween.

Report incorrect product information.

$36.21

FREE delivery **May 11 - June 2**. Details

Or fastest delivery **April 24 - 26**. Details

Deliver to Ozzie - Miami 33132

In stock

Usually ships within 2 to 3 days.

Qty: 1

Add to Cart

Buy Now

Secure transaction

Ships from yangyangdfjskldf

Sold by yangyangdfjskldf

Returns Eligible for Return, Re...

Details

Add to List

Have one to sell?

Sell on Amazon

Subtotal $14.99

Go to Cart

$14.99

Only 8 left in stock - order soon.

### Product Description

Earrings
Product name: earrings
notes:
1. Please check the color and size before buying.
2. Product photos do not include products other than products.
3. Please note that due to different monitors, there may be slight color difference, please forgive me.
4. The above data is for reference only, the size is manually measured, the error is 1-3 cm, please allow it, thank you.
5. If you find any problems with our products, please feel free to contact us via email, we will solve this problem as soon as possible.
6. Welcome to share and feedback to provide you with better services and products.
7. Thank you for visiting our shop, click to enter this shop, there will be many products for your reference
If you have any questions, feel free to contact me, we will provide you with the best quality customer service.

### Product information

| | |
|---|---|
| Item Weight | 5.3 ounces |
| Department | Unisex-adult |
| Manufacturer | DEKIKA |
| ASIN | B0C1TYDJWL |
| Country of Origin | China |
| Import | Country as Labeled |

Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

Feedback

Would you like to tell us about a lower price?

### Videos

Help others learn more about this product by uploading a video!

Upload your video

### Looking for specific info?

Search in reviews, Q&A...

### Customer questions & answers

No answered questions yet

Post your question

Typical questions asked about products:
- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

### Customer reviews

| | |
|---|---|
| 5 star | 0% |
| 4 star | 0% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 0% |

How customer reviews and ratings work

No customer reviews

**Review this product**

Share your thoughts with other customers

Write a customer review

**Inspired by your browsing history** Page 1 of 5

**More items to consider** See more Page 1 of 6

**Your Browsing History** View or edit your browsing history Page 1 of 4

Back to top













AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 18 May 2023 14:11:47 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

GlThzSjaJ17zDPiW43zeSDyzWH+mzoIKMkwu3U94owmkuzB4aaulfQIdOxAG/
WwnuLUxCicqWXLRcQcVHZDZD9DmUKQ8ADNlZ4YQvcTr5InL8DM3yfwRFFVjzIIUDvCYxrmaohjhGRq7w81JDhHgtOq65JoYBDKzFZYa3OEyvJY5uoOBPpjVoGSwtCYLn7DDHJV2Vh/1ZZ36zzIeW1H4+h4wmlXcSRK3VSC2qPVfmOk7bYN38Nufp4QJJgtHcwto2ZBRunAnwrL8v160gLCJE
O7+4bCSO4lum65N8/52JWvRCfNRsSKmJjRUcp6YsjSGrY+71jscAjnVQwnRtew2tA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-18-May-2023-14-11-47-GMT.mhtml

**Hash (SHA256)**

2cef45a7c45fd70b33118405bc2d20e1fbf429691bfcc3f25a1f2cf84a977dd4

**Signature (PKCS#1v1.5)**

YIntXNEzhwH7fBjsIxtlTAyyNTXAqUtZYS4fc38x/L0HFhgj59lgMWGgMDxlLLffX4bj0RXAlhU9S4Mv6ruFNoqi/DzvWMO0EDGYl7QIEAA7L6Sr+VIwxg++SIRotsk6Ez/X5j08Ews6hnfnH7VSVElSaU/IARue3p/iDv1eR+Gp4yfLAwo2Cf
+6puQS0Kj4RitXxRoh4opKSOV6cRMGysDQcxPb56dza8TYDGWQBDZ/9NuKTX5T2C69E+FAR1hbOtOIcD5A92HxhFok49aWDHYgPOHVLsKMkhilvoCkbf+l/cJpAWWrVpWJDyeUmZyjjC+sCtc9jlk0wFZMTYtLJA==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Change

**2 Payment method**

VISA **Visa** ending in 9985

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

Change

**3 Offers**

**4 Review items and shipping**

**FREE TRIAL**

**Jade, we're giving you 30 days of Prime benefits for FREE**

Try Prime FREE for 30 days

**Estimated delivery: June 12, 2023 - July 5, 2023**

Items shipped from yangyangdfjskldf

**Fashion Earrings Women's 925 Sterling Silver Cute Enamel Smiley Face Cloud Earrings Girl Exquisite Jewelry Party Banquet Earrings Dainty Earrings (Size : 1 Pair Golden)**

**$36.21**

Qty: 1

Sold by: yangyangdfjskldf

Gift options not available

**Choose a delivery option:**

- **Monday, June 12 - Wednesday, July 5** FREE Shipping
- **Tuesday, May 23 - Thursday, May 25** $9.32 - Shipping

Place your order

**Order total: $38.74**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $36.21 |
| Shipping & handling: | $0.00 |
| Total before tax: | $36.21 |
| Estimated tax to be collected:* | $2.53 |
| **Order total:** | **$38.74** |

How are shipping costs calculated?

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Compatible with iPhone 14 Case, Colorful Melting Smiley Face Cool Hippie Slim Fit Soft TPU Full-Body Shockproof Protective Cover Case Gift for Women Girl : Cell Phones & Accessories

**URL**

https://www.amazon.com/Compatible-Colorful-Full-Body-Shockproof-Protective/dp/B0B74R5437/ref=sr_1_18_sspa

**Collection Date**

Mon, 24 Apr 2023 09:39:47 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

DqP+wTqKlDHwM0pTnfmUL5bj/xGa09YaG3Z5H5tq2MIiabSv35oTxBlsoMtBTu00AoBqPXnyL6yW/GIYAnF0Cn516pr1Bi1nF4bOkeCbr7q5pQ4NCTQheUXTR5Cy/HxFRnaliqGA6u8exbo7SSGwElus5267fhN3jm9QkGLcaHU=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Compatible-Colorful-Full-Body-Shockproof-Protective[fs]dp[fs]B0B74R5437[fs]ref=sr_1_18_sspa]]_Mon,-24-Apr-2023-09-39-47-GMT.pdf

**Hash (SHA256)**

7840ea7bb433a60c0b917f3806c1f3df0d86ce6f5b5f968b15c6cf224a770984

**Signature (PKCS#1v1.5)**

bbSBKicMiGV2rXW+WXEjweuuGBpB2eObqiRH7H+OpQe+3EZPQ4TstwviMHcJQzdLeIKkwNf4nqaO6TKACOSUbi0a5Z15N/WFBk6Ptu6mOSEuvs4uzwRpGilHza602MwwijYrVVc//7OX+v1jsImaLuY6y0RipxGmQifkGtKpnt0=





Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Sat, 27 May 2023 06:53:05 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0d:5600:8:36::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

TvEE5xiZU6MgMc93nNu2RlfZ0zmjm47KNkvNsm3D6sPYuWo9BdjcyQ5ypkl9PAvn1/VYPXwV7Pg0ubaoPGbIp3OrS+NiG3RJyyUlWcA4SCakuDlu9OG9g8jutqlN3shzRqKpT0OCtY+JvXl/oEKjtOWe3jxCMFAypUU/
CsICWs3SMd15hWHmJqvYVrv29VM6UbNeAA4af2GOCtjpjLqvBvU0aEvNqH43qcaCgzcfR1uVlL6Jd2Z4v2AxKHwiC285YIc9wknbK4rfupkyiGetUSt5TZ/26KyUjUzaft4WBvc2gpt4Lm4L/fP7ivnuLrQM/kL+ssURYmIX0BkpQQrfDQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Sat,-27-May-2023-06-53-05-GMT.mhtml

**Hash (SHA256)**

d23f606f63f8e17e6821705271db59c254e924116b50803500e66d32aed01f3c

**Signature (PKCS#1v1.5)**

WANxErSjEr9STVphuC3yNPRrZ7EfdUbY6Nm93PxFUHzrx/ekTGr5MDn4SVwE3NIgpnOCnWWwcYislP2uwhBMgD2j5eYyvdvygdROChz8Empe4HuinObsjljDBtwPk/YgThi0ajJDAYZIscUvhkwtSY4nFalBTkFBDqmadEBww6ERBqui1XaesnQVtGlKsGz1X2g43hVVrLVQxMAdTZytn2K61MlfDcr7u
+Z1n/3/57fNPgGpsYyxPWHeegBez+QXRvrD4HExqHGHlB2yg4qNHhmfBBhtJZpupyi9L6d4Qt1BIlu5JYa+DVMRhMuIzaEn2gUqN/CVcKAR1hCOLJaapg==





Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Cocostor Smiley Face Socks Womens, Lovely Smile Face Cotton Socks, Autumn Winter Thermal Ankle Sock, Thick Warm Mid-tube Sock (6xPairs), Multicolor, 1.0 Count : Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/Cocostor-Thermal-Mid-tube-6xPairs-Multicolor/dp/B0BCFS6BD8/ref=sr_1_225

**Collection Date**

Fri, 21 Apr 2023 09:29:00 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5:3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

o2RcU5mC3kka1EMhIDU1njj3T/LjSAKFQHHD2vc9rSKmXSLap8+wdxSxMojgTSj67tjDOTsJ1nrlo2m/7YVRargZSkuhEKOM7uGCOqj3J4jbULXnTXkeTuAd2Vakmbqc8N3VOnP8awYY4+eQgb5Anx+rjhNdwyaBfm

# File Signatures

**SCREEN CAPTURE**

**PDF**

**File Name**

screencap_[https]s[h][h]www.amazon.com[h]Cocostor-Thermal-Mid-tube-6xPairs-Multicolor[h]dp[h]B0BCFS6BD8[h]ref=sr_1_225[]_Fri-21-Apr-2023-09-29-00-GMT.pdf

**Hash (SHA256)**

c8cb5d89301c226e6c063c00ff695039e576ee4623724eac648be11d42cde9f

**Signature (PKCS#1v1.5)**

etDXYsdzr5py6gO2bGzAqK3LdwE/WZQ1dnVev7cpqYO5r3aU6485YyK64aFpnbVE2BnYg2PcONYMbjRRhFrJ5gsJWLdSCCn49Y3RKum6MM3TU3tPHzuR1JDgaRDwLDVjsakaXBLmP1urtV5b8Lfxf2mT/DhtnyEvko+

Smiley socks

Hello, Guest Account & Lists | Returns & Orders | Cart

All | Clinic | Amazon Basics | Customer Service | Buy Again | Amazon Business | Household, Health & Baby Care | Livestreams | Beauty & Personal Care | Free Shipping | Coupons | Pet Supplies | Smart Home | Upgrade to ad-free podcasts

‹ Back to results

## Cocostor Smiley Face Socks Womens, Lovely Smile Face Cotton Socks, Autumn Winter Thermal Ankle Sock, Thick Warm Mid-tube Sock (6xPairs), Multicolor, 1.0 Count

Roll over image to zoom in

Brand: Cocostor

$15.99 ($15.99 / Count)

Get a $100 Amazon.com Gift Card upon approval for the Amazon Business American Express Card. Terms apply.

- 【Cartoon Lovely Smile Face Cotton Socks】There is a cute smiley face on the ankle, simple, stylish and cute. Protect your ankles from wear and tear, Autumn Winter Thermal Ankle Sock, bring you laughter and joy every day.
- 【Lovely Smile Face Cotton Socks】The Smiley Face Socks keep warm, breathe, wick away sweat, have good moisture absorption, heat resistance, softness, skin-friendly, Suitable for daily wear, giving feet a comfortable experience.
- 【High-Quality Material】The smiley face cotton socks are made of high-quality cotton, soft and comfortable. Anti-static, comfortable, smooth and highly elastic socks.Cute and unique design makes you unique.
- 【Fashion Matching】6 socks in different colors Lovely Smile Face Cotton Socks will add interesting decoration to your coat, which is very suitable for daily wear. Add cute charm to your overall look.
- 【Smiley Face Socks Womens】Cute womens socks specially designed for sports and daily wear. Comfortable to wear, easy to match with outfits, perfect for running or going to family and friends, ideal as a gift.

Report incorrect product information.

**Higher rated item to consider**

Mrdnckmd 6 Pairs Lovely Cotton ,Cartoon Smiley Face, Smile Socks Women, Winter Autumn Thermal Ankle Sock for Girls Boy

One Size

62

$17.97 ($3.00/Count) prime

$15.99 ($15.99 / Count)

$4.99 delivery May 8 - 15. Details

Deliver to Guest - Miami 33132

In stock

Usually ships within 4 to 5 days.

Qty: 1

Add to Cart

Buy Now

Payment Secure transaction

Ships from Selling store

Sold by Selling store

Returns Eligible for Return, Re...

Details

Add to List

Have one to sell?

Sell on Amazon

### Buy it with

Total price: $32.88

Add both to Cart

One of these items ships sooner than the other. Show details

This item: Cocostor Smiley Face Socks Womens, Lovely Smile Face Cotton Socks, Autumn Winter Thermal Ankle Soc... $15.99 ($15.99/Count)

Buster Brown 3-Pack Women's Comfort Blend Socks Fits Women's Shoe Size 6-10 $16.99 ($5.66/Count)

### Products related to this item

Page 1 of 58

Sponsored

- KAPNRTO Smiley Face Socks 10 Pairs Cute Socks Women Socks Protect From Wear... 194 — $16.88 ($1.69/Count) prime
- TOLHYUN Smiley Face Socks, Lovely Smile Face Socks, Cute Socks for Women, Personali... — $16.99 ($3.40/Count) prime
- LOWLO Drew Socks Socks 4-pairs Fashion Funny Smiley Face Socks Multipack (Smiling-A) — $26.99 ($6.75/Count) prime
- GZLXS 6 Pairs Lovely Smile Face Cotton Socks, Smiley Face Socks Womens, Cute Smilin... 109 — $16.99 ($2.83/Count) prime
- JSEREN Women Cute Socks 5 Pairs Cotton Kawaii Embroidered Funny Low Cut Socks... — $12.99 ($2.60/Count)
- Lxagzy 8 Pairs Cute Smiley Face Socks, Ankle Smile Socks Women,Novelty Funny... 2 — $16.72 ($2.09/Count) prime
- Mrdnckmd 6 Pairs Lovely Cotton ,Cartoon Smiley Face, Smile Socks Women, Winter Autu... 62 — $17.97 ($3.00/Count) prime

### Product Description

Features: Autumn Winter Thermal Ankle Sock, Thicken and pile looped tube socks are breathable and comfortable. Lovely Smile Face Cotton Socks, Antistatic, comfortable, smooth, high elastic socks. Smiley Face Socks Womens, One size, suitable for most people's feet. Specifications: Name: Smile Floor Socks Fabric material: cotton 90%, polyester fiber 10% Applicable gender: female Tube height: tube socks Colors: black, white, beige, dark coffee, light coffee, milk white Size: One Size Fits All Function: Keep warm Style: simple Suitable season: spring, autumn, winter Package Includes: 3/6/12 Pairs * Lovely Smile Face Cotton Socks Note: 1. Please allow differs due to manual measurement. 2. Due to the different display and different light, the picture may not reflect the actual color of the item.

### Product details

**Department :** Womens

**Manufacturer :** Cocostor

**ASIN :** B0BCFS6BD8

**Best Sellers Rank:** #5,141,102 in Clothing, Shoes & Jewelry (See Top 100 in Clothing, Shoes & Jewelry)
#8,892 in Women's Athletic Socks

## Videos

### Videos for related products

- 0:14 smiley socks for women,smile face socks — Mimiuo
- 0:16 Smiley Face Socks — TSFJDBXZ
- 0:30 Comfy, lightweigt, and cozy! — Mackie Noel
- 0:29 10 Pairs Smiling Face Socks — Yaoshinegoup

Upload your video

### Products related to this item

Page 1 of 58

Sponsored

- Mrdnckmd 6 Pairs Lovely Cotton ,Cartoon Smiley Face, Smile Socks Women, Winter Autu... 62 — $17.97 ($3.00/Count) prime
- KAPNRTO Smiley Face Socks 10 Pairs Cute Socks Women Socks Protect From Wear... 194 — $16.88 ($1.69/Count) prime
- Jefferies Socks Girl's Rainbow Stripes Hearts Smiley Face Crew Socks 6 Pack, Multi,... 84 — $16.99 ($2.83/Count) prime
- JSEREN Women Cute Socks 5 Pairs Cotton Kawaii Embroidered Funny Low Cut Socks... — $12.99 ($2.60/Count)
- Lxagzy 8 Pairs Cute Smiley Face Socks, Ankle Smile Socks Women,Novelty Funny... 2 — $16.72 ($2.09/Count) prime
- TOLHYUN Smiley Face Socks, Lovely Smile Face Socks, Cute Socks for Women, Personali... — $16.99 ($3.40/Count) prime
- Sillies Socks Bi- Color Smiley Faces Socks - Funny Novelty Unisex Sock Set, Woven A... 4 — $12.99

## Looking for specific info?

Search in reviews, Q&A...

## Customer questions & answers

No answered questions yet

Post your question

Typical questions asked about products:

- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

## Customer reviews

| Rating | % |
|---|---|
| 5 star | 0% |
| 4 star | 0% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 0% |

How customer reviews and ratings work

No customer reviews

### Review this product

Share your thoughts with other customers

Write a customer review

### Explore more in Soccer

Page 1 of 5

- Mrdnckmd 6 Pairs Lovely Cotton ,Cartoon Smiley Face, Smile Socks Women, Winter Autumn Thermal Ankle Sock fo... 62 — $17.97 ($3.00/Count) Get it as soon as Wednesday, Apr 26 FREE Shipping on orders over $25 shipped by Amazon
- Meloday 10 PACK Crazy Emoji Funny Emotion Crew Socks Soft Cotton - 10 different fun designs and color per pack 575 — $19.43-$25.41
- MTKAEWU 6 Pairs Cute Smiley Face Socks, Lovely Smile Face Cotton Socks for Women, Novelty Funny Embroidery Ankle Socks 24 — $18.79
- MONFOOT Women's and Men's 4-8 Pack Athletic Cushioned Crew Socks 5,498 — $18.99-$27.99
- JAOPINK 6 Pairs Smiley Face Socks Womens, Lovely Smile Face Cotton Socks for Womens, Autumn Winter Therm... 9 — $12.69 ($2.12/Count) Get it May 2 - 11 $2.99 shipping
- DIZHIGE Smile Face Socks Womens, 3/6Pairs Lovely Smile Face Cotton Socks, Autumn Winter Thermal Ankle Sock 3 — $11.99-$17.39

Apr 26 FREE Shipping on orders over $25 shipped by Amazon

See more in Soccer

**Disclaimer**: While we work to ensure that product information is correct, on occasion manufacturers may alter their ingredient lists. Actual product packaging and materials may contain more and/or different information than that shown on our Web site. We recommend that you do not solely rely on the information presented and that you always read labels, warnings, and directions before using or consuming a product. For additional information about a product, please contact the manufacturer. Content on this site is for reference purposes and is not intended to substitute for advice given by a physician, pharmacist, or other licensed health-care professional. You should not use this information as self-diagnosis or for treating a health problem or disease. Contact your health-care provider immediately if you suspect that you have a medical problem. Information and statements regarding dietary supplements have not been evaluated by the Food and Drug Administration and are not intended to diagnose, treat, cure, or prevent any disease or health condition. Amazon.com assumes no liability for inaccuracies or misstatements about products.

### Popular products based on this item

Page 1 of 3

- Mrdnckmd 6 Pairs Lovely Cotton ,Cartoon Smiley Face, Smile Socks Women, Winter Autumn Thermal Ankle Sock fo... 62 — $17.97 ($3.00/Count) Get it as soon as Wednesday, Apr 26 FREE Shipping on orders over $25 shipped by Amazon
- JAOPINK 6 Pairs Smiley Face Socks Womens, Lovely Smile Face Cotton Socks for Womens, Autumn Winter Therm... 9 — $12.69 ($2.12/Count) Get it May 2 - 11 $2.99 shipping
- 6 Pairs Cute Smiley Face Socks - Lovely Smile Face Cotton Socks, Autumn Winter Thermal Fun Socks Gifts Crew Socks for Womens Girl... — $19.99 ($3.33/Count) Get it as soon as Wednesday, Apr 26 FREE Shipping on orders over $25 shipped by Amazon
- LONGLUAN 6Pairs Lovely Smile Face Cotton Socks, Autumn Winter Thermal Ankle Sock, Thick Warm Cartoon... 9 — $18.99 ($3.17/Count) Get it May 3 - 15 $2.98 shipping
- MTKAEWU 6 Pairs Cute Smiley Face Socks, Lovely Smile Face Cotton Socks for Womens, Novelty Funny... 24 — $18.79 ($3.13/Count) Get it as soon as Wednesday, Apr 26 FREE Shipping on orders over $25 shipped by Amazon
- Keuien Womens Wool Socks, 5 Pairs Thick Winter Warm Socks, Soft Thermal Socks Gifts for Women 105 — $9.99 ($2.00/Count) Get it as soon as Wednesday, Apr 26 FREE Shipping on orders over $25 shipped by Amazon

### Inspired by your browsing history

Page 1 of 4

- Women Funny Pattern Novelty Socks Collection 4 — $15.90
- donoba Women Crew Ankle Neon Socks Vivid 5 Color For Teen 4 ~ 5 pairs 333 — $6.99-$33.99
- New Cactus Plant Flea Market CPFM Kapital Smiley Logo Unisex Soft Crew Sport Socks Black Color 9 — $19.99 Get it as soon as Wednesday, Apr 26 FREE Shipping on orders over $25 shipped by Amazon
- Smiling Face | Cute, Positive, Happy Smile Unisex T-Shirt for Men or Women 1,108 — $19.95
- TTD 2 Packs Street Fashion Socks letters CPFM Smile Face tube cotton socks for men and women Hip Hop... 85 — $13.99 ($7.00/Count) Get it May 5 - 17 FREE Shipping
- Lin Su Fashion Smile Face Sequins Baseball Cap Printing Neon High Crown Foam Mesh Back Trucker Hat-for Men and Women 1,069 — $13.88-$15.88
- Jinny's Shoppe Cute Cotton Crew Funny Aesthetic Novelty Colorful Comfortable Warm Heart Ankle Socks for Women Teens Girls 917 — $11.99
- 1 X Smiley Happy Face 14 oz Stoneware Coffee Mug/Cup 614 — $11.71 Get it as soon as Wednesday, Apr 26 FREE Shipping on orders over $25 shipped by Amazon
- Conversation Concepts Shiba Inu Tiny Miniature One Christmas Ornament - Delightful! 215 — $11.99 FREE Shipping Only 15 left in stock - orde...

### Your Browsing History

View or edit your browsing history

Page 1 of 4

Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell products on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a package delivery business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Your Recalls and Product Safety Alerts
Help

amazon | English | United States

Amazon Music Stream millions of songs
Amazon Advertising Find, attract, and engage customers
6pm Score deals on fashion brands
AbeBooks Books, art & collectibles
ACX Audiobook Publishing Made Easy
Sell on Amazon Start a Selling Account
Amazon Business Everything For Your Business
Amazon Fresh Groceries & More Right To Your Door
AmazonGlobal Ship Orders Internationally
Home Services Experienced Pros Happiness Guarantee
Amazon Ignite Sell your original Digital Educational Resources
Amazon Web Services Scalable Cloud Computing Services
Audible Listen to Books & Audio Performances
Book Depository Books With Free Delivery Worldwide
Box Office Mojo Find Movie Box Office Data
ComiXology Thousands of Digital Comics
DPReview Digital Photography
Fabric Sewing, Quilting & Knitting
Goodreads Book reviews & recommendations
IMDb Movies, TV & Celebrities
IMDbPro Get Info Entertainment Professionals Need
Kindle Direct Publishing Indie Digital & Print Publishing Made Easy
Amazon Photos Unlimited Photo Storage Free With Prime
Prime Video Direct Video Distribution Made Easy
Shopbop Designer Fashion Brands
Amazon Warehouse Great Deals on Quality Used Products
Whole Foods Market America's Healthiest Grocery Store
Woot! Deals and Shenanigans
Zappos Shoes & Clothing
Ring Smart Home Security Systems
eero WiFi Stream 4K Video in Every Room
Blink Smart Security for Every Home
Neighbors App Real-Time Crime & Safety Alerts
Amazon Subscription Boxes Top subscription boxes – right to your door
PillPack Pharmacy Simplified
Amazon Renewed Like-new products you can trust

Conditions of Use | Privacy Notice | Your Ads Privacy Choices
© 1996-2023, Amazon.com, Inc. or its affiliates
























































AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 23 May 2023 15:58:04 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

202.83.40.91

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

DINzZica7ayY7CfoCMRTG7UGBY+fdgr3bQlbrWwGdoCPGHwj0nvamDAsXm7MCG3IxQYqpSGUr3QKfamFS9q4TLp+AgBHFvMB7hv4bCPkxPPV1HvXaCjAj7RDfMMJDxBV/
gi6+vdsxrfAIwTNAgOqHYhiVVVcINFga8eaYNNU3ikLJemFhXvhvGrmgo0enyGQA5qFrr8031rF176DmweS7zSGXhAqRrus7plGmwQ7TdYrDOCowU3Pp+g6xhSKMn4MyD3Dzhpnu0Yz7sXT6IG5LdJaMcTVsUshrtcCHanGa2WSUbIk/PRNth2chBubgeg06zCOXMh0vOAzwFbTFGYv8g==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Tue,-23-May-2023-15-58-04-GMT.mhtml

**Hash (SHA256)**

a01f34632d34233cb90da0216380816bb079ff05d06535dcac422338b8714833

**Signature (PKCS#1v1.5)**

W/nvwsF1nNOayGsT3Ke5ag+hgKaMJOa2obJrXS6N1aVoS4jAJDrU7fwAwtrxjKbHmEAwHnRaW9PBdfBp4IOP2a484z4lwATZeEhUhUHrTpxjZzU+AarDakfOib+jpAOPPpDr9lNIGVWOXcmCSiJv1ZX22uVArvHss3JEgSZcKyTscdl8XoC5KBipGf2rAWXF3Y98IOLO3G+iEbDi5ZcPHj
+JqRR5WckQbdktcxHCv0v99YbhgHvh2TlvaimHqteG9IXxWrWF5+6m9oqXECQPO9h6un5LChe8LJkM/FeSKzeQsnHCkw2URwkbDwEEnjk24jfB1JU7/8tvj3QAlaKAZg==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

**2 Payment method**

VISA **Visa** ending in 9985

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

Change

**3 Offers**

Change

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you 30 days of Prime benefits for FREE**

Try Prime FREE for 30 days

**Estimated delivery: June 8, 2023 - June 21, 2023**

Items shipped from YaPing store

**Cocostor Smiley Face Socks Womens, Lovely Smile Face Cotton Socks, Autumn Winter Thermal Ankle Sock, Thick Warm Mid-tube Sock (6xPairs), Multicolor, 1.0 Count**

$15.89

Qty: 1

Sold by: YaPing store

Gift options not available

**Choose a delivery option:**

Thursday, June 8 - Wednesday, June 21
$4.99 - Shipping

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

**Order total: $21.99**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $15.89 |
| Shipping & handling: | $4.99 |
| Total before tax: | $20.88 |
| Estimated tax to be collected:* | $1.11 |
| **Order total:** | **$21.99** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com: YBST Smiley Face Beads, 1200 Pcs Beads for Bracelets Making and Jewelry Making, Included Smiley Beads, Pearl Beads, Crystal Beads and Elastic String : Arts, Crafts & Sewing

**URL**

https://www.amazon.com/YBST-Bracelets-Jewelry-Included-Crystal/dp/B097BBS36T/ref=sr_1_57

**Collection Date**

Wed, 14 Jun 2023 11:08:55 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:36::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

JOvrtee6ev+FrRo0Q6KZrC6Ks7WgF1I9xdm8gxs0Y1ZOzo1CVpHePs8rLIcDSbWhPGv+b7Ut6qVD8iNWYhYB3+GgmgsVf77OA3Ht39L2h43pggDJ5d+HkPzkYjGfJ+UjunmXjpI9FKbjh9AWsZc3JHtM+42+N75afkxOOcT5uVI=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]YBST-Bracelets-Jewelry-Included-Crystal[fs]dp[fs]B097BBS36T[fs]ref=sr_1_57]]_Wed,-14-Jun-2023-11-08-55-GMT.pdf

**Hash (SHA256)**

1fae00c2fec52eef044a991d8a7fd36e7477b95a935e37630f7a7828b7f9d5f1

**Signature (PKCS#1v1.5)**

VHG2mr5NHA7dPmLNaZZCm+yU9QyvOekkQ7oAAER1JxUGW6dGioqJA5XDpNyRMztpXWOVaex3rZhIRISwuyh4jxkRzPmyh3cjmotfyfUy9v8MocYuOq9PIonOXzX+EJeFPpaOtL5vPFm7MJoF+EO7n9do/cVITkXZJnvoVeNP6P4=

YBST Smiley Face Beads, 1200 Pcs Beads for Bracelets Making and Jewelry Making, Included Smiley Beads, Pearl Beads, Crystal Beads and Elastic String

Brand: YBST

4.3 167 ratings


AXENCIS
Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 15 Jun 2023 07:51:35 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

202.83.41.44

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

cISAfVwKIDlgO6cZEXzwG3vYNhvuMS4k4w+pS5c4zAPxh9uP9o9m84TYkI1u8ZO/FeBo3GLyC2KruXlYe84oHO3fPrx/
U0MxeGX7SRpU7Ye41rnQVffBRfjSWqs3387gT0pmgDP4YcKzdP1+Kf8DkcqieyavJJdrLNFJTpexy9k6CmjaBzN7OwhNd/6/3ML4GevqiPIhaffluqQXsqJ86Zz8QbkJVCQffShNSlWwbxVB9gjimBWOn06Uh4ghpNsAjy/0n6CRUEj7Sp31y0DIhSbh442rJE9/5S8kPoJ8sKARb35GmzAA/
jEqbHzb3hjf0DKKRpliLCagrQWiuTHJ2g==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-15-Jun-2023-07-51-35-GMT.mhtml

**Hash (SHA256)**

094e5e0ad4599c62ba76852b0537c7aaaf9224074affe824449dcadd536fcfe1

**Signature (PKCS#1v1.5)**

DwM2eVmnI2xFG0Ctuks5mlyQLnOesaK9aVwt9tczVh7N5Hl6yDiqahzH2GSnW7YwurHFnUKtbND4cIvji/Z0cFVeFE4+g3+Bjd8zzaRPD+LYcEjgnQSccDKooI2CniyTRSMzA0ZPwvtbJ0Bz8dc9s5Aj8w9kbUx9LkfP+C9yRxcowCfa5ZnmzRq/
vwTxYLJsCCQBnhnf9C2U5YSFD8m5vgGVLDfcitmiMMzDPEXLNd3zUjGUFHeTma7aC5Yotezjs6HwizwY6jjp8/XDJQMtRWaM7De0mXgs8U8Ub/VwMT/aoM6HBP5poFdTc8JaUXqWUODT8zI87usKJUyhaP2nWQ==

amazon

Checkout (1 item)

**1 Shipping address**

111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

Change

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items ~~Sunday, June 18 by 8PM~~ **Tomorrow, June 16 by 8PM** for ~~$5.99~~ FREE

Get FREE One-Day Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: June 18, 2023** If you order in the next 20 hours and 8 minutes (Details)

Items shipped from Amazon.com

**YBST Smiley Face Beads, 1200 Pcs Beads for Bracelets Making and Jewelry Making, Included Smiley Beads, Pearl Beads, Crystal Beads and Elastic String**

$12.99 & FREE Returns

Qty: 1

Sold by: YB shop store

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

- FREE One-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Sunday, June 18**
  $5.99 - Shipping
- **Today & Overnight**
  $9.99 - Fastest Delivery
  Today 2 PM - 6 PM | Overnight 7 AM - 11 AM

See more delivery slots

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

**Order total: $19.89**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

**Get FREE One-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.**

Try Prime FREE

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $12.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $18.98 |
| Estimated tax to be collected: | $0.91 |
| **Order total:** | **$19.89** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?