AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Yebowe [3 in 1] Cute Smiley Face Case for iPhone 11 with Screen Protector+ Preppy Beaded Phone Charm, Soft TPU Clear Aesthetic Protective Cover Happy Smile Face Design for Women Girls : Cell Phones & Accessories

**URL**

https://www.amazon.com/Yebowe-Smiley-Protector-Aesthetic-Protective/dp/B0B28SSCS5/ref=sr_1_121

**Collection Date**

Wed, 19 Apr 2023 10:17:55 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

qjEXdA2vw7Dua/MDt9dl/hyHs+lkkzZ1o4uRj5ibT0DAJpNOPLY3/py6Zq0vGjyX3pFlXwwjGqEa02QddaWye4moQApccPuaTdNHsB5AHqIGKppUhWE4RYxxNu77cBUPohDmIrVS5T9VQvh8W5HoP4i46Nz1k9mHllw32Hi+880=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Yebowe-Smiley-Protector-Aesthetic-Protective[fs]dp[fs]B0B28SSCS5[fs]ref=sr_1_121]]_Wed,-19-Apr-2023-10-17-55-GMT.pdf

**Hash (SHA256)**

18f0193ec1e8a494adfe557417d9b4b6a4eb04d83f20f0ea116595d74a24bb8f

**Signature (PKCS#1v1.5)**

gf6R6cYtXr4B8fsWWJQCS7x4LIRTwmzplPADiQzW4SgejvFi/+gbRPKI0HC1txF1AzdyfR1mVzBJ41TyI9ind/CNMhQ0RgGKGqZftzCmXUI5KE0GmZ1iI1EXKkCJeZSirFPwLyxFTog1pPa6aE4bYdcyx7W90kJNDmdkA5GADzg=



AXENCIS

Investigator Name: Sian Kelly

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Mon, 08 May 2023 08:37:54 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sian Kelly

**IP Address**

2001:ac8:9a:d::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

tsGPCxyw26irwlj7Vk9EJVhSU/YzJU+SH49BqOSr5xF2MBKxj9+KYaIKpfI1FEf+pwb8zX8D0WhgEMxzlrRzFP/9HttkTMlMy1TRdGJRz8kUXkQHKCjgPN1nOfUyv2tBXBfc85TQXEJHq7XuXsRz6rIAuOjUiPVdd6+xCossv2ox2OZ3IOgN/AkhyPvwZBfSu0d6ZQ3/
mkCUa1HginVBg1SskvPsAYki1YSk0q6IqXnrLWomaCkQ6FCiqtJRFBAF8Z01WO6RkUkS3bkJ4qmCCMDRqnXuV+yH+6JRwBLs3If1rZ9pfI88woDJGDOFiDGSvrt6iuFtTehM1xvYJxY13Q==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Mon,-08-May-2023-08-37-54-GMT.mhtml

**Hash (SHA256)**

e408656064ae78ad59c178b39cd2c064751bb648ce589b0a933c5243fa6976b8

**Signature (PKCS#1v1.5)**

N95bRbNpMrl+khM9t7fxZUosPRDmG/ku2WAjNnkf212cOJh9XqZgSaDrqabOK/cdN7RJjcJIzGvRRNrPS2FEsWen7OTK0FKvhgcv8xyOiFfpPdJvtoQ14VDWR1VP6zmN2LEF83IN2KpLgazH/jPWe/w2aQIw
+ubuKFS2ODgMpn8pG1XYZJw4XJrqNsjtw6vWFxHBLEJM0wBJA072FzQ9SwYJqWSY39dfZVb4uISNxej9QW3f+KQQdm2MoW6cyP/ZE8mSYSL97HWsq/lhagHmRnfvvdFkWnSDA2oBQWNuyhXFvS9hDMOt5FWryzOcqmU7GRU4q2JkNXEY7o2ou0RmxQ==



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: YeGieonr Women Good Luck Smiley Face Ring Happy Face Stackable Ring with Cute Chain Link Band | Yellow Gold, SIZE 8: Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/YeGieonr-Women-Smiley-Stackable-Yellow/dp/B08TM9Q432/ref=sr_1_19_sspa

**Collection Date**

Wed, 19 Apr 2023 11:37:44 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

UOdJalGpAPCTxqn0+53KbHkR2WPt6QAxsuw/EEbWyPQ4gGGpOLn3IpT81L1iybxE//CU6CqgD60qVaEAzfHmtctAVGRCO5XAnxN4XRwQ7C2Eds3o3+WVMcBXhdl2u6ku5A0GEyrav12mrs3uUVZKcduBb3RKHgsuzsOdL4SQMGI=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]YeGieonr-Women-Smiley-Stackable-Yellow[fs]dp[fs]B08TM9Q432[fs]ref=sr_1_19_sspa]]_Wed,-19-Apr-2023-11-37-44-GMT.pdf

**Hash (SHA256)**

9c96bde15e4561a5c921a311e566c5b87f291a83fb35d2bbd5f6f9e21eefaa81

**Signature (PKCS#1v1.5)**

ONv7OlUeAHzCnbyLJc8hOwM2yeFsbIoo9028E2jzg1KrpndCUkrUS4R2O80yY/NVg5Jthpi8+YqyboQGMzq443Ja5/XNnj5Tmj7zIUh8yapB6BLeBrja7YT648uKNB9Bv2A8KnPkgy5tH3vqdtd9hHBnw9Thr6sADhOjCY105QU=



# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 11 May 2023 10:29:56 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

RemoteUser2

**IP Address**

202.83.40.99

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

JAD2Gysrc3yGHus6AE+VEV3UFMmia/PG5T6e6W2Q73wWZLvAVqHalbktRRm14laU6LpLk7+Xfcvex4lDxKJIlJehIl1unc/YnQ+qh5SAdGwCGkY/tZdOhif1usoi6jPDEXdd7JAnkio+U2y+OGlBDHuOB5ZrJaQl4ZkzyaV9eQBlrS/j27AdCEHNgIG3MM/
yqoi1VOnra0KOzVUApzd3Zim89JTDB1Tr03OWLBTlPl+FqK0a0SJdfd3B+ijqpPO6pA51SxnbT4KpsyzYx2HiulCqE4esdjiYt55LTObu5TyWRk7Pz4gaihV8B8uCDizTduRecPfhHdjP0FLFAcvq+g==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-11-May-2023-10-29-56-GMT.mhtml

**Hash (SHA256)**

0f19d54c1285d5e040b55494bd42ff603c7d3e76fa3d0306a883308ac89fcc88

**Signature (PKCS#1v1.5)**

cbTsexK4aywIZpnmvy/TVGORkQOScoL3un9e9Xzr5aYk1xeeQYohteyS2E3ph3fxxGz4n/niI9mvfWe7Hfatn8aqa4lHRSyiuAfCQa4A1xtGxZTo9nrF4ZZb/
os4QZKD31UDTbtxpiuPUIE3G54XXX3UE5KWiDa3746N3ZyuHJvLqz9u9SRgK4MPXJjsJ9HJYoavwv7eQTVGrX5m1rSZJuflNRkYJaUGoOFjLMng13ePI2e4oM1LhaeHaNIJ25m13C1UBxiUA9XdkumHQEjve6ccP8ppNJMw6zG5IM9XvFWC4t9lSVxdn3FWkchc7azlxbM3DX7rn
+CQfQkwO6Js3Q==



AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com: Retro Smile Smiley Face Good Vibes Only Throw Pillow Case 18"×18",Inspiring Groovy Hippie Faces Decorative Cushion Cover for Home Living Room Girls Room School Dorm,Gifts for Women Girls Teens : Home & Kitchen

**URL**

https://www.amazon.com/Smiley-18%E2%80%B3%C3%9718%E2%80%B3-Inspiring-Decorative-Cushion/dp/B0BYP8WBDR/ref=sr_1_62_sspa

**Collection Date**

Tue, 09 May 2023 08:50:56 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:93::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

GoDWAKhqgT8fP6ii1mDQD+AORhxpKEaenvxplsHbIXTGhvnPjiHrsAwbKhBJBat5pN4/2SIlid59Re7FtUrfHT3mikd9bIb3cYPaG0/af6yGUJLnZsd1N6bs7NKyumSHTbHXtys2KGwppGLuC7hMkwupjwsdhArxbvD+VUZ6+TQ=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Smiley-18%E2%80%B3%C3%9718%E2%80%B3-Inspiring-Decorative-Cushion[fs]dp[fs]B0BYP8WBDR[fs]ref=sr_1_62_sspa]]_Tue,-09-May-2023-08-50-56-GMT.pdf

**Hash (SHA256)**

3f102b3127c9d358524ff578df92ada317973b38c3e9ef70a943193a38fddf18

**Signature (PKCS#1v1.5)**

sGLo1uQorUQwvQVHgM114OmrIoklYx4Z5Lhj0lnvjqhoRnl4McYaFO8ZH3IFgeQrxOR97tb1TxdYBaTgUd51n1wC6GApmuyUeQ538mk+0L82BqDCJSpNOsUsQ0T+pUWHyLO8N9A+IB8ggazn2ow2EV8t/8KCQtXSAipxQrm720E=



AXENCIS
Investigator Name: RemoteUser2

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Sat, 13 May 2023 13:32:06 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

RemoteUser2

**IP Address**

2001:ac8:9a:1e::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

sW09gSCdovsSXaRcwAYHKYQCktRRFxjgmn1gbjxWymbjQlj1s/OgWbBt3p2muu5SRsgj9FQtar3+ZBMnXp2DoDr6E8DeVSABm69ymMt7wCUazwC+APhk+fo5OF2purSgWURlqPQH8KNSmaCQkzUO98N0PYRI1J+HUC/ApnEojiv7T/
I6SKz2s2OredAy2EiQjVUL5Nm8TOcsi3iWHMBOcxaakklFjzjBnZTXCUc+sa7CsvR86++GW2HUiUMCM9MFoUvAbN0S1zFKAiUUAv9Jc4njSPkhqHatf2rP0iEd69cKvRNQqg9KDWbfQQOVTNUo5V7JNUlAgqZx9iSm1R+H/A==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Sat,-13-May-2023-13-32-06-GMT.mhtml

**Hash (SHA256)**

ea0bfc543445eb041f91572a0869417412fd266f4c081c7ffbf0f1f0df63a1f3

**Signature (PKCS#1v1.5)**

o0MgqY96nxtPsHYQnGPhl6I+HYyHtxxOMeo3dUTo16EFjrvrMoXYlZGh91xbG8EkUhGBJi9rvtfmETkgyM4L4nvktLXC3lXq3WM4EYWHiU/I5QWC2RycEt7wTBxC2NoOFFqs9iOah0vHhdxTn7dQhYYUY/X
+h7Hc3SpamxFzoZSsrCAydo1DAInq0CmB2IFv4ZG0SjZl9IaH7qNm3KKBKCGs9+va9DTCX5lp7FBqnXlRK/fWz+FhA7FLg2BVLFP2ZyGPPYmiS4VcKq15roqzMycpyBr5/VoEQ9cgKx3CAEN2rqVZgMGJhNWq5AueQQFfueKDMBzZXcgYj8xaXurKCA==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**
Get your Prime eligible items with your 30-day FREE trial of Prime

Get FREE One-Day Delivery with Prime ›
No hassle. No commitments. Cancel anytime.

**Delivery: May 14, 2023** If you order in the next 14 hours and 27 minutes (Details)
Items shipped from Amazon.com



**Retro Smile Smiley Face Good Vibes Only Throw Pillow Case 18"×18",Inspiring Groovy Hippie Faces Decorative Cushion Cover for Home Living Room Girls Room School Dorm,Gifts for Women Girls Teens**
$11.99
Qty: 1
Sold by: YEOOW
Amazon Prime eligible Join now
Add gift options

**Choose a delivery option:**
- **Tomorrow, May 14**
  FREE One-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Tomorrow, May 14**
  $5.99 - Standard Shipping

Place your order | **Order total: $18.82**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $11.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $17.98 |
| Estimated tax to be collected: | $0.84 |
| **Order total:** | **$18.82** |

How are shipping costs calculated?
Why didn't I qualify for free shipping?

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

HUDENRTV New Unisex Smiley Face Socks,Drew Socks 4 Pairs Adult Athletic Casual Breathable Socks Couple Sports Socks (3 Pairs A) at Amazon Men's Clothing store

**URL**

https://www.amazon.com/HUDENRTV-Unisex-Smiley-Athletic-Breathable/dp/B0BG97QG54/ref=sr_1_275

**Collection Date**

Fri, 21 Apr 2023 09:34:38 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

e+JNDyNK+NcUmWsaOfeK7vWeR4f/vjpsoOGn4qgiMHlnwt2NIiA7gtElc9WlzbkpRXFy1ER2Cet3r1a+GQcxULo5HqtgC1M+Sq+XpyRNAprWx6CefkVKpPfH4rmD8Y0B+ijYVybjHgCaKuWZgWVDDyyK9t/dN9o/d6qMYMGG6xs=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]HUDENRTV-Unisex-Smiley-Athletic-Breathable[fs]dp[fs]B0BG97QG54[fs]ref=sr_1_275]]_Fri,-21-Apr-2023-09-34-38-GMT.pdf

**Hash (SHA256)**

b65549ce6f3ca84c78be095b51d56e4c32b131c7468867dfdc378098fd5a0427

**Signature (PKCS#1v1.5)**

b9G0XlmOSYy8kvJVqtdAPbVB8UkdDD9NScT4vN1lSIlwK9wYL8ZWo8hZNSchvsAwxWq6TNH1un9HDh45Y4MG9DcJ/ZXeqEtGKFkfhXgk13DUhoa45FsttFcAejt88t3sMlR2plbrlcw9JpgNXcW75TryTw8mpUzi99WDAoQ18xI=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 23 May 2023 23:03:35 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

116.68.105.240

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

A8J4UWtd5IOhEM+FN8VUhK0PNWJNunEB4WHVaMvcSGxYlryyjLbZ3rBEFQPj5WfO9r/C9XFanqfH5jYW1aOdQmWrx+dE3qk79EEUmH0mG+ZMDHqxOSKw8ImvKmXP1fSBf8F9mrGjDtU4xhUwqvzYT8R/eDv77bEGpKofrXL4Vsj98P9pBE7S+L2Mfe4gxB8oFFl7vzA/
V7Ny0PoVNWmOw77PWh0zW1i7VQdGhcSd/TCYalQzL93A++b15XB7F3kauZBinxZwfK5+Ff6CVJLOhS/ntmnRe0WBS216iScM26DJuAAjuB9ah0JawxB9NTnRXCok6WO2nZBe42+xTqE4+Q==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Tue,-23-May-2023-23-03-35-GMT.mhtml

**Hash (SHA256)**

ebbe540ffd26ffc15c341874ad38faa34c3ab78582b24e991313ca99ed66ce70

**Signature (PKCS#1v1.5)**

KyRqh4PWBUB2Gw09JBWDE1R5ZIy7O/5659oJgdmMRVeVq+kQ4g6VQAQNjKDc1KGEorAvBvSn9pF7xWPfEmFebCe4q9YuLKawkiU4OGH6t7NbIPOMSoOeDXtuEe258PJLKAQCqDQ+ZmM1lWg5DkYDenVv0w+d1Dsp6ZnExuom4+GcX34tFPei/7wjRPwsgwcLVXuXxAdMU4axZNZbtOTwDH/
ILqdEwpiHcIGLv0b2JtLmZ+h82wmV4q2Zb6DQ4pcmbRH8r1nfIx31bL7Kr31nNyfFyRDqAFm+Uct5eoX46qMTiHPCgTONg99XMLrExJlDvenPLAZe585bWdSX3Y2kFA==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

**FREE TRIAL**

**Jade, we're giving you 30 days of Prime benefits for FREE**

Try Prime FREE for 30 days >

**Estimated delivery: June 12, 2023 - June 28, 2023**

Items shipped from Yes I'm Cold Me Store



**HUDENRTV New Unisex Smiley Face Socks,Drew Socks 4 Pairs Adult Athletic Casual Breathable Socks Couple Sports Socks (3 Pairs A)**

$18.88 & FREE Returns

Qty: 1

Sold by: Yes I'm Cold Me Store

Gift options not available

**Choose a delivery option:**

**Monday, June 12 - Wednesday, June 28**

$8.66 - Shipping

Place your order

**Order total: $28.86**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $18.88 |
| Shipping & handling: | $8.66 |
| Total before tax: | $27.54 |
| Estimated tax to be collected:* | $1.32 |
| **Order total:** | **$28.86** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

AXENCIS
Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**
Amazon.com: YEYULIN 100pcs Colorful Sun Flower Smiley Face Beads Polymer Clay Spacer Beads for Women Girls Jewelry Making DIY Bracelet Necklace Hair Clip Accessories : Arts, Crafts & Sewing

**URL**
https://www.amazon.com/YEYULIN-Colorful-Bracelet-Necklace-Accessories/dp/B095YSB85G/ref=sr_1_52

**Collection Date**
Wed, 14 Jun 2023 11:01:10 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Sarah Christodoulou

**IP Address**
2a0d:5600:8:36::5

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
nl5SiLkc4IMD5ONqIVPMPlpHutTJwtRSYcdnR4g3ggOJLmn3kOPgHzCVRDdN6gd84Y7eK63ZOmp4xGpdrAnCOGPRENZtEsje20V4vhzUbicGb7QyGvy6QNxblArdrxYg1RWsD7Yhr2J0UWXvYC2SJki9g9NSpts9tz8nl4b6uMI=

# File Signatures

SCREEN CAPTURE
PDF

**File Name**
screencap_[[https[s][fs][fs]www.amazon.com[fs]YEYULIN-Colorful-Bracelet-Necklace-Accessories[fs]dp[fs]B095YSB85G[fs]ref=sr_1_52]]_Wed,-14-Jun-2023-11-01-10-GMT.pdf

**Hash (SHA256)**
aff8e2d3e1ee226a8fbc22d8756d171d9b4cfe0c9bb3a07c94663145a521b7ec

**Signature (PKCS#1v1.5)**
KMzHc4A5160y4W4kcFP4JV/CxeNN+pzf5Pn391yM7/j38bT7oDuYaCUOThil00Q8TtwuxTVqbLKB9bAk5kiOQITbcWzS0TX07GK3PZhEHmvuy3jN3ovdGe7d6RaT9NgtC//smTRQunyO6DOy2+ckdFHvIL1kkI3cFHBHvrnA7bE=

amazon | Deliver to Kenneth Miami 33132 | All | smiley face beads | EN | Hello, Kenneth Account & Lists | Returns & Orders | 0 Cart

All | Clinic | Same-Day Delivery | Amazon Basics | Pharmacy | Buy Again | Amazon Business | Livestreams | Health & Household Products | Beauty & Personal Care | Free Shipping | Reinventing wholesale, join Amazon Business

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

‹ Back to results



## YEYULIN 100pcs Colorful Sun Flower Smiley Face Beads Polymer Clay Spacer Beads for Women Girls Jewelry Making DIY Bracelet Necklace Hair Clip Accessories

Visit the YEYULIN Store
5.0 ★★★★★ 1 rating

$6.99 ($0.07 / Count)

FREE Returns

| | |
|---|---|
| Material | Clay |
| Brand | YEYULIN |
| Shape | Flower |
| Number of Pieces | 100 |

### About this item

- Polymer clay beads:Quantity:100,diameter 10mm,aperture 1mm.
- Soft colorful clay beads beads are purely handmade, very fine looking.
- Uses:for a variety of DIY handmade materials,glassware decoration,home wedding decoration,jewelry raw materials,bracelet necklace accessories headwear.Also suitable for art craft project, such as table and party decoration,also use for nail arts,body and facial make-up,etc.
- For those who like DIY,this is a good gift.Try to use your imagination to discover more diverse combinations!
- Unlike other dull and boring jewelry beads these exquisite designs polymer clay beads are unique and eye-catching

Report incorrect product information.

Add your 30-day FREE trial of Prime and get fast, free delivery

Delivery | Pickup

$6.99 ($0.07 / Count)
FREE Returns
FREE delivery Tuesday, June 20 on orders shipped by Amazon over $25
Or fastest delivery Tomorrow, June 15. Order within 17 hrs 15 mins
Deliver to Kenneth - Miami 33132
Only 20 left in stock - order soon
Qty: 1
Add to Cart
Buy Now
Payment: Secure transaction
Ships from: Amazon
Sold by: YEYULIN
Returns: Eligible for Return, Refund or Replacement within 30 days of receipt
Add a gift receipt for easy returns
Add to List

Total price: $27.89
Add all three to Cart

### Product Description

Polymer clay beads:Quantity:100,diameter 10mm,aperture 1mm.
Soft colorful clay beads beads are purely handmade, very fine looking.
Uses:for a variety of DIY handmade materials,glassware decoration,home wedding decoration,jewelry raw materials,bracelet necklace accessories headwear.Also suitable for art craft project, such as table and party decoration,also use for nail arts,body and facial make-up,etc.
For those who like DIY,this is a good gift.Try to use your imagination to discover more diverse combinations!
Unlike other dull and boring jewelry beads these exquisite designs polymer clay beads are unique and eye-catching

### Product information

| | |
|---|---|
| Package Dimensions | 3.98 x 3.82 x 0.91 inches |
| Item Weight | 1.44 ounces |
| Manufacturer | YEYULIN |
| ASIN | B095YSB85G |
| Item model number | YEYULIN |
| Customer Reviews | 5.0 ★★★★★ 1 rating<br>5.0 out of 5 stars |
| Best Sellers Rank | #119,919 in Arts, Crafts & Sewing (See Top 100 in Arts, Crafts & Sewing)<br>#4,174 in Beading Supplies<br>#5,700 in Beads & Bead Assortments |
| Date First Available | April 1, 2021 |

Warranty & Support
Product Warranty: For warranty information about this product, please click here

Feedback
Would you like to tell us about a lower price?

Inspiration from this brand
YEYULIN
Visit the Store on Amazon

AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 15 Jun 2023 06:58:37 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

202.83.41.44

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

eMWgDgUrj2oh4OekPCYj07Bb2rujheIrVOefS96RciMTBiUwxKJ7ONoMJEksBzWcS5JvDVCIGVbjT2eQo6A2kL4BD0yiPawT6zH1Dc2v12A/gO5c/xk2AfAfdY1fMdejfdJqCfio7j8+TaSzbiimNrumObM1y7RxijKFsJxAB9kOzRHyH8K9EbsnV
+H1OfQwrjBgRPnj1S515SWVz9OYG5mJ52LmoP65BUSCQMjVGPzd1LHoLHoJliTjWBo4GCQppuqXUwUvIVC3SHM34uHC6wKhXzOwpPC50KztIiDhG4n8bs24wJWBAq7jtbAGMcNci5lfeqDHrJEoRvMiw0vP8w==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-15-Jun-2023-06-58-37-GMT.mhtml

**Hash (SHA256)**

f84868b50eb1df0bf9551dcec94560c796769d2ccfedb77c3dc2432afef37a36

**Signature (PKCS#1v1.5)**

V2kYH++xDZoCbfXGPXAfdufGoCYZdtpqrr3rNk9/tL1yWiXk7+li2m7+ic2hWNfUazS/Q0qR6csmXlfDxKLvFD/P7PrsYICogoUUrvbvC6aN6nfFxtgOErPRDerT316ScTVwWMxYCSd+rVCk6hR+yqoJWbG5FWLBoCT9z4IQaefv8NZ/
Tt8V9FGYqfTvv8vhuFpXGrXYOi6qkWmFPLc1qnkdqOyLPZLKCPhu4fuh8Eh6phsQJBu87+GOKL0knMWU2/PrJZ48AQxmZs+zIGQ5gv6sdjiWBESPDL3kdQHB6kQ7po72r61eDSlCINhVFrga+OX7D1Q0RnoKUUgUvj0TSQ==



amazon

Checkout (1 item)

1 Shipping address

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

Or pick up near this address - See nearby pickup locations

2 Payment method

VISA Visa ending in 9985

Change

Billing address: Same as shipping address.

Add a gift card or promotion code or voucher

Enter code | Apply

3 Offers

Change

4 Review items and shipping

FREE TRIAL

Jade, we're giving you Prime FREE for 30 days!

Get your Prime eligible items with your 30-day FREE trial of Prime

Get FREE Two-Day Delivery with Prime

No hassle. No commitments. Cancel anytime.

Delivery: June 16, 2023 If you order in the next 21 hours and 1 minute (Details)

Items shipped from Amazon.com

YEYULIN 100pcs Colorful Sun Flower Smiley Face Beads Polymer Clay Spacer Beads for Women Girls Jewelry Making DIY Bracelet Necklace Hair Clip Accessories

$6.99 & FREE Returns

Qty: 1

Sold by: YEYULIN

Amazon Prime eligible Join now

Add gift options

Choose a delivery option:

Friday, June 16
FREE Two-Day Delivery with your free trial of Prime
Fast, FREE Delivery prime

Friday, June 16
$5.99 - Standard Shipping

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

Order total: $13.47

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.

Try Prime FREE

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $6.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $12.98 |
| Estimated tax to be collected: | $0.49 |
| **Order total:** | **$13.47** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com: YIKODA Smiley Face Duvet Cover Twin - Soft Microfiber Twin Bedding Duvet Covers Set 2 Pieces with Zipper and Ties Trippy Checkered - 1 Comforter Cover 68x90 inches and 1 Pillow Sham : Home & Kitchen

**URL**

https://www.amazon.com/YIKODA-Smiley-Face-Duvet-Cover/dp/B0C1GVPKQX/ref=sr_1_198

**Collection Date**

Tue, 09 May 2023 09:42:23 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:93::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

ZfbUrOhSPL7bxsBjU7stBg15S5DrXYXhaiCuJ/2Y01pTt6zIZX5SYlBFws73YIcZH7Ml3P27yIZNZvOo5Q1Wpin0+lt3/rRv9RqRiyObAoyKdU3AB+s1r1BlD6FdoedVay3DWjPjJQVW1E78BJvctnX+bA/mmwvLwLeOp33Ch/4=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]YIKODA-Smiley-Face-Duvet-Cover[fs]dp[fs]B0C1GVPKQX[fs]ref=sr_1_198]]_Tue,-09-May-2023-09-42-23-GMT.pdf

**Hash (SHA256)**

3f8169e51b004ae571972d0cbb593ac2544f73634f4d76728c5c67bf062ba53f

**Signature (PKCS#1v1.5)**

Qwb8/+Bvrg9rkZjyonr2O4JNoT1n5tgqJLB1JT7z35S/XtUpLa85BuQMoAHGHXDIcGQOJ2A+S2+d8XR5zpyMqYKJHqzMrOJfv5YXUFZfQ+ZmQPhNWVAt4vevIiyE2kCQiizeROHnwTEWon5dy4KAI9Pg7exXMSrORwWZtV58/V4=



AXENCIS

Investigator Name: RemoteUser2

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Mon, 15 May 2023 06:02:57 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

RemoteUser2

**IP Address**

116.68.99.108

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

gaY1U6GhVYiBoXn3Bi7z57bbcH/7SsdzpV/j9t+b0xM8cdSecHkuPIRA8E/PI7HJVY4vtqUr05sLLhsng4s9U5jBNKi+o19OIQUkXcOLlbRBx6ZJxJTVe5wwRKED3QQMTyEEyqA39VIDr3ZDDUw1FURh6P48GTb2cGQD2998+c+suH2//
Mn5DglOicbkUdmEbyPJ3DezAc0YrD0rQUVyRxTAHE0ThHLIQIqGkHdQEjsll18gWuNXwvz8F8PxmzkDAJgF9VErs8/KoKP92AZuJyT9ZHbDF2H6eYE25ySPzg7t4G7eZQAoOio4WaJmEyuvnenojNaHm7BqC415IiKZSQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Mon,-15-May-2023-06-02-57-GMT.mhtml

**Hash (SHA256)**

9685a667ff59a04f076c1774fa9f354c4910db55e893ebef2b609fe78d0200a4

**Signature (PKCS#1v1.5)**

KJEpixO2WSqvadqAdhhc0BPLxy23iHte1lhwX7HrnzNw3hX3eVPJPQ5o/CrQV6/BLDQqeJFBVlUetUjYb04vaaKKRBgUcyw3RqelICdc6M0F41ab/KJLeVz6QNLznng6D8+QaT04a86scBlBffK1DW7smJp6/OiSqrr4S8EybscEXo2tvoHztd7qfRjxfGphaLAG2X8yz2kbZosXnpnNo3/
sew8RyQTlmoo3cgIWuldFLof8TBPCBK5LoMKH9cMJYYVl21/FpyQ7/zWKsbmaIMQhKvXDN1pMxoUamhZuqYWjuaCE2IlBycjVl6PEfdeHtlq5Fo1N0TXQJTOFJYl6Yw==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Change

**2 Payment method**

VISA **Visa** ending in 9985

Billing address: Same as shipping address.

Change

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you 30 days of Prime benefits for FREE**

Try Prime FREE for 30 days

**Estimated delivery: June 5, 2023 - June 27, 2023**

Items shipped from YFJSZB-US



**YIKODA Smiley Face Duvet Cover Twin - Soft Microfiber Twin Bedding Duvet Covers Set 2 Pieces with Zipper and Ties Trippy Checkered - 1 Comforter Cover 68x90 inches and 1 Pillow Sham**

$39.89

Qty: 1

Sold by: YFJSZB-US

Gift options not available

**Choose a delivery option:**

**Monday, June 5 - Tuesday, June 27**
$6.98 - Shipping

Place your order

**Order total: $49.66**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

## Order Summary

| | |
|---|---|
| Items: | $39.89 |
| Shipping & handling: | $6.98 |
| Total before tax: | $46.87 |
| Estimated tax to be collected:* | $2.79 |
| **Order total:** | **$49.66** |

How are shipping costs calculated?
Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Smiley Face Trucker Hat Women Snap Back Caps for Men Adjustable with Embroidery Sequins Smile Patch Mesh Baseball Cap at Amazon Men's Clothing store

**URL**

https://www.amazon.com/Trucker-Adjustable-Embroidery-Sequins-Baseball/dp/B0BZQDYSSJ/ref=sr_1_3_sspa

**Collection Date**

Tue, 25 Apr 2023 09:25:28 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

L9DnGOI197DshBGyW3zfWw1Gve1cwng4jBxe2fkoXdiVw6cljPfzAS//T+aHllSS0Ou+hZwBlIlvo3/pTOR8J7L7rNzWO4Vp+h5cRgt+yncECMU1tgVmnf8CU2Xv7AfqvGDheUWFVK10BGMEN1O9nVP7EszCuARe0hTe90R471M=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Trucker-Adjustable-Embroidery-Sequins-Baseball[fs]dp[fs]B0BZQDYSSJ[fs]ref=sr_1_3_sspa]]_Tue,-25-Apr-2023-09-25-28-GMT.pdf

**Hash (SHA256)**

27608c77ce1d5902eaba4813ce3771c3b2da34d1da3798fb6c7570ecf840ccf8

**Signature (PKCS#1v1.5)**

N7A1yMMlwiL/ZEap8n+FKijAJBBz9CmYGrf031zE0MQAcO9QjZFdkttsPOnUOTptwUmr0GLK9H2w3yUCr1L9kuP3TU1uv9ufMiYSgRh5rrNr3QpP+IzpvqppX9R18IiAMD81NoYUBgILBjQbNWesF/JK42PdH79bkVasNdYcVr4=

amazon | Deliver to Israel | All | smiley face hat | EN | Hello, sign in Account & Lists | Returns & Orders | 0 Cart

All | Today's Deals | Customer Service | Registry | Gift Cards | Sell | Shop great deals now

‹ Back to results



Brand: YIIHUD

## Smiley Face Trucker Hat Women Snap Backs Adjustable Sequins Embroidery Back Mesh Baseball Cap for Men and Women

$15.99

No Import Fees Deposit & $14.34 Shipping to Israel Details

Coupon: Apply 10% coupon Shop items › | Terms

Color: Rose Red

$15.99 | $15.99 | $15.99 | $15.99

- 100% Cotton
- Buckle closure
- Happy Smiley Design: Unique yellow smile trucker hat design makes you stand out in the crowd and can bring happiness and good luck to friends and you. High quality smiley face logo, available in a variety of bright and vivid neon colors, with different outfits and diverse characters, perfect for everyday casual wear, this mens trucker hats funny would be a great gift!
- Delicate and breathable: The summer unisex trucker hats are made of polyester, the front foam parts can keep their shapes well and mesh back bring nice breathability; They are lightweight and durable to use, can serve you for a long time,People who loves smile face element will love this smile baseball hat.
- Sun Protection for Face:The funny trucker hat keeps your face from harmful ultraviolet rays and prevent you sunburnt in summer. You will stay cool with preppy hat. The womens glitter smile hat is perfect for summer wear.
- Adjustable Size: The size of the smiley trucker hats for men and womens trucker hat can be adjusted with the buckle on the back for a perfect fit, you don't need to worry about it being too tight or too loose. Even if your head size is big or small.Don't worry black women hats baseball caps that it will fall off when you are running or taking other sports!
- Widely applicable: the adjustable smiling face caps are suitable for different outdoor activities in summer such as hiking, fishing, climbing, camping and jogging, also stylish accessories for parties, dating, carnivals, dance performances, etc.

$15.99

No Import Fees Deposit & $14.34 Shipping to Israel Details

FREE delivery **Sunday, May 14** to Israel on eligible orders over $49. Order within 21 hrs 39 mins

Or fastest delivery **Monday, May 8**

Deliver to Israel

In Stock

Qty: 1

Add to Cart

Buy Now

Payment Secure transaction

Ships from Amazon

Sold by YIIKING

Returns Eligible for Return, Re...

Details

Add a gift receipt for easy returns

Add to List

## 4 stars and above

Page 1 of 33

Sponsored

- Bucket Hat Unisex 100% Cotton Smile Face Embroidery Reversible Hat Travel Bucket Be... 1,569 $13.99 prime
- lycycse Smile Face Hat Womens Mesh Neon Trucker Hats with Sequins Smile Patch... 338 Limited time deal $17.09 prime List: $23.99 (29% off)
- Apollo Cap Co. Trucker Cap - Leather Live Circle Patch Hat - Snapback Closure - Mid... 292 $23.99 prime
- Marthasky Baseball Cap Kermit The Frog Sipping Tea Logo Trucker Hat Unisex Outdoor ... 318 $11.99 prime
- Men Women Unisex Adult Classic Baseball Cap Washed Cotton Denim Adjustable Hat... 108 $10.99 prime
- John Deere Tractors Men's Patch Camo Hat with Blaze Orange Mesh Back 281 $19.89 prime
- Edoneery Adjustable Washed Twill Low Profile Cotton Baseball Cap Hat(Khaki) 3,583 $11.99 prime
- YUNXIBASECAP Pepperoni Pizza Embroidery Baseball Cap Dad Hat Unisex... 141 $13.99 prime

## Product details

**Department** : mens

**Date First Available** : March 27, 2023

**ASIN** : B0BZQFGTJ4

**Best Sellers Rank:** #46,500 in Sports & Outdoors (See Top 100 in Sports & Outdoors)

#659 in Fishing Hats

#2,377 in Men's Hats & Caps

## Videos

Help others learn more about this product by uploading a video!

Upload your video

## Related products with free delivery on eligible orders

Page 1 of 43

Sponsored | Try Prime for unlimited fast, free shipping

- Bucket Hat Unisex 100% Cotton Smile Face Embroidery Reversible Hat Travel Bucket Be... 1,569 $13.99 prime
- Ruth&Boaz Unisex Stone Washed 100% Cotton Bucket Hat Travel Hat (Flecktarn camo) 89 $21.90 prime
- lycycse Smile Face Trucker Hat Retro Mesh Baseball Cap with Smile Patch Foam Neon H... 423 Limited time deal $16.14 prime List: $18.99 (15% off)
- Kicpot Fishing Hat,UPF 50+ 360° Sun Protection Cap, with Removable Mesh Face Neck F... $11.99 prime
- CYNICISM Smiley Face Hat Women Baseball Cap Trucker Hat Men Pink Smile Face Patch... 4 $17.99 prime
- Bucket Hats Cotton Beach Sun Hat for Women Summer Travel Outdoor Reversible... 572 $9.89 prime
- Leucos Ticte Flat Cap Men Breathable mesh Summer Hat Newsboy Beret Drivers Ivy Caps... 172 $11.80 prime
- Smiley face Bucket hat for Women Girl, Cute Packable Sun hat Cotton Funny Cute Embr... 2 $11.99 prime

## Similar brands on Amazon

Page 1 of 2

Sponsored

- Citrusy Boutique — Shop the Store on Amazon › — Citrusy Boutique Trucker Hat - 2 Pack | Foam Embroidered Cap | Unisex Men... 35 $32.99
- Allntrends — Shop the Store on Amazon › — ALLNTRENDS Adult Trucker Hat Smiley Face Embroidered Baseball Cap Adjusta... 590 $15.44
- SONMONY — Shop the Store on Amazon › — SONMONY Smiley Face Toddler Baseball Cap Boy Baseball Hats Kids Washed Fun... 155 $16.99

## Looking for specific info?

Search in reviews, Q&A...

## Customer questions & answers

No answered questions yet

Post your question

## Customer reviews

No customer reviews

| | |
|---|---|
| 5 star | 0% |
| 4 star | 0% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 0% |

How customer reviews and ratings work

### Review this product

Share your thoughts with other customers

Write a customer review

## Products related to this item

Page 1 of 50

Sponsored

- Lin Su Fashion Smile Face Sequins Baseball Cap Printing Neon High Crown Foam Mesh B... 1,069 $15.88 prime
- lycycse Smile Face Trucker Hat Retro Mesh Baseball Cap with Smile Patch Foam Neon H... 423 Limited time deal $16.14 prime List: $18.99 (15% off)
- GEGEEN DOMOG Smiley Face Hat Trucker Hats Adjustable Smile Baseball Cap Summer... 73 $13.98 prime
- lycycse Smile Face Hat Womens Mesh Neon Trucker Hats with Sequins Smile Patch... 338 Limited time deal $17.09 prime List: $23.99 (29% off)
- Ztuhjvy Smiley Face Trucker Hat Embroidered Baseball Cap Cool Baseball Caps Adjusta... 9 $18.99 prime
- FETTZ Baseball Cap Hat Mesh Back Trucker Hat Adjustable Thinking cap Back Closure B... 4 $19.99 prime Save 8% with coupon
- Swamp People Choot'em Mesh Hat Baseball Cap Mens Womens Classic Adjustable Denim Ha... $13.99 prime
- Malaxlx Cute Smile Face Embroidered Black White Bucket Hat Beach Sun Hat Aesthetic ... 2,491 $11.99 prime

## Recommended based on your shopping trends

## Popular products based on this item

See personalized recommendations

Sign in

New customer? Start here.

Back to top

**Get to Know Us**

Careers

Blog

About Amazon

Investor Relations

Amazon Devices

Amazon Science

**Make Money with Us**

Sell products on Amazon

Sell on Amazon Business

Sell apps on Amazon

Become an Affiliate

Advertise Your Products

Self-Publish with Us

Host an Amazon Hub

› See More Make Money with Us

**Amazon Payment Products**

Amazon Business Card

Shop with Points

Reload Your Balance

Amazon Currency Converter

**Let Us Help You**

Amazon and COVID-19

Your Account

Your Orders

Shipping Rates & Policies

Returns & Replacements

Manage Your Content and Devices

Amazon Assistant

Help

amazon | English | $ USD - U.S. Dollar | United States

Conditions of Use Privacy Notice Your Ads Privacy Choices

© 1996-2023, Amazon.com, Inc. or its affiliates

AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Mon, 29 May 2023 14:49:17 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

116.68.102.163

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

hDZrOL8tSGsrkB0GMppT2XkaWdT1T5Ln1/gYpbOSI9/RGcIXil2HCQ0f+BMlwAznHMVkscBLnOnMufGtq3Ft1/
GJ7fsgkcLrDxTPHrQw1aPSkUyN1xceI/054FZ1729LUIRb3lYMzVfKfFWrNE7CPs32slEGmKzQUJLHrpEI3fogL5m1QJq4ZAyu6CJwoUJJKJ4vArYN3SdiAqNHQqY8SPiVVFde5CdxEHwT3WOy4oqW31xk8ERS+8wZX+2MObwoGrFkLtuO5BJo3/C8fPqH2tNWW3FcK49KthZJzB8dFKSM
+eS2AAOSI6vn+Qdcq0p3BpdbEOBAvWRX6RdY5R+SEA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Mon,-29-May-2023-14-49-17-GMT.mhtml

**Hash (SHA256)**

5d31f87af741ac83b0bf7dbc876a0ea0c5217a4777d639131e9dd76287bb794c

**Signature (PKCS#1v1.5)**

EfeF+5Kai6C1Q9P8t6+xG+IjQ5cTx/QAMVP+I00fhXvMJWSPj/EMAHXa9nj6oJHwwtqlDvFfLqoMYcNIo9kJfE5606e880ocUgw0LfLCO8xOHHsQhgOXuRmR/DgSfxyD9LI4apVfLuytGWRrFU4vc5/N3WIZkm4bWUTHq9ARAZBwVlH3f4R9BHfBGH3VBhfXzVz/
fZ5A6S3QPBqkPYDXAZw3oFikbCly/8qWFGEWIf3B+8oGlhjgu9axNF1qBAltTSy88WU3WJpJHhuVv1xh8YTN3Fe28M2KRCjjOCahLfL9+VHbaJCgj5szj6+99eqV9rLe17WnueVmNxxhRR0s0A==



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: 2Pcs Car Freshie Molds, Circle Mama Cheetah and Lightning Smiley Freshie Molds, Oven Safe Silicone Molds for Freshies, Car Freshies Supplies Molds for Baking Aroma Beads, Resin, DIY Gifts, Home Decor

**URL**

https://www.amazon.com/dp/B0BN5HDSNP

**Collection Date**

Thu, 11 May 2023 07:08:24 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

mS9g/wYpEFpJiA5chptSOod433gM1yYHMcsG3123UkU9VJ+OumyG3qXZC14Ceibin7AHarWRHEs9kCsgufx8nQFxRy01h9g8twGDbyt+WXghA3lLUEI26vxwQ5yVxGVyFs+cuyhZxJPyAaYrdiVZKoedx0r6r
+3KIW43U2pQXgc9uL8FxzbffC9mbemdclxjSFf38PS3t8ysbRcsTcgg5rRP3n7YmF2uvT29DRw58inVUfaPHf6ESplj8aMX3i96/DHAFwdjDbV2SlqA0WWyCXE7xyy+FHrgFXNnlEtTAZ6059eL9iuu2PwRSgOnEgcJvPmF0BV9BbW/4xjuoczboQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B0BN5HDSNP]]_Thu,-11-May-2023-07-08-24-GMT.mhtml

**Hash (SHA256)**

666a150d559971be35b177df14adf92c0f409d112474e0d89238bceed83ad490

**Signature (PKCS#1v1.5)**

Ifk1l05br/fBXUtRrsorBSyemck4GOncKxL/hebZZLtmsfO/BbJwPoCtUse7NlZ+Gp36fHfzafvDIV4/GJwFXhBpgB7EivU70bk1okr6PxVhl256vidcTpHO55tr68S2GJVaKnpKzSA41I4ldZ7m2yE1JttHYOd+f36FtHZo+9Hbb7dGFJKThMAjYzYe+Jr
+iM0vFDCQ1cO5LO1UWFx30xLd2BPUAbeKp023U4uNJGDKGngxaclJ1clOxq6AOlX8uQTM2ZhJ9q1TcuJy4M7VXv2S1QRmZdcCc/0T9eKAfa1OpkeGoHMRBSy6NBxv40qWsGTeoDisoSd0CFnSCBkXng==



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 12 May 2023 04:47:11 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

gOWdjHP9Ff6tvcaT2Gu1W1VTMSOhOto3wybn7t2KyBFM4s8FLhJ8yIprnMY6rYs2f6+zEqdN6VHQ9zviONRxWPJdRtmGcDq04kzFSmlAyEcNOuPeC7rErhJjRE4QLWs8AHSUAKVc/5D993znusYzfdnXtC6m5qhv8z/TNT17el8UuV8sEkhTvCuVcw
+SfZ5BcTR7dBU11St7Lc8QkP45ABwpqP9tARTGP+sEeX22b0v5WLuxe1O1bKYDKWlpxe8+tFVSHEhHkf33f4tgH8Ppl+5/R2iawAALR/wvDziVwjywGvEkzKUgxKdfxcUmt+Tr6lQDn5Q9LAVW//9i3VXBrA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Fri,-12-May-2023-04-47-11-GMT.mhtml

**Hash (SHA256)**

dd75a1a0a1754010558db4ef61033448be22a0bc2153618df886fe255ca4504e

**Signature (PKCS#1v1.5)**

GzCxdEuFNruL5qNXNCOuzT2dVPrByt4Q3bTuqgkcqbrkSXDok8ZUJojfoSnTbyH2QmufU+WsxB5GfIQ1UviVMOD86bTsV4AHHIL5xa7C5AoI06UZrlQGqXCa4+5MkDY/w9rrA2a/M1YZ9bUVhBlLVkns7Ic8OIb2rPexVosZIKLgUJf8gCmOZe7jDL6Ti8hOKS/WckgdiAoy2hSJ
+fqKo4JBOW4HBvM1tOb8yaIswB/6LDurF8jpQiGldd0XSoyj5SAvWNMipkGbfERAeh9UMVN/ZV5Z6FT3fAkKVCk1FUbrZx5qu20QRa6VCzhpXSoG87F76iabyLxN/AFpoXrb2A==



amazon

Checkout (1 item)

1 Shipping address

[redacted]
1 NE 1ST ST STE 2
MIAMI, FL 33132-2460
Add delivery instructions
Or pick up near this address - See nearby pickup locations

Change

2 Payment method

VISA Visa ending in 9985
Billing address: Nathan James Kelly, 41 4...
Add a gift card or promotion code or voucher
Enter code
Apply

Change

3 Offers

Change

4 Review items and shipping

Want to save time on your next order and go directly to this step when checking out?
Default to this delivery address and payment method.

FREE TRIAL

[redacted] we're giving you Prime FREE for 30 days!
Get your Prime eligible items ~~Wednesday, May 17 by 8PM~~ Tuesday, May 16 by 8PM for ~~$5.99~~ FREE

Get FREE Prime Delivery with Prime >
No hassle. No commitments. Cancel anytime.

Delivery: May 17, 2023 If you order in the next 2 hours and 12 minutes (Details)
Items shipped from Amazon.com

2Pcs Car Freshie Molds, Circle Mama Cheetah and Lightning Smiley Freshie Molds, Oven Safe Silicone Molds for Freshies, Car Freshies Supplies Molds for Baking Aroma Beads, Resin, DIY Gifts, Home Decor
$16.99 & FREE Returns
Qty: 1
Sold by: Yilin Craft
Amazon Prime eligible Join now
Add gift options

Choose a delivery option:
Tuesday, May 16
FREE Prime Delivery with your free trial of Prime
Fast, FREE Delivery prime
Wednesday, May 17
$5.99 - Shipping
Tuesday, May 16
$9.99 - Shipping

Place your order in USD

Payment Total: USD 24.17
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Place your order in USD
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Order Summary

| | |
|---|---|
| Items: | USD 16.99 |
| Shipping & handling: | USD 5.99 |
| Total before tax: | USD 22.98 |
| Estimated tax to be collected: | USD 1.19 |
| Order total: | USD 24.17 |

Amazon Currency Converter
Disabled - Pay in USD
EUR 22.58 USD 24.17
Change card currency

What is the Amazon Currency Converter?
How are shipping costs calculated?
Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Enhudam Smiley Face Makeup Bag Aesthetic Cosmetic Bag, Large Capacity Corduroy Makeup Bags for Purse, Travel Toiletry Bag Accessories Organizer Bags for Women, Washable : Beauty & Personal Care

**URL**

https://www.amazon.com/Enhudam-Aesthetic-Cosmetic-Accessories-Organizer/dp/B0BW82Z8DQ/ref=sr_1_127

**Collection Date**

Thu, 20 Apr 2023 11:39:09 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

eX/ICscvAXR5pvZkEtaR3xSs1+2x0blBazd9rrf1kYqrJ9bSSB3mcNSp26pplNF2hjM/NpWT6w0XJD+Iv3lfMaNK5NYkKwHTskcwWjb3+GFD9ltk735Eny6swjM5ZfcnzhkvEwjo8zb5lfSUX1tTitTmrKtZdbGYb7hnolK8OEM=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Enhudam-Aesthetic-Cosmetic-Accessories-Organizer[fs]dp[fs]B0BW82Z8DQ[fs]ref=sr_1_127]]_Thu,-20-Apr-2023-11-39-09-GMT.pdf

**Hash (SHA256)**

9546a50c8cdba8aa0dcab6768cb67e3d75542d47645055fdee88c6583d56334d

**Signature (PKCS#1v1.5)**

YjoGjyaq3nBbaBOQq4JhXottbvhAKtlMr8DK/2oEpdAx0QMU2BdZApnwl1ZPjCXB5vkbI9224tjmkEi6ljgDVkpZnpuUbrdE+4K//8BXT1FkMgWkf0O1ubhWpsVoCS1YLmAsiexPfwjvGDFRwLtYiT6kQl6qeRIQCxH/AfLp/C0=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 19 May 2023 23:15:31 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

116.68.96.16

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

aE7dKWQT9m7qJPmMeRIshE1vcOgDeKA5Pw1vWuIwSf5QwsCAV61/H9UBag/zUHDb2lpoXEqZafwIJNLr2qo+Eo1PDoOtDnlG2Tnq1fW5VPqCR6eyo3aJftc0v6AAuxdwZ9JjzBUVkhhw1KwSY9AcUny8Le1ZbE1I460LxCyt8/
r2idsc4gVAaKFvSsdqu7eLv3yWzL0yAjkjEfBFkBZxoHKsrSZ9fJC/WkmS7le38ik4ldHuX3jwcuJzhv+IMj/hA8ImZb5oQu+lBfUpYQKh7C1EM4VVBglbZ++Nan28J26UQWvBxZxu0MHoiZg/xNvGN/iRBV4H7ZPrOk42yohO4w==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Fri,-19-May-2023-23-15-31-GMT.mhtml

**Hash (SHA256)**

af7f1c8826256647bca9af17fabebd2cecdd7b9e962e9fa555b2da34beb2a2ea

**Signature (PKCS#1v1.5)**

YPbtGmlKA+znGwhTd5gYIii0DXBXPWUoglyk2ZwrDs1L7QLowQbdQ1U6iyXSSQEXtcmT5FL8Pq0dnVxTQXjux3DG1J8oT3eSvyOWEM6K7bJ0Spc3RmQIWX6ALVgFi6QX7cystYaBUeXGqtcnJkWENCqHZ/fMLPTo1Kn+1pYPN5gRWqYy2kXacOuLivyJW6GlY0w/wmHu5lCnOXBx02/
xIwcAKT4A2+8sHgC4XtIlKladaC7QvnjPXaOl19yNfoBFGRg0Hh5miLjrYD8nIae/w6bNr8JXNs1xtEJQRLh4tryqXjbeX5yH3goTD4XwPWQn+4MzYjwb1KJn/x97EjrvCQ==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items with your 30-day FREE trial of Prime

Get FREE Two-Day Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: May 21, 2023** If you order in the next 5 hours and 14 minutes (Details)

Items shipped from Amazon.com



**Enhudam Smiley Face Makeup Bag Aesthetic Cosmetic Bag, Large Capacity Corduroy Makeup Bags for Purse, Travel Toiletry Bag Accessories Organizer Bags for Women, Washable**

$5.99 & FREE Returns

Qty: 1

Sold by: Yinghudamai

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

FREE Two-Day Delivery with your free trial of Prime

Fast, FREE Delivery prime

**Sunday, May 21**

$5.99 - Standard Shipping

Place your order

**Order total: $12.40**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $5.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $11.98 |
| Estimated tax to be collected: | $0.42 |
| **Order total:** | **$12.40** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: YINSMALLQI 10Pcs Colorful Smiley Face Bead Bracelets Rings Set,Cute Rainbow Colorful Handmade Stackable Stretch Elastic Boho Beach Summer Braided String Bracelets Rings Jewelry for Women Girls : Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/YINSMALLQI-Colorful-Face-Bead-Bracelets-Stackable/dp/B0BX9MTKKM/ref=sr_1_308_sspa

**Collection Date**

Thu, 20 Apr 2023 05:55:59 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

MJ1Lf8vIoOI/jBTrtH8rPE12p4S2QBUeX7KN2W3UBXjquPdeiqkqDWMmXkqGxaBNJDfS7X+CvaLo5Hr5+OJ5VLQUw+j/IBslDCZr6IdBCfK7OASQNpdtjhL1Eu2F7QAae+G5ZPQOFnJ7KZpHedfIPZoV35fh+RwE0wSuTZipR3E=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]YINSMALLQI-Colorful-Face-Bead-Bracelets-Stackable[fs]dp[fs]B0BX9MTKKM[fs]ref=sr_1_308_sspa]]_Thu,-20-Apr-2023-05-55-59-GMT.pdf

**Hash (SHA256)**

88d4e6cb113dc0d8f6d8aea8770f19c15490be1464fa01db6c73066149436cd1

**Signature (PKCS#1v1.5)**

JxtPE2ol7YvAFBVycQvc7vQt5okUSJiZI5CV0Sdqyqg93QePW/3C1BiUPGrEOE48x0JZxeB2LYvdx0DPQHqTafDPHM2k5rn9bmM02tIoT7EXEHmnt3NXpHSrBT8XL3SAZ94JFFKJSszNMNoddRP60aqaPhq4gsalqfYtEkwr2FU=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 18 May 2023 05:15:23 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

cLAZjYUML1WEKNI+Gl5r9J6gnkAptHTMHN+1zGEuYEoIpIvVIUL21HUXKBCro916C9D+usGm5D+9jXqnScEjEX17cazFNGEafV
+dBHxTCgGCsC7QceMmlL5Dj7XgfUY22P2aD3BjUF25IoA04+4CYEqASn8LGqHuyRRizjcf9fH4gZ84Jk7MDlHs9alhyks6FMnMNAsbK5GfH8YCU89b91ZWa4EgSohQD0/Op
+TT9KJ6FK45UX77k3GgDfKXeyOLhXWBgTneV1dnIzEiGyFIVl5A0plENFhdy2ITiUZuM0bvEs1F1mTvz9iX5zXEfQeS4wanPx7tkQfRMDzIrZEj0g==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-18-May-2023-05-15-23-GMT.mhtml

**Hash (SHA256)**

29cd9a503088a7043c7f7b7c705823fb041f046c96ea861dc0dc0be0b836232f

**Signature (PKCS#1v1.5)**

Taqpx1ZnkFaFnWxDmiS/5wXhaP0KjugrXOIfhxH5FSeGZ8rDbGk6qnaUIzk4VY2q63b8aGLnSuVd8ZCJ+gDyHeHUp0rEeUWx+7INc6KDR7O3C2x4GHl1m15E+aSjrDjEruIlbAhdUAIU9/J2aN9G++reVNNi0koXFuol7qwL087Dhm2BMm/
ZhWMUtd0gYk6RIVPa4w4LqtI1r0OIKG93h9cVyQpXu5FADxbcc7t7qX4WTtQoKe29JMkvQeoZFUKGTbjdxTp2rC2KS4/+/Iq5r7PO19K97hmwTxTb8Y6GGG77/r7oXTC6QsULTNG4btuvYBeOSBQzp8ej2ggpsxyGdA==



amazon

Checkout (1 item)

1 Shipping address

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Change

Or pick up near this address - See nearby pickup locations

2 Payment method

VISA Visa ending in 9985

Change

Billing address: Same as shipping address.

Add a gift card or promotion code or voucher

Enter code Apply

3 Offers

4 Review items and shipping

FREE TRIAL

Jade, we're giving you Prime FREE for 30 days!

Get your Prime eligible items ~~Monday, May 22 by 11PM~~ Sunday, May 21 by 8PM for ~~$5.99~~ FREE

Get FREE Prime Delivery with Prime

No hassle. No commitments. Cancel anytime.

Estimated delivery: May 22, 2023

Items shipped from Amazon.com

YINSMALLQI 10Pcs Colorful Smiley Face Bead Bracelets Rings Set,Cute Rainbow Colorful Handmade Stackable Stretch Elastic Boho Beach Summer Braided String Bracelets Rings Jewelry for Women Girls

$7.66 & FREE Returns

Qty: 1

Sold by: YINSMALLQI

Amazon Prime eligible Join now

Add gift options

Choose a delivery option:

Sunday, May 21
FREE Prime Delivery with your free trial of Prime
Fast, FREE Delivery prime

Monday, May 22
$5.99 - Shipping

Sunday, May 21
$9.99 - Shipping

Place your order

Order total: $14.19

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Get FREE Prime Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Order Summary

| | |
|---|---|
| Items: | $7.66 |
| Shipping & handling: | $5.99 |
| Total before tax: | $13.65 |
| Estimated tax to be collected: | $0.54 |
| Order total: | $14.19 |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Q&D&S Funny Doodle Necklace for Women Smiley Middle Finger Necklace for Men Personalized Matchstick Finger Pendant Gift for Teen Cool Handmade Silver Jewelry (Silver+Silver) | Amazon.com

**URL**

https://www.amazon.com/Necklace-Personalized-Matchstick-Pendant-Handmade/dp/B0BDQVPXFS/ref=sr_1_295

**Collection Date**

Thu, 20 Apr 2023 05:55:11 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Uh72R1zLypULZu+QUvOD6EJVOAswiP8LXVSJdPOZUw9BW9BcgcAqeTg5dbG20fkOXdWw0SI9UIi3eE/fp5LQmU9+ZqNWeJQqTfd3I1GC73B84tYkioMrEHY5+Dtp0KMO0xKlnmebYk1FG4T26QvtNSbaCEuMmK1dVQfOb7bSd6I=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Necklace-Personalized-Matchstick-Pendant-Handmade[fs]dp[fs]B0BDQVPXFS[fs]ref=sr_1_295]]_Thu,-20-Apr-2023-05-55-11-GMT.pdf

**Hash (SHA256)**

e10966a09b630d1bf6e017b77f6def49ad8541d1cb10ca2a7932e2aa4a333bff

**Signature (PKCS#1v1.5)**

Z9EhtydHTbOzcivhMvDxf3JlYRXF7KZ1LCB0hgmfw8bST/iihDUZF1Q6ePi9coCMk8FKDGtT1L9T5OeQK/TAbJ0TUjSsz7lC6ZFiewmig+X4kIRLBeE6tWeelwUEheTEYYuuLujqwoYg34pLssn4RUY7dpyblJQwgvXrCksuM7Q=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 18 May 2023 04:08:06 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

fngwflMMY+gzc70ZDV/TniJClvTwaB0VhD8ophyM0u1XUKGzslUAiEHZAbCJY2/JJsmqThFjheQasiWsL6TbYvmJly6rqbr6lna2/1TQxjT804uepQtV2OKSb93A2Kw5TXvKL/Hgu1MpY6SYeUXNyke7u5Dery3qn59Z+GIM1U9BEwd4F3vWTEcuVpECD7J+xuej1PoBYvpl2inyhFp/
Fj80kXUSfIeBl53hBHadgC+kNr0VdtJLVUldwQbd571DGFF5R6KUL1SaMLMfIdgVyB/rHxAZGXtjEcIwS9OchZOAQwbmyFXlwuqmxzFu+zBautN28vaKgoI2znJu3Kzmqw==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-18-May-2023-04-08-06-GMT.mhtml

**Hash (SHA256)**

05f37c93f0546389d9f1f9ffe8db4a87bca94dc16ae8ef32dcf76ba8053e3edd

**Signature (PKCS#1v1.5)**

UfQNLJjhf/1yvXW/sJUbD8H4rPVhJDBCetXH+jjz43lZZOr/zLh1IyX5A8GmAbDAPFbwHfLWic2rMqR8iQNyC56QgzZotD4p5Ch0XegGiVgxeksg8AhRU+OM4YBKtFGpQzdTta1Z/
XyXPq1WhDPKLOmQlnmceSGnHa5EVWq9AcLLjE651tKodBmrwpFGRSFov9CdO3pcx3J6RpN8x1NQtcf8LEHcySBSxpEXzqIOlhHxpX6r1ixeAjTQC/ydus5GltEYFRoJmc0Ayp+4rRFD0uPqmOdG3OC1oJvyhAMHlWEWnJVzE+E8gyOiwHnDaSzcY+SsSaGl/g7ebWRmjK9w9w==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

**Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

**FREE TRIAL**

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items ~~Sunday, May 21 by 8PM~~ **Friday, May 19 by 8PM** for ~~$5.99~~ FREE

Get FREE Two-Day Delivery with Prime

No hassle. No commitments. Cancel anytime.

**Delivery: May 21, 2023** If you order in the next 23 hours and 51 minutes (Details)

Items shipped from Amazon.com



**Q&D&S Funny Doodle Necklace for Women Smiley Middle Finger Necklace for Men Personalized Matchstick Finger Pendant Gift for Teen Cool Handmade Silver Jewelry (Silver+Silver)**

$12.99 & FREE Returns

Qty: 1

Sold by: yishuo

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

- **Friday, May 19**
  FREE Two-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Sunday, May 21**
  $5.99 - Shipping
- **Friday, May 19**
  $9.99 - Shipping

Place your order

**Order total: $19.89**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Get FREE Two-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $12.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $18.98 |
| Estimated tax to be collected: | $0.91 |
| **Order total:** | **$19.89** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: NEZAM Ultra-Thin Smiley iPhone case for iPhone 14 Pro Max case (Green) : Cell Phones & Accessories

**URL**

https://www.amazon.com/NEZAM-Ultra-Thin-Smiley-iPhone-Green/dp/B0BDS8NRFG/ref=sr_1_133

**Collection Date**

Mon, 24 Apr 2023 11:10:05 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

gByCvQtbT/YVjwgxNbqYgh8H0NrXVtuXhcBabuOQN8ffleL+yE66+TiJnB2dwZQdLEKYDORetTLn4ZLxaudQtdSP2JP+Al0RITGEf5QDh0QhX8Xo50Q4DJLxVQqpf3dqAw2Xvid8YNRDQgI0jFOdQx2i3sWQcDcwVivcQoIIcXY=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]NEZAM-Ultra-Thin-Smiley-iPhone-Green[fs]dp[fs]B0BDS8NRFG[fs]ref=sr_1_133]]_Mon,-24-Apr-2023-11-10-05-GMT.pdf

**Hash (SHA256)**

e78d285986b5e239bd9091811b1c5f885690495a0200e561beb7f503aab91e38

**Signature (PKCS#1v1.5)**

RacOrmCsRB44zkd5BgKUdNXEH5JFPzNqqF/9iXXyxz79t+Gj71ZNg4sgpsjqi2Xc+BrmdR/pKin9lh2cRvTtmsqqQz5ZFITYuSzVyJgwiC68eolFhywtsmq/iGNi6OViCKEtLUY1HdL1wnuzbvMCJFa2B2QFHZ53I7mZUe/IbDo=



AXENCIS

Investigator Name: RemoteUser2

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Mon, 15 May 2023 15:27:29 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

RemoteUser2

**IP Address**

116.68.99.108

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

JfZEHARUDTBfAOQMAOqXobHF5/GT0hWdyhw6pL63FCfP3ZpUBUc7Os4OBisc3g7OZcv85KM7CBBVmeXgESr/HTThtweV9ui/Tm2sZUVgcK/Xqqa4FnTM1JPT8hpkdhjyUpSVVjXNaWZngd/
mmHopcehU3w7zjRaIdFIyRAegnYbcjcwMl0j6OkoGa4zv1ofz847xqc8WzNoHSruf98KTrMkZxdvtZkVZTM7yBed+8G7NPzAzhLM4gykkbyhsdiTMeyunH+SgEYnBVQv1thCLilMR254ooNOn5SUWt51ySmjD08cSUDsnLaAHOnlYNIpCLISbs3fvtVSOyMNHvRGfbw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Mon,-15-May-2023-15-27-29-GMT.mhtml

**Hash (SHA256)**

cf11e4dea599ce9ab1eef257f2a1931e3e229c2f0096fe98e2e847801811096d

**Signature (PKCS#1v1.5)**

QTR+Aj4WjRc1Wy1wv8Qz5042yA5KR8SmgpZgOqikdEuS7S1UOEsYHlKOSQ1d35TCULjfQ4tHLw+ZybZnj3My2UMnPJ6fL66hiFLSetvwmdkViTFRjzkVa8nVF0aw8AqlsdvWH4dWSp4R9Zb6b1N2aU0WwTH/xWEb/3eYW5JVQKCDWuiyyjsCa1BkGjw/dabyrc8ACiiTNDlc1AqX811sLUX4bBcxUa/
U2OPxB909dEWFAOC9YrOhQTh0vIo/HEiZ0HbiSxiAYzMCM26vPH70RW43mipyhAseExxSe0AKO+lsHyYlKoUhjZua1WxupnmcvkUkGgAjvaps5geJdqL7ug==

amazon

## Checkout (1 item)

**1 Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items ~~Thursday, May 18 by 8PM~~ **Tomorrow, May 16 by 8PM** for ~~$5.99~~ FREE

Get FREE One-Day Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: May 18, 2023** If you order in the next 12 hours and 32 minutes (Details)

Items shipped from Amazon.com



**NEZAM Ultra-Thin Smiley iPhone case for iPhone 14 Pro Max case (Green)**

$7.99 & FREE Returns

Qty: 1

Sold by: YiTingLife

Amazon Prime eligible Join now

Add gift options

**Item arrives in packaging that shows what's inside.** To hide it, choose **Ship in Amazon packaging.**

Ship in Amazon packaging

**Choose a delivery option:**

- **Tomorrow, May 16**
  FREE One-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Thursday, May 18**
  $5.99 - Shipping
- **Tomorrow, May 16**
  $9.99 - Shipping

Place your order | **Order total: $14.54**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Get FREE One-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

### Order Summary

| | |
|---|---|
| Items: | $7.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $13.98 |
| Estimated tax to be collected: | $0.56 |
| **Order total:** | **$14.54** |

How are shipping costs calculated?
Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: RemoteUser2

# Evidence Collection Report

**Page Title**

Amazon.com | JAMANDUO Women's Men's Happy Smiley Face Cowboy Hat Slippers Cute Retro Smiley Face Slippers Plush Comfortable Soft Memory Foam House Shoes | Shoes

**URL**

https://www.amazon.com/dp/B0C3MSPB5H

**Collection Date**

Fri, 12 May 2023 13:19:34 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

RemoteUser2

**IP Address**

2001:ac8:9a:d::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Z5pvyAUnulmBRncMcklUGUwt1CSUx9RImgGngCTpdQfPJiqAzkIgN8CEAch/Ci01aenYkbQr6ZqTj8T0MilCIOhD78bsKZoC06nfk2TTtmgVs0sGwCF0V348r3c5NV/
rC5jUeEQdfn5XsuXzUIxvqE6T0S1lflZ0eBVpXABfENyDVIz1fM0gm23+Y7JBGjeAfgtq7OZkdtePWQCaQerlft3nY5zLo3qJkP6TwTuDiUwSJwlwfSvNgvEajSvxWsVSbpa5wx+3UwSDpFydK6XTfZS9NKhaGQqD/4e3+TSM77TthsrRztKpXv2V96s//1kDQKvUjV9EiycNJ1PmmrP/Og==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B0C3MSPB5H]]_Fri,-12-May-2023-13-19-34-GMT.mhtml

**Hash (SHA256)**

8c7675b9c4fac98e3f27a77ec3c5030e6c4d443ab6a436eda65abe7b33c97ea5

**Signature (PKCS#1v1.5)**

Kx42b7uzEXx/T9C6ioLzPKi/Xd/aQyj9Q0cubwXmkhmrtAhT04GP8nBRdtBh2ziXOnq4pt6NRGKh69MluwdFrqb6wCDjwjxoelZYUV/7cNIR8N58Afla5jmLtPTPL79znulsdc7YAlxSAxZWpA/7CElr4f0NadA6o30Ts5ky2wB76de4vOzDaBB/No15710ulVAHuowdJiAt+lzl44Ji/
kqXqVtJ7uzdS6SYPU3mKlqArjxjFW6OCj+HbMonDXiPBw6k61LR6K2PtPcgXulXt3KPw/LDJRbYR5dpZuWWTYMUGYdemRv6ErORvSbNU5gbGaBe4Gphh/xF0N2O2sMnQ==

amazon | Deliver to Jade Miami 33132 | All | Search Amazon | EN | Hello, Jade Account & Lists | Returns & Orders | 1 Cart

All | Clinic | Amazon Basics | Amazon Home | Pet Supplies | Beauty & Personal Care | Home Improvement | Health & Household Products | Computers | Coupons | Smart Home

Amazon Fashion | Women | Men | Kids | Luggage | Sales & Deals | New Arrivals | Our Brands | prime try before you buy

Subtotal
$18.99
Add $6.01 of eligible items to your order to qualify for FREE Shipping.
See details

Go to Cart



$18.99

1

Clothing, Shoes & Jewelry › Women › Shoes

## JAMANDUO Women's Men's Happy Smiley Face Cowboy Hat Slippers Cute Retro Smiley Face Slippers Plush Comfortable Soft Memory Foam House Shoes



Brand: JAMANDUO

$13.99

FREE Returns

Color: **Hat Smiley**

Size: **5.5-6 Women/4.5-5 Men**

| 5.5-6 Women/4.... | 6.5-7 Women/5.... | 7.5-8 Women/6.... | 9-10 Women/8-... |
|---|---|---|---|
| $13.99 | $13.99 | $13.99 | $13.99 |

- Rubber sole
- The cute smiley face denim hat upper features a retro smiley face design, made of soft plush. Wearing it allows you to feel the comfortable and soft feeling of stepping on clouds. This smiley face slipper is very cute and suitable for daily wear
- This slipper features a soft plush lining and an interesting anti slip design, full of fashion, relaxed and happy, and easy to wear, bringing joy to your life
- The insole of cowboy hat and smiling face slippers is made of high-density memory foam, which can absorb noise when walking on the floor. The sole adopts a concave convex texture design, providing you with a sense of security, effective anti slip and drainage.
- The lightweight and durable rubber sole is very suitable for indoor and outdoor home use. The bottom has anti slip texture, making it very suitable for indoor and outdoor use. It can go out without changing shoes, making it very suitable for vacation and travel.
- Beautiful in appearance and fashionable in design, these home winter shoes are cute and elegant, perfect for wearing in cold winters. These retro smiling shoes are a great gift for girlfriends, mothers, daughters, etc.

Report incorrect product information.

$13.99

FREE Returns

$6.99 delivery **June 5 - 26**. Details

Deliver to Jade - Miami 33132

In Stock

Qty: 1

Add to Cart

Buy Now

| | |
|---|---|
| Payment | Secure transaction |
| Ships from | YIWEI STORE |
| Sold by | YIWEI STORE |
| Returns | Eligible for Return, Refund or Replacement within 30 days of receipt |

Add to List

Have one to sell?

Sell on Amazon

## Buy it with



+




**This item:** JAMANDUO Women's Men's Happy Smiley Face Cowboy Hat Slippers Cute Retro Smiley…
$13.99

Do It For Yourself (Guided Journal): A Motivational Journal (Start Before You're Ready)
$13.50

Total price: $27.49

Add both to Cart

These items are shipped from and sold by different sellers.
Show details

## Product details

**Department** : Unisex-adult

**Date First Available** : May 11, 2023

**ASIN** : B0C4Z4JM4C

**Best Sellers Rank:** #754,562 in Clothing, Shoes & Jewelry (See Top 100 in Clothing, Shoes & Jewelry)
#1,702 in Men's Slippers
#3,295 in Women's Slippers

## Videos

Help others learn more about this product by uploading a video!

Upload your video

## Looking for specific info?

See questions and answers ›

## Customer reviews

**There are no customer ratings or reviews for this product.**

## Review this product

Share your thoughts with other customers

Write a customer review

## Night out styles



Abvokury YUSHINY Beaded Handbag for Women White Pearl Decoration Evening Ba…
623
Amazon's Choice in Women's Evening Handbags
$25.99
Get it as soon as **Thursday, May 18**
FREE Shipping on orders over $25 shipped by Amazon

WDIRARA Women's Summer Solid Split Hem Zip Back Mini Workwear Skirt
3,017
$29.99
Get it as soon as **Thursday, May 18**
FREE Shipping on orders over $25 shipped by Amazon

ATIMIGO Statement Drop Earrings Large Metal Rectangle Geometric Dangle Earrings Silver/Gold for Women…
2,382
$10.98
Get it as soon as **Thursday, May 18**
FREE Shipping on orders over $25 shipped by Amazon

PAVOI 14K Gold Plated 3mm Cubic Zirconia Classic Tennis Bracelet | Gold Bracelets for…
22,724
#1 Best Seller in Women's Tennis Bracelets
$17.95
Get it as soon as **Thursday, May 18**
FREE Shipping on orders over $25 shipped by Amazon

PAVOI 14K Gold Plated, Gold Vermeil, S925 Sterling Silver Cuff Earrings Huggie Stud |…
19,420
Amazon's Choice in Women's Hoop Earrings
$12.95
Get it as soon as **Thursday, May 18**
FREE Shipping on orders over $25 shipped by Amazon

LYANER Women's Ruffle Short Sleeve Tie Up Back Crop Top Off Shoulder Bardot Blouse
6,006
$23.99
Get it as soon as **Thursday, May 18**
FREE Shipping on orders over $25 shipped by Amazon

Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell products on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a package delivery business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Your Recalls and Product Safety Alerts
Help

amazon | English | United States

Amazon Music Stream millions of songs | Amazon Advertising Find, attract, and engage customers | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Sell on Amazon Start a Selling Account
Amazon Business Everything For Your Business | Amazon Fresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Experienced Pros Happiness Guarantee | Amazon Ignite Sell your original Digital Educational Resources | Amazon Web Services Scalable Cloud Computing Services
Audible Listen to Books & Original Audio Performances | Book Depository Books With Free Delivery Worldwide | Box Office Mojo Find Movie Box Office Data | ComiXology Thousands of Digital Comics | DPReview Digital Photography | Fabric Sewing, Quilting & Knitting
Goodreads Book reviews & recommendations | IMDb Movies, TV & Celebrities | IMDbPro Get Info Entertainment Professionals Need | Kindle Direct Publishing Indie Digital & Print Publishing Made Easy | Amazon Photos Unlimited Photo Storage Free With Prime | Prime Video Direct Video Distribution Made Easy
Shopbop Designer Fashion Brands | Amazon Warehouse Great Deals on Quality Used Products | Whole Foods Market America's Healthiest Grocery Store | Woot! Deals and Shenanigans | Zappos Shoes & Clothing | Ring Smart Home Security Systems
eero WiFi Stream 4K Video in Every Room | Blink Smart Security for Every Home | Neighbors App Real-Time Crime & Safety Alerts | Amazon Subscription Boxes Top subscription boxes – right to your door | PillPack Pharmacy Simplified | Amazon Renewed Like-new products you can trust

Conditions of Use | Privacy Notice | Your Ads Privacy Choices
© 1996-2023, Amazon.com, Inc. or its affiliates

AXENCIS

Investigator Name: RemoteUser2

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 12 May 2023 13:24:31 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

RemoteUser2

**IP Address**

2001:ac8:9a:d::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

lNYGJnwU64UJ63GhjQH8K2hoLydli6ckJ/HZVjMkMMlYkUzb4ucBsPbSUIf3SLbUWixeVrbugZQBZ31ZM1VkqcBIrv+oUIjB6DQF83C0akXqXcSAUPyKoU3MkJ0Cj+dN8vc2uI93QRXXirVxgkPtWrDt3VQnVA8pedxAiLhHTmqfBZ7I0j5Ee8fjLD1vEc7KQMZjgzAk/
T3TUARVAf2BufbPls1jpt9HrM0RrgSoE+Hbsk2nIubtfu8I05qusdejsQfVOw67j63Y5oUzlXFy2gJGA1/Gyz0tYm5ojbqH5sVp6n+40RvNEVrhnPw4XNbp9eT7FSL+e3RlqCgOMRMu1Q==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Fri,-12-May-2023-13-24-31-GMT.mhtml

**Hash (SHA256)**

646031f7dc7b241ded6885d6af43b1fda33d0dde26c86609103b7cbb3e950faa

**Signature (PKCS#1v1.5)**

sRnhqnF0sUOoRsioGe1sA4VePsl2O8VnHKoVIGLqnO2RaQhwJbda+GEHSqgfgLvLt9A69fSDcOG2pmmF1H5iqXoUivQdbtDQN8aa90INkdB5OZ2JPJqFGooaPPckc+8ueUPmW2HirM/
VVfSIv5TLIK52vvAZ5qLiNSmJqnD7MK55cPBVEpQFHc8xB4Jf7TVdK91Z4VkcwVYrTPLPEcfaZ00KDokKduhgCcE1dmuNzBOTnjIIy+rzZVoOA4EgITBqPK7T1LmAaV/VktBGVmnvWuwj09SDzgWU1U2q0JB+8zqFmECqEZLC521ZDw2jJcAvTwW+SM2Jie/+JlSxfkYd5w==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Change

**2 Payment method**

VISA Visa ending in 9985

Billing address: Same as shipping address.

Change

Add a gift card or promotion code or voucher

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you 30 days of Prime benefits for FREE**

Try Prime FREE for 30 days ›

**Estimated delivery: June 5, 2023 - June 26, 2023**

Items shipped from YIWEI STORE



**JAMANDUO Women's Men's Happy Smiley Face Cowboy Hat Slippers Cute Retro Smiley Face Slippers Plush Comfortable Soft Memory Foam House Shoes 37-38**

$13.99 & FREE Returns

Qty: 1

Sold by: YIWEI STORE

Gift options not available

**Choose a delivery option:**

Monday, June 5 - Monday, June 26
$6.99 - Shipping

Place your order

**Order total: $21.96**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $13.99 |
| Shipping & handling: | $6.99 |
| Total before tax: | $20.98 |
| Estimated tax to be collected:* | $0.98 |
| **Order total:** | **$21.96** |

How are shipping costs calculated?
Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: 480 Pcs 14 Colors Acrylic Smiley Face Beads for Jewelry Bracelet Earring Necklace Craft Mobile Phone Pendant Making Kit (Multicolor)

**URL**

https://www.amazon.com/Acrylic-Jewelry-Bracelet-Necklace-Multicolor/dp/B09G6G33KQ/ref=sr_1_16

**Collection Date**

Wed, 19 Apr 2023 07:32:09 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

KXulFzwWcgKUZm1A+XtX7XiGRlpChwYULpIDXSJ0mCYYQ8ZFersdgqWxPfBJih5lNa+nLEtwXAZ0Pew6AEwnQcmtDc6NC+6u/JExpJETVDJXyuY0lET6WRIsaQmFHS+YLshbDHun47juiAv19ybBwL/zLQfxhIFAOdUxz/gvoO8=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Acrylic-Jewelry-Bracelet-Necklace-Multicolor[fs]dp[fs]B09G6G33KQ[fs]ref=sr_1_16]]_Wed,-19-Apr-2023-07-32-09-GMT.pdf

**Hash (SHA256)**

517b45e7005f490fcd7b0b0928c2552bd7a263eb09643ab7a2b76af6de03c6b5

**Signature (PKCS#1v1.5)**

ct6NzbAh4vijA5zvh/KHFgrsnswLyAUZ3NXTlcGJpC/GnvnJKUfAb5B8pCzMSXFVPdL+Xe4Vka7cRs0afgcDEVo8EfwSFcK8eJE+cKjSJuetzCJuYzWh91c8A4b0We2xc5O/s0UKj+mQdlbKwkvqu++ZVs2dojjRuyeWF/Y3rXA=



AXENCIS

Investigator Name: Sian Kelly

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 05 May 2023 07:53:52 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sian Kelly

**IP Address**

**Browser Information**

**Digital Signature (SHA256 / PKCS#1v1.5)**

K+4EcCZ4q2/b7DBhIgRSu90+2EmctlUsQMd+J8+uo/cyBfu7w7qtpp7ps34SiUtKIhrNlqkePjZmD/7W0VmCtUY/xofdJd9ITvLA5wPq/ye5PExsrkamlcvxJQiQ4xQIHFtf5M2tVyZpyzBmgVo9c1FUVYeWoru+9170W3jFvl3Q7uMYaDF9d/Xa4408rhhJobNAEsSuTBRY4gS
+kc2pjQlpm8uHhpC389a/V1VYGaUHEhstWPX1DZQxnHHUaS5ncvH3i/R2yYQvFM5O57dwxv7v1ND6jmZOSQsBXtmhy/my2UPHrn9qryi6Cvs7kqD50WV4jPC+xD4yQp98gn4dZg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Fri,-05-May-2023-07-53-52-GMT.mhtml

**Hash (SHA256)**

1fe6803a9a8abe893e4e1abab23276aabcf7ba9189cefab6e21110390bb236cf

**Signature (PKCS#1v1.5)**

DFGTlm6TEuhUXAEZzr7ec1tYh4Q5xc7a30d3NWc+HYgjW4NI93i0lhK7Y5nrtWYxzypPwwqXf+j9bS0Vu33uHthEh4dZKOzJ4nOpbWfjdzgVzrXxbZ58hTDw0mwiy8AQkvVSwuE7WT6ACn3jErjZ8GV3fsWPbNIy57UaTaBT5TRpxewTuEOXeio/EmbDSenZbfethUkwc38gDEs
+Jz422Y9pQ7CiA6VLuNNjkEiXm/a4eHh6avXvrUT7MesdCEx8J++YKQoKBcdEZusUUNfuZ8sEWdoyGVmlSTSEOlokEqCiy7o/iKypkseL4PxhAhvbeEbusVKsmw5ubQCeSGvN+w==



amazon — Checkout (1 item)

1 Shipping address

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions
Or pick up near this address - See nearby pickup locations
Change

2 Payment method

[redacted]
Billing address: Same as shipping address.
Add a gift card or promotion code or voucher
Enter code | Apply
Change

3 Offers
Change

4 Review items and shipping

FREE TRIAL
Dolly, we're giving you Prime FREE for 30 days!
Get your Prime eligible items ~~Monday, May 8 by 8PM~~ Sunday, May 7 by 8PM for ~~$5.99~~ FREE
Get FREE Two-Day Delivery with Prime
No hassle. No commitments. Cancel anytime.

Delivery: May 8, 2023 If you order in the next 20 hours and 6 minutes (Details)
Items shipped from Amazon.com

480 Pcs 14 Colors Acrylic Smiley Face Beads for Jewelry Bracelet Earring Necklace Craft Mobile Phone Pendant Making Kit (Multicolor)
$13.99 & FREE Returns
Qty: 1
Sold by: Yiwu Shengtu Stationery Co., Ltd
Amazon Prime eligible Join now
Add gift options
Item arrives in packaging that shows what's inside. To hide it, choose Ship in Amazon packaging.
Ship in Amazon packaging

Choose a delivery option:
FREE Two-Day Delivery with your free trial of Prime
Fast, FREE Delivery prime
Monday, May 8
$5.99 - Shipping
Sunday, May 7
$9.99 - Shipping

Place Your Order and Pay
You'll be securely redirected to MasterCard to complete this transaction.
Order total: $20.96
By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

Get FREE Two-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.
Try Prime FREE

Place Your Order and Pay
You'll be securely redirected to MasterCard to complete this transaction.
By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $13.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $19.98 |
| Estimated tax to be collected: | $0.98 |
| **Order total:** | **$20.96** |

How are shipping costs calculated?
Why didn't I qualify for free shipping?

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Smiley Face Pearl Choker Necklace Cute Flower Pearl Necklace Love Fruit Animal Dessert Hademade Y2K Necklace Preppy Jewelry for Teen Girls Women (F): Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/Smiley-Necklace-Dessert-Hademade-Jewelry/dp/B097C5VSYN/ref=sr_1_48

**Collection Date**

Wed, 19 Apr 2023 11:44:34 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

ALjRPDfHGab93m3UDNoBvBMbxSG+e/TCpxOKP5MASqCuc6JAGUrdsDz/F3+yQz6ComhLeJqgqh+Us2g6d5nKft9OLSbf5iqwcv6KbjXHhT2cbcLE9GXDaFKpihC6U3xQR4jj4U2f2vHcOjTaloKPdIuz4blH72o72OQcEtXOMCM=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Smiley-Necklace-Dessert-Hademade-Jewelry[fs]dp[fs]B097C5VSYN[fs]ref=sr_1_48]]_Wed,-19-Apr-2023-11-44-34-GMT.pdf

**Hash (SHA256)**

3beb76a72b2560e9f4cad78f28586c81fa1873ecf121da6eca38390f50f17a9f

**Signature (PKCS#1v1.5)**

rSPRSWQaw84N1prusga41znE8vymCPr0MLuFRpnzBO124Qq3htO3OdJXZOo/jWb6U29NNuX2+mYVvEXPtHgdvtz53DKhICeP3zQAFx1MHwQQTYW7IAmwD0EpdHwZsjUTWdJm7TOzNJd1/7IR2J812suYw33PZoPm2ebxWePIii4=



AXENCIS

Investigator Name: Abu Bakr

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 16 May 2023 12:07:57 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Abu Bakr

**IP Address**

27.147.190.160

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

TTxQkd/y1ObhsTUggPah8lO28f8xGqNRna9ZOpYa6OJZWwOL23NbA8yoIcqAG9I00pB1zEpgXcANxLpVtxyPhCB5BvGBH7H1lVTuQ0AS0VdgyfIQO0KHv4tz
+EO0X4Dgxur7FvoqqJpCe62nBQtzY2Nha2hshrdMwIuGF6RkXNw9qDAHqHR2NNp7LnlUM9qbXWhCTpgSECT5OjCwF6Kdwwx9w4Avc0z1k6iLXic0COE0+s6uqgL2QcOeECI2pNmrWgbMQoDpaiOjKdH8OrMZP/
yY0AfwRCdBPUg2KXdLkgZqhZJ6vUVoPeIpvVt42udxdwnBGk4PWIE5xvwDA6k4xQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Tue,-16-May-2023-12-07-57-GMT.mhtml

**Hash (SHA256)**

9b27b0a2235808c6ae927c5e9bd5b282610b738ef57e394d5ed9c30c34d48f7e

**Signature (PKCS#1v1.5)**

nMiud5Snkb8NxTUl/+bTYuxrYTznRa4lKfOUNqb74y+IL6w2fbRQOkAjakLKjkJfZg64uE6div9SwoVEJHMnEItpPaBhT1Opwwr8LGtPSeXc+aUtSfOBDdh0sbuzEWoMcEclNXwSrppnxh9uIMmo37jZCWx78sP81tBFRAHWSjCFHXBQw9uiKBo2yeNyqyf5f4jCg7RNwVM/
uIwfy1IFFLpB7CA1FdesPHLx3FS8HCQ42GAJEqrkegpBfOIJagondo2KoiT2atNcuw1+s4SLTtrWtpetGLI3okMxnO4u347kxYH/TLBBmVGMBf2Bbv6w7uGbFInc8f9gx/Q563ivMw==



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Smile Face Case Compatible with iPhone Xs Max, Trippy Shiny Colorful Smiley FaceCase for Girl Women, Unique Soft TPU Bumper Cover Case : Cell Phones & Accessories

**URL**

https://www.amazon.com/Compatible-iPhone-Trippy-Colorful-FaceCase/dp/B09Q86T12C/ref=sr_1_219

**Collection Date**

Mon, 24 Apr 2023 11:48:47 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

dRmv80mBeViVX2D4EMhKPMO3gJjDmRD2FSlGvKkF7xeaWGNAjO7iBphX21GbAVLQZUnpDCfSJqPD4t7yBFUYxiAL5WWoMDoMrcHKEkLxo8/eySuuvLWoTy6ii6Fq21l+DAjdHkXFcfcIIMgDleb/KT1gCsOPBCiiuHolZI5lGRE=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Compatible-iPhone-Trippy-Colorful-FaceCase[fs]dp[fs]B09Q86T12C[fs]ref=sr_1_219]]_Mon,-24-Apr-2023-11-48-47-GMT.pdf

**Hash (SHA256)**

7112128fcd6c6316812ccd77b9844b4e322ff337fbaf9972552e7ddaae17ff8b

**Signature (PKCS#1v1.5)**

oGifZSkL+9cgS4i/aN47mZSivVLYEsevRnbFZYFuw0ZXnOj/y0QFGrDjT0qUGklJ9ZGcTW6fQnGxFuva8xWCmJkiMI93SOwlUOo/hmrVBbrncf7V5SD9ECpCts8iJGDRTY42rXzz4GdREX2SuQQs4Cthaq35fAfZcVUneXxrf2s=



AXENCIS

Investigator Name: RemoteUser2

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 16 May 2023 04:13:34 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

RemoteUser2

**IP Address**

202.83.57.61

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

aXCRs7ht5u+aSzQluPAeoSRNkzve1m5FjwtfkxB0rSZ1ZZqgxzgxRlOY+FvOZ4eXYYlxlvR5cKduHjZziKw6iXTLNB1Z+9gUdyuioZCrhAYbM9WOKZ+j1ROEQkObHIJA0EaGiD9LeiQCSfXKqGCaXKdN2wKEIq7S3hlVQFVl7xIjPdwLQNvkHaNBF+0FlADcQ8PcI+fsLQugtLHlne8TYW5/
FWR4BcWzYUcDKNNwJ9CvnmzR0ssM2ceOS836NBHUz8/dYm4iKVIq9nr/vWKsDwbZaFDExHmEffQl0fBzZXbVS3p0COwm+qykccKpQ++j7spNMCadQkbCmxcVxkCN5Q==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Tue,-16-May-2023-04-13-34-GMT.mhtml

**Hash (SHA256)**

78c130cca56249f76e3781f85e7094b349486e8d8de54435ff79f35ca998be69

**Signature (PKCS#1v1.5)**

b2W+4hQy3WmGMkTo6bjefgDkGTLZF1IyEyA3Xld0FmVaxDbtGWwauWsCwYMsNXUxIaIQyhYOroBE817VixD8Ig8PnpNmC1cSFymQ9m4Hjgb5Xt8gPjinTdCt8j1CYodHzBBqVKpXyh4le13dpM9IzVwH5auUeUJ9Zh8nP8uhMLOunIm4sdg4FZA+MUyrdq30gm
+2AjD2AZR4Ue8Vn2Hj0UthcC8KJOxoz4fMUbotEkvZRhgGUxzLMrt0eS1g7xIE3v0nT2KAwgqYiTHgRUNvqShPzz1h+wgptV4aSK9HryEGNGkbegXdeFqAOcRXj4h8H9NTUV9PhLLGIIlz1F36mg==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items ~~Friday, May 19 by 8PM~~ **Thursday, May 18 by 8PM** for ~~$5.99~~ FREE

Get FREE Prime Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: May 19, 2023** If you order in the next 23 hours and 46 minutes (Details)

Items shipped from Amazon.com



**Smile Face Case Compatible with iPhone Xs Max, Trippy Shiny Colorful Smiley FaceCase for Girl Women, Unique Soft TPU Bumper Cover Case**

$8.00

Qty: 1

Sold by: yiwushijimeidianzishangwushanghang

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

- **Thursday, May 18**
  FREE Prime Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Friday, May 19**
  $5.99 - Shipping
- **Thursday, May 18**
  $9.99 - Shipping

Place your order | **Order total: $14.55**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Get FREE Prime Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $8.00 |
| Shipping & handling: | $5.99 |
| Total before tax: | $13.99 |
| Estimated tax to be collected: | $0.56 |
| **Order total:** | **$14.55** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: XSILA 14K Gold Smiley Face Necklaces Enamel Happy Face Necklace Pink Necklace Preppy Necklace for Women Girls : Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/Smiley-Necklaces-Enamel-Necklace-Preppy/dp/B09DXXLD7W/ref=sr_1_1_sspa

**Collection Date**

Wed, 19 Apr 2023 11:35:06 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

cpzLoXXA7MQ2Ff6ZMbwSDiHutJR7ydhaXJvf0AV9HeGZIlCuS/fY2Af1SB/DceKFZ/xGSKhAwcYkpzZDFxioMrd/hKChm2pxHp9h8JzvIhEnRB57QB3ImDckQzcxu+z8b3WPXEuDlsGVALGzuXqdfNSwGn3vPaljF9KMZqrwIR8=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Smiley-Necklaces-Enamel-Necklace-Preppy[fs]dp[fs]B09DXXLD7W[fs]ref=sr_1_1_sspa]]_Wed,-19-Apr-2023-11-35-06-GMT.pdf

**Hash (SHA256)**

bf210abf279278e823429674df0dcf25edb18a0f8cb94299a29b2d02a6047d60

**Signature (PKCS#1v1.5)**

dwZ86qaqN0jpluLNfxDinQ7egKaqmiw4AzyIPJ35iDGeh60/lh+tHH95wj3f8OxYugH5QbZ2x8ka7iZbQTkqVUU30cP2dtdUKlIW4yY4ZCVKBbLlRpGRMGle3qzENpt5BkugwAgXNIaRku47TkVdkY2ZUNQlwhxDhzXHastKT5Y=



AXENCIS

Investigator Name: RemoteUser2

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 11 May 2023 09:50:09 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

RemoteUser2

**IP Address**

202.83.40.99

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

ZcGKzhs9j0iRycYcCZcR57PkHnC5vIwK1SJ1tggva6tkfxj2r1z5pJdUD592wXOJ511cc1AEjQHmx2P66tQ60AKaW/JQsWlg0UCIXokQoew00QPWT5zur65gauBZU4vP99Io6n+K080py0qhQtzaRKmv55H+
+OcqR4atnGeGWEd7SFJhrdam/0vMmkUvW7Pwg6VpgGVYYiCpSD4wnvayEBjobGDjv0ny2OrSo/vvM3VaWUoBZmSLUYYlmOKcIq93di6nEKjYG0YOUQVof14n4FggRRLVAc6sKpdk8LJB4jRfc4zZ69geXtuYZU7eYYycFlmDGA+Pi0yt0EWk0I0Q1w==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-11-May-2023-09-50-09-GMT.mhtml

**Hash (SHA256)**

ffb6a48d98b376e260e04ebff941714924616f625e8e9356353f366acb190650

**Signature (PKCS#1v1.5)**

Co0/JgHuxZHhXXeluFBq4Kx6e4Jmuhk4rMVS3Xu1gskIldQb/1MJC78pfT9lVIrHexOCM2HWr4IIxNZcmHlj/rj/l2vC+Vd2L2glQMXMJEd3C9wCBQn6cNkDaD0/C4NS+fIWe5aUiDHXRo9U11JYOJmDOcw38d/eQdYhwSilX3ubkecyZ7S7OBcZrnkytRlD5BnRAbm74wngqtff
+cZFsSznbqy1NOF8sXx2tge/YpeC15BFs+sOQxyjv0Gx3lJYKnMij1I4lnrM3TFRoeKAInlml+BjVkB9/F88txAXgP2JieAtnZYkWQXpNt2y7zAnNCl68UyojoNHxG+aJvvI0Q==



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com : 2pc Glitter Jelly Smiley Face & Donut Cute Badge Reels | Acrylic Shaker Happy Smile Face Badge id Retractable Reel Clips for Nurse Healthcare Medical Assistant CNA Pediatric Gifts Accessories : Office Products

**URL**

https://www.amazon.com/Retractable-Healthcare-Assistant-Pediatric-Accessories/dp/B0BRB1YCVG/ref=sr_1_18_sspa

**Collection Date**

Wed, 26 Apr 2023 08:12:55 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

QW7g97LOrDbAkVZ4JaY7EVMrWMP6h5CZO2KFow0yEzSg9eWRSqdFJdV7iB8xDYyMvqxU0eO4NACacK8u+6zxI5IHIGfpY4qebTS4aEqkPG9otm6RWhWPtY8lZo6HBFkVZYkSJaM9qYk50g4zz12dKA9Xj2rDAhdDIO19wlW7JU0=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Retractable-Healthcare-Assistant-Pediatric-Accessories[fs]dp[fs]B0BRB1YCVG[fs]ref=sr_1_18_sspa]]_Wed,-26-Apr-2023-08-12-55-GMT.pdf

**Hash (SHA256)**

90cb8df332133337f0785524999e67fc3a01c0017fa6fbb9b906dafcbb2e6ac9

**Signature (PKCS#1v1.5)**

S1zYnNuxd42OvAxZT8OfJarpszjBFejfLWmtT75pXugGGig/nEFpB9aZgoubbnWZc/2Vt6wh2VC6/r7rR6GNvgaN4DePcJAMGNlJbrcjUcNJqQpL4jk87gNmwadLcL+0L3xKSWFVdsorGyViQooLBinv2aM2B3p6LvHsx2JhYDg=

amazon Deliver to ozbaldo Miami 33132 | All | smiley badge | EN | Hello, ozbaldo Account & Lists | Returns & Orders | 0 Cart

All Clinic Prime Video Amazon Basics Buy Again Prime Best Sellers Customer Service Today's Deals New Releases Books Music Amazon Home Gift Cards Coupons Pharmacy Health & Household Products Registry

Office Products Office Deals School Supplies Printers, Ink & Toner Projectors

‹ Back to results



Roll over image to zoom in

## 2pc Glitter Jelly Smiley Face & Donut Cute Badge Reels | Acrylic Shaker Happy Smile Face Badge id Retractable Reel Clips for Nurse Healthcare Medical Assistant CNA Pediatric Gifts Accessories

Visit the YJ PREMIUMS Store

(3.0) 1 rating

$6.99 ($3.50 / Count)

FREE Returns

Get $50 off instantly: Pay $0.00 upon approval for the Amazon Rewards Visa Card. No annual fee.

| | |
|---|---|
| Brand | YJ PREMIUMS |
| Color | Multi-color |
| Material | Acrylic |
| Number of Items | 2 |
| Closure Type | Clips |

### About this item

- Pack of 2: Stay organized and show off your personality with these fun and functional nurse badge reels! Featuring a smiley face and a donut, The fun and playful jelly design is a great way to add some personality to your work attire and show off your passion for nursing.
- Durable materials: Made with high-quality materials, this reel features a durable clip that attaches easily to your scrubs or uniform. The retractable cord allows you to easily scan your badge without having to remove it from your clothing, while the cute and colorful design adds a touch of personality to your workday."
- Retractable cord: As a working professional, you need a reliable and functional way to display your ID badge. This nurse badge reel is the perfect solution! The durable clip easily attaches to your scrubs or uniform, while the retractable cord allows you to easily scan your badge without having to remove it from your clothing.
- Occasions: these nurse badge reels are great gifts to your colleagues, friends, family members, relatives, classmates. They are also a great conversation starter and a way to connect with patients and colleagues who share your love of cute and playful accessories."

Report incorrect product information.

Add your 30-day FREE trial of Prime and get fast, free delivery

$6.99 ($3.50 / Count)

FREE Returns

FREE delivery Tuesday, May 2 on orders shipped by Amazon over $25

Or fastest delivery Tomorrow, April 27. Order within 15 hrs 38 mins

Ships from nearby

Deliver to ozbaldo - Miami 33132

In Stock

Qty: 1

Add to Cart

Buy Now

| | |
|---|---|
| Payment | Secure transaction |
| Ships from | Amazon |
| Sold by | YJ Premiums |
| Returns | Eligible for Return, Re... |
| Packaging | Shows what's inside |

Details

Add a gift receipt for easy returns

Add to List

Have one to sell? Sell on Amazon

Buy it with

Total price: $31.97

Add all three to Cart

This item: 2pc Glitter Jelly Smiley Face & Donut Cute Badge Reels | Acrylic Shaker Happy Smile Face Badge id Retrac… $6.99 ($3.50/Count)

… $12.99 ($1.30/Count)

… $11.99 ($2.00/Count)

Products related to this item

Page 1 of 58

Popular items from YJ PREMIUMS

HAIR ACCESSORIES | BADGE REEL | HOME DECOR | PHONE GRIP

Compare with similar items

| | | | | | | |
|---|---|---|---|---|---|---|
| Brand Name | YJ PREMIUMS | MightyPhine | Eersida | Boutilon | ROSEBLYN | Boao |
| Color | Multi-color | Smiley | Pink | 1 Pack Silver | Gbr-mix2 | Heart |
| Material | Acrylic | — | Acrylic | Plastic | — | durable plastic, metal, resin |

**Product Description**

2pc Glitter Jelly Smiley Face & Donut Cute Badge Reels | Acrylic Happy Smile Face Badge id Retractable Reel Clips for Nurse Healthcare Medical Assistant cna pediatric gifts accessories

## Looking for specific info?

Search in reviews, Q&A...

## Customer questions & answers

No answered questions yet

Post your question

**Product information**

### Technical Details

| | |
|---|---|
| Manufacturer | YJ PREMIUMS |
| Brand | YJ PREMIUMS |
| Item Weight | 1.44 ounces |
| Package Dimensions | 6.14 x 4.13 x 1.57 inches |
| Color | Multi-color |
| Closure | Clips |
| Material Type | Acrylic |
| Number of Items | 2 |
| Manufacturer Part Number | Smiley-FaceXDonutXShaker-Badge-Reel-2pc |

### Additional Information

| | |
|---|---|
| ASIN | B0BRB1YCVG |
| Customer Reviews | (3.0) 1 rating<br>3.0 out of 5 stars |
| Best Sellers Rank | #128,647 in Office Products (See Top 100 in Office Products)<br>#3,951 in Badge Holders |
| Date First Available | December 29, 2022 |

### Warranty & Support

Amazon.com Return Policy: **Amazon.com.tr Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to tell us about a lower price?

## Videos

Page 1 of 3

Videos for related products

Smiley Badge Reel with Star Glitter — MightyPhine Products — 0:16

Watch How Long These Heart Retractable Badge Reels Go! — Littlemama Reviews — 2:19

cute nurse badge reel — Nicime-D — 0:38

Badge Reel Chill Pill Nurse Doctor Name Tag Holder with Clip — Acclaim Status Co. — 0:15

Sponsored — BadgeBright … — BadgeBright

Upload your video

Similar brands on Amazon

Page 1 of 2

Sponsored

Customer reviews

3.0 out of 5

What do customers buy after viewing this item?

Best Sellers in Office & School Supplies

Inspired by your browsing history

Your Browsing History

Back to top

amazon

AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 02 Jun 2023 08:29:18 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0d:5600:8:36::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

iloyB6VhvDBFji95hIv93lurKkq3PmrsjbODAGmlrHUt6dEvN9/7HYrSW0lRZa5ed58AMy3GMMenfMdndcK1CMCG0/uPtdkbT1S0VwNoSjOZOUCADggbZjxx3tFN1qsPS4REBmDJAHa4HezqcGmN3aFS3smx90cS4KjmwbduQiaqaT/jNPyNRRi4xZF7kJjZIettF4RzIrNPwSIgyYI3sHW/
yNeU74UDxiMphmTJmTcZ8u0wFcojs5EoJnSryHH30JbHjRh8/nYs39aX36YhO3QYtnY5YVHxZ7BimDLPidCikgtvWHw6eX797E11SjnoqkASY0l1m/Pe30vy4wBAqA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Fri,-02-Jun-2023-08-29-18-GMT.mhtml

**Hash (SHA256)**

6c236b5278c307a9e7312447f1119295a063d800b8a54e2140297b20d5460ae5

**Signature (PKCS#1v1.5)**

UPmxZyOGhWqECG2uOhEnMjDlRZLEc6H5izvi6i/XoqLS2uUiGS0+QmDABrBJeiOyrMJ81ZwmD9oX6mRxTS4tjHFD9T6gUxSe72guxRpGwse6YSeNCCP6Gp2l1Hnh2r8lr4OWIJLC5EzPk1gVWk4ml8ZA7iCeS7coaWP9wMJRpi
+ipCeoUb9ug2VBTo2KrSX1w18JMgKOCxvRDMbniHPXj1OY0pMyYsteu05+Ra4XcjqeCbB+ZAnHE/9HR51QE1RNnagxT4kzFK7BJpdsGCff30h5V6T1rzc9YJUDbNH64f1IBP1wWIBDYVGLILDkQb9bo9sEYGs8EpQDxZFoSFP0fQ==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

Change

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items with your 30-day FREE trial of Prime

Get FREE One-Day Delivery with Prime

No hassle. No commitments. Cancel anytime.

**Delivery: June 3, 2023** If you order in the next 9 hours (Details)

Items shipped from Amazon.com



**2pc Glitter Jelly Smiley Face & Donut Cute Badge Reels | Acrylic Shaker Happy Smile Face Badge id Retractable Reel Clips for Nurse Healthcare Medical Assistant CNA Pediatric Gifts Accessories**

$6.99 & FREE Returns

Qty: 1

Sold by: YJ Premiums

Amazon Prime eligible Join now

Add gift options

**Item arrives in packaging that shows what's inside.** To hide it, choose **Ship in Amazon packaging.**

Ship in Amazon packaging

**Choose a delivery option:**

- Tomorrow, June 3
  FREE One-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- Tomorrow, June 3
  $5.99 - Standard Shipping

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

**Order total: $13.47**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $6.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $12.98 |
| Estimated tax to be collected: | $0.49 |
| **Order total:** | **$13.47** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: YFQHDD Socks Women Soft Breathable Combed Cotton Socks Striped Flower Smiley Retro Cute Socks Autumn Winter Socks : Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/YFQHDD-Breathable-Combed-Cotton-Striped/dp/B0BR38KNCC/ref=sr_1_1

**Collection Date**

Fri, 21 Apr 2023 09:46:27 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

qW5gWDpwACT0QtgSaPthXApBpVgZD3+3ktFiDOEpQ5TUhqM+T+vdJYtqorcF5R2FI+1WcQGkSnwckzvFf3nZFGOhfByNPJrbC+zXt/Lzlu1ZaVooSqFpTmMmTEkQJ49MSlXv2nL3kjaHWBkRWLd6Hxmnr70EH6I4/2UeQWlLtkw=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]YFQHDD-Breathable-Combed-Cotton-Striped[fs]dp[fs]B0BR38KNCC[fs]ref=sr_1_1]]_Fri,-21-Apr-2023-09-46-27-GMT.pdf

**Hash (SHA256)**

474ef9138bd4e46870e4c03f7b42be0354f36ec9d29845b48235db9294824f71

**Signature (PKCS#1v1.5)**

byAv5O0r1eKB4MbDDOCqG5A78Rg0YtCuq2Guk+6zgDQ1K0vjMgX/0p7BCwU8qQtNng7MCQ5LonJpdutcthlB26xJBh3LsUp30Kw5+efoB5IykYJ3cbHljssY0SD9gAl672fU6sjSY6oR/DCA1hcsdfW7b/3gdG8i3wbdVo6xzDw=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 23 May 2023 23:09:29 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

116.68.105.240

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

G3MEf8rd+G3/BaTw+B2GEWInID8/7Gut7T6lwEwFGyO2xS8bLo4AVmj/KCmmkebqeqrKz1nXK9xbJCvBT3DbjCJ7elN+LXW5IAsAByVPbPFHN8dO7a/KF1uUD14b761nVl9MHCeAMb1NJ08vzCOHOGONZ/
rUWadtIxfeL9JchV1snMjEF1sqVT0dZzVTg8RcNSdf9GIOqL1U3zbUKOZXSYt2E5t/UHbAwdFnuNaHzbeSmxot0aydK+5OmtJV4MN3KiE6EA36VtsKayIQVMJcCwvBADoK1/VanWXaPjlEcIui/kC/YH48G1w+BhZhJTLJ8XX+jAXGNIzRF8gsaPMmyg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Tue,-23-May-2023-23-09-29-GMT.mhtml

**Hash (SHA256)**

04f9a759e789279982a516d0e947c80cbaf00ae5872b6f87f7ecf08b60144649

**Signature (PKCS#1v1.5)**

L+GyVJz62qqIjti2LGrFqWom755KNKHOtCR1BJCLiwdUtWVaoLT9Vk3ltMfrASLDmoue9OjUdVQIQAdKmFQnB0Du93PBsYCEKkCfLkhQX0NoyrjsOulDM4VcAoaFwaZesLkQTp41lgs1Ta2FNG+fS+LU6h9rRaw62OFZ65xhUfdUMn
+7pzLybDpiCShnYZrMYkouYFPAuJJvyPGq64XfUqJxm9nAV8oCHcLbcfSqNHKDWRk6zdcuR8wbCK8mWqEx9sJtUgm7D/a4IcmQL9O0wlS9u/8gx1r0aKAIr8fxUHcuSYFk4j4wMzc67eYtrecXnR8Mf4RUR5hP9u58BWDPrg==

amazon

Checkout (1 item)

1 **Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

2 **Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

3 **Offers**

4 **Review items and shipping**

**FREE TRIAL**

**Jade, we're giving you 30 days of Prime benefits for FREE**

Try Prime FREE for 30 days

**Estimated delivery: June 20, 2023 - July 12, 2023**

Items shipped from YJWMXY



**YFQHDD Socks Women Soft Breathable Combed Cotton Socks Striped Flower Smiley Retro Cute Socks Autumn Winter Socks**

$345.84

Qty: 1

Sold by: YJWMXY

Gift options not available

**Choose a delivery option:**

**Tuesday, June 20 - Wednesday, July 12**

FREE Shipping

Place your order

**Order total: $370.05**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $345.84 |
| Shipping & handling: | $0.00 |
| Total before tax: | $345.84 |
| Estimated tax to be collected:* | $24.21 |
| **Order total:** | **$370.05** |

How are shipping costs calculated?