AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: YKYLHSYXR Good Luck Smiley-Face Necklaces Rings Stud-Earrings - 18K Gold and Silver Plated Dainty Happy face Jewelry with CZ Simulated Diamond, Cute Preppy Aesthetic Jewelry Gifts for Girls Women.: Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/Preppy-Aesthetic-Smiley-Face-Necklaces-Stud-Earrings/dp/B097MRP5Y2/ref=sr_1_299

**Collection Date**

Wed, 19 Apr 2023 11:26:53 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

E4fAHaw+QMvGN244NkeYdSQEpyoQiiWgd3hsYW87A5Cd2gWEO4EqaPUZeFC2SDS0e36LrFt8hEmQ2IFLjNgNGo8vq2pJ8K6VsG94Q7YjwRt7iTQfkNtGTg6XRb1VAR6Z4MRLoH/tvOl2dbUzzmtVdEdsQ41qX/tdDUMPaMo1PlY=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Preppy-Aesthetic-Smiley-Face-Necklaces-Stud-Earrings[fs]dp[fs]B097MRP5Y2[fs]ref=sr_1_299]]_Wed,-19-Apr-2023-11-26-53-GMT.pdf

**Hash (SHA256)**

b522a33e8d3269bd8846db498cb8180bb33a68b3b379d1415c5c17882f656cf8

**Signature (PKCS#1v1.5)**

WIANMKWa78Gggz+hV2z/8IsWU3HH9IlniE5zteenDpO3AfkXsS0zwVi90gGZiyLOpJ2Zd9y3CGsAYD1ebJdDdn4alc1MbR1H1xkNsUt4MYEnGk5S/6dQK2BDiY5VCykzdRg9lTh2b+IgXJUo+KvfktgeyQI3V5IxeSFDsLwx6Ws=



AXENCIS

Investigator Name: RemoteUser2

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 11 May 2023 18:23:55 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

RemoteUser2

**IP Address**

116.68.105.210

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

GolnEEhO5DGi7f8C0aJeI7jR2/ZrmiinazOrLYEgRfKmiLmJloctX9d9BkTUxy4QXLbtN8V6kvsGkiRKUjyUzkrz3coVgAZ0pYwmScQlqDtmgn0MEJbOSNUya5b1YsrEcR/k/xHgPeiYfee3XCn0k5HwmxOAyke3wr+eU3n5hQjJe4tBZDUydbd016/wdVri6bQ+pc63eM9o3G+B4sB+
+lXe8sQQJXYZrsVcr98zaXCYyHT4JWOvQUP6KBs2sjVwayei52r3hlFDEXkiMky1dObMemLi7N8nm7TrKOZiZ50KmaJjrVl6j7ZVubNn5uj5ePunE+JPQjhWSTwEaAngGQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-11-May-2023-18-23-55-GMT.mhtml

**Hash (SHA256)**

e2073203fa09e7b2b1aca97856f1c22a4cd16095e11c444411cdbdf75a9e3245

**Signature (PKCS#1v1.5)**

LCZz+wv3wTv6wwjlrIwXkjeKaVnkIwkXf5GT554rLhOJuOOaW1DHLu12wajlE1rtQluQWyT0dOuBB8vXOfvZWrGWsuAgOKa0o8SuMD8heTZkOT6ukL2it0jcQU113OZzqvtYyF2VwzQzk+Aq0rFHoiXc1G6TxPuE9fZuZO6vtNplewWV57Lrh+inddzMApV2XzCF47UUvQu/
wKBz5dQ6leITg1r9oFg2lZtTEhqADBd3vocG7vxXMjUGCNRpCJTuUfeAGAwEzc4pEXRlf8h3Fts+OPBVL29AULaSWdCBN1F7HcT+4HKqdmACs8GM1uQTbbrz67vOSAWAWu6xZxKKEw==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

Change

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items for ~~$5.99~~ FREE.

Get FREE Prime Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: May 15, 2023** If you order in the next 19 hours and 21 minutes (Details)

Items shipped from Amazon.com



**YKYLHSYXR Good Luck Smiley-Face Necklaces Rings Stud-Earrings - 18K Gold and Silver Plated Dainty Happy face Jewelry with CZ Simulated Diamond, Cute Preppy Aesthetic Jewelry Gifts for Girls Women.**

$11.98 & FREE Returns

Qty: 1

Sold by: YKYLHSYXR

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

FREE Prime Delivery with your free trial of Prime

Fast, FREE Delivery prime

**Monday, May 15**

$5.99 - Shipping

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

**Order total: $18.81**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Get FREE Prime Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.**

Try Prime FREE

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $11.98 |
| Shipping & handling: | $5.99 |
| Total before tax: | $17.97 |
| Estimated tax to be collected: | $0.84 |
| **Order total:** | **$18.81** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com | HUIDORLE Womens Men Smiley Slippers Happy Lightning Bolt Smiley Face Slippers Winter Slip On Fuzzy House Shoes | Shoes

**URL**

https://www.amazon.com/HUIDORLE-Womens-Smiley-Slippers-Lightning/dp/B0BDFZ1CFR/ref=sr_1_41

**Collection Date**

Wed, 14 Jun 2023 09:57:40 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:36::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

UKxbXtcdfZpPWPn6Vd4K4bqN3G2kd52MpdDvQjKyIefYcGL9VKjjFijPoMCxlw9qbYwQDzDZHJmBL+FTQqcZgJNC5okfHJfnTjVoqD0mqznNmLM0UhgM7Tl1bbFgjsrVqPGzOw2QHttPpe+Bg6aYUFDfB5DJhb0RXAhN6KxbW5Q=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]HUIDORLE-Womens-Smiley-Slippers-Lightning[fs]dp[fs]B0BDFZ1CFR[fs]ref=sr_1_41]]_Wed,-14-Jun-2023-09-57-40-GMT.pdf

**Hash (SHA256)**

9ded78b6e946affd4726c4f104104d14e4f756d64ab7f9130b6ed49c09375c50

**Signature (PKCS#1v1.5)**

YjhRe6dWxkU8AhIeqXZqlWHbdwNqfAUjNziLgNs2JL1AV1tE8dbggUKpg+cMhATexROfczAS8Kdjy98KEa5jrA4xAW2lIZoIzYCED3KOR+zYH+I1wCSdyFshUiMc52wtd4a1ntoAWoqaxOq/jeLxCTiQHMGQk9HSklgyvfoS9qc=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 15 Jun 2023 03:27:25 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0d:5600:8:36::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

HLLQ9QlFH/kHnyXW/cnh2CpC2UfQohXr/yKhZBidbWF6OkaBWyhjAoPIXINkNrZhsoq5Rn1K9fKKyZ8lVuPxyyh3Jxl5LWpDFVGGmPAj36JcI+Fo/D/BXXBGt5Ko7FeBK7s2128FIBPyLKygU3lsxsQ0NH/eq3HVxdeRwOaWT/Yf16/LXVav35nmzR/
e8aMPKgq2cLKwLQUx4KIjSUrWXieA7l3hvlOeMDuSRSlb8gJ+6pJ0g6mUIf74+kOvy9ibJmIaioi1Pfn9rMlvx/1QEBH2P749i9OgTA5TmoEZ3awHHb9THQNb+FUkwNIZ4zD9iV20/kdEcPnfUT2R+XQ4Q==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-15-Jun-2023-03-27-25-GMT.mhtml

**Hash (SHA256)**

3ec7e8cf8684c4921d7d8dc32f03f764fa02e9d0f081b3e956768240e928d235

**Signature (PKCS#1v1.5)**

K3cg6plTPmeRVofs74Qu5zEumtYJH8n3VDcBXQjoIkoLvI9Jqoel4b1x2hU9p1YBTWvLwdfjM/LiKruMHQXkbkKAgskpc9ajhCZviHB1KbnY1nWPqN6dbjSO/K+D6cUVWGRwM8Z0a/luuPGCJMozXfhAhNexyW0v4UIexYeu9vYKG
+iIjNToLFTqHxCGx1NnYSAppYaFUO4Sm3FUa50bEGN5BFJtv2PEm6fJVPSwa7Z2cHwHK54I5ZmVuwwAevOrvVWDBy48hbPmdP6OC4IMdUzzQFZVsKxYsBy6yKXWdaeTQy7AYKnq2Qkloqu+uYF8kAZNfcUQ/I1COy8dRtcagw==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

**2 Payment method**

VISA Visa ending in 9985

Billing address: Same as shipping address.

Add a gift card or promotion code or voucher

Enter code | Apply

Change

**3 Offers**

Change

**4 Review items and shipping**

FREE TRIAL

Jade, we're giving you 30 days of Prime benefits for FREE

Try Prime FREE for 30 days

**Estimated delivery: July 7, 2023 - July 27, 2023**

Items shipped from YMJFZ-US



**HUIDORLE Womens Men Smiley Slippers Happy Lightning Bolt Smiley Face Slippers Winter Slip On Fuzzy House Shoes Lightning Pink 37-38**

$12.99 & FREE Returns

Qty: 1

Sold by: YMJFZ-US

Gift options not available

**Choose a delivery option:**

Friday, July 7 - Thursday, July 27
$7.99 - Shipping

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

**Order total: $21.89**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.

Try Prime FREE

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $12.99 |
| Shipping & handling: | $7.99 |
| Total before tax: | $20.98 |
| Estimated tax to be collected:* | $0.91 |
| **Order total:** | **$21.89** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS
Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**
Amazon.com: Daisy Iron On Applique Patch - Flower, Smiley Face Badge 1.75" - Perfect for Hats, Shirts, Shoes, Jeans, Bags, Sewing Decorating DIY Craft

**URL**
https://www.amazon.com/Daisy-Iron-Applique-Patch-Decorating/dp/B09D2X8GKJ/ref=sr_1_144

**Collection Date**
Wed, 26 Apr 2023 08:28:26 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Chris Stavrou

**IP Address**
2a0a:1dc0:5::3

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
TUOkORE/aPQ9eTI/NThEr8AWycS6dd4U4DNnrjbMm/PEBWph6bhugfLHYoRVs/ONShQh79/+XWWwMtO1FQbIt2X9emB1IquusDvkvsylxmLCT+5m4VOxdpA4t/3jNEwEGdiLKgJtc6Gy+VsTvLLNSIY6nI/hptfAN2XKbG2Ubqc=

# File Signatures

SCREEN CAPTURE
PDF

**File Name**
screencap_[[https[s][fs][fs]www.amazon.com[fs]Daisy-Iron-Applique-Patch-Decorating[fs]dp[fs]B09D2X8GKJ[fs]ref=sr_1_144]]_Wed,-26-Apr-2023-08-28-26-GMT.pdf

**Hash (SHA256)**
c489b57a72e8ea54f053e204b146e7266282fcf5b9f5af596bd7d2131f5b0adc

**Signature (PKCS#1v1.5)**
FfeZe6ao7lwrC1GJQ4F32khnWUZFIAkoSYW2H+zfeeLuY0mZCp2fY2JwPpK5Ni7fUOCJR5wnuQj4L7vqi8MW62vyeyWUNVBsI9P+K5Ha6U65VbTnj5mvu77iFdZ5iZS8qWrgRGMoMhwGYHqSLTUs+DJ3RI2wPXPJ++5Ay7W1vTw=

amazon | Deliver to ozbaldo Miami 33132 | All | smiley badge | EN | Hello, ozbaldo Account & Lists | Returns & Orders | 0 Cart

All | Clinic | Prime Video | Amazon Basics | Buy Again | Prime | Best Sellers | Customer Service | Today's Deals | New Releases | Books | Music | Amazon Home | Gift Cards | Coupons | Pharmacy | Health & Household Products | Registry

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

WE ARE Barbie THE MOST DIVERSE DOLL LINE SHOP NOW

‹ Back to results



Roll over image to zoom in

## Daisy Iron On Applique Patch - Flower, Smiley Face Badge 1.75" - Perfect for Hats, Shirts, Shoes, Jeans, Bags, Sewing Decorating DIY Craft

Brand: YOKEBOM

$6.99

| | |
|---|---|
| Brand | YOKEBOM |
| Style | Embroidered,Decorative |
| Theme | Flower |
| Shape | Flower |
| Number of Pieces | 1 |
| Mounting Type | Sewing |
| Age Range (Description) | All Age Groups |

**About this item**
- ♥Size: 1.75" x 1.75"
- ♥Type: Iron-On
- ♥Great for hats, backpacks, and jackets. Easy to iron on! Instructions are included for your convenience.
- ♥Gentle wash cycle with cold water is recommended when washing items with attached appliques.
- ♥High quality durable well made 100% embroidered decorative applique patch. Great gifts for your friends and fam.

Report incorrect product information.

$6.99
FREE delivery May 2 - 5. Details
Deliver to ozbaldo - Miami 33132
Only 10 left in stock - order soon
Qty: 1
Add to Cart
Buy Now
Payment Secure transaction
Ships from YOKEBOM PARLOR
Sold by YOKEBOM PARLOR
Returns Eligible for Return, Re...
Details
Add to List
Have one to sell?
Sell on Amazon

### Buy it with

Total price: $16.97
Add all three to Cart

Some of these items ship sooner than the others. Show details
- This item: Daisy Iron On Applique Patch - Flower, Smiley Face Badge 1.75" - Perfect for Hats, Shirts, Shoes, Jeans, B... $6.99
- Simplicity Multicolor Daisy Flowers Applique Clothing Iron On Patches, 8pc, Sizes Vary $5.99
- MagiDeal Funny Smiley Smile Happy Yellow Face DIY Applique Embroidered Sew Iron on Patch $3.99

### Products related to this item
Page 1 of 35
Sponsored

- MagiDeal Funny Smiley Smile Happy Yellow Face DIY Applique Embroidered Sew Iron... 583 $3.99 prime
- Daisy Applique Patch - Flower, Smiley Face Badge 1.75" (Iron On) Embroidered Iron o... $15.86
- Daisy Applique Patch - Flower, Smiley Face Badge 1.5" (3-Pack, Iron On) Embroidered... $20.56
- LUXPA - Flowers - Premium Quality Embroidered Iron on Patch - Applique - DIY... $9.90 prime
- Love Happy Face Applique Patch - Smiley, Hippie Badge 2.25" (Iron On) Embroidered I... $15.86
- Cool Patches Original Design Patches Applique Patch - Flower, Smiley Face Badge 2" ... $9.99
- Daisy Flower Patch Clothing Iron On Patches Appliques Delicate Embroidered for DIY ... 451 Amazon's Choice in Embroidered Appliqué Patches $6.99 ($0.35/Count) prime

### Based on your recent views
Page 1 of 33
Sponsored

- Daisy Applique Patch - Flower, Smiley Face Badge 1.75" (Iron On) Embroidered Iron o... $15.86
- MagiDeal Funny Smiley Smile Happy Yellow Face DIY Applique Embroidered Sew Iron... 583 $3.99 prime
- Daisy Applique Patch - Flower, Smiley Face Badge 1.5" (3-Pack, Iron On) Embroidered... $20.56
- Love Happy Face Applique Patch - Smiley, Hippie Badge 2.25" (Iron On) Embroidered I... $15.86
- Cool Patches Original Design Patches Applique Patch - Flower, Smiley Face Badge 2" ... $9.99
- Daisy Flower Patch Clothing Iron On Patches Appliques Delicate Embroidered for DIY ... 451 Amazon's Choice in Embroidered Appliqué Patches $6.99 ($0.35/Count) prime
- 12pcs Yellow Glitter Smiley Face Iron On Patches Sew On/Iron On Patch Applique Clot... 178 $9.98 ($0.83/Count) prime

### Product Description
Daisy Iron On Applique Patch - Flower, Smiley Face Badge 1.75" - Perfect for Hats, Shirts, Shoes, Jeans, Bags, Sewing Decorating DIY Craft

### Product information

| | |
|---|---|
| Package Dimensions | 9 x 4 x 0.24 inches |
| Item Weight | 1 ounces |
| Manufacturer | YOKEBOM |
| ASIN | B09D2X8GKJ |
| Best Sellers Rank | #761,344 in Arts, Crafts & Sewing (See Top 100 in Arts, Crafts & Sewing)<br>#13,173 in Iron-on Transfers |
| Date First Available | August 19, 2021 |

**Warranty & Support**
Product Warranty: For warranty information about this product, please click here

**Feedback**
Would you like to tell us about a lower price?

### Videos
Page 1 of 3
Videos for related products

- Sponsored 0:44 KING MOUNTAIN Iron-on Repair Patch 20 Pcs Pack, 100% Cotton Denim Iron-on... KING MOUNTAIN
- Sponsored 0:33 Iron On Patches,Augshy 29 Pieces Iron On Patches for Clothing Repair Jeans 4.9 x 3.... Augshy
- Sponsored 0:29 30-Piece Iron on Patches for Jeans, Denim Patches for Inside Jeans Pure Cotton, 6... LCEAI
- Sponsored 0:45 28 Pcs Iron On Patches Colorful Sew Iron on Patch Cute Chenille Embroidered... Jutom
- Sponsored 12 Pieces Premiu... Patches, Strong ... J.CARP

Upload your video

### Products related to this item
Page 1 of 20
Sponsored

### Similar brands on Amazon
Page 1 of 2
Sponsored

KING MOUNTAIN | LCEAI | TACVEL

### Looking for specific info?

### Customer questions & answers
No answered questions yet
Post your question

### Customer reviews
No customer reviews

| | |
|---|---|
| 5 star | 0% |
| 4 star | 0% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 0% |

How customer reviews and ratings work

**Review this product**
Share your thoughts with other customers
Write a customer review

### 4 stars and above
Page 1 of 17
Sponsored

- 12pcs Glitter Smiley Face Iron On Patches Sew On/Iron On Patch Applique Clothes Dre... 178 $9.98 ($0.83/Count) prime
- Qingxi Charm Cute Shiny Spark Smile Face Patch Sewing on/Iron on Embroidered Patche... 119 $9.99 prime
- Dandan DIY 25pcs Assorted Kid Sew On/Iron On Patch Applique Clothes... 141 $8.97 ($0.45/Count) prime
- Dandan DIY Embroidered Sequins Patch Sew On/Iron On Patch Applique... 294 $9.47 ($0.39/Count) prime
- Dandan DIY 20pcs Random Assorted Styles Kid Sew On/Iron On Patch Applique... 166 $7.99 ($0.40/Count) prime
- 24 Pieces Yellow Smile Face Patch Cute Sew on Iron on Patch Decorative Dress Towel ... 172 Amazon's Choice in Applique Patches $9.99 prime
- Disney Daisy Duck Face Patch Mickey Mouse Cartoon Embroidered Iron On Applique 52 Amazon's Choice in Iron-on Transfers $13.99

### Best Sellers in Kitchen & Dining
Page 1 of 5

- Stanley Quencher H2.0 FlowState Stainless Steel Vacuum Insulated Tumbler with Lid and Straw for Water, Iced T... 137 #1 Best Seller in Kitchen & Dining $45.00
- Etekcity Food Kitchen Scale, Digital Grams and Ounces for Weight Los... 138,139 #1 Best Seller in Digital Kitchen Scales 15% off Deal $11.89 List: $13.99 Get it as soon as Tuesday, May 2 FREE Shipping on orders over $25 shipped by Amazon
- KitchenAid All Purpose Shears with Protective Sheath, One Size, Black 48,724 #1 Best Seller in Kitchen Shears $8.25 Get it as soon as Tuesday, May 2 FREE Shipping on orders over $25 shipped by Amazon
- Simple Modern 40 oz Tumbler with Handle and Straw Lid | Insulated Reusable Stainless Steel Water Bottle Travel Mu... 3,711 #1 Best Seller in Insulated Tumblers $29.99
- BlenderBottle Classic V2 Shaker Bottle Perfect for Protein Shakes and Pre Workout, 20-Ounce,... 89,360 #1 Best Seller in Cocktail Shakers $8.99 Get it as soon as Tuesday, May 2 FREE Shipping on orders over $25 shipped by Amazon
- Fullstar Vegetable Chopper - Spiralizer Vegetable Slicer - Onio... 58,707 #1 Best Seller in Seasoning & Spice Choppers 40% off Deal $23.99 List: $39.99 Get it as soon as Tuesday, May 2 FREE Shipping on orders over $25 shipped by Amazon

### Inspired by your browsing history
Page 1 of 5

- Classic Smiley Face Pinback Buttons - 2.25 Inch Round - 5 Pack 164 Amazon's Choice in Women's Novelty Buttons & Pins $11.99 Get it as soon as Tuesday, May 2 FREE Shipping on orders over $25 shipped by Amazon
- Badge Reels Holder Retractable with ID Clip for Nurse Name Tag Card Funny Cute Leopard... 142 Amazon's Choice in Badge Holders $11.99 Get it as soon as Tuesday, May 2 FREE Shipping on orders over $25 shipped by Amazon
- Sharpie Mini Permanent Markers with Golf Keychain Clips, Fine Point, Black Ink, Pack o... 4,620 Amazon's Choice in Permanent Markers & Marker Pens $10.90 ($2.73/Count) Get it as soon as Tuesday, May 2 FREE Shipping on orders over $25 shipped by Amazon
- Classic Smiley Face Pinback Buttons - 1 Inch Size - 25 Pack 123 $17.99 Get it as soon as Tuesday, May 2 FREE Shipping on orders over $25 shipped by Amazon
- QY 30PCS 1.8Inch Colorful Tinplate Badges Smile Face Emoticon Button Pins Emoji Smiley Love Brooch Tag Large... 10 $16.99 Get it May 17 - Jun 7 FREE Shipping Only 20 left in stock - orde...
- X-Ray Anatomical Heart Embroidered Badge Iron On Sew On Patch 1,885 $6.89 Get it as soon as Tuesday, May 2 FREE Shipping on orders over $25 shipped by Amazon
- GoBadges MS001 Magnetic Black Grill Badge Holder/Universal FIT/No Tools Required/Weather-Pro... 271 $22.99 Get it as soon as Tuesday, May 2 FREE Shipping on orders over $25 shipped by Amazon
- Beistle Fanci-Fetti Smile Faces Party Supplies, 1 oz, Yellow 133 $6.79 Get it as soon as Tuesday, May 2 FREE Shipping on orders over $25 shipped by Amazon Only 20 left in stock - orde...
- Fumete 8 Pcs Nurse Badge Reel Retractable Smile Face Flower Felt Badge Holder Nursing Name ID Badge Reel... 48 $15.99 Get it as soon as Tuesday, May 2 FREE Shipping on orders over $25 shipped by Amazon
- Unique Colorful Happy Face Cellophane Bags | 11" x 5" | 20 Pcs 43 $5.71 Get it as soon as Tuesday, May 2 FREE Shipping on orders over $25 shipped by Amazon

### Your Browsing History
View or edit your browsing history
Page 1 of 4

Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell products on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a package delivery business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Your Recalls and Product Safety Alerts
Help

amazon | English | United States

Amazon Music Stream millions of songs | Amazon Advertising Find, attract, and engage customers | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Sell on Amazon Start a Selling Account
Amazon Business Everything For Your Business | Amazon Fresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Experienced Pros Happiness Guarantee | Amazon Ignite Sell your original Digital Educational Resources | Amazon Web Services Scalable Cloud Computing Services
Audible Listen to Books & Original Audio Performances | Book Depository Books With Free Delivery Worldwide | Box Office Mojo Find Movie Box Office Data | ComiXology Thousands of Digital Comics | DPReview Digital Photography | Fabric Sewing, Quilting & Knitting
Goodreads Book reviews & recommendations | IMDb Movies, TV & Celebrities | IMDbPro Get Info Entertainment Professionals Need | Kindle Direct Publishing Indie Digital & Print Publishing Made Easy | Amazon Photos Unlimited Photo Storage Free With Prime | Prime Video Direct Video Distribution Made Easy
Shopbop Designer Fashion Brands | Amazon Warehouse Great Deals on Quality Used Products | Whole Foods Market America's Healthiest Grocery Store | Woot! Deals and Shenanigans | Zappos Shoes & Clothing | Ring Smart Home Security Systems
eero WiFi Stream 4K Video in Every Room | Blink Smart Security for Every Home | Neighbors App Real-Time Crime & Safety Alerts | Amazon Subscription Boxes Top subscription boxes – right to your door | PillPack Pharmacy Simplified | Amazon Renewed Like-new products you can trust

Conditions of Use | Privacy Notice | Your Ads Privacy Choices
© 1996-2023, Amazon.com, Inc. or its affiliates

AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 02 Jun 2023 17:44:36 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0d:5600:8:36::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

nwMYNpOM1DJXvG4bAVWWeV6el40d+0VNLMNyX5JXzXlgr626US52lJJBxBQq0NGGiISz2yy+J2Ax2ZWgEYi3/RomCfCCtyHLKUw9AngFYPx2lByclZyPgrvYDj/SybjnofTSgvtv7MG8FZmhzyu/gy82EtfL6ePl3LSkmNWup2y0pr836zLUnO6djaw+B/
ZQlXsP0fm1Nt0V7QiIkFjthpBziigtA1CeZwonCGumpJtmfsDIQ1YIqUceoJt2t/HrHEM6ywrAHpNruyHUZQ9IZ8dHpxr7c8yVhqle26hOToU8jIpu0k2FgX11H61iJQO7Qptim71jzB5e//pZI2Vvdw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Fri,-02-Jun-2023-17-44-36-GMT.mhtml

**Hash (SHA256)**

7cca1982cb9e117d206054f967681742c319f65b561a9fb30be96f69e0790679

**Signature (PKCS#1v1.5)**

f3HyXJb0tABtUfRSzhS7f7BesgFC2Yyu2IXEcCSPlp9u2IH1OXU87vdlyELi1NABeQnJZ5ltSBefDEbipbuWK1EbbkDDBo3KygZBdjMiCen3GZvaneFGYSo7yPZUR06nl6r/qElr83AYIPJhjB200cI1HFfx6BCz8ewi4oCgAlKX4xQxFDGdnQ2l539LVhtdO6VKcqF73VUqB0Ha/563hsKc2CtiGHAbp
+uLnP39K93Kf2injPK+Hip4PqseB9Fi6wrdQyu0j5Xb3Rf7JFR749O0JY3OQn8GvrL6XTVSytwLK3M4po2ETVrZZDfFP24UPafrGDrWxNYAf7ZoVwmAHA==



amazon

Checkout (1 item)

1 Shipping address

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

2 Payment method

VISA Visa ending in 9985

Billing address: Same as shipping address.

Add a gift card or promotion code or voucher

Enter code | Apply

Change

3 Offers

Change

4 Review items and shipping

FREE TRIAL

Jade, we're giving you 30 days of Prime benefits for FREE

Try Prime FREE for 30 days

Estimated delivery: June 8, 2023 - June 13, 2023

Items shipped from YOKEBOM PARLOR

Daisy Iron On Applique Patch - Flower, Smiley Face Badge 1.75" - Perfect for Hats, Shirts, Shoes, Jeans, Bags, Sewing Decorating DIY Craft

$6.99

Qty: 1

Sold by: YOKEBOM PARLOR

Gift options not available

Choose a delivery option:

Thursday, June 8 - Tuesday, June 13

FREE Shipping

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

Order total: $7.48

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.

Try Prime FREE

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $6.99 |
| Shipping & handling: | $0.00 |
| Total before tax: | $6.99 |
| Estimated tax to be collected:* | $0.49 |
| **Order total:** | **$7.48** |

How are shipping costs calculated?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Set of 9 PCs Smiley Face Earrings for Women-Stud,Hoop,Drop Earring,Necklace, Ring-YOKKBRUN Handmade Jewelry-Stylish Design Preppy For Teacher (Color L): Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/Earrings-Women-Stud-Necklace-Ring-YOKKBRUN-Jewelry-Stylish/dp/B0B9K87HR9/ref=sr_1_17_sspa

**Collection Date**

Wed, 19 Apr 2023 11:36:33 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

bKirWGz+LaTMdDgpkRYyzr3FUQ3JKk3sawyivXv0pPgx2PV70wqqoQK6bHGxIjl/gyHOfEw/AgERd7qwfYPmlyCtYBy5ZXvT9wBOTJbI35P9MV9kQ3W5fqkpbnl36996weltkUBFp2eZWjUXHqI9XDOxDN7l3I2Fh/u4OU3P7Dg=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Earrings-Women-Stud-Necklace-Ring-YOKKBRUN-Jewelry-Stylish[fs]dp[fs]B0B9K87HR9[fs]ref=sr_1_17_sspa]]_Wed,-19-Apr-2023-11-36-33-GMT.pdf

**Hash (SHA256)**

f3e1f1f10421020c3da6b11dec247653462bc88d3e5da48f0eeed1e9f6834e03

**Signature (PKCS#1v1.5)**

mp02mL0wRnJ5icihdV9pgM2Q/q4m7gdHTuGl1TXvMHCViFlBb+k7MtZJYuNHdBg5EYuQqTFNqAw/RjPsTScZFSHtRXusWaOK05SDJM/y42O3d++PY7XTwS/6wsihiQwpbbnQe+r6BQ+j6qYowFofbzTwavnaUy/qQbo6u6Nb724=



AXENCIS

Investigator Name: RemoteUser2

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 11 May 2023 10:07:10 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

RemoteUser2

**IP Address**

202.83.40.99

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

nz/S4aIZ2ykJHBaUU1BtEBzaD4D3PxVouKs4mEgZcAUtHP6AmXYtCB8jpbKvzcQQ6qMejUrLr+E5khD+bFcmA2OztZdArggOSgiZVXyLcYmoY1EpQNzOfnvRW6MEXPMvA6+XuiF2IznJIX3JgEZkgOtm0eyAz8IOWzuTK8e5s3b8fNHOKhgxd4AyWr8+Gqx3/
fbCpgVRppH1oA6FPmx0TlRKC7fETkRtmemHRgVtFozDiZUZd9fsH5TZ4M7B0VmuwiXs3Mt8Qn6pC42te1MgfsDuHbjscR4suaBWhVQW5Nj+cH2T1mAYNZuhyBawz+wpsIfJzdQowejKlfkKdXIgAA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-11-May-2023-10-07-10-GMT.mhtml

**Hash (SHA256)**

3005f4c59daadf7829a4d9f83971fd4befe2954e659282bd46254881d038fbff

**Signature (PKCS#1v1.5)**

bCw7HVwO4vRFjI2BkqI9jzwiKllsWrtT3hCIr02bChJIxqOFWtcsspO6ncDHxezNndKJrw8SjMxKtDM02hHzpLdqmWu0ln7+ms4qa4bO6ghuzxhP0RzQrZ+k5XfFtxKzlpJs8uGJ0GbHT9cVuHy+2H1lPvgmz1oF7wFx/e/ARIpwsdaDf6I5zXA
+CAdLArwVvuwga6sbPpUSfed21D96MgbHBLBJnfNaOaoZs1ydlBosaGS8BFbccG37M4KAWbLqXKss0pdK5FLya4hazZnNc2XRslO2hzWcyx4ldGdJq11qbN66wg4tqJfXE3DrOuIrE/5dhag5SmOV64TpZfnEFQ==

amazon

Checkout (1 item)

1 **Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Or pick up near this address - See nearby pickup locations

Change

2 **Payment method**

VISA Visa ending in 9985

Change

Billing address: Same as shipping address.

Add a gift card or promotion code or voucher

Enter code | Apply

3 **Offers**

4 **Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items ~~Monday, May 15 by 8PM~~ **Sunday, May 14 by 8PM** for ~~$5.99~~ FREE

Get FREE Prime Delivery with Prime

No hassle. No commitments. Cancel anytime.

**Delivery: May 15, 2023** If you order in the next 13 hours and 8 minutes (Details)

Items shipped from Amazon.com



**Set of 9 PCs Smiley Face Earrings for Women-Stud,Hoop,Drop Earring,Necklace, Ring-YOKKBRUN Handmade Jewelry-Stylish Design Preppy For Teacher (Color L)**

$12.99 & FREE Returns

Qty: 1

Sold by: YOKKBRUN

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

- **Sunday, May 14**
  FREE Prime Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Monday, May 15**
  $5.99 - Shipping
- **Sunday, May 14**
  $9.99 - Shipping

Place your order

**Order total: $19.89**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Get FREE Prime Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

## Order Summary

| | |
|---|---|
| Items: | $12.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $18.98 |
| Estimated tax to be collected: | $0.91 |
| **Order total:** | **$19.89** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com: 500Pcs 39 Colors Smiley Face Beads YonSnow Acrylic Luminous Happy Face Beads Colorful Sunflower Beads Charms with Elastic Cord Scissors for Jewelry Making Bracelet Necklace : Arts, Crafts & Sewing

**URL**

https://www.amazon.com/Luminous-Colorful-Sunflower-Scissors-Bracelet/dp/B09V84C86L/ref=sr_1_36

**Collection Date**

Wed, 14 Jun 2023 10:56:14 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:36::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

ma0bvE5zi91BSa1d8lCDLBOdLchBP27wtriV94RDllF2hMsyUYa8p6PxhZTZqe7qLR5hax1BibobDwidS8y82iHVdlcxSjbd6KWR2faj8YuN5+OdufgMJhb+B1BRjGjEcr1Zp6G+RQDUeZ02nP/QYw1J4n74c+pK7oxV+jIlpw0=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Luminous-Colorful-Sunflower-Scissors-Bracelet[fs]dp[fs]B09V84C86L[fs]ref=sr_1_36]]_Wed,-14-Jun-2023-10-56-14-GMT.pdf

**Hash (SHA256)**

ea3b327ac63d14b333d966134c9fa204564e24d193c0fe97a3dce533f62daa37

**Signature (PKCS#1v1.5)**

cpGlCS9V4Iw4jAn9AFp4abCC6Of46aGgDJoN80KpJSbMHIk60QCTBW3GnGU77VPKzcmb4tsXtTsYpXwfqOiJ77yIdr0RtM1BKfOxAnO+s5EEw75PsNwat2ETX7FoyNESdY6YhptxnQ5LJ3k7/UFWx7ysqo2z6AT7PM6Lq4CUdkY=



AXENCIS
Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 15 Jun 2023 05:02:20 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0d:5600:8:36::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

N3R2oAiZQFKDh3q/7HlKlqvyiwR6ni+U2+oE3qcJEic9RWTcuXZS5+4ZVZ8Fk5w8adgnakJstKmZhKlZ6ZmSieUlIcbbVSeBhwFJnFWK5iKy573Kt89fZTXBt3tApVe923Ndu4SAu/wo05qlobFfbYeorygKO7lxVj6RuGWnieuQf9dfzCbWNU8tGeuEBVOaOOXvVwCJPeSv2TEhtk1vF/gGd4YIvhgYXnzqwU0pl/KzNLEpOebj3HtzhdvJzJbRLdgmvsjkbQf5biSwg2MWIBiP66gozN9PB34LMK1DOW59zbpZzXShSnxZ8beZP++jExtKD/drG0NMTHPDhYBt1g==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-15-Jun-2023-05-02-20-GMT.mhtml

**Hash (SHA256)**

877fdbc868a4d7622b218b297443f77db97fe39626c6fb2afc8e1082aafe5f32

**Signature (PKCS#1v1.5)**

SPkIuf0pqjBvOqG1Kz2ooh8oDTySoM56cWRF0sLVgjsVQ7+EyRWfx3PRIYjrzVfJ4jzQtcwPD2gikjhNNjXK8Dy9GtaQngm9V/JmDaPdyrM3UBN6Q5e104OKurCT8e7GAaCaPjC268VdR3QskmjQVfXkj463E/9CSIy03Jg96+fSW/uzBNspK9UIslWRZNLZxO4BZzsBlQZoUK22cD5+W7AfCe2ExZ5Zi6PmC6MyXe8vztvKbpcxB0CaGPBzbdsWtQh9l6ub/k/i0R0uWsei2ECfck9GdjTl3xxkPcJVEFslAKIPRheA3Eaxb6r8zcAfJzhNXLF4vuibDLwr2zPdXw==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

**Or pick up near this address** - See nearby pickup locations

Change

**2 Payment method**

VISA **Visa** ending in 9985

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

Change

**3 Offers**

Change

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items with your 30-day FREE trial of Prime

Get FREE Prime Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: June 19, 2023** If you order in the next 23 hours and 12 minutes (Details)

Items shipped from Amazon.com



**500Pcs 39 Colors Smiley Face Beads YonSnow Acrylic Luminous Happy Face Beads Colorful Sunflower Beads Charms with Elastic Cord Scissors for Jewelry Making Bracelet Necklace**

$8.99 & FREE Returns

Qty: 1

Sold by: YonSnow

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

FREE Prime Delivery with your free trial of Prime

Fast, FREE Delivery prime

**Monday, June 19**

$5.99 - Standard Shipping

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

**Order total: $15.61**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $8.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $14.98 |
| Estimated tax to be collected: | $0.63 |
| **Order total:** | **$15.61** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Pingyongchang 8 PCS Silver Smiley Face Necklaces Colorful Enamel for Women - Happy Face Charms Choker for Women, Preppy Y Necklaces for Women, Pendant Necklace Jewelry, Gifts for Women: Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/Pingyongchang-Silver-Smiley-Necklaces-Colorful/dp/B0BN3WK7YG/ref=sr_1_126

**Collection Date**

Mon, 24 Apr 2023 05:45:39 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

T3gFxjTEi+Z1vhjrk3G51TrAfytfvhV0BpI6qfVbpT+t59+2AN3Hg5agke19xR+vOGqn87w9Mmn5opsYMK2jNa71TtND+G33/0GmcbebCP5CnJRc1UXmyAB3q9o8/lqLS+k1rBaCxg0uNey0ZRMVoyFqk2DyBiMYUmV2oC9hLXk=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Pingyongchang-Silver-Smiley-Necklaces-Colorful[fs]dp[fs]B0BN3WK7YG[fs]ref=sr_1_126]]_Mon,-24-Apr-2023-05-45-39-GMT.pdf

**Hash (SHA256)**

f18aa3f4153a6ee28c2048396f244731c01c2ccab00fd0a135d9a7c2251e5144

**Signature (PKCS#1v1.5)**

CflcMs3TBVWhRLD0MfmbHIQcYW2ybIFY2I9rlWkTE9EOa2hWgoliwXyT5R1PVYM7DTjJrCGCk0JVoSKiFqm+EKr1IftserlpGUcocJ7kBzTODSB3tG91iFxb9XGQ3FjbK1vxY7poT1nYPguyrRwt3WTAk1tPwJW2S525Xc+3jEk=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 25 May 2023 03:09:21 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

116.68.105.188

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

pC6vZdEB2etc5GvhEMtxlZs+1S7vNAWQzZdXxvjRmFww9ZAN6KnQBgr9m+cgmeYPG2nhdQO06FMtmQriuTG6T8TOnzWfi+WSeBKf+UvgUESA6pPE29u+C1TA3yty++rmzr/0LuW532b8wriqpSM/Sqjo9YR9NtzZQMeAmifFeTSo9qXQJbv22h4ABP8qRi
+jC0DHFJK79HxHoxA0o/7MO5G4KgDcvziRyvx0Ix7936YzjHI6iKTmSwhh1uCzS+f2FTdDZm8rxqMgUJS3Vb0RTr0zGIqsf320maM+zQLyc2ltkKi6SuWJ71LNCMOLx7sVhNeYdViIIwIzDqEb6GRH0A==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-25-May-2023-03-09-21-GMT.mhtml

**Hash (SHA256)**

827a30da254651edfe07838b36c8bbe7de79f7b0be222052a9a2526483cbc1f4

**Signature (PKCS#1v1.5)**

idONVeTat/hgfQdTW5UTwOdREcYif7vZLLW4I/r1J+kXsyQB0Igr9vfRPr0aBYLkCWjaPPfXnwFmfW2CIhuQ1QudVf7jocrWCdy8vGcMCls+VFjwMRF9p+jmE2luVuCOAk1WRz2/EGj0bHPWaMEnYqUS3061HW5UqHj7xZvadymDns0+BUSCD1xz/WZLrnBKrqQ+mIOPcOgJTjnIwIeNCxRjKH13Y/
jtf3nQe40vzFh0Gm/ypkKqIIaXXAor2D9ftKwk96ct+Y406xfzglkGW9cbHQpeDsZGGNEofYsu8zIGGhIbI38KfGbZIPlntJ0v4jhFR3a7f+yAEuAaRGdkww==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

**Or pick up near this address** - See nearby pickup locations

Change

**2 Payment method**

VISA **Visa** ending in 9985

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code Apply

Change

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items ~~Tuesday, May 30 by 8PM~~ **Sunday, May 28 by 8PM** when you try Prime.

Get FREE Prime Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: May 30, 2023** If you order in the next 50 minutes and 41 seconds (Details)

Items shipped from Amazon.com



**Pingyongchang 8 PCS Silver Smiley Face Necklaces Colorful Enamel for Women - Happy Face Charms Choker for Women, Preppy Y Necklaces for Women, Pendant Necklace Jewelry, Gifts for Women**

$4.29 & FREE Returns

Qty: 1

Sold by: YONYou

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

- **Tuesday, May 30**
  FREE Prime Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Tuesday, May 30**
  $5.99 - Standard Shipping

Place your order

**Order total: $10.58**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $4.29 |
| Shipping & handling: | $5.99 |
| Total before tax: | $10.28 |
| Estimated tax to be collected: | $0.30 |
| **Order total:** | **$10.58** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: 3 Pcs Braided Nautical Bracelets Charms Smiley Face Pendant Black Personalized Handmade Braided Rope Bracelet Adjustable, for Kids, Girls, Women and Men Handcrafted Jewelry Party Accessories : Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/Bracelets-Personalized-Adjustable-Handcrafted-Accessories/dp/B09N3V1788/ref=sr_1_263

**Collection Date**

Wed, 26 Apr 2023 06:00:18 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

QuyiBIhB8en/Vu3Iw0bOOMtPgmVjaleIPAuCkpc1CPDnhrKTybts2k/Y8zSY/6ZC9LuCvs7ZoRvt+iG3Tib9D4yEWGVg8fTceyvFJfMNPPs5QgMXZsil3zsSzyMluq1qO5diHSiDHDTWYNDpmlD+bqnNAO6lanPkyjOm+gredYE=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Bracelets-Personalized-Adjustable-Handcrafted-Accessories[fs]dp[fs]B09N3V1788[fs]ref=sr_1_263]]_Wed,-26-Apr-2023-06-00-18-GMT.pdf

**Hash (SHA256)**

f68264e89660a3d646c7a34766663e589e015bc9e21c18cb6ac7a5f2dffb379a

**Signature (PKCS#1v1.5)**

AcKbYypBSSypfCWtmX4Hnfm4rB1uz8gFsk5YsvWChSMGfqKmZNs8BiS8j2grlhz5sTTiudPaphB2ldYF1CUUZPvp6k+T0pfuP3UeImBARJybHEhXHULPjSnaTnJM8LE7iUj/luxOTAqrpml4KPkiaWbEo5HtOy/la8W1gNWheWM=



# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Wed, 31 May 2023 06:03:01 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

111.92.77.63

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Wfq5t6bpYK2iRczv/rSxw1HN1DpZPIrUKb8mXMJNdiGZzQ+cZr2K3MYZMfGwgm6Lqfic67SBJDWic32VrZYdKKLz/17mprTfCy/EmCa6CmkJ901AFwr3nnHkIACMpR+Yq4MW2a51n59RDojx6ALD2YZaTm13Np9WIPd5s1SdCtlJMRNR7LrlNgQxCqa1TQajQCd8wM/
XxzDLvWxYAvuh5xHE7vdqeWULRWw8bzZUOmvOEx5zKsCKgbR7fvQZIfQvnsQVPbs+OScjj/W9/89Q90mWLFLGP8VcBj6MXlwle4AjJQC+k7DDb5X/s6Ny0BX9YbP/dU1xA+J42u7Nc1RNpg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Wed,-31-May-2023-06-03-01-GMT.mhtml

**Hash (SHA256)**

bc536754fa6381aa9324a7f63ceee92d0dbe24937d2127f8d6a5786ddf3139e6

**Signature (PKCS#1v1.5)**

RscSjM72hWNtHizoGXp4/gHWcF4IClYUAqr936fjLjdv9nz3fJN4vDzc5+y1871bdlnNoOrAFtdF0AKfZIO+ELKYYD53aArW3GTTfvNc01JBEBdNG+dMFz3+EfYhzsvkUP1wvC1VW6BD0iLCOpnaKZ3AcT9AVlfdUnLDsN
+yEaz5V78oNlyEjDHXtoyG3eLM8ffqFqNPud0YT0ErXMEOrvgaMjwWLJfyljTostBC7hwwEjMe3m+12jj1mTEsO7roBf6jeS8hr0xQ9yvtE6fmtEiPn12hMhTMmJgfXZpi5LuXie7Wal5hDkkJqvUb8WGayLl42jfBbhxSjfBb8c94nw==

amazon

Checkout (1 item)

1 Shipping address

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions
Or pick up near this address - See nearby pickup locations

Change

2 Payment method

VISA Visa ending in 9985
Billing address: Same as shipping address.
Add a gift card or promotion code or voucher
Enter code | Apply

Change

3 Offers

Change

4 Review items and shipping

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items ~~Saturday, June 3 by 8PM~~ **Thursday, June 1 by 8PM** for ~~$5.99~~ FREE

Get FREE Two-Day Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: June 3, 2023** If you order in the next 15 hours and 12 minutes (Details)

Items shipped from Amazon.com



**3 Pcs Braided Nautical Bracelets Charms Smiley Face Pendant Black Personalized Handmade Braided Rope Bracelet Adjustable, for Kids, Girls, Women and Men Handcrafted Jewelry Party Accessories**

$14.99 & FREE Returns

Qty: 1

Sold by: YOOGCORETT

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

- Thursday, June 1
  FREE Two-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- Saturday, June 3
  $5.99 - Shipping
- Thursday, June 1
  $9.99 - Shipping

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

**Order total: $22.03**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Get FREE Two-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.**

Try Prime FREE

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $14.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $20.98 |
| Estimated tax to be collected: | $1.05 |
| **Order total:** | **$22.03** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: NICEDAYM Phone Case Pure Clear Anti-Scratch Liquid Smiley Sage Green Funny Pattern Compatible for iPhone X/Xs : Cell Phones & Accessories

**URL**

https://www.amazon.com/NICEDAYM-Anti-Scratch-Liquid-Pattern-Compatible/dp/B09XHTJL3M/ref=sr_1_63

**Collection Date**

Mon, 24 Apr 2023 10:25:53 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Hqk/KXL4DjZoGe3v6Bz90Ct3+9nWwNTy2YN4oCg9Xr5S+F8h9Yqyzfk5lib7zrgbplWPXC95c8flbJtBztNXj/d/y3DebcQZUs14noauqjINEA+194SGqywFgDU+ySz7tk/nyZp6pmA3mhfPk7LChMKzBJf1y3rA6WTjpuYi7nQ=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]NICEDAYM-Anti-Scratch-Liquid-Pattern-Compatible[fs]dp[fs]B09XHTJL3M[fs]ref=sr_1_63]]_Mon,-24-Apr-2023-10-25-53-GMT.pdf

**Hash (SHA256)**

9d5e4da24bdd7d1467a01d09784e0ec888fe67d9c19f0d9695fd04c25a557739

**Signature (PKCS#1v1.5)**

OaQpRh31oP+HeS5zsTFKjQm2uQD738HjlPmgl8vN8k5yza99ynYbMoUaBW3zvYUrS9Iz4vVJwj4TtG1ZJDyHEI5C/Wdxs1rcEoBmIgBQWHw5Fz6OBAd3I/WT4xaSiQl9tThvp2on83X9qg9xhgBeVRv2ltMWmiWXsZtYC1QTj7g=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Mon, 29 May 2023 10:23:08 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

116.68.102.163

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Vpc3b6NepA5TujewiuQgbRifnU13dHFq+8nZ6YMeE+X0DdPXEn+pzJWBTzJ7P48aZWt44dwm56k8oCgJJlHDtlpgN7t7hxT/6fsB8oW0V0SKRBelPl2+ME9vpwAPaPGgyu7gvsj8GrDHHuA9MBKN0zwP9yr40uJ/jiokMEC1UBT/uzPtRGuZj2R3d3MSWfVCty66MabYx
+qlWE4j3HQDJslHwJBx27pVBlQ3roxGA4bEyBbxfgjzlXEJOTG+O+D+IIKwQKgeyG3KU9oCXq5hyRqjJJNJLEhVXbcN9UgkDQIr1iufAxz808zxZPzlnBdLRp5H+FV9OtJYbVOxkTGJow==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Mon,-29-May-2023-10-23-08-GMT.mhtml

**Hash (SHA256)**

28245178f4f4531d6441aa658066ba6a3b7b36954cf28377efc033d029fef4c4

**Signature (PKCS#1v1.5)**

ZCY516Mi6m0bBaA/rl67vVxL6m1x61ScNBLGimvf1GjRimt7YkgEqflfqsKQEyzWVJ1qa5Ab2MWAweFXSteooJDWKlwvCZUyVIuouQG7cfCN6Wq0RB0gZJUlCQ1MUIe8+4/snkGrx9ALh4Eg+ueZgwyxNA59cJhlyTIkJbaPgEsWTsAs4f8ij0UCMZcYsbBwuoGV3fk2T6XTTljN1Bf/
F5srAQDcLK53ZYQ9OBVF80ZJhAZyv192p3oMGrjaO72CsAoiU8pD4LdmfqtTliDBbh7pbDCn9bqwz4VozoLakO1TB5TTToWNK6q8BR+8QfcymhfUnR9F27E8J6e4ADBG0g==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items ~~Friday, June 2 by 8PM~~ **Wednesday, May 31 by 8PM** for ~~$5.99~~ FREE

Get FREE Two-Day Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: June 2, 2023** If you order in the next 20 hours and 21 minutes (Details)

Items shipped from Amazon.com



**NICEDAYM Phone Case Pure Clear Anti-Scratch Liquid Smiley Sage Green Funny Pattern Compatible for iPhone 6/6s, Sage Green Face**

**$9.98**

Qty: 1

Sold by: YOULONG-BC

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

- **Wednesday, May 31**
  FREE Two-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Friday, June 2**
  $5.99 - Shipping
- **Wednesday, May 31**
  $9.99 - Shipping

Place your order

**Order total: $16.67**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

**Get FREE Two-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $9.98 |
| Shipping & handling: | $5.99 |
| Total before tax: | $15.97 |
| Estimated tax to be collected: | $0.70 |
| **Order total:** | **$16.67** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Cool Funny Doodle Necklace for Women Men,Personalized Finger Stainless Steel Smiley Face Cute Pendant Statement BFF Necklace Matching Friendship Necklaces for Best Friends Birthday Gift Jewelry for Boys Girls (Silver&Silver (2pcs), Stainless Steel) | Amazon.com

**URL**

https://www.amazon.com/Personalized-Stainless-Statement-Friendship-Necklaces/dp/B0BDGB2MGP/ref=sr_1_280

**Collection Date**

Thu, 20 Apr 2023 05:38:27 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

KFrtQleITgMgrQbr5zkfbc0VNCCAmh+pudrPtN84+dvrzzt2drsCL+TttmMggeXwWBXXN2IqbSYeJrXBn+KcZMuJm5jmOlg+ill44MxVQZndwueHUsUKZjP9ylOeDkgohrujNxXxmo8RxA/1BFAZO0k8Z/+7S758CQcShoqixvA=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Personalized-Stainless-Statement-Friendship-Necklaces[fs]dp[fs]B0BDGB2MGP[fs]ref=sr_1_280]]_Thu,-20-Apr-2023-05-38-27-GMT.pdf

**Hash (SHA256)**

993b73c0fe949b10c1818ab20c3dd996b759b69c29003e3669e6c081966ce9ef

**Signature (PKCS#1v1.5)**

p6QbUUeDJR+FcaQE8ELO7pco8UL9QP7G8TjBJVwkWRmJM+XbHREQ3Q9En/f3OawlmCDzjUy9Q6hovuJURjx4zrFQoo3XkNfbD9HeEV4iABpieClbmVfcw3Mcy8FQ8airuG0lzbtFtM3V2HRO5F6iFF7/fagfvf5b6TGskPN7pTw=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 18 May 2023 03:31:49 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

VH1Fb65MYQgFZc8QywvTR59UCpPdFO2uYTeoIcbFRcAoG95z+3zqfss+7XIvJtOf9zPXKLA+8Ya6ai4HrXyjtnYszTL7nEce+Et2bMx73KedChRR7tFOC9e930V7ZBJSFi2P1gc/rl6cRY6964KS3ssIn+7OEksJAkogXL96TiHfoDpU0uXxMy7WkILgYf/0HGLB54GilEwisYfMLFKO
+js9XrHDDbnV0NpGXloBqH4GNxMSUTMTqQsAjkmOBMMekW4WqPBh4lsIxmjfEIVC21J1JxEqjmIaj1mOd+rriSmJq6WnF469TkfQZoi4TudkJRtx18qGCsT25nJzQaWMnw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-18-May-2023-03-31-49-GMT.mhtml

**Hash (SHA256)**

cc25e6ff96a169e0826cbb8efebf6b7efa3787f184281daf19f68d0062ebb967

**Signature (PKCS#1v1.5)**

BPTLnXMXajMb+PvFVmPXfDuLzDXv+oUBr2zH6F+OsuiNEAsPGfG8JSJQQoHwFK9vZ8W98nhTQ99wufS5iPOfuRhFytmpAlVlGbesbhj/GOOpO
+vH4XqkLaRwOHhG3OMFDeXiLxGZ6IBvnnWZnWYYZ/50p8x0HC7CyXM2BhSpAFdyZLy06Bh9/2EfdWg6607k1XPH8sjGZQ1WL70qJZNFTTC2lEWSA2rUjKXybzeF62hM/OwNziL/hhcQpUrAYgmyhsJL8rP09EIiQCPwgab685yVabDFGXmSMr8bGmewuYGyu4B+XdGKEmZ/
ygP8ct4mCsMt7M7C9Wr6ZYfMBi2T0g==

amazon

Checkout (1 item)

1 Shipping address

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Change

Or pick up near this address - See nearby pickup locations

2 Payment method

VISA Visa ending in 9985

Change

Billing address: Same as shipping address.

Add a gift card or promotion code or voucher

Enter code | Apply

3 Offers

4 Review items and shipping

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items with your 30-day FREE trial of Prime

Get FREE Two-Day Delivery with Prime

No hassle. No commitments. Cancel anytime.

**Delivery: May 19, 2023** If you order in the next 17 hours and 58 minutes (Details)

Items shipped from Amazon.com



**Cool Funny Doodle Necklace for Women Men,Personalized Finger Stainless Steel Smiley Face Cute Pendant Statement BFF Necklace Matching Friendship Necklaces for Best Friends Birthday Gift Jewelry for Boys Girls (Silver&Silver (2pcs), Stainless Steel)**

$9.99 & FREE Returns

Qty: 1

Sold by: YoungBeautyEU

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

- **Friday, May 19**
  FREE Two-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Friday, May 19**
  $5.99 - Standard Shipping

Place your order

**Order total: $16.68**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $9.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $15.98 |
| Estimated tax to be collected: | $0.70 |
| **Order total:** | **$16.68** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com: YOUNGKY-S 1350pcs Smiley Face Beads, Cute Spacer Beads for Bracelets Necklace Hair Clip Earring Ring DIY Jewelry Making, Smiley , Pearl , Crystal Beads and Elastic String in One Package

**URL**

https://www.amazon.com/YOUNGKY-S-1350pcs-Bracelets-Necklace-Earring/dp/B09J4SL67P/ref=sr_1_62

**Collection Date**

Wed, 14 Jun 2023 11:12:17 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:36::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

qdGa2AGoWrmS1iDBQIQb7surNqfAs6+FR1Nvky8Zc3sZZ68m4SQeXfIEd+KCuxyNg3Aorn9xsgsLzI9Rxlt1Ul5UMjdzZR8AmOTmmJ1mna44yNH0YJkgzavWsoDzrREkBLUvmWLdaZLAPN9lcmQtTth1us9okNkJxUBO8Ebdl8k=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]YOUNGKY-S-1350pcs-Bracelets-Necklace-Earring[fs]dp[fs]B09J4SL67P[fs]ref=sr_1_62]]_Wed,-14-Jun-2023-11-12-17-GMT.pdf

**Hash (SHA256)**

5c0c981a2a8221c7be99323fca512fe6198af085026ff9fc4af6fc16eec29669

**Signature (PKCS#1v1.5)**

k5I6dj0hVHPnSurC3bS9ho6EPyqa7Edyw78UmCUcBitg+gBXYORgN0U2w/krHyLWE8tkNLi2JiBIf6Fhi+Fw45kEeJOKd6WDNk9tEWK8NysfJSoO+MLeodHk18RNvxRB75a3resU0Kkv9T3nw9wgW+7tNi5WTGPCUcFL0CsXvoU=



# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 15 Jun 2023 09:12:03 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

202.83.41.44

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

ICHSkB5yXmALqI+ldGJ5RsnEHpusJHhqf0B7NK91OZQtsYbwAMnQuFbXhck2KOYLJn83lF3Gptdomm4Lf5CT/yZgYX3gK73/25tOq6TenMaWE9679JYaTRYG2jtlajRXOxDYhWFQIrI6QNhgtY54R+1NrLS9upbd2Yt7B66nuk64dbDgbQBiVMPyHLWFyP3rPa6VPYaRHbPII0ruqg1T4fHqIvq
+Xw8N53GFqPsvsUVV2CvMvkcUdjtZFhfdj/sRwc17gBSZ0U4Bx4GlTLtTjY5bJxVEKUp/eSsNwcoN7r/9JPsiUIdQeGgyPOjTUnT1vbDpvfxUtTJvYyemgXoxWQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-15-Jun-2023-09-12-03-GMT.mhtml

**Hash (SHA256)**

ab34391aa7b21de187a8dd2995423e843b670d83492cbb63cc7f17e387a1e3f2

**Signature (PKCS#1v1.5)**

Iddb6lahuCzosJNL3UOvBg2DIt6M9MH1OQsaRpV+Bt2fiDygkL/FMAvm5HStrzlHJwbSApPs8yIUAmMJUYc7eGer/jtUZWjsH7RHjtpMiK4nIkk6SeHR3ASsZ9qssQmkGp84gk6tUq4B69jTBpk9Pxs81WQmtfZwU7GZOqlDmtRhaO2pEKfstd+Zf/aF6PfFTuYjybTa
+Tu4Ismas6zKr6YXIT77W17WcedhihBXODYRLKeEaKh5ItVdNafldoDrpIxvTmA58NC28h69TmSAnnUA9sHfCmf7QXDuI+agOQrJKhNJl45MxEvXNvYRZ9avRDC386CjtNiSMJVYBQ0qpg==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

Change

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items ~~Sunday, June 18 by 8PM~~
**Tomorrow, June 16 by 8PM** for ~~$5.99~~ FREE

Get FREE One-Day Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: June 18, 2023** If you order in the next 18 hours and 47 minutes (Details)

Items shipped from Amazon.com



**YOUNGKY-S 1350pcs Smiley Face Beads, Cute Spacer Beads for Bracelets Necklace Hair Clip Earring Ring DIY Jewelry Making, Smiley , Pearl , Crystal Beads and Elastic String in One Package**

$12.99 & FREE Returns

Qty: 1

Sold by: Youngky Store

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

FREE One-Day Delivery with your free trial of Prime

Fast, FREE Delivery prime

**Sunday, June 18**
$5.99 - Shipping

**Today & Overnight**
$9.99 - Fastest Delivery

Today 2 PM - 6 PM | Overnight 7 AM - 11 AM

See more delivery slots

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

**Order total: $19.89**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Get FREE One-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.**

Try Prime FREE

Place Your Order and Pay

You'll be securely redirected to Visa to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $12.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $18.98 |
| Estimated tax to be collected: | $0.91 |
| **Order total:** | **$19.89** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS
Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**
Amazon.com: Lusofie Smiley Face Makeup Bag Corduroy, Corduroy Cosmetic Bag Smiley Make Up Bag Cosmetic Pouch with Zipper for Women Travel Toiletry Bag : Beauty & Personal Care

**URL**
https://www.amazon.com/Lusofie-Bag-Corduroy-Cosmetic-Toiletry/dp/B0BQHDSVXZ/ref=sr_1_224

**Collection Date**
Fri, 21 Apr 2023 07:58:29 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Chris Stavrou

**IP Address**
2a0a:1dc0:5::3

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
hj0rfi458Xs8fOd1FoxOjwacmGpL8qSm+uzZWc4uYecdfwAr4inoi7MYKmM/cMila1Zr8cOjWoV9JaP+nhB+WGj8ChpT9EqeSqhr7oxgNsFWIKs5zRd8z86ordyW1Hs/Ujf5zyeKLAvn2hGD5FexKLoX7RYMKCHPyrsKyrZ62ek=

# File Signatures

SCREEN CAPTURE
PDF

**File Name**
screencap_[[https[s][fs][fs]www.amazon.com[fs]Lusofie-Bag-Corduroy-Cosmetic-Toiletry[fs]dp[fs]B0BQHDSVXZ[fs]ref=sr_1_224]]_Fri,-21-Apr-2023-07-58-29-GMT.pdf

**Hash (SHA256)**
2577655a611edda52ed356ad014a9a3cdac4ca2f91ac6f063a8aafdd8d72588e

**Signature (PKCS#1v1.5)**
NSbTXAoTSIPOft7ncGSnTyU2sqTviJM3PMDaZnXooT07mbE0qzSNzWKfvQ9k3C3MMFQ0b7SAGS+0jzxu/xELKBz9XAWLHIFyxQbSbnrGAu/Lrd1htB6uZcJF/d03La8SEPGRQXal19P0rMEsnXozZNTyR4a0LA8ZBgL+PCoBCQU=

amazon | Deliver to Ozzie Miami 33132 | All | smiley bag | EN | Hello, Ozzie Account & Lists | Returns & Orders | 1 Cart

All | Clinic | Amazon Basics | Customer Service | Buy Again | Amazon Business | Household, Health & Baby Care | Livestreams | Beauty & Personal Care | Free Shipping | Coupons | Pet Supplies | Smart Home | Upgrade to ad-free podcasts

Subtotal $14.99 | Go to Cart | $14.99 Only 8 left in stock - order soon.

amazon clinic — Healthcare for common conditions, made easier — Get started ›

‹ Back to results

## Lusofie Smiley Face Makeup Bag Corduroy, Corduroy Cosmetic Bag Smiley Make Up Bag Cosmetic Pouch with Zipper for Women Travel Toiletry Bag

Brand: Lusofie
3 ratings

$7.59

FREE Returns

Get a $100 Amazon.com Gift Card upon approval for the Amazon Business American Express Card. Terms apply.

- 【Smile Face Style】The face of the small makeup bag for purse is dotted with cute smiley faces in different sizes, and it is designed with a zipper closure. Simple and full of preppy style, it is easy to match various styles of clothes.
- 【Quality Matreial】The make up bags for women is made of high-quality corduroy, the surface feels fluffy, very soft, colorfast and durable, machine washable. The zippers are durable and smooth.
- 【Size Information】The size of the makeup bag for purse is 26.5cm x 21cm/ 10.43in x 8.26in. The capacity is large enough to easily store lipstick, powder, perfume and other daily makeup and stationery.
- 【Wide Application】This smiley makeup bag can be used as a toiletry bag, makeup organizer, storage bag, travel bag, jewelry bag, and more. Easy to carry, very suitable for going out.
- 【Sweet Gift】Smiling face means a happy life, this aesthetic makeup bag can also be used as a gift for female friends, sisters, and wives, especially on birthdays, Valentine's Day, graduation, Christmas, etc.

Roll over image to zoom in

Report incorrect product information.

Same pharmacist window. Minus the window. Amazon Pharmacy's licensed pharmacists are available 24/7 to answer questions. And because it's over the phone, your private health conversations can be, well, actually private. Try Amazon Pharmacy >

Add your 30-day FREE trial of Prime and get fast, free delivery

$7.59
FREE Returns
FREE delivery Wednesday, April 26 on orders shipped by Amazon over $25
Or fastest delivery Monday, April 24. Order within 3 hrs 25 mins
Deliver to Ozzie - Miami 33132
In Stock
Qty: 1
Add to Cart
Buy Now
Payment: Secure transaction
Ships from: Amazon
Sold by: Yourgreen
Returns: Eligible for Return, Re...
Details
Add a gift receipt for easy returns
Add to List
Have one to sell? Sell on Amazon

### Buy it with

Total price: $19.57
Add both to Cart
These items are shipped from and sold by different sellers. Show details
This item: Lusofie Smiley Face Makeup Bag Corduroy, Corduroy Cosmetic Bag Smiley Make Up Bag Cosmetic Pouch ... $7.59
Cosmetic Bags for Women - Corduroy Cosmetic Bag Aesthetic Women Handbags Purses Smile Dots Makeup Organiz... $11.98

### Get similar items fast

### 4 stars and above

Sponsored
- Cosmetic Bags for Women - Corduroy Cosmetic Bag Aesthetic Women Handbags... 1,176 — Amazon's Choice in Cosmetic Bags — $11.98 prime
- Smiley Face Makeup Bag, Aesthetic Preppy Makeup Bag, Corduroy Cosmetic Bag for Purs... 117 — $9.88 prime — Save 5% with coupon
- Lounsweer 2 Pieces Smile Face Makeup Bag for Purse Corduroy Makeup Bag Makeup... 55 — $12.99 prime
- 3 Pcs Corduroy Cosmetic Bag Smile Face Aesthetic Preppy Makeup Bag Corduroy Toiletr... 62 — $16.99 ($5.66/Count) prime
- HAPPYHEIDI Women Beige Checkered Corduroy Makeup Bag Cosmetic Pouch Travel... 61 — $9.99 prime
- Cosmetic Bags for Women Makeup Bag Large Capacity Purse Travel Toiletry Zipper... 469 — $9.99 prime
- Small Cosmetic Bag Cu... Makeup Bag Y2k Accessories Aesthetic Make Up Bag Y2k... 136 — $10.99 prime — Save 6% with coupon (some sizes/colors)

### Product information

| | |
|---|---|
| Product Dimensions | 10.43 x 8.27 x 0.39 inches |
| Item Weight | 1.58 ounces |
| Department | Womens |
| Manufacturer | Lusofie |
| ASIN | B0BQHDSVXZ |
| Country of Origin | China |
| Item model number | 542565_1-Makeup Bag |
| Customer Reviews | 3 ratings<br>5.0 out of 5 stars |
| Best Sellers Rank | #253,558 in Beauty & Personal Care (See Top 100 in Beauty & Personal Care)<br>#5,458 in Cosmetic Bags |

Warranty & Support
**Product Warranty:** For warranty information about this product, please click here

Feedback
Would you like to tell us about a lower price?

### Product Description

Product name: 1 x corduroy smiley makeup bags for women
Product style: European and American
Product color: beige
Product material: corduroy
Single product size: 26.5cm/10.43in*21cm/8.26in
Package size: 27*21*1.8cm
Product List: 1 corduroy smile cosmetic bags for women
Product use: makeup organizer bag

### Products related to this item

Sponsored
- KOVEWON Cute Smiley Face Makeup Bag Preppy Corduroy Aesthetic Cosmetic Bag Small Tr... $6.99 prime
- Smile Dots Cosmetic Bag for Women Handbags Makeup Organizer Corduroy Make up Bag... 1 — $5.79 prime
- Cosmetic Bags for Women, Smiley Face Small Makeup Bag for Purse, Corduroy... 7 — $11.99 prime
- ONBAGLST Small Makeup Bags for Women- Corduroy Cosmetic Bag... 21 — $9.99 prime
- OFENAK 2PCS Smiley Face Makeup Bag Cosmetic Bag, Cute Corduroy Makeup Bag,... 1 — $12.99 prime
- SANYETS Makeup Bag,Cosmetic Bags for Women,Travel Makeup Bag Toiletry... 1 — $8.99 prime — Save $2.00 with coupon
- Cosmetic Bags for Women - Corduroy Cosmetic Bag Aesthetic Women Handbags... 1,176 — Amazon's Choice in Cosmetic Bags — $11.98 prime

### Products related to this item

Sponsored

### Videos

Videos for related products

### Similar brands on Amazon

- BOACAY Cosmetic & Makeup Bag, Zippered Makeup Pouch for Women &... 1,922 — $8.99
- Glitter Chenille Letter Makeup Stuff Bag Glam Pouch, Small Preppy Patch Makeu... 12 — $19.99
- besharppin Preppy Mak... Leather Patch Cosmetic... 42 — $9.98 List: $17.98

### Looking for specific info?

Search in reviews, Q&A...

### Customer questions & answers

No answered questions yet
Post your question

Typical questions asked about products:
- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

### Customer reviews

5 out of 5
3 global ratings

| | |
|---|---|
| 5 star | 100% |
| 4 star | 0% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 0% |

How customer reviews and ratings work

No customer reviews
There are 0 customer reviews and 3 customer ratings.

### Review this product

Share your thoughts with other customers
Write a customer review

### Popular products based on this item

### Best Sellers in Beauty Tools & Accessories

### Your Browsing History

Back to top

© 1996-2023, Amazon.com, Inc. or its affiliates

AXENCIS
Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Mon, 22 May 2023 09:28:55 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

cgi03jtf638WBJpCprIWGdZOl1Z1/Uzp2vytwnWs6GhwxCc8hW60ny0dVZH4mjpavvb3xdzZFpa3ob5HnkBvkz8/QCIh1dmu+OFyQixxSi/4/tYs21UODwpKNHZYOBDlPy/88O1XTNhxnbSH6PzFmaAnfBuDpVENmiG4oxml/0WPACI7IzWJaKhtG9AxwxRSQk1wZszN
+pBHg95954uBhc6kCzaJZurh8EORRUP2sLt616eB/JCvLAmWloLrcuZP0FpuqCeHVa9T9m3DNNr2LeXTaZp5gIFi8D4nueqV/Hxqgw6kyzAoPJoQQ7XmdHf4bPYQUEnQasT26ZsEEll7HA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Mon,-22-May-2023-09-28-55-GMT.mhtml

**Hash (SHA256)**

9fbc9c7df00fc49bea3e80a034465417f4700f82f408b7ed34f60d1962225c54

**Signature (PKCS#1v1.5)**

cXSyFVEAu4KzZU5WacF4DUt9AaVaugGejPL8kRktY024Sxsr6XwSu66KP1AJnq94rwF8/destxHSnYcolPBiLrQfsManuV08P0ud4QHf4QYZjyLeE6X30sSBuJQb27qHN3IXo2l5TuLr63zXordphniWvjBLtAxdfYTygzqqsCh/EoGeJZFYdJ4Dw
+9cAMcIIXcsMquJvO1Ta2fcRTXNZvsjj1Tf1ld9lA6HdOi8rRN8hk5Bj8ocFQZN7ZhQa/Q9EGej9RLo8kYvWaETClrPUdqqfm6CqE7YI4ORzeWNTU6z6F+caW+nIKoelXNT2qnPknQnD6nz1K9z9W3LyF7y/w==

amazon

## Checkout (1 item)

**1 Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**
Get your Prime eligible items with your 30-day FREE trial of Prime

Get FREE Prime Delivery with Prime ›
No hassle. No commitments. Cancel anytime.

**Delivery: May 25, 2023** If you order in the next 9 hours and 16 minutes (Details)
Items shipped from Amazon.com



**Lusofie Smiley Face Makeup Bag Corduroy, Corduroy Cosmetic Bag Smiley Make Up Bag Cosmetic Pouch with Zipper for Women Travel Toiletry Bag**
$6.99 & FREE Returns
Qty: 1
Sold by: Yourgreen
Amazon Prime eligible Join now
Add gift options

**Choose a delivery option:**
**Thursday, May 25**
FREE Prime Delivery with your free trial of Prime
Fast, FREE Delivery prime
**Thursday, May 25**
$5.99 - Standard Shipping

Place your order | **Order total: $13.47**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $6.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $12.98 |
| Estimated tax to be collected: | $0.49 |
| **Order total:** | **$13.47** |

How are shipping costs calculated?
Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com: UHIBROS 5130 Pcs Clay Beads for Jewelry Making Kit with 200 Letter Beads 100 Smiley Face Beads Flat Polymer Heishi Beads DIY Arts and Crafts Kit,Gifts for Girls 6mm 16 Colors : Arts, Crafts & Sewing

**URL**

https://www.amazon.com/UHIBROS-Jewelry-Making-Letter-Polymer/dp/B09F2RR7C6/ref=sr_1_38

**Collection Date**

Wed, 14 Jun 2023 10:57:52 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:36::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

cqFQTIzO/KZ7ZJPrXelBBJmjOMYXv2Pv07W25/V8qdjJV0GqpA2Fg3S65B1ohBpU6xz0rqTd1JivAmjjXq1aoSNbVRUphUAYzDmcI6/ivWKdcAVg5FENJD688HalBJsXOLOgVfXxLMiianolVyYYTjwc2+m7ponWtv6uMk1KfRI=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]UHIBROS-Jewelry-Making-Letter-Polymer[fs]dp[fs]B09F2RR7C6[fs]ref=sr_1_38]]_Wed,-14-Jun-2023-10-57-52-GMT.pdf

**Hash (SHA256)**

3e161b2ac0977c125b3a75f7a2def07bae40878cfc6f8083dcba8c506fa498c7

**Signature (PKCS#1v1.5)**

U0j4HOQ7bYqMkrRavfec3mpgNcdB9WPjTV3RSDNrRcUq3gB8aoUqSas7ZtIuiFdB53pCRY5IRx5HctUa/RaiQGKQEVlb2U5yjWDMA2nxkIR13NUTpjvDqh+y4PjOcEP880CG79QeFV9nDOpxUo0hJEV+41IzMorOxFNHgoNNzbQ=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 15 Jun 2023 06:40:09 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

202.83.41.44

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

h/j5OCVDfi9C1nBRXvpC78KQusfxcku32mNd1oHAeZvaxtHnSl5B8rpvW9MStXKhlBF+3aUmP
+6dE7o1Qs26KROrdT1q6CT9aCXISy6tRBVfLhKbgWfYUJOnXVHsR6pu5womEMSQreUP4uFR9tWeI85frKWEx0WzJdZjvQV1ePzvTqgsEAnt2Ndo0blmtC8ryLvx82tu1SOjdSdHkfMQ9RXw8ey2AL/KqqmjTVQfbJ0IywHZe8UEfUIjVKBKFgoy
+0CUcc5jry23Nt7lQkDD64I3+rarkOOnD3pgtZv3sK/Iac/alnarBrFsUZuPj1mDt2Ai/mV++SIrwGPJgC0Ehg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-15-Jun-2023-06-40-09-GMT.mhtml

**Hash (SHA256)**

07f9f40fd81f792e6da4509b83f82801754e36f70810f9a4105f9ed486277d18

**Signature (PKCS#1v1.5)**

kRpQ6JsArriL/4o0T/hvPu3X3gnPKJZGie5BT44zGNMmhBt47uT7I7sQlaQUo462/SoSbOmj4PWLVGoAmlblKgM4FNf9JttO+PqTpbHaEa6Xf/B27vFexLFRNM/jFNQ3LryEi13wrdgR0AZUaGRp+NHZCKGnfyhSVVDvjm14ME71Qh7m/Z1uFMlcTxeEaROHboBWT76EvJzZZtjo21eTrKeBT2VTXCdq
+hll/O82/2sBCT+yBjQSrROSGfX48SuHjZgxsaGEmHqa1fd721QtZmJ2D0f+bvtx0IKkwuCaoCBxWZKmbjdKW6GWctYCEc+8Hm7QaEnt7WO0ySNBhIlk/w==



AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com: 2PC Vampire Teeth Ring Stainless Steel Teeth Nail Rings Smiley Piercing Teeth Jewelry (Golden + Silver) 1.2mm (16G) : Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/Vampire-Stainless-Smiley-Piercing-Jewelry/dp/B09NQZ5WXZ/ref=sr_1_207

**Collection Date**

Tue, 09 May 2023 06:07:53 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:93::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

PmDzOe81CEep/42kC4mxnYwX8QpQqt+nlTVVzJ1ftY4NZquwCz5tiWF7vR6LMVLuHe1tKfPPKhddTLw4EXu1jGZ1/VmzjuhAjC6kK/Rfwh6LOilYr4nTQS6o2qaF4tQZx50MkgXEgIA+kgYlgLXzfGZogmhQQBk8lxmVpLZ0Qkc=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Vampire-Stainless-Smiley-Piercing-Jewelry[fs]dp[fs]B09NQZ5WXZ[fs]ref=sr_1_207]]_Tue,-09-May-2023-06-07-53-GMT.pdf

**Hash (SHA256)**

c035c9eb3833bdc96c99d7d40e5f33d4868aac648ffb01d840585c61c09621e1

**Signature (PKCS#1v1.5)**

h1JCaVTjbQVHm7fqSiFK5fnjNog59dtAKcuTVkxObQAkX4JNwjYCujE0SArK5P3uvEMasIJ8TVNRf8yEqgeeFO+Eassci+sYOI9EUaALrgGsi8nSCGpdtg5Flm6f9Pv75Y3wht9iJgdEu5lseTbDy7Ig2Nn58pv93S/1pVpAGkU=



AXENCIS

Investigator Name: RemoteUser2

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 12 May 2023 13:58:01 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

RemoteUser2

**IP Address**

2001:ac8:9a:d::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

ZIlox/VJMk5Lwib44AlhSTpUBha5XbiEuz8SxYphs//B1Q3NgcRQB86gFOiF3mplysCjqfjKvGAG8mBGdooR74hT34Vbx1Egkvdy/9qbA46gdxxSUiyvXCZ/cAKp/KME101m+UB/fjYGlC6zvCEfeVpjn/3UNjw0TbvzTLgGPX9JM6KTyuDp0Bro4jvCWln9+P/
RAGsxbjmwxICBR9YcHVwE4LUiqaWnD2RZw6GbPIKzl2YvrLTaQAJsYoDMh2/oW83L8AzTaYwsJMxNThHvzo7Pq8ldzr+3b5H56R3z4qaOZlxJ5Z88k7lmJbNyesvSwW83e57CfoVGQkaC0KKJcw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Fri,-12-May-2023-13-58-01-GMT.mhtml

**Hash (SHA256)**

d27378487e2b870a2c461f5fb5e9a2f8a7ae3cbb0e0283b2115838c8c429efbc

**Signature (PKCS#1v1.5)**

GB8cSXGcC9qcY4BCmYeFVQO4BlN++wDUU2UkYz5QcOBwaRl1J8IQB5RPNCbw28th993RMPUL6/0jAUtkyc+nAFfoFGcb75zO2ZXHMcWVPTJgq1Pk47AQ8GKKqG/eBGM64KYjsllH1Sr5EXhnP8fWVT89WM74AKQ6M+om+reUQR6WPNucCN1X38ihIIaryfkw5MhFEzVN7w2Rqg
+YKEqh5OkCFXQVey7TbCE/gahIRPpJqPcusCecGfAe+3n937kY5bL0HgPzHsykSaXhxsImOp7OHT1wdzg53KagR4EIX9cNK980OMCgHAOMk7iKfOBnZxx4/5TjG8c27iDiOGL96A==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items with your 30-day FREE trial of Prime

Get FREE Prime Delivery with Prime

No hassle. No commitments. Cancel anytime.

**Delivery: May 16, 2023** If you order in the next 12 hours and 2 minutes (Details)

Items shipped from Amazon.com



**2PC Vampire Teeth Ring Stainless Steel Teeth Nail Rings Smiley Piercing Teeth Jewelry (Golden + Silver) 1.2mm (16G)**

$8.99 & FREE Returns

Qty: 1

Sold by: YPS Collection

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

FREE Prime Delivery with your free trial of Prime

Fast, FREE Delivery prime

**Tuesday, May 16**

$5.99 - Standard Shipping

Place your order

**Order total: $15.61**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $8.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $14.98 |
| Estimated tax to be collected: | $0.63 |
| **Order total:** | **$15.61** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: YTanazing Compatible with iPhone 14 Pro Max Case with Strap, Cute Smiley Face Design Plating Shockproof Full-Body Protective Phone Cover with Finger Loop Strap Holder Stand for Women Girls (Pink) : Cell Phones & Accessories

**URL**

https://www.amazon.com/YTanazing-Compatible-Shockproof-Full-Body-Protective/dp/B0BFT3K4G2/ref=sr_1_153

**Collection Date**

Mon, 24 Apr 2023 11:24:49 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

mepIWCuy9jn4BltDQYN6PywFM8EwqP+W+5bM61WhLp9ZHDPIXQBNJsjhzffuUKMweu6cPdbvB5P88v4t1C6+vdZUAoZWPXCHqDWC5DDsmd25D/YTqGAcjDgQ+GpsnovQH7oJ7d7yUNz5swX4pHMVaiQnPNIl6yDE/9/6zE1piqU=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]YTanazing-Compatible-Shockproof-Full-Body-Protective[fs]dp[fs]B0BFT3K4G2[fs]ref=sr_1_153]]_Mon,-24-Apr-2023-11-24-49-GMT.pdf

**Hash (SHA256)**

69b01c993c9d9050acfcf0618d3fd65e9be13feeb0afadd85cc9cb6ef2da1395

**Signature (PKCS#1v1.5)**

KA2T7uzLxqJltlb5/g+P8l/v1XOs6zM1+GCOTVL0O4FjCXSWpgw2gSPKXq6vq/zdz0bo3jl99ssX+GCkzEUz6zHBXwRPMbbHk/POgiPwFArUqug7eCA2+Rzds9BB+P2Zfi/MwOrqVTOebBntEajfHbMX0ULApG0mrskZvR7xHok=



AXENCIS

Investigator Name: RemoteUser2

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Mon, 15 May 2023 23:32:03 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

RemoteUser2

**IP Address**

202.83.57.61

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

VFdfwKtAdfvD+yV1Fs9c4KFmOoEHgkG4S/6s+0Axh6BrorsL4kUo/XelNcVJVflRnQ2frulPPUes1+nmTcj5Ilq16vuh6GtbxkN7UFy8VzEWukWL7VkwhWOKsw+ZrMFVxf8YfJGjeVkYo67AO44UbuSd4fPikyWzoAeqMIHLgUkbU6sx8YHOl19+6pRr45TBV+89shGbDx6p69tyG5mInOPxHgY99m/
TvrrziH0x+i7QvdfOZIOg0xzhvMsiaWZ/slepCvZQWgyE9n9W25X6g76MUGqc8c+16mniLFvwVS0QAzWXM93ck1VoQZQkJPM6PAaT67R/LCw+2SnJ9LidHg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Mon,-15-May-2023-23-32-03-GMT.mhtml

**Hash (SHA256)**

f421453f86904eb1f024cccc12603e770bfb1af1f005defbe7df41a6f400f19b

**Signature (PKCS#1v1.5)**

qzc80sDuiqs+koWKvLcRQSq/aKuwL2cVWwMv3zrlFybDrZiYPFUjDv0m65V3w0WSnYxR/qhemyP5RKI33IqeyE8adsE0l7Cm/cYv+9nsO3O0nbe74kMS+L8Hi/AO1GF0Vfl2L5uQmS82p3eOVNQqCTOdJF/1DjxUxffqT+OqMLfxtn4SSbk9KY7y8yyl+oKNtH+RnhCPNxLD6GgPMrnypFnr/
p2dg6ytYZslOBZOqAtQirRmeRjsYIw/tgMbrTv31RcJBBbPXwpwEDUQ6xaSVeRWTpJfVJzM6J6LzLn04Uy5CquLLpr+ljTg1OlvU1L6G/DSTh3Qf4cXFLH4b4KDQw==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

**Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items for ~~$5.99~~ FREE.

Get FREE Prime Delivery with Prime ›

No hassle. No commitments. Cancel anytime.

**Delivery: May 18, 2023** If you order in the next 4 hours and 27 minutes (Details)

Items shipped from Amazon.com



**YTanazing Compatible with iPhone 14 Pro Max Case with Strap, Cute Smiley Face Design Plating Shockproof Full-Body Protective Phone Cover with Finger Loop Strap Holder Stand for Women Girls (Pink)**

$10.99 & FREE Returns

Qty: 1

Sold by: YTanazing

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

- FREE Prime Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Thursday, May 18**
  $5.99 - Shipping

Place your order

**Order total: $17.75**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Get FREE Prime Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $10.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $16.98 |
| Estimated tax to be collected: | $0.77 |
| **Order total:** | **$17.75** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: One Happy Dude 1st Birthday Banner Smiley Face Birthday Decoration, Hippie First Birthday banner,Hippie Birthday Decorations Crown, one happy dude birthday decorations (gold) : Electronics

**URL**

https://www.amazon.com/Birthday-Decoration-Decorations-birthday-decorations/dp/B0BYYB2XNC/ref=sr_1_253_sspa

**Collection Date**

Wed, 26 Apr 2023 05:58:42 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

TpnkbhAGmBJr/qb/0rPlWWQE63Osve8bXqLw7aWK1GtGIx0oGNvgTgmtO312qrT4DnXmckuLQy0zko+VO33qLRvwKTZR1wWwf/VskDcVddeUoa6KBP8H0iXxy/q9gKeKfUghhOaZSjnVcLlLgLYP/TlOViutHV9mg3+4vmcImUI=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Birthday-Decoration-Decorations-birthday-decorations[fs]dp[fs]B0BYYB2XNC[fs]ref=sr_1_253_sspa]]_Wed,-26-Apr-2023-05-58-42-GMT.pdf

**Hash (SHA256)**

38eb3cc2387f7b77c5ec82a32fe65e7ce59009ab7a0e3fab909df38a0972c7d4

**Signature (PKCS#1v1.5)**

UPOlPmea1i4wNJmlssJtoq5Rw0NZBa4XJpqwwQZOOswFtheBFJ35DZdYk8YvaZo29Kv9HM5juWNnKbnfDOkfY98LTNW+/ZYwRVT3XVI1wbq61KjL1PgWWM6bAwP2CycKucfVLPlXXQQ8EoSugw8WA4VjEWdBCrhxmHuCO8Y5R5c=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Wed, 31 May 2023 05:20:05 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

111.92.77.63

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

UF+FaLHl2EZgWFk9dLnHWjUzB+fi+VIJ6QwhxhFIXEeVlSeEx6LUMIH9xpbDY+VUrCwZETVGfKBayFJWO1gUiOAR4eoFDuJlNyrORK8A8OnjsBvpWqsMZeRswdvTdGe911RnPuUhozye7EQWQgiXsu3B+FlG9r9Ul87YX5+nfV++DpY6s1T2TlZTxRG3/tYkaPq1k3AtrwYtR6aFftebSRG/
lMKBANFLJffihtHyxYJ0XTuQQfv+5kvqQOGQyuVVCY2XtNxX8lY82VUwpoKiRq9NPrZcp/g0J1AMW9EHlXf6QH1thF4LdVBbNWO1DzldWbFeciAeBwO8SaIVKzKuIQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Wed,-31-May-2023-05-20-05-GMT.mhtml

**Hash (SHA256)**

e0fe0598d5a5ab135b282e995b329e0888c9e9f14427f8dd4202aa27a773d0a4

**Signature (PKCS#1v1.5)**

i0Vhini0Cur9af2yWaDAchjupqbJsC0CtjnJGHd8GlwFr+tOd2KoVOKdYzPDEYZqdJLtICy6HYBx42GQSy9+87VstQAd/E+O2bYkF6WCpvVRGXasECIgbSDnBEYmxf9C73T0k7n9nqmqx891p/ufRUBNuDrUjz5in3GHTEjlAfjkUOcnlL4FVPWardfFh20WoA1LJ7Ecc0S6q5UlQjqsibSiOvklYyW/
zgHOmfn34J+Aic46q30FrH7IfN4sMxS0HRNukSiBo8qb3wL2P7+mcTe+aicNyPCRzMThYxAeXzJrsTLU4bpmd6C1l3Tlnyz6vuI9JEr4WbzhzHBmFWoQ0Q==



AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com: Flower Shaped Decorative Throw Pillow, Cute Reading Flower Floor Seating Cushion, for Automobile Throw Pillow Cushion, Room Couch Lounging Flower Pillow (Black Smiley face) : Home & Kitchen

**URL**

https://www.amazon.com/Decorative-Reading-Seating-Automobile-Lounging/dp/B0BXCTLV55/ref=sr_1_195_sspa

**Collection Date**

Tue, 09 May 2023 09:41:52 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:93::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

HyH2qFnmFclDiWe6ihszorE9tWdWWgTCFKdY3xPtzbR3lDXzWDJqugnImhuQyk8e0YeJgmhLdkRZjt3q0JfGA34A24csIM6ztr4UwzaastQNdrJflibCYOcCDIMDIaMckezviVJHv8M59simFh7vCTyay50PjcpS8ivQ1bSzFtc=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Decorative-Reading-Seating-Automobile-Lounging[fs]dp[fs]B0BXCTLV55[fs]ref=sr_1_195_sspa]]_Tue,-09-May-2023-09-41-52-GMT.pdf

**Hash (SHA256)**

5d653822a52fc26fb5282c086ac686a7a8aac1df92c988edad8f9ee771cda8af

**Signature (PKCS#1v1.5)**

eyr0c9BjJWwLPhhu+B4vbdnRjrNQpvjuNPHdbTuf/39HvQSB956+t6P3qOoCrZ6QT7A+kym593yDbf2YUAbb796hvkf8Apig6muOqL29MyUyvSEjzep45PWZBi2iD4595BhrDzwdgvDw3m/zVle9OfTKU0lQF9pdyC9DyCwTlMU=

amazon Deliver to Miami 33132 | All | smiley face pillow | EN | Hello, Kenneth Account & Lists | Returns & Orders | 0 Cart

All Clinic Amazon Basics Prime Video Buy Again Prime Best Sellers Customer Service Today's Deals New Releases Music Books Amazon Home Coupons Pharmacy Gift Cards Sign up to apply for $25,000 small business grants

Amazon Home Shop by Room Discover Shop by Style Home Décor Furniture Kitchen & Dining Bed & Bath Garden & Outdoor Home Improvement

Help their budget go farther Shop gift cards ›

‹ Back to results

## Flower Shaped Decorative Throw Pillow, Cute Reading Flower Floor Seating Cushion, for Automobile Throw Pillow Cushion, Room Couch Lounging Flower Pillow (Black Smiley face)



Click image to open expanded view

Brand: Fivean

$23.50

Get a $60 Gift Card: Pay $0.00 ~~$23.50~~ upon approval for Amazon Visa. No annual fee.

Color: Black Smiley Face

$23.50 | 1 option from $23.50 | 1 option from $23.50 | 1 option from $23.50

| | |
|---|---|
| Fill Material | Polypropylene |
| Pillow Type | Throw Pillow |
| Color | Black Smiley Face |
| Brand | Fivean |
| Shape | Flower |

**About this item**

- Size: 21.65 inch x 21.65 inch/55*55cm(approximately), size for a head pillow or a lap pillow.
- Material: Polyester. Soft short plush, face cushion contains Poly Propylene (PP) filler. They are washable and durable for use.
- Original Design: Personalized flower pillow, perfect for creating a personal and fun ambiance, a great addition to your bedroom, living room or wherever you want. Great for home decoration and party props.
- Receipt Reminder: The packaging is compressed, and it will swell after taking a pat or standing for a few days after receiving the product.
- Warm Tips: The products are all taken in kind, due to differences in monitors, light, environments, etc., there may be chromatic aberrations. Due to handcrafting, there is a (+/-) 1.8 inch variance in the product.

Report incorrect product information.

$23.50

FREE delivery May 23 - June 7. Details

Deliver to Miami 33132

In Stock

Qty: 1

Add to Cart

Buy Now

Payment Secure transaction
Ships from YUANHUACA
Sold by YUANHUACA
Returns Eligible for Return, Refund or Replacement within 30 days of receipt

Add to List

Have one to sell? Sell on Amazon

GEEORY 4TH OF JULY DECORATIONS PILLOW COVERS 18 X 18 SET OF 4... $15.99 prime Sponsored

GEEORY 4TH OF JULY DECORATIONS PILLOW COVERS 18 X 18 SET OF 4 BUFFALO PLAID STARS AND STRIPES TRUCK THROW PILLOW COVERS... $15.99 prime

Sponsored

## Buy it with

Total price: $91.05

Add all three to Cart

These items are shipped from and sold by different sellers. Show details

- **This item:** Flower Shaped Decorative Throw Pillow, Cute Reading Flower Floor Seating Cushion, for Automobile Thro... $23.50
- BinaryABC Heart Makeup Mirror Cosmetic Mirror Wall Desktop Mirror Bedroom Mirror,Valentines Day Gift(Pink) $12.56
- Butterfly Craze Daisy Lounge Flower Pillow - Cozy & Stylish Floor Cushion, Perfect Seating Solution for Teens & Kids... $54.99

## Based on your recent views

Page 1 of 58

## Products related to this item

Page 1 of 35

Sponsored

- Zaxqunty Smiley face Flower Curtain Buckle The Little Flower Throw Pillow (Red) $24.85
- Danitar Cute Flower Pillow Creative Rainbow Smiley Face Throw Pillow Sunflower Shap... $16.98
- dylmzam 16.5 inch / 42 cm Sunflower Pillow, Soft and Comfortable Sunflower Smiley C... 3 $15.22 prime
- Retro Smile Smiley Face Good Vibes Only Throw Pillow Case 18"×18",Inspiring... $11.99 prime
- Danitar Cute Cute Rainbow Flower Pillow 19In Sunflower Shaped Pillow Flower Floor T... $18.98 Save 5% with coupon
- Sioloc Flower Pillow,Flower Shaped Throw Pillow Butt Cushion Flower Floor... 1,603 #1 Best Seller $15.99 prime
- 17" Smile Face Flower Plush Pillow Rainbow Toy Stuffed Doll Sleep Cushion Mat Sunfl... 146 $14.99 Save 5% with coupon

## Product Description

We promise that every customer who buys products can enjoy our one-to-one problem service Making high-quality products is the direction of our continuous efforts Package includes: 1 flower shaped pillow

## Product information

| | |
|---|---|
| Fill Material | Polypropylene |
| Pillow Type | Throw Pillow |
| Color | Black Smiley Face |
| Brand | Fivean |
| Shape | Flower |
| Special Feature | Washable |
| Cover Material | Polyester |
| Pattern | Plain, Floral |
| Number of Items | 1 |
| Product Dimensions | 18"L x 18"W |
| Product Care Instructions | Hand Wash Only |
| Style | Modern |
| Item Firmness Description | Plush |
| Theme | Personalized |
| Model Name | Gfds54 |
| Unit Count | 1.0 Count |
| Fabric Type | Polyester |
| Manufacturer | Fivean |
| ASIN | B0BXCTLV55 |
| Country of Origin | China |
| Item model number | hdy653 |
| Date First Available | March 3, 2023 |

**Warranty & Support**

**Product Warranty:** For warranty information about this product, please click here

**Feedback**

Would you like to tell us about a lower price?

## Videos

Help others learn more about this product by uploading a video!

Upload your video

## Products related to this item

Page 1 of 20

Sponsored

- Pillow Fight Knockout Luxury, Adjustable Down
- Zaxqunty Smiley face Flower Curtain Buckle
- Adorable 15" Minky Flower Pink Throw Pillow
- Touch of Class Butterfly Eden Embroidered
- dylmzam 16.5 inch / 42 cm Sunflower Pillow,
- ZAMAT Contour Memory Foam Pillow for Neck
- Beckham Hotel Collection Bed Pillows

## Looking for specific info?

## Customer questions & answers

## Customer reviews

No customer reviews

## Review this product

Share your thoughts with other customers

Write a customer review

## 4 stars and above

## Best Sellers in Kitchen & Dining

## Inspired by your browsing history

## Your Browsing History

Back to top

Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You

Conditions of Use Privacy Notice Your Ads Privacy Choices © 1996-2023, Amazon.com, Inc. or its affiliates

AXENCIS

Investigator Name: RemoteUser2

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Mon, 15 May 2023 05:55:13 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

RemoteUser2

**IP Address**

116.68.99.108

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

QamcM0RnhWR56C1SOedzhZAHEP4dGl6K2zXBF5uuULdWWyjUy6wmr5QOOjyIDif/R1ZRO3vMxIBuQe39Tx/+8Vpp3Vy5wsYSLz86MNRYxbyDxx7Qx/nXab0xQF5zsGOh29lLP48S6zZDB9P9g3WSSdPO3fEJQnbyBZih4NemSPmMcnw5cNyr0iu7G243UGrrDaj+0yg9UZi4Iwvn/
gvLbU7LVmaZgvk7Jf6m7H9PezDrQHrqV9ikZvLpjkhuKlk0eevvXnBlTCun5/bKVJ/MZVwl1B8418UDKsA6gqyw+B3+lAFh8irQMbwqWT9aLgPuWC4wZglhB72j/DPIWfBJqA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Mon,-15-May-2023-05-55-13-GMT.mhtml

**Hash (SHA256)**

c293db2fabf3385a998bf676f6fce73cb921b9762bafaf476abd5aa4022ea589

**Signature (PKCS#1v1.5)**

PjgtaMzH4e/ih54jQxqBXgKllrDkKRDs5ArEEb8NuORqZP0Ag9HAfUCLscaG8mYoSUD2JOnlw+OMnVz6Rm6GCMhS9u05WMjWjJyf5NzGm6ZUira4F1Hbl+mIhpem0cL28vLxPn0VjbcT/9M+EWpdkV01/OCSnTXWAabV0Bq0bL94Pi+3rsVMKGFr4/
KMTlwcc8p35JWyIiRcFDqkh8VmY4AFZCRKdWlhd1mv7BdMyvrj8tlB6x34u1d0Cjw27uCauSxUu3tvCIo8snM80RPD3gPVB5NymlfLlzWx9ZypHlTD3uXL65jEgEJDfluRb9P+XGTdJT7RdCuy4dfrCtoxvQ==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Change

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

**FREE TRIAL**

**Jade, we're giving you 30 days of Prime benefits for FREE**

Try Prime FREE for 30 days ›

**Estimated delivery: May 26, 2023 - June 12, 2023**

Items shipped from YUANHUACA



**Flower Shaped Decorative Throw Pillow, Cute Reading Flower Floor Seating Cushion, for Automobile Throw Pillow Cushion, Room Couch Lounging Flower Pillow (Black Smiley face)**

$23.50

Qty: 1

Sold by: YUANHUACA

Gift options not available

**Choose a delivery option:**

**Friday, May 26 - Monday, June 12**

FREE Shipping

Place your order

**Order total: $25.15**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

## Order Summary

| | |
|---|---|
| Items: | $23.50 |
| Shipping & handling: | $0.00 |
| Total before tax: | $23.50 |
| Estimated tax to be collected:* | $1.65 |
| **Order total:** | **$25.15** |

How are shipping costs calculated?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: YWYUHE Cute Smiley Phone Case Compatible with iPhone 14, Funny Green Gradient Bow Knot Lens Protection Shockproof Fashion Smile Phone Cover for Girls Women : Cell Phones & Accessories

**URL**

https://www.amazon.com/YWYUHE-Compatible-14-Protection-Shockproof/dp/B0BLV9CVMQ/ref=sr_1_138

**Collection Date**

Mon, 24 Apr 2023 11:11:10 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

naswa++0ek+dkfaC749/EIcl8kKP9QBHhY/miZiKyxqgHQ2pAJlzd2UTXbzmyJZ1KANBPClhgHA4aH/tJbqCX+yVB/ThKC11aVLjDWFP4LnwpJ/h5mPVqWyrXrkMcCTtLscHZyvGDMZGXFtvYBrnDTQOWElOLI32Hv1GiBm9bfI=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]YWYUHE-Compatible-14-Protection-Shockproof[fs]dp[fs]B0BLV9CVMQ[fs]ref=sr_1_138]]_Mon,-24-Apr-2023-11-11-10-GMT.pdf

**Hash (SHA256)**

d414d6faa339d85f4015ba3471c8469f388331ed50c7f81bb6a356eeac83887d

**Signature (PKCS#1v1.5)**

F3IJtJq7Qlfvn/6YxYkbNW2HbwoXl4oNdQaDggmA+tv1lMETbQ+TytEPrpgV6+L9lSL490S39ZoCgpQN9NFw/FBScrY1USguqKm72NIUivZLiYakySOZAK3SbVc0o1onApYD7ixpeZH/mJSJNEt1zhMGkT7xvlhEM3vhP8hWr44=



AXENCIS

Investigator Name: RemoteUser2

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Mon, 15 May 2023 15:45:48 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

RemoteUser2

**IP Address**

116.68.99.108

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

VZSkcFekDQ8n1sy/YguCTQjlPNTsHUyIEaql1bQb3hXI/oTgViRileNwbyy4j7cFFy+rOid7+hKXUer3YuhldGw2neCbNK3WGWPpNopi4i+tKMRr35wHJVDvmT6HHhF4+7LMbTkTYIRiQz8Xzh3eD2rRLccPin74C/PqOi2FPBT0bF+VY6sSDB7l/
+BfCGoqaJPY0uZOnwDM5Ynbr40B1h9qmKi6R14wP4j5bVNqLpprasmi5IVSaLWnMehaH9PKZbStjX+t5bTAvEVnDApyetVMk/Devz44lCzWP4M8rzHjh6k4gBFSfzrjsedixu9480AF2gqAurgXqlAgwFFW4Q==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Mon,-15-May-2023-15-45-48-GMT.mhtml

**Hash (SHA256)**

036fe38eaef89d83b0371bf543c07a2133de3f4102d1d38bc22c7c718d8357f4

**Signature (PKCS#1v1.5)**

m6kOLmBVX9b5s3gLAt3t0Z6vSq0y878XHzX16key8q7Ow7GT5398nCeFtFLnZN1xPtW1LtbBnSQIOKRCffjxutrJ3XjUx25ALPnD5U0EpddoxUJkFRjFiZpZxH0ankgmnTVnEjlesq07/b/8XRfVkyPcjm9U94c53yRH1qymCsKuD9pp/p9FZCEO7K9X0mAnjVXZD2Dapo/
lhwp5GMsec4EdOOqppMXADq/uQ1DEo9toWkL9BSDH3wzUX9XXvZ8Lzdz4neR9cNJflT2bY3uHzOpxzRR1u2RN0FCrjJKDXtAMomVaXjulSdlP0pSHx5kiPAsShKUgcKaYQk1YPYwO0A==

amazon

Checkout (1 item)

**1 Shipping address**

[redacted]
307 NE 1ST ST
MIAMI, FL 33132-2505
Add delivery instructions

Change

**Or pick up near this address** - See nearby pickup locations

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you Prime FREE for 30 days!**

Get your Prime eligible items ~~Thursday, May 18 by 8PM~~ **Tomorrow, May 16 by 8PM** for ~~$5.99~~ FREE

Get FREE One-Day Delivery with Prime

No hassle. No commitments. Cancel anytime.

**Delivery: May 18, 2023** If you order in the next 12 hours and 14 minutes (Details)

Items shipped from Amazon.com



**YWYUHE Cute Smiley Phone Case Compatible with iPhone 14, Funny Green Gradient Bow Knot Lens Protection Shockproof Fashion Smile Phone Cover for Girls Women**

$6.99

Qty: 1

Sold by: Yuhe case

Amazon Prime eligible Join now

Add gift options

**Choose a delivery option:**

- FREE One-Day Delivery with your free trial of Prime
  Fast, FREE Delivery prime
- **Thursday, May 18**
  $5.99 - Shipping
- **Overnight 7 AM - 11 AM**
  $9.99 - Fastest Delivery

Place your order

**Order total: $13.47**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Get FREE One-Day Delivery and save $5.99 on this order when you start your 30-day FREE trial of Prime.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $6.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $12.98 |
| Estimated tax to be collected: | $0.49 |
| **Order total:** | **$13.47** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com | FUHUAQI Women's Men's Bolt Happy Lightning Smiley Face Slippers Vintage Leopard Smiley Face Slippers Memory Foam Soft Plush Slippers Warm Non-Slip Home Shoes Pink 39-40 | Shoes

**URL**

https://www.amazon.com/FUHUAQI-Lightning-Slippers-Vintage-Non-Slip/dp/B0BFXHWWXP/ref=sr_1_158_sspa

**Collection Date**

Wed, 26 Apr 2023 05:10:41 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

e4v2gXaLSPniX3Qs98meiDHyJUe5uAVzpoARIGjjAs4YLF/w61xPxTGY3v/g3RtQqGBLGsIPAYhwe7dae968XJfCFOeiF+Z+fXI0w8ymGUOTOkQa5BCw32IrgUD60Zv4zY8POR0d+wrmCB2pFOF8GoRgiWefndRMHzCGdspFQuQ=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]FUHUAQI-Lightning-Slippers-Vintage-Non-Slip[fs]dp[fs]B0BFXHWWXP[fs]ref=sr_1_158_sspa]]_Wed,-26-Apr-2023-05-10-41-GMT.pdf

**Hash (SHA256)**

d49e418ed4f3b540b94b1b05f65c6caf40c69a05a9d18cd086b61f67a6b9fc39

**Signature (PKCS#1v1.5)**

Gig49ZOLbk0vPCD97xZ8HOzlIhbCsartyrDXma+ABB87mOXDpcuASkxjtvOmp79xvmB7p6mvPNpsUHgC78sPkzO2nUi6fsbXa4jrb0L6lZK6cD72Wz/M0uWrmMEnBWwUCQhQbeNK47FdCSpTv+SXO5DaN6cGd4z1EP0DW20HWIE=



AXENCIS

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 30 May 2023 15:12:17 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

202.83.40.142

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

BTs9pzwB+zzjdMCDpaeFGQlxyAAUYVGL+MBtVArAuY4YdjCJpW42V3YHsqSXSGmtlCBrisvmt8JAzmw5vHLuBrVQCCwlcgGEpChJYH0tlmBo6tQg2W/x5B2Pxbrl9nkxtWPFq0zpEkpCjnNTnC
+H3fsXdpMO6G4QEqSMtbUH5NY83JzdtqlmFXrWc1CfMe04K8+ajCO2hfrAHqjUmq1MiFhwb0UqkImb7pgz82CwUZEy2zh4HvaI2lqAffctJNj7HLnDeTKOgU8kv5eXjPTslzon4ecywHAm1bMy1OQagI6zjOEWvB/iAZ+lQDMP2aJdk1Xz3mgLBF2YFBteqJ5YBw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Tue,-30-May-2023-15-12-17-GMT.mhtml

**Hash (SHA256)**

bdbb87d154d60e49461ae61b1d17b083f5efba9c6b86c076e5f19d3439bdcb1c

**Signature (PKCS#1v1.5)**

G4k7C7HUGht+q2N/Ob+m5zITnaWG6SpiHsPYz/LzmiNl5fxJjlVfGFQPLTgQCuCXMMFmAtTkQquvOfYWCYbmCg1I9XKfoDTIepe97FVw/ZtQqNIF6ScBXN8jz6z20K/QJ8Nan7qQxQNn4l+t0EJuApw7nr94RopZ2TO20SwpYX2unsWLQoZi1wKF8G2hZm/
kiHItKkpNqX6snvfVFuIwcShX7JX5UfDqZL3AQcjq/9RIqyTjLARRVpASXgNyBA/DxIhkvcNrqJNHn7BgxyFr6R4mDGa8ObNJwfAXETDb8o7lnJYhCzYXv2AXviFWNLZgs4Y8HmSBrU+A8VpzbJSukw==

Checkout (1 item)

**1 Shipping address**

[redacted]
111 NE 1ST ST
MIAMI, FL 33132-2506
Add delivery instructions

Change

**2 Payment method**

VISA **Visa** ending in 9985

Change

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3 Offers**

**4 Review items and shipping**

FREE TRIAL

**Jade, we're giving you 30 days of Prime benefits for FREE**

Try Prime FREE for 30 days ›

**Estimated delivery: June 12, 2023 - June 23, 2023**

Items shipped from YUJIAGUAN



**FUHUAQI Women's Men's Bolt Happy Lightning Smiley Face Slippers Vintage Leopard Smiley Face Slippers Memory Foam Soft Plush Slippers Warm Non-Slip Home Shoes Pink 39-40**

$13.99 & FREE Returns

Qty: 1

Sold by: YUJIAGUAN

Gift options not available

**Choose a delivery option:**

**Monday, June 12 - Friday, June 23**

$5.99 - Shipping

Place your order

**Order total: $20.96**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Jade, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

Try Prime FREE

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $13.99 |
| Shipping & handling: | $5.99 |
| Total before tax: | $19.98 |
| Estimated tax to be collected:* | $0.98 |
| **Order total:** | **$20.96** |

How are shipping costs calculated?

Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.