AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: A Golden Cloud Preppy Stackable Beaded Bracelets For Women Heishi Evil Eye Smiley Face Summer Beach Surfer Cute Blue Clay Bead Bracelet Boho Girls Jewelry Set: Clothing, Shoes & Jewelry

**URL**

https://www.amazon.com/Golden-Cloud-Stackable-Bracelets-Bracelet/dp/B0BN5TDL4R/ref=sr_1_51_sspa

**Collection Date**

Wed, 19 Apr 2023 11:47:30 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

D4DtOB8JgD9brqEnOBSMUmtEV2wBnhp9RbjwqO+xZ03XnQuoQjEiVc+7y+DKOFncnxSRHnPf+G46tisk1jhe8YDWFQyBZdizwIM2YGety6IzXX5G9WaAvfoqj03eDgbVTBIe4dXNVnuXiwdHrOTuuhU8CzCPQqD7RQIB0g6Dmfk=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Golden-Cloud-Stackable-Bracelets-Bracelet[fs]dp[fs]B0BN5TDL4R[fs]ref=sr_1_51_sspa]]_Wed,-19-Apr-2023-11-47-30-GMT.pdf

**Hash (SHA256)**

af69fe5149914420a765c30cc71c790eac61b60b31bb8240241ce5fc62df848b

**Signature (PKCS#1v1.5)**

hDv/5fpQg8TZ9f6t6VtC4W+ypGUcnuGIK4yDkXMHMVhvIWDpwEKqzG0FxuLo71AO+Fvup05wJQDRe/o2o96lhV/OUvrp22eQXHz7i+tSPK9Z2qjuWsBsdZ3g6YnKQd2HK9Ry4InbNSqJZjvap6hGQE4t+ujx4cCLhTVa4Ve4cio=







































Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 18 May 2023 11:17:28 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0a:1dc0:4:3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

AQm/ca2hCVMpx2eVrnPBlb6itjWGIugI4xeFt2jMBU0+5oVF20RD95etBiYmpZpGTPle0cFXVhHcZl1soI6KwtIACfGzVpgbZA3muLOJd6HpA0Mtp0pv5PjgJFI1UeVSHrEa6+hGTKs6z6QurES2ZojoYPJ7lMw3+/BGmSG5lQJltvCqFft9P0cEh70/3sngMZbuJag3Y3n2SB03XGRWSKuFXwVebVwIE/J207Lbk3B1aJc3nHyIbHOsi7CyoyoW1W01UDnG+MwMtgNcTPMNPEX9zr88z20Z/24033kOkuthP1lkoBO2Qk1aJbBW73MprkfOlmYl0ScKljXAw5QHp3iQ==

# File Signatures

SCREEN CAPTURE

**MHTML**

**File Name**

screencap_[[https[s]/[fs]][fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-18-May-2023-11-17-28-GMT.mhtml

**Hash (SHA256)**

b96d829bee3258412b15e0b140e4b6e27c73b842437a1cdc6fb9f49d4b8ea5a8

**Signature (PKCS#1v1.5)**

OeqINhoFJaBDMiZ5JiCwxIeSe+WimNXA9n4+OKLf/BqjWoJ6nmvXtV/T3UqHOHxQWgFJ860h6AJ4qPb5Q0g5nGpjgHqBFIjAJhE42bg2Mg9ok+WQJunWBIVetdF1SNkQIdAFcqoirIcsMNQi945DvxsFg0QQzkNygX1rzKRJG7ki+4ch6jmR7EKIXaGmG0ZTsU4tQIlmtVQSxgeShsCWPbZuMsdxfCa1GHUXN9FFje8X9Kk805fDn1X+Dswb5JRad+Dn8mdm4VqA2X6xUma3UY1y1kjP1MEvGzWum/PqP/yOTXD9YJnQUjAufKf6ziMqGgUiohr1wUvFRH2eKwNchQ==



# Evidence Collection Report

**Page Title**
Amazon.com: Makeup Bag Corduroy Polka Dot Makeup Bag Smiley Face Storage Washroom Wallet Makeup Pouch : Beauty & Personal Care

**URL**
https://www.amazon.com/Makeup-Corduroy-Smiley-Storage-Washroom/dp/B08V9TWCDN/ref=sr_1_231

**Collection Date**
Fri, 21 Apr 2023 08:57:02 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Chris Shannon

**IP Address**

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64; AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#7v1.5)**
58fef94fe2937127ba84442d419 bb2 c34d95ebf145c9ga040645d0ff0a26e03b98 a620b5 f55d 53f6f23449a9cc0673f5c4b1f1907d2a4a13f3d442ds63ce2g fd3fceae6530e7abff2657f8f0400fedbcab8907d900feee0600aa3sbf24f9cb43fba62bd00a25asff6bi d9ef8b70fe8

## File Signatures

SCREEN CAPTURE
PDF

**File Name**
screencap_lDVjcsLQUoBJ(meme:amazon.com)JUMakeup-Corduroy-Smiley-Storage-Washroom-dp5JdpE5GB08V9TWCDN5Jref=sr_1_231(JS)_Fri,21 Apr 2023 08:51:50 GMT.pdf

**Hash (SHA256)**
02f077be7d5bfde79c7d3d03e75e3efc10714bceba71a2f80c05bf82b405e37aa7b9

**Digital Signature (PKCS#7v1.5)**
5_ AdJDl48GxwBgy59zdZ66w4gg62 DWC39 fd9gl0z53f8fb17gs/33fff79fyhbsy7epsff tpf5ag0u7j84ttwf29 sf8bsf9asu2fff402d0edwkw2c54424edcr8wkwftdvdf49gs b9sue9dgfgshd3ke59dgfvjwgxzfsytff44ec-d


































































Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Mon, 22 May 2023 09:33:46 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0a:1dc0:4:3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

FiY7qTXl8+irpEDe4NBGj9Qalbi8vM0Uy+EFOnXMsXt6K7CmHHV4/FF00uhXSA1cPzs6kPz61rZa08sh7o1KyB4bVbhjxInIftMvUbhvXTwzrSypDAxetKJ+L98pJZUbAR59L9k8VSd5xWvvs52aditMRyJi+4ig3xLagIfy70y60cDRnXfQlkz8wD/T/MMSuHS3xzcCKLKVHl70pKXESeviEwdP3sSgQB4Nqer/iJwD+tX7tdFlF7p+SQ4wu+GX76C6zqsKn09qwYrLQ+Td2p6SAaFlHRuTkZhR//PcS56oNuxLvPUt0XtRyDl74VUHl9kKM1kPPy/WE7hq1VVExTA==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s]]fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Mon,-22-May-2023-09-33-46-GMT.mhtml

**Hash (SHA256)**

9cb3a66dbd8148c40a9774d1b34db62059eec3c0003a615ac894044ef59362

**Signature (PKCS#1v1.5)**

JZz09AYxI1i72teetA6v36PuRX1oAYpSZLWufa9ZO3quFlXaEvOZoqxsoc6jJlmMJY46KtDE1viXu3Gt3fv23s5nnSfkreLSmSp4Qtab8ckKMthusuLVITH8yhu/cmeN2lz2ksT92oeoKJowAsGbfxlAgQ1uLRHutqaJCLd3PRLe/kPFwPHFXZr50gztynfNBKxHY+UM61GiVHrrS77K+mFybj3o+jDwwhOJJAbjCDBBZdviBwSrlEB7xY5WlR1QMmPlg5cE743HnFZ29isrfixnivKegUBqzrlM72dYcShbXTgu8m9czy4XVv02Q27w6S1gpTaWb0eByZLSl8Ba6ig==





# Evidence Collection Report

**Page Title**
Amazon.com Sewing Process Smiley face Heart Shaped Patch on Iron Iron Patch Clothing Patch Jeans hat Backpack DIY Decoration Sewing Patch, 27 Piece Set : Arts, Crafts & Sewing

**URL**
https://www.amazon.com/Process-Heart-Shaped-Clothing-Backpack-Decoration/dp/B0CXXXXXXX/ref=sr_1_1

**Collection Date**
Wed, 26 Apr 2023 00:00:37 UTC Apt Department of Commerce / ART authenticated timestamp

**Collected by**
Chris Reorive

**IP Address**
XX.XXX.XX.XX

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64; AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.X.X Safari/537.36

**Digital Signature (SHA256 / PKCS#1 v1.5)**
9f47724a2b2bbdXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

## File Signatures

**SCREEN CAPTURE**
PDF

**File Name**
screencap_B0CXXXXXX@amazon.com@ChrisReorive@DepartmentofCommerce@XXXXXXX@time_1_4t_Wed, 26 Apr 2023 00:00:37 UTC@ref.pdf

**Hash (SHA256)**
b8e4a29fdXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

**Signature (PKCS#1 v1.5)**
c9f4c2bbbcc464c2dc9ef7b3c9e0XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX










































Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Mon, 05 Jun 2023 05:34:43 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

202.164.138.143

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

AYprgLFTjObJH5XQSBHrAcODzGwSYrmeydD4mtY06t4VeAmzUBqJ2SZ0uQwz92w6KWMPi1KNLtnzx84q1PfeMWGv7HgXLFQQ/L3NMukivWsY50dVXUfteMI+Q9zXzUbFMNR7pKIJ0y/b5L3JPYrIXrmXu5IhaR2vOs0s3qkMzHmOkeV9yq2di+oZc+SzlnIcBGAD1lV0V/Y1iNeCqUUAuC5/D0iK/HhRqDrPEOAvascpuQ6fE29UaliGClOgusWmRc6150o37h8wB6XsXofTmJiwiUp+TVzRDb8hou+NHhwkMJ0ReGJEvt/qqoxJgdV5J3iyZF4kF6XEpeby90t1ZeQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Mon,-05-Jun-2023-05-34-43-GMT.mhtml

**Hash (SHA256)**

d17e99c7d6934624aed3086a561338dc984a57e8883311e8eb7608f8d97573b0

**Signature (PKCS#1v1.5)**

aZ+uL40XiCfb4QV0X25mIvAORtdZMUn0CbutNN7MdanWnmxYBFNKjy8oEmKl7U3JIv0fRaCSCbZcNwuzxraO5mDIWRBmg/eSKhxCKdZA3vXlY4rsZZw8C7gGuc6dGG4Iy7zzFwnqLf0xhFsMbgJg8euwASBK8vA7Q0MJXt/v0ZzETRpHDt5280Lxx86ISzGUOuVBExO3vk0maRVoTpIGYFyAAT4z7aCf3TZNxk586zK917mifayhZsJt94QhzyXpXczg0eb3M8dIPwbPIET7DH8IM7mI1ewZYSepF0AhYgBdZwCuPXCwO23PElzknhS9D3t3YCJ1VYjUcMPnCmI8EA==



# Evidence Collection Report

Page Title
Amazon.com: KIVIEWON Cute Smiley Face Makeup Bag Preppy Corduroy Aesthetic Cosmetic Bag Small Travel Make up Bag for Purse Makeup Pouch for Women Girls
URL
https://www.amazon.com/KIVIEWON-Smiley-Corduroy-Aesthetic-Cosmetic/dp/B0B9XCJ4H1/ref=sr_1_47

Collection Date
Thu, 05 Jun 2025 11:21:49 UTC (x01 approximate 4", WD (estimated timestamp))

Collected by
Chris Nguyen

IP Address
192.168.1.0.57

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/1*1.0.0 Safari/537.36

Digital Signature (SHA256, PRESPV1.0)
cad94bf0d70267f7a52031e8aa9dc4fba56cb1d1ae0b5a14fa6e40f84b14f0f0b5bd41b0a6a4c3b5f2c5a9ad5e6e3b49f0a6b7c8d9e0f1a2b3c4d5e6f7a8b9c0d1e2f3a4b5c6d7

# File Signatures

SCREEN CAPTURE
PDF
File Name
cosmicsa_8kbkz8j9ghkvace screenshot 2025-06-05 161947.pdf

Signature (SHA256)
b52b2b1ee5e3a3a5be9f5b9e5ad0a73b36f0a6b7c8d9e0f1a2b3c4d5e6f7a8b9c0d1e2f3a4b5c6d7e8f9

File Hash (SHA256)
d0a6a8e6a5b1e0e3f9a5c6d7e8f9a0b1c2d3e4f5a6b7c8d9e0f1a2b3c4d5e6f7a8b9c0d1

Signature (PRESPV1.0)
d0a6a8e6a5b1e0e3f9a5c6d7e8f9a0b1c2d3e4f5a6b7c8d9e0f1a2b3c4d5e6f7a8b9c0d1e2f3a4b5c6d7e8f9




















































# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 19 May 2023 14:06:59 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0a:1dc0:4:3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

KuZ4H4++8TJTYmUqsba14V6SKLBquLJZ9ECukPiKi/8+Ninxpko0Nv25ooI0O9uARwECytHVsU8rBJxa6Q5b7jkjFNElxLp/eK3q8EsD2IxcclgzPO/iBSu5LxeOTuqdvGDkKi0QoR6WnKslys0GYXGj4Q4HJiAYxG1Am2JgfFK8iTqu24RW2CPiCPLWYaSoR6/jYwGi4jNbCa9Wq2nm5z6Xd6ECtDJmqCimKsMrMRbW7gPUNQrLqsfEzzS0qth6ki41M5rjGDAK5QuAfxJXQVxMb/kXNSbGBCnEDX12Szy7FRiyy0eCRlJeLi0J8YMo2dsgOGdob8gHpkTu6w9XJxyg++

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Fri,-19-May-2023-14-06-59-GMT.mhtml

**Hash (SHA256)**

9aa2a41e8e8d9a40cf81a0d590a423ff424a15e5e11e8d7013efa883e038726e

**Signature (PKCS#1v1.5)**

pfDxgQed34jhOuH+JVTmZzHnIeuYuJ0qARi+5gCbiort301RFso1Ib79rd7dB1MeVl0hld3CDF3Ph/mFVVFSDIUN6sUen7fYWStyFcQeQXlKm44Fcps09oFyXTExvJG5vzwmSQQn5kzL0LHhqI77aCT8bSBCXgOQwGwHxF52AmQV0buWxtCeg7EugOyi1j+D3i4bMp4DZlTY/SGXucSb8d/PUfEKOYTAGdlHaZ2tCR0GUHS1ScSUwQ611rFsN09dAeOLTYHNp/zrYj0gPXa3E8pNsSzMjLncst0Hxu6c+qpTSO/2dg2tu3rRPV2+vxZRte3RtsUV/RLmje5yIiJoA==



# Evidence Collection Report

Page 10a
Subject's User Agent for Photo: [a very long User Agent String from the Screenshot Process Logs/PII] the client can not be collected on this format
Collection Date:
Mon 19 Jun 2025 07:57:22 GMT [the Screenshot Process Logs/PII] xxxx collection/screenshot
Browser Information:
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/xxx.xxx xxxxxx.xxx
Collection Identifier:
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

# File Signatures

File Data
File Name
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx/xxxxxxxxxxxxx/xxxxxxxxxxxxxxxxxxxxxxx.xx.png is the hash of the screenshot file xxxxxx x xxx xx xxx.xx.png
Hash (SHA256):
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
Browser Information:
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/xxx
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx/xxxxxxxxxxxxxx
Hash signatures:
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx























Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Mon, 29 May 2023 08:31:25 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

116.68.102.163

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

M4IhetFSJkQA8HCoz+O6gfPDmRptCorMh7JKErIluOxHNJhUsJLCLYeJD9TVrF4MkLHX54qsOy1MNOsb0WZRyGT7QohTdhitxGHfedWEYzltx1eJqF9BnFSDnq4py8sfeV9b0bu6yW6JPLnBO6PGfArddCq9j6oiHTKl6lzEcSy/zfsiKWlAb89PI05oYMgBL+P/VFxKp+aFqgFE9pI1zwbkXpjo/X4dz2A8k7B6zDFbqJuQelbQNy9aYVDjYTVPic2TYM/oa75v+SbOngYYU2G3XNZFJBUtxJhJWPCELVDvgOGAfyU32VN22igw+dYXZ/FMzvG+0A84xFX3y1L7bw++

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s]]fs]ffs]buyffs]spcffs]handlersffs]display.html]_Mon,-29-May-2023-08-31-25-GMT.mhtml

**Hash (SHA256)**

3e8510bcf918c527f6bb263147ee6a1b1a22ed6737287954bd27a3d16cb87cdc

**Signature (PKCS#1v1.5)**

W+EK2svj3UHL6RCunnIIBU9ebpFMFr4piVb8Q7zkU/wA6/DI0lpTZkQRmD2+67HeYIDjNJMSmxhpMGseMXSjDYAdOVGbULRSXyh0ZMprWZNvrFWrMeHccJT7NIyFNywfWBxTsuyCy4lJeeAFkIHSfyjjarOObV2WMwu14RqUrvulbcK/JMCoskYFryh3RDg354q0qShwDu9vSg7dmtG04dRaoFWSusDmxZmIFQFgsSn38Ca/yI0j4DmWp5jlQq56YcBLvvbLpxqOkZciMuVWvsLyoatc96oeVq8Obl3MzD3W+bR0iGZ5rJvdgWDMS8crPnZ6FDPlP2Ai5H08DVQ++5A=+



AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com: 240 Pcs Polymer Clay Bead Kit for Jewelry Making Mixed Flower Fruit Smiley Face Beads for Bracelet Necklace Earring Making Crafts Arts DIY Kit for Girls Clay Beads Charms Bracelets Making Accessories

**URL**

https://www.amazon.com/Polymer-Bracelet-Necklace-Bracelets-Accessories/dp/B0BYJMQ2K8/ref=sr_1_56

**Collection Date**

Wed, 14 Jun 2023 11:08:01 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:36::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

GYEjdU8R2wFjGrzP8zdolhew5Vbd+JwQWUQ5rs3nAwq8bLhxD3BEl1KORLfaO8oLqwmNiZLkqteTmMZaN5032IjFlGQQzytpgsRlvq8oKSLOOGD9QyZ3llhMelCEs223NNElvHtqaK5Rl31WTpdNhNCrxn6MV/CCRkSe4oHWyzY=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Polymer-Bracelet-Necklace-Bracelets-Accessories[fs]dp[fs]B0BYJMQ2K8[fs]ref=sr_1_56]]_Wed,-14-Jun-2023-11-08-01-GMT.pdf

**Hash (SHA256)**

afd2133c24667b5cc1e294ab983e3e8e716dc643742860b62095ae31e7522e22

**Signature (PKCS#1v1.5)**

KsHLxgzENqpdef8vkhbLHoAX8WqGyxfr+07S5w7aYfIwoX86nRIMIZ9x5uHU7KoBbjKVXRodelPS/EZBVdRbxodcC3wmZF0ZfKGqnLfWwIbOFBB1lLzQBgvo7C1i2Sko/MvvzPGFwkNF0ise+vozOA5w5VIPScuzXBP/iiwjJRE=





Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 15 Jun 2023 07:45:36 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

202.83.41.44

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

HkMK/I4FgJXK02E+tK+FbCfOnSzl6AkpB7CNtamBiB7GD6IBySDygJotrP7oTsewS7TTDA0bHhMAUVwr9DAfxAKTPw8QArAZm4Nxxtd0BAMdtU9DgkVeAL/YtYntvw/19QBKYGhat4wPlyPChuuVTf3HyNPn4gSCnPubtvgAzGwT9FgJ4P6M3H9pgMbwcl0yO/96QZYsJiAXzhqhhrOveQweXt6OpuFjA55jBcwKMjRUAYLZWLwJIgCs0MFcmQfOHTnZQBaTF25X2IMHvivaFFZYU8RdgpiLc+sgf+nGt7E/10mpqtvFzA4mTd2JbGLQnYR5jgExBCR+7I3sBuTg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s]fs]][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html][[_Thu,-15-Jun-2023-07-45-36-GMT.mhtml

**Hash (SHA256)**

85f7f313dfb3455458dc07776067ea7b352fe958d76493c2bece5459187b89bf3

**Signature (PKCS#1v1.5)**

KRI0wkLwkeSDWIKJ/bGtrcYRuRMLhg2MpVZJ0XK1CS1j493vrQx7oYtfChQsG6Khetyo48khdMZ8Cv5jEFr7fGq6NWx0RbCIAwTf3dtxiKA8y6fPfDN5dfUlvGmC7KLMoALIC7SL2Wbssq6X5L9YwN9V18OoJuL9NNznLdbxjt3SMVdwxbwCkjhbmjUaassIOEfLf0KHlps76Ga14wf+hBrllmXfrS6mfNH7LWAiLu5iXrBGfdQJKBFOtaoqYq5WsoeggQU+0/w42U9Beafz/csk3AeoipNdMZMoBgN6tM6yWbNeT8E2TqC1jCS5djQ/tnv5M4GBhkssZ!ud13pX4w==



# Evidence Collection Report

**Page Title**
Amazon.com : 6pcs Badge Reels Cute Nursing Badge Reel with Swivel Alligator Clip ID Decoration ID Name Card School Student ...

**URL**
https://www.amazon.com/...

**File Name**
Mon, 01 Jan 2024 00:11:25 GMT Department of Commerce, NIST (authorized timestamp)

**Digital Signature Details**
Timestamp...

**IP Address**

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/120.0.0.0 Safari/537.36

**Digital Signature Details / SHA256**
...

**Signature (RSA/SHA-2...)**
...

# File Signatures












































**AXENCIS**

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 02 Jun 2023 07:34:19 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0d:5600:8:36::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

XbtNb/B1HmEXUQhq5Pq6cI06Gqau1/iJvEb2wDnmsSVE6tZEXU/HbpQGvRQd9sF4sZNFG+cd9xIozUPRUHXuiM3ejz37L/z7XMkAhX0f00g9T2xd87Yzr4QevWDs4LUJFh/QZzT/w6GE9gULH3EPWKMw8eO+0Yfc00PU/PuDbo4/nrqVO5DgtA44NbA9RQeg5KzZQu09eEdZvINwoi8V4yAAiR4dQNYUXpjyOxvj1SmDfm4zGazd2Yts4+nJJqTwvqF3tTeXZwzqugiF7rW026fqMpxBsSWVVrVbZBJNVdaAVcn6u9YjPA1Uh0/juc4BZQbHRt458lpm1jVyy5tUg++

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s]][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]_Fri-02-Jun-2023-07-34-19-GMT.mhtml

**Hash (SHA256)**

d3d0de6f4b90d4a16b5633425464b06f25789e77892426213da5e01edea44fa0

**Signature (PKCS#1v1.5)**

RYAhPdUrFxVTiWzwAjslyWC2GAm8bKZGn8MVoD9Ygsf5Epj65Mo13TuY20NyqV3dYVV9feO4MGUxhI0Qx8+sN3F+Ixwx3Lb1OU4YCWmeCnIpjQ/KzJ5fd2OqNgyhY5o/bLg+Br/ohVj41y9DbhFjKJF3v1dN9fufcXvqWAhI/sxmCPLxQ976QOBixv+426THjh8ZMhdXnrDMiHcCleoRx7+mcQsPoN3FYJCEvBcRZrAFq7EI4Mfz1PoiHmNOWXE7/X269BHPT1x4TVpv50yKQD5ZLX7Ix+T5/3Q2AGUs25ZtkioqGUfoRP/a9933FMFp/7icv3cE3y+gY3dsVEAVudg==



# Evidence Collection Report

**Page Title:**

Amazon.com: CITNUQD Smiley Face Canvas Wall Art, Preppy Yellow Smiley Face Poster Wall Decor, Cute Smiley Face Preppy Painting Prints Wall Decor for Teen College Girls Bedroom College Dorm Room Wall Decor: Posters & Prints

**URL:**

https://www.amazon.com/CITNUQD-Smiley-Painting-College-Bedroom/dp/B0BFRLXPZ9?ref=st_1_2&ds_app

**Collected On:**

Wed, 12 Jul 2023 21:13:47 GMT (Department of Computer, 1667 (administrated timestamp)

**Collected by:**

Amazon

**Browser Information:**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1 1.5):**

4a36198a6df4b6be5ff2cab95ad0c0e06e0c063c2e95bb5cf0d66d30db6f8f...

## File Signatures

SCREEN CAPTURE

PDF

**File Name:**

screenshot_B0BFRLXPZ9.pdf

**Hash (SHA256):**

d6ceed3b7cf136257284941a5cd2fc8e9cc5d55e0c54f

**Signature (PKCS#1 1.5):**

35b44cd5fd3ef6ba0ca49f8ec7f71bacc14a0ab229bca4...













Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 01 Jun 2023 00:10:17 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

111.92.76.63

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

mFoccP10elyLjdlwzKTUJkooysg9xESpn+7HvCgWWaGxjyEFaMVxnQMjdH3ARds1vd8Iv6ZFx4emgyFJ/9LxuY1Ql29uFPcLY9MivaGEL+75Uj1lmDENIYJPaDxFhKDbSeKE8Vz6jHfaaExo/oOr3kKDxWJ5RJZTO73LiBwgpVXGNh/hWuN3iwO1ezjc8PyaacBd3jdycfWxZ6etry5B1/u7jNykzuKTY3Q22Dr2QaysYCnsPq0kMX0V/iy+PyMoUPA04NHZxHuy5yKqy61frcreWrlka/g0hX5o/Locg8hkMexWfacrCXHwUFi5F7U9QhJHuki/o8ZgSizOM3NQ==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s]||fs[fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-01-Jun-2023-00-10-17-GMT.mhtml

**Hash (SHA256)**

2efe1be1209d62e255051ed12f76a06f709265a0db4ecb82d5c233b96798261

**Signature (PKCS#1v1.5)**

fMubP+jt57Mqd9jopms1sNVVqaZxACK4V4oevijVH0+PW/6MMamTty67/AVHJPRwOVyT02dg46K8S1oOu3jwU/uD7wjuYO/Wl6ZsCraxM+A8elctS+InfMeJT/J+lSBh5IPJ/29Ui61XxnaoMAdz5L46vMQs1gHV60nXAdn1koWNy7qxjwzESf3wT7zkpRBlnj1OnPx1TFmjLUcXBeF/pw+Rw347lD3n1dzqQPBZbZEPubFIJ50TSO5exq6ebqwvOYgVnaCVtKyUkfcRYsnoYSKpkSaki1ToPSFlqAO9KpYlP82+9kT6KYb/X2GS7fuz0br8kdNh6zMoeh6lfKCnLo6g==



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Smiley Face Makeup Bag, Aesthetic Preppy Makeup Bag, Corduroy Cosmetic Bag for Purse, Cute Smile Dots Makeup Pouch with Zipper for Women Toiletry Travel Girls : Beauty & Personal Care

**URL**

https://www.amazon.com/Face-Bag-Aesthetic-Cosmetic-Smile/dp/B0BB9RD678/ref=sr_1_17

**Collection Date**

Wed, 19 Apr 2023 07:32:49 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

mf1HZe02CV/1X1Iuu75rdiu3IFdFsHKFuMdByp2jbknW/SFDEZlz8XYu7+ewDYPPe8IOUlRE1ooyR/F1aqBd5vWAbJywsLhw6WvX+BWwCL3T9qv+aQPuWmCHIDTff2aIRarSARwgRLk7iQsGHp0oMVvN9dRQ3mf1ritB+e+Sv2U=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Face-Bag-Aesthetic-Cosmetic-Smile[fs]dp[fs]B0BB9RD678[fs]ref=sr_1_17]]_Wed,-19-Apr-2023-07-32-49-GMT.pdf

**Hash (SHA256)**

20b53f01a2ca2a16e06251d7426ad7ee2bea4230336a87d60f02c800d743de93

**Signature (PKCS#1v1.5)**

gA/5BFFapvEssIU89Lqp1J4B+HBsUHd0KAncSPipsxKBcKgn/JT1DphcM+yhx3bkRb2kwcRDe9wYDPC2OkGp0VgAkMVnmEvq+4E7nQrjYiJW1gK7kLj/EiWYTcjWVMbIxKUHzjxF59bJH/foduubuQOoiV2hTWvbeNbUysGcSQY=

amazon
Smiley Face Makeup Bag, Aesthetic Preppy Makeup Bag, Corduroy Cosmetic Bag for Purse, Cute Smile Dots Makeup Pouch with Zipper for Women Toiletry Travel Girls
Brand: Cessfle
112 ratings
$9.55
In Stock



Investigator Name: Sian Kelly

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 05 May 2023 07:57:23 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sian Kelly

**IP Address**

**Browser Information**

**Digital Signature (SHA256 / PKCS#1v1.5)**

nyhDUKQPxFMaonMOk9qnbeHiEomSXLSkM+eo6t/5uw/uVB5l3/TiV676B/MMh2bKzzf81Tul1Q8CMJKj2rP4FMUAcHJz3seM+20p/4tT4dpNHoJEFSpX7CCrAt4K1Q+1+BBfaBiLLgxCEcfgW/fn2k7x51Q/pc0OgSfXWRGBIP3oASrBAf2aMPK5gWVQqeVt5nbaTjRalDlBiZkf9/JltHjkJFwGNmTmWsqRaLslheSdJpacLyI+GQyH/V8SYFjm6rjMnskuzgDWLBYRUHUMz9B1QDJkE8G47Z1+HQzDGRGmzMYh1t2eaesoqw4Qk7V8fa9ViqN+SCTiaWoxf9TkIA==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Fri,-05-May-2023-07-57-23-GMT.mhtml

**Hash (SHA256)**

b9970a069d83216e7e8396ae5cc2a640dd7065bb30ad57026728a621662e3ba

**Signature (PKCS#1v1.5)**

vo0l3YMNWoSKVew3xLR3pWlzgLGqurmeJYwAAuchxlyQNlZMfyFP/ZUkxG5Vw0XBz6OCdfn76Uc2OC2EWPr3WC47/z0v3v7dypHEjvVCr+bF4OPbpjHgHlRV/hqjFhY/8x014zjj/oGMToPXENJQVyalYb2kWP0+u9u3wje8GJq5fnsbkrdbvRLgpDz/+CYHAB4pszZZCqLARKKRm+l1THr5lAJNNBbfbQSOoRXPljokpud25BzSAarWjNIwX6O+QtVtLlX4UCmbk3Lrw6MJ7IgTwNODnOZBS9adeSqIaLWxoh7rk5qhrp2CTWFQ2OfpU5a/c3ftCHo4D/buCRqLOA==



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Design for iPhone 14 Pro Max, Cute Funny Trippy Smiley Face White Liquid iPhone Case Protection Shockproof TPU Clear Case Cover for Men & Women Cases : Cell Phones & Accessories

**URL**

https://www.amazon.com/Design-iPhone-Trippy-Protection-Shockproof/dp/B0BCJT32M8/ref=sr_1_100

**Collection Date**

Mon, 24 Apr 2023 09:29:59 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Itam9K/sZQSZKDEXYv8m4wsDxf888v9RtPz35sfAa+yPmj0TTNTyVqA0B1vj/4aOQL6by8I6/s4f7SGiPkayA3Spr6Z9ZODVE9pUa2wTSzCZs9LZtHbiZMS7CbtjdQcXMOSyGlSc8Yd3drHteP5fQATXvkcMD0oxmacjtLnSelA=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Design-iPhone-Trippy-Protection-Shockproof[fs]dp[fs]B0BCJT32M8[fs]ref=sr_1_100]]_Mon,-24-Apr-2023-09-29-59-GMT.pdf

**Hash (SHA256)**

29841d097dae0f5705f58d757b85b8b7af8285d6c8bda185f5d841e091192f59

**Signature (PKCS#1v1.5)**

Nu6oZT45JGSTTTWWYM9aeuC/DeyaOwejKRe7F0cyqbxA1hK5vounB8s1dBX2nCe4d98Raj3T1qMZBriJ6ENMAiD2pzmQshLajp7Jx6RrbxXasveD0P+P/NdgFFh8lF7RCIMa/YyeKQ/MZzPn4pd4aKp7FxGUlecNt5i/8EYD3ds=

















Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Sat, 27 May 2023 03:22:48 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0d:5600:8:36::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

W7aF+zzxPzEgQHX9mAABSV/D/DC4BxgIIIgfrLeXOUtiuNx+TxHZXzT+x7fTE6sLcOW2dMXwbSQMRe2zKqkR3PNH3TjByoWSei/LNkJjPLFFqwWKo4MVc+1An6nKCJa/BWF6GPnqhtf9W0FrgPHkY6yQ2STaz8S8rJSBCWQqMJM3IFWZEx1cNq4CpksOADEpwgysfGpbYb7JRCc3CC3rKLgcCIFPR3pooonLcNemSY9L7tyVIWylp8rfpF7C1r+5+lEaSUUoMI1quqh8UtXKK6uGyxE3UsI4IkGh6jkbGFoCJTyxgpJXgkUCzGEG/WIajEpjSZp8h6WXDRauXrWwQg==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s]][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Sat,-27-May-2023-03-22-48-GMT.mhtml

**Hash (SHA256)**

2aed27db101038bcd850c15446312667554e42e1320e639fcc363503a0b393ce

**Signature (PKCS#1v1.5)**

mSlg3BHKTfxNcndIeF4crcyR2DVX0m6i51vwtfiUyg210i8mXMqKvrRC7yJ1IqEJXUwtVNw9b6kix9b2o0aFIpmQ6Ps+BYawofYK9700hdIxaCamIE6oX6p60CgMoU+8cwiwGZLt9FJMXT58oLLcvYkXo+niLNOTdXjw8mzJ6++LCNTy06DIp8IrS5yJdSIPiAHOjgt1IXZenTmVt78LaSAoB+9JIv16V7GWJHvSyFjRlXPchat95gEkfDG5TYoycf72CfYelAAAxAJdIXpwb5OD666IB9aweFBBR+Oz092Iw7sTEDwKAws4pr/engspMkMc6QOXbYG/0ZHGRulWcw==



AXENCIS

# Evidence Collection Report

**Page Title**
Amazon.com : 700PCS Smiling Star Stickers, 1inch/2.54cm Small Smiley Face Star Stickers Self Adhesive Foil Star Stickers for Reward Incentive Stickers for Student Kids Teachers Award Decoration (8 Colors) : Office Products

**URL**
https://www.amazon.com/Stickers-Adhesive-Incentive-Teachers-Decoration/dp/B08ZK1TZ7Z/ref=sr_1_74?

**Collection Date**
Tue, 25 Apr 2023 08:15:04 UTC (US Department of Commerce...*NIST authentication timestamp)

**Collected by**
Chris Reeves

**IP Address**
Table Public

**Provenance Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#7-S)**
MIICTQ0jHkjqiwXhKvXHXvBM7pQzT... (truncated)

# File Signatures

**SCREEN CAPTURE**

**File Type**
PDF

**File Name**
screenshot_[bkzip]0[]@axencis.amazon.com[b]@stickers-adhesive-incentive-teachers-decoration[b]0[]@dp[b]0[]@B08ZK1TZ7Z[b]0[]@[b].png

**Hash (SHA256)**
d1a90c3c8b2f5e63cec9e5a67e6b8d05b93a8b8a5c8f4a7b73e483d4f6e5cd91

**Signature (PKCS#7-S)**
Dc0i5wQ0d0kkjXwLPvpZ0vJZTXXvhkkkkjZk...













Investigator Name: RemoteUser2

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 16 May 2023 15:43:26 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

RemoteUser2

**IP Address**

202.83.57.61

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

CFOOX8IHCyIFdWAJLoYHMzrKTPNBJJ9shmHIj/KEIsdnx0S7xs6JArJRgPkVw4N0+ZyBYdaVwqab0IwVgWeI/z0LrOIMRLkmPP0O16Ywt3UQveuOLPkZ3LT/46tQvfjG3Eh65x2deQlhpzs9C5Rf+kfOnUDOL5mwI0uLp27A79r0FpeafvsM4dA1YqhHyNNWlzvjCc2IneSk1bil3K/Auv6MXMBCXV2vnI0WmPYandUEjN3OPmepCB9LN9ZBKjL0HnmjNHeZJgkpENEUI3q9/xya4z4iQM3SiKm5ZD44vk/p1/0dtzFqeRaY5urLO3cGSIJuHRWSby7NyTks40MDpLeA==

# File Signatures

**SCREEN CAPTURE**

MHTML

**File Name**

screencap_[[https[s]]/[s]][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Tue,-16-May-2023-15-43-26-GMT.mhtml

**Hash (SHA256)**

fff7131a2ab5d1566551f18063c2cf18634cfa74580c2131641025a9fbaa62b3

**Signature (PKCS#1v1.5)**

T2JO5tP1xdxUQOAsRegnQXxIaY0B97m4OSo6YLyCyLW3x/kQIndovw2vaY50pIXvSxLJyWRx7HYgUP1jOVv9CMMsNvzNHSkVqlesfzQxZAnpUIsEi8ZqaylWGmdqWdFriUREUZ0fkr87MBsrL0HRqnU4i/ShncUeh4kauEeN37xXLkrkBeo1Izub/wfHxFwrPdg3XV3NaZO1CLtqsa3K7uHY5ClfhKI3E540KrNJ0XIWpOQAFJCEhxBoIQxfrkP]+AiPDTB13/BO2k7avCOADShrRK9Dki44zpKPclyFcFkXwMix/teoWozqTKSY4IcShRd01RGLmeJ6bi1wcg==



# Evidence Collection Report

Page Title:
Amazon.com: 10PCS Sun Smiley Face Foil Mylar Balloons Sunshine Birthday Party Balloons Sunny Wedding Anniversary Summer Theme Party Favors Decorations : Toys & Games

URL:
https://www.amazon.com/Balloons-Sunshine-Birthday-Anniversary-Decorations/dp/B0BYXBL17P?ref=v_1_9

Collection Date:
Tue, 09 May 2023 12:24:46 UTC (US Department of Commerce - NIST authenticated timestamp)

Collected by:
Axencis

IP Address:

Authenticated ID: 0

Browser Information:
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/ 112.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#7 v1.5):
ygucteoaef1axu3r4otdtl4l4m7r5ckux1 c3pifeyi9tak8kg88ab6stawox6h6x/3ci9sixfbh3j6r0qcj4r6nbn/1y6axumvjaxg76ue6g7yq1re5dukvl9xvhkr9jt3v1ilmuefukcxpk0onzlw5pexiefdapa4le07v0sx

# File Signatures

SCREEN CAPTURE
File Name
xmmma.wz_j2hbsm@fx68owvz-wwsm-ssm5t8r4doohm-8rhhbpc bounhrion fbhdqox-innnrrqsun-Decorations/dp[aj5r88474al6048wl1dL1472d84r-e_1_7p8L1na-sfa1n14r-bof-jpd

Hash (SHA256):
284b5717c6p21a0e4075cgmdrs0a2s0g4c1a01da5uja9jz1177sib408u8scdra0

Signature (PKCS#7 v1.5):
97s1dc9sdf0h1a5b7c12cqyssf0e53sc7q7uu65r5t5ds4bw25d65trdg4t4/15dwfh7pdiskqc9psjk57s7pjuq4g8jds34q0ts33y7ghuuhhsd7pd7apdm7csdux45da1i9z0ghcdr/dd9mmerl4e16xd0s6lpfaxm7sahj0a64in














































Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 06 Jun 2023 11:03:46 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

116.68.103.82

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Qxppv/Mlohu6FAFsejhVutxMGy4n49skgAnSGWZX/70TkeJEnFqlejro3tN8+EiZztVUwBWk38qT7yJ0Y2baeObm8argp9L00HDygOUvGV9MpbPviQXU6vu6atHwU3I+Rup2XFIWWkmhjWvEEYUZCC0lm0x8YGFNrqKyK61yYopYHF2lTbjRJGMGihaRhWH/lbHCm6qzzGH/s/YnNaxtssmqgrLJAVAnT87wMEnW8RfUnWRYcWD0UrwSooVy9i5rKkX8KWCX+JrFuSPfPQ2iHBVqXBnUnRzkC+QKr+6SaT7LTwh9QHF2FnqMXJX602JQL4GsFbNYJMTVNW6Ra1Gutg++

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s]][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Tue_06-Jun-2023-11-03-46-GMT.mhtml

**Hash (SHA256)**

ef8b392dd0ebf6b83e2d43dd1fc72ece931c083f50dbe3ee0864ceb5cf52ead1

**Signature (PKCS#1v1.5)**

cukJ00KnrSjwX9JUOQSyI7322fW5J9is23x8H/iwEwCXzfpoEyH4mdFM9+E1UjqZk2qW1GbNw5GghlsthKveHIE3R44WQ5VLx3fRJvAq9Tw53fkp3CQ7dpHw5jnr1Vdkq0FPzjnI1LEu4dfTUTs+qdc20XtPU+XGcOpxN0yhTzqUmCOXe4w4TX28Ht4UG+Yj/TcUg+qKL9TNg1kdlurgWHFs0SJ+A/eneoON/9oXMoI7Yf6U9nyccCvBZhAe2b5Cp9VHvE8Bol/Cjy6HGliQPmEKfYJRF3pJIdaytgXGyv48NaKRDJATLIRxq9i3GXWbJYy1yLDQaV/tkg9A+jrBoJjA++



AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com: Zaztify Set of 2 Square Pillow Covers 24x24 Inch, Yellow Blue Trippy Dripping Smiley Face Cute Pattern Soft Breathable Smooth Silk Throw Pillow Case Decorative Cushion Protector with Hidden Zipper : Home & Kitchen

**URL**

https://www.amazon.com/24x24-Inch-Breathable-Decorative-Protector/dp/B0BPM3DGD3/ref=sr_1_197

**Collection Date**

Tue, 09 May 2023 09:42:57 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:93::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

JdwYQVaWa14GEdSF61H9zMyyhJZT8Fu5/p5NYIXmO3fh8fDjE2/+HSdnNOMob3HoVt5cAC7wWT8k9TaGQRO0Pb3a64HNBmyLVNsbocBO8BZO14Em6ZXc5jZvQZRr4cqTKJtbR23OqSr3vMUbwGbQo0RJnhRnDR4AJrWiwkSGiOk=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]24x24-Inch-Breathable-Decorative-Protector[fs]dp[fs]B0BPM3DGD3[fs]ref=sr_1_197]]_Tue,-09-May-2023-09-42-57-GMT.pdf

**Hash (SHA256)**

f41f24ca9185c528ba2d1eae8ce6c9bad135a7d56303ccc0aa5e1dd51efcdfe3

**Signature (PKCS#1v1.5)**

OYIBSMDTv1PQ7ssudA4JN+X15oSEt99qAVJkhyOoxEjvDwbNtJeWRZTP7cZbgw+ayB6F2zsQzP7HwUcHJIiY3yiiUEjswGWp3C6SaCcSdc9oS91NYXpd2JvhRIlJlLN6Kdaq5UmnCH6+gd8V3sbBpd+QIr4LHNB3Z7SHTW+wQgA=





Investigator Name: RemoteUser2

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Mon, 15 May 2023 06:09:21 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

RemoteUser2

**IP Address**

116.68.99.108

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

OPzBcStatHKSBRHjSMj7XyZW1AxhpuQB/q6RMWX77oHgDKbf14ZybgAf/uBkxMdieZK0+XoRu7hnDNroJXocuLuFB0B4x2GU5rOX/2sw32v2j2JlQ03Gb7G30A8li6to0oHXf1e1MkJ9uJoeWjEDBVSKxsbw/zAYkqyKAqGAYTj+aWRHcV7yxFvb/UPz2EjjM3/5XT2COGHNxhrna42FF0FDYtfWJGfwGTkx+dlmVdhubk1TnzDxVX8lPF6yj5lpiIwIGIgpQXrpg2xWMGURq6HBSRABP9tUTLsz8RFVxaMU1gyVpHl1NiE2X6Y67ahZHq5I6/Egg4uhQtOYDTAKg==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html][]_Mon,-15-May-2023-06-09-21-GMT.mhtml

**Hash (SHA256)**

0899764ae7ee07362da2084020a56894014f3186f93a169f7f6be30d33d645e

**Signature (PKCS#1v1.5)**

gl0m5Sh1NNeD64XA1h0QO9PXY5YGyspfrGE5PqFVHmptEW9RpkHy8U2H2mT7ydUTtj55KpyUdYywtBHqtPkj+p1Pm2D07/ssP8lSGsA6Rldn TRNN9xjNKkB4HTSN1W1yhx/nPcDE/QL8KinnHKUZHDwOZfrtH4o00a2Ud/b2OI0yYcG2EvZI++7ZMYApVkNieoKzh/hg5p+NLZd/yhyo4ipax5xkUbC+xAJJe4hTY6z1zSoXyqrjG9rV89T5O3S8nOO+rkWzd1GdGx9nHTXvfgL+ZaXQnwj6K8xRz1zrrm4ebhFsdGUVDZAUZmbfrtSHIA/UG89p/LLlk7h81drA==



# Evidence Collection Report

**Page Title:**
Amazon.com: for iPhone 17 Pro Max Protect Case Cute Cartoon Smiley Face with Crystal Smile Chain Bracelet for Women Girls Fashion Design Glitter Bling Rhinestone Soft TPU Trunk Cover Phone Anti-Slip : Cell Phones & Accessories

**URL:**
https://www.amazon.com/Cartoon-Crystal-Bracelet-Fashion-Rhinestone/dp/B0B8X1XXX/ref=sr_1_5?

**Collection Date:**
Wed, 16 Apr 2025 17:25:53 UTC [at Department of Commerce / NIST authenticated timestamp]

**Digital Signature (SHA256 / PKCS#1 v1.5):**
ae27a3f1cc4ff0cb8391f478df0d9a5a4dbf68ba1acb...

## File Signatures

SCREEN CAPTURE

PNG

**File Name:**
screencap_B0b8X1XXXXXX-amazon-com8391f478df0d9a5a4dbf68ba1acb30aab91b3...

**Hash (SHA256):**
2535591f478df0d9a5a4dbf68ba1acb30aab91b3...

**Signature (PKCS#1 v1.5):**
a...













Investigator Name: RemoteUser1

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 16 May 2023 03:27:54 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

RemoteUser2

**IP Address**

202.83.57.61

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Z0zMqGWT8cu/O6x3VJqB9wa/QMbRThvrGKSYULDNaukfggXUuoN4aYaPdru2Qddk36mJueksXWZUTEL8P8IOd+F+umNziY80FcgIP8PdMizXbVkjYUaPsmBr7cJbEOjeh6ld6GMhKGYV7yJjpoq0Pq3A7LB9Pgie9oCivj3v94xd1ZqBN4hCjWDOGovX3N4ThETuH7LDCMrTbgCgykLSlDlovA56Ja8LP6jTAKsd0eV8eG2YSjTNMSyeM3LC8hiprWFwyj7fR21h+z23UXDCkrbo3SsPqrd0UHOKbRJotKnnyTDp+WT6DrFbAZMPgXMhjukOwHagLWwegXZS2D6Aw==

# File Signatures

SCREEN CAPTURE

MHTML

File Name

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Tue,-16-May-2023-03-27-54-GMT.mhtml

Hash (SHA256)

4de7fd7adeb77f3e13b7f399d8ee84f0a2b1dcc0398fcfed3af737cf87273a54

Signature (PKCS#1v1.5)

IQaEnYaSWk0TM4gxtedL3RfqASpvls7F8aL8FHHwbZh1hvfsJkd7GPnkxkGbYtH8Fb78GEwfmqrafjHBIDgOdzuT1wCnD1GtCJWlBD5q5U62jxbFsmCkfsmMu+oYrHQeaEqMi/0I8epJxwVRWT0AT61QCnx8rwYgzx9fXVOmScfVvRuzCCWcZi+q5b3DMkwVPNUgrokr9V9dswLouKFybeoUBUMnBKwGSxc8v7Obi+HbUE1rfYSsvFMRX4vrhOeDIQL486LfDLia/0mxMV9psS96OUPlNj3Zr3xRvbDYSZLEQhEWLEHKdLte+4Bksv3nOJ7rwXFPWq2r/ZFGumJJwRg==





# Evidence Collection Report

Page Title
Amazon.com: Zborz Yfvz Zircon Smiley Face Necklace For Women's Jewelry Fashion Metal Round Gothic Geometric Pendant Gzenn Chain N100-15037 : Clothing, Shoes & Jewelry

URL
https://www.amazon.com/Necklace-Jewelry-Geometric-Zdemzhh158142-N100-15037-dp/B0BQXTZR5G/ref=sr_1_884

Collection Date
Mon, 24 Apr 2023 07:14:35 UTC (US Department of Commerce – NIST authenticated timestamp)

Collected by
Chris Barclay

IP Address
199.192.121.13

Screen Resolution
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#1 v1.5)
06be22a1f2b2f2b46e4f2e88b3c34f2d2b8f4b3e3f2d4c2c22d8f2c8dbf2c4a2b3f2c8b2d4c8f2c4a2b3f2c8f2b2c2c8f2c8f2b2d2c8f2c8f2b2d2c8f2c8f

## File Signatures

SCREEN CAPTURE
Hash
File Name
screencap_[B0BQXTZR5G]zborz-amazon-com[B0Bxxxxx-events-Geometric-Chain-p.md.NIST-24-apr-2023-07-14-35.SHA1.pdf
Hash (SHA256)
b3f2c8b2d4c8f2c4a2b3f2c8f2b2c2c8f2c8f2b2d2c8f2c8f2b2d2c8f2c8f
Signature (PKCS#1 v1.5)
06be22a1f2b2f2b46e4f2e88b3c34f2d2b8f4b3e3f2d4c2c22d8f2c8dbf2c4a2b3f2c8b2d4c8f2c4a2b3f2c8f2b2c2c8f2c8f2b2d2c8f






















































Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 26 May 2023 11:54:38 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

111.92.76.240

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

p6xjXttelwNicz/Q50sXGi+YLKdaKmIWWAUfTp/ggelDjBFU6sxzM/At7izU63nbANaoexg8RPCCYe9v4l1scUPuU7icP8/sF5aHflo2+BgSMj2oCTu1UFB4s7XVKNMvBoRdGfXGEGTh6eHUls/KLxKOvECY3zsGDR7SCM9o7FzCZWdV0wu6cnEjS5YSa78Sji.Jkbf4XEb8MUSkiErFiRZUsjXNJ6EzRqqWgIzvMRr/wEH6rrwGg5Z/kdEP2W5caK51Os8eGxCijr3NNUcIY7bnlyhTdEZiE0kUSrqt+oaXNSvx06BJo4QbHqFrzRDG3nAN5Nbv3zcS36sDZ0KNvdJZQ==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Fri,-26-May-2023-11-54-38-GMT.mhtml

**Hash (SHA256)**

2e67d0130caf166e991d97a9bc24e779aa72efa5bea310a9ae3cead5aef9bf2e

**Signature (PKCS#1v1.5)**

ZwLi1+e8KiBFpKj1wrHyjgSV9WC65CBZKBz0nh9jUunBLzPY7isQV6etH2Am/cofAWSZYb0b6WUkmUGZXJaLJ17NsmiTv8xTED3zw32og4WAX3vkNeaw2N160BYWGGDB9kh+2P0riDJWbONTXH2xlbwKJNEQcz+dNAhXaEOL/l2yqS6C4bv6yTKBqWoqBqyFkNQgbuzhD65roSE9CuFRVFbf5ot4adj04ARHqzAr47wj34Fo1BygVxL/n6UuH7ZH5WmCfa17z5RHkirAJOHz83poC7Mbv5ZaScWMCVqLdSieZCWF89Q7hW845Hkf/1gwTpt/DeINETJspYiv5RROQ==



AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com: zcwl Smiley Face Duvet Cover Queen Size | Pink Cute Smile Face Bedding Set | 3Pcs | Soft Microfiber Patterned Comforter Cover with Zipper Ties & 2 Pillowcases | Smiley Face Bedroom Room Decor : Home & Kitchen

**URL**

https://www.amazon.com/zcwl-Microfiber-Patterned-Comforter-Pillowcases/dp/B0BQ3C9NXD/ref=sr_1_186

**Collection Date**

Tue, 09 May 2023 09:37:35 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:93::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

EMJiGTvNFYu2s0QJ41xVbBXQuVJGliBW3+HVCCKRYfvEEQzJxKYdXYv4pLH35ibmYABOaP/cHkyK7z18iUtkpdcpS8Q9pbUAN6ScRevVAHvzaPeshSvA/SQABYh+w8w1NExiSutG1SyNcY8U8muClfFDBeMxZFr8J3Xo7nSrHyE=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]zcwl-Microfiber-Patterned-Comforter-Pillowcases[fs]dp[fs]B0BQ3C9NXD[fs]ref=sr_1_186]]_Tue,-09-May-2023-09-37-35-GMT.pdf

**Hash (SHA256)**

b369c001598db612ffbd29b62e0ee223019eeee94a7d7c67fce0627f5e680fb5

**Signature (PKCS#1v1.5)**

VNgevaanK6GGr3eb4zf9bk0/5u23VrFuchfqa3XmLc0/+0vRGJMCLurZz4bzSL5XjmG00KnjJmwv/jd5S3HilIN3UoznDZevMTu6fAPToZpDd2Thgr5ww5vzWWYhMQOiq8RDLMVahW7okMw7suRW+zS7vDEBqRnfutWWt9kKgGQ=

amazon
Deliver to Miami 33132
smiley face pillow
Hello, Kenneth Account & Lists
Returns & Orders
Cart
Help their budget go farther
Shop gift cards ›
Back to results
zcwl Smiley Face Duvet Cover Queen Size | Pink Cute Smile Face Bedding Set | 3Pcs | Soft Microfiber Patterned Comforter Cover with Zipper Ties & 2 Pillowcases | Smiley Face Bedroom Room Decor
Brand: zcwl
$49.89
Get a $60 Gift Card: Pay $0.00 $49.89 upon approval for Amazon Visa. No annual fee.
Color: B
$8.21 delivery May 31 - June 22. Details
Deliver to Miami 33132
In Stock
Add to Cart
Buy Now
Ships from zcwl
Sold by zcwl
Your Browsing History
View or edit your browsing history
Page 1 of 4
Back to top
Get to Know Us
Make Money with Us
Amazon Payment Products
Let Us Help You
Conditions of Use
Privacy Notice
Your Ads Privacy Choices
© 1996-2023, Amazon.com, Inc. or its affiliates



Investigator Name: RemoteUser2

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Sat, 13 May 2023 18:34:41 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

RemoteUser2

**IP Address**

2001:ac8:9a:1e::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

s8Yvv6YCr0YWatW/beFj5CWz1acj9yQd9v/IRj+htfYh2LYkPERGVtxUhIUFB2Pq2IhBPGP+/MUQ1qbhctdj32E+5Sj29tw34GZZxmtoglGGGJ75Bo1XRe4Vc0gDzY+he4gTk8QzkGZhzUl2Dyyk
+o2GH8It4oFlCiVjwFmf1PMivjLuzOvt7NBCa4R8HfvLgwc9wwStVC4qY7pmSySZO8TouMPAvi5+Iw3OUlGBAP0y4XQ18Dplng7qCVRPzn248egrxCFm8qwFQ4Yw5t6yyeshUuDS0RS2q2A76ER/4QUQmGkA5ucWQ+hI8xrKjJrrqMT3wHreuVcoELv7M2EsRGQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Sat,-13-May-2023-18-34-41-GMT.mhtml

**Hash (SHA256)**

4a536b33c18b84e3c00a7692867533b6fd8b15576fc4cfa830595b286eaebf9d

**Signature (PKCS#1v1.5)**

Fq8pXXgFogiXSXam8b15dYk0MSkE9RMyCXnvtMJKhptnI/gPLUTRDA1zoWnYkXeSK/I9Wn9vZ65YMJDuJbQhWfLWy+8zd5es0/IXcMjjF1WmHIptcZkUeEGsHHkMkMOW/TCVilm8OgfifiRoJEJ9DrFiiuqEVI//duyy3BX4XPRpSUstMkoR879OUdG9XUOBgo1YyjKwrJAxlKow4OLVET1LouB
+vqYjVrmN0/7k2DeZ+S2hzx6VuY47wNzCkDgFqEMCFLyIKwQqxEZOiQ0eDt+ZGHE6uw8XlQ3JxyOqqHcAJsubTALJX/hkkg0bYKeQXIIMmfLDa0d5F6uuWpSA4vw==

---




AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Zelaco Smiley Face Makeup Bag, Travel Cosmetic Bags for Women, Corduroy Portable Toiletry Bag, Women's Smile Face Make Up Bag with Handle and Organizer, Small Makeup Bag Accessories Organizer (Black) : Beauty & Personal Care

**URL**

https://www.amazon.com/Zelaco-Cosmetic-Corduroy-Organizer-Accessories/dp/B0BVFX3X3X/ref=sr_1_134

**Collection Date**

Fri, 21 Apr 2023 07:26:04 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

kVPiDLYbOmDuJjvzqRCK9W5pd2B9RdNjqt7/oOLQ+EmAbvHC8XIYpHIRhgc7BSWxBX7AGVEoh6VkiGjqX3eTdzc2ehuGii1qJWgiUPgVrttuuTwJ9bQlxQExja8VBsXyFH+CYsKwKpLbx2f/YF2METteulwheSVagcv4voL1C/U=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Zelaco-Cosmetic-Corduroy-Organizer-Accessories[fs]dp[fs]B0BVFX3X3X[fs]ref=sr_1_134]]_Fri,-21-Apr-2023-07-26-04-GMT.pdf

**Hash (SHA256)**

af61ba2e5e7b3a347f8f2bfc950c4cc01f4f909d0f304a4abfe8e42a5048a735

**Signature (PKCS#1v1.5)**

A4VRPZWGnFbKZtCdTp4Eo3Rfx2bc9QPR6CYKB9uJnZDLQszw2BjbFv3fhc9bSqd8Zd87yz9e49fSz0LazQXDw4xRghPL/1zNfIVc8uwMmnqN4oxYJJvwzzeq4638lIULoLc7Yfnm9M4ix1+kqltRpr4SkcvrnZI0Uf5rYi50BrY=



Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Mon, 22 May 2023 03:51:19 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

116.68.111.184

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

NyU/1JyypGXU9RFQXDnjFQxWrWbpULTHZjGUzTJsexBDSPr0Asv07eamhhHmrMbXOTK6s6L0bEnQIrOIF76UiiGRzwJ0SGMww6K1mj44MSlkS0IXgV0lPkvTpmx9ixFOLigr4oghardV9/5/cyM5hJqLbJyp8+Y03ECIXrN+QQ9bKfAdftObCPJJUVkrAW/3pa+oFIpfp6Smp4HZW15jdWtWZo3DJjtyNRFl8PGlHp/Pd4LlbHCUIKlbzCQEZQW9hIDBg+4apj4bL7k+GQ6vGymaGhqgKQLYqEGlw4p5Dh0Qyw8D79C8WIEN/ZbjSwnIM7/J5OK0HTy0tSPdK6XbQ==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s]][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Mon,-22-May-2023-03-51-19-GMT.mhtml

**Hash (SHA256)**

0908bbb93371b343579e2a394f0ef97a5613f36dca8054f59dfb34f748fea38b

**Signature (PKCS#1v1.5)**

AKYjd/LBKWktWGvEWylxKkEcAaHTojwcT/WvTUL9cB3W3IV4IO1P4N9hjEFLdHNg12rufZt6rig9+izYAYDDhvFSqMpf1OeH8+CS78PDW25YMISnpQDAfCfEbL+1MGK2KL9L1IsTkEBrjA40xqY+xFzrQckYYMDrEd0uJSdiqvFyBy2IKhlx2Ldncv6/2K6d/5wgN8OdR6kcbzvoz7ctLIXLkBxKLHPCVw/ny9es+H+N71qg5f4ytpzwyE9SLWWtBYmmtnSCCYORD1YL3o8MfijODDT8RAC0wGqiemKZ7WuPXtnI/hWV9nB1J9RiypJOdIuU42hq5P5CJcqmEkJuh3sA==





Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 26 May 2023 18:17:10 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

111.92.76.240

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

AMGUqKzx1m5MC5H4CVspikJaG5xCq8fRR2vkiv8QOaxlvJJEsKwVFfalhXV4DySgab5+tIrOwPBZRHg5PHIe6pb2WOeRHcUW/N5bypea5/C/fVcrr4FNyxHDWQynrUxTRg2kTGcXMT8nK5JGyJQo84ayrJUU2Oyt+Yku5CL1pYaqyoF59ExrMt15MX
+V0T0cMfPikXq76tyGf5v4rc3Rq2bDcR2whljNh9ioNppixcFIsVX05tnrHszITvY/vQjIQTOY8jrl0d6IrBbuUj8PuWuFhaM0fkOrN2ooXYj1HrvdGtE+DpHnYGfzvUZJ/KJvkInMmTbgHgLLasTBB6xA==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s]||fs][fs]www.amazon.com|fs]gp|fs]buy|fs]spc|fs]handlers|fs]display.html]]_Fri-26-May-2023-18-17-10-GMT.mhtml

**Hash (SHA256)**

075633bbbf7d1b5107dc09fd51d61b1b776224247ac44c52dd732e8538b4e34a

**Signature (PKCS#1v1.5)**

Cvvmw/3cALbDrbtUwC3fuCyIppwfO8MIWnxrANwsMUdaQyasvf8wv5UdaTt2hf+e4NzwT/Peufr5BmhgoiDiQ5/
mPFqAcDhZTuxproXjfbT3NO4mIC3T4FcIVXItB81kVCnN8215IEzdq5ZpXKbcM66ZeLsjbLdId2HAGIcqgI1QmPKqbpQUwPsb2mFvdlmEj9oLYhvU8Vy34FEsj1JZe4DtAFOvwtXA5cUzXw/geeskyHJzaJDd8w+von3t7TgcILeAA
+u7qrtO0qGThu6iXigeKh9manXPOish3YeGy7lwjLw19vRfCje5e79KuThjC22BMx9r5NLydtoJST3w==

AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com: Compatible with Google Pixel 7 Pro Trendy Case, Colorful Melting Smiley Face Cool Hippie Protection Shockproof TPU Cover for Men & Women Cases : Cell Phones & Accessories

**URL**

https://www.amazon.com/dp/B0BRRCL5PX

**Collection Date**

Tue, 30 May 2023 05:39:53 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:36::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

IOexsPexyA7KRIay9IgGeXAC5m5Xfz3o2PLwTTIZnxDsQArzoq6ihBSZAnwc51Kr4WQ11jDsBEqJPj0myqicRTdv1j6ZihrrazTSP7nh9CJeMeNMyLMYEuluZpB2VGckW3udOEOtZUfoanv4onh+abYP7XhLgWpxJH/OKQL2pIaPj/
nJVtVjs31Eem0u2xNrthaKcALUEHH3gVucrN6YSStmglQ/0kt5buXsa+GtDtl61WEC6QZbQ9H4rGQki4dh7El0qfBHSItmQmKw7hf4+fUgWjQh2ll7etNFokZEdtoQfCQokwyNKWJ9MRY/CTQYTQ81+kYq+L3eLykMJNIEXA==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B0BRRCL5PX]]_Tue,-30-May-2023-05-39-53-GMT.mhtml

**Hash (SHA256)**

79ff21f96f45462fb758eaef2542c949e4d855ace051a760d5a504e31b923b9c

**Signature (PKCS#1v1.5)**

iWgC4gGvMB7WhCI4X4q5d93EmLw3nhBJMyT+NXayKRPuEILv6l+DA1iuF+nkhYVpP9ooi3wiKbxskO0QO4KpbjVYm/wa1Td1duq95nsNaL8HHRbl+SgUztlMXYHbrvKXX8kOw+EaDLZAwi7gok8z50KrTQum8f7ior5Frv1EC8oNCHjheH92ux2nga/
jHRerWjQYsyBjWvLKKulyY7NJsUXxmFL4ydO3aduZ0MDCC+10fssmxMXGnjOxooeftKP4SFVJl/2qE1n4vyvyKlBAwzMb/9CXHsiwFacpBszvxMaNbTYBf7EzN97Ii2KmtYAzG9M7loaomRJuhWafjxboOw==


















AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Compatible with Samsung Galaxy A12 Case, Indie Smiley Face Flower Daisy Hippie Retro 90s Orange Aesthetic Phone Case for Girls Women Cute Soft TPU Case : Cell Phones & Accessories

**URL**

https://www.amazon.com/Compatible-Samsung-Galaxy-Smiley-Aesthetic/dp/B0BL6SKMR9/ref=sr_1_101_sspa

**Collection Date**

Mon, 24 Apr 2023 09:30:23 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

nrrP+HWTuLeAG7nDYzjPTJ8a4LwLpBngbuC3l8w4Ec6F0DO1LVo5h9oV46C5ZQrj2bEs7c6IKhZrnWPMheht3p6k1CEeMnpFAgX1XxDOuHPk6BSHZiIoL9oILUm35+HFcTr20/Sfzz/TV101cnpX+wUFMzVRuBcLrTgExgObrGU=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Compatible-Samsung-Galaxy-Smiley-Aesthetic[fs]dp[fs]B0BL6SKMR9[fs]ref=sr_1_101_sspa]]_Mon,-24-Apr-2023-09-30-23-GMT.pdf

**Hash (SHA256)**

ee324546f0a2acb3c60ca78eb9c6434f6c6fc327d0cfc40d1584b3d1d23e2744

**Signature (PKCS#1v1.5)**

IqRleyqp5CmXlyEnSIAvesOfkCZHFN43H06blAnCJErO4F80OEudICJdUkZQXLnBPKGoAZG0kg2Jk++ApDtvRbniRlPjGufiLToOX9tJ85EfM7tQqa5SPybdY92soGWjs6JfyO7LnR9Fn7WdfLQ59bSdZyb5bXLfMK1bQTshcDc=



























































Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 30 May 2023 06:51:30 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:36::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Qn/nW1MUF3RXx5HpKUwzrbG+7Fx13N258w2wXWF+zgcYvA6UJ8dcbm/wx6H7Zfy.JdYp0D0DeC6vQvK0jOuWKRU3bLWfD1Ku4jH8LAsIxzzsTAoXF+Dqsmqo4oK7sXo/djULBpzMxCjJvF6Vvv3PdfqszvhbOTQlFCDb43CmUb+Og3p7C9GLz4RXp64h4qvz3Sgjaqtdkxn0TkcRrhmfI29EphEvZLtSnPHprS+Jz6u4+3olW9T/uHJU7FjOSvADJEix0XAEd2k8K55lM3gwafuZDRDGfT0lkCz4lIFdH33pAA1HCWCWzIN6IwNNadA4i7itq6CPCCnPatOulciz3kw==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Tue,-30-May-2023-06-51-30-GMT.mhtml

**Hash (SHA256)**

29b5861f679710b07688de54234cc558338a7ae8b40d4ce0e1dca3ccb4687b73

**Signature (PKCS#1v1.5)**

UMzJUvfXqSPpuwh0z1tbptdxSDRmV5iTBFpOJYF4YZMHFyIM4I0wqK+8arDheZHO+s7DKYpUHPF1pOgBuKvS3D+Twhl+T00dv4ffCCrhq6Y+276M/4LxixpBVVqigkZYMoPTyJYoSKNjji0zQ8vwd/orc8vhZdrBFaFV3H5fyfroa57WI+zHWjJXAcvZ4HW+HJ8OQh9eC4MyH+654f7khO6/02aMiuqkfkj[8yA0c2HxEkNhJAUuHNMXCHMpHifOGjWe8D4vF05GPOULHGJNIPmaMjWbY0W7SaAPH6gGZ8rBcZ4EJgv/BJ8oFizAPEO6BoYhZ0JGrP6N9STepmLw==

