# Evidence Collection Report

**Page Title**
Amazon.com: LINCH/SPICE Snow Beanie Anti-Beanie Hats for Men Women Smiley Face Anti-cold Dog Doll Warm Unisex Beer, Clothing, Shoes & Jewelry

**URL**
https://www.amazon.com/LINCHSPICE-Smiley-Beanie-Beanie-Amazon/dp/B0933SGH4/ref=sr_1_77

**Collection Date**
Tue, 16 Apr 2022 14:40:26 UTC (US Appearance in Screenshot / MDT authenticated timestamp)

**Digital Signature SHA256 / MD5/SHA-512**

**IP Address**

**Browser Information**

# File Signatures

SCREEN CAPTURE
PNG
File Name:
screencap_Amazon[B0933sm]_amazon_xxxxxxx.png
Hash (SHA256):
Signature (PKCS#7) #:
















Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Mon, 29 May 2023 18:19:46 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

116.68.102.163

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Rnky8Ff00XkWpqgl4wAzwpP+sRN3VvGuBWt09NZVi5XoiM0FVGTEUYf9cTvU5HvNWVHwThrynGM6OsGLjIzXTqTjM7kpKZ148RsZRXcfleqXuyIH/XlR3cqgHbzpftKu5aMF63nY6rZPwjfeBaYtFca+6twU82VwM89EXUVjeYgkclAEuo8nLrtIGWu0GGyNfNgByrwjRiSj1ccd5UlVGzVFHc1h0wyhMlUswQBDqESlhNNwrqD4NQgBDSuG0XGScXsgtW5LVraP4vlvfD/cTSxSGhibEWzO1xgCYMwuI12Khg9zay2cyk4wZEFXmOI07uBPX5VVYfrWIK62156s3w==

## File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s]]fs][fs]buy[fs]spc[fs]handlers[fs]display.html]]_Mon,-29-May-2023-18-19-46-GMT.mhtml

**Hash (SHA256)**

b8e5feac3b3493a8d97cffa36d796adab1a056dc6c0ede299642bfc725c6fd83

**Signature (PKCS#1v1.5)**

DKCgMHMNVmpyDsgKQqAqPvkkmj8zBzbfWLRkeZ/BespEgBDv8fej0GjsGpM2rwvh4jpGR3/7xIWhH3ww3dr0H1GDQTadLSsJ+p8CKQKr4+M6ANpblN0mrD7YV3t8VypHNeoo8qUH3oWvSTb6iendXogeDzpSqltseZ+SKJ0AotUbpmYEDfYVuhUofXKIUYFmUN80ZZ9bL7Gou2YQqOvafRk01r2pO92mxrPoXKKEeyNVe+Nr3GNTKoE5w2zQD39eke/2qOzED+0k3wGa5g+661HZYCGbRkP7gJIoCJI2d3Oypn8vKVbsMwfrg1aXUMAdr8xecxk1ywPl/fUYDH1Y0w==



AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com | Smiley Face Slippers For Women Bride Indoor And Outdoor Cute Pillow Slides Men'S House Fuzzy Keep Warm Non-Slip Bedroom Snoozies Preppy Slipp | Shoes

**URL**

https://www.amazon.com/Slippers-Outdoor-Non-Slip-Bedroom-Snoozies/dp/B0BDKMKJST/ref=sr_1_149

**Collection Date**

Tue, 09 May 2023 05:53:51 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:93::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

laMJ8zzy3EfhkHMBQkQ0oqw1XMnGsLvrz7CNoFWJb5OPTxj8FfYwInvGAAoZzJmXbhkt3HKfIyHkpjmz4owULVuCL1SY89pchMd4NTfEW4nYeElq1Kz0TiAHQ9C9eZT9hn8ZG3y9QoPxWDoawqPnkBPzLEeQqZi/vl1AU/n5ocs=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Slippers-Outdoor-Non-Slip-Bedroom-Snoozies[fs]dp[fs]B0BDKMKJST[fs]ref=sr_1_149]]_Tue,-09-May-2023-05-53-51-GMT.pdf

**Hash (SHA256)**

8c61e7453be997115e848dced76e7ba1b2e6d9716420d3a283a9f32f9b277ab6

**Signature (PKCS#1v1.5)**

BrwdOzeHKjyhOXrVSt2nK9gK4Q9tm2iKXKcKnr/87d4U8Xzm0VUwSXkATGVMjKWLOu/u3wGodPOqnTUry6lcV5z+YP9txp8RGJHbqf2wp7zUlG1fV2qXHFgU9cT/CB2MbxhgX/iHn7u+6q/tL/3w2AjW8n1KnkgpUp7NC963ozA=





AXENCIS

Investigator Name: RemoteUser2

# Evidence Collection Report

**Page Title**
Amazon.com Checkout

**URL**
https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**
Fri, 12 May 2023 12:26:54 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
RemoteUser2

**IP Address**
2001:ac8:9a:d::3

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

KUMHxz2Q4CF3q/772sp1VJd4QhYmuSSHfWBfVS8TxP5LXv6+Bs9UNcRfFhwtpPAdGqh43pARmGX7i/odlJRCx3Q0uuy+8Oz7FflG8FR68fveKlGPEvEa1+rM0QfopBwZYU52+t8C4xXpu2FsKr08jfXRYfew6j1nfZM1V5CUF85p8bzhiPLDQa4S6YqV747qniLExriZYWX4w
+MuEmkbDPQ1SL1ge4BaFkvREUlFrAynTzfSfXfL7JQAzjcGfPEKKb0tbt7Y5eonUPER3yHqNlzUjDvuMkL+Exjh/skpDtlb4bW/wenefc5ObWyE7a7ixVe0nBTXnudqWNq6q2EDzpQg=+

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**
screencap_[[https[s]][fs]][s]buy[fs]spc[fs]handlers[fs]display.html]_Fri-12-May-2023-12-26-54-GMT.mhtml

**Hash (SHA256)**
b6be279c436f3791549b3f53cf933058d0dd9ddfa10452ac170fa7c50f8e7c29

**Signature (PKCS#1v1.5)**

Ix+JFQMoRkx4HonyVV2L9H/t0oQMLmHc+BHfToMaw0s1UpFzLMc+gIKmC1c+12AoeByDw0AVxgDxZh44srwumZxaGldlnoZg1sjrqHqYIwC0iR43q1xLJs5aYFjqmpXQbEDYxp6gi/lLcZjGUEtF1/zYHiF1cZSqXAcWAvPdn8HCk6/
z2S0uIqEMD7L34mCZaAh01Efxe5gXftgPSDPelFRV4scLqBmGc3WSJvFGPc/N0mznIv9tgsWBfY3ka7wnhSPLEbThmrSV7phaxb3WYjeYQHMfWh+ee1TRB/uid/iYBwfXFka1AELzlev5fojom0NwVR0hkQEuimk8NOv4Q==





# Evidence Collection Report

**Page Title**

Amazon.com: Smiling Face Sunflower Stuffed Plush Toy Sunflower Smiley Cushion Soft & Comfortable Sunflower Stuffed Doll Toy Colorful Sun Flower Plush Toy for Home Bedroom Decor (15.7 Inch, Style 1) ...

**URL**

https://www.amazon.com/Smiling-Sunflower-Comfortable-Colorful-10.7Inchip/B0BZ8H8HKR/ref=sr_1_277...

**Collection Date**

Tue, 20 May 2025 09:27:11 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Ermakinstein

**IP Address**

[redacted]

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/123.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#7-1)**

a0sf23sdf09sdf09sdf8sf9sdf89sdf89sdf89sdf8sdf89sdf89sdf89sdf

# File Signatures

**SCREEN CAPTURE**

PDF

**File Name**

screencap_B0fnje8sfj82Nvjew.amazon.com/Smiling-Sunflower-Comfortable-Colorful-10.7Inchip/B0BZ8H8HKR/Bddfe4a214_s_1275_Tue_20-May-2025-09-27-11-NIST.pdf

**Hash (SHA256)**

d09sdf89sdf8sdf89sdf89sdf89sdf89sdf89sdf

**Signature (PKCS#7-1)**

0f2sdf89sf9sdf89sdf8sdf89fs9sdf98sdf89sd890sdf8sf9sdf89sdfsd980sdf8sf9sdf89sdf89df8sf98sdf89sdf8sf98sdf89d9sdf89sdf8sf9sdf8sf98d2jfdsklujfioesdjfksldjfd


























Investigator Name: RemoteUser2

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Mon, 15 May 2023 06:58:31 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

RemoteUser2

**IP Address**

116.68.99.108

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

eBhImZtVW8EP4s3SLB8QeqthA8U34B21DlCPupqyhjzLyMeVcs7Vgsl1uQYZYYpdAjB2+G7Nc6yhtsXhrxiCaiWxpgdyMtoR0NjlHhJmDe47B/4CN7n3Uq48rShow2XSVAilYAsLlTrWOMe+qSf7zau6mxIEGPn2pFBu+SMwpViY9xMZOn4+AYhhkJKacPpl0lykb6eLmyjxePJimXJJXegGjoxhcJ+w7UVNxI1XB+BjPEEAQh6u3jH5XitAR3IArrvvkRbwU/6CS6njeRamfzT3spiVyxmSaJe/ojcwCNW0jyyMFTgrsH2i9CY/pNuiQELAsLniT4337iKvKcWQ++

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html][]_Mon,-15-May-2023-06-58-31-GMT.mhtml

**Hash (SHA256)**

880f73ccda1aba3509d8aab8628e03cb455df96b3a80d92ff9814e1501d95dd2

**Signature (PKCS#1v1.5)**

JY7WdUwcxNHc9aIoZDNT5kfs2o6ENIuGl+7ymrfsQ2bFGLv0fVVCeQ5a4BxF+KFfR+s161IjqTGewzO4t5Scy3zoQ4ONqsgtcpTUotcBW8Ig/pSgGqfSfzAfd7UgvkyVudD+ulpwKlfrioJeBUtVAir5ZvMfLo+caQVLfGp8P2Ann6Tvh87FCjW+vSVPW7qVPxZ/sEukXSe8bG2YDnw7eNziMddCTqNOe+bQKY0zX7FYAfTUAIc6vA6Dp3AXWMfFvISaBcC38W44hO3fvi5wGaJoUhhzQrsvOhtSrb5JCbOIGeZi5XzIFAFHS4tEZala/q59XjjbONONs9mBNEYJmA==



AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com: Good Vibes Only Smiley Face Flowers Retro 60s 70s Hippie Throw Pillow Covers,Home Bedroom Living Room Girls Room College Dorm Decor Preppy Pillow Case,Teen Girls Gifts,18x18 Inch Pillowcase : Home & Kitchen

**URL**

https://www.amazon.com/Smiley-Flowers-Bedroom-College-Pillowcase/dp/B0BJ6P438B/ref=sr_1_53

**Collection Date**

Tue, 09 May 2023 08:46:24 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:93::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

XikwbNG3Lzp/bzXD94lzMeaZ4Ogp1GVLEJQqAYd8xm+1de1mwCI7L+jVF3XXk11ylJs9VNIUTA2+267XsWZCMWaNjcBBNxx6vlNmtB8L9uYC2F4PrQp8ihjDAIKHfx23T5E5OW8w2O4Tv+wBe9WlWjCyzu3cZg9f3zFL0b6zvOw=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Smiley-Flowers-Bedroom-College-Pillowcase[fs]dp[fs]B0BJ6P438B[fs]ref=sr_1_53]]_Tue,-09-May-2023-08-46-24-GMT.pdf

**Hash (SHA256)**

e63a5590df5f0be772590cf8cc8c1593341b61892fd770d2f40fba1ced78254b

**Signature (PKCS#1v1.5)**

RqN0H4UIATiiH4AdT57MoUdZIRmrVuI9sIZZIDTUXkWMs6Wo5SdWzt+N9H152p2b0Icja2CugCPjkoGUQOzUeKrsJotRyAct47nkRi2/OQm31RhpeLPwcgOU4M+4k8H8tNsLi5DqjixuGDAOTtfmeCx6YPHkPbEpfa9SQZOFKP8=

















Investigator Name: RemoteUser2

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Sat, 13 May 2023 13:15:11 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

RemoteUser2

**IP Address**

2001:ac8:9a:1e::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

iIcM8zQZhjioUy62waq+wlJzmGXhibb9NeDkcvw+IC9MiOUJvo3/KzE9pH2QrzkUlpRNenWR1xxheUqKE2Y+wt8jGJ9ZfBChKYec7L1SogiGWIsBISg4tzssFkmnHvZCo2I8HoGCjmFsD32udbFOa0VkuKi8/SxFccCwLs2i3dUJJAWewIH4xiM8AcASHga6NRNvAsIQFfq+y2sxa5YxO9HveiTeE3IJs1iejNYlv6MnhQmXgirnVx4otbsjN8AMhVHdljgbxqYVzhAydxDml89eOUQf7CNH8pA8sun/uWxq3LvohqS/T06zPfRtMSCKCVVUkKfx/JPvIVRvyYPUcZSsw==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s]][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Sat-13-May-2023-13-15-11-GMT.mhtml

**Hash (SHA256)**

17fe305dcf9d2b02f58dbd5df2a47579c084e6301404405ebee5f7e0f8fb2adf

**Signature (PKCS#1v1.5)**

CJ/rYYbcurYnxE1uHHFT1Uj9zt3V18+wN2vNrm8GauX7zQR4YqvwIgqLasJrgM88CbwXJyLLItmXHNMh4HY038fPM)jCyS17m2DcrSHtFJeEB0lKadnTjLDjHxYog3NgUpgIKnWUveDmAKT+/wyJWAty+2q8/dHMbFruy7U2VxcbyCX0jS4Gn78RkuO8voN8K0hozvdhMlOhXW/2NLers7aKjBoRLg/iN)0k2TLVVWU1gztcSyE0B8xnAVqOGQhHLVK8m/P3l8mqOKxfjuDWGL8l0V/pdEC9U0T+hV/oSpPh2Ov0ctQ1f4xrOMQQ1NiPNdLDufaC8vWEvKeSFOz/QQw==





AXENCIS

# Evidence Collection Report

**Page Title**
Amazon.com: 2pcs Evil Smiley Smile Face Embroidery Patch Backer for Hook & Loop Morale Patches Tactical Military Badge: Arts, Crafts & Sewing

**URL**
https://www.amazon.com/Smiley-Embroidery-Patches-Tactical-Military/dp/B09LLOPKH/ref=sr_1_84

**Collection Date**
Wed, 25 Apr 2023 07:21:37 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Chris Barnes

**IP Address**
108.7.44.13

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#7.1-2)**
3d6gd5dj5ej57635j57e7dj57357d5635f57355357d5e57e57d5e57e57d5e57e57d5e57e57

# File Signatures

**SCREEN CAPTURE**
PDF

**File Name**
screen-dg_0t5hrjsdtj5hjsrdg.amazon.com/Smiley-Embroidery-Patches-Tactical-Military/dp/B09LLOPKH/2P36cAwer-mvc_1,AB_Wire_Jv-Apr-2023-07-21-37-GMT.pdf

**Signature [PKCS#7.1-2]**
3g5-37e5jdg35dj7e5dj75357e7dg5jdgh5j73erj75jrg5jr735j57e5735js4dj5jhsajj57e7dj5jhrey535j57e7dj5e7d5h5j5jnrd5j57e5hjs7d35j57d5e57e57d5e57e57e7djd73j3jd735j57e7dj3735d7



         





        



       

           

    

    



Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 01 Jun 2023 11:08:32 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0d:5600:8:93::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Dwe/se3XuBqey2XbE7nvMdKwWbfneer5Co0vmHKz/oFALaPa65mR8hkg7sFSL+iodPAseGtpElqd3G2OYtd6vZHYkgeM5008dFc3ngpLu9D2bJRZUiFn4t0+Xdudn9gmz01Gnss4c3m4x704PPDbLj/hTU2zJ0m4rSiC2KwXrx0gYDBhqtaBn1MvlEAXZ+23xS50/6JHTQ1sr3g5U2+xZ/ABPzgiVlmNSlALXV2FyUXksvyf9tJyO0ufXYqTcSffvNBPMra2bfdzvbABf3L1fL4wCKRH+qlYeFQJ3tRvrrNdSBygl7xoSZNmcL6nzhTNfNDLlfwG+1MtY7r0OUdRtw==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s]]fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-01-Jun-2023-11-08-32-GMT.mhtml

**Hash (SHA256)**

4e19d093ced277a5ce8e4b5d27127ac9213d20698320f5f8abe80b8ad5225f2e3

**Signature (PKCS#1v1.5)**

Sd/S8UklR7taEEzhKLnaj+oVqG7pfbPGhr6602noIW9LPD/4wW9U7bMOqppLqh5Pyy8ocF4z/Enaw3jQpxZPTdIBMhKLeHITqLDleL7B717kxxdokiRkXtE24QRw9ywIxt3eVQh8g87fEVpUCbSRb83ULRdljt6Eqm1PWkO8AZ+7/4+of/a5FgVmec+HNm0mTUFOoEKA3NBReP4F5y5Q7JVbKEuMhLXuB+E3d0gJ/Jf1wJiQCqkafx/Iiic0s36gAwmtd4LJU5WgXkmeGnCLqQOQrNyQ1fbRNxaQncE/RNrHkx2wGX+8X08y/LgpAOccV4jZ5iB43dJJ02jfGfJ4jA==



# Evidence Collection Report

Page Title:
Contents

Case Type:

Case URL:

Software Tool:

Software Version:

Timestamp:

Digital Signature (SHA256 / PGP/GPG):

# File Signatures









**Investigator Name: Neha P**

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Mon, 22 May 2023 09:42:33 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0a:1dc0:4:3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Cs0xq4AuiDv83PZpXt23UcSpffw0UAn2sU0/+kslyvG1/Wi6OS7AHuE6FmG7U6SXrsc//kexkX59SElcHQ7J2zIht8IaWg9F0h4zBPJ94QT5JTfPWLF1MVrX2sb7w37vjgFgNduls6vwFcIQLCbilYoosLScdiZVw7LQUdyXdGe1dJN54gbMW7lNqWogywzRtjf/U5cy4g8X/s1Y1Pl/NCn9sPQyGV1wMyKd92tezgTiy2HeMIzU3mRwC9N0Hn12kSJXLfrk2L9oFCK+dbR3xue6VO8jNC0d9DSuoMW/gnpXc/uE8x6Lw2V/Sp1sdP3SoqnjLafDRsnjyk2uc9p9tLw==

## File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s]]fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]_Mon,-22-May-2023-09-42-33-GMT.mhtml

**Hash (SHA256)**

ce15dbfd56a3b6a8f58584120b278a73e9850de1563742d632103d445f524508

**Signature (PKCS#1v1.5)**

CqV7MrY7tgPsMN2ojReAlxLYzFJ04fIybb+t/3CQpvIlp/6vLZ9zpKYC9I3HzUPyoj03uS/cRxV2ML6MiQY2aWQAB1n/Xwbe4+xvHv32Aov3UdT+0rcLyn0Mkxr4kdu5kuxX0bzdOT9r7OpZd8eGfDvP39sPuS2FdpST5XG64ksp5b4vj/e87cLEF8kcyTDhD8+HsXcCFMB8H7HTX24lEzhZv3IF6abqWIO+VKB9a1x1HpISOHLXtkVf/n9+NL76hlo9kDOAStcLvxn5rotcgOLJNstfwqHDqD5QNc1OtbjXGw0qoF52dr8kBbczT46oJE/gJqXBug13puD8VcePngug==



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Funny Trippy Smiley Face Phone Cases for iPhone 11 12 13 Pro Max 6s 7 8 Plus SE2020 X XS MAX XR Hard Matte Back Shockproof Cover,Pink Smiley 3,for iPhone Xs Max : Cell Phones & Accessories

**URL**

https://www.amazon.com/Trippy-Smiley-iPhone-SE2020-Shockproof/dp/B0B7V6Y2J6/ref=sr_1_215

**Collection Date**

Mon, 24 Apr 2023 11:47:45 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

gSsSdEidvDAsEOlMW1UftDEoPQJgC9fOWeo5fZZVZP9BoG0q9b/dE9MSqa7pfwAc1YoJ51eBzKH2OAYVpfzXHYTO+ngyMxObe5jTD59S49A50WO0BR1gv/tFJ/6QvuOncuGYHPr2eIPI+2Eun5GrUi6/ucgXyu4//5OK2tkoMxE=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Trippy-Smiley-iPhone-SE2020-Shockproof[fs]dp[fs]B0B7V6Y2J6[fs]ref=sr_1_215]]_Mon,-24-Apr-2023-11-47-45-GMT.pdf

**Hash (SHA256)**

c7c807a0a21fa291a22370fa12553ad25eeafe6d0192df3eea0b02f9fced1889

**Signature (PKCS#1v1.5)**

nLooNDmFWtj1xLTrFEkrS4eeZErOpLB+itxHG5T2MWuVAYUTwHORFJwSx0Eo1CWykVQ6G89EBA4vdvPI0ycbIale8ZAy8GYTCU07sx1ull5Gn/cYLO//c8pbw1euMynQ6Mr46c++/TpnHcBeDX259hyl1W4Dr6TuTTgFeVWpnHY=







Investigator Name: RemoteUser1

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 16 May 2023 03:59:52 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

RemoteUser2

**IP Address**

202.83.57.61

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

fMGufAYa8ZDBFf+ES0LPdW2rDFDSR/VwT+bxTiv8xN2/DSXfiBWCL5Du/22P+053Dpua1FAtfoEycV9PNxWyc2+aiUhK8k8kKUUY8q5jbGqHBvh1B0DZ+SV83rMEd7yA0YlU9uyE6artUKR5QmNziB4cvWz/zVBT1MVBR0jwBCgRwL963zrlbOWQ20AFOOhoi2q6SAih9afuYJEoj3Z/HHxe12HnU7nFnsfprFpUMqCpwO97o4JiTcst99wSfcLY+yUWiF/y4cqsSSdYxNUEPoXo51I6Cw008szbz8Frifk0Fg8Fuyla/fevSADvJ+sAXD6i8gy902XDbHYxwv0fT8kYA+=

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s]]fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html[]]_Tue,-16-May-2023-03-59-52-GMT.mhtml

**Hash (SHA256)**

478983ccd7ea8c79ea0204ee68a84af898e35702feb2d4dee1a4412e9b6b7a

**Signature (PKCS#1v1.5)**

KI5vljtXEMW2Vdixapw3ScV1jATXgc8JH/on3XmLYVHVojDYD7GVqwGuQLyW5u3qEKKEBBKRFwVbtai8rzhrE3NyMZxG8FXOA97AkMDeJJ5lgb+HGa9H4Oi0W2PLbHzj9sEZ3ya1p9OLaqIPxDU1Cc69btGMW95pHpmvv0qxc4Mu8s7RBP/2AlM4bFDcOO33bbNHRZKBvJcdJQqxDN/A0zWMKYZDQhK9t9jA/uCgYvscVY/t5Ouuxhnm/WXRZG8rpZwC811YIVkTfPEQ7CR3CIYwmtnOzeVcQuwlwYUMKFIexmLL3140qax4Q+8vqJ5dyeJ4n7nXT9Al82hyoBq8Q+=

---



AXENCIS

# Evidence Collection Report

**Page Title**
Amazon.com: Acrylic Happy Dude Cake Topper - Smiley Face Banner for 1st Birthday Decorations,One Happy Dude Birthday Party Decorations,Cool Dude 1st Birthday Party Cake Topper,Gold Mirror Smiley First Cake Topper : Grocery & Gourmet Food

**URL**
https://www.amazon.com/Acrylic-Happy-Dude-Cake-Topper/dp/B0CS29MKPJ_birth.e_1_2/1

**Collection Date**
Tue, 09 May 2023 04:09:25 UTC (1pt Department of Commerce - NIST authenticated timestamp)

**Collected by**
Sarah Chronopoulos

**IP Address**
[redacted]

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1 v1.5)**
gtfju0adfh0172 [hash string redacted]

## File Signatures

SCREEN CAPTURE
PNG
File Name
screencap_B0dsdg05fh0xxxx.xxxxhfjtrstuh Happy Dude Cake Topper[B0dQ05hMKPJ.jbhkt_1_2/1/1]_Tue-09-May-2023-04-09-04.5601.pdf
File Hash
77fwkh54 637ad134 abudfhahhhsjdh53hhesd73fdrstuh7734fvd7730AF8
Signature (PKCS#1 v1.5)
k4frju17vf71ch7de5734dvdsh79d0432jsdhasabb53adf73hdvftsdkj3i4sa0bwr4f75ft-4alf1f73534jvrjdsk01ajvcn4j73v53jjd3alfdnd73dqe4f7c3xba3khsd0rh0au6i1khgpw1s0h73jhkjdgd73fd0bft0b0






      



        

     

 

 

 

    

          

              



Investigator Name: RemoteUser2

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 12 May 2023 15:21:27 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

RemoteUser2

**IP Address**

2001:ac8:9a:d::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

WcKsoGS1MUVObw+Ky4fj+JzP6xpx1DLOLxN54J8HjZcA5Nlg+FD0hkVLwJG31OQFq9WHhVolllrLdUAYA8N5KzrtVOz4S0ztnfLJUFbi2t/DMGPYMybctAVuWr78EJtzpj5N70zmkV87GK+8uKnsjAFcvOAUEIWwuiQAEtBYI2+owqbC6lzOBsnkc9h7SFk92ghuMHEtCnW5KnB6zY4V+0E2h//Iq+h4l8k4ZhkBXc+UOqKw0Hm45BYcpNsJt5VBCAkGbSR0UsWKsi6eVKxZ/BVr770Buxy/o4CA4dMZceBHAzvh0mC+g2eG4JY8wF/YoKxVnL1ivfYu9gO/G/NGDA==

## File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s]|fs]fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]_Fri,-12-May-2023-15-21-27-GMT.mhtml

**Hash (SHA256)**

f7b7d4a7ec7e887a85ef7c06a0e171152950eb63b9895074c8ffa9303d99dea4

**Signature (PKCS#1v1.5)**

dEHnWZC9Ho5liREOyPPeH6RYzgZjL2SM06oGL4yUFRvBvB3iJ2TBfHRsrb/NEYlwLl9N65AiRextmJXODcx5UykacAu5VGESTP1iXp2bVs6c1syqrkH6pilZznflxVszcbKc2EPECqxpf8vlFAGv6hDK0aTyfhOCgYkdnwF5R8nls3pQdnrzmv35VY/5ZAjlAxuRrAf+c7iaosOG/Q716K34ZjJyrdga8cb/ZJXoqqR/rm4fC+xfTN0Mz5dBjNc3qEBhNp9ensaDENmkdWsKVkiNtiAnUE8HJ8DpTVo9DDwkoVPXlAPcQfz0WDA+l2LEXmt0fiehxC8P7LqlgSzMAbA==





Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 30 May 2023 14:13:28 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

202.83.40.142

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

OdALROAeiI+vH2HE7Oly306e5brX7M3eTCInK4RXROeNCV2SlmPyRSIQGPcZBJR3mB8pTeBAjFUkQUxIzqx51Mnd9Ii8g8nNfmN36tVUEYsc7QXZStVQuDCCJ+I44oqI1tYN1iu2XN3WrrhH7pERbljFzTZBe49gYETzkystkQkWSRQ4PeDXhBqE9tt5pAp2L4zRLhfMheYCcYR4ZtgInz/CQUF1r9Kq4wwOjh4A405GMSPPkvx00iZRLyMuv9zP5CRGkC7L7yddpFMqeulGGwByNNVRexLx62fNjHrArOK26oRQ/pxxXHOa4tqkMXYT+XIzsxU4e8p4JB6PGo52ig==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Tue,-30-May-2023-14-13-28-GMT.mhtml

**Hash (SHA256)**

c1010d7c886daa9f7e6a5c838822ee4fdc25b21ff2609d2e6c4d0ef2fa20f938

**Signature (PKCS#1v1.5)**

ZAHYC4WOAUouyb6lobSmmSFCPNnIiJTEPsxxFRZCnIRYZ/BYdKfxkCNv8I40Z3h30edT4v+iHBoq1PtukLpJLrg/pkAMM5S9QmW7K7tT7hUIVyoxlUvecFWNkgd0wNA5UMW4zdvfjpX2IL9rqSllKDGnkDsCe68xX09mdHe+HtNOt0ISRIAeznqdWeiTEVbbQP5WxTqtktlPM8m8KIjBLi6umeONAXTYi9zEtpHcahpMmziLc2xTfx0uJZAwy1IOF4I5c0sqD0tt3b4CmYvd3igtNZKnDIT76KLvDqp2T/ZYtzFi8vwqsOAG2LUxeHr69/M47aB4DwZOqN2mx7faPwQ==



AXENCIS
Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com: 300Pcs Smiley Face Beads White Gold 7mm Acrylic Round Happy Face Beads for Jewelry Making Bracelet Earrings Necklace DIY Craft Supplies Hair Accessories(White Gold)

**URL**

https://www.amazon.com/dp/B099PDPB4X

**Collection Date**

Wed, 31 May 2023 10:03:17 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

111.92.77.63

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

bzB3ZH71ovdn/o+NMGnTJtQy24nlqOpdyQtwTho1qa1ahH5oOBkZ5r2+GUyusWTLwSwesO6sqtgQkh63NYOvAqUKq222vzKb/
qJDPOTa7tkF3WdRAQNbxJeZ6WU1krTnDIOJH5b2cvcCTnYZ0o3qyK0oVACw2nzs0hBpRGOQ8oyc4FInT9KRk2zy6UJK1J7diuzi1pPbLPSrhlgi2QfpcUnCHZSgFaWm9GX3wgUzLL30fKVOwWJn8fiqmBoSFWOvA6qM/
BQsJPZrCjE0ptYZ5YJIXmxhgA75gCKtSfbokp6jTdATiG5GC0vVK3tpmb48QmiGYaDhB4wqUneAFMcnEw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]dp[fs]B099PDPB4X]]_Wed,-31-May-2023-10-03-17-GMT.mhtml

**Hash (SHA256)**

f366a517781dfacf1a48a782a4eca8084919281a7af36a85b0f67552c21efc71

**Signature (PKCS#1v1.5)**

WfYnmCRQDDHIxCTU80kGVmqVjd/Z+wPLWEbVOUDeu7vpdtnHV8ZGGgAJMOSrBQoFJZqWeerVNWMxTznyaHtBSkWZA8P6JBPdnpEBAdMANKe39/yuKSC/buT7DNDaQsoAoOlacrlhPxukT7xcnl7e5xLz8hpKE69vEpLn7w2lOI/fGDz5nPTvxB
+qnAJ8gfeoADdL1HVpX6lad2WhjXgv6VADq9e5UOLFP+9J+Q5XnfLcrE/yVaGhQMYlA2vayONmKlRoNs/xoAEXSCqvjGJpSBSAEvRTEipwRPU/gXMtWhIoU11T3o0CjYDeEv0e6+tbCjrxBKFOS6cx5rfMnNDjsg==

amazon Deliver to Jade Miami 33132 | Home & Kitchen | Search Amazon | EN | Hello, Jade Account & Lists | Returns & Orders | 0 Cart

All | Clinic | Today's Deals | Amazon Basics | Customer Service | Pet Supplies | Home Improvement | Beauty & Personal Care | Coupons | Find a Gift | Handmade | Amazon Home | Shop By Interest

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

Arts, Crafts & Sewing › Beading & Jewelry Making › Beads & Bead Assortments

## 300Pcs Smiley Face Beads White Gold 7mm Acrylic Round Happy Face Beads for Jewelry Making Bracelet Earrings Necklace DIY Craft Supplies Hair Accessories(White Gold)

Roll over image to zoom in

Visit the LUBINGSHINE Store

4.8 ★★★★★ 38 ratings

Amazon's Choice in Beads & Bead Assortments by LUBINGSHINE

$7.99 ($0.03 / Count)

FREE Returns

Coupon: Apply 5% coupon Shop items › | Terms

Color: **White Gold**

$7.49 ($0.02 / Count) | $6.99 ($0.02 / Count) | $7.99 ($0.03 / Count) | $7.99

| | |
|---|---|
| **Color** | White Gold |
| **Material** | Gold |
| **Brand** | LUBINGSHINE |
| **Shape** | Round |
| **Number of Pieces** | 300 |

### About this item

- 【Package includes】You will get 300Pcs white and gold Smiley Face Beads For Craft Making with Clear Elastic String, prefect for making DIY crafts.
- 【 Size】: Each bead is about 7mm in diameter, 4-5mm in thickness, hole size: 1.5mm.
- 【Material】- Made of premium acrylic material, durable and sturdy, suitable for most DIY crafts making.
- 【Wide range of uses】: suitable for a variety of DIY handmade materials, jewelry raw materials, necklace bracelet accessories, gift boxes. Add uplifting flair to your DIY jewelry and handicraft designs.
- 【After Sale Service】: If you have any problem with our product, please feel free to contact us. We will take care of your needs as soon as possible.

Report incorrect product information.

### Consider a similar item

20 Assorted Colors Plastic Tweezers, 4.3Inch Craft Forceps for Beading Projects Craft for Handmade DIY Crafts Jewelry Making Kids Adult Family Home Classroom School Use Creative Game Tools
★★★★☆ (308)
$7.79 ($0.39/Count) prime
Climate Pledge Friendly

Add your 30-day FREE trial of Prime and get **fast, free delivery**

Delivery | Pickup

$7.99 ($0.03 / Count)

FREE Returns

FREE delivery **Tuesday, June 6** on orders shipped by Amazon over $25

Or fastest delivery **Saturday, June 3**. Order within 16 hrs 13 mins

Deliver to Jade - Miami 33132

In Stock

Qty: 1

Add to Cart

Buy Now

| | |
|---|---|
| Payment | Secure transaction |
| Ships from | Amazon |
| Sold by | ZheQi |
| Returns | Eligible for Return, Refund or Replacement within 30 days of receipt |

Add a gift receipt for easy returns

Add to List

Have one to sell? Sell on Amazon

## Product Description

**Use your imagination to make amazing DIY projects!**

**Elegant**

Smooth, vivid, with big and complete holes, these beads are suitable for DIY and craft making. Wearing or taking them can make you look elegant and dignified. They can also be your mood booster and charm.

**Have fun in DIY**

You can cultivate your imagination, creativity, patience, dexterity and lengthen attention span in DIY. Share the benefits with family members, friends or other loved ones to bring more fun and benefits.

| | yellow smiley face beads | blue evil eye beads | hot pink evil eye beads | silver beads | black Yin Yang beads |
|---|---|---|---|---|---|
| colour | yellow | blue | hot pink | silver | black |
| material | polymer clay | resin | resin | zinc alloy | polymer clay |
| pattern | smiley face | evil eye | evil eye | smiley face | Yin Yang |

## Product information

| | |
|---|---|
| Package Dimensions | 5 x 4 x 0.05 inches |
| Item Weight | 1.9 ounces |
| Manufacturer | LUBINGSHINE |
| ASIN | B099PDPB4X |
| Customer Reviews | 4.8 ★★★★★ 38 ratings<br>4.8 out of 5 stars |
| Best Sellers Rank | #34,744 in Arts, Crafts & Sewing (See Top 100 in Arts, Crafts & Sewing)<br>#1,681 in Beads & Bead Assortments |
| Date First Available | July 17, 2021 |

Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

Feedback

Would you like to **tell us about a lower price?**

## Frequently bought together

**This item:** 300Pcs Smiley Face Beads White Gold 7mm Acrylic Round Happy Face Beads for… $7.99 ($0.03/Count)

\+ Paxcoo Polyester 1mm Elastic Bracelet String Cord Stretch Bead Cord for Jewelry Making and… $6.99 ($0.02/Foot)

\+ 500 Pcs Acrylic Alphabet Letter Beads Gold On White Name Bracelets for Jewelry Making… $6.99 ($0.01/Count)

Total price: $21.97

Add all three to Cart

These items are shipped from and sold by different sellers. Show details

### What do customers buy after viewing this item?

**Lowest Price** in this set of products | **Highest rated** in this set of products | **Most purchased** in this set of products | **This item:**

Explore more recommendations

## Videos

### Videos for related products

- 0:44 480Pcs 37 Colors Smiley Face Beads – Komart Shop
- 0:22 Acrylic Smiley Face Beads for Jewelry Bracelet Necklace – Linkunmaoyi
- 0:42 smiley face beads kit – sucojiff
- 0:16 clay beads for bracelets making – Hairui Store

Upload your video

## Looking for specific info?

See questions and answers ›

## Customer reviews

★★★★★ 4.8 out of 5

38 global ratings

| | |
|---|---|
| 5 star | 94% |
| 4 star | 6% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 0% |

How customer reviews and ratings work

Top reviews

### Top reviews from the United States

Blessy Page
★★★★★ **Super Cute**
Reviewed in the United States on January 10, 2023
Color: White Gold | Verified Purchase
These are great to use and we're good quality.
Helpful | Report

Kindle Customer
★★★★★ **Great**
Reviewed in the United States on October 24, 2022
Color: White Gold | Verified Purchase
Came exactly as pictured and comes with a lot of elastic. Daughter loves them!
Helpful | Report

C and E M
★★★★★ **Cute and great value**
Reviewed in the United States on March 8, 2022
Color: White Gold | Verified Purchase
Exactly what I was expecting. Would get them again
Helpful | Report

Sierra Agular
★★★★★ **Cute**
Reviewed in the United States on June 8, 2022
Color: White Gold | Verified Purchase
These are so small and cute I love adding these to jewelry I make
Helpful | Report

See all reviews ›

Back to top

Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You

Careers | Sell products on Amazon | Amazon Visa | Amazon and COVID-19
Amazon Newsletter | Sell apps on Amazon | Amazon Store Card | Your Account
About Amazon | Supply to Amazon | Amazon Secured Card | Your Orders
Accessibility | Protect & Build Your Brand | Amazon Business Card | Shipping Rates & Policies
Sustainability | Become an Affiliate | Shop with Points | Amazon Prime
Press Center | Become a Delivery Driver | Credit Card Marketplace | Returns & Replacements
Investor Relations | Start a Package Delivery Business | Reload Your Balance | Manage Your Content and Devices
Amazon Devices | Advertise Your Products | Amazon Currency Converter | Your Recalls and Product Safety Alerts
Amazon Science | Self-Publish with Us | | Help
| Host an Amazon Hub | |
| › See More Ways to Make Money | |

amazon | English | United States

Conditions of Use | Privacy Notice | Your Ads Privacy Choices
© 1996-2023, Amazon.com, Inc. or its affiliates



# Evidence Collection Report

**Page Title**
Amazon.com: EXONGY Rainbow Smiley Rings for Women Girls Korean Cute Funny Smiley Face Elastic Finger Ring Jewelry Party Gift (Color : 01) : Clothing, Shoes & Jewelry

**URL**
https://www.amazon.com/EXONGY-Rainbow-Smiley-Elastic-Jewelry/dp/B0C3XK9JIM1/ref=sr_1_52

**Collection Date**
Thu, 20 Apr 2023 07:51:05 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Chris Stannoy

**IP Address**
2a0e:1dc0:4::3

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
1d25e8f45ce8a97340cea00bb0d7egsec29c0f9f8a6127147E7f9Lcd6cd3240f345f3178fdd341c043261c1769b3Fc629f9PKCS3Fsg936feVc1c1c16C9eL2c9Ln50zrdn06d3ese0fFmg1TQ2uV9IXMvuVCPkVac1Vu4VSz0fg0eCM6c8Jn

## File Signatures

**SCREEN CAPTURE**
PDF

**File Name**
screencap_[Image2x[fh]3[www.amazon.com][EXONGY-Rainbow-Smiley-Jewelry[dq0p]Q80C3XK9JIM1][n][reF+sr_1_52]_Thu-20-Apr-2023-07-01-09-GMT.pdf

**Hash (SHA256)**
e5c0e9d5a5cab911d1144f9ea29fede17807340dabccdea8f07a76c29b7d80

**Signature (PKCS#1v1.5)**
1JA4CX3B6C4lQ1HL9NMM4HtrCx71y0f5amgGX1AhHbem714CK7fxC47XGz1hbnWV+eDmLPXqwbIHfP77w4RGrGNGj8OD0OcLr2V+crql36BuuQDXX3aao22a20aao2fDvx+IOHX5eT3OG84Dln8uRMNiMrmnl5eac









Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 18 May 2023 23:31:21 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0a:1dc0:4:3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

mKSMRXP8qYdyyJaafZ2VmyPfj3Gs1bUpmeCAonXME6EC87jJMEwWHSuoERJJVAkl6aFx1L0C7q00buCik0NNch2Z1QLo8u6HIF2xTnOzi4K84lbgIgWPj4NSlanlq9H77z4+LyKRBCEeNLp52cW1jWJW4jKAqT8Cm8supXxoP77JUG8i6i+XnqEX1CTS5PZzViUcrusWTFsLQNnR2VziJpRXZHX9MM99kk5SceY32+pAMW08NIQYqKpZStWoNKH+PhVD0Kv4Hbg4qaLanO5CXNixzjY4Wnb79Z3CzzPde7RqTUy0U8TkcDVIw9NhyLtZZKTP6jCBNCxwAccyG58NHg==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-18-May-2023-23-31-21-GMT.mhtml

**Hash (SHA256)**

84c2794df023fdb63229fefdd2d6ffaebba134a67076a9e964ea5a2fd44b8d1e

**Signature (PKCS#1v1.5)**

TmTn/iDqtJjovL3vY30qyvhRiUAvnHeeogk5uasDZOSNecMen+67ErKzrthc+7yJQpjoJdN/LF3OZHxU00+Yhp8gBeLPLbaj+3G6KrJ2vt5wWhnxgHBX5wAN0vIf0mS1itjLrS2VU0O1X6KMwwiXLbOfTVNUZmleuUe6X33eAqdJy6qBeQQRqUp+z+AUTsYYuub3bg2ukUAjfe/LUemguvPbMeTW9LxAORK1H0CpGepWzmFSr9ONqgvrbT0dczr8mqqghHfBXipk8lh+uUftDhrlMgQw1vtDdV141ypafD+K9WTKsZo+tfnBVTIccAmJH/pWZW01+mVTZJnyOyFw/g==



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Smiley Face Patch Tactical Military Army Gear Embroidered Emblem Collectable Swat Sew On Appliques for Jeans Jackets Vest Backpacks Hats Caps Kids Boys : Arts, Crafts & Sewing

**URL**

https://www.amazon.com/Tactical-Military-Embroidered-Collectable-Deplorable/dp/B07DH8QRHS/ref=sr_1_58

**Collection Date**

Wed, 26 Apr 2023 07:31:07 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:5::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

lqAf4ZDyjT39xlXxNmWIvcUxKCCj0dxgi5zJoQqtWeX9wudwtU7Hmn+wQ66IFjkgBSYmpAVBVXVzrV+UQGwwoFgW3A+RyzLXhVeFkdxhBUHFCyuPo6Uv208LtrtpN/wH2eut6kF9Y+KF0wPAhpvxdsfc8LWtxzkDVrUL+A66sU8=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Tactical-Military-Embroidered-Collectable-Deplorable[fs]dp[fs]B07DH8QRHS[fs]ref=sr_1_58]]_Wed,-26-Apr-2023-07-31-07-GMT.pdf

**Hash (SHA256)**

81fb046d262a101b7f8c8db672cf205759c1de142bc8b5f47a1adf2635b2fd2f

**Signature (PKCS#1v1.5)**

TRQLfrpl75BWPqgGIVdLKFh5ch3M4IL1jHgjmQ5tqDS3Xd2yTY9QMg3ExPFb5R1jnK0w5ez/y5zVgTe5B19Ehl4buMRBltdZwnLegxdwLOr7YLXyBKnUHq/cGR5m8Y++wkw6LfVA+2vQBWfjfZWIApWZgL9y/BhtOx63cZ5TarE=




















Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 01 Jun 2023 07:04:53 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

111.92.76.63

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

ZI8O1oeaceLsq/OjvCgApYWuLib7PnqkszsetCWgzsZYq1WeR+y1FvbW2lY5UmBBGxyLpRVKwsVoe4Dt29NDNvvUkheiiHxq63dqRuKPiNJmz0G+KvUsEPKp//D9vfQN7w5y2rezkhP6h7kryxdMbQgbnq9deF9sWqzOF//fWvhCJVqFM/a5XFj1JnXexFTGpXA5J88OGrL+hzQQgNt2l13+S3TOjDc0YNWOCyO2zmuhMr45HSrWOo6N2YRKX0VBXpva4vQR18nSNHOi4M+ssiFhKmNDqqsP+tTfCmwBhNeWGCexDRhVZ2WIA5jTHHWaup2dNiUVtf2W4JI0lR+lNw==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s]][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-01-Jun-2023-07-04-53-GMT.mhtml

**Hash (SHA256)**

4c02bd99a005f06cb0b4ebf258d27d4411f7fd68b78728fffc6bf75ba1e382e9

**Signature (PKCS#1v1.5)**

B2lj7/fyf0Omhwzrlgy YqXBgLZOVAaezNKLe18ZOKvRzrrUz7qsv8PyHiHGPDRt+ndg9WAWQ5fdPTxGzjogNMNvL8ACgDv6RVUCJmZprTomCcgTVwlpanYK2k0FfGMZeX55PHndL8HxV632AQb0RUGmZAqJFo0Qcr2NzAbHYYQsV5zbfGx6j8kN0UvtK0fE5+ICatCBoPfMcsLrgnpKb/dGg/6F1sm1uBEr3S/a42oBbGwo+tKIK3H8Qab/qc36hEPvohBzy42LmYtBMCrOeth9OFmTIvH69yF6lTlwsrFn5iYLAFMMWAWJDAO1bCUh5r98bw/ZBVSzn2ou2o+ksYw==



AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com | Smiley Face Slippers Soft Warm Home Non-Slip Casual Shoes Indoor Outdoor Plush Shoes For Women And Men | Slippers

**URL**

https://www.amazon.com/YPZAKKA-Smiley-Slippers-Non-Slip-Outdoor/dp/B0B7B1VYC7/ref=sr_1_60

**Collection Date**

Tue, 09 May 2023 08:47:29 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:93::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

XVNC3wzqVatDdBxVcElwhF/DqfLrAYx2dniNJuIYFLe89kgAiiOyb8scAVCUGU7b7y2aPG9iTmodQJpLxgdJPDvkjIG8D4FPwYv76IYKMBNLEz7C1Wr16nuXtIvFmJSkqiTnOcWcPv3hSnL2aljbSei9GlmkxC308CWzzmqzYIQ=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]YPZAKKA-Smiley-Slippers-Non-Slip-Outdoor[fs]dp[fs]B0B7B1VYC7[fs]ref=sr_1_60]]_Tue,-09-May-2023-08-47-29-GMT.pdf

**Hash (SHA256)**

b73f0783860d2542ec0e0195ae41a458300cbbfbb878fd918e25d4c2183796d6

**Signature (PKCS#1v1.5)**

qjH0R7dkiZL+YYSpu6E7YcfKMj1kRNr94u3xmGaLlqKLzMEWVUwKUy6Q0Qn2PGT8W3fDR5+Iu2FRGU0nZSAYrB97u1emf+KjYnfgnXXiC0mu/gK6ApC2W6X2q77CWFszyRolP4j6fnRR9iQdJyJG+XJdudznk++m6LhzRz448M8=











































# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Sat, 13 May 2023 13:22:52 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

RemoteUser2

**IP Address**

2001:ac8:9a:1e::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

LgQstHfm1E52EtP5jFgVhebJ+aOwQbvFagRDg6Z2RgTU/0+KuI+okZz3jh1eDGRdxuWqxhmSG6lzqpi1LqQ1l4ZIqJ7d4hQBZ/ul7XQqMKqwThA92K5xTbPcYWs6kdQSJ0byVyluApRvM8WDqzCrKvt0LKmPIEQDXi+fkJ7vWnQUj5xTfnj0ZiV8640pjwhY/zcpfFbKtt4kyH2Xh2RAvdVuRe7JE6ujJl2oQ3Zv/RkxcnHI7ZBthNWCMJKCnvf2DP+YKbQLCVf681GqU7lM9jKUTs+kxvJEiVAoKVtTlQZ+Eq7WVAtZvS8AtsPtqa+MqLXSkAKiCU9oleFtwP5lMQ==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Sat,-13-May-2023-13-22-52-GMT.mhtml

**Hash (SHA256)**

6b044fe0dcdd6557b49c467926d57c872845a653aa160bb33bb2cd935262b359

**Signature (PKCS#1v1.5)**

jckXS8dpvT86Ma4wuKdKCRYg5f9Zku5vT0FOyvQcsdJ78nNoqoAUPKtZlzlsAkkhUXJ4v1sT2mquW7icdgkYz5n8wpu9yUZ1O5UWUQcy/NcVbFBDZX4dz3DwIhK3CabGeHsLOCqyMYvihtPvDfT7T0E0W1f7CjD0F0tacdco8YBypv3yOXvOpu2j96+WNBKJwrapIW6b+cpIXEadQkbnO893CTA2ia4qX2oHYLU18+49jXPpUJG98gaPFX82NHffo1ZXTYoZu7K7WAhU+m7w+YtGS+2aWGsn1Bf0f7LEST49gLKNA5oFTZ0YbOSESDFSEe5fS1JvFVwk7zcFvcqpQ==



# Evidence Collection Report

**Page Title**
Amazon.com: JINLONYU Happy Lightning Bolt Smiley Face Slippers for Women Men Fuzzy Memory Foam House Slippers Winter Plush Warm Indoor Outdoor Shoes Lightning Pink 39-40 | Shoes

**URL**
https://www.amazon.com/JINLONYU-Lightning-Slippers-Outdoor-Lightning-Pink-39-40/dp/B0BXWDRHX4/ref=sr_1_41_sspa

**Collection Date**
Wed, 26 Apr 2023 04:01:07 UTC (US Department of Commerce / NIST administrative timestamp)

**Collected by**
Chris Barela

**IP Address**

**Browser User Agent**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#7 / 3)**
5fd1c3a6c7d7e169a0c7bd4656483f4d4fb8b05265187e32f0df5bf04e6d9b09c0fdee96d6e9a06c0e...

# File Signatures

**SCREEN CAPTURE**

**File Type**
PDF

**File Name**
evidence_B0BXWDRHX4-amazon.com%2Fg39-sr_1_41_sspa.pdf

**Hash (SHA256)**
1b5b5c9bf3cb7d8e1dc657f1f8e3...

**Signature (PKCS#7 / 3)**
ab4dc...











Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 30 May 2023 08:47:42 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

202.164.136.95

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

J1QT1taNqsF9SBa5bABBFhuxWR9Bzw77boTZDLwUf7cyRA9yM7Ws74M3lKattc/rdaHbKzVolocCYOf5I6DihvTZs2GpZQmbVL2OuWkbWnEtmBeHNLCXp1rQnH5vSK7yG7X5kF5I92xXcQ0GKT/dEMgGKW9nUSl6myWjppCeHlIGhY5rO0KmQkQ+3ISrbfHEdy/05xumwoqhzwPml+VtHBY2lMZj9l/kfoAbg4+/NOCGGhdmbHyWJi4OqrN3wLgZIprd1XQQugl0QYfqUPA5vw6wtmNxq84rj60mq8aCyPv5+EHIYDah4d9GI9rgjb2WvLha2Nlc8a7vVxlYG/w==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s]][fs][fs]buy[fs]spc[fs]handlers[fs]display.html]]_Tue,-30-May-2023-08-47-42-GMT.mhtml

**Hash (SHA256)**

6412cae72d1c6d20e3be6372f7d3065463ec0c33f2b9eec721e89ed9dc26e6ce

**Signature (PKCS#1v1.5)**

kLtSmDuHS2Qau6x4Qe2smBllNosiLnuKT42n473C0K31uCyrfnkbxWsqc5zRRst1pP0fO3gpVeAUR0ywpx9rgDjIlBxWYPvgXjz+aNvgcPlhscCdksL71zkCqUxSzfxOtIF+PxPb4pawlDOTGxCpM+u3CIkYEwDa61Y++0K2MQ6LqtvEqZ4lHhhXKmEOiz+UQj0oJEZ0Z8RRAHqwKO4Get4IleojuxV4kFTVbSr+nwprfucVSL4LkaN+7sq4mtSPZJ0Jzbigv8rielRFfliJ+kuUpgmja06n1jGyDCm/X4Y1RewfrJSxJIVbLXjr9t0WqnkqNzkRqg9WEePd0bw6j6g==



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Qivtpjkrin Cute Colorful Retro Smiley Face Case Compatible with iPhone 14 Pro, Cute Happy Smiley face Case for iPhone 14 Pro, Unique Trendy Design TPU Bumper Cover Case : Cell Phones & Accessories

**URL**

https://www.amazon.com/Qivtpjkrin-Colorful-Smiley-Compatible-iPhone/dp/B0BFLZBQ81/ref=sr_1_111

**Collection Date**

Mon, 24 Apr 2023 10:57:29 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

185.230.113.27

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

UgwTUap2aOwtgvu5zXgLU5r10AkzpQrUcLh5Qce6/LQ5TAq9zPTGXrhU+AuLJIZ4VQMGZWrmbv0PKI2LQ4srDGLmusOP3TFK4onwK8LG4Kb+Nuh6wVEw4v4fcV7IQgkx6krXqlP20eKdNy8jGyvKW+t1zQDqHMZMcBY6sR1mVvI=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Qivtpjkrin-Colorful-Smiley-Compatible-iPhone[fs]dp[fs]B0BFLZBQ81[fs]ref=sr_1_111]]_Mon,-24-Apr-2023-10-57-29-GMT.pdf

**Hash (SHA256)**

1bc302415daf52d0d99be47afddc6ad683e79ba2dfce31b416725e3812af35d5

**Signature (PKCS#1v1.5)**

D6EsJiy+A2hQjAO3wC4ba3Fiz+fFWZoC1ST8gsxGx+wGLze2hy3AnxY7j9733DOGLBMn9IlytYfWHmyAd8+H50M2hOzZmMeqyJZiS5hW/CncrcSiilfqTEEighl0SI9NGIxT5noVGvZTI/cknvVm0oNs8ssaFDwvjtJgHsI4BzU=

















Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 16 May 2023 05:36:16 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0a:1dc0:4:3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

eqN52Hue0161rS/RJyZC8TLZdBwweDzMBpy4wnz+sC0ubFerjPhdfMLfskqNvWzVZf6BBYgGXtezNUEl7yu8wqbpG24Vz8MLIFx2yvtVQQ0VLNi2lzcNW
+gDZ9sa/95QUF4MEnKfX3Nxfsivq XqIvelY4bvmPAZtDQg7aWxYA4MD23qMzDg9ltEJ4p89SbeXQ5Ka5mDoqhZO1EezYbIwaaS3InAroHScyg0Bl42kriCNGdCfp+0iF0zXn5IbyzSalC8LRbFnTr/pzlTioJilhgJWc9fGN1GY+jO3o
+zuui2MBYp4hHCE4TcaqyXzOuALF0wwbiI66+f3HSXsmu8vHQ==

# File Signatures

**SCREEN CAPTURE**

MHTML

**File Name**

screencap_[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html][_Tue,-16-May-2023-05-36-16-GMT.mhtml

**Hash (SHA256)**

eb3711fb87a01621662638b24bac90c097a8acd3d12ceb642fd412a4f422e2cc

**Signature (PKCS#1v1.5)**

S7xavL3VJuj4wJ+JMcFHEorM7lVbQNX5cyOqE49JneOeoiG8MX2pXn7MLZwL/aVbcD18o/vpnRCJ7J2+66cp6NJxYk2Ow+uYwkBnYJYUTm70my0aQHCjmegbOlSjqPRam6UuWfOQBBkC982+pyFBbaWzrE39L/
MPRo12XkQlcKF5ZuRTo6LK4EhWB4c6RRl2UK/7Kkkx83B4QGXolmShlv4IdOwPMMykYh7RpfzRMJwibqrKBH997/gO0ic4nK0V5p3XSOWC9pRJb3TScgmheXnN0Dr6vjQl51+u3WViDQR3FhuvMRDK6+OKbt4bjEn9nk9uPTNO15AlgHZ7XWhgg==



AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com: Zsail Smiley Face Beads 500 Pcs Colorful 8 Mm Round Acrylic Resin Smiley Face Beads Happy Face Spacer Beads for DIY Handmade Jewelry Bracelet (Colour)

**URL**

https://www.amazon.com/Zsail-Colorful-Acrylic-Handmade-Bracelet/dp/B0976V3CJ8/ref=sr_1_26

**Collection Date**

Wed, 14 Jun 2023 10:55:22 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:36::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

KKWmojcfgDVrMrookboF71G5024/TbSWlbDGQDfobmUyogrbpxv5tRLDGil6ulV4NjWeYOuA5U7+FKyMUzfZ1oRvi1xEba5bKxpCxevuWD3iQe7HAgJceYvl9pDCzsfFmk+iJP9QwLEBTvi5nyMr7Lucepnli9OQwSXaMXOul14=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Zsail-Colorful-Acrylic-Handmade-Bracelet[fs]dp[fs]B0976V3CJ8[fs]ref=sr_1_26]]_Wed,-14-Jun-2023-10-55-22-GMT.pdf

**Hash (SHA256)**

78811859d1004387877bab3718fca9531db47b744979739a9e8a598800bf5363

**Signature (PKCS#1v1.5)**

Vpwg7WCl2rPUM+tSD+kGEY6wuuxChE8gNK2efcZWBNJGo5GiIDcGYxThA34rYp3hM7xGg8YUeVlQ5O/MhVAXIuLBAcqhaG1vIOTF9Olpdrb1Pv8ovnoBqQWAJI4JHjUTHyR3zOcXMV4/0wfaqQ5OGYeTve5jVb7EEEG/YF06LPM=



Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 15 Jun 2023 04:54:57 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0d:5600:8:36::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Zyhho/9fZDbu93HbSVhyKldEsdmpKWNlnWt1XtRn0B041ttum5GzfhBOp7McuV9ukwXt+wh7SQNg89iy0oRRBdmpedjIGngAX7J4rrTepVxB1VgtOFuzzXE8yEY0LhWdwBO0qy2P0rTsoMJE1V78pnrHPvV3s/ak0X21XaNYMhQVw3yDu9X2Icz/KZw593BBAWgZXwizSbERDsJIzhRF6/R1ZQ
+6GbTVnQW5Suzqtj7U7qDg4WoU7aBv+xPZlsEmJQehAip284yu0fC7VckXkyy0DrEJ55YCc8IUjQY8VahwFen2AGq4nYGV392zD63RfYdKiG+b/L+CU9o3cHPDFyUw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s]fs][fs]fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-15-Jun-2023-04-54-57-GMT.mhtml

**Hash (SHA256)**

41810879c9b5c7ca01893692f1e56ffcc693eb72a0e1d10fb91 3fc503e5c6129

**Signature (PKCS#1v1.5)**

a3ilsXe8+eioFSrSIL0t4x5THH5jTdJYN3Fnd1J2KJWu+v6EvSYNrMMRrD3/BVZkvQqvHVaCKm5Yki9PonqVpf/it51buNYfl//9E58shfUNht0+W9FdbGQfaRXSSUkURPq9gLzYRjPpkVJHAXC5aQ0zpb5zHQSasDxe2kK3+/INxzWb5YMRcr8rAUIf2N32oM93o1cmaQRylfRZuHyn0+CvXBGaKNngml
+sU9mQ6V9cLRjir2plUJzJNp0Tqbdl4TdEJDNKojuLXL9hmJZCHbgASyZCDW883bHmZaE5Ga7ulKsPYim5/spRS4GXxA4pGdjRl41e564j0LdCgu0pDg==















AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com: Fash 100Pcs 10mm Smiley Face Polymer Clay Beads, Happy Face Beads for DIY Charms Bracelet Necklace Jewelry Hair Clip Accessories Making (Smiley)

**URL**

https://www.amazon.com/Polymer-Bracelet-Necklace-Jewelry-Accessories/dp/B09731876T/ref=sr_1_42

**Collection Date**

Wed, 14 Jun 2023 11:00:28 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:36::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

oU850zM73QHvAeCRwe1AlfuwKyFZOXRNwQ9VlCMYiIUKlT/MHeUSbwjcrv+YILQeEmaMI2U8B5WcptzaEu3SWF/Cv5z8RH+vuG4l7F/gosS/wbt95UrZk3tWOYJcUP2xLp6r6xDlE7K/ylaGf90g2J+vxGDxcm0CptggzqmjA68=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Polymer-Bracelet-Necklace-Jewelry-Accessories[fs]dp[fs]B09731876T[fs]ref=sr_1_42]]_Wed,-14-Jun-2023-11-00-28-GMT.pdf

**Hash (SHA256)**

712060b2f1cf202931f98b3096e7de734cb3830ee198572f486542b8d9f194d5

**Signature (PKCS#1v1.5)**

a7lN5nLLp6PshS7dAvGz6Xa73kfyjsIUp7z6ToeEKh2cSOKPUlZ1UiXU/WXnCSyz9OO6rtdEwCKxubPjSPDpZYfGXD2RBgUG+e0uUUMZzDS0baJlm9kcDEmV5OdvQDUb0HnLrc5Wf3ArQNzcdMJD1nSHPkeBpyKFAfFFv4sgfBM=

Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 15 Jun 2023 06:53:27 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

202.83.41.44

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

mN0571rVJVVZASMPZvp9lgRKLQV6debYMmd7RY4PsviLcfQ809PHiL1nAmyEgsDSTRQLDFM00nixJgfpxGcYDF68RV/hnqmWmNFl6gdny4r1lfv8DFnFgELXbeJAou2Z1YVezGKpm9YA7o7D16a1qvfXBy9MqgY2/gfZeKlBYmsHXQP62GuLBfaXYqLrXl4MIgKnKGzqmAMkyHAe+262aINPNF155fBJU19ijJPZ40Azd2EHBqwOzdeciSeirsKX617arxMhlsS1vzjkAhfZ1zYNwHEZcYg02wRjr+yySXTkQReefaigo+xW+dAMrVMHD5zg7e+LsxmqUqRJSYMfJJg==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-15-Jun-2023-06-53-27-GMT.mhtml

**Hash (SHA256)**

f9103281dd546c10fa8b8a251084a9035a1070caabbc51741e61b774aa94f5f0

**Signature (PKCS#1v1.5)**

jU22b2rovEqLzw0N4op44Dw/JvROnQ0VLqChT3Yzz4C3NgzVGNK89e0L7jVkbPlCVndqTG7ZS4GIHvNc0WFJg/czsRc+SS4HkUSTldF/X47kX5RMKcFeCNqP92s6YMjCyyfgdT0O7ESsJweGb404kFYgY1o99Dxuo8l2wJxQQyUpjv5GhOqW2AQBPU4yAl3woGOG1qJeNNUEHAYlRQpDNMl0NYDOJNexxQuRhOz6r8jiNt7BlfUZoycd9hjqWa3HQXdOLH1moqAixBAXExKTpM+iV3PJG8e5yOBX7MRl12ee0d1kd7O7vFybf3YJN5Cw2LRw2tA4n0XYNNeaNhoA4e/Q==



AXENCIS

Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**

Amazon.com: 100PCS Fruit Flower Polymer Clay Beads,various Cute Smiley Flower Heart Mushroom Clay Bead Charm for Jewelry Necklace Earring Making,DIY Bracelet Making Kit Accessories for Women Girls rainbowsmiley

**URL**

https://www.amazon.com/Mushroom-Necklace-Bracelet-Accessories-Girls%EF%BC%88rainbow/dp/B0B54H2ZST/ref=sr_1_103

**Collection Date**

Wed, 14 Jun 2023 11:37:53 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Sarah Christodoulou

**IP Address**

2a0d:5600:8:36::5

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

N9VrqfD/CZHa5MrqGqLIXuduP4oCBDKk6rCYaJbkRWDyl4wFQtVRR55NYxasEoW67c4MNhC+fKm9M5S1NxXtnzpHBsRF8BPTOT6e+7j11xeV+Dahi6szvAHbB8A1BKf9xZxLPo76eT37BD2EyEn2vdDb47MZI43tQaY7RwqlhZg=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Mushroom-Necklace-Bracelet-Accessories-Girls%EF%BC%88rainbow[fs]dp[fs]B0B54H2ZST[fs]ref=sr_1_103]]_Wed,-14-Jun-2023-11-37-53-GMT.pdf

**Hash (SHA256)**

5d24ddf4bbb42943ac60fd974933bd4e7af15788165dfd642a92532d3a44d207

**Signature (PKCS#1v1.5)**

A0b5mUC04KXLkTm6PzHBeTkgJYEWawsImgst2Dv1lXIjFPDVbNASfAxrvN3U456oXyx9PCgBHUMug4Wi52K2TyH19A+2wpvAU4/p5luf6Dpcy3rMMqjsePt4rYvU1YR32X+ITQQEZ5K59HVV+O0UKZZeXbtRw81Aq/A99fArPLQ=










Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 15 Jun 2023 11:01:59 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

202.83.41.44

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

O7/0Mdnwc5ADdBVSKYOmpsSyCrFiJPcWByrUes3Ncc3Z4OqaAwRLl8VeeWjCrioPFBL3HrGwoVY/Iwm5kn5QNVVLgYha5pXxZx0HLv4TJx1RtTNVss7Cnmt1L9RGwl+pqUP/i9xFLl8wA59i/71RTgoAERDxsRxc1pNqLKW8SVcOTTIuFNl/
E47mRzF9eQYNSlPQzpMC22VN0WR9aNSUsNx8Js7f4pGIKslaqxyGR4rXSuaVs4VusbzVHgjOjab7aBRwKrmKLwLyxl1PAPHoe46M5PRgdtWSKdh+mDTonMmj+r55rt91GVtt+ccLtVJcnk7ok5iwpWy5x4l7q00VA==

# File Signatures

SCREEN CAPTURE

**MHTML**

**File Name**

screencap_[[https[s]][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-15-Jun-2023-11-01-59-GMT.mhtml

**Hash (SHA256)**

503550f82e666dba0cf6ea37d3a3bbb533e97fd7fd4d4f260b9fe63912367d2ea

**Signature (PKCS#1v1.5)**

j6d24TzxUs5r0j/3hAwTWFXlg0uN+BCNKtnCOMwj6qPr4npdShl2UEd2YE0LZQlwTZ17DpcV1yuMY755GVm7N/3VysMH9SwLbtmsIAwM2Ylxfwyx5VLttcTXvQqNA5oMRq6dlcb6UGgnGQFmR00eEXEy1ejdRrX+ZhCYLgAdaJ66LJ6SxKPjwSRtFaUoyffTPSyx4d1ZsWshZtIjM+au1u/qmjgVl6axe
+vQ7jdMu65Fs3RmJ6nnFHhtKJHiwm3or8fPh4w2TfgVW6hMczMjk84RrXfvv4+SBiahJrmdS+HTZQRaqFtfysBywGtdhP4WQK7PJxDe8t3PoC3guASimdA==





# Evidence Collection Report

**Page Title**
Amazon.com: Funny Cartoon Smiley Donuts Coffee Cup Wallet Leather Leather Zip Long Purse : Clothing, Shoes & Jewelry

**URL**
https://www.amazon.com/Cartoon-Smiley-Donuts-Wallet-Leather/dp/B0BEHMXN0/ref=sr_1_164

**Collection Date**
Wed, 26 Apr 2023 09:50:42 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Chris Stamou

**Chris Stamou:**
Delia 1460.9.9

**IP Address**

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64; AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
a4a4631cs2uov,trcxyy7Fhw9N7snvgLJ9IinWr4ik66dK6DGdDiCfGw1DoXaMUzpAAyPicGbfLTz6ao2BhY0pD7w4S2ptedFr9fw7rTSxcp0ZvGOps2hBa4p37YQr7nw3MfAx2c+

## File Signatures

**PDF**

**File Name**
screencap_0hbds00[8]filjkww.amazon.com[ref]Cartoon-Smiley-Donuts-Wallet-Leather[fp]dp[fp]B0BEHMXN0[fp]ref=sr_1_164[j_ifest_06-Apr-2023-09-47-52-GMT.pdf

**Hash (SHA256)**
c6f27170744fhkbDFasakaz7c6b7480b5eb0217be7958ecd47d197d7948e80d9

**Signature (PKCS#1v1.5)**
dD1ofU55atwiga73kq5BUahPi6uBtomtmPE7ApUlkutdmNbG5GEGGnChZxnGbQnCe7aT4vXLhYgZWZs7mkMmkm97jjmfeLighmUTweMrMe14GHWmSknRn25eRKCn7nhGJnIayk6BeyQFR+Vbk













Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Place Your Order - Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Tue, 06 Jun 2023 01:17:55 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

116.68.103.82

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

izcsESpCcb4R2Z3CioFWVeosoNvn+bG0AmvgwpANxlNZRu/++Y1f8cdhI33urjJ1E9N4VeBzX42OGXf0epoC6a+5d0LoIFftpHuYo1kr2HZ/iFn64+gV4Zma9ORJxeu0tr.Jc1jUqVPka40DoS10e09KT52aXm3N62YlDC765NSnsM3zxRfJIz5yi3SPRWW/pwP+27LOk6SNETgS4MdrmPol3x3ZZKu41XFPdEFpi77EC8O6gZM0KSGAa6mkL0NnQ6FJXRTQlbC3VKMoXAQlZV87CfjWJCXbA4g4HMHIa335O3SQEdUqAmIu7xJwJEUd/l1bkojcXav0tWruT+A5sQ==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com/(fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html[]]_Tue,-06-Jun-2023-01-17-55-GMT.mhtml

**Hash (SHA256)**

71c490a194fd61d8126ef0fa18f09267ddeef43a10c1aee9f70bc98b05aae59e

**Signature (PKCS#1v1.5)**

Xa4560cH3APxzJcTi0ZwUF57STDKk4kCsnHqQetZtWoWlL2Q9K/Ma0pt1ym9DZ2c02gfviXRpig7fGfK8pZAbldLAw8brWpF9HfmTYxzPkS07cJ39i/oOSV3yk1YONMqio9LNZFGRMTY+VlaMoosXxvhCAYd/ql9PWfwsCYiO+cSsWqv8wJgN1zbFgcD4PnlAyvFPRWEcg6d5noV+AAryiFUDucPRpq+HUxguNQVAbfsA7ahl149UU+LN+f3oMplVA6c8120wRg//kWv0dlGsLBtLwCA7w5jecmvW9cwYR8kxoGQMtXtLEV0V/glE7D8x4VDq3W0lvOESXad9rm0g==





# Evidence Collection Report

**Page Title**
Amazon.com: Choker necklace for women 925 Sterling Silver Gold Pure Smile Happy Mood Face Smiley Charm Choker Necklace Long Chain Jewelry Luxury Jewels By ZZYY (Gem Color : Gold Black) : Clothing, Shoes & Jewelry

**URL**
https://www.amazon.com/necklace-Sterling-Necklace-Jewelry-ZZYY/dp/B0BT1247B3/ref=sr_1_12

**Collection Date**
Thu, 20 Apr 2023 04:42:11 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Chris Stamou

**IP Address**

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5):**
pyvrhZ9Sj3aEbuzPXKssoheU9e2SXyV7VhwY7jbyt0Ck/kK22wW9LkYC4saGUrbuwt1Gjdqg5MGpaPxJKdHycS4zAYOYe7nEbWaEsC1tzpobZj1154AeMg0EZ5sBVWmWoHbWm3A9znbbrCZBlhkXjgmZr7MKKbCac3=

## File Signatures

**PDF**

**File Name**
screencap_ZHpqbQRzdhjbnxw.amazon-com/necklace-Sterling-Necklace-Jewelry-ZZYY/dp/B0BT1247B3/ref=sr_1_12[_Thu_20-Apr-2023-04-42-11-GMT].pdf

**Hash (SHA256)**
eff2cb7abab0cd0ab6b49b1abcbb5971c27cdfeebf2b0cdd47168600e1304

**Signature (PKCS#1v1.5)**
T6WtY39tgxlK50y1CtDsb2j4QsIrZz3Mg7b3ktU8vEHYksk7m7nzThakAsuFRHidzVdLyg6pbsp/s1QHPqh4DER+BjXPNgMqdJ2x2pJsOvOTvPmg77t4aFxNeL3AH3QSbnfQwVxmYSbdsUduCuWy5/qW5dAkb4lwaKe=



## Product Information



## Warranty & Support









Investigator Name: Neha P

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 18 May 2023 15:48:47 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0a:1dc0:5:3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

F+yOuEySGwr9EKsMQ9nKjcjlcxQvSY2ENxbaY0pK4poMS3vT2jA4mG6W4Sl7lfAtNKd090AnP5e3od2B3iqiaJQ/pawOJVk177wFNoFPVAA8vVFw5sNxvf9xbxswKj2e94juwPErecb3urBLgx9pt97TCHOHOUrCstltlhW9vQpbHY8dHj/
n3E5GXHJvf9S63jg9LEgpgUOmWWnejK0HiJk6F2zOuI0fFsLTssIFPVtHxmHk4eXSvPfT7cA8r4M4l2VuteVqpN4OLnZm2IcRTpvWWCEaZMwHeCs+8bhl9k6vp2etf4bU7xkjFr2SOmlm0iEYehlXA+/CRVHa5nMjkK6ZJPA==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-18-May-2023-15-48-47-GMT.mhtml

**Hash (SHA256)**

7eedd27bc85a33d05831a548b8a177739fea8f1a55c942baaaa2762a1987f719

**Signature (PKCS#1v1.5)**

dGas6NjGAuY1SJ0BMGawiw8Uxx3jTRTwVLjmKCAlCAET9u2W/Gql88qrYjPlQ5ojrZl0QxSEjblwtuJCo0Ybnz6pMw1ETNxpel2B1xXJq7ncvl5TMqmJa6cG1AlPK6LbvGTEPoM
+srwMjOyDWebneAAyCbjRPWup8B9xiRNArKEWEEGjGjJ5i2CRGhDt1sGQwfiutLWyOyVjmRvPevvaaespu1dQ7leQgnL+FXnpHch82dUXHCzr01HWqffwLHe/g8Xo82f36vf5UGFOhQSPOP9xQ1qr+YXxtKQkAKctmQYTATziw1dRVzrHdYP94MKre9s8TMNneYUASDMQTPVBnA==



# Evidence Collection Report



**Page Title:**
Amazon.com: Smiley Face Cosmetic Bag Large Capacity Corduroy Makeup Bags Travel Toiletry Bag Accessories Organizer for Women (2 Colors - Beige&Blue) : Beauty & Personal Care

**URL:**
https://www.amazon.com/Smiley-Cosmetic-Corduroy-Organizer-Women/dp/B0F7J2PJHR/

**Collection Date:**
Thu, 24 Apr 2025 11:56:44 UTC (Intelligence of Connections) • B0F7J2PJHR/ SHINA min.v._1_T.B_sivis_primary.view

**Collected by:**

**Browser Parameters:**

**IP Address:**

**Device/OS:**

**Session Parameters:**

**File Name:**
amxenc...

**Hash (SHA256):**

## File Signatures










































# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Fri, 19 May 2023 17:12:20 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Neha P

**IP Address**

2a0a:1dc0:4:3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

I14QTXvGK6PdZEv1Jw9WrYLOOYC7XK6ThKorvFglQF2qDsNtRa2dBjwkl3JA9bwrywn13TOvhN1yztzKA1c/7c1Al2oceyIiqq6yvFThCYzOixbvDKxe9GzLan6XBeZbl/HLObzxXvadzWze29kSSVJjRzeVcR4L1C/pMOoFxWtthn
+xbhDfE4pET4VglEuQnpA4T4U/83pOGDhHPdPuCE21CfzpUgzToCtOywC88pTmR7JsCIJBzUEMZ3fvCyCO+vpu08Kdd4kfh1Vvit7F0/uBb7kB7N19r3Wdp6cm1trlaNWAwVp4eHKGXCBMR4jKiBOK2rrSuhYcngcsJxnQg==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s]fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Fri-19-May-2023-17-12-20-GMT.mhtml

**Hash (SHA256)**

09c1fdf35bab099929d7b5e5acd51ac6f84772e8d88967ad260b42bd03864ecd2

**Signature (PKCS#1v1.5)**

LWlp3xauew3Tcn2Pud6JQt4kAzLLOnO2VuNxP9XmpuisGU/QY5Pgaqd1lQMqNJERwqJ0/hd64hkcwTf6OzQUUzOi91wr2oH4PUITSTACHOnBZ1uQjkE0dD7bc6aV816AiDVy4V00jlr7YeqlqXMvfKDmxo4k2aJ01iHKNa6UcTv60wGT/npkNowJ7Ch+JY29ThI/iCGt7hvZ/A2y1qf5aGfl
+RAapPJJlwVRnOGybqsRK5v8rK5/DVdTa7V3M3c9V+5jeRFcZY1Bqd0tfJYn0/55El0zIyefsjDrC9M0Ny7rsZMh8fgVM/NdGKwY/Ofc5cPyVk4+JQHkwcb7xPlhQ==



AXENCIS

Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**

Amazon.com: Nzjasy Cute Multicolour Smile Face Phone Case Compatible with iPhone 14 Pro Max (6.7 inches) Lovely 3D Smiley Back Cover Fashion Soft Silicone Shockproof Protector Shell for iPhone 14ProMax : Cell Phones & Accessories

**URL**

https://www.amazon.com/Nzjasy-Multicolour-iPhone-Pro-Max/dp/B0BKT3L2PT/ref=sr_1_265

**Collection Date**

Wed, 19 Apr 2023 11:11:48 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Chris Stavrou

**IP Address**

2a0a:1dc0:4::3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

ElYg17sOyxKvCl+O+w4IvTTSa/Gx+yi5Adkeh+ZIS0t1ArCCiMXd0Q/rwa9MSMgKuWa1WrGeDjrwvqNVkd/q2X+IhZCSVvFWBB7ZX1fv9dnR/wCXtnFG+GFwpwOrSRFzLuGHK4jmQU5ou+k978ysgJtV1A1X+03uRUt/BhtCdl0=

# File Signatures

SCREEN CAPTURE

PDF

**File Name**

screencap_[[https[s][fs][fs]www.amazon.com[fs]Nzjasy-Multicolour-iPhone-Pro-Max[fs]dp[fs]B0BKT3L2PT[fs]ref=sr_1_265]]_Wed,-19-Apr-2023-11-11-48-GMT.pdf

**Hash (SHA256)**

3ca04933b195c022b325512aa2f41cc8d2798eb5e50ebb30302d3f05977222ed

**Signature (PKCS#1v1.5)**

ilSELuGaLY8sCz0pUuVIKfxVMvUhv1swYzGW0N2rfku4jh0rWQxGa57RG/VB8fCWgLU9lgxsrmbe3A2M5fSdOCuHkPfFIITkfGMYOkYI8SojoDNTzTuMq7ufhMM2G8RD2azNahtpzXRWyT1bkeHt4OVsu/5nwfJfJPZn5cWBUNg=

















Investigator Name: RemoteUser2

# Evidence Collection Report

**Page Title**

Amazon.com Checkout

**URL**

https://www.amazon.com/gp/buy/spc/handlers/display.html

**Collection Date**

Thu, 11 May 2023 17:46:55 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

RemoteUser2

**IP Address**

116.68.105.210

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Sc8Kf0WKv2/GHB37UwDaW9YNE4Ra4Yc4enQL+Sj04npFbiAuVQlZ5RvCC5CcCi5KQCnUccbfL1w+TIuPCy4NXO1vShBnawrJ9NA8jJz2b8LPCTeUKMo1hM+/g9e4x6iaguB1cEaQUppSOEEd8l8cKxEBJP4CZIiXg4PPnMjd3Q6Jvol/4xV7UFS5unFwQxpd3crfiO3syNxDNRFaPfYTNnw4iE/gRRZdiK6oZzx57zYB+GowWq+DFCK3DK9T8uhPK1CZEezVHscH6jJB4pvs4VYiGUJpqNI8wUnNWJIK91V7uNG3DFYYYOFrKPGMggAwHZfCtA3TMbGqiN3MKRjw==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s]/fs][fs]www.amazon.com[fs]gp[fs]buy[fs]spc[fs]handlers[fs]display.html]]_Thu,-11-May-2023-17-46-55-GMT.mhtml

**Hash (SHA256)**

1c26408c8d489732f3ae11f80488fa698d85a0672e2659974326144c23ac9063

**Signature (PKCS#1v1.5)**

r0gSUcqh9SL/edNXF65zq24jk0v6SnoWdYaNkxvWGapddXaVWWkdeQrifUMPcJySrtNseWFfZ6wZhNV2uaH6JKPutJq9D2p30DJk6atHqfQ/nThhzbPg85V1V1b/CGrTFEm0MEfeeVDM8W2S6k2JNFkE1BOGe8QsF5fT2pyauy8z4U0d7f+GitopFzRpXZGMBCjkOuVtjP8mL26oLTj1Mqv70hKO9SY6LKnNddhthT6sC/g0o1HAlNuet8E19clCzA6HBPJDhXt2/si1HiGeLVw1ntT+Ru7cttCIWAOErkN+yVUyzzpBFwVUpQldbxLoKCy6kgVbDNSFThWmMJ2QoA==

