UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:23-cv-61203-AHS

THE SMILEY COMPANY SPRL,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/

## NOTICE OF VOLUNTARY DISMISSAL AS TO CERTAIN DEFENDANTS ONLY

PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and by undersigned counsel, Plaintiff hereby voluntarily dismisses *with* prejudice all claims against the following Defendants:

BCLOSE (Defendant No. 55 on Schedule "A" to the Complaint).

UNE DOUCE (Defendant No. 598 on Schedule "A" to the Complaint).

DESIGN, INVENT, PRINT (Defendant No. 143 on Schedule "A" to the Complaint).

ANGEL'S AUNT STORE (Defendant No. 23 on Schedule "A" to the Complaint).

AKOOYE (Defendant No. 14 on Schedule "A" to the Complaint).

BALIREK JEWELRY (Defendant No. 51 on Schedule "A" to the Complaint).

YKYLHSYXR (Defendant No. 687 on Schedule "A" to the Complaint).

LIUC1994 (Defendant No. 364 on Schedule "A" to the Complaint).

LYONGT206 (Defendant No. 388 on Schedule "A" to the Complaint).

TAICHENGDIANZI (Defendant No. 554 on Schedule "A" to the Complaint).

LEHU TOYS US (Defendant No. 345 on Schedule "A" to the Complaint).

NANAGALI (Defendant No. 421 on Schedule "A" to the Complaint).

AMAZJY (Defendant No. 19 on Schedule "A" to the Complaint).

DUDU (Defendant No. 158 on Schedule "A" to the Complaint).

NGYM FASHION (Defendant No. 428 on Schedule "A" to the Complaint).

HOTSHOPPING (Defendant No. 264 on Schedule "A" to the Complaint).

VELLICHOR EUROPE (Defendant No. 605 on Schedule "A" to the Complaint).

HEBAYY (Defendant No. 240 on Schedule "A" to the Complaint).

ASCONA JEWELRY (Defendant No. 37 on Schedule "A" to the Complaint).

WINZIK (Defendant No. 628 on Schedule "A" to the Complaint).

XML STORE (Defendant No. 655 on Schedule "A" to the Complaint).

UFRAKY (Defendant No. 595 on Schedule "A" to the Complaint).

STARY CHARM LIFE (Defendant No. 532 on Schedule "A" to the Complaint).

JAWHOCK-DIRECT (Defendant No. 287 on Schedule "A" to the Complaint).

JINMENG (Defendant No. 301 on Schedule "A" to the Complaint).

YIWU YINGTANG ELECTRONIC COMMERCE CO. LTD. (Defendant No. 682 on Schedule "A" to the Complaint).

CHEODIN (Defendant No. 100 on Schedule "A" to the Complaint).

RYSUN (Defendant No. 492 on Schedule "A" to the Complaint).

PINMAZE (Defendant No. 460 on Schedule "A" to the Complaint).

FIRST INFO (Defendant No. 187 on Schedule "A" to the Complaint).

TB ARTIST (Defendant No. 561 on Schedule "A" to the Complaint).

GONGJIAHUINGHJF (Defendant No. 220 on Schedule "A" to the Complaint).

FUYIHGL-US (Defendant No. 200 on Schedule "A" to the Complaint).

NEW YONGDA (Defendant No. 427 on Schedule "A" to the Complaint).

CANGGAI'STORE (Defendant No. 79 on Schedule "A" to the Complaint).

LVTIAN (Defendant No. 386 on Schedule "A" to the Complaint).

GUOKEST (Defendant No. 233 on Schedule "A" to the Complaint).

IMINI JEWELRY (Defendant No. 280 on Schedule "A" to the Complaint).

JEBBO US (Defendant No. 290 on Schedule "A" to the Complaint).

Date:   July 31, 2023              Respectfully submitted by,

**Richard Guerra**
Richard Guerra (Fla. Bar No. 689521)
Attorney Email address: rguerra@brickellip.com
THE BRICKELL IP GROUP, PLLC
1101 Brickell Avenue, South Tower, Suite 800
Miami, FL 33131
Telephone: (305) 728-8831
*Attorneys for Plaintiff*