UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-61203-CIV-SINGHAL

THE SMILEY COMPANY SPRL,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS IDENTIFIED
ON SCHEDULE "A,",

    Defendants.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Notice of Voluntary Dismissal of the following Defendants filed by Plaintiff, The Smiley Company SPRL:

1. Without prejudice:

    a. KOSTIANTYN VOLKOV (DE [22]), Defendant No. 333 on Schedule "A" to the Complaint.

    b. CASETIFY (DE [23]), Defendant No. 83 on Schedule "A" to the Complaint.

    c. ANLEY (DE [23]), Defendant No. 25 on Schedule "A" to the Complaint.

    d. KATCHON STORE (DE [26]), Defendant No. 319 on Schedule "A" to the Complaint.

    e. CENTURY STAR US (DE [32]), Defendant No. 87 on Schedule "A" to the Complaint.

2. With prejudice:

    a. AHZEMEPINYO (DE [31]) Defendant No. 7 on Schedule "A" to the Complaint.

    b. QUMAO COMMERCE CO.,LTD (DE [31]), Defendant No. 479 on Schedule "A" to the Complaint.

    c. MOUNTAINEER2023 (DE [31]), Defendant No. 414 on Schedule "A" to the Complaint.

    d. YUNXIAOXIANTUOYIBAIHUODIAN (DE [31]), Defendant No. 711 on Schedule "A" to the Complaint.

    e. WYDMIRE (DE [33]), Defendant No. 639 on Schedule "A" to the Complaint.

In light of Plaintiff's Notice of Voluntary Dismissal, it is hereby

**ORDERED AND ADJUDGED** that Defendants KOSTIANTYN VOLKOV, CASETIFY, ANLEY, KATCHON STORE, and CENTURY STAR US be **DISMISSED WITHOUT PREJUDICE,** and Defendants AHZEMEPINYO, QUMAO COMMERCE CO.,LTD, MOUNTAINEER2023, YUNXIAOXIANTUOYIBAIHUODIAN, and WYDMIRE be **DISMISSED WITH PREJUDICE**. Each party shall bear its own attorney's fees and costs.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 28th day of July 2023.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies to counsel via CM/ECF