UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-61203-CIV-SINGHAL

THE SMILEY COMPANY SPRL,

      Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS IDENTIFIED
ON SCHEDULE "A,",

      Defendants.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Notice of Voluntary Dismissal (DE [42]) with prejudice of the following Defendants filed by Plaintiff, The Smiley Company SPRL:

1. BCLOSE (Defendant No. 55 on Schedule "A" to the Complaint).

2. UNE DOUCE (Defendant No. 598 on Schedule "A" to the Complaint).

3. DESIGN, INVENT, PRINT (Defendant No. 143 on Schedule "A" to the Complaint).

4. ANGEL'S AUNT STORE (Defendant No. 23 on Schedule "A" to the Complaint).

5. AKOOYE (Defendant No. 14 on Schedule "A" to the Complaint).

6. BALIREK JEWELRY (Defendant No. 51 on Schedule "A" to the Complaint).

7. YKYLHSYXR (Defendant No. 687 on Schedule "A" to the Complaint).

8. LIUC1994 (Defendant No. 364 on Schedule "A" to the Complaint).

9. LYONGT206 (Defendant No. 388 on Schedule "A" to the Complaint).

10. TAICHENGDIANZI (Defendant No. 554 on Schedule "A" to the Complaint).

11. LEHU TOYS US (Defendant No. 345 on Schedule "A" to the Complaint).

12. NANAGALI (Defendant No. 421 on Schedule "A" to the Complaint).

13. AMAZJY (Defendant No. 19 on Schedule "A" to the Complaint).

14. DUDU (Defendant No. 158 on Schedule "A" to the Complaint).

15. NGYM FASHION (Defendant No. 428 on Schedule "A" to the Complaint).

16. HOTSHOPPING (Defendant No. 264 on Schedule "A" to the Complaint).

17. VELLICHOR EUROPE (Defendant No. 605 on Schedule "A" to the Complaint).

18. HEBAYY (Defendant No. 240 on Schedule "A" to the Complaint).

19. ASCONA JEWELRY (Defendant No. 37 on Schedule "A" to the Complaint).

20. WINZIK (Defendant No. 628 on Schedule "A" to the Complaint).

21. XML STORE (Defendant No. 655 on Schedule "A" to the Complaint).

22. UFRAKY (Defendant No. 595 on Schedule "A" to the Complaint).

23. STARY CHARM LIFE (Defendant No. 532 on Schedule "A" to the Complaint).

24. JAWHOCK-DIRECT (Defendant No. 287 on Schedule "A" to the Complaint).

25. JINMENG (Defendant No. 301 on Schedule "A" to the Complaint).

26. YIWU YINGTANG ELECTRONIC COMMERCE CO. LTD. (Defendant No. 682 on Schedule "A" to the Complaint).

27. CHEODIN (Defendant No. 100 on Schedule "A" to the Complaint).

28. RYSUN (Defendant No. 492 on Schedule "A" to the Complaint).

29. PINMAZE (Defendant No. 460 on Schedule "A" to the Complaint).

30. FIRST INFO (Defendant No. 187 on Schedule "A" to the Complaint).

31. TB ARTIST (Defendant No. 561 on Schedule "A" to the Complaint).

32. GONGJIAHUINGHJF (Defendant No. 220 on Schedule "A" to the Complaint).

33. FUYIHGL-US (Defendant No. 200 on Schedule "A" to the Complaint).

34. NEW YONGDA (Defendant No. 427 on Schedule "A" to the Complaint).

35. CANGGAI'STORE (Defendant No. 79 on Schedule "A" to the Complaint).

36. LVTIAN (Defendant No. 386 on Schedule "A" to the Complaint).

37. GUOKEST (Defendant No. 233 on Schedule "A" to the Complaint).

38. IMINI JEWELRY (Defendant No. 280 on Schedule "A" to the Complaint).

39. JEBBO US (Defendant No. 290 on Schedule "A" to the Complaint).

In light of Plaintiff's Notice of Voluntary Dismissal, it is hereby

**ORDERED AND ADJUDGED** that Defendants BCLOSE, UNE DOUCE, DESIGN, INVENT, PRINT, ANGEL'S AUNT STORE, AKOOYE, BALIREK JEWELRY, YKYLHSYXR, LIUC1994, LYONGT206, TAICHENGDIANZI, LEHU TOYS US, NANAGALI, AMAZJY, DUDU, NGYM FASHION, HOTSHOPPING, VELLICHOR EUROPE, HEBAYY, ASCONA JEWELRY, WINZIK, XML STORE, UFRAKY, STARY CHARM LIFE, JAWHOCK-DIRECT, JINMENG, YIWU YINGTANG ELECTRONIC COMMERCE CO. LTD., CHEODIN, RYSUN, PINMAZE, FIRST INFO, TB ARTIST, GONGJIAHUINGHJF, FUYIHGL-US, NEW YONGDA, CANGGAI'STORE, LVTIAN, GUOKEST, IMINI JEWELRY, and JEBBO US be **DISMISSED WITH PREJUDICE**.  Each party shall bear its own attorney's fees and costs.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 1st day of August 2023.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies to counsel via CM/ECF