UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:23-cv-61203-AHS

THE SMILEY COMPANY SPRL,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.

_____/

## NOTICE OF VOLUNTARY DISMISSAL
## AS TO CERTAIN DEFENDANTS ONLY

PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and by undersigned counsel, Plaintiff hereby voluntarily dismisses *with* prejudice all claims against the following Defendants:

    LUCKY SUCCESS (Defendant No. 383 on Schedule "A" to the Complaint).

    TOP DESIGN (Defendant No. 579 on Schedule "A" to the Complaint).

    BAIGRAM (Defendant No. 47 on Schedule "A" to the Complaint).

    BESTTILE (Defendant No. 60 on Schedule "A" to the Complaint).

    RUIZHIKUNS (Defendant No. 491 on Schedule "A" to the Complaint).

    EMBTAO (Defendant No. 166 on Schedule "A" to the Complaint).

    CILIGHTER (Defendant No. 111 on Schedule "A" to the Complaint).

    SMARSTICKER (Defendant No. 517 on Schedule "A" to the Complaint).

    FMLOVESTY (Defendant No. 192 on Schedule "A" to the Complaint).

MR. ZHAN'S SHOP (Defendant No. 416 on Schedule "A" to the Complaint).

DZRIGE (Defendant No. 162 on Schedule "A" to the Complaint).

DUOSE PHONE (Defendant No. 159 on Schedule "A" to the Complaint).

WOOTILE (Defendant No. 631 on Schedule "A" to the Complaint).

HORUIUS (Defendant No. 263 on Schedule "A" to the Complaint).

COINCIDE CO. LTD (Defendant No. 118 on Schedule "A" to the Complaint).

TONY DESIGN (Defendant No. 578 on Schedule "A" to the Complaint).

YYTCST (Defendant No. 716 on Schedule "A" to the Complaint).

HYBSK (Defendant No. 277 on Schedule "A" to the Complaint).

WANSHENGKAI (Defendant No. 613 on Schedule "A" to the Complaint).

QIANMUDIANZI (Defendant No. 470 on Schedule "A" to the Complaint).

WSKWIDESKY (Defendant No. 633 on Schedule "A" to the Complaint).

ZIYANDIANZI (Defendant No. 738 on Schedule "A" to the Complaint).

YIWUSHUJIMEIDIANGWUSHANGHANG (Defendant No. 683 on Schedule "A" to the Complaint).

HONGSHENGFA (Defendant No. 261 on Schedule "A" to the Complaint).

ABOUTQINGYU (Defendant No. 3 on Schedule "A" to the Complaint).

CLOTHING ACCESSORIES [WONESIFEE] (Defendant No. 1 on Schedule "A" to the Complaint).

AZUE (Defendant No. 42 on Schedule "A" to the Complaint).

PETOSS US (Defendant No. 458 on Schedule "A" to the Complaint).

FISHJHAN (Defendant No. 188 on Schedule "A" to the Complaint).

BUERHOMIE (Defendant No. 71 on Schedule "A" to the Complaint).

YUNQIONGOL (Defendant No. 709 on Schedule "A" to the Complaint).

EUW STORE (Defendant No. 170 on Schedule "A" to the Complaint).

BOHAQA (Defendant No. 66 on Schedule "A" to the Complaint).

BULUODETAIYANG (Defendant No. 73 on Schedule "A" to the Complaint).

XINGQIANDIANZISHANGWU (Defendant No. 648 on Schedule "A" to the Complaint).

LESLIEJEWELRY (Defendant No. 347 on Schedule "A" to the Complaint).

BABYTREE (Defendant No. 44 on Schedule "A" to the Complaint).

ENTENDY FASHION (Defendant No. 169 on Schedule "A" to the Complaint).

YUNMAI STORE (Defendant No. 290 on Schedule "A" to the Complaint).

Date:   August 2, 2023                     Respectfully submitted by,

**Richard Guerra**
Richard Guerra (Fla. Bar No. 689521)
Attorney Email address: rguerra@brickellip.com
THE BRICKELL IP GROUP, PLLC
1101 Brickell Avenue, South Tower, Suite 800
Miami, FL 33131
Telephone: (305) 728-8831
*Attorneys for Plaintiff*