UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-61203-CIV-SINGHAL

THE SMILEY COMPANY SPRL,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS IDENTIFIED
ON SCHEDULE "A,",

    Defendants.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Notice of Voluntary Dismissal (DE [48]) with prejudice of the following Defendants filed by Plaintiff, The Smiley Company SPRL:

1. LUCKY SUCCESS (Defendant No. 383 on Schedule "A" to the Complaint).
2. TOP DESIGN (Defendant No. 579 on Schedule "A" to the Complaint).
3. BAIGRAM (Defendant No. 47 on Schedule "A" to the Complaint).
4. BESTTILE (Defendant No. 60 on Schedule "A" to the Complaint).
5. RUIZHIKUNS (Defendant No. 491 on Schedule "A" to the Complaint).
6. EMBTAO (Defendant No. 166 on Schedule "A" to the Complaint).
7. CILIGHTER (Defendant No. 111 on Schedule "A" to the Complaint).
8. SMARSTICKER (Defendant No. 517 on Schedule "A" to the Complaint).
9. FMLOVESTY (Defendant No. 192 on Schedule "A" to the Complaint).
10. MR. ZHAN'S SHOP (Defendant No. 416 on Schedule "A" to the Complaint).
11. DZRIGE (Defendant No. 162 on Schedule "A" to the Complaint).

12. DUOSE PHONE (Defendant No. 159 on Schedule "A" to the Complaint).
13. WOOTILE (Defendant No. 631 on Schedule "A" to the Complaint).
14. HORUIUS (Defendant No. 263 on Schedule "A" to the Complaint).
15. COINCIDE CO. LTD (Defendant No. 118 on Schedule "A" to the Complaint).
16. TONY DESIGN (Defendant No. 578 on Schedule "A" to the Complaint).
17. YYTCST (Defendant No. 716 on Schedule "A" to the Complaint).
18. HYBSK (Defendant No. 277 on Schedule "A" to the Complaint).
19. WANSHENGKAI (Defendant No. 613 on Schedule "A" to the Complaint).
20. QIANMUDIANZI (Defendant No. 470 on Schedule "A" to the Complaint).
21. WSKWIDESKY (Defendant No. 633 on Schedule "A" to the Complaint).
22. ZIYANDIANZI (Defendant No. 738 on Schedule "A" to the Complaint).
23. YIWUSHUJIMEIDIANGWUSHANGHANG (Defendant No. 683 on Schedule "A" to the Complaint).
24. HONGSHENGFA (Defendant No. 261 on Schedule "A" to the Complaint).
25. ABOUTQINGYU (Defendant No. 3 on Schedule "A" to the Complaint).
26. CLOTHING ACCESSORIES [WONESIFEE] (Defendant No. 1 on Schedule "A" to the Complaint).
27. AZUE (Defendant No. 42 on Schedule "A" to the Complaint).
28. PETOSS US (Defendant No. 458 on Schedule "A" to the Complaint).
29. FISHJHAN (Defendant No. 188 on Schedule "A" to the Complaint).
30. BUERHOMIE (Defendant No. 71 on Schedule "A" to the Complaint).
31. YUNQIONGOL (Defendant No. 709 on Schedule "A" to the Complaint).

32. EUW STORE (Defendant No. 170 on Schedule "A" to the Complaint).

33. BOHAQA (Defendant No. 66 on Schedule "A" to the Complaint).

34. BULUODETAIYANG (Defendant No. 73 on Schedule "A" to the Complaint).

35. XINGQIANDIANZISHANGWU (Defendant No. 648 on Schedule "A" to the Complaint).

36. LESLIEJEWELRY (Defendant No. 347 on Schedule "A" to the Complaint).

37. BABYTREE (Defendant No. 44 on Schedule "A" to the Complaint).

38. ENTENDY FASHION (Defendant No. 169 on Schedule "A" to the Complaint).

39. YUNMAI STORE (Defendant No. 290 on Schedule "A" to the Complaint).

In light of Plaintiff's Notice of Voluntary Dismissal, it is hereby

**ORDERED AND ADJUDGED** that Defendants LUCKY SUCCESS, TOP DESIGN, BAIGRAM, BESTTILE, RUIZHIKUNS, EMBTAO, CILIGHTER, SMARSTICKER, FMLOVESTY, MR. ZHAN'S SHOP, DZRIGE, DUOSE PHONE, WOOTILE, HORUIUS, COINCIDE CO. LTD, TONY DESIGN, YYTCST, HYBSK, WANSHENGKAI, QIANMUDIANZI, WSKWIDESKY, ZIYANDIANZI, YIWUSHUJIMEIDIANGWUSHANGHANG, HONGSHENGFA, ABOUTQINGYU, CLOTHING ACCESSORIES [WONESIFEE], AZUE, PETOSS US, FISHJHAN, BUERHOMIE, YUNQIONGOL, EUW STORE, BOHAQA, BULUODETAIYANG, XINGQIANDIANZISHANGWU, LESLIEJEWELRY, BABYTREE, ENTENDY FASHION, and YUNMAI STORE be **DISMISSED WITH PREJUDICE**. Each party shall bear its own attorney's fees and costs.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 3rd day of August 2023.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies to counsel via CM/ECF