UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:23-cv-61203-AHS

THE SMILEY COMPANY SPRL,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.

_____/

## NOTICE OF VOLUNTARY DISMISSAL
## AS TO CERTAIN DEFENDANTS ONLY

PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and by undersigned counsel, Plaintiff hereby voluntarily dismisses *with* prejudice all claims against the following Defendants:

SONEN CO. (Defendant No. 526 on Schedule "A" to the Complaint).

PASSIONATE ADVENTURE (AMERICAN TRENDS SOLE AGENCY) (Defendant No. 453 on Schedule "A" to the Complaint).

AMERICAN TRENDS (Defendant No. 20 on Schedule "A" to the Complaint).

DURIO US (Defendant No. 160 on Schedule "A" to the Complaint).

UCUHNB (Defendant No. 594 on Schedule "A" to the Complaint).

MY SUNSHINE (Defendant No. 418 on Schedule "A" to the Complaint).

CHUYINGECO (Defendant No. 109 on Schedule "A" to the Complaint).

JIEXIANGSTORE (Defendant No. 296 on Schedule "A" to the Complaint).

SHICHUANMAOYI (Defendant No. 505 on Schedule "A" to the Complaint).

SUNKOBY (Defendant No. 539 on Schedule "A" to the Complaint).

TAOYICOM (Defendant No. 558 on Schedule "A" to the Complaint).

HUANGQINGPU (Defendant No. 266 on Schedule "A" to the Complaint).

CAFL (Defendant No. 78 on Schedule "A" to the Complaint).

HAPPY DOG SINGLE DOG (Defendant No. 239 on Schedule "A" to the Complaint).

EM-US (Defendant No. 168 on Schedule "A" to the Complaint).

HERZWILD (Defendant No. 246 on Schedule "A" to the Complaint).

CKYSEE JEWELRY (Defendant No. 114 on Schedule "A" to the Complaint).

TRIPLE TIGER (Defendant No. 584 on Schedule "A" to the Complaint).

WEIZI DIRECT (Defendant No. 622 on Schedule "A" to the Complaint).

TAN-US (Defendant No. 557 on Schedule "A" to the Complaint).

ONSDAG (Defendant No. 446 on Schedule "A" to the Complaint).

WUDIMEITT (Defendant No. 634 on Schedule "A" to the Complaint).

B2JKAE (Defendant No. 43 on Schedule "A" to the Complaint).

COOLIFE USA DIRECT (Defendant No. 124 on Schedule "A" to the Complaint).

TIAN XIN JEWELRY (Defendant No. 571 on Schedule "A" to the Complaint).

SUNNY ONLY (Defendant No. 541 on Schedule "A" to the Complaint).

LIFE BETTER (Defendant No. 352 on Schedule "A" to the Complaint).

HOMECOMFORT (Defendant No. 259 on Schedule "A" to the Complaint).

MOONFAMILY (Defendant No. 411 on Schedule "A" to the Complaint).

ZENGDUQUZHITUOWENBAIHUODIAN (Defendant No. 725 on Schedule "A" to the Complaint).

KAIMELIFE (Defendant No. 317 on Schedule "A" to the Complaint).

XIUYANG (Defendant No. 652 on Schedule "A" to the Complaint).

ZYUE SHOP (Defendant No. 741 on Schedule "A" to the Complaint).

ZANLIANDIANZI (Defendant No. 717 on Schedule "A" to the Complaint).

XING'XING (Defendant No. 647 on Schedule "A" to the Complaint).

XSKJY (Defendant No. 656 on Schedule "A" to the Complaint).

YES IM COLD ME STORE (Defendant No. 671 on Schedule "A" to the Complaint).

MINHE (Defendant No. 405 on Schedule "A" to the Complaint).

YUNE CASE (Defendant No. 703 on Schedule "A" to the Complaint).

SLRIOKS (Defendant No. 515 on Schedule "A" to the Complaint).

Date:   August 4, 2023            Respectfully submitted by,

**Richard Guerra**
Richard Guerra (Fla. Bar No. 689521)
Attorney Email address: rguerra@brickellip.com
THE BRICKELL IP GROUP, PLLC
1101 Brickell Avenue, South Tower, Suite 800
Miami, FL 33131
Telephone: (305) 728-8831
*Attorneys for Plaintiff*