UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:23-cv-61203-AHS

THE SMILEY COMPANY SPRL,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.

_____/

## NOTICE OF VOLUNTARY DISMISSAL
## AS TO CERTAIN DEFENDANTS ONLY

PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and by undersigned counsel, Plaintiff hereby voluntarily dismisses *with* prejudice all claims against the following Defendants:

    LE QUOC THANH STORE (Defendant No. 344 on Schedule "A" to the Complaint).

    RISMISE (Defendant No. 486 on Schedule "A" to the Complaint).

    MNPALETTEY (Defendant No. 407 on Schedule "A" to the Complaint).

    JYFEEL (Defendant No. 312 on Schedule "A" to the Complaint).

    PATSCORAI (Defendant No. 454 on Schedule "A" to the Complaint).

    AUNYN (Defendant No. 39 on Schedule "A" to the Complaint).

    TJ PARTY HOUSE (Defendant No. 574 on Schedule "A" to the Complaint).

    FZIIVQU US (Defendant No. 201 on Schedule "A" to the Complaint).

    AROUIE (Defendant No. 35 on Schedule "A" to the Complaint).

BGISI-US (Defendant No. 61 on Schedule "A" to the Complaint).

ZHEQI (Defendant No. 733 on Schedule "A" to the Complaint).

JAOPINK (Defendant No. 286 on Schedule "A" to the Complaint).

PUMKRYTH (Defendant No. 465 on Schedule "A" to the Complaint).

GUANGZHOUHUIFADIANZISHANGWUYOUXIANGONGSI (Defendant No. 225 on Schedule "A" to the Complaint).

ONE THOUSAND LIFESTYLES (Defendant No. 444 on Schedule "A" to the Complaint).

THRIVING STORE (Defendant No. 568 on Schedule "A" to the Complaint).

KISSYAN (Defendant No. 327 on Schedule "A" to the Complaint).

KAFU (Defendant No. 315 on Schedule "A" to the Complaint).

Date:   August 5, 2023            Respectfully submitted by,

**Richard Guerra**
Richard Guerra (Fla. Bar No. 689521)
Attorney Email address: rguerra@brickellip.com
THE BRICKELL IP GROUP, PLLC
1101 Brickell Avenue, South Tower, Suite 800
Miami, FL 33131
Telephone: (305) 728-8831
*Attorneys for Plaintiff*