UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:23-cv-61203-AHS

THE SMILEY COMPANY SPRL,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
    _____/

## NOTICE OF VOLUNTARY DISMISSAL
## AS TO CERTAIN DEFENDANTS ONLY

PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and by undersigned counsel, Plaintiff hereby voluntarily dismisses *with* prejudice all claims against the following Defendants:

    TIANHONGYAN (Defendant No. 570 on Schedule "A" to the Complaint).

    T-ZTOSS (Defendant No. 719 on Schedule "A" to the Complaint).

    CHEGANXUAN (Defendant No. 92 on Schedule "A" to the Complaint).

    WARMY WORD (Defendant No. 618 on Schedule "A" to the Complaint).

    HOME BETTER (Defendant No. 258 on Schedule "A" to the Complaint).

    AVECELL (Defendant No. 41 on Schedule "A" to the Complaint).

    LOPURO (Defendant No. 373 on Schedule "A" to the Complaint).

    ZHIKANG68 (Defendant No. 735 on Schedule "A" to the Complaint).

    LQANG (Defendant No. 379 on Schedule "A" to the Complaint).

CHEN WENJIANG (Defendant No. 93 on Schedule "A" to the Complaint).

SHUNK & BETA (Defendant No. 507 on Schedule "A" to the Complaint).

CHANGFAN FASHION JEWELRY STORE (Defendant No. 88 on Schedule "A" to the Complaint).

FANFEI SHOP (Defendant No. 174 on Schedule "A" to the Complaint).

AKEOQI (Defendant No. 13 on Schedule "A" to the Complaint).

SZSRSJM (Defendant No. 550 on Schedule "A" to the Complaint).

ZHANMOU (Defendant No. 730 on Schedule "A" to the Complaint).

QGHOT (Defendant No. 468 on Schedule "A" to the Complaint).

WELLE (Defendant No. 623 on Schedule "A" to the Complaint).

SHAOYINGSHIPIN (Defendant No. 500 on Schedule "A" to the Complaint).

CAOKECHAO (Defendant No. 80 on Schedule "A" to the Complaint).

LICUIYUNG (Defendant No. 350 on Schedule "A" to the Complaint).

XIXIANXINQUFENGDONGXINCHENGYUNZHENBAIHUODIAN (Defendant No. 653 On Schedule "A" to the Complaint).

HENGGUTINGBAIHUO (Defendant No. 243 on Schedule "A" to the Complaint).

WANZAIXIANSIYIGUANBAIHUODIAN (Defendant No. 616 on Schedule "A" to the Complaint).

TONGSHANXIANYUNNUOBAIHUODIAN (Defendant No. 577 on Schedule "A" to the Complaint).

WANZAIXIANLIANYABAIHUODIAN (Defendant No. 615 on Schedule "A" to the Complaint).

WANZAIXIANJIAOYANBAIHUODIAN (Defendant No. 614 on Schedule "A" to the Complaint).

YAOXUEJIAO (Defendant No. 665 on Schedule "A" to the Complaint).

YVONNE'S JEWELRY ORIGINAL DESIGN STUDIO (Defendant No. 714 on Schedule "A" to the Complaint).

CHIBISHIYUYINGBAIHUODIAN (Defendant No. 101 on Schedule "A" to the Complaint).

WANZAIXIANYUNNIAOZHENBAIHUODIAN (Defendant No. 617 on Schedule "A" to the Complaint).

FUMINSHUNQIYINPINDIAN (Defendant No. 198 on Schedule "A" to the Complaint).

ZENGDUQULUEPUZHIBAIHUODIAN (Defendant No. 723 on Schedule "A" to the Complaint).

ZENGDUQUXIUDANZIBAIHUODIAN (Defendant No. 724 on Schedule "A" to the Complaint).

GRUNTAI209 (Defendant No. 224 on Schedule "A" to the Complaint).

PALADOO DIRECT (Defendant No. 452 on Schedule "A" to the Complaint).

OHOCUT (Defendant No. 442 on schedule "A" to the Complaint).

CHENGPIN MADE (Defendant No. 96 on schedule "A" to the Complaint).

Date:   August 7, 2023                              Respectfully submitted by,

**Richard Guerra**
Richard Guerra (Fla. Bar No. 689521)
Attorney Email address: rguerra@brickellip.com
THE BRICKELL IP GROUP, PLLC
1101 Brickell Avenue, South Tower, Suite 800
Miami, FL 33131
Telephone: (305) 728-8831
*Attorneys for Plaintiff*