UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:23-cv-61203-AHS

THE SMILEY COMPANY SPRL,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/

## NOTICE OF VOLUNTARY DISMISSAL
## AS TO CERTAIN DEFENDANTS ONLY

PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and by undersigned counsel, Plaintiff hereby voluntarily dismisses *with* prejudice all claims against the following Defendants:

TIANHONGYAN (Defendant No. 618 on Schedule "A" to the Complaint).

Date: August 7, 2023                    Respectfully submitted by,

                                            **Richard Guerra**
                                            Richard Guerra (Fla. Bar No. 689521)
                                            Attorney Email address: rguerra@brickellip.com
                                            THE BRICKELL IP GROUP, PLLC
                                            1101 Brickell Avenue, South Tower, Suite 800
                                            Miami, FL 33131
                                            Telephone: (305) 728-8831
                                            *Attorneys for Plaintiff*