UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-61203-CIV-SINGHAL

THE SMILEY COMPANY SPRL,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS IDENTIFIED
ON SCHEDULE "A,",

    Defendants.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the four Notices of Voluntary Dismissal with prejudice (DE [50-53]) of the following Defendants filed by Plaintiff, The Smiley Company SPRL:

1. SONEN CO. (Defendant No. 526 on Schedule "A" to the Complaint).
2. PASSIONATE ADVENTURE (AMERICAN TRENDS SOLE AGENCY) (Defendant No. 453 on Schedule "A" to the Complaint).
3. AMERICAN TRENDS (Defendant No. 20 on Schedule "A" to the Complaint).
4. DURIO US (Defendant No. 160 on Schedule "A" to the Complaint).
5. UCUHNB (Defendant No. 594 on Schedule "A" to the Complaint).
6. MY SUNSHINE (Defendant No. 418 on Schedule "A" to the Complaint).
7. CHUYINGECO (Defendant No. 109 on Schedule "A" to the Complaint).
8. JIEXIANGSTORE (Defendant No. 296 on Schedule "A" to the Complaint).

9. SHICHUANMAOYI (Defendant No. 505 on Schedule "A" to the Complaint).

10. SUNKOBY (Defendant No. 539 on Schedule "A" to the Complaint).

11. TAOYICOM (Defendant No. 558 on Schedule "A" to the Complaint).

12. HUANGQINGPU (Defendant No. 266 on Schedule "A" to the Complaint).

13. CAFL (Defendant No. 78 on Schedule "A" to the Complaint).

14. HAPPY DOG SINGLE DOG (Defendant No. 239 on Schedule "A" to the Complaint).

15. EM-US (Defendant No. 168 on Schedule "A" to the Complaint).

16. HERZWILD (Defendant No. 246 on Schedule "A" to the Complaint).

17. CKYSEE JEWELRY (Defendant No. 114 on Schedule "A" to the Complaint).

18. TRIPLE TIGER (Defendant No. 584 on Schedule "A" to the Complaint).

19. WEIZI DIRECT (Defendant No. 622 on Schedule "A" to the Complaint).

20. TAN-US (Defendant No. 557 on Schedule "A" to the Complaint).

21. ONSDAG (Defendant No. 446 on Schedule "A" to the Complaint).

22. WUDIMEITT (Defendant No. 634 on Schedule "A" to the Complaint).

23. B2JKAE (Defendant No. 43 on Schedule "A" to the Complaint).

24. COOLIFE USA DIRECT (Defendant No. 124 on Schedule "A" to the Complaint).

25. TIAN XIN JEWELRY (Defendant No. 571 on Schedule "A" to the Complaint).

26. SUNNY ONLY (Defendant No. 541 on Schedule "A" to the Complaint).

27. LIFE BETTER (Defendant No. 352 on Schedule "A" to the Complaint).

28. HOMECOMFORT (Defendant No. 259 on Schedule "A" to the Complaint).

29. MOONFAMILY (Defendant No. 411 on Schedule "A" to the Complaint).

30. ZENGDUQUZHITUOWENBAIHUODIAN (Defendant No. 725 on Schedule "A" to the Complaint).

31. KAIMELIFE (Defendant No. 317 on Schedule "A" to the Complaint).

32. XIUYANG (Defendant No. 652 on Schedule "A" to the Complaint).

33. ZYUE SHOP (Defendant No. 741 on Schedule "A" to the Complaint).

34. ZANLIANDIANZI (Defendant No. 717 on Schedule "A" to the Complaint).

35. XING'XING (Defendant No. 647 on Schedule "A" to the Complaint).

36. XSKJY (Defendant No. 656 on Schedule "A" to the Complaint).

37. YES IM COLD ME STORE (Defendant No. 671 on Schedule "A" to the Complaint).

38. MINHE (Defendant No. 405 on Schedule "A" to the Complaint).

39. YUNE CASE (Defendant No. 703 on Schedule "A" to the Complaint).

40. SLRIOKS (Defendant No. 515 on Schedule "A" to the Complaint).

41. LE QUOC THANH STORE (Defendant No. 344 on Schedule "A" to the Complaint).

42. RISMISE (Defendant No. 486 on Schedule "A" to the Complaint).

43. MNPALETTEY (Defendant No. 407 on Schedule "A" to the Complaint).

44. JYFEEL (Defendant No. 312 on Schedule "A" to the Complaint).

45. PATSCORAI (Defendant No. 454 on Schedule "A" to the Complaint).

46. AUNYN (Defendant No. 39 on Schedule "A" to the Complaint).

47. TJ PARTY HOUSE (Defendant No. 574 on Schedule "A" to the Complaint).

48. FZIIVQU US (Defendant No. 201 on Schedule "A" to the Complaint).
49. AROUIE (Defendant No. 35 on Schedule "A" to the Complaint).
50. BGISI-US (Defendant No. 61 on Schedule "A" to the Complaint).
51. ZHEQI (Defendant No. 733 on Schedule "A" to the Complaint).
52. JAOPINK (Defendant No. 286 on Schedule "A" to the Complaint).
53. PUMKRYTH (Defendant No. 465 on Schedule "A" to the Complaint).
54. GUANGZHOUHUIFADIANZISHANGWUYOUXIANGONGSI (Defendant No. 225 on Schedule "A" to the Complaint).
55. ONE THOUSAND LIFESTYLES (Defendant No. 444 on Schedule "A" to the Complaint).
56. THRIVING STORE (Defendant No. 568 on Schedule "A" to the Complaint).
57. KISSYAN (Defendant No. 327 on Schedule "A" to the Complaint).
58. KAFU (Defendant No. 315 on Schedule "A" to the Complaint).
59. TIANHONGYAN (Defendant No. 570 on Schedule "A" to the Complaint).
60. T-ZTOSS (Defendant No. 719 on Schedule "A" to the Complaint).
61. CHEGANXUAN (Defendant No. 92 on Schedule "A" to the Complaint).
62. WARMY WORD (Defendant No. 618 on Schedule "A" to the Complaint).
63. HOME BETTER (Defendant No. 258 on Schedule "A" to the Complaint).
64. AVECELL (Defendant No. 41 on Schedule "A" to the Complaint).
65. LOPURO (Defendant No. 373 on Schedule "A" to the Complaint).
66. ZHIKANG68 (Defendant No. 735 on Schedule "A" to the Complaint).
67. LQANG (Defendant No. 379 on Schedule "A" to the Complaint).
68. CHEN WENJIANG (Defendant No. 93 on Schedule "A" to the Complaint).

69. SHUNK & BETA (Defendant No. 507 on Schedule "A" to the Complaint).
70. CHANGFAN FASHION JEWELRY STORE (Defendant No. 88 on Schedule "A" to the Complaint).
71. FANFEI SHOP (Defendant No. 174 on Schedule "A" to the Complaint).
72. AKEOQI (Defendant No. 13 on Schedule "A" to the Complaint).
73. SZSRSJM (Defendant No. 550 on Schedule "A" to the Complaint).
74. ZHANMOU (Defendant No. 730 on Schedule "A" to the Complaint).
75. QGHOT (Defendant No. 468 on Schedule "A" to the Complaint).
76. WELLE (Defendant No. 623 on Schedule "A" to the Complaint).
77. SHAOYINGSHIPIN (Defendant No. 500 on Schedule "A" to the Complaint).
78. CAOKECHAO (Defendant No. 80 on Schedule "A" to the Complaint).
79. LICUIYUNG (Defendant No. 350 on Schedule "A" to the Complaint).
80. XIXIANXINQUFENGDONGXINCHENGYUNZHENBAIHUODIAN (Defendant No. 653 On Schedule "A" to the Complaint).
81. HENGGUTINGBAIHUO (Defendant No. 243 on Schedule "A" to the Complaint).
82. WANZAIXIANSIYIGUANBAIHUODIAN (Defendant No. 616 on Schedule "A" to the Complaint).
83. TONGSHANXIANYUNNUOBAIHUODIAN (Defendant No. 577 on Schedule "A" to the Complaint).
84. WANZAIXIANLIANYABAIHUODIAN (Defendant No. 615 on Schedule "A" to the Complaint).

85. WANZAIXIANJIAOYANBAIHUODIAN (Defendant No. 614 on Schedule "A" to the Complaint).

86. YAOXUEJIAO (Defendant No. 665 on Schedule "A" to the Complaint).

87. YVONNE'S JEWELRY ORIGINAL DESIGN STUDIO (Defendant No. 714 on Schedule "A" to the Complaint).

88. CHIBISHIYUYINGBAIHUODIAN (Defendant No. 101 on Schedule "A" to the Complaint).

89. WANZAIXIANYUNNIAOZHENBAIHUODIAN (Defendant No. 617 on Schedule "A" to the Complaint).

90. FUMINSHUNQIYINPINDIAN (Defendant No. 198 on Schedule "A" to the Complaint).

91. ZENGDUQULUEPUZHIBAIHUODIAN (Defendant No. 723 on Schedule "A" to the Complaint).

92. ZENGDUQUXIUDANZIBAIHUODIAN (Defendant No. 724 on Schedule "A" to the Complaint).

93. GRUNTAI209 (Defendant No. 224 on Schedule "A" to the Complaint).

94. PALADOO DIRECT (Defendant No. 452 on Schedule "A" to the Complaint).

95. OHOCUT (Defendant No. 442 on schedule "A" to the Complaint).

96. CHENGPIN MADE (Defendant No. 96 on schedule "A" to the Complaint).

97. TIANHONGYAN (Defendant No. 618 on Schedule "A" to the Complaint).

In light of Plaintiff's Notice of Voluntary Dismissal, it is hereby

**ORDERED AND ADJUDGED** that Defendants SONEN CO., PASSIONATE ADVENTURE (AMERICAN TRENDS SOLE AGENCY), AMERICAN TRENDS, DURIO US, UCUHNB, MY SUNSHINE, CHUYINGECO, JIEXIANGSTORE, SHICHUANMAOYI, SUNKOBY, TAOYICOM, HUANGQINGPU, CAFL, HAPPY DOG SINGLE DOG, EM-US, HERZWILD, CKYSEE JEWELRY, TRIPLE TIGER, WEIZI DIRECT, TAN-US, ONSDAG, WUDIMEITT, B2JKAE, COOLIFE USA DIRECT, TIAN XIN JEWELRY, SUNNY ONLY, LIFE BETTER, HOMECOMFORT, MOONFAMILY, ZENGDUQUZHITUOWENBAIHUODIAN, KAIMELIFE, XIUYANG, ZYUE SHOP, ZANLIANDIANZI, XING'XING, XSKJY, YES IM COLD ME STORE, MINHE, YUNE CASE, SLRIOKS, LE QUOC THANH STORE, RISMISE, MNPALETTEY, JYFEEL, PATSCORAI, AUNYN, TJ PARTY HOUSE, FZIIVQU US, AROUIE, BGISI-US, ZHEQI, JAOPINK, PUMKRYTH, GUANGZHOUHUIFADIANZISHANGWUYOUXIANGONGSI, ONE THOUSAND LIFESTYLES, THRIVING STORE, KISSYAN, KAFU, TIANHONGYAN, T-ZTOSS, WARMY WORD, HOME BETTER, AVECELL, LOPURO, ZHIKANG68, LQANG, CHEN WENJIANG, SHUNK & BETA, CHANGFAN FASHION JEWELRY STORE, FANFEI SHOP, AKEOQI, SZSRSJM, ZHANMOU, QGHOT, WELLE, SHAOYINGSHIPIN, CAOKECHAO, LICUIYUNG, XIXIANXINQUFENGDONGXINCHENGYUNZHENBAIHUODIAN, HENGGUTINGBAIHUO, WANZAIXIANSIYIGUANBAIHUODIAN, TONGSHANXIANYUNNUOBAIHUODIAN, WANZAIXIANLIANYABAIHUODIAN, WANZAIXIANJIAOYANBAIHUODIAN, YAOXUEJIAO, YVONNE'S JEWELRY ORIGINAL DESIGN STUDIO, CHIBISHIYUYINGBAIHUODIAN, WANZAIXIANYUNNIAOZHENBAIHUODIAN, FUMINSHUNQIYINPINDIAN,

ZENGDUQULUEPUZHIBAIHUODIAN, ZENGDUQUXIUDANZIBAIHUODIAN, GRUNTAI209, PALADOO DIRECT, OHOCUT, CHENGPIN MADE and TIANHONGYAN be **DISMISSED WITH PREJUDICE**.  Each party shall bear its own attorney's fees and costs.

      **DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 7th day of August 2023.

                                                       RAAG SINGHAL
                                                       UNITED STATES DISTRICT JUDGE

Copies to counsel via CM/ECF