UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-61203-CIV-SINGHAL

THE SMILEY COMPANY SPRL,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS IDENTIFIED
ON SCHEDULE "A,",

    Defendants.
_____/

**ORDER**

Due to the lack of judicial resources and the volume of voluntary dismissals filed in this cause, the Court requests that with each future notice of voluntary dismissal, Plaintiff emails Singhal@flsd.uscourts.gov a proposed order granting the dismissal in Arial font size 12.  The Court directs Plaintiff to (DE [54]) for a sample order.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 7th day of August 2023.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF