UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:23-cv-61203-AHS

THE SMILEY COMPANY SPRL,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/

### RENEWED NOTICE OF VOLUNTARY DISMISSAL AS TO CERTAIN DEFENDANTS ONLY

PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and by undersigned counsel, Plaintiff hereby voluntarily dismisses *with* prejudice all claims against the following Defendants:

    FABUVIEW (Defendant No. 171 on Schedule "A" to the Complaint).

    QTAO (Defendant No. 475 on Schedule "A" to the Complaint).

    YUWEIUS (Defendant No. 712 on Schedule "A" to the Complaint).

    YONSNOW (Defendant No. 691 on Schedule "A" to the Complaint).

    ALIKIKIDS (Defendant No. 16 on Schedule "A" to the Complaint).

    YOKEBOM PARLOR (Defendant No. 689 on Schedule "A" to the Complaint).

    GILIEYER (Defendant No. 215 on Schedule "A" to the Complaint).

    YAPING STORE (Defendant No. 666 on Schedule "A" to the Complaint).

    JIUHEYXGS (Defendant No. 305 on Schedule "A" to the Complaint).

TAC OPS GEAR US (Defendant No. 553 on Schedule "A" to the Complaint).

FLOWOOD ART (Defendant No. 191 on Schedule "A" to the Complaint).

CHOISMIN (Defendant No. 105 on Schedule "A" to the Complaint).

NEQTSUM (Defendant No. 424 on Schedule "A" to the Complaint).

BOSOIRSOU (Defendant No. 67 on Schedule "A" to the Complaint).

JIAO FEI (Defendant No. 294 on Schedule "A" to the Complaint).

CADYN (Defendant No. 77 on Schedule "A" to the Complaint).

YINGHUDAMAI (Defendant No. 676 on Schedule "A" to the Complaint).

BACI PARTY IDEAS (Defendant No. 45 on Schedule "A" to the Complaint).

COOKIECAN (Defendant No. 122 on Schedule "A" to the Complaint).

WALTHERANDHERMOSA PARTY CO. (Defendant No. 610 on Schedule "A" to the Complaint).

ZHEN VAVAYAO (Defendant No. 732 on Schedule "A" to the Complaint).

YILIN CRAFT (Defendant No. 675 on Schedule "A" to the Complaint).

WONDERNEER (Defendant No. 630 on Schedule "A" to the Complaint).

YON YOU (Defendant No. 692 on Schedule "A" to the Complaint).

BINNCON (Defendant No. 63 on Schedule "A" to the Complaint).

MOMING STORE (Defendant No. 409 on Schedule "A" to the Complaint).

THEFMOON (Defendant No. 566 on Schedule "A" to the Complaint).

OWTEBO SLIPPERS (Defendant No. 449 on Schedule "A" to the Complaint).

YJ PREMIUMS (Defendant No. 685 on Schedule "A" to the Complaint).

FANCY LAND (Defendant No. 173 on Schedule "A" to the Complaint).

YIWU SHENGTU STATIONARY CO (Defendant No. 681 on Schedule "A" to the Complaint).

BLMHTWO (Defendant No. 65 on Schedule "A" to the Complaint).

ELLEQUEEN (Defendant No. 165 on Schedule "A" to the Complaint).

GEM FOREST (Defendant No. 210 on Schedule "A" to the Complaint).

HENNRUII (Defendant No. 245 on Schedule "A" to the Complaint).

INEONLIFE (Defendant No. 281 on Schedule "A" to the Complaint).

DECORABLY US (Defendant No. 142 on Schedule "A" to the Complaint).

NEON JOURNEY (Defendant No. 423 on Schedule "A" to the Complaint).

VASHION (Defendant No. 317 on Schedule "A" to the Complaint).

RIYUU (Defendant No. 488 on Schedule "A" to the Complaint).

HUNPU-US (Defendant No. 154 on Schedule "A" to the Complaint).

IKENACY (Defendant No. 279 on Schedule "A" to the Complaint).

HAILANDE (Defendant No. 237 on Schedule "A" to the Complaint).

ZERO POWER (Defendant No. 124 on Schedule "A" to the Complaint).

HXH INC (Defendant No. 275 on Schedule "A" to the Complaint).

CLOUDSWEET (Defendant No. 117 on Schedule "A" to the Complaint).

Date:   August 11, 2023                     Respectfully submitted by,

**Richard Guerra**
Richard Guerra (Fla. Bar No. 689521)
Attorney Email address: rguerra@brickellip.com
THE BRICKELL IP GROUP, PLLC
1101 Brickell Avenue, South Tower, Suite 800
Miami, FL 33131
Telephone: (305) 728-8831
*Attorneys for Plaintiff*