UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:23-cv-61203-AHS

THE SMILEY COMPANY SPRL,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.

_____/

## NOTICE OF VOLUNTARY DISMISSAL AS TO CERTAIN DEFENDANTS ONLY

PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and by undersigned counsel, Plaintiff hereby voluntarily dismisses *with* prejudice all claims against the following Defendants:

COOLMATT (Defendant No. 125 on Schedule "A" to the Complaint).

BLAVVENNT OFFICE STUFF: (Defendant No. 64 on Schedule "A" to the Complaint).

ANVIN DIRECT: (Defendant No. 30 on Schedule "A" to the Complaint).

HOOLCASE (Defendant No. 262 on Schedule "A" to the Complaint).

SHIJIAZHUANG YINGYI ELECTRONIC COMMERCE CO., LTD. (Defendant No. 506 on Schedule "A" to the Complaint).

SU LIFE (Defendant No. 534 on Schedule "A" to the Complaint).

MYTHDONE (Defendant No. 419 on Schedule "A" to the Complaint).

YOUNGKY STORE: (Defendant No. 696 on Schedule "A" to the Complaint).

M I GENIUS (Defendant No. 390 on Schedule "A" to the Complaint).

LINWANLI (Defendant No. 359 on Schedule "A" to the Complaint).

THE BEST MEET (Defendant No. 565 on Schedule "A" to the Complaint).

ALMOST SGT (Defendant No. 18 on Schedule "A" to the Complaint).

ZAZTIFY (Defendant No. 718 on Schedule "A" to the Complaint).

GCLOOK (Defendant No. 208 on Schedule "A" to the Complaint).

YOKKBRUN (Defendant No. 690 on Schedule "A" to the Complaint).

BURNJUMP (Defendant No. 74 on Schedule "A" to the Complaint).

AENJING (Defendant No. 4 on Schedule "A" to the Complaint).

DOLLEME DIRECT (Defendant No. 150 on Schedule "A" to the Complaint).

DG ON LINE (Defendant No. 144 on Schedule "A" to the Complaint).

T PHAEL (Defendant No. 552 on Schedule "A" to the Complaint).

ANEZUS DIRECT (Defendant No. 22 on Schedule "A" to the Complaint).

CASTLE FAIRY (Defendant No. 84 on Schedule "A" to the Complaint).

FAYLAW-US (Defendant No. 177 on Schedule "A" to the Complaint).

DREMISI (Defendant No. 154 on Schedule "A" to the Complaint).

UHOMENY (Defendant No. 596 on Schedule "A" to the Complaint).

ANTEN PINK JEWELRY: (Defendant No. 29 on Schedule "A" to the Complaint).

PIPIGIFT ONLINE (Defendant No. 462 on Schedule "A" to the Complaint).

GODYC (Defendant No. 219 on Schedule "A" to the Complaint).

HUANGXIANGUOCHENGDUGUANHUIOUCHUANGKEJIYOUXIANGONGS:

(Defendant No. 96 on Schedule "A" to the Complaint).

DXZN (Defendant No. 161 on Schedule "A" to the Complaint).

FKOVCDY (Defendant No. 189 on Schedule "A" to the Complaint).

DONGKUNGYING (Defendant No. 152 on Schedule "A" to the Complaint).

HODEA & JILIPA JEWELRY (Defendant No. 95 on Schedule "A" to the Complaint).

MONTOSUN US Direct (Defendant No. 421 on Schedule "A" to the Complaint).

FU FU (Defendant No. 196 on Schedule "A" to the Complaint).

MAITA STORE (Defendant No. 392 on Schedule "A" to the Complaint).

JHSSM STORE (Defendant No. 293 on Schedule "A" to the Complaint).

LA VIE EN SOURIRE (Defendant No. 338 on Schedule "A" to the Complaint).

WILLOW DRAGON (Defendant No. 626 on Schedule "A" to the Complaint).

SMILEY FACE STORE (Defendant No. 520 on Schedule "A" to the Complaint).

CHIINVENT US (Defendant No. 103 on Schedule "A" to the Complaint).

BEIHUA (Defendant No. 58 on Schedule "A" to the Complaint).

XIAOHAOZI (Defendant No. 643 on Schedule "A" to the Complaint).

LYDZTION (Defendant No. 387 on Schedule "A" to the Complaint).

SLOONG (Defendant No. 513 on Schedule "A" to the Complaint).

Date:   August 14, 2023                    Respectfully submitted by,

**Richard Guerra**
Richard Guerra (Fla. Bar No. 689521)
Attorney Email address: rguerra@brickellip.com
THE BRICKELL IP GROUP, PLLC
1101 Brickell Avenue, South Tower, Suite 800
Miami, FL 33131
Telephone: (305) 728-8831
*Attorneys for Plaintiff*