UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-61203-CIV-SINGHAL

THE SMILEY COMPANY SPRL,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS IDENTIFIED
ON SCHEDULE "A,",

    Defendants.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Notice of Voluntary Dismissal with prejudice (DE [59]) of the following Defendants filed by Plaintiff, The Smiley Company SPRL:

1. FABUVIEW (Defendant No. 171 on Schedule "A" to the Complaint).
2. QTAO (Defendant No. 475 on Schedule "A" to the Complaint).
3. YUWEIUS (Defendant No. 712 on Schedule "A" to the Complaint).
4. YONSNOW (Defendant No. 691 on Schedule "A" to the Complaint).
5. ALIKIKIDS (Defendant No. 16 on Schedule "A" to the Complaint).
6. YOKEBOM PARLOR (Defendant No. 689 on Schedule "A" to the Complaint).
7. GILIEYER (Defendant No. 215 on Schedule "A" to the Complaint).
8. YAPING STORE (Defendant No. 666 on Schedule "A" to the Complaint).
9. JIUHEYXGS (Defendant No. 305 on Schedule "A" to the Complaint).

10. TAC OPS GEAR US (Defendant No. 553 on Schedule "A" to the Complaint).

11. FLOWOOD ART (Defendant No. 191 on Schedule "A" to the Complaint).

12. CHOISMIN (Defendant No. 105 on Schedule "A" to the Complaint).

13. NEQTSUM (Defendant No. 424 on Schedule "A" to the Complaint).

14. BOSOIRSOU (Defendant No. 67 on Schedule "A" to the Complaint).

15. JIAO FEI (Defendant No. 294 on Schedule "A" to the Complaint).

16. CADYN (Defendant No. 77 on Schedule "A" to the Complaint).

17. YINGHUDAMAI (Defendant No. 676 on Schedule "A" to the Complaint).

18. BACI PARTY IDEAS (Defendant No. 45 on Schedule "A" to the Complaint).

19. COOKIECAN (Defendant No. 122 on Schedule "A" to the Complaint).

20. WALTHERANDHERMOSA PARTY CO. (Defendant No. 610 on Schedule "A" to the Complaint).

21. ZHEN VAVAYAO (Defendant No. 732 on Schedule "A" to the Complaint).

22. YILIN CRAFT (Defendant No. 675 on Schedule "A" to the

Complaint).

23. WONDERNEER (Defendant No. 630 on Schedule "A" to the Complaint).

24. YON YOU (Defendant No. 692 on Schedule "A" to the Complaint).

25. BINNCON (Defendant No. 63 on Schedule "A" to the Complaint).

26. MOMING STORE (Defendant No. 409 on Schedule "A" to the Complaint).

27. THEFMOON (Defendant No. 566 on Schedule "A" to the Complaint).

28. OWTEBO SLIPPERS (Defendant No. 449 on Schedule "A" to the Complaint).

29. YJ PREMIUMS (Defendant No. 685 on Schedule "A" to the Complaint).

30. FANCY LAND (Defendant No. 173 on Schedule "A" to the Complaint).

31. YIWU SHENGTU STATIONARY CO (Defendant No. 681 on Schedule "A" to the Complaint).

32. BLMHTWO (Defendant No. 65 on Schedule "A" to the Complaint).

33. ELLEQUEEN (Defendant No. 165 on Schedule "A" to the Complaint).

34. GEM FOREST (Defendant No. 210 on Schedule "A" to the Complaint).

35. HENNRUII (Defendant No. 245 on Schedule "A" to the Complaint).

36. INEONLIFE (Defendant No. 281 on Schedule "A" to the Complaint).

37. DECORABLY US (Defendant No. 142 on Schedule "A" to the Complaint).

38. NEON JOURNEY (Defendant No. 423 on Schedule "A" to the Complaint).

39. VASHION (Defendant No. 317 on Schedule "A" to the Complaint).

40. RIYUU (Defendant No. 488 on Schedule "A" to the Complaint).

41. HUNPU-US (Defendant No. 154 on Schedule "A" to the Complaint).

42. IKENACY (Defendant No. 279 on Schedule "A" to the Complaint).

43. HAILANDE (Defendant No. 237 on Schedule "A" to the Complaint).

44. ZERO POWER (Defendant No. 124 on Schedule "A" to the Complaint).

45. HXH INC (Defendant No. 275 on Schedule "A" to the Complaint).

46. CLOUDSWEET (Defendant No. 117 on Schedule "A" to the Complaint).

In light of Plaintiff's Notice of Voluntary Dismissal, it is hereby

**ORDERED AND ADJUDGED** that Defendants FABUVIEW, QTAO, YUWEIUS, YONSNOW, ALIKIKIDS, YOKEBOM PARLOR, GILIEYER, YAPING STORE, JIUHEYXGS, TAC OPS GEAR US, FLOWOOD ART, CHOISMIN, NEQTSUM, BOSOIRSOU, JIAO FEI, CADYN, YINGHUDAMAI, BACI PARTY, COOKIECAN, WALTHERANDHERMOSA PARTY CO., ZHEN VAVAYAO, YILIN CRAFT, WONDERNEER, YON YOU, BINNCON, MOMING STORE, THEFFMOON, OWTEBO SLIPPERS, YJ PREMIUMS, FANCY LAND, YIWU SHENGTU STATIONARY CO, BLMHTWO, ELLEQUEEN, GEM FOREST, HENNRUII, INEONLIFE, DECORABLY US, NEON JOURNEY, VASHION, RIYUU, HUNPU-US, IKENACY, HAILANDE, ZERO

POWER, HXH INC AND CLOUDSWEET be **DISMISSED WITH PREJUDICE**.  Each party shall bear its own attorney's fees and costs.

      **DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 14th day of August 2023.

                                                _____
                                                RAAG SINGHAL
                                                UNITED STATES DISTRICT COURT JUDGE

Copies to counsel via CM/ECF