UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-61203-CIV-SINGHAL

THE SMILEY COMPANY SPRL,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS IDENTIFIED
ON SCHEDULE "A,",

    Defendants.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Notice of Voluntary Dismissal with prejudice (DE [60]) of the following Defendants filed by Plaintiff, The Smiley Company SPRL:

1. COOLMATT (Defendant No. 125 on Schedule "A" to the Complaint).

2. BLAVVENNT OFFICE STUFF: (Defendant No. 64 on Schedule "A" to the Complaint).

3. ANVIN DIRECT (Defendant No. 30 on Schedule "A" to the Complaint).

4. HOOLCASE (Defendant No. 262 on Schedule "A" to the Complaint).

5. SHIJIAZHUANG YINGYI ELECTRONIC COMMERCE CO., LTD.

    (Defendant No. 506 on Schedule "A" to the Complaint).

6. SU LIFE (Defendant No. 534 on Schedule "A" to the Complaint).

7. MYTHDONE (Defendant No. 419 on Schedule "A" to the Complaint).

8. YOUNGKY STORE (Defendant No. 696 on Schedule "A" to the

Complaint).

9. M I GENIUS (Defendant No. 390 on Schedule "A" to the Complaint).

10. LINWANLI (Defendant No. 359 on Schedule "A" to the Complaint).

11. THE BEST MEET (Defendant No. 565 on Schedule "A" to the Complaint).

12. ALMOST SGT (Defendant No. 18 on Schedule "A" to the Complaint).

13. ZAZTIFY (Defendant No. 718 on Schedule "A" to the Complaint).

14. GCLOOK (Defendant No. 208 on Schedule "A" to the Complaint).

15. YOKKBRUN (Defendant No. 690 on Schedule "A" to the Complaint).

16. BURNJUMP (Defendant No. 74 on Schedule "A" to the Complaint).

17. AENJING (Defendant No. 4 on Schedule "A" to the Complaint).

18. DOLLEME DIRECT (Defendant No. 150 on Schedule "A" to the Complaint).

19. DG ON LINE (Defendant No. 144 on Schedule "A" to the Complaint).

20. T PHAEL (Defendant No. 552 on Schedule "A" to the Complaint).

21. ANEZUS DIRECT (Defendant No. 22 on Schedule "A" to the Complaint).

22. CASTLE FAIRY (Defendant No. 84 on Schedule "A" to the Complaint).

23. FAYLAW-US (Defendant No. 177 on Schedule "A" to the Complaint).

24. DREMISI (Defendant No. 154 on Schedule "A" to the Complaint).

25. UHOMENY (Defendant No. 596 on Schedule "A" to the Complaint).

26. ANTEN PINK JEWELRY: (Defendant No. 29 on Schedule "A" to the Complaint).

27. PIPIGIFT ONLINE (Defendant No. 462 on Schedule "A" to the

Complaint).

28. GODYC (Defendant No. 219 on Schedule "A" to the Complaint).

29. HUANGXIANGUOCHENGDUGUANHUIOUCHUANGKEJIYOUXIANGONGS: (Defendant No. 96 on Schedule "A" to the Complaint).

30. DXZN (Defendant No. 161 on Schedule "A" to the Complaint).

31. FKOVCDY (Defendant No. 189 on Schedule "A" to the Complaint).

32. DONGKUNGYING (Defendant No. 152 on Schedule "A" to the Complaint).

33. HODEA & JILIPA JEWELRY (Defendant No. 95 on Schedule "A" to the Complaint).

34. MONTOSUN US Direct (Defendant No. 421 on Schedule "A" to the Complaint).

35. FU FU (Defendant No. 196 on Schedule "A" to the Complaint).

36. MAITA STORE (Defendant No. 392 on Schedule "A" to the Complaint).

37. JHSSM STORE (Defendant No. 293 on Schedule "A" to the Complaint).

38. LA VIE EN SOURIRE (Defendant No. 338 on Schedule "A" to the Complaint).

39. WILLOW DRAGON (Defendant No. 626 on Schedule "A" to the Complaint).

40. SMILEY FACE STORE (Defendant No. 520 on Schedule "A" to the Complaint).

41. CHIINVENT US (Defendant No. 103 on Schedule "A" to the Complaint).

42. BEIHUA (Defendant No. 58 on Schedule "A" to the Complaint).

43. XIAOHAOZI (Defendant No. 643 on Schedule "A" to the Complaint).

44. LYDZTION (Defendant No. 387 on Schedule "A" to the Complaint).

45. SLOONG (Defendant No. 513 on Schedule "A" to the Complaint).

In light of Plaintiff's Notice of Voluntary Dismissal, it is hereby

**ORDERED AND ADJUDGED** that Defendants COOLMATT, BLAVVENNT OFFICE STUFF, ANVIN DIRECT, HOOLCASE, SHIJIAZHUANG YINGYI ELECTRONIC COMMERCE CO., LTD., SU LIFE, MYTHDONE, YOUNGKY STORE, M I GENIUS, LINWANLI, THE BEST MEET, ALMOST SGT, ZAZTIFY, GCLOOK, YOKKBRUN, BURNJUMP, AENJING, DOLLEME DIRECT, DG ON LINE, T PHAEL, ANEZUS DIRECT, CASTLE FAIRY, FAYLAW-US, DREMISI, UHOMENY, ANTEN PINK JEWELRY, PIPIGIFT ONLINE, GODYC, HUANGXIANGUOCHENGDUGUANHUIOUCHUANGKEJIYOUXIANGONGS, DXZN, FKOVCDY, DONGKUNGYING, HODEA & JILIPA JEWELRY, MONTOSUN US, FU FU, MAITA STORE, JHSSM STORE, LA VIE EN SOURIRE, WILLOW DRAGON, SMILEY FACE STORE, CHIINVENT US, BEIHUA, XIAOHAOZI, LYDZTION AND SLOONG be **DISMISSED WITH PREJUDICE**. Each party shall bear its own attorney's fees and costs.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 15th day of August 2023.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies to counsel via CM/ECF