UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:23-cv-61203-AHS

THE SMILEY COMPANY SPRL,

      Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

      Defendants.

_____/

## NOTICE OF VOLUNTARY DISMISSAL
## AS TO CERTAIN DEFENDANTS ONLY

PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and by undersigned

counsel, Plaintiff hereby voluntarily dismisses *with* prejudice all claims against the following

Defendants:

      BUYSFUN CO., LTD (Defendant No. 75 on Schedule "A" to the Complaint).

      JINGYU CASE (Defendant No. 298 on Schedule "A" to the Complaint).

      BROADWATCH (Defendant No. 69 on Schedule "A" to the Complaint).

      CHUANLU US (Defendant No. 107 on Schedule "A" to the Complaint).

      VICKYHE88 (Defendant No. 606 on Schedule "A" to the Complaint).

      MCD_GLOBE (Defendant No. 398 on Schedule "A" to the Complaint).

      MISS RIGHT (Defendant No. 406 on Schedule "A" to the Complaint).

      FAVUITDIRECT (Defendant No. 176 on Schedule "A" to the Complaint).

      KHAKHO (Defendant No. 323 on Schedule "A" to the Complaint).

ZBCLV (Defendant No. 96 on Schedule "A" to the Complaint).

CHICSALLYOON (Defendant No. 102 on Schedule "A" to the Complaint).

PHANTASY HUB DIRECT (Defendant No. 459 on Schedule "A" to the Complaint).

JADY X (Defendant No. 284 on Schedule "A" to the Complaint).

GIFTLABORATORY (Defendant No. 214 on Schedule "A" to the Complaint).

JINMOMOMO (Defendant No. 302 on Schedule "A" to the Complaint).

AINIVEU (Defendant No. 9 on Schedule "A" to the Complaint).

PECFAMLY DIRECT (Defendant No. 456 on Schedule "A" to the Complaint).

YOOGCORETT (Defendant No. 693 on Schedule "A" to the Complaint).

CHAUNGFUCHENYAN (Defendant No. 91 on Schedule "A" to the Complaint).

GEDOL US (Defendant No. 209 on Schedule "A" to the Complaint).

MENGXIN1990 (Defendant No. 400 on Schedule "A" to the Complaint).

HENII (Defendant No. 244 on Schedule "A" to the Complaint).

DASHENRAN STORE (Defendant No. 141 on Schedule "A" to the Complaint).

KAILE DIRECT (Defendant No. 316 on Schedule "A" to the Complaint).

LSZLSZ (Defendant No. 381 on Schedule "A" to the Complaint).

THYUNQ (Defendant No. 569 on Schedule "A" to the Complaint).

ZCWL (Defendant No. 721 on Schedule "A" to the Complaint).

MPNVYU SHEETS-US (Defendant No. 415 on Schedule "A" to the Complaint).

SHUOFENGSHANGMAOYOUXIANGONGSI (Defendant No. 508 on Schedule "A" to the Complaint).

US MOBEITI (Defendant No. 600 on Schedule "A" to the Complaint).

TELAFAER (Defendant No. 563 on Schedule "A" to the Complaint).

CHUANRONG (Defendant No. 108 on Schedule "A" to the Complaint).

MADAN-US (Defendant No. 391 on Schedule "A" to the Complaint).

YMJFZ-US (Defendant No. 688 on Schedule "A" to the Complaint).

YIWEI STORE (Defendant No. 680 on Schedule "A" to the Complaint).

FRCYD (Defendant No. 195 on Schedule "A" to the Complaint).

KEEWIII (Defendant No. 320 on Schedule "A" to the Complaint).

AMWO (Defendant No. 21 on Schedule "A" to the Complaint).

ZHBAIHDIAN (Defendant No. 731 on Schedule "A" to the Complaint).

YTANAZING (Defendant No. 700 on Schedule "A" to the Complaint).

GLOBE REUSE (Defendant No. 217 on Schedule "A" to the Complaint).

XYIYI (Defendant No. 661 on Schedule "A" to the Complaint).

WOENT (Defendant No. 629 on Schedule "A" to the Complaint).

YEGIEONR FASHION JEWELRY (Defendant No. 669 on Schedule "A" to the Complaint).

NICIME-D (Defendant No. 433 on Schedule "A" to the Complaint).

JEALLY (Defendant No. 289 on Schedule "A" to the Complaint).

CARABAO (Defendant No. 81 on Schedule "A" to the Complaint).

HREOK (Defendant No. 265 on Schedule "A" to the Complaint).

LITIU (Defendant No. 362 on Schedule "A" to the Complaint).

BXFAHZJ SHOP (Defendant No. 76 on Schedule "A" to the Complaint).

ZHANGHAOCHENG (Defendant No. 728 on Schedule "A" to the Complaint).

WUXION (Defendant No. 637 on Schedule "A" to the Complaint).

TUQU (Defendant No. 592 on Schedule "A" to the Complaint).

OGILRE (Defendant No. 441 on Schedule "A" to the Complaint).

DIBOR SHOPS (Defendant No. 146 on Schedule "A" to the Complaint).

SHENSIYU (Defendant No. 501 on Schedule "A" to the Complaint).

WENYUY (Defendant No. 625 on Schedule "A" to the Complaint).

LIBAOSHENGG (Defendant No. 349 on Schedule "A" to the Complaint).

WUHAIBO0 (Defendant No. 635 on Schedule "A" to the Complaint).

HUODAUS (Defendant No. 273 on Schedule "A" to the Complaint).

FDYHTYR (Defendant No. 178 on Schedule "A" to the Complaint).

YEOOW (Defendant No. 670 on Schedule "A" to the Complaint).

SOLEOO (Defendant No. 525 on Schedule "A" to the Complaint).

PINTREE (Defendant No. 461 on Schedule "A" to the Complaint).

OTE-STORE (Defendant No. 447 on Schedule "A" to the Complaint).

JINGYUAN-US (Defendant No. 299 on Schedule "A" to the Complaint).

QINSHIXIANGBAO (Defendant No. 472 on Schedule "A" to the Complaint).

HHGGYY (Defendant No. 248 on Schedule "A" to the Complaint).

ZHS-US (Defendant No. 737 on Schedule "A" to the Complaint).

SAEBYUL INC (Defendant No. 494 on Schedule "A" to the Complaint).

MARK CREATUS (Defendant No. 396 on Schedule "A" to the Complaint).

AUDAB STORE (Defendant No. 38 on Schedule "A" to the Complaint).

KOMART STORE (Defendant No. 332 on Schedule "A" to the Complaint).

BANTIANJUN (Defendant No. 52 on Schedule "A" to the Complaint).

TAPETA (Defendant No. 559 on Schedule "A" to the Complaint).

ALLEREYAE (Defendant No. 17 on Schedule "A" to the Complaint).

HI JANE (Defendant No. 249 on Schedule "A" to the Complaint).

SINFUNS (Defendant No. 510 on Schedule "A" to the Complaint).

GA ONLINE US (Defendant No. 202 on Schedule "A" to the Complaint).

TOPFUNNY (Defendant No. 580 on Schedule "A" to the Complaint).

MOSTER-US (Defendant No. 413 on Schedule "A" to the Complaint).

GUOPAIXIANGSHANGMAOYOUXIANGONGSI (Defendant No. 234 on Schedule "A" to the Complaint).

DAFAJGY (Defendant No. 133 on Schedule "A" to the Complaint).

DASHALOU (Defendant No. 140 on Schedule "A" to the Complaint).

DANCEBOY (Defendant No. 135 on Schedule "A" to the Complaint).

BIGTOOK (Defendant No. 62 on Schedule "A" to the Complaint).

CHOSEN-US (Defendant No. 106 on Schedule "A" to the Complaint).

KERUIYIHAO (Defendant No. 322 on Schedule "A" to the Complaint).

VDKIDKT (Defendant No. 604 on Schedule "A" to the Complaint).

MAN CHI (Defendant No. 393 on Schedule "A" to the Complaint).

YYQI (Defendant No. 2 on Schedule "A" to the Complaint).

FGSS (Defendant No. 186 on Schedule "A" to the Complaint).

VIKODAH (Defendant No. 607 on Schedule "A" to the Complaint).

JZTANG (Defendant No. 313 on Schedule "A" to the Complaint).

YIYANG FASHION (Defendant No. 684 on Schedule "A" to the Complaint).

JINZU (Defendant No. 304 on Schedule "A" to the Complaint).

LISEVO.INC (Defendant No. 361 on Schedule "A" to the Complaint).

LALAKAKA (Defendant No. 339 on Schedule "A" to the Complaint).

HUILIAN.HK.CASE (Defendant No. 270 on Schedule "A" to the Complaint).

GOOCRUX, INC (Defendant No. 221 on Schedule "A" to the Complaint).

FUNERMEI-US (Defendant No. 199 on Schedule "A" to the Complaint).

SUNANGEL SALES (Defendant No. 536 on Schedule "A" to the Complaint).

XKE (Defendant No. 654 on Schedule "A" to the Complaint).

MILACOLATO JEWELRY (Defendant No. 403 on Schedule "A" to the Complaint).

SJUBAOPEN-DIRECT (Defendant No. 512 on Schedule "A" to the Complaint).

MTKAEWU (Defendant No. 417 on Schedule "A" to the Complaint).

LOPURO (Defendant No. 512 on Schedule "A" to the Complaint).

PZONEDAY (Defendant No. 467 on Schedule "A" to the Complaint).

JOICEE (Defendant No. 308 on Schedule "A" to the Complaint).

SSANDY: (Defendant No. 530 on Schedule "A" to the Complaint).

Date:   August 17, 2023                     Respectfully submitted by,

**Richard Guerra**
Richard Guerra (Fla. Bar No. 689521)
Attorney Email address: rguerra@brickellip.com
THE BRICKELL IP GROUP, PLLC
1101 Brickell Avenue, South Tower, Suite 800
Miami, FL 33131
Telephone: (305) 728-8831
*Attorneys for Plaintiff*