UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:23-cv-61203-AHS

THE SMILEY COMPANY SPRL,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/

## NOTICE OF VOLUNTARY DISMISSAL
## AS TO CERTAIN DEFENDANTS ONLY

PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and by undersigned counsel, Plaintiff hereby voluntarily dismisses *with* prejudice all claims against the following Defendants:

QZLONGO (7-21 DAYS ARRIVE) (Defendant No. 481 on Schedule "A" to the Complaint).

MARYJANE-420 (Defendant No. 397 on Schedule "A" to the Complaint).

AIRBIKE STORE (Defendant No. 10 on Schedule "A" to the Complaint).

AOMI (Defendant No. 31 on Schedule "A" to the Complaint).

CHIRESTHOME (Defendant No. 104 on Schedule "A" to the Complaint).

LIJUDN (Defendant No. 354 on Schedule "A" to the Complaint).

LOVES (Defendant No. 376 on Schedule "A" to the Complaint).

TBNA (Defendant No. 562 on Schedule "A" to the Complaint).

EMMWOWY (Defendant No. 167 on Schedule "A" to the Complaint).

SABOI (Defendant No. 493 on Schedule "A" to the Complaint).

CITIBINZ (Defendant No. 113 on Schedule "A" to the Complaint).

DANITAR DIRECT (Defendant No. 136 on Schedule "A" to the Complaint).

JOPHMO US (Defendant No. 309 on Schedule "A" to the Complaint).

CSHOPCC (Defendant No. 129 on Schedule "A" to the Complaint).

YOUYIHUI (Defendant No. 698 on Schedule "A" to the Complaint).

L.PARKIN (Defendant No. 336 on Schedule "A" to the Complaint).

SOLEEBEE (Defendant No. 524 on Schedule "A" to the Complaint).

PUNINOTO DIRECT (Defendant No. 466 on Schedule "A" to the Complaint).

GANEGG (Defendant No. 204 on Schedule "A" to the Complaint).

NIUFOEY (Defendant No. 436 on Schedule "A" to the Complaint).

FACWEEK (Defendant No. 172 on Schedule "A" to the Complaint).

IZUZTA FLAGSHIP STORE (Defendant No. 283 on Schedule "A" to the Complaint).

BAILV FASHION SPORTS (Defendant No. 48 on Schedule "A" to the Complaint).

SHI JIN (Defendant No. 504 on Schedule "A" to the Complaint).

SYRISORA (Defendant No. 548 on Schedule "A" to the Complaint).

YEYULIN (Defendant No. 672 on Schedule "A" to the Complaint).

CUTIEMANGO USA (Defendant No. 130 on Schedule "A" to the Complaint).

LYROO (Defendant No. 389 on Schedule "A" to the Complaint).

DORAFO (Defendant No. 153 on Schedule "A" to the Complaint).

QUANJIAOSHANGMAOYOUXIANGONGSI (Defendant No. 476 on Schedule "A" to the Complaint).

SZFLD (Defendant No. 549 on Schedule "A" to the Complaint).

FASHIXD-US (Defendant No. 175 on Schedule "A" to the Complaint).

JUSY (Defendant No. 311 on Schedule "A" to the Complaint).

AITIPY (Defendant No. 11 on Schedule "A" to the Complaint).

YEBOWE (Defendant No. 668 on Schedule "A" to the Complaint).

LINH TRA (Defendant No. 538 on Schedule "A" to the Complaint).

SPEECHLESS STORE (Defendant No. 529 on Schedule "A" to the Complaint).

WALAVE (Defendant No. 609 on Schedule "A" to the Complaint).

DSDFIDN (Defendant No. 156 on Schedule "A" to the Complaint).

LIEANG (Defendant No. 351 on Schedule "A" to the Complaint).

BEAUTLACE JEWELRY (Defendant No. 57 on Schedule "A" to the Complaint).

NEWBACHTON (Defendant No. 425 on Schedule "A" to the Complaint).

HISENLAN (Defendant No. 252 on Schedule "A" to the Complaint).

LOQUPE DESIGN (Defendant No. 374 on Schedule "A" to the Complaint).

LOQUPE STORE (Defendant No. 375 on Schedule "A" to the Complaint).

Date: August 21, 2023                    Respectfully submitted by,

**Richard Guerra**
Richard Guerra (Fla. Bar No. 689521)
Attorney Email address: rguerra@brickellip.com
THE BRICKELL IP GROUP, PLLC
1101 Brickell Avenue, South Tower, Suite 800
Miami, FL 33131
Telephone: (305) 728-8831
*Attorneys for Plaintiff*