UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-61203-CIV-SINGHAL

THE SMILEY COMPANY SPRL,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS IDENTIFIED
ON SCHEDULE "A,",

    Defendants.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Notice of Voluntary Dismissal with prejudice (DE [64]) of the following Defendants filed by Plaintiff, The Smiley Company SPRL:

1. QZLONGO (7-21 DAYS ARRIVE) (Defendant No. 481 on Schedule "A" to the Complaint).

2. MARYJANE-420: (Defendant No. 397 on Schedule "A" to the Complaint).

3. AIRBIKE STORE (Defendant No. 10 on Schedule "A" to the Complaint).

4. AOMI (Defendant No. 31 on Schedule "A" to the Complaint).

5. CHIRESTHOME (Defendant No. 104 on Schedule "A" to the Complaint).

6. LIJUDN (Defendant No. 354 on Schedule "A" to the Complaint).

7. LOVES (Defendant No. 376 on Schedule "A" to the Complaint).

8. TBNA (Defendant No. 562 on Schedule "A" to the Complaint).

9. EMMWOWY (Defendant No. 167 on Schedule "A" to the Complaint).

10. SABOI (Defendant No. 493 on Schedule "A" to the Complaint).

11. CITIBINZ (Defendant No. 113 on Schedule "A" to the Complaint).

12. DANITAR DIRECT (Defendant No. 136 on Schedule "A" to the Complaint).

13. JOPHMO US (Defendant No. 309 on Schedule "A" to the Complaint).

14. CSHOPCC (Defendant No. 129 on Schedule "A" to the Complaint).

15. YOUYIHUI (Defendant No. 698 on Schedule "A" to the Complaint).

16. L.PARKIN (Defendant No. 336 on Schedule "A" to the Complaint).

17. SOLEEBEE (Defendant No. 524 on Schedule "A" to the Complaint).

18. PUNINOTO DIRECT (Defendant No. 466 on Schedule "A" to the Complaint).

19. GANEGG (Defendant No. 204 on Schedule "A" to the Complaint).

20. NIUFOEY (Defendant No. 436 on Schedule "A" to the Complaint).

21. FACWEEK (Defendant No. 172 on Schedule "A" to the Complaint).

22. BAILV FASHION SPORTS (Defendant No. 48 on Schedule "A" to the Complaint).

23. IZUZTA FLAGSHIP STORE (Defendant No. 283 on Schedule "A" to the Complaint).

24. SHI JIN (Defendant No. 504 on Schedule "A" to the Complaint).

25. SYRISORA (Defendant No. 548 on Schedule "A" to the Complaint).

26. YEYULIN (Defendant No. 672 on Schedule "A" to the Complaint).

27. CUTIEMANGO USA (Defendant No. 130 on Schedule "A" to the Complaint).

28. LYROO (Defendant No. 389 on Schedule "A" to the Complaint).

29. DORAFO (Defendant No. 153 on Schedule "A" to the Complaint).

30. QUANJIAOSHANGMAOYOUXIANGONGSI (Defendant No. 476 on Schedule "A" to the Complaint).

31. SZFLD (Defendant No. 549 on Schedule "A" to the Complaint).

32. FASHIXD-US (Defendant No. 175 on Schedule "A" to the Complaint).

33. JUSY (Defendant No. 311 on Schedule "A" to the Complaint).

34. AITIPY (Defendant No. 11 on Schedule "A" to the Complaint).

35. YEBOWE (Defendant No. 668 on Schedule "A" to the Complaint).

36. LINH TRA (Defendant No. 538 on Schedule "A" to the Complaint).

37. SPEECHLESS STORE (Defendant No. 529 on Schedule "A" to the Complaint).

38. WALAVE (Defendant No. 609 on Schedule "A" to the Complaint).

39. DSDFIDN (Defendant No. 156 on Schedule "A" to the Complaint).

40. YTANAZING (Defendant No. 700 on Schedule "A" to the Complaint).

41. LIEANG (Defendant No. 351 on Schedule "A" to the Complaint).

42. BEAUTLACE JEWELRY (Defendant No. 57 on Schedule "A" to the Complaint).

43. NEWBACHTON (Defendant No. 425 on Schedule "A" to the Complaint).

44. HISENLAN (Defendant No. 252 on Schedule "A" to the Complaint).

45. LOQUPE DESIGN (Defendant No. 374 on Schedule "A" to the Complaint).

46. LOQUPE STORE (Defendant No. 375 on Schedule "A" to the Complaint).

In light of Plaintiff's Notice of Voluntary Dismissal, it is hereby

**ORDERED AND ADJUDGED** that Defendants QZLONGO (7-21 DAYS ARRIVE), MARYJANE-420, AIRBIKE STORE, AOMI, CHIRESTHOME, LIJUDN, LOVES, TBNA, EMMWOWY, SABOI, CITIBINZ, DANITAR DIRECT, JOPHMO US, CSHOPCC, YOUYIHUI, L.PARKIN, SOLEEBEE, PUNINOTO DIRECT, GANEGG, NIUFOEY, FACWEEK, IZUZTA FLAGSHIP STORE, BAILV FASHION SPORTS, SHI JIN, SYRISORA YEYULIN, CUTIEMANGO USA, LYROO, DORAFO, QUANJIAOSHANGMAOYOUXIANGONGSI, SZFLD, FASHIXD-US, JUSY, AITIPY, YEBOWE, LINH TRA, SPEECHLESS STORE, WALAVE, DSDFIDN, LIEANG, BEAUTLACE JEWELRY, NEWBACHTON, HISENLAN, LOQUPE DESIGN AND LOQUPE STORE be **DISMISSED WITH PREJUDICE**.  Each party shall bear its own

attorney's fees and costs.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 22nd day of August 2023.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies to counsel via CM/ECF