UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:23-cv-61203-AHS

THE SMILEY COMPANY SPRL,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/

## NOTICE OF VOLUNTARY DISMISSAL
## AS TO CERTAIN DEFENDANTS ONLY

PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and by undersigned counsel, Plaintiff hereby voluntarily dismisses *with* prejudice all claims against the following Defendants:

    MAND-JENNIFER (Defendant No. 394 on Schedule "A" to the Complaint).

    CENGFENG (Defendant No. 86 on Schedule "A" to the Complaint).

    TTSAM_ZIT (Defendant No. 589 on Schedule "A" to the Complaint).

    YUNTOP (Defendant No. 710 on Schedule "A" to the Complaint).

    GULTMEE-US (Defendant No. 231 on Schedule "A" to the Complaint).

    ETHAICO (Defendant No. 163 on Schedule "A" to the Complaint).

    TIUSIA INC (Defendant No. 573 on Schedule "A" to the Complaint).

    APRILDECEMBER (Defendant No. 33 on Schedule "A" to the Complaint).

    ZLIYGE (Defendant No. 739 on Schedule "A" to the Complaint).

SUNYUE (Defendant No. 544 on Schedule "A" to the Complaint).

HXQ NEW TRADE (Defendant No. 276 on Schedule "A" to the Complaint).

CEALXHENY (Defendant No. 85 on Schedule "A" to the Complaint).

GBLW Jewelry (Defendant No. 207 on Schedule "A" to the Complaint).

PAGE LAWRENCE (Defendant No. 451 on Schedule "A" to the Complaint).

WINNE SHOP (Defendant No. 627 on Schedule "A" to the Complaint).

XIAO BUDIAN (Defendant No. 642 on Schedule "A" to the Complaint).

YPS Collection (Defendant No. 699 on Schedule "A" to the Complaint).

FEIANDENGUS (Defendant No. 180 on Schedule "A" to the Complaint).

BEISHIKJM (Defendant No. 59 on Schedule "A" to the Complaint).

GARDEN-YTC (Defendant No. 206 on Schedule "A" to the Complaint).

ONEETIS (Defendant No. 445 on Schedule "A" to the Complaint).

VOGUE7 (Defendant No. 608 Schedule "A" to the Complaint).

YISHUO (Defendant No. 678 on Schedule "A" to the Complaint).

FENG TEN (Defendant No. on Schedule "A" to the Complaint).

SZSXMDZSW (Defendant No. 551 on Schedule "A" to the Complaint).

BRIGHT2019 (Defendant No. 68 on Schedule "A" to the Complaint).

STARWAY US (Defendant No. 531 on Schedule "A" to the Complaint).

ZHANGQIXUN (Defendant No. 729 on Schedule "A" to the Complaint).

FEIONUSIN OFFICIAL (Defendant No. 181 on Schedule "A" to the Complaint).

JINGZHOU (Defendant No. 300 on Schedule "A" to the Complaint).

JALTAGO (Defendant No. 285 on Schedule "A" to the Complaint).

NHUNG DOAN (Defendant No. 430 on Schedule "A" to the Complaint).

HOLAWIT (Defendant No. 257 on Schedule "A" to the Complaint).

SUNFLOWER UK (Defendant No. 538 on Schedule "A" to the Complaint).

| | |
|---|---|
| Date:   August 28, 2023 | Respectfully submitted by, |

**Richard Guerra**
Richard Guerra (Fla. Bar No. 689521)
Attorney Email address: rguerra@brickellip.com
THE BRICKELL IP GROUP, PLLC
1101 Brickell Avenue, South Tower, Suite 800
Miami, FL 33131
Telephone: (305) 728-8831
*Attorneys for Plaintiff*