UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-61203-CIV-SINGHAL

THE SMILEY COMPANY SPRL,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS IDENTIFIED
ON SCHEDULE "A,",

    Defendants.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Notice of Voluntary Dismissal without prejudice (DE [67]) of the following Defendant filed by Plaintiff, The Smiley Company SPRL:

    1. PERTEMBA USA (Defendant No. 457 on Schedule "A" to the Complaint).

In light of Plaintiff's Notice of Voluntary Dismissal, it is hereby

**ORDERED AND ADJUDGED** that Defendant, PERTEMBA USA be **DISMISSED WITHOUT PREJUDICE**. Each party shall bear its own attorney's fees and costs.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 28th day of August 2023.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies to counsel via CM/ECF