UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-61203-CIV-SINGHAL

THE SMILEY COMPANY SPRL,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS IDENTIFIED
ON SCHEDULE "A,",

    Defendants.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Notice of Voluntary Dismissal with prejudice (DE [68]) of the following Defendants filed by Plaintiff, The Smiley Company SPRL:

1. MAND-JENNIFER (Defendant No. 394 on Schedule "A" to the Complaint).
2. CENGFENG (Defendant No. 86 on Schedule "A" to the Complaint.)
3. TTSAM_ZIT (Defendant No. 589 on Schedule "A" to the Complaint).
4. YUNTOP (Defendant No. 710 on Schedule "A" to the Complaint).
5. GULTMEE-US (Defendant No. 231 on Schedule "A" to the Complaint).
6. ETHAICO (Defendant No. 163 on Schedule "A" to the Complaint).
7. TIUSIA INC (Defendant No. 573 on Schedule "A" to the Complaint).
8. APRILDECEMBER (Defendant No. 33 on Schedule "A" to the Complaint).
9. ZLIYGE (Defendant No. 739 on Schedule "A" to the Complaint).
10. SUNYUE (Defendant No. 544 on Schedule "A" to the Complaint).

11. HXQ NEW TRADE (Defendant No. 276 on Schedule "A" to the Complaint).

12. CEALXHENY (Defendant No. 85 on Schedule "A" to the Complaint).

13. GBLW Jewelry (Defendant No. 207 on Schedule "A" to the Complaint).

14. PAGE LAWRENCE (Defendant No. 451 on Schedule "A" to the Complaint).

15. WINNE SHOP (Defendant No. 627 on Schedule "A" to the Complaint).

16. XIAO BUDIAN (Defendant No. 642 on Schedule "A" to the Complaint).

17. YPS Collection (Defendant No. 699 on Schedule "A" to the Complaint).

18. FEIANDENGUS (Defendant No. 180 on Schedule "A" to the Complaint).

19. BEISHIkjm (Defendant No. 59 on Schedule "A" to the Complaint).

20. GARDEN-YTC (Defendant No. 206 on Schedule "A" to the Complaint).

21. ONEETIS (Defendant No. 445 on Schedule "A" to the Complaint).

22. VOGUE7 (Defendant No. 86 on Schedule "A" to the Complaint).

23. YISHUO (Defendant No. 678 on Schedule "A" to the Complaint).

24. FENG TEN (Defendant No. on Schedule "A" to the Complaint).

25. SZSXMDZSW (Defendant No. 551 on Schedule "A" to the Complaint).

26. BRIGHT2019 (Defendant No.68 on Schedule "A" to the Complaint).

27. STARWAY US (Defendant No. 531 on Schedule "A" to the Complaint).

28. ZHANGQIXUN (Defendant No. 729 on Schedule "A" to the Complaint).

29. FEIONUSIN OFFICIAL (Defendant No. 181 on Schedule "A" to the Complaint).

30. JINGZHOU (Defendant No. 300 on Schedule "A" to the Complaint).

31. JALTAGO (Defendant No. 285 on Schedule "A" to the Complaint).

32. NHUNG DOAN (Defendant No. 430 on Schedule "A" to the Complaint).

33. HOLAWIT (Defendant No. 257 on Schedule "A" to the Complaint).

34. SUNFLOWER UK (Defendant No. 538 on Schedule "A" to the Complaint).

In light of Plaintiff's Notice of Voluntary Dismissal, it is hereby

**ORDERED AND ADJUDGED** that Defendants, MAND-JENNIFER, CENGFENG, TTSAM_ZIT, YUNTOP, GULTMEE-US, ETHAICO, TIUSIA INC, APRILDECEMBER, ZLIYGE, SUNYUE, HXQ NEW TRADE, CEALXHENY, GBLW JEWELRY, PAGE LAWRENCE, WINNE SHOP, XIAO BUDIAN, YPS COLLECTION, FEIANDENGUS, BEISHIKJM, GARDEN-YTC, ONEETIS, VOGUE7, YISHUO, FENG TEN, SZSYXDZSW, BRIGHT2019, STARWAY US, ZHANGQIXUN, FEIONUSIN OFFICIAL, JINGZHOU, JALTAGO, NHUNG DOAN, HOLAWIT AND SUNFLOWER UK be **DISMISSED WITH PREJUDICE**. Each party shall bear its own attorney's fees and costs.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 29th day of August 2023.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies to counsel via CM/ECF