UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 0:23-cv-61203

THE SMILEY COMPANY SPRL,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants

## CERTIFICATION OF JIYUAN ZHANG, ESQ

    Jiyuan Zhang, Esquire, pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that:

    (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida;

    (2) I am a member in good standing of New York State Bar and the Southern District of New York, Eastern District of New York and Northern District of Illinois; and (3) I have not filed more than three pro hac vice motions in different cases in this District within the last 365 days.

    */s/ Jiyuan Zhang*