UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 0:23-cv-61203

THE SMILEY COMPANY SPRL,

   Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

   Defendants

**ORDER GRANTING MOTION TO APPEAR**
***PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Jiyuan Zhang, Esq., Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures.  This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

1. The Motion is GRANTED.
2. Jiyuan Zhang, Esq., may appear and participate in this action on behalf of Pogah, OVOY Inc., Likorh, UTOWO, and TuopuSiLe.
3. The Clerk shall provide electronic notification of all electronic filings to Jiyuan Zhang, Esq., at JZ@jzhanglaws.com.
4. The following attorney, who maintains an office in this District, is designated and approved as local counsel with whom the Court and opposing counsel can readily

communicate regarding the conduct of the case and upon whom papers shall be served: Jianyin Liu, Esq. the Law Offices of James Liu PLLC at 15750 SW 92nd Ave Unit 20C Palmetto Bay, FL 33157, jamesliulaw@gmail.com.

DONE AND ORDERED in Chambers at _____, Florida, this day of _____.

_____
Raag Singhal
United States District Judge

Copies furnished to: All Counsel of Record