UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:23-cv-61203-AHS

THE SMILEY COMPANY SPRL,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/

## NOTICE OF VOLUNTARY DISMISSAL
## AS TO CERTAIN DEFENDANTS ONLY

PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and by undersigned counsel, Plaintiff hereby voluntarily dismisses *with* prejudice all claims against the following Defendants:

    CXS-USA (Defendant No. 131 on Schedule "A" to the Complaint).

    ANRUIQI-USA (Defendant No. 28 on Schedule "A" to the Complaint).

    YUJIAGUAN (Defendant No. 704 on Schedule "A" to the Complaint).

    PLACITIUME (Defendant No. 463 on Schedule "A" to the Complaint).

    LESLIEJEWELRY (Defendant No. 347 on Schedule "A" to the Complaint).

    PAUCST (Defendant No. 455 on Schedule "A" to the Complaint).

    KELAIEN-US (Defendant No. 321 on Schedule "A" to the Complaint).

    SUNMOON (Defendant No. 540 on Schedule "A" to the Complaint).

    HUYBKD (Defendant No. 274 on Schedule "A" to the Complaint).

LENOVO333 (Defendant No. 346 on Schedule "A" to the Complaint).

YINSMALLQI (Defendant No. 677 on Schedule "A" to the Complaint).

GALAXY STICK (Defendant No. 203 on Schedule "A" to the Complaint).

SLOWTRA (Defendant No. 514 on Schedule "A" to the Complaint).

THE GIRL WHO BAKES (Defendant No. 567 on Schedule "A" to the Complaint).

LALAPPLE (Defendant No. 340 on Schedule "A" to the Complaint).

QIUMING (Defendant No. 473 on Schedule "A" to the Complaint).

BROTHERZHONG (Defendant No. 70 on Schedule "A" to the Complaint).

KISS WIFE (Defendant No. 326 on Schedule "A" to the Complaint).

SOFEON (Defendant No. 523 on Schedule "A" to the Complaint).

DONGGANGAJI (Defendant No. 151 on Schedule "A" to the Complaint).

YYREACH (Defendant No. 715 on Schedule "A" to the Complaint).

GUOJIEBH (Defendant No. 232 Schedule "A" to the Complaint).

LOVMOOFUL (Defendant No. 377 on Schedule "A" to the Complaint).

NITITOP (Defendant No. 435 on Schedule "A" to the Complaint).

WANGYARUR (Defendant No. 612 on Schedule "A" to the Complaint).

NATEPUZ (Defendant No. 422 on Schedule "A" to the Complaint).

XUNLONGKEJI (Defendant No. 659 on Schedule "A" to the Complaint).

SONMON INC (Defendant No. 527 on Schedule "A" to the Complaint).

JKL OFFICIAL (Defendant No. 307 on Schedule "A" to the Complaint).

JZZ TRADE (Defendant No. 314 on Schedule "A" to the Complaint).

CREATIVITE MANGO (Defendant No. 128 on Schedule "A" to the Complaint).

Date: September 5, 2023                                  Respectfully submitted by,

**Richard Guerra**
Richard Guerra (Fla. Bar No. 689521)
Attorney Email address: rguerra@brickellip.com
THE BRICKELL IP GROUP, PLLC
1101 Brickell Avenue, South Tower, Suite 800
Miami, FL 33131
Telephone: (305) 728-8831
*Attorneys for Plaintiff*