UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-61203-CIV-SINGHAL

THE SMILEY COMPANY SPRL,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS IDENTIFIED
ON SCHEDULE "A,",

    Defendants.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Notice of Voluntary Dismissal with prejudice (DE [74]) of the following Defendants filed by Plaintiff, The Smiley Company SPRL:

1. CXS-USA (Defendant No. 131 on Schedule "A" to the Complaint).
2. ANRUIQI-USA (Defendant No. 28 on Schedule "A" to the Complaint).
3. YUJIAGUAN (Defendant No. 704 on Schedule "A" to the Complaint).
4. PLACITIUME (Defendant No. 463 on Schedule "A" to the Complaint).
5. LESLIEJEWELRY (Defendant No. 347 on Schedule "A" to the Complaint).
6. PAUCST (Defendant No. 455 on Schedule "A" to the Complaint).
7. KELAIEN-US (Defendant No. 321 on Schedule "A" to the Complaint).
8. SUNMOON (Defendant No. 540 on Schedule "A" to the Complaint).
9. HUYBKD (Defendant No. 274 on Schedule "A" to the Complaint).

10. LENOVO333 (Defendant No. 346 on Schedule "A" to the Complaint).
11. YINSMALLQI (Defendant No. 677 on Schedule "A" to the Complaint).
12. GALAXY STICK (Defendant No. 203 on Schedule "A" to the Complaint).
13. SLOWTRA (Defendant No. 514 on Schedule "A" to the Complaint).
14. THE GIRL WHO BAKES (Defendant No. 567 on Schedule "A" to the Complaint).
15. LALAPPLE (Defendant No. 340 on Schedule "A" to the Complaint).
16. QIUMING (Defendant No. 473 on Schedule "A" to the Complaint).
17. BROTHERZHONG (Defendant No. 70 on Schedule "A" to the Complaint).
18. KISS WIFE (Defendant No. 326 on Schedule "A" to the Complaint).
19. SOFEON (Defendant No. 523 on Schedule "A" to the Complaint).
20. DONGGANGAJI (Defendant No. 151 on Schedule "A" to the Complaint).
21. YYREACH (Defendant No. 715 on Schedule "A" to the Complaint).
22. GUOJIEBH (Defendant No. 232 Schedule "A" to the Complaint).
23. LOVMOOFUL (Defendant No. 377 on Schedule "A" to the Complaint).
24. NITITOP (Defendant No. 435 on Schedule "A" to the Complaint).
25. WANGYARUR (Defendant No. 612 on Schedule "A" to the Complaint).
26. NATEPUZ (Defendant No. 422 on Schedule "A" to the Complaint).
27. XUNLONGKEJI (Defendant No. 659 on Schedule "A" to the Complaint).
28. SONMON INC (Defendant No. 527 on Schedule "A" to the Complaint).
29. JKL OFFICIAL (Defendant No. 307 on Schedule "A" to the Complaint).
30. JZZ TRADE (Defendant No. 314 on Schedule "A" to the Complaint).

    31. CREATIVITE MANGO (Defendant No. 128 on Schedule "A" to the Complaint).

In light of Plaintiff's Notice of Voluntary Dismissal, it is hereby

**ORDERED AND ADJUDGED** that Defendants, CXS-USA, ANRUIQI-USA, YUJIAGUAN, PLACITIUME, LESLIE JEWELRY, PAUCST, KELAIEN-US, SUNMOON, HUYBKD, LENOVO333, YINSMALLQI, GALAXY STICK, SLOWTRA, THE GIRL WHO BAKES, LALAPPLE, QJUMING, BROTHERZHONG, KISS WIFE, SOFEON, DONGGANGAJI, YYREACH, GUOJIEBH, LOVMOOFUL, NITITOP, WANGYARUR, NATEPUZ, XUNLONGKEJI, SONMON INC, JKL OFFICIAL, JZZ TRADE AND CREATIVITE MANGO be **DISMISSED WITH PREJUDICE**. Each party shall bear its own attorney's fees and costs.

    **DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 6th day of September, 2023.

                                              _____
                                              RAAG SINGHAL
                                              UNITED STATES DISTRICT JUDGE

Copies to counsel via CM/ECF