UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:23-cv-61203-AHS

THE SMILEY COMPANY SPRL,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/

**NOTICE OF VOLUNTARY DISMISSAL
AS TO CERTAIN DEFENDANTS ONLY**

PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and by undersigned counsel, Plaintiff hereby voluntarily dismisses *with* prejudice all claims against the following Defendants:

    COVS ADAPTER STORE (Defendant No. 126 on Schedule "A" to the Complaint).

    COVS BRAND (Defendant No. 127 on Schedule "A" to the Complaint).

    GIOM SHOP (Defendant No. 216 on Schedule "A" to the Complaint).

    SOOFYLIA (Defendant No. 528 on Schedule "A" to the Complaint).

    FLANACOM (Defendant No. 190 on Schedule "A" to the Complaint).

    QIUSUO (Defendant No. 474 on Schedule "A" to the Complaint).

    COMET~ (Defendant No. 120 on Schedule "A" to the Complaint).

    JOYBERG (Defendant No. 310 on Schedule "A" to the Complaint).

CHENGDOUJUNZERANSHANGMAOYOUXIANGONGSI (Defendant No. 94 on Schedule "A" to the Complaint).

CICTIAN (Defendant No. 110 on Schedule "A" to the Complaint).

ROGSGIC (Defendant No. 489 on Schedule "A" to the Complaint).

REGELETO (Defendant No. 482 on Schedule "A" to the Complaint).

ALDRIDGE GUGU (Defendant No. 15 on Schedule "A" to the Complaint).

MEAFENG: (Defendant No. 399 on Schedule "A" to the Complaint).

| | |
|---|---|
| Date: September 11, 2023 | Respectfully submitted by, |

**Richard Guerra**
Richard Guerra (Fla. Bar No. 689521)
Attorney Email address: rguerra@brickellip.com
THE BRICKELL IP GROUP, PLLC
1101 Brickell Avenue, South Tower, Suite 800
Miami, FL 33131
Telephone: (305) 728-8831
*Attorneys for Plaintiff*