UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 0:23-cv-61203

The Smiley Company SPRL,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS
AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED
ON SCHEDULE "A",

    Defendants.

_____/

**ORDER FOR MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**

The Court hereby grants Defendants, Pogah, OVOY Inc., Likorh, UTOWO, and TuopuSiLe, motion for an extension of their deadline to respond to the complaint [DE 78]. These Defendants must file their responses to the complaint on or before October 6, 2023.

 

                                                _____

                                                Hon. Raag Singhal