UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-61203-CIV-SINGHAL

THE SMILEY COMPANY SPRL,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS IDENTIFIED
ON SCHEDULE "A,",

    Defendants.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Notice of Voluntary Dismissal with prejudice (DE [76]) of the following Defendants filed by Plaintiff, The Smiley Company SPRL:

1. COVS ADAPTER STORE (Defendant No. 126 on Schedule "A" to the Complaint).

2. COVS BRAND (Defendant No. 127 on Schedule "A" to the Complaint).

3. GIOM SHOP (Defendant No. 216 on Schedule "A" to the Complaint).

4. SOOFYLIA (Defendant No. 528 on Schedule "A" to the Complaint).

5. FLANACOM (Defendant No. 190 on Schedule "A" to the Complaint).

6. QIUSUO (Defendant No. 474 on Schedule "A" to the Complaint).

7. COMET~ (Defendant No. 120 on Schedule "A" to the Complaint).

8. JOYBERG (Defendant No. 310 on Schedule "A" to the Complaint).

9. CHENGDOUJUNZERANSHANGMAOYOUXIANGONGSI (Defendant No. 94 on Schedule "A" to the Complaint).

10. CICTIAN (Defendant No. 110 on Schedule "A" to the Complaint).

11. ROGSGIC (Defendant No. 489 on Schedule "A" to the Complaint).

12. REGELETO (Defendant No. 482 on Schedule "A" to the Complaint).

13. ALDRIDGE GUGU (Defendant No. 15 on Schedule "A" to the Complaint).

14. MEAFENG: (Defendant No. 399 on Schedule "A" to the Complaint).

In light of Plaintiff's Notice of Voluntary Dismissal, it is hereby

**ORDERED AND ADJUDGED** that Defendants, COVS ADAPTER STORE, COVS BRAND, GIOM SHOP, SOOFYLIA, FLANACOM, COMET, JOYBERG, CHENGDOUJUNZERANSHANGMAOYOUXIANGONGSI, CICTIAN, ROGSGIC, REGELETO, ALDRIDGE GUGU and MEAFENG be **DISMISSED WITH PREJUDICE**. Each party shall bear its own attorney's fees and costs.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 12th day of September 2023.

Copies to counsel via CM/ECF

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE