UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-61203-CIV-SINGHAL

THE SMILEY COMPANY SPRL,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS IDENTIFIED
ON SCHEDULE "A,",

    Defendants.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Notice of Voluntary Dismissals with prejudice (DE [77]) and (DE [81]) of the following Defendants filed by Plaintiff, The Smiley Company SPRL:

1. nice linking (DOE 432)
2. nhotuan9856 (DOE 429)
3. Auxamy (DOE 40)
4. Xildir US (DOE 646)
5. YoungBeautyEU (DOE 695)
6. Carosoffe (DOE 82)
7. Wcrazye (DOE 620)
8. tuan anh SHOP (DOE 590)

In light of Plaintiff's Notice of Voluntary Dismissal, it is hereby

**ORDERED AND ADJUDGED** that Defendants, nice linking, nhotuan9856,

auxamy, xildir, youngbeautyEU, carosoffe, wcrazye and tuan anh SHOP be **DISMISSED WITH PREJUDICE**.  Each party shall bear its own attorney's fees and costs.

      **DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 19th day of September 2023.

                                                 RAAG SINGHAL
                                                 UNITED STATES DISTRICT JUDGE

Copies to counsel via CM/ECF