UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:23-cv-61203-AHS

THE SMILEY COMPANY SPRL,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/

## NOTICE OF VOLUNTARY DISMISSAL
## AS TO CERTAIN DEFENDANTS ONLY

PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and by undersigned counsel, Plaintiff hereby voluntarily dismisses *with* prejudice all claims against the following Defendants:

    ClickEmb (DOE 115)

    Xiuhuadsjklsdkjjrsd (DOE 651)

    Fectas Jewelry (DOE 179)

    CHennie (DOE 98)

    Jemant (DOE 291)

    Yourgreen (DOE 697)

    DaphneUS (DOE 139)

    Le Quoc Thanh Store (DOE 344)

    HIDRUO (DOE 250)

        So cool store (DOE 522)

        NyVotJe4ydo (DOE 440)

        Baobeily (DOE 53)

        Lgort (DOE 348)

        DGSthorn: (DOE 145)

        RITIKA JEWEL (DOE 487)

        GULAKY (DOE 230)

        yunjun-shop (DOE 707)

        KKC Home (DOE 328)

        LiuRongPing520 (DOE 366)

        Shenzhen Huiyu (DOE 502)

Date:   September 21, 2023        Respectfully submitted by,

        **Richard Guerra**
        Richard Guerra (Fla. Bar No. 689521)
        Attorney Email address: rguerra@brickellip.com
        THE BRICKELL IP GROUP, PLLC
        1101 Brickell Avenue, South Tower, Suite 800
        Miami, FL 33131
        Telephone: (305) 728-8831
        *Attorneys for Plaintiff*