UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:23-cv-61203-AHS

THE SMILEY COMPANY SPRL,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/

## NOTICE OF ENTRY OF PARTIES (PART 1)

Plaintiff hereby gives notice that the Defendants[1] identified below are being added as parties to this matter.

| | |
|---|---|
| 5 | AgnesBJones |
| 6 | Agnese Aruma |
| 8 | AiLike |
| 12 | AJG Global Shop |
| 24 | Anghcng |
| 27 | anqingpaxiudianzishangwuyouxiangongsi |
| 32 | aowangde |
| 34 | ARETIS |
| 36 | Aruiliya |
| 46 | Baibang |
| 49 | BaiYiGou Store |
| 50 | BalaBala Jewelry |
| 54 | baoya |
| 56 | BDANA |
| 72 | BULA THI |
| 89 | chansyee |
| 90 | chaoteweifangmao |

---

[1] Defendants are listed on Schedule A to the Complaint [ECF No. 16-1]. The numbering to the left corresponds to the designated Defendant Number on Schedule A.

| | |
|---|---|
| 95 | chengduguofeiyangshangmaoyouxiangongsi |
| 97 | CHENH JUN XIANG |
| 99 | Chen-Yu |
| 112 | ciqinhdfsad |
| 116 | CloudchiaUS |
| 119 | Color Flower |
| 121 | Congcongshop |
| 123 | Cool Trendy |
| 132 | Cynicism Coser |
| 134 | dajudaju |
| 137 | danzhoushihuojieguishangmaoyouxiangongsi |
| 138 | Dao_Store |
| 147 | DIMPLES |
| 148 | dinganjianluqianshangmaoyouxiangongsi4121 |
| 149 | DIYSOPRJOOM |
| 155 | Dreuyet |
| 157 | Dubianlifeng |
| 164 | EFT Shop |
| 182 | Fekicent |
| 183 | fengniaomaoyi123 |
| 184 | fengweinuo |
| 185 | FFJGO |
| 193 | foshanshishundequdifengdianshangyouxiangongsi |
| 194 | FRA GRA |
| 197 | fuhjting |
| 205 | GAOCOI |
| 211 | Gemyth |
| 213 | gengqianyanyu |
| 218 | GLORYMOND Official |
| 222 | Goon-US |
| 226 | guangzhoushidoufudianzishangwuyouxiangongsi |
| 227 | guangzhouweiyishangmaoyouxiangongsi |
| 228 | guanjial55548 |
| 229 | guanjiedfssdf |
| 235 | GUTESI |
| 236 | haikouyutingshangmaoyouxiangongsi |
| 238 | HanDesigns |
| 241 | HeBeiKangPanDianZiKeJiYouXianGongSi235235Dian |
| 242 | Hefei Yize |
| 247 | HeyLab |
| 251 | Hikuality |
| 253 | HISPEED |
| 254 | hitinghunbmy |
| 255 | HJYDirect |
| 260 | hongqiugui |

267 HuangWeiYuanUS
269 huibiaoll
271 huiphong
278 hzsmeiguo
282 Ivyhomestar
288 JCHENC
292 JEMUZEWEL
295 Jiaxuan grocery store
297 Jingnan Jewelry
306 jjhhzzp1
318 Kapzon
324 KIITUMG
325 KIMOANHHP
329 KKLUU
330 klicnow
331 koleso
334 KRANNAVEE
335 kungfu fitness direct
337 La Feng Long
341 lanen
342 largentolab
343 lcxmybhd
353 LiJiaXinDeDian
356 LINGSHANGKEJI
357 Linh appwatch
360 LIQ-USA
363 liubogongsi
365 liudaohang
367 LiuXinYuLiuXinYu
368 liyingdianfa
369 LJWEN
370 lllfffing
371 L-MING
372 Logoer
378 LoyJoy
380 LRXqingchun
382 lucky E
384 LUOBU
385 LUYANGSHOP
390 M I GENIUS
395 MANN PHUONG SHOP
401 MIALAR

Date:   September 21, 2023

Respectfully submitted by,

**Richard Guerra**
Richard Guerra **(**Fla. Bar No. 689521)
Email: rguerra@brickellip.com
THE BRICKELL IP GROUP, PLLC
1101 Brickell Avenue
South Tower, Suite 800
Miami FL, 33131
Tel: 305-728-8831
Fax: 305-428-2450

*Attorney for Plaintiff*