UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:23-cv-61203-AHS

THE SMILEY COMPANY SPRL,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/

## NOTICE OF ENTRY OF PARTIES (PART 2)

Plaintiff hereby gives notice that the Defendants[1] identified below are being added as parties to this matter.

| | |
|---|---|
| 402 | miaohubinghe |
| 404 | Min Hi |
| 408 | MOLI Store |
| 412 | moonsole |
| 420 | N D Jewels |
| 426 | Newjusy |
| 431 | Nianjiahe |
| 434 | NILD |
| 437 | Nolako |
| 438 | Norson |
| 439 | nyequzelinuodianzichanpinxiaoshouchan |
| 443 | ONCEX |
| 450 | Oxana24 Shop |
| 469 | qianjindian |
| 471 | qingmuhedianzi |
| 477 | Quanzhoushiweiteerdianzishangwuyouxiangongsi |
| 478 | QUELLE TATTOO |

---

[1] Defendants are listed on Schedule A to the Complaint [ECF No. 16-1]. The numbering to the left corresponds to the designated Defendant Number on Schedule A.

| | |
|---|---|
| 480 | QZHANG |
| 483 | Renguangxing Shop |
| 484 | ResinDIY |
| 485 | Rich Supply |
| 490 | rtngl |
| 495 | Sanydanc |
| 496 | SanYi |
| 497 | Saptuba |
| 498 | Screaming Ranngers |
| 499 | shanxihongjinrongshuangshangmaoyouxiangongsi |
| 503 | shenzhenx intoukejiyouxiangongsi |
| 508 | shuofengshangmaoyouxiangongsi |
| 509 | silverhub14 |
| 511 | sixintongxin |
| 516 | Small World Rtl |
| 518 | smile slippers |
| 519 | smileth |
| 521 | Smiley Slippers |
| 533 | Stencils World |
| 535 | sucojrff |
| 537 | SUNCCEY |
| 542 | SUNNYGO |
| 543 | SUNNYSMILE |
| 545 | SUUMOOEW |
| 546 | Suzuki Sonoko |
| 547 | SWEETGRJ |
| 555 | taihejiabaobao |
| 556 | TAIYATE |
| 560 | TARAKING |
| 563 | Telafaer |
| 564 | tengzhouchanglinanzhuanggongchengyouxiangongsi |
| 572 | TIDARAT CRAFT |
| 575 | tongbin123 |
| 576 | tongshanxianyirongbaihuodian |
| 581 | Toword |
| 582 | TPSFashion |
| 583 | Trestc-US |
| 585 | TseanYi |
| 586 | TSFJDBXZ |
| 587 | TTNDstore |
| 588 | TTOCH Trading Co., Ltd. |
| 597 | UmaSilkRoad |
| 599 | Urban Eureka |
| 600 | US MOBEITI |
| 602 | VANN HAO SHOP |

| | |
|---|---|
| 611 | WangJingShi QiuKai |
| 619 | wbao4122 |
| 620 | WCRAZYE (WEZLCOME) |
| 621 | weifangshuoxinwangluoyouxiangongsi. |
| 624 | Wenjiajia |
| 632 | World's Life Store |
| 636 | WUJINQIU |
| 638 | WXHouse |
| 640 | X peng |
| 641 | XIANG YAO HUA |
| 644 | XICHIGO |
| 645 | Xijiahao |
| 649 | xinxiang0531 |
| 650 | xinxinxiangrongdianzishangwuzhongxin |
| 657 | Xuan Lubassui |
| 658 | xujinxian2 |
| 660 | XYDaXin Store |
| 662 | yangdp |
| 663 | yangtuo95 |
| 664 | yangyangdfjskldf |
| 667 | YB shop store |
| 674 | YIIKING |
| 679 | YiTingLife |
| 686 | YJWMXY |
| 694 | YOULONG-BC |
| 701 | Yu wen |
| 702 | YUANHUACA |
| 705 | Yumoo Jewelry |
| 706 | yunbidianzishangwu |
| 713 | YUWUXIA |
| 720 | Zboro |
| 721 | zcwl |
| 722 | Zelaco |
| 726 | ZENITHALS |
| 734 | ZhiJiangShiDuiXunShangMaoYouXianGongSi |
| 736 | zhouqiaddfng |
| 740 | ZVKHMK |
| 742 | Defendant Number 742 |
| 743 | Defendant Number 743 |
| 744 | Defendant Number 744 |
| 745 | Defendant Number 745 |

| | |
|---|---|
| Date:   September 21, 2023 | Respectfully submitted by,<br><br>**Richard Guerra**<br>Richard Guerra **(**Fla. Bar No. 689521)<br>Email: rguerra@brickellip.com<br>THE BRICKELL IP GROUP, PLLC<br>1101 Brickell Avenue<br>South Tower, Suite 800<br>Miami FL, 33131<br>Tel: 305-728-8831<br>Fax: 305-428-2450<br><br>*Attorney for Plaintiff* |