UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-61203-CIV-SINGHAL

THE SMILEY COMPANY SPRL,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS IDENTIFIED
ON SCHEDULE "A,",

    Defendants.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Notice of Voluntary Dismissal with prejudice (DE 83]) of the following Defendants filed by Plaintiff, The Smiley Company SPRL:

1. ClickEmb (DOE 115)
2. Xiuhuadsjklsdkjjrsd (DOE 651)
3. Fectas Jewelry (DOE 179)
4. CHennie (DOE 98)
5. Jemant (DOE 291)
6. Yourgreen (DOE 697)
7. DaphneUS (DOE 139)
8. Le Quoc Thanh Store (DOE 344)
9. HIDRUO (DOE 250)
10. So cool store (DOE 522)

11. NyVotJe4ydo (DOE 440)
12. Baobeily (DOE 53)
13. Lgort (DOE 348)
14. DGSthorn: (DOE 145)
15. RITIKA JEWEL (DOE 487)
16. GULAKY (DOE 230)
17. yunjun-shop (DOE 707)
18. KKC Home (DOE 328)
19. LiuRongPing520 (DOE 366)
20. Shenzhen Huiyu (DOE 502)

In light of Plaintiff's Notice of Voluntary Dismissal, it is hereby

**ORDERED AND ADJUDGED** that Defendants, clickemb, Xiuhuadsjklsdkjjrsdbe, fectas jewelry, CHennie, Jemant, Yourgreen, DaphneUS, Le Quoc Thanh Store, Hidruo, So cool store, NyVotJe4ydo, Baobeily, Lgort, DGSthorn, Ritika Jewel, Gulaky, yunjun-shop, KKC Home, LiuRongPing520 and Shenzhen Huiyu be **DISMISSED WITH PREJUDICE**.  Each party shall bear its own attorney's fees and costs.

DONE AND ORDERED in Chambers, Fort Lauderdale, Florida, this 25th day of September, 2023.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies to counsel via CM/ECF