UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:23-cv-61203-AHS

THE SMILEY COMPANY SPRL,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/

**AMENDED PROOF OF SERVICE**

I certify and declare that I am over the age of 18 years, employed in the county of Miami-Dade, and I am an attorney for Plaintiff, The Smiley Company SPRL, in the above captioned action.

On July 19, 2023, The Brickell IP Group, PLLC emailed copies of the Complaint, Issued Summons, Sealed Order Granting *Ex Parte* Application for Entry of Temporary Restraining Order,, and Sealed Order Authorizing Alternative Service of Process to each Defendant identified on Schedule "A" to the Complaint, a copy of which is attached hereto with the corresponding email used to serve each Defendant. The Brickell IP Group, PLLC also effected service of process on those Defendants via publication by posting a true and accurate copy of the Complaint, Issued Summons, and all other filings in this case, on the website https://www.dropbox.com/scl/fo/sefaaeo184kglzl5vndtb/h?dl=0&rlkey=k6ihu9whudejodx2m10ride8d.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 25, 2023, at Miami-Dade County, Florida.

**Richard Guerra**
Richard Guerra (Fla. Bar No. 689521)
Attorney Email address: rguerra@brickellip.com
THE BRICKELL IP GROUP, PLLC
1101 Brickell Avenue, South Tower, Suite 800
Miami FL, 33131
Telephone: (305) 728-8831
*Attorneys for Plaintiff*

## SCHEDULE A

| Def. No. | Defendant Name | Email |
|---|---|---|
| 1 | Clothing Accessories | xinxinyanyanlove@aliyun.com; |
| 2 | YYQI | yangqingmingamz@163.com; |
| 3 | AboutQingyu | aboutqingyu@hotmail.com; |
| 4 | Aenjing | luotaodou@163.com; |
| 5 | AgnesBJones | zhibei12056@163.com; |
| 6 | Agnese Aruma | agnese.ar@gmail.com; |
| 7 | Ahzemepinyo | yulongdesign01@163.com; |
| 8 | AiLike | ailike-us@outlook.com; |
| 9 | AinivEU | ainiveu@outlook.com; |
| 10 | Airbike Store | donghuajie@qq.com; |
| 11 | Aitipy | 764209707@qq.com; |
| 12 | AJG Global Shop | cyh1231124@163.com; |
| 13 | Akeoqi | a15314988320@163.com; |
| 14 | Akooye | wangweiming@akooye.com; |
| 15 | Aldridge Gugu | dongge3435@163.com; |
| 16 | Alikikids | alikikids2021@outlook.com; |
| 17 | Allereyae | yironghe@outlook.com; |
| 18 | almost sgt | cheyenne0820@hotmail.com; |
| 19 | Amazjy | 1260930902@qq.com; |
| 20 | American Trends | usatrendus@outlook.com; |
| 21 | Amwo | napo202006@hotmail.com; |
| 22 | Anezus Direct | anezusdirect@outlook.com; |
| 23 | angel's aunt store | duanchunlei@hotmail.com; |
| 24 | Anghcng | 1460495640@qq.com; |

| 25 | ANLEY | amazon@anley.com; |
|---|---|---|
| 26 | AnnoDeel | 306045199@qq.com; |
| 27 | anqingpaxiudianzishangwuyouxiangongsi | lileiyao585652@163.com; |
| 28 | Anruiqi-USA | anruiqi2022@outlook.com; |
| 29 | Anten Pink Jewelry | 752315071@qq.com; |
| 30 | Anvin Direct | 67852426@qq.com; |
| 31 | Aomi | 925722596@qq.com; |
| 32 | aowangde | yidunnailv@163.com; |
| 33 | Aprildecember | littlestarbakery6868@outlook.com; |
| 34 | ARETIS | cblljgcyotp717@sina.com; |
| 35 | AROUIE | runyaotech@outlook.com; |
| 36 | Aruiliya | cy1332227@163.com; |
| 37 | Ascona Jewelry | jayden@eastsplendor.com; |
| 38 | Audab Store | audabstoreus@outlook.com; |
| 39 | Aunyn | diebu881110@126.com; |
| 40 | Auxamy | lejishikeji@163.com; |
| 41 | Avecell | woaigou.us@outlook.com; |
| 42 | Azue | 2780560972@qq.com; |
| 43 | B2jkae | asdknsdlm@163.com; |
| 44 | Babytree® | babytreeus@qq.com; |
| 45 | BACI PARTY IDEAS | smj13605829239@outlook.com; |
| 46 | Baibang | nakobo99@outlook.com; |
| 47 | BAIGRAM | aklopviistore@163.com; |
| 48 | Bailv Fashion Sports | bailvus@163.com; |
| 49 | BaiYiGou Store | gbig5468127@163.com; |
| 50 | BalaBala Jewelry | shijinzi2020@163.com; |
| 51 | Balirek Jewelry | jingxudianshang@163.com; |
| 52 | Bantianjun | panyou66@126.com; |
| 53 | Baobeily | sanbing520yl@163.com; |
| 54 | baoya | a13639882640@outlook.com; |
| 55 | BClose | office@bcloseus.com; |
| 56 | BDANA | tysj0224@outlook.com; |
| 57 | Beautlace Jewelry | beautlace@163.com; |
| 58 | BeiHua | 1022619510@qq.com; |
| 59 | BEISHIkjm | k13959916882@163.com; |
| 60 | Besttile | 3253441132@qq.com; |
| 61 | BGISI-US | jojoexpress@163.com; |
| 62 | BigTook | kingchaomin@foxmail.com; |
| 63 | Binncon | shangchunmaoyi@163.com; |
| 64 | Blavvennt Office Stuff | hk13413767366@126.com; |
| 65 | BLMHTWO | blmhone2022@163.com; |
| 66 | BOHAQA | huykhanh.amz@gmail.com; |

| 67 | BOSOIRSOU | october_us@163.com; |
|---|---|---|
| 68 | bright2019 | 15332095339@163.com; |
| 69 | BroadWatch | broadfashion.amazon@gmail.com |
| 70 | Brotherzhong | jiangnanxunmo@163.com; |
| 71 | Buerhomie | buerhomie@outlook.com; |
| 72 | BULA THI | builammchithien@gmail.com; |
| 73 | Buluodetaiyang | yaoyuyudouyao@163.com; |
| 74 | Burnjump | 878197070@qq.com; |
| 75 | Buysfun CO., LTD | robbin95@gmail.com; |
| 76 | BXFAHZJ SHOP | ssctyvew@163.com; |
| 77 | Cadyn | cadyn03@outlook.com; |
| 78 | Cafl | nihuiyudaogeng@163.com; |
| 79 | Canggai'store | tracycao2017@hotmail.com; |
| 80 | caokechao | caokechao763@outlook.com; |
| 81 | Carabao | 997186061@qq.com; |
| 82 | Carosoffe | zbcgj561mfh78@163.com; |
| 83 | CASETiFY® | wellington.lai@casetify.com; |
| 84 | Castle Fairy | yrftyg@outlook.com; |
| 85 | CEALXHENY | luguanga16@hotmail.com; |
| 86 | CENGFENG | ywcfus@outlook.com; |
| 87 | Century Star US | centurystarus@outlook.com; |
| 88 | Changfan Fashion Jewelry Store | changfan2022@163.com; |
| 89 | chansyee | ymxmaohua@163.com; |
| 90 | chaoteweifangmao | kongyichen699278@163.com; |
| 91 | chaungfuchenyan | hzchuangfu@163.com; |
| 92 | Cheganxuan | 530377344@qq.com; |
| 93 | Chen Wen Jiang | qingwabeng36@163.com; |
| 94 | chengdoujunzeranshangmaoyouxiangongsi | cdjzrsmyxgsus@outlook.com; |
| 95 | chengduguofeiyangshangmaoyouxiangongsi | vohaiphuong92730@gmail.com; |
| 96 | Chengpin Made | chengpinone@outlook.com; |
| 97 | CHENH JUN XIANG | 18688015523@163.com; |
| 98 | CHennie | yuhmaoyi@163.com; |
| 99 | Chen-Yu | cyhenus@163.com; |
| 100 | CHEODIN | yuejiaming2022@163.com; |
| 101 | chibishiyuyingbaihuodian | wujinshan56464@outlook.com; |
| 102 | ChicSallyoon | mlrichbossus@163.com; |
| 103 | Chiinvent US | wghj05701@163.com; |
| 104 | ChirestHome | yishenghuo551@hotmail.com; |
| 105 | Choismin | kailushangwu2022@163.com; |
| 106 | Chosen-US | 3090725176@qq.com; |
| 107 | CHUANLU US | chuanluus@outlook.com; |
| 108 | ChuanRong | chuangrong204@126.com; |

4

| | | |
|---|---|---|
| 109 | CHUYINGECO | chuyingyw@126.com; |
| 110 | CiCTIAN | wxiao_amazon_8644@163.com; |
| 111 | cilighter | 3404197346@qq.com; |
| 112 | ciqinhdfsad | mi61201481@163.com; |
| 113 | CitiBinz | hongocminh120763@gmail.com; |
| 114 | Ckysee Jewelry | ckyseejewelry@hotmail.com; |
| 115 | ClickEmb | clickabit.shop@gmail.com; |
| 116 | CloudchiaUS | cloudchia2022@gmail.com; |
| 117 | cloudsweet | cloudsweet231@126.com; |
| 118 | Coincide Co.,Ltd | coincidecoltd@163.com; |
| 119 | Color Flower | 1667649760@qq.com; |
| 120 | Comet～ | qh15959218352@outlook.com; |
| 121 | Congcongshop | congcongsm123@163.com; |
| 122 | Cookiecan | 15869682972@163.com; |
| 123 | Cool Trendy | chenxuanyi2021@163.com; |
| 124 | Coolife USA Direct | waying188@163.com; |
| 125 | Coolmatt | coolmatt@yeah.net; |
| 126 | COVS Adapter Store | naxkta46qq65@163.com; |
| 127 | COVS Brand | fianciq@163.com; |
| 128 | Creativite Mango | 1316751067@qq.com; |
| 129 | CShopCC | packagingshopc@yahoo.com; |
| 130 | Cutiemango USA | cutiemangousa@gmail.com; |
| 131 | CXS-USA | changxinsheng2022@outlook.com; |
| 132 | Cynicism Coser | pwuuow469@163.com; |
| 133 | DAFAJGY | dafajgy@hotmail.com; |
| 134 | dajudaju | 1317545960@qq.com; |
| 135 | Danceboy | zuzu_michael@163.com; |
| 136 | Danitar Direct | 3301805899@qq.com; |
| 137 | danzhoushihuojieguishangmaoyouxiangongsi | qiu910chihanrecan@126.com; |
| 138 | Dao_Store | culegatordemere@mail.ru; |
| 139 | DaphneUS | nbdiep2023@gmail.com; |
| 140 | DASHALOU | superspytt@hotmail.com; |
| 141 | DASHENRAN Store | yaoxime45@163.com; |
| 142 | Decorably US | kevan@agrader.sg; |
| 143 | Design, Invent, Print | amazon@designinventprint.com; |
| 144 | DG on line | 118676088346@163.com; |
| 145 | DGSthorn | dgs.daungardbkk@yahoo.com; |
| 146 | DIBOR shops | 1010294488@qq.com; |
| 147 | DIMPLES | helloouyang2021@163.com; |
| 148 | dinganjianluqianshangmaoyouxiangongsi4121 | lvflzj@163.com; |
| 149 | DIYSOPRJOOM | anhuixintao@163.com; |
| 150 | Dolleme Direct | daole_us@outlook.com; |

| | | |
|---|---|---|
| 151 | DONGGANGAJI | kihostore@126.com; |
| 152 | dongkunying | a15875921741@163.com; |
| 153 | Dorafo | luolili_1346@163.com; |
| 154 | DREMISI | a44ama@163.com; |
| 155 | Dreuyet | 3160482191@qq.com; |
| 156 | DSDFIDn | x15805072339@163.com; |
| 157 | Dubianlifeng | dubianshangwu@yeah.net; |
| 158 | DuDu | wengkaixin0421@163.com; |
| 159 | DUOSE PHONE | 3351400540@qq.com; |
| 160 | DurioUS | 2214496515@qq.com; |
| 161 | DXZN | 938317867@qq.com; |
| 162 | Dzrige | yuanweibo88@163.com; |
| 163 | E T H A I C O | hbcrzt049uu506@163.com; |
| 164 | EFT Shop | amazonerum10@gmail.com; |
| 165 | Ellequeen | jessicarou@foxmail.com; |
| 166 | EmbTao | embtao@163.com; |
| 167 | EmmWowy | nguyenthicuong11165@gmail.com; |
| 168 | EM-US | hfem2022@163.com; |
| 169 | Entendy Fashion | yiwuzhongyuan1994@163.com; |
| 170 | EUW store | zjiang055@163.com; |
| 171 | FABUVIEW | yooxiim@163.com; |
| 172 | Facweek | wishbuysing@hotmail.com; |
| 173 | fancy land | caroline112916@163.com; |
| 174 | Fanfei Shop | fanfei2021nj@163.com; |
| 175 | FASHIXD-US | 2730539341@qq.com; |
| 176 | FavuitDirect | favuit@hotmail.com; |
| 177 | FayLaw-US | yangfanliu2022@163.com; |
| 178 | FDYHTYR | wanghonguss@163.com; |
| 179 | Fectas Jewelry | xinlingtongus@163.com; |
| 180 | FeiandengUs | feiandengus@163.com; |
| 181 | Feionusin Official | laibanyunyy@outlook.com; |
| 182 | Fekicent | allenchen19930311@gmail.com; |
| 183 | fengniaomaoyi123 | zuolikeji2022@163.com; |
| 184 | fengweinuo | jackycheung0627@outlook.com; |
| 185 | FFJGO | foxfxl888@outlook.com; |
| 186 | FGSS | joshphil05@yeah.net; |
| 187 | First Info | hxjpccyx2021@163.com; |
| 188 | Fishjhan | 245411405@qq.com; |
| 189 | FKOVCDY | fendejin@outlook.com; |
| 190 | Flanacom | hey@madebynami.com; |
| 191 | FloWood Art | gbm229131@163.com; |
| 192 | FMLOVESTY | 13260669069@163.com; |

6

| | | |
|---|---|---|
| 193 | foshanshishundequdifengdianshangyouxiangongsi | zhouxunyan695188@163.com; |
| 194 | FRA GRA | thaophuongnguyen462@gmail.com; |
| 195 | FRCYD | furongchayedian@outlook.com; |
| 196 | Fu Fu | huangfulian2022@yeah.net; |
| 197 | fuhjting | j0j5g1@sina.com; |
| 198 | fuminshunqiyinpindian | linzhuhong92@outlook.com; |
| 199 | Funermei-US | huiyang420@163.com; |
| 200 | FUYIHGL-US | fuyihgl_1109@163.com; |
| 201 | FZIIVQU US | xyj19880314@hotmail.com; |
| 202 | GA Online US | antalangclothingus@outlook.com |
| 203 | Galaxy Stick | hawatcharagulpu412@gmail.com |
| 204 | Ganegg | gangge20180311@foxmail.com; |
| 205 | GAOCOI | hoangtamusd@gmail.com; |
| 206 | Garden-YCT | 13960277699@163.com; |
| 207 | GBLW Jewelry | changsena12@outlook.com; |
| 208 | GClook | w2021715@163.com; |
| 209 | Gedol US | riyunwenxing@163.com; |
| 210 | GEM FOREST | gemminepalace@126.com; |
| 211 | Gemyth | qingcheng2021@126.com; |
| 212 | GENGJING | zhaoyingying6686@163.com; |
| 213 | gengqianyanyu | xianshidi@outlook.com; |
| 214 | GiftLaboratory | pengjiasuan2008@163.com; |
| 215 | Gilieyer | 3254076676@qq.com; |
| 216 | GIOM SHOP | xlkmtgu@163.com; |
| 217 | Globe Reuse | fzanyojp@163.com; |
| 218 | GLORYMOND Official | meixiangbaihuo1@outlook.com; |
| 219 | Godyc | zouli1688@sina.com; |
| 220 | gongjiahuinghjf | gongjiahui020@outlook.com; |
| 221 | Goocrux.Inc | yinglielectronics@outlook.com; |
| 222 | Goon-US | annamito8866@163.com; |
| 223 | Graphic Dust | graphic.dust@hotmail.com; |
| 224 | Gruntai209 | ikyirb6865522@163.com; |
| 225 | guangzhouhuifadianzishangwuyouxiangongsi | luweifeng08@163.com; |
| 226 | guangzhoushidoufudianzishangwuyouxiangongsi | liulianqing730213@163.com; |
| 227 | guangzhouweiyishangmaoyouxiangongsi | cai888521@outlook.com; |
| 228 | guanjial55548 | guanjialiangdh675@outlook.com |
| 229 | guanjiedfssdf | ranpo56638@163.com; |
| 230 | GULAKY | 1490427502@qq.com; |
| 231 | GULTMEE-US | otsaf9074400@163.com; |
| 232 | GuojieBH | a731114amz@163.com; |
| 233 | GuokeST | x49722@126.com; |
| 234 | guopaixiangshangmaoyouxiangongsi | fangyu249987@163.com; |

| | | |
|---|---|---|
| 235 | GUTESI | huissshui168@163.com; |
| 236 | haikouyutingshangmaoyouxiangongsi | angsai1983217ylc@163.com; |
| 237 | HaiLande | hailandedeco@163.com; |
| 238 | HanDesigns | huynhhan.csteam4bros@gmail.com; |
| 239 | Happy Dog Single Dog | faworldseller@hotmail.com; |
| 240 | Hebayy | zgdzcusa@126.com; |
| 241 | HeBeiKangPanDianZiKeJiYouXianGongSi235235Dian | re743huanpai@163.com; |
| 242 | Hefei Yize | meteor1005@outlook.com; |
| 243 | henggutingbaihuo | duzhui5237880@163.com; |
| 244 | HENII | xuhai72021@163.com; |
| 245 | HENNRUII | hengrui0871@163.com; |
| 246 | Herzwild | herzwild@sina.com; |
| 247 | HeyLab | 962640357@qq.com; |
| 248 | HHGGYY | huangguoye2022@outlook.com; |
| 249 | Hi Jane | 1970637798@qq.com; |
| 250 | HIDRUO | 13137008097@163.com; |
| 251 | Hikuality | brianzhou2010@aliyun.com; |
| 252 | Hisenlan | qianbao202102@163.com; |
| 253 | HISPEED | wu13795856121@163.com; |
| 254 | hitinghunbmy | shitinghuiwangs@outlook.com; |
| 255 | HJYDirect | fnl137391@163.com; |
| 256 | HODEA & JILIPA Jewelry | mxtpp2021@163.com; |
| 257 | holawit | holawit.amz@gmail.com; |
| 258 | HOME BETTER | cw130122@163.com; |
| 259 | HOMECOMFORT | cw130121@163.com; |
| 260 | hongqiugui | 57098809@qq.com; |
| 261 | hongshengfa | hongsheng2022@sina.com; |
| 262 | hoolcase | gy087527@163.com; |
| 263 | HORUIUS | 930312268@qq.com; |
| 264 | Hotshopping | shirleyxx87@gmail.com; |
| 265 | HREOK | pengyuxinus@163.com; |
| 266 | huangqingpu | huangqingpu@126.com; |
| 267 | HuangWeiYuanUS | huangweiyuan1@outlook.com; |
| 268 | HuangXianGuoChengDuGuanHuiOuChuangKeJiYouXianGongS | xinshi12237958@163.com; |
| 269 | huibiaoll | huibiaoll123@163.com; |
| 270 | Huilian.HK.CASE | hkhuilianlast@163.com; |
| 271 | huiphong | 3269917614@qq.com; |
| 272 | Hunpu-US | hunpu0116@163.com; |
| 273 | huodaus | kangtangee@163.com; |
| 274 | HUYBKD | xueyongfeng159357@yeah.net; |

| | | |
|---|---|---|
| 275 | HXH INC | shaoxungood@163.com; |
| 276 | HXQ NEW TRADE | huang689ning@163.com; |
| 277 | Hybsk | 393244764@qq.com; |
| 278 | hzsmeiguo | hzsmeiguo1@163.com; |
| 279 | ikenacy | aibotaomaoyi@outlook.com; |
| 280 | IMINI Jewelry | david2008choi@hotmail.com; |
| 281 | ineonlife | qiongyouamz@163.com; |
| 282 | Ivyhomestar | ivyhome01@163.com; |
| 283 | izuzta Flagship Store | hechuan4635@outlook.com; |
| 284 | Jady X | 982482371@qq.com; |
| 285 | JALTAGO | 285490552@qq.com; |
| 286 | JAOPINK | shanxidouqukejiyouxiang@outlook.com; |
| 287 | Jawhock-Direct | jinyantek@hotmail.com; |
| 288 | JCHENC | jinghuang053k@126.com; |
| 289 | JEALLY | yiyuzhuus@163.com; |
| 290 | JEBBO US | maijiekeus@163.com; |
| 291 | Jemant | 2627288190@qq.com; |
| 292 | JEMUZEWEL | muzejewelryus@126.com; |
| 293 | JHSSM Store | yuexiaowandan@aliyun.com; |
| 294 | Jiao Fei | 283586752@qq.com; |
| 295 | Jiaxuan grocery store | kjx0412@163.com; |
| 296 | JIEXIANGSTORE | jiexiangdot@126.com; |
| 297 | Jingnan Jewelry | jinan2023@hotmail.com; |
| 298 | JingYu Case | wenlingjingyumaoyi@163.com; |
| 299 | JINGYUAN-US | 1063711432@qq.com; |
| 300 | Jingzhou | seven2017nice@hotmail.com; |
| 301 | JinMeng | jiangping810237747@163.com; |
| 302 | JINMOMOMO | jinmomomsu@hotmail.com; |
| 303 | JINQIU | 17096676057@163.com; |
| 304 | JINZU | jinzu0095@163.com; |
| 305 | jiuheyxgs | jhezhuangshi@163.com; |
| 306 | jjhhzzp1 | ayanamireina@163.com; |
| 307 | JKL Official | jk94c@aliyun.com; |
| 308 | JOICEE | anlinfei55@outlook.com; |
| 309 | JOPHMO US | 2067823812@qq.com; |
| 310 | Joyberg | sxm_amazon@163.com; |
| 311 | Jusy | 690364792@qq.com; |
| 312 | JYfeel | athenashenzhen@163.com; |
| 313 | JZTang | candypig2020@outlook.com; |
| 314 | JZZ trade | jj229slq@163.com; |
| 315 | KaFu | 939528019@qq.com; |
| 316 | Kaile Direct | kaileus@163.com; |

| 317 | KAIMEILIFE | kaimeimaoyibm@163.com; |
|---|---|---|
| 318 | Kapzon | hoaoc93@gmail.com; |
| 319 | KatchOn™ Store | shama4uf@gmail.com; |
| 320 | keewiii | jenniferzhou1110@163.com; |
| 321 | KELAIEN-US | amzus009@126.com; |
| 322 | keruiyihao | keruiyihao@hotmail.com; |
| 323 | Khakho | budunao87265@163.com; |
| 324 | KIITUMG | ssftyusq@163.com; |
| 325 | KIMOANHHP | kimoanhbuithii24@gmail.com; |
| 326 | KISS WIFE | 1932667353@qq.com; |
| 327 | KissYan | lemonmai28@yahoo.com; |
| 328 | KKC Home | 3618236724@qq.com; |
| 329 | KKLUU | gurao111539@163.com; |
| 330 | klicnow | admin@klicnow.com; |
| 331 | koleso | ishanqoao@gmail.com; |
| 332 | Komart Shop | cxindustrial@163.com; |
| 333 | KOSTIANTYN VOLKOV | kostiantinv@gmail.com; |
| 334 | KRANNAVEE | krannavee1974@gmail.com; |
| 335 | kungfu fitness direct | ruiruisa532@163.com; |
| 336 | L.Parkin | 13600267174@163.com; |
| 337 | La Feng Long | qi887799@163.com; |
| 338 | La vie en sourire | huanglijuan2021uk@163.com; |
| 339 | LaLaKaKa | tianpeng2019@outlook.com; |
| 340 | Lalapple | lalapple21@outlook.com; |
| 341 | lanen | lanenqiaowei@yeah.net; |
| 342 | largentolab | info@largentolab.com; |
| 343 | lcxmybhd | m13835694587@163.com; |
| 344 | Le Quoc Thanh Store | thangquocle24102002@gmail.com; |
| 345 | LEHU Toys US | muqiao2576@163.com; |
| 346 | lenovo333 | 89034676@qq.com; |
| 347 | LeslieJewelry | easonyamaxun@163.com; ymxqianhong@163.com; |
| 348 | lgort | sunxiaoyan0328@163.com; |
| 349 | libaoshengg | libaoshengamz@163.com; |
| 350 | licuiyung | licuiyun632@outlook.com; |
| 351 | Lieang | bazefang@hotmail.com; |
| 352 | LIFE BETTER | cw130119@163.com; |
| 353 | LiJiaXinDeDian | shoush724087@163.com; |
| 354 | Lijudn | uslingjueding@hotmail.com; |
| 355 | Likorh | topvision-electric@outlook.com; |
| 356 | LINGSHANGKEJI | 2248019059@qq.com; |
| 357 | Linh appwatch | linhcao98az456@gmail.com; |

| 358 | Linh Tra | phaivo9999@gmail.com; |
|---|---|---|
| 359 | linwanli | linwanli4501@163.com; |
| 360 | LIQ-USA | xinyouyifushi2022@outlook.com; |
| 361 | LISEVO.INC | ruijiehengyang@yeah.net; |
| 362 | LiTiu | hdyuasb@163.com; |
| 363 | liubogongsi | c13927438087@163.com; |
| 364 | liuc1994 | liuc19942022@163.com; |
| 365 | liudaohang | liudaohang6603@outlook.com; |
| 366 | LiuRongPing520 | 956878465@qq.com; |
| 367 | LiuXinYuLiuXinYu | yongzo71853@163.com; |
| 368 | liyingdianfa | liyingdcscfghfghyuip@outlook.com; |
| 369 | LJWEN | khascyahus@163.com; |
| 370 | lllfffing | lxufang2022@163.com; |
| 371 | L-MING | ytamazing01@163.com; |
| 372 | Logoer | hxiaschool@163.com; |
| 373 | LOPURO | youyuannice@sina.com; |
| 374 | LOQUPE DESIGN | zlmz075301@163.com; |
| 375 | LOQUPE Store | fljv90@163.com; |
| 376 | LoveS | xuwen198596@163.com; |
| 377 | Lovmooful | goodluck2727@outlook.com; |
| 378 | LoyJoy | nguyenthihanh.hanhht@gmail.com; |
| 379 | LQANG | xiaomaomiao666@163.com; |
| 380 | LRXqingchun | lrx1525uk@163.com; |
| 381 | lszlsz | luosuzhen010@163.com; |
| 382 | lucky E | xinguanwei11627@163.com; |
| 383 | Lucky Success | 103814726@qq.com; |
| 384 | LUOBU | luobu12311@outlook.com; |
| 385 | LUYANGSHOP | laidongdong1206@126.com; |
| 386 | Lvtian | lvtianshengwu@163.com; |
| 387 | LYDZTION | wjngdzy689@126.com; |
| 388 | lyongt206 | lyongt206@163.com; |
| 389 | LYroo | 1922822683@qq.com; |
| 390 | M I GENIUS | rattahightc@yahoo.com; |
| 391 | MADAN-US | nanfengcun123hao@outlook.com; |
| 392 | maita store | metastore@aliyun.com; |
| 393 | MAN CHI | 2108095224@qq.com; |
| 394 | Mand-Jennifer | www.liuchonglai19923@outlook.com; |
| 395 | MANN PHUONG SHOP | ngothixuanp@gmail.com; |
| 396 | Mark Creatus | meichuangdianshang@163.com; |

Case 0:23-cv-61203-AHS   Document 89   Entered on FLSD Docket 09/25/2023   Page 12 of 20

| 397 | MaryJane-420 | caochuihve8195@163.com; |
|---|---|---|
| 398 | MCD_GLOBE | max_coco@outlook.com; |
| 399 | Meafeng | yangsheng890@outlook.com; |
| 400 | MengXin1990 | mengxin042828@163.com; |
| 401 | MIALAR | jierui2020best@163.com; |
| 402 | miaohubinghe | shuiyuntianlun@yeah.net; |
| 403 | MILACOLATO JEWELRY (qtxc) | qingtongxcc@sina.com; |
| 404 | Min Hi | tranhieu.amz@gmail.com; |
| 405 | Minhe | wo4haoyin@outlook.com; |
| 406 | MISS RIGHT | service6@aiciao.com; |
| 407 | MnPalettey | kkzhucee@163.com; |
| 408 | MOLI Store | 15138925571@163.com; |
| 409 | MOMING STORE | moming2020@sina.com; |
| 410 | MontoSun US Direct | montosunllc@outlook.com; |
| 411 | Moon Family | lyan201805@163.com; |
| 412 | moonsole | 17334699970@163.com; |
| 413 | Moster-us | miss-sha@126.com; |
| 414 | mountaineer2023 | mountaineer2023@163.com; |
| 415 | MPNVYU SHEETS -US | luomeilimeiguo000@163.com; |
| 416 | Mr. Zhan's shop | future1918@sohu.com; |
| 417 | MTKAEWU | aa15690710712@163.com; |
| 418 | MY Sunshine | lingzhang0162@163.com; |
| 419 | MythDone | arthurjiang01@163.com; |
| 420 | N D Jewels | ndjewels6777@gmail.com; |
| 421 | nanagali | whz8733@163.com; |
| 422 | Natepuz | ruvat9njudorql@outlook.com; |
| 423 | Neon Journey | zh_amazon_us@163.com; |
| 424 | NEQTSUM | liuhuanshangmao@163.com; |
| 425 | Newbachton | ahxutongxue1@163.com; |
| 426 | Newjusy | juxingsw@outlook.com; |
| 427 | NewYongDa | 180868832@qq.com; |
| 428 | NGYM Fashion | huguojuan001@outlook.com; |
| 429 | NHOTUAN9856 | nguyenbababon2020@gmail.com; |
| 430 | NHUNG DOAN | doanthinhung28081997@gmail.com; haonamamazon@gmail.com; |
| 431 | Nianjiahe | nianjiahe@yeah.net; |
| 432 | nice linking | nkduqi1988@163.com; |
| 433 | Nicime-D | 1649662176@qq.com; |
| 434 | NILD | gaocuihongus@163.com; |
| 435 | Nititop | bestgoodwish@outlook.com; |
| 436 | niufoey | buysing001@hotmail.com; |
| 437 | Nolako | zabolotna322@gmail.com; |

12

| 438 | Norson | ymaaalove@126.com; |
|---|---|---|
| 439 | nyequzelinuodianzichanpinxiaoshouchan | umc080206@163.com; |
| 440 | NyVotJe4ydo | katyastarivi@gmail.com; |
| 441 | OGILRE | cxssde@163.com; |
| 442 | Ohocut | yulu_sh@outlook.com; |
| 443 | ONCEX | paijoyruckchad@gmail.com; |
| 444 | One Thousand Lifestyles | bobby10407@163.com; |
| 445 | ONEETIS | openheart426@126.com; |
| 446 | Onsdag | hliting2022@163.com; |
| 447 | OTE-STORE | lianwj0427188@outlook.com; |
| 448 | OVOY Inc. | y8y8lili@163.com; |
| 449 | Owtebo Slippers | wangfan991213@163.com; |
| 450 | Oxana24 Shop | tiasuksawat25.kt@gmail.com; |
| 451 | Page Lawrence | jkowlp001@163.com; |
| 452 | Paladoo Direct (Best Price Fashion) | amz-us@outlook.com; |
| 453 | Passionate Adventure(American Trends Sole Agency) | atpus@outlook.com; |
| 454 | Patscorai | sna8l@outlook.com; |
| 455 | PAUCST | wjhtry007@163.com; |
| 456 | Pecfamly Direct | wuhanyaofei2021@163.com; |
| 457 | Pertemba USA | amazon+us@pertembaglobal.com; |
| 458 | Petoss US | petosschongwo@outlook.com; |
| 459 | Phantasy Hub Direct | arnoldzhangus@163.com; |
| 460 | PinMaze | phamonyut@gmail.com; |
| 461 | PINTREE | 25412833@qq.com; |
| 462 | PIPIGIFT online | home-own@outlook.com; |
| 463 | placitiume | placitiume@163.com; |
| 464 | Pogah | jo.linpang@outlook.com; |
| 465 | Pumkryth | 18705696420@163.com; |
| 466 | Puninoto Direct | qiting1998@126.com; |
| 467 | PZoneDay | pz666888love@outlook.com; |
| 468 | QGHOT | qghot@outlook.com; |
| 469 | qianjindian | gzqj1991@163.com; |
| 470 | Qianmudianzi | qianmushanghang@126.com; |
| 471 | qingmuhedianzi | fuhoclt@163.com; |
| 472 | QINSHIXIANGBAO | qinshixiangbao@outlook.com; |
| 473 | QIUMING | lingling202189@outlook.com; |
| 474 | QIUSUO | qiusuous@outlook.com; |
| 475 | QTao | jlyrw888@163.com; |
| 476 | quanjiaoshangmaoyouxiangongsi | dy487tt66@163.com; |
| 477 | Quanzhoushiweiteerdianzishangwuyouxiangongsi | 352146817@qq.com; |
| 478 | QUELLE TATTOO | quelletattoo@hotmail.com; |

| | | |
|---|---|---|
| 479 | Qumao Commerce Co., Ltd | 15978562360@163.com; |
| 480 | QZHANG | yqz2ms1hhh8008@163.com; |
| 481 | Qzlongo (7-21 days Arrive) | zhangxiongxiongaoyiyou@outlook.com; |
| 482 | REGELETO | weilaiju2021@outlook.com; |
| 483 | Renguangxing Shop | bufan123123@126.com; |
| 484 | ResinDIY | readforaz@hotmail.com; |
| 485 | Rich Supply | richfasion@hotmail.com; |
| 486 | Rismise | 529696255@qq.com; |
| 487 | RITIKA JEWEL | pradeepdhadve99@gmail.com; |
| 488 | Riyuu | ouruiyu@outlook.com; |
| 489 | Rogsgic | panminghui202003@outlook.com; |
| 490 | rtngl | 3462437782@qq.com; |
| 491 | ruizhikuns | ruizhikuns@126.com; |
| 492 | Rysun | furongchayedian@outlook.com; |
| 493 | Saboi | levanba04461@gmail.com; |
| 494 | Saebyul Inc | saebyulinc7973@naver.com; |
| 495 | Sanydanc | yungxi2022@163.com; |
| 496 | SanYi | sanyishangmao@outlook.com; |
| 497 | Saptuba | 1114165747@qq.com; |
| 498 | Screaming Ranngers | naineshraithatha99@gmail.com; |
| 499 | shanxihongjinrongshuangshangmaoyouxiangongsi | yaos637850@163.com; |
| 500 | shaoyingshipin | utmy46@163.com; |
| 501 | shensiyu | siyushangmaoys@163.com; |
| 502 | Shenzhen Huiyu | 2132770596@qq.com; |
| 503 | shenzhenx intoukejiyouxiangongsi | ejlmdo085@163.com; |
| 504 | Shi jin | shijindianzi1992@163.com; |
| 505 | Shichuanmaoyi | shichuankml@126.com; |
| 506 | Shijiazhuang Yingyi Electronic Commerce Co., Ltd. | glzzhdr660909@163.com; |
| 507 | Shunk and Beta | zzzzzzzau@126.com; |
| 508 | shuofengshangmaoyouxiangongsi | wangmengjiexxx@163.com; |
| 509 | silverhub14 | sales.silverhub14@gmail.com; |
| 510 | Sinfuns | xyfrich@163.com; |
| 511 | sixintongxin | sixin2020@163.com; |
| 512 | Sjubaopen-Direct | chenshangcs1984@163.com; |
| 513 | Sloong | 308691278@qq.com; |
| 514 | SLOWTRA | chenling19720923@163.com; |
| 515 | Slrioks | zhengbu2022@163.com; |
| 516 | Small World Rtl | totally.sound@btinternet.com; |
| 517 | SMARSTICKER | iuwsf9@163.com; |
| 518 | smile slippers | poz0k6@sina.com; |

| | | |
|---|---|---|
| 519 | smileth | natthaphakan@outlook.co.th; |
| 520 | Smiley Face Store | hz734nxcv9383@163.com; |
| 521 | Smiley Slippers | cezvml57oi89@163.com; |
| 522 | So cool store | 3317208705@qq.com; |
| 523 | SOFEON | 2439047065@qq.com; |
| 524 | Soleebee US | 15397525009@163.com; |
| 525 | Soleoo | topsales18@163.com; |
| 526 | Sonen Co | mengliuventure@outlook.com; |
| 527 | Sonmon Inc | zibuyan2021@163.com; |
| 528 | SOOFYLIA | guangzitang89876@163.com; |
| 529 | Speechless Store | hochvtc@gmail.com; |
| 530 | SSandy | 2285850197@qq.com; |
| 531 | StarWay US | zhangenrui2021luck@163.com; |
| 532 | Stary Charm Life | 1034072543@qq.com; |
| 533 | Stencils World | arsmh8938@gmail.com; |
| 534 | SU LIFE | 250112804@qq.com; |
| 535 | sucojrff | junruiymx@163.com; |
| 536 | SunAngel Sales | emillyliu@hotmail.com; |
| 537 | SUNCCEY | mousaie@126.com; |
| 538 | SunFlower UK | amazonsunflower@163.com; |
| 539 | Sunkoby | sanyuaneve@126.com; |
| 540 | Sunmoon | qiudejun001@163.com; |
| 541 | sunny only | yiwuchiting@hotmail.com; |
| 542 | SUNNYGO | missdaisy2016@126.com; |
| 543 | SUNNYSMILE | baocheng0802@163.com; |
| 544 | SUNYUE | panyuequn123@outlook.com; |
| 545 | SUUMOOEW | twinkle3210@163.com; |
| 546 | Suzuki Sonoko | danglua945@gmail.com; |
| 547 | SWEETGRJ | 3589766919@qq.com; |
| 548 | Syrisora | yongboyyi@163.com; |
| 549 | SzFLD | m13044985394@aliyun.com; |
| 550 | SZSRSJM | 334536370@qq.com; |
| 551 | szsxmdzsw | szsxmdzsw@163.com; |
| 552 | T Phael | tphaelno1@hotmail.com; |
| 553 | TacOpsGearUS | amazoncom@tacopsgear.de; |
| 554 | taichengdianzi | zenljewelry@163.com; |
| 555 | taihejiabaobao | dazhongche@yeah.net; 17060010931@163.com; |
| 556 | TAIYATE | tytllc@hotmail.com; |
| 557 | Tan-us | tz541122819@outlook.com; |
| 558 | Taoyicom | taoyiamazon@sina.com; |
| 559 | TAPETA | 2431444153@qq.com; |
| 560 | TARAKING | tt9687717@gmail.com; |

| 561 | TB Artist | binhduongthanh041169@gmail.com; |
|---|---|---|
| 562 | tbna | taobaina@hotmail.com; |
| 563 | Telafaer | 584416225@qq.com; |
| 564 | tengzhouchanglinanzhuanggongchengyouxiangongsi | czp141242@outlook.com; |
| 565 | The Best Meet | kk18779197242@163.com; |
| 566 | The Fmoon | xmsc2020@163.com; |
| 567 | The Girl Who Bakes | schy.kan@gmail.com; |
| 568 | THRIVING STORE | tiantun2022@126.com; |
| 569 | THYUNQ | wangmenglong000@163.com; |
| 570 | TIANHONGYAN | thy15694536575@163.com; |
| 571 | TianXin Jewelry | tianxinsun@163.com; |
| 572 | TIDARAT CRAFT | noi.tidarat.poo@gmail.com; |
| 573 | Tiusia Inc | qaoxakgptixqp@163.com; |
| 574 | TJ Party House | wuhuparthouse@outlook.com; |
| 575 | tongbin123 | zhangtongbin789@outlook.com; |
| 576 | tongshanxianyirongbaihuodian | wpswd552s@outlook.com; |
| 577 | tongshanxianyunnuobaihuodian | phe2gdjda3@outlook.com; |
| 578 | Tony Design | 13959619637@163.com; |
| 579 | TOPDesign | cspcm88@163.com; |
| 580 | TopFunny | rita199112@163.com; |
| 581 | Toword | lguofu007@163.com; |
| 582 | TPSFashion | thuhient886@gmail.com; |
| 583 | Trestc-US | huqingying3890@outlook.com; |
| 584 | Triple Tiger | gzsanhu@hotmail.com; |
| 585 | TseanYi | qingyi_usa@163.com; |
| 586 | TSFJDBXZ | 13214202121@163.com; |
| 587 | TTNDstore | truongthingocdiem.quangnam@gmail.com; |
| 588 | TTOCH Trading Co., Ltd. | oukera@163.com; |
| 589 | TTSAM_ZJT | 1515217489@qq.com; |
| 590 | tuan anh SHOP | phamdaotuananh201202@gmail.com; |
| 591 | TuopuSiLe | li_52693xingls@163.com; |
| 592 | tuqu | 3214218349@qq.com; |
| 593 | T-ztoss | qjty20210304@163.com; |
| 594 | UCUHNB | zp17750810708@163.com; |
| 595 | Ufraky | 15924286369@163.com; |
| 596 | UHOMENY | amaaa37@163.com; |
| 597 | UmaSilkRoad | umidahonsab@gmail.com; |
| 598 | Une Douce | gw009688@gmail.com; |
| 599 | Urban Eureka | panggyoyo@gmail.com; |

| | | |
|---|---|---|
| 600 | US MOBEITI | liuhongoz888@163.com; |
| 601 | UTOWO | lijunjg6@yeah.net; |
| 602 | VANN HAO SHOP | haolaru1@gmail.com; |
| 603 | VASHION | vashion@foxmail.com; |
| 604 | VDKIDKT | buguniao2021@139.com; |
| 605 | Vellichor Europe | vellichoreurope@gmail.com; |
| 606 | VICKYHE88 | vicky1982928@163.com; |
| 607 | Vikodah | youtuowo@163.com; |
| 608 | vogue7 | hq15267375799@163.com; |
| 609 | Walave | foxcell2021@sina.com; |
| 610 | WaltherandHermosaPartyCo | wang279443746@163.com; |
| 611 | WangJingShi QiuKai | alxh9320@163.com; |
| 612 | wangyarur | wangyaruus@163.com; |
| 613 | wanshengkai | wanshengkai21@126.com; |
| 614 | Wanzaixianjiaoyanbaihuodian | l98y4k15yur@outlook.com; |
| 615 | wanzaixianlianyabaihuodian | yydsyy56ds@outlook.com; |
| 616 | wanzaixiansiyiguanbaihuodian | zhoujianglong2dhn@outlook.com; |
| 617 | wanzaixianyunniaozhenbaihuodian | zhengchengyun5858@outlook.com; |
| 618 | WARMYWORD | cw130123@163.com; |
| 619 | wbao4122 | wbao412002@gmail.com; |
| 620 | WCRAZYE | 3235628014@qq.com; |
| 621 | weifangshuoxinwangluoyouxiangongsi. | suyanzhong988943@163.com; |
| 622 | weizi Direct | a15521059493@outlook.com; |
| 623 | welle | 2079863031@qq.com; |
| 624 | Wenjiajia | wenjiajia2022@126.com; |
| 625 | WENYUY | lihaishangmaokuy@163.com; |
| 626 | Willow Dragon | 772864457@qq.com; |
| 627 | Winne Shop | steve@banshanjewelry.com; |
| 628 | WINZIK | wwangzikang@outlook.com; |
| 629 | Woent | w18257788256@163.com; |
| 630 | Wonderneer | qianxun1809@sohu.com; |
| 631 | Wootile | luxuexia2015@163.com; |
| 632 | World's Life Store | wzc1670778106@163.com; |
| 633 | wskwidesky | wskgood66@163.com; |
| 634 | Wudimeitt | yiwushilanying@163.com; |
| 635 | WUHAIBO0 | 253783961@qq.com; |
| 636 | WUJINQIU | wujinqiu6021@163.com; |
| 637 | wuxion | ssvvreqs@163.com; |
| 638 | WXHouse | wx505082522@outlook.com; |
| 639 | Wydmire | rjy4real@gmail.com; |
| 640 | X peng | 2535296705@qq.com; |

| | | |
|---|---|---|
| 641 | XIANG YAO HUA | xiangyaohua23@outlook.com; |
| 642 | Xiao BUDIAN | yosicn@hotmail.com; |
| 643 | XiaoHaozi | hz20101005@163.com; |
| 644 | XICHIGO | 18930192045@163.com; |
| 645 | Xijiahao | xijiahao7788@outlook.com; |
| 646 | Xildir US | fzyujing@126.com; |
| 647 | xing'xing | amzxingxing@163.com; |
| 648 | xinqiandianzishangwu | xinqian202105@163.com; |
| 649 | xinxiang0531 | xinxiang0531@163.com; |
| 650 | xinxinxiangrongdianzishangwuzhongxin | guo13604256557@163.com; |
| 651 | xiuhuadsjklsdkjjrsd | xxukkku@163.com; |
| 652 | XIUYANG | chengchen3670@163.com; |
| 653 | xixianxinqufengdongxinchengyunzhenbaihuodian | lundy_schroederikw@outlook.com; |
| 654 | Xke | xunkezyl@outlook.com; |
| 655 | XML store | lzx160501@163.com; |
| 656 | XSKJY | 1034476011@qq.com; |
| 657 | Xuan Lubassui | huyamz88@gmail.com; |
| 658 | xujinxian2 | hfuisyopa@163.com; |
| 659 | xunlongkeji | gzxunlong@sina.com; |
| 660 | XYDaXin Store | gxf888ymx@gmail.com; |
| 661 | XYIYI | aimeitoys@hotmail.com; |
| 662 | yangdp | m13295932053@126.com; |
| 663 | yangtuo95 | 569263429@qq.com; |
| 664 | yangyangdfjskldf | bikehe491067@163.com; |
| 665 | yaoxuejiao | yaoxuejiao116@outlook.com; |
| 666 | YaPing store | wyp07243829@163.com; |
| 667 | YB shop store | a15937898977@outlook.com; |
| 668 | Yebowe | 3593853155@qq.com; |
| 669 | YeGieonr Fashion Jewelry | ll904344431@gmail.com; |
| 670 | YEOOW | wangwenjieus@163.com; |
| 671 | Yes I'm Cold Me Store | su8963783838@126.com; |
| 672 | YEYULIN | 573793441@qq.com; |
| 673 | YFJSZB-US | fenghuawei000@163.com; |
| 674 | YIIKING | yiikang0509@outlook.com; |
| 675 | Yilin Craft | 3473352292@qq.com; |
| 676 | Yinghudamai | yinghuda@outlook.com; |
| 677 | YINSMALLQI | 2211363701@qq.com; |
| 678 | yishuo | 378272104@qq.com; 2795781649@qq.com; |
| 679 | YiTingLife | 979776701@qq.com; |
| 680 | YIWEI STORE | yiweicanyindian@outlook.com; |
| 681 | Yiwu Shengtu Stationery Co., Ltd | guoxiaochun0705@foxmail.com; |

| | | |
|---|---|---|
| 682 | Yiwu Yingtang Electronic Commerce Co., Ltd. | ljm937386534@163.com; |
| 683 | yiwushijimeidianzishangwushanghang | chenlihao_1977@126.com; |
| 684 | YIYANG FASHION | yiyangmaoyi9919@163.com; |
| 685 | YJ Premiums | jayleung318@gmail.com; |
| 686 | YJWMXY | mxydxduk@163.com; |
| 687 | YKYLHSYXR | worldfair_serena@sina.com; |
| 688 | YMJFZ-US | yumeijia2022@outlook.com; |
| 689 | YOKEBOM PARLOR | nguyenthilong108long@gmail.com; |
| 690 | YOKKBRUN | 3531299180@qq.com; |
| 691 | YonSnow | ysx722@outlook.com; |
| 692 | YONYou | pingyongchang@sina.com; |
| 693 | YOOGCORETT (Mithida) | liangxuewen888@126.com; |
| 694 | YOULONG-BC | xfwn40@163.com; |
| 695 | YoungBeautyEU | ffguanqi@outlook.com; |
| 696 | Youngky Store | wudizhai_sz@163.com; |
| 697 | Yourgreen | xiaona9882@outlook.com; |
| 698 | YOUYIHUI | youyihuius01@163.com; |
| 699 | YPS Collection | 17853254@qq.com; |
| 700 | YTanazing | zeryaianne@sina.com; |
| 701 | Yu wen | zym@ywhwy.com; |
| 702 | YUANHUACA | yuanhua202106@163.com; |
| 703 | Yuhe case | jimi0807@163.com; |
| 704 | YUJIAGUAN | jiarenyujia2022@outlook.com; |
| 705 | Yumoo Jewelry | 1535153738@qq.com; |
| 706 | yunbidianzishangwu | yunbidianzishangwu@163.com; |
| 707 | yunjun-shop | 15080281249@163.com; |
| 708 | Yunmai Store | yunmaiwangluo@outlook.com; |
| 709 | Yunqiongol | takeoffer23@163.com; |
| 710 | yuntop | 3405984415@qq.com; |
| 711 | yunxiaoxiantuoyibaihuodian | zhangyuanwei121@outlook.com; |
| 712 | yuweius | z13422897849@163.com; |
| 713 | YUWUXIA | ywxmaoyi@163.com; |
| 714 | YVONNE'S JEWELRY ORIGINAL DESIGN STUDIO | zhaoxuxu123369@163.com; |
| 715 | yyreach | 1721154951@qq.com; |
| 716 | YYTCST | tangfenggongsius@outlook.com; |
| 717 | zanliandianzi | zanliandianzi@163.com; |
| 718 | zaztify | amz1987511@outlook.com; |
| 719 | ZBCLV | selliphone8@hotmail.com; |
| 720 | Zboro | annazborovskaia46@gmail.com; |
| 721 | zcwl | zhangyanhongzc888@163.com; |
| 722 | Zelaco | kami18039830095@163.com; |

| 723 | zengduquluepuzhibaihuodian | tongpuao2029131@outlook.com; |
| --- | --- | --- |
| 724 | zengduquxiudanzibaihuodian | yangxiujunyxj89@outlook.com; |
| 725 | zengduquzhituowenbaihuodian | dai1wen23@outlook.com; |
| 726 | ZENITHALS | anuo761650@yeah.net; |
| 727 | zero power | wvincent.0915@gmail.com; |
| 728 | zhanghaocheng | hongssa0624@163.com; |
| 729 | ZhangQiXun | zhangqixun2021luck@163.com; |
| 730 | Zhanmou | chenhui30121@163.com; |
| 731 | ZHBAIHDIAN | zhanhongbaihuo2022@163.com; |
| 732 | ZHEN VAVAYAO | leilitang11@163.com; |
| 733 | ZheQi | aurorabox@126.com; |
| 734 | ZhiJiangShiDuiXunShangMaoYouXianGongSi | vwrvssldale47@163.com; |
| 735 | Zhikang68 | hotmay128@hotmail.com; |
| 736 | zhouqiaddfng | mangz12184@163.com; |
| 737 | ZHS-US | linjinhe1126@outlook.com; |
| 738 | ziyandianzi | ziyandianzi@126.com; |
| 739 | zliyge | zliyge@sina.com; |
| 740 | ZVKHMK | larry986@yeah.net; |
| 741 | ZYUE SHOP | zyueyun123@163.com; |
| 742 | 佛山市南海区帖澂科技有限公司 | raelynywr0wensel@outlook.com; |
| 743 | 南丰县淼鑫销售部 | a1032583341@163.com; |
| 744 | 宜春市袁州区霞芸百货店 | lanjinmx@163.com; |
| 745 | 潍坊树伊商贸有限 | d17150319417@163.com; |

20