UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:23-cv-61203-AHS

THE SMILEY COMPANY SPRL,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/

**SCHEDULE A TO MOTION FOR ENTRY OF CLERK'S DEFAULT**

| Def. No. | Defendant Name |
|---|---|
| 5 | AgnesBJones |
| 6 | Agnese Aruma |
| 8 | AiLike |
| 12 | AJG Global Shop |
| 24 | Anghcng |
| 27 | anqingpaxiudianzishangwuyouxiangongsi |
| 32 | aowangde |
| 34 | ARETIS |
| 36 | Aruiliya |
| 46 | Baibang |
| 49 | BaiYiGou Store |
| 50 | BalaBala Jewelry |
| 54 | baoya |
| 56 | BDANA |
| 72 | BULA THI |

| | |
|---|---|
| 89 | chansyee |
| 90 | chaoteweifangmao |
| 95 | chengduguofeiyangshangmaoyouxiangongsi |
| 97 | CHENH JUN XIANG |
| 99 | Chen-Yu |
| 112 | ciqinhdfsad |
| 116 | CloudchiaUS |
| 119 | Color Flower |
| 121 | Congcongshop |
| 123 | Cool Trendy |
| 132 | Cynicism Coser |
| 134 | dajudaju |
| 137 | danzhoushihuojieguishangmaoyouxiangongsi |
| 138 | Dao_Store |
| 147 | DIMPLES |
| 148 | dinganjianluqianshangmaoyouxiangongsi4121 |
| 149 | DIYSOPRJOOM |
| 155 | Dreuyet |
| 157 | Dubianlifeng |
| 164 | EFT Shop |
| 182 | Fekicent |
| 183 | fengniaomaoyi123 |
| 184 | fengweinuo |
| 185 | FFJGO |
| 193 | foshanshishundequdifengdianshangyouxiangongsi |
| 194 | FRA GRA |
| 197 | fuhjting |
| 205 | GAOCOI |
| 211 | Gemyth |
| 213 | gengqianyanyu |

| 218 | GLORYMOND Official |
|---|---|
| 222 | Goon-US |
| 226 | guangzhoushidoufudianzishangwuyouxiangongsi |
| 227 | guangzhouweiyishangmaoyouxiangongsi |
| 228 | guanjia155548 |
| 229 | guanjiedfssdf |
| 235 | GUTESI |
| 236 | haikouyutingshangmaoyouxiangongsi |
| 238 | HanDesigns |
| 241 | HeBeiKangPanDianZiKeJiYouXianGongSi235235Dian |
| 242 | Hefei Yize |
| 247 | HeyLab |
| 251 | Hikuality |
| 253 | HISPEED |
| 254 | hitinghunbmy |
| 255 | HJYDirect |
| 260 | hongqiugui |
| 267 | HuangWeiYuanUS |
| 269 | huibiaoll |
| 271 | huiphong |
| 278 | hzsmeiguo |
| 282 | Ivyhomestar |
| 288 | JCHENC |
| 292 | JEMUZEWEL |
| 295 | Jiaxuan grocery store |
| 297 | Jingnan Jewelry |
| 306 | jjhhzzp1 |
| 318 | Kapzon |
| 324 | KIITUMG |
| 325 | KIMOANHHP |

| 329 | KKLUU |
|---|---|
| 330 | klicnow |
| 331 | koleso |
| 334 | KRANNAVEE |
| 335 | kungfu fitness direct |
| 337 | La Feng Long |
| 341 | lanen |
| 342 | largentolab |
| 343 | lcxmybhd |
| 353 | LiJiaXinDeDian |
| 356 | LINGSHANGKEJI |
| 357 | Linh appwatch |
| 360 | LIQ-USA |
| 363 | liubogongsi |
| 365 | liudaohang |
| 367 | LiuXinYuLiuXinYu |
| 368 | liyingdianfa |
| 369 | LJWEN |
| 370 | lllfffing |
| 371 | L-MING |
| 372 | Logoer |
| 378 | LoyJoy |
| 380 | LRXqingchun |
| 382 | lucky E |
| 384 | LUOBU |
| 385 | LUYANGSHOP |
| 390 | M I GENIUS |
| 395 | MANN PHUONG SHOP |
| 401 | MIALAR |
| 402 | miaohubinghe |

| 404 | Min Hi |
|---|---|
| 408 | MOLI Store |
| 412 | moonsole |
| 420 | N D Jewels |
| 426 | Newjusy |
| 431 | Nianjiahe |
| 434 | NILD |
| 437 | Nolako |
| 438 | Norson |
| 439 | nyequzelinuodianzichanpinxiaoshouchan |
| 443 | ONCEX |
| 450 | Oxana24 Shop |
| 469 | qianjindian |
| 471 | qingmuhedianzi |
| 477 | Quanzhoushiweiteerdianzishangwuyouxiangongsi |
| 478 | QUELLE TATTOO |
| 480 | QZHANG |
| 483 | Renguangxing Shop |
| 484 | ResinDIY |
| 485 | Rich Supply |
| 490 | rtngl |
| 495 | Sanydanc |
| 496 | SanYi |
| 497 | Saptuba |
| 498 | Screaming Ranngers |
| 499 | shanxihongjinrongshuangshangmaoyouxiangongsi |
| 503 | shenzhenx intoukejiyouxiangongsi |
| 508 | shuofengshangmaoyouxiangongsi |
| 509 | silverhub14 |
| 511 | sixintongxin |

| 516 | Small World Rtl |
|---|---|
| 518 | smile slippers |
| 519 | smileth |
| 521 | Smiley Slippers |
| 533 | Stencils World |
| 535 | sucojrff |
| 537 | SUNCCEY |
| 542 | SUNNYGO |
| 543 | SUNNYSMILE |
| 545 | SUUMOOEW |
| 546 | Suzuki Sonoko |
| 547 | SWEETGRJ |
| 555 | taihejiabaobao |
| 556 | TAIYATE |
| 560 | TARAKING |
| 563 | Telafaer |
| 564 | tengzhouchanglinanzhuanggongchengyouxiangongsi |
| 572 | TIDARAT CRAFT |
| 575 | tongbin123 |
| 576 | tongshanxianyirongbaihuodian |
| 581 | Toword |
| 582 | TPSFashion |
| 583 | Trestc-US |
| 585 | TseanYi |
| 586 | TSFJDBXZ |
| 587 | TTNDstore |
| 588 | TTOCH Trading Co., Ltd. |
| 597 | UmaSilkRoad |
| 599 | Urban Eureka |
| 600 | US MOBEITI |

| 602 | VANN HAO SHOP |
|---|---|
| 611 | WangJingShi QiuKai |
| 619 | wbao4122 |
| 620 | WCRAZYE (WEZLCOME) |
| 621 | weifangshuoxinwangluoyouxiangongsi. |
| 624 | Wenjiajia |
| 632 | World's Life Store |
| 636 | WUJINQIU |
| 638 | WXHouse |
| 640 | X peng |
| 641 | XIANG YAO HUA |
| 644 | XICHIGO |
| 645 | Xijiahao |
| 649 | xinxiang0531 |
| 650 | xinxinxiangrongdianzishangwuzhongxin |
| 657 | Xuan Lubassui |
| 658 | xujinxian2 |
| 660 | XYDaXin Store |
| 662 | yangdp |
| 663 | yangtuo95 |
| 664 | yangyangdfjskldf |
| 667 | YB shop store |
| 674 | YIIKING |
| 679 | YiTingLife |
| 686 | YJWMXY |
| 694 | YOULONG-BC |
| 701 | Yu wen |
| 702 | YUANHUACA |
| 705 | Yumoo Jewelry |
| 706 | yunbidianzishangwu |

| 713 | YUWUXIA |
| --- | --- |
| 720 | Zboro |
| 721 | zcwl |
| 722 | Zelaco |
| 726 | ZENITHALS |
| 734 | ZhiJiangShiDuiXunShangMaoYouXianGongSi |
| 736 | zhouqiaddfng |
| 740 | ZVKHMK |
| 742 | 佛山市南海区帖澈科技有限公司 (Def. No. 742) |
| 743 | 南丰县淼鑫销售部 (Def. No. 743) |
| 744 | 宜春市袁州区霞芸百货店 (Def. No. 744) |
| 745 | 潍坊树伊商贸有限 (Def. No. 745 |