UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-61203-CIV-SINGHAL

THE SMILEY COMPANY SPRL,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS IDENTIFIED
ON SCHEDULE "A,",

    Defendants.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Notice of Voluntary Dismissal with prejudice (DE 92]) of the following Defendants filed by Plaintiff, The Smiley Company SPRL:

1. JINQIU (DOE 303)

2. YIIKING (DOE 674)

3. SHENZHENX INTOUKEJIYOUXIANGONGSI (DOE 503)

4. OXANA24 SHOP (DOE 450)

5. HJYDIRECT (DOE 255)

6. BAIYIGOU STORE (DOE 49)

7. CHEN-YU (DOE 99)

8. YUWUXIA (DOE 713)

In light of Plaintiff's Notice of Voluntary Dismissal, it is hereby

**ORDERED AND ADJUDGED** that Defendants, JINQIU, YIIKING, SHENZHENX

INTOUKEJIYOUXIANGONGSI, OXANA24 SHOP, HJYDIRECT, BAIYIGOU STORE, CHEN-YU and YUWUXIA be **DISMISSED WITH PREJUDICE**. Each party shall bear its own attorney's fees and costs.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 2nd day of October, 2023.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies to counsel via CM/ECF