UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-61203-CIV-SINGHAL

THE SMILEY COMPANY SPRL,

    Plaintiff,
v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/

## ORDER ON DEFAULT FINAL JUDGMENT PROCEDURE

**THIS CAUSE** came before the Court upon the Clerk's Entry of Default (DE [91]) as to Defendants AJG Global Shop, ARETIS, AgnesBJones, Agnese Aruma, AiLike, Anghcng, Aruiliya, BDANA, BULA THI, BaiYiGou Store, Baibang, BalaBala Jewelry, CHENH JUN XIANG, Chen-Yu, CloudchiaUS, Color Flower, Congcongshop, Cool Trendy, Cynicism Coser, DIMPLES, DIYSOPRJOOM, Dao_Store, Defendant Number 742, Defendant Number 743, Defendant Number 744, Defendant Number 745, Dreuyet, Dubianlifeng, EFT Shop, FFJGO, FRA GRA, Fekicent, GAOCOI, GLORYMOND Official, GUTESI, Gemyth, Goon-US, HISPEED, HJYDirect, HanDesigns, HeBeiKangPanDianZiKeJiYouXianGongSi235235Dian, Hefei Yize, HeyLab, Hikuality, HuangWeiYuanUS, Ivyhomestar, JCHENC, JEMUZEWEL, Jiaxuan grocery store, Jingnan Jewelry, KIITUMG, KIMOANHHP, KKLUU, KRANNAVEE, Kapzon, L-MING, LINGSHANGKEJI, LIQ-USA, LJWEN, LRXqingchun, LUOBU, LUYANGSHOP, La Feng Long, LiJiaXinDeDian, Linh appwatch, LiuXinYuLiuXinYu, Logoer, LoyJoy, M I GENIUS, MANN PHUONG SHOP, MIALAR, MOLI Store, Min Hi, N D Jewels, NILD, Newjusy,

Nianjiahe, Nolako, Norson, ONCEX, Oxana24 Shop, QUELLE TATTOO, QZHANG, Quanzhoushiweiteerdianzishangwuyouxiangongsi, Renguangxing Shop, ResinDIY, Rich Supply, SUNCCEY, SUNNYGO, SUNNYSMILE, SUUMOOEW, SWEETGRJ, SanYi, Sanydanc, Saptuba, Screaming Ranngers, Small World Rtl, Smiley Slippers, Stencils World, Suzuki Sonoko, TAIYATE, TARAKING, TIDARAT CRAFT, TPSFashion, TSFJDBXZ, TTNDstore, TTOCH Trading Co., Ltd., Telafaer, Toword, Trestc-US, TseanYi, US MOBEITI, UmaSilkRoad, Urban Eureka, VANN HAO SHOP, WCRAZYE (WEZLCOME), WUJINQIU, WXHouse, WangJingShi QiuKai, Wenjiajia, World's Life Store, X peng, XIANG YAO HUA, XICHIGO, XYDaXin Store, Xijiahao, Xuan Lubassui, YB shop store, YIIKING, YJWMXY, YOULONG-BC, YUANHUACA, YUWUXIA, YiTingLife, Yu wen, Yumoo Jewelry, ZENITHALS, ZVKHMK, Zboro, Zelaco, ZhiJiangShiDuiXunShangMaoYouXianGongSi, anqingpaxiudianzishangwuyouxiangongsi, aowangde, baoya, chansyee, chaoteweifangmao, chengduguofeiyangshangmaoyouxiangongsi, ciqinhdfsad, dajudaju, danzhoushihuojieguishangmaoyouxiangongsi, dinganjianluqianshangmaoyouxiangongsi4121, fengniaomaoyi123, fengweinuo, foshanshishundequdifengdianshangyouxiangongsi, fuhjting, gengqianyanyu, guangzhoushidoufudianzishangwuyouxiangongsi, guangzhouweiyishangmaoyouxiangongsi, guanjial55548, guanjiedfssdf, haikouyutingshangmaoyouxiangongsi, hitinghunbmy, hongqiugui, huibiaoll, huiphong, hzsmeiguo, jjhhzzp1, klicnow, koleso, kungfu fitness direct, lanen, largentolab, lcxmybhd, liubogongsi, liudaohang, liyingdianfa, lllfffing, lucky E, miaohubinghe, moonsole, nyequzelinuodianzichanpinxiaoshouchan, qianjindian, qingmuhedianzi, rtngl,

shanxihongjinrongshuangshangmaoyouxiangongsi, shenzhenx intoukejiyouxiangongsi, shuofengshangmaoyouxiangongsi, silverhub14, sixintongxin, smile slippers, smileth, sucojrff, taihejiabaobao, tengzhouchanglinanzhuanggongchengyouxiangongsi, tongbin123, tongshanxianyirongbaihuodian, wbao4122, weifangshuoxinwangluoyouxiangongsi., xinxiang0531, xinxinxiangrongdianzishangwuzhongxin, xujinxian2, yangdp, yangtuo95, yangyangdfjskldf, yunbidianzishangwu, zcwl, and zhouqiaddfng (collectively, "Defendants"), entered September 26, 2023. Upon review of the record, it appears that Defendants indeed failed to respond to the Complaint or otherwise appear in this action. Accordingly, it is

**ORDERED AND ADJUDGED** that Plaintiff must file and serve one of the following two responses by **October 25, 2023**:

(1) Where there is only one Defendant, or where there are multiple Defendants,[1] but no allegations of joint and several liability, and no possibility of inconsistent liability between Defendants, Plaintiff shall file **a *motion for default final judgment***.

The *motion for default final judgment* must include affidavits of any sum certain due by Defendant, and any other supporting documentation necessary to determine Plaintiff's measure of damages. The *motion* shall also be accompanied by (1) the necessary affidavit under the Servicemembers Civil Relief Act, 50 U.S.C. app. § 521(b), if applicable; (2) a proposed order containing the factual and legal bases for the final judgment; and (3) a proposed final judgment. (These last two are required by Local Rule

---

[1] If there are multiple Defendants, Plaintiff must state in the *motion for default final judgment* that there are no allegations of joint and several liability and set forth the basis why there is no possibility of inconsistent liability.

7.1(a)(2)).  Pursuant to the CM/ECF Administrative Procedures, the proposed orders **shall be submitted to the Court by e-mail in Word format** at singhal@flsd.uscourts.gov.  Plaintiff shall send a copy of the *motion* to Defendant's counsel or to Defendant(s) if it does not have counsel.  In the certificate of service, Plaintiff shall indicate that notice was sent and the addresses where notice was sent.

If Defendant(s) fail to move to set aside the Clerk's Default or respond to the *motion for default final judgment* within the time permitted by the Rules, default final judgment may be entered, which, simply put, means that Plaintiff may be able to take Defendant's property or money, and/or obtain other relief against Defendant(s).

(2)  Where there are multiple Defendants and allegations of joint and several liability, or the possibility of inconsistent liability between Defendants, Plaintiff shall file a ***notice of joint liability***.  See *Frow v. De La Vega*, 82 U.S. 552, 554 (1872); 10A Charles Alan Wright and Arthur R. Miller, Federal Practice and Procedure § 2690 (3d ed. 1998) (citing *Frow*, 82 U.S. at 554); *see also Gulf Coast Fans, Inc. v. Midwest Elecs. Imp., Inc.*, 740 F.2d 1499, 1512 (11th Cir. 1984).

The *notice of joint liability* must briefly describe the allegations and advise the Court of the status of the other Defendants' liability.  Once liability is resolved as to all Defendants, Plaintiff may move for the entry of default final judgment against Defendant(s), as described in (1) above, no later than 14 days thereafter.

Failure to file for a *motion for default final judgment* or *notice of joint liability* within the specified time will result in a **dismissal** without prejudice as to this Defendant.

**DONE AND ORDERED** Chambers, Fort Lauderdale, Florida, this 3rd day of October 2023.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE