UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:23-cv-61203-AHS

THE SMILEY COMPANY SPRL,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/

**NOTICE OF VOLUNTARY DISMISSAL
AS TO CERTAIN DEFENDANTS ONLY**

PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and by undersigned counsel, Plaintiff hereby voluntarily dismisses *with* prejudice all claims against the following Defendants:

    GRAPHIC DUST (DOE 223)

    SUNCCEY (DOE 537)

    CYNICISM COSER (DOE 132)

    XUAN LUBASSUI (DOE 657)

Date: October 6, 2023      Respectfully submitted by,

**Richard Guerra**
Richard Guerra (Fla. Bar No. 689521)
Attorney Email address: rguerra@brickellip.com
THE BRICKELL IP GROUP, PLLC
1101 Brickell Avenue, South Tower, Suite 800
Miami, FL 33131
Telephone: (305) 728-8831
*Attorneys for Plaintiff*