UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 0:23-cv-61203

The Smiley Company SPRL,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

    Defendants.                              /

**NOTICE OF STRIKING DOCKET ENTRY**

Pursuant to the Clerk's Notice [Dkt 97], notice is hereby given of striking Docket Entry 95. The defendants, Pogah, OVOY Inc., Likorh, UTOWO, and TuopuSiLe's answer will be refiled.

Dated: Queens, New York
       October 11, 2022

                                            Respectfully submitted,

                                            **Attorney for Defendants,**
                                            *Pogah, OVOY Inc., Likorh, UTOWO, and*
                                            *TuopuSiLe*

                                            **Law Offices of James Liu PLLC**

                                            /s/ Jianyin Liu

                                            _____
                                            By: Jianyin Liu, Esq
                                            15750 SW 92nd Ave Unit 20c
                                            Palmetto Bay, FL 33157
                                            Tel: (305) 776-5064
                                            Fax: (305) 402-5959
                                            Email:Jamesliulaw@gmail.Com

**J. ZHANG AND ASSOCIATES, P.C.**
*Pro Hac Vice*

*/s/ Jiyuan Zhang*
_____
Jiyuan Zhang, Esq.
37-12 Prince Street, Ste 9C
Flushing, New York 11354
T: 718.701.5098
contact@jzhanglaws.com
JZ@jzhanglaws.com

## AFFIRMATION OF SERVICE

I hereby certify that on October 11, 2023, a copy of the foregoing was served on counsel of record and interested parties by electronic means pursuant to the court's Electronic Case Filing (ECF) system.

/s/ Jianyin Liu