UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-61203-CIV-SINGHAL

THE SMILEY COMPANY SPRL,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS IDENTIFIED
ON SCHEDULE "A,",

    Defendants.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Notices of Voluntary Dismissal with prejudice (DE [96], [100]) of the following Defendants filed by Plaintiff, The Smiley Company SPRL:

1. GRAPHIC DUST (DOE 223)
2. SUNCCEY (DOE 537)
3. CYNICISM COSER (DOE 132)
4. XUAN LUBASSUI (DOE 657)
5. DREUYET (DOE 155)
6. SWEETGRJ (DOE 547)
7. KAPZON (DOE 318)

In light of Plaintiff's Notices of Voluntary Dismissal, it is hereby

**ORDERED AND ADJUDGED** that Defendants GRAPHIC DUST, SUNCCEY, CYNICISM COSER, XUAN LUBASSUI, DREUYET, SWEETGRJ and KAPZON be **DISMISSED WITH PREJUDICE**. Each party shall bear its own attorney's fees and costs.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 19th day of October 2023.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies to counsel via CM/ECF