UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:23-cv-61203-AHS

THE SMILEY COMPANY SPRL,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/

**SCHEDULE A TO MOTION FOR ENTRY OF DEFAULT FINAL JUDGMENT**

| Def. No. | Defendant Name | Email Address |
|---|---|---|
| 5 | AgnesBJones | zhibei12056@163.com; |
| 6 | Agnese Aruma | agnese.ar@gmail.com; |
| 8 | AiLike | ailike-us@outlook.com; |
| 12 | AJG Global Shop | cyh1231124@163.com; |
| 24 | Anghcng | 1460495640@qq.com; |
| 27 | anqingpaxiudianzishangwuyouxiangongsi | lileiyao585652@163.com; |
| 32 | aowangde | yidunnailv@163.com; |
| 34 | ARETIS | cblljgcyotp717@sina.com; |
| 36 | Aruiliya | cy1332227@163.com; |
| 46 | Baibang | nakobo99@outlook.com; |
| 50 | BalaBala Jewelry | shijinzi2020@163.com; |
| 54 | baoya | a13639882640@outlook.com; |
| 56 | BDANA | tysj0224@outlook.com; |
| 72 | BULA THI | builammchithien@gmail.com; |
| 89 | chansyee | ymxmaohua@163.com; |
| 90 | chaoteweifangmao | kongyichen699278@163.com; |
| 95 | chengduguofeiyangshangmaoyouxiangongsi | vohaiphuong92730@gmail.com; |
| 97 | CHENH JUN XIANG | 18688015523@163.com; |
| 112 | ciqinhdfsad | mi61201481@163.com; |
| 116 | CloudchiaUS | cloudchia2022@gmail.com; |
| 119 | Color Flower | 1667649760@qq.com; |
| 121 | Congcongshop | congcongsm123@163.com; |

1

| | | |
|---|---|---|
| 123 | Cool Trendy | chenxuanyi2021@163.com; |
| 134 | dajudaju | 1317545960@qq.com; |
| 137 | danzhoushihuojieguishangmaoyouxiangongsi | qiu910chihanrecan@126.com; |
| 138 | Dao_Store | culegatordemere@mail.ru; |
| 147 | DIMPLES | helloouyang2021@163.com; |
| 148 | dinganjianluqianshangmaoyouxiangongsi4121 | lvflzj@163.com; |
| 149 | DIYSOPRJOOM | anhuixintao@163.com; |
| 157 | Dubianlifeng | dubianshangwu@yeah.net; |
| 164 | EFT Shop | amazonerum10@gmail.com; |
| 182 | Fekicent | allenchen19930311@gmail.com; |
| 183 | fengniaomaoyi123 | zuolikeji2022@163.com; |
| 184 | fengweinuo | jackycheung0627@outlook.com; |
| 185 | FFJGO | foxfxl888@outlook.com; |
| 193 | foshanshishundequdifengdianshangyouxiangongsi | zhouxunyan695188@163.com; |
| 194 | FRA GRA | thaophuongnguyen462@gmail.com; |
| 197 | fuhjting | j0j5g1@sina.com; |
| 205 | GAOCOI | hoangtamusd@gmail.com; |
| 211 | Gemyth | qingcheng2021@126.com; |
| 213 | gengqianyanyu | xianshidi@outlook.com; |
| 218 | GLORYMOND Official | meixiangbaihuo1@outlook.com; |
| 222 | Goon-US | annamito8866@163.com; |
| 226 | guangzhoushidoufudianzishangwuyouxiangongsi | liulianqing730213@163.com; |
| 227 | guangzhouweiyishangmaoyouxiangongsi | cai888521@outlook.com; |
| 228 | guanjial55548 | guanjialiangdh675@outlook.com; |
| 229 | guanjiedfssdf | ranpo56638@163.com; |
| 235 | GUTESI | huissshui168@163.com; |
| 236 | haikouyutingshangmaoyouxiangongsi | angsai1983217ylc@163.com; |
| 238 | HanDesigns | huynhhan.csteam4bros@gmail.com; |
| 241 | HeBeiKangPanDianZiKeJiYouXianGongSi 235235Dian | re743huanpai@163.com; |
| 242 | Hefei Yize | meteor1005@outlook.com; |
| 247 | HeyLab | 962640357@qq.com; |
| 251 | Hikuality | brianzhou2010@aliyun.com; |
| 253 | HISPEED | wu13795856121@163.com; |
| 254 | hitinghunbmy | shitinghuiwangs@outlook.com; |
| 260 | hongqiugui | 57098809@qq.com; |
| 267 | HuangWeiYuanUS | huangweiyuan1@outlook.com; |
| 269 | huibiaoll | huibiaoll123@163.com; |
| 271 | huiphong | 3269917614@qq.com; |
| 278 | hzsmeiguo | hzsmeiguo1@163.com; |
| 282 | Ivyhomestar | ivyhome01@163.com; |

| | | |
|---|---|---|
| 288 | JCHENC | jinghuang053k@126.com; |
| 292 | JEMUZEWEL | muzejewelryus@126.com; |
| 295 | Jiaxuan grocery store | kjx0412@163.com; |
| 297 | Jingnan Jewelry | jinan2023@hotmail.com; |
| 306 | jjhhzzp1 | ayanamireina@163.com; |
| 324 | KIITUMG | ssftyusq@163.com; |
| 325 | KIMOANHHP | kimoanhbuithii24@gmail.com; |
| 329 | KKLUU | gurao111539@163.com; |
| 330 | klicnow | admin@klicnow.com; |
| 331 | koleso | ishanqoao@gmail.com; |
| 334 | KRANNAVEE | krannavee1974@gmail.com; |
| 335 | kungfu fitness direct | ruiruisa532@163.com; |
| 337 | La Feng Long | qi887799@163.com; |
| 341 | lanen | lanenqiaowei@yeah.net; |
| 342 | largentolab | info@largentolab.com; |
| 343 | lcxmybhd | m13835694587@163.com; |
| 353 | LiJiaXinDeDian | shoush724087@163.com; |
| 356 | LINGSHANGKEJI | 2248019059@qq.com; |
| 357 | Linh appwatch | linhcao98az456@gmail.com; |
| 360 | LIQ-USA | xinyouyifushi2022@outlook.com; |
| 363 | liubogongsi | c13927438087@163.com; |
| 365 | liudaohang | liudaohang6603@outlook.com; |
| 367 | LiuXinYuLiuXinYu | yongzo71853@163.com; |
| 368 | liyingdianfa | liyingdcscfghfghyuip@outlook.com; |
| 369 | LJWEN | khascyahus@163.com; |
| 370 | lllfffing | lxufang2022@163.com; |
| 371 | L-MING | ytamazing01@163.com; |
| 372 | Logoer | hxiaschool@163.com; |
| 378 | LoyJoy | nguyenthihanh.hanhht@gmail.com; |
| 380 | LRXqingchun | lrx1525uk@163.com; |
| 382 | lucky E | xinguanwei11627@163.com; |
| 384 | LUOBU | luobu12311@outlook.com; |
| 385 | LUYANGSHOP | laidongdong1206@126.com; |
| 390 | M I GENIUS | rattahightc@yahoo.com; |
| 395 | MANN PHUONG SHOP | ngothixuanp@gmail.com; |
| 401 | MIALAR | jierui2020best@163.com; |
| 402 | miaohubinghe | shuiyuntianlun@yeah.net; |
| 404 | Min Hi | tranhieu.amz@gmail.com; |
| 408 | MOLI Store | 15138925571@163.com; |
| 412 | moonsole | 17334699970@163.com; |
| 420 | N D Jewels | ndjewels6777@gmail.com; |
| 426 | Newjusy | juxingsw@outlook.com; |
| 431 | Nianjiahe | nianjiahe@yeah.net; |
| 434 | NILD | gaocuihongus@163.com; |
| 437 | Nolako | zabolotna322@gmail.com; |

| # | Name | Email |
|---|---|---|
| 438 | Norson | ymaaalove@126.com; |
| 439 | nyequzelinuodianzichanpinxiaoshouchan | umc080206@163.com; |
| 443 | ONCEX | paijoyruckchad@gmail.com; |
| 469 | qianjindian | gzqj1991@163.com; |
| 471 | qingmuhedianzi | fuhoclt@163.com; |
| 477 | Quanzhoushiweiteerdianzishangwuyouxiangongsi | 352146817@qq.com; |
| 478 | QUELLE TATTOO | quelletattoo@hotmail.com; |
| 480 | QZHANG | yqz2ms1hhh8008@163.com; |
| 483 | Renguangxing Shop | bufan123123@126.com; |
| 484 | ResinDIY | readforaz@hotmail.com; |
| 485 | Rich Supply | richfasion@hotmail.com; |
| 490 | rtngl | 3462437782@qq.com; |
| 495 | Sanydanc | yungxi2022@163.com; |
| 496 | SanYi | sanyishangmao@outlook.com; |
| 497 | Saptuba | 1114165747@qq.com; |
| 498 | Screaming Ranngers | naineshraithatha99@gmail.com; |
| 499 | shanxihongjinrongshuangshangmaoyouxiangongsi | yaos637850@163.com; |
| 508 | shuofengshangmaoyouxiangongsi | wangmengjiexxx@163.com; |
| 509 | silverhub14 | sales.silverhub14@gmail.com; |
| 511 | sixintongxin | sixin2020@163.com; |
| 516 | Small World Rtl | totally.sound@btinternet.com; |
| 518 | smile slippers | poz0k6@sina.com; |
| 519 | smileth | natthaphakan@outlook.co.th; |
| 521 | Smiley Slippers | cezvml57oi89@163.com; |
| 533 | Stencils World | arsmh8938@gmail.com; |
| 535 | sucojrff | junruiymx@163.com; |
| 537 | SUNCCEY | mousaie@126.com; |
| 542 | SUNNYGO | missdaisy2016@126.com; |
| 543 | SUNNYSMILE | baocheng0802@163.com; |
| 545 | SUUMOOEW | twinkle3210@163.com; |
| 546 | Suzuki Sonoko | danglua945@gmail.com; dazhongche@yeah.net; |
| 555 | taihejiabaobao | 17060010931@163.com; |
| 556 | TAIYATE | tytllc@hotmail.com; |
| 560 | TARAKING | tt9687717@gmail.com; |
| 563 | Telafaer | 584416225@qq.com; |
| 564 | tengzhouchanglinanzhuanggongchengyouxiangongsi | czp141242@outlook.com; |
| 572 | TIDARAT CRAFT | noi.tidarat.poo@gmail.com; |
| 575 | tongbin123 | zhangtongbin789@outlook.com; |
| 576 | tongshanxianyirongbaihuodian | wpswd552s@outlook.com; |
| 581 | Toword | lguofu007@163.com; |
| 582 | TPSFashion | thuhient886@gmail.com; |

4

| | | |
|---|---|---|
| 583 | Trestc-US | huqingying3890@outlook.com; |
| 585 | TseanYi | qingyi_usa@163.com; |
| 586 | TSFJDBXZ | 13214202121@163.com; |
| 587 | TTNDstore | truongthingocdiem.quangnam@gmail.com; |
| 588 | TTOCH Trading Co., Ltd. | oukera@163.com; |
| 597 | UmaSilkRoad | umidahonsab@gmail.com; |
| 599 | Urban Eureka | panggyoyo@gmail.com; |
| 600 | US MOBEITI | liuhongoz888@163.com; |
| 602 | VANN HAO SHOP | haolaru1@gmail.com; |
| 611 | WangJingShi QiuKai | alxh9320@163.com; |
| 619 | wbao4122 | wbao412002@gmail.com; |
| 620 | WCRAZYE (WEZLCOME) | 3235628014@qq.com; |
| 621 | weifangshuoxinwangluoyouxiangongsi. | suyanzhong988943@163.com; |
| 624 | Wenjiajia | wenjiajia2022@126.com; |
| 632 | World's Life Store | wzc1670778106@163.com; |
| 636 | WUJINQIU | wujinqiu6021@163.com; |
| 638 | WXHouse | wx505082522@outlook.com; |
| 640 | X peng | 2535296705@qq.com; |
| 641 | XIANG YAO HUA | xiangyaohua23@outlook.com; |
| 644 | XICHIGO | 18930192045@163.com; |
| 645 | Xijiahao | xijiahao7788@outlook.com; |
| 649 | xinxiang0531 | xinxiang0531@163.com; |
| 650 | xinxinxiangrongdianzishangwuzhongxin | guo13604256557@163.com; |
| 658 | xujinxian2 | hfuisyopa@163.com; |
| 660 | XYDaXin Store | gxf888ymx@gmail.com; |
| 662 | yangdp | m13295932053@126.com; |
| 663 | yangtuo95 | 569263429@qq.com; |
| 664 | yangyangdfjskldf | bikehe491067@163.com; |
| 667 | YB shop store | a15937898977@outlook.com; |
| 679 | YiTingLife | 979776701@qq.com; |
| 686 | YJWMXY | mxydxduk@163.com; |
| 694 | YOULONG-BC | xfwn40@163.com; |
| 701 | Yu wen | zym@ywhwy.com; |
| 702 | YUANHUACA | yuanhua202106@163.com; |
| 705 | Yumoo Jewelry | 1535153738@qq.com; |
| 706 | yunbidianzishangwu | yunbidianzishangwu@163.com; |
| 720 | Zboro | annazborovskaia46@gmail.com; |
| 721 | zcwl | zhangyanhongzc888@163.com; |
| 722 | Zelaco | kami18039830095@163.com; |
| 726 | ZENITHALS | anuo761650@yeah.net; |
| 734 | ZhiJiangShiDuiXunShangMaoYouXianGongSi | vwrvssldale47@163.com; |
| 736 | zhouqiaddfng | mangz12184@163.com; |
| 740 | ZVKHMK | larry986@yeah.net; |

5

| | | |
|---|---|---|
| 742 | Defendant Number 742 | raelynywr0wensel@outlook.com; |
| 743 | Defendant Number 743 | a1032583341@163.com; |
| 744 | Defendant Number 744 | lanjinmx@163.com; |
| 745 | Defendant Number 745 | d17150319417@163.com; |