UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-61203-CIV-SINGHAL

THE SMILEY COMPANY SPRL,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS IDENTIFIED
ON SCHEDULE "A,"

    Defendants.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Notice of Voluntary Dismissal with prejudice (DE 104]) of the following Defendants filed by Plaintiff, The Smiley Company SPRL:

1. LIKORH (DOE 355)
2. OVOY INC. (DOE 448)
3. POGAH (DOE 464)
4. TUOPUSILE (DOE 591)
5. UTOWO (DOE 601)
6. KLICNOW (DOE 330)
7. NEWJUSY (DOE 426)
8. YJWMXY (DOE 686)

In light of Plaintiff's Notice of Voluntary Dismissal, it is hereby

**ORDERED AND ADJUDGED** that Defendants, LIKORH, OVOY INC, POGAH, TUOPUSILE, UTOWO, KLICNOW, NEWJUSY and YJWMXY be **DISMISSED WITH PREJUDICE**. Each party shall bear its own attorney's fees and costs.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 31st day of October, 2023.

_____
RAAG SINGHAL
UNITED STATES DISTRICT COURT JUDGE

Copies to counsel via CM/ECF