UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-61203-CIV-SINGHAL

THE SMILEY COMPANY SPRL,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS IDENTIFIED
ON SCHEDULE "A,",

    Defendants.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Notice of Voluntary Dismissal with prejudice [DE 106] of the following Defendants filed by Plaintiff, The Smiley Company SPRL:

1. NIANJIAHE (DOE 431)
2. DUBIANLIFENG (DOE 157)
3. LANEN (DOE 341)
4. LRXQINGCHUN (DOE 380)
5. MIAOHUBINGHE (DOE 402)
6. TAIHEJIABAOBAO (DOE 555)
7. LARGENTOLAB (DOE 342)
8. COLOR FLOWER (DOE 119)

In light of Plaintiff's Notice of Voluntary Dismissal, it is hereby

**ORDERED AND ADJUDGED** that Defendants, NIANJIAHE, DUBIANLIGENG, LANEN, LRXQINGCHUN, MIAOHUBINGHE, TAIHEJIABAOBAO, LARGENTOLAB and COLOR FLOWER be **DISMISSED WITH PREJUDICE**. Each party shall bear its own attorney's fees and costs.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 7th day of November 2023.

_____
RAAG SINGHAL
UNITED STATES DISTRICT COURT JUDGE

Copies to counsel via CM/ECF