UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:23-CV-61203-SINGHAL

THE SMILEY COMPANY SPRL,

      Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

      Defendants.

_____/

## STATUS REPORT

Plaintiff, The Smiley Company SPRL, hereby files this Status Report and states as follows:

1.      On October 19, 2023, the Court entered its Order Requiring Scheduling Conference [ECF No. 101] instructing the parties to file a joint scheduling report on or before November 7, 2023.

2.      Since the Court issued its Order Requiring Scheduling Conference, all Defendants that had previously made an appearance in this case have been dismissed.

3.      The only remaining Defendants in this case are those Defendants that are subject to the Plaintiff's pending Motion for Entry of Final Default Judgment [ECF No. 103] for their failure to appear or otherwise defend their interests in this case.

4.      Accordingly, there are no Defendants in this case that would require Plaintiff to coordinate the preparation and submission of a joint scheduling report.

Date:   November 7, 2023                          Respectfully submitted by,

                                                                        **Richard Guerra**

                                                                        Richard Guerra (Fla. Bar No. 689521)

Attorney Email: rguerra@brickellip.com
THE BRICKELL IP GROUP, PLLC
1101 Brickell Avenue
South Tower, Suite 800
Miami FL, 33131
Tel: 305-728-8831
*Counsel for Plaintiff*