UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-61203-CIV-SINGHAL

THE SMILEY COMPANY SPRL,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS IDENTIFIED
ON SCHEDULE "A,",

    Defendants.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Notices of Voluntary Dismissal without prejudice (DE [109]) and (DE [110]) of the following Defendants filed by Plaintiff, The Smiley Company SPRL:

1. CYNICISM COSER (DOE 132)
2. ZHS-US (DOE 737)
3. RICH SUPPLY (DOE 485)
4. ARUILIYA (DOE 36)

In light of Plaintiff's Notice of Voluntary Dismissal, it is hereby

**ORDERED AND ADJUDGED** that Defendants, CYNICISM CLOSER, ZHS-US be **DISMISSED WITHOUT PREJUDICE** and that Defendants, RICH SUPPLY and ARUILIYA be **DISMISSED WITH PREJUDICE**. Each party shall bear its own attorney's fees and costs.

It is further **ORDERED AND ADJUDGED** that Plaintiff must file a notice on or before December 4, 2023 with this Court indicating which Defendants remain pending in the instant action and whether it is subject to Plaintiff's Motion for Default (DE [103]).

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 27th day of November 2023.

_____
RAAG SINGHAL
UNITED STATES DISTRICT COURT JUDGE

Copies to counsel via CM/ECF