UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:23-cv-61203-AHS

THE SMILEY COMPANY SPRL,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/

**NOTICE OF COMPLIANCE WITH COURT'S NOVEMBER 27, 2023 ORDER**

    PLEASE TAKE NOTICE, in compliance with this Court's November 27, 2023 Order [ECF No. 111], the Defendants identified on attached Schedule A remain pending in this action and are subject to Plaintiff's pending Motion for Default Judgment [ECF No. 103].

| | |
|---|---|
| Date:   December 4, 2023 | Respectfully submitted by, |
| | **Richard Guerra** |
| | Richard Guerra (Fla. Bar No. 689521) |
| | Email: rguerra@brickellip.com |
| | THE BRICKELL IP GROUP, PLLC |
| | 1101 Brickell Avenue |
| | South Tower, Suite 800 |
| | Miami FL, 33131 |
| | Tel: 305-728-8831 |
| | Fax: 305-428-2450 |
| | |
| | *Attorney for Plaintiff* |