SCHEDULE A - FINAL LIST OF DEFAULTING DEFENDANTS

| Def. No. | Defendant Name |
|---|---|
| 5 | AgnesBJones |
| 6 | Agnese Aruma |
| 8 | AiLike |
| 12 | AJG Global Shop |
| 24 | Anghcng |
| 27 | anqingpaxiudianzishangwuyouxiangongsi |
| 32 | aowangde |
| 34 | ARETIS |
| 46 | Baibang |
| 50 | BalaBala Jewelry |
| 54 | baoya |
| 56 | BDANA |
| 72 | BULA THI |
| 89 | chansyee |
| 90 | chaoteweifangmao |
| 95 | chengduguofeiyangshangmaoyouxiangongsi |
| 97 | CHENH JUN XIANG |
| 112 | ciqinhdfsad |
| 116 | CloudchiaUS |
| 121 | Congcongshop |
| 123 | Cool Trendy |
| 134 | dajudaju |
| 137 | danzhoushihuojieguishangmaoyouxiangongsi |
| 138 | Dao_Store |
| 147 | DIMPLES |
| 148 | dinganjianluqianshangmaoyouxiangongsi4121 |
| 149 | DIYSOPRJOOM |
| 164 | EFT Shop |
| 182 | Fekicent |
| 183 | fengniaomaoyi123 |
| 184 | fengweinuo |
| 185 | FFJGO |
| 193 | foshanshishundequdifengdianshangyouxiangongsi |
| 194 | FRA GRA |
| 197 | fuhjting |
| 205 | GAOCOI |
| 211 | Gemyth |
| 213 | gengqianyanyu |
| 218 | GLORYMOND Official |
| 222 | Goon-US |
| 226 | guangzhoushidoufudianzishangwuyouxiangongsi |
| 227 | guangzhouweiyishangmaoyouxiangongsi |
| 228 | guanjial55548 |
| 229 | guanjiedfssdf |
| 235 | GUTESI |
| 236 | haikouyutingshangmaoyouxiangongsi |

## SCHEDULE A - FINAL LIST OF DEFAULTING DEFENDANTS

| | |
|---|---|
| 238 | HanDesigns |
| 241 | HeBeiKangPanDianZiKeJiYouXianGongSi235235Dian |
| 242 | Hefei Yize |
| 247 | HeyLab |
| 251 | Hikuality |
| 253 | HISPEED |
| 254 | hitinghunbmy |
| 260 | hongqiugui |
| 267 | HuangWeiYuanUS |
| 269 | huibiaoll |
| 271 | huiphong |
| 278 | hzsmeiguo |
| 282 | Ivyhomestar |
| 288 | JCHENC |
| 292 | JEMUZEWEL |
| 295 | Jiaxuan grocery store |
| 297 | Jingnan Jewelry |
| 306 | jjhhzzp1 |
| 324 | KIITUMG |
| 325 | KIMOANHHP |
| 329 | KKLUU |
| 331 | koleso |
| 334 | KRANNAVEE |
| 335 | kungfu fitness direct |
| 337 | La Feng Long |
| 343 | lcxmybhd |
| 353 | LiJiaXinDeDian |
| 356 | LINGSHANGKEJI |
| 357 | Linh appwatch |
| 363 | liubogongsi |
| 365 | liudaohang |
| 367 | LiuXinYuLiuXinYu |
| 368 | liyingdianfa |
| 369 | LJWEN |
| 370 | lllfffing |
| 371 | L-MING |
| 372 | Logoer |
| 378 | LoyJoy |
| 382 | lucky E |
| 384 | LUOBU |
| 385 | LUYANGSHOP |
| 390 | M I GENIUS |
| 395 | MANN PHUONG SHOP |
| 401 | MIALAR |
| 404 | Min Hi |
| 408 | MOLI Store |
| 412 | moonsole |

SCHEDULE A - FINAL LIST OF DEFAULTING DEFENDANTS

| | |
|---|---|
| 420 | N D Jewels |
| 434 | NILD |
| 437 | Nolako |
| 439 | nyequzelinuodianzichanpinxiaoshouchan |
| 443 | ONCEX |
| 469 | qianjindian |
| 471 | qingmuhedianzi |
| 477 | Quanzhoushiweiteerdianzishangwuyouxiangongsi |
| 478 | QUELLE TATTOO |
| 480 | QZHANG |
| 483 | Renguangxing Shop |
| 484 | ResinDIY |
| 490 | rtngl |
| 495 | Sanydanc |
| 496 | SanYi |
| 497 | Saptuba |
| 498 | Screaming Ranngers |
| 499 | shanxihongjinrongshuangshangmaoyouxiangongsi |
| 508 | shuofengshangmaoyouxiangongsi |
| 509 | silverhub14 |
| 511 | sixintongxin |
| 516 | Small World Rtl |
| 518 | smile slippers |
| 519 | smileth |
| 521 | Smiley Slippers |
| 533 | Stencils World |
| 535 | sucojrff |
| 537 | SUNCCEY |
| 542 | SUNNYGO |
| 543 | SUNNYSMILE |
| 545 | SUUMOOEW |
| 546 | Suzuki Sonoko |
| 556 | TAIYATE |
| 560 | TARAKING |
| 563 | Telafaer |
| 564 | tengzhouchanglinanzhuanggongchengyouxiangongsi |
| 572 | TIDARAT CRAFT |
| 575 | tongbin123 |
| 576 | tongshanxianyirongbaihuodian |
| 581 | Toword |
| 582 | TPSFashion |
| 583 | Trestc-US |
| 585 | TseanYi |
| 586 | TSFJDBXZ |
| 587 | TTNDstore |
| 588 | TTOCH Trading Co., Ltd. |
| 597 | UmaSilkRoad |

SCHEDULE A - FINAL LIST OF DEFAULTING DEFENDANTS

599 Urban Eureka
600 US MOBEITI
602 VANN HAO SHOP
611 WangJingShi QiuKai
619 wbao4122
621 weifangshuoxinwangluoyouxiangongsi.
624 Wenjiajia
632 World's Life Store
636 WUJINQIU
638 WXHouse
640 X peng
641 XIANG YAO HUA
644 XICHIGO
645 Xijiahao
649 xinxiang0531
650 xinxinxiangrongdianzishangwuzhongxin
658 xujinxian2
660 XYDaXin Store
662 yangdp
663 yangtuo95
664 yangyangdfjskldf
667 YB shop store
679 YiTingLife
694 YOULONG-BC
701 Yu wen
702 YUANHUACA
705 Yumoo Jewelry
706 yunbidianzishangwu
720 Zboro
721 zcwl
722 Zelaco
726 ZENITHALS
734 ZhiJiangShiDuiXunShangMaoYouXianGongSi
736 zhouqiaddfng
740 ZVKHMK
742 Defendant Number 742
743 Defendant Number 743
744 Defendant Number 744
745 Defendant Number 745