UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:23-cv-61203-AHS

THE SMILEY COMPANY SPRL,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/

## NOTICE OF VOLUNTARY DISMISSAL
## AS TO CERTAIN DEFENDANTS ONLY

PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and by undersigned counsel, Plaintiff hereby voluntarily dismisses *with* prejudice all claims against the following Defendants:

LIQ-USA (DOE 360)

NORSON (DOE 438)

KOLESO (DOE 331)

Date:   December 14, 2023         Respectfully submitted by,

                                                         **Richard Guerra**
                                                         Richard Guerra (Fla. Bar No. 689521)
                                                         Attorney Email address: rguerra@brickellip.com
                                                         THE BRICKELL IP GROUP, PLLC
                                                         1101 Brickell Avenue, South Tower, Suite 800
                                                         Miami, FL 33131
                                                         Telephone: (305) 728-8831
                                                         *Attorneys for Plaintiff*