UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-61203-CIV-SINGHAL

THE SMILEY COMPANY SPRL,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS IDENTIFIED
ON SCHEDULE "A,",

    Defendants.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Notice of Voluntary Dismissal with prejudice [DE 113] of the following Defendants filed by Plaintiff, The Smiley Company SPRL:

1. LIQ-USA (DOE 360)
2. NORSON (DOE 438)
3. KOLESO (DOE 331)

In light of Plaintiff's Notice of Voluntary Dismissal, it is hereby **ORDERED AND ADJUDGED** that Defendants, LIQ-USA, NORSON and KOLESO be **DISMISSED WITH PREJUDICE**. Each party shall bear its own attorney's fees and costs.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 14th day of December 2023.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies to counsel via CM/ECF