UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:23-cv-61203-AHS

THE SMILEY COMPANY SPRL,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/

## NOTICE OF COMPLIANCE WITH COURT'S DECEMBER 15, 2023 ORDER

PLEASE TAKE NOTICE, in compliance with this Court's December 15, 2023 Order [ECF No. 115], the Defendants identified on attached Schedule A remain pending in this action and will be subject to this Court's forthcoming Final Judgment order.

Date: December 18, 2023

Respectfully submitted by,

**Richard Guerra**
Richard Guerra (Fla. Bar No. 689521)
Email: rguerra@brickellip.com
THE BRICKELL IP GROUP, PLLC
1101 Brickell Avenue
South Tower, Suite 800
Miami FL, 33131
Tel: 305-728-8831
Fax: 305-428-2450

*Attorney for Plaintiff*