SCHEDULE A TO FINAL DEFAULT JUDGMENT

| # | Name |
|---|---|
| 5 | AgnesBJones |
| 6 | Agnese Aruma |
| 8 | AiLike |
| 12 | AJG Global Shop |
| 24 | Anghcng |
| 27 | anqingpaxiudianzishangwuyouxiangongsi |
| 32 | aowangde |
| 34 | ARETIS |
| 46 | Baibang |
| 50 | BalaBala Jewelry |
| 54 | baoya |
| 56 | BDANA |
| 72 | BULA THI |
| 89 | chansyee |
| 90 | chaoteweifangmao |
| 95 | chengduguofeiyangshangmaoyouxiangongsi |
| 97 | CHENH JUN XIANG |
| 112 | ciqinhdfsad |
| 116 | CloudchiaUS |
| 121 | Congcongshop |
| 123 | Cool Trendy |
| 134 | dajudaju |
| 137 | danzhoushihuojieguishangmaoyouxiangongsi |
| 138 | Dao_Store |
| 147 | DIMPLES |
| 148 | dinganjianluqianshangmaoyouxiangongsi4121 |
| 149 | DIYSOPRJOOM |
| 164 | EFT Shop |
| 182 | Fekicent |
| 183 | fengniaomaoyi123 |
| 184 | fengweinuo |
| 185 | FFJGO |
| 193 | foshanshishundequdifengdianshangyouxiangongsi |
| 194 | FRA GRA |
| 197 | fuhjting |
| 205 | GAOCOI |
| 211 | Gemyth |
| 213 | gengqianyanyu |
| 218 | GLORYMOND Official |
| 222 | Goon-US |
| 226 | guangzhoushidoufudianzishangwuyouxiangongsi |
| 227 | guangzhouweiyishangmaoyouxiangongsi |
| 228 | guanjial55548 |
| 229 | guanjiedfssdf |
| 235 | GUTESI |
| 236 | haikouyutingshangmaoyouxiangongsi |
| 238 | HanDesigns |

SCHEDULE A TO FINAL DEFAULT JUDGMENT

241 HeBeiKangPanDianZiKeJiYouXianGongSi235235Dian
242 Hefei Yize
247 HeyLab
251 Hikuality
253 HISPEED
254 hitinghunbmy
260 hongqiugui
267 HuangWeiYuanUS
269 huibiaoll
271 huiphong
278 hzsmeiguo
282 Ivyhomestar
288 JCHENC
292 JEMUZEWEL
295 Jiaxuan grocery store
297 Jingnan Jewelry
306 jjhhzzp1
324 KIITUMG
325 KIMOANHHP
329 KKLUU
331 koleso
334 KRANNAVEE
335 kungfu fitness direct
337 La Feng Long
343 lcxmybhd
353 LiJiaXinDeDian
356 LINGSHANGKEJI
357 Linh appwatch
363 liubogongsi
365 liudaohang
367 LiuXinYuLiuXinYu
368 liyingdianfa
369 LJWEN
370 lllfffing
371 L-MING
372 Logoer
378 LoyJoy
382 lucky E
384 LUOBU
385 LUYANGSHOP
390 M I GENIUS
395 MANN PHUONG SHOP
401 MIALAR
404 Min Hi
408 MOLI Store
412 moonsole
420 N D Jewels

SCHEDULE A TO FINAL DEFAULT JUDGMENT

| | |
|---|---|
| 434 | NILD |
| 437 | Nolako |
| 439 | nyequzelinuodianzichanpinxiaoshouchan |
| 443 | ONCEX |
| 469 | qianjindian |
| 471 | qingmuhedianzi |
| 477 | Quanzhoushiweiteerdianzishangwuyouxiangongsi |
| 478 | QUELLE TATTOO |
| 480 | QZHANG |
| 483 | Renguangxing Shop |
| 484 | ResinDIY |
| 490 | rtngl |
| 495 | Sanydanc |
| 496 | SanYi |
| 497 | Saptuba |
| 498 | Screaming Ranngers |
| 499 | shanxihongjinrongshuangshangmaoyouxiangongsi |
| 508 | shuofengshangmaoyouxiangongsi |
| 509 | silverhub14 |
| 511 | sixintongxin |
| 516 | Small World Rtl |
| 518 | smile slippers |
| 519 | smileth |
| 521 | Smiley Slippers |
| 533 | Stencils World |
| 535 | sucojrff |
| 537 | SUNCCEY |
| 542 | SUNNYGO |
| 543 | SUNNYSMILE |
| 545 | SUUMOOEW |
| 546 | Suzuki Sonoko |
| 556 | TAIYATE |
| 560 | TARAKING |
| 563 | Telafaer |
| 564 | tengzhouchanglinanzhuanggongchengyouxiangongsi |
| 572 | TIDARAT CRAFT |
| 575 | tongbin123 |
| 576 | tongshanxianyirongbaihuodian |
| 581 | Toword |
| 582 | TPSFashion |
| 583 | Trestc-US |
| 585 | TseanYi |
| 586 | TSFJDBXZ |
| 588 | TTOCH Trading Co., Ltd. |
| 597 | UmaSilkRoad |
| 599 | Urban Eureka |
| 600 | US MOBEITI |

SCHEDULE A TO FINAL DEFAULT JUDGMENT

602 VANN HAO SHOP
611 WangJingShi QiuKai
619 wbao4122
621 weifangshuoxinwangluoyouxiangongsi.
624 Wenjiajia
632 World's Life Store
636 WUJINQIU
638 WXHouse
640 X peng
641 XIANG YAO HUA
644 XICHIGO
645 Xijiahao
649 xinxiang0531
650 xinxinxiangrongdianzishangwuzhongxin
658 xujinxian2
660 XYDaXin Store
662 yangdp
663 yangtuo95
664 yangyangdfjskldf
667 YB shop store
679 YiTingLife
694 YOULONG-BC
701 Yu wen
702 YUANHUACA
705 Yumoo Jewelry
706 yunbidianzishangwu
721 zcwl
722 Zelaco
726 ZENITHALS
734 ZhiJiangShiDuiXunShangMaoYouXianGongSi
736 zhouqiaddfng
740 ZVKHMK
742 佛山市南海区帖澈科技有限公司 (Defendant No. 742)
743 南丰县淼鑫销售部 (Defendant No. 743)
744 宜春市袁州区霞芸百货店 (Defendant No. 744)
745 潍坊树伊商贸有限 ( (Defendant No. 745)