UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:23-cv-61203-AHS

THE SMILEY COMPANY SPRL,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/

## NOTICE OF VOLUNTARY DISMISSAL
## AS TO CERTAIN DEFENDANTS ONLY

PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and by undersigned counsel, Plaintiff hereby voluntarily dismisses *with* prejudice all claims against the following Defendants:

BALABALA JEWELRY (DOE 50)

XIANGCHENGSHIYINGYUNSHANGMAOYOUXIANGONGSI

| | |
|---|---|
| Date:  January 8, 2023 | Respectfully submitted by, |

           **Richard Guerra**
           Richard Guerra (Fla. Bar No. 689521)
           Attorney Email address: rguerra@brickellip.com
           THE BRICKELL IP GROUP, PLLC
           1101 Brickell Avenue, South Tower, Suite 800
           Miami, FL 33131
           Telephone: (305) 728-8831
           *Attorneys for Plaintiff*