UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-61203-CIV-SINGHAL

THE SMILEY COMPANY SPRL,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS IDENTIFIED
ON SCHEDULE "A,"

    Defendants.
_____/

## ORDER

**THIS CAUSE** is before the Court upon a *sua sponte* review of the record. The Court issued a Default Final Judgment and Permanent Injunction order on December 19, 2023 and closed the case. (DE [117]). In light of the Court's request to Plaintiff to submit notices indicating the remaining defendants in the action and whether there were any that were not subject to the default judgment order, and Plaintiff's apparent compliance with those requests, *see* (DE [112]); (DE [116]), the Court understood there to be no remaining Defendants in this action.

Plaintiff, on January 8, 2024, proceeded to file a Notice of Voluntary Dismissal as to Defendant BALABALA JEWELRY (DOE 50) and Defendant XIANGCHENGSHIYINGYUNSHANGMAOYOUXIANGONGSI.[1] (DE [118]). Defendant BALABALA JEWELRY (DOE 50) is already subject to the Court's Default Final Judgment and Permanent Injunction order and the Court is unable to identify Defendant XIANGCHENGSHIYINGYUNSHANGMAOYOUXIANGONGSI. Accordingly, it is hereby

---

[1] Plaintiff did not provide a number identifying this defendant on Schedule A, nor was the court able to locate this Defendant on its own.

**ORDERED AND ADJUDGED** that Plaintiff's Notice of Voluntary Dismissal (DE [118]) is **DENIED**. To the extent any Defendants remain pending in this action, Plaintiff must file a notice on or before January 10, 2024, with this Court that provides those Defendants.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 9th day of January 2024.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF